AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| ROBERT MARTINO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01808 |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Martino, et al.

Date:   07/08/2021

/s/Randall Jackson
*Attorney's signature*

Randall Jackson (D.C. Bar No. 490798)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
*Address*

RJackson@willkie.com
*E-mail address*

Tel: (202) 303-1000
*Telephone number*

Fax: (202) 303-2000
*FAX number*