AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT MARTINO, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-01808 |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Martino, et al.

Date: 07/08/2021

/s/Nicholas Reddick
*Attorney's signature*

Nicholas Reddick (D.C. Bar No. 1670683)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
*Address*

NReddick@willkie.com
*E-mail address*

Tel: (415) 858-7400
*Telephone number*

Fax: (415) 858-7599
*FAX number*