AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT MARTINO, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-01808 |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Martino, et al.

Date:   08/10/2021

/s/ Ryan R. Sparacino
*Attorney's signature*

Ryan R. Sparacino (D.C. Bar No. 493700)
*Printed name and bar number*

Sparacino PLLC
1920 L Street NW, Ste. 535
Washington, DC 20036
*Address*

ryan.sparacino@sparacinopllc.com
*E-mail address*

Tel: (202) 629-3530
*Telephone number* Fax:

(202) 629-3658
*FAX number*