WILLKIE FARR & GALLAGHER LLP

1875 K Street, NW
Washington, DC 20006-1238

ISLAMIC REPUBLIC OF IRAN
Ministry of Foreign Affairs
Khomeini Ave.
United Nations St.
Tehran, Iran



SEP 01 '21
SCREENED BY
U.S. MARSHALS