CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Robert Martino, et al.,

_____
Plaintiff(s)

vs.

Islamic Republic of Iran

_____
Defendant(s)

Civil Action No.: 1:21-cv-01808-RDM

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Foreign Minister Hossein Amir-Abdollahian,
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini St
Imam Khomeini Sq
Tehran, Iran

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): (certification is not applicable in this case) _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Michael J. Gottlieb
(Signature)

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000; Fax: (202) 303-2000
MGottlieb@willkie.com

(Name and Address)