**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

January 21, 2022

Angela D. Caesar
Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D.C. 20001

Re:   *Robert Martino, et al. v. Islamic Republic of Iran*, Case Number 1:21-cv-01808-RDM

Dear Ms. Caesar:

We are writing in connection to the above referenced litigation to request service against the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(4).

Plaintiffs will have met all of the statutory requirements for serving Iran through diplomatic channels under 28 U.S.C. § 1608(a)(4). No special arrangements exist for serving Iran under 28 U.S.C. § 1608(a)(1), nor has Iran signed on to any applicable international convention for serving documents under 28 U.S.C. § 1608(a)(2). Plaintiffs attempted to serve the Iranian Foreign Minister in his offices in Tehran via the Clerk of the Court on December 21, 2021, pursuant to 28 U.S.C. § 1608(a)(3), but to Plaintiffs' knowledge this attempted service was unsuccessful. *See* ECF Nos. 20, 21, & 22. Accordingly, Plaintiffs now seek service under 28 U.S.C. § 1608(a)(4) through the Clerk of the Court and the U.S. State Department.

As a result, we request that you take all necessary steps to effectuate service under 28 U.S.C. § 1608(a)(4) and include the requisite materials enclosed with this letter. Specifically, we include "two copies of the summons and complaint and a notice of suit, together with a translation of each into" Farsi, 28 U.S.C. § 1608(a)(4), along with two copies of the Foreign Sovereign Immunities Act with a translation into Farsi. As you know, you may dispatch these materials through any form of mail requiring a signed receipt to the following address:

U.S. Department of State
Attn: FSIA
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710

January 21, 2022
Page 2

We have enclosed a pre-addressed FedEx envelope to the address above, along with a cover letter addressed to the State Department and a money order for $2,275 to cover the State Department fees under 22 CFR § 22.1.

 Should you require any additional information or documentation to process this request, please feel free to reach me directly at the contact information below.

        Respectfully submitted,

        /s/ Michael J. Gottlieb
        Willkie Farr & Gallagher LLP
        1875 K Street, NW
        Washington, DC 20006
        Phone: (202) 303-1442
        Fax: (202) 303-2126
        mgottlieb@willkie.com