

ORIGIN ID:BZSA  (202) 303-1000
MICHAEL GOTTLIEB
WILLKIE FARR & GALLAGHER LLP
1875 K STREET, N.W.

WASHINGTON, DC 20006
UNITED STATES US

SHIP DATE: 25JAN22
ACTWGT: 1.00 LB
CAD: 253846514/WSXI3600

BILL SENDER

TO  U.S. DEPARTMENT OF STATE
ATTN: FSIA
2201 C ST NW
L/CA/POG/GC, SA-17, 10TH FLOOR
WASHINGTON DC 20522
(202) 647-4000    REF 128319/0000118094
INV
PO                      DEPT

FedEx Express



WED - 26 JAN 10:30A
PRIORITY OVERNIGHT

TRK# 2890 7904 3305
0201

19 KMDA        20522
         DC-US  IAD