CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Robert Martino et al.
            Plaintiff(s)

vs.                                                           Civil Action No. __21-cv-01808__

Islamic Republic of Iran
            Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __12th__ day of __September__, __2022__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Islamic Republic of Iran__ was [were] (select one):

☑ personally served with process on __July 11, 2022 under diplomatic note 1068-IE__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __28 U.S.C. § 1608(a)(4)__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Michael J. Gottlieb
Attorney for Plaintiff(s) [signature]

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1442

974960
Bar Id. Number

Name, Address and Telephone Number