IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS
LYNN JOHNSON, STANLEY JOHNSON, AND LOUISE SCHEIBNER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lynn Johnson (FAC ¶ 1010, Dkt. 15), Stanley Johnson (FAC ¶ 1011, Dkt. 15), and Louise Scheibner. (FAC ¶ 1691, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all of their claims in the above-captioned action against Defendant Islamic Republic of Iran. This dismissal is only on behalf of Ms. Johnson, Mr. Johnson, and Ms. Scheibner. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated:  September 23, 2022

        Respectfully submitted,

        */s/ Michael J. Gottlieb*

        Michael J. Gottlieb (D.C. Bar No. 974960)
        Randall Jackson (D.C. Bar No. 490798)
        Willkie Farr & Gallagher LLP
        1875 K Street, N.W.
        Washington, DC 20006-1238
        Tel: (202) 303-1000
        Fax: (202) 303-2000
        MGottlieb@willkie.com
        RJackson@willkie.com

        Nicholas Reddick (D.C. Bar No. 1670683)
        Willkie Farr & Gallagher LLP
        One Front Street
        San Francisco, CA 94111
        Tel: (415) 858-7400
        Fax: (415) 858-7599
        NReddick@willkie.com

        Ryan R. Sparacino (D.C. Bar No. 493700)
        Eli J. Kay-Oliphant (D.C. Bar No. 503235)
        Sparacino PLLC
        1920 L Street, NW, Suite 535
        Washington, DC 20036
        Tel:  (202) 629-3530
        ryan.sparacino@sparacinopllc.com
        eli.kay-oliphant@sparacinopllc.com

        *Counsel for Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
