# EXHIBIT 1

<u>CUI</u>

15 December 2021

MEMORANDUM

From: Associate Counsel, Naval Surface Warfare Center Indian Head Division
To:   Timothy Ryan, Willkie Farr & Gallagher LLP

Subj: *Willkie Farr & Gallagher LLP v. Naval Surface Warfare Center Indian Head EOD Technology Division*, Case No. 1:20-cv-02556

   This memo responds to your November 19, 2021 email request for a written description of the full process by which the subpoena was handled, including a description of what agency possessed the documents in question; what coordination was required with other agencies in order for a determination to be made that the production was approved; and any other necessary coordination that may have taken place between Naval Surface Warfare Center, Indian Head Division (NSWC IHD), Indian Head, Maryland, and United States Central Command (CENTCOM), MacDill Air Force Base, Tampa, Florida.

   The memo outlines how a copy, on a hard-drive, of a historical database aggregated and classified by CENTCOM came into NSWC IHD's possession and how NSWC IHD prepared a response to the classified information initially sought pursuant to Freedom of Information Act (FOIA) requests, subpoenas, and subsequent Touhy requests (collectively referred to as the "Requests"). The memo was prepared with substantial assistance of personnel at NSWC IHD's Explosive Ordnance Disposal (EOD) Department (D), 2008 Stump Neck Road, Indian Head, Maryland.  The memo discusses the approach and rigor committed to the document search and review by the NSWC IHD technical team tasked with identifying documents within NSWC IHD's copy of the CENTCOM database that were responsive to the Requests.  The time required to respond to the Requests by the NSWC IHD organizations noted below is conservatively estimated to have exceeded 375 hours; the burden and expense were directly attributable to NSWC IHD's difficulty in controlling and accessing the electronic records sought.

<u>Background on Documents in Question</u>.

   It has been the practice of the Information Management Division at NSWC IHD to obtain copies of explosives-related information and data from a variety of sources to assist NSWC IHD in developing EOD information and procedures.  Upon request from NSWC IHD, CENTCOM's CCJ6-RDR Records Management Section sent a copy of the CEXC-I Database to NSWC IHD in January 2019, via one external hard-drive.  NSWC IHD did not possess the "original" documents in question, which were prepared under the auspices of CENTCOM during a period of armed conflict. NSWC was neither the original classification authority (OCA) for, nor aggregator of, the documents comprising the database. NSWC acquired a copy of the database for use in its own energetics analyses, and is neither the owner, nor record custodian, of the materials.

<u>CUI</u>

<u>**CUI**</u>

  The copy of the Database provided by CENTCOM was sent by K. Nevins, Chief Records Management, GS-13, DAFC and receipt was acknowledged, by signature, by J. Crownover, Joint EOD Decision Support System Lead at NSWC IHD (NT-5/GS-13 equivalent). The copy of the database sent to NSWC IHD was accompanied by a SF 135 Records Transmittal and Receipt and a Memorandum.  In the memorandum, CENTCOM asserted that along with the Database, NSWC IHD would accept responsibility for FOIA requests, redactions and litigation associated with the Database. Per NSWC IHEODTD Instruction 5216.5B of 24 Jul 2017, Mr. Crownover is not, nor has ever been a designated signatory for FOIA Requests, nor can he authorize NSWC IHD to assume CENTCOMs responsibility to handle Declassification and Litigation Requests. Division Management at Department R was aware that the database copy was, but unaware of the accompanying Memorandum in which CENTCOM stated that NSWC IHD would be responsible for future FOIA requests, Declassification Requests, and Litigation Requests.

  All operations and activities at NSWC IHD are funded by a working capital fund. NSWC IHD is neither a Federal Records Center (see [Federal Records Center Locations | National Archives](#)) nor a repository for records systems transmitted via SF 135.  Use of a SF 135, consistent with 36 C.F.R. 1228.154(c)(vii), is appropriate when records are transferred to Federal Records Centers with appropriate notice to the National Archives (NARA) and NARA's Records Management Services (ACNR).

  Additionally, NSWC IHD lacks control of the Database because it is not the OCA of its contents. Nor does NSWC IHD have release authority (RA) for the documents comprising the Database. Those documents are owned and aggregated by other federal entities, in this case CENTCOM.  NSWC IHD was not the originator of the materials sought, nor is it funded or organized to manage and respond to requests for records created and maintained by a combatant command with an operating area spanning more than 4 million square miles.  Additionally, NSWC is unable to control the large-scale coordination of multiple stakeholder reviews accomplished by the personnel and myriad units attached to CENTCOM areas of operation (AORs) during an extended period of armed conflict for the period during which the reports in the Database were prepared.  CENTCOM has an entire staff to manage control and protection of information in the course of responding to the thousands of requests for information regarding extended combat and related operations in its AOR.

  Notwithstanding, NSWC IHD copied the information from the hard-drive to a classified standalone computer so that a SME could perform an initial content assessment, only to discover that the hard-drive was written and structured in ColdFusion.  Adobe ColdFusion is an application server and a platform for building and deploying web and mobile applications. ColdFusion is used to create dynamic internet applications. ColdFusion is also a rapid scripting environment for creating dynamic internet applications using ColdFusion Markup Language (CFML). NSWC IHD Information Management Division had neither the software nor programmers to search for CEXC-I reports nor share the data for EOD use without extraordinary expenditure of labor and hiring additional expertise; the hard-drive, even though copied into our system on a standalone computer, was not integrated with the NSWC IHD system of records.

  The programmer for the WEAT database, a database originated and maintained by NSWC Dahlgren Division, expressed interest in adding data and information to WEAT, so

Page 2

<u>**CUI**</u>

<u>CUI</u>

NSWC IHD sent the same USCENTCOM hard-drive copy of the CEXC-I Database to the WEAT Team in March 2020. Because of the lack of structure of data on the hard-drive itself, NSWC IHD relied on the functionality and robustness of the WEAT database as the primary "searchable" repository for information related to this request.

<u>The Response</u>.

The classified hard-drive was 905 GB, with 2,085,891 files with a date range of CENTCOM incidents from December 2003 until October 2011.

The NSWC IHD team began by searching CENTCOM's Combined Information Data Network Exchange (CIDNE) database in order to find a Significant Activities (SIGACTS) report for each incident. SIGACTs often contain other information in the form of attachments, associated reports, and a Military Grid Reference System (MGRS) designation that can be used to narrow specific searches in other databases. Sometimes the SIGACTs contained a CEXC report or the CEXC case number that was assigned, which sped up the process of locating an associated CEXC report.

An example search process conducted by a SME:
- Open FOIA case file. If a CIDNE report number is in the spreadsheet (listed under "Report Key" column), copy that number to computer's memory. Log into a CEXC server, navigate to the report "search" tool and paste in the CIDNE report number. Open the SIGACTS report and verify it matches key data fields from the spreadsheet (e.g., date, time, location, city, etc.). Further click on the "Media" tab in CIDNE to open all attached reports and look for a "CEXC" report.
- If a CEXC report is found in CIDNE, further open report, read the report and conduct another verification that the incident or attack information matches the FOIA case. If verified, paste that CEXC report number into the FOIA case spreadsheet under the "CEXC Number" column.
- If no CEXC report was found in CIDNE, attempt a search using CIDNE's date and location search, but this approach may retrieve hundreds of SIGACTS reports; read those reports that appear to have a match. If no success, next try logging into the WEAT database and perform repeated searches using the same date, time and MGRS location information provided by the FOIA spreadsheet. Open and read each CEXC report that appears to match the data and location search criteria to attempt to find a match. Because of possible errors in the MGRS data field from spreadsheet, open all CEXC reports that appear inside the same 4-digit grid square – sometimes a dozen reports must be read carefully. Attempt a 6-digit MGRS search if previous attempt is too unwieldy.
- If NO CEXC report could be located, make the entry "None" in that corresponding cell under the "CEXC Number" column.
- Move to next FOIA case in the spreadsheet row and repeat search process.

Other documents discovered as attachments in some SIGACTS include EOD incident storyboards and Weapons Intelligence Team (WIT) reports, both of which contain information about a specific incident, to include photos. Storyboards are short reports written by an EOD

CUI

team that responded to a request for assistance following an Improvised Explosive Device (IED) attack or other explosives-related incidents (e.g., rocket attack, ordnance used with IEDs). They were not reports used by EOD forces in past conflicts. The reports followed a Task Force Troy-mandated PowerPoint presentation format that became a de facto standard throughout Operation Iraqi Freedom (OIF). In short, they are similar to a SIGACTS report but written from an EOD team perspective with usually more technical and tactical information about the attack scene. Authority for these reports rests with Task Force Troy/CENTCOM utilizing the Task Force Troy Security and Classification Guide, Combined Joint Task Force (CJTF) Troy SCG, Version 2.1, 13 Nov 2008.

EOD storyboard reports were designed to supplement a SIGACTS reports with some quick technical intelligence details like crater assessments and vehicle damage received. The SIGACTS reports were typically written by an infantry unit with no knowledge of these details. An EOD storyboard was often used by officials at the CEXC laboratories to formulate their reports which dived deeper into technical and forensics realms of the IED attack. Oftentimes the Combined Explosives Exploitation Cell (CEXC) report (if there is one) will be referenced in the associations section of the SIGACTS and there are occasions when CEXC reports are attached to CIDNE and SIGACTS reports.

In search efforts where a CEXC report number was found, the number was used to search additional databases such as NSWC Dahlgren Division's Weapons Technical Intelligence (WTI) Exploitation and Analysis Tool (WEAT) database and the Terrorist Explosive Device Analytical Center (TEDAC) database. TEDAC is the Federal Bureau of Investigation's database of forensic and exploitation reports about evidence gathered from specific incidents concerning IEDs. NSWC IHD has no authority to release FBI records.

Use of CIDNE was abruptly stopped before the end of calendar year 2020 after CENTCOM shutdown all of its CIDNE servers, preventing NSWC IHD's review of CIDNE and SIGACTS reports. After 2020, NSWC IHD primarily used the WEAT system/database to conduct its searches by using the date and MGRS location data provided in the FOIA case spreadsheet. The referenced documents were created by units under CENTCOM in Iraq and classified in accordance with CENTCOM and subordinate commands Security Classification Guides (SCG). The NSWC IHD team members reactivated their WEAT accounts in order to log into and search that database.

Although NSWC IHD was able to find and access numerous documents responsive to the Requests through searches of multiple databases, NSWC IHD does not have authority to release them nor declassify/redact them. That responsibility falls upon CENTCOM, the command to which the units who prepared these reports and inputs were assigned while deployed, and to the FBI, who is responsible for TEDAC reports prepared for CENTCOM, the customer and original classifier of the information. The team initially discovered and reviewed 110 documents and 301 image files. Documents discovered and reviewed for this search resulted in a very small number with For Official Use Only (FOUO) handling restrictions; most were classified SECRET or higher and all reside on the classified Secret Internet Protocol Route Network (SIPRNET) hosted by the Department of Defense (DoD).

CUI

The team reviewed documents discovered by this search effort and organized the documents into separate case files, one for each of the 10 separate explosives incidents about which information was sought. The team then reviewed all 110 documents and 301 images for classification against all relevant security documents that were available.

<u>Response Coordination Efforts, Document Delivery to WFG, and NSWC IHD Disposition of Database Copy.</u>

Participants in the NSWC IHD effort to prepare a response to the Requests included representatives of NSWC IHD's Counsel, FOIA, Information Security, EOD Technical Warrant Holder; EOD Information Management Division, EOD Intelligence, Information Management Division, EOD Reporting and Research, Information Management Division, EOD Department offices; Assistant Program Manager, WTI Exploitation and Analysis Tool (WEAT) database, Programmer. In addition the Naval Sea Systems Engineering Directorate (SEA-05E5), NAVSEA Security Manager, Counsel's office, and the Naval Litigation Office were consulted. Ultimately the release evaluation was undertaken by CENTCOM personnel, as CENTCOM retains control over the Database as generator of much of its contents, aggregator and OCA of the Database.

SMEs met with the FOIA Team and NSWC Legal Counsel and confirmed that NSWC IHD lacks the ability to control the records, as the legal authority to release these classified source documents is CENTCOM. NSWC IHD is neither an OCA nor RA for classified reports originating from the CENTCOM AOR. The team recommended consultation with CENTCOM Legal and Records Management teams regarding document disposition. NSWC IHD shared all documents with USCENTCOM for USCENTCOM's security review, redaction and release authority. NSWC IHD legal counsel consulted with CENTCOM's Legal and Records Management departments and facilitated the transfer of files found and analyzed by the search team. CENTCOM is the appropriate authority to respond to this and future FOIA requests for information prepared at its behest, as it retains classification and release authorities.

Following CENTCOM's review, redactions, and classification determinations regarding the documents identified by NSWC IHD pursuant to extensive searches, CENTCOM identified releasable materials and transmitted them to NSWC IHD Information Management Division via SIPRNET, the system of computer networks used by the Department of Defense Services to share, transmit and store classified information. CENTCOM identified releasable documents and provided release permission, in whole or in part, in response to the Requests. NSWC IHD corresponded with CENTCOM on multiple occasions subsequent to CENTCOM's review determinations, seeking clarification of the classification determinations and the terms of release outlined in CENTCOM's cover letter forwarding its review findings and spreadsheet to NSWC IHD. Since CENTCOM has not relinquished control over the documents contained in the Database, NSWC IHD is precluded from disposing of the records as it sees fit. The releasable records were printed by the NSWC IHD Information Management Division and subsequently provided to the NSWC IHD office of counsel for delivery to WFG. Cece Martin, assigned this office, delivered the documents to WFG.

In recognition that CENTCOM retains control over the Database, the Commanding Officer directed that the Database be returned to CENTCOM. This return was effected after

**CUI**

coordination with counsel and the Assistant United States Attorney, and following notification to WFG. NSWC IHD shipped its copy of the classified Database back to CENTCOM on December 14, 2021 via registered mail.

MARTIN.CYNTHIA.R.1245998224
Digitally signed by MARTIN.CYNTHIA.R.1245998224
Date: 2021.12.15 18:19:49 -05'00'

CYNTHIA R. MARTIN
Associate Counsel
NSWC IHD