# EXHIBIT 3

## Ryan, Timothy

| | |
|---|---|
| **From:** | Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov> |
| **Sent:** | Thursday, August 18, 2022 6:21 PM |
| **To:** | Ringger, Devin Charles; Kenney, Logan |
| **Cc:** | Reddick, Nicholas; Ryan, Timothy |
| **Subject:** | RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC |
| **Attachments:** | Silverman --Sparacino v. US Central Command 22-1602 JSR 20220818.docx |

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Devin, still waiting on CENTCOM for some of this. Until then, does this JSR look okay? Also, would you be free to speak with CENTCOM on Sept. 7? As much as I don't mind playing middle man, it probably would be most helpful for you to be able to speak to them directly.

Best,
Bradley

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Thursday, August 18, 2022 9:26 AM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Hi Bradley,

Thanks for the message. For clarification, I believe you're saying that CENTCOM will be referring the CEXC-related portions of our request to the Navy (which we now understand to have accepted the CEXC I database), but I'd be surprised if CENTCOM was referring the remaining portions, as CENTCOM has already searched for and found 157k potentially responsive documents in CENTCOM's own custody and will be returning to Plaintiff to coordinate how to narrow and expedite the request. But correct me if I'm wrong.

Also, unfortunately, I'm going to be out of office from Aug. 30th to September 5th, but could meet and confer on either side of that. Please let me know what other dates the Agency is available, and I'll confirm my availability. Thanks.

Best,
Devin


**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

On Aug 18, 2022 9:11 AM, "Silverman, Bradley (USADC)" <Bradley.Silverman@usdoj.gov> wrote:

**\*\*\* EXTERNAL EMAIL \*\*\***

CENTCOM will be referring all or nearly all of the request to Navy. It may have in fact done so already, I'm trying to confirm that. Would you be free to meet on September 1 or 2? That is when CENTCOM counsel is next available (I know…).

Best,
Bradley

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Wednesday, August 17, 2022 3:03 PM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Thanks, Bradley. We'll stand by to review and approve the draft JSR once you've had a chance to connect with CENTCOM.

Best,
Devin

**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Wednesday, August 17, 2022 2:52 PM
**To:** Ringger, Devin Charles <DRingger@willkie.com>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

**\*\*\* EXTERNAL EMAIL \*\*\***

That is all fine with me. When I talk about our next JSR deadline, I am not proposing to leave this on the back-burner until then—just about when we file reports with the Court. I will reach out to CENTCOM about the questions you raise below and get back to you as soon as I can.

Best,
Bradley

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Wednesday, August 17, 2022 12:51 PM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Bradley,

Thanks for the additional information, which is very helpful (and would have informed Plaintiff's response on the JSR deadline request if we'd had known). Given the below information, Plaintiff can agree to a 60 day JSR deadline.

We also would like to include a representation to the Court that the parties will meet and confer a month in advance of the next JSR to discuss the outstanding issues, the CEXC-related referral to the Navy, and CENTCOM's still-pending response to Plaintiff's February 25, 2022 letter regarding narrowing. From Plaintiff's perspective, absent meaningful communication with CENTCOM that has been difficult to obtain so far, we have no way of knowing what the current status of CENTCOM's efforts really are. For instance:

- Given Plaintiff's assent to CENTCOM's narrowing proposal, but without receiving clarity from CENTCOM about how it will implement it, what is CENTCOM currently doing with respect to the non-CEXC portions of Plaintiff's request? Plaintiff would like to meaningfully meet and confer with CENTCOM well before the next JSR to discuss how CENTCOM proposes to narrow the request, what search terms/limiting criteria it proposes using/excluding, etc.

- Second, with respect to the final line from CENTCOM below, is CENTCOM suggesting that it will be referring the CEXC-related aspects of our FOIA to the Navy? If so, we would like to know how CENTCOM plans to proceed. For instance, will CENTCOM be acting as a clearinghouse and will be retaining responsibility for producing the documents after the Navy has conducted the searches and responsiveness review? Or will CENTCOM be referring the CEXC-related aspects to a Naval sub-division whole cloth, such that Plaintiff will need to coordinate with that Naval Subdivision going forward? If the latter, which Naval office will be receiving the referral? Plaintiff will like have details regarding this referral as soon as practicable so that we can connect with them and expedite the FOIA processing, and would like to avoid waiting until the next JSR deadline to for updates in this regard.

Plaintiff would thus propose a meet and confer with CENTCOM halfway through the JSR period (sometime during the week of September 19th to the 24th) to discuss these issues and exchange thoughts with Plaintiff about how to proceed, so that the second half of the JSR period can be productively spent executing on this plan. Please let us know the Agency's thoughts on the above, and how it wishes to proceed.

Best,
Devin


**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Wednesday, August 17, 2022 12:20 PM
**To:** Ringger, Devin Charles <DRingger@willkie.com>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

**\*\*\* EXTERNAL EMAIL \*\*\***

We can each put forward our own proposed JSR dates, but if so, I am going to ask for four months. Or we can agree on 60 days. Either works for me—the Court will do what it wants to do anyway. Here is what CENTCOM told me since we last spoke:

*NSWC IHD is wrong about the OCA issue.  Numerous records in CEXC are joint records, allowing any organization to declass them.  While the records still have to be consulted on this does not necessarily make CENTCOM the OCA.*

*Just because NSWC IHD sent CENTCOM the database, does not mean we accepted it.  NSWC IHD never coordinated sending the database back to CENTCOM – they just sent it.  NSWC IHD's memo wrongfully (according to DoD procedures) states their position without the proper authorities.*

*As to disclaiming ownership of a database – under proper authority, Chairman of the Joint Chiefs of Staff Manual (CJCSM) 5760.01a, Joint Staff and Combatant Command Records Management Manual, 7 February 2008, we rightfully transferred the database.*

*Nonetheless, this very well may be a moot point, my understanding is Navy has agreed to accept the CEXC-I database.*

---

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Wednesday, August 17, 2022 11:56 AM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Hey Bradley,

In our experience, we really need to keep the fire under CENTCOM to get progress being made, and given that we're still awaiting a response to our February 25, 2022 letter where we assented to the same request from the Agency to narrow our FOIA request that you just rearticulated anew today, we are concerned that the Agency has not actually made any progress since that time.  We do not, for instance, know whether the 157k records were identified even before LTC Kaneshiro's January 18th letter requesting the narrowing.  Without any new contact from the Agency in the intervening six months, we are only willing to extend the JSR deadline for one additional month at this juncture, after which we will expect to have reasonably reliable communication with the Agency in between each JSR going forward.  Again, this is solely based upon our extensive experience litigating against CENTCOM, as already described.  Please let us know if that works for you, and if so, whether you will be circulating a draft JSR.

Best,
Devin


**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Wednesday, August 17, 2022 11:43 AM
**To:** Ringger, Devin Charles <DRingger@willkie.com>; Kenney, Logan <LKenney@willkie.com>

4

**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

**\*\*\* EXTERNAL EMAIL \*\*\***

Hi Devin, I have reached out to CENTCOM with these questions and will get back to you as soon as I have more info. As for tomorrow's JSR, I suggest we set the next JSR out two or three months. What do you think?

Best,
Bradley

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Wednesday, August 17, 2022 11:29 AM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Hi Bradley,

Thanks for your very helpful reply.  Yes, we'd be very interested in narrowing our request to just the "substantive" portions of the requests (i.e., the actual incident reports, AR 15-6s, attack reports, casualty reports, after action investigations themselves, etc.), as we'd previously communicated to the agency in response to its January 18, 2022 letter from LTC Kaneshiro, and we're happy to hold in abeyance the remaining searches until the parties have had a time to review the substantive portions to determine whether the additional searches really are necessary.  Based upon your e-mail, it is not clear whether the 157,000 potentially responsive results reflects the initial search results or the subsequent, narrowed search results for the "substantive" portions of the requests.  Moreover, it is not clear what database was searched or what search terms were run that would have produced that many results and that might instead be dragging in a large number of false positives, for example.  Plaintiff would be very interested in discussing each of these subjects with the Agency in a meet and confer as soon as practicable, with the hope of collaborating with the Agency to reduce its workload and speed up the production process as much as possible.  Likewise, any further information the Agency can provide us (i.e., search terms run, hit counts for each search term, data parameters used, databases searched, how many of the 157k results were "substantive" vs "non-substantive" under the proposal by LTC Kaneshiro, etc.) would help us streamline that upcoming conversation.

So, we'll stand by for more information from the Agency, and look forward to hopefully discussing the above with them in the next two weeks.  Let us know if we can get you any further information to assist you.

Best,
Devin


**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Wednesday, August 17, 2022 10:56 AM
**To:** Ringger, Devin Charles <DRingger@willkie.com>; Kenney, Logan <LKenney@willkie.com>

**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

### *** EXTERNAL EMAIL ***

Hi Devin and Logan, when works best for you? My schedule is fairly flexible—unfortunately, the main impediment on my end isn't free time on my calendar, but just getting information from CENTCOM. That said, I have learned that the search is complete and yielded about 157,000 potentially responsive results. CENTCOM expects processing this to take multiple years. Would you have any interest in narrowing the search using search terms calculated to find the results you're looking for? That could make processing go faster.

As to your questions in the bullet points—I hear you. I will try to get answers on these to you as quickly as I can.

Best,
Bradley

**From:** Ringger, Devin Charles <DRingger@willkie.com>
**Sent:** Tuesday, August 16, 2022 3:58 PM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>; Kenney, Logan <LKenney@willkie.com>
**Cc:** Reddick, Nicholas <NReddick@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Hi Bradley,

We understand that CENTCOM can be uniquely difficult to get information out of at times, and if you can't get information from them, then we agree that a call wouldn't be fruitful. We will stand by while you get the information you need, and we will hopefully be able to get a conversation on the books well in advance of the JSR deadline, as we have several important issues to discuss with the Agency and would like both parties to have time to meaningfully get answers to the questions before the JSR. As such, we would propose meeting and conferring next week or at the latest during the final week of August, which would give both parties time to respond to the other's questions during the following week leading up to the JSR on Sept. 9th. I include below one particular concern that Plaintiff wishes to resolve expeditiously, and that we would like to focus in in the upcoming JSR. Recognizing that all of this is new to you, we are of course happy to discuss this issue and our others with you and the Agency as soon as you are available. Nevertheless, in order to fully apprise you of Plaintiff's position, I provide the below:

- Of particular concern to Plaintiff is the suggestion in CENTCOM's Answer that CENTCOM is not the appropriate recipient of FOIAs targeting documents retained in the CEXC database, which is an issue we have litigated with both CENTCOM and NSWC IHD previously, as noted in our Complaint and in its accompanying Exhibit 4, which is a letter from NSWC IHD demonstrating that it returned its only copy of the CEXC database to CENTCOM in December 2021. In any event, even when NSWC IHD was in possession of a copy of the CEXC database, it was persistently hamstrung in its ability to search for requested records, as each and every record identified as potentially responsive (or non-responsive) had to be referred *back to CENTCOM* before NSWC could produce it, because NSWC was not the original classification authority (OCA) of those documents. NSWC IHD's Associate Counsel described this in her memorandum: "Additionally, NSWC IHD lacks control of the Database because it is not the OCA of its contents. Nor does NSWC IHD have release authority (RA) for the documents comprising the Database. Those documents are owned and aggregated by other federal entities, in this case CENTCOM." Exhibit 4.

- Plaintiff thus needs, with all deliberate speed, to know why CENTCOM is disclaiming ownership over a database it has had in its possession since December 2021 at the latest and—in any event—over which CENTCOM retains declassification and release authority that NSWC IHD has averred that it lacks (in the litigation filings in this

District cited in Plaintiff's Complaint).  Having litigated this precise issue with these precise parties for over 18 months in two previous pieces of litigation, Plaintiff respectfully requests a more complete answer than the one offered in paragraph 19 of CENTCOM's Answer, which states only that CENTCOM "denies that it retains control over the CEXC database."  Plaintiff believes additional information on this point must be included in the forthcoming JSR, as we are concerned that Plaintiff's good faith efforts to seek the documents it requests could be unduly hamstrung by CENTCOM's position.

We'll stand by for your availability to discuss the above, and the other issues raised in the Complaint and Anwer.

Best,
Devin


**Devin Charles Ringger**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1463 | Fax: +1 202 303 2463
dringger@willkie.com | vCard | www.willkie.com bio
Pronouns: he, him, his

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Tuesday, August 16, 2022 1:58 PM
**To:** Kenney, Logan <LKenney@willkie.com>
**Cc:** Ringger, Devin Charles <DRingger@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

**\*\*\* EXTERNAL EMAIL \*\*\***

Logan, I apologize, but can we reschedule this? I have been trying to obtain information from the agency, but have been unable to do so yet. Right now, I'm afraid I won't have anything to report. I will make sure I hear from them and get back to you before our JSR is due. Thanks.

**From:** Kenney, Logan <LKenney@willkie.com>
**Sent:** Friday, August 12, 2022 8:05 PM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>
**Cc:** Ringger, Devin Charles <DRingger@willkie.com>
**Subject:** [EXTERNAL] RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Thanks for your reply.  We are available Tuesday between 12PM and 2PM ET and Wednesday between 10AM and 11AM or after 2PM ET.  Let me know your preference and I will circulate the invitation.

Best,
Logan


**Logan Kenney**
Law Clerk
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1028 | Fax: +1 202 303 2000
lkenney@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Silverman, Bradley (USADC) <Bradley.Silverman@usdoj.gov>
**Sent:** Friday, August 12, 2022 7:13 PM
**To:** Kenney, Logan <LKenney@willkie.com>
**Cc:** Ringger, Devin Charles <DRingger@willkie.com>
**Subject:** RE: Sparacino v. CENTCOM, 1:22-cv-1602-JMC

**\*\*\* EXTERNAL EMAIL \*\*\***

Yes, when are you free?

**From:** Kenney, Logan <LKenney@willkie.com>
**Sent:** Friday, August 12, 2022 6:55 PM
**To:** Silverman, Bradley (USADC) <BSilverman@usa.doj.gov>
**Cc:** Ringger, Devin Charles <DRingger@willkie.com>
**Subject:** [EXTERNAL] Sparacino v. CENTCOM, 1:22-cv-1602-JMC

Hi Bradley,

I'm writing to check in and see when you may have time for a call to meet and confer regarding the Sparacino v. CENTCOM FOIA litigation, as the court ordered us to submit a joint status report by Thursday, August 18th. Are you available to speak sometime Tuesday or Wednesday morning? Please let us know what works best for you.

Thanks,
Logan

**Logan Kenney**
Law Clerk
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1028 | Fax: +1 202 303 2000
lkenney@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally

privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.