# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPARACINO PLLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. CENTRAL COMMAND,<br><br>        *Defendant*. | Civil Action No. 22-1602 (JMC) |

## JOINT STATUS REPORT

Pursuant to this Court's Order, ECF No. 14, Plaintiff Sparacino, PLLC and Defendant U.S. Central Command respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant is on track to produce its first release of about 300 pages of records on or around March 15, 2023. Disposition of the CEXC-I database is currently pending decision by the Joint Staff. Consistent with this Court's Order, the parties will file their next JSR on March 17, 2023.

Dated: January 17, 2023

/s/ Devin Charles Ringger
DEVIN CHARLES RINGGER
D.C. Bar No. 1044160
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006
(202) 202-1463
dringger@willkie.com

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar No. 1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575

*Attorneys for the United States of America*