# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SPARACINO PLLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NAVAL FORCES CENTRAL COMMAND OFFICE OF NAVAL OPERATIONS DIRECTOR OF NAVY STAFF (DNS-36 FOIA/PA),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-0649 (GMH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's January 6, 2023, Minute Order, Plaintiff, Sparacino, PLLC, and Defendant, United States Navy Forces Central Command ("NAVCENT" or the "Agency"), by and through their respective undersigned counsel, hereby provide the Court with the following Joint Status Report in this Freedom of Information Act ("FOIA") litigation. In support of this report, the parties state as follows:

1. Plaintiff filed the Complaint in this matter on March 14, 2022. ECF No. 1. The Complaint relates to a December 20, 2021, FOIA request "requesting Significant Activity ('SIGACT') Reports and other investigative material pertaining to specified attacks in Iraq that resulted in the injuries or deaths of eight identified U.S. servicemembers and twelve civilian government contractors." *Id*. at ¶ 13.

2. As previously reported, the Secretary of the Navy/Chief of Naval Operations FOIA Office (DNS-36) referred Plaintiff's request to the Naval Explosive Ordinance Disposal Technology Division – Indian Head Maryland ("EOD Tech"), now part of Naval Surface

Warfare Center, Indian Head Division ("NSWCIHD"), on July 25, 2022. Defendant has not identified any records responsive to Parts A-N, or Parts P-W of Plaintiff's' request and is preparing an informal summary that describes Defendant's search efforts with respect to these parts of the request.

3. Although Defendant had expected to provide the informal search summary to Plaintiff by February 6, 2023, Defendant needs additional time to confer with the relevant individuals to prepare the informal search summary and expects to provide the informal search summary on or before March 1, 2023.

4. As to Part O of Plaintiff's request, NSWCIHD had now conducted a search in response and has located approximately 2,000 pages of potentially responsive records. However, because these records contain information that belongs to the U.S. Central Command ("CENTCOM"), NSWCIHD is currently working on referring the pages to CENTCOM for further processing. NSWCIHD expects to make the referral of these pages on or before March 1, 2023. NSWCIHD has already referred the one record that it previously found to CENTCOM.

5. The parties continue to meet and confer to determine whether any issues or disputes remain with respect to Plaintiff's request in an effort to narrow or resolve any disputes. In this light, the parties propose that they file an additional Joint Status Report in approximately sixty days, or on or before April 7, 2023, to update the Court.

Dated: February 6, 2023     Respectfully submitted.

/s/ Michael J. Gottlieb
Michael J. Gottlieb (D.C. Bar No. 974960)
Nicholas Reddick (D.C. Bar No. 1670683)
Devin Charles Ringger (D.C. Bar No. 1044160)
Timothy Ryan (D.C. Bar No. 1719055)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (2020) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
NReddick@willkie.com
DRingger@willkie.com
TRyan@willkie.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*

3