IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER GRANTING LEAVE TO CONDUCT THIRD-PARTY DISCOVERY**

Upon consideration of the Iraq-Injured Plaintiffs' motion for leave to conduct third-party discovery, it is hereby:

**ORDERED** that the motion is GRANTED and the Iraq-Injured Plaintiffs are granted leave to serve the third-party discovery requests described in their motion.

Dated: _____, 2023      By: _____
                                             Judge Randolph D. Moss
                                             UNITED STATES DISTRICT JUDGE