IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS KATHLEEN HANSON, ROBERT HANSON, CHERYL KILPELA, MICHAEL KILPELA, ELLEN LEACH, DANIEL PLUMONDORE, ELFRIEDE PLUMONDORE, JOHN SAVAGE, DEBRA SPRINGMAN, AND BRITTENY WOODS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kathleen Hanson (FAC ¶ 855, Dkt. 15), Robert Hanson (FAC ¶ 856, Dkt. 15), Cheryl Kilpela (FAC ¶ 1057, Dkt. 15), Michael Kilpela (FAC ¶ 1058, Dkt. 15), Ellen Leach (FAC ¶ 287, Dkt. 15), Daniel Plumondore (FAC ¶ 1516, Dkt. 15), Elfriede Plumondore (FAC ¶ 1515, Dkt. 15), John Savage (FAC ¶ 1673, Dkt. 15), Debra Springman (FAC ¶ 531, Dkt. 15), and Britteny Woods (FAC ¶ 2030, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all of their claims in the above-captioned action against Defendant Islamic Republic of Iran. This dismissal is only on behalf of the above-mentioned Plaintiffs. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated:  March 16, 2023

                    Respectfully submitted,

                    */s/ Michael J. Gottlieb*

                    Michael J. Gottlieb (D.C. Bar No. 974960)
                    Randall Jackson (D.C. Bar No. 490798)
                    Willkie Farr & Gallagher LLP
                    1875 K Street, N.W.
                    Washington, DC 20006-1238
                    Tel: (202) 303-1000
                    Fax: (202) 303-2000
                    MGottlieb@willkie.com
                    RJackson@willkie.com

                    Nicholas Reddick (D.C. Bar No. 1670683)
                    Willkie Farr & Gallagher LLP
                    One Front Street
                    San Francisco, CA 94111
                    Tel: (415) 858-7400
                    Fax: (415) 858-7599
                    NReddick@willkie.com

                    Ryan R. Sparacino (D.C. Bar No. 493700)
                    Eli J. Kay-Oliphant (D.C. Bar No. 503235)
                    Sparacino PLLC
                    1920 L Street, NW, Suite 535
                    Washington, DC 20036
                    Tel:  (202) 629-3530
                    ryan.sparacino@sparacinopllc.com
                    eli.kay-oliphant@sparacinopllc.com

                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

<em>/s/ Michael J. Gottlieb</em><br>
Michael J. Gottlieb