IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS
OLIVIA HARDEN, CONNIE MADORE, RONNIE MADORE,
AND JACK SLINGERLAND III**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Olivia Harden (FAC ¶ 1013, Dkt. 15), Connie Madore (FAC ¶ 1232, Dkt. 15), Ronnie Madore (FAC ¶ 1233, Dkt. 15), and Jack Slingerland III (FAC ¶ 951, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all of their claims in the above-captioned action against Defendant Islamic Republic of Iran.  This dismissal is only on behalf of Ms. Harden, Mrs. and Mr. Madore, and Mr. Slingerland III.  The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated:  June 20, 2023

                              Respectfully submitted,

                              */s/ Nicholas Reddick*

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Randall Jackson (D.C. Bar No. 490798)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
RJackson@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                  */s/ Nicholas Reddick*
                                  Nicholas Reddick