IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　　　　　Defendant. | Case No. 1:21-cv-01808-RDM |

### [PROPOSED] CASE MANAGEMENT ORDER

Upon consideration of Plaintiffs' Motion for Entry of a Case Management Order, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the following case management plan shall govern further proceedings:

1. On or before November 30, 2023, Plaintiffs will file their motion for default judgment, motion to submit evidence under seal, expert reports, documentary evidence, damages declarations, and associated filings for a subset of approximately 45 plaintiffs associated with 25 bellwether attacks.

2. Within 60 days after filing their motion for default judgment, Plaintiffs will file a proposed administrative plan governing the appointment of Special Masters and propose Special Masters to adjudicate damages for additional plaintiffs associated with the bellwether attacks. Following the Court's appointment of Special Masters, Plaintiffs will make written damages submissions to the Special Masters.

3. Within 30 days after the Court issues its Bellwether Opinion, the Special Masters will submit their reports and recommendations regarding the damages claims of the additional

plaintiffs associated with the bellwether attacks, and Plaintiffs will promptly file the reports and recommendations with the Court and will file any objections within 30 days thereafter.

4. Within 60 days after the Court issues its Bellwether Opinion, Plaintiffs will file a motion for the appointment of additional Special Masters to adjudicate the liability and damages claims of the non-bellwether plaintiffs. Following the Court's appointment of additional Special Masters, Plaintiffs will make written submissions to the Special Masters as to both liability and damages for each of the Tranche 1 non-bellwether plaintiffs.

5. Following completion of a Special Master's report and recommendation for his or her assigned Tranche 1 non-bellwether plaintiffs, Plaintiffs will promptly file the report and recommendation with the Court and will file any objections within 30 days thereafter. Plaintiffs will then make written submissions to that Special Master as to both liability and damages for each of his or her assigned Tranche 2 non-bellwether plaintiffs. Following completion of the Special Master's report and recommendation for his or her assigned Tranche 2 non-bellwether plaintiffs, Plaintiffs will promptly file the report and recommendation with the Court and will file any objections within 30 days thereafter.

DATED: _____

                        HON. RANDOLPH D. MOSS
                        United States District Judge

cc: All counsel of record via ECF