UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

                Plaintiffs,

vs.

ISLAMIC REPUBLIC OF IRAN.,

                Defendants.

No. 21-cv-01808-RDM

## MOTION TO WITHDRAW RANDALL W. JACKSON AS COUNSEL FOR PLAINTIFFS

Randall W. Jackson, of the law firm Wachtell Lipton Rosen & Katz, respectfully requests permission from this Court, pursuant to Local Civil Rule 83.6, to withdraw his appearance on behalf of the plaintiffs, see Attachment A, and certifies as follows:

1. Mr. Jackson, then a partner at Willkie Farr & Gallagher, entered his appearance on behalf of the plaintiffs on July 8, 2021.

2. The basis for withdrawal is the undersigned's departure from Willkie Farr & Gallagher LLP on September 19, 2023.

3. Michael J. Gottlieb and Nicholas M.H. Reddick, also of the law firm Willkie Farr & Gallagher, will remain as counsel of record for plaintiffs, as well as attorneys from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and attorneys from Sparacino PLLC, in the above-captioned case, such that the undersigned's withdrawal will not prejudice the parties nor cause undue delay.

Wherefore, the undersigned respectfully requests leave to withdraw his appearance in this case.

October 6, 2023                                  Respectfully Submitted,

                                                **WACHTELL, LIPTON, ROSEN & KATZ**

_/s/_ R. Jackson_____
Randall W. Jackson
51 West 52nd Street
New York, NY 10019
Phone: (212) 403-1000
Fax: (212) 403-2000
RWJackson@wlrk.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2023, I served the foregoing Notice of Withdrawal on all parties using the Court's ECF system.

                                                    /s/ R. Jackson