**Attachment A**

| | |
|---|---|
| Dorothy Acklin | Edward Davis, Jr. |
| Sondra Adkins | David Dehn Jr. |
| Mary Allen | Dale Deraps |
| Kenneth Anderson | Elaine Fraizer |
| Joann Arnold | G.B. |
| Iesha Ayro | Kelly Inman |
| Christina Baker | Natalie Jackson |
| Linda Baloga | Shanti Johnson |
| Tobey Beery | Ellen Leach |
| Barbara Benard | Cameron Mann |
| Andrew Bisson | Robert Martino |
| Christopher Bisson | Sybil Martino |
| Lauralee Bisson | Barbara Parsons |
| Richard Bisson | Debra Springman |
| Rita Blodgett | Kristen Swanson |
| Debra Booth | T.B. |
| Erica Booth | Shawna Westbrook |
| Christopher Borea | |
| Kim Borea | |
| John Bouchard | |
| Julia Byrd | |
| Martha Cabe | |
| Leroy Cain, Jr. | |
| Joesph Cantrell III | |
| Dawn Cassil | |
| Joshua Cawvey | |
| Sandra Cawvey | |
| Kevin Cawvey Sr. | |
| Brandon Clevenger | |
| Nancy Clevenger | |
| Lillian Costello | |
| Nichole Crowley | |
| John Darga | |