UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>       Plaintiffs,<br><br> vs.<br><br>ISLAMIC REPUBLIC OF IRAN.,<br><br>       Defendants. | No. 21-cv-01808-RDM |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Randal Wade Jackson, Esq. to Withdraw as Counsel on behalf of plaintiffs, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2023.

_____

Hon. Randolph D. Moss
United States District Judge