IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER**

  Upon consideration of Plaintiffs' Motion to Exceed Page Limit, any opposition thereto, and the entire record herein, it is hereby

  **ORDERED** that Plaintiffs shall have a page limit of 190 pages with respect to their Motion for Default Judgment on Behalf of Bellwether Plaintiffs and Memorandum in Support Thereof.

Dated: _____

                            United States District Court Judge