# **Exhibit 001**

| | **Plaintiffs' Exhibit 1: Exhibit List** | | | | | |
|---|---|---|---|---|---|---|
| **Exhibit Number** | **Citation** | **Sealed Treatment Requested** | **Partial Redaction or Full Seal Requested** | **Grounds for Requesting Sealed Treatment/Redactions** | **Grounds for Admission** | **Source** |
| 1 | Exhibit List | | | | Not Offered for Admission | Demonstrative |
| 2 | Expert Report & Declaration of Dr. Daveed Gartenstein-Ross on Sunni Militant Organizations | | | | FRE 401; 402; 403; 611; 702; 703; 704; 901 | Expert Report |
| 3 | Expert Witness Report of Dr. Daveed Gartenstein-Ross on Attack Attributions | Yes | Partial Redaction | Document Analyzing Sensitive Documents | FRE 401; 402; 403; 611; 702; 703; 704; 901 | Expert Report |
| 4 | Expert Report of Michael Pregent | | | | FRE 401; 402; 403; 611; 702; 703; 704; 901 | Expert Report |
| 5 | Expert Damages Report of Chad Staller and Stephen M. Dripps for Sgt. Adam Kisielewski (ret.) | Yes | Partial Redaction | Document Analyzing Sensitive Documents | FRE 401; 402; 403; 611; 702; 703; 704; 901 | Expert Report |
| 6 | Bellwether Attack Table | | | | FRE 401; 402; 403; 611; 1006 | Deomstrative |
| 7 | Bellwether Plaintiffs Table | | | | FRE 401; 402; 403; 611; 1006 | Demonstrative |
| 8 | Bellwether Damages Table | | | | FRE 401; 402; 403; 611; 702; 1006 | Demonstrative |
| 9 | Felicia Bell Carter ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 10 | Declaration of Felicia Bell Carter | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 11 | Michael Bell ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 12 | Declaration of Michael Bell | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 13 | Lisa Kaufman U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 14 | Declaration of Lisa Kaufman | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 15 | Alexandria Parks ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 16 | Declaration of Alexandria Parks | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 17 | Jonathan Krause ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 18 | Declaration of Jonathan Krause | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 19 | Gerald Krause ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 20 | Declaration of Gerald Krause | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 21 | Milissa Wojtowicz ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 22 | Declaration of Milissa Wojtowicz | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 23 | Virginia Maitland ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 24 | Declaration of Virginia Maitland | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | Cheryl Felder Stuart ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 26 | Declaration of Cheryl Felder Stuart | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 27 | Manaser Orton ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 28 | Declaration of Manaser Orton | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 29 | Tara Roberts ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 30 | Declaration of Tara Roberts | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 31 | Alan Bean Sr. ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 32 | Declaration of Alan Bean Sr. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 33 | Rita Blodgett ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 34 | Declaration of Rita Blodgett | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 35 | Jacob Kosky ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 36 | Declaration of Jacob Kosky | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 37 | Nancy Poulin ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 38 | Declaration of Nancy Poulin | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 39 | Christina Linden U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 40 | Declaration of Christina Linden | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 41 | Jason Rockholt U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 42 | Declaration of Jason Rockholt | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 43 | Adam Kisielewski ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 44 | Declaration of Adam Kisielewski | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 45 | Noe Orosco ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 46 | Declaration of Noe Orosco | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 47 | Rita Zoucha ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 48 | Declaration of Rita Zoucha | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 49 | Marla Van Cannon ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 50 | Declaration of Marla Van Cannon | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 51 | Michael Van Cannon U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 52 | Declaration of Michael Van Cannon | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | Brandon Clevenger ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 54 | Declaration of Brandon Clevenger | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 55 | Roger Kurtz U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 56 | Declaration of Roger Kurtz | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 57 | Stephanie Kurtz U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 58 | Declaration of Stephanie Kurtz | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 59 | Richard Gervasi II ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 60 | Declaration of Richard Gervasi II | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 61 | Norma Estes ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 62 | Declaration of Norma Estes | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 63 | Patricia Grassbaugh U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 64 | Declaration of Patricia Grassbaugh | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 65 | Michael Summers ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 66 | Declaration of Michael Summers | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 67 | Nanette West U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 68 | Declaration of Nanette West | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 69 | Clark West U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 70 | Declaration of Clark West | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 71 | Ashley LeGrand Rawlings ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 72 | Declaration of Ashley LeGrand Rawlings | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 73 | K.L., a minor Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 74 | Declaration of K.L., a minor | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 75 | Patty Jett Birth Cert., ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 76 | Declaration of Patty Jett | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 77 | Shelia Towns ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 78 | Declaration of Shelia Towns | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 79 | Martha Cabe Birth Cert. & Marriage Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 80 | Declaration of Martha Cabe | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | Sarah Lambert U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 82 | Declaration of Sarah Lambert | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 83 | Duane Pionk ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 84 | Declaration of Duane Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 85 | Kelly Inman ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 86 | Declaration of Kelly Inman | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 87 | Natalie Jackson ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 88 | Declaration of Natalie Jackson | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 89 | Andrew Marshall U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 90 | Declaration of Andrew Marshall | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 91 | Sheila Marshall U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 92 | Declaration of Sheila Marshall | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 93 | Brandi Yanez U.S. Passport | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 94 | Declaration of Brandi Yanez | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 95 | Joseph Pautsch ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 96 | Declaration of Josef Pautsch | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 97 | Becky Johnson ID, Birth Cert. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 98 | Declaration of Becky Johnson | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 99 | State Sponsors of Terrorism, U.S. Dep't of State, available at https://www.state.gov/state-sponsors-of-terrorism/ (last visited November 18, 2023) | | | | FRE 401; 402; 403; 803(8); 807; 901; 902; 902(5) | Public Document |
| 100 | Foreign Sovereign Immunities Act - How do I effect service of a default judgment or other documents?, U.S. Dep't of State, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html (last visited November 18, 2023) | | | | FRE 401; 402; 403; 803(8); 807; 901; 902; 902(5) | Public Document |
| 101 | U.S. Federal Reserve, Monthly Interest Rates, available at https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15 | | | | FRE 401; 402; 403; 803(8); 807; 901; 902; 902(5) | Public Document |
| 102 | U.S. Marine Corps, USCENTCOM FOIA 22-0289, "Casualty Report – Adam Kisielewski," (August 21, 2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | U.S. Marine Corps Headquarters, "Purple Heart Award, Adam Kisielewski," (August 26, 2005) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 104 | U.S. Department of Defense, "Certificate of Release or Discharge from Active Duty: Kisielewski, Adam Christopher," (October 3, 2006) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 105 | U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Report of Casualty – Brent Zoucha" (June 12, 2006) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 106 | U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Enemy Situation and Assessment," (June 6, 2006) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 107 | U.S. Marine Corps, "Purple Heart Award – Brent Zoucha," (June 13, 2006) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 108 | Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Brent B. Zoucha," (June 14, 2006) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 109 | Lt. Col. Marano, "Letter from Commanding Officer: LT COL Marano," First Battalion 7th Marines Newsletter, (June 2006) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 110 | CENTCOM, USCENTCOM 22-0341, Ops Report, "IED Attack on 1/7 NE of Husaybah: 3 CF KIA, 1 CF WIA," (June 9, 2006) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 111 | Department of the Army, "Report of Casualty – Ross Clevenger," (March 26, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 112 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Ross Clevenger," (March 23, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 113 | Letter from Department of the Army to Abby Bradshaw, (Feb. 12, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |
| 114 | Department of the Army, USARCENT FOIA FA-22-0067, "Report of Proceedings by Investigating Officer/Board of Officers," (Feb. 9, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 115 | CENTCOM, USCENTCOM FOIA 22-0090, Ops Report "IED EXPLOSION(IED) ATTK ON 3/A/321: 1 CF WIA 3 CF KIA," (Feb. 8, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 116 | Department of the Army, USCENTCOM FOIA 22-0146, "Supplemental Report of Casualty – Russell Kurtz," (February 11, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | FOIA |
| 117 | Department of the Army, "Informal AR 15-6 Investigation Findings in the Death of SGT Kurtz, Russell Andrew B Co 3-509 IN," (March 13, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 118 | Department of the Army, "Certificate of Death – Russell Kurtz," (February 27, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902;  902(11) | Victim's Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 119 | Department of the Army, "Casualty Report – Russell Kurtz," (February 11, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 120 | CENTCOM, USCENTCOM FOIA 22-0246, "Report of Casualty – Kelly Youngblood," (February 18, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 121 | CENTCOM, USCENTCOM FOIA 22-0246, Ops Report, "DIRECT FIRE (Small Arms) ON B/3-69 (TF 3-69) IVO AR RAMADI (ROUTE): 1 CF KIA 2 AIF KIA," (February 19, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 122 | Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into the circumstances surrounding the death of PV2 Youngblood," (February 21, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 123 | Department of the Army, "Report of Casualty – Michael Stack" (April 11, 2004) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 124 | Department of the Army, USARCENT FOIA FA-22-0067, "After Action Report for AOB 560 Combat Actions on 11-12APR04" (April 13, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 125 | Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Final Autopsy Report – Michael Stack" (September 29, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 126 | CENTCOM, USCENTCOM FOIA 22-0072, Ops Report, "Rocket Attk on FOB Kalsu IVO MUSAYYIB: 3 CF KIA; 12 CF WIA," (May 25, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 127 | Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Autopsy Report – Alan Bean," (August 3, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 128 | Department of the Army, "Report of Casualty – Timothy Bell," (June 30, 2010) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 129 | Department of the Army, "Memorandum for Commander 172d Corps Support Group, LAS Anaconda, APO AE 09391," (August 2, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 130 | Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Stephen Hulett," (April 18, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 131 | Department of the Army, USCENTCOM FOIA 22-0145, Ops Report "Coordinated ATTK on 724TC Convoy in Zone 35: 1US KIA; 1 NEU Killed," (April 9, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 132 | U.S. Department of Defense, "News Release - DOD Announces Change-in-Status of an Army Soldier Casualty," (April 24, 2004) | | | | FRE 401; 402; 403; 807 | Public Document |
| 133 | CENTCOM, USCENTCOM FOIA 22-0110, Ops Report, "Rocket Attk on Camp Cooke (Taji): 4 CF KIA, 7 CF WIA," (April 24, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 134 | Department of the Army, "Report of Casualty – Arthur Felder," (April 30, 2004) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | Department of the Army, "Report of Casualty – Billy Orton," (May 3, 2004) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 136 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Billy Orton," (May 20, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 137 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Arthur Felder," (February 11, 2005) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 138 | MARCENT, USMARCENT FOIA DON-USMC-2022-002646, "MSGID/SITREP: MSF-B/04-288," (January 15, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 139 | Department of State, State Dep. FOIA FL-2022-00064, "Report of Death of an American Citizen Abroad – John Pinsonneault," (March 6, 2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 140 | U.S. Marine Corps Deputy Medical Examiner, State Dep. FOIA FL-2022-00064, "Certificate of Death – John Pinsonneault," (October 17, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 141 | Armed Forces Institute of Pathology, "Autopsy Report – John Pinsonneault," (October 14, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 142 | U.S. Dep't of State, State Dep. FOIA FL-2022-00064, "Attachment 2–W0RKING COPY–DS Memorial Project–1st Round Nominations–Approved 9/2013" | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 143 | CENTCOM, USCENTCOM FOIA 22-0360, Ops Report, "Explosion IVO Bazaar Baghdad (Zone 1): 4 NEU Killed, 1 CF WIA, 21 NEU INJ," (October 14, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 144 | CENTCOM, USCENTCOM FOIA 22-0183, "Casualty Report – Adrian Orosco," (December 2, 2022) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 145 | CENTCOM, USCENTCOM FOIA 22-0183, Ops Report, "IED EXPLOSION ATTK ON 1-11 ACR IVO (ZONE 34) (ROUTE SWORD/MICHIGAN: 9 CF WIA 1 CF KIA 2 CIV WIA 1 AIF KIA," (December 9, 2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 146 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Adrian Orosco," (January 3, 2003) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 147 | Department of the Army, USARCENT FOIA FA-22-0067, "Informal AR 15-6 Investigation, Justin Monschke," (October 17, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 148 | CENTCOM, USCENTCOM FOIA 22-0178, Ops Report, "IED Explosion RPT (IED) A/2-12IN: 1CF KIA 3CF WIA," (October 14, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 149 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Justin Monschke," (October 21, 2022) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 150 | USCENTCOM, USCENTCOM FOIA 22-0115, Ops Report, "SAFIRE on C/1-131 (EASY 4, [REDACTED]: 12 CF KIA 1 AIF DET," (January 20, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 151 | Office of the Armed Forced Medical Examiner, "Autopsy Report – Marilyn Gabbard," (February 27, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 152 | Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07," (February 3, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 153 | Department of the Army, "Report of Casualty – Jonathan Grassbaugh," (May 3, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 154 | USCENTCOM, USCENTCOM FOIA 17-0695, "Initial and Supplemental Casualty Report - Levi Hoover," (April 7-8, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 155 | CENTCOM, USCENTCOM FOIA 22-0169, "Casualty Report – Rodney McCandless," (April 8, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 156 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jonathan Grassbaugh," (May 11, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 157 | Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into an IED Detonation Resulting in the Death of CPT Grassbaugh, Jonathan; SPC Emolo, Ebe; SPC Hoover, Levi; and PFC McCandless, Rodney from 5-73rd Cavalry Squadron, 07APR07, 38S MC 7042 4576," (April 17, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 158 | USCENTCOM, USCENTCOM FOIA 22-0121, Ops Report, "IED Explosion (CWIED) ATTK on TF 5-73 IVO (Route Barley): 1 CF WIA 4 CF KIA," (April, 24, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 159 | USCENTCOM, USCENTCOM FOIA 17-0446, "Initial and Supplemental Casualty Report of Kile West (May 28, 2007; June 10, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 160 | CENTCOM, USCENTCOM FOIA 22-0070, "Report of Casualty – Zachary Baker," (July 2, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 161 | Office of the Armed Forces Medical Examiner, "Autopsy Report – James Summers," (June 12, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 162 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Kile West," (June 27, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 163 | Department of the Army, USARCENT FOIA FA-22-0067, "Findings and Recommendations for AR 15-6 Investigation into Hostile Fire Deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Jonathan Markham on 28 and 29 May 2007," (June 27, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 164 | Department of the Army, USCENTCOM FOIA 22-0226, "Casualty Report – James Summers," (June 9, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 165 | USCENTCOM, USCENTCOM FOIA 17-0403, "(Explosive Hazard) IED Explosion (Improvised Explosive Devise (IED)) 3-1 QRF : 5 KIA 3 OF WIA," (February 2, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOA |
| 166 | Department of the Army, "Report of Casualty - Damon LeGrand," (July 24, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 167 | Department of the Army, "Certificate of Death (OVERSEAS) - Damon LeGrand," (June 28, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 168 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Damon LeGrand," (June 28, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 169 | Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation Report – Damon LeGrand," (June 20, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 170 | Department of Defense, USCENTCOM FOIA 22-0150, "Supplemental Casualty Report – Damon LeGrand," (n.d.) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 171 | Department of Defense, USCENTCOM FOIA 22-0150, "Initial Field Report – Damon LeGrand," (June 13, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 172 | Department of the Army, USARCENT FOIA FA-17-0222, "AR 15-6 - Matthew Pionk & Zachary McBride," (January 11, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 173 | Office of the Armed Forces Medical Examiner, "Autopsy Examination Report - MCBRIDE, Zachary," (March 6, 2008) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 174 | Office of the Armed Services Medical Examiner, "Autopsy Examination Report - PIONK, Matthew," (June 20, 2008) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 175 | USCENTCOM, USCENTCOM FOIA 22-0102, "Ops Report - MCBRIDE, PIONK," (January 12, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 176 | Department of the Army, "Report of Casualty - MCBRIDE, Zachary W.," (February 2, 2008) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 177 | Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation of FOB Marez DFAC Bombing, Mosul, Iraq" (2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 178 | Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation Report – PFC Lionel Aryon," (2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 179 | CENTCOM, USCENTCOM 22-0069, "Ops Report – SUSPECTED SUICIDE BOMBER ATTK ON FOB MAREZ IN MOSUL: 14 CF KIA, 51 CF WIA, 4 US," (December 25, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 180 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Lynn Poulin," (January 12, 2005) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 181 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Lionel Ayro," (December 28, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 182 | Department of the Army, "Report of Casualty – Ricky Rockholt," (April 28, 2005) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 183 | Department of the Army, USCENTCOM FOIA 22-0201, "Initial Report of Casualty – Ricky Rockholt," (April 28, 2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 184 | Department of the Army, "Report of Casualty – William Edens," (April 28, 2005) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 185 | Department of the Army, "Certificate of Death (OVERSEAS) – William Edens," (April 28, 2005) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 186 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – William Edens," (May 13, 2005) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 187 | USCENTCOM, USCENTCOM FOIA 22-0106, Ops Report, "IED ATTK on 1-5IN and 2/3 ACR IVO TAL'AFAR: 4 CF KIA, 2CF WIA, 1 CF INJ [REDACTED]," (April 28, 2005) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 188 | Department of the Army, USCENTCOM FOIA 17-0444, "Initial Casualty Report – James Craig," (January 28, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 189 | Department of the Army, USCENTCOM FOIA 22-0166, "Initial Casualty Report – Evan Marshall," (n.d.) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 190 | Department of the Army, USCENTCOM FOIA 22-0245, "Initial Casualty Report – Joshua Young," (n.d.) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 191 | Department of the Army, "Certificate of Death – Joshua Young" (n.d.) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 192 | Department of the Army, "Certificate of Death – Evan Marshall," (February 8, 2008) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 193 | Department of the Army, "Report of Casualty, Evan Marshall," (February 28, 2008) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 194 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Evan Marshall," (February 21, 2008) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 195 | Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Marshall Evans," (February 14, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 196 | Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Craig James," (February 14, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 197 | Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Joshua Young," (February 14, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 198 | Department of the Army, "AR 15-6 Findings and Recommendations Concerning the Hostile Fire Deaths on 28 January 2008; B Company, 1-8 Infantry," (February 14, 2008) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 199 | 18th Ordnance Company (Explosive Ordnance Disposal), USCENTCOM FOIA 17-0403, "SIGACT Report - 28 Jan 2008," (January 28, 2008) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 200 | Department of the Army, USCENTCOM FOIA 22-0186, "Casualty Report – Jason Pautsch," (April 10, 2009) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 201 | Department of the Army, "Report of Casualty – Gary Woods," (April 13, 2009) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 202 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Jason Pautsch," (April 25, 2009) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 203 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Gary Woods," (May 11, 2009) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 204 | Department of the Army, USARCENT FOIA-17--173, "Action AR 15-6 Investigation into the Hostile Fire Incident Resulting in the Deaths of Five US Soldiers, Involving 1st Combined Arms Battalion, 67 Armor Regiment on 10 April 2009," (May 9, 2009) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 205 | USCENTCOM, USCENTCOM FOIA 22-0113, Ops Report, "(Explosive Hazard) IED Explosion RPT (Vehicle-Borne IED (VBIED)) D/1-67AR : 5 CF KIA 2CF WIA 2 ISF WIA UE IA 3 UE DET," (April 10, 2009) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 206 | CENTCOM, USCENTCOM FOIA 22-0123, "Casualty Report – Bryan Hall," (January 31, 2023) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 207 | Department of the Army, USCENTCOM FOIA 22-0127, "Casualty Report – James Harlan," (May 14, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 208 | Office of the Armded Forces Medical Examiner, "Autopsy Report – James Harlan," (June 7, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 209 | Department of the Army, "Certificate of Death – James Harlan," (May 17, 2004) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 210 | Department of the Army, USCENTCOM FOIA 22-0077, Ops Report, "IED ATTK ON 1-4CAV AD DULUIYAH: 1CF KIA, 6 CF WIA [redacted]," (July 21, 2004) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 211 | Office of the Armed Forces Medical Examiner, "Autopsy Report - Nicholas Blodgett," (August 18, 2004) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 212 | Department of the Army, "Report of AR 15-6 Investigation Pertaining to the Death of Staff Sergeant Justin Estes" (March 28, 2007) | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 213 | Department of the Army, USCENTCOM 22-0109, Ops Report, "IED Explosion (VOIED) Attk on C/2-505 IVO Samarra (Route Unknown): 6 CF KIA 4 CF WIA 1 CIV KIA" (March 5, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 214 | Office of the Armed Forces Medical Examiner, "Autopsy Report - Justin Estes" (March 22, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 215 | USCENTCOM, USCENTCOM FOIA 17-0674, "Initial and Supplemental Casualty Report – Robin Towns (October 24-25, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 216 | Department of the Army, USCENTCOM FOIA FA-22-0067, "Findings and Recommendations – Army Regulation 15-6 Investigation," (October 28, 2007) | | | | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 217 | Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Robin Towns," (November 2, 2007) | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 218 | Brian Fishman, The Master Plan: ISIS, al-Qaeda, and the Jihadi Strategy for Final Victory (2016) | | | | FRE 401; 402; 403; 702; 703; 704; 803(18); 807 | Public Document |
| 219 | Jean-Charles Brisard and Damien Martinez, Zarqawi: The New Face of Al-Qaeda (2005) | | | | FRE 401; 402; 403; 702; 703; 704; 803(18); 807 | Public Document |
| 220 | Ami M. Angell and Rohan Gunaratna, Terrorist Rehabilitation: The U.S. Experience in Iraq (2011) | | | | FRE 401; 402; 403; 702; 703; 704; 803(18); 807 | Public Document |
| 221 | Photograph of Vehicle D304 Following Explosion provided by Plaintiff Becky Lynn Johnson | Yes | Full Seal | Victim's Document | FRE 401; 402; 403; 601-603; 611; 703; 807 | Victim's Document |