# Exhibit 003

## REDACTED

# Expert Witness Report:
# Attack Attributions
# *Martino, et al., v. Islamic Republic of Iran*
# No. 1:21-cv-01808-RDM

**Dr. Daveed Gartenstein-Ross**
Chief Executive Officer, Valens Global
November 29, 2023

## Table of Contents

I.    Introduction .................................................................................................4

II.   Expert Qualifications ...................................................................................6

III.  Methodology & Limiting Principles ........................................................ 14
      Methodology ................................................................................................14
      Attributing Relevant Attacks .......................................................................15
      Limiting Principles ......................................................................................19

IV.   Al Anbar Province .................................................................................... 20
      Overview of Al Anbar Province ...................................................................20
      Al Anbar's Geography and Population .........................................................21
      Coalition Operations in Al Anbar Province .................................................24
      Sunni Militant Groups in Anbar Province ...................................................29
      Shia Militant Activity in Anbar Province ....................................................32

      Attack #3 – August 21, 2005 IED Attack in Al-Karmah, Al Anbar Province that Wounded
      U.S. Marine Corps Corporal Adam Kisielewski ...................................................... 32

      Attack #4 – June 9, 2006 IED Attack in Al Qaim, Al Anbar Province that Killed U.S.
      Marine Corps Lance Corporal Brent Zoucha .................................................... 40

      Attack #5 – February 8, 2007 IED Attack in Al-Karmah, Al Anbar Province that Killed
      U.S. Army Sergeant Ross Clevenger ...................................................... 46

      Attack #6 – February 11, 2007 Shaped-Charge IED Attack in Al-Karmah, Al Anbar
      Province that Killed U.S. Army Sergeant Russell A. Kurtz February 11, 2007 .................... 54

      Attack #23 – February 18, 2007 Small Arms Fire Attack in Ramadi, Al Anbar Province that
      Killed U.S. Army Private First Class Kelly Youngblood ......................................... 61

V.    Babil Province ........................................................................................... 65
      Overview of Babil Province ........................................................................65
      Babil's Geography and Population ...............................................................66
      Coalition Operations in Babil Province .......................................................67
      The Zarqawi Organization in Babil Province ..............................................70
      Shia Militant Groups in Babil Province .......................................................70

      Attack #14 – April 11, 2004 Complex Attack Near Mahmudiyah, Babil Province that Killed
      Sergeant Major Michael Stack ...................................................... 72

      Attack #25 – May 25, 2004 Artillery Attack in Iskandariya, Babil Province that Killed
      Vermont Army National Guard Sergeant Alan Bean ........................................ 79

VI.   Baghdad Province ..................................................................................... 85
      Overview of Baghdad Province ...................................................................85
      Baghdad's Geography and Population ..........................................................86
      Coalition Operations in Baghdad Province ..................................................88
      The Zarqawi Organization in Baghdad Province .........................................90
      Ansar al-Sunna (AAS) and Ansar al-Islam (AAI) in Baghdad Province .....96
      Shia Militant Groups in Baghdad Province .................................................96

**Attack #13 – April 9, 2004 Complex Ambush Attack in Abu Ghraib, Baghdad Province that Killed U.S. Army Reserve Sergeant Elmer Krause and KBR Civilian Contractors Tony Johnson, Jack Montague, Stephen Hulett, and Timothy Bell**.............................................98

**Attack #24 – April 24, 2004 Artillery Attack in Taji, Baghdad Province that Killed Arkansas National Guard Captain Arthur Felder and Staff Sergeant Billy Orton** ........................... 107

**Attack #18 – October 14, 2004 Suicide IED Attack in Baghdad, Baghdad Province that Killed DynCorp Contractor Mr. John Pinsonneault** ...........................................................112

**Attack #20 – December 9, 2005 SVBIED Attack in Abu Ghraib, Baghdad Province that Killed U.S. Army Specialist Adrian Orosco** ......................................................................117

**Attack #10 – October 14, 2007 IED Attack in the Arab Jabour Neighborhood of Baghdad that Killed U.S. Army Sergeant First Class Justin Monschke** ........................................... 122

**VII. Diyala Province**.......................................................................................................... 126
    Overview of Diyala Province................................................................................ 126
    Diyala's Geography and Population ..................................................................... 127
    Coalition Operations in Diyala Province ............................................................. 129
    Sunni Militant Groups in Diyala Province........................................................... 130
    Shia Militant Groups in Diyala Province ............................................................. 132

**Attack #22 – January 20, 2007 Helicopter Shoot Down in Bahrez, Diyala Province that Killed Iowa Army National Guard Command Sergeant Major Marilyn Gabbard** ............ 134

**Attack #8 – April 7, 2007 IED Attack in Zaganiyah, Diyala Province that Killed Captain Jonathan Grassbaugh, Private First Class Rodney McCandless, and Specialist Levi Hoover**.................................................................................................................................. 140

**Attack #9 – May 28, 2007 IED Attack in Abu Sayda, Diyala Province that Killed Specialist James Summers, Specialist Zachary Baker, and First Lieutenant Kile West**.................... 145

**Attack #15 – June 12, 2007 Complex Attack in Baqubah, Diyala Province that Killed U.S. Army Corporal Damon LeGrand** .........................................................................................151

**Attack #12 – January 9, 2008 House-Borne IED Attack in Sinsil, Diyala Province that Killed U.S. Army Staff Sergeant Jonathan Dozier, Sergeant Zachary McBride, and Sergeant First Class Matthew Pionk**.................................................................................... 157

**VIII.    Nineveh Province** ................................................................................................. 162
    Overview of Nineveh Province.............................................................................. 162
    Nineveh's Geography and Population ................................................................... 163
    Coalition Operations in Nineveh Province ........................................................... 165
    Sunni Militant Groups in Nineveh Province......................................................... 168
    Shia Militant Groups in Nineveh Province ........................................................... 171

**Attack #19 – December 21, 2004 Suicide IED Attack on FOB Marez, Mosul, Nineveh Province that Killed Maine Army National Guard Staff Sergeant Lynn Robert Poulin, U.S. Army Staff Sergeant Julian Melo, and U.S. Army Private Lionel Ayro**.............................. 172

**Attack #2 – April 28, 2005 IED Attack in Tal Afar, Nineveh Province that Killed U.S. Army First Lieutenant William Anthony Edens and U.S. Army Specialist Ricky William Rockholt** ............................................................................................................................... 184

**Attack #16 – January 28, 2008 Complex Attack in Mosul, Nineveh Province that Killed U.S. Army Sergeant James Craig, Corporal Evan Marshall, and Private Second Class Joshua Young** ........................................................................................................ 190

**Attack #21 – April 10, 2009 SVBIED Attack in Mosul, Nineveh Province that Killed U.S. Army Corporal Jason Pautsch, Staff Sergeant Bryan Hall, Sergeant Edward Forrest, and Staff Sergeant Gary Woods** .......................................................................................... 206

**IX.   Saladin Province** ............................................................................................... 215
    Overview of Saladin Province ............................................................................... 215
    Saladin's Geography and Population ...................................................................... 216
    Coalition Operations in Saladin Province .............................................................. 218
    Sunni Militant Groups in Saladin Province ........................................................... 219
    Shia Militant Groups in Saladin Province .............................................................. 220

**Attack #17 – May 14, 2004 SVBIED Attack in Balad, Saladin Province that Killed U.S. Army Sergeant James Harlan** ........................................................................................ 221

**Attack #1 – July 21, 2004 IED Attack in Ad Duluiyah, Saladin Province that Killed U.S. Army Private First Class Nicholas Blodgett** ..................................................................... 226

**Attack #7 – March 5, 2007 IED Attack in Samarra, Saladin Province that Killed U.S. Army Staff Sergeant Justin Estes** ........................................................................................... 231

**Attack #11 – October 24, 2007 IED Attack in Baiji, Saladin Province that Killed District of Columbia Army National Guard Sergeant First Class Robin Towns Sr.** .......................... 237

**X.   Conclusion** ....................................................................................................... 243

**Appendix 1: The Presence and Role of Shia Militant Groups** ............................... 245
    The Role of Shia Militant Groups .......................................................................... 245
    Iranian Material Support to Shia Groups in Iraq .................................................... 249

## I.    Introduction

I have been retained by the Plaintiffs to provide an expert opinion on the Islamic Republic of Iran's historical use of violent non-state actors (VNSAs) as proxy forces; the emergence and evolution of Sunni and Shia VNSAs in Iraq following the 2003 U.S. invasion; the emergence and evolution of the Zarqawi organization; Iran's material support to Sunni and Shia VNSAs in Iraq, including the Zarqawi organization and Ansar al-Islam/Ansar al-Sunnah; and the culpability of Iran and its Sunni and/or Shia VNSA proxies in 25 attacks that occurred between April 9, 2004, and April 10, 2009.

Relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion, to a reasonable degree of professionally certainty, that:

- The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed and materially supported Sunni militant groups, including al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, when such support aligned with Iran's state interests. This history is detailed in my accompanying *Expert Report & Declaration on Sunni Militant Organizations*.

- Iran provided substantial support to the Zarqawi organization and Ansar al-Islam/Ansar al-Sunnah, in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning. This support is likewise detailed in my accompanying *Expert Report & Declaration on Sunni Militant Organizations*.

- The Zarqawi organization likely planned, committed, or authorized twenty of the attacks at issue in this case. These include:

    - Complex Ambush Attack that killed Sergeant Elmer Krause and civilian contractors Tony Johnson, Jack Montague, Stephen Hulett and Timothy Bell, Abu Gharib, April 9, 2004.
    - Complex Attack that killed Sergeant Major Michael Stack, Mahmudiyah, April 11, 2004.
    - Artillery Attack that killed Sergeant Alan Bean, Iskandariya, May 25, 2004.
    - Suicide IED Attack that killed John A. Pinsonneault, Baghdad, October 14, 2004.
    - IED Attack that killed First Lieutenant William A. Edens and Specialist Ricky W. Rockholt, Tal Afar, April 28, 2005.
    - IED Attack that wounded Corporal Adam C. Kisielewski, Al-Karmah, August 21, 2005.
    - SVBIED Attack that killed Army Specialist Adrian N. Orosco, Abu Gharib, December 9, 2005.
    - IED Attack that killed Lance Corporal Brent B. Zoucha, Al Qaim, June 9, 2006.
    - Helicopter Shoot-Down Attack that killed Command Sergeant Major Marilyn L. Gabbard, Bahrez, January 20, 2007.

- o IED Attack that killed Sergeant Ross A. Clevenger, Al-Karmah, February 8, 2007.
- o IED Attack that killed Sergeant Russell A. Kurtz, Al-Karmah, February 11, 2007.
- o Small Arms Fire Attack that killed Private First Class Kelly D. Youngblood, Ramadi, February 18, 2007.
- o IED Attack that killed Staff Sergeant Justin M. Estes, Samarra, March 5, 2007.
- o IED Attack that killed Captain Jonathan Grassbaugh, Private First Class Rodney McCandless, and Specialist Levi Hoover, Zaganiyah, April 7, 2007.
- o IED Attack that killed Corporal James E. Summers, Specialist Zachary D. Baker, and First Lieutenant Kile G. West, Abu Sayda, May 28, 2007.
- o Complex Attack that killed Corporal Damon G. LeGrand, Diyala, June 12, 2007.
- o IED Attack that killed Sergeant First Class Justin S. Monschke, Arab Jabour, October 14, 2007.
- o IED Attack that killed Sergeant First Class Robin L. Towns Sr., Baiji, October 24, 2007.
- o House-Borne IED Attack that killed Staff Sergeant Jonathan Dozier, Sergeant Zachary W. McBride, and Sergeant First Class Matthew I. Pionk, Sinsil, January 9, 2008.
- o SVBIED Attack that Killed Corporal Jason G. Pautsch, Staff Sergeant Bryan E. Hall, Sergeant Edward W. Forrest, and Staff Sergeant Gary L. Woods, Mosul, April 10, 2009.

- Ansar al-Islam/Ansar al-Sunnah likely planned, committed, or authorized four of the attacks at issue in this case. These are:

  - o Artillery Attack that killed Captain Arthur L. Felder and Staff Sergeant Billy J. Orton, Camp Taji, April 24, 2004.
  - o SVBIED Attack that killed Sergeant James W. Harlan, Balad, May 14, 2004.
  - o IED Attack that killed Private First Class Nicholas H. Blodgett, Ad Duluiyah, July 21, 2004.
  - o Suicide IED Attack that killed Staff Sergeant Lynn Robert Poulin, Staff Sergeant Julian Melo, and Private Lionel Ayro, Nineveh, December 21, 2004.

- Ansar al-Islam/Ansar al-Sunnah or the Zarqawi organization, operating in coordination with one another, likely planned, committed, or authorized one attack at issue in this case. This is the complex attack that killed Sergeant James E. Craig, Corporal Evan A. Marshall, and Private Second Class Joshua Young, Mosul, January 28, 2008.

- Iran's assistance was critical to the survival of the Zarqawi organization and Ansar al-Islam/Ansar al-Sunnah, significantly increased their capabilities, and is reasonably connected to each of the attacks listed above.

The following sections of this report explain how I reached these conclusions. Section II provides an overview of my qualifications for making the expert determinations in this report. Section III describes my methodology and the limiting principles that I employ in my attribution work. Sections IV to IX analyze the attacks at issue in this case, attributing responsibility for each attack. These attack attributions are grouped by province. Finally, Section X highlights my principal conclusions.

## II.    Expert Qualifications

My professional life has been dedicated to understanding VNSAs' role in the world and to helping policymakers, government agencies, private companies, and others fashion innovative solutions to the challenges that VNSAs pose. I am the Chief Executive Officer of Valens Global, a private commercial firm, and hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for 16 years.[1] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT). I have authored several studies for ICCT, some of which required international field research.[2] Past positions that I have held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. I led several major projects responding to violent extremists' use of online platforms for Jigsaw.[3]

I have experience teaching, leading national-security simulations, and lecturing at the university level. I serve as an Adjunct Instructor at Duke University (2021-present) and as an Instructor at Carnegie Mellon University (2022-present). From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on violent non-state actors. I have also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates; and have taught classes for, or held faculty appointments at, the University of Southern California (teaching for the school's Executive Program in Counterterrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have been contracted to design and lead national-security simulations (also known as wargames) for numerous colleges and universities, including American University, Carnegie Mellon University, Duke University, Georgetown University, Johns Hopkins University, National Defense University, Regent University, the University of North Carolina at Chapel Hill, and Wake Forest University. Several of our simulations involve challenges focused on the Zarqawi organization. In addition to running these simulations for academic institutions, I have designed and led simulations for government agencies (e.g., the U.S. State Department's Foreign Service Institute, Canada's Department of National

---

[1] I served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have undertaken for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[2] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[3] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016. Jigsaw maintains a website that explains the Redirect Method at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-ISIS narrative space on YouTube for this project.

Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), and think tanks (e.g., the Foundation for Defense of Democracies).

I have also delivered presentations at or for numerous colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), Harvard Law School, High Point University (High Point, N.C.), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the National Defence College (Abu Dhabi), the United States Naval Academy (Annapolis, Md.), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), Universität Tübingen (Tübingen, Germany), and Uppsala University (Uppsala, Sweden). A number of these presentations have been about the Zarqawi organization and Iraq.

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a 10,000 Small Businesses Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my topical research, which began in approximately 1995 during my undergraduate studies, I have traveled overseas to conduct field research or do professional work in numerous countries. I have reviewed thousands of open-source documents about jihadist VNSAs in English, French, Italian, Spanish, and Arabic.[4] I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, NATO, the European Union, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and violent non-state actors on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state violence, including on Iran's influence in Iraq and Syria and the Zarqawi organization's activities; and delivering training and high-level briefings for officials and analysts.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with the *New York Times* editorializing that the document "focuses

---

[4] As a simple definition, modern jihadism is an ideological trend that seeks violent overthrow of the existing political order in favor of a transnational theocratic entity, with the creation of a caliphate being the most common objective. The term *jihadist* is an organic term, the way those within the movement refer to themselves, which is why we employ it in this report. It should be understood, though, that the Arabic word *jihad*, which translates to *struggle*, is an established Islamic religious concept with many connotations, and most Muslims interpret the term in significantly different ways than do the self-proclaimed jihadists.

unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[5]

- serving as a co-Principal Investigator for a one-year, $154,921 grant funded by the National Counterterrorism Innovation, Technology, and Education Center (NCITE) to assess the benefits of simulations and wargames for Homeland Security Enterprise workforce development.

- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among members of terrorist groups, and, based on this data, anticipate where fractures are likely to occur in terrorist organizations. The data collected for this project included the full range of terrorist groups active in Iraq.

- serving as the Principal Investigator for eleven different grant-funded research projects, many of them related to terrorism and VNSAs, for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence, as well as its predecessor program. The grants, awarded from 2016 to present, included a study detailing the Islamic State's (ISIS) possible futures in North and West Africa.[6]

- designing and delivering a lecture titled "Jihadist Propaganda and the Rise of ISIS" for the U.S. State Department's Islam & the Muslim World (AR194) course, from June 2020 to present.

- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I served as one of the lead instructors from 2016 to 2020. This course included discussion of the Zarqawi organization and Iraq.

- lecturing for U.S. Army units about to undertake deployments, including to Iraq, through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I taught on over 70 occasions from 2009 to 2019.

- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised Threat Defeat Organization (JIDO) four times, including on a project examining possible futures of the Zarqawi organization.

- serving as a SME on nine separate initiatives for the Global Counterterrorism Forum (GCTF). For example, I was the lead SME for the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*.[7] Other initiatives for which I served as a high-level SME for GCTF have pertained to watch-listing, maritime terrorist travel, and racially or ethnically motivated violent extremism.

- serving as the Principal Investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a demo for software capable of tracking M&E of future counterterrorism capacity building missions.

- organizing and facilitating a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand terrorist groups'

---

[5] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *New York Times*, September 23, 2019.

[6] *ISIS/the Islamic State* is the most recent rebranding employed by the Zarqawi organization, as this report discusses subsequently.

[7] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

use of social media and to forge a strategic action plan for countering it. The key terrorist group of interest was the Zarqawi organization-aligned Boko Haram.

- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.

- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On ten occasions, I have been admitted as an expert witness on the Zarqawi organization (also known as ISIS or al-Qaeda in Iraq). In 2023, I have been admitted as an expert witness on the Zarqawi organization in *Baarbé v. Syrian Arab Republic* and *Mueller v. Syrian Arab Republic*.[8] In 2022, I was admitted as an expert witness on the Zarqawi organization in *Parhamovich v. Syrian Arab Republic* (D.D.C. 2022); *Fishbeck v. Islamic Republic of Iran* (D.D.C. 2022); and *Neiberger v. Islamic Republic of Iran* (D.D.C. 2022).[9] In *United States v. Young* (E.D. Va. 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[10] I also served as an expert witness on the Zarqawi organization in *Fields v. Syrian Arab Republic* (D.D.C. 2021), *Sotloff v. Syrian Arab Republic* (D.D.C. 2021), *Doe v. Syrian Arab Republic* (D.D.C. 2020), and *Foley v. Syrian Arab Republic* (D.D.C. 2017).[11]

---

[8] See *Baarbé v. Syrian Arab Republic*, No. 5:20-CV-230, 2023 WL 4236184 (E.D. N.C. June 28, 2023); *Mueller v. Syrian Arab Republic*, No. 1:18-cv-01229-CJN, 2023 WL 1398434 (D.D.C. Jan. 31, 2023).

[9] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921, at *5 n. 5 (D.D.C. Dec. 28, 2022) ("The Court finds that Dr. Daveed Gartenstein-Ross is qualified as an expert on issues related to terrorist groups operating in Iraq. He currently serves as Chief Executive Officer of Valens Global, is a Non-Resident Fellow at the Foundation for the Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism at The Hague. He has been qualified as an expert witness in federal court on issues related to the Zarqawi organization and other terrorist groups and related issues in federal court. Dr. Gartenstein-Ross has testified before multiple House and Senate Committees, the United Nations, European Parliament, and the Canadian House of Commons"); *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C.), Sept. 12, 2022 Hearing Trans., at 130:11-130:12; *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), report and recommendation adopted, No. 16-cv-2193-EGS, 2022 WL 17370160 (D.D.C. Sept. 30, 2022).

[10] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

[11] See *Fields v. Syrian Arab Republic*, no. 18-cv-1437-RJL, 2021 WL 9244135, at *1 n. 1 (D.D.C. Sept. 29, 2021) ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts…. As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS"); *Sotloff v. Syrian Arab Republic*, 525 F. Supp. 3d 121, 133 (D.D.C. 2021) ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District…. The Court qualified him as an expert on violent non-state actors generally,

- I served as an expert witness on al-Qaeda in two separate cases: *Bernhardt v. Islamic Republic of Iran*, no. 18-2739 (D.D.C. 2023), and *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court 2012).[12]

- In *United States v. Abdul Kareem* (D. Ariz. 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a Zarqawi organization/ISIS attack in the United States in 2015.

- In *Fritz v. Islamic Republic of Iran* (D.D.C. 2018), I served as an expert witness on the Iraqi Shia group Asaib Ahl al-Haq.[13]

- I have been admitted as an expert witness on the Taliban (a group broadly allied with al-Qaeda) in two cases: *Selig v. Islamic Republic of Iran* (D.D.C. 2021) and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court 2015).[14]

- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases: *In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court 2021), *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012), *In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.*

---

ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066-KBJ, 2020 WL 5422844, at \*9 n. 7 (D.D.C. Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland…. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017"); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186, 193 n.4 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism").

[12] See *Bernhardt v. Islamic Republic of Iran*, No. 18-cv-2739-TJK, 2023 WL 2598677, at \*8 n. 7 (D.D.C. Mar. 22, 2023). The Court wrote: "Gartenstein-Ross's report is based on his extensive knowledge, experience, training, and education concerning violent non-state actors, *see* ECF No. 48-1 at 4-15, and his comprehensive review of the relevant primary and secondary sources on the matter, *id.* at 15-16. Consistent with the well-established practice of courts in this Circuit, and '[c]onsidering the requirements of Federal Rule of Evidence 702, the Court [finds] Dr. Gartenstein-Ross qualified to offer the opinions relied upon herein as an expert on Iranian support for violent non-state actors . . . .' *See Neiberger v. Islamic Republic of Iran,* No. 16-cv-2193 (EGS/ZMF), 2022 WL 17370239, at \*3 n.2 (D.D.C. Sept. 8, 2022) (collecting cases), *report and recommendation adopted,* 2022 WL 17370160 (D.D.C. Sept. 30, 2022); *see also, e.g., Fritz v. Islamic Republic of Iran,* 320 F. Supp. 3d 48, 63 (D.D.C. 2018) ('credit[ing] Dr. Gartenstein-Ross's expert opinion that Iran provided significant material support' (citation omitted)); *Foley v. Syrian Arab Republic,* 249 F. Supp. 3d 186, 193 (D.D.C. 2017) ('qualif[ying] Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism')."

[13] *Fritz v. Islamic Republic of Iran*, 320 F. Supp .3d 48, 58 n.2 (D.D.C. 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

[14] See *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 51 n. 1 (D.D.C. 2021) ("The Court has reviewed the qualifications of Plaintiffs' experts and is satisfied that each is qualified to offer the opinions discussed below. See Gartenstein-Ross Rep. at 2–9 (listing qualifications)").

(Boston Immigration Court 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court 2009).

In addition to the aforementioned work that required my certification as an expert, I have undertaken a considerable amount of relevant professional work for various clients. A small sample of this work includes:

- I have served as a consultant for the Anti-Defamation League, producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations (2014-15). The Zarqawi organization is one of the groups that I analyzed, and Iraq is one of the countries on which these reports focused.
- I led training for analysts about al-Qaeda-affiliated Sunni terrorist groups in the Horn of Africa for the contractor BAE Systems (2011).
- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during a hostage negotiation with the Iraq-based group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, and before the European Parliament and Canadian House of Commons. Additionally, I am an author with specialized knowledge about violent non-state actors, in particular about the Zarqawi organization. I am the author or volume editor of over thirty books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. Some selections that pertain to the key issues in this case include:

Books and Monographs
- *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn* (Columbia University Press, 2022).
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.
- *The War Between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng & N. Barr), New America Foundation, 2015.
- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters
- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring* (Indiana University Press, 2019).
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).

- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications

- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson et al.), *Studies in Conflict & Terrorism*, 2019.
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.
- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

Selected Commentary, Op-Eds, and Policy Analysis

- "The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue & C. Clarke), Foreign Policy Research Institute, April 13, 2021.
- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "What Do Asia's Returning Isis Fighters Do Next?: You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.
- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke

University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered on the Zarqawi organization and Iraq include:

- "NCITE Access the Author: Daveed Gartenstein-Ross," National Counterterror Innovation, Technology, and Education Center (NCITE), Omaha, Neb., February 16, 2023 [discussing *Enemies Near and Far*, which has a strong focus on the Zarqawi organization].
- "Shifting International Norms: Natural Evolution or a Battle for Leadership?" 13th Strategic Multilayer Assessment Conference, Joint Base Andrews, Md., February 8, 2023.
- "State of Terrorism 2023," Association of Former Intelligence Officers, Kennebunk, Maine, January 21, 2023.
- "Technology: A Help or Hindrance on Security and Society," Countering Violent Extremism: The Evolution of Radicalization and Responses Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, August 2, 2022.
- Panelist, "9/11 Lessons Learned," 4th Great Power Competition Conference: Two Decades After 9/11, co-sponsored by the University of South Florida and National Defense University, webinar, September 23, 2021.
- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference of Heads of Counter-Terrorism Agencies of Member States, June 28, 2021.
- "Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists Are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.
- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, Qatar, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.

- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.
- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

## III.  Methodology & Limiting Principles

This section examines the methodology I employ for examining violent non-state actors and attributing attacks to specific VNSAs. It then discusses the limiting principles I employ that can rule out the culpability of state sponsors (in this case, Iran) for attacks that I was asked to analyze.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts,[15] including by this Court in a July 19, 2022 opinion.[16] Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another in order to establish baseline facts for my analysis. Here I will explain the framework I employ for understanding VNSAs, and the significance of the method I employ to evaluate relevant facts.

The framework for understanding VNSAs is designed to apply across a range of these actors. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can be compared and contrasted with one another.[17]  As I outline in my chapter "Violent Non State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal*

---

[15] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony in a case where the expert employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.

[16] *Cabrera v. Islamic Republic of Iran*, Civil Action no. 19-3835 (JDB), D.D.C., July 19, 2022, p. 8 (adopting Dr. Colin Clarke's methodology, and noting that it was based on "a 'comparative analysis method'").

[17] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

*Structures*, several common factors should be analyzed across the range of VNSAs. These factors include:

- leadership,
- ideology,
- group goals,
- strategy,
- organizational structure,
- recruiting, and
- financial support.[18]

The comparative analysis method allows me to compare information and conclusions among sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) I can make a probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make a probabilistic determination about whether insiders within that VNSA *believe* the fact to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by VNSAs and their supporters, and the intercepted internal documents of these organizations (e.g., documents that U.S. forces recovered in a raid, and that the U.S. Government subsequently publicly released). These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources also serve useful purposes. First, secondary sources can provide valuable historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusions against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[19] Evaluating my own conclusions critically enables me to further ensure the accuracy of my corpus of work.

*Attributing Relevant Attacks*

With a foundation of the analytical framework detailed above, I structure my attributions by first

---

[18] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

[19] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).

describing the attack, providing my ultimate assessment of which group was responsible for the attack, and then providing analysis supporting my assessment of responsibility. My assessment of responsibility includes analysis of the following factors:

- the geography and time period of the attack,
- the tactics, techniques, and procedures (TTPs) used in the attack,
- when relevant, U.S. Government reporting or analysis on the attack,
- when relevant analysis of any claims of responsibility for the attack.

I now briefly discuss the factors analyzed in my attack attributions.

*Attack Description.* In describing the attack, I identify the victim(s), the timeline of the attack, and all relevant details, drawing primarily from U.S. Government documents describing the attack. It is not uncommon for military servicemembers involved in these attacks to receive promotions, either posthumously or after the attack occurred. In some cases, these rank changes are made after Government materials describing the attack have been produced. As such, the rank of individual victims or witnesses in this report may not reflect the rank they currently hold. When available, I have made citations noting a rank change.[20] The inclusion of these sources allows me to draw on all primary source documents available and contributes to my assessment of VNSAs responsibility.

*Attack Geography.* I seek to determine the militant groups that were most prominent in the geography of the attack at the time that it occurred. Militant groups' presence can be indicated by U.S. Government reporting, open-source reporting (including press accounts), and scholarly and academic works. Of particular importance is the concept of *area of operations dominance*. If a militant group had an overwhelming presence in that time and space, such that it was more likely than other militant organizations to be able to execute attacks there, I assess that this group maintained area of operations dominance. When a group enjoys area of operations dominance in a certain time and space, it means that group is more likely than others to be responsible for any given attack in that time and space, after which I can examine other factors (e.g., TTPs, claims of responsibility, and U.S. Government reporting) that can either further underscore or else refute the likelihood of that group's culpability.

*Tactics, Techniques, and Procedures.* I seek to determine whether the tactics, techniques, and procedures executed in the attack align with the TTPs common to specific groups that were active in that geography at the time of the attack. The TTPs employed in attacks that I examine in this report include IED attacks; suicide bombings; complex attacks; small arms, rocket propelled grenade (RPG), and anti-aircraft attacks; and indirect fire attacks. At the end of this section, I provide a short discussion of these categories of TTPs.

*Claims of Responsibility.* Militant organizations sometimes release public claims of responsibility for attacks. If one exists for an attack I am examining, I assess whether the claim of responsibility is *authentic* and *credible*. If I find that a claim of responsibility is authentic and credible, it increases the likelihood that the group claiming responsibility carried out the attack (and sometimes can be determinative, if the claim of responsibility contains visual images or other material that only the responsibility party would be able to access).

---

[20] A discrepancy between rank held at the time of the attack and the rank that a victim or witness currently holds obviously does not have a bearing on my overall analysis of an attack nor my ability to make an attribution of the responsible actor.

*U.S. Government Reporting.* Unclassified or declassified U.S. Government reporting indicating attack responsibility is occasionally available. If this material is available, it assists in my assessment of attributing responsibility for the attack.

*Attribution Probabilities.* In my analysis, I identify whether a militant group is *likely* or *very likely* responsible for the attack. A determination that a specific militant group is considered more likely than not to have committed a particular attack is based on the presence of significant but inferential evidence. One example of the kind of evidence that would support an attribution with a confidence level of *likely* is if the attack occurred within a group's geographic area of operations dominance, was executed with TTPs generally associated with the group, and aligns with the group's motivations (e.g., the target of attack matched the kind of targets that the group typically selected).

The determination that a specific militant group is *very likely* responsible for an attack is made when the aforementioned factors exist alongside indicators of responsibility that make it appear that, rather than merely meeting a *preponderance of evidence* threshold, the group's responsibility can be determined with a probability that would satisfy an evidentiary threshold like *clear and convincing*. Factors that can result in my finding of a *very likely* attribution probability include the following:

- overwhelming area of operations dominance by a specific group (e.g., if 85 to 90% of the attacks in a certain geography were attributable to it in that period);
- an authentic and credible claim of responsibility;
- U.S. Government reporting that conclusively attributes responsibility for the attack to a specific group;
- captured operatives who explain the group for which they carried out the attack;
- documents produced by the group that are later intercepted demonstrating its responsibility for the attack;
- expert consensus on the group responsible for a given attack.

A *very likely* determination may also be based on multiple layers of inferential evidence that together paint an overwhelmingly compelling picture. This could include, for example, a group's area of operations dominance *and* the attack's alignment with the group's TTPs *and* the group's contemporaneous announcement of a campaign targeting Coalition forces in the same timeframe and geography as the attack.

*TTP Categories.* Improvised explosive device (IED) attacks account for the majority of attacks at issue in this report. In IED attacks, the bomb's targets are killed or injured when an improvised explosive device detonates. IEDs are typically composed of homemade explosives or repurposed military grade explosives (such as mortar shells) contained within a purpose-built or repurposed container (such as oxygen tanks).[21] IEDs can be command-detonated by remote or proximate triggers, or alternatively can be detonated by the victim via pressure switches (referred to as victim-operated IEDs, or VOIEDs). IEDs may be embedded in or emplaced on roads, walls, vehicles, and structures. The successful use of IEDs requires expertise in bomb design (including selecting the explosive type and

---

[21]    United Nations Office on Drugs and Crime, "Conventional Terrorist Weapons," n.d., https://www.unodc.org/images/odccp/terrorism_weapons_conventional.html.

trigger mechanism). IED emplacement also requires training or expertise, as well as presence by the militant organization emplacing the IEDs.[22] As Jessica Lewis, then the research director at the Institute for the Study of War, has noted, "VBIEDs require an extensive planning and logistical structure."[23] Sub-categories of IEDs include vehicle-borne IEDs (VBIEDs) and house-borne IEDs, as well as shaped charge IEDs and explosively formed penetrators (EFPs). Shaped charge IEDs and EFPs can be emplaced in a variety of locations, and are differentiated from other IEDs by specially shaped container components that direct or amplify the explosion. Building EFPs and shaped charge IEDs requires additional specialized training beyond that needed to produce more typical IEDs.[24]

Suicide bombings involve individuals' purposeful commitment of suicide by command-detonating explosives while they are proximate to their target, generally on foot or in a vehicle. On foot, suicide bombers typically wear suicide vest IEDs (SVIEDs). In a suicide vehicle-borne IED (SVBIED) attack, the attackers strike their target in an explosives-laden vehicle. Suicide bombings may, but do not always, involve IEDs; in some suicide bombings, the explosives are military-grade explosives rather than improvised explosives). Much like IED attacks, suicide attacks require both expertise and also operational presence. Suicide bombings typically require a significant amount of planning and support, including vetting and training the suicide bomber and scouting the attack location or route.[25]

Complex attacks involve the use of multiple types of weapons in the same attack, and are either previously coordinated engagements by multiple attackers or opportunistic employment of multiple weapon types.[26] Complex attacks can begin with what is called an "event-based trigger"—such as initial detonation of an IED that is then followed by small arms fire. Alternatively, a complex attack can proceed with no event-based trigger, instead involving multiple weapons from the outset (e.g., coincident engagement with small arms and RPGs, followed by remote detonation of nearby IEDs). Complex attacks require access to multiple weapon types, training in their use, deep familiarity with

---

[22] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[23] Jessica Lewis, "Al-Qaeda in Iraq Resurgent, The Breaking the Walls Campaign, Part 1," September 2013, Institute for the Study of War, https://www.understandingwar.org/sites/default/files/AQI-Resurgent-10Sept_0.pdf; Kagan, *Iran's Proxy War*, p. 7.

[24] Marisa Cochrane, "Backgrounder #26 Iran and Al-Qaeda in Iraq: What's the Connection?," Institute for the Study of War, March 2008, p. 4, https://www.understandingwar.org/sites/default/files/reports/Iran%20and%20Al-Qaeda%20in%20Iraq.pdf; *See Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *4 (D.D.C., Jan. 17, 2023) ("Iran also provided training and weapons to all of these proxies [Asa'ib Ahl Al-Haq, Special Groups, Kata'ib Hezbollah, AQI, Badr Corps] […] In terms of weapons, Iran primarily provided explosively formed penetrators (EFPs), improvised explosive devices (IEDs), mortars, and rocket-propelled grenades (RPGs), plus training on how to use them.").

[25] Royal United Services Institute for Defence and Security Studies, "Countering Suicide Bombing – Part II," November 14, 2007, https://rusi.org/publication/countering-suicide-bombing-part-ii.

[26] *Cabrera v. Islamic Republic of Iran*, Civil Action No. 19-3835 (JDB), D.D.C., July 19, 2022, p. 33. ("a complex attack requires the presence of 'multiple units coordinated to achieve a single objective, multiple weapons with phased operations, or sophisticated maneuvers.'")

the local area, and coordinated planning or consistent communications.[27] Iran is known to have provided certain Iraq-based militant groups with specific training in coordinated attacks.[28]

Small arms attacks (including handguns, sniper rifles, and machine guns), and RPG and anti-aircraft attacks generally involve an attacker firing at a target with line-of-sight visibility.[29] The intent of such fire is generally to kill or injure, but these TTPs have also been employed to deter an enemy's activities—including deterring the movement of targets or evacuation forces. Anti-aircraft attacks involve the engagement of aircraft. Weapons employed in such attacks can include small arms, RPGs, anti-aircraft guns/artillery, and surface-to-air missiles. This Court's previous opinion in *Roth v. Islamic Republic of Iran* illuminates the training required to successfully employ RPGs, while the U.S. Treasury Department has identified training that the Iranian Revolutionary Guards Corps' Quds Force provided to Iraq-based militants in "light arms, marksmanship, planting improvised explosive devices (IEDs), and firing anti-aircraft missiles."[30]

Indirect fire attacks involve weapons that do not require line-of-sight to targets, including rockets and artillery or mortar fire. Though these attacks do not require line-of-sight, they do require a known target location and weapons training to be accurate. In the summer of 2007, Lt. Gen. Raymond Odierno, the commander of Multi-National Fore – Iraq, noted "an increased flow of (Iranian-provided) training to mortar teams and rocket teams" of Shia militant groups in Baghdad in summer 2007; this Court also found that Iran trained Sunni and Shia militant groups in employing mortars in its *Roth* opinion (along with providing mortars to the groups that Iran trained).[31]

<u>Limiting Principles</u>

I conclude that Iran is causally connected to all the attacks that ultimately appear in my report. This does not mean that I concluded that Iran was causally connected to all of the attacks that the Plaintiffs presented to me. The attacks that appear in this report are a subset of a larger set of cases presented that the Plaintiffs presented to me. I informed the Plaintiffs that several attacks I was asked to analyze could not in fact be connected to Iran, and hence the Plaintiffs did not present those attacks to this Court.

In making assessments of responsibility, I considered the likelihood that *any* VNSAs present in a given region could have been responsible for the attack. Before moving on to a discussion of attacks that I would not find to be attributable to Iranian support, it is worth briefly discussing Shia militant groups. Shia militant groups were present in some of the geographies where I have been asked to attribute

---

[27] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume I: Al Anbar Province Final Report*, (Alexandria, VA: Institute for Defense Analysis, July 2015) p. 78, https://www.ida.org/-/media/feature/publications/a/al/al-sahawa-the-awakening-volume-i-al-anbar-province-final-report/p-5100.ashx.

[28] Col. Joel D. Rayburn & Col. Frank K. Sobchak eds., *The U.S. Army in the Iraq War: Volume 1 Invasion - Insurgency - Civil War 2003-2006* (Strategic Studies Institute and U.S. Army War College Press, 2019), pp. 433, 572.

[29] United Nations Office on Drugs and Crime, *Conventional Terrorist Weapons*.

[30] *See Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023); U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[31] "Department of Defense Special Briefing with Lt. Gen. Odierno from the Pentagon Briefing Room, Arlington, Va., June 22, 2007," *Global Security,* n.d., https://www.globalsecurity.org/military/library/news/2007/06/mil-070622-dod01.htm; *See Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *4 (D.D.C., Jan. 17, 2023) ("Iran also provided training and weapons to all of these proxies [Asa'ib Ahl Al-Haq, Special Groups, Kata'ib Hezbollah, AQI, Badr Corps] […] In terms of weapons, Iran primarily provided explosively formed penetrators (EFPs), improvised explosive devices (IEDs), mortars, and rocket-propelled grenades (RPGs), plus training on how to use them.").

attacks. While I ultimately concluded that Sunni militant groups (either the Zarqawi organization or AAI/AAS) were more likely to have conducted all of the attacks that are analyzed in this report, it is worth noting that many Shia groups also received significant material support from Iran. Therefore, the possibility that a Shia militant group may have been involved in one of the attacks analyzed in this report would not *necessarily* change my baseline assessment of Iranian culpability. To provide additional context about Shia groups, I have included a short appendix to this report discussing Iran's support for Shia militant groups in Iraq.

I now will detail how I played a limiting function in this case by identifying attacks to which Iran does not have a causal connection.

*Characteristics of Non-Attributable Attacks.* Here I will explain the limiting function served by indicating what kind of attacks, in my expert opinion, are unlikely to be attributable to Iranian-linked groups. This discussion is informed by attacks that I excluded from this report because they did not bear a sufficient nexus to Iran to give rise to a reasonable causal connection.

In the case of some non-attributable attacks, groups *unaffiliated* with Iran were likely responsible for the attacks. Many of these attacks occurred in the 2003-2005 timeframe, when Iranian material support to VNSAs in Iraq was less prominent than it would later become. For example, in two 2003 attacks I reviewed—one in Anbar Province and one in Saladin Province—the groups likely responsible lacked substantial ties to Iran. The groups likely responsible for these attacks were a Ba'athist group (Fedayeen Saddam) and a small militant group with heavily localized presence (a Sunni militant group called Jaysh Muhammad). Though many Fedayeen Saddam fighters would later join Iranian-affiliated groups like the Zarqawi organization, at the time of the attack the responsible groups were unaffiliated with larger militant groups that possessed connections to Iran.

In other attacks where I did not find a sufficient connection to Iran, I assessed the evidence to be insufficient to make an attribution to a specific group. These unattributable attacks occurred in times and geographies where multiple groups unaffiliated with Iran were present, and no single group held area of operations dominance. For example, in the border region of Al Anbar Province in early 2004, the criminal group Al Theeb was the most prominent local organization that was able to exercise power through the use of force. Al Theeb was neither affiliated with militant groups nor with Iran. Al Theeb's strength in 2004 made it difficult for other militant or criminal groups to establish area of operations dominance or execute routine operations in that geography.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the responsibility for the attacks that the Plaintiffs asked me to analyze follows.

## IV.    Al Anbar Province

*Overview of Al Anbar Province*

Plaintiffs have asked me to assess five American casualties in Al Anbar Province from 2005 to 2007. Most of these casualties occurred in 2007, when the U.S. surged forces to combat VNSA activities across Iraq, including in Al Anbar. VNSAs active in Al Anbar during the time of the attacks at issue include the Zarqawi organization, AAS/AAI, Ba'athist groups, and to a lesser extent Jaysh al-Mahdi (JAM), and the Badr Corps. Anbar Province was, in particular, a major hub of operations for the Zarqawi organization. Over the course of the Iraq War, the organization managed to enjoy area of

operations dominance over several cities across the province, and at times over the province as a whole. While other Sunni militant and Ba'athist groups operated in the province, these groups often acted in coordination with—if not in subordination to—the Zarqawi organization.

The province also had some limited activity by Shia militia groups. While JAM and the Badr Corps maintained a limited presence, the Sunni majority made the province largely unconducive to Shia militant activity.

Below I provide a summary of the war in Al Anbar, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the attacks that the Plaintiffs have asked me to assess.

*Al Anbar's Geography and Population*





Figure 2: Al Anbar Province

Figure 1: Map of Iraq[32]

Al Anbar is a province in western Iraq, west of the capital of Baghdad. Al Anbar Province is bordered by Nineveh and Saladin Provinces to the north; Baghdad, Babil, and Karbala Provinces to the east; and Najaf Province to the southeast. Al Anbar also sits on three international borders: Iraq's border

---

[32] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section, 2014, https://www.un.org/geospatial/content/iraq.

with Syria along most of its northwest, Iraq's border with Jordan to the west, and Iraq's border with Saudi Arabia to the southwest.

Al Anbar Province has a harsh climate but is rich in natural resources.[33] The Euphrates River crosses through seven of Al Anbar Province's eight districts, entering at Al Qaim City near the Iraqi-Syrian border. The province's climate is arid and predominantly desert, with the Euphrates River providing the primary source of water for the province's inhabitants.[34] Its harsh climate notwithstanding, Al Anbar Province's wealth of natural resources make it a strategically important region.

Al Anbar is Iraq's largest province. At 138,579 square kilometers, it constitutes 32% of the total area of the country.[35] The province is divided into seven districts: Al Qaim District, Anah District, Haditha District, Hit District, Ramadi District, Fallujah District, and Al Rutba District.[36] The provincial capital is Ramadi City, located in the eponymous district. Ramadi City and Fallujah City are the province's largest by population, standing at approximately 181,264 and 203,451 respectively.[37] Most of the province's population is concentrated in major cities: Al-Qaim, Rawah, Haditha, Hit, Ramadi, Habbaniyah, and Fallujah. The remainder of the populace inhabits settlements short distances from the Euphrates River, which snakes from Baghdad to the Syrian-Iraqi border near Al Qaim.

The last comprehensive Iraqi national census took place over thirty years ago, and the 1957 census is considered the last reliable census. Precise demographics for Iraq are thus elusive.[38] Population estimates for Al Anbar Province vary widely. The Iraqi Ministry of Trade estimated the population at 2,432,717 in 1999; the U.N. estimated 2,328,775 in 2004; the Iraqi government estimated 3,460,130 in 2005, and the European Union Agency for Asylum estimated 1,818,318 in 2019.[39]

The province's population is composed predominantly of Sunni Arabs, who form up to 95% of the inhabitants.[40] Al Anbar Province constitutes one of the few true Sunni strongholds in Iraq and, prior to the U.S. invasion, the province "had long provided Saddam Hussein with the support he needed to remain in power."[41] Al Anbar's small Shia population dwindled between 2003 and 2006, as many

---

[33] NGO Coordination Committee for Iraq, "Anbar: NCCI Governorate Profile," n.d., p. 1, https://www.ncciraq.org/images/infobygov/NCCI_Anbar_Governorate_Profile.pdf.

[34] Ibid.

[35] "About Al-Anbar Governorate," University of Al-Anbar, n.d., https://www.uoanbar.edu.iq/English/CMS.php?ID=7#Administ.

[36] Some sources consider the Abu Ghraib District, which resides on the border of Al Anbar and Baghdad provinces, to be Al Anbar's eighth district. This report considers the Abu Ghraib district to be part of Baghdad Province.

[37] I employ 2009 population estimates rather than estimates made closer to the time that I wrote this report in order to better reflect population dynamics around the time of the events at issue in this case. See City Population, "Iraq – Republic of Iraq," n.d., https://www.citypopulation.de/en/iraq/cities/.

[38] *Turkey and the Iraqi Kurds: Conflict or Cooperation* (International Crisis Group, November 13, 2008), p. 16.

[39] University of Al-Anbar, "About Al-Anbar Governorate."; European Union Agency for Asylum, "Anbar," January 2021, https://euaa.europa.eu/country-guidance-iraq-2021/anbar.

[40] European Union Agency for Asylum, "Anbar," January 2021, https://euaa.europa.eu/country-guidance-iraq-2021/anbar; Inna Rudolf, "The Sunnis of Iraq's 'Shia' Paramilitary Powerhouse," The Century Foundation, February 13, 2020, https://tcf.org/content/report/sunnis-iraqs-shia-paramilitary-powerhouse/.

[41] "Western Iraq," Institute for the Study of War, n.d., https://www.understandingwar.org/region/western-iraq; Colonel David T. Waters, *Marine Forces Reserve Operational History – Global War on Terror (2004 – 2007)* (Marine Forces Reserve, 2009), p. 10, https://www.marforres.marines.mil/Portals/116/Docs/CmdDeck/GWOT%202004-2007.pdf.

Anbari Shia fled to Baghdad, fearing sectarian violence in the overwhelmingly Sunni Anbar Province.[42] The lack of a large Shia population prevented the sustainment of notable Shia militant operations in the province. Much of the popular support Saddam enjoyed was based on his government's provision of employment for Anbari Sunnis, either directly or via connections to smuggling and black-market activities run by Saddam's family or the regime.[43] The 2003 U.S. invasion of Iraq and removal of Saddam brought an end to the privilege that Anbari Sunnis enjoyed under his regime, producing a provincial power vacuum.[44]

The new Iraqi government established following Saddam's ouster was a majority Shia government, and many Sunnis—including many in Al Anbar—felt that it discriminated against them.[45] Sectarian tensions thus flared across Iraq, exacerbated by reports of violence against Sunni Muslims. Faced with these circumstances, many Anbari Sunnis initially supported the Zarqawi organization for various reasons, including looking to that group for protection.[46] These dynamics made the province an important base of operations for the Zarqawi organization in the early days of Operation Iraqi Freedom, as well as an important base of operations for other militant groups.[47]

From 2003 to 2007, Al Anbar Province functioned as the primary stronghold for Sunni militant groups.[48] During this period, several cities in Al Anbar Province served as crucial points in the network that facilitated the movement of foreign fighters entering from Syria, especially for the Zarqawi organization.[49] Militants also used the Euphrates River Valley to store weapons and provisions, which were subsequently utilized in attacks in Baghdad and elsewhere.[50]

In 2005, Al Anbar Province became the starting point of a Sunni uprising of another kind—the Al Anbar Awakening, also called the Sunni Awakening (*Sahwa* in Arabic).[51] The Awakening was a diffuse movement of Sunni tribes that, frustrated with the Zarqawi organization's brutal excesses, allied with the United States against the Zarqawi organization. In Anbar, the Zarqawi organization had become the "dominant organization of influence" by August 2006.[52] Attacks on civilians increased by 57

---

[42] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 42, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[43] "Chapter Three: Anbar Insurgency: The Seeds are Planted – the Formation and Motivating Factors," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 8, 9, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0989.%20chapter3.pdf.

[44] Ibid., p. 9.

[45] Colonel David T. Waters, *Marine Forces Reserve Operational History – Global War on Terror (2004 – 2007)*, (Marine Forces Reserve, 2009), p. 10, https://www.marforres.marines.mil/Portals/116/Docs/CmdDeck/GWOT%202004-2007.pdf; "Al-Qaeda in Anbar: Why Iraq's Sunni-Shia Conflict Isn't Over," *Harvard Political Review*, January 24, 2014, https://harvardpolitics.com/al-qaeda-anbar-iraqs-sunni-shia-conflict-isnt/.

[46] Waters, *Marine Forces Reserve Operational History.*

[47] "Al-Qaeda in Anbar: Why Iraq's Sunni-Shia Conflict Isn't Over," *Harvard Political Review*, January 24, 2014, https://harvardpolitics.com/al-qaeda-anbar-iraqs-sunni-shia-conflict-isnt/; "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 27, 28, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[48] "Western Iraq," Institute for the Study of War, n.d., https://www.understandingwar.org/region/western-iraq.

[49] Ibid.

[50] Ibid.

[51] Timothy McWilliams & Kurtis Wheeler, *Al-Anbar Awakening Volume I: American Perspectives U.S. Marines and Counterinsurgency in Iraq, 2004-2009*, (Quantico, VA: Marine Corps University Press, 2009), p. 19, https://www.hqmc.marines.mil/Portals/61/Docs/Al-AnbarAwakeningVolI%5B1%5D.pdf.

[52] Colonel Peter Devlin, "State of the Insurgency in al Anbar," Intelligence Assessment, August 17, 2006, p. 2.

percent between February and August of that year. The Zarqawi organization carried out a "heavy-handed, indiscriminate murder and intimidation campaign" in Anbar's capital of Ramadi, a situation that the Sunni tribes ultimately could no longer tolerate.[53]

In the official history of the Anbar Awakening published by the U.S. Marine Corps—which compiles oral testimony from American and Iraqi perspectives—the head of an Iraqi women's NGO known pseudonymously as "Miriam" recalls the Zarqawi organization committing "the ugliest torture" to intimidate the population. If that didn't work, the Zarqawi organization would slaughter people, sometimes decapitating them.[54] The Zarqawi organization also alienated the population through its totalitarian religious governance.[55]

As dissent grew amongst Anbaris, it solidified into resistance, and the Sunni Awakening was born.[56] The *Sahwa* became a potent force in the province and eventually spread throughout Iraq.[57]

### Coalition Operations in Al Anbar Province

Following the U.S. invasion of Iraq, Coalition forces conducted consistent operations in Anbar Province. One of the first was Operation Spartan Scorpion, launched in mid-June 2003 in Fallujah and the surrounding area with the goal of removing remaining Ba'ath Party and paramilitary forces from the region.[58] This operation failed to stop the insurgency from escalating.[59]

The First Battle of Fallujah, codenamed Operation Vigilant Resolve, then occurred between April 4, 2004 and May 1, 2004.[60] The battle was accompanied by Coalition operations in surrounding cities, including Ramadi.[61] Operation Vigilant Resolve, largely designed as a response to a string of Zarqawi organization attacks targeting U.S. soldiers and contractors, was conducted by U.S. Marines and Coalition forces against an array of Sunni militant and Saddam loyalist forces.[62] Some Shia militias,

---

[53] Niel Smith & Sean MacFarland, "Anbar Awakens: The Tipping Point," *Military Review*, March/April 2008.

[54] Gary W. Montgomery & Timothy S. McWilliams, *Al Anbar Awakening, Volume. 2, Iraqi Perspectives; From Insurgency to Counterinsurgency in Iraq, 2004-2009,* (Quantico, VA: Marine Corps University Press, 2009), p. 20.

[55] "Forbidden Pleasures Return to Mosul as al Qaeda Melts Away," Agence France-Presse, May 24, 2008.

[56] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume III-A: Al Anbar Province, Western Euphrates River Valley, Area of Operations Denver—Al Qaim*, (Alexandria, VA: Institute for Defense Analysis, November 2015) pp. 5, 18, https://apps.dtic.mil/sti/tr/pdf/AD1013976.pdf.

[57] Inna Rudolf, "The Sunnis of Iraq's 'Shia' Paramilitary Powerhouse," The Century Foundation, February 13, 2020, https://tcf.org/content/report/sunnis-iraqs-shia-paramilitary-powerhouse/.

[58] "Chapter Three: Anbar Insurgency: The Seeds are Planted – the Formation and Motivating Factors," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 31, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0989.%20chapter3.pdf.

[59] Ibid.

[60] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 18-24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; "Operation Vigilant Resolve," *Global Security*, April 5, 2004, https://www.globalsecurity.org/military/ops/oif-vigilant-resolve.htm; Master Sgt. John. Jackson, "Operation Vigilant Resolve," Official United States Marine Corps Public Website, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.

[61] Jim Michaels, "The Magnificent Bastards Look Back on a Key Iraq Battle," *USA Today*, April 9, 2014, https://www.usatoday.com/story/nation/2014/04/09/iraq-ramadi-al-qaeda-bastards/7476343/; "Coalition Forces Under Fire in Ramadi," *CNN*, April 6, 2004, https://www.cnn.com/2004/WORLD/meast/04/06/iraq.main/index.html.

[62] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 19, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-

including Jaysh al-Mahdi (JAM), also traveled to Fallujah at this time to reinforce the predominantly Sunni militants in the city.[63]

Marines and Coalition forces unilaterally suspended combat in Fallujah on April 9, 2004 after political pressure rose around the number of civilian casualties, the Abu Ghraib prisoner abuse scandal, and increasing militant attacks elsewhere in Anbar Province.[64] Though Coalition forces killed hundreds of militants in Operation Vigilant Resolve, Fallujah was still considered to be firmly in militant hands as the operation ended with a whimper.[65] On May 1, the Marines pulled out of the city, officially ending the First Battle of Fallujah.

Militant groups flourished in Fallujah in the months that followed. The Zarqawi organization, then known as Jamaat al-Tawhid wal-Jihad, used the city as its key base of operations.[66] But the Zarqawi organization's presence in Fallujah and the growing threat that it posed to Iraqi elections prompted Coalition forces and the Iraqi government to initiate another operation designed to retake the city.[67]

The Second Battle of Fallujah, codenamed both Operation Phantom Fury and Operation al-Fajr, began on November 7, 2004, and lasted roughly six weeks.[68] Coalition and Iraqi forces confronted 4,000 insurgent fighters, including the Zarqawi organization and up to 350 JAM fighters.[69] While Coalition forces were able to displace militant groups from strongholds in the city by November 12, sporadic fighting continued until late December 2004.[70] Coalition and Iraqi forces killed some 1,500

papers/1000.%20Chapter%204.pdf; Cpl. Sara Luna, "Things You (Probably) Didn't Know About Operation Al-Fajr," United States Marine Corps Official Website, November 7, 2014, https://www.marines.mil/News/News-Display/article/553975/things-you-probably-didnt-know-about-operation-al-fajr/; Marine Corps Base Camp Pendleton, "OIF II – Feb 2004–today," United State Marine Corps Official Website, n.d., https://web.archive.org/web/20080120004930/http://www.cpp.usmc.mil/press/kit/OIFII.asp?http://www.cpp.usmc.mil/press/kit/OIFII.asp.

[63] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 22, 47, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[64] Ibid., pp. 22-23.

[65] John Spencer & Jayson Geroux, "Urban Warfare Case Study Series – Case Study #6 – Fallujah I," Modern War Institute at West Point, February 26, 2022, https://mwi.westpoint.edu/urban-warfare-case-study-6-first-battle-of-fallujah/; Michael Evans, *City Without Joy: Urban Military Operations Into the 21st Century* (Australian Defense College Occasional Series, October 2007), p. 17; Marine Corps Base Camp Pendleton, "OIF II – Feb 2004–today," n.d., https://web.archive.org/web/20080120004930/http://www.cpp.usmc.mil/press/kit/OIFII.asp?http://www.cpp.usmc.mil/press/kit/OIFII.asp.

[66] Brian Ross, "Tracking Abu Musab Al-Zarqawi," *ABC News*, September 24, 2004, https://abcnews.go.com/WNT/Investigation/story?id=131414.

[67] Marine Corps Base Camp Pendleton, "OIF II – Feb 2004–today," n.d., https://web.archive.org/web/20080120004930/http://www.cpp.usmc.mil/press/kit/OIFII.asp?http://www.cpp.usmc.mil/press/kit/OIFII.asp.

[68] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 44-45, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[69] Ibid., pp. 47-48. As detailed in my *Expert Report & Declaration on Sunni Militant Organizations*, the Zarqawi organization has undergone several name changes since the group's inception in 1993. In October 2004, the Zarqawi organization underwent one such a change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).

[70] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 44-45.

militants and captured an equal number in the battle. The Second Battle of Fallujah, which proved to be the bloodiest operation of the American effort in Iraq, was ultimately considered to be a success, in the sense that Coalition forces wrested the city from militant groups' clutches.[71]

The Coalition's success in securing Fallujah pushed militant groups to other parts of Anbar Province.[72] This shift, and the resulting rise in militant activities outside of Fallujah, prompted additional Coalition operations throughout the province. Coalition forces launched Operation River Blitz (February 2005) and Operation River Bridge (March 2005) to target insurgents from Iskandariya, Babil Province to Hit and Haditha in western Anbar Province.[73] Groups that these operations targeted included the Zarqawi organization and AAS.[74] These operations were followed by Operation Matador (May 7-14, 2005), which was initiated "in response to the rise of AQI activity in western Anbar."[75] Matador was followed by Operation New Market (May 25-29, 2005), which aimed to end insurgent intimidation and maintain Coalition pressure on militant groups in Haditha and those dispersed throughout Anbar.[76] However, militant groups quickly returned to cleared areas after these operations concluded.[77]

Similar Coalition operations continued in the second half of 2005. Coalition forces launched Operation Spear (June 17-22, 2005) to target Zarqawi organization fighters and facilities in Karabilah, a subdistrict in western Anbar Province on the Iraqi-Syrian border.[78] Operation Sword (*Sayf* in Arabic) was launched as a strategic successor to Operation Spear on June 28, 2005 in the Hit-Haditha Corridor.[79] Coalition forces then launched Operation Sayyad, a two-phase series of operations in western Anbar Province from July to December 2005.[80] Operations Sayyad and Sayyad II aimed to

[71] Michael Evans, "City Without Joy: Urban Military Operations Into the 21st Century," *Australian Defense College Occasional Series*, October 2007, p. 8, https://web.archive.org/web/20180219015115/http://www.defence.gov.au/adc/publications/occasional/publcnsoccasional_310310_citywithoutjoy.pdf.

[72] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume III-A: Al Anbar Province, Western Euphrates River Valley, Area of Operations Denver—Al Qaim*, (Alexandria, VA: Institute for Defense Analysis, November 2015), https://apps.dtic.mil/sti/tr/pdf/AD1013976.pdf; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 20, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[73] "Operation RIVER BLITZ," CENTCOM, n.d., p. 2, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0725. MEF River Blitz 19feb.pdf.

[74] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 20, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[75] "Operation Matador," *Global Security*, n.d., https://www.globalsecurity.org/military/ops/oif-matador.htm; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 50, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[76] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 57, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[77] Ibid., p. 81.

[78] Ibid., p. 61.

[79] Blanca E. Binstock, "Operation Sword Begins in Hit-Haditha Corridor," The Official Website of the United States Marine Corps, June 30, 2005, https://www.2ndmardiv.marines.mil/News/Article/Article/514091/operation-sword-begins-in-hit-haditha-corridor/.

[80] Timothy S. McWilliams & Kurtis P. Wheeler, *Al-Anbar Awakening: Volume 1 – American Perspectives, U.S.: Marines and Counterinsurgency in Iraq 2004-2009,* (Quantico, VA: Marine Corps University Press, 2009), p. 105, https://www.hqmc.marines.mil/Portals/61/Docs/Al-AnbarAwakeningVolI%5B1%5D.pdf#page=123; Bill Roggio,

drive the Zarqawi organization out of the Western Euphrates River Valley and targeted Zarqawi organization insurgents in cities such as al Qaim, Rawah, Haditha, Haqlaniyah, Barwana, Sadah, Hit, Baghdadi, and Rutbah.[81]

During Sayyad II, U.S. forces and their partners managed to destroy some of the Zarqawi organization's major logistics networks, remove experienced leaders, and diminish the group's ability to influence the cities of western Anbar Province through murder and intimidation.[82] This degradation of the Zarqawi organization's capabilities and presence in the region enabled tribal leaders and other local elites to reestablish influence over cities and villages in western Al Anbar. In part due to the military operations' success, 57,000 citizens were able to vote in the western part of the province in the December 2005 elections.[83] Coalition efforts in the area would continue in early 2006, with Operation Red Bull and Operation Red Bull II targeting the Zarqawi organization in Haqlaniyah, Barwanah, Senjick, Albu Hyatt, and Haditha.[84] Despite multiple operations specifically targeting the Zarqawi organization, the group was not yet "mortally wounded" in Anbar.[85]

As Coalition forces secured former Sunni militant operational hubs in western Al Anbar, militia fighters moved to Ramadi. The Zarqawi organization (now rechristened the Islamic State of Iraq, or ISI) claimed Ramadi as its new operational center in 2006.[86] Coalition forces thus launched a number of operations targeting Zarqawi organization nodes in Ramadi, including Operation Valdez Revenge (August 17-21, 2006), Operation Chokehold (September 2006), and Operation Tinian (November 2006).[87] American forces continued to target remaining Zarqawi organization and other Sunni militants in Ramadi, launching Operation Squeeze Play and Operation Hue City in December 2006.[88]

---

"Operation Steel Curtain in Husaybah," *Long War Journal*, November 5, 2005, https://www.longwarjournal.org/archives/2005/11/operation_steel_1.php.

[81] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 107, 108, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf; Bill Roggio, "Operation Steel Curtain in Husaybah," *Long War Journal*, November 5, 2005, https://www.longwarjournal.org/archives/2005/11/operation_steel_1.php.

[82] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 2, 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[83] Ibid.

[84] "Operation Red Bull II [Image 9 of 9]," *DVIDS Hub*, January 19, 2006, https://www.dvidshub.net/image/17205/operation-red-bull-ii; "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 171, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[85] Ibid., p. 2.

[86] As detailed in my *Expert Witness Report & Declaration on Sunni Militant Organizations*, the Zarqawi organization has undergone several name changes since the group's inception in 1993. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI). Andew Lubin, "Ramadi From Caliphate to Capitalism," *U.S. Naval Institute*, April 2008, https://www.usni.org/magazines/proceedings/2008/april/ramadi-caliphate-capitalism; "Ramadi, Iraq Claws Back From Ravages of War," *NBC News*, October 28, 2007, https://www.nbcnews.com/id/wbna21517052.

[87] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 109, 163, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[88] Multi-National Corps - Iraq Public Affairs Office, "Operation Squeeze Play Makes Ramadi Safer," January 14, 2007, https://web.archive.org/web/20070216225104/https://www.mnf-iraq.com/index.php?option=com_content&task=view&id=9064&Itemid=128; "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 234, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

Joint U.S. and Iraqi army operations focusing on western Anbar Province were also launched in the fall and winter of 2006. Operation Qatiat Almaz (October 13-19, 2006) targeted the Zarqawi organization in Anah.[89] It was followed by Operation Majid (November 2006), which aimed to clear the Zarqawi organization and affiliated militants out of Haditha and surrounding cities.[90] Such operations continued through the winter of 2006.[91]

Coalition efforts to secure Ramadi against the Zarqawi organization continued in 2007. Operation Murfreesboro (February 18-March 10, 2007) targeted Ramadi neighborhoods where the Zarqawi organization was particularly entrenched.[92] Murfreesboro was followed by two additional clearing operations, Operation Okinawa (March 9-20, 2007) and Operation Call to Freedom (March 17-30, 2007), which "fragmented" the Zarqawi organization in Ramadi.[93] As Zarqawi organization fighters fled Ramadi for surrounding cities and towns, the Coalition followed them. In June 2007, Coalition forces launched Operation Alljah to target Zarqawi organization insurgents from Baghdad to Lake Thar Thar.[94] Alljah fell under the broader umbrella of Operation Phantom Thunder, which was designed to "stop insurgents in the provinces from supporting violence in Baghdad" by disrupting "al Qaeda's terrorist bases and networks."[95]

*The Anbar Awakening.* The Zarqawi organization's hold on Anbar Province frayed largely due to the organization's brutal treatment the local population. As previously described, local dissent was transformed into the Anbar Sunni Awakening. By September 2006, the Awakening had grown into a relatively organized movement that began to coordinate with Coalition forces to counter the Zarqawi organization.[96] The province transformed from a militant hotbed to one of the quietest in Iraq.[97] By late 2007, the Zarqawi organization's presence in Anbar was degraded but not entirely eliminated.[98]

In November 2008, the United States transferred responsibility for the Sahwa organization to the Shia-dominated central government in Baghdad, an act that many members of the Sahwa viewed as a

[89] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 186, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[90] Ibid., p. 229.

[91] "Additional Coalition Forces, Construction of Dirt 'Berms' Increase Security Conditions in Iraq's Haditha Triad Region," Multi-National Corps - Iraq Public Affairs Office, December 15, 2006, https://web.archive.org/web/20061219214355/https://www.mnf-iraq.com/index.php?option=com_content&task=view&id=8130&Itemid=21.

[92] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume IV: Al Anbar Province, Area of Operations Topeka, Ramadi*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 45, https://apps.dtic.mil/sti/pdfs/AD1020271.pdf.

[93] Ibid.

[94] Ibid.; Cpl. Joel Abshier, "2/6 Kicks Off Operation Alljah," *Marine Corps News*, June 12, 2007; "Operation Phantom Thunder," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-phantom-thunder.

[95] "Operation Phantom Thunder," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-phantom-thunder.

[96] Timothy McWilliams & Kurtis Wheeler, *Al-Anbar Awakening Volume I: American Perspectives*, (Quantico, VA: Marine Corps University Press, 2009), p. 19; Alissa J. Rubin & Damien Cave, "In a Force for Iraqi Calm, Seeds of Conflict," *New York Times*, December 23, 2007.

[97] Khalid Al-Ansary, "Iraq Sunni Group Accuses Tribes of Poll Incitement," Reuters, February 3, 2009, https://www.reuters.com/article/idUSL3215259.

[98] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) pp. 30-31, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

betrayal.[99] Iraq's central government officially disbanded the Sahwa organization in 2009, which reignited sectarian tensions between the overwhelmingly Sunni tribal militias who comprised the Sahwa and the Shia-controlled central government in Baghdad.[100]

*Sunni Militant Groups in Anbar Province*

After Saddam's removal, former regime elements (FREs), Sunni religious extremists (SREs) and the Zarqawi organization "swiftly filled the power vacuum in Anbar."[101] In 2003 and 2004, "the line between FRE and SRE became increasingly blurred," and religious extremist militant groups – especially the Zarqawi organization – were on the rise.[102] According to a declassified U.S. Central Command (CENTCOM) report on the Zarqawi organization, Fallujah was a Zarqawi organization stronghold months before the United States invaded Iraq in March 2003.[103] By September 2003, the Zarqawi organization, then known as JTJ, was well established in Fallujah, recruiting members and forming alliances with Ba'athist and tribal groups in the province.[104] In February 2004, the Coalition began to describe the Zarqawi organization as the "primary terrorist threat to the Coalition."[105]

The rise of militant groups, particularly the Zarqawi organization, correlated to a rise in violence in Al Anbar Province.[106] Attacks against Coalition forces, Iraqi security forces, and contractors spiked in the summer of 2004.[107] The Zarqawi organization was established as the dominant group in Fallujah following the First Battle of Fallujah, and continued to leverage Fallujah as a base of operations until it was ousted in the Second Battle of Fallujah.[108]

Zarqawi officially affiliated with al-Qaeda in October 2004, and the Zarqawi organization became known as al-Qaeda in Iraq (AQI). Following the loss of the group's operational hub in the Second Battle of Fallujah, Zarqawi organization members dispersed throughout the province.[109] Specific

---

[99] Myriam Benraad, "Iraq's Tribal 'Sahwa': Its Rise and Fall," *Middle East Policy* 18:1 (Spring 2011).

[100] Martin Chulov, "Iraq Disbands Sunni Militia that Helped Defeat Insurgents," *The Guardian* (London), April 1, 2009, https://www.theguardian.com/world/2009/apr/02/iraq-sunni-militia-disbanded.

[101] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[102] Ibid., pp. 3, 5.

[103] *Insurgent Group Profile: Al Qaeda in Iraq (AQI)*, (May 2, 2007), pp. 2-3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[104] "Chapter Three: Anbar Insurgency: The Seeds are Planted – the Formation and Motivating Factors," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0989.%20chapter3.pdf.

[105] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in Study of the Insurgency in Anbar Province, Iraq (CENTCOM, June 13, 2007), p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[106] Ibid., p. 32; Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 21, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[107] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 32, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[108] *Insurgent Group Profile: Al Qaeda in Iraq (AQI)*, (May 2, 2007), pp. 2-3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[109] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume III-A: Al Anbar Province, Western Euphrates River Valley, Area of Operations Denver—Al Qaim*, (Alexandria, VA: Institute for Defense Analysis, November 2015), p. 5, https://apps.dtic.mil/sti/tr/pdf/AD1013976.pdf.

locations to which they moved are indicated by the focus of Coalition operations that targeted Zarqawi organization fighters in cities along the Euphrates River Valley through 2005, which included al-Qaim, Rawah, Haditha, Haqlaniyah, Barwana, Sadah, Hit, Baghdadi, and Rutbah.[110] While the operations were typically able to push Zarqawi organization operatives out temporarily, Zarqawi organization fighters would return as soon as the Coalition presence departed following the conclusion of operations.[111] In this time period, the Zarqawi organization and affiliated groups also reestablished a significant presence in eastern Al Anbar, particularly Ramadi.[112]

By 2006, the Zarqawi organization had become the dominant militant player in Anbar Province.[113] Zarqawi's AQI "went on a campaign of killing or co-opting all of the major insurgent leaders in order to establish themselves as the unquestioned force in Anbar."[114] Their campaign worked, as a CENTCOM report on the insurgency in Al Anbar reflects that "most of the remaining independent groups were either forced or coopted into cooperation with" the Zarqawi organization.[115] The Zarqawi organization's provincial dominance can be illustrated at a local level. In Ramadi, Zarqawi organization operatives attacked Coalition forces daily.[116] Similarly, in Haditha, Haqlaniyah, and Barwana in western al Anbar, the Zarqawi organization had become so prominent that the group established a "state within a state."[117]

By the end of 2006, the Anbar Awakening began to effectively challenge the Zarqawi organization's dominance in Al Anbar.[118] The Zarqawi organization did not cede control easily, and worked to strengthen itself through the province in 2006 and 2007, particularly around Fallujah.[119] Although the Awakening continued to challenge the Zarqawi organization, in 2007 CENTCOM noted "it would be

---

[110] Timothy McWilliams & Kurtis Wheeler, *Al-Anbar Awakening Volume I: American Perspectives U.S. Marines and Counterinsurgency in Iraq, 2004-2009*, (Quantico, VA: Marine Corps University Press, 2009), p. 105, https://www.hqmc.marines.mil/Portals/61/Docs/Al-AnbarAwakeningVolI%5B1%5D.pdf; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 20, 61 107, 108, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf; Bill Roggio, "Operation Steel Curtain in Husaybah," *Long War Journal*, November 5, 2005.

[111] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 81, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[112] Ibid., p. 76.

[113] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[114] Bill Roggio, "Anbar, the Washington Post and the Devlin Report," *Long War Journal*, November 20, 2006.

[115] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 241, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[116] Andrew Lubin, "Ramadi From Caliphate to Capitalism," U.S. Naval Institute, April 2008, https://www.usni.org/magazines/proceedings/2008/april/ramadi-caliphate-capitalism; "Ramadi, Iraq Claws Back From Ravages of War," *NBC News*, October 28, 2007, https://www.nbcnews.com/id/wbna21517052.
      On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).

[117] "Chapter 5: Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), pp. 104, 105.

[118] Alissa J. Rubin & Damien Cave, "In a Force for Iraqi Calm, Seeds of Conflict," *New York Times*, December 23, 2007.

[119] "Chapter 7: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 15, 16 18, 19.

a serious mistake to characterize AQI as having been defeated in Anbar."[120] Pockets of Zarqawi organization fighters persisted through 2008.[121]

In addition to the Zarqawi organization, a number of Sunni insurgent and former regime groups operated in Al Anbar Province, including AAI/AAS.[122] Though the Zarqawi organization established itself as the primary threat to Coalition forces in the province, AAS maintained an operational presence, claiming attacks in Al Anbar in early 2004.[123] While AAS had periodic divisions and conflict with the Zarqawi organization, AAS also frequently coordinated with the Zarqawi organization in from 2004 through 2006.[124] The groups shared resources and conducted a number of joint attacks in the province.[125]

In addition to AAS, the province was also home to multiple former regime elements (FREs), including the Islamic Army of Iraq (IAI) and the 1920 Revolution Brigades.[126] Though these groups do not appear to have received significant Iranian support, they were known to operate in umbrella organizations controlled by, taking direction from, and experiencing mass defections to the Zarqawi organization over the course of the insurgency.[127]

The Zarqawi organization and affiliated groups used a variety of TTPs to target Coalition forces. These groups executed attacks using IEDs, vehicle-borne improvised explosive devices (VBIEDs), small arms attacks, sniper attacks, complex attacks, assassinations, mortar attacks, helicopter shoot-downs,

---

[120] Ibid., p. 1.

[121] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah* (Alexandria, VA: Institute for Defense Analysis, August 2016), pp. 28, 31, 34, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[122] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[123] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[124] "Chapter Five: Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), pp. 58, 100, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.chapter5.pdf; "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 5, 11, 35, 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[125] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 25, 228, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[126] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 33, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000. Chapter 4.pdf.

[127] Ibid.; "Chapter Five: Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 76, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf; "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 20, 36, 55, 205, 210, 211, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf; Mapping Militant Organizations, Stanford University Center for International Security and Cooperation, "Islamic Army in Iraq," March 2019, https://cisac.fsi.stanford.edu/mappingmilitants/profiles/islamic-army-iraq.

kidnappings, and suicide bombings.[128] These attacks were supported by weapons factories and caches managed by groups throughout the province.[129]

*Shia Militant Activity in Anbar Province*
No major Shia militias were reported to operate consistently or establish bases in Anbar Province, likely because the province's very small Shia population could not provide sufficient support for Shia militant groups' recruitment efforts or operations. However, several Shia militant groups were periodically active in Anbar Province, mostly taking part in reprisal or revenge actions with sectarian motivations.[130] These groups included JAM, the Badr Corps, and the Jihad Brigades of Imam Ali ibn Abi Taleb.[131] Some Shia groups – particularly JAM – occasionally acted in concert with the Zarqawi organization in major battles against the Coalition.[132]

I now turn to consideration of the Al Anbar Province attacks I have been asked to assess by the Plaintiffs.

## Attack #3 – August 21, 2005 IED Attack in Al-Karmah, Al Anbar Province that Wounded U.S. Marine Corps Corporal Adam Kisielewski
*Geography: Al-Karmah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): Cpl. Adam Kisielewski*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Motion for Default Judgment on Behalf of Bellwether Plaintiffs ("Plaintiffs' Bellwether Motion for Default"):

---

[128] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 603-604, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs; Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh*, *Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 20-21, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; "Chapter Five: Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 99, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf; "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 25, 214, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[129] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 228, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[130] Ibid., p. 42.
[131] Ibid., pp. 31, 44; "Insurgent Groups in Al-Anbar Province," *United States Army War College*, n.d., pp. 1-10, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0569. insurgent_groups.pdf.
[132] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 47, 48, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

- PEX 102, U.S. Marine Corps, USCENTCOM FOIA 22-0289, "Casualty Report – Adam Kisielewski," (August 21, 2005).[133]
- PEX 103, U.S. Marine Corps Headquarters, "Purple Heart Award, Adam Kisielewski," (August 26, 2005).
- PEX 104, U.S. Department of Defense, "Certificate of Release or Discharge from Active Duty: Kisielewski, Adam Christopher," October 3, 2006.
- PEX 44, Declaration of Adam Kisielewski.

*Attack Description*

On August 21, 2005, U.S. Marine Corps Corporal (Cpl.) Adam Kisielewski was serving with Golf Company, 2nd Battalion, 2nd Marines in the town of Al-Karmah, Anbar Province, about six kilometers northeast of Fallujah.[134]



The IED was made of a 97-lb. artillery shell.[139]

The explosion instantly killed the servicemember standing in front of the door.[140] Cpl. Kisielewski was seriously injured, sustaining "shrapnel wounds to the lower right leg, upper left arm, and left leg."[141]



---

[133] All exhibit references herein refer to Plaintiffs' exhibits ("PEX") filed with their Motion for Default Judgment on Behalf of Bellwether Plaintiffs in *Martino et al., v. Islamic Republic of Iran*, No. 1:21-cv-01808 (RDM).

[134] PEX 44, Declaration of Adam Kisielewski, pp. 4, 5; PEX 102, U.S. Marine Corps, USCENTCOM FOIA 22-0289, "Casualty Report – Adam Kisielewski," (August 21, 2005), p. 2; PEX 104, U.S. Department of Defense, "Certificate of Release or Discharge from Active Duty: Kisielewski, Adam Christopher." (October 3, 2006), p. 2.

Cpl. Kisielewski promoted to Sergeant days prior to his release from active duty in October 2006, but on the date of the attack in 2005, was a Corporal. He will be referred to as a Corporal throughout the document.

[135] PEX 44, pp. 4, 5.

[136] PEX 44, p. 5.

[137] PEX 44, p. 5.

[138] PEX 44, p. 5.

[139] Congressionally Directed Medical Research Programs, "Adam Kisielewski: Reaching Higher," May 26, 2022, https://cdmrp.health.mil/CWG/stories/2013/kisielewski_profile.

[140] PEX 44, p. 5.

[141] PEX 102, pp. 2, 3.

[142] PEX 44, p. 5.

[143] PEX 44, pp. 5, 6.

[144] PEX 44, p. 5.

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in the attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, in October 2004, it underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI). As this attack occurred after the name change, this attribution will refer to the group as AQI.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to AQI's responsibility. The attack occurred in Al-Karmah, near Fallujah, on August 21, 2005. The below map provides the approximate location of the attack.



*Figure 3: Approximate location of the attack in Al-Karmah, Anbar Province.*

Fallujah was a recognized AQI stronghold in early 2004, leading to the Coalition's November 2004 Operation Al Fajr, which was designed to clear Fallujah "of insurgents and to eliminate it as their

34

sanctuary."[145] Operation Al Fajr succeeded in pushing AQI fighters out of Fallujah.[146] Some fled to areas surrounding Fallujah, including Al Karmah, and some fled west.[147] In 2005 and 2006, communities in northwestern and central Al Anbar Province began to work with Coalition forces against AQI, forcing AQI fighters to flee east – back towards Fallujah and Al Karmah.[148] Many AQI fighters sought refuge in the Fallujah area, from where they could launch attacks into Baghdad.[149]

Another factor indicating AQI's growing presence and operational control in and around Fallujah in 2005 was the affiliation of local insurgent leaders with AQI.[150] Fallujah-based AQI cells began loosely uniting under the leadership of Sheikh Abd al-Munam Shakir Hamdan Faith al-Kubaisi of the Furqan Mosque in 2005.[151] At the time, Sheikh al-Kubaisi was also working to return Sheikh Abdullah Janabi to local power in Fallujah.[152] Janabi swore allegiance to Zarqawi (and by extension AQI) in 2004.[153] Local fighters who had sworn allegiance to Janabi effectively inherited his loyalty to AQI, as the distinction between swearing allegiance to an AQI-affiliated leader or directly to AQI was not motivationally or operationally significant, according to an authoritative 2007 Central Command (CENTCOM) report on the insurgency in the Al Anbar Province.[154]

AQI was present in Al-Karmah as well. A report written by the Institute for Defense Analysis discusses AQI activity in Al-Karmah during a period stretching from 2005-2007:

> AQI also maintained a strong and persistent presence in Al Karmah, using it as a center from which to attack Fallujah. One difficulty with securing the Karmah area was its proximity to where three Coalition operating areas connected: Multi-National Division–North, Multi- National Division–Baghdad, and MNF-W. Cognizant of the "seam," insurgents used the boundaries to facilitate their attack. The area north of Al Karmah had also been a harbor for AQI since 2004, given its remoteness and location along a major route connecting the Samarra area to the Fallujah area.[155]

AQI maintained its presence in Al-Karmah before and after the August 2005 attack that wounded Cpl. Kisielewski. AQI's strong influence in both cities around the time of the attack and in Al-Karmah itself are indicative of AQI's likely responsibility.

---

[145] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016), p. 25, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[146] Ibid.
[147] Ibid.
[148] Ibid.
[149] Ibid.
[150] "Chapter Five Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 62, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002. chapter5.pdf.
[151] Ibid.
[152] Ibid.
[153] Ibid.
[154] Ibid.
[155] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016), p. 26, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

IED attacks spiked in Al Anbar Province between May and August of 2005.[156] A threat assessment declassified by CENTCOM and dated July 2, 2005 (pictured below) depicts AQI associate groups, VBIEDs, SVBIEDs, and weapons caches in and around Fallujah.[157] The same July 2005 threat assessment warns that "porous borders provide [Al-Qaeda in Iraq] and [former regime elements] unrestricted access to foreign fighters, finances, weapons, and supplies," and that "insurgents are attempting to reestablish themselves in Fallujah in the same manner employed in late 2003 and early 2004."[158]



The insurgency in Fallujah had largely consolidated around AQI during the time period in which this attack occurred. Therefore, the "insurgents" referenced in this statement likely refers to AQI fighters,

---

[156] "Chapter Five: Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 67.

[157] "C2 Plans: Threat Assessment," July 2, 2005, p. 19, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0892.%20Threat%20Assessment%202%20July%202005.pdf.

[158] Ibid., p. 6.

especially considering that the threat assessment identifies AQI as present in Fallujah. By this same reasoning, it is likely that the weapons caches and VBIEDs in Fallujah belonged to AQI.

In addition to the presence of IEDs noted in the July 2005 threat assessment, IED attacks were a known AQI tactic in Fallujah in 2005. After a December 2005 IED attack that killed 10 U.S. Marines and wounded 11 more in Fallujah, a local preacher was quoted as saying, "We knew al Qaeda wouldn't leave the city, and it happened. They came back."[159] The Associated Press reported that "Maj. Gen. Rick Lynch, a coalition operations officer, warned that al-Qaida in Iraq, led by Jordanian terror mastermind Abu Musab al-Zarqawi, will likely step up attacks in the next two weeks to try to disrupt parliamentary elections Dec. 15."[160]

*Ruling Out Other Insurgent Groups.* Other militant groups were also active in this area. I have considered their activities in rendering my opinion that AQI is ultimately the organization likely responsible for the attack. Other major militant groups operating in this area of Anbar Province in 2005 were AAS, Jaysh Mohammed, and the Green Battalion.[161]

However, though all these groups had some level of presence in Anbar Province, AQI had the strongest recorded presence in the specific area where and when this attack occurred. This attack occurred near Fallujah in August 2005, where other insurgent groups and local fighters were consolidating allegiance into AQI. Additionally, although Jaysh Mohammed and the Green Battalion were present around Fallujah, these groups were primarily involved in other activities at the time, including criminal activity and political endeavors.[162] In particular, Jaysh Mohammed was interested in participating in the political process in the province – while AQI was intent on disrupting it.[163] These conflicting objectives contributed to deepened conflict between the two groups around the time of attack.[164] Therefore, their cooperation with AAS and AQI was unlikely, and AAS and AQI were the dominant insurgent groups in this area during this time period.[165]

During this time period in Anbar Province, AAS and AQI alternated between cooperation and infighting.[166] Therefore, it is possible that AAS carried out this attack, and that it did so independently of AQI. However, as AQI was growing and absorbing other insurgent groups in the area and increasingly holding area of operations dominance, this attack was most likely carried out by AQI. Additionally, given that Iran also supported AAS, its possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed Cpl. Kisielewski.

---

[159] Jonathan Finer, "10 Marines Killed in Fallujah Blast," *Washington Post*, December 3, 2005.
[160] "10 Marines killed in bombing near Fallujah," *East Valley Tribune* (Phoenix, Ariz.), December 2, 2005, https://www.eastvalleytribune.com/news/10-marines-killed-in-bombing-near-fallujah/article_ceb785d3-1a0c-5761-9ab1-ff95a37b2518.html.
[161] "Chapter Five Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 81, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.
[162] Ibid., pp. 81, 82.
[163] Ibid., p. 106.
[164] Ibid.
[165] Ibid.
[166] Ibid, pp. 44, 58.

*Iranian Support.* Iran provided support to AQI and Iran's support had a reasonable connection to the attack that killed Cpl. Kisielewski. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[167] Additional information further demonstrates the significance of Iran's support to AQI at the time and in the vicinity of this specific attack. Specifically:

- Iran provided support to AQI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[168] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[169] The Quds Force continued its support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and Al Anbar Province in 2004.[170]

- In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[171] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[172]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for AQI.[173] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[174] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[175] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for

---

[167] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[168] Ibid.

[169] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[170] See my Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[171] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[172] Ibid.

[173] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[174] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[175] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

it [the U.S.] not to give its entire attention to Iran."[176] Al-Bathali's assertion is compelling given his background and activities.[177]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where AQI primarily operated.[178] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[179] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[180]

*Summary*

In summary, I conclude that it is likely that AQI carried out the August 21, 2005 attack in Al-Karmah, Al Anbar Province that wounded U.S. Marine Corps Cpl. Adam Kisielewski. My conclusion is based on the following:

- AQI possessed area of operations dominance in Fallujah and Karmah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

---

[176] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[177] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[178] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[179] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[180] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

**Attack #4 – June 9, 2006 IED Attack in Al Qaim, Al Anbar Province that Killed U.S. Marine Corps Lance Corporal Brent Zoucha**
*Bellwether Geography: Al Qaim, Al Anbar Province*
*Bellwether Attack Type: IED Attack*
*Direct Victim(s): LCpl. Brent Zoucha*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 105, U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Report of Casualty – Brent Zoucha" (June 12, 2006).
- PEX 106, U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Enemy Situation and Assessment," (June 6, 2006).
- PEX 107, U.S. Marine Corps, "Purple Heart Award – Brent Zoucha," (June 13, 2006).
- PEX 108, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Brent B. Zoucha," (June 14, 2006).
- PEX 109, Lt. Col. Marano, "Letter from Commanding Officer: LT COL Marano," First Battalion 7th Marines Newsletter, (June 2006).
- PEX 110, CENTCOM, Ops Report, USCENTCOM 22-0341, "IED Attack on 1/7 NE of Husaybah: 3 CF KIA, 1 CF WIA," (June 9, 2006).

*Attack Description*
On June 9, 2006, Marine Corps Lance Corporal (LCpl.) Brent Zoucha was serving with 1st Battalion, 7th Marine Regiment, 1st Marine Division, I Marine Expeditionary Force in Al Qaim in Anbar Province.[181] While serving as the gunner of an up-armored High Mobility Multipurpose Wheeled Vehicle (HMMWV) on patrol in Al Qaim, LCpl. Zoucha's vehicle was struck by an improvised explosive device (IED).[182] The blast caused "tissue disruption and bleeding of the visceral organs," killed LCpl. Zoucha.[183] The blast also killed three other servicemembers, and wounded another.[184]

*Attack Attribution*
I conclude that the Zarqawi organization (as Mujahedin Shura Council) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization underwent several name changes following the group's inception in 1993. On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. As this attack occurred after the name

---

[181] PEX 105, U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Report of Casualty – Brent Zoucha" (June 12, 2006), p. 2.
[182] PEX 105, p. 2; PEX 110, CENTCOM, USCENTCOM 22-0341, Ops Report, "IED Attack on 1/7 NE of Husaybah: 3 CF KIA, 1 CF WIA," (June 9, 2006), p. 2; PEX 106, U.S. Marine Corps, USMARCENT FOIA DON-USMC-2022-002646, "Enemy Situation and Assessment," (June 6, 2006), p. 4.
[183] PEX 105.
[184] PEX 109, Lt. Col. Marano, "Letter from Commanding Officer: LT COL Marano," First Battalion 7th Marines Newsletter, (June 2006); PEX 106, p. 4.

change, this attribution will refer to the group as Mujahedin Shura Council (MSC). However, some sources cited in this attribution may refer to the organization by its former names, AQI and JTJ.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to MSC's responsibility. This attack took place in Al Qaim, Anbar Province on June 9, 2006. The below map provides the approximate location of the attack.



*Figure 4: Approximate location of the attack in Al Qaim, Anbar Province.*

Al Qaim's location on the Syrian border made it "an important logistical center for the insurgency as fighters moved toward the urban areas of central Iraq" and "an important point of entry for foreign fighters entering from Syria."[185]

MSC's presence in Al Qaim began in 2004 and reached a peak in 2005. In October 2004, MSC seized on the relative weakness of Coalition forces in Al Qaim, whose attention had been diverted to the battle in Fallujah.[186] An Institute for Defense Analysis report assesses that MSC approached tribal leaders in Al Qaim in 2004, offering resources in exchange for partnership against Coalition forces:

> AQI arrived with offers of partnering with Al Qaim's tribes to defeat the Coalition. They promised money and other resources. As Muslims and Arabs, AQI members said it was the obligation of Al Qaim to conduct *jihad*, to fight the crusaders. After all, the Coalition, ignorant of tribal customs, religion, and traditions had disrespected and dishonored the people of Al Qaim, and a patriotic resistance had already formed there. Initially, the tribes of Al Qaim saw the Al Qaeda movement as the "complete *jihad*."

---

[185] Nicholas J. Schlosser, *U.S. Marines in Battle: September 2005–March 2006 The Battle for Al-Qaim and the Campaign to Secure the Western Euphrates River Valley*, (Washington, DC: History Division, United States Marine Corps, August 15, 2014), p. 8, https://www.usmcu.edu/Portals/218/AL-QAIM LO.pdf.
[186] Ibid., pp. 9-10.

41

> They believed it was time to rid the area of the occupiers. Together, they—AQI, the tribes, and their militias—could do that.[187]

MSC used Al Qaim and its surrounding towns as a point of entry for fighters and supplies entering Iraq from neighboring Syria, seizing existing smuggling routes from local tribes. By 2005, MSC's presence in Al Qaim was extensive, and the group imposed brutal conditions on local Iraqis:

> They started by taking over the smuggling routes, skimming profits and killing those that resisted. They then imposed a radical form of Islamic Law or Sharia on the community with fanatical punishments for transgressors. AQI used religion to justify its actions, which included forced marriages to the local women. The most common intimidation tactic was to behead those that resisted and leave the head on the chest of the body in the street for all to see – sometimes only the head was left and the body disposed of in the river or the *Jazeera* – the desert. Despite the risk of brutal retribution, there were dissenters among the tribes, particularly within Albu-Mahal in Husaybah, the small Iraqi border town which served as Al Qaim's main market, and the port of entry.[188]

In May 2005, MSC's brutality in Al Qaim factored into the decision of the Albu Mahal, the local tribe, to rise against MSC in cooperation with Coalition and Iraqi Government forces.[189] MSC responded by aggregating forces in Al Qaim (from throughout Al Anbar) and striking back in July 2005.[190] By September 2005, MSC announced that it had taken Al Qaim and posted "signs throughout the district proclaim[ing] the region the 'Islamic Kingdom of Qaim.'"[191] Late 2005 represented the height of MSC influence in Al Qaim.

To combat MSC's resurgence, Albu Mahal tribal leaders cooperated again with U.S. forces. During Operation Steel Curtain (November 5-22, 2005), U.S. Marines and local forces known as the Desert Protectors fought MSC in brutal urban combat in Al Qaim and surrounding districts:

> Despite the tactical surprise, it took CTF 3/6 and Battalion Landing Team (BLT) 2/1 the next seven days to clear the Husaybah-Karabilah-Sadah area of insurgents. This was a sophisticated enemy. Insurgents wore Kevlar helmets and body armor and fought with a degree of discipline that reflected military or advanced terrorist training. All main roads and avenues of approach were laced with IEDs. Residential buildings were mined in order to target Coalition forces as they breached and cleared rooms. After engaging Coalition forces and encountering superior firepower, insurgents generally broke contact and conducted coordinated withdrawals to the east or

---

[187] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume I: Al Anbar Province Final Report*, (Alexandria, VA: Institute for Defense Analysis, July 2015) p. 64, https://www.ida.org/-/media/feature/publications/a/al/al-sahawa-the-awakening-volume-i-al-anbar-province-final-report/p-5100.ashx.

[188] Ibid.

[189] Ibid., p. 67.

[190] Ibid., p. 69.

[191] Nicholas J. Schlosser, *U.S. Marines in Battle: September 2005–March 2006 The Battle for Al-Qaim and the Campaign to Secure the Western Euphrates River Valley*, (Washington, DC: History Division, United States Marine Corps, August 15, 2014), p. 13, https://www.usmcu.edu/Portals/218/AL-QAIM%20LO.pdf.

discarded evidence of their actions and attempted to blend in with the population. The enemy clearly knew what it was doing and how to do it.[192]

MSC's influence in Al Qaim waned after the success of Operation Steel Curtain, particularly relative to the rest of Al Anbar Province.[193] However, despite its presence in Al Qaim becoming weaker relative to the rest of the province, MSC continued fighting the Albu Mahal throughout 2006, and the city's importance as a transit point from Syria meant MSC continued attacks on Coalition and local tribes in that area.[194] For example, three months after the IED attack that killed LCpl. Zoucha, MSC kidnapped a local high-profile sheik who objected to the group's presence in Al Qaim.[195]

Although MSC experienced setbacks in Al Qaim during this period, I assess that it is very likely to have been responsible for conducting the attack that killed LCpl. Zoucha. At the time, the local tribes constituted the only other significant armed force in Al Qaim, but they had aligned themselves with Coalition forces and sought to reduce MSC's influence in the city. I therefore assess that it is very unlikely that the local tribes would have attacked a U.S. Marine patrol, especially using an IED.

*Tactics, Techniques, and Procedures (TTPs).*  Another indicator that MSC was responsible for this attack is the TTPs used to carry it out. LCpl. Zoucha died in an IED attack.

According to a Situation Report written by CENTCOM, the blast from the IED destroyed an M1114, which is the up-armored version of a HMMWV.[196] Following the attack, the site of the explosion was investigated by the Explosive Ordnance Disposal [EOD]  team.[197] There, they discovered a base station for a long range cordless telephone (LRCT)—a type of remote detonation system—on the "southern edge of the road" with a 12 volt car battery.[198] The blast site measured 12' wide, 11' long, and 3' deep.[199] According to the Ops Report written by CENTCOM, EOD estimated that the explosive was composed of an "unknown sized projectile" and a "5' long oxygen tank filled with bulk explosives."[200] These findings indicate that the IED was composed of powerful explosives and remotely detonated.

MSC frequently used IEDs to attack Coalition forces throughout Al Anbar Province, particularly in areas under MSC control.  For example, in November 2005 during Operation Steel Curtain in Al Qaim, U.S. Marines encountered numerous IEDs as they cleared the city.[201] The Institute for Defense Analysis' report discussing the "sophisticated enemy" in Qaim details that "[a]ll main roads and

---

[192] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume I: Al Anbar Province Final Report*, (Alexandria, VA: Institute for Defense Analysis, July 2015) p. 78,  https://www.ida.org/-/media/feature/publications/a/al/al-sahawa-the-awakening-volume-i-al-anbar-province-final-report/p-5100.ashx.
[193] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 102, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[194] Ibid, p. 178.
[195] Ibid, p. 178.
[196] "M1114," *Military Today*, https://www.militarytoday.com/trucks/m1114_uparmored_hmmwv.htm.
[197] PEX 110, p. 2.
[198] Ibid.
[199] Ibid.
[200] Ibid.
[201] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume I: Al Anbar Province Final Report*, (Alexandria, VA: Institute for Defense Analysis, July 2015) p. 78,  https://www.ida.org/-/media/feature/publications/a/al/al-sahawa-the-awakening-volume-i-al-anbar-province-final-report/p-5100.ashx.

avenues of approach were laced with IEDs. Residential buildings were mined in order to target Coalition forces as they breached and cleared rooms."[202]

Al Anbar Province also housed numerous MSC IED factories. Coalition special forces operations targeted these facilities extensively, often finding senior MSC leaders on site. According to the U.S. Army's official history of the Iraq War, in the fall of 2005, "the SOF [Coalition Special Operations Forces] participation in the WERV [West Euphrates River Valley] Campaign was a large-scale effort, focusing on the insurgent sanctuaries of Al Qa'im and Haditha. Raid after raid eliminated IED factories and killed or captured al-Qaeda in Iraq senior leaders."[203]

Despite these raids, MSC's IED network persisted into 2006. MSC frequently paid local fighters to conduct IED attacks in their areas of operation. The U.S. Army's official history on the war in Iraq describes how MSC used its wealth to incentivize these attacks in Al Anbar in 2006:

> The funds also kept fighters flowing into AQI's ranks. Coalition troops killed over 200 AQI fighters in March and April, but they were easy for Zarqawi to replace. By May 2006, with AQI's financial network in place, the starting salary for an AQI fighter in Ramadi was the equivalent of $1,000 per month. The next highest-paying insurgent group, Ansar al Sunna, paid far less at $250 per month. AQI also funded bonuses: $200 for a successful improvised explosive device (IED) attack, $500 to $700 for destroying a High Mobility Multi-Purpose Wheeled Vehicle (HMMWV), and $7,000 for shooting down a helicopter. In Fallujah, where AQI's presence was more contested and lacked Ramadi's financial sophistication, al-Qaeda fighters were paid between $190 and $380 per month.[204]

*Iranian Support.* Iran provided support to MSC, and Iran's support had a reasonable connection to the MSC attack that killed LCpl. Zoucha. Iranian support for MSC is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[205] The following information further demonstrates the significance of Iran's support to MSC at the time and in the location of this specific attack:

- Iran supported MSC militants in Al Anbar Province, where the attack occurred, through provision of arms, including IEDs, and intelligence. In December 2006, evidence of Iranian support for MSC emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including MSC.[206]
- Iran's support to MSC elements in Al Anbar Province, where the attack occurred, included the provision of arms. According to expert Bill Roggio, "Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Al Anbar province" as early as 2004.[207]

[202] Ibid.
[203] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006* (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 457-58.
[204] Ibid, pp. 603-604.
[205] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[206] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[207] Bill Roggio, "Iran and al Qaeda in Iraq," *Long War Journal*, January 6, 2007, https://www.longwarjournal.org/archives/2007/01/iran_and_alqaeda_in.php.

- MSC lethally employed Iranian weapons support through the time of the attack that killed LCpl. Zoucha. In a briefing on July 6, 2007, Maj. Gen. Rick Lynch discussed an Iranian weapons cache, saying: "Over the last three months, we've found ... four specific weapons caches, where as we worked our way through those caches, we found Iranian munitions. We found Iranian rockets, we found Iranian mortars clearly marked with Iranian markings, and that is just unacceptable. So what's happening is these bad things are coming from Iran into Iraq, they're finding themselves in the hands of the extremists in our battlespace, and they're being used against coalition forces, against Iraqi security forces and against innocent Iraqis, and that just has to stop."[208]
- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where MSC primarily operated.[209] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for MSC.
- Iran's provision of weapons to MSC was one of the most substantial types of support that Iran provided, alongside funding—both significant enough to be causal factors in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[210] Indeed, this Court previously found that Iran materially supported MSC in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[211]

*Summary*

In summary, I conclude that it is very likely that MSC carried out the June 9, 2006 IED attack in Al Qaim that killed U.S. Marine Corps LCpl. Brent Zoucha. My conclusion is based on the following:

- MSC had area of operations dominance in Al Anbar generally and maintained a significant presence in Al Qaim during the time when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with MSC.

I further conclude that Iran's material support substantially contributed to MSC's commission of this attack.

---

[208] Gen. Rick Lynch, press briefing, U.S. Department of Defense, July 6, 2007, https://www.c-span.org/video/?199709-1/operations-iraq. Mortars were frequently used as a component to IEDs.

[209] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[210] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://home.treasury.gov/news/press-releases/tg1424.

[211] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("the Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

**Attack #5 – February 8, 2007 IED Attack in Al-Karmah, Al Anbar Province that Killed U.S. Army Sergeant Ross Clevenger**
*Geography: Al-Karmah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): SGT Ross Clevenger*

<u>Materials Reviewed</u>
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 111, Department of the Army, "Report of Casualty – Ross Clevenger," (March 26, 2007).
- PEX 112, Office of the Armed Forces Medical Examiner, "Autopsy Report – Ross Clevenger" (March 23, 2007).
- PEX 113, Letter from Department of the Army to Abby Bradshaw, (Feb. 12, 2007).
- PEX 114, Department of the Army, USARCENT FOIA FA-22-0067, "Report of Proceedings by Investigating Officer/Board of Officers," (Feb. 9, 2007).
- PEX 115, CENTCOM, USCENTCOM FOIA 22-0090, Ops Report "IED EXPLOSION(IED) ATTK ON 3/A/321: 1 CF WIA 3 CF KIA," (Feb. 8, 2007).

<u>Attack Description</u>
In February 2007, U.S. Army Sergeant (SGT) Ross Clevenger was serving with Company A, 321st Engineer Battalion in Al-Karmah, Al Anbar Province in support of Operation Iraqi Freedom.[212] On February 8, 2007 SGT Clevenger was assisting with a route clearance mission "in support of recovery operations for a downed U.S. helicopter."[213]

As part of this mission, SGT Clevenger and his unit departed Camp Fallujah and travelled east towards Al-Karmah on Route Mets.[214] SGT Clevenger was in the driver's seat of an RG-31 Mine-Protected Armored Personnel Carrier. This was the convoy's lead vehicle, keeping watch for signs of bombs planted by enemy forces.[215] While turning a curve on the route, SGT Clevenger's vehicle hit an improvised explosive device (IED) that "was not detected the previous night due to its depth beneath the road."[216] The explosion lifted the vehicle into the air and broke it into four pieces, severely injuring SGT Clevenger.[217]



---

[212] PEX 111, Department of the Army, "Report of Casualty – Ross Clevenger," (March 26, 2007), p. 2.
[213] PEX 113, Letter from Department of the Army to Abby Bradshaw (Feb. 12, 2007), p. 2.
[214] PEX 115, CENTCOM, USCENTCOM FOIA 22-0090, Ops Report "IED EXPLOSION(IED) ATTK ON 3/A/321: 1 CF WIA 3 CF KIA," (Feb. 8, 2007), p. 7.
[215] PEX 113, p. 2; PEX 112, Office of the Armed Forces Medical Examiner, "Autopsy Report – Ross Clevenger," (March 23, 2007), p. 3; PEX 114, Department of the Army, USARCENT FOIA FA-22-0067, "Report of Proceedings by Investigating Officer/Board of Officers," (Feb. 9, 2007), p. 7.
[216] PEX 114, p. 7.
[217] PEX 113, p. 2.
[218] PEX 113, p. 2.
[219] PEX 113, p. 2.

*Attack Attribution*

I conclude that it is very likely that the Zarqawi organization (as the Islamic State of Iraq) committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. On October 15, 2006, the group announced its adoption of the Islamic State of Iraq (ISI) moniker.[222] This attack took place while the group referred to itself as ISI, and thus this attribution will refer to the group as ISI as well. However, some sources cited in this attribution refer to the organization by its former names, including MSC, AQI and JTJ.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Al-Karmah, Al Anbar Province on February 8, 2007. Al-Karmah is a town on Fallujah's outskirts. The below map provides the approximate location of the attack.



*Figure 5: Approximate location of the attack in Al-Karmah, Al Anbar Province.*

This area, and Al Anbar Province generally, were key ISI areas of operation during the time of the attack.[223] Though Coalition forces had some success in limiting ISI operations in Fallujah in late 2004,

---

[220] PEX 113, p. 3.

[221] PEX 112, p. 3; PEX 111.

[222] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

[223] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

by 2007 ISI had taken advantage of the lack of U.S. forces there to reestablish its influence in the city.[224]

Around this time, U.S. forces had begun shifting responsibilities to their Iraqi counterparts, and Iraqi forces – supported by Coalition partners – were focused on countering ISI's presence in the area. Coalition forces created the Iraqi Special Missions Group in November 2006 to enable "the Iraqi Police to more effectively target AQI leaders operating in the Fallujah area," further affirming ISI's operational presence in Fallujah by early 2007.[225]

As 2007 progressed, ISI conducted several attacks in Fallujah:

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[226]
- On March 1, 2007, ISI used a car bomb to target an Iraqi policeman's wedding party.[227]
- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[228]

Multiple authoritative reports indicate that ISI's presence in Al-Karmah was central to the group's operations in the Fallujah area. A 2007 U.S. Central Command (CENTCOM) report on the insurgency in Al Anbar states that in the time leading up to this attack, "Karmah was an AQI logistical and foreign fighter node as well, facilitating the group's smuggling between Baghdad and areas west and north of Anbar."[229] Additionally, the Institute of Defense Analysis (IDA) assesses that ISI's influence in Fallujah depended on operations centers in nearby cities, including Al-Karmah, which supplied ISI with insurgents and weapons to conduct attacks in Fallujah and Baghdad.[230] IDA's report includes an interview with Lieutenant Colonel Joe L'Etoile, battalion commander for 2/7 Marines who oversaw their deployment to the Al-Karmah area from July 2005 to January 2006 and again from January to August 2007. LtCol L'Etoile observed:

> AQI also maintained a strong and persistent presence in Al Karmah, using it as a center from which to attack Fallujah. One difficulty with securing the Karmah area was its proximity to where three Coalition operating areas connected: Multi-National

---

[224] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[225] Ibid.

[226] Ibid.

[227] Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *New York Times,* March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html; Alissa J. Rubin, "Bomb Kills 7 at Police Wedding Party," *The Telegram,* March 2, 2007, https://www.telegram.com/story/news/local/north/2007/03/02/bomb-kills-7-at-police/52959347007/.

[228] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[229] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[230] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 26, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

Division–North, Multi-National Division–Baghdad, and MNF-W. Cognizant of the "seam," insurgents used the boundaries to facilitate their attack. The area north of Al Karmah had also been a harbor for AQI since 2004, given its remoteness and location along a major route connecting the Samarra area to the Fallujah area.[231]

By early 2007, ISI's presence in Al-Karmah had become so pervasive that the group had infiltrated the government structure in Al-Karmah. According to the aforementioned CENTCOM report, "Karmah's water purification director was the public face of AQI in the city, possibly serving as the local group's second-in-command ... At city council meetings, [REDACTED] exerted considerable influence over which contractors would receive Coalition civil affairs contracts. [REDACTED] took detailed notes at these meetings that were forwarded to his superiors in the AQI leadership."[232]

The Institute for the Study of War notes that, by January 2007, Al-Karmah was a well-known ISI sanctuary.[233] Additionally, the aforementioned CENTCOM report states that in February 2007, when this attack occurred, ISI attacks (particularly IED attacks) had risen "dramatically" in Al-Karmah, accounting for 64 percent of attacks in the area.[234]

ISI's dominance in Fallujah and Al-Karmah continued until well after the attack that killed SGT Clevenger. In June 2007, Coalition forces launched Operation Black Diamond in Al-Karmah to "clear remaining AQI elements."[235] Additionally, the IDA report concludes that despite Coalition Forces making significant progress throughout 2007, "the last 'red' area to be secured was in the Fallujah area, with the Multi-National Force West (MNF-W), the coalition headquarters in this region, listing Al-Karmah as the 'most significant insurgent operating area' as of August 2007."[236]

ISI did not issue a claim of responsibility for the IED attack that killed SGT Clevenger. However, ISI did release a claim of responsibility for the downing of a Marine Corps CH-46 Sea Knight helicopter on February 7, the day before the attack—aligning with the route clearance mission "in support of recovery operations for a downed U.S. helicopter" that brought SGT Clevenger to the location of the attack that killed him and further establishing ISI's presence and execution of attacks in this area at this precise time.[237] CENTCOM's *Study of the Insurgency in Anbar Province, Iraq*, an authoritative source

---

[231] Ibid.

[232] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 63, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[233] Patrick Gaughen, "Backgrounder # 17 Summer Operations Northwest of Baghdad: Denying Sanctuary to Al-Qaeda in Iraq," (Washington, DC: Institute for the Study of War, December 2007), p. 1, https://www.understandingwar.org/sites/default/files/reports/Backgrounder16.pdf.

[234] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[235] USCENTCOM, C3 Plans and Policy Top Ten Notes for 16 August 2007, (August 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0312.%20C3%20Plans%20and%20Policy%20Top%20Ten%20Notes%20(SIPR)%2016%20Aug%2007.pdf.

[236] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah* (Alexandria, VA: Institute for Defense Analysis, August 2016), p. 34, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[237] PEX 113, Letter from Department of the Army to Abby Bradshaw (Feb. 12, 2007), p. 2; Joseph Giodorno, "Seven killed in CH-46 Sea Knight helicopter crash in Iraq," *Stars and Stripes*, February 8, 2007. https://www.stripes.com/news/seven-killed-in-ch-46-sea-knight-helicopter-crash-in-iraq-1.60027; Colvin, Ross, "U.S. Says 'Sophisticated Weaponry' Hit Chopper in Iraq," Reuters, February 14, 2007. https://www.reuters.com/article/us-iraq-usa-helicopter/u-s-says-sophisticated-weaponry-hit-chopper-in-iraq-idUSCOL44762820070214; "Video Shows Iraq

citing credible intelligence, further details that "AQI in Karmah was under the leadership of [REDACTED] and Sheikh Nazar Sa'di Zahir, who shot down a CH-46 helicopter northwest of the town on February 7 using a Man-Portable Air-Defense System and carried out opportunistic IED attacks in their [sic] aftermath."[238]

Based on the reported location, date, and circumstances of the helicopter crash and the IED attack on SGT Clevenger, I assess that SGT Clevenger's mission was in support of the recovery of this CH-46.[239] ISI's claim of responsibility confirms their presence in the area at the time of this attack.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI is responsible for this attack is the TTPs used to carry it out. SGT Clevenger died in an IED attack in which the IED was buried deep beneath the road on which he was traveling.

The employment of a deep-buried IED demonstrates a TTP consistent with ISI. Throughout the Iraq war, Coalition forces endeavored to mitigate the effects of IEDs on their patrols. They used heavier vehicles with heavier armor and specialized designs that counteracted the force of IED blasts, and applied metal detectors and ground-penetrating radars to search out IEDs.[240] Many Coalition advancements were effective in reducing casualties from IEDs that used manufactured artillery ammunition.[241] The RG-31, the type of vehicle SGT Clevenger was driving at the time of this attack, was a Mine Resistant Ambush Protected vehicle (MRAP) commonly used by route clearance units because of its protection against explosive attacks.

Militant groups modified their IED TTPs and technology in response to advancing Coalition protections. One such modification was burying IEDs deeply to make them difficult to detect by metal detectors and the ground-penetrating radar systems used by Coalition forces. These deep-buried IEDs were often made with large amounts of home-made explosives (HMEs).[242] Another militant group modification was employing shaped charges like explosively formed penetrators (EFPs).[243] Deep-buried IEDs and EFPs accounted for only five to fifteen percent of all IED attacks that occurred in Iraq in 2008, but were responsible for around 40% of IED casualties during that same period.[244] Similarly, of all attacks on MRAP vehicles in Iraq until August 2008, only those that utilized either an EFP or a deep-buried IED proved fatal.[245]

Sunni insurgent groups such as ISI tended to favor the use of deep-buried IEDs made with HMEs to attack MRAP vehicles.[246] The attack that killed SGT Clevenger used a deep-buried IED. The IED

Helicopter Attack," *Al Jazeera*, February 10, 2007, https://www.aljazeera.com/news/2007/2/10/video-shows-iraq-helicopter-attack.

[238] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 54, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[239] PEX 115, p. 3.

[240] Eric Rosen, "Detecting Improvised Explosive Devices," Institute for Defense Analysis, n.d., p. 1, https://www.ida.org/~/media/Corporate/Files/Publications/ResearchNotes/RN2010/DetectingImprovisedExplosiveDevices.pdf.

[241] Glenn Zorpette, "Countering IEDs," *IEEE Spectrum* 45:9 (August 26, 2008), p. 5.

[242] Zorpette, "Countering IEDs," p. 5.

[243] Rosen, "Detecting Improvised Explosive Devices," p. 1.

[244] Zorpette, "Countering IEDs," p. 9.

[245] Ibid.

[246] Ibid.

consisted of two manufactured projectiles and "70 to 80 pounds of an unknown explosive," for a final explosive weight of "approximately 250 lbs."[247] It was buried beneath the road at a depth that made it undetectable by the patrol's vehicles.[248]

The use of deep-buried IEDs was a known ISI TTP during this time period. In a June 2007 press conference at the Pentagon, Army Lieutenant General Ray Odierno, commander of Multinational Corps-Iraq, described ISI's use of deep-buried IEDs: "I think these deep-buried IEDs have been there for a long time. This is a tactic that al Qaeda uses. They come into an area, and then what they do is, they form a support zone around themselves by putting in many, many deep-buried IEDs, because they know that's one way they can protect themselves. So this is – we see this in many other places. This is – when they try to take an area over, this is their way to protect themselves."[249]

ISI practiced this tactic in multiple locations where it held area of operations dominance. In Diyala in June 2007, when Coalition forces began to drive ISI out of the city of Baqubah, they discovered that ISI had heavily mined the streets with deep-buried IEDs.[250] Coalition forces faced similar challenges when they cleared the Baghdad neighborhood of Dora in 2007, finding that ISI had fortified the area with deep-buried IEDs.[251] In January 2008, deep-buried IEDs planted by ISI were the primary threat to Coalition forces in Arab Jabour.[252] Thus, the use of a deep-buried IED in the attack that killed SGT Clevenger is in keeping with ISI's commonly-employed TTPs at the time.

In addition to ISI's general use of deep-buried IEDs, IEDs were a specific TTP that ISI was known to employ in Anbar Province. By 2006, ISI was regularly using IEDs in Al Anbar Province. According to CENTCOM's study of the Anbar insurgency, ISI members in Ramadi in 2006 were armed with "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[253] The report further states that by mid-2006, ISI offered financial incentives for ISI members in Ramadi and Fallujah to carry out IED attacks.[254] According to U.S. Military Intelligence Summaries from late 2006, ISI was also regularly targeting Coalition Forces with IEDs in Al Anbar's smaller towns, including Al-Karmah.[255] These summaries affirm the regular use of IEDs by ISI in the province in the time period leading up to the attack that killed SGT Clevenger.

Furthermore, at the time of the attack, there is significant evidence of ISI's access to IEDs in Al-Karmah. Such evidence is detailed in the CENTCOM study of the Anbar insurgency:

---

[247] PEX 114, p. 5.

[248] Ibid.

[249] Army Lieutenant General Ray Odierno, "Operations in Iraq," *CSPAN,* June 22, 2007, (27:47), https://www.c-span.org/video/?199379-1/operations-iraq.

[250] "Bomb Rips Baghdad as Troops Fight Outside City," *The Star-Ledger*, June 20, 2007.

[251] Kimberly Kagan, "Potemkin Story," *National Review*, September 5, 2007.

[252] Bill Roggio, "Coalition Airstrikes Pound al Qaeda in Iraq Positions in Southern Arab Jabour," *Long War Journal*, January 20, 2008, https://www.longwarjournal.org/archives/2008/01/coalition_pounds_al.php.

[253] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[254] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006* (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 644-645, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[255] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (July 13, 2007), pp. 7, 46, 153, 236, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

- During the time of this attack, ISI had multiple high-ranking members in the city that were known to facilitate and carry out IED attacks. CENTCOM's study of the Anbar insurgency notes that at the time of the attack, "one of the major leaders of AQI in Karmah" was known to launch IED attacks in Al-Karmah.[256]
- As noted previously, Al-Karmah's water purification director was also a high-ranking ISI member. In addition to exerting considerable ISI influence in government affairs, he also permitted ISI to store IEDs and IED materials inside Al-Karmah's water treatment facility.[257]
- In early 2007, ISI used Al-Karmah as an IED hub, with group members in the surrounding areas traveling to Al-Karmah to obtain weapons for their attacks.[258] Al-Karmah's status as an IED hub continued until early March 2007, when Coalition forces conducted raids on ISI's IED manufacturing sites throughout the city, thus limiting ISI's supply of IEDs in the area.[259]

Despite ISI's losses in Coalition raids, ISI continued to use Al-Karmah for IED production well past the attack on SGT Clevenger. In a July 2007 raid, Coalition forces discovered another ISI IED factory on the outskirts of Al-Karmah which was used to conduct attacks in Al-Karmah, Fallujah, and Baghdad.[260]

In keeping with additional ISI TTPs, ISI likely conducted "opportunistic IED attacks" in the aftermath of the CH-46 helicopter shootdown on February 7, 2007.[261] ISI frequently used IED attacks in conjunction with other types of attacks to conduct "stand-off attacks, ambushes, and cover retreats."[262] I do not assess that the shootdown of the helicopter and the IED attack that killed SGT Clevenger were planned together. However, I do assess that the attack that killed SGT Clevenger was likely an opportunistic attack conducted in the wake of the shootdown, utilizing an IED that had been placed prior to February 7, 2007 and capitalizing on increased Coalition movement in the wake of the CH-47 crash.

*Iranian Support*. Iran provided support to ISI and Iran's support had a reasonable connection to the ISI attack that killed SGT Clevenger. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[263] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran supported ISI militants in Al Anbar Province, where the attack occurred, through provision of arms and intelligence. In December 2006, evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S.

---

[256] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 63, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf

[257] Ibid.

[258] Ibid, p. 64.

[259] Ibid.

[260] Patrick Gaughen, "Backgrounder # 17 Summer Operations Northwest of Baghdad: Denying Sanctuary to Al-Qaeda in Iraq," (Washington, DC: Institute for the Study of War, December 2007), p. 3, https://www.understandingwar.org/sites/default/files/reports/Backgrounder16.pdf.

[261] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 54, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[262] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (July 13, 2007), pp. 7, 46, 153, 236, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[263] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including ISI – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[264]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[265] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[266] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[267]

*Summary*

In summary, I conclude that it is very likely that ISI carried out the February 8, 2007 IED attack in Al-Karmah, Al Anbar Province that killed U.S. Army SGT Ross Clevenger based on the following:

- ISI possessed area of operations dominance in Al-Karmah during the period when this attack occurred and was motivated to conduct the attack.
- The attack, along with the wider scenario described, exhibited TTPs commonly associated with ISI.
- ISI claimed responsibility for downing the CH-46 Sea Knight Helicopter that was the object of SGT Clevenger's mission, and likely conducted attacks of opportunity against forces participating in recovery operations.

I also conclude that there is a reasonable connection between Iranian support for ISI and this ISI attack.

---

[264] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[265] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[266] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[267] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("the Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

**Attack #6 – February 11, 2007 Shaped-Charge IED Attack in Al-Karmah, Al Anbar Province that Killed U.S. Army Sergeant Russell A. Kurtz February 11, 2007**
*Geography: Al-Karmah, Al Anbar Province*
*Attack Type: Shaped-Charge IED*
*Direct Victim(s): SGT Russell Kurtz*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 116, Department of the Army, USCENTCOM FOIA 22-0146, "Supplemental Report of Casualty – Russell Kurtz," (February 11, 2007).
- PEX 117, Department of the Army, "Informal AR 15-6 Investigation Findings in the Death of SGT Kurtz, Russell Andrew B Co 3-509 IN," (March 13, 2007).
- PEX 118, Department of the Army, "Certificate of Death – Russell Kurtz," (February 27, 2007).
- PEX 119, Department of the Army, "Casualty Report – Russell Kurtz," (February 11, 2007).

*Attack Description*

On February 11, 2007, Sergeant (SGT) Russell A. Kurtz was serving in Company B, 3rd Battalion, 509th Infantry in the vicinity of Al-Karmah, approximately 10 minutes away from Camp Fallujah.[268]

On the day of the attack, SGT Kurtz was the Tactical Commander (TC) seated in the passenger seat of a M1114 High Mobility Multipurpose Wheeled Vehicle (HMMWV), traveling west on alternative supply route (ASR) Michigan while returning from an operation that had "provided route security for the main assault effort in the convoy."[269] SGT Kurtz's vehicle was the last vehicle in the six-vehicle convoy.[270] According to the Army Regulation 15-6 investigation report (AR 15-6), SGT Kurtz's HMMWV was traveling approximately 400 meters behind the main assault effort when, "at approximately 0552 local time on 11 FEB 2007, SGT Kurtz was struck in the right side of his head, below the rim of his advanced combat helmet, by the IED [improvised explosive device] explosive shock wave and the ballistic glass installed in the [redacted] Armored Door of his M1114 HMMWV, while serving as the vehicles [sic] Tactical Commander (TC). The head trauma sustained by SGT Kurtz immediately rendered him unresponsive."[271]

Immediately following the attack, a soldier from another convoy vehicle administered medical assistance to SGT Kurtz. SGT Kurtz was then transported by ground to Fallujah Surgical, a Level II treatment facility at Camp Fallujah, before being medically evacuated to Balad.[272] ▮▮▮▮▮

---

[268] PEX 117, Department of the Army, "Informal AR 15-6 Investigation Findings in the Death of SGT Kurtz, Russell Andrew B Co 3-509 IN," (March 13, 2007), p. 10; PEX 116, Department of the Army, "Report of Casualty – Russell Kurtz," (February 11, 2007), p. 2.
[269] PEX 117, pp. 7, 10.
[270] PEX 117, p. 10.
[271] PEX 117, p. 10.
[272] PEX 117, p. 10.; PEX 119, Department of the Army, "Casualty Report – Russell Kurtz," (February 11, 2007), p. 3; PEX 118, Department of the Army, "Certificate of Death – Russell Kurtz," (February 27, 2007), p. 2.

■ At least one other individual from SGT Kurtz's vehicle was wounded in this attack.[274]

The AR 15-6 Investigation Report also describes the IED:

> Per a conversation with EOD [explosive ordnance disposal], the shaped charge IED was most likely a command wire detonated device and was placed at a 45 degree angle in a pot hole on the north side of ASR [alternative service route] [redacted] as to aim at the passenger (TC) side of the vehicle. EOD indicated that any triggerman employing this type of IED would have been either very skilled or very lucky, based on the timing required to properly employ this type of IED. This was the first verified use of a shaped charge IED in [illegible text] 3 509 IN (ABN) [3-509th Infantry Airborne] area of operations.[275]

The report goes on to state that the operative who detonated the shaped charge IED "was most likely located within a few hundred meters north of ASR Michigan and had his escape covered by a second Insurgent who fired at the platoon (1 B3-509) from a berm 300-400 meters north of the IED site."[276] U.S. forces engaged the operatives, but they ultimately escaped.[277]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq) very likely committed this shaped charge IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. At the time of this attack, the group referred to itself as the Islamic State of Iraq (ISI), so that is the name I employ for it in this section. However, some sources cited in this attribution continue to refer to the organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place between Al-Karmah and Fallujah on February 11, 2007. Al-Karmah is 10 miles northeast of Fallujah. The below map provides the approximate location of the attack.

---

[273] PEX 119, p. 3; PEX 118, p. 2.
[274] PEX 117, p. 10.
[275] PEX 117, p. 7.
[276] PEX 117, p. 10.
[277] PEX 117, p. 10.



*Figure 6: Approximate location of the attack between Al-Karmah and Fallujah, Al Anbar Province.*

ISI was present in Fallujah at the time this attack occurred. Though Coalition forces had some success in limiting ISI operations in Fallujah in late 2004, by 2007 ISI had taken advantage of the lack of U.S. forces there to reestablish influence in the city.[278]

Around this time, U.S. forces had begun shifting responsibilities to their Iraqi counterparts, and Iraqi forces – supported by Coalition partners – were focused on countering ISI's presence in the area. In November 2006, Coalition forces created the Iraqi Special Missions Group to enable "the Iraqi Police to more effectively target AQI leaders operating in the Fallujah area."[279]

As 2007 progressed, ISI conducted several attacks in Fallujah:

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[280]
- On March 1, 2007, ISI used a car bomb to target an Iraqi policeman's wedding party.[281]

---

[278] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[279] Ibid.
[280] Ibid.
[281] Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *New York Times,* March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html; Alissa J. Rubin, "Bomb Kills 7 at Police Wedding Party," *The Telegram* (London), March 2, 2007, https://www.telegram.com/story/news/local/north/2007/03/02/bomb-kills-7-at-police/52959347007/.

- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[282]

Multiple authoritative reports indicate ISI's presence in Al-Karmah was central to the group's operations in the Fallujah area. A 2007 U.S. Central Command (CENTCOM) report on the insurgency in Al Anbar states in the time leading up to this attack, "Karmah was an AQI logistical and foreign fighter node as well, facilitating the group's smuggling between Baghdad and areas west and north of Anbar."[283] Additionally, an Institute of Defense Analysis (IDA) report notes that ISI's influence in Fallujah depended on operations centers in nearby cities, including Al-Karmah, which supplied ISI with insurgents and weapons to conduct attacks in Fallujah and Baghdad.[284] The IDA report includes an interview with Lieutenant Colonel Joe L'Etoile, battalion commander for 2/7 Marines who oversaw their deployment to the Al-Karmah area from July 2005 to January 2006 and again from January to August 2007. LtCol L'Etoile observed that "AQI also maintained a strong and persistent presence in Al-Karmah, using it as a center from which to attack Fallujah. One difficulty with securing the Al-Karmah area was its proximity to where three Coalition operating areas connected: Multi-National Division–North, Multi-National Division–Baghdad, and MNF-W. Cognizant of the "seam," insurgents used the boundaries to facilitate their attack. The area north of Al-Karmah had also been a harbor for AQI since 2004, given its remoteness and location along a major route connecting the Samarra area to the Fallujah area."[285]

By early 2007, ISI's presence in Al-Karmah had become so pervasive that the group had infiltrated the government structure in Al-Karmah. According to the aforementioned CENTCOM report, "Karmah's water purification director was the public face of AQI in the city, possibly serving as the local group's second-in-command...at city council meetings, [REDACTED] exerted considerable influence over which contractors would receive Coalition civil affairs contracts. [REDACTED] took detailed notes at these meetings that were forwarded to his superiors in the AQI leadership."[286]

The Institute for the Study of War notes that, by January 2007, Al-Karmah was a known ISI sanctuary.[287] Additionally, the aforementioned CENTCOM report states that in February of 2007, when this attack occurred, ISI attacks, particularly with IEDs, had risen "dramatically" in Al-Karmah, accounting for 64% of attacks in the area.[288]

---

[282] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[283] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[284] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 26, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[285] Ibid.

[286] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 63, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[287] Patrick Gaughen, "Backgrounder # 17 Summer Operations Northwest of Baghdad: Denying Sanctuary to Al-Qaeda in Iraq," (Washington, DC: Institute for the Study of War, December 2007), p. 1, https://www.understandingwar.org/sites/default/files/reports/Backgrounder16.pdf.

[288] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

ISI's dominance in Fallujah and Al-Karmah continued until well after the attack that killed SGT Kurtz. In June 2007, Coalition forces launched Operation Black Diamond in Al-Karmah to "clear remaining ISI elements."[289] Additionally, the IDA notes that despite Coalition forces making significant progress throughout 2007, "the last 'red' area to be secured was in the Fallujah area, with the Multi-National Force West (MNF-W), the coalition headquarters in this region, listing Al Al-Karmah as the 'most significant insurgent operating area' as of August 2007."[290]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a shaped-charge IED attack.

Shaped charges are specially designed devices that effectively penetrate armor. Operating using a scientific principle called the Munroe Effect, shaped charges use a metal-lined, concave-shaped high explosive to create a "jet" of superheated metal.[291] This jet travels at a speed of up to 10,000 meters per second and is capable of penetrating steel armor.[292]

A shaped charge therefore operates similarly, in principle, to an explosively formed penetrator (EFP). EFPs also use the Munroe Effect to create a metal slug that has a higher mass but creates a similar armor-piercing effect.[293] Notably, shaped charges must be detonated closer to their intended target, while EFPs can function with a higher standoff distance.[294]

An ISI EFP factory in the neighboring Saladin Province demonstrates the group's ability to construct and conduct sophisticated explosive attacks. In July 2007, elements of the Iraqi police detained the leader of an ISI cell in Samarra that facilitated the manufacture of IEDs and EFPs. This militant leader – who has not been named publicly – was reportedly in charge of a 50-member ISI network and was directly involved with an EFP factory in Samarra.[295] The existence of this factory indicates that ISI had the capabilities to make complex explosive devices such as the shaped-charge IED, as well as personnel with expertise to carry out a sophisticated attack.

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the ISI attack that killed SGT Kurtz. Iranian support for ISI is detailed extensively in my *Expert Report &*

---

[289] USCENTCOM, "C3 Plans and Policy Top Ten Notes for 16 August 2007," (August 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0312.%20C3%20Plans%20and%20Policy%20Top%20Ten%20Notes%20(SIPR)%2016%20Aug%2007.pdf.

[290] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analysis, August 2016) p. 34, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[291] Neil Arun, "Shaped Bombs Magnify Iraq Attacks," *BBC*, October 10, 2005, http://news.bbc.co.uk/2/hi/middle_east/4320818.stm.

[292] Richard Post, "Shaped Charges Pierce the Toughest Targets," *Science and Technology Review*, June 1, 1998, p. 1, https://web.archive.org/web/20121010192806/https://www.llnl.gov/str//pdfs/06_98.3.pdf.

[293] J Morrison, P Mahoney, & T Hodgetts, "Shaped Charges and Explosively Formed Penetrators: Background for Clinicians," *J R Army Med Corps,* September 2007, https://pubmed.ncbi.nlm.nih.gov/18200915/.

[294] John Ismay, "The Most Lethal Weapon Americans Faced in Iraq," *New York Times*, October 18, 2013, https://archive.nytimes.com/atwar.blogs.nytimes.com/2013/10/18/the-most-lethal-weapon-americans-faced-in-iraq/.

[295] Marisa Cochrane, *Backgrounder #26: Iran and Al-Qaeda in Iraq: What's the Connection?* (Washington, DC: Institute for the Study of War, March 20, 2008), p. 12.

*Declaration on Sunni Militant Organizations*.[296] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran supported ISI militants in Al Anbar Province, where the attack occurred, through provision of arms and intelligence. Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[297] The Quds Force continued its support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and Al Anbar Province in 2004.[298]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including ISI – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[299] Notably, reporting detailed the inclusion of "importing modern, specially shaped explosive charges" in the weapons Iran provided to these Sunni militias.[300]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[301]

- Indeed, this Court previously held that Iran's provision of material support and resources to the Zarqawi organization (including training, funding, and weapons – including IED components) was sufficient to hold Iran liable for attacks carried out by the Zarqawi organization.[302] Additionally, the United States District Court for the Southern District of

---

[296] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[297] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf
[298] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[299] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007; Sudarsan Raghavan & Robin Wright, "Iraq Expels 2 Iranians Detained by U.S.," *Washington Post*, December 30, 2006.
[300] Raghavan & Wright, "Iraq Expels 2 Iranians Detained by U.S."
[301] U.S. Department of the Treasury, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism."
[302] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *8 (D.D.C., Dec. 28, 2022) ("[T]he Court finds that Plaintiffs has sufficiently demonstrated at the default stage that Iran was providing material support to the Zarqawi organization—including ISI—by providing funding and weaponry, as well as facilitating travel and the use of safe houses throughout Iran, during the period relevant to the ISI attack that led to Ms. Parhamovich's death. The Court further finds that Plaintiffs have demonstrated that Iran's material support was provided at the direction of Iranian officials or agents acting within the scope of their "office, employment, or agency," 28 U.S.C. § 1605A(a)(1), specifically, the Quds Force."); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *15 (D.D.C., Jan. 17, 2023) (Iran provided these groups with training, weapons, soldiers, safe haven and smooth passage, and more. … Iran also provided training and weapons to all of these proxies [Asa'ib Ahl Al-Haq, Special Groups, Kata'ib Hezbollah, AQI, Badr Corps] … In terms of weapons, Iran primarily provided explosively formed penetrators (EFPs), improvised explosive devices (IEDs), mortars, and rocket-propelled grenades (RPGs), plus training on how to use them.… Plaintiffs have thus provided ample evidence

Texas found Iran liable for IED attacks with specially formed or shaped components carried out by the Zarqawi organization.[303]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[304] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for the ISI.

*Summary*

In summary, I conclude that it is very likely that ISI carried out the February 11, 2007 IED attack near Al-Karmah that killed U.S Army SGT Russell Kurtz. My conclusion is based on the following:

- ISI possessed areas of operations dominance in the Al-Karmah area during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

Finally, I conclude that Iran's material support substantially contributed to ISI's commission of this attack.

---

"satisfactory to the court," 28 U.S.C. §1608(e), that Iran materially supported the terrorist groups and that this support came from an "agent of such foreign state while acting within the scope of his or her office, employment, or agency,"); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 15, 20-21 ("Iran provided safe haven to Zarqawi and its leaders by permit[ting] Zarqawi recruits to transit Iranian territory and make use of safe houses in different parts of the country[.] Evidence further suggests that Iran coordinated to provide funding and weapons to Zarqawi/AQI. […] The above findings demonstrate that Iran provided material support and resources to AQI. […] Plaintiffs have thus established 'some reasonable connection' between Iran's provision of material support and AQI's killing of SPC Davis.") (internal citations omitted).

[303] See *Battles v. Islamic Republic of Iran*, Civil Action No. 1: 21-CV-179 (S.D. Tex. Aug. 17, 2022) ("The evidence demonstrates that Iran provided material support specifically to AQI.… AQI's use of smuggled Iranian IED and EFP components was a mutually beneficial arrangement … By the early 2000s, a "supply of arms flowed from Iran into al Qaeda strongholds" in Iraq, and "Iranian arms became an important part of al Qaeda's arsenal."); *Espitia v. Islamic Republic of Iran*, Civil Action No. 1: 21-CV-123 (S.D. Tex. June 16, 2022) ("Several years after the EFP and IED attacks injured Espitia, intelligence experts determined that Iran was responsible for a significant portion of AQI's weapons arsenal, and would have been AQI's principal supplier of EFPs. … [T]he Court concludes that the evidence is satisfactory to demonstrate that Iran, through various state officials and agents, contributed significantly to AQI's ability to orchestrate multiple attacks throughout the Sunni Triangle in this brief period of time."); *Herrick v. Islamic Republic of Iran*, Civil Action No. 1: 21-CV-168 (S.D. Tex. Aug. 17, 2022) ("[T]he Court concludes that the evidence is satisfactory to demonstrate that Iran, through various state officials and agents, contributed significantly to AQI's ability to orchestrate an attack with a weapon that was powerful enough to penetrate an armored combat vehicle, such as the one in which Herrick was patrolling on September 20, 2007.").

[304] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

**Attack #23 – February 18, 2007 Small Arms Fire Attack in Ramadi, Al Anbar Province that Killed U.S. Army Private First Class Kelly Youngblood**
*Geography: Ramadi, Iraq*
*Attack Type: Small Arms Fire Attack*
*Direct Victim(s): PFC Kelly Youngblood*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 120, CENTCOM, USCENTCOM FOIA 22-0246, "Report of Casualty – Kelly Youngblood," (February 18, 2007)
- PEX 121, CENTCOM, USCENTCOM FOIA 22-0246, Ops Report, "DIRECT FIRE (Small Arms) ON B/3-69 (TF 3-69) IVO AR RAMADI (ROUTE): 1 CF KIA 2 AIF KIA," (February 19, 2007).
- PEX 122, Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into the circumstances surrounding the death of PV2 Youngblood," (February 21, 2007)

*Attack Description*
On February 18, 2007, U.S. Army Private First Class (PFC) Youngblood was serving with the Delta Company, 3rd Battalion, 69th Armor Regiment, 1st Brigade Combat Team, 3rd Infantry Division.[305] PFC Youngblood was part of a three person team in a tank codenamed Outlaw 31, heading back to Combat Outpost (COP) Grant after switching duties at Observation Post 1 (OP1) outside of Ramadi.[306] According to the Army Regulation 15-6 Investigation Report (AR 15-6), as the occupants exited the tank, the following occurred:

> As the tank parked in the motorpool and the driver PV2 Youngblood exited 2 shots were heard originating from an unknown building…At that time PV2 Youngblood was seen motionless on the front slope of the tank near the drivers hatch…[REDACTED] determined that PV2 Youngblood had no pulse and saw one gunshot wound to the [REDACTED]…PV2 Youngblood was medivaced [sic] to Charlie Med where he was pronounced dead…the cause of death was determined to be a gunshot wound to the head.[307]

*Attack Attribution*
I conclude that the Zarqawi organization (as the Islamic State of Iraq) likely committed this small arms fire attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi Organization has undergone several name changes since the group's inception in 1993. Before this attack, in October 2004, the Zarqawi Organization underwent one such change when the

---

[305] PEX 120, CENTCOM, USCENTCOM FOIA 22-0246, "Report of Casualty – Kelly Youngblood," (February 18, 2007), pp. 2, 3.
[306] PEX 122, Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into the circumstances surrounding the death of PV2 Youngblood," (February 21, 2007), p. 3.
[307] PEX 122, p. 3.

group formally pledged baya (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq). On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[308] While this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to ISI by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period are the first indicators pointing to ISI's responsibility. This attack took place outside the city of Ramadi, Al Anbar Province on February 18, 2007.



*Figure 7: Approximate location of the attack in Ramadi, Al Anbar Province.*

ISI was the dominant insurgent group in Ramadi when this attack occurred. A note declassified by Central Command (CENTCOM) describing Multi-National Force – Iraq's Commanding General George Casey's briefing on Ramadi on October 25, 2006, just three months before this attack, demonstrates ISI's level of influence in Ramadi. The note states that "75 percent of their fight is against [ISI]. The other 25 percent is composed of the Sunni Resistance."[309] This was in spite of a

---

[308] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[309] CENTCOM, "GEN Casey's 25 October Travel to Ramadi and Al Asad," (n.d.), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0460.%20Oct-Nov%202006%20notes%20for%20emailing.pdf.

growing group called the Anbar Revolutionaries, an anti-ISI vigilante group gaining traction in August with the goal of driving ISI out of Al Anbar Province.[310]

ISI sustained its dominance in Ramadi through late 2006. ISI's influence in the area is illustrated by an attack it carried out during Ramadan, which in 2006 lasted from September to October 23.[311] ISI was able to simultaneously attack multiple Coalition positions in Ramadi "half past each hour between 1330 and 1730."[312] According to an authoritative Central Command (CENTCOM) report on the insurgency in Al Anbar Province published in 2007, although the attacks were unsuccessful, they "illustrated that AQI retained a complex and coordinated command and control infrastructure in the city despite the efforts of the Anbar Revolutionaries to assassinate the group's leadership."[313]

In 2007, security in Ramadi began to improve in large part due to a group called the Anbar Salvation Front (also known as Sahwa al-Anbar, or SAA).[314] SAA was an anti-ISI group that was aligned with the Iraqi government and the Coalition.[315] Even still, ISI was able to hold onto its strength in Ramadi into early 2007 and was even able to continue its murder and intimidation campaign in the city.[316] Although ISI's hold on the city had begun to slip, it remained the most powerful insurgent group in Ramadi when this attack occurred.

*Tactics, Techniques, and Procedures.* An additional factor indicating the likelihood of ISI responsibility is the TTPs used to carry it out. The perpetrators conducted a small arms fire attack.

ISI carried out multiple small arms fire attacks in 2007, not limited to the following examples:

- On January 19, 2007, ISI gunmen opened fire on a vehicle convoy in western Baghdad, killing four.[317]
- On January 27, 2007, ISI shot and killed a prominent Iraqi politician in Ramadi.[318]
- In March 2007 in nearby Fallujah, ISI launched a complex attack against a government building that involved mortar fire, small arms fire, and two SVBIEDs followed by a ground attack.[319]
- On June 30, 2007, ISI initiated an attack against Coalition forces in Ramadi using small arms fire.[320]

---

[310] "Chapter 6: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province*, Iraq (CENTCOM, June 13, 2007), pp. 90, 122, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[311] Ibid, p. 193.

[312] Ibid.

[313] Ibid.

[314] "Chapter 6: AQI Dominates the Insurgency (2006)," p. 233.

[315] Ibid., p. 160.

[316] "Chapter 7: Rise of the Anbar Salvation Front (2007)," p. 9.

[317] START (National Consortium for the Study of Terrorism and Responses to Terrorism), Global Terrorism Database 1970 - 2020, https://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200701190003.

[318] Ernesto Londoño, "Seven U.S. Soldiers Killed in Iraq Over Three Days," *Washington Post*, January 28, 2007, https://www.washingtonpost.com/wp-dyn/content/article/2007/01/27/AR2007012700479_pf.html.

[319] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analysis, August 2016), p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[320] "Coalition Forces Combat Extremist Fighter," *U.S. Fed News*, July 3, 2007.

ISI had the weapons and training necessary to carry out this attack, as demonstrated by the attacks listed above.

Additionally, according to the Ops Report released by CENTCOM, PFC Youngblood's attackers fired at his unit from three different buildings simultaneously.[321] The perpetrators of such an attack would likely need to be familiar with the terrain in order to coordinate three different locations from which to attack from, and to know that these locations would be an ideal place to carry out such an attack based on Coalition movements. ISI's long presence in Ramadi and resulting familiarity with Coalition movements and surrounding buildings, as well as their area of operations dominance, make them the best-poised group to execute such a coordinated attack.

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in this area, and I have considered their activities in rendering my opinion that ISI is ultimately the organization likely responsible for the attack.

AAS was also present in Ramadi during this time.[322] ISI was cooperating closely with AAS in Ramadi in early 2007 on leadership, finances, and operations, and so AAS involvement would not rule out ISI involvement.[323] However, since ISI was the dominant insurgent group in the city, it is more likely that ISI perpetrated this attack. Additionally, given that Iran also supported AAS, AAS's possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed PFC Youngblood.

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the attack that PFC Youngblood. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[324] The following information further demonstrates the significance of Iran's support to ISI at the time and in the place of this specific attack:

- Iran supported ISI elements in Al Anbar Province, where the attack occurred, through the provision of arms and financial support. Expert Bill Roggio notes that "Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Al Anbar province."[325]
- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided, along with funding—both of which were significant enough to be causal factors in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[326]

---

[321] PEX 121, CENTCOM, USCENTCOM FOIA 22-0246, Ops Report, "DIRECT FIRE (Small Arms) ON B/3-69 (TF 3-69) IVO AR RAMADI (ROUTE): 1 CF KIA 2 AIF KIA," (February 19, 2007), p. 2.

[322]"Chapter 7: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province*, Iraq (CENTCOM, June 13, 2007), p. 10, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[323] Ibid.

[324] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[325] Bill Roggio, "Iran and al Qaeda in Iraq," *Long War Journal,* January 6, 2007.

[326] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

- This Court has previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, and weapons including small arms) was sufficient to hold Iran liable for attacks carried out by the Zarqawi organization.[327]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[328] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[329]

_Summary_

In summary, I conclude that it is likely that ISI is responsible for the February 18, 2007 small arms fire attack in Ramadi, Al Anbar Province that killed U.S. Army PFC Kelly Youngblood based on the following:

- ISI possessed area of operations dominance in Ashraf City during the time period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.


### V.    Babil Province

_Overview of Babil Province_

The Plaintiff have asked me to assess two American casualties in Babil Province that occurred in 2004. These casualties occurred at a time when the U.S. and its allies were focused on combating VNSA activities across Iraq, including in Babil. VNSAs active in Babil at the time of these attacks include the Zarqawi organization, JAM, and the Special Groups. The Zarqawi organization was the dominant anti-American organization operating in Babil around 2004.

Below, I provide a summary of the war in Babil, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the 2004 attacks I have been asked by the Plaintiffs to assess, as well as others that were committed in Babil during Coalition operations in Iraq.

---

[327] See _Est. of Parhamovich v. Syrian Arab Republic_, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and _Neiberger v. Islamic Republic of Iran_, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[328] Eli Lake, "Iran's Secret Plan for Mayhem," _New York Sun_, January 3, 2007.

[329] Ibid.

*Babil's Geography and Population*



Figure 8: Map of Iraq[330]



Figure 9: Babil Province from Map of Iraq

Babil Province is located south of Baghdad Province in Central Iraq, and has an estimated population of more than two million people.[331] It is bordered by Baghdad Province to its north and Al Anbar Province to the northwest. The rest of Babil Province is encircled by the provinces of Karbala to its west, Najaf to the southwest, Qadisiya to the south, Wasit to the east, and Diyala to the northeast. Babil Province is divided into four districts: Musayab, Mahaweel, Hashimiya, and Hilla, which contains the eponymous capital.[332] While Babil Province's population is majority Shia Arab, northern Babil has a mixed population of Sunni and Shia Arabs.[333] Babil Province was important to both Sunni and Shia militant groups despite its majority Shia population, due to its access to the Baghdad Belts. The Baghdad Belts are four networks of roads and waterways connecting Iraq's capital of Baghdad to other provinces of Iraq.[334] The four Baghdad Belts are the northeast, southeast, southwest, and northwest

---

[330] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section. 2014.
[331] "Babil/Babylon," European Union Agency for Asylum, January 2021, https://euaa.europa.eu/country-guidance-iraq-2021/babilbabylon#:~:text=Babil%20governorate%20is%20located%20in,The%20governorate's%20capital%20is%20Hilla.
[332] Ibid.
[333] Ibid.; Farook Ahmed, *Backgrounder #28 Multi-National Division – Center's Operations during the 2007-2008 Troop Surge*, (Washington, DC; Institute for the Study of War, April 2008), p. 24.
[334] "Baghdad Belts," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.

belts. Two of these belts—the southeast and southwest belts—run through Babil Province.[335] The southeastern belt runs east to the city of Mahmudiyah in Babil Province, while the southwestern belt runs both east to Mahmudiyah and south to Iskandariya.[336] Highway 8 from Hilla, Highway 9 from Karbala, and Highway 1 from Kuwait—which were important main and alternate supply routes for both Coalition and also militant forces—converged in this area.[337]

Between 2004 and 2006, portions of the Baghdad belts were controlled by the Zarqawi organization and Shia militias.[338] The belts allowed these organizations to move between vital provinces such as Al Anbar, Diyala, and Baghdad, and to project their power into the Iraqi capital.[339] According to Lt. General Ray Odierno, then-commander of the Multi-National Corps – Iraq (MNC-I), "Attacks occurring in Baghdad often originate in these [outlying] regions. Sectarian lines begin to blur in these belts, creating a flashpoint for extremists looking to assert their control over Baghdad. Al-Qaeda in Iraq and Shi'a extremists want to control these areas."[340]

Mahmudiyah and Iskandariya in northern Babil were part of an especially violent region, known as the "Triangle of Death."[341] A comprehensive report by the U.S. Army Center of Military History on the 2007-08 troop surge in Iraq describes this region:

> Triangle of Death [was] "a swath of territory where residents say insurgents have imposed draconian Islamic law, offered bounties for the killings of police, National Guardsmen, Shiite pilgrims and foreigners, and carried out summary executions in the street." U.S. soldiers characterized the fighting there as the "war of the Iyahs," referring to the cluster of towns in an arc south of the capital—Al Mahmudiyah, Al Yusufiyah, Al Latifiyah, and Al Iskandariyah—which were hotbeds of resistance to coalition forces.[342]

<u>*Coalition Operations in Babil Province*</u>

Early after the 2003 U.S. invasion of Iraq, Coalition forces concentrated operations in Hilla.[343] However, due to an increase in convoy ambushes along routes essential to operations in Baghdad, Coalition forces shifted operations to focus on Northern Babil in mid-2003.[344] In June 2003, the U.S.

---

[335] "Southwest," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southwest; "Southeast," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southeast.

[336] "Southwest," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southwest. "Southeast," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southeast.

[337] John F. Kelly, "Task Force Scorpion," *Marine Corps Gazette*, March 2004, p. 1, https://mca-marines.org/wp-content/uploads/Task-Force-Scorpion.pdf.

[338] "Baghdad Belts," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.

[339] Ibid.

[340] Ibid.

[341] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 51, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[342] Ibid.

[343] Michael S. Groen, *With the 1st Marine Division in Iraq, 2003: No Greater Friend, No Worse Enemy*, (Quantico, VA: Marine Corps University, 2006), p. 406, https://www.usmcu.edu/Portals/218/With%20the%201stMarDiv%20in%20Iraq%2C%202003.pdf.

[344] Ibid., pp. 405-406.

Marine Corps launched Task Force Scorpion to counter convoy ambushes in the area.[345] At the time, convoy attacks averaged three per day involving small arms fire, and two per day involving RPGs.[346] During this time period, IED attacks also increased.[347]

Task Force Scorpion succeeded in drastically reducing the number of direct fire attacks by mid-June and established an effective "parallel program of civil affairs activities in the population centers with explosive ordnance disposal (EOD)" to mitigate the increasing IED attacks.[348] Insurgent tactics shifted in response to these successes, emphasizing mortar attacks by late June.[349]

Babil Province took on increased importance in 2004, as it served as (1) a key supply route for militant efforts in other provinces, (2) a growing center for militant activity, and (3) a refuge for militant group fighters. Retired U.S. Marine Corps Lieutenant Colonel Kenneth Estes has observed that Operation Longstreet, conducted by Army Task Force Baghdad from August to September of 2003 in Al Anbar and northern Babil Province, "revealed key sanctuaries and infiltration routes that likely fed the insurgencies throughout Iraq."[350]

Babil Province continued to supply Al Anbar Province with fighters despite Coalition efforts. Prior to Operation Vigilant Resolve – the First Battle of Fallujah's (April-May 2004) official name – Coalition forces moved to interdict incoming fighters from northern Babil.[351] In fall 2004, the fighter transit lines were still open, as evidenced by multiple Marine operations in November 2004 focused on cutting the Fallujah-Baghdad supply lines traversing Babil Province.[352]

Militant fighters also traveled in the opposite direction – from Fallujah to Babil Province – to fight Coalition forces. A comprehensive CENTCOM report on the insurgency in Al Anbar Province details that "the insurgent plan for defending Fallujah also called for the dispersal of 50% of the city's total fighters to nearby towns and rural areas from Ramadi to Baghdad and south into northern Babil. The goal was to open a second front by attacking Coalition forces from the rear along the outer perimeter and energizing other insurgent groups into stepping up their attacks."[353]

---

[345] John F. Kelly, "Task Force Scorpion," *Marine Corps Gazette,* March 2004, pp. 1-2, https://mca-marines.org/wp-content/uploads/Task-Force-Scorpion.pdf.

[346] Ibid.

[347] Ibid.

[348] Ibid., pp. 3-4.

[349] Ibid., pp. 2, 5.

[350] Kenneth W. Estes, *U.S. Marine Corps Operations in Iraq, 2003-2006*, (Quantico, VA: Marine Corps University, 2006), p. 17, https://apps.dtic.mil/sti/pdfs/ADA515084.pdf.

[351] "Chapter 4: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 20. https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[352] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 14, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[353] "Chapter 4: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

Babil Province additionally served as a militant fighter refuge. After the Second Battle of Fallujah, fighters escaped from Al Anbar to northern Babil, where they assessed that a weaker security environment existed.[354]

By 2007, Babil Province had also become a key location for militants to store weapons and supplies used to launch attacks in neighboring Baghdad City.[355] Coalition forces countered by dramatically increasing the number of troops in Babil.[356]

The 2007 U.S. troop surge focused on severing the weapons transfer nexus that ran through northern Babil Province to southern Baghdad's belts.[357] In early 2007, U.S. intelligence officials discovered that JAM had been transferring explosively formed penetrators (EFPs) to Babil Province from a new source in Sadr City, Baghdad via southern Baghdad's belts.[358]

On July 15, 2007, Coalition forces launched Operation Marne Avalanche to neutralize the Zarqawi organization and JAM's presence in the vicinity of Jurf Al-Sakhr and Iskandariya, Babil Province.[359] Among other locations, the operation prioritized an area of farmland northeast of Iskandariya, where militants had succeeded in fortifying themselves due to Coalition forces' months-long absence.[360]

The area was considered especially dangerous because it was mined with deep-buried IEDs and close to Route Tampa, a common target for IED attacks due to heavy civilian and military traffic, as well as its importance as a supply route from Kuwait to Baghdad.[361] Analysts considered this area to be a Zarqawi organization sanctuary.[362] During the operation, Coalition forces captured two members of the Zarqawi organization's leadership and destroyed weapons caches found in an abandoned Zarqawi organization training camp where nine 500-pound bombs were stored.[363] Operation Marne Avalanche also led to the capture of a JAM rocket cell leader and ten of the cell's members, as well as the commander and five members of a separate JAM cell known for conducting EFP attacks near Mussayyib.[364] According to Dale Andrade, Senior Historian at the Histories Division of the U.S. Army

---

[354] Ibid., p. 50.

[355] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 14, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[356] Ibid., pp. 14, 52.

[357] Ibid., p. 52.

[358] Ibid., p. 133.

[359] Ibid., pp. 201, 206.

[360] Ibid., p. 205.

[361] Ibid., p. 205; Chris McKann, "Patrolling Route Tampa," *DVIDS Hub*, February 19, 2007, https://www.dvidshub.net/news/9174/patrolling-route-tampa.

[362] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 205, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[363] Ibid., pp. 206, 209.

[364] Farook Ahmed, *Backgrounder #28 Multi-National Division – Center's Operations during the 2007-2008 Troop Surge*, (Washington, DC; Institute for the Study of War, April 2008), p. 25, https://www.understandingwar.org/sites/default/files/reports/MND-C%20Operations%20During%20the%20Surge.pdf.

Center of Military History, Coalition forces "stated that the al-Qaeda support zone along the river was disrupted and several important Mahdi Army indirect-fire teams were eliminated."[365]

### *The Zarqawi Organization in Babil Province*

The Zarqawi organization was prominent in northern Babil Province before and following the two 2004 attacks under consideration. While northern Babil had been a Sunni stronghold prior to the overthrow of Saddam Hussein, the 2003 U.S. invasion of Iraq resulted in Sunni residents being pushed out of the region.[366] This sectarian displacement was especially prominent in Mahmudiyah, which had become 70 percent Shia by 2007.[367] The shift in the sectarian balance of power heightened both sectarian tensions and Sunni distrust in the Shia-dominated government's ability or willingness to protect Sunni Arabs from Shia militias.[368] Many Sunni Arabs therefore turned to the Zarqawi organization for protection, giving the organization a foothold in the city.[369]

Beyond this, Northern Babil's location on the Southern Baghdad Belt – which provided the Zarqawi organization with munitions storage and a transportation route – made it valuable to the Zarqawi organization.[370] Abandoned Iraqi army bases and weapons facilities in the Belts provided resources for carrying out IED attacks against Coalition forces.[371] The Zarqawi organization also used the area's road and river networks to transport supplies and fighters between organization hotbeds in Al Anbar Province and areas surrounding Mahmudiyah, Iskandariya, and Musayyib.[372]

The Zarqawi organization expanded its northern Babil footprint in 2004, as an influx of Sunni militant fighters fled Fallujah following the Second Battle of Fallujah and set up south of Baghdad.[373] The Zarqawi organization's claims of responsibility for attacks on Coalition forces in Babil as well as Shia residents in 2004 and 2005 demonstrate its growth in the province.[374] In July 2007 Strike Force Geronimo discovered a Zarqawi organization safe house near Iskandariya containing several weapons caches and hostage cells.[375]

### *Shia Militant Groups in Babil Province*

Throughout the Iraq War, Iran's Islamic Revolutionary Guard Corps (IRGC) and its externally focused arm, the Quds Force, supported many proxies that attacked U.S. and Iraqi forces. In Babil

[365] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 211, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[366] Ibid., p. 51.

[367] Ibid., pp. 51, 52.

[368] Ibid., p. 52.

[369] Ibid.

[370] "Southwest," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southwest.

[371] Ibid.

[372] Ibid.

[373] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 48, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[374] "Shiites Bear Brunt of Iraq Attacks," Agence France Presse, November 18, 2005; "Zarqawi Group Claims Anti-US Attack in Iraq," Agence France Presse, October 28, 2004; "Zarqawi Group Claims Devastating Hilla Attack," Agence France Presse, March 1, 2005.

[375] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008* (Washington, D.C.: Center for Military History, 2010), p. 210, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

Province, the IRGC-QF supported Shia militant groups Jaysh al-Madhi (JAM) and the Special Groups in addition to the Zarqawi organization.

*Jaysh al-Madhi (JAM).* One prominent Shia group that received Iranian support was JAM.[376] JAM's presence in the province can be attributed to lack of government support and the presence of Sunni militias in the province, which encouraged the Shia population turn to Shia militias like JAM for protection.[377]

In 2004, JAM was largely active in the southern provinces, particularly in the cities of Najaf, Al Diwaniyah, and Kut.[378] However, the group did perpetrate some attacks in Hilla and the broader Triangle of Death.[379]

In time, JAM established a significant presence in several cities in Babil Province. According to Dale Andrade, JAM's presence in Iskandariya allowed for the group to traffic weapons used for "most of the frequent IED attacks along the three major roads leading out of the city" during the troop surge in 2007-2008.[380] The U.S. Army blamed JAM for several EFP attacks near Iskandariya in May 2007.[381]

JAM had a stronger presence further south in Babil, particularly in the provincial capital of Hilla. In May 2004, a Coalition raid led to the capture of Said Adnan Nonabi, head of Muqtada al-Sadr's Hilla office.[382] This continued through 2008, when JAM forces had established residence in Hilla's neighborhoods to direct small arms and rocket-propelled grenade attacks against Coalition forces.[383]

---

[376] Publications conflict on whether JAM should be included in the umbrella of Iranian-backed Special Groups. While JAM did receive material support from Iran, their relationship with Iran is significantly less straightforward than that of the Special Groups. For this reason, I separated JAM and the Special Groups into different sub-sections.
Mapping Militants, "Jaysh al-Mahdi," Stanford University, n.d., https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/view/57.

[377] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 201, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[378] "Chronology of Events in Iraq, April 2004," United Nations High Commissioner for Refugees, September 2004, pp. 2-8, https://www.refworld.org/pdfid/4162b0a24.pdf.

[379] "U.S. Assassinates Two Shiite Clerics Organizing Nonviolent Resistance," *Democracy Now*, May 5, 2004, https://www.democracynow.org/2004/5/5/u_s_assassinates_two_shiite_clerics;"Chronology of Events in Iraq, May 2004," *United Nations High Commissioner for Refugees,* September 2004, p. 1 https://www.refworld.org/pdfid/415c66544.pdf; "U.S. Forces Fight al-Sadr Insurgents," *CNN,* May 30, 2004, http://www.cnn.com/2004/WORLD/meast/05/30/iraq.main/index.html.

[380] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 201, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[381] Ibid., p. 112.

[382] "U.S. Assassinates Two Shiite Clerics Organizing Nonviolent Resistance," *Democracy Now*, May 5, 2004, https://www.democracynow.org/2004/5/5/u_s_assassinates_two_shiite_clerics; "Chronology of Events in Iraq, May 2004," United Nations High Commissioner for Refugees, September 2004, p. 1 https://www.refworld.org/pdfid/415c66544.pdf; "U.S. Forces Fight al-Sadr Insurgents," *CNN*, May 30, 2004, http://www.cnn.com/2004/WORLD/meast/05/30/iraq.main/index.html.

[383] Farook Ahmed & Marissa Cochrane, *Backgrounder #27: Recent Operations against Special Groups and JAM in Central and Southern Iraq*, (Washington, DC: Institute for the Study of War, April 2008), p. 5, https://www.understandingwar.org/sites/default/files/reports/Recent_Operations_against_Special_Groups_and_JAM_in_Central_and_Southern_Iraq.pdf.

*The Special Groups.* In addition to Sunni militant groups and JAM, IRGC-QF also supported the Shia militia and paramilitary groups that splintered from JAM in 2004 and became known as the Special Groups.[384] Iran provided these groups with training, weaponry, travel facilitation, and guidance.[385] Iranian-backed Special Groups had a significant presence in Babil Province during the relevant timeframe, building on the province's previously noted large Shia population – with majorities in southern cities like Hilla.[386]

To organize attacks across areas with limited support, Shia militias established strong transit and communication lines from centers of support in Baghdad to Shia-majority cities like Hilla in Southern Babil. Highway 8, which connected Baghdad to areas in southern Babil, was central to the Special Groups' communications and operations in the province.[387]

To support Special Groups operations along this route, cities astride Highway 8 became key nodes. Like the Zarqawi organization, the Special Groups maintained a presence in Mahmudiyah due to its location along Highway 8 from Hilla into Baghdad.[388] By 2008, the discovery of sizeable rocket, mortar, and EFP caches along Highway 8 in Mahmudiyah and Hilla by Coalition forces indicated that the Special Groups had developed "safe havens" there.[389] Special Groups in these areas tended to occupy the outskirts of the cities, and regularly used rockets, mortars, IEDs, and assassinations to destabilize the area.[390]

I now turn to consideration of the Babil Province attacks that the Plaintiffs have asked me to assess.

### Attack #14 – April 11, 2004 Complex Attack Near Mahmudiyah, Babil Province that Killed Sergeant Major Michael Stack

*Geography: Mahmudiyah, Babil Province*
*Attack Type: Complex Attack/Ambush*
*Direct Victim(s): SGM Michael Stack*

<u>Materials Reviewed</u>
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

---

[384] Ibid; Marisa Cochrane, "Asaib Ahl al-Haq and the Khazali Special Groups Network," (Washington, DC: Institute for the Study of War, January 13, 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Asaib%20Ahl%20al%20Haq%20and%20the%20Khazali%20Special%20Groups%20Network.pdf; Mapping Militant Organizations, Stanford University, "Asa'ib Ahl al-Haq," n.d., https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/print_view/143; See the *Jaysh al-Mahdi and Associated Special Groups* section in Appendix 1 for additional details on JAM and the Special Groups.

[385] Bill Roggio, "Iran's Ramazan Corps and the ratlines into Iraq," *Long War Journal*, December 5, 2007, https://www.longwarjournal.org/archives/2007/12/irans_ramazan_corps.php.

[386] Farook Ahmed, *Backgrounder #28 Multi-National Division – Center's Operations during the 2007-2008 Troop Surge*, (Washington, DC; Institute for the Study of War, April 2008), pp. 24, 28.

[387] Ibid.

[388] Ibid., p. 24.

[389] Farook Ahmed & Marissa Cochrane, *Backgrounder #27: Recent Operations against Special Groups and JAM in Central and Southern Iraq*, (Washington, DC: Institute for the Study of War, April 2008), pp. 4, 5, https://www.understandingwar.org/sites/default/files/reports/Recent_Operations_against_Special_Groups_and_JAM_in_Central_and_Southern_Iraq.pdf.

[390] Ibid., p. 5.

- PEX 123, Department of the Army, "Report of Casualty – Michael Stack" (April 11, 2004).
- PEX 124, Department of the Army, USARCENT FOIA FA-22-0067, "After Action Report for AOB 560 Combat Actions on 11-12APR04" (April 13, 2004)
- PEX 125, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Final Autopsy Report – Michael Stack" (September 29, 2004)

_Attack Description_

On April 11, 2004, U.S. Army Sergeant Major (SGM) Michael Stack was serving with 2nd Battalion, 5th Special Forces Group in al-Hilla, Babil Province.[391] On the day of the attack, SGM Stack's unit traveled to the Coalition Provisional Authority Headquarters in Baghdad and the Baghdad Royal Palace Compound (FOB 52). According to the After Action Report:

> The AOB [Advanced Operations Base] element departed the [Forward Operating Base] location at approximately 11 1200Z [Zulu] APR 04. At approximately 11 1315Z APR 04 the AOB traveled on Main Supply Route Tampa (Hwy 1) and made contact with an established ACF [Anti Coalition Force] ambush. The AOB command vehicle was lead and encountered an IED [Improvised Explosive Device] which misfired, the [redacted] immediately engaged and killed a ACF preparing to fire an RPG [Rocket Propelled Grenade].[392]

After this attack, SGM Stack's unit returned to FOB 52, the Baghdad Royal Palace Compound. The unit then decided to return to its primary base of operations in Babil Province's Hilla.[393] The After Action Report continues:

> Because of road debris and damaged bridges, the AOB element drove South in the Northbound lane under NVGs [Night Vision Goggles] enroute to Al Hilla. At approximately 11 1630Z APR 04, the AOB element was ambushed by a heavy volume of machinegun and small arms fire vicinity intersection of Hwys 1 and 8 (38S MB 415615). The AOB elements immediately returned a heavy volume of fire and continued to engage until out of the kill zone. SGM Stack provided rear security for the convoy and directed fire against the enemy to protect the rest from the element. The ambush was initiated from the southern side of HWY [highway] 1, a few hundred meters past the initial kill zone an element from the northern side of the highway began to attack with small arms and machine fire. Within the second kill zone a [sic] IED/RPG was detonated on the southern side of the last vehicle. Internal communications were degraded, command vehicle was down to one operational

---

[391] PEX 123, Department of the Army, "Report of Casualty – Michael Stack," (April 11, 2004), p. 2; PEX 124, Department of the Army, USARCENT FOIA FA-22-0067, "After Action Report for AOB 560 Combat Actions on 11-12APR04" (April 13, 2004), p. 3.
[392] ROB is an acronym that refers to either Railway Operations Battalion or Regional Office Building. Given that neither make sense in the context of this attack, it was determined that ROB was most likely a misspelling of FOB (Forward Operating Base) which would fit the context of this attack. PEX 124, p. 4.
[393] PEX 124, p. 4.

antenna...A secured position was established and the trail vehicle was moved to the center. It was determined that SGM Stack was KIA [killed in action].[394]

The Military Grid Reference System (MGRS) coordinates referenced in the After Action Report indicate that the attack occurred just north of Mahmudiyah. Shortly after the attack that killed SGM Stack, the unit was ambushed again with small arms fire. ████████████████████████ ███████████████████████████████████████████████████████████████████ [396]

*Attack Attribution*

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) likely committed this complex ambush attack. This conclusion is based on the following data points: (1) the geographic location and time period of the attack; and (2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi organization underwent one such name change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI). As this attack happened before the Zarqawi organization adopted the AQI moniker, this attribution will refer to the group as JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to JTJ's responsibility. The below map provides the approximate location of the attack.

---

[394] PEX 124, pp. 4-5.
[395] PEX 125, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Final Autopsy Report – Michael Stack" (September 29, 2004), p. 3.
[396] PEX 125, p. 4.



*Figure 10: Approximate location of the attack near Mahmudiyah, Babil Province.*

This attack took place near Mahmudiyah in Babil Province, immediately south of Baghdad at the intersection of Highway 1 and Highway 8.[397] This area is considered a part of the "Triangle of Death," a region situated between the towns of Yusufiyah, Latifiyah and Mahmudiyah that received its macabre name from frequent ambushes on Coalition forces and Shia civilians.[398]

At the time of the attack, JTJ maintained a strong operational presence in the Triangle of Death. According to a background report on the area by the Institute for the Study of War:

> Al Qaeda dominated the city of Mahmudiyah from 2004 through 2006. The organization beheaded inhabitants there, as well as terrorizing them through other means. Until January 2007, al Qaeda also controlled the triangle of territory west and north of Mahmudiyah, between the Euphrates River and Highway 8 (the main highway running north from Mahmudiyah into Baghdad). The roads allowed al Qaeda to move fighters, supplies, and weapons from Fallujah (in Anbar province) to Mahmudiyah, and from there to the southern portions of Baghdad. Al Qaeda had freedom of movement in these areas. U.S. soldiers dubbed the area the "triangle of death," and reporters have used that old description often this spring. Al Qaeda also used its position in Mahmudiyah to attack Shia areas to the south, particularly in al Haswah (30 miles south of Baghdad) in northern Babil Province.[399]

Additionally, JTJ's presence in the Triangle in 2004 is demonstrated by the following attacks:

---

[397] PEX 124, pp. 20-21.
[398] Bill Roggio, "Stirring the Hornet's Nest," *Long War Journal*, November 23, 2004, https://www.longwarjournal.org/archives/2004/11/stirring_the_ho.php; "Southwest," Institute on the Study of War, n.d., https://www.understandingwar.org/region/southwest.
[399] Kimberly Kagan, *Backgrounder #1: Al Qaeda in Iraq Attacks on Bridges*, (Washington, DC; Institute for the Study of War, June 10, 2007), https://www.understandingwar.org/sites/default/files/reports/Backgrounder01.pdf.

- On February 10, 2004, JTJ launched a suicide bomb attack against an Iraqi police recruiting station in Iskandariya, a city just south of Mahmudiyah.[400]
- On March 2, 2004, Iraqi authorities blamed JTJ for suicide bombings on Shia mosques in Baghdad.[401]

As noted in a U.S. Central Command (CENTCOM) report on the insurgency in Al Anbar Province, JTJ's presence in the area of Mahmudiyah continued through November 2004, when the group's "plan for defending Fallujah also called for the dispersal of 50% of the city's total fighters to nearby towns and rural areas from Ramadi to Baghdad and south into northern Babil."[402]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a complex ambush attack. According to the After Action Report:

> The ambush was well directed and planned, the enemy had isolated the kill zone and there was no other CF seen on the entire MSR. The enemy placed a heavy volume of fire that was controlled and not just the usual spray of bullets. . . The enemy followed similar TTPs for each ambush by isolating the trail vehicle directing the majority of their firepower in an attempt to possibly cause a break in contact.[403]

According to CENTCOM's definitive *Study of the Insurgency in Anbar Province, Iraq*, by mid-2004 insurgents in Fallujah (largely dominated by JTJ) "possessed small arms, RPGs, machine guns, IEDs, and mortars."[404] This indicates that, during the relevant period, JTJ had local access to the weapons used in the complex attack that killed SGM Stack. Additionally, an Australian Government report notes that from 2002 to 2005, JTJ's "particular terrorist activities … include vehicle bombs, small arms ambushes, kidnappings and executions."[405]

Furthermore, JTJ conducted several ambushes against Coalition forces during the time period of this attack. The following attacks demonstrate JTJ's ability to direct and plan complex ambushes:

---

[400] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), pp. 3-4, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; "Iraq Report: February 12, 2004," *RadioFreeEurope/RadioLiberty*, February 12, 2004, https://www.rferl.org/a/1343059.html.

[401] "Deadly attacks rock Baghdad, Karbala," *CNN*, March 2, 2004.

[402] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46.

[403] PEX 124, p. 7.

[404] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 20, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[405] Parliamentary Joint Committee on ASIO, ASIS, and DSD, *Review of the Listing of Ranzim Qa'idat al-Jihad fi Bilad al-Fafidayn (The al-Zarqawi Network) as a Terrorist Organization,* (May 2005), https://www.aph.gov.au/Parliamentary_Business/Committees/Joint/Former_Committees/pjcaad/al_zarqawi/chapter2.

- On June 24, 2004, JTJ members ambushed U.S. soldiers using "roadside bombs as well as small-arms and rocket-propelled grenade fire" in Baquba, Diyala Province.[406]
- On October 18, 2004, JTJ ambushed an Iraqi National Guard compound north of Baghdad. The ambush included small arms fire and mortars.[407]
- On October 20, 2004, JTJ claimed responsibility for an attack on a U.S. military convoy west of Fallujah.[408]
- On October 25, 2004, JTJ attacked an Australian Defence Force convoy in Baghdad.[409]

*Ruling Out Other Insurgent Groups.* In evaluating the attack, I also assessed the possibility that Jaysh Al-Mahdi (JAM), who regularly ambushed and violently engaged with Coalition forces in Baghdad and Babil Province, perpetrated the attack.[410] Though JAM had an operational presence in Babil Province, its network was predominately active in southern Iraq, particularly in Najaf, Al Diwaniyah, and Kut.[411] Thus, I concluded that despite JAM's presence and attacks on Coalition forces in Babil Province, JTJ's dominance in nearby Mahmudiyah and northern Babil indicates that the organization was more likely to have conducted the attack which killed SGM Stack. However, given that Iran also materially supported JAM during this time period, the Shia group's possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed SGM Stack.

*Iranian Support.* Iran provided support to JTJ and Iran's support had a reasonable connection to the JTJ attack that killed SGM Stack. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[412] The following information further demonstrates the significance of Iran's support to JTJ at the time and in the vicinity of this specific attack:

- Iranian material support was critical in enabling JTJ to establish itself as an insurgent group in Iraq. In a briefing entitled "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Gen. David Petraeus, the former commander of Multi-National Force – Iraq, highlighted JTJ's needs, which included weapons, money, command and control facilitation, safe havens, and senior leader guidance.[413] Prior to the 2003 U.S. invasion of Iraq, Iran provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives, enabling his direction and execution of JTJ activities.[414]

[406] "Rebel Attack in Five Iraq Cities Kill 75," *China Daily*, June 24, 2004, https://www.chinadaily.com.cn/english/doc/2004-06/24/content_342284.htm.

[407] "Officials Suspect Infiltrators May Have Set up Killing of 50 Soldiers," *Nevada Appeal*, October 24, 2004, https://www.nevadaappeal.com/news/2004/oct/24/officials-suspect-infiltrators-may-have-set-up-kil/.

[408] "Al-Zarqawi Claims he Launched US Attack," *Sydney Morning Herald*, October 20, 2004, https://www.smh.com.au/world/al-zarqawi-claims-he-launched-us-attack-20041020-gdjyd3.html.

[409] Peter Chambers, "Abu Musab Al Zarqawi: The Making and Unmaking of an American Monster (in Baghdad)," *Alternatives: Global, Local, Political*, 37:1 (February 2012) p. 16, https://www.jstor.org/stable/23210901.

[410] "April Uprising," The Official Website of the United States Army Transportation Corps and Transportation School, n.d., https://transportation.army.mil/history/april_uprising.html; "U.S. Forces Fight al-Sadr Insurgents," *CNN*, May 30, 2004, http://www.cnn.com/2004/WORLD/meast/05/30/iraq.main/index.html.

[411] United Nations High Commissioner for Refugees, "Chronology of Events in Iraq, April 2004," September 2004, pp. 2-8, https://www.refworld.org/pdfid/4162b0a24.pdf.

[412] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[413] "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Multi-National Force – Iraq, July 15, 2008.

[414] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's

- Iran provided JTJ with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to JTJ from the beginning of their support for the group.[415] In 2004, Iran provided Zarqawi with "mines and weapons" at his strongholds in Fallujah and elsewhere in Anbar province (neighboring northern Babil).[416] In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad (similarly neighboring Babil). According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including JTJ – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[417] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where JTJ maintained strong areas of operations.[418]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where JTJ primarily operated.[419] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of money and weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[420]

- This Court has previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges,

Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf

[415] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006.

[416] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal*, January 6, 2007; Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006, https://www.theatlantic.com/magazine/archive/2006/07/the-short-violent-life-of-abu-musab-al-zarqawi/304983/.

[417] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[418] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007: The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[419] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[420] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

and grenades) was sufficient to hold Iran liable for attacks carried out by the Zarqawi organization.[421]

<u>Summary</u>

In summary, I conclude it is likely that JTJ carried out the April 11, 2004 complex ambush attack near Mahmudiyah, Babil Province that killed U.S. Army SGM Michael Stack. My conclusion is based on the following:

- JTJ possessed areas of operations dominance in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with the JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #25 – May 25, 2004 Artillery Attack in Iskandariya, Babil Province that Killed Vermont Army National Guard Sergeant Alan Bean**

*Geography: Iskandariya, Babil Province*
*Attack Type: Artillery Attack*
*Direct Victim(s): SGT Alan Bean*

<u>Materials Reviewed</u>

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 126, CENTCOM, USCENTCOM FOIA 22-0072, Ops Report, "Rocket Attk on FOB Kalsu IVO MUSAYYIB: 3 CF KIA; 12 CF WIA," (May 25, 2004).
- PEX 127, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Autopsy Report – Alan Bean," (August 3, 2004).

<u>Attack Description</u>

On May 25, 2004, Sergeant (SGT) Bean was serving with the 1st Battalion, 86th Field Artillery, of the Vermont Army National Guard at Forward Operating Base (FOB) Kalsu. FOB Kalsu is located in Iskandariya, Babil Province, approximately 20 miles south of Baghdad.[422]

---

[421] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[422] ████████████████████████████████████████████████████

PEX 127, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Autopsy Report – Alan Bean," (August 3, 2004), pp. 2-3; "Military Deployment Periodic Occupational and Environmental Monitoring Summary (POEMS): Forward Operating Base (FOB) Kalsu, Iraq Calendar Years: (2004 to 2011)," CENTCOM, February 2016, p. 1, https://phc.amedd.army.mil/PHC Resource Library/U_IRQ_Kalsu POEMS 2004-2011_Public Release.pdf.

On the day of the attack, SGT Bean was conducting routine operations at FOB Kalsu, when, at approximately 14:20, 15 artillery rounds hit the base.[423] As outlined by the Operations Report (Ops Report), "The impacts have been determined to be 15x 107MM [millimeters] Chinese rockets, with a back azimuth of 245 degrees."[424]

The attack on FOB Kalsu killed three servicemembers, including SGT Bean, and wounded twelve others.[425] ████████████████████████████████████████████████████ Though this contrasts with the Ops Report's finding that rockets were used in this attack, that discrepancy is not material: rockets and mortars both represent artillery attacks, and they will inflict comparable damage on their targets.[427]

_Attack Attribution_

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) likely committed this artillery attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

In discussing my findings, a clarifying note must be added. The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi Organization underwent one such name change when the group formally pledged _baya_ (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI). This attribution refers to the group as JTJ. Some sources cited in this attribution refer to the Zarqawi organization as AQI.

I now explain my conclusions.

_Geography and Time Period._ The location and time period of this attack are the first indicators pointing to JTJ's responsibility. This attack took place in Iskandariya, Babil Province on May 25, 2004. The below map provides the approximate location of the attack.

---

[423] PEX 126, CENTCOM, USCENTCOM FOIA 22-0072, Ops Report, "Rocket Attk on FOB Kalsu IVO MUSAYYIB: 3 CF KIA; 12 CF WIA," (May 25, 2004), p. 2.

[424] PEX 126, p. 2.

[425] PEX 126, p. 2.

[426] PEX 127, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Autopsy Report – Alan Bean," (August 3, 2004), p. 5.

[427] 107mm rounds are within the size range of both mortars and rockets. Additionally, per Jonathan Pike, director of GlobalSecurity.org, for _Slate_: "The damage done by a single small rocket is equivalent to the damage done by a small mortar shell. A single large rocket inflicts damage equivalent to that of a large mortar shell."
Missile Defense Advocacy Alliance, "Rocket and Mortar Basics," n.d., https://missiledefenseadvocacy.org/missile-threat-and-proliferation/missile-basics/rocket-and-mortar-basics/; "Explainer: What are Mortars, Rockets, and Grenades?," _Slate_, May 8, 2001, https://slate.com/news-and-politics/2001/05/what-are-mortars-rockets-and-grenades.html.



*Figure 11: Approximate location of the attack in Iskandariya, Babil Province.*

Iskandariya is a town in the north of Babil Province and considered a part of two regions: (1) the Southwest Belt of Baghdad, a strategically important region which spans from Fallujah down the Euphrates River corridor, through Sadr al-Yusufiyah, Yusufiyah, east to Mahmudiyah and south to Iskandariya; and (2) the "Triangle of Death," a well-known ambush zone directly south of Baghdad between the towns of Yusufiyah, Latifiyah, and Mahmudiyah.[428] At the time of this attack, JTJ retained an operational presence in both regions.

According to the Institute for the Study of War, prior to Operation Phantom Thunder in 2007, the Southwest Belt of Baghdad remained "a key transit and supply route for al-Qaeda in Iraq, linking its strongholds in Anbar Province with battlegrounds in and around Mahmudiyah, mixed areas to the south in Iskandariyah and Musayyib, and refuges in Arab Jabour and Hawr Rajab southeast of the city. Between the river and the road networks, al-Qaeda in Iraq had multiple avenues for shipping and storing munitions in this area to support attacks against Shi'a targets to the south in Babil Province and to the north in Baghdad."[429]

JTJ's presence in the Southwest Belt is further demonstrated by a map of the Baghdad Belts that was hand-drawn by Abu Musab al-Zarqawi, the group's leader, which Coalition forces obtained in 2006.[430] This map, a copy of which is below, demonstrates JTJ's strategic presence in Babil Province, including Iskandariya, that it leveraged to carry out operations throughout the area.

---

[428] Bill Roggio, "Stirring the hornet's Nest, *Long War Journal,* November 23, 2004, https://www.longwarjournal.org/archives/2004/11/stirring_the_ho.php; "Southwest," Institute on the Study of War, n.d., https://www.understandingwar.org/region/southwest.

[429] "Southwest," Institute on the Study of War, n.d., https://www.understandingwar.org/region/southwest.

[430] "Baghdad Belts," Institute on the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.



"Battle of the Baghdad Belt"

At the time of the attack, JTJ also maintained an operational presence in the Triangle of Death, as demonstrated by the following attacks:

- On February 10, 2004, JTJ launched a suicide bomb attack against an Iraqi police recruiting station in Iskandariya.[431]
- On March 2, 2004, JTJ launched suicide bombings against Shiite Mosques in Baghdad and Karbala, a town approximately 30 miles from Iskandariya.[432]

As noted in a CENTCOM report on the insurgency in Al Anbar Province, JTJ's presence in the Iskandariya area continued through November 2004, when their "plan for defending Fallujah also called for the dispersal of 50% of the city's total fighters to nearby towns and rural areas from Ramadi to Baghdad and south into northern Babil."[433]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted an artillery attack. As described in the Ops Report, the rounds that killed SGT Bean were "determined to be 15x 107MM Chinese rockets, with a back azimuth of 245 degrees."[434]

---

[431] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 3-4, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; "Iraq Report: February 12, 2004," *RadioFreeEurope/RadioLiberty*, February 12, 2004, https://www.rferl.org/a/1343059.html.

[432] "Deadly attacks rock Baghdad, Karbala" *CNN*, March 2, 2004.

[433] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[434] PEX 126, CENTCOM, USCENTCOM FOIA 22-0072, Ops Report, "Rocket Attk on FOB Kalsu IVO MUSAYYIB: 3 CF KIA; 12 CF WIA," (May 25, 2004), p. 2.

The bomb used in JTJ's February 10, 2004 attack employed "140-230 kilograms of plastic explosives mixed with artillery shells."[435] According to the CENTCOM report on the insurgency in Al Anbar Province, by mid-2004 insurgents in Fallujah, which was largely dominated by JTJ, "possessed small arms, RPGs [rocket propelled grenades], machine guns, IEDs, and mortars."[436] U.S. and Iraqi forces' November 2004 seizure of a JTJ weapon cache in Fallujah (roughly 54 miles from Iskandariya) turned up "small arms, artillery shells, heavy machine guns, and antitank mines" as well as "mortar systems, rocket-propelled grenades, launchers, recoilless rifles and parts of surface-to-air weapons systems."[437] JTJ employed artillery shells in their traditional fashion around this time, as further exemplified by JTJ's October 2004 attack on an Iraqi National Guard Compound in neighboring Al Anbar Province in which JTJ attacked Iraqi security forces with mortar rounds.[438]

JTJ also had a history of targeting Coalition military bases. Among many other examples, the group was responsible for a December 2003 attack on the U.S. Army 82nd Airborne Division's headquarters in Ramadi.[439] JTJ was also believed to be behind the well-coordinated February 2004 attack on the Polish military camp in Al Hilla, 30 miles south of Iskandariya.[440] And in April 2005, JTJ attacked the U.S.-controlled Abu Ghraib prison, an attack that U.S. officials considered to be "one of the most sophisticated attacks of the insurgency" and which employed multiple types of artillery fire: "Rocket barrages forced Marine guards to abandon a prison watchtower at the height of the precision-timed offensive, which employed mortars, rockets, ground assaults and a car bomb."[441] The weapons discovered in JTJ caches and used in the Al Anbar and Abu Ghraib attacks demonstrate the group's local possession and employment of artillery around the time of the attack that killed SGT Bean.

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in this area. I have considered their activities in rendering my opinion that JTJ is ultimately the organization likely responsible for the attack.

In addition to JTJ, Shia militant groups were active in Babil Province during this time. This includes the Badr Corps and Jaysh al-Mahdi (JAM).[442] These Shia militias drew support from Babil Province's large Shia population.[443] However, these groups were most strongly concentrated in the south of Babil

[435] *RadioFreeEurope/RadioLiberty* "Iraq Report: February 12, 2004."

[436] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 20, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[437] "U.S., Iraqi Forces Find Falluja's 'Largest Weapons Cache'," *CNN*, November 25, 2004, https://www.cnn.com/2004/WORLD/meast/11/25/falluja.weapons/.

[438] "Officials Suspect Infiltrators May Have Set Up Killing of 50 Soldiers," *Nevada Appeal*, October 24, 2004, https://www.nevadaappeal.com/news/2004/oct/24/officials-suspect-infiltrators-may-have-set-up-kil/.

[439] "Terror Strikes Blamed on al-Zarqawi in Iraq," *NBC*, July 14, 2004, https://www.nbcnews.com/id/wbna5437742.

[440] Ibid.

[441] Ellen Knickmeyer, "Zarqawi Said to Be Behind Iraq Raid," *Washington Post*, April 5, 2005, https://www.washingtonpost.com/archive/politics/2005/04/05/zarqawi-said-to-be-behind-iraq-raid/3a080b31-34d5-4b67-8186-3aae3b50eec0/.

[442] Bill Roggio, "Iran's Ramazan Corps and the Ratlines into Iraq," *Long War Journal*, December 5, 2007, https://www.longwarjournal.org/archives/2007/12/irans_ramazan_corps.php; Mapping Militant Organizations. "Asa'ib Ahl al-Haq," Stanford University, n.d., https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/print_view/143.

[443] Farook Ahmed, *Backgrounder #28 Multi-National Division – Center's Operations during the 2007-2008 Troop Surge*, (Washington, DC; Institute for the Study of War, April 2008), pp. 24, 28,

Province, while JTJ held strongholds in the north, such as Iskandariya.[444] Therefore, this attack was most likely carried out by JTJ. However, given that Iran also supported the Badr Corps and JAM, their possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed SGT Bean.

*Iranian Support*. Iran provided support to JTJ and Iran's support had a reasonable connection to the attack that killed SGT Bean. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[445] The following information further demonstrates the significance of Iran's support to JTJ at the time and in the location of this specific attack:

- Iranian material support was critical in enabling JTJ to establish itself as an insurgent group in Iraq. In a briefing entitled "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Gen. David Petraeus, the former commander of Multi-National Force – Iraq, highlighted JTJ's needs, which included weapons, money, command and control facilitation, safe havens, and senior leader guidance.[446] Prior to the 2003 U.S. invasion of Iraq, Iran provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other JTJ operatives.[447] In 2004, Iran provided Zarqawi with "mines and weapons" at his strongholds in Fallujah and elsewhere in Anbar province (neighboring Babil); in July 2006, a Jordanian intelligence official told journalist Mary Anne Weaver that early Iranian support for JTJ included provision of automatic weapons, uniforms, and military equipment.[448] By 2007, Coalition forces captured a number of weapons caches containing a variety of Iranian weapons – including mortars and rockets - in areas where JTJ maintained strong areas of operations.[449]

- Iran is known to have distributed weapons similar to those used in the attack to insurgent groups. In 2007, the U.S. Department of State outlined Iranian-arranged shipments of a variety of weapons, including 107mm rockets, to Iran's proxy insurgent forces.[450] In addition, media sources indicate that by 2012, Iranian proxy groups were using rockets that "were probably built by Iran from Chinese blueprints."[451]

---

https://www.understandingwar.org/sites/default/files/reports/MND-C%20Operations%20During%20the%20Surge.pdf.

[444] "Southwest," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southwest.

[445] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[446] "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Multi-National Force – Iraq, July 15, 2008.

[447] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf

[448] Bill Roggio, *Iran and al Qaeda in Iraq*," *The Long War Journal*, January 6, 2007; Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006, https://www.theatlantic.com/magazine/archive/2006/07/the-short-violent-life-of-abu-musab-al-zarqawi/304983/.

[449] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007: The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[450] U.S. Department of State, Office of the Spokesperson, press release, "Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://2001-2009.state.gov/r/pa/prs/ps/2007/oct/94193.htm.

[451] "Is Hamas Using Chinese Rockets? Not Exactly, Say Experts," *ABC News*, December 5, 2012, https://abcnews.go.com/Blotter/hamas-chinese-rockets-experts/story?id=17875375.

- Iran provided support to JTJ before, during, and after this attack in multiple ways. In February 2012 the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI – the name by which the U.S. Government referred to JTJ at the time – which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[452] This designation relies upon extensive research and data collection and reflects a demonstrated pattern of Iranian support to JTJ.

*Summary*

In summary, I conclude that it is likely that JTJ carried out the May 25, 2004 artillery attack in Iskandariya, Babil Province that killed Vermont U.S. Army National Guard SGT Alan Bean. My conclusion is based on the following:

- JTJ had area of operations dominance in Iskandariya and the surrounding area during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with the JTJ.

Finally, I conclude that Iran's material support substantially contributed to JTJ's commission of this attack.


## VI.    Baghdad Province

*Overview of Baghdad Province*

The Plaintiffs have asked me to assess five American casualties in Baghdad Province from 2004 to 2007. These casualties occurred at a time when the U.S. and its allies sought to combat VNSA activities across Iraq, including in Baghdad. VNSAs active in Baghdad during the time of the attacks at issue include the Zarqawi organization, JAM, and the Special Groups.

Baghdad was a major hub of operations for the Zarqawi organization. As I have already discussed, Iran provided crucial support to the Zarqawi organization. While other Sunni militant groups were also present, the Zarqawi organization was the dominant Sunni anti-U.S. organization operating in Baghdad throughout the relevant years. Shia militant groups, including JAM and the Special Groups, also maintained significant operations in Baghdad. In keeping with my application of limiting principles in this report, I consider the presence and possibility of other VNSAs' responsibility for the attacks at issue.

Below I provide a summary of the war in Baghdad, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the 2004-07 attacks that the Plaintiffs have asked me to assess, as well as others that were committed in Baghdad during Coalition operations in Iraq.

---

[452] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

*Baghdad's Geography and Population*





*Figure 13: Baghdad Province from Map of Iraq*

*Figure 12: Map of Iraq[453]*

Baghdad Province, home to Iraq's eponymous capital city, is in central Iraq. It is surrounded by other provinces that were key battlegrounds for Iranian-backed VNSAs. Those provinces include Diyala (to Baghdad's east), Al Anbar (to Baghdad's west), Salah ad-Din (to Baghdad's north), and Babil (to Baghdad's south).

---

[453] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section. 2014. https://www.un.org/geospatial/content/iraq.



*Figure 14: Map of Baghdad Neighborhoods and Security Districts.*[454]

Baghdad is the largest city in Iraq, and one of the largest cities in the Middle East. It has an estimated population of more than 7 million people.[455] The city is bifurcated by the Tigris River into western and eastern halves. It is administratively divided into nine districts: 9 Nissan, Adhamiyah, Kadhimiyah, Karadah, Karkh, Mansour, Rasheed, Rusafa, and Sadr City.[456]

---

[454] Kimberly Kagan, et al., *Iraq Situation Report*, (Washington, DC: Institute for the Study of War, February 7, 2008), p. 15, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

[455] "The World Factbook: Major Urban Areas – Population," Central Intelligence Agency, n.d., https://www.cia.gov/the-world-factbook/field/major-urban-areas-population/.

[456] "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city-مدينة-بغداد; "The Biggest Cities in Iraq," World Atlas, n.d., https://www.worldatlas.com/articles/the-biggest-cities-in-iraq.html.

Following the U.S. invasion of Iraq and subsequent removal of Saddam Hussein from power in 2003, Baghdad experienced a limited amount of violence from regime loyalists before being fully secured by Coalition forces.[457] Under the newly established Areas of Operation in the country, Baghdad and its surrounding districts, including Abu Ghraib, Istiqlal, Mada'in, Mahmudiyah, Taji, and Tarmiyah, fell under one command, called "Multinational Division – Baghdad (MND-B)." MND-B oversaw a diverse cross section of the country, with both Shia and Sunni Arab populations living in close proximity to one another, along with several other religious groups, including Sunni Kurds, Fayli Kurds, Circassians, Christians, Yazidis, and a very small number of Jews.[458] Due to the lack of a reliable census, it is difficult to determine exact percentages of each group within Baghdad Province.[459]

### *Coalition Operations in Baghdad Province*
Following the collapse of the Saddam Hussein government in April 2003, U.S. forces in Baghdad experienced a period of relative calm.  Most violence directed at the Coalition was blamed on former Ba'ath Party members, who continued to support the deposed Ba'athist regime.[460] U.S. forces were slow to recognize the complex and shifting power structures—affiliated with Shia and Sunni Arab groups, Kurds, neighboring states, and Islamist groups—that would give rise to sectarian violence.[461]

During the early part of this budding insurgency, the U.S.-led Coalition focused on rapidly transitioning control to Iraqi security forces, as well as restoring essential services to the Iraqi public.[462] Many Coalition operations hunted former regime figures, including the toppled dictator himself, who had gone into hiding.[463] U.S. forces eventually captured Saddam Hussein in December 2003, erroneously thinking this would curb the budding insurgency. To the contrary, militant armed activity spiked, and Coalition forces in Baghdad went into 2004 ill-prepared for the violence to come.[464]

In April 2004, the Coalition was focused on the city of Fallujah in neighboring Anbar Province, where Marines were clearing the city of Sunni militants responsible for killing four U.S. contractors.[465] At the same time, militias controlled by Shia cleric Muqtada al-Sadr engaged in an uprising in Baghdad. Much of the Coalition's focus in Baghdad in 2004 was on fighting Shia militants loyal to Muqtada al-Sadr and pacifying the Shia-dominated districts, such as Sadr City.[466]

As Abu Musab al-Zarqawi, the leader of the Zarqawi organization, negotiated with al-Qaeda to become an official al-Qaeda affiliate in 2004 (subsequently rechristening his group *al-Qaeda in Iraq*),

---

[457] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 114, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.
[458] Ibid., p. 149.
Eric Pichon, *Minorities in Iraq: Pushed to the Brink of Existence*, (European Parliament Research Service, 2015), pp. 3-4, https://www.europarl.europa.eu/RegData/etudes/BRIE/2015/548988/EPRS_BRI(2015)548988_REV1_EN.pdf.
[459] Ibid.
[460] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-*2006, p. 156.
[461] Ibid., p. 169.
[462] Ibid., p. 195.
[463] Ibid., p. 196.
[464] Ibid., p. 240.
[465] Ibid., p. 240.
[466] Ibid., p. 244.

his organizational strategy involved targeting Baghdad with suicide bombings.[467] The Zarqawi organization employed suicide bombers and vehicle borne improvised explosive devices (VBIEDs) in Baghdad to devastating effect.[468] The Zarqawi organization aimed to gain public attention through these spectacular attacks.[469] A previous decision by this Court characterized VBIEDs as "a signature AQI attack method."[470]

Zarqawi's goal was to provoke destabilization and spark an Iraqi civil war by targeting the government, Shia civilians, and holy sites.[471] As Zarqawi executed attacks on Iraqi (often but not exclusively Shia) civilians, Shia militias formed to protect Shia civilians and to retaliate.[472] Their retaliation was often indiscriminate. The result was a deteriorating security situation in Baghdad that lasted into 2006.[473]

Coalition forces shifted their approach in 2006 to focus on the city of Baghdad and other vital urban areas.[474] In summer 2006, Coalition forces launched Operation Together Forward, a massive undertaking that aimed to work with Iraqi security forces (ISF) to clear insurgents from Baghdad.[475] The operation ultimately failed to secure the city. The number of Coalition troops was insufficient to secure and hold cleared territory, while the ISF was poorly trained. Due to the operations' heavy focus on Sunni districts and "serious shortcomings in the ISF's performance," sectarian tension and violence further increased in Baghdad.[476]

In early 2007, the U.S. and its allies, working with Iraqi forces, launched a troop "surge" throughout much of Iraq. Achieving success in Baghdad was the cornerstone of this effort, and American military leaders theorized that stabilizing Baghdad Province would allow them to move outward and better secure more of the country.[477] At the time, most of Baghdad's districts were controlled by terrorists and criminal gangs.[478] American and Iraqi forces established "small outposts scattered throughout the city" with the goal of clearing, controlling, and holding Baghdad's neighborhoods. [479]

U.S. military leaders devised a new security plan to clear the capital of militants and then hold it. Lt. Gen. Raymond T. Odierno, Commander of the Multi-National Corps–Iraq (MNC-I) explained that

---

[467] Ibid., p. 394.

[468] Eric Hamilton, *Targeting the Diyala Suicide Bombing Network*, (Washington, DC; Institute for the Study of War, March 2008), p. 1. https://www.understandingwar.org/sites/default/files/reports/Targeting_the_Diyala_Suicide_Bombing_Network.pdf.

[469] Ibid.

[470] *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL4824740 at *4 (D.D.C. July 27, 2023).

[471] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 394, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[472] Ibid.

[473] Ibid., p. 545.

[474] Ibid., p. 545.

[475] Ibid., p. 569.

[476] Ibid., pp. 570, 571.

[477] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019), p. 56, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1932&context=monographs.

[478] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 16, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[479] Ibid.

in addition to operations within the city, the Belts (described in more detail in the following section) were "key" because "attacks occurring in Baghdad often originate in these outlying regions where sectarian lines begin to blur." [480] Odierno noted that "Al-Qaeda in Iraq and Shi'a extremists want to control these areas" through which the Belts ran. [481]

The U.S.-led Coalition launched a series of operations in Baghdad. One of the most significant, named Operation Phantom Thunder, came in mid-2007. Gen. Odierno described it in a contemporaneous briefing as "a corps-level offensive operation ... to defeat al Qaeda insurgents and extremists, deny enemy safe havens, interdict movement, logistics and communications." [482] The campaign consisted of "carefully synchronized simultaneous operations at division and brigade level to clear al Qaeda, Sunni insurgents and Shi'a extremists in, near and around Baghdad." [483] Odierno added that the Coalition's operations were "focused on al-Qaeda in Iraq and other special groups." [484]

A team of experts from the Institute for the Study of War (ISW), writing in 2008, explained how America's operations were intended to combat what they described as "two distinct enemy groups":

> The enemy system in Baghdad is composed of two distinct enemy groups—Shi'a militia extremists, who are predominantly members either of the Moqtada as-Sadr's Jaysh al-Mahdi (JAM) or Iranian-backed Special Groups, and Sunni insurgents, the largest and most lethal of which is al-Qaeda in Iraq (AQI). These groups have interacted in southern Baghdad in a way that has escalated violence and instability in the region. Shi'a death squads have violently cleansed Sunni residents of many mixed neighborhoods, while AQI has targeted Shi'a and Christian populations via car bombs and execution style killings. [485]

### _The Zarqawi Organization in Baghdad Province_

The Zarqawi organization was highly prominent in Baghdad Province over the course of the war. The Zarqawi organization was responsible for numerous attacks in and around the capital city of Baghdad beginning in 2003. The group conducted high-profile suicide attacks on Coalition targets and Iraqi civilians within Baghdad, including bombing the Jordanian embassy and the U.N. headquarters in August 2003. [486] The group continued to conduct bombings throughout 2004, and claimed credit for

---

[480] Ibid., p. 17.

[481] Ibid., p. 17.

[482] Department of Defense Special Briefing with Lt. Gen. Odierno from the Pentagon Briefing Room, Arlington, Va., June 22, 2007. https://www.globalsecurity.org/military/library/news/2007/06/mil-070622-dod01.htm.

[483] "Department of Defense Special Briefing with Lt. Gen. Odierno from the Pentagon Briefing Room, Arlington, Va., June 22, 2007" _Global Security_, n.d., https://www.globalsecurity.org/military/library/news/2007/06/mil-070622-dod01.htm.

[484] Ibid.

[485] Kimberly Kagan, et al., _Iraq Situation Report_, (Institute for the Study of War, February 7, 2008), pp. 15-16, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

[486] Gary Gambill, "Abu Musab al-Zarqawi: A Biographical Sketch," _Terrorism Monitor_, 2:24, December 16, 2004, https://web.archive.org/web/20070930185929/http://www.jamestown.org/publicationsdetails.php?volumeid=400&&issueid=3179.

the first suicide attack to penetrate the Green Zone in October 2004.[487] Also in October 2004, the Zarqawi organization officially affiliated with al-Qaeda, becoming known as al-Qaeda in Iraq.[488]

As discussed above, Zarqawi's early (2004-2005) AQI operations targeted government forces and elections, as well as Shia Muslims in Baghdad. One prominent tactic that the Zarqawi organization employed was bombings, via both suicide bombers and vehicle borne improvised explosive devices (VBIEDs).[489] According to the Institute for the Study of War, AQI "infiltrated a number of neighborhoods, primarily in west Baghdad, and began to establish control, often under the auspices of protection from Shi'a death squads."[490] In 2005, AQI began an offensive that used car bombs as a signature, primarily targeting Shia holy sites and neighborhoods in Baghdad, with the goal of provoking sectarian violence. According to the U.S. Army's official history of the Iraq war:

> During a 13-day continuous surge in activity that lasted from the end of April until May 11, AQI carried out 79 car-bomb attacks against primarily Shi'a targets. On the last day, Baghdad endured nine such assaults that killed 112. By the end of May, the number of bombings reached 142, the highest monthly total for 2005. In June, the bombings and sectarian violence continued unabated, resulting in the deaths of 1,347 Iraqi civilians, the most since the invasion phase of the war. On July 15, Baghdad was hit by eight car bombs in a 24-hour span. The next day in Musayyib, 56 kilometers south of Baghdad, a single suicide bomber killed over 100 and wounded 150 more, destroying 150 shops and a Shi'a mosque when his device set off a nearby propane tanker.[491]

To conduct attacks in Baghdad, the Zarqawi organization also sought to maintain control of the Belts leading into the city.[492]

---

[487] Terrence Neilan & Edward Wong, "Baghdad Bombers Hit Green Zone," *New York Times*, October 15, 2004, https://www.nytimes.com/2004/10/15/world/baghdad-bombers-hit-green-zone.html.

[488] Jeffrey Pool, "Zarqawi's Pledge of Allegiance to al-Qaeda: From Mu'asker Al-Battar, Issue 21," *Terrorism Monitor* 2:24, December 16, 2004.

[489] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 394, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs; Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network*, (Institute for the Study of War, March 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Targeting the Diyala Suicide Bombing Network.pdf.

[490] Kimberly Kagan, et al., *Iraq Situation Report*, (Washington, DC: Institute for the Study of War, February 7, 2008), pp. 15-16, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

[491] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, p. 413.

[492] Ibid., p. 393.



Map 2: Areas of AQI Control in the Baghdad Belts
in December, 2006. (Source: MNF – Iraq)

*Figure 15: ISW map depicting Zarqawi organization areas of control in the "Baghdad Belts."[493]*

The Baghdad Belts were the districts and towns surrounding Baghdad, just outside of the city limits, and extending into neighboring provinces and governates.[494] They were made up of smaller towns and farmland with easy access to major roads. The nature of these areas made them valuable to Zarqawi organization forces seeking to conduct attacks within Baghdad. The Zarqawi organization could hide weapons, bombs, and fighters in the Belts, and bring them into the more secure main city to conduct attacks.[495] Their position on the periphery allowed them to avoid Coalition detection, especially prior to the troop surge in 2007.[496]

In December 2006, U.S. soldiers in Taji discovered a crude hand-drawn map depicting this series of Belts.[497] The materials found by U.S. forces showed that Zarqawi had concluded that if his organization could control these Baghdad Belts – that is, a series of interconnected roadways, rivers, and communication infrastructure leading directly into the Iraqi capital – then he could control Baghdad itself.[498] The U.S. Army's official study of the Iraq War described these interconnected networks:

---

[493] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network* (Institute for the Study of War, March 2008), p. 2, https://www.understandingwar.org/sites/default/files/reports/Targeting_the_Diyala_Suicide_Bombing_Network.pdf.

[494] Kimberly Kagan, et al., *Iraq Situation Report*, (Washington, DC: Institute for the Study of War, February 7, 2008), p. 10, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

[495] Ibid., p. 11.

[496] Ibid., p. 16

[497] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019), p. 58, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1932&context=monographs.

[498] Bill Roggio, "Analysis: ISIS, allies Reviving 'Baghdad Belts' Battle Plan," *Long War Journal*, June 14, 2014. https://www.longwarjournal.org/archives/2014/06/analysisisisallies.php; "Baghdad Belts," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.

The Baghdad belts were like suburbs—skeins of residential, agricultural, and light industrial areas abutting the capital's outer boundaries and extending about forty kilometers in all directions. North of Baghdad, the belts included the cities of At Taji, At Tarmiyah, Ba'qubah, and Buhriz. Circling around the capital to the east and south there was Besmaya, Nahrawan, Salman Pak, Al Mahmudiyah, and Al Yusufiyah, and to the west Al Fallujah, Ar Ramadi, and Al Karmah. Passing through these towns were many of the country's major roadways, most of them converging like spokes on the Baghdad hub. All this formed a vital network of lines of travel and communications between the capital and the rest of the country, and, while this was important to life and commerce, it was also exploited by the insurgents.[499]

The same study described how both the Zarqawi organization and Shia militias used these belts:

Between 2004 and 2006, Sunni extremists, al-Qaeda, and various Shi'ite militias gained increasing control in the Baghdad belts and used them to project forces and funnel supplies into the capital and to move freely around the city into the provinces. In January 2007, the Iraqi government described the belts as areas where, according to one account, "insurgents plan and manufacture the deadly explosives that detonate regularly in the city." An Iraqi official said that the government "believes that it is in this ring that the attacks are coming from."[500]

Immediately south of Baghdad, the towns of Mahmudiyah and Yusufiyah became especially known for violence as a result of a heavy Zarqawi organization presence. This area, extending from southern Baghdad to the Euphrates River in neighboring Babil Province, was known as the "Triangle of Death." A comprehensive report by the U.S. Army Center of Military History on the 2007-08 troop surge in Iraq describes the region:

Triangle of Death, [was] "a swath of territory where residents say insurgents have imposed draconian Islamic law, offered bounties for the killings of police, National Guardsmen, Shia pilgrims and foreigners, and carried out summary executions in the street." U.S. soldiers characterized the fighting there as the "war of the Iyahs," referring to the cluster of towns in an arc south of the capital—Al Mahmudiyah, Al Yusufiyah, Al Latifiyah, and Al Iskandariyah—which were hotbeds of resistance to coalition forces.[501]

---

[499] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008* (Washington, D.C.: Center for Military History, 2010), pp. 16-17, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.
[500] Ibid., p. 17.
[501] Ibid., p. 30.



*Figure 16: The Triangle of Death.*[502]

While multiple Sunni militant groups operated in Baghdad throughout the war, the Zarqawi organization was "the most important and most lethal Sunni insurgent group in Baghdad."[503] The Zarqawi organization waged a sectarian campaign, targeting Shias and Christians and subjecting the area's Sunnis to its politico-religious program. The Zarqawi organization operated throughout the city of Baghdad during the time period of attacks in this report, but it consolidated control in three principal districts by 2007: the Mansour District, part of the Rashid District, and the Adhamiyah District.[504]

---

[502] Jim Frederick, *Black Hearts: One Platoon's Descent into Madness in Iraq's Triangle of Death,* (New York: Crown Publishing Group, 2010), p. 1.

[503] Kimberly Kagan, et al., *Iraq Situation Report*, (Washington, DC: Institute for the Study of War, February 7, 2008), p. 16, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

[504] "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city-%D9%85%D8%AF%D9%8A%D9%86%D8%A9-%D8%A8%D8%BA%D8%AF%D8%A7%D8%AF.

*Figure 17: Areas of Baghdad under Zarqawi organization control in December 2006.*[505]

The Zarqawi organization was also responsible for numerous terrorist attacks throughout Baghdad outside of its areas of dominance. Zarqawi also sought to increase sectarian tensions between Baghdad's Shia and Sunni residents. Thus several of these attacks specifically targeted Shia-dominated districts.[506]

Writing in early 2008, after the U.S. had surged forces for most of the previous year, experts from the Institute for the Study of War described how the Zarqawi organization (then operating as the Islamic State of Iraq) and Iranian proxies had come to dominate Baghdad, making it "one of the most violent areas in all of Iraq."[507] Because Baghdad was strategically important for all actors, the Zarqawi organization and Iran's Shia proxies "embroiled" Baghdad "in a sectarian turf war," with "violence in the city reach[ing] unprecedented levels."[508] ISW's experts explained how the Zarqawi organization targeted the U.S.-led Coalition while also terrorizing local Iraqis:

> From these strongholds, AQI was able to conduct attacks not only on Iraqi civilians in predominantly Shi'a neighborhoods, but also on Coalition and Iraqi forces throughout the city. Al Qaeda's tactics include suicide bombings, improvised explosive device (IED) attacks, kidnapping and murder, sniper fire, mortar and rocket attacks. By the start of the Baghdad Security Plan, in February 2007, AQI had established a formidable network operating in its many sanctuaries in Baghdad and the belts. Although AQI's network has been substantially degraded within Baghdad over the course of 2007, it has proven its ability to reinfiltrate formerly cleared areas and

---

[505] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network*, (Institute for the Study of War, March 2008), p. 2, https://www.understandingwar.org/sites/default/files/reports/Targeting_the_Diyala_Suicide_Bombing_Network.pdf.

[506] Joel D. Rayburn and Frank K. Sobchak, "The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006," *US Army War College* (January 17, 2019), p.395.

[507] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006; "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city-%D9%85%D8%AF%D9%8A%D9%86%D8%A9-%D8%A8%D8%BA%D8%AF%D8%A7%D8%AF.

[508] Kimberly Kagan, et al., *Iraq Situation Report* (Washington, DC: Institute for the Study of War, February 7, 2008), pp. 15-16, https://www.understandingwar.org/sites/default/files/reports/Iraq Situation Report.pdf.

conduct destabilizing attacks, and therefore, it remains the primary enemy target for Coalition and Iraqi Forces.[509]

*Ansar al-Sunna (AAS) and Ansar al-Islam (AAI) in Baghdad Province*

AAS/AAI maintained a significant presence in Baghdad from 2003-2008, and frequently targeted Coalition forces alongside Iraqi Government officials.[510] While not as prolific as the Zarqawi organization, AAS/AAI conducted several bombings in Baghdad, including against the Iraqi police and American patrols.[511]

AAS/AAI utilized a variety of tactics over the course of the war in its attacks. The Stanford University Center for International Security and Cooperation noted that "small arms and IED attacks were the group's most commonly employed munitions, although the group also frequently used suicide bombers and car bombs. AI has also, on occasion, used rocket propelled grenades (RPGs) and anti-Aircraft weapons, including man portable air defense systems (MANPADS)."[512]

AAS/AAI had a loose partnership with the Zarqawi organization. There are numerous points of connection between the two militant groups. One significant interaction among this series of interactions—which are detailed in greater length in my *Expert Report & Declaration on Sunni Militant Organizations*—Abu Musab al-Zarqawi met with the leaders of AAS/AAI in 2004, around the time he had publicly sworn allegiance to al-Qaeda. During this meeting, AAS/AAI agreed to assist the Zarqawi organization, with the objective being "to increase the number of foreign suicide bombers infiltrating the country and use them to target the elections and the new government."[513] The relationship between AAS/AAI and the Zarqawi organization would, however, later decline around 2007.[514]

*Shia Militant Groups in Baghdad Province*

Iranian-backed Shia militant groups maintained a heavy footprint throughout Baghdad during the relevant time-period. The main conduit for Iran's lethal support inside Baghdad was Jaysh al-Mahdi (JAM). JAM was part of a movement led by Muqtada al-Sadr, a periodically Iranian-allied Shia cleric. By 2007, JAM either controlled or had a significant presence in most of Baghdad's nine districts, including: 9 Nissan, Adhamiyah, Kadhimiyah, Karadah, Rusafa, Sadr City, and West Rasheed.[515] The Sadr City area of Baghdad was the "center of the Mahdi Army's power base."[516] According to intelligence gathered by the U.S.-led Coalition, there were approximately 10,000 "mainstream JAM

---

[509] Ibid., pp. 17-18.

[510] Mapping Militant Organizations, "Ansar al-Islam," Stanford University, n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam.

[511] "Newsletter for Ansar al-Sunna Army Operations in Iraq [trans. from Arabic]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2190404.htm.

[512] Mapping Militant Organizations, "Ansar al-Islam," Stanford University, n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam.

[513] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006* (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 394, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[514] See, for example, Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019) p. 58, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1932&context=monographs.

[515] "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city-مدينة-بغداد.

[516] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, p. 357.

members" inside Sadr City, with an additional 500 to 600 members of Iran's Special Groups, "who received training and funding from the Iranian Revolutionary Guards and Qods Force."[517]

JAM often fought for control of Baghdad neighborhoods with AQI, most commonly in the form of sectarian cleansing and reprisals. Unaligned Baghdad civilians were caught in the middle and subjected to violence as the fighting between both groups intensified in after 2005.[518] Within Shia neighborhoods of Baghdad, JAM also worked to provide social services and support to citizens, filling a gap left by a dysfunctional Iraqi central government.[519] In many cases, the Shi'a-heavy Iraqi security forces would openly support the violent actions of Shi'a militia groups, blurring the lines of acceptable behavior and further eroding Iraqi Government legitimacy.[520]

In addition to JAM, Iran also supported other Shia militias in Baghdad. Some Shia militant groups emerged from breakaway factions of JAM in mid-2004, and would come to be referred to as Iran's "Special Groups."[521] Iran provided these militant groups with "between $750,000 and $3 million worth of funding and equipment each month."[522]

While dominating Baghdad's predominantly Shia neighborhoods, Iranian-backed Shia groups also targeted U.S., Coalition, and Iraqi forces in the so-called Green Zone of Baghdad. Iran's provision of training and arms increased the efficacy of these groups. "We have found a few people that were Shi'a extremists that were connected to – that had some training in Iran – those mostly being the mortar and rocket teams inside of Baghdad where they were trained in Iran and came in here to conduct attacks against not only coalition and Iraqi security forces, but government of Iraq targets inside of the Green Zone," Lt. Gen. Odierno said during a press briefing in June 2007.[523] Odierno added that Iran was "trying to surge their support to Shi'a extremists" and the U.S.-led Coalition had "seen an increased flow of training to mortar teams and rocket teams," as well as "an increase in some flow of weapons and munitions into Iraq."[524] Odierno added that "we are working very hard to cut those lines every day from Iran."[525]

---

[517] Ibid., p. 356.

[518] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 494, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[519] Bruce Pirnie and Edward O'Connell, "Counterinsurgency in Iraq (2003-2006)," *RAND Corporation, (2008)*, p. 32.

[520] Ibid., p. 636.

[521] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008). At the time, Felter was an active-duty colonel and a national security affairs fellow at Stanford University's Hoover Institution, while Fishman served as the director of research at the Combating Terrorism Center at West Point and an assistant professor in the U.S. Military Academy's department of social sciences. The Combating Terrorism Center at West Point is a research institute that provides training, research, and analysis to the highest levels of government and academia. The institution serves as a nexus for academic and counterterrorism practitioner collaboration, particularly through its peer-reviewed journal, *CTC Sentinel*, and its Harmony database, which is an open-source collection of primary-source documents that provide an inside look at militant groups' inner structural dynamics.

[522] Dale Andrade, Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008, (Washington, D.C.: Center for Military History, 2010), p. 175, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[523] "Department of Defense Special Briefing with Lt. Gen. Odierno from the Pentagon Briefing Room, Arlington, Va., June 22, 2007," republished by *Global Security*, June 22, 2007, https://www.globalsecurity.org/military/library/news/2007/06/mil-070622-dod01.htm.

[524] Ibid.

[525] Ibid.

Throughout 2007 and 2008, the U.S. and its partners launched a series of raids against Iran's Special Groups personnel in Baghdad who were suspected of attacking Coalition forces. These raids targeted: a "senior Special Groups leader" who was "accused of being a key facilitator in the procurement and movement of weapons in northeast Baghdad, as well as being involved in the kidnapping, torture and death of Iraqi citizens who did not adhere to his beliefs"[526]; a "suspected Special Groups officer in eastern Baghdad" was "believed to be directly involved in kidnapping, murder, extortion, sectarian indirect fire attacks and improvised explosive device attacks on a U.S. Soldiers"[527]; a special groups leader allegedly led a "group" that was "responsible for improvised explosive device emplacement and indirect fire attacks against coalition forces";[528] special groups members who were "allegedly responsible for torture activities and roadside bomb attacks in the Hurriyah area" of Baghdad, and "suspected of making car bombs for attacks against Iraqis";[529] and a "suspected special groups criminal cell leader" who was "suspected of murdering Sunni Iraqis and conducting roadside bomb attacks against coalition forces and Iraqi security forces."[530] These are just several examples of Special Groups personnel targeted in the U.S.-led Coalition's raids. Still other suspected special groups leaders and members were detained in Baghdad as well.[531]

I now turn to the attacks in Baghdad Province that the Plaintiffs have asked me to assess.

### Attack #13 – April 9, 2004 Complex Ambush Attack in Abu Ghraib, Baghdad Province that Killed U.S. Army Reserve Sergeant Elmer Krause and KBR Civilian Contractors Tony Johnson, Jack Montague, Stephen Hulett, and Timothy Bell

*Geography: Abu Ghraib, Baghdad Province*
*Attack Type: Complex Ambush Attack*
*Direct Victim(s): SGT Elmer Krause and KBR Contractors Tony Johnson, Jack Montague, Stephen Hulett and Timothy Bell*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 128, Department of the Army, "Report of Casualty – Timothy Bell," (June 30, 2010).

---

[526] Multi-National Division-Baghdad Public Affairs Office, "Paratroopers Capture Senior Special Groups Leader," February 29, 2008, https://www.dvidshub.net/news/16844/paratroopers-capture-senior-special-groups-leader.

[527] Multi-National Division-Baghdad Public Affairs Office, "MND-B Soldiers Detain Suspected Special Groups Leader," July 12, 2008, https://www.dvidshub.net/news/21441/mnd-b-soldiers-detain-suspected-special-groups-leader.

[528] Multi-National Division-Baghdad Public Affairs Office, "Baghdad Soldiers Detained Suspected Special Groups Criminals in Baghdad's Rashid District," October 15, 2008, https://www.dvidshub.net/news/25128/multi-national-division-baghdad-soldiers-detained-suspected-special-groups-criminals-baghdads-rashid-district.

[529] Ibid.

[530] Multi-National Division – Baghdad Public Affairs Office, "Soldiers Detain Special Groups Criminal Cell Leader, Accomplice in Abu T'shir," October 25, 2008, https://www.dvidshub.net/news/25522/multi-national-division-baghdad-soldiers-detain-special-groups-criminal-cell-leader-accomplice-abu-tshir.

[531] Multi-National Division – Baghdad Public Affairs Office, "Baghdad Soldiers Arrest Special Groups Criminals in Kamaliyah," October 15, 2008, https://www.dvidshub.net/news/25052/multi-national-division-baghdad-soldiers-arrest-special-groups-criminals-kamaliyah; "Baghdad Soldiers Detain Special Groups Criminal in Rashid District," November 16, 2008, https://www.dvidshub.net/news/26424/multi-national-division-baghdad-soldiers-detain-special-groupscriminal-rashid-district.

- PEX 129, Department of the Army, "Memorandum for Commander 172d Corps Support Group, LAS Anaconda, APO AE 09391," (August 2, 2004).
- PEX 130, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Stephen Hulett," (April 18, 2004).
- PEX 131, Office of the Armed Forces Medical Examiner, DHA FOIA 22-00085, "Autopsy Report – Alan Bean," (August 3, 2004).
- PEX 132, U.S. Department of Defense, "News Release - DOD Announces Change-in-Status of an Army Soldier Casualty," (April 24, 2004).

*Attack Description*

On April 9, 2004, U.S. Army Reserve Sergeant (SGT) Elmer Krause was serving with Army Reserve's 724th Transportation Company and KBR contractors Mr. Tony Johnson, Mr. Jack Montague, Mr. Stephen Hulett, and Mr. Timothy Bell at Logistics Support Area (LSA) Anaconda, also known as Camp Anaconda.[532] Camp Anaconda was located in Balad, Saladin Province.[533]

On April 8, the U.S. Army requested that KBR, a civilian contractor, send an emergency convoy to the north gate of Baghdad International Airport (BIAP) to supply fuel for U.S. forces.[534] KBR employees were accompanied by 724th Transportation Company, which was tasked with protecting the unarmed KBR drivers.[535] According to a book authored by the chief historian for the U.S. Army Center of Military History entitled *Tip of the Spear*, the convoy consisted of 26 vehicles, a mix of High Mobility Multipurpose Wheeled Vehicles (HMMWVs, also known as "Humvees") and fuel tankers.[536] Mr. Hulett was driving Tanker 7.[537] Mr. Johnson was driving Tanker 8.[538] Mr. Montague was driving Tanker 10.[539] SGT Krause was a passenger in Tanker 12.[540] Mr. Bell was driving Tanker 15.[541]

At approximately 10:15, the convoy left Camp Anaconda for BIAP.[542] According to *Tip of the Spear*, the planned route was for the convoy to drive through Abu Ghraib on Route Huskies, also known as Route Sword, and exit onto Route Cardinal, passing a "milk factory" before arriving at BIAP.[543]

According to the Operations Report describing this attack:

---

[532] PEX 128, Department of the Army, "Report of Casualty – Timothy Bell," (June 30, 2010), p. 2; PEX 130, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Stephen Hulett," (April 18, 2004), p. 3; Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007,* (Center of Military History, United States Army, 2009) p. 54, https://history.army.mil/html/books/iraq/TotS/Tip_Spear.pdf.

[533] Jerome Bishop, "History of LSA Anaconda", Department of the Army 1st Corps Support Command Public Affairs Office, March 3, 2005, https://www.dvidshub.net/news/printable/1243.

[534] PEX 129, Department of the Army, "Memorandum For Commander 172d Corps Support Group, LAS Anaconda, APO AE 09391," (August 2 2004), p. 3; T. Christian Miller, "Iraq Convoy Was Sent Out Despite Threat", *Los Angeles Times,* September 3, 2007, p. 6.

[535] Brian Leonard, "Battlefield Diaries: Baghdad Convoy Attack", April 4, 2006, 8:00, https://vimeo.com/405899955.

[536] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007,* (Center of Military History, United States Army, 2009) p. 54, https://history.army.mil/html/books/iraq/TotS/Tip_Spear.pdf.

[537] Ibid.

[538] Ibid.

[539] Ibid., p. 65.

[540] Ibid., p. 54.

[541] Ibid.

[542] Brian Leonard, "Battlefield Diaries: Baghdad Convoy Attack", April 4, 2006, 18:20, https://vimeo.com/405899955.

[543] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007*, p. 59.

724 Trans [Transportation] convoy hit a roadblock at MB200846 [Military Grid Reference Coordinates of the location of the roadblock]. They then received small arms fire with [redacted]. The convoy pushed through the road block and was then ambushed with approximately 15 RPGS [rocket propelled grenades] and additional small arms.[544]

*Tip of the Spear* describes the next stage of the attack:

To the men in the convoy, it seemed that hundreds of insurgents were firing rifles and rocket-propelled grenades (RPGs) and triggering IEDs [improvised explosive devices]. Although it was hard to tell for sure in the blur of intense combat, the enemy also may have employed heavy machine guns and mortars.[545]

As the ambush progressed on Route Huskies, the vehicles in the convoy sustained damage, forcing drivers and passengers from their vehicles into the ambush zone.[546] Tanker 8 sustained significant damage, causing the vehicle to crash, killing Mr. Johnson.[547] Mr. Hulett, who had exited his tanker after it fishtailed and crashed, was killed by gunfire during the ambush.[548]

As the convoy turned onto Route Cardinal, enemy fire increased, incapacitating more vehicles.[550] At this point, Mr. Montague's vehicle was destroyed by enemy fire, resulting in his death.[551] Vehicles that remained operable continued through the kill zone, collecting injured convoy members along the way.[552]

SGT Krause was shot when the personnel in Tanker 2 evacuated into Tanker 12. Tanker 12 then caught fire, and SGT Krause was not seen evacuating the vehicle with the other members of the convoy.[553] According to a Department of Defense news release, SGT Krause was listed as "whereabouts unknown" until his remains were identified on April 23, 2004.[554]

After operable vehicles arrived at BIAP, they returned to the kill zone to retrieve other members of the convoy who had been wounded in the ambush.[555] Despite rescue efforts, the ambush killed six KBR drivers and two servicemen. Three convoy members, including Mr. Bell, were deemed missing.[556]

---

[544] PEX 131, Department of the Army, USCENTCOM FOIA 22-0145, Ops Report "Coordinated ATTK on 724TC Convoy in Zone 35: 1US KIA; 1 NEU Killed," (April 9, 2004), p. 2.
[545] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007*, p. 61.
[546] Ibid., p. 59.
[547] Ibid., p. 62.
[548] Ibid.
[549] PEX 130, p. 3.
[550] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007*, p. 68.
[551] Ibid., p. 65.
[552] Ibid., p. 68.
[553] Ibid.
[554] PEX 132, U.S. Department of Defense, "News Release - DOD Announces Change-in-Status of an Army Soldier Casualty," (April 24, 2004), p. 2.
[555] Brian Leonard, "Battlefield Diaries: Baghdad Convoy Attack", April 4· 2006, 36:04 https://vimeo.com/405899955.
[556] T. Christian Miller, "Iraq Convoy Was Sent Out Despite Threat," *Los Angeles Times,* September 3, 2007.

Mr. Bell was never found and was declared dead on April 26, 2010.[557] The attack, which received extensive media coverage from the *Los Angeles Times*, CNN, and local news outlets, came to be known as the "Good Friday Ambush."[558]

*Attack Attribution*

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this complex ambush. This conclusion is based on the following data points: (1) the geographic location and time period of the attack; (2) the tactics, techniques, and procedures (TTPs) used in this attack; and (3) U.S. Government reporting suggesting the Zarqawi organization's involvement.

The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi organization underwent one such name change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI). As this attack occurred before JTJ took on the moniker of AQI, this attribution will refer to the group as JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to JTJ's responsibility. This attack took place on Route Cardinal and Route Sword (also known as Route Huskies), by the north gate of BIAP on April 9, 2004.[559] The map below provides the approximate location of the attack.

---

[557] Ibid.; "Timothy Bell Obituary," *Press Register* (Birmingham, Alabama), April 8, 2011, https://obits.al.com/us/obituaries/mobile/name/timothy-bell-obituary?id=11901017.

[558] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007* (Center of Military History, United States Army, 2009), p. 4, https://history.army.mil/html/books/iraq/TotS/Tip_Spear.pdf; T. Christian Miller, "Iraq Convoy Was Sent Out Despite Threat," *Los Angeles Times*, September 3, 2007; Brian Leonard, "Battlefield Diaries: Baghdad Convoy Attack", April 4 2006, 36:04 https://vimeo.com/405899955; J.M. Brown, "Krause Family Laments its Loss," *Times-Herald* (Vallejo, California), April 27, 2004; "I Just Knew He Was Dead – Contractors Survive Attack in Iraq", *CNN*, April 15, 2004.

[559] Hoffman, *Tip of the Spear*, p. 59.



*Figure 18: Approximate location of the attack.*

[60] JTJ had a strong presence in Fallujah at the time, because it had concentrated fighters there to combat Coalition forces in the First Battle of Fallujah (April 4 to May 1, 2004).[561] At the same time, JTJ retained a presence in Baghdad Province during the run-up to the battle and beyond its conclusion, as indicated by the following:

- In February 2004, U.S. forces killed Abu Mohammed Hamza – an expert bombmaker for Zarqawi's network – in a firefight that sources state occurred "west of Baghdad."[562]
- On March 2, 2004, JTJ suicide bombers targeted a mosque in the city of Baghdad.[563]
- On May 7, 2004, JTJ executed American businessman Nicholas Berg in Baghdad.[564]
- On May 17, 2004, JTJ perpetrated a suicide bomb attack on Iraqi Governing Council head Ezzedine Salim near Coalition Headquarters, just east of Abu Ghraib.[565]

As the year unfolded, JTJ solidified its operational presence in Baghdad, including in Abu Ghraib. On October 15, 2004, the U.S. Department of State officially designated Zarqawi's JTJ as a foreign

---

[560] PEX 130, p. 2.

[561] "Chapter 4: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 17, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[562] "U.S. Troops Kill Top Zarqawi Operative Near Baghdad," *Tampa Bay Times,* February 25, 2004, https://www.tampabay.com/archive/2004/02/25/u-s-troops-kill-top-zarqawi-operative-near-baghdad/.

[563] Dexter Filkins, "Iraq Videotape Shows the Decapitation of an American," *New York Times,* May 12, 2004, https://www.nytimes.com/2004/05/12/international/middleeast/iraq-videotape-shows-the-decapitation-of-an.html.

[564] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004* (Quantico, VA: Marine Corps University, 2006), https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[565] "Al-Qaeda Group Claims Salim Death," *BBC,* May 19, 2004, http://news.bbc.co.uk/2/hi/middle_east/3727597.stm; "Head of Governing Council Killed," *New York Times,* May 17, 2004.

terrorist organization (FTO), specifying Baghdad as a locus of the group's activities.[566] Much of this activity occurred in or near the Abu Ghraib neighborhood.[567]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a complex ambush attack. As previously indicated, the 724th Transportation Company convoy was targeted with small arms fire after hitting a roadblock. The convoy pushed through the roadblock and was then ambushed with approximately 15 RPGS and additional small arms.[568] In the midst of the attack, several members of the convoy were kidnapped by the perpetrators.[569]

At the time of this attack, JTJ possessed the weapons and commonly used the tactics observed in the Good Friday Ambush. According to the U.S. Central Command (CENTCOM) report on the insurgency in Al Anbar Province, insurgents in Fallujah (which was largely dominated by JTJ) "possessed small arms, RPGs, machine guns, IEDs, and mortars" by mid-2004.[570] Further, a report by the Australian Government notes that from 2002 to 2005, "particular terrorist activities [by JTJ] include vehicle bombs, small arms ambushes, kidnappings and executions."[571]

Moreover, JTJ regularly conducted similarly complex ambushes against Coalition forces, as demonstrated by the following attacks:

- On June 24, 2004, JTJ members ambushed U.S. soldiers using "roadside bombs as well as small-arms and rocket-propelled grenade fire" in Baquba, Diyala Province.[572]
- On October 18, 2004, JTJ ambushed an Iraqi National Guard Compound North of Baghdad. The ambush employed small arms fire and mortars.[573]
- On October 20, 2004, JTJ claimed responsibility for an attack on a U.S. Military convoy west of Fallujah.[574]

---

[566] U.S. Department of State, press release, "Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases," (October 15, 2004), https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm; Edward Wong & Terence Neilan, "Baghdad Bombers Hit Green Zone," *New York Times*, October 15, 2004, https://www.nytimes.com/2004/10/15/world/baghdad-bombers-hit-green-zone.html.

[567] "Zarqawi Group Claims Baghdad Attacks," Agence France Presse, September 12, 2004; "Zarqawi Group Claims Iraq Suicide Attacks," Australian Broadcasting Corporation, October 1, 2004; Robert H. Reid, "Attacks Rip Iraq's Center," Associated Press, November 6, 2004; Edward Wong, "Ambush Kills 50 Iraq Soldiers Execution Style," *New York Times*, October 25, 2004, https://www.nytimes.com/2004/10/25/world/middleeast/ambush-kills-50-iraq-soldiers-execution-style.html.

[568] PEX 131, p. 2.

[569] PEX 130, p. 2.

[570] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province,* Iraq (CENTCOM, June 13, 2007), p. 20.

[571] "Review of the Listing of Ranzim Qa'idat al-Jihad fi Bilad al-Fafidayn (The al-Zarqawi Network) as a Terrorist Organization," *Parliamentary Joint Committee on ASIO, ASIS, and DSD,* (Australia, May 2005), https://www.aph.gov.au/Parliamentary_Business/Committees/Joint/Former_Committees/picaad/al_zarqawi/chapter2.

[572] Edward Wong & Jeffrey Gettleman, "Scores Are Killed as Rebel Attacks Ripple Across Iraq," *The New York Times*, June 24, 2004.

[573] "Officials Suspect Infiltrators May Have Set up Killing of 50 Soldiers," Associated Press, October 24, 2004.

[574] "Al-Zarqawi Claims He Launched U.S. Attack," *Sydney Morning Herald*, October 20, 2004, https://www.smh.com.au/world/al-zarqawi-claims-he-launched-us-attack-20041020-gdjyd3.html.

- On October 25, 2004, JTJ attacked an Australian Defense Force convoy in Baghdad.[575]

*U.S. Government Reporting.* U.S. military officials have stated that a JTJ leader named Hammadi Awdah Abd Farhan (a.k.a. Hajji Hammadi, and also Abd al-Salam Ahmad Abdallah al-Janabi) was responsible for the attack on the convoy carrying Mr. Johnson, Mr. Montague, Mr. Bell, Mr. Hulett, and SGT Krause.[576] This claim is supported by Farhan's connections to JTJ and his established presence in the Baghdad area in 2004.[577] According to the U.S. Department of Defense (DoD), Farhan had longstanding connections to JTJ. Reporting on DoD's revelations, the American Forces Press Service noted that Farhan "was affiliated with al-Qaida in Iraq since its inception and assumed his role as the al-Qaida in Iraq leader of the Karmah and Abu Ghraib areas west of Baghdad in 2004, officials said. He is believed to have connections with the country's legacy al-Qaida leadership, including al-Qaida in Iraq founder Abu Musab al-Zarqawi and the terrorist group's current leaders."[578]

The U.S. military also assessed that Farhan, in his capacity as a regional AQI leader, was responsible for the April 9, 2004 attack that killed Mr. Johnson, Mr. Montague, Mr. Bell, Mr. Hulett, and SGT Krause. Reporting on the military's assessment, the *Washington Post* reported that "the military said Farhan was behind the April 9, 2004, kidnapping of Sgt. Keith Matthew Maupin, [another member of the 724th Transportation Corp who went missing during the attack], during an attack on his fuel convoy."[579]

Farhan's role as an emir (military leader) of JTJ in Baghdad is consistent with pertinent information regarding the Good Friday Ambush. The convoy was driving through the Abu Ghraib area west of Baghdad when it was attacked.[580] U.S. officials have revealed that, as the emir of this area, Farhan was responsible for the planning and execution of several attacks on Coalition forces, Iraqi police, Iraqi government officials, and Iraqi citizens.[581] Farhan had also carried out multiple assassinations of members of the "Sons of Iraq" pro-government militia in the Baghdad area.[582]

*Ruling Out Other Insurgent Groups.* It is unlikely that Jaysh al-Mahdi (JAM), the other insurgent group with a significant presence in Abu Ghraib, conducted this attack.

Some observers initially suspected that JAM was responsible for the attack because it coincided with the Sadrist uprising in Sadr City, a neighborhood in eastern Baghdad.[583] JAM also launched a series of

---

[575] Richard Oppel Jr., "New Violence Flares in Iraq, After Executions Leave 49 Dead," *New York Times*, October 25, 2004.
[576] Mary Beth Sheridan, "U.S. Reports Killing of Iraqi Blamed in Reservist's Death," *Washington Post*, November 21, 2008, https://www.washingtonpost.com/wp-dyn/content/article/2008/11/20/AR2008112003504.html.
[577] "Coalition Forces Capture Five Wanted Men, 10 Additional Suspects," American Forces Press Service, November 20, 2008, http://archive.defense.gov/news/newsarticle.aspx?id=52026.
[578] Ibid.
[579] Mary Beth Sheridan, "U.S. Reports Killing of Iraqi Blamed in Reservist's Death," *Washington Post*, November 21, 2008, https://www.washingtonpost.com/wp-dyn/content/article/2008/11/20/AR2008112003504.html.
[580] Roy Hallums & Audrey Hudson, *Buried Alive: The True Story of Kidnapping, Captivity, and a Dramatic Rescue* (Nashville: Thomas Nelson, 2009), p. xvii.
[581] "Coalition Forces Capture Five Wanted Men, 10 Additional Suspects," American Forces Press Service, November 20, 2008, http://archive.defense.gov/news/newsarticle.aspx?id=52026.
[582] Thomas Frank, "Search Continues for Two Missing U.S. Soldiers," *USA Today*, August 8, 2008, http://usatoday30.usatoday.com/news/world/iraq/2007-08-07-mia-cover_N.htm.
[583] Richard E. Killblane, "Iraq and Afghanistan," *Convoy Ambush Case Studies* vol. 2 (2015), http://www.transportation.army.mil/history/publications/0336_0339_Ambush_Vol_2.pdf; Joel D. Rayburn & Frank K.

attacks in Abu Ghraib with similar TTPs in the week of the Good Friday Ambush.[584] However, given JTJ's significant presence in the region, routine employment of ambushes in this timeframe, *and* the U.S. government's authoritative conclusion that JTJ conducted the attack, it is unlikely that JAM perpetrated the Good Friday Ambush. Importantly, Iran also provided material support to JAM during this time, and thus the small possibility that they conducted this attack does not undermine my conclusion concerning Iranian support for this attack.[585]

*Iranian Support.* Iran provided support to JTJ, and this support had a reasonable connection to the attack that killed SGT Krause, Mr. Johnson, Mr. Montague, Mr. Hulett and Mr. Bell. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[586] The following information further demonstrates the significance of Iran's support to JTJ at the time and in vicinity of this attack:

- Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command-and-control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other JTJ operatives prior to the 2003 U.S. invasion of Iraq.[587] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in neighboring Al Anbar Province in 2004, including Fallujah.[588]

- Iran supported JTJ militants in Baghdad Province, where the attack occurred, through provision of arms and intelligence. In December 2006, evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including JTJ – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[589]

- Iran provided JTJ with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to JTJ from the

---

Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 325, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[584] "April Uprising," The Official Website of the United States Army Transportation Corps and Transportation School, https://transportation.army.mil/history/april_uprising.html.

[585] One early journalistic account revealing Iran's funding for Shia militants in Iraq was "The Iran Connection," written by Edward T. Pound. Appearing in *U.S. News & World Report* in November 2004, Pound's report was based primarily on a review of "classified intelligence reports covering the period July 2003 through early 2004." Pound described Iran as Muqtada al-Sadr's "principal supporter" and revealed that "months before the worst of the insurgency in southern Iraq began" in April 2004, "U.S. intelligence officials tracked reported movements of Iranian money and arms to forces loyal to Sadr." Edward T. Pound, "The Iran Connection," *U.S. News & World Report*, November 22, 2004.

[586] See my Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[587] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf

[588] See my Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[589] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

beginning of their support for the group.[590] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where JTJ maintained strong areas of operations - including Abu Ghraib, where this attack occurred.[591]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by the JTJ.[592] Additionally, this Court previously found that the successful use of RPGs indicates training, which likely would have come from Iran; this Court has also previously found that Iran provided RPGs to JTJ.[593]

- Iran provided support to JTJ before, during, and after this attack in multiple ways. In February 2012, the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified the JTJ at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[594] This designation relies upon extensive research and data collection and reflects a demonstrated pattern of Iranian support to JTJ.

<u>Summary</u>

In summary, I conclude that it is very likely that JTJ carried out the April 9, 2004 attack in Abu Ghraib, Baghdad that killed U.S. Army Reserve SGT Elmer Krause, Mr. Tony Johnson, Mr. Jack Montague, Mr. Stephen Hulett, and Mr. Timothy Bell based on the following:

- JTJ operated in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.
- U.S. Government reporting indicates that JTJ conducted the attack.

I further conclude that Iran's material support had a causal connection to the success of JTJ's commission of this attack.

---

[590] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *Atlantic*, July/August 2006.

[591] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7,11,12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[592] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[593] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023).

[594] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

**Attack #24 – April 24, 2004 Artillery Attack in Taji, Baghdad Province that Killed Arkansas National Guard Captain Arthur Felder and Staff Sergeant Billy Orton**
*Geography: Taji, Baghdad Province*
*Attack Type: Artillery Attack*
*Direct Victim(s): CPT Arthur L. Felder and SSG Billy J. Orton*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 133, CENTCOM, USCENTCOM FOIA 22-0110, Ops Report, "Rocket Attk on Camp Cooke (Taji): 4 CF KIA, 7 CF WIA," (April 24, 2004).
- PEX 134, Department of the Army, "Report of Casualty – Arthur Felder," (April 30, 2004).
- PEX 135, Department of the Army, "Report of Casualty – Billy Orton," (May 3, 2004).
- PEX 136, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Billy Orton," (May 20, 2004).
- PEX 137, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Arthur Felder," (February 11, 2005).

*Attack Description*
On April 24, 2004, Captain (CPT) Arthur Felder and Staff Sergeant (SSG) Billy Orton were serving with the 39th Support Battalion, 39th Brigade Combat Team, 1st Cavalry Division of the Army National Guard at Camp Cooke, also known as Camp Taji.[595] Camp Cooke is located in Taji, Baghdad Province.

According to the U.S. Central Command's (CENTCOM) Operations Report, "at 0505, Camp Cooke was ATTK [attacked] with 2x 57MM Rockets IVO [in vicinity of] Taji."[596] The report states a second round of fire hit the camp:

> The second RND [round] hit an accommodation trailer and resulted in 4x CF [Coalition Forces] KIA [killed in action] and 7x CF WIA [wounded in action] (3x VSI [very seriously injured]). The rockets were launched from an IZ [International Zone] truck. At 0515, 2X OH-58s [Kiowa Warrior helicopters] engaged and destroyed the launch vehicle (enemy were seen fleeing the vehicle).[597]

██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████████████ ■ Though this
contrasts with the Operation Report's finding that rockets were used in this attack, that discrepancy

---

[595] PEX 133, CENTCOM, USCENTCOM FOIA 22-0110, Ops Report, "Rocket Attk on Camp Cooke (Taji): 4 CF KIA, 7 CF WIA," (April 24, 2004), p. 2; PEX 134, Department of the Army, "Report of Casualty – Arthur Felder," (April 30, 2004), p. 2; PEX 135, Department of the Army, "Report of Casualty – Billy Orton," (May 3, 2004), p. 2.
[596] PEX 133, p. 2.
[597] PEX 133, p. 2.
[598] PEX 136, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Billy Orton," (May 20, 2004), p. 3; PEX 137, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Arthur Felder," (February 11, 2005), p. 3.

is not material: rockets and mortars both represent artillery attacks, and they will inflict comparable damage on their targets.[599]

*Attack Attribution*

I conclude that Ansar al-Islam (AAI) (as Ansar al-Sunna (AAS)) likely committed this artillery attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Ansar al-Islam (AAI) organization has undergone several name changes since the group's founding in 2001. Originally established under the name Jund al-Islam, the group later adopted the name Ansar al-Islam (AAI). On September 20, 2003 the group changed its name again to Ansar al-Sunna. Given that this attack occurred after the group's name change in 2003, this attribution will refer to the group as Ansar al-Sunna (AAS). However, some sources may refer to the group as Ansar al-Islam.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to AAS's responsibility. This attack took place at Camp Cooke, Taji, Baghdad Province on April 24, 2004, only seventeen miles north of Baghdad City. Taji is located in the Sunni Triangle, a geographical region with a Sunni majority bounded by Baghdad, Ramadi, and Tikrit in northern Iraq. The below map provides the approximate location of the attack.



*Figure 19: Approximate location of the attack in Taji, Baghdad Province.*

---

[599] Per Jonathan Pike, director of GlobalSecurity.org, for *Slate*: "The damage done by a single small rocket is equivalent to the damage done by a small mortar shell. A single large rocket inflicts damage equivalent to that of a large mortar shell." "Explainer: What are Mortars, Rockets, and Grenades?," *Slate*, May 8, 2001, https://slate.com/news-and-politics/2001/05/what-are-mortars-rockets-and-grenades.html.

At the time of the attack, AAS maintained an operational presence in Baghdad Province and northern Iraq more generally. In addition to operations conducted throughout northern Iraq, propaganda released by Ansar al-Sunna in February 2004 suggests that the group was concentrated in Mosul, Baghdad, Kirkuk, and Ramadi during the first half of 2004.[600] An expert report published in May 2004 states that AAS's area of operations included "Baghdad, the Sunni triangle, and northern Iraq."[601]

AAS's presence in the area proximate to Baghdad City around the time of this attack is also demonstrated by the following AAS claims of responsibility for attacks on Coalition and Iraqi forces:

- On April 11, 2004, AAS claimed responsibility for an attack on a U.S. base in Balad.[602]
- On April 12, 2004, AAS claimed responsibility for an attack north of Baghdad. The claim stated: "The heroic mujahedin planted an ambush for an American patrol north of Baghdad, and the result was the destruction of two Humvees and the killing of those in them."[603]

These claims demonstrate that AAS conducted attacks north of Baghdad City—near Taji—immediately prior to the April 24, 2004 attack that killed CPT Felder and SSG Orton. AAS also maintained an operational presence in Taji itself even after this attack, as demonstrated by an AAS claim of responsibility for executing an Iraqi contractor in Taji in October 2004.[604]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AAS was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted an indirect fire attack using rockets or mortars.

---

[600] These attacks include the August 7, 2003, attack against the Jordanian Embassy in central Baghdad; the August 19, 2003, Canal Hotel bombing in Baghdad which targeted the U.N.'s presence in Iraq; the August 29, 2003, car bombing in Najaf that killed 82 people; the October 9, 2003, bombing of the International Committee of the Red Cross headquarters in Baghdad; the October 14, 2003, car bomb attack against the Turkish Embassy in Baghdad; the November 12, 2003, bombing of the Italian paramilitary police command and control post in Nasiriyah; the November 20, 2003, attack against the PUK headquarters in Kirkuk; the November 29, 2004, ambush of vehicles carrying Spanish intelligence officers; the December 12, 2003, attack against a U.S. facility in Ramadi; the January 5, 2004, ambush and killing of Canadian and British citizens; the January 18, 2004, bombing of the coalition headquarters in Baghdad; the January 31, 2004, bombing of the al-Taqafah police center in Mosul; the February 23, 2004, bombing of the Rahimawa police station in Kirkuk; the March 3, 2004, simultaneous bombings of Shia shrines in Baghdad and Karbala that killed at least 143 worshippers; and the March 28, 2004, ambush of British and Canadian contractors near Mosul.
United Nations, "Report of the Independent Panel on the Safety and Security of UN Personnel in Iraq," October 20, 2003, p. 13, https://www.un.org/News/dh/iraq/safety-security-un-personnel-iraq.pdf; Rabasa et al., *Beyond Al-Qaeda: The Global Jihadist Movement*, pp. 139–40; United Nations High Commissioner for Refugees, "Chronology of Events in Iraq, February 2004" (February 2004); Rory McCarthy, "Attacks Increase Ethnic Tension Ahead of Handover," *The Guardian*, February 2, 2004; Jeffrey Gettleman & Edward Wong, "Twin Bombings in Northern Iraq Kill at Least 56," *The New York Times*, February 1, 2004; Joel Roberts, "Iraq Suicide Bomber Caught on Tape," *CBS News*, February 4, 2004; United Nations High Commissioner for Refugees, "Chronology of Events in Iraq, February 2004."
[601] Michael Rubin, "Ansar al-Sunna: Iraq's New Terrorist Threat," *The Middle East Intelligence Bulletin, 6*:5, (May 2004), https://www.meforum.org/meib/articles/0405_iraq1.htm.
[602] Sewell Chan et al., "U.S. Calls for Cease-Fire in Fallujah," *Washington Post,* April 11, 2004, https://www.washingtonpost.com/archive/politics/2004/04/11/us-calls-for-cease-fire-in-fallujah/1e40f748-f443-438f-a86e-d5f64f0b48ca/.
[603] "النشرة الإخبارية لعمليات جيش أنصار السنة في العراق [Newsletter for Ansar al-Sunna Army Operations in Iraq]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2_190404.htm.
[604] Zidan Kalaf, "U.S., Iraqi Officials Declare Success in Samarra Assault; 125 Rebels Killed," The Associated Press, October 3, 2004.

AAS commonly used both rockets and mortars in attacks against Coalition forces.[605] Thus, the discrepancy in reports concerning the type of weapon is immaterial to my attribution of responsibility because the use of one or the other—or both weapons—does not impact the likelihood that AAS perpetrated the attack.

In the same month of the attack on CPT Felder and SGG Orton, AAS claimed responsibility for the following attacks using similar types of mortar and rocket weapons, which the group sometimes describes as "missiles:"

- An April 11, 2004 Katyusha rocket attack on a U.S. base, location not given.[606]
- An April 11, 2004 rocket and mortar attack on a U.S. base, location not given.[607]
- An April 12, 2004 mortar attack on Iraqi police in Yusufiyah, Babil Province.[608]
- An April 13, 2004 missile attack on U.S. forces in Mahmudiyah, Babil Province.[609]
- An April 13, 2004 missile attack on a U.S. base in Kirkuk.[610]
- An April 13, 2004 "Katyusha missile" attack on U.S. forces in Diyala.[611]
- An April 14, 2004 "Katyusha missile" attack on U.S. forces in Mosul.[612]
- An April 17, 2004 mortar attack on "American headquarters located in the Military College in Baghdad."[613]

Additionally, profiles of AAS demonstrate that both rockets and mortars were used by AAS at the time of the attack. By December 2004, AAS had become known to "use videos of rocket attacks and roadside bombings as part of its recruiting and training campaign."[614]

*Ruling Out Other Insurgent Groups.* Given the attack occurred in the Sunni Triangle, it is unlikely that a Shia group perpetrated this attack. It is also unlikely that JTJ, the other prominent Sunni group in the province, conducted the attack that killed CPT Felder and SSG Orton.

JTJ maintained a presence in Baghdad around the time of the attack as the following events demonstrate:

- In February 2004, U.S. forces in a firefight west of Baghdad killed "Abu Mohammed Hamza, [who] was an expert bombmaker for Zarqawi's network."[615]

---

[605] "النشرة الإخبارية لعمليات جيش أنصار السنة في العراق [Newsletter for Ansar al-Sunna Army Operations in Iraq]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2_190404.htm
[606] Ibid.
[607] Ibid.
[608] Ibid.
[609] Ibid.
[610] Ibid.
[611] Ibid.
[612] Ibid.
[613] Ibid.
[614] "Profile of Terror Group Ansar al-Sunna," *ABC News*, December 21, 2004, https://abcnews.go.com/WNT/story?id=350505.
[615] "U.S. Troops Kill Top Zarqawi Operative Near Baghdad," *Tampa Bay Times*, February 25, 2004, https://www.tampabay.com/archive/2004/02/25/u-s-troops-kill-top-zarqawi-operative-near-baghdad/.

- On March 2, 2004, JTJ used suicide bombers to target a mosque in the city of Baghdad.[616]
- On April 9, 2004 a U.S. military and contractor convoy was ambushed with IEDs, RPGs, and small arms fire in the Abu Gharib neighborhood west of Baghdad City as it was traveling to supply fuel to U.S. Forces at the Baghdad International Airport. The U.S. government attributed the attack to Hammadi Awdah Abd Farhan, a JTJ leader who at the time was in charge of Abu Gharib and Karma, areas west of Baghdad.[617]

However, JTJ's limited operational focus on Baghdad during the first four months of 2004 was focused mostly on areas west of the city—the exception being the mosque attack cited above—and not the northern section or its environs where the attack that killed CPT Felder and SSG Orton occurred. Further, Iran provided significant material support not only to AAS, but also to JTJ – so should JTJ have indeed been involved in the attack, my conclusion concerning Iranian support for this attack would not be changed.

*Iranian Support*. Iran provided support to AAS and Iran's support had a reasonable connection to the AAS attack that killed CPT Felder and SSG Orton. Iranian support for AAS is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[618] In addition to the information in that report, Iran provided support to AAS before, during, and after this attack in multiple ways.

- Iranian support to AAS was crucial to AAS's organizational establishment and continuity in Iraq. In 2003, the IRGC provided support for AAS operations in northern Iraq and safe haven for AAS leaders and operatives during Operation Viking Hammer.[619] Iranian support continued throughout the conflict in Iraq. Iran arranged a quid pro quo with AAS in 2008 in which AAS fought alongside members of the IRGC against the Kurdistan Free Life Party in exchange for continued safe haven in Iran, which significantly enhanced AAS's ability to conduct operations in Iraq.[620]
- Iran provided training, funding, and organizational support to AAS, critical to AAS's ability to maintain operations in Iraq. In 2004, British intelligence reports assesses that "'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI [Ansar al-Islam] cadres.'"[621] In 2006, Iran reportedly facilitated the recruitment of Iranian

[616] Dexter Filkins, "Iraq Videotape Shows the Decapitation of an American," *New York Times*, May 12, 2004, p. 3, https://www.nytimes.com/2004/05/12/international/middleeast/iraq-videotape-shows-the-decapitation-of-an.html.

[617] "Coalition Forces Capture Five Wanted Men, 10 Additional Suspects," American Forces Press Service, November 20, 2008, http://archive.defense.gov/news/newsarticle.aspx?id=52026.

[618] See Expert Report & Declaration on Sunni Militant Organizations, pp. 67-68, 72-76.

[619] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for Issues Related to Southwest Asia and Islamic Civilization* (Spring 2006), p. 8, https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[620] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018, https://www.atlanticcouncil.org/blogs/iransource/iran-s-salafi-jihadis; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," BBC Monitoring Middle East, April 11, 2008.

[621] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

Kurds as AAS fighters by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[622]

- In December 2006, further evidence of Iranian support for AAS emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[623] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[624]

*Summary*
In summary, I conclude that it is likely that AAS carried out the April 24, 2004 artillery attack in Taji, Baghdad Province that killed Arkansas National Guard CPT Arthur Felder and SSG Billy Orton. My conclusion is based on the following:

- AAS possessed area of operations dominance in Taji during the period when this attack occurred.
- The attack exhibited TTPs commonly associated with AAS.

I also conclude that there is a reasonable connection between Iranian support for the AAS and this attack.

**Attack #18 – October 14, 2004 Suicide IED Attack in Baghdad, Baghdad Province that Killed DynCorp Contractor Mr. John Pinsonneault**
*Geography: Baghdad, Baghdad Province*
*Attack Type: Suicide Attack*
*Direct Victim(s): Mr. John Pinsonneault*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

---

[622] "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," *BBC Monitoring Middle East*, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," *BBC Monitoring Middle East*, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," *BBC Monitoring Middle East*, July 18, 2007.
[623] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[624] Ibid.

- PEX 138, MARCENT, USMARCENT FOIA DON-USMC-2022-002646, "MSGID/SITREP: MSF-B/04-288," (January 15, 2007).
- PEX 139, Department of State, State Dep. FOIA FL-2022-00064, "Report of Death of an American Citizen Abroad – John Pinsonneault," (March 6, 2005).
- PEX 140, U.S. Marine Corps Deputy Medical Examiner, State Dep. FOIA FL-2022-00064, "Certificate of Death – John Pinsonneault," (October 17, 2004).
- PEX 141, Armed Forces Institute of Pathology, "Autopsy Report – John Pinsonneault," (October 14, 2004).
- PEX 142, U.S. Dep't of State, State Dep. FOIA FL-2022-00064, "Attachment 2–W0RKING COPY–DS Memorial Project–1st Round Nominations–Approved 9/2013."
- PEX 143, CENTCOM, USCENTCOM FOIA 22-0360, Ops Report, "Explosion IVO Bazaar Baghdad (Zone 1): 4 NEU Killed, 1 CF WIA, 21 NEU INJ," (October 14, 2004).

_Attack Description_

On October 14, 2004, John Albert Pinsonneault was serving as a civilian government contractor with DynCorp and was spending time at a bazaar in the International Zone of Baghdad (known as the "Green Zone") located in central Baghdad.[625] At least two other DynCorp contractors were accompanying Mr. Pinsonneault during his visit to the Green Zone's bazaar.[626]

A U.S. Army SITREP (Situation Report) indicates that while Mr. Pinsonneault and his colleagues were walking through the market, "One alleged IED and one alleged suicide bomber detonated near simultaneously at approximately 1250 local time ... at the International [Green] Zone Cafe."[627] The report initially noted that, "So far, there has been one person killed and five wounded as a result," before being updated to indicate that another explosion had "killed six people and wounded ten others" at the Green Zone's bazaar, including Mr. Pinsonneault and two other DynCorp contractors.[628] ██████████████████████████████████████████

_Attack Attribution_

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad) very likely committed this suicide bombing. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; and 3) JTJ claimed responsibility for this attack.

The Zarqawi Organization has undergone several name changes since its inception in 1993. On October 17, 2004, the Zarqawi Organization underwent one such name change when the group formally pledged _baya_ (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad

---

[625] U.S. Department of State, press statement, "On the Attack in the Green Zone," October 15, 2004, https://2001-2009.state.gov/r/pa/prs/ps/2004/37131.htm.

[626] PEX 142, U.S. Dep't of State, State Dep. FOIA FL-2022-00064, "Attachment 2–W0RKING COPY–DS Memorial Project–1st Round Nominations–Approved 9/2013."

[627] PEX 142, p. 2; PEX 138, MARCENT, USMARCENT FOIA DON-USMC-2022-002646, "MSGID/SITREP: MSF-B/04-288," (January 15, 2007), p. 2; U.S. Department of State, _On the Attack in the Green Zone_ (October 15, 2004), https://2001-2009.state.gov/r/pa/prs/ps/2004/37131.htm.

[628] PEX 142, p. 2; U.S. Department of State, _On the Attack in the Green Zone_ (October 15, 2004), https://2001-2009.state.gov/r/pa/prs/ps/2004/37131.htm.

[629] PEX 141, Armed Forces Institute of Pathology, "Autopsy Report – John Pinsonneault," (October 14, 2004), p. 5.

(JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq). As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group by the Zarqawi organization or AQI.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to JTJ's responsibility. This attack occurred on October 14, 2004 in Baghdad, Baghdad Province, where JTJ at that time was regularly carrying out attacks. The below map provides the approximate location of the attack.



*Figure 20: Approximate location of the attack in Baghdad, Baghdad Province.*

On October 15, 2004, the U.S. Department of State designated JTJ a foreign terrorist organization (FTO), specifying in a related press statement that Baghdad was one of the major cities where the group was active.[630] The statement also referred to the group's responsibility for the August 2003 suicide truck bombing of the U.N. Headquarters in Baghdad.[631] In March 2004, JTJ claimed several suicide bombings in two major Iraqi cities, including in Baghdad.[632]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for this attack is the TTPs used to carry it out. Mr. Pinsonneault was killed in an attack that involved a suicide vest improvised explosive device (IED). IEDs, including suicide vest IEDs, were a common TTP used by JTJ throughout its existence.[633]

---

[630] U.S. Department of State, press release, "Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases," October 15, 2004, https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm.
[631] Ibid.
[632] Office of the Press Secretary, press release, "Fact Sheet: Combating Terrorism Worldwide - What the United States and Its Partners Are Doing to Fight Al Qaeda And Other Terrorists," August 6, 2007, https://georgewbush-whitehouse.archives.gov/news/releases/2007/08/20070806-1.html.
[633] "Zarqawi Group Claims Iraq Suicide Attacks," *Australian Broadcasting Corporation,* October 1, 2004.

114

In their reporting on the Iraq war, credible news outlets such as NBC, AFP, and ABC (the Australian Broadcast Company) blamed JTJ for suicide IED and IED attacks.[634] JTJ's use of suicide bombing as a common TTP is further supported by the group's aforementioned 2003 attack on the U.N. Headquarters in Baghdad and the subsequent attack in March 2004.[635] Additionally, on May 19, 2004, JTJ claimed responsibility for the IED attack that killed Iraqi Governing Council head Ezzedine Salim.[636] In the fall of 2004, the Zarqawi organization carried out a series of suicide bombings in Baghdad.[637]

*Claim of Responsibility. The New York Times* reports that JTJ issued a claim of responsibility for this attack:

> The attack, which struck a cafeteria known as the Green Zone Cafe and a shopping bazaar, appeared to mark the first time that insurgents have infiltrated the heavily fortified area, which houses senior officials in the Iraqi government as well as the U.S. Embassy….

> The group led by the Jordanian militant Abu Musab al-Zarqawi, Tawhid and Jihad [e.g., Jamaat al-Tawhid wal-Jihad], or One God and Jihad, claimed responsibility for the attacks.[638]

The article states that the attack occurred on Thursday, the day before the article was published, which is the same day this attack occurred.[639] The article also describes the attack as consisting of multiple bombs and says that the American victims were employed by DynCorp, the company that Pinsonneault was working for when he was killed in the attack.[640] These similarities led me to the conclusion that this is the same attack that killed Mr. Pinsonneault. As the claim aligns with JTJ's area of operations, capabilities, and typical attack types at the time, I find JTJ's claim of responsibility is credible.

*Iranian Support.* Iran provided material support to JTJ and Iran's support had a reasonable connection to the JTJ attack that killed Mr. Pinsonneault. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[641] The following information further demonstrates the significance of Iran's support to JTJ at the time and in the place of this specific attack:

---

[634] "Terror Strikes Blamed on al-Zarqawi," NBC News, July 14, 2004, https://www.nbcnews.com/id/wbna5437742; "Zarqawi Group Claims Iraq Suicide Attacks," *Australian Broadcasting Corporation*, October 1, 2004; "Zarqawi Trial for Iraq Border Suicide Attacks Opens in Jordan," Agence France Presse, June 1, 2005.

[635] U.S. Department of State, press release, "Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases," October 15, 2004, https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm; Office of the Press Secretary, press release, "Fact Sheet: Combating Terrorism Worldwide - What The United States And Its Partners Are Doing To Fight Al Qaeda And Other Terrorists," August 6, 2007, https://georgewbush-whitehouse.archives.gov/news/releases/2007/08/20070806-1.html.

[636] "Al-Qaeda Group Claims Salim Death," BBC, May 19, 2004.

[637] "Zarqawi Group Claims Iraq Suicide Attacks," *Australian Broadcasting Corporation*, October 1, 2004.

[638] Edward Wong & Terence Neilan, "Baghdad Bombers Hit Green Zone," *New York Times*, October 15, 2004. https://www.nytimes.com/2004/10/15/world/baghdad-bombers-hit-green-zone.html.

[639] Ibid.

[640] Ibid.

[641] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

- Iranian material support was critical in enabling JTJ to establish itself as an insurgent group in Iraq. In a briefing entitled "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Gen. David Petraeus, the former commander of Multi-National Force – Iraq, highlighted JTJ's needs, which included weapons, money, command and control facilitation, safe havens, and senior leader guidance.[642] Prior to the 2003 U.S. invasion of Iraq, Iran provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives.[643] In 2004 (and beyond), Iran provided Zarqawi with "mines and weapons" at his strongholds in Fallujah and elsewhere in Anbar province; in July 2006, a Jordanian intelligence official told journalist Mary Anne Weaver that early Iranian support for JTJ included provision of automatic weapons, uniforms, and military equipment.[644]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where JTJ primarily operated.[645] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for the JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[646]

- This Court has previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by the Zarqawi

---

[642] "Multi-National Force – Iraq Commander's Counterinsurgency Guidance," Multi-National Force – Iraq, July 15, 2008.

[643] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf

[644] Bill Roggio, "Iran and al Qaeda in Iraq," *The Long War Journal*, January 6, 2007; Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006, https://www.theatlantic.com/magazine/archive/2006/07/the-short-violent-life-of-abu-musab-al-zarqawi/304983/.

[645] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[646] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://home.treasury.gov/news/press-releases/tg1424.

organization.[647] This Court also previously found that Iran materially supported JTJ in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[648]

*Summary*

In summary, I conclude that it is very likely that JTJ carried out the October 14, 2004 suicide IED attack in Baghdad, Baghdad Province that killed Mr. John Pinsonneault. My conclusion is based on the following:

- JTJ possessed area of operations dominance in Baghdad, Baghdad Province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.
- JTJ claimed responsibility for this attack.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #20 – December 9, 2005 SVBIED Attack in Abu Ghraib, Baghdad Province that Killed U.S. Army Specialist Adrian Orosco**
*Geography: Abu Ghraib, Baghdad Province*
*Attack Type: SVBIED Attack*
*Direct Victim(s): SPC Adrian Orosco*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 144, CENTCOM, USCENTCOM FOIA 22-0183, "Casualty Report – Adrian Orosco," (December 2, 2022)
- PEX 145, CENTCOM, USCENTCOM FOIA 22-0183, "Casualty Report – Adrian Orosco," (December 2, 2022)
- PEX 146, Office of the Armed Forces Medical Examiner, "Autopsy Report – Adrian Orosco," (January 3, 2003).

*Attack Description*

On December 9, 2005, U.S. Army Specialist (SPC) Adrian Orosco was serving with 1st Squadron, 11th Army Cavalry Regiment.[649] He was on dismounted patrol in Abu Ghraib in Baghdad at the "intersections of Route Sword and Route Michigan" when he was killed by the detonation of a suicide

---

[647] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.
[648] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023).
[649] PEX 144, CENTCOM, USCENTCOM FOIA 22-0183, "Casualty Report – Adrian Orosco," (December 2, 2022), p. 3.

vehicle-borne improvised explosive device (SVBIED) "that was traveling from west to east along Route Michigan."[650]

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq) very likely committed this SVBIED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) demonstrated through this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. In October 2004, the Zarqawi Organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (Al-Qaeda in Iraq, or AQI). As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to the AQI by the Zarqawi organization or by its former name, JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to AQI's responsibility. This attack took place in the city of Abu Ghraib in Iraq's Baghdad governorate on December 9, 2005. The below map provides the approximate location of the attack.



*Figure 21 Approximate location of the attack in Abu Ghraib, Baghdad Province.*

Jon T. Hoffman, chief of the Contemporary Studies Branch of the Histories Division at the U.S. Center of Military History, writes that "during 2005, al-Qaeda in Iraq began to play an increasingly prominent role in the conflict… [on September 15] twelve coordinated explosions rocked Baghdad,

---

[650] PEX 144, p. 3.

killing one hundred sixty-seven and wounding six hundred."[651] In July 2005, al-Qaeda second-in-command Ayman al-Zawahiri wrote a letter to AQI leader Abu Musab al-Zarqawi issuing instructions to Zarqawi's subordinate organization and detailing what al-Qaeda leadership wanted their subsidiary's strategy to be in Iraq. As directed by Zawahiri, "the first stage" for AQI was to "expel the Americans from Iraq."[652]

From 2005 to 2006, AQI was the deadliest Sunni terrorist group in the Baghdad area. During this period, AQI consolidated its control, especially over neighborhoods in west Baghdad, where this attack occurred.[653] Specifically, the attack occurred at the "intersections of Route Sword and Route Michigan."[654] AQI used Route Sword and Route Michigan as primary routes for transporting weapons and supplies into Baghdad.[655] Abu Ghraib was a key transit point for these supplies, demonstrating AQI's dominance and high level of activity in this location during the time period when this attack occurred.[656]

*Tactics, Techniques, and Procedures.* Another indicator that AQI is responsible for this attack is the TTPs used to carry it out. SPC Adrian Orosco died after he was struck by a SVBIED.[657] SVBIED attacks allowed AQI to target its victims with high accuracy and large numbers of explosives.[658] This Court previously found VBIED attacks to be a signature attack method of AQI.[659]

SVBIEDs were a noted TTP for AQI before and during the time of the attack that killed SPC Orosco.[660] For example, AQI was responsible for the SVBIED attack on the U.N. Baghdad Headquarters in 2003, killing the United Nations' representative to Iraq, Sergio Vieira de Mello.[661] In 2004, AQI carried out a SVBIED attack that killed Iraqi Governing Council head Ezzedine Salim near the Coalition headquarters compound in Baghdad.[662] In September 2005, AQI launched a triple suicide car bomb attack in Balad, Saladin Province, killing over 200 people.[663] As these attacks demonstrate,

---

[651] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007* (Center of Military History, United States Army, 2009) p. 54, https://history.army.mil/html/books/iraq/TotS/Tip_Spear.pdf.

[652] Ayman, al-Zawahiri, "Zawahiri's Letter to Zarqawi," translated by Combating Terrorism Center at West Point, p. 3, https://ctc.westpoint.edu/harmony-program/zawahiris-letter-to-zarqawi-original-language-2/.

[653] "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city.

[654] PEX 144, p. 3.

[655] "Baghdad City," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-city.

[656] Ibid.

[657] PEX 144, p. 3.

[658] Cancian, Matthew F. "Tactics, Techniques, and Procedures of the Islamic State: Lessons for U.S. Forces," *Army University Press*, March-April 2017, https://www.armyupress.army.mil/Journals/Military-Review/English-Edition-Archives/March-April-2017/ART-009/.

[659] See *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL 4824740, at *4, 10 (D.D.C. July 27, 2023).

[660] Jessica D. Lewis, *Middle East Security Report 14: Al-Qaeda in Iraq Resurgent,* (Washington, DC: Institute for the Study of War, September 2013), p. 7, https://www.understandingwar.org/sites/default/files/AQI-Resurgent-10Sept_0.pdf.

[661] U.S. Department of State, press statement, "Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases," October 15, 2004, https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm; Timothy McWilliams & Kurtis Wheeler, *Al-Anbar Awakening Volume I: American Perspectives U.S. Marines and Counterinsurgency in Iraq, 2004-2009*, (Quantico, VA: Marine Corps University Press, 2009), p. 176, https://www.hqmc.marines.mil/Portals/61/Docs/Al-AnbarAwakeningVolI%5B1%5D.pdf.

[662] "Al-Qaeda Group Claims Salim Death," *BBC*, May 19, 2004, http://news.bbc.co.uk/2/hi/middle_east/3727597.stm.

[663] Jon T. Hoffman, *Tip of the Spear, U.S. Army Small-Unit Action in Iraq, 2004-2007,* (Center of Military History, United States Army, 2009) p. 9, https://history.army.mil/html/books/iraq/TotS/Tip_Spear.pdf.

AQI possessed the capability and willingness to carry out this SVBIED attack which killed SPC Orosco.

Suicide bombings were a key AQI tactic. According to a U.S. Central Command (CENTCOM)-produced profile of AQI, "AQI claimed responsibility for countless suicide bombings, an integral tactic in its war against the coalition, which reflected the group's obsession with martyrdom."[664] In a letter he sent to al-Qaeda's leadership, Abu Musab al-Zarqawi claimed that he had orchestrated 25 suicide attacks in 2003 alone.[665] By 2006, AQI had developed a robust VBIED attack network. The well-respected *Institute for the Study of War* observes:

> By the end of 2006, AQI's VBIED network was rather sophisticated. AQI needed sanctuary in order to have established factories for VBIED assembly. To that end, the group developed VBIED factories in the belts ringing Baghdad and then used lines of communication to regularly funnel these weapons into the capital. In Baghdad, AQI relied on cells that were specifically tasked with helping to take those VBIEDs that were constructed in the belts and detonate them in strategic locations around the city.[666]

AQI preferred VBIED attacks because they maximized damage in two ways: precise placement near crowded areas or strategic targets, and larger explosive power than could be achieved with a suicide vest.[667] Using VBIEDs allowed AQI to conduct "spectacular attacks," gaining media attention and notoriety, and supporting their goal of inciting sectarian conflict.[668] VBIEDs' effectiveness quickly made them AQI's signature TTP.[669]

*Iranian Support.* Iran provided support to AQI and Iran's support had a reasonable connection to the AQI attack that killed SPC Orosco. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[670] The following information further demonstrates the significance of Iran's support to AQI at the time and in vicinity of this specific attack:

- Iran supported AQI militants in Baghdad Province, where the attack occurred, through provision of arms and intelligence. In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including AQI – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone

---

[664] CENTCOM, "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," (May 2, 2007), p. 5, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[665] Ibid.

[666] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network*, (Institute for the Study of War, March 2008), pp. 1,2 , https://www.understandingwar.org/sites/default/files/reports/Targeting_the_Diyala_Suicide_Bombing_Network.pdf.

[667] Ibid, p. 1.

[668] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network*, p. 1.

[669] Ibid.

[670] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[671]

- Iran provided AQI with weapons, including explosive material. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to AQI from the beginning of their support for the group.[672] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where AQI maintained strong areas of operations - including Abu Ghraib, where this attack occurred.[673]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[674] Another previous decision by this Court characterized VBIEDs as "a signature AQI attack method.[675]

- Iran's provision of weapons to AQI one of the most substantial types of support that Iran provided, alongside funding—both significant enough to be causal factors in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[676] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[677]

*Summary*

In summary, I conclude it is very likely that AQI carried out the December 9, 2005 SVBIED attack in Abu Ghraib, Baghdad that killed U.S. Army SPC Adrian Orosco. My conclusion is based on the following:

- AQI had area of operations dominance in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

---

[671] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[672] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *Atlantic*, July/August 2006.

[673] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala* (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[674] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[675] See *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL4824740 at *4 (D.D.C. July 27, 2023).

[676] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012, https://home.treasury.gov/news/press-releases/tg1424.

[677] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("the Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

**Attack #10 – October 14, 2007 IED Attack in the Arab Jabour Neighborhood of Baghdad that Killed U.S. Army Sergeant First Class Justin Monschke**
*Geography: Arab Jabour, Baghdad Province*
*Attack Type: IED*
*Direct Victim(s): SFC Justin Monschke*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 147, Department of the Army, USARCENT FOIA FA-22-0067, "Informal AR 15-6 Investigation, Justin Monschke," (October 17, 2007).
- PEX 148, CENTCOM, USCENTCOM FOIA 22-0178, Ops Report, "IED Explosion RPT (IED) A/2-12IN: 1CF KIA 3CF WIA," (October 14, 2007).
- PEX 149, Office of the Armed Forces Medical Examiner, "Autopsy Report – Justin Monschke," (October 21, 2022).

*Attack Description*
On October 14, 2007, an IED fatally wounded U.S. Army Sergeant First Class (SFC) Justin Monschke while he was serving with the 2nd Battalion, 3rd Special Forces Group (Airborne) in Arab Jabour, a neighborhood in southern Baghdad. SFC Monschke was a part of the assault force (AF) acting in support of Operation Model T, the objective of which was to detain "a known insurgent operating in the Arab Jabour region of Iraq."[678] The operation began with a helicopter assault, and was continued on foot once the AF touched down at the target location. According to the AR 15-6 Investigation Report (AR 15-6) on the attack that killed SFC Monschke:

> While sensitive site exploitation was being conducted at the primary and secondary target buildings, the AC-130 gunship reported that three individuals fled from an adjacent building, and two of these men moved in a northeastern direction to a ditch approximately 30-40 meters away. Upon receiving this report, the AF [Assault Force] attempted to locate these men and moved northward in pursuit. The assault force arrived to Main Street, and then began moving east towards the location of the two men. Once at the intersection of Eighth and Main Street, an improvised explosive device (IED) detonated. Sergeant First Class Justin Monschke was within the blast area of the IED and was thrown approximately 15 meters into a 15-foot deep ditch…. When the medic arrived to the ditch, he attempted to provide life-saving measures to SFC Monschke, to no avail.[679]

The IED that killed SFC Monschke had been placed in a footpath.[680] ████████████████

██████████████████████████████████████████████████████████

---

[678] PEX 147, Department of the Army, USARCENT FOIA FA-22-0067, "Informal AR 15-6 Investigation, Justin Monschke," (October 17, 2007), p. 4.
[679] PEX 147, p. 4.
[680] PEX 148, CENTCOM, USCENTCOM FOIA 22-0178, Ops Report, "IED Explosion RPT (IED) A/2-12IN: 1CF KIA 3CF WIA," (October 14, 2007), p. 2.

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi Organization has undergone several name changes since the group's inception in 1993. Before this attack, in October 2004, the Zarqawi Organization underwent one such change when the group formally pledged baya (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq). On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[683] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to ISI by its former names (MSC, AQI and JTJ).

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place on October 14, 2007 in the rural community of Arab Jabour, a part of the southeast agricultural belt of Baghdad that was used by ISI to support operations in the Iraqi capital.[684] The below map provides the approximate location of the attack.

---

[681] PEX 149, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Justin Monschke," (October 21, 2022), p. 8.
[682] PEX 149, p. 9.
[683] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[684] "Southeast," Institute for the Study of War, n.d., https://www.understandingwar.org/region/southeast.



*Figure 22: Location of the attack in the Arab Jabour neighborhood of Baghdad, Baghdad Province.*

ISI continued operations in the area until the group's neutralization there in 2009.[685] By May 2007, had established a significant presence in Arab Jabour with "virtually uncontested" influence, according to a report by the U.S. Army's Center of Military History.[686] ISI influence in Arab Jabour was facilitated by the aggrieved local Sunni population, lack of Iraqi government presence, and dense vegetation in the community that created a sanctuary for ISI to engage in a wide array of terrorist activities.[687] These included manufacturing IEDs and burying them along main roadways, preparing fighters for operations in Baghdad, and maintaining a "detention house" used to torture captured combatants.[688] ISI's dominance in Arab Jabour continued through the time of this attack and beyond, with the community remaining an ISI stronghold of over 1,500 fighters until February 2008.[689]

*Tactics, Techniques, and Procedure (TTPs).* Another indicator that ISI is responsible for this attack is the TTPs used to carry it out. SFC Monschke was killed in an IED attack.

ISI had access to the type of IED used in the attack that killed SFC Monschke in October 2007. According to the Operations (Ops) Report, remnants of the blast indicated that the IED was constructed of gray metal and unknown bulk explosives, was approximately 155 millimeters in size, and was triggered by a pressure wire.[690] In November 2007, U.S. forces captured an ISI weapons cache in Baghdad's neighboring Babil Province that included 155-millimeter IEDs, demonstrating that ISI had access to this type of weapon during the time period of the attack.[691]

---

[685] Ibid.

[686] Dale Andrade, *Surging South of Baghdad: The 3D Infantry Division and Task Force Marne in Iraq, 2007-2008*, (Washington, D.C.: Center for Military History, 2010), p. 120, https://history.army.mil/html/books/surging_south_baghdad/CMH-59-2-1_b.pdf.

[687] Ibid, p. 20.

[688] Ibid, pp. 141, 162.

[689] Ibid, p. 401.

[690] PEX 149, p. 5; PEX 148, p. 2.

[691] Sgt. Jason Stadel, "IED Networks Adapt to Target Foot patrols; Half-Ton Cache Located Following Iraqi Tip," *DVIDS Hub,* November 19, 2007, https://www.dvidshub.net/news/14034/ied-networks-adapt-target-foot-patrols-half-ton-cache-located-following-iraqi-tip.

As demonstrated by a U.S. Army report on Operation Phantom Strike, which was tasked with disrupting ISI from August to September of 2007 across Iraq, ISI maintained "IED networks throughout the country.[692] Additionally, ISI's claim of responsibility for a high-profile IED attack on a council leader in Saladin Province on October 4, 2007 affirms that ISI was committing IED attacks against its enemies during the timeframe of the attack that killed SFC Monschke.[693]

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the ISI attack that killed SFC Monschke. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[694] The following information further demonstrates the significance of Iran's support to ISI at the time and in vicinity of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. In February 2012, the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified the Zarqawi organization at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[695] This designation relies upon extensive research and data collection and reflects a demonstrated pattern of Iranian support to ISI.

- Iran provided support to ISI militants in Baghdad Province, where the attack occurred, included provision of arms and intelligence. In December 2006, evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed documents definitively demonstrating the Quds Force's cooperation with Sunni militias – including ISI – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[696]

- Throughout 2007, weapons caches uncovered in areas held by the Zarqawi organization included weapons of Iranian origin. On February 3, 2007, Coalition forces discovered a Zarqawi organization weapons cache in Abu Ghraib (Baghdad Province) containing Iranian-manufactured mortars.[697] During Operation Marne Torch in June and July 2007, U.S. forces identified weapons caches in Arab Jabour marked with indications of Iranian origin.[698]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations

---

[692] USCENTCOM, *MNC-I C3 Plans and Policy Notes (#30),* (July 2007), p. 1 https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0339.%20MNCI%20C3%20Plans%20and%20Policy%20Notes%20(SIPR)%2026%20JUL%2007.pdf.

[693] National Counterterrorism Center, *2007 Report on Terrorism*, (April 2008), p. 16.

[694] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[695] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

[696] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[697] Kimberly Kagan, "The Battle for Diyala," Institute for the Study of War, (February 11, 2007 – April 25, 2007), p. 12. https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[698] Frederick Kagan et al., "Iranian Influence in the Levant, Iraq, and Afghanistan," The American Enterprise Institute, (February 2008), p. 25, https://understandingwar.org/sites/default/files/20080215_IranianInfluence.pdf.

with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[699] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[700]

<u>Summary</u>

In summary, I conclude it is very likely that ISI carried out the October 14, 2007 attack in the Arab Jabour neighborhood of Baghdad that killed U.S. Army SFC Justin Monschke. My conclusion is based on the following:

- ISI possessed area of operations dominance in Arab Jabour during the period when this attack occurred and was motivated to conduct the attack.
- The exhibited TTPs commonly associated with ISI.

Finally, I conclude that Iran's material support substantially contributed to ISI's commission of this attack.

## VII.    Diyala Province

<u>Overview of Diyala Province</u>

I have been asked by the Plaintiffs to assess five American casualties in Diyala Province from 2007 to 2008. Most of these casualties occurred at a time when the U.S. and its allies sought to combat VNSA activities across Iraq, including in Diyala. VNSAs active in Diyala during the time of the attacks at issue include the Zarqawi organization, AAS, JAM, the Badr Corps, and the Special Groups.

The Zarqawi organization was the dominant anti-American organization operating in Diyala in 2007-2008. Shia militant groups, including JAM, the Badr Corps, and the Special Groups, also operated in

---

[699] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[700] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("Plaintiffs have thus provided ample evidence 'satisfactory to the court,' 28 U.S.C. §1608(e), that Iran materially supported the terrorist groups and that this support came from an 'agent of such foreign state while acting within the scope of his or her office, employment, or agency,' id. § 1605A(a)(1). The Court is persuaded that Iran's support of AQI and AAH was a 'substantial factor' in Attacks #1, 3, 15, and 16 and that the consequences of its support were 'reasonably foreseeable.'"); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40 ("The above findings demonstrate that Iran provided material support and resources to AQI…. Plaintiffs have thus established 'some reasonable connection' between Iran's provision of material support and AQI's killing of SPC Davis.")

the province. In keeping with my application of limiting principles, I consider the presence and possibility of other VNSAs' responsibility for the attacks.

Below, I provide a summary of the war in Diyala, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the 2007-2008 attacks I have been asked by the Plaintiffs to assess, as well as others that were committed in Diyala during Coalition operations in Iraq.

*Diyala's Geography and Population*





Figure 24: Diyala Province from Map of Iraq

Figure 23: Map of Iraq[701]

Diyala was a strategic province for VNSAs targeting U.S. forces at the height of the war due to its geography. Iran lies on Diyala's eastern border, making it easy for Iranian forces and proxies to transport weapons and personnel into and out of the province.

---

[701] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section. 2014.



"Battle of the Baghdad Belt"

Diyala Province lies northeast of Baghdad. When U.S. forces killed Abu Musab al-Zarqawi in 2006, they discovered a crude map depicting a series of "belts" surrounding Baghdad (pictured above).[702] The Zarqawi organization concluded that if it could control these "Baghdad Belts" – that is, a series of interconnected roadways, rivers, and communication infrastructure leading directly into the Iraqi Capital – then the militant group could control Baghdad itself.[703] The "Diyala Belt" – which included Baqubah, the provincial capital of Diyala, as well as the city of Khalis – was one such network that Zarqawi sought to control.[704] The southern part of Diyala Province was also part of the "Southern Belt" around Baghdad.[705]

---

[702] Bill Roggio, "Analysis: ISIS, allies reviving 'Baghdad Belts' Battle Plan," *Long War Journal*, June 14, 2014, https://www.longwarjournal.org/archives/2014/06/analysis_isis_allies.php;"Baghdad Belts," Institute on the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.

[703] Bill Roggio, "Analysis: ISIS, allies Reviving 'Baghdad Belts' Battle Plan," *Long War Journal*, June 14, 2014. https://www.longwarjournal.org/archives/2014/06/analysisisisallies.php; "Baghdad Belts," The Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts.

[704] Bill Roggio, "Analysis: ISIS, allies Reviving 'Baghdad Belts' Battle Plan," *Long War Journal*, June 14, 2014. https://www.longwarjournal.org/archives/2014/06/analysisisisallies.php.

[705] Ibid.

Other cities in Diyala Province include Balad Ruz, Khanaqin and Muqdadiyah.[706] As discussed below, these areas, as well as more rural parts of Diyala, were major hotbeds of activity for groups directly and indirectly supported by the Iranian government.

During the relevant years, Diyala was majority Sunni Arab, with the minority split between Feyli (Shiite Kurds), Shiite Arabs and Turkmen.[707] This ethnic mix makes Diyala a microcosm of Iraq itself, leading some to call it "Little Iraq."[708] This ethnic diversity also contributed to the sectarian fighting, stoked mainly by the Zarqawi organization, that frequently plagued the province.

*Coalition Operations in Diyala Province*

In early 2007, the U.S.-led Coalition surged forces into Diyala, which was "one of the central battlegrounds between the Coalition and al Qaeda," with "Iranian support for all sides in the ongoing struggle there fanning the flames of violence as rogue Shiite militias challenge radical Sunni extremists."[709] In June 2007, the U.S.-led coalition and Iraqi forces attempted to clear Baqubah, the provincial capital of Diyala, as well as the city of Muqdadiyah.[710]

The U.S.-led clearance operations extended into militant groups' rural strongholds, including into Balad Ruz (a known the Zarqawi organization safe haven); "north and east of Hamrin Lake (and the Zarqawi organization safehaven contested by Kurdish Peshmerga forces);" as well as "the area north of Khalis (on the seam between Diyala and Salah ad Din provinces)." [711] The latter area is also known as the "Khalis corridor."[712] U.S.-led operations continued into early 2008, as the Americans attempted to turn over security to Iraqi forces and local tribes that had been alienated by the extremists' actions.[713] Some Sunni tribesmen joined the U.S.-backed "Sons of Iraq" in Diyala and Baghdad, and then worked with the Americans in the fight against the Zarqawi organization.[714] The U.S. also continued to uncover significant Zarqawi organization networks and target the group's facilitators in Diyala in 2008.[715]

American military officials explained at the time that they were focused on disrupting operations conducted by both the Zarqawi organization and Iran-backed Shia groups. Col. David Sutherland led the 3rd BCT, 1st Cavalry Division in Diyala during this surge. Col. Sutherland explained in a

---

[706] "Diyala," The Institute for the Study of War, n.d., https://www.understandingwar.org/region/diyala-%D8%AF%D9%8A%D8%A7%D9%84%D9%89.

[707] Ibid.

[708] "Iraq's Diyala Province One of Deadliest for Troops," PBS NewsHour, April 24, 2007, https://www.pbs.org/newshour/show/iraqs-diyala-province-one-of-deadliest-for-troops.

[709] Kimberly Kagan, *Iraq Report: February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), p. 1, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[710] Claire Russo, "The Maliki Government Confronts Diyala," Institute for the Study of War, September 23, 2008, https://www.understandingwar.org/backgrounder/maliki-government-confronts-diyala.

[711] Ibid.

[712] Kimberly Kagan, *Iraq Report: February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), p. 9, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[713] Eric Hamilton, Iraq Report: December 2007 – May 2008 Expanding Security in Diyala," Institute for the Study of War, https://www.understandingwar.org/sites/default/files/reports/Security%20Diyala%20-%20Iraq%20Report%2010.pdf.

[714] Najim Abed Al-Jabouri & Sterling Jensen, "The Iraqi and AQI Roles in the Sunni Awakening," *PRISM* 2:1, (July 2012), pp. 14-15, https://cco.ndu.edu/Portals/96/Documents/prism/prism_2-1/Prism_3-18_Al-Jabouri_Jensen.pdf.

[715] Multi-National Forces – Iraq, "Coalition disrupts al-Qaeda in Iraq operating in Diyala, 15 Terrorists Killed," January 24, 2008, https://www.centcom.mil/MEDIA/PRESS-RELEASES/Press-Release-View/Article/903469/coalition-disrupts-al-qaeda-in-iraq-operating-in-diyala-15-terrorists-killed/.

contemporaneous interview that the U.S. and its allies were primarily fighting the Zarqawi organization, as well Iran's Shia proxies. Col. Sutherland explained:

> We have been fighting al-Qaeda, predominantly. They are the most vicious elements we have been fighting – they are the elements that don't care if they kill innocent civilians from both sects, or all sects, I should say. They will just as quickly put a suicide born vehicle-borne IED in front of a hospital or a suicide bomber in front of a mosque and they don't care who they hurt as long as it helps them achieve their end of inciting sectarian violence. We've also been faced with Sunni rejectionists, former Baathists that really lost power when the regime fell and they want it back. We also are facing Iranian influence. Iran wants to establish a hegemony in Iraq and they want to do that in Diyala, for us, because of the lines of communications, the capabilities to influence Baghdad from proximity of the Iranian border.[716]

Col. Sutherland elaborated by explaining that Iran wanted "military power," "political power," "economic" power, "as well as religiously-based predominance" in Diyala. He noted that the Zarqawi organization also wanted to secure a foothold in Diyala.[717]

With this context in mind, I now turn to an analysis of both the Sunni and Shia militant groups active Diyala.

### Sunni Militant Groups in Diyala Province

The Zarqawi organization maintained a presence in Diyala since the first months of the war in 2003, often using the province as a "fallback location" when the fighting raged elsewhere.[718] Over the course of the next three years, the province became a major hub for the Zarqawi organization's operations. In early 2006, Abu Musab al-Zarqawi established his headquarters just north of Baqubah, the province's capital, in the village of Hibhib.[719] On June 7, 2006, Zarqawi and his spiritual advisor, Sheikh Abdel Rashid Rahman, were killed in American airstrike in Hibhib.[720] Zarqawi's decision to base his operations in Diyala demonstrates that the province was strategically important for the Zarqawi organization's operations.

Despite the death of the group's founder, the Zarqawi organization continued to grow in Diyala and elsewhere. The Zarqawi organization took advantage of the sectarian conflict in Diyala to strengthen

---

[716] Kimberly Kagan, "ISW Interview with Col David Sutherland, Commander, Greywolf Brigade, Diyala, Iraq," October 25, 2007, https://www.understandingwar.org/press-media/webcast/isw-interview-col-david-sutherland-commander-greywolf-brigade-diyala-iraq.

[717] Ibid.

[718] Michael Knights and Alexander Mello, "Losing Mosul, Regenerating in Diyala: How the Islamic State Could Exploit Iraq's Sectarian Tinderbox," *CTC Sentinel* 9:10, (October 2016), https://ctc.westpoint.edu/losing-mosul-regenerating-in-diyala-how-the-islamic-state-could-exploit-iraqs-sectarian-tinderbox/.

[719] Eric Hamilton, Iraq Report: December 2007 – May 2008 Expanding Security in Diyala," Institute for the Study of War, p. 3, https://www.understandingwar.org/sites/default/files/reports/Security Diyala - Iraq Report 10.pdf.

[720] Solomon Moore, "Autopsy Details How Zarqawi Died," *Los Angeles Times*, June 13, 2006. https://www.latimes.com/archives/la-xpm-2006-jun-13-fg-autopsy13-story.html; Kimberly Kagan, "ISW Interview with Col David Sutherland, Commander, Greywolf Brigade, Diyala, Iraq," October 25, 2007, https://www.understandingwar.org/press-media/webcast/isw-interview-col-david-sutherland-commander-greywolf-brigade-diyala-iraq.

its presence across the province throughout 2006.[721] In October 2006, AQI and closely allied groups announced that they would henceforth be known as the Islamic State of Iraq (ISI). By the end of that year, the Zarqawi organization had evicted Iraqi police forces and taken control of most of Diyala province.[722] The Zarqawi organization captured not only the province's major cities, but also executed a "deliberate, well-organized, coordinated, and ruthless" plan to take over key towns and villages.[723]

Throughout 2006, Zarqawi organization fighters stationed in Baghdad also relocated to Baqubah, Diyala's capital city, as the U.S.-led Coalition and Iraqi forces intensified their operations in Baghdad. An official history of the Iraq War authored for the U.S. Army summarizes the situation:

> The Coalition's security operations in the capital city made Baghdad into an increasingly inhospitable place for AQI. Squeezed out of the capital, the insurgent cells regrouped around Ba'qubah. An important commercial hub connecting Baghdad with Iran, Ba'qubah was split in two by the Diyala River, a tributary of the Tigris. Like Baghdad, its population was a mix of Sunni Arabs and Shi'ites, making it a particularly volatile place as al-Qaeda in Iraq and other Sunni organizations fought with Shi'ite militias to purge the city of their opposing sect. Criminal gangs, eager to exploit the lack of order, freely roamed the streets. By the spring of 2007 the city had become a veritable ghost town, where few of its nearly 300,000 inhabitants, including the city's police force, dared venture outside, for fear of being killed or kidnapped. Al-Qaeda in Iraq had also taken advantage of the collapse of civil order, using its management of public works and the distribution of food to control the city's inhabitants.[724]

In addition to housing senior Zarqawi organization personnel, Diyala served as a key facilitation hub and staging ground for Sunni militants' operations throughout Iraq. The group's forces were divided into "small military units with infantry, mortars, anti-tank and anti-aircraft teams."[725] The Zarqawi organization established supply bases, weapons factories for constructing IEDs, and other important facilities and capabilities.[726] The Zarqawi organization network in Diyala was also responsible for building vehicle-borne improvised explosive devices (VBIEDs), then deploying them to Baghdad and elsewhere.[727] The group's suicide bombers and various types of IEDs flowed from Diyala into Baghdad.[728]

In addition to the Zarqawi organization, AAS/AAI also operated in Diyala. As was the case elsewhere in Iraq, AAS/AAI and the Zarqawi organization had relations in Diyala that fluctuated between

---

[721] Michael Knights, "Pursuing Al-Qa'ida into Diyala Province," *CTC Sentinel* 9:7, (August 2008), p. 7, https://carnegieendowment.org/files/CTCSentinel_Vol1Iss9.pdf.

[722] Michael Knights, "Pursuing Al-Qa'ida into Diyala Province," p. 5.

[723] James Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," *Small Wars Journal*, April 6, 2011, https://smallwarsjournal.com/blog/journal/docs-temp/728-few.pdf.

[724] Nicholas J. Schlosser, *The U.S. Army Campaigns in Iraq: The Surge, 2007-2008*, (Center of Military History, U.S. Army, 2017), p. 54, https://history.army.mil/html/books/078/78-1/cmhPub_078-1.pdf.

[725] Bill Roggio, "The Battle of Baqubah I," *Long War Journal*, June 19, 2007, https://www.longwarjournal.org/archives/2007/06/the_battle_of_baquba.php.

[726] Ibid.

[727] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network*, (Institute for the Study of War, March 2008), p. 9.

[728] Ibid.

cooperation and feuding.[729] U.S. military officials noted the presence of AAS/AAI in Diyala during the U.S.-led offensive in 2007.[730] Even after the U.S.-led coalition launched a major offensive in Diyala in 2007, both the Zarqawi organization and AAS/AAI remained active in the city of Baqubah, routinely conducting IED attacks on coalition and Iraqi forces, as well as suicide bombings and VBIED attacks, throughout 2007 and 2008. [731]

*Shia Militant Groups in Diyala Province*

Even before the Iraq War, the Badr Organization, Iran's oldest proxy inside Iraq, had an established presence in Diyala. As one analyst has noted, southern Diyala has "historically been the preserve of the Badr organization, which was originally created as a formation of the Islamic Revolutionary Guard Corps during the Iran-Iraq War."[732]

Throughout the U.S. occupation of Iraq, Iran's Islamic Revolutionary Guard Corps (IRGC) and its expeditionary arm, known as the IRGC-Quds Force, supported Shia groups that attacked U.S. and Iraqi forces, including in Diyala Province. These Iran-backed groups included militias such as Jaysh al-Mahdi (JAM), the Badr Corps, and various paramilitary outfits referred to as "Special Groups."[733] Iran provided training, weaponry, travel facilitation and guidance to these groups. As described below, each of these organizations, as well as Iran's chief terrorist proxy, Hizballah, had a significant presence in Diyala Province during the relevant timeframe.

By 2007, the IRGC-Quds Force had decided to "streamline operations in Iraq" and "established a unified command, called the Ramazan Corps," which "split Iraq into three roughly geographical regions."[734] The Ramazan Corps was responsible for shuttling personnel and weapons across the Iranian border into Iraq. One of these commands was responsible for funneling support to militant groups in Diyala.[735] IRGC-Quds Force personnel "facilitated the movement of weapons" inside the province.[736]

JAM had a persistent presence in Diyala as well. The group was well-established in Diyala by 2006.[737] In 2007, as U.S. and Iraqi forces sought to clear out Sunni extremists from Diyala, JAM and other Shia militant groups increased their footprint and sought to fill the vacuum.[738]

---

[729] "U.S. Describes Sunni Rebels Battling al-Qaida," *Associated Press*, April 20, 2007, https://www.nbcnews.com/id/wbna18234571.

[730] Jamie Tarabay, "Anbar Alliance May Not Translate to Other Provinces," *NPR*, September 25, 2007, https://www.npr.org/templates/story/story.php?storyId=14696316.

[731] Michael Knights, "Pursuing Al-Qa'ida into Diyala Province," *CTC Sentinel* 9:7, (August 2008), pp. 5, 6, https://carnegieendowment.org/files/CTCSentinel_Vol1Iss9.pdf.

[732] Michael Knights, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel* 12:7, (August 2019), https://ctc.westpoint.edu/irans-expanding-militia-army-iraq-new-special-groups/.

[733] Bill Roggio, "Iran's Ramazan Corps and the ratlines into Iraq," *Long War Journal*, December 5, 2007, https://www.longwarjournal.org/archives/2007/12/irans_ramazan_corps.php.

[734] Ibid.

[735] Ibid.

[736] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 10, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%207.pdf.

[737] Ibid, p. 19.

[738] Ibid.

As discussed above, Diyala was a key staging ground for the Zarqawi organization as the group plotted attacks in the Iraqi capital of Baghdad. The same was true for Shia militant groups.[739] As one analyst explained in early 2008:

> Special Groups cells in northeast Baghdad are closely linked to the Special Groups facilitation and financing networks in Diyala Province. Diyala is located northeast of Baghdad province and it shares a long eastern border with Iran. Key routes from Baghdad to Special Groups' strongholds in the Khalis corridor, Khan Bani Saad, and elsewhere in Diyala run through Shaab and Ur. Therefore, it is especially important to maintain a Special Groups safe haven in the northeast part of the capital. Additionally, given the number of Special Groups' weapons caches found north of Baghdad in the last few months, particularly in the cities of Husseiniyah, Jadidah, and Khan Bani Saad, Diyala it seems clear that the province functions as a weapons depot for Special Groups operating in northeast Baghdad. What is more, a number of Special Groups members involved in weapons facilitation and training have been captured in Diyala.[740]

The Khalis corridor in Diyala "served as a main supply route and safe haven for Iranian-backed Special Groups."[741] U.S. forces uncovered Iranian-supplied weapons caches and captured Special Groups personnel who were responsible for transporting weapons across the Iranian border.[742] The Special Groups "regularly transported weapons from Iran and stored them in depots along the banks of the Tigris and Diyala Rivers."[743]

Ali Mussa Daqduq al-Musawi ("Daqduq") played a role to support Iran-backed militant groups in Diyala. Daqduq, a member of Hizballah, has been designated as a terrorist by the U.S. Treasury Department.[744] Around 2005, according to the U.S. Treasury Department, "Iran asked Hizballah to form a group to train Iraqis to fight Coalition Forces in Iraq."[745] The leader of Hizballah, Hassan Nasrallah, then "established a covert Hizballah unit to train and advise Iraqi militants in Jaysh al-Mahdi (JAM) and JAM Special Groups, now known as Asa'ib Ahl al-Haq."[746] By the following year, 2006, Daqduq, "had been ordered by Hizballah to work with IRGC-QF to provide training and equipment to JAM Special Groups to augment their ability to inflict damage against U.S. troops."[747] In early 2007,

---

[739] Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel* 3:11, (November 2010), https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/.

[740] Marisa Cochrane, "Backgrounder #25: The Growing Threat of Special Groups in Baghdad," (Washington, DC: Institute for the Study of War, March 2008), p. 3, https://www.understandingwar.org/sites/default/files/reports/The%20Growing%20Threat%20of%20Special%20Groups%20in%20Baghdad.pdf

[741] Kimberly Kagan, *Iraq Report June 2007-November 2007 Securing Diyala*, (Washington, DC: Institute for the Study of War, n.d.), p. 10, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%207.pdf.

[742] Ibid.

[743] Ibid.

[744] U.S. Department of the Treasury, press release, "Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq," November 19, 2012, https://home.treasury.gov/news/press-releases/tg1775.

[745] Ibid.

[746] Ibid.

[747] Ibid.

according to one expert, Daqduq "met with leaders of special groups who conducted small arms and IED attacks against troops in Diyala, presumably to review their activities."[748]

In early 2007, U.S. forces discovered Iran had increased its "supply of weapons" to militant groups in Diyala.[749] These weapons included precursor materials needed to make deadly explosively formed penetrator bombs (or EFPs), which are discussed below.[750] One such cache of EFP supplies was discovered in Mandali, Diyala, in February 2007. The weapons stored in Diyala were used not only for attacks inside the province, but also in Baghdad, with smugglers traveling into and out of Iran through Diyala to facilitate the EFP pipeline.[751]

I now turn to consideration of the Diyala Province attacks that the Plaintiffs have asked me to review.

### Attack #22 – January 20, 2007 Helicopter Shoot Down in Bahrez, Diyala Province that Killed Iowa Army National Guard Command Sergeant Major Marilyn Gabbard

*Geography: Bahrez, Diyala Province*
*Attack Type: Helicopter Shoot Down*
*Direct Victim(s): CSM Marilyn Gabbard*

<u>Materials Reviewed</u>
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 150, USCENTCOM, USCENTCOM FOIA 22-0115, Ops Report, "SAFIRE on C/1-131 (EASY 4, [REDACTED]: 12 CF KIA 1 AIF DET," (January 20, 2007).
- PEX 151, Office of the Armed Forced Medical Examiner, "Autopsy Report – Marilyn Gabbard," (February 27, 2007).
- PEX 152, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07," (February 3, 2007).

<u>Attack Description</u>
On January 20, 2007, Command Sergeant Major (CSM) Marilyn Gabbard was an Iowa Army National Guard soldier mobilized and serving with Multi-National Corps – Iraq.[752] On the day of the attack, CSM Gabbard was a passenger aboard a UH-60 Blackhawk (callsign EZ 40), which was flying in formation behind another Blackhawk helicopter (callsign EZ 71).[753] Both helicopters were flying over Bahrez, a town northeast of Baghdad in Diyala Province, when CSM Gabbard's aircraft was struck by

---

[748] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 19, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%207.pdf.

[749] Ibid.

[750] Ibid., pp. 19-20.

[751] Ibid.

[752] "Army Commander Sgt. Marilyn L. Gabbard," *Military Times*, January 2007, https://thefallen.militarytimes.com/army-command-sgt-maj-marilyn-l-gabbard/2507299.

[753] PEX 150, USCENTCOM, USCENTCOM FOIA 22-0115, Ops Report, "SAFIRE on C/1-131 (EASY 4, [REDACTED]: 12 CF KIA 1 AIF DET," (January 20, 2007), p. 2.

enemy fire.[754] The resulting damage to the aircraft caused the crash that killed all 12 passengers and crew onboard.[755] ██████████████████████████████

Initial reports, including the January 20, 2007 Ops Report, detail a variety of possible weapons that may have engaged EZ 40, including surface-to-air missiles (SA-7 and retrofitted air-to-air R5 missiles), rocket propelled grenades (RPGs), and machine gun fire.[757] The AR 15-6 Collateral Investigation Report concludes that "At the time of this report the ASDAT [Army Shoot Down Assessment Team] members have not determined what specific type of weapon engaged Easy 40, but have confirmed enemy fire as the causative action."[758]

After EZ 40 was struck, EZ 71, the lead aircraft in the helicopter formation, engaged enemy forces who were traveling in a white pickup.[759] Two additional UH-60 aircraft (callsigns EZ 56 and EZ 62) and an Apache came to support EZ 71 and destroyed two additional enemy positions.[760] EZ 71 landed and crew members approached EZ 40 with fire extinguishers, but were unable to recover anyone from the burning wreckage.[761] The area around EZ 40's crash site was secured, and Coalition forces found evidence of enemy positions and munitions – including SA-7s and components, RPGs and components, a .50 caliber machine gun, and an anti-aircraft gun – in a nearby building that had been destroyed in the crash.[762]

_Attack Attribution_
I conclude it is very likely that the Zarqawi organization (as the Islamic State in Iraq) committed this helicopter shoot-down attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; and 3) a claim of responsibility for this attack released by ISI.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. After the death of Abu Musab al-Zarqawi in June 2006, AQI's successor Abu Ayyub al-Masri rebranded the Zarqawi Organization as Islamic State in Iraq (ISI). This attack took place after the group had adopted the name ISI; however, some sources cited in this attribution refer to the organization by its former name, AQI.

I now explain my conclusions.

_Geography and Time Period._ The location and time period of this attack are the first indicators pointing to the responsibility of ISI. The below map provides the approximate location of the attack.

---

[754] PEX 152, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07," (February 3, 2007), p. 17.
[755] PEX 152, p. 15.
[756] PEX 151, Office of the Armed Forced Medical Examiner, "Autopsy Report – Marilyn Gabbard," (February 27, 2007), p. 3.
[757] PEX 150, pp. 2, 3.
[758] PEX 152, p. 18.
[759] PEX 152, p. 15.
[760] PEX 152, p. 15.
[761] PEX 152, p. 18.
[762] PEX 150, p. 3.



*Figure 25: Approximate location of the attack in Bahrez, Diyala Province.*

This report's Diyala Province background section describes ISI's entrenchment in Baqubah – the provincial capital – and its environs, which include Bahrez. Controlling Bahrez and its southern neighboring areas was important historically for ISI because these towns served as facilitation nodes for the group's attacks into eastern Baghdad.[763] During the first three years of the Iraq War, the town was a frequent battleground between Coalition forces and Sunni militant groups.[764] U.S. forces and their Iraqi partners would take control of the town, only to have Sunni insurgents retake it once they left.[765] One of these struggles for control of Bahrez occurred in mid-February 2007 – soon after the attack that killed CSM Gabbard – that ensued because ISI had once again claimed control of the town in December 2006.[766] According to credible news reports, the progress of Coalition forces was stymied by a combination of real and fake roadside bombs, IEDs, snipers posted "throughout the city," and rocket-propelled grenade (RPG), mortar, and small arms fire – demonstrating the entrenchment of ISI in Bahrez around the time of this attack.[767]

Critically, ISI was also the dominant militant group in Bahrez's neighboring city of Baqubah. Controlling Diyala's provincial capital enhanced ISI's ability to project power in the city's environs – which included Bahrez, located 6 miles south.[768] Baqubah's location in the "Sunni Triangle" area – a region northwest of Baghdad known as a hotbed of guerilla insurgency – and its predominantly Sunni Arab demographic makeup made it a magnet for ISI fighters from the onset of the Sunni insurgency.[769]

---

[763] Jessica Lewis, *Middle East Security Report 18: The Islamic State of Iraq Returns to Diyala* (Washington, D.C.: Institute for the Study of War, April 2014), p. 14, https://www.understandingwar.org/sites/default/files/Lewis-Diyala.pdf.

[764] "U.S. and Iraqi Forces Battle Al Qaeda Stronghold," *CNN*, February 12, 2007, http://edition.cnn.com/2007/WORLD/meast/02/11/iraq.firefight/.

[765] Ibid.

[766] Ibid.

[767] Ibid.

[768] Spc. Ben Fox, "Chargers' Reflect on Success of Deployment," *U.S. Army Website*, February 13, 2008, https://www.army.mil/article/7424/chargers_reflect_on_success_during_deployment.

[769] "Double Suicide Bombings Kill 8 in Iraq," *CNN*, February 18, 2004, https://www.cnn.com/2004/WORLD/meast/02/18/sprj.nirq.main/index.html.

ISI maintained control of Diyala Province through intimidation of the local population and focusing effort on resisting the Coalition's presence.[770] Preceding and shortly after the attack that killed CSM Gabbard, Coalition forces launched several major offenses to degrade ISI in Diyala Province generally, but particularly in Baqubah and its environs. In November 2006, Coalition forces launched Operation Turki Bowl, targeting the ISI-dominated villages surrounding Baqubah, with the goal of enabling Coalition forces to target ISI elements throughout the Diyala River Valley.[771] In early 2007, heavy militant group influence in southern Diyala Province led U.S. forces and their partners to focus operations in the province's southwest corner – with particular focus on ejecting insurgents from Baqubah and Muqdadiyah.[772] During the second half of 2007, there were further Coalition efforts to clear ISI from Diyala Province, and Baqubah and Muqdadiyah were the focus of operations between June and October 2007.[773] These efforts included the massive Operation Arrowhead Ripper, which concentrated on Baqubah and its environs.[774]

*Tactics, Techniques and Procedures (TTPs).* Another indicator that ISI is responsible for this attack is the TTPs used to carry it out. CSM Gabbard was killed in a helicopter shoot-down attack.

At the time of the attack, ISI had access to training and materials required to conduct attacks with such weapons – including RPGs, surface-to-air missiles, 50 caliber machine guns, and anti-aircraft gun – which were found in enemy positions near the EZ 40 crash site.[775] According to the Central Command (CENTCOM) report on the insurgency in Al Anbar Province, ISI-associated groups based in Diyala Province received RPG training with ISI members in Al Anbar Province in 2006.[776] The report further states that by October 2006, ISI members holding rallies in Ramadi, Al Anbar Province were seen brandishing "RPGs, IGLA [Soviet surface-to-air missile system] rockets, and Dimitrov anti-aircraft guns."[777] Between October 2006 and November 2008 U.S. and Iraqi forces found at least 35 SA-7 missiles (plus an additional 83 unidentified surface-to-air missiles), and evidence of ISI forces' training in their use in various places throughout Iraq.[778] Given ISI's area of operations dominance in

---

[770] Michael Knights, "Pursuing Al-Qa'ida into Diyala Province," *CTC Sentinel* 9:7, (August 2008), pp. 5, 6, https://carnegieendowment.org/files/CTCSentinel_Vol1Iss9.pdf.

[771] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), p. 6, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf. .

[772] Ibid.

[773] Eric Hamilton, *Iraq Report December 2007-May 2008, Expanding Security in Diyala* (Washington, D.C.: Institute for the Study of War, August 13, 2008), p. 2, https://www.understandingwar.org/sites/default/files/reports/Security%20Diyala%20-%20Iraq%20Report%2010.pdf.

[774] "Task Force Lightning Strikes Al-Qaeda," *Official Website of Multi-National Force - Iraq,* June 19, 2007, https://web.archive.org/web/20070711022935/https://www.mnf-iraq.com/index.php?option=com_content&task=view&id=12398&Itemid=21; Bill Roggio, "The Battle of Baqubah I," *Long War Journal,* June 19, 2007, https://www.longwarjournal.org/archives/2007/06/the_battle_of_baquba.php; American Forces Press Service, "Iraq Operations Kill, Capture Scores of Terrorists," *U.S. Army,* June 22, 2007, https://www.army.mil/article/3772/iraq_operations_kill_capture_scores_of_terrorists.

[775] PEX 150, p. 3.

[776] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 7, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[777] Ibid., p. 190.

[778] Matt Schroeder, "Missile Watch #3: Black Market Missiles Still Common in Iraq," (Washington D.C.: Federation of American Scientists, Dec. 8, 2005), p. 2, https://programs.fas.org/ssp/asmp/issueareas/manpads/Missile_Watch_3_Black_market_missiles_still_common_in_Iraq.pdf.

Diyala Province, it is unlikely that other groups were present in the area with the same capabilities and access to the materials necessary to carry out this attack.

Additionally, in February 2007, the *New York Times* reported on documents captured from ISI fighters that "reflect the insurgents' military preparations from late last year, including plans for attacking aircraft using a variety of weapons," and further detailed:

> Documents captured from Iraqi insurgents indicate that some of the recent fatal attacks against American helicopters are a result of a carefully planned strategy to focus on downing coalition aircraft, one that American officials say has been carried out by mounting coordinated assaults with machine guns, rockets and surface-to-air missiles.
>
> The documents, said to have been drafted by Al Qaeda in Mesopotamia, show that the militants were preparing to "concentrate on the air force."[779]

*Claim of Responsibility.* The ISI Ministry of Information, ISI's propaganda arm, released a statement claiming responsibility for downing a Blackhawk helicopter:

> Two [ISI] brigades from the anti-aircraft detachment in the area of Bahrez, in the governorate of Diyala, setup [sic] an ambush for the aircraft, and at three o'clock in the afternoon on saturday [sic], Muharram 2, 1427 IC, corresponding to January 21 [sic]. 2007, the lions of the Islamic State of Iraq downed a Black Hawk plane [sic]. This followed with a confrontation with the Crusaders, resulting in the complete destruction of two Hummers [sic] and killing all who were in them.[780]

I accessed this translation of the claim through SITE Intelligence Group, which is a credible non-governmental organization that archives extremist content. The *Associated Press* reported a similar translation to the claim initially posted on a "Web site used as a clearing house for militant statements," which read: "the lions of Iraq's Islamic state managed to down a Black Hawk on Saturday, which was followed by a clash with the Crusaders, and that led to the destruction of two Humvees and the annihilation of those inside, thanks be to God."[781] Furthermore, the *New York Times* relayed an ISI claim referenced in a U.S. military intelligence report, noting that "Al Qaeda in Mesopotamia, which the intelligence report says leads the insurgent group known as the Islamic State of Iraq, has claimed responsibility for shooting down three of the helicopters. Those helicopters were downed near Taji, Karma and in Diyala Province."[782]

The details of the claim translations correspond with the attack described in the CENTCOM Ops Report, which also leads me to conclude that the claim is reliable. Both the claims and the Ops Report

---

[779] Michael Gordon & David Cloud, "Planning Seen in Iraqi Attacks on U.S. Copters," *New York Times*, February 18, 2007, https://www.nytimes.com/2007/02/18/world/middleeast/18helicopter.html.

[780] "Islamic State of Iraq Downing of a Black Hawk and Destroying Two Humvees in the Governorate of Diyala In the Name of Allah, the most Gracious and Merciful," SITE Intelligence, January 22, 2007, p. 1, https://ent.siteintelligence.com/Jihadist-News/site-institute-1-22-07-isoi-down-black-hawk-destroy-hummers.html.

[781] Nadia Abou el-Magd, "Al-Qaida-linked insurgents claim to have downed a US military helicopter," *Associated Press International*, January 22, 2007, https://advance.lexis.com/api/permalink/5d7b1ef9-fc41-4e1f-ae40-4021effb2aa7/?context=1519360.

[782] Gordon & Cloud, "Planning Seen in Iraqi Attacks on U.S. Copters."

concur on location of Bahrez or Diyala Province. The Ops Report states the crash occurred at 1458 hours, in line with ISI's version of the attack time (3 pm).[783] Although the date of the attack indicated in ISI's statement is one day off, it references Saturday, which was in fact January 20. This may be due to discrepancies in converting dates from the Hijri (Islamic) calendar, which ISI preferred, to the Gregorian calendar. Further, though the Ops Report makes no mention of the confrontation leading to the destruction of two Coalition Humvees (described in the ISI statement as civilian Hummers) following the shoot down, all the other details lead me to conclude that this claim of responsibility is genuine and can be attributed to ISI.

*Iranian Support*. Iran's support to ISI had a reasonable connection to the attack that killed CSM Gabbard. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[784] The following information further demonstrates the significance of Iran's support to ISI at the time and in vicinity of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. In December 2006 evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[785]
- Iran provided ISI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to ISI from the beginning of their support for the group.[786] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where ISI maintained strong areas of operations.[787] This Court previously found that the successful use of RPGs indicates training, which likely would have come from Iran; this Court has also previously found that Iran provided RPGs to ISI.[788]
- In February 2012, the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government identified ISI at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[789] This designation relies upon extensive research and data collection and reflects a demonstrated pattern of Iranian support to ISI.
- In 2008, the U.S. Department of the Treasury imposed sanctions against several individuals connected to Iran who provided weapons to militias in Iraq. For example, it sanctioned Gen. Foruzandeh of the IRGC-QF, who provided training for Iraqi militias, including training in

---

[783] Ibid; PEX 150, p. 2.
[784] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[785] Ibid.
[786] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006.
[787] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.
[788] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023).
[789] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

"guerilla warfare, light arms, marksmanship, planting improvised explosive devices, and firing anti-aircraft missiles," and who provided funding for Iraqi Sunni militia fighters.[790]

*Summary*

In summary, I conclude it is very likely that ISI carried out the January 20, 2007 attack on a helicopter in Bahrez, Diyala Province that killed Iowa Army National Guard CSM Marilyn Gabbard. My conclusion is based on the following:

- ISI possessed area of operations dominance in Diyala Province, specifically in the city of Baqubah and its surrounding villages and towns, including Bahrez, during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.
- ISI claimed responsibility for this attack.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #8 – April 7, 2007 IED Attack in Zaganiyah, Diyala Province that Killed Captain Jonathan Grassbaugh, Private First Class Rodney McCandless, and Specialist Levi Hoover**
*Geography: Zaganiyah, Diyala Province*
*Attack Type: IED Attack*
*Direct Victim(s): CPT Jonathan Grassbaugh, PFC Rodney McCandless, and SPC Levi Hoover*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 153, Department of the Army, "Report of Casualty – Jonathan Grassbaugh," (May 3, 2007).
- PEX 154, USCENTCOM, USCENTCOM FOIA 17-0695, "Initial and Supplemental Casualty Report – Levi Hoover," (April 7-8, 2007).
- PEX 155, CENTCOM, USCENTCOM FOIA 22-0169, "Casualty Report – Rodney McCandless," (April 8, 2007).
- PEX 156, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jonathan Grassbaugh," May 11, 2007.
- PEX 157, Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into an IED Detonation Resulting in the Death of CPT Grassbaugh, Jonathan; SPC Emolo, Ebe; SPC Hoover, Levi; and PFC McCandless, Rodney from 5-73rd Cavalry Squadron, 07APR07, 38S MC 7042 4576," (April 17, 2007).
- PEX 158, USCENTCOM, USCENTCOM FOIA 22-0121, Ops Report, "IED Explosion (CWIED) ATTK on TF 5-73 IVO (Route Barley): 1 CF WIA 4 CF KIA," (April, 24, 2007).

---

[790] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," (January 9, 2008), https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

*Attack Description*

On April 7, 2007 U.S. Army Captain (CPT) Jonathan Grassbaugh, Private First Class (PFC) Rodney McCandless, and Specialist (SPC) Levi Hoover were serving with 5th Squadron, 73rd Cavalry Regiment (5-73), 3rd Brigade Combat Team in the 82nd Airborne Division south of Zaganiyah, Diyala Province, Iraq.[791] According to the Army Regulation 15-6 (AR 15-6) investigation into the attack, CPT Grassbaugh, PFC McCandless, and SPC Hoover were part of a squadron combat logistical patrol consisting of nine vehicles on a mission to resupply a 5-73 Company Outpost in Zaganiyah and then return to Forward Operating Base (FOB) Warhorse in Baqubah.[792] CPT Grassbaugh, PFC McCandless, and SPC Hoover were was traveling in the lead convoy vehicle.[793]

The convoy was returning from the Company Outpost, traveling south of Zaganiyah, when an improvised explosive device (IED) detonated under a M1114 that held CPT Grassbaugh, PFC Rodney McCandless, and SPC Levi Hoover.[794]

The IED blast blew the vehicle into the air, ejecting the vehicle's turret along with four of the five occupants.[795] The vehicle was "immediately engulfed in fire" upon impact with the ground.[796] PFC McCandless remained trapped inside the vehicle while CPT Grassbaugh and another occupant were later found 10 to 15 meters from the blast site.[797] Servicemembers from the other vehicles in the convoy found CPT Grassbaugh unconscious and on fire.[798] They extinguished the flames and administered medical aid.[799] SPC Hoover was found dead 15-20 meters away from the blast site.[800]

CPT Grassbaugh and SPC Hoover were evacuated to a medical center in Balad, where CPT Grassbaugh was pronounced dead on arrival.[801] ████████████████████████████████ ████████████████████████████ SPC Hoover's casualty report states that the circumstances surrounding his death were that "his vehicle struck an IED."[803] PFC McCandless's casualty report states that the cause of his death was "massive trauma" inflicted by "enemy forces."[804] The blast killed one other servicemember in addition to CPT Grassbaugh, SPC Hoover, and PFC McCandless.[805]

---

[791] PEX 153, Department of the Army, "Report of Casualty – Jonathan Grassbaugh," (May 3, 2007), p. 2; PEX 157, Department of the Army, USARCENT FOIA FA-22-0067, "15-6 Investigation into an IED Detonation Resulting in the Death of CPT Grassbaugh, Jonathan; SPC Emolo, Ebe; SPC Hoover, Levi; and PFC McCandless, Rodney from 5-73rd Cavalry Squadron, 07APR07, 38S MC 7042 4576," (April 17, 2007), p. 9.
[792] PEX 157, p. 9.
[793] PEX 157, p. 9.
[794] PEX 157, pp. 9, 19.
[795] PEX 157, pp. 9-10.
[796] PEX 157, p. 9.
[797] PEX 157, p. 9.
[798] PEX 157, p. 9.
[799] PEX 157, p. 9.
[800] PEX 157, p. 10.
[801] PEX 157, p. 10.
[802] PEX 156, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jonathan Grassbaugh," (May 11, 2007), p. 5.
[803] PEX 154, USCENTCOM, USCENTCOM FOIA 17-0695, "Initial and Supplemental Casualty Report – Levi Hoover," (April 7-8, 2007), p. 6.
[804] PEX 155, CENTCOM, USCENTCOM FOIA 22-0169, "Casualty Report – Rodney McCandless," (April 8, 2007).
[805] PEX 153, p. 2.
[805] PEX 157, p. 9.

<u>*Attack Attribution*</u>

I conclude that the Zarqawi organization (as the Islamic State of Iraq) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. At the time of this attack, the group referred to itself as the Islamic State of Iraq (ISI), so that is the name I employ for it in this section. However, some sources cited in this attribution continue to refer to the organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Zaganiyah, Diyala Province on April 7, 2007. Zaganiyah is located in the Diyala River Valley, north of the city of Baqubah. The below map provides the approximate location of the attack.



*Figure 26 Approximate location of the attack in Zaganiyah, Diyala Province.*

By March 2007, ISI "effectively occupied" the broader Diyala River Valley region.[806] According to CPT James Few, locally deployed with U.S. Army's 5th Squadron, 73rd Cavalry Regiment (5-73), 5-73 began operations to eliminate ISI from the Diyala River Valley in February 2007.[807] Few explained that ISI used its occupation of "safe haven" towns in the Diyala River Valley to conduct regular attacks on the Iraqi government in a variety of towns in the province.[808]

---

[806] James Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," *Small Wars Journal,* April 6, 2011, p. 12, https://smallwarsjournal.com/blog/journal/docs-temp/728-few.pdf.
[807] Ibid., p. 3.
CPT Grassbaugh, PFC McCandless, and SPC Hoover's unit was also a component of 5-73.
[808] Ibid., p. 12.

Furthermore, ISI had established area of operations dominance in Zaganiyah. Few states that by March 2007, ISI had robust control of the area, and had "consolidated control of Zaganiyah governing under the auspices of the Islamic State of Iraq (ISI)." He details that ISI "established its zone of control, effectively killing or displacing 5,000 Shia residents, dissolving the Iraqi Government presence, instituting an Islamic government, and implementing Shar'iah law."[809] In response to ISI's growing dominance, 5-73 was tasked with "pacify[ing] Zaganiyah" and removing ISI networks from the Diyala River Valley.[810] In conducting reconnaissance of Zaganiyah in the spring of 2007, units in 5-73 estimated that 10% of the Zaganiyah population consisted of ISI fighters.[811] Additionally, 5-73 discovered that ISI had established a military headquarters in a Zaganiyah elementary school.[812]

According to the AR 15-6 report, the deaths of CPT Grassbaugh, SPC Hoover, and PFC McCandless "were the result of a preplanned attack from Anti Iraqi Forces."[813] This conclusion is supported by analysis of the Explosive Ordnance Disposal (EOD) team, who concluded that the IED was pre-set and had been buried "several months" prior to the arrival of CPT Grassbaugh's unit.[814] The EOD team describes pre-setting as a tactic that allowed IED emplacers to avoid detection by Coalition forces (present in significant numbers and conducting patrols in April 2007) while planting the IED and reducing evidence of road-surface changes that would notify Coalition forces of a newly-buried IED.[815] The IED was detonated by a command wire, which likely led to a house with a hole "chipped" out of a wall that gave a direct vantage point to the site of the IED attack.[816] The timelines required to pre-set an IED and knock a hole in the wall of a house suggest that those who executed the attack were active in the area for some months prior to the attack, which aligns with ISI's March 2007 area of operations dominance in the region.

ISI's dominance in the Diyala River Valley continued past the attack on CPT Grassbaugh, SPC Hoover, and PFC McCandless. In June 2007, Coalition forces began Operation Arrowhead Ripper with the goal to eliminate ISI from Baqubah and the towns northeast of Baqubah where Zaganiyah is located.[817]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

At the time of the attack, ISI used IEDs to regularly target Coalition forces in the Diyala River Valley. According to Captain James Few, deployed locally with the U.S. Army's 5th Squadron, 73rd Cavalry

---

[809] James Few, "The Break Point: AQIZ Establishes the ISI in Zaganiyah," *Small Wars Journal,* 2008, p. 1, https://web.archive.org/web/20100207111621/http://smallwarsjournal.com/blog/journal/docs-temp/50-few.pdf.
[810] James Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," p. 5.
[811] Ibid.
[812] Ibid., p. 12.
[813] PEX 157, p. 8.
[814] PEX 157, p. 10.
[815] PEX 157, p. 10.
[816] PEX 158, USCENTCOM, USCENTCOM FOIA 22-0121, Ops Report, "IED Explosion (CWIED) ATTK on TF 5-73 IVO (Route Barley): 1 CF WIA 4 CF KIA," (April, 24, 2007), p. 2.
[817] "Operation Arrowhead Ripper," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-arrowhead-ripper.

Regiment, in March 2007 ISI had extensively "mined the main roads" surrounding Baqubah and Zaganiyah, resulting in "two to three daily IED attacks" on his squadron.[818]

In an Army War College leadership report on Operation Arrowhead Ripper, Colonel Fred Johnson described the effects of IEDs buried under streets in Diyala Province by AQI, noting that they were "extremely lethal to U.S. forces and the Iraqi security forces," with secondary effects of destruction of infrastructure.[819] Coalition forces captured approximately 250 IEDs when seizing ISI weapons caches during Operation Arrowhead Ripper.[820]

*Iranian Support.* Iran provided support to ISI, and this support had a reasonable connection to the attack that killed CPT Grassbaugh, SPC Hoover, and PFC McCandless. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[821]

In addition to the details provided in that report, it is worth noting that Iran provided support to ISI before, during, and after this attack in multiple ways:

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including ISI – and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[822]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[823] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped

---

[818] James Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," *Small Wars Journal,* April 6, 2011, p. 10, https://smallwarsjournal.com/blog/journal/docs-temp/728-few.pdf.

[819] Colonel Fred Johnson, "Arrowhead Ripper: Adaptive Leadership in Full Spectrum Operations," (Carlisle, PA: Army War College, June 2009), p. 11, https://apps.dtic.mil/sti/pdfs/ADA501357.pdf.

[820] "Operation Arrowhead Ripper," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-arrowhead-ripper.

[821] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[822] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[823] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[824]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[825] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[826]

*Summary*

In summary, I conclude that it is very likely that ISI carried out the April 7, 2007 IED attack in Zaganiyah, Diyala Province that killed U.S. Army CPT Jonathan Grassbaugh, PFC Rodney McCandless, and SPC Levi Hoover. My conclusion is based on the following:

- ISI possessed areas of operations dominance in Zaganiyah and the surrounding area during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #9 – May 28, 2007 IED Attack in Abu Sayda, Diyala Province that Killed Specialist James Summers, Specialist Zachary Baker, and First Lieutenant Kile West**
*Geography: Abu Sayda, Diyala Province*
*Attack Type: IED Attack*
*Direct Victim(s): SPC James Summers, SPC Zachary Baker, and 1LT Kile West*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 159, USCENTCOM, USCENTCOM FOIA 17-0446, "Initial and Supplemental Casualty Report of Kile West (May 28, 2007; June 10, 2007).
- PEX 160, CENTCOM, USCENTCOM FOIA 22-0070, "Report of Casualty – Zachary Baker," (July 2, 2007)
- PEX 161, Office of the Armed Forces Medical Examiner, "Autopsy Report – James Summers," (June 12, 2007).

---

[824] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[825] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[826] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023).

- PEX 162, Office of the Armed Forces Medical Examiner, "Autopsy Report – Kile West," (June 27, 2007).
- PEX 163, Department of the Army, USARCENT FOIA FA-22-0067, "Findings and Recommendations for AR 15-6 Investigation into Hostile Fire Deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Jonathan Markham on 28 and 29 May 2007," (June 27, 2007).
- PEX 164, Department of the Army, USCENTCOM FOIA 22-0226, "Casualty Report – James Summers," (June 9, 2007).
- PEX 165, USCENTCOM, USCENTCOM FOIA 17-0403, "(Explosive Hazard) IED Explosion (Improvised Explosive Devise (IED)) 3-1 QRF : 5 KIA 3 OF WIA," (February 2, 2008).

_Attack Description_

On May 28, 2007, U.S. Army Specialist (SPC) James Summers, U.S. Army Specialist Zachary Baker, and U.S. Army First Lieutenant (1LT) Kile West were serving with the 6th Squadron, 9th Cavalry Regiment (6-9 CAV) Apache (A) Troop.[827] They were traveling as part of a convoy on a DART (Downed Aircraft Recovery Team) mission to retrieve a downed Bell OH58-D Kiowa helicopter outside of Abu Sayda, Diyala Province, a town northeast of Baqubah.[828]

According to the Army Regulation 15-6 Investigation Report on this attack, the mission was "very deliberate in the route clearance by leading with Heavy Tracked Vehicles for protection and dismounting Troopers to look for IED [improvised explosive device] pressure switches or command detonating wire."[829] Along the route, the convoy stopped to inspect an IED blast and search for IEDs in the dirt section of the otherwise paved road.[830] The convoy proceeded after completing its reconnaissance.[831] The Investigation Report indicates that after the first vehicle in the convoy passed the site of the IED blast, "A25 [the vehicle containing SPC Summers and 1LT West] struck a pressure switch detonating a large buried IED directly under the crew compartment of the Bradley [Fighting Vehicle]."[832]

According to the Investigation Report, SPC Summers and 1LT West sustained blast and shrapnel injuries in the explosion, resulting in their immediate death.[833] SPC Baker died while being evacuated

---

[827] James Summers is referred to as Corporal (CPL) in some documents. This discrepancy is likely due to a posthumous promotion. PEX 164, Department of the Army, USCENTCOM FOIA 22-0226, "Casualty Report – James Summers," (June 9, 2007), p. 2; PEX 161, Office of the Armed Forces Medical Examiner, "Autopsy Report – James Summers," (June 12, 2007), p. 2; PEX 159, USCENTCOM, USCENTCOM FOIA 17-0446, "Initial and Supplemental Casualty Report of Kile West (May 28, 2007; June 10, 2007), p. 2; PEX 160, CENTCOM, USCENTCOM FOIA 22-0070, "Report of Casualty – Zachary Baker," (July 2, 2007), p. 2.
[828] PEX 163, Department of the Army, USARCENT FOIA FA-22-0067, "Findings and Recommendations for AR 15-6 Investigation into Hostile Fire Deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Jonathan Markham on 28 and 29 May 2007," (June 27, 2007), p. 4.
[829] PEX 163, p. 7.
[830] PEX 163, p. 8.
[831] PEX 163, p. 8.
[832] PEX 163, p. 8; PEX 161, p. 3.
[833] PEX 163, p. 10.

to the Combat Support Hospital in Balad.[834] The blast killed one additional servicemember and wounded three others.[835]

In response to the blast, another unit was called to secure the site and transport casualties.[836] Following a medical evacuation of the casualties to the Combat Support Hospital in Balad, a second IED detonated on the recovery team, resulting in the death of one other service member.[837] The AR 15-6 investigation specifies that the second IED used approximately 100 pounds of explosives.[838] The exact type and number of munition(s) used in the first IED detonation are not specified.[839]

_Attack Attribution_

I conclude that the Zarqawi organization (as the Islamic State of Iraq) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. At the time of this attack, the group referred to itself as the Islamic State of Iraq (ISI), so that is the name I employ for it in this section. However, some sources cited in this attribution continue to refer to the organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

_Geography and Time Period._ The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Abu Sayda, Diyala Province on May 28, 2007. Abu Sayda is located in the Diyala River Valley, north of the city of Baqubah. The below map provides the approximate location of the attack.

---

[834] PEX 163, p. 10.
[835] PEX 163, p. 8.
[836] PEX 163, p. 8.
[837] PEX 163, pp. 7, 9.
[838] PEX 163, p. 9.
[839] PEX 163, p. 9.



*Figure 27: Approximate location of the attack in Abu Sayda, Diyala Province.*

During the period leading up to the attack, ISI had established area of operations dominance in the Diyala River Valley – including a number of towns near Abu Sayda.[840] According to a publication by James Few, a Captain in the U.S. Army's 5th Squadron, 73rd Cavalry Regiment (5-73) stationed in the Diyala River Valley at the time of this attack, ISI murdered an Abu Waji imam for refusing to submit to the group's theological doctrines. Then, in November 2006, ISI also assassinated the *mukhtar* (a local political and social leader) of Little Abu Sayda – a small village northeast of Abu Sayda – who had been aiding U.S. forces at their base in Abu Sayda.[841] Few notes that "the net effects of the assassinations of leadership resulted in AQIZ dismantling the tribal and governmental ties of the Sunni residents of Zaganiyah."[842] This allowed the group to establish dominance in the town of Zaganiyah – shown on the above map as Qarat Zaghiniyat, or "Village of Zaghiniyat" – where ISI "established its zone of control, effectively killing or displacing 5,000 Shia residents, dissolving the Iraqi Government presence, instituting an Islamic government, and implementing Shar'iah law."[843]

By March 2007, ISI "effectively occupied" the broader Diyala River Valley region, including Abu Sayda.[844] Few indicates that ISI used their occupation of "safe haven" towns in the area to conduct regular attacks on the Iraqi government in other towns, including Abu Sayda.[845]

---

[840] James Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," *Small Wars Journal,* April 6, 2011, p. 2, https://smallwarsjournal.com/blog/journal/docs-temp/728-few.pdf.
[841] James Few, "The Break Point: AQIZ Establishes the ISI in Zaganiyah," *Small Wars Journal,* 2008, p. 8, https://smallwarsjournal.com/blog/journal/docs-temp/50-few.pdf.
[842] Ibid.
[843] Ibid.; Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," p. 2.
[844] Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," p. 12.
[845] Ibid.

ISI's dominance in the vicinity of Abu Sayda is further demonstrated by U.S. military operations undertaken in the region to target the group. According to CPT James Few, 5-73 began operations to eliminate ISI from the Diyala River Valley in February 2007.[846] Additionally, in June 2007 Coalition forces began Operation Arrowhead Ripper, with the explicit mission to eliminate ISI from Baqubah and later its northeast environs where Abu Sayda is located.[847] Such operations demonstrate the pervasive presence of ISI in the region past the May 28, 2007 attack that killed SPC Summers, SPC Baker, and 1LT West.

Furthermore, ISI claimed responsibility for a helicopter attack that almost certainly was the one SPC Summers, SPC Baker, and 1LT West were responding to on their DART mission, which places ISI in the immediate vicinity of this attack.[848]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

At the time of the attack, ISI used IEDs to regularly target Coalition forces in the Diyala River Valley. According to CPT James Few, in March 2007, ISI had extensively "mined the main roads" surrounding Baqubah and Zaganiyah, resulting in "two to three daily IED attacks" on his squadron.[849] Additionally, during Operation Arrowhead Ripper, Coalition forces captured a number of ISI weapons caches that contained approximately 250 IEDs.[850]

*Iranian Support.* Iran provided support to ISI and this support had a reasonable connection to the attack that killed SPC Summers, SPC Baker, and 1LT West. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[851] In addition to this report, Iran provided support to ISI before, during, and after this attack in multiple ways.

- In December 2006 evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[852]
- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation

[846] Ibid., p. 3.
[847] "Operation Arrowhead Ripper," Institute for the Study of War, n.d, https://www.understandingwar.org/operation/operation-arrowhead-ripper.
[848] "Al-Qaeda-affiliated group says it shot down US helicopter in Iraq," *Deutsche Presse-Agentur*, May 30, 2007, https://advance.lexis.com/api/permalink/c3d4683e-6336-4bb3-8f7b-54f89c1f9851/?context=1519360; SITE Intelligence, *Islamic State of Iraq Ministry of Intelligence*, "Islamic State of Iraq/ Claims Responsibility for Shooting Down a Plane type-"Super Cobra" in the Governorate of Diyala," May 30, 2007, p. 2.
[849] Few, "The Pacification of Zaganiyah (Part One): Fighting for Intelligence to Overcome the Information Gap," p. 10.
[850] "Operation Arrowhead Ripper," Institute for the Study of War, n.d, https://www.understandingwar.org/operation/operation-arrowhead-ripper.
[851] See my Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[852] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[853] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[854]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[855] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[856]

### Summary

In summary, I conclude that it is very likely that ISI carried out the May 28, 2007 IED attack in Abu Sayda, Diyala Province that killed U.S. Army SPC James Summers, U.S. Army SPC Zachary Baker, and U.S. Army 1LT Kile West. My conclusion is based on the following:

- ISI possessed areas of operations dominance in Abu Sayda and the surrounding area during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

---

[853] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[854] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[855] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[856] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023).

**Attack #15 – June 12, 2007 Complex Attack in Baqubah, Diyala Province that Killed U.S. Army Corporal Damon LeGrand**
*Geography: Baqubah, Diyala Province*
*Attack Type: Complex Attack*
*Direct Victim(s): CPL Damon LeGrand*

<u>Materials Reviewed</u>
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 166, Department of the Army, "Report of Casualty – Damon LeGrand," (July 24, 2007).
- PEX 167, Department of the Army, "Certificate of Death (OVERSEAS) – Damon LeGrand," (June 28, 2007).
- PEX 168, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Damon LeGrand," (June 28, 2007).
- PEX 169, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation Report – Damon LeGrand," (June 20, 2007).
- PEX 170, Department of Defense, USCENTCOM FOIA 22-0150, "Supplemental Casualty Report – Damon LeGrand," (n.d.).
- PEX 171, Department of Defense, USCENTCOM FOIA 22-0150, "Initial Field Report – Damon LeGrand," (June 13, 2007).

<u>Attack Description</u>
On June 12, 2007, Corporal (CPL) Damon LeGrand was serving with the 571st Military Police Company, 97th Military Police Battalion, of the 89th Military Police Brigade.[857] On that day, CPL LeGrand was driving an M1114 High Mobility Multipurpose Wheeled Vehicle (HMMWV) as part of a Coalition convoy on patrol from Forward Operating Base (FOB) Warhorse to the Tahrir Iraqi Police Station (IPS), making their way through Baqubah, Diyala province.[858] The convoy's initial journey to and from the Tahrir IPS, where it picked up Iraqi Policemen suspected of connections to explosive materials, was uneventful.[859] According to the Army Regulation (AR) 15-6 Investigation Report, at 2050 hours, their convoy began a second trip to return the two detained Iraqi Police officers, who had been cleared of any connection to the explosives, to Tahrir IPS.[860] The convoy consisted of an Iraqi Police truck and two U.S. M1114s, the first in line driven by CPL LeGrand.[861] At the last minute, the convoy's route was changed due to "ongoing operations" along their initial route.[862]

---

[857] PEX 170, Department of Defense, USCENTCOM FOIA 22-0150, "Supplemental Casualty Report – Damon LeGrand," (n.d.), p. 2; PEX 166, Department of the Army, "Report of Casualty – Damon LeGrand," (July 24, 2007), p. 2.
[858] PEX 171, Department of Defense, USCENTCOM FOIA 22-0150, "Initial Field Report – Damon LeGrand," (June 13, 2007), p. 3; PEX 169, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation Report – Damon LeGrand," (June 20, 2007), p. 3.
[859] PEX 169, p. 6.
[860] Ibid.
[861] Ibid.
[862] Ibid.

While driving to the Tahrir IPS along this alternate route, the convoy came under attack.[863] The Initial Field Report on the attack states that CPL LeGrand's vehicle "ran over" an improvised explosive device (IED) comprised of "two anti-tank mines" buried in the ground and was simultaneously attacked "with a RPG [rocket propelled grenade] which penetrated the vehicle."[864] The report continues: "Immediately after the RPG struck the vehicle, the squad was engaged with heavy small arms fire east and west."[865] The IED blast was so powerful that there was nothing left of the vehicle except for the "doghouse" (main carriage).[866] Post-blast analysis shows that "[t]he IED is believed to have been a tank mine with an accelerant added to the mix."[867]

███████████████████████████████████████████████████████ ■ One other member of the patrol squad was killed by the detonation of the IED.[869]

After the initial attack, a sustained firefight erupted between the assailants and the U.S. military survivors. The AR 15-6 Investigation Report notes:

> Realizing the complexity of the attack, [REDACTED] returned to his vehicle[,] called for a quick reaction force to provide immediate assistance…While waiting for help, and still trying to get to the wounded men, the members of the squad acquired identification of the enemy[,] returned fire from their M2 50. Cal[iber] as well as from their M4 rifles and M9 pistols…Upon finally reaching the damaged truck, [REDACTED] was taken into an adjacent building where a casualty collection point was established. A Medical team along with the strykers had arrived on the scene as well.[870]

After the wounded servicemembers on scene had received first aid, the response force transported the wounded to FOB Gabe, from where they were medically evacuated to Balad.[871] The remaining servicemembers were secured by a platoon who had arrived on scene to assist, while an Iraqi firefighting team extinguished the burning vehicle.[872]

_Attack Attribution_

I conclude that it is likely that the Zarqawi organization (as the Islamic State in Iraq) committed this complex attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone numerous name changes since the group's inception in 1993. On October 15, 2006, the group took on the name of the Islamic State of Iraq (ISI).[6] This attribution

---

[863] Ibid.
[864] PEX 172, p. 3; PEX 169, p. 8.
[865] PEX 172, p. 3.
[866] PEX 169, p. 8.
[867] Ibid.
[868] PEX 168, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Damon LeGrand," (June 28, 2007), p. 4.
[869] PEX 169, p. 8.
[870] Ibid., p. 7.
[871] Ibid.
[872] Ibid.

will thus refer to the group as ISI. However, some sources cited in this attribution refer to the Zarqawi organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack occurred in Baqubah, Diyala Province on June 12, 2007. The below map provides the approximate location of the attack.



*Figure 28: Approximate location of the attack in Baqubah, Diyala province.*

From 2004 to 2006 there was a large increase in militant group activity in Diyala Province. Coalition operations to secure Baghdad forced ISI fighters into surrounding territories, such as Diyala. According to Aaron Greenwald, a national security consultant writing for the peer-reviewed journal *Perspectives on Terrorism*:

> Beginning in 2004, the U.S. military presence in Baghdad resulted in enemy migrations towards Ba'qubah. "U.S. officers say Al Qaeda-linked militants have streamed into the province in recent months, displaced by the troop buildup in Baghdad and mounting pressure in al Anbar province in the west…"[873]

By 2006, ISI was the dominant force in Diyala Province.[874] Diyala Province was also a vital geographic area for ISI due to its location on the northeast Baghdad belt, which was part of ISI's network of routes used to move freely between the provinces and project force into Baghdad.[875] ISI activity in

---

[873] Aaron L. Greenwald, "Trends in Terrorist Activity and Dynamics in Diyala province, Iraq During the Iraqi Government Transition, 2004-2006," *Perspectives on Terrorism*, 4:1, (March 2010), p. 55.

[874] Kimberly Kagan, *Iraq Report June 2007-November 2007 Securing Diyala* (Washington, DC: Institute for the Study of War, n.d.), p. 3.

[875] "Baghdad Belts," Institute for the Study of War, n.d., https://www.understandingwar.org/region/baghdad-belts; "Northeast," Institute for the Study of War, n.d., https://www.understandingwar.org/region/northeast.

Diyala Province continued into 2007. U.S. strategy in Iraq until 2007 had focused on securing the city of Baghdad, while rapidly transitioning broader security tasks to Iraqi forces.[876] As a consequence, because Baghdad received the bulk of Coalition attention, ISI's territorial presence in the areas surrounding Baghdad's Belts – which include Diyala Province – remained largely uncontested until 2007.[877]

Further, U.S. military planning documents dated December 2007 state that the Diyala River Valley was a support zone for ISI forces.[878] Captured documents from ISI fighters known as the Taji Documents detailed areas of operation for ISI forces in and around Baghdad, including Diyala Province:[879]

> According to the Taji documents, AQI had divided its campaign in the belts into three areas: east, south, and north. The northern belt included Taji, where the documents had been found, and stretched to the lower Diyala Province. Meanwhile, the eastern belt stretched from Salman Pak up through the largely Shi'a Mada'in Qada to the southern reaches of Diyala Province. AQI's emir in the eastern belt, an obscure operative known as Asim, had responsibility for cutting the Kut-Baghdad road and securing a land bridge from the outskirts of the capital up the contested Diyala River Valley to Buhriz and Baqubah. These tasks had been reinforced by AQI in mid-2006.[880]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator of ISI's responsible for this attack is the TTPs employed in it. The perpetrators conducted a complex attack that combined IEDs, RPGs, and smalls arms fire. The composition of the complex attack reflects a trend in attacks carried out by ISI.[881] In the months before and after this attack, Coalition forces uncovered several weapons caches containing contents reflecting the capabilities and TTPs employed in this attack, including machine guns, RPGs, and homemade explosives used for the construction of IEDs.[882]

ISI conducted numerous complex attacks in Iraq throughout the period leading up to this attack, from 2006 to May 2007.[883] According to the U.S. Army's official history of the Iraq War, ISI carried out several complex attacks against Coalition forces and buildings in Ramadi throughout 2006.[884] ISI also

---

[876] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019), pp. 99-101, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1932&context=monographs.
[877] Ibid.
[878] Multi-National Corps – Iraq, "Operation Phantom Phoenix," December 24, 2007, p. 5, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0155.%20Phantom%20Phoenix%20Final%2020071226%20V9.1.pdf
[879] Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, pp. 101, 102.
[880] Ibid., p. 103.
[881] Staff Sgt. Russell Bassett, "IA, CF Clear AQI Strongholds South of Baqubah," *DVIDS Hub*, February 18, 2008, https://www.dvidshub.net/news/16448/ia-cf-clear-aqi-strongholds-south-baqubah.
[882] Ibid.
[883] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 644, 645, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs; USCENTCOM, *MNC-I BUA Intel Daily Slides*, May 2007, p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0355.%20MNC-I%20BUA%20Intel%20Daily%20Slides%20-%20May%2007.pdf.
[884] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, pp. 644, 645.

employed complex attacks in Mosul.[885] A May 2007 United States Central Command (CENTCOM) Multi-National Corps - Iraq Daily Intel report describes multiple complex attacks in Mosul attributed to both ISI and Ansar al-Sunna (AAS).[886] The report states that the attacks used "a spread of successful TTPs" including IEDs, small arms fire, and indirect fire," strikingly similar to the types of weapons used in the attack that killed CPL LeGrand.[887]

Additionally, an August 2008 report published by the Combating Terrorism Center (CTC) at West Point on ISI in Diyala Province observed that ISI frequently used roadside IEDs in Baqubah to "deter coalition and Iraqi patrols."[888] In early 2008 in Diyala, 70 IEDs were dismantled along Route 5 linking Baqubah to Baghdad.[889] In July 2008, 13 IEDs were used against Iraqi Army patrols, and CTC believed there were indications that ISI would further intensify its operations.[890]

*Ruling Out Other Insurgent Groups.* Other militant groups were also active in this area. I have considered their activities in rendering my opinion that ISI is ultimately the organization likely responsible for the attack.

The 1920 Revolution Brigades had a known footprint in Diyala Province during this time period.[891] However, it is highly unlikely that the 1920 Revolution Brigades carried out this attack. Not only did ISI have a larger footprint in the province, but the 1920 Revolution Brigades carried out few attacks against Coalition forces during this time.[892] Instead, they were negotiating with the Coalition for an alliance against ISI in the province.[893] As a result, the 1920 Revolution Brigades were carrying out more attacks against ISI than they were against the Coalition, and were unlikely to have carried out this attack that killed CPL LeGrand.[894]

Additionally, during the U.S.-led offensive in 2007, U.S. military officials noted that AAS/AAI and JAM were present in Diyala Province.[895] In addition to being weaker than ISI in Diyala Province, AAS/AAI was allied with ISI during this time. Therefore, AAS/AAI involvement would not preclude ISI culpability.[896] JAM, though also present in the province, likely lacked the operational control in Bahrez to execute this attack, considering ISI's dominance in the area. However, given that Iran also supported both JAM and AAS, their possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed CPL LeGrand.

---

[885] *MNC-I BUA Intel Daily* Slides, p. 36.

[886] Ibid.

[887] Ibid.

[888] Michael Knights, "Pursuing Al-Qa`ida into Diyala Province," *CTC Sentinel*, 1:9, (August 2008), p. 1, https://ctc.westpoint.edu/wp-content/uploads/2010/06/Vol1Iss9-Art2.pdf.

[889] Ibid.

[890] Ibid.

[891] "U.S. describes Sunni rebels battling al-Qaida," *NBC News*, April 20, 2007, https://www.nbcnews.com/id/wbna18234571.

[892] "U.S. describes Sunni rebels battling al-Qaida," *NBC News*.

[893] Ibid.

[894] Ibid.

[895] Jamie Tarabay, "Anbar Alliance May Not Translate to Other Provinces," *NPR*, September 25, 2007, https://www.npr.org/templates/story/story.php?storyId=14696316.

[896] Tarabay, "Anbar Alliance May Not Translate to Other Provinces."

*Iranian Support.* Iran provided support to ISI and this support had a reasonable connection to the attack that killed CPL LeGrand. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[897] The following information further demonstrates the significance of Iran's support to ISI at the time and in vicinity of this specific attack:

- In December 2006, evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives were reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[898] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[899]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[900]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[901]

- Iran provided ISI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to ISI from the beginning of their support for the group.[902] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where ISI maintained strong areas of operations.[903]

- This Court previously found that the successful use of RPGs indicates training, which likely would have come from Iran; this Court has also previously found that Iran provided RPGs to ISI.[904]

---

[897] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[898] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[899] Ibid.

[900] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[901] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[902] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006.

[903] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[904] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023).

- In 2008, the U.S. Department of the Treasury imposed sanctions against several individuals connected to Iran who provided weapons to militias in Iraq. For example, it sanctioned Gen. Foruzandeh of the IRGC-QF, who provided training for Iraqi militias, including training in "guerilla warfare, light arms, marksmanship, planting improvised explosive devices, and firing anti- aircraft missiles," and who provided funding for Iraqi Sunni militia fighters.[905]

*Summary*

In summary, I conclude that it is likely that ISI carried out the June 12, 2007 IED attack in Baqubah, Diyala Province that killed U.S. Army CPL Damon LeGrand. My conclusion is based on the following:

- ISI possessed area of operations dominance in Baqubah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #12 – January 9, 2008 House-Borne IED Attack in Sinsil, Diyala Province that Killed U.S. Army Staff Sergeant Jonathan Dozier, Sergeant Zachary McBride, and Sergeant First Class Matthew Pionk**
*Geography: Sinsil, Diyala Province*
*Attack Type: HBIED Attack*
*Direct Victim(s): SGT Zachary McBride, SFC Matthew Pionk, and SSG Jonathan Dozier*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 172, Department of the Army, USARCENT FOIA FA-17-0222, "AR 15-6 – Matthew Pionk & Zachary McBride," (January 11, 2008).
- PEX 173, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Zachary McBride," (March 6, 2008).
- PEX 174, Office of the Armed Services Medical Examiner, "Autopsy Examination Report – Matthew Pionk," (June 20, 2008).
- PEX 175, USCENTCOM, USCENTCOM FOIA 22-0102, "(EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) HHC 3/2 SCR : 6 CF KIA 9 CF WIA 1 CIV KIA 1 UE DET," (January 12, 2008).
- PEX 176, Department of the Army, "Report of Casualty – Zachary McBride," (February 2, 2008).

*Attack Description*

On January 9, 2008, U.S. Army Sergeant (SGT) Zachary McBride, Sergeant First Class (SFC) Matthew Pionk, and Staff Sergeant (SSG) Jonathan Dozier were serving in a reconnaissance platoon with the

---

[905] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," (January 9, 2008), https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

3rd Squadron, 2nd Stryker Cavalry Regiment of the Army 1st Armored Division.[906] Their mission, as part of Operation Wolfpack Harvest, was to clear the town of Sinsil of Islamic State of Iraq (ISI) militants and locate a suspected ISI safehouse in Sinsil, which is located in the southwest region of Diyala Province, often described as Diyala River Valley.[907]

SGT McBride's, SFC Pionk's, and SGG Dozier's platoon located Sinsil's *mukhtar* (a local political and social leader) and questioned him about the presence of insurgents in the town.[908] The *mukhtar* said that he could show the platoon "the location of a suspected Al Qaeda safehouse."[909] The *mukhtar* pointed the platoon to the suspected ISI safehouse from his rooftop, a nearby compound which was visible from atop his home.[910] The platoon leader repeatedly asked the *mukhtar* about the presence of explosives in the compound, and the *mukhtar* said there were none.[911]

The reconnaissance platoon, including SGT McBride, SFC Pionk and SGT Dozier, entered the suspected ISI safe house and started to investigate the building.[912] Shortly after they entered, a House-Borne Improvised Explosive Device (HBIED) was triggered and a massive explosion "detonated across the southwestern portion of the structure," causing "the entire entrance of the building and the roof to collapse as a result of the blast."[913] The explosion killed six members of the platoon, including SGT McBride, SFC Pionk and SGT Dozier, and an interpreter employed with the Titan Corporation.[914]

*Attack Attribution*

I conclude that the Zarqawi organization very likely committed this HBIED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; and 3) U.S. Government reporting that indicates ISI perpetrated the attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. At the time of this attack, the group referred to itself as the Islamic State of Iraq (ISI), so that is the name I employ for it in this attribution. However, some sources cited in this attribution continue to refer to the organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Sinsil, Diyala Province on January 9, 2008. Sinsil is

---

[906] PEX 176, Department of the Army, "Report of Casualty – Zachary McBride," (February 2, 2008), p. 2.
While the AR 15-6 investigation refers to Jonathan Dozier as Sergeant (SGT), open-source reporting refers to him as Staff Sergeant (SSG). This is likely due to a posthumous promotion.
PEX 172, Department of the Army, USARCENT FOIA FA-17-0222, "AR 15-6 – Matthew Pionk & Zachary McBride," (January 11, 2008), p. 13; "Army Staff Sgt. Jonathan K. Dozier," *Military Times*, https://thefallen.militarytimes.com/army-staff-sgt-jonathan-k-dozier/3306874.; PEX 176, p. 2.
[907] PEX 172, p. 13.
[908] Ibid.
[909] Ibid.
[910] Ibid.
[911] Ibid.
[912] Ibid., p. 14.
[913] Ibid.
[914] Ibid., p. 12.

located approximately 15 miles northwest of Muqdadiyah. The below map provides the approximate location of the attack.



*Figure 29: Approximate location of the attack in Sinsil, Diyala Province.*

ISI was pushed up the Diyala River Valley by Coalition operations by mid-2007, subsequently establishing a sanctuary in the area northwest of Muqdadiyah – near where Sinsil is located – that it dubbed the "Breadbasket."[915] ISI controlled the Breadbasket by "terrorizing and intimidating the local population and used the area as a major logistics and command and control site to funnel fighters, weapons, and money down the Diyala River Valley into Muqdadiyah and Baqubah. "[916] For more than a year, ISI "ruled the Breadbasket through force and psychological intimidation."[917] A series of complexes serving as "operating bases and detention, torture, and execution facilities," were a primary mechanism that ISI used to maintain their rule.[918]

In mid-to-late 2007, Coalition forces began a series of operations designed to clear ISI forces from the entirety of Diyala Province – including the Breadbasket – moving north from Baghdad towards Baqubah along the Diyala River Valley.[919] In January 2008, Coalition forces initiated Operations Iron Harvest and Raider Harvest, an intensification of the clearing effort in Diyala Province that included the towns north and west of Muqdadiyah – where Sinsil is located.[920]

By early 2008, ISI forces were heavily focused on defending their remaining logistics and command and control nodes in the small rural towns north of Muqdadiyah.[921] Diyala Province at that time also

---

[915] Eric Hamilton, *Backgrounder # 19 Operation Raider Harvest: Establishing Lasting Security in Northern Diyala*, (Washington, DC: Institute for the Study of War, January 2008), p. 7, https://www.understandingwar.org/sites/default/files/reports/Operation%20Raider%20Harvest.pdf.
[916] Ibid., pp. 1, 3.
[917] Ibid.
[918] Ibid.
[919] Ibid.
[920] Ibid.
[921] Michael Knights, "Pursuing Al-Qa`ida into Diyala Province," *CTC Sentinel*, 1:9, (August 2008), p. 2, https://ctc.westpoint.edu/wp-content/uploads/2010/06/Vol1Iss9-Art2.pdf.

held symbolic significance for ISI because it had become the latest center of their Islamic caliphate.[922] ISI efforts to repel Coalition forces included multiple IED attacks – forty-eight such attacks occurred in the areas north of Muqdadiyah in January 2008.[923]

The statements of local Sinsil residents provide further indication of ISI's operational dominance in the town through early January 2008. Residents interviewed for an Institute for the Study of War report said that as of January 2008 they had been living under the thumb of ISI for over a year, including suffering the decisions of a draconian ISI sharia court.[924] They also asserted that militant forces had been operating freely in Sinsil until Coalition forces arrived there.[925] According to a local imam in Sinsil, as Coalition forces participating in Operation Raider Harvest approached the town, ISI "had paraded through the village with a severed head" to intimidate Sinsil residents.[926]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI is responsible for this attack is the TTPs used to carry it out. The perpetrators conducted an HBIED attack.[927]

HBIEDs were a common ISI TTP during the period in which this attack occurred. An Institute for the Study of War report explains that "between December 24, 2007 and February 18, 2008, Coalition forces, along with Iraqi Security Forces, conducted 74 different operations...as part of Iron Harvest" that discovered and cleared, among other weapons caches, "42 HBIEDs" belonging to ISI.[928] Coalition forces discovered and dismantled four of those HBIEDs during January 2008 while conducting clearing operations in Diyala Province as part of Operation Raider Harvest.[929] A Weapons Intelligence Team (WIT) report (included in the AR 15-6 Investigation Report on the explosion that killed SGT McBride, SFC Pionk, and SGG Dozier) details a previous undated incident in which Explosive Ordinance Disposal cleared a building and dismantled an HBIED in Diyala Province with the same crush-wire trigger mechanism as the HBIED used in this attack. [930]

A Stratfor report released contemporaneously with the attack that killed SGT McBride, SFC Pionk, and SGG Dozier notes: "The United States has been dealing with HBIEDs throughout the war in Iraq, but they are becoming more common and have recently proven to be more effective in killing coalition troops," attributing the spike in this TTP to the success of Coalition efforts against insurgents. While the report does not attribute responsibility for these HBIEDs to ISI by name, it does state that "these HBIEDs...could be symptomatic of a foreign jihadist movement that is increasingly unwelcome among the local population...wiring up what explosives they have left in hopes of killing a few more coalition [sic] troops before slipping away in the night.'"[931] This description of a

[922] Gerry Gilmore, "New U.S. Offensive Target al Qaeda in Northern Iraq." *American Forces Press Service,* January 10, 2008. https://www.army.mil/article/6949/.
[923] Knights, "Pursuing Al-Qa'ida into Diyala Province," p. 2.
[924] Hamilton, *Backgrounder # 19 Operation Raider Harvest: Establishing Lasting Security in Northern Diyala*, p. 4.
[925] Ibid.
[926] Ibid.
[927] PEX 172, p. 15.
[928] "Operation Iron Harvest," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-iron-harvest.
[929] Eric Hamilton, *Backgrounder # 19 Operation Raider Harvest: Establishing Lasting Security in Northern Diyala* (Washington, DC: Institute for the Study of War, January 2008), p. 7.
[930] PEX 172, p. 35.
[931] "Iraq: A New Militant Trend – House-Borne IEDs," *STRATFOR,* January 11, 2008 https://worldview.stratfor.com/article/iraq-new-militant-trend-house-borne-ieds.

militant movement that heavily relied on foreign recruits and was at the time squeezed between local dissatisfaction and Coalition pressure tracks closely with ISI's nature and predicament.

HBIEDs remained a common ISI TTP for years after the attack that killed SGT McBride, SFC Pionk, and SGG Dozier. The media reported in 2010 that the group was renting residential buildings and shops – particularly in the Iraqi capital of Baghdad, which neighbors Diyala Province – and rigging them with explosives, killing dozens of civilians and confounding the efforts of security forces in the ensuing detonations.[932]

*U.S. Government Reporting.* The U.S. Army's AR 15-6 Investigation Report indicates that ISI is responsible for this attack. As described above, SGT McBride's, SFC Pionk's, and SGG Dozier's reconnaissance platoon was conducting an operation in Sinsil to clear a suspected ISI safehouse. Exhibit E of the Investigation, excerpted from the WIT Report, states:

> This same house was visited around ten days ago by CF [Coalition forces]. Around two days afterwards, AQI started hanging out at this house. Local citizens were warned by AQI not to look at the activity taking place at the residence. Children who normally play in abandoned houses were told not to go in this one.[933]

The same statement was reiterated in a second WIT Report, used as Exhibit F in the 15-6 Investigation Report.[934]

*Iranian Support.* Iran provided support to ISI and this support had a reasonable connection to the attack that killed SGT McBride, SFC Pionk, and SGG Dozier. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[935] The following information further demonstrates the significance of Iran's support to ISI at the time and in the place of this attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. In December 2006 evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[936]
- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[937] Given his affiliations with Iran and al-

---

[932] "Iraq Qaeda Using New 'H-Bomb' to Kill Civilians," *Al Arabiya*, April 18, 2010 https://english.alarabiya.net/articles/2010%2F04%2F18%2F106192.
[933] PEX 172, p. 34.
[934] Ibid., p. 39.
[935] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[936] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.
[937] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[938]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[939]

*Summary*

In summary, I conclude that it is very likely that ISI carried out the January 9, 2008 HBIED attack in Sinsil, Diyala Province that killed U.S. Army SGT Zachary McBride, SFC Matthew Pionk, and SGG Jonathan Dozier. My conclusion is based on the following:

- ISI possessed area of operations dominance in Sinsil during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.
- The U.S. Government's reporting of this attack indicates ISI is responsible for the attack.

Finally, I conclude that Iran's material support substantially contributed to ISI's commission of this attack.


# VIII.    Nineveh Province

*Overview of Nineveh Province*

I have been asked by the Plaintiffs to assess four American casualties in Nineveh (also rendered as *Ninewa*) Province between 2004 and 2009. VNSAs active in Nineveh during the time of the attacks at issue include the Zarqawi organization, AAS, and JAM.

2004 saw a significant shift toward Sunni militant groups executing violent attacks in Nineveh, especially the Zarqawi organization and Ansar al-Sunnah (AAS). After the conclusion of the Iraq war and the subsequent rise of ISIS (which was a later iteration of the Zarqawi organization), U.S. and

---

[938] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[939] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

allied forces launched operations targeting and ultimately eliminating the Zarqawi organization from the province from 2016 through 2019.[940]

The province also saw limited activity by Shia militia groups. JAM maintained a limited presence, particularly in 2006-2007, but the Sunni majority made the province largely unconducive to Shia militant activity. In keeping with my application of limiting principles, I consider the presence and possibility of other VNSAs' responsibility for the attacks.

Below, I provide a summary of the war in Nineveh, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the 2004-2009 attacks I have been asked by the Plaintiffs to assess, as well as others that were committed in Nineveh during Coalition operations in Iraq.

*Nineveh's Geography and Population*



Figure 31: Nineveh Province



Figure 30: Map of Iraq[941]

[940] Mason W. Watson, *The Conflict With ISIS: Operation Inherent Resolve June 2014-January 2020*, (Center of Military History, Washington, D.C., 2021), p. 78, https://history.army.mil/html/books/078/78-2/cmhPub_078-2.pdf.
[941] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section. 2014. https://www.un.org/geospatial/content/iraq

Nineveh Province is located in northwestern Iraq, on the border with Syria. It shares a border with the Iraqi provinces of Al Anbar, Saladin, Erbil, and Dohuk. Nineveh Province is the third largest Iraqi province in terms of geographic size, and the second largest in terms of population.[942]

The province is divided into nine districts: Mosul (which is also the provincial capital), Tel Kayf, Tal Afar, Sinjar, Mahkmour, Ba'aj, al-Hatra, al-Hamdaniya, and al-Sheikhan.[943] Akra was considered a district of Nineveh Province before 2000, but is now considered part of Dohuk Province and under Kurdish Regional Government (KRG) control.[944]

Mosul City is the provincial capital, located in the northeast of the province, and is currently Iraq's sixth largest city, with an estimated population of 1,125,000.[945] Mosul is located on the northern tip of the "Sunni Triangle," a region of Iraq containing a large population of Sunni Arabs.[946] Approximately 30 miles northwest of Mosul is Tal Afar, another major city in Nineveh.[947] The Tigris and Greater Zab Rivers feed water into Mosul, with the Tigris extending from the northwest of the province to its south.[948]

Parts of Nineveh Province are considered "disputed territories," with both Iraq's central government and the Kurdistan Regional Government asserting claims over certain areas.[949] While Nineveh Province is officially administered by the Iraqi central government, the districts of Sinjar, Tal Afar, Tel Kayf, and al-Sheikhan have disputed boundaries with Dohuk, which is included in the KRG's semi-autonomous region.[950] Al-Hamdaniya also shares a disputed boundary with Erbil, another province under the KRG's control.[951]

Nineveh Province is the second most populated province in Iraq, with a 2009 census by the Ministry of Trade indicating that the province had a population of 3,273,000, approximately nine percent of Iraq's total population.[952] Sunni Arabs constitute the majority of the province's residents, but other groups – including Iraqi Kurds – share power and influence.[953] This includes a sizeable population of Shia Arabs, Kurds, Assyrians, Chaldeans, Turkmen, Yezidis, Shabak, and other minorities.[954]

Demographic statistics in Iraq have long been considered unreliable, thus contributing to sharply differing estimates of the province's demographic makeup. Some estimates of the province's demographic makeup are 40 percent Sunni Arab, 35 percent Kurdish, 15 percent Shia Arab, and the

---

[942] *Ninewa: NCCI Governorate Profile*, (NGO Coordination Committee for Iraq, December 2020), p. 1, https://www.ncciraq.org/images/infobygov/NCCI_Ninewa_Governorate_Profile.pdf#page=2.
[943] "Iraq Governorates and Districts," Humanitarian Information Center, https://www.ecoi.net/en/file/local/1074303/1222_1190099310_iraq-governates-and-districts.pdf.
[944] *Ninewa: NCCI Governorate Profile*, p. 2.
[945] "The Biggest Cities in Iraq," *WorldAtlas*, n.d., https://www.worldatlas.com/articles/the-biggest-cities-in-iraq.html.
[946] *Ninewa: NCCI Governorate Profile*, p. 2.
[947] Ibid.
[948] Ibid.
[949] Ibid.
[950] Ibid.
[951] Ibid.
[952] Ibid.
[953] Ibid.
[954] Ibid.

remaining 10 percent consisting of Turkmen and Christians.[955] Other estimates put these numbers at 70 percent Sunni Arab, 25 percent Kurdish, with the remaining five percent being a mixture of Shia Arabs, Turkmen, Yezidis, and Christians.[956]

Multiple policies and factors have aggravated inter-ethnic and inter-religious tensions in the province. These include decades-long processes of forced Arabization, particularly under Saddam Hussein's regime, and "Kurdicization" after 2003, as well as the targeting certain minority groups.[957] As a result, Nineveh's geographic divisions have become sectarian and ethnic enclaves and boundaries as well.[958] The Tigris River, which cuts through the northwestern side of Nineveh and Mosul, now also demographically bifurcates the area.[959]

_Coalition Operations in Nineveh Province_

Coalition Operations began in Nineveh Province shortly after the March 2003 U.S. invasion of Iraq. According to the U.S. Army Special Operations Center, Task Force Viking joined Kurdish Peshmerga forces in northern Iraq to capture Mosul in April 2003, meeting resistance from Ansar al-Islam (AAI).[960] Following the initial task force operations and encounters with AAI, Coalition forces encountered further resistance from former Ba'athists.[961] Colonel Michael Linnington, commander of the 3rd Brigade of the 101st Airborne Division, noted the limited presence of anti-Coalition forces in 2003 following the initial capture of Mosul, and characterized the area as "some of the safest and most secure in all of Iraq."[962]

The first half of 2004 was largely quiet for Coalition forces, save for a variety of small-scale operations.[963] This changed on September 9, 2004, when the U.S. Army's 3rd Brigade, 2nd Infantry Division (Stryker Brigade Combat Team), in cooperation with Iraqi Security Forces (ISF) from the Iraqi National Guard, launched Operation Black Typhoon in Tal Afar.[964] While the goal of the operation was to confront insurgents who were believed to have taken over the local government, Coalition forces encountered little resistance in the city.[965] Under pressure from the Turkish

---

[955] Gerry J. Gilmore, "Iraqi Forces Take Security Lead in Nineveh Province," _American Forces Press Service,_ March 26, 2007, https://www.army.mil/article/2402/.

[956] Eric Hamilton, _Iraq Report March 2002 – March 2008: The Fight for Mosul_, (Washington, DC: Institute for the Study of War, 2008), p. 3, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[957] _Ninewa: NCCI Governorate Profile_, (NGO Coordination Committee for Iraq, December 2020), p. 2, https://www.ncciraq.org/images/infobygov/NCCI_Ninewa_Governorate_Profile.pdf#page=2.

[958] Ibid.

[959] Ibid., p. 3.

[960] Christopher E. Howard, "To Baghdad and Beyond: ARSOF in Operation Iraqi Freedom," USASOC History Office, March 20, 2023, https://www.army.mil/article/264978/to_baghdad_and_beyond_arsof_in_operation_iraqi_freedom.

[961] Eric Hamilton, _Iraq Report March 2002 – March 2008: The Fight for Mosul_ (Washington, DC: Institute for the Study of War, 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[962] Col. Michael Linnington, "Operations in Iraq," _CSPAN,_ August 8, 2003, https://www.c-span.org/video/?177750-1/operations-iraq.

[963] "CNN Live Event/Special: Coalition Provisional Authority Daily Briefing," _CNN,_ May 25, 2004, http://www.cnn.com/TRANSCRIPTS/0405/25/se.01.html.

[964] John J. McGrath, _Between the Rivers: Combat Action in Iraq 2003-2005_ (Fort Leavenworth, KS: Combat Studies Institute Press, US Army Combined Arms Center, 2012), p. 127, https://www.armyupress.army.mil/Portals/7/combat-studies-institute/csi-books/BetweenTheRivers_McGrath.pdf.

[965] Steve Fainaru, "U.S.-Led Forces Retake Northern Iraqi City," _Washington Post,_ September 13, 2004.

government – heeding the pleas of ethnic Turkomen – U.S. forces soon departed the city.[966] Within a short time, foreign fighters returned to Tal Afar to operate freely when U.S. forces left the city.[967]

In October 2004, a number of Coalition forces departed Nineveh Province to support Operation Phantom Fury, or the Second Battle of Fallujah, in Al Anbar Province.[968] The relative lack of security forces in Nineveh made Mosul an agreeable destination for anti-Coalition fighters fleeing Operation Phantom Fury in Fallujah.[969] By November 2004, "insurgents mostly associated with AQI and Ansar al-Sunna, in addition to some former regime groups, began conducting operations against Coalition and Iraqi Security Forces in the city."[970] On November 11, 2004, insurgents captured police stations across the city, and by November 13 had allegedly captured two-thirds of Mosul.[971] In response, U.S. forces from the Army's 1st Battalion, 25th Infantry Regiment coordinated with Kurdish peshmerga to retake the city by November 16, 2004, in what is now called the Battle for Mosul.[972]

After a summer of small-scale operations in Tal Afar, Coalition forces launched Operation Restoring Rights, targeting Sunni insurgents and Zarqawi organization fighters in the city.[973] The operation lasted from late summer 2005 to winter 2006 and was also known as the Battle of Tal Afar.[974] The Battle of Tal Afar was one of the largest Coalition operations since the Second Battle of Fallujah, and included an assault force of five to six battalions, composed of 5,000 U.S. and Iraqi infantry.[975] The Battle was led by the 3rd Armored Cavalry Regiment (ACR), or the Brave Rifles, and encompassed a wide variety of offensive, defensive, and stability operations that resulted in the first successful counterinsurgency campaign for American forces in Operation Iraqi Freedom.[976]

In 2007, Coalition operations in Baghdad Province pushed insurgent forces, particularly the Zarqawi organization (then known as the Islamic State of Iraq, or ISI) into Nineveh Province.[977] This prompted a series of Coalition raids in the summer of 2007, resulting in the capture of a number of Zarqawi

---

[966] Dr. Michael Fitzsimmons, *Governance, Identity, and Counterinsurgency: Evidence from Ramadi and Tal Afar* (Carlisle Barracks, PA: US Army War College, March 2013), p. 99.

[967] "Counterinsurgency Reader II," *Military Review of the Combined Arms Center of Fort Leavenworth, Kansas,* (August 2008), p. 39, https://www.armyupress.army.mil/Portals/7/military-review/Archives/English/COIN2/COIN2-Book1.pdf#page=39.

[968] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul,* (Washington, DC: Institute for the Study of War, 2008), p. 9, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[969] Ibid.

[970] Ibid.

[971] Ibid.; *Ninewa: NCCI Governorate Profile,* (NGO Coordination Committee for Iraq, December 2020), p. 5, https://www.ncciraq.org/images/infobygov/NCCI_Ninewa_Governorate_Profile.pdf# .

[972] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul* p. 9; "Ninewah (نينوى)," Institute for the Study of War, n.d., https://www.understandingwar.org/region/ninewah-0; *Ninewa: NCCI Governorate Profile,* p. 6.

[973] Fitzsimmons, *Governance, Identity, and Counterinsurgency: Evidence from Ramadi and Tal Afar,* p. 104; Jay B. Baker, "Tal Afar 2005: Laying the Counter Insurgency Groundwork," *Army,* 59:6 (June 1, 2009), p. 2, https://www.ausa.org/sites/default/files/Baker_0609.pdf.

[974] Bill Roggio, "Operation Restoring Rights in Tal Afar," *Long War Journal,* September 5, 2005 https://www.longwarjournal.org/archives/2005/09/operation_resto.php; Baker, "Tal Afar 2005: Laying the Counterinsurgency Groundwork," p. 1.

[975] Roggio, "Operation Restoring Rights in Tal Afar."

[976] Baker, "Tal Afar 2005: Laying the Counterinsurgency Groundwork," p. 1.

[977] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul,* (Washington, DC: Institute for the Study of War, 2008), p. 10, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.
The Zarqawi organization was known as ISI in 2007. In other reporting in this section, the Zarqawi organization is referred to as al-Qaeda in Iraq (AQI), which was its organizational name from late 2004-2006.

organization and AAS leaders in and around Mosul.[978] One such operation—conducted by U.S. Army Alpha Company, 2nd Battalion, 7th Cavalry Regiment, 4th Brigade Combat Team, 1st Cavalry Division in June 2007—was called Operation Ant Hill.[979]

As 2007 progressed, Coalition operations continued. In September 2007, Coalition forces launched Operation Lightning Hammer II in northern Iraq, including Nineveh Province, to target the Zarqawi organization and "Iranian-backed Shia terror groups."[980] On November 5, 2007, Coalition forces launched Operation Iron Hammer. While primarily focused on Diyala Province, the operation also targeted Zarqawi organization activity in Mosul and its support lines "near Qayyarah and west of the city along the main roads through Tal 'Afar and Rabiah to the Syrian border."[981] This effort was continued by Operation Iron Reaper in December 2007.[982]

From 2008 to 2009, Coalition forces conducted several operations in Mosul and its environs with the express goal of combating Sunni insurgents in the region. On May 10, 2008, Coalition forces and ISF jointly launched Operation Lion's Roar to "target the al Qaeda in Iraq (AQI) network and other remaining Sunni insurgent groups in Mosul and Ninawa province."[983] Over the course of the operation, Coalition forces detained a number of insurgents, seized weapons caches, and established security checkpoints throughout the city.[984] Out of the over 1,000 individuals captured, Major General Mark Hertling, the commander of Multinational Division North, indicated that "just under 200" Zarqawi organization operational leaders were captured.[985] On May 14, 2008, Coalition forces launched Operation Mother of Two Springs as a follow-on operation to Operation Lion's Roar.[986] As noted by the Institute for the Study of War, while a number of groups operated in Nineveh Province at this time, the primary insurgent forces targeted by Lion's Roar and Mother of Two Springs were the Zarqawi organization, AAS, and a Naqshibandi-inspired militant group.[987]

Despite Operations Lion's Roar and Mother of Two Springs, Coalition forces continued to target the Zarqawi organization in 2009. On February 21, 2009, Coalition forces launched Operation New Hope to "degrade Al-Qaeda in Iraq's capabilities in Mosul."[988] A continuation of this operation, Operation

---

[978] Ibid.
[979] Staff Sgt. Quinton Russ, "Soldiers Sweep and Search During Operation Ant Hill [Image 5 of 9]" *DVIDs Hub,* June 5, 2007, https://www.dvidshub.net/image/47100/soldiers-sweep-and-search-during-operation-ant-hill.
[980] Bill Roggio, "A Look at Operation Lightning Hammer II in Ninewa and Salahadin," *Long War Journal,* September 7, 2007, https://www.longwarjournal.org/archives/2007/09/a_look_at_operation.php.
[981] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul,* p. 12.
[982] Ibid.
[983] "Operation Mother of Two Springs," Institute for the Study of War, May 29, 2008, https://www.understandingwar.org/publications/commentaries/operation-mother-two-springs.
[984] Ibid.
[985] Bill Roggio, "Operation Lion's Roar Nets More Than 1,000 Suspects," *Long War Journal,* May 16, 2008, https://www.longwarjournal.org/archives/2008/05/operation_lions_roar.php.
[986] "Operation Mother of Two Springs," Institute for the Study of War, May 29, 2008, https://www.understandingwar.org/publications/commentaries/operation-mother-two-springs.
[987] Ibid.
The Naqshibandis have no observable direct ties to Iran. The Naqshibandi group Jaysh Rijal al-Tariqah al-Naqshabandia (JRTN) coordinated with ISIL in Mosul in 2014, and so may have benefitted from the Zarqawi organization's ties to Iran.
[988] "Operation New Hope," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-new-hope.

Ninewa Resolve, began in April 2009.[989] Following a period of relative calm, U.S. forces withdrew from Nineveh Province in September 2011.[990]

U.S. forces reentered the country in 2014 during Operation Inherent Resolve following the Zarqawi organization's—then known as the Islamic State, or ISIS—invasion of Mosul and expansion in northern Iraq.[991] Thus began a five-year period of operations to "'degrade and destroy' the Islamic State."[992] A key effort in Inherent Resolve was Operation Eagle Strike – also called the Battle for Mosul – an October 2016 to July 2017 battle in which Coalition forces eventually retook Mosul from the Zarqawi organization/ISIS.[993] Following the battle, Coalition forces were able to clear Tal Afar and the surrounding areas of ISIS by the end of the year.[994] Operation Inherent Resolve was deemed successful in March of 2019, when the Syrian Democratic Forces (SDF) finally retook "the last ISIS enclave, a 4-square-kilometer area nestled along the Iraqi border."[995]

*Sunni Militant Groups in Nineveh Province*

Nineveh Province has been a strategic center for the Sunni insurgency since 2003.[996] Its multiple lines of communication and proximity to the Syrian border, both particularly significant for the purpose of transporting suicide bombers and foreign fighters, made the province invaluable to insurgent groups like the Zarqawi organization and AAS.[997] According to Eric Hamilton, a researcher at the Institute for the Study of War, "Coalition Forces assess that while Baghdad has always been the operational center of gravity for AQI, Mosul is the network's strategic center of gravity – an area of interest that if lost would make AQI's survival very difficult."[998]

Leading up to November 2004, Sunni militants began building up their forces in Nineveh Province.[999] With Coalition forces focused on Fallujah during this time period, these groups saw an opportunity to take control of Nineveh.[1000] By the middle of summer 2004, the Zarqawi organization and AAS – who were allied at this time – held control of Tal Afar, Nineveh Province's second largest city (located

---

[989] Dr. Bianca J. Adams, "MND-B 2009 Command Report," 2009, p. 92. https://www.ndia.org/-/media/sites/ndia/divisions/solic/reports-and-activities/command-report-12-10-10.pdf.

[990] Michael Knights, "How to Secure Mosul: Lessons From 2008-2014," The Washington Institute for Near East Policy, October 12, 2016, pp. 10, 12, https://www.washingtoninstitute.org/policy-analysis/how-secure-mosul-lessons-2008-2014.

[991] Mason W. Watson, *The Conflict With ISIS: Operation Inherent Resolve June 2014-January 2020,* (Washington, DC: Center of Military History, 2021) p. 5, https://history.army.mil/html/books/078/78-2/cmhPub_078-2.pdf.

[992] Ibid., p. 29.

[993] Riyadh Mohammed, "The Fight for Mosul: Why It's Taking Longer Than Expected," *Foreign Affairs,* January 10, 2017, https://www.foreignaffairs.com/articles/middle-east/2017-01-10/fight-mosul?check_logged_in=1; U.S. Department of the Army Mosul Study Group, *What the Battle for Mosul Teaches the Force,* (September 2017), p. 7, https://www.armyupress.army.mil/Portals/7/Primer-on-Urban-Operation/Documents/Mosul-Public-Release1.pdf.

[994] Watson, *The Conflict With ISIS: Operation Inherent Resolve June 2014-January 2020,* pp. 71, 72.

[995] Ibid., p. 78.

[996] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul,* (Washington, DC: Institute for the Study of War, 2008), p. 18, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[997] Ibid.

[998] Ibid.

[999] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006,* (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 392, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[1000] Ibid.

80 miles west of Mosul).[1001] Though Coalition forces were able to drive the insurgency out of Tal Afar in September, the Zarqawi organization quickly reestablished itself after the Coalition left the city.[1002] On November 10, the Zarqawi organization and AAS overran both Mosul and Tal Afar in the Battle of Mosul.[1003] Following the battle, Mosul and Tal Afar became central to the Zarqawi organization and AAS.[1004] According to a report by the Institute for the Study of War, the Battle of Mosul resulted in a stalemate, with "overwhelmingly-Kurdish army forces operating on the east side of the city and insurgents on the west side"[1005]

This state of affairs remained mostly unchanged through 2006. Though Coalition forces attempted to stabilize the province at the beginning of 2005, May 2005 was one of the most violent months in Tal Afar, with 170 attacks carried out in the city, primarily by the Zarqawi organization and AAS.[1006] In December of 2006, the Zarqawi organization maintained transit lines and held influence over large swaths of Nineveh Province.[1007] Prominent Zarqawi organization support lines in Nineveh Province stretched from Sinjar, through Tal Afar, and into Mosul.[1008]

Through 2006, Mosul continued to serve as a Zarqawi organization sanctuary, offering relative freedom of movement to Zarqawi organization fighters.[1009] Nineveh saw a second surge of Zarqawi organization members in Mosul in late 2006, following the movement of Coalition forces into central Iraq.[1010] Zarqawi organization and AAS attacks in Nineveh Province then dropped in early 2007 as the organizations focused on supporting operations in central Iraq.[1011]

As Coalition forces focused on pushing the Zarqawi organization out of central Iraq as part of the U.S.'s troop "surge" strategy through 2007, Zarqawi organization presence became increasingly concentrated in Nineveh Province.[1012] The sectarian divisions in the province, in addition to its smuggling routes running from Syria, provided favorable conditions for the Zarqawi organization to continue its operations even as it was degraded throughout the rest of Iraq.[1013] By November 2007, the Zarqawi organization and other Sunni militants were thoroughly entrenched in Mosul.[1014]

---

[1001] Ibid; Dr. Michael Fitzsimmons, *Governance, Identity, and Counterinsurgency: Evidence from Ramadi and Tal Afar* (Carlisle Barracks, PA: US Army War College, March 2013), p. 111, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1531&context=monographs#.

[1002] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003*-2006, p. 393.

[1003] Ibid.

[1004] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 9; Jay B. Baker, "Tal Afar 2005: Laying the Counter Insurgency Groundwork," *Army* 59:6 (June 1, 2009), p. 2, https://www.ausa.org/sites/default/files/Baker_0609.pdf.

[1005] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 9.

[1006] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, p. 489.

[1007] Eric Hamilton, *Backgrounder #21: Developments Fighting Al Qaeda in Iraq* (Washington, DC: Institute for the Study of War, January 2008), p. 2.

[1008] Ibid., p. 3.

[1009] Ibid., p. 2.

[1010] Michael Knights, "How to Secure Mosul: Lessons From 2008-2014," The Washington Institute for Near East Policy, October 12, 2016, p. 7, https://www.washingtoninstitute.org/policy-analysis/how-secure-mosul-lessons-2008-2014.

[1011] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 10.

[1012] Ibid.

[1013] Patrick B. Johnston et al., *Foundations of the Islamic State: Management, Money, and Terror in Iraq 2005-2010*, (Santa Monica, CA: RAND Corporation, 2016), pp. 69, https://apps.dtic.mil/sti/pdfs/AD1013638.pdf.

[1014] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 12.

From January to March 2008, Zarqawi organization attacks on Coalition forces in Mosul reached peak numbers, with the group conducting several of high-profile attacks on prisons and assassinations of Iraqi officials.[1015] The high number of attacks coincided with the presence of key Zarqawi organization leaders in the city.[1016]

In response, Coalition forces ramped up operations in Nineveh Province, especially Mosul, ultimately weakening the Zarqawi organization's capabilities.[1017] While the group was diminished, it was still able to maintain some capabilities in the province.[1018] A January 2008 Zarqawi organization suicide attack in Mosul that left 34 dead and 224 wounded demonstrated the organization's continued ability to carry out deadly attacks in the province.[1019] As demonstrated by Operation New Hope's stated intention in 2009 to "degrade Al-Qaeda in Iraq's capabilities in Mosul" and Operation Ninewa Resolve's focus on disrupting Zarqawi organization operations and clearing Zarqawi organization fighters from Mosul, the Zarqawi organization maintained a presence in the province through 2009.[1020]

The 2010-2011 period is characterized as the "quiet years" in Nineveh, with limited Zarqawi organization attacks in the province.[1021] Despite the decrease in violence, the Zarqawi organization retained a presence in Mosul. According to some estimates, the Zarqawi organization was able to make $9 million dollars per month from organized crime syndicates in the city.[1022]

Following the withdrawal of U.S. forces in September 2011, the Zarqawi organization was quick to remerge in Nineveh, and  the province had returned to 2009 levels of violence by the spring of 2013.[1023] In late 2011, the Zarqawi organization conducted a number of coordinated bombings in Mosul.[1024] This resurgence was aided in part by the Syrian civil war, which allowed the Zarqawi organization to access armored vehicles and artillery shells.[1025] The resurgence continued in 2013 with the Zarqawi organization/ISIS's "Soldiers' Harvest" campaign to assassinate Nineveh officials, intimidation campaigns in Mosul, and interception of oil along highways from Baghdad to Mosul.[1026]

---

[1015]  Knights, "How to Secure Mosul: Lessons From 2008-2014," p. 7.

[1016]  Ibid.

[1017]  Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 13.

[1018]  Johnston et al., *Foundations of the Islamic State: Management, Money, and Terror in Iraq 2005-2010*, p. 55.

[1019]  Sam Dagher, "Al Qaeda goes north: Police chief killed in Mosul," *Christian Science Monitor*, January 25, 2008, https://advance.lexis.com/api/permalink/bd749aff-b518-4e3c-8178-506d510525eb/?context=1519360.

[1020]  "Operation    New    Hope,"    Institute    for    the    Study    of    War,    n.d., https://www.understandingwar.org/operation/operation-new-hope; Dr. Bianca J. Adams, "MND-B 2009 Command Report," 2009, p. 92, https://www.ndia.org/-/media/sites/ndia/divisions/solic/reports-and-activities/command-report-12-10-10.pdf.

[1021]  Knights, "How to Secure Mosul: Lessons From 2008-2014," p. 10.

[1022]  Ibid., p. 9.

[1023]  Ibid.

[1024]  Ibid., p. 11.

[1025]  Ibid.

[1026]  Ibid.; "Al-Qaeda in Iraq confirms Syria's Nusra Front is part of its network," *Alarabya News*, April 9, 2013, https://web.archive.org/web/20221005221604/https://english.alarabiya.net/News/middle-east/2013/04/09/Al-Qaeda-in-Iraq-confirms-Syria-s-Nusra-Front-is-part-of-its-network.

On June 6, 2014, the Zarqawi organization/ISIS began a campaign to retake Mosul.[1027] Over the course of four days, ISIS overran and seized former Coalition military installations in the city, freed prisoners, and expanded its control throughout Nineveh and other provinces in northern Iraq.[1028] This operation was supported by the Sunni Ba'athist group Jaysh Rijal al-Tariqah al-Naqshabandia (JRTN), which released several joint claims of attacks with ISIS during this time.[1029] ISIS's success in this regard produced an influx of foreign fighters, drastically increasing the group's numbers.[1030]

In response to the fall of Mosul, U.S. forces were redeployed in Operation Inherent Resolve to combat ISIS.[1031] Inherent Resolve slowly degraded ISIS, which managed to retain control of Mosul until July 2017. Following the loss of Mosul, ISIS was quickly eliminated from Nineveh Province by Coalition forces.

The Sunni militant groups in Nineveh Province used a variety of techniques, tactics, and procedures (TTPs) to target Coalition forces. From AAS and the Zarqawi organization's entrenchment in Mosul following in 2004 through the end of Coalition operations in 2019, the two groups executed attacks using improvised explosive devices (IEDs), vehicle-borne improvised explosive devices (VBIEDs), small arms attacks, assassinations, mortar attacks, kidnappings, executions, and suicide bombings.[1032]

### _Shia Militant Groups in Nineveh Province_

The Sunni majority in Nineveh Province made it unconducive to large-scale presence of Shia militias.[1033] However, though Nineveh Province was primarily dominated by Sunni insurgent groups, there was a limited presence of Shia militias in the province. In a July 2006 press conference, for example, U.S. Army Colonel Michael Shields, commander of 172nd Stryker Brigade Combat Team, mentioned "reports of the JAM" (Jaysh al-Mahdi) in Mosul.[1034] According to a Multi-National Corps-Iraq (MNC-I) Intelligence Slide, JAM was seen transporting weapons from Kirkuk to Tal Afar and

---

[1027] Jessica D. Lewis, "The Islamic State of Iraq and Al-Sham Captures Mosul and Advances Toward Baghdad," The Institute for the Study of War, June 11, 2014, https://www.understandingwar.org/backgrounder/islamic-state-iraq-and-al-sham-captures-mosul-and-advances-toward-baghdad.

[1028] Ibid.

[1029] Ibid.

[1030] Riyadh Mohammed, "The Fight for Mosul: Why It's Taking Longer Than Expected," _Foreign Affairs,_ January 10, 2017, https://www.foreignaffairs.com/articles/middle-east/2017-01-10/fight-mosul?check_logged_in=1; "Iraq conflict: ISIS declares a 'caliphate', calls for Muslims to pledge allegiance," _ABC News_ (Australia), June 29, 2014, https://www.abc.net.au/news/2014-06-30/isis-declares-islamic-caliphate/5558508.

[1031] Mohammed, "The Fight for Mosul: Why It's Taking Longer Than Expected."; U.S. Department of the Army Mosul Study Group, _What the Battle for Mosul Teaches the Force,_ (September 2017), p. 7, https://www.armyupress.army.mil/Portals/7/Primer-on-Urban-Operation/Documents/Mosul-Public-Release1.pdf.

[1032] "Iraq Militants Claim Execution of Kurdish Security Officer," _Agence France Presse,_ June 28, 2005; Department of Defense, "Several Terrorists Killed, Captured in Iraq; Weapons Caches Found," August 1, 2006; Department of Defense, "Iraqi Soldiers, police score Victories Against Terrorists," October 22, 2006; Hamilton, _Iraq Report March 2002 – March 2008: The Fight for Mosul,_ p. 15; Mohammed, "The Fight for Mosul: Why It's Taking Longer Than Expected."; Mason W. Watson, _The Conflict With ISIS: Operation Inherent Resolve June 2014-January 2020,_ (Washington, DC: Center of Military History, 2021) p. 78, https://history.army.mil/html/books/078/78-2/cmhPub_078-2.pdf.

[1033] _Ninewa: NCCI Governorate Profile,_ (NGO Coordination Committee for Iraq, December 2020), p. 2, https://www.ncciraq.org/images/infobygov/NCCI_Ninewa_Governorate_Profile.pdf#page=2.

[1034] Colonel Michael Shields, "Operations in Mosul, Iraq," _CSPAN,_ July 21, 2006, (12:21), https://www.c-span.org/video/?193526-1/operations-iraq.

Mosul in January 2007.[1035] A report on Coalition operations in 2007 indicated that the September 2007 Operation Lightning Hammer II targeted the Zarqawi organization and "Iranian-backed Shia terror groups" in Nineveh and Saladin Provinces.[1036]

JAM reappeared in Nineveh – under the new name "the Peace Brigades" – in 2016, releasing statements indicating that the group was "getting ready for the battle of Mosul" and threatening to attack any U.S. forces it encountered.[1037]

I now turn to the attacks in Nineveh Province attacks that the Plaintiffs have asked me to assess.

**Attack #19 – December 21, 2004 Suicide IED Attack on FOB Marez, Mosul, Nineveh Province that Killed Maine Army National Guard Staff Sergeant Lynn Robert Poulin, U.S. Army Staff Sergeant Julian Melo, and U.S. Army Private Lionel Ayro**
*Geography: Mosul, Nineveh Province*
*Attack Type: Suicide Attack*
*Direct Victim(s): SSG Lynn Poulin Sr., SSG Julian Melo, and PVT Lionel Ayro*

*Materials Reviewed*
In reaching my expert opinion, I researched numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 177, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation of FOB Marez DFAC Bombing, Mosul, Iraq," (2005).
- PEX 178, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation Report – PFC Lionel Aryon," (2005).
- PEX 179, CENTCOM, USCENTCOM 22-0069, "Ops Report – SUSPECTED SUICIDE BOMBER ATTK ON FOB MAREZ IN MOSUL: 14 CF KIA, 51 CF WIA, 4 US," (December 25, 2004).
- PEX 180, Office of the Armed Forces Medical Examiner, "Autopsy Report – Lynn Poulin," (January 12, 2005).
- PEX 181, Office of the Armed Forces Medical Examiner, "Autopsy Report – Lionel Ayro," (December 28, 2004).

*Attack Description*
On December 21, 2004, U.S. Army Staff Sergeant (SSG) Lynn Robert Poulin was serving in the 133rd Engineer Battalion of the Maine Army National Guard.[1038] U.S. Army Private (PVT) Lionel Ayro was

---

[1035] Multi-National Corps – Iraq, "MNC-I BUA Intel Daily Slides," (January 2007), p. 38, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0310.%20MNC-I%20BUA%20Intel%20Daily%20Slides%20Jan%2007.pdf.

[1036] Bill Roggio, "A Look at Operation Lightning Hammer II in Ninewa and Salahadin," *Long War Journal,* September 7, 2007, https://www.longwarjournal.org/archives/2007/09/a_look_at_operation.php.

[1037] Bill Roggio, "US Troops 'are a Target for us,' Iraq's Muqtada al Sadr Says," *Long War Journal,* July 18, 2016, https://www.longwarjournal.org/archives/2016/07/us-troops-are-a-target-for-us-iraqs-muqtada-al-sadr-says.php.

[1038] "Honor the Fallen – Army Sgt. Lynn Robert Poulin Sr.," *Military Times*, n.d, https://thefallen.militarytimes.com/army-sgt-lynn-r-poulin-sr/573039.

serving in the 73rd Engineer Company, 1st Brigade, 25th Infantry Division.[1039] U.S. Army Staff Sergeant (SSG) Julian Melo was serving with 1st Battalion, 5th Infantry Regiment, 1st Brigade, 25th Infantry Division.[1040]

On that day, a suicide bomber targeted the Dining Facility (DFAC) on Forward Operating Base (FOB) Marez in Mosul.[1041] The attackers chose the date because of its proximity to the Christmas holiday, directly referencing the symbolism of attacking "Crusaders" close to a Christian holiday in a subsequent statement about the attack. It is not clear how the bomber gained access to the base nor how he transported the explosive materials inside.[1042] In reaching the DFAC, the terrorist effectively evaded security measures. An AR 15-6 Investigation Report written for the attack describes what witnesses saw in the moments leading up to the attack:

> They saw what they described as an Iraqi in an [Iraqi Republican Army] uniform, without helmet and body armor, entering the DFAC with three ING soldiers…. They noticed him because the absence of the helmet and body armor made him stand out…. A US soldier who survived the attack reported …that his buddy who was killed by the blast noticed an Iraqi in uniform. He commented that there must be a new Iraqi uniform SOP [Standard Operating Procedure], indicating that he saw something different.[1043]

According to a claim of responsibility issued by Ansar al Sunna (AAS), the assailant deliberately entered the DFAC during one of the busiest times of the day.[1044] Post-blast forensic analysis of the attack site found, based on the positioning of debris connected to the bomber, that the assailant sat down at one of the tables facing the cafeteria line. He had plastic explosives (C4) on his person, and the IED he used also employed 243 metal-coated ball bearings to maximize the damage inflicted on victims.[1045] Upon detonation, the blast killed the assailant, 14 U.S. military personnel, four Haliburton employees, and four Iraqi soldiers, as well as injuring 71 people.[1046] ███████████████████████████ ████████████████████████████████████████████████████████████ Open-source reporting similarly states

---

[1039] "Honor the Fallen – Army Pfc. Lionel Ayro," *Military Times*, n.d., https://thefallen.militarytimes.com/army-pfc-lionel-ayro/573028.

[1040] "Army Staff Sgt. Julian S. Melo," *Honor the Fallen*, n.d., https://thefallen.militarytimes.com/army-staff-sgt-julian-s-melo/573042

[1041] PEX 177, Department of the Army, USARCENT FOIA FA-22-0067, "AR 15-6 Investigation of FOB Marez DFAC Bombing, Mosul, Iraq," (2005), pp. 7-8.

[1042] Ibid., p. 10.

[1043] Ibid., p. 9.

[1044] Ibid., p. 7; "Jaish Ansar Al-Sunnah communiqué and video on their attack against the US Base in Mosul", SITE Intelligence Group Report, December 21, 2004. p. 2; December 26, 2004; "Bomber eluded security," *Fort Collins Coloradoan (Colorado)*, December 23, 2004, https://advance.lexis.com/api/permalink/331b0faf-bdec-48b9-82d0-f3125bd05e8b/?context=1519360; John Hendren, "The Conflict in Iraq; Blast Likely a Suicide Bombing; Fatal Attack on Iraq Base Seen as Inside Job," *Los Angeles Times*, December 23, 2004, https://advance.lexis.com/api/permalink/d82378df-1300-4d53-91cb-b5b270abce7f/?context=1519360.

[1045] PEX 177, pp. 6, 7, 39.

[1046] PEX 179, CENTCOM, USCENTCOM 22-0069, "Ops Report – SUSPECTED SUICIDE BOMBER ATTK ON FOB MAREZ IN MOSUL: 14 CF KIA, 51 CF WIA, 4 US," (December 25, 2004), p. 2.

[1047] PEX 180, Office of the Armed Forces Medical Examiner, "Autopsy Report – Lynn Poulin," (January 12, 2005), p. 6; PEX 181, Office of the Armed Forces Medical Examiner, "Autopsy Report – Lionel Ayro," (December 28, 2004), p. 4.

that SSG Melo died "when a suicide bomber entered his dining facility and detonated an improvised explosive device."[1048]

<u>Attack Attribution</u>

I conclude that Ansar al-Islam (AAI) (as Ansar al-Sunna (AAS)) very likely committed this suicide attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; 3) a claim of responsibility for this attack released by AAS, and 4) U.S. Government reporting that attributes this attack to AAS.

The Ansar al-Islam organization has undergone several name changes since the group's founding in 2001. Originally established under the name Jund al-Islam, the group later adopted the name Ansar al-Islam (AAI). On September 20, 2003 the group changed its name again to Ansar al-Sunna. Given that this attack occurred after the group's name change in 2003, this attribution will refer to the group as Ansar al-Sunna (AAS). However, some sources may refer to the group as Ansar al-Islam.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to AAS's responsibility.  The attack occurred at FOB Marez, near the city of Mosul in northern Iraq.[1049] The below map provides the approximate location of the attack.



*Figure 32: Approximate location of the attack near Mosul, Nineveh Province.*

[1048] "Army Staff Sgt. Julian S. Melo," Fallen Heroes of Operation Iraqi Freedom (n.d.), https://www.fallenheroesmemorial.com/oif/profiles/melojulians.html; "Army Staff Sgt. Julian S. Melo," Honor the Fallen, (n.d.), https://thefallen.militarytimes.com/army-staff-sgt-julian-s-melo/573042.
[1049] Joel D. Rayburn & Frank K. Sobchak, The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 5, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.
The page listed above contains an image of a map depicting the location of FOB Marez in relation to Mosul.

In November and December 2004, Mosul experienced fierce fighting between Coalition forces and several Sunni insurgent groups, including AAS and the Zarqawi organization.[1050] Seeking to capitalize on the Coalition's focus on Fallujah during Operation Al Fajr, several insurgent groups moved to seize Mosul. The U.S. Army's official history of the Iraq War recounts:

> Thus the Sunni insurgents' assault on Mosul on November 10 had been neither a hasty target of opportunity nor entirely unexpected. As AL FAJR's lengthy shaping operations unfolded and coalition troops massed around Fallujah, Zarqawi and other insurgent commanders had exploited the light coalition footprint in Mosul to deliver a counterpunch and relieve pressure from their fellow insurgents in Fallujah. Interrogations later revealed that the insurgents had decided to focus on Mosul out of a belief that "they couldn't stop things in Baghdad or disrupt the election significantly, because there were seven or eight brigades in Baghdad [but] there was [only] one brigade up north."[1051]

When this attack occurred, U.S. forces were conducting clearing operations in Mosul, transferring reinforcements to the area to carry out this task.[1052] Despite this new influx of soldiers, Sunni militia groups like AAS continued to conduct attacks on U.S. forces, including a large assault on Combat Outpost Tampa on December 29, 2004, eight days after the FOB Marez bombing:

> The following week brought another large insurgent attack. In the wake of the Iraqi security forces' collapse in Mosul, 1st Battalion, 24th Infantry, Commander Lieutenant Colonel Erik Kurilla, decided to reverse course on MNF-I's directives to consolidate forces and instead established platoon-sized combat outposts throughout west Mosul. Regaining footholds in the insurgent-dominated territory was not easy. The battalion fought multiple battles during December, culminating in a December 29 assault on Combat Outpost Tampa in which a suicide bomber rammed a dump truck filled with artillery shells into the base entry point, followed by an assault force of at least 50 insurgents.[1053]

Though AAS was not the only Sunni insurgent group operating in Mosul in December 2004, their presence, in aggregate with other factors, is indicative of their involvement in this attack.

AAS was also active in other areas in northern Iraq at the time of the incident. The U.S. State Department's 2004 *Country Reports on Terrorism* references AAS operations, including the FOB Marez attack.[1054] Citing American intelligence reports, Michael Rubin, a regional expert and scholar at the American Enterprise Institute, noted that "by August [2003], hundreds of Ansar terrorists had reentered the country" from neighboring Iran.[1055] Rubin specified that "a large number of the returning jihadists chose to settle in Mosul" for two reasons. First, the city's large population and

---

[1050] Ibid., p. 392.
[1051] Ibid.
[1052] Ibid., p. 393.
[1053] Ibid.
[1054] U.S. Department of State, *Country Reports on Terrorism, 2004*, (2005), pp. 3-4, https://2009-2017.state.gov/documents/organization/45323.pdf.
[1055] Michael Rubin, "Ansar al-Sunnah," American Enterprise Institute, May 1, 2004, https://www.aei.org/articles/ansar-al-sunna/.

labyrinthine streets created an ideal environment for conducting clandestine operations. Second, the city was a good place to meet and coordinate with foreign fighters coming from Syria.[1056]

*Tactics, Techniques, and Procedures (TTPs).* An additional factor indicating AAS's responsibility for this attack is the TTPs used to carry it out. The bombing that killed SSG Poulin and PVT Ayro was carried out by a man wearing an Iraqi Army uniform over a suicide vest which was packed with plastic (C4) explosives and hundreds of metal-coated ball bearings.[1057] The Combined Explosives Exploitation Cell (CEXC), a group of explosives experts specializing in IED post-blast analysis, found components of the device used to carry out the attack. Among the components were a 9V DC battery (commonly used in suicide IED detonators) "that appeared to be in contact with detonated high explosive material," a "small piece of copper resembling a blasting cap section, 243 metal-coated ball bearings, and a small spring…consistent [with] those recovered by CEXC in other IED circuits."[1058]

AAS has a documented history of utilizing suicide bombers to conduct attacks in similar operating environments.[1059] These attacks span the history of the group and constitute a core TTP for their kinetic operations. The group claimed it had carried out over 1600 attacks of all kinds from 2004-2007, with many of these attacks utilizing similar TTPs - i.e. a suicide bombing - as those used in the attack on FOB Marez.[1060] During 2003-2004, AAS conducted other high-profile attacks, which also utilized TTPs similar to those used in the attack on FOB Marez. These attacks include a suicide bombing of the Turkish Embassy in Baghdad, which killed 1 and wounded 24 others.[1061] AAS also conducted simultaneous suicide attacks at the headquarters of the Kurdish Democratic Party (KDP) and the Patriotic Union of Kurdistan (PUK) in Erbil, which resulted in more than 100 people killed and over 130 wounded.[1062]

Additionally, the AR 15-6 Report published by the Army following the incident cites an earlier incident of C4 plastic explosive being stolen from FOB Marez, where this incident took place.[1063] The Report notes that although the Iraqi government Facilities Protective Service (FPS) were credited with that theft, there is no definitive evidence that they were responsible. The Report appears to speculate that the stolen C4 explosive may have been used in the bombing.[1064]

*Claim of Responsibility.* Another indicator that AAS was behind this attack is its release of a claim of responsibility. The details presented in AAS's claim of responsibility demonstrate firsthand knowledge of the attack and how it was carried out, leading me to conclude that the claim is credible and authentic.

---

[1056] Ibid.
[1057] PEX 177, pp. 6-8.
[1058] Ibid., p. 6.
[1059] Michael Rubin, "Ansar al-Sunna," American Enterprise Institute, May 1, 2004, https://www.aei.org/articles/ansar-al-sunna/.
[1060] Mapping Militant Organizations, "Ansar al-Islam," Stanford University, n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam.
[1061] Ibid.
[1062] Michael Rubin, "Ansar al-Sunna," American Enterprise Institute, May 1, 2004, https://www.aei.org/articles/ansar-al-sunna/.
[1063] PEX 177, p. 39.
[1064] Ibid.

Immediately after the attack, AAS released a statement on its website claiming responsibility for the attack on FOB Marez.[1065] Four days later, AAS released a lengthier statement describing its role in the attack as well as a video that purports to show the attack's planning and execution.

AAS's immediate claim of responsibility, released on December 21, 2004, reads:

> Allah was Gracious and generous with the mujahedin who fight the enemies of Allah, occupiers and apostates, [and blessed them] with a big massacre in the ranks of the American Crusaders, in a suicide operation carried out by mujahedin from Jaish Ansar al-Sunnah at 12:00 noon of Tuesday 12/21/2004 in a restaurant for the blaspheming occupation forces in al-Ghizlani Camp [FOB Marez] in Mosul. Two medevac helicopters were seen transporting casualties and injured. This heroic operation was documented in video, and Allah willing, will be available later.[1066]

The subsequent statement claiming the attack, released on December 25, 2004, further extolls the operation and engages in hyperbole about its success, significantly exaggerating the number of Americans and Iraqis killed and injured.[1067] Below is a full English translation of AAS's subsequent statement:

> The Blessed Mosul Attack

> In the name of Allâh, the Most Merciful and the Most Compassionate

> Thanks to Allâh, Supporter of the Mujahideen, Glorifier of the Believers, and Defeater of the Infidels; and prayer and peace upon the Imam of the Mujahideen, our Prophet Muhammad, upon his family, his companions, and those who followed them in the good until Judgment Day:

> Since the investigations and the series of American lies about the blessed operation against Al-Ghizlani Camp are about to end without a significant outcome on the nature of the operation and the true number of losses, thanks to Allâh, here we are issuing you a statement with a video of this blessed operation. May they appease the chests of a believing people and be useful for the Americans in their investigations on this operation.

> Thanks to Allâh, we planned an operation against the enemies of Allâh in their own camps. One of the Mujahideen has sacrificed himself for the sake of Allâh and for the support of His religion, by entering Al-Ghizlani Camp in Mosul, used by the American forces as a base for its aggression against Muslims. Thanks to Allâh, this martyrdom

---

[1065] "Jaish Ansar al-Sunnah Insurgency Group in Iraq Purportedly Claims Responsibility for a Suicide Operation Against American Military Base in Mosul," SITE Intelligence Group, December 21, 2004.

[1066] Ibid.

*Al-Ghizlani Camp* refers to FOB Marez. The al-Ghizlani region encompasses southwestern Mosul, where FOB Marez was located. See "Multi-Sector Damage Assessment," United Nations Mapping and Data Portal, Mosul, July 8, 2017, http://unhabitatiraq.net/mosulportal/wp-content/uploads/2017/07/170713_Damage-Assessment.pdf.

[1067] "Jaish Ansar al-Sunnah Insurgency Group in Iraq Issues a 'Clarification Statement' Regarding the 'Blessed Attack' Against the American Base in Mosul," SITE Intelligence Group, December 26, 2004.

seeker was able to penetrate all the security barricades [check points], create a massacre in the ranks of the Crusader infidels, and plant terror in their hearts and the hearts of their apostate allies.

Based on the above, we announce to the Ummah of Islam that, according to "our sources," the preliminary results to this operations [sic] were more than 100 dead among the Americans and their allies, and more than 200 injured. This is due to the fact that those who are present in the restaurant at lunch time, "the time of execution of the operation," are more than 500 Crusaders and Apostates. Medical choppers were seen in a queue transporting casualties and injuries.

O Muslims, the real good news is that, thanks to Allâh, this heroic martyrdom seeker was able to make the enemies of Allâh suffer and turn the joy of the Crusaders on their Holidays into sorrow and weeping, just as they have done to before to our people in Fallujah in particular, and to the Muslims in general, scattering them and depriving them from enjoying the blessed Eid al-Fitr. Also, their big [leader] Bush, with all his tyranny and power, came out to us with his head down, small and miserable, not finding words to say from the intensity of this attack.

Let the Americans, their allies and their apostate collaborators know that, thanks to Allâh, the Ummah has woken up from her sleep, and has prepared itself to confront its enemy. It [the Ummah] will make all the blasphemers lose sleep, until it defeats them. For, Allâh, may He be praised, has prepared men who are keen to die just as the infidels are keen to live.

O Islamic Ummah! Congratulations to you for your heroic soldiers, descendants of Khaled, Abu Obaida and Saladdin. O Ummah of Islam! Give more of your sons as offerings to Allâh and sacrifice the expensive and valuables for the sake of Allâh, and in order to raise His word. O brother who has believed! Know that you and your wealth are for Allâh Above, as He is the Owner….

Congratulations to those who sold themselves to Allâh and won Paradise. Allâh is Greatest! Glory to Allâh, to His Prophet, and to the Believers.

Prayer and peace upon our Prophet Muhammad, upon his family and his companions.

The Department of Information in Jaish Ansar al-Sunnah
13 Zhu Al-Qa'dah, 1425
December 25, 2004[1068]

In addition to this follow-up statement, AAS released a video. The portion of the video that displays the group's planning and execution of the attack contains five distinct scenes. It begins with three men standing side-by-side in front of a black flag with white Arabic script. One man reads from a sheet of paper. He is flanked by two men holding assault rifles who are dressed in combat gear. The man in the middle speaks Arabic, and refers to *Jaish Ansar al-Sunnah*, the Army of the Supporters of the

---

[1068] "Jaish Ansar al-Sunnah Insurgency Group in Iraq Issues a 'Clarification Statement' Regarding the 'Blessed Attack' Against the American Base in Mosul," SITE Intelligence Group, December 26, 2004.

Sunnah (AAS). The video then transitions to footage of a militant using a knife to point to different locations on a map of the DFAC at FOB Marez. The word *restaurant* in Arabic, is visible in the top right-hand corner of the page. The third scene depicts two men hugging, one wearing a tan-colored vest and another clad completely in black. This footage likely represents the bomber saying his final goodbyes and receiving congratulations from a senior AAS member. According to the time stamp in the bottom right-hand corner of the recording, these first three scenes were filmed on December 20, 2004. The below images are still frames from the first three scenes, arranged sequentially from left to right.



The fourth and fifth scenes, time-stamped December 21, 2004, feature footage of the explosion and resulting damage to the roof of the DFAC, respectively. In the fourth scene, a building which I assess to be the DFAC is visible in the distance, and the noon-time Muslim call to prayer plays in the background. The time stamp in this scene spans from 12:03:20 pm to 12:04:18 pm. At 12:03:58, a large fireball erupts upward from the DFAC, with the sound of the explosion arriving at 12:04:04. The fifth and final scene is filmed from a road that appears to run along the perimeter of FOB Marez. The videographer zooms in on a large tan-colored building with a damaged roof. I likewise assess that this building is the DFAC, and that the damage to the roof was caused by the bombing. The images below are still frames from the fourth and fifth scenes, arranged sequentially from left to right.



Although an original copy of AAS's immediate claim of responsibility is no longer available online, SITE Intelligence Group, a credible non-governmental organization focused on tracking and analyzing online violent extremist activity, translated and archived the statement shortly after its release. While SITE is a reputable source for archived jihadist content, I have independently determined that the statement archived by SITE is the same one posted by AAS in the wake of the attack. My conclusion is based on 1) open-source reporting verifying that AAS immediately claimed

responsibility for the FOB Marez bombing, and 2) descriptions of the statement in open-source reporting, which corroborate the authenticity of the copy posted by SITE.

Several news articles about the FOB Marez bombing published on December 22, 2004 – the day after the attack – reference a statement released by AAS claiming responsibility. The *Los Angeles Times* reported that "in a statement on an Islamic website, the militant group Ansar al Sunna Army claimed responsibility for the strike, calling it a 'martyrdom' operation, which usually means a suicide attack."[1069] Another article about the bombing written by staff columnist Bill Nemitz with the Maine-based newspaper, *Portland Press Herald*, who was at the time reporting while embedded with U.S. forces in Mosul, stated that "a radical Muslim group, the Ansar al-Sunnah Army, claimed responsibility in a statement posted on the Internet. Nemitz said the attack was a 'martyrdom operation' that targeted a mess hall."[1070]

These articles' descriptions of the statement's content corroborate the translation archived by SITE. One similarity is the news articles' use of the term *martyrdom operation*. SITE's use of the term *suicide operation* corresponds to *martyrdom operation*. Such similarities, and others, indicate that the statement archived by SITE is the same as that which was reported on by popular press outlets. Accordingly, I assess SITE's translation to be a valid copy of the original.

Since the statement available via SITE is a valid copy of the original, I now analyze it to determine its authenticity as an AAS production. I conclude that the statement is indeed an authentic AAS publication based on its consistency with other AAS statements. One indication is that the claim of responsibility for the FOB Marez attack explicitly states that it was released by *The Military Department of Jaish Ansar al-Sunna*. Further, the similarity between the verbiage of this statement and that of other AAS statements underscores that the FOB Marez claim of responsibility is an authentic AAS production. Comparing the introductory salutations and language employed to describe the conflict with numerous other AAS statements released, I conclude that linguistic and stylistic indicators are evidence of shared authorship.[1071]

I viewed the AAS video of the FOB Marez attack when it was first released in December 2004. Though an original copy of AAS's video of the preparation for and execution of the FOB Marez attack is no longer available online, I was able to download a partial copy through the Internet Archive, an online service that archives webpages, images, videos, and other Internet content that may no longer be readily accessible. I have determined that this partial copy contains authentic footage from the original video based on the partial copy's consistency with open-source reporting describing the original. On December 26, 2004, the *New York Times* described the contents of the video as follows:

---

[1069] Edmund Sanders, "Suicide Bomber Suspected in Mosul Blast," *Los Angeles Times*, December 22, 2004, https://www.latimes.com/la-122204iraq_lat-story.html.

[1070] Bill Nemitz, "Soldiers Rush to Aid Their Own After a Rocket Attack on a Dining Facility Kills 22, Including Two Mainers," *Portland Press Herald*, December 22, 2004, https://www.pressherald.com/2013/12/20/soldiers-rush-to-aid-their-own-after-a-rocket-attack-on-a-dining-facility-kills-22-including-two-mainers/.

[1071] "Ansar al-Sunnah Claims Responsibility for the Attempted Assassination of a High Ranking Iraqi Official in Kirkuk, and Bombings Targeting American Soldiers, Iraqi National Guards, and an Oil Pipeline in Beiji - al-Riyadh and al-Doloeiya," SITE Intelligence Group, October 20, 2005, https://advance.lexis.com/api/permalink/2e028fe7-13f0-4e0c-bdba-c8f8690261e2/?context=1519360; "Ansar al-Sunnah Claims Responsibility for Bombing an American Convoy in al-Mosul and Firing Mortar Shells at an American Base in Baghdad,'" SITE Intelligence Group, January 6, 2006, https://advance.lexis.com/api/permalink/a2052d59-958c-4da4-acfe-73e8001408d5/?context=1519360.

The purported video of the Mosul blast – titled "The martyrdom operation done by our brother Abu Omar al-Mosuli" – begins with three men dressed in black with their heads wrapped in scarves kneeling in front of a black banner that says, "There is no God but God and Mohammed is the messenger of God."

Two men are resting Kalashnikov rifles, pointed upward, on their thighs. The man in the middle reads from a sheet of paper, "We are the Army of Ansar al-Sunna. We will terrorize the infidels the Americans by a crushing attack." …

Next, the video shows the hand of a man grasping a Russian-made bayonet and pointing to a map that purports to be the camp, with a large building drawn in the corner that in Arabic is labeled "restaurant."

After that, one man embraces the two others with handshakes, hugs and pats on the back. The video then shows footage of what purports to be the Marez mess tent, shot from a long distance away. In the background, the noontime Muslim call to prayer can be heard, perhaps from a muezzin in a nearby mosque.

Then a fireball three or four stories high rips through the top of the tent, sending dust and smoke high into the air. A bang is heard on the video six seconds after the explosion. In the last scene, the cameraman is driving down a street and films what is purported to be the mess tent in daylight, with two large holes ripped in the roof.[1072]

The description of the video in the *New York Times* details scenes that are identical to the footage contained in the partial copy I viewed. The article even makes note of the six-second delay between the fireball and the sound of the explosion. This detail confirms that the footage in the partial copy I viewed was neither manipulated nor remastered and is thus a valid copy of the original.

*U.S. Government Reporting.* The final indicator that AAS was responsible for the bombing of FOB Marez is official U.S. Government reporting that points to the group's involvement. Specifically, the AR 15-6 investigation that was conducted in the aftermath of the bombing describes AAS's claim of responsibility, deeming it credible:

Five days after the explosion, on Sunday, 26 December 2004, the terrorist group, Ansar Al-Sunnah, released a video purportedly showing the attack on the Marez DFAC from outside the facility. The video showed a fireball rising from a white tent and subsequently the accompanying sound of the explosion. The final image is apparently shot from a video camera while driving past the base showing a hole in the ceiling. In a separate terrorist video clip released with the dining facility attack video, a black-garbed gunman identifying himself as "Abu Omar-al Mosuli," wearing an explosive device around his body was shown saying goodbye to his comrades. The video has a time signature of 20 December 2004, the day before the attack. Three gunmen are shown sitting in from of a banner displaying the name of the group, wearing black masks and holding rifles. One of them is wearing what appears to be a suicide belt. The gunman in the center reads a statement describing how the attack will be carried

---

[1072] Richard A. Oppel Jr., "Iraq Militants Post Video on Bombing of U.S. Base," *The New York Times*, December 26, 2004.

out. He says "one of the lions from our martyrdom-seeking brothers will infiltrate the defenses of the enemy at Marez base in Mosul. He will slip through a hole in the camp's wire exploiting the changing of the guard. We have been observing their schedule for a long time. The lion will proceed to his target, and he will take advantage of lunchtime when the dining hall is crowded with crusaders and their Iraqi allies. The operation will then be carried out.[1073]

The AR 15-6 Report also describes the U.S. military's actions to confirm the authenticity of the video:

> 1-24 Infantry Battalion (Stryker) conducted an intelligence assessment of the video. Based on the terrain in the video and time delay in the sound of the explosion in the video, analysts determined the buildings in Mosul from which the Ansar Al-Sunnah video was likely made. On 27 December, they conducted a raid of the location and detained sixteen individuals and located a camera. As of the date of this report, they continue to exploit the detainees and evidence seized in the raid.[1074]

The author of the AR 15-6 investigation describes AAS's claim of responsibility and method of access as "plausible."[1075]

As noted previously, the U.S. State Department's 2004 *Country Reports on Terrorism* also describes AAS as responsible for this attack on FOB Marez's dining facilities. *Country Reports on Terrorism* is an authoritative U.S. government document that undergoes the highest level of scrutiny in its factual claims prior to publication, and thus represents the State Department's official conclusion about responsibility for various terrorist attacks. The report states, "AI [i.e., Ansar al-Sunna, which was also at times known as Ansar al-Islam] has also claimed responsibility for many high profile attacks, including ... the bombing of the US military dining facility in Mosul on December 21, 2004."[1076]

*Iranian Support*. Iran provided support to AAS, and Iran's support had a causal connection to the AAS attack that killed SSG Poulin, SSG Julian Melo, and PVT Ayro. Iranian support for AAS is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1077] In addition to the information in that report, Iran provided support to AAS before, during, and after this attack in multiple ways.

- In 2003, the IRGC provided support for AAS operations in northern Iraq and safe haven for AAS leaders and operatives during Operation Viking Hammer.[1078] Iranian support continued throughout the conflict in Iraq. Iran arranged a quid pro quo with AAS in 2008 in which AAS fought alongside members of the IRGC against the Kurdistan Free Life Party in exchange for

---

[1073] PEX 177, pp. 7-8.

[1074] Ibid., p. 8.

[1075] Ibid.

[1076] U.S. Department of State, "Country Reports on Terrorism, 2004," (2005), pp. 94, 95, https://2009-2017.state.gov/documents/organization/45323.pdf.

[1077] See Expert Report & Declaration on Sunni Militant Organizations, pp. 67-68, 72-76.

[1078] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for issues related to Southwest Asia and Islamic Civilization*, (Spring 2006), p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

continued safe haven in Iran, which significantly enhanced AAS's ability to conduct operations in Iraq.[1079]

- Iran provided training, funding, and organizational support to AAS, critical to AAS's ability to maintain operations in Iraq. In 2004, British intelligence reports assesses that "'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI [Ansar al-Islam] cadres.'"[1080] Details of this training, relayed by Kimberly Kagan, include a "report by the Iraq Survey Group noted that a source had reported 'approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.'"[1081] U.S. intelligence reporting details that "an Iranian was aiding Ansar al-Islam 'on how to build and set up' improvised explosive devices, known as IEDs."[1082] In 2006, Iran reportedly facilitated the recruitment of Iranian Kurds as AAS fighters by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[1083]

- In December 2006, further evidence of Iranian support for AAS emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1084] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1085]

*Summary*

In summary, I conclude that it is very likely that AAS carried out the December 21, 2004 suicide attack at FOB Marez, Nineveh Province that killed Maine U.S. Army National Guard SSG Lynn Poulin, SSG Julian Melo, and PVT Lionel Ayro. My conclusion is based on the following:

- AAS possessed area of operations dominance in Mosul and Nineveh Province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AAS.
- AAS issued a claim of responsibility for this attack that I assess to be authentic and credible.
- U.S. Government reporting of this attack suggests AAS is responsible for the attack.

---

[1079] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018, https://www.atlanticcouncil.org/blogs/iransource/iran-s-salafi-jihadis; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," BBC Monitoring Middle East, April 11, 2008.

[1080] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[1081] Ibid.

[1082] Ibid.

[1083] "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," *BBC Monitoring Middle East*, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," *BBC Monitoring Middle East*, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," *BBC Monitoring Middle East*, July 18, 2007.

[1084] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[1085] Ibid.

Finally, I conclude that Iran's material support substantially contributed to AAS's commission of this attack.

**Attack #2 – April 28, 2005 IED Attack in Tal Afar, Nineveh Province that Killed U.S. Army First Lieutenant William Anthony Edens and U.S. Army Specialist Ricky William Rockholt**
*Geography: Tal Afar, Nineveh Province*
*Attack Type: IED or VBIED Attack*
*Direct Victim(s): 1LT William Edens and SPC Ricky Rockholt*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 182, Department of the Army, "Report of Casualty – Ricky Rockholt," (April 28, 2005).
- PEX 183, Department of the Army, USCENTCOM FOIA 22-0201, "Initial Report of Casualty – Ricky Rockholt," (April 28, 2005).
- PEX 184, Department of the Army, "Report of Casualty – William Edens," (April 28, 2005).
- PEX 185, Department of the Army, "Certificate of Death (OVERSEAS) – William Edens," (April 28, 2005).
- PEX 186, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – William Edens," (May 13, 2005).
- PEX 187, USCENTCOM, USCENTCOM FOIA 22-0106, Ops Report, "IED ATTK on 1-5IN and 2/3 ACR IVO TAL'AFAR: 4 CF KIA, 2CF WIA, 1 CF INJ [REDACTED]," (April 28, 2005).

*Attack Description*
On April 28, 2005, U.S. Army First Lieutenant (1LT) William Edens of Company A, 1st Battalion, 5th Infantry Regiment (1-5IN) and Specialist (SPC) Ricky Rockholt of the 2nd Squadron of the 3rd Armor Cavalry Regiment (3-ACR) were participating in a joint operation in southeast Tal Afar, Nineveh Province.[1086] At 1634 hours, 3-ACR and 1-5IN were patrolling as part of a convoy near the outskirts of Tal Afar when 1LT Edens's Stryker vehicle struck a improvised explosive device (IED) that had been placed in the road, causing the IED to detonate.[1087] 1LT Edens and SPC Rockholt were both killed as a direct result of the blast.[1088] The blast also killed one other service member and wounded three others.[1089] The wounded were medically evacuated to an aid station in Tal Afar.[1090]

---

[1086] PEX 183, Department of the Army, USCENTCOM FOIA 22-0201, "Initial Report of Casualty – Ricky Rockholt," (April 28, 2005), pp. 2-3; PEX 182, Department of the Army, "Report of Casualty – Ricky Rockholt," (April 28, 2005), p. 2.

[1087] PEX 187, USCENTCOM, USCENTCOM FOIA 22-0106, Ops Report, "IED ATTK on 1-5IN and 2/3 ACR IVO TAL'AFAR: 4 CF KIA, 2CF WIA, 1 CF INJ [REDACTED]," (April 28, 2005), pp. 2, 7.

[1088] Ibid., p. 2.

[1089] Ibid.; PEX 186, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – William Edens," (May 13, 2005), p. 4; PEX 183, p. 2.

[1090] PEX 183, p. 3.

Although the Operations (Ops) Report and the Report of Casualty for both 1LT Edens and SPC Rockholt state the IED detonated when one of 1-5IN's vehicles drove over its location,[1091] ████████████████████████████████████████████████ However, as I demonstrate below in the Tactics, Techniques and Procedures (TTP) section, this discrepancy is not dispositive to my determination of responsibility for this attack.

_Attack Attribution_

I conclude that the Zarqawi organization (as al-Qaeda in Iraq) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in carrying out this attack; and 3) AQI's claim of responsibility for this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi organization changed its name from Jamaat al-Tawhid wal-Jihad (JTJ) to al-Qaeda in Iraq (AQI) after pledging allegiance to al-Qaeda. As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to AQI by its former name, JTJ.

I now explain my conclusions.

_Geography and Time Period._ The location and time period of this attack are the first indicators pointing to AQI's responsibility. This attack took place in Tal Afar, Nineveh Province on April 28, 2005. The below map provides the approximate location of the attack.



_Figure 33: Approximate location of the attack in Tal Afar, Nineveh Province._

---

[1091] PEX 187, pp. 2, 7; PEX 183, p. 2, 3.
[1092] PEX 186, p. 2.

In 2005, control of Tal Afar was roughly split between AQI, which dominated the eastern half of the city – where this attack occurred – and Shia militias, which held sway in its western section.[1093] In eastern Tal Afar, AQI's control was so extensive that it possessed "large training facilities, significant amounts of equipment, and good satellite uplinks."[1094]

AQI's predominance in eastern Tal Afar was partly a consequence of fighting in Fallujah during late 2004 that resulted in insurgent fighters seeking refuge elsewhere. The U.S. Army's official history of the operations in Tal Afar discusses the tactical situation that the 3d Armored Cavalry Regiment faced upon entering the city:

> Tel Afar ... in May 2005 was one of the most violent [cities] in Iraq, with 170 attacks per month driven by 500-1,000 foreign and Iraqi insurgents mainly from AQI, Ansar al-Islam, and other groups that had fled the coalition onslaught in Fallujah in November 2004. These fighters had terrorized the city's population for months with suicide bombs and car bombs against civilians.[1095]

Because AQI was a key driver of the violence in Tal Afar, Coalition forces focused on gaining control of the eastern part of the city. In an Institute for National Strategic Studies (INSS) report, researchers Christopher Lamb and Evan Munsing describe the Coalition's Tal Afar stabilization campaign that was carried out in the Summer of 2005:

> The main focus of the assault was an al Qaeda safe haven in the eastern part of the city.... As the al Qaeda operatives tried to escape into the western part of the city, coalition forces removed all residents in the area, wrapped three lines of concertina wire around the al Qaeda stronghold, and jammed their communications. This forced them to meet in groups in the narrow alleyways of the city, where they could be easily targeted by Apache helicopters. American and Iraqi soldiers then assaulted and reclaimed the district. In each house, they left a letter written in Arabic explaining the need for the assault and provided compensation for damage. During the operation, between 200 and 300 insurgents were killed and over 500 captured.[1096]

*Ruling Out Other Insurgent Groups.* Around the time of this attack, Tal Afar also served as a hub for other militant groups, including the Iranian-supported Ansar al-Sunna (AAS) and "Iranian-controlled Shia militias."[1097] However, these groups were primarily located in the western half of Tal Afar, away from

---

[1093] Christopher J. Lamb & Evan Munsing, *Strategic Perspectives 4 - Secret Weapon, High-value Target Teams as an Organizational Innovation*, (Washington, DC: National Defense University Press, Institute for National Strategic Studies, March 2011), pp. 33-34, https://inss.ndu.edu/Portals/68/Documents/stratperspective/inss/Strategic-Perspectives-4.pdf.
[1094] Ibid.
[1095] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006* (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 488, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.
[1096] Lamb & Munsing, *Strategic Perspectives 4 - Secret Weapon, High-value Target Teams as an Organizational Innovation*, p. 34.
[1097] Ibid., pp. 33, 34; Joel D. Rayburn et al., "Innovation in the Face of War, Summer-Fall 2005." in *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 4, http://www.jstor.org/stable/resrep20105.23.

where this attack took place.[1098] Meanwhile, as noted, reports of Coalition operations in the eastern half of Tal Afar only refer to AQI as a target, leading me to assess that other groups did not have a significant presence there, which they would have needed to conduct this attack.[1099]

The possibility that AAS conducted this attack does not absolve Iran because AAS also received support from the Iranian regime. Iranian support for AAS is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1100] In addition to the information in that report, Iran provided support to AAS before, during, and after this attack in multiple ways. In 2003, the IRGC provided support for AAS operations in northern Iraq and safe haven for AAS leaders and operatives during a major Coalition campaign, Operation Viking Hammer.[1101] In December 2006, further evidence of Iranian support for AAS emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1102]

The potential involvement of a Shia militia group in carrying out this attack also does not necessarily exonerate Iran, as many of these groups have also received support from the Iranian regime—and certainly the most *powerful* (and hence most likely to be involved in this attack) received substantial Iranian material support. A report published by National Defense University's Institute for National Strategic Studies notes that the Shia militias operating in Tal Afar at this time were "Iranian-controlled."[1103] Iranian support for Shia militant groups in general is detailed extensively in Appendix 1: The Presence and Role of Shia Militant Groups. However, due to the strong presence of AQI in the eastern half of Tal Afar, were this attack occurred, it is not likely that a Shia militia group is responsible for the attack.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for this attack is the is the TTPs used to carry it out. 1LT Edens and SPC Rockholt were killed by the blast from an explosive device, which, according to U.S. Government reports, either was initiated by a VBIED or an IED embedded in a road.[1104] This discrepancy does not impact my conclusion that AQI conducted this attack because at the time it was carried out AQI commonly used both VBIEDs and IEDs.

AQI's routine use of IEDs around the time of the attack is highlighted by the group's activities in Nineveh's neighboring province, Al Anbar, where Coalition forces discovered several AQI IED factories throughout 2005. According to the U.S. Army's official history of the Iraq War, "Raid after

---

[1098] Lamb & Munsing, *Strategic Perspectives 4 - Secret Weapon, High-value Target Teams as an Organizational Innovation*, pp. 33, 34.

[1099] Ibid., p. 34.

[1100] See Expert Report & Declaration on Sunni Militant Organizations, pp. 67-68, 72-76.

[1101] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for issues related to Southwest Asia and Islamic Civilization*, (Spring 2006), p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[1102] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[1103] Christopher J. Lamb and Evan Munsing, "Strategic Perspectives 4 - Secret Weapon, High-value Target Teams as an Organizational Innovation," Institute for National Strategic Studies, March 2011, pp. 33-34, https://inss.ndu.edu/Portals/68/Documents/stratperspective/inss/Strategic-Perspectives-4.pdf.

[1104] PEX 187, pp. 2, 7.

raid [in Al Anbar] eliminated IED factories and killed or captured al-Qaeda in Iraq senior leaders."[1105] In November 2005, Coalition forces seized large AQI caches of IEDs and IED materials in Ramadi, demonstrating AQI's continued reliance on IEDs after the date of this attack.[1106]

AQI also employed IEDs throughout Nineveh Province, including in Tal Afar. The U.S. Army's reporting on the 3rd Armored Cavalry Regiment's anti-AQI mission in Tal Afar states the group was carrying out attacks with "various types of improvised explosive devices (IEDs), including triple-stacked and shaped charges."[1107] In June 2005, AQI also claimed responsibility for two IED attacks in Nineveh's provincial capital, Mosul.[1108]

AQI also used VBIEDs in Tal Afar. The aforementioned U.S. Army history of operations in Tal Afar states that by May 2005, AQI was among the insurgent groups "terroriz[ing] [Tal Afar's] population for months with suicide bombs and car bombs [i.e. VBIEDs]..."[1109]

*Claim of Responsibility.* On April 28, 2005, AQI claimed responsibility for the attack that killed 1LT Edens and SPC Rockholt:

> Your brothers in al-Qaeda Organization in the Land of Two Rivers [i.e. al-Qaeda in Iraq] in Talafar accomplished the following operations:
>
> 1. Praise be the Lord, an armored car was destroyed with an explosive device. Praise and thanks unto Allah.[1110]

AQI dominated the eastern half of Tal Afar when this attack occurred and frequently carried out IED and VBIED attacks in this area. The claim describes an armored vehicle, such as the Stryker vehicle that 1LT Edens was riding in. Overall, the attack date, the location of the attack, and the description of the attack in AQI's claim of responsibility align with information in U.S. Government materials about the attack that killed 1LT Eden and SPC Rockholt – demonstrating the claim's credibility. Furthermore, multiple press organizations reported on two AQI voice recordings released the day following the attack, claiming April 28 attacks across Iraq and urging additional violence.[1111] One of

---

[1105] Joel D. Rayburn & Frank K. Sobchak, The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 498, 499, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[1106] "Ramadi offensive nets suspected insurgents," *CNN,* November 27, 2005, https://edition.cnn.com/2005/WORLD/meast/11/27/iraq.main/.

[1107] Jay B. Baker, "Tal Afar 2005: Laying the Counter Insurgency Groundwork," *Army* 59:6 (June 1, 2009), p. 3, https://www.ausa.org/sites/default/files/Baker_0609.pdf.

[1108] "Mosul Bomb Attacks Killed Dozens," *Al Jazeera,* June 26, 2005, https://www.aljazeera.com/news/2005/6/26/mosul-bomb-attacks-kill-dozens.

[1109] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006,* (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 488, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[1110] "Al-Qaeda in Iraq Claims Responsibility for Attacks in Tikrit, Diyala, and Talafar Targetting American and Iraqi Forces," SITE Intelligence, April 28, 2005, p. 3.

[1111] Richard Oppel & Robert Worth, "Wave of Attacks in Iraq Kill 40 and Wound 100," *New York Times*, April 30, 2005, https://www.nytimes.com/2005/04/30/world/middleeast/wave-of-attacks-in-iraq-kill-40-and-wound-100.html.

the recordings specifically encourages attacks on convoys, like the one 1LT Edens and SPC Rockholt were traveling in: "Do not leave a single convoy on course or a checkpoint for them to stand at."[1112]

*Iranian Support.* Iran provided support to AQI and Iran's support had a reasonable connection to the AQI attack that killed 1LT Edens and SPC Rockholt. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1113] The following information further demonstrates the significance of Iran's support to AQI at the time and in the place of this specific attack:

- Iran provided support to AQI before, during, and after this attack in multiple ways. In December 2006 evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[1114]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where AQI primarily operated.[1115] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[1116]

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for

---

[1112] Hannah Allam & Gaiutra Bahadur, "12 Bombings Kill 43 in Iraq; Sunnis, Government at Odds," *Pittsburgh Post-Gazette* (Pennsylvania), April 30, 2005, https://advance.lexis.com/api/permalink/448cf424-9691-4b19-8673-eaf1a2fa6280/?context=1519360.

[1113] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[1114] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[1115] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[1116] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[1117] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[1118]

*Summary*

In summary, I conclude that it is very likely that AQI carried out the April 28, 2005 IED or VBIED attack in Tal Afar, Nineveh Province, that killed U.S. Army 1LT William Edens and SPC Ricky Rockholt. My conclusion is based on the following:

- AQI possessed area of operations dominance in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.
- AQI claimed responsibility for this attack.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

**Attack #16 – January 28, 2008 Complex Attack in Mosul, Nineveh Province that Killed U.S. Army Sergeant James Craig, Corporal Evan Marshall, and Private Second Class Joshua Young**
*Geography: Mosul, Nineveh Province*
*Attack Type: Complex Attack*
*Direct Victim(s): SGT James Craig, CPL Evan Marshall, PV2 Joshua Young*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 188, Department of the Army, USCENTCOM FOIA 17-0444, "Initial Casualty Report – James Craig," (January 28, 2008).
- PEX 189, Department of the Army, USCENTCOM FOIA 22-0166, "Initial Casualty Report – Evan Marshall," (n.d.).
- PEX 190, Department of the Army, USCENTCOM FOIA 22-0245, "Initial Casualty Report – Joshua Young," (n.d.).
- PEX 191, Department of the Army, "Certificate of Death – Joshua Young" (n.d.)
- PEX 192, Department of the Army, "Certificate of Death – Evan Marshall," (February 8, 2008).
- PEX 193, Department of the Army, "Report of Casualty, Evan Marshall," (February 28, 2008).
- PEX 194, Office of the Armed Forces Medical Examiner, "Autopsy Report – Evan Marshall," (February 21, 2008).
- PEX 195, Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Evan Marshall," (February 14, 2008).
- PEX 196, Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Craig James," (February 14, 2008).

---

[1117] U.S. Department of the Treasury, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.
[1118] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023).

- PEX 197, Department of the Army, USARCENT FOIA FA-22-067, "AR 15-6 – Joshua Young," (February 14, 2008).
- PEX 198, Department of the Army, "AR 15-6 Findings and Recommendations Concerning the Hostile Fire Deaths on 28 January 2008; B Company, 1-8 Infantry," (February 14, 2008).
- PEX 199, 18th Ordnance Company (Explosive Ordnance Disposal), USCENTCOM FOIA 17-0403, "SIGACT Report - 28 Jan 2008," (January 28, 2008).

*Attack Description*

On January 28, 2008, U.S. Army Sergeant (SGT) James Craig, Corporal (CPL) Evan Marshall, and Private Second Class (PV2) Joshua Young were serving with the 2nd Platoon, B Company, 1st Battalion, 8th Infantry Regiment in Mosul, Nineveh Province.[1119] Around midday, SGT Craig, CPL Marshall, and PV2 Young were taking part in a five-vehicle convoy that was conducting a Time Sensitive Targeting (TST) mission that was searching for "insurgents within Mosul."[1120] Their mission's purpose was "to help provide a safe environment for the local population and to eliminate the resistance in Mosul," in support of Operation Rifles Harvest II.[1121] SGT Craig, CPL Marshall, and PV2 Young were in the first vehicle in the convoy.[1122]

The platoon's search for "targets" (e.g., enemy forces) occurred in the Al Sinaa, Domiz Somer, and Yarimjah neighborhoods of Mosul.[1123] At 1239 military time, while patrolling through Yarimjah, an IED "detonated directly under the … crew compartment" of the M114 High Mobility Multipurpose Wheeled Vehicle (HMMWV) carrying SGT Craig, CPL Marshall, and PV2 Young.[1124] The blast split the M114 into two pieces and killed its five occupants, including SGT Craig, CPL Marshall, and PV2 Young.[1125]

The remaining vehicles in the patrol came under fire immediately after the IED detonated.[1126] They moved to set up a defensive perimeter in the intersection (pictured below) that SGT Craig, CPL Marshall, and PV2 Young's vehicle had been traveling through.[1127] Enemy forces attacked the patrol from surrounding buildings, which included homes and a mosque, employing small arms fire (SAF), rocket-propelled grenades (RPGs), and around four mortar rounds.[1128]

---

[1119] PEX 193, Department of the Army, "Report of Casualty, Evan Marshall," (February 28, 2008), p. 2; PEX 188, Department of the Army, USCENTCOM FOIA 17-0444, "Initial Casualty Report – James Craig," (January 28, 2008), p. 2; PEX 190, Department of the Army, USCENTCOM FOIA 22-0245, "Initial Casualty Report – Joshua Young," (n.d.), p. 2.
[1120] PEX 198, Department of the Army, "AR 15-6 Findings and Recommendations Concerning the Hostile Fire Deaths on 28 January 2008; B Company, 1-8 Infantry," (February 14, 2008), p. 3.
[1121] Ibid.
[1122] Ibid., p. 4.
[1123] Ibid., pp. 12, 71.
[1124] Ibid., pp. 4, 71.
[1125] Ibid., pp. 40, 71.
[1126] Ibid., p. 4.
[1127] Ibid.
[1128] Ibid., pp. 4, 9.



*Figure 34: Attack Schematics.[1129]*

One servicemember in another patrol vehicle tried to assess the damage to the lead vehicle while receiving enemy fire, and stated that he was "able to confirm from my position with the help of … the platoon medic that the vehicle was a catastrophic kill and that there were no survivors."[1130] He then called for additional support from a Quick Reaction Force (QRF).[1131]

Servicemembers interviewed for the AR 15-6 investigation stated that between two and four IED blasts targeted the convoy.[1132] Such contradictory reporting of events like this is not unusual, as the "fog of war effect" often causes high-pressure incidents such as this to be remembered slightly differently by people involved. I am going to illustrate servicemembers' varied and slightly contradictory reports on the IED incident, the differing recollections of which are immaterial to my ultimate conclusion:

- One servicemember relayed that there was a second IED that targeted another component of their patrol, but which did no damage and resulted in no casualties.[1133]
- Another servicemember claimed that there were four IEDs, three of which detonated under or around the patrol, and one of which was recovered by the explosive ordnance disposal (EOD) team undetonated.[1134]

---

[1129] PEX 199, 18th Ordnance Company (Explosive Ordnance Disposal), USCENTCOM FOIA 17-0403, "SIGACT Report - 28 Jan 2008," (January 28, 2008), p. 20.
[1130] PEX 198, p. 12.
[1131] Ibid.
[1132] Ibid., pp. 14, 15.
[1133] Ibid.
[1134] Ibid., p. 14.

- A third servicemember said that as the firefight at the intersection was occurring, a possible donkey-borne IED approached their position: "I looked north [and] I observed a donkey with big white bags on its saddle approach us from the same area to the north where my gunner had engaged earlier. My gunner engaged the donkey as [there was] a possible I.E.D. on its saddle."[1135]

At approximately 1300 military time, Kiowa helicopter-borne air support Thug Scout Weapons Team (SWT) and Red Platoon ground troops moved to support the embattled convoy.[1136] Thug SWT targeted insurgents with Hydra missiles and received small arms fire from the enemy.[1137] Violator Platoon also responded as a rescue team, and was also hit by an IED, according to one of its members.[1138] (It is unclear if this IED was one of the explosives mentioned above by the other servicemembers, or a distinct and later IED.)

Recovery assets and a QRF arrived at approximately 1400 military time.[1139] Coalition forces were able to stabilize the situation by 1647 military time, then began moving back toward Forward Operating Base (FOB) Marez.[1140] In the meantime, additional U.S. reinforcements and Iraqi troops arrived to aid rescue efforts and join the fight against the enemy, which lasted until approximately 1700 military time.[1141]

*Attack Attribution*

I conclude that this attack was very likely carried out by the Zarqawi organization (as the Islamic State of Iraq) and Ansar al-Islam (AAI) (as Ansar al-Sunna (AAS)).[1142] This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; 3) U.S. Government reporting attack attributing this attack to ISI; 4) an AAS claim of responsibility for the attack that suggests coordination with ISI in carrying it out.

AAI has undergone several name changes since the group's founding in 2001. Originally established under the name Jund al-Islam, the group later adopted the name Ansar al-Islam (AAI). On September 20, 2003, the group changed its name again to Ansar al-Sunna. Given that this attack occurred after the group's name change in 2003, this attribution will refer to the group as Ansar al-Sunna (AAS). However, some sources may refer to the group as Ansar al-Islam or AAI.

The Zarqawi organization has likewise undergone several name changes since the group's inception in 1993. On October 15, 2006, the group announced its establishment of the Islamic State of Iraq (ISI),[1143] and thus this attribution will refer to the group as ISI.

---

[1135] Ibid., p. 21.
[1136] Ibid., p. 3.
[1137] Ibid., p. 39.
[1138] Ibid., p. 109.
[1139] Ibid., p. 4.
[1140] Ibid., pp. 7, 39.
[1141] Ibid., pp. 4, 39.
[1142] Both ISI and AAS received significant amounts of Iranian support. Thus, my conclusion regarding Iranian culpability would not change if the attack were carried out by one of these groups acting alone rather than by both of these groups acting in concert with one another.
[1143] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI and AAS's responsibility. This attack occurred in Mosul, Nineveh Province on January 28, 2008. The below map provides the approximate location of the attack.



*Figure 35: Approximate location of the attack in Mosul, Nineveh Province.*

The complexity of this attack, including the use of surrounding buildings to carry out the attack and the sustained nature of the fighting, indicates that the attackers had familiarity with and control over the local area. Such familiarity and control indicate that the responsible group(s) possessed operational dominance over this area.

When this attack occurred, ISI held area of operations dominance in Mosul. Nineveh Province became an ISI stronghold by late 2006 (at least a year prior to this attack). As Michael Knights of the Washington Institute for Near East Policy describes, ISI capitalized on Coalition movements elsewhere in Iraq to establish control of Mosul:

> In late 2006, Mosul security suffered a new blow from the "reverse surge" dynamic, whereby the U.S. military sent half its Ninawa battalions to the Baghdad area, leaving only one in Mosul, and the Iraqi army sent two battalions south as well. During this period, AQI's successor, the Islamic State of Iraq (ISI), surged in the reverse direction, fleeing the surge in central Iraq and Anbar and refocusing its efforts on Mosul.[1144]

---

[1144] Michael Knights, *How to Secure Mosul: Lessons from 2008-2014*, (Washington, DC: The Washington Institute for Near East Policy, October 12, 2016), p. 7, https://www.washingtoninstitute.org/media/1971?disposition=inline,.

Nineveh Province historically served as a vital stronghold for the Sunni insurgency, facilitating transfer of foreign fighters and acting as a significant funding source for the Zarqawi organization.[1145] The Zarqawi organization obtained significant popular support from the Sunni population and established control over most of the province, including Mosul, by late 2007.[1146]

Credible reporting in a December 2007 *New York Times* article also demonstrates that ISI felt so secure in its control of Nineveh that its senior leader Abu Ayyub al-Masri, who was Abu Musab al-Zarqawi's successor, had moved into the city by late 2007:

> The insurgents who have ventured north include Abu Ayyub-al Masri, the leader of Al Qaeda in Mesopotamia, a predominantly Iraqi group that American intelligence says has foreign leadership. American officials say the insurgent leader has twice slipped in and out of Mosul in Nineveh Province to try to rally fellow militants and put an end to infighting.
>
> "We have seen some migration of Al Qaeda," said Col. Stephen Twitty, the commander of the Fourth Brigade Combat Team, First Cavalry Division, which is returning to the United States after 13 months here. "What has driven that are the operations down south."[1147]

A Rand Corporation report on ISI finances similarly concluded that "Al-Masri, the ISI leader, was reportedly based in or around Mosul," and that he had been joined by "most of the group's other top leaders, including Abu Qaswarah, also known as Mohamed Moumou, ISI's third in command in 2008 and the day-to-day operational leader for the entire ISI."[1148] Abu Qaswarah was killed in Mosul in October 2008.[1149]

Additionally, an ISI leadership chart released by Multi-National Force - Iraq in March 2008 (pictured below) demonstrates both the concentration of the group's senior leadership in Mosul and the sophistication of the organization's capabilities within the city, with specific leaders designated to oversee the implementation of particular organizational functions, including bureaucratically dividing up responsibility for various attacks based on the TTPs employed.[1150]

---

[1145] Patrick B. Johnston et al., *Foundations of the Islamic State: Management, Money, and Terror in Iraq 2005-2010*, (Santa Monica, CA: RAND Corporation, 2016), p. 53, https://apps.dtic.mil/sti/pdfs/AD1013638.pdf.

[1146] Ibid.

[1147] Michael R. Gordon, "Pushed Out of Baghdad, Insurgents Move North," *The New York Times*, December 6, 2007, https://www.nytimes.com/2007/12/06/world/middleeast/06mosul.html.

[1148] Johnston et al., *Foundations of the Islamic State: Management, Money, and Terror in Iraq 2005-2010*, pp. 54, 55.

[1149] Ernesto Londoño, "No. 2 Leader of Al-Qaeda in Iraq Killed," *The Washington Post*, (October 16, 2008), https://www.washingtonpost.com/wp-dyn/content/article/2008/10/15/AR2008101500682.html.

[1150] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, (Washington, DC: Institute for the Study of War, 2008), p. 17, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.



During the summer and fall of 2007, Coalition forces concentrated their efforts on detaining ISI leadership in Mosul and throughout Nineveh Province.[1151] Despite these Coalition efforts, ISI fighters continued to stream northward into Mosul, escaping the fiercer fighting with Coalition forces that was occurring further south and buttressing the group's presence in the provincial capital of Nineveh.[1152] This northward movement ensured that even in December 2007 and January 2008 – weeks before this attack – Coalition forces were still detaining large numbers of ISI leaders and operatives in Mosul.[1153]

ISI's presence in Mosul around this time prompted largescale Coalition operations to degrade the group's hold on the city. January 8, 2008 marked the beginning of Operation Phantom Phoenix, a "joint offensive designed to corral remaining al-Qaida-aligned terrorists and other insurgents in Iraq," per an article from the Office of the Secretary of Defense Public Affairs published by the Department of Defense's Defense Visual Information Distribution Service.[1154] An article by Bill Roggio published in the *Long War Journal* on January 17, 2008 describes a press briefing delivered by Lieutenant General Ray Odierno, the Commander of Multinational Corps – Iraq:

> Operation Phantom Phoenix, the current nationwide operation targeting al Qaeda's remaining safe havens, was launched on Jan. 8. Iraqi and US forces have captured or killed 121 al Qaeda fighters, wounded 14, and detained an additional 1023 suspects. Al Qaeda's leadership has been hit hard during the operation, with 92 high value targets either killed or captured.

---

[1151] Ibid., pp. 10, 12.
[1152] Ibid.
[1153] Ibid., pp. 13, 14.
[1154] Office of the Secretary of Defense Public Affairs, "'Phantom Phoenix' Operation Targets al-Qaida in Iraq," *DVIDS Hub*, January 8, 2008, https://www.dvidshub.net/news/15283/phantom-phoenix-operation-targets-al-qaida-iraq.

Iraqi and US forces have also discovered 351 weapons caches and four tunnel complexes, Odierno said. Iraqi and US forces have also discovered three car bomb and improvised explosive device [IED] factories and 410 IEDs, including 18 car bombs and 25 homes rigged with explosives. Also found were "numerous torture chambers, an underground medical clinic, several closed schools, and a large foreign fighter camp with intricate tunnel complexes," said Odierno.[1155]

A 2017 U.S. Army Center of Military History monograph notes that Operation Phantom Phoenix included U.S. military actions "to clear and retain the city of Mosul," an initiative largely prompted by ISI's heavy presence in the city.[1156] This motivation for the operation was confirmed by contemporaneous statements from U.S. military commanders that reflected both the extent of ISI's control in Mosul and the commanders assessed that the group's presence necessitated intense Coalition efforts to eject it. In a report from January 28, 2008, Reuters, reporting on the major security threat arising in northern Iraq from ISI regrouping in Nineveh Province, quoted the U.S. military's description of Mosul as ISI's "last major urban stronghold."[1157]

*AAS Presence in Mosul*. The dominant presence of ISI in Mosul at this time does not preclude AAS's participation in, and joint responsibility for, this attack. Scholarly sources indicate AAS's presence in Mosul alongside ISI's operational dominance. I will discuss first the relationship between ISI and AAS, and then the reports of AAS's presence in Mosul. In this way, I establish that AAS was present in Mosul and that the nature of that presence included collaboration with ISI.

The United Nations Security Council has articulated the early cooperation between al-Qaeda and AAS, concluding that AAS "came into being with the blessing of bin Laden after its leaders visited al-Qaeda in Afghanistan in 2000 and 2001."[1158] In 2001, AAS harbored as many as 150 foreign jihadists, including members of Jamaat al-Tawhid wa'l Jihad (which eventually renamed itself ISI) and its leader Abu Musab al-Zarqawi.[1159] The U.S. State Department's March 2004 press statement designating AAS as a Foreign Terrorist Organization noted the closeness of the relationship between al-Qaeda and AAS:

> Ansar al-Islam, which operates in Iraq, has close links to and support from al-Qaida. Al-Qaida and Usama bin Laden participated in the formation and funding of the

[1155] Bill Roggio, "Al Qaeda in Iraq's Shrinking Area of Operations," *Long War Journal*, January 17, 2008, https://www.longwarjournal.org/archives/2008/01/al_qaeda_in_iraqs_sh.php.

[1156] Nicholas J. Schlosser, The U.S. Army Campaigns in Iraq: The Surge 2007-2008 (Washington D.C., United States Army Center of Military History, 2017), p. 77 https://history.army.mil/html/books/078-1/cmhPub_078-1.pdf#page=77.

[1157] Paul Tait & Wisam Mohammed, "Five US Soldiers Killed in North Iraq - Military," Reuters, January 28, 2008, https://www.reuters.com/article/idUSL28208439.

[1158] United Nations Security Council, "Ansar al-Islam," n.d., https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/entity/ansar-al-islam.

[1159] C.J. Chivers, "Kurds Face a Second Enemy," *The New York Times*, January 13, 2003, https://www.nytimes.com/2003/01/13/world/threats-responses-northern-iraq-kurds-face-second-enemy-islamic-fighters-iraq.html; Joel D. Rayburn & Frank K. Sobchak, The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 89, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

group, which has provided safe haven to al-Qaida in northeastern Iraq. Ansar al-Islam trained in al-Qaida camps in Afghanistan.[1160]

The February 2006 bombing of the Shia al-Askari Mosque, which ignited a wave of sectarian violence, was conducted by AAS elements who had joined ISI.[1161] Declassified intelligence from Multi-National Corps – Iraq from December 2007 describes al-Qaeda emir Ayman al-Zawahiri telling a "jihadist website" that he had called on AAS to "unify with ISI" just prior to this attack.[1162]

As early as 2003, Mosul proved attractive to AAS fighters and the group maintained a strong presence in the city until 2008.[1163] Citing American intelligence reports, Michael Rubin, a regional expert and scholar at the American Enterprise Institute, noted that "by August [2003], hundreds of Ansar [al-Sunna] terrorists had reentered" Iraq from neighboring Iran, and that a "large number of the returning jihadists chose to settle in Mosul."[1164] The city was an ideal hub for insurgent operations, with a large population and narrow alleys.[1165]

Government reporting also documented AAS presence in Mosul. In May 2007, Multi-National Corps – Iraq intelligence slides (now declassified) demonstrated both AAS presence in Mosul and its cooperation with ISI in the city. One slide titled "AAS/AQI Conduct Complex Attacks IVO [in the vicinity of] Mosul" notes multiple complex attacks carried out in Mosul and includes the assessment that "known TTPs, methodology suggests Ansar al Sunna with support of AQI."[1166]

Scholarly analyses have seconded this governmental assessment, elaborating on the nature of the AAS-ISI relationship in Mosul. Eric Hamilton, a researcher for the Institute for the Study of War, noted in January 2008 that "there is some evidence that AQI and Ansar al Sunna have formed a working relationship in Mosul," despite AQI clashing with other "elements of the insurgency ... particularly ... the nationalist groups."[1167] Hamilton analyzed the attack that killed SGT Craig, CPL Marshall, and PV2 Young, concluding that it was a product of the working relationship between AAS and ISI. He states that "on January 28th, a complex attack coordinating an IED attack and small arms fire conducted by AQI and Ansar al-Sunna insurgents killed five U.S. soldiers in the Sumer neighborhood in the southeastern part of the city."[1168] None of this description of the ISI-AAS relationship is meant to deny that points of tension and conflict existed in the relationship; rather, the sole point is that they had a history of cooperation, and did cooperate in carrying out operations in Mosul at the time that this attack occurred.

---

[1160] U.S. Department of State, press release, "Foreign Terrorist Organizations: Designation of Ansar al-Islam (AI), Redesignation of Three Others," (March 22, 2004), https://2001-2009.state.gov/r/pa/prs/ps/2004/30649.htm.

[1161] Edward Wong, "Iraqi Led Bombing of Shiite Shrine, Official Says," *New York Times*, June 28, 2006, https://www.nytimes.com/2006/06/28/world/middleeast/28cnd-iraq.html.

[1162] USCENTCOM, *MNC-I BUA Intel Daily Slides*, December 2007, p. 21, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0305.%20MNC-I%20BUA%20Intel%20Daily%20Slides%20-%20Dec%2007.pdf.

[1163] Michael Rubin, "Ansar al-Sunnah," American Enterprise Institute, May 1, 2004, https://www.aei.org/articles/ansar-al-sunna/.

[1164] Ibid.

[1165] Ibid.

[1166] USCENTCOM, *MNC-I BUA Intel Daily Slides*, May 2007, p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0355.%20MNC-I%20BUA%20Intel%20Daily%20Slides%20-%20May%2007.pdf

[1167] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, (Washington, DC: Institute for the Study of War, 2008), p. 18, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[1168] Ibid., p. 15.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI and AAS were responsible for the attack is the TTPs used to carry it out. SGT Craig, CPL Marshall, and PV2 Young were killed in a complex attack that involved multiple IEDs, RPGs, and small arms fire (SAF). Complex attacks such as this were a common TTP used by ISI and AAS throughout their existence.

At the time of the attack, ISI and AAS frequently employed complex attacks against Coalition forces in Mosul. As referenced previously, a May 2007 Multi-National Corps - Iraq Daily Intel slides outlined multiple complex attacks in Mosul attributed to both groups that month.[1169] The report states that the attacks used TTPs including IEDs, small arms fire, and indirect fire – the same combination of TTPs used in this attack.[1170]

Complex attacks and attacks using TTPs like those employed in this attack were also reported against Coalition forces in Mosul in January 2008. For example, multi-salvo rocket-propelled grenade fire was used against Coalition forces apprehending an insurgent bombmaker in Mosul on January 7, 2008.[1171] A February 11, 2008 NPR article describes the various TTPs employed against U.S. forces in the city in the weeks following this attack, noting that on one day, "U.S. forces were hit with eight IEDs, eight rocket-propelled grenade and shooting attacks and [a] car bombing."[1172]

According to Michael Knights, writing for the peer-reviewed *CTC Sentinel*, ISI routinely "sponsor[ed] paid-for IED attacks" to "predictably acquir[e] targets" and "keep the flame of resistance alight."[1173] December 2007 through February 2008 saw an increase in IED attacks in Mosul:

> Security in Mosul continued to deteriorate from December 2007 through February 2008, with increased significant daily attacks, at least half of which consisted of IEDs and VBIEDs. In the month of January alone, 300 IEDs were found or detonated by the 3-3 AC [Armored Cavalry] squadron. By the middle of February, attacks averaged around 20 per day, ranging anywhere from 12 to 30. One week, attacks spiked to 180, or almost 26 attacks a day.[1174]

On January 23, 2008, the detonation of an IED triggered the explosion of a building used to store explosive materials in Mosul, killing and wounding numerous civilians in the immediate area.[1175] The

---

[1169] USCENTCOM, *MNC-I BUA Intel Daily Slides*, p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0355.%20MNC-I%20BUA%20Intel%20Daily%20Slides%20-%20May%202007.pdf.

[1170] Ibid.

[1171] Richard Ybarra, "CF detain High Value Target while under fire in Mosul," *DVIDS Hub*, January 7, 2008, https://www.dvidshub.net/news/15245/cf-detain-high-value-target-while-under-fire-mosul.

[1172] Lulu Garcia-Navarro, "Iraq, U.S. Force Put Anti-Insurgent Focus on Mosul," *NPR*, February 11, 2008, https://www.npr.org/2008/02/11/18886410/iraq-u-s-force-put-anti-insurgent-focus-on-mosul.

[1173] Michael Knights, "Al-Qa`ida in Iraq: Lessons from the Mosul Security Operation," *CTC Sentinel*, 1:7, (June 2008), p. 2, https://ctc.westpoint.edu/wp-content/uploads/2010/06/Vol1Iss7-Art11.pdf.

[1174] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 15.

[1175] Paul Tait & Ahmed Rasheed, "Blast in Iraq's Mosul kills 15, wounds 132," Reuters, January 23, 2008, https://www.reuters.com/article/us-iraq/blast-in-iraqs-mosul-kills-15-wounds-132-idUSL1880448320080123.

building, according to reporting from the BBC, was "believed to have housed a bomb-making factory."[1176] At the site of the blast the next day, an Iraqi Police official was killed in a suicide attack.[1177]

On February 21, 2008, less than a month after this attack, Coalition forces continued to target ISI leadership, including leaders directly associated with IED cells within Mosul:

> During an operation in Sharqat, coalition forces captured an alleged associate of the senior leader for the al-Qaida in Iraq network in Mosul.
>
> In two operations in southeastern Mosul today, coalition forces detained six suspected terrorists while targeting the alleged senior leader for the network in Beiji [alternate spelling of Baiji] and a suspected IED cell leader for a network operating in the city.[1178]

The high volume of IED attacks in a city known to be controlled by ISI leadership, as well as the presence of a reported bombmaking factory within the city, demonstrates ISI's ability to build and detonate IEDs against Coalition forces. The continued discovery of ISI leadership, especially leaders associated with IED cells in Mosul, points to the group's capability and interest in using IEDs as a means to attack their targets.

*Government Reporting.* Declassified U.S. military materials characterize ISI as the dominant insurgent group in Mosul, and describe the group's activities in and around the city before and after the attack that killed SGT Craig, CPL Marshall, and PV2 Young. In notes and slides made public through the U.S. Army War College entitled "IRON RESOLVE Campaign Plan Backbrief," the role of Mosul in the fight against ISI is clearly articulated. Notes dated January 4, 2008, entitled "MND-North Current Situation" state:

> In Ninewa [alternate spelling of Nineveh], AQI continues to reorganize and re-supply in Mosul. Due to CF [Coalition Force] and ISF [Iraqi Security Forces] success in killing and capturing middle and high level leaders, the cells are in a state of confusion and disorganization over who has control of particular areas in the city. Reflections indicate fighters are conducting decentralized attacks against targets of opportunity rather than coordinated or high profile attacks. We assess AQI reorganization is intended to improve planning and deliberate targeting to increase the effectiveness of AQI attacks. It is likely that targeting will focus on IP [Iraqi Police] in Mosul IOT [in order to] regain the freedom of movement necessary to conduct high profile attacks to disrupt GOI [government of Iraq] progress in Ninewa. Furthermore, AQI will continue to enhance its operational effectiveness and retain its lines of communication to outlying villages, across the border to Syria, and south to Kirkuk and Bayji. CF/ISF operations in Mosul are forcing AQI C2 and fighters into the outlying villages, with the Western

---

[1176] "Iraq moves against Mosul al-Qaeda" *BBC*, January 25, 2008, http://news.bbc.co.uk/2/hi/middle_east/7208555.stm.

[1177] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 15.

[1178] Office of the Secretary of Defense Public Affairs, "Coalition Forces Kill Terrorist, Detain 20 Suspects," *DVIDS Hub*, February 21, 2008, https://www.dvidshub.net/news/16573/coalition-forces-kill-terrorist-detain-20-suspects.

Jazeera desert becoming increasingly important to AQI as a support zone and key line of communication.[1179]

A document titled, "Notes from Monday Night MNC-I BUA 041730 FEB 08" contains information on attack averages in Mosul: "In Ninewa 3 ACR [Armored Cavalry Regiment] continues to focus on Counter IED and Insurgency Operations in and around Mosul today with 6 attacks in the city which is well below the normal attack average of 16 per day based on the past 5 months, with no appreciable difference in attack patterns from our past assessments."[1180] The same document further outlines specific operations and actions undertaken to disrupt the flow of AQI fighters into Mosul from other parts of the country: "Operation Apache Harvest III is continuing its screen south of Mosul intended for the disruption of material and fighters reportedly moving through the area into the city."[1181]

Ultimately, U.S. military materials not only concur with the conclusions reached by analysts operating in the public sphere in determining that ISI fighters were moving into Mosul, but also assess that ISI had an intention to "improve planning and deliberate targeting to increase the effectiveness of [ISI] attacks."[1182] The attack that killed SGT Craig, CPL Marshall, and PV2 Young in Mosul, weeks after that assessment was made, represented an attack that involved a high number of fighters as well as a significant degree of planning and coordination. These materials support my conclusion that it is highly likely that ISI is responsible for this attack.

Moreover, U.S. Government documents describing and investigating this complex attack contain multiple direct references to ISI as the perpetrator. In the AR 15-6 Report, the investigating officer stated that "ISI conducted a complex attack against 2/B/1-8 IN while they were conducting a mounted patrol in the Yarimjah neighborhood."[1183] Additionally, as part of the Significant Activity report (SIGACT), the 18th EOD Company stated its findings on the TTPs employed in the attack and identified ISI as the likely perpetrator:

> ISI likely set up the command wire after the RCIED [remote controlled improvised explosive device] failed to detonate the IED and waited for a target of opportunity to execute the planned complex attack...ISI planned/coordinated the attack to target BN [battalion] QRF suggesting they knew likely routes to the area. ISI continues to use secondary IEDs with multiple types of initiators. Expect to see an increase in complex attacks with RPGs, SAF, and multiple IEDs with multiple initiators over the next few days along known hot spots (Broadway, Isuzu, Jackhammer, Drill, and Nissan). It is likely ISI will use command wire, pressure plate, PIR, and speed bump IEDs in order to be more effective since the DUKE has been defeating RCIEDs.[1184]

---

[1179] "IRON RESOLVE Campaign Plan Backbrief," January 9, 2008, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0159.%20MND-N%2008-01%20Backbrief%20to%20MNC-I%2020080110.pdf, p. 6.

[1180] "Notes from Monday Night MNC-I BUA 041730 FEB 08," February 2008, p. 14, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0002.%20MNC-I%20BUA%20Notes%205%20Feb%2008.pdf.

[1181] "Notes from Monday Night MNC-I BUA 041730 FEB 08," February 2008, p. 14, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0002.%20MNC-I%20BUA%20Notes%205%20Feb%2008.pdf.

[1182] "IRON RESOLVE Campaign Plan Backbrief," January 9, 2008, p. 6, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0159.%20MND-N%2008-01%20Backbrief%20to%20MNC-I%2020080110.pdf.

[1183] PEX 198, p. 71.

[1184] PEX 199, p. 13.

*Claim of Responsibility*. AAS released a claim of responsibility for this attack on January 29, 2008. The English translation of the text follows:

In the Name of God, the Most Merciful, the Most Beneficent

| | |
|---|---|
| Ansar al-Islam Group | Issue: 318 |
| There is no God but God | Date: 21/Muharram/1429 |
| Mohammad is His Messenger | 29/January/2008 |

**Claiming the Attack which Killed the American Soldiers in Mosul Yesterday on Monday**

Praise to God Who has given glory to Islam and the Muslims, and has humiliated the disbelievers and the apostates, and prayers and peace upon the *imam* of the *mujahedin*, the leader of the brave and radiant [cadres], the laughing fighter [Prophet Muhammad] and upon the entirety of his family and companions, and upon those who have traveled in their path, and been enlightened through their enlightenment until the Day of Judgement. The following:

The Almighty has said: "If you support God, He will support you, and firmly plant your feet."

After making all preparations [lit. preparing our equipment] and relying upon God and assessing the reasons, a blessed group of your *mujahedin* brothers from [among] the Lions of *Ansar al-Islam* and your brethren from the Islamic State set out yesterday, Monday, corresponding to 1-28 [i.e., January 28, 2008] to carry out a blessed operation [which] targeted the Soldiers of the Cross [i.e., American forces] and their lackeys, the Forces of Apostasy [i.e., the Peshmerga] who are collaborating with the Occupier [i.e., the United States] and acting as his agents. This [i.e., the operation] occurred in the neighborhood of Sumer, on the leftward side of the City of Mosul.

The operation began exactly at 2:00 in the afternoon, whereby several explosive devices [presumably improved explosive devices, i.e., IEDs] were planted on one of the roads there. Then, the brethren [i.e., the group's fighters] prepared for an [armed] clash using all forms of light and medium small arms weapons. After a period of standing guard, a[n armed] column belonging to the American Crusader Forces and their Peshmerga lackeys entered the area. The brethren [i.e., the group's fighters] therefore detonated the first of their [improvised] explosive devices. It blew apart an American vehicle, of the Hummer model [i.e., a Humvee], to scattered pieces. All of its occupants, from among the Soldiers of the Cross, met their demise. After a short period, three other [improvised] explosive devices were detonated, the latter striking the vehicles of the Crusaders and the Apostates. These struck mightily and with spite against the Soldiers of Falsehood, and God sent fear into their hearts, causing the enemy to lose concentration in battle and members of the [armored] column to congregate in different areas. Four vehicles belonging to the Peshmerga forces assembled in one area, by chance near a previously planted [improvised] explosive

device. The brethren [i.e., the group's fighters] gave praise to God's name [i.e., said *Allahu Akbar*] and detonated [the explosive]. This led to the death of a large number from among the Soldiers of Apostasy [i.e., the Peshmerga], as well as destroying and damaging some of their vehicles. And so, the enemies of God were stricken with fear and great panic. Simultaneously, the enemy was attacked [lit. caught by surprise] from unexpected directions, as the *mujahideen* came at them from all directions to clash with the remainder of the column. The battle lasted more than an hour during which, with God's grace, it was possible to inflict heavy losses upon the Enemies of God and [impart upon them] a stern lesson which they will not forget.

The operation led to the destruction of most of the [armored] column and killing or wounding of its occupants. Moreover, the battle continued [lit. did not end] until American reinforcements were sent to the area, with their aircraft [presumably helicopters] hovering in the skies of the area in search of the executors [of the attack], who [by then] had withdrawn safely and soundly, rejoicing in what God had bestowed upon them.

It should be noted that the American Army announced the death of only five of its soldiers yesterday. We confirm that the number was actually much larger than that, and praise and thanks be to God, firstly and lastly.

Allahu Akbar and Glory to God, His Messenger and to the believers.

Do not forget to mention us favorably in your supplications.

The Information Bureau
The Ansar al-Islam Group
21/Muharram/1429
29/January/2008[1185]

This claim, released the day following the attack, correctly identifies the location of the attack and identifies TTPs used in the attack acknowledged by witnesses to the attack, including IEDs, small arms fire, and the concentrated presence of enemy forces in the attack zone. This claim lends further evidence to the witness statements claiming detonation of several IEDs in this single attack on Coalition and Iraqi forces. The only inconsistency is the claim that one of the IEDs following the initial explosion killed "a large number of the apostate soldiers." The AR 15-6 Investigation Report claims only five killed in action during this attack, in the initial IED blast.[1186]

It should be noted that AAS's claim of responsibility does not contradict the conclusion that ISI was also active in, and jointly responsible for, this attack. After all, ISI and AAS had coordinated actions for years prior to this attack, as well as at the specific time and place of the attack.[1187]

---

[1185] Translated by Valens Global. Original claim of responsibility posted to Arabic-language "Ana al-Muslim" website.
[1186] PEX 198, p. 40.
[1187] See my Expert Report & Declaration on Sunni Militant Organizations, p. 66, 71-72.

*Iranian Support.* Iran provided support to ISI and AAS and Iran's support had a reasonable connection to this attack. Iranian support for both of these groups is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1188] The following information further demonstrates the significance of Iran's support to AAS and ISI at the time and in vicinity of this specific attack:

- In 2003, the IRGC provided support for AAS operations in northern Iraq and provided safe haven for AAS leaders and operatives after U.S. forces raided their bases in northern Iraq.[1189] Iranian support continued throughout the conflict in Iraq. Iran arranged a quid pro quo with AAS in 2008 in which AAS fought alongside members of the IRGC against the Kurdistan Free Life Party in exchange for continued safe haven in Iran, which significantly enhanced AAS's ability to conduct operations in Iraq.[1190]

- Iran provided training, funding, and organizational support to AAS, critical to AAS's ability to maintain operations in Iraq. In 2004, British intelligence reports assesses that "'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI [Ansar al-Islam] cadres.'"[1191] Details of this training, relayed by Kimberly Kagan, include a "report by the Iraq Survey Group noted that a source had reported 'approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.'"[1192] U.S. intelligence reporting details that "an Iranian was aiding Ansar al-Islam 'on how to build and set up' improvised explosive devices, known as IEDs."[1193] In 2006, Iran reportedly facilitated the recruitment of Iranian Kurds as AAS fighters by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[1194]

- In December 2006, further evidence of Iranian support for AAS and ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1195] According to a U.S. intelligence official, the

---

[1188] Ibid., pp. 51-60, 67-68, 72-76.

[1189] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for issues related to Southwest Asia and Islamic Civilization*, (Spring 2006), p. 8, https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[1190] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018, https://www.atlanticcouncil.org/blogs/iransource/iran-s-salafi-jihadis; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," BBC Monitoring Middle East, April 11, 2008.

[1191] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[1192] Ibid.

[1193] Ibid.

[1194] "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," *BBC Monitoring Middle East*, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," *BBC Monitoring Middle East*, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," *BBC Monitoring Middle East*, July 18, 2007.

[1195] Kimberly Kagan, *The Surge: A Military History*, (New York: Encounter Books, 2009), p. 172

information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1196]

- Iran provided ISI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to ISI from the beginning of their support for the group.[1197] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where the ISI maintained strong areas of operations.[1198] This Court previously found that the successful use of RPGs indicates training, which likely would have come from Iran; this Court has also previously found that Iran provided RPGs to ISI.[1199]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for ISI.[1200] Al-Bathali was speaking from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[1201] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to ISI.[1202] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[1203] Al-Bathali's assertion is compelling given his background and activities.[1204]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[1205] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

---

[1196] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007, https://www.nysun.com/article/foreign-irans-secret-plan-for-mayhem.

[1197] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006.

[1198] Kimberly Kagan, *February 11, 2007 – April 25, 2007: The Battle for Diyala*, (Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[1199] *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023).

[1200] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[1201] United Nations Security Council, "Mubarak Mushakhas Sanad Mubarak Al-Bathali," (April 6, 2009), https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[1202] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," (December 7, 2006).

[1203] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[1204] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[1205] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[1206]

- In 2008, the U.S. Department of the Treasury imposed sanctions against several individuals connected to Iran who provided material support to militias in Iraq. For example, it sanctioned Gen. Forouzandeh of the IRGC-QF, who provided training for Iraqi Shia militias, including training in "guerilla warfare, light arms, marksmanship, planting improvised explosive devices, and firing anti- aircraft missiles," and who provided funding for Iraqi Sunni militia fighters.[1207]

<u>Summary</u>
In summary, I conclude that it is very likely that ISI and AAS carried out the January 28, 2008 attack in Mosul, Nineveh Province that killed U.S. Army SGT James Craig, CPL Evan Marshall, and PV2 Joshua Young. My conclusion based on the following:

- ISI and AAS possessed area of operations dominance in Mosul, Nineveh Province during the period when this attack occurred.
- The attack, along with the wider scenario described, exhibited TTPs commonly associated with ISI and AAS.
- Government reporting and sources that verify ISI and AAS responsibility for this attack.
- AAS claimed responsibility for this attack.

I further conclude that Iran's material support substantially contributed to ISI and AAS's commission of this attack.

### Attack #21 – April 10, 2009 SVBIED Attack in Mosul, Nineveh Province that Killed U.S. Army Corporal Jason Pautsch, Staff Sergeant Bryan Hall, Sergeant Edward Forrest, and Staff Sergeant Gary Woods
*Geography: Mosul, Nineveh Province*
*Attack Type: SVBIED Attack*
*Direct Victim(s): CPL Jason Pautsch, SGT Edward Forrest, SSG Bryan Hall, and SSG Gary Woods*

<u>Materials Reviewed</u>
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 200, Department of the Army, USCENTCOM FOIA 22-0186, "Casualty Report – Jason Pautsch," (April 10, 2009).
- PEX 201, Department of the Army, "Report of Casualty – Gary Woods," (April 13, 2009).

---

[1206] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.
[1207] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," (January 9, 2008), https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

- PEX 202, Office of the Armed Forces Medical Examiner, "Autopsy Report – Jason Pautsch," (April 25, 2009).
- PEX 203, Office of the Armed Forces Medical Examiner, "Autopsy Report – Gary Woods," (May 11, 2009).
- PEX 204, Department of the Army, USARCENT FOIA-17--173, "Action AR 15-6 Investigation into the Hostile Fire Incident Resulting in the Deaths of Five US Soldiers, Involving 1st Combined Arms Battalion, 67 Armor Regiment on 10 April 2009," (May 9, 2009).
- PEX 205, USCENTCOM, USCENTCOM FOIA 22-0113, Ops Report, "(Explosive Hazard) IED Explosion RPT (Vehicle-Borne IED (VBIED)) D/1-67AR : 5 CF KIA 2CF WIA 2 ISF WIA UE IA 3 UE DET," (April 10, 2009).
- PEX 206, CENTCOM, USCENTCOM FOIA 22-0123, "Casualty Report – Bryan Hall," (January 31, 2023).

*Attack Description*

On April 10, 2009, U.S. Army Corporal (CPL) Jason Pautsch, Staff Sergeant (SSG) Bryan Hall, Sergeant (SGT) Forrest, and Staff Sergeant (SSG) Gary Woods were serving with A Company, 1st Battalion, 67th Armor Regiment (2/A/1-67 AR BN) at Forward Operating Base (FOB) Marez in Mosul, Nineveh Province.[1208] On the morning of this attack, CPL Pautsch, SSG Hall, SGT Forrest, and SSG Woods were riding in a Max Pro Mine Resistant Ambush Protected (MRAP) vehicle (designated D304), the fifth vehicle in a convoy tasked with conducting a reconnaissance patrol in western Mosul.[1209]

At approximately 1000 hours, the convoy departed FOB Marez.[1210] At approximately 1020, the convoy had passed the Iraqi Police's (IP) Knights Brigade Headquarters and was just outside the FOB Marez gate when the unit noticed a red dump truck approaching the compound at a high speed.[1211] After IP soldiers were unable to deter the truck with machine gun fire, the convoy's vehicles moved to engage the truck with M240B machine guns.[1212] As SSG Hall and SSG Woods maneuvered their vehicle between vehicle D304 and the rest of the convoy, SGT Forrest, their machine gunner, was able to slow its progress with machine gun fire.[1213] According to the AR 15-6 Investigation, a suicide vehicle-borne improvised explosive device (SVBIED) detonated when D304 was approximately 10 meters away from the position of the SVBIED, "[tearing] the roof from the vehicle hull," tipping it over, and ejecting SSG Hall, SGT Forrest, CPL Pautsch and SSG Woods from their vehicle.[1214] The below image illustrates the extensive damage inflicted on D304.

---

[1208] PEX 204, Department of the Army, USARCENT FOIA-17--173, "Action AR 15-6 Investigation into the Hostile Fire Incident Resulting in the Deaths of Five US Soldiers, Involving 1st Combined Arms Battalion, 67 Armor Regiment on 10 April 2009," (May 9, 2009), p. 6; PEX 200, Department of the Army, USCENTCOM FOIA 22-0186, "Casualty Report – Jason Pautsch," (April 10, 2009), p. 2;  PEX 201, Department of the Army, "Report of Casualty – Gary Woods," (April 13, 2009); p. 2; PEX 205, USCENTCOM, USCENTCOM FOIA 22-0113, Ops Report, "(Explosive Hazard) IED Explosion RPT (Vehicle-Borne IED (VBIED)) D/1-67AR : 5 CF KIA 2CF WIA 2 ISF WIA UE IA 3 UE DET," (April 10, 2009), p. 2;  PEX 206, CENTCOM, USCENTCOM FOIA 22-0123, "Casualty Report – Bryan Hall," (January 31, 2023), p. 2.

[1209] PEX 204, p. 6.

[1210] Ibid.

[1211] PEX 200, pp. 6, 7; PEX 205, p. 2.

[1212] PEX 204, pp. 7, 8.

[1213] Ibid.

[1214] Ibid., pp. 8, 9.



CPL Pautsch, SGT Forrest, SSG Hall, and SSG Woods died instantaneously from injuries sustained in the blast.[1216] The blast also killed three IP personnel and injured over two dozen Coalition forces.[1217]

Medical aid arrived soon after the explosion to assist the wounded and evacuate the dead, transporting them to the FOB Marez Combat Area Support Hospital.[1218]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq) very likely committed this SVBIED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; 2) the tactics, techniques, and procedures (TTPs) used in this attack; 3) Government reporting on this attack; and (4) an ISI claim of responsibility for the attack.

The Zarqawi Organization has undergone several name changes since the group's inception in 1993. Before this attack, in October 2004, the Zarqawi Organization underwent one such change when the group formally pledged baya (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq). On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, the Majlis Shura al-Mujahidin fi-l-Iraq (better

---

[1215] PEX 221, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
[1216] PEX 204, p. 9.
[1217] Ibid., p. 8.
[1218] Ibid., p. 9.

known as the Mujahedin Shura Council, or MSC) announced its establishment of the Islamic State of Iraq (ISI).[1219] While this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the Organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. The attack occurred outside of FOB Marez in Mosul, Nineveh Province on April 10, 2009. FOB Marez is located just south of the Al Mansour District in southwest Mosul.[1220] The map below provides the approximate location of the attack.



*Figure 37: Approximate location of the attack in Mosul, Nineveh Province.*

ISI had a history of entrenchment in Mosul prior to this attack. Michael Knights of the Washington Institute for Near East Policy describes how, by late 2006, ISI capitalized on Coalition movements within Iraq to establish control of Mosul:

> In late 2006, Mosul security suffered a new blow from the "reverse surge" dynamic, whereby the U.S. military sent half its Ninawa battalions to the Baghdad area, leaving only one in Mosul, and the Iraqi army sent two battalions south as well. During this

---

[1219] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

[1220] John J. McGrath, *Between the Rivers: Combat Action in Iraq 2003-2005* (Fort Leavenworth, KS: Combat Studies Institute Press, US Army Combined Arms Center, 2012), pp. 57, 65, https://www.armyupress.army.mil/Portals/7/combat-studies-institute/csi-books/BetweenTheRivers_McGrath.pdf.

period, AQI's successor, the Islamic State of Iraq (ISI), surged in the reverse direction, fleeing the surge in central Iraq and Anbar and refocusing its efforts on Mosul.[1221]

According to a publication by the Institute for the Study of War, "AQI held a great deal of terrain by the end of 2006 with multiple lines of support running west-east from the Syrian border to central Iraq and north-south from Mosul down to Baghdad."[1222]

ISI leaders were also present in Mosul throughout 2007, as ISI continued to hold the city.[1223] American intelligence assessed that ISI leader Abu Ayyub-al Masri moved into the city in late 2007, as *The New York Times* reports:

> The insurgents who have ventured north include Abu Ayyub-al Masri, the leader of Al Qaeda in Mesopotamia, a predominantly Iraqi group that American intelligence says has foreign leadership. American officials say the insurgent leader has twice slipped in and out of Mosul in Nineveh Province to try to rally fellow militants and put an end to infighting.
>
> "We have seen some migration of Al Qaeda," said Col. Stephen Twitty, the commander of the Fourth Brigade Combat Team, First Cavalry Division, which is returning to the United States after 13 months here. "What has driven that are the operations down south."[1224]

Despite the Coalition ramping up its operations in Mosul in 2008, ISI's presence persisted in the city.[1225] Reuters notes that ISI's ability to regroup in Nineveh Province had transformed all of northern Iraq into a major security threat around the time of this attack.[1226] In January 2008, U.S. military commanders said that Mosul was ISI's "last major urban stronghold," prompting major Coalition and Iraqi efforts to eject the group from the city.[1227]

ISI's presence in the city continued into 2009. In February 2009, Coalition forces launched Operation New Hope, with the goal of forcing ISI out of Mosul.[1228] According to a U.S. Army War College

[1221] Michael Knights, *How to Secure Mosul: Lessons from 2008-2014* (Washington, D.C.: The Washington Institute for Near East Policy, October 12, 2016), p. 7, https://www.washingtoninstitute.org/policy-analysis/how-secure-mosul-lessons-2008-2014.

[1222] Eric Hamilton, Backgrounder #21: Developments Fighting Al Qaeda in Iraq, (Washington, DC: Institute for the Study of War, January 2008), p. 3, https://www.understandingwar.org/sites/default/files/reports/Devolpments%20Fighting%20Al%20Qaeda%20in%20Iraq.pdf.

[1223] Patrick B. Johnston et al., *Foundations of the Islamic State: Management, Money, and Terror in Iraq 2005-2010*, (Santa Monica, CA: RAND Corporation, 2016), pp. 53-55, https://apps.dtic.mil/sti/pdfs/AD1013638.pdf.

[1224] Michael R. Gordon, "Pushed Out of Baghdad, Insurgents Move North," *The New York Times*, December 6, 2007, https://www.nytimes.com/2007/12/06/world/middleeast/06mosul.html.

[1225] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul* (Washington, DC: Institute for the Study of War, 2008), pp. 13, 14, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[1226] Paul Tait, "Five US Soldiers Killed in North Iraq - Military," Reuters, January 28, 2008, https://www.reuters.com/article/idUSL28208439.

[1227] Paul Tait, "Too Soon to Call Mosul Push "Final": U.S.," Reuters, January 29, 2008, https://www.reuters.com/article/us-iraq-mosul/too-soon-to-call-mosul-push-final-u-s-idUKL2978780620080129.

[1228] "Operation New Hope," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-new-hope.

report, "by the beginning of March, the combined U.S.-Iraqi troops had established a presence in AQI's former neighborhoods and appeared to have disrupted the extremists' operations."[1229]

However, despite Coalition efforts, ISI continued to operate in Mosul during April 2009 when the attack killed CPL Pautsch, SGT Forrest, SSG Hall, and SSG Woods occurred. According to the U.S. Army's official history of the Iraq war, ISI launched an average of 35 attacks per week in Mosul throughout April and May 2009, a number "far higher than the weekly average in any other province."[1230] One of these attacks occurred on April 9, when ISI launched an SVBIED attack in south Mosul.[1231] The attack killed five U.S. soldiers, three Iraqis, and wounded over 60 people.[1232]

The challenge of removing ISI's footprint in Mosul is demonstrated by the Coalition's need to begin Operation Ninewa Resolve in April 2009.[1233] The U.S. Army's official history of the Iraq war also reports that "the main effort of [Operation Ninewa Resolve] changed from Western Mosul to the Southern AO [area of operations] where the brigade focused its efforts on disrupting the AQI financing associated with oil corruption."[1234]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted an SVBIED attack.

At the time of the attack, SVBIEDs were a common ISI TTP. According to the U.S. National Counterterrorism Center, ISI in 2008 maintained SVBIED factories and claimed responsibility for numerous SVBIED and VBIED (vehicle-borne improvised explosive device) attacks throughout Iraq – including Mosul.[1235]

ISI's use of SVBIEDs continued throughout 2009. According to a Multi-National Division Command Report issued in 2009, ISI's "preferred methods were suicide attacks with either Person or Vehicle Borne Improvised Explosive Devices (PBIED/VBIED)."[1236] The report also notes that in April 2009, ISI "conducted almost a dozen near-simultaneous VBIED attacks throughout Baghdad," proving the group was using VBIEDs at the time of the attack that killed CPL Pautsch, SGT Forrest, SSG Hall, and SSG Woods.[1237]

---

[1229] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019) p. 509, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1932&context=monographs.

[1230] Ibid.

[1231] Ibid.

[1232] Ibid.

[1233] Dr. Bianca J. Adams, "MND-B 2009 Command Report," 2009, p. 92, https://www.ndia.org/-/media/sites/ndia/divisions/solic/reports-and-activities/command-report-12-10-10.pdf.

[1234] Ibid.

[1235] "2008 Report on Terrorism," *National Counterterrorism* Center, April 30, 2009, pp. 16, 38, 39, 42, 46, https://www.fbi.gov/stats-services/publications/terror_08.pdf.

[1236] Dr. Bianca J. Adams, "MND-B 2009 Command Report," 2009, p. 27. https://www.ndia.org/-/media/sites/ndia/divisions/solic/reports-and-activities/command-report-12-10-10.pdf.

[1237] Ibid., p. 28.

Furthermore, ISI was known to use SVBIEDs to target Coalition and Iraqi compounds. The SVBIED that killed CPL Pautsch, SGT Forrest, SSG Hall, and SSG Woods was intended as a strike against FOB Marez.[1238] The Multi-National Division Command Report states:

> Throughout 2009, the ISI was fixed in a pattern of quarterly car bombings (spaced three months apart) on clusters of government buildings in Baghdad. On August 19, 2009, the Ministry of Foreign Affairs and Ministry of Finance were both seriously damaged, resulting in at least 90 deaths. On October 25, 2009, the Ministry of Justice and Baghdad Provincial Council were struck by car bombs, killing 155 people. On December 8, 2009, five car bombs were detonated in car parks and public areas in the government district just outside Baghdad's International Zone, killing 127 people. On January 25, 2010, three major international hotels were attacked in Karrada, near the International Zone, killing 15 people.[1239]

*U.S. Government Reporting.* The U.S. Government's prosecution of an individual linked to this attack is another indicator of ISI's culpability. On December 8, 2011, the U.S. Department of Justice unsealed an indictment that charged Sayfildin Tahir Sharif (aka Faruq Khalil Muhammad 'Isa), an Iraqi-Canadian dual citizen residing in Canada, with orchestrating the attack that killed CPL Pautsch, SGT Forest, SSG Hall, and SSG Woods.[1240] A press release by the U.S. Attorney's Office states that Sharif:

> is charged in connection with his support for a multinational terrorist network that conducted multiple suicide bombings in Iraq and that is responsible for the deaths of five American soldiers. According to the complaint, filed on January 14, 2011, in the Eastern District of New York, the five American soldiers were killed on April 10, 2009, when a Tunisian jihadist, whose travel to and activities in Iraq were facilitated by the terrorist network, drove a truck laden with explosives to the gate of the United States Military's Forward Operating Base Marez in Mosul, Iraq.[1241]

Sharif pled guilty to charge on June 18, 2019, and was sentenced to 26 years in federal prison.[1242]

Credible sources confirm that Sharif was affiliated with and acting in support of ISI at the time of this attack. For example, according to the New America Foundation, Sharif was one of several Iraqi refugees who coordinated foreign fighters to conduct suicide attacks on behalf of ISI.[1243] This was also

---

[1238] PEX 204, p. 8.

[1239] Michael Knights, "The Role and Significance of Signature Attacks in the Iraqi Insurgency," *CTC Sentinel* 3:9, (September 2010), p. 19, https://ctc.westpoint.edu/wp-content/uploads/2010/10/CTCSentinel-Vol3Iss95.pdf.

[1240] "Recent Highlights in Terrorist Activity," *CTC Sentinel,* 5:1, (January 2012), https://ctc.westpoint.edu/recent-highlights-in-terrorist-activity-26/; *United States v. Faruq Khalil Muhammad 'Isa,* Indictment, Cr. 11-819 (E.D.N.Y), p. 3, https://www.justice.gov/sites/default/files/opa/press-releases/attachments/2015/01/23/faruq-indictment.pdf.

[1241] The United States Attorney's Office, Eastern District of New York, "Alleged Terrorist Charged with Conspiracy to Kill Americans in Iraq," (January 19, 2011), https://www.justice.gov/archive/usao/nye/pr/2011/2011jan19.html.

[1242] U.S. Department of Justice, Office for Public Affairs, "Defendant Who Conspired to Murder U.S. Soldiers Sentenced to 26 Years Imprisonment," (June 18, 2019), https://www.justice.gov/opa/pr/defendant-who-conspired-murder-us-soldiers-sentenced-26-years-imprisonment.

[1243] Brian Fishman, *Redefining the Islamic State: The Fall and Rise of Al-Qaeda in Iraq,* (Washington, DC: New America Foundation, August 2011) p. 15.

the U.S. Government's stance, as prosecutors in Sharif's case "said at a February 2015 court hearing that 'Isa [Sharif] was working with [the] Islamic state, according to court records."[1244]

*Claim of Responsibility.* The Miami Herald reported on ISI's claim of responsibility for the attack, which it referenced as posted "on extremist websites."[1245] SITE Intelligence Group translated the statement, published by ISI's propaganda bureau, claiming responsibility for the April 10, 2009 attack outside FOB Marez:

> A lion of the lions of the Islamic State of Iraq, "may Allah glorify it," from the "martyrdom-seeking brigade," on Friday, 14 Rabie al-Thani 1430H [Hijri, or Islamic calendar], corresponding to 10/4/2009…launched with his bomb-laden truck to penetrate all the barriers leading to the pagan police headquarters in the Mansour district in the left side of Mosul province. He sought the center of the headquarters. Our brother cried 'Allah is Great' and he detonated his truck amidst a large gathering of Crusaders and apostates, tearing them apart.
>
> The blessed operation resulted in killing and injuring more than twenty Crusaders and at least one-hundred pagan police, and completely destroying seven armored vehicles, two belonging to the Crusaders and five belonging to the apostates.[1246]

ISI's claims of responsibility routinely exaggerated casualty numbers and the level of destruction caused by their attacks. Notwithstanding those factual discrepancies, the date, location, and TTP described in the claim of responsibility accord with the AR 15-6 Investigation of this attack.[1247]

*Iranian Support.* Iran provided support to ISI, and this support had a reasonable connection to the attack that killed CPL Pautsch, SGT Forrest, SSG Hall, and SSG Woods. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1248] The following information further demonstrates the significance of Iran's support to ISI at the time and in vicinity of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. In December 2006 evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[1249]
- In 2008, a leading Sunni militant named Mubarak Mushakhas Sanad al-Bathali directly tied Iran to ISI. In an interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was both providing the group with money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to

[1244] Brendan Pierson, "Iraqi-Canadian Man Pleads Guilty to Role in Deadly Attack on U.S. Base," Reuters, March 6, 2018.
[1245] Corinne Reilly, "Group says it killed 5 GIs with bomb; Radicals who may be linked to al Qaeda in Iraq said they were responsible for a suicide bombing that killed five U.S. soldiers," April 14, 2005, https://advance.lexis.com/api/permalink/31ee20be-c249-421a-a6c8-4859306f9c22/?context=1519360.
[1246] "A Blessed Martyrdom-Seeking Operation Against Crusaders and Pagans in Mosul," SITE Intelligence, April 13, 2009.
[1247] PEX 204, pp. 6, 8.
[1248] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.
[1249] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

"deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[1250] The admission was compelling given al-Bathali's background and activities. A Kuwaiti national, he had for years acted as one of al-Qaeda's principal fundraisers. Between 2003 and 2004, he was also known to have sent money to ISI.[1251] According to the United Nations Security Council, Bathali "has supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[1252] He was added to the U.S. Treasury Department's list of Specially Designated Global Terrorists in July 2006.[1253]

- In February 2012, the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified ISI at the time), which according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[1254] This designation relies upon extensive research and data collection and reflects a demonstrated pattern of Iranian support to ISI.

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[1255] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[1256] Another previous decision by this Court characterized VBIEDs as "a signature AQI attack method."[1257]

---

[1250] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.
[1251] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," (June 12, 2006), https://www.treasury.gov/press-center/press-releases/Pages/hp191.aspx.
[1252] United Nations Security Council, "Mubarak Mushakhas Sanad Mubarak Al-Bathali," April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.
[1253] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."
[1254] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012).
[1255] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.
[1256] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40
[1257] See *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL4824740 at *4 (D.D.C. July 27, 2023).

*Summary*

In summary, I conclude it is very likely that ISI carried out the April 10, 2009 SVBIED attack in Mosul, Nineveh Province that killed U.S. Army CPL Jason Pautsch, U.S. Army SSG Gary Woods, U.S. Army SSG Bryan Hall, and U.S. Army SGT Edward Forrest. My conclusion is based on the following:

- ISI possessed area of operations dominance in Mosul, Nineveh Province during the period when this attack occurred and was motivated to carry it out.
- The attack exhibited TTPs commonly associated with ISI.
- The U.S. Government prosecuted an ISI-affiliated individual for orchestrating this attack.
- ISI claimed responsibility for this attack.

Finally, I conclude that Iran's material support substantially contributed to ISI's commission of this attack.

## IX.    Saladin Province

*Overview of Saladin Province*

I have been asked by the Plaintiffs to assess four American casualties in Saladin Province from 2004 to 2007. These casualties occurred in 2004 and 2007, at times when the U.S. and its allies surged forces to combat VNSA activities across Iraq, including in Saladin. VNSAs active in Saladin during the time of the attacks at issue include the Zarqawi organization, AAS, and JAM.

The Zarqawi organization and AAS were the dominant Sunni militant organizations in Saladin Province in 2004-2007; JAM had an exceptionally minimal presence. In keeping with my application of limiting principles, I consider the presence and possibility of other VNSAs' responsibility for the attacks.

Below, I provide a summary of the war in Saladin, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the 2004-2007 attacks I have been asked by the Plaintiffs to assess, as well as others that were committed in Saladin during Coalition operations in Iraq.

*Saladin's Geography and Population*





*Figure 39: Saladin Province from Map of Iraq*

*Figure 38: Map of Iraq[1258]*

Saladin is a province in central Iraq, located just north of Baghdad. Saladin is bordered by Al Anbar Province to the west, Baghdad Province to the south, Diyala Province to the southeast, Sulaymaniyah Province to the northeast, Kirkuk Province and Erbil Province to the north, and Nineveh Province to the northwest.

The province is divided into nine districts – Al Shirkat, Bayji, Tikrit, Samarra, Al-Daur, Tooz Khurmato, Balad, Therthar, and Al-Faris. Parts of Saladin Province, specifically in Tooz Khurmato, are disputed between the Iraq's Baghdad-based central government and the Kurdistan Regional Government (KRG).

Saladin's provincial capital city is Tikrit, the birthplace of Saddam Hussein and an important Sunni Arab power center, located in the eponymous provincial district. Its most populous district is Samarra, home to the eponymous city which is likewise the province's most populous city. Samarra sits on the east bank of the Tigris River. Samarra is part of the so-called Sunni Triangle, a region located to the north and northwest of Baghdad which also includes Fallujah, Balad, Hit, Taji and Karmah, and that

---

[1258] Map of Iraq, Map No. 3835 Rev. 6. United Nations Department of Field Support, Cartographic Section. 2014. https://www.un.org/geospatial/content/iraq

is densely populated by Sunni Arabs. As a result of this geographic location, the city witnessed considerable insurgent activity prior to and during Iraq's civil war of 2006-2008—which saw U.S. and Iraqi government forces arrayed against various Sunni and Shia militias, including the Zarqawi organization and Jaysh al-Mahdi (JAM).[1259]

The last comprehensive Iraqi national census took place over thirty years ago, with the 1957 census being considered the last *reliable* census. Therefore precise demographics are elusive and are largely estimates.[1260] But 2019 estimates of Saladin Province's population indicated that it had a total of 1,637,232 inhabitants, predominantly Sunni Arabs.[1261]

Despite this Sunni demographic predominance, Saladin—but particularly the city of Samarra—hosts several important Shia shrines, including the Shrine of Imam Hassan al-Askari, one of Shia Islam's most important holy sites. It also hosts other notable mosques, including the Great Mosque of Samarra and the Abu Dulaf Mosque, which are famous for their spiral minarets. The combination of the presence of Shia shrines and other historical Islamic shrines, its predominantly Sunni Arab population, and its centralized location between several other Iraqi provinces made Saladin Province a hub of sectarian tension and a magnet for both the Sunni and Shia militant factions. Saladin Province also hosts several natural resource refineries that are of strategic importance to state and non-state actors alike, which likely acted as a powerful draw for militant groups seeking to ensure a steady cash flow.[1262]

Saladin Province was historically a seat of Sunni power, owing in large part to its provincial capital being the birthplace of Saddam Hussein (who was, of course, a Sunni Arab).[1263] After the 2003 U.S. invasion deposed Saddam, a sense of disenfranchisement took hold among the province's Sunni Arabs.[1264] This was compounded by the actions and attitude of the now-Shia dominated central government in Baghdad. In a demonstration of their alienation from post-Saddam Iraq, 82% of Saladin's Sunni Arab population voted against the adoption of the country's new draft constitution in the October 15, 2005 public referendum, because Sunni Arabs were underrepresented in the 55-member constitutional drafting committee.[1265] Sunni militant groups exploited this sense of Sunni alienation to establish their presence in Saladin Province.[1266]

---

[1259] "Iraq Timeline: Since the 2003 War," United States Institute of Peace, May 29, 2020, https://www.usip.org/iraq-timeline-2003-war; Thanassis Cambanis, "Social Engineering in Samarra," The Century Foundation, May 29, 2019 https://tcf.org/content/report/social-engineering-samarra/; "Beyond Baghdad – The Sunni Triangle: Tribes and Insurgents," PBS Frontline, February 12, 2004 https://www.pbs.org/wgbh/pages/frontline/shows/beyond/iraqis/sunni.html.

[1260] *Turkey and the Iraqi Kurds: Conflict or Cooperation?* (Brussels, Belgium: International Crisis Group, November 13, 2008), https://web.archive.org/web/20190808043240/http://www.genocidewatch.org/images/Iraq_08_11_13_Turkey_and_Iraqi_Kurds_Conflict_or_Cooperation.pdf.

[1261] "Salah Al-Din," European Union Agency for Asylum, n.d., https://euaa.europa.eu/country-guidance-iraq-2021/salah-al-din.

[1262] Ibid.; "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 188, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1263] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 149, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[1264] Ibid., pp. 170, 171.

[1265] "Iraq: Politics and Governance," *EveryCRSReport.Com*, March 9, 2016, https://www.everycrsreport.com/reports/RS21968.html.

[1266] Peter Khalil, "Don't Ignore Sunni Triangle," Brookings Institution, January 31, 2005, https://www.brookings.edu/articles/dont-ignore-sunni-triangle/.

Sunni insurgents, in turn, committed sectarian acts of violence that enflamed Shia sentiments and invited atrocities by the latter; the Zarqawi organization in particular believed that it could benefit from a cycle of violence by interposing itself as a putative protector of the Sunni population. Most notoriously, in February 2006, Sunni militants bombed the aforementioned Al-Askari Shrine in Samarra. This act set off an escalating Sunni-Shia cycle of violence.[1267] That attack also prompted Muqtada al-Sadr to remobilize and rebuild his Jaysh al-Mahdi militia, positioning JAM as a security guarantor for the Iraqi Shia against the Zarqawi organization and other Sunni extremist groups. Similar to the Zarqawi organization positioning itself as a protector of the Sunnis, JAM's "protection" of the Iraqi Shia gave birth to its own set of deep issues, including spawning death squads responsible for sectarian cleansing and atrocities against Sunnis.[1268]

<u>Coalition Operations in Saladin Province</u>
During the relevant time frame, U.S. and Coalition forces launched several operations intended to degrade the presence of militant groups in Saladin Province. The most significant of these operations included Operation Swarmer, which impacted the Zarqawi organization and other Sunni extremist groups in Samarra in March of 2006, and several sets of major operations in 2008.[1269]

In January 2008, Coalition and Iraqi forces launched Operation Raider Harvest, which targeted Zarqawi organization networks in Samarra.[1270] That same month, General Raymond Odierno, then the commander of Multi-National Corps-Iraq (MNC-I), continued efforts to degrade the Zarqawi organization through Operation Phantom Phoenix.[1271]

The last, and arguably most ambitious, operation that occurred in 2008 was Operation Iron Pursuit, the first phase of which was executed between July 29 – August 11, 2008. Iron Pursuit was the U.S. complement to the Iraqi Army's Operation Augurs of Prosperity (*Bashaer al-Kheir*) and consisted of three sub-operations: Sabre Pursuit, Eagle Pursuit, and Bastogne Pursuit.[1272] The umbrella operation involved U.S. forces pursuing Zarqawi organization fighters in Diyala Province into three rural areas, including into the area north of Khalis, on the seam between Diyala and Saladin Province.[1273] Eagle Pursuit, focused specifically on Saladin Province, was meant to continue ongoing efforts to push these

---

[1267] "Iraq: Politics and Governance," *EveryCRSReport.Com*, March 9, 2016, https://www.everycrsreport.com/reports/RS21968.html.

[1268] Melissa Cochrane, *Iraq Report 12: The Fragmentation of the Sadrist Movement* (Washington, DC: Institute for the Study of War, January 2009), p. 21.

[1269] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, p. 551; "US Iraq Campaign 'to Last Days,'" *BBC*, March 17, 2006, http://news.bbc.co.uk/2/hi/middle_east/4814094.stm.

[1270] "Coalition Forces Target Al-Qaeda Networks in Diyala and Samarra: Three Killed, 11 Detained," *Operation Iraqi Freedom – Multi-National Force-Iraq,* January 2, 2008 https://web.archive.org/web/20080109072406/https://www.mnf-iraq.com/index.php?option=com_content&task=view&id=16183&Itemid=128

Translated from the original Arabic: In Samarra, Coalition forces arrested a wanted individual who is believed to have been involved in media and propaganda campaigns on behalf of the terrorists, and reports indicated that he is a close associate of 'Abu Musayra' who was killed on November 17, and who in turn was a high-ranking advisor to 'Abu Ayub Al-Masri,' one of the most prominent leaders in Iraq. Reports also indicates that [the arrestee] has relations with several terrorists involved in media and propaganda operations on behalf of Al-Qaeda in Iraq.

[1271] Nicholas J. Schlosser, *The U.S. Army Campaigns in Iraq: The Surge 2007-2008* (Washington, DC: United States Army Center of Military History, 2017), p. 77 https://history.army.mil/html/books/078/78-1/cmhPub_078-1.pdf#page=77.

[1272] "Operation Iron Pursuit," Institute for the Study of War, n.d., https://www.understandingwar.org/operation/operation-iron-pursuit

[1273] Ibid.

militants out of neighboring Diyala Province into the Uzaym (or *'Adhaim*) River Valley, 30 km downstream of Samarra. [1274]

*Sunni Militant Groups in Saladin Province*

As noted, Saladin's Sunni Arab demographic dominance and Shia militia abuses made the province an attractive locale for Sunni militant groups. During the relevant time period, the two dominant Sunni militant actors backed by Iran were Ansar al-Islam (AAI, later known as Ansar al-Sunna, AAS) and the Zarqawi organization.

AAS had set up shop in a Kurdish area of northern Iraq, near the Iranian border, even prior to the U.S. invasion of Iraq. By early 2004, AAS established a stable operational presence in Saladin Province.[1275] This presence in Saladin acted as a launching pad for attacks into neighboring provinces.[1276]

The Zarqawi organization had long used Saladin Province as a refuge from Coalition pressure.[1277] But by the end of 2006, the torch of anti-American operations in Saladin passed decisively to the Zarqawi organization, which assumed operational dominance in the province. While AAS continued to exist and operate independently, it increasingly blended into AQI, to the point where distinguishing between the two organizations became difficult.[1278]

The Zarqawi organization's operational dominance in Saladin could be discerned by an increase in the group's attacks in the province.[1279]

---

[1274] Ibid.

[1275] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, p. 174.

[1276] "Newsletter for Ansar al-Sunna Army Operations in Iraq [trans. from Arabic]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2_190404.htm; Australian Parliamentary Joint Committee on Intelligence and Security, Review of the re-listing of Ansar al-Islam, Islamic Movement of Uzbekistan, Lashkar-e Jhangvi and Jaish-e-Mohammad, Appendix B (May 25, 2015), p. 6, https://www.aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/six%20 terrorist/report/appendix%20b.pdf.

[1277] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 188, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1278] Australian Parliamentary Joint Committee on Intelligence and Security, Review of the re-listing of Ansar al-Islam, Islamic Movement of Uzbekistan, Lashkar-e Jhangvi and Jaish-e-Mohammad, Appendix B (May 25, 2015), p. 6, https://www.aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/six%20 terrorist/report/appendix%20b.pdf; "State of the Insurgency in Iraq: Period of January 16, 2008 – January 31, 2008," SITE Intelligence, February 4, 2008; Home Office Immigration and Nationality Directorate, *Operational Guidance Note: Iraq*, (January 12, 2006), p. 9, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf; Daveed Gartenstein-Ross, "Expert Witness Declaration & Report on Sunni Militant Groups," Estate of Christopher Brook Fishbeck, et al., v. Islamic Republic of Iran, et al., April 24, 2022, p. 40.

[1279] National Counterterrorism Center, *NCTC 2007 Report on Terrorism*, (April 30, 2008), p. 17, https://apps.dtic.mil/sti/pdfs/ADA483436.pdf; "Police: Suicide Blasts Kill 13 in Ramadi," *CNN*, May 7, 2007, https://web.archive.org/web/20070509140215/http://edition.cnn.com/2007/WORLD/meast/05/07/iraq.main/; "Factbox-Security Developments in Iraq, Sept 28," Reuters, September 28, 2007, https://www.reuters.com/article/idUSRAS827601; "Bomb attacks target Iraqi officials," *Al Jazeera*, October 9, 2007, https://www.aljazeera.com/news/2007/10/9/bomb-attacks-target-iraqi-officials; Bill Roggio, "Al Qaeda in Iraq executes bombing offensive," *Long War Journal*, December 8, 2007, https://www.longwarjournal.org/archives/2007/12/al_qaeda_in_iraq_exe.php; "Roundup: At Least 14 Killed, Seven Injured in Iraq Attacks," Deutsche Presse-Agentur, April 2, 2008.

In short, the Zarqawi organization became the dominant Iranian-supported Sunni actor in Saladin, even as U.S. and Coalition forces limited the group's presence in surrounding provinces.[1280] In fact, as the Zarqawi organization was degraded in surrounded provinces, its militants coalesced within Saladin. Provincial cities like Bayji that had been epicenters of Zarqawi organization activity since at least 2006, remained active group strongholds through January 2008.[1281]

Sunni and Shia militant groups employed a variety of TTPs in the significant amount of attacks executed in Saladin Province.[1282] The largest portion of these attacks appear to have employed IEDs in various ways, including roadside bombings against vehicle-mounted or ground forces.[1283]

In addition to IEDs, militant groups operating in Saladin Province also employed the use of small arms attacks and rocket-propelled grenade (RPG) attacks.[1284] Each of these types of attacks was employed either in standalone fashion or, at times, in combination with other types of attacks.

In at least one instance, Coalition forces uncovered a Zarqawi organization-linked EFP "factory" in the province. In July 2007, the Iraqi police detained the leader of an AQI cell in Samarra that facilitated the manufacture of IEDs and EFPs. The militant leader was reportedly in charge of a 50-member Zarqawi organization network and was directly involved with an EFP factory in Samarra.[1285]

## Shia Militant Groups in Saladin Province
Despite the presence in Saladin Province of important Shia shrines, the province's then-small Arab Shia population likely did not form a sufficiently large support base to support Shia militant groups' recruitment efforts or sustained presence and operations.[1286] However, local Sunnis were subjected to periodic sectarian abuses by Iranian-backed or Iranian-allied Shia militias – like JAM – who claimed to be retaliating against Sunni sectarian atrocities committed against their co-religionists or holy sites.[1287]

[1280] Bill Roggio, "AQI Suicide Bombers Target the Salahadin Awakening," *The Washington Examiner*, October 9, 2007, https://www.washingtonexaminer.com/weekly-standard/aqi-suicide-bombers-target-the-salahadin-awakening.

[1281] Eric Hamilton, Iraq Report March 2002 – March 2008: The Fight for Mosul, (Washington, DC: Institute for the Study of War, 2008), p. 16, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[1282] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, pp. 177, 490.

[1283] Mapping Militant Organizations, "Ansar al-Islam," Stanford University, n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam; Department of Homeland Security, "Ansar Al-Sunnah Top 20 IED Attacks," *TRIPwire*, n.d., https://tripwire.dhs.gov/videos/146975; National Counterterrorism Center, *NCTC 2007 Report on Terrorism* (April 30, 2008), p. 15, https://apps.dtic.mil/sti/pdfs/ADA483436.pdf; Roggio, "Al Qaeda in Iraq Executes Bombing Offensive."; "Police: Suicide Blasts Kill 13 in Ramadi," *CNN*, May 7, 2007, https://web.archive.org/web/20070509140215/http:/edition.cnn.com/2007/WORLD/meast/05/07/iraq.main/.

[1284] START (National Consortium for the Study of Terrorism and Responses to Terrorism). (2022). Global Terrorism Database  1970  –  2020  [GTD  ID:  200708240037], https://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200708240037; Mapping Militant Organizations, "Ansar al-Islam."

[1285] Marisa Cochrane, *Backgrounder #26: Iran and Al-Qaeda in Iraq: What's the Connection? Institute for the Study of War*, (Washington, DC: Institute for the Study of War, March 20, 2008), p. 12, https://www.understandingwar.org/sites/default/files/reports/Iran%20and%20Al-Qaeda%20in%20Iraq.pdf#page=12.

[1286] "City of Samarra," *Explore Iraq*, n.d., https://www.exploreiraq.com/samarra.

[1287] Melissa Cochrane, *Iraq Report 12: The Fragmentation of the Sadrist Movement*, (Washington, DC: Institute for the Study of War, January 2009), p. 21; U.S. Department of State, Bureau of Near Eastern Affairs, *Iraq Weekly Status Report*, (June 20, 2007), p. 8. https://2001-2009.state.gov/documents/organization/87080.pdf; John F. Burns & Jon Elsen, "Sunni Mosques Attacked in Retaliation for Destruction of Shiite Minarets in Iraq," *New York Times*, June 14, 2007 https://www.nytimes.com/2007/06/14/world/africa/14iht-14iraq.6138226.html.

I now turn to consideration of the attacks in Saladin Province that the Plaintiffs have asked me to assess.

**Attack #17 – May 14, 2004 SVBIED Attack in Balad, Saladin Province that Killed U.S. Army Sergeant James Harlan**
*Geography: Balad, Saladin Province*
*Attack Type: SVBIED Attack*
*Direct Victim(s): SGT James W. Harlan*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 207, Department of the Army, USCENTCOM FOIA 22-0127, "Casualty Report – James Harlan," (May 14, 2004).
- PEX 208, Office of the Armed Forces Medical Examiner, "Autopsy Report – James Harlan," (June 7, 2004).
- PEX 209, Department of the Army, "Certificate of Death – James Harlan," (May 17, 2004).

*Attack Description*
On May 14, 2004, U.S. Army Sergeant (SGT) James W. Harlan was serving with the 660th Transportation Company, 88th Regional Readiness Command, Army Reserve at Camp Anaconda in Balad, Saladin Province.[1288]

On the day of the attack, SGT Harlan was a passenger in a vehicle moving away from Camp Anaconda when a passing vehicle that contained explosives blew up.[1289] ███████████████████ ████████████████████████████████████████████████████ SGT Harlan was transported to the 31st Combat Support Hospital (CSH) in Baghdad, where he was declared dead.[1290] ██████ ███████████████████████████████████████████████

*Attack Attribution*
I conclude that Ansar al-Islam (AAI) (as Ansar al-Sunna (AAS)) likely committed this suicide vehicle-borne improvised explosive device (SVBIED) attack. This conclusion is based on the following data points: (1) the geographic location and time period of the attack; and (2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Ansar al-Islam (AAI) organization has undergone several name changes since the group's founding in 2001. Originally established under the name Jund al-Islam, the group later adopted the name Ansar al-Islam (AAI). On September 20, 2003 the group changed its name again to Ansar al-Sunna. Given that this attack occurred after the group's name change in 2003, this attribution will

---

[1288] PEX 207, Department of the Army, USCENTCOM FOIA 22-0127, "Casualty Report – James Harlan," (May 14, 2004), p. 2.
[1289] PEX 208, Office of the Armed Forces Medical Examiner, "Autopsy Report – James Harlan," (June 7, 2004), p. 3.
[1289] PEX 207, p. 2.
[1290] Ibid.
[1291] PEX 208, p. 5; PEX 209, Department of the Army, "Certificate of Death – James Harlan," (May 17, 2004), p. 3.

refer to the group as Ansar al-Sunna (AAS). However, some sources may refer to the group as Ansar al-Islam.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to AAS's responsibility. This attack occurred on May 14, 2004 in Balad, Saladin Province. The below map provides the approximate location of the attack.



*Figure 40: Approximate location of the attack in Balad, Saladin Province.*

During the time period of the attack, AAS credibly claimed responsibility for numerous attacks in the vicinity of Balad, each of which is indicated below.

- On April 8, 2004, AAS claimed that "a group of mujahedin lured four Hummers to the Sufi Road in Ramadi, and after a clash with them, three Hummers were burned and those in them were killed. From our side, one of the perpetrators was martyred and a number of civilians were killed."[1292]
- On April 9, 2004, AAS claimed responsibility for an attack on the Khulafa Mosque in Al-Dhuluiya, which led to "the destruction of the armored vehicle and the killing of its members."[1293]
- On April 12, 2004, AAS claimed responsibility for an attack "north of Baghdad." The claim stated that "the heroic mujahedin planted an ambush for an American patrol north of Baghdad, and the result was the destruction of two Humvees and the killing of those in them."[1294]

---

[1292] "النشرة الإخبارية لعمليات جيش أنصار السنة في العراق [Newsletter for Ansar al-Sunna Army Operations in Iraq]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2_190404.htm.
[1293] Ibid.
[1294] Ibid.

- On April 13, 2004, AAS claimed responsibility for an attack between Kirkuk and Tikrit. The claim stated that "a group of mujahedin managed to kill one of the collaborators with the Americans, wounding another, and wounding a water tank on the Kirkuk-Tikrit road."[1295]

Per these claims, AAS orchestrated attacks in Kirkuk, Mosul, Ramadi, and Tikrit—all of which surround Balad—during the relevant period. These attacks indicate that AAS maintained uninterrupted area of operations dominance in the area between these cities, including in and around Balad, at the time of the attack that killed SGT Harlan.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AAS was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a SVBIED attack.

In the months preceding this attack, AAS orchestrated several SVBIED attacks targeting Coalition forces for which it claimed responsibility:

- On December 12, 2003, AAS claimed responsibility for a SVBIED attack on a US facility in Ramadi.[1296]
- On January 31, 2004, AAS claimed responsibility for an SVBIED attack against the al-Taqafah police center in Mosul.[1297]
- On February 23, 2004, AAS claimed responsibility for an SVBIED attack against the Rahimawa police station in Kirkuk.[1298]

AAS's use of SVBIEDs also continued past May 2004. For example, AAS was responsible for a SVBIED bombing on July 6, 2004 in Khalis, a town in Diyala Province, according to the Office of the Director of National Intelligence.[1299]

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in this area. I have considered their activities in rendering my opinion that AAS is ultimately the organization likely responsible for the attack.

As previously mentioned, Balad is located in Saladin Province in the Sunni Triangle, making it more conducive to the activities of Sunni militant groups than those of Shia militant groups. As discussed in the Saladin Province background section, Saladin Province's population is primarily composed of Sunni Arabs. Though Saladin Province is home to several important Shia shrines and to a small Shia population, that Shia population was not large enough to sustain a consistent presence of Shia militias,

---

[1295] Ibid.

[1296] Michael Rubin, "Ansar Al-Sunna," American Enterprise Institute, May 1, 2004, https://www.aei.org/articles/ansar-al-sunna/; START (National Consortium for the Study of Terrorism and Responses to Terrorism), Global Terrorism Database 1970 - 2020 [GTD ID:200401310003], https://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200401310003; United Nations High Commissioner for Refugees, *Chronology of Events in Iraq, February 2004*, August 13, 2004, https://www.refworld.org/pdfid/413345194.pdf.

[1297] Rubin, "Ansar Al-Sunna;" UNHCR, *Chronology of Events in Iraq, February 2004*.

[1298] Rubin, "Ansar Al-Sunna."

[1299] Office of the Director of National Intelligence, "Counter Terrorism Guide Historic Timeline, 2015," n.d., https://www.dni.gov/nctc/timeline.html#2000.

leading to greater overall opportunities for Sunni militant groups. As AAS was the strongest group in this area, it is unlikely that other insurgent groups conducted this attack.

JTJ was also active in Saladin Province during this time and often used the area as a refuge from the pressure of Coalition forces in its other areas of influence.[1300] However, according to the authoritative Central Command (CENTCOM) *Study on the Insurgency in Anbar Province, Iraq*, in the months before and leading up to the attack, JTJ was concentrating on fighting Coalition forces in the First Battle of Fallujah, which occurred from April 4 to May 1, 2004.[1301] During the battle, as many as 1,000 insurgents operated in Fallujah.[1302] According to a report on Fallujah by the U.S. Marine Corps, it was after that battle that Zarqawi significantly increased JTJ's presence outside Al Anbar, using Fallujah as a "base of operations" for attacks outside of the province.[1303] While JTJ likely had fighters in Saladin Province in mid-2004, the area was not then a priority for the organization's attack networks. However, given that Iran also supported JTJ, their possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed SGT Harlan.

*Iranian Support*. Iran provided support to AAS and Iran's support had a reasonable connection to the attack that killed SGT Harlan. Iranian support for AAS is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1304] The following information further demonstrates the significance of Iran's support to AAS at the time and in the place of this specific attack:

- In 2003, the IRGC provided support for AAS operations in northern Iraq as well as provided safe haven for AAS leaders and operatives during Operation Viking Hammer.[1305] Iranian support continued throughout the conflict in Iraq. Iran arranged a quid pro quo with AAS in 2008 in which AAS fought alongside members of the IRGC against the Kurdistan Free Life Party in exchange for continued safe haven in Iran, which significantly enhanced AAS's ability to conduct operations in Iraq.[1306]
- Iran provided training, funding, and organizational support to AAS, critical to AAS's ability to maintain operations in Iraq. In 2004, British intelligence reports assesses that "'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI

---

[1300] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 188, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1301] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)" in Study of the Insurgency in Anbar Province, Iraq (CENTCOM, June 13, 2007), p. 17, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[1302] Ibid, p. 20.

[1303] Timothy S. McWilliams & Nicholas J. Schlosser, U.S. Marines in Battle: Fallujah, November-December 2004, (Quantico, VA: Marine Corps University, 2006), p. 4, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[1304] See Expert Report & Declaration on Sunni Militant Organizations, pp. 67-68, 72-76.

[1305] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for issues related to Southwest Asia and Islamic Civilization*, (Spring 2006), p. 8, https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[1306] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018, https://www.atlanticcouncil.org/blogs/iransource/iran-s-salafi-jihadis; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," BBC Monitoring Middle East, April 11, 2008.

[Ansar al-Islam] cadres.'"[1307] Details of this training, relayed by Kimberly Kagan, include a "report by the Iraq Survey Group noted that a source had reported 'approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.'"[1308] U.S. intelligence reporting details that "an Iranian was aiding Ansar al-Islam 'on how to build and set up' improvised explosive devices, known as IEDs."[1309] In 2006, Iran reportedly facilitated the recruitment of Iranian Kurds as AAS fighters by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[1310]

- In December 2006, further evidence of Iranian support for AAS emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1311] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1312] Additionally, this Court has previously held Iran liable for an AAS-attributed attack based on Iran's provision of material support to AAS that bolstered the group as a fighting and terrorist force.[1313]

*Summary*

In summary, I conclude that it is likely that AAS carried out the May 14, 2004 SVBIED attack in Balad, Saladin Province that killed U.S. Army SGT James Harlan. My conclusion is based on the following:

- AAS possessed area of operations dominance in the Sunni Triangle, which encompasses Balad, during the period in which the attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AAS.

I further conclude that Iran's material support substantially contributed to AAS's commission of this attack.

---

[1307] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[1308] Ibid.

[1309] Ibid.

[1310] "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," *BBC Monitoring Middle East*, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," *BBC Monitoring Middle East*, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," *BBC Monitoring Middle East*, July 18, 2007.

[1311] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[1312] Ibid.

[1313] Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248- CRC (D.D.C., Aug. 18, 2023) ("Given the sophistication of the attack, the location of the attack in an AAI safe haven, and a credible attribution by both plaintiffs' expert and a military report, the Court is satisfied that there is sufficient evidence to attribute the fifth bellwether attack to AAI, which received material support from the defendants, and holds the defendants liable for the attack.").

**Attack #1 – July 21, 2004 IED Attack in Ad Duluiyah, Saladin Province that Killed U.S. Army Private First Class Nicholas Blodgett**
*Geography: Ad Duluiyah, Saladin Province*
*Attack Type: IED Attack*
*Direct Victim(s): PFC Nicholas Blodgett*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 210, Department of the Army, USCENTCOM FOIA 22-0077, Ops Report, "IED ATTK ON 1-4CAV AD DULUIYAH: 1CF KIA, 6 CF WIA [redacted]," (July 21, 2004).
- PEX 211, Office of the Armed Forces Medical Examiner, "Autopsy Report - Nicholas Blodgett," (August 18, 2004).

*Attack Description*
On July 21, 2004, Private First Class (PFC) Nicholas Blodgett was serving with the 1st Squadron, 4th Cavalry Regiment in Ad Duluiyah (also transliterated as Al Duloiya), a town northeast of the city of Balad in Saladin Province.[1314] PFC Blodgett was driving a M3A3 Cavalry Fighting vehicle while on patrol in the Ad Duluiyah area.[1315] At 00:23, PFC Blodgett was moving west on alternative supply route (ASR) Dover when an improvised explosive device (IED) detonated.[1316] ███████████████████ ██████████████████████████████████████████████████████████████████ ██ Six other servicemembers were wounded in the attack.[1318]

████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
██████████████████

*Attack Attribution*
I conclude that Ansar al-Islam (AAI) (as Ansar al-Sunna (AAS)) likely committed this IED attack. This conclusion is based on the following data points: (1) the geographic location and time period of the attack; and (2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Ansar al-Islam (AAI) organization has undergone several name changes since the group's founding in 2001. Originally established under the name Jund al-Islam, the group later adopted the name Ansar al-Islam (AAI). On September 20, 2003 the group changed its name again to Ansar al-Sunna. Given that this attack occurred after the group's name change in 2003, this attribution will refer to the group as Ansar al-Sunna (AAS). However, some sources may refer to the group as Ansar al-Islam.

---

[1314] PEX 210, Department of the Army, USCENTCOM FOIA 22-0077, Ops Report, "IED ATTK ON 1-4CAV AD DULUIYAH: 1CF KIA, 6 CF WIA [redacted]," (July 21, 2004), p. 2.
[1315] PEX 211, Office of the Armed Forces Medical Examiner, "Autopsy Report - Nicholas Blodgett," (August 18, 2004), p. 3.
[1316] PEX 210, p. 2.
[1317] PEX 211, p. 5.
[1318] PEX 210, p. 2.
[1319] PEX 211, p. 5.

I now explain my conclusions.

*Geography and Time Period.*  The location and time period of this attack are the first indicators pointing to AAS's responsibility. This attack took place on July 21, 2004 in Ad Duluiyah. The town is located in the Sunni Triangle, a geographical region with a Sunni majority bounded by Baghdad, Ramadi, and Tikrit in northern Iraq.  The map below provides the approximate location of the attack.



*Figure 41: Approximate location of the attack in Ad Duluiyah, Saladin Province.*

Even prior to the collapse of Saddam Hussein's government, AAS was the dominant militant group in the northern Kurdish areas outside of Saddam's control. Demonstrating AAS's reach, in August 2003 *Al-Hayat* – a pan-Arab newspaper – stated that "it was suspected that the Ansar al-Islam group was in connection with Islamists in Fallujah, Tikrit, Bayali, and Baghdad."[1320]

In addition to the aforementioned open-source reporting describing AAS's general area of operations in northern Iraq at the beginning of the Iraq War, the group credibly claimed responsibility for numerous attacks in the vicinity of Balad, where the attack that killed PFC Blodgett occurred. According to the claims, AAS orchestrated attacks in Kirkuk, Mosul, Ramadi, and Tikrit, all of which surround Ad Duluiyah, thus suggesting that AAS maintained area of operation dominance in the area between the cities at that time. Below are attacks during 2004 in the Sunni Triangle for which AAS claimed responsibility:

- On April 8, 2004, AAS released a claim of responsibility for an attack in Ramadi. According to the claim, "a group of mujahedin lured four Hummers to the Sufi Road in Ramadi, and

---

[1320] Jonathan Schanzer, "Ansar al-Islam: Back in Iraq," *Insight Turkey*,  6:1, (March 2004), p. 100.

after a clash with them, three Hummers were burned and those in them were killed. From our side, one of the perpetrators was martyred and a number of civilians were killed."[1321]

- On April 9, 2004, AAS released a claim of responsibility for an attack in Ad Duluiyah. According to the claim, "the mujahedin launched RPGs [rocket-propelled grenades] at an American armored vehicle near the Al-Khulafa Mosque in Al-Dhuluiya, north of Baghdad, which led to the destruction of the armored vehicle and the killing of its members."[1322]

- On April 12, 2004, AAS released a claim of responsibility for an attack "north of Baghdad."[1323] The claim stated that "the heroic mujahedin planted an ambush for an American patrol north of Baghdad, and the result was the destruction of two Humvees and the killing of those in them."[1324]

- On April 13, 2004, AAS released a claim of responsibility for an attack between Kirkuk and Tikrit. The claim stated that "a group of mujahedin managed to kill one of the collaborators with the Americans, wounding another, and wounding a water tank on the Kirkuk-Tikrit road."[1325]

- On October 2, 2004, AAS released a claim of responsibility for the execution of an Iraqi contractor working for Coalition Forces in Taji.[1326]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AAS was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted an IED attack. At the time of the attack, AAS commonly used IEDs in their operations. According to a group profile of AAS by the Center for International Security and Cooperation at Stanford University, "small arms and IED attacks were [AAS's] most commonly employed munitions" from its inception in 2001 to 2014.[1327]

AAS's use of IEDs is further exemplified by videos of attacks using these weapons circulated by the group. By December 2004, AAS had become known for its use of "videos of rocket attacks and roadside bombings as part of its recruiting and training campaign."[1328] According to the U.S. Department of Homeland Security's Technical Resource for Incident Prevention—an online resource that combines expert analyses and reports with relevant document related to IED incidents—in 2007 AAS circulated a video with English subtitles of their "Top 20 IED Attacks."[1329] The video shows IED attacks in a variety of cities in the Sunni Triangle, including Balad.[1330] Though the time period of the attacks in the video cannot be confirmed, the footage further demonstrates the routine use of IEDs by AAS in and around Balad and the Sunni Triangle.

---

[1321] "النشرة الإخبارية لعمليات جيش أنصار السنة في العراق [Newsletter for Ansar al-Sunna Army Operations in Iraq]," *Albasrah.net*, March 22 – April 19, 2004, https://www.albasrah.net/moqawama/maqalat/ansar2_190404.htm.
[1322] Ibid.
[1323] Ibid.
[1324] Ibid.
[1325] Ibid.
[1326] Zidan Kalaf, "U.S., Iraqi Officials Declare Success in Samarra Assault; 125 Rebels Killed," Associated Press, October 3, 2004.
[1327] Mapping Militant Organizations, "Ansar al-Islam," Stanford University, n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam.
[1328] "Profile of Terror Group Ansar al-Sunna," *ABC News*, December 21, 2004, https://abcnews.go.com/WNT/story?id=350505.
[1329] Department of Homeland Security, "Ansar Al-Sunnah Top 20 IED Attacks," *TRIPwire*, n.d., https://tripwire.dhs.gov/videos/146975.
[1330] Ibid.

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in this area. I have considered their activities in rendering my opinion that AAS is ultimately the organization likely responsible for the attack.

JTJ was also active in Saladin Province during this time, and often used the area as a refuge from the pressure of Coalition forces in its other areas of influence.[1331] However, according to CENTCOM's authoritative study on the insurgency in Anbar Province, in the months before the attack, JTJ was concentrating on fighting Coalition forces in the First Battle of Fallujah, which occurred from April 4 to May 1, 2004.[1332] During the battle, as many as 1,000 insurgents operated in Fallujah.[1333] According to a report on Fallujah by the U.S. Marine Corps, it was after that battle that Zarqawi significantly increased JTJ's presence outside Al Anbar, using Fallujah as a "base of operations" for attacks outside of the province.[1334] While JTJ likely had fighters in Saladin Province in mid-2004, the area was not then a priority for the organization's attack networks.

However, given that Iran also supported JTJ, JTJ's possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed PFC Blodgett.

Additionally, as previously noted, Ad Duluiyah is located in Saladin Province in the Sunni Triangle, thus making it more conducive to Sunni militant groups. Although Saladin Province is home to several important Shia shrines and to a small Shia population, that Shia population was not large enough to sustain a consistent presence of Shia militias, leading to greater overall opportunities for Sunni militant groups. As AAS was the strongest group in this area, it is unlikely that other insurgent groups, especially Shia militants, conducted this attack.

*Iranian Support.* Iran provided support to AAS, and Iran's support had a reasonable connection to the attack that killed PFC Blodgett. Iranian support for AAS is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1335] The following information further demonstrates the significance of Iran's support to AAS at the time and in the place of this specific attack:

- In 2003, the IRGC provided support for AAS operations in northern Iraq as well as provided safe haven for AAS leaders and operatives during Operation Viking Hammer.[1336] Iranian support continued throughout the conflict in Iraq. Iran arranged a quid pro quo with AAS in 2008 in which AAS fought alongside members of the IRGC against the Kurdistan Free Life

---

[1331] "Chapter Six: AQI Dominates the Insurgency," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 188, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1332] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)" *in Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 17, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[1333] Ibid, p. 20.

[1334] Timothy S. McWilliams & Nicholas J. Schlosser, U.S. Marines in Battle: Fallujah, November-December 2004, (Quantico, VA: Marine Corps University, 2006), p. 4, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[1335] See Expert Report & Declaration on Sunni Militant Organizations, pp. 67-68, 72-76.

[1336] Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *The Fletcher School Online Journal for Issues Related to Southwest Asia and Islamic Civilization* (Spring 2006), p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

Party in exchange for continued safe haven in Iran, which significantly enhanced AAS's ability to conduct operations in Iraq.[1337]

- Iran provided training, funding, and organizational support to AAS, critical to AAS's ability to maintain operations in Iraq. In 2004, British intelligence reports assesses that "'Some elements of [Ansar al-Islam] remain in Iran. Intelligence indicates that elements' of Iran's Islamic Revolutionary Guard Corps 'are providing safe haven and basic training to Iran-based AI [Ansar al-Islam] cadres.'"[1338] Details of this training, relayed by Kimberly Kagan, include a "report by the Iraq Survey Group noted that a source had reported 'approximately 320 Ansar al-Islam terrorists being trained in Iran…for various attack scenarios including suicide bombings, assassinations, and general subversion against U.S. forces in Iraq.'"[1339] U.S. intelligence reporting details that "an Iranian was aiding Ansar al-Islam 'on how to build and set up' improvised explosive devices, known as IEDs."[1340] In 2006, Iran reportedly facilitated the recruitment of Iranian Kurds as AAS fighters by offering them monthly salaries of $1,500 in return for submitting to ideological and military training.[1341]

- In December 2006, further evidence of Iranian support for AAS emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1342] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1343] Additionally, this Court has previously held Iran liable for an AAS-attributed attack based on Iran's provision of material support to AAS that bolstered the group as a fighting and terrorist force.[1344]

_Summary_

In summary, I conclude that it is likely that AAS carried out the July 21, 2004 attack in Ad Duluiyah, Saladin Province that killed U.S. Army PFC Nicholas Blodgett. My conclusion is based on the following:

---

[1337] Scheherezade Faramarzi, "Iran's Salafi Jihadis," Atlantic Council, May 17, 2018, https://www.atlanticcouncil.org/blogs/iransource/iran-s-salafi-jihadis; "Iran Reportedly Backed by Ansar Al-Islam against PJAK Rebels," BBC Monitoring Middle East, April 11, 2008.

[1338] Kimberly Kagan, _May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government_, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[1339] Ibid.

[1340] Ibid.

[1341] "Iran Allegedly Using Ansar Al-Islam, Al-Qa'idah to Interfere in Iraqi Kurdistan," _BBC Monitoring Middle East_, April 28, 2007; "Report Views Relationship between Iran, Iraqi Kurds," _BBC Monitoring Middle East_, April 27, 2007; "Iraqi Kurdish Article: Border Attack Shows Iran Cannot Be Trusted," _BBC Monitoring Middle East_, July 18, 2007.

[1342] Eli Lake, "Iran's Secret Plan for Mayhem," _New York Sun_, January 3, 2007.

[1343] Ibid.

[1344] Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248- CRC (D.D.C., Aug. 18, 2023) ("Given the sophistication of the attack, the location of the attack in an AAI safe haven, and a credible attribution by both plaintiffs' expert and a military report, the Court is satisfied that there is sufficient evidence to attribute the fifth bellwether attack to AAI, which received material support from the defendants, and holds the defendants liable for the attack.").

- AAS had area of operations dominance in the area surrounding Ad Duluiyah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AAS.

Finally, I conclude that Iran's material support substantially contributed to AAS's commission of this attack.

### Attack #7 – March 5, 2007 IED Attack in Samarra, Saladin Province that Killed U.S. Army Staff Sergeant Justin Estes

*Attack Location: Samarra, Saladin Province*
*Attack Type: IED Attack*
*Direct Victim(s): SSG Justin Estes*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 212, Department of the Army, "Report of AR 15-6 Investigation Pertaining to the Death of Staff Sergeant Justin Estes" (March 28, 2007).
- PEX 213, Department of the Army, USCENTCOM 22-0109, Ops Report, "IED Explosion (VOIED) Attk on C/2-505 IVO Samarra (Route Unknown): 6 CF KIA 4 CF WIA 1 CIV KIA" (March 5, 2007).
- PEX 214, Office of the Armed Forces Medical Examiner, "Autopsy Report - Justin Estes" (March 22, 2007).

*Attack Description*
On March 5, 2007, U.S. Army Staff Sergeant (SSG) Justin Estes was serving in 2nd Battalion, 505th Parachute Infantry Regiment, 3rd Brigade Combat Team, 82nd Airborne Division in Samarra, Saladin Province.[1345]

On the day of the attack, SSG Estes's platoon was patrolling the eastern edge of Zone 9, in the southeast portion of Samarra, attempting to locate the person responsible for using a bulldozer to dig holes in the ground.[1346] According to the U.S. Army's AR 15-6 investigation report on the attack, the patrol was moving north when "the first vehicle of the four vehicle patrol struck a victim-operated improvised explosive device (VOIED).... This blast completely destroyed the vehicle, effectively cutting it in half."[1347]

---

[1345] ███████████████████████████████████████████████████

PEX 212, Department of the Army, "Report of AR 15-6 Investigation Pertaining to the Death of Staff Sergeant Justin Estes" (March 28, 2007), p. 3.
[1346] Ibid.
[1347] Ibid., pp. 3-12.

SSG Estes, who was in the patrol's third vehicle, ran towards the impacted vehicle and soldiers to provide medical aid.[1348] The AR 15-6 report explains that "shortly after the first explosion there was a second explosion. It is not clear who set off the second, well-hidden, Victim-Operated IED. This second explosion killed" SSG Estes.[1349]

The Explosive Ordinance Disposal (EOD) unit's final analysis of the attack location concluded that the first VOIED was triggered by a pressure plate, and contained 155mm projectiles.[1350] The second VOIED, which was approximately 100 meters away from the first, was determined to have a similar makeup.[1351]

██████████████████████████████████████████████████████████████ The attack killed six servicemembers, including SSG Estes, and wounded four others.[1353]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographical location and time period of this attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. On October 15, 2006, the group announced its adoption of the Islamic State of Iraq (ISI) moniker.[1354] This attack took place while the group referred to itself as ISI, and thus this attribution will refer to the group as ISI as well. However, some sources cited in this attribution refer to the organization by its former names, including MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and time period of this attack are the first indicators pointing to ISI's responsibility. The attack occurred on March 5, 2007 in Samarra, Saladin Province. The below map provides the approximate location of the attack.

---

[1348] Ibid., p. 3.
[1349] Ibid., p. 4.
[1350] PEX 213, Department of the Army, USCENTCOM 22-0109, Ops Report, "IED Explosion (VOIED) Attk on C/2-505 IVO Samarra (Route Unknown): 6 CF KIA 4 CF WIA 1 CIV KIA" (March 5, 2007), p. 2.
[1351] Ibid.
[1352] PEX 214, Office of the Armed Forces Medical Examiner, "Autopsy Report - Justin Estes" (March 22, 2007), pp. 3-5.
[1353] PEX 213, pp. 3, 4.
[1354] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.



*Figure 42: Approximate location of the attack in Samarra, Saladin Province.*

ISI maintained an operational presence in Samarra in the time period leading up to and after the attack that killed SSG Estes, as demonstrated by the following events:

- A 2007 CENTCOM report on the insurgency in Al Anbar Province states that ISI sent members from Al Anbar to Saladin, particularly the area between Samarra and Lake Thar Thar.[1355]

- In November 2006, in an attempt to attack the Sufia district in Ramadi, "a force of 200-300 AQI and Ansar al-Sunna fighters was assembled ... with some volunteers coming from as far afield as Samarra in Salahaddin province. Their goal was to overwhelm the tribe in the Sufia district by attacking police stations in waves."[1356]

- In May 2007, ISI carried out a roadside bomb attack against "an Iraqi army vehicle Monday in Samarra, killing five soldiers."[1357]

- In June 2007, ISI attacked two minarets of the Askariyah Shrine in Samarra.[1358]

- In August 2007, ISI attacked four Iraqi police checkpoints and a headquarters building in Samarra.[1359]

- On October 4, 2007, ISI claimed responsibility for a roadside IED attack against the Saladin Awakening Council near Ishaqi, Saladin, approximately 17 miles from Samarra.[1360]

---

[1355] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 128, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1356] Ibid., p. 213.

[1357] "Police: Suicide Blasts Kill 13 in Ramadi," *CNN*, May 7, 2007.

[1358] U.S. Department of State, Bureau of Near Eastern Affairs, *Iraq Weekly Status Report*, (June 20, 2007), p. 3, https://2001-2009.state.gov/documents/organization/87080.pdf.

[1359] "Incident Summary," *Global Terrorism Database,* University of Maryland, n.d., https://www.start.umd.edu/gtd/search/IncidentSummary.aspx?gtdid=200708240037.

[1360] National Counterterrorism Center, *NCTC 2007 Report on Terrorism* (April 30, 2008), p. 17, https://apps.dtic.mil/sti/pdfs/ADA483436.pdf.

Additionally, by May 2007, credible news reports stated that Samarra had been "singled out" by ISI, with the group issuing warnings of attacks against Iraqi police forces in the city.[1361] This further demonstrates the strength and prominence of the ISI organization in Samarra at the time of the attack that killed SSG Estes.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack. As outlined by the Operations Report (Ops Report), the IED that killed SSG Estes consisted of "a pressure switch which detonated 3-4 155mm projectiles."[1362]

At the time of the attack, ISI's use of IEDs was well-documented. According to the aforementioned CENTCOM report on Saladin's neighboring Al Anbar Province, typical ISI fighters in Al Anbar were armed with "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats" in 2006.[1363]

ISI's use of IEDs in Al Anbar continued in 2007. ISI documents seized by Coalition forces in early 2007 indicated that the group conducted "training camps" for members in Al Anbar Province that included instruction on IED construction and use.[1364] Beyond basic IED training, the January 2007 capture of an ISI IED cell leader by Coalition forces demonstrates that ISI also maintained specialized IED cells at the time of the attack that killed SSG Estes.[1365]

ISI continued to maintain networks of IED cells even after the date of this attack, per the U.S. Army's June 2007 report on Operation Phantom Strike.[1366] Additional evidence of this network emerged in July 2007, when U.S. forces seized an ISI weapons cache south of Baghdad, which included materials to construct IEDs similar to the device that killed SSG Estes.[1367]

ISI's use of IEDs in Saladin Province during 2007 also is well documented. On October 4, 2007, ISI claimed responsibility for a roadside IED attack against the Saladin Awakening Council near Ishaqi, Saladin Province, approximately 18 miles from Samarra.[1368] As 2007 progressed, ISI also established a "ghazw [raid] campaign" in Saladin Province which stated that "the individual mission of each mujahid

---

[1361] "Police: Suicide Blasts Kill 13 in Ramadi," *CNN*, May 7, 2007, https://web.archive.org/web/20070509140215/http://edition.cnn.com/2007/WORLD/meast/05/07/iraq.main/.

[1362] PEX 213, p. 2.

[1363] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[1364] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[1365] "Soldiers Free Torture Victims Near Fallujah," *U.S. Army Press Service*, January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[1366] USCENTCOM, *MNC-I C3 Plans and Policy Notes (#30),* (July 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0339.%20MNCI%20C3%20Plans%20and%20Policy%20Notes%20(SIPR)%2026%20JUL%202007.pdf.

[1367] "Iraqi Informants Lead U.S. Soldiers to Weapons, IED Caches," *DVIDS Hub,* July 19, 2007, https://www.dvidshub.net/news/11349/iraqi-informants-lead-us-soldiers-weapons-ied-caches.

[1368] National Counterterrorism Center, *NCTC 2007 Report on Terrorism* (April 30, 2008), p. 15, https://apps.dtic.mil/sti/pdfs/ADA483436.pdf.

… is to conduct 3 IED attacks or 3 attacks with explosives, especially martyrdom attacks, or at least to kill 3 'apostates and traitors.'"[1369]

*Ruling Out Other Insurgent Groups.* Shia militants are unlikely to have conducted the attack which killed SSG Estes. Saladin Province is overwhelmingly Sunni Arab, a critical factor that denied Shia organizations from establishing a consistent foothold in the territory, while guaranteeing the predominance of Sunni militant organizations.

Though ISI was the stronger and hence the likelier of the two to be responsible for this attack, it is possible that another Sunni militant organization, Ansar al-Islam (AAI/AAS), was involved in this attack. That group conducted several attacks against Coalition forces in Saladin Province between 2006 and 2008.[1370] Additionally, the March 5, 2007 IED attack that killed SSG Estes occurred during a period when ISI and AAS cooperated closely.[1371] In fact, at this time it could be difficult to distinguish between the outer organizational boundaries of ISI and AAS, in part because some of AAS's cadres were in the process of being absorbed into ISI during this period.[1372] However, given ISI's significant presence in the area and execution of similar attacks around the March 5, 2007 attack that killed SSG Estes, I find ISI more likely to be responsible for the attack than AAS.

Notably, while ISI is the most likely culprit behind this attack, AAS's possible involvement would not undermine a finding of Iran's culpability, because of 1) the cooperation between AAS and ISI during this period, and hence the commingling of their resources, and 2) because Tehran also provided significant material support to AAS.[1373]

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the attack that killed SSG Estes. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1374] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran supported ISI militants in Saladin Province, where the attack occurred, through provision of arms and intelligence. In December 2006, evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing

---

[1369] Bill Roggio, "Al Qaeda in Iraq Executes Bombing Offensive," *Long War Journal*, December 8, 2007, https://www.longwarjournal.org/archives/2007/12/al_qaeda_in_iraq_exe.php.

[1370] Australian Parliamentary Joint Committee on Intelligence and Security, Review of the re-listing of Ansar al-Islam, Islamic Movement of Uzbekistan, Lashkar-e Jhangvi and Jaish-e-Mohammad, Appendix B (May 25, 2015), p. 6, https://www.aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/six%20terrorist/report/appendix%20b.pdf.

[1371] Center for International Security and Cooperation, Stanford University, "Ansar al-Islam," n.d., https://cisac.fsi.stanford.edu/mappingmilitants/profiles/ansar-al-islam; Home Office Immigration and Nationality Directorate, "Operational Guidance Note: Iraq," (January 12, 2006), p. 9, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf.

[1372] Daveed Gartenstein-Ross, "Expert Witness Declaration & Report on Sunni Militant Groups," Estate of Christopher Brook Fishbeck, et. al., v. Islamic Republic of Iran, et al., April 24, 2022, p. 40.

[1373] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[1374] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[1375] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1376]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[1377] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[1378] This Court also previously found that Iran materially ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[1379]

### Summary

In summary, I conclude that it is likely that ISI carried out the March 5, 2007, IED attack in Samarra, Saladin Province that killed U.S. Army SSG Justin Estes. My conclusion is based on the following:

- ISI had areas of operations dominance in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

---

[1375] Lake, "Iran's Secret Plan for Mayhem."

[1376] Ibid.

[1377] Office of the Spokesperson, U.S. Department of State, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[1378] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[1379] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023).

**Attack #11 – October 24, 2007 IED Attack in Baiji, Saladin Province that Killed District of Columbia Army National Guard Sergeant First Class Robin Towns Sr.**
*Geography: Baiji, Saladin Province*
*Attack Type: IED Attack*
*Direct Victim: SFC Robin L Towns Sr.*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' Bellwether Motion for Default:

- PEX 215, USCENTCOM, USCENTCOM FOIA 17-0674, "Initial and Supplemental Casualty Report – Robin Towns (October 24-25, 2007).
- PEX 216, Department of the Army, "Findings and Recommendations – Army Regulation 15-6 Investigation," (October 28, 2007).
- PEX 217, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Robin Towns," (November 2, 2007).

*Attack Description*
On October 24, 2007, Sergeant First Class (SFC) Robin Towns, of the District of Columbia Army National Guard's 275th Military Police Company, was serving with his unit in Baiji, Iraq.[1380] Baiji is located approximately 112 miles north of Baghdad in Saladin Province, along the main road that connects Mosul to Baghdad.[1381]

On the day of this attack, members of the 275th Company, including SFC Towns, were accompanying the 303rd Company on a familiarization patrol along South Nafit Road in a four-car convoy.[1382] SFC Towns was seated in the right rear of the last vehicle in the convoy, a High Mobility Multipurpose Wheeled Vehicle (HMMWV), referred to as Vehicle P-09 in the Army Regulation (AR) 15-6 Investigative Report.[1383] According to the AR 15-6 report, while en route back to Forward Operating Base (FOB) Summerfall in Baiji:

> The patrol noticed a vehicle tire laying in the middle of the road. The convoy stopped for approximately 45-60 seconds about 30-50 meters from the obstacle to scan the tire to ensure there were no wires or explosives visible. Deemed clear, the lead vehicle cautiously increased speed and passed the tire. The squad said this is a typical Tactics, Techniques, and Procedures (TTP) for passing an obstacle. The vehicles in the convoy one by one passed the obstacle up to P-22. At approximately 1624 a buried command-wire Improvised Explosive Device (IED) detonated on P-09.[1384]

---

[1380] PEX 215, USCENTCOM, USCENTCOM FOIA 17-0674, "Initial and Supplemental Casualty Report – Robin Towns (October 24-25, 2007), p. 2.
[1381] Ann Scott Tyson, "U.S. Fights Insurgents' Grip on Iraqi Oil City," *NBC News*, (January 19, 2006), https://www.nbcnews.com/id/wbna10913799.
[1382] PEX 216, Department of the Army, USCENTCOM FOIA FA-22-0067, "Findings and Recommendations – Army Regulation 15-6 Investigation," (October 28, 2007), p. 10.
[1383] Ibid.
[1384] Ibid.

The force of the blast caused blast injuries to SFC Towns and others in the vehicle, and flipped SFC Towns's vehicle.[1385] The 97th Military Police Battalion, which responded to offer support to the 275th and 303rd companies, "identified a white command wire running from the blast seat to a telephone pole, and along a wall" upon arrival to the scene.[1386]

███████████████████████████████████████████████████████████████

_Attack Attribution_

I conclude that it is likely that the Zarqawi organization (as the Islamic State of Iraq) was responsible for this IED attack. This conclusion is based on the following data points: (1) the geographic location and time period of the attack, and (2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. On October 15, 2006, the group took on the moniker of the Islamic State of Iraq (ISI). While this attack took place after the name change to ISI, some sources cited in this attribution refer to the Zarqawi organization by its former names, MSC, AQI, and JTJ.

I now explain my conclusions.

_Geography and Time Period._ The location and time period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in the Naft neighborhood of Baiji, a city in the Saladin Province of Iraq, on October 24, 2007.[1388] The below map provides the approximate location of the attack.

---

[1385] Ibid.

[1386] Ibid, p. 6.

[1387] PEX 217, Office of the Armed Forces Medical Examiner, "Autopsy Examination Report – Robin Towns," (November 2, 2007), p. 10.

[1388] "Naft" was derived from the AR 15-6 report, which stated that the incident happened on South Nafit Road in Nafit, Iraq. However, the report also states that the attack occurred "on the way back to FOB Summerfall after visiting the local Iraqi Police (IP) station." FOB Summerfall was in Baiji, Iraq. Given this positional data, it is clear that Naft, a neighborhood in Baiji, is next to an Iraqi police station. Given that SFC Towns died instantaneously at the scene of the attack, and the report of casualty states the location of death as Baiji, Iraq, it was concluded that the "Nafit" referred to in the AR 15-6 investigation is Naft, Iraq. PEX 216, pp. 3-6; PEX 215, p. 2.; PEX 217, p. 10.



*Figure 43: Approximate location of the attack in Baiji, Saladin Province.*

By the end of 2006, Baiji had become a key center for ISI, serving as a midpoint in a key transportation route between Mosul and Baghdad.[1389] Baiji remained an instrumental location for ISI operations in the region throughout 2007, with the group promoting at least two Baiji network leaders when other regional leaders were killed or captured by Coalition forces.[1390] ISI's presence in Baiji throughout 2007 is further demonstrated by the following incidents:

- In February 2007, Coalition forces captured senior ISI leaders of the Baiji network.[1391]
- In September 2007, U.S. forces captured an ISI member associated with attacks in Baiji.[1392]
- On October 9, 2007, ISI deployed a car bomb in Baiji in an attempt to harm a tribal leader and local police chief.[1393]
- On December 8, 2007, ISI perpetrated a car bombing attack on the Baiji police station.[1394]

---

[1389] Eric Hamilton, *Developments Fighting Al Qaeda in Iraq* (Washington D.C.: Institute for the Study of War, January 2008), https://www.understandingwar.org/sites/default/files/reports/Devolpments%20Fighting%20Al%20Qaeda%20in%20Iraq.pdf.

[1390] Eric Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, (Washington, DC: Institute for the Study of War, 2008), p. 17, https://www.understandingwar.org/sites/default/files/reports/Iraq%20Report%208.pdf.

[1391] Ibid.

[1392] "Factbox-Security Developments in Iraq, Sept 28," Reuters, September 28, 2007, https://www.reuters.com/article/idUSRAS827601.

[1393] "Bomb Attacks Target Iraqi Officials," *Al Jazeera*, October 9, 2007, https://www.aljazeera.com/news/2007/10/9/bomb-attacks-target-iraqi-officials.

[1394] Bill Roggio, "Al Qaeda in Iraq Executes Bombing Offensive," *Long War Journal*, December 8, 2007, https://www.longwarjournal.org/archives/2007/12/al_qaeda_in_iraq_exe.php.

Though Coalition forces and domestic opposition continued to place limits on ISI's operational dominance in the surrounding provinces, Saladin remained a refuge for ISI at the time of this attack.[1395] Baiji remained an active ISI stronghold through January 2008.[1396]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack. At the time of the attack, ISI regularly used IEDs to target Coalition forces in Iraq's northern provinces.[1397]

According to the AR 15-16 report, this attack was carried out with a command wire IED. The report notes that the responding battalion found "a white command wire running from the blast seat, to a telephone pole, and along a wall."[1398] Between September 2007 and January 2008, Iraqi security forces and Coalition forces captured several ISI IED caches in neighboring Nineveh Province, which included command wires similar to the one used in the attack that killed SFC Towns.[1399] These caches indicate that ISI had both the materials and knowledge required to construct and deploy command wire IEDs at the time of this attack.

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in this area. I have considered their activities in rendering my opinion that ISI is ultimately the organization likely responsible for the attack.

AAS was also present in Saladin Province during this time.[1400] Notably, AAS was allied with ISI at the time, and therefore AAS's involvement would not mitigate the likelihood of ISI involvement.[1401] However, due to Baiji's presence as an ISI stronghold until 2008, I find that ISI is more likely responsible for this attack.[1402]

In addition to ISI and AAS, JAM operated in Saladin Province when this attack occurred.[1403] JAM's presence in the province was mostly a product of Sunni violence against the smaller Shia population,

[1395] Bill Roggio, "AQI Suicide Bombers Target the Salahadin Awakening," *The Washington Examiner*, October 9, 2007, https://www.washingtonexaminer.com/weekly-standard/aqi-suicide-bombers-target-the-salahadin-awakening.

[1396] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 16.

[1397] Ibid., p. 13.

[1398] PEX 216, p. 6; Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, p. 12; Maj. Stephen Holt, "Making Mosul a Safer Place [Image 3 of 4]," February 2, 2010, https://www.dvidshub.net/image/251650/making-mosul-safer-place.

[1430] Hamilton, "Iraq Report - March 2002-March 2008: The Fight for Mosul;" Holt, "Making Mosul a Safer Place [Image 3 of 4]."

[1400] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 174, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs; Australian Parliamentary Joint Committee on Intelligence and Security, Review of the re-listing of Ansar al-Islam, Islamic Movement of Uzbekistan, Lashkar-e Jhangvi and Jaish-e-Mohammad, Appendix B (May 25, 2015), p. 6, https://www.aph.gov.au/parliamentary_business/committees/house_of_representatives_committees?url=pjcis/six%20terrorist/report/appendix%20b.pdf.

[1401] Rayburn & Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, p. 174; Jamie Tarabay, "Anbar Alliance May Not Translate to Other Provinces," *NPR*, September 25, 2007, https://www.npr.org/templates/story/story.php?storyId=14696316.

[1402] Hamilton, *Iraq Report March 2002 – March 2008: The Fight for Mosul*, pp. 11, 16.

[1403] Marisa Cochrane, *Iraq Report 12: The Fragmentation of the Sadrist Movement*, (Washington, DC: Institute for the Study of War, 2009), p. 21,

which allowed JAM to gain a foothold in the province as a security guarantor.[1404] JAM's activity in Saladin Province at the time was largely focused on sectarian protection and reprisals, and not as heavily on counter-Coalition operations.[1405] Additionally, Saladin Province was largely Sunni; its demographic made it most suitable for supporting large numbers of Sunni insurgents. [1406] As Baiji was an ISI stronghold when this attack occurred, and JAM's attacks did not fit the pattern of targeting coalition forces at the time, it is unlikely that JAM had the level of influence or operational standards in Baiji that would be necessary to launch this attack.

Furthermore, given that Iran also supported both JAM and AAS, their possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed SFC Towns.

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the attack that killed SFC Towns. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[1407] The following information further demonstrates the significance of Iran's support to ISI at the time and in the vicinity of this specific attack:

- Iran supported ISI elements in Saladin Province, where the attack occurred, through provisions of arms and intelligence. In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the documents possessed by the operatives definitively demonstrated the Quds Force's cooperation with Sunni militias – including ISI – in Saladin Province and included "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information," demonstrating the extent of Iran's support.[1408] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq and Ansar al-Sunna."[1409]
- Iran provided support to ISI before, during, and after this attack in multiple ways. In February 2012, the United States designated Iran's Ministry of Intelligence and Security (MOIS) for its ongoing and systematic sponsorship of a variety of terrorist organizations. Among the entities listed was AQI (the name by which the U.S. government still identified ISI at the time), which

---

https://www.understandingwar.org/sites/default/files/Iraq%20Report%2012%20Sadrist%20Movement%20Fragmentation.pdf; U.S. Department of State, Bureau of Near Eastern Affairs, *Iraq Weekly Status Report*, (June 20, 2007), p. 8, https://2001-2009.state.gov/documents/organization/87080.pdf; John F. Burns & Jon Elsen, "Sunni Mosques Attacked in Retaliation for Destruction of Shiite Minarets in Iraq," *The New York Times*, June 14, 2007, https://www.nytimes.com/2007/06/14/world/africa/14iht-14iraq.6138226.html.

[1404] Marisa Cochrane, *Iraq Report 12: The Fragmentation of the Sadrist Movement*, (Washington, DC: Institute for the Study of War, 2009), p. 21, https://www.understandingwar.org/sites/default/files/Iraq%20Report%2012%20Sadrist%20Movement%20Fragmentation.pdf.

[1405] U.S. Department of State, *Iraq Weekly Status Report*, p. 8, https://2001-2009.state.gov/documents/organization/87080.pdf; Burns & Elsen, "Sunni Mosques Attacked in Retaliation for Destruction of Shiite Minarets in Iraq."

[1406] "Salah Al-Din," *European Union Agency for Asylum*, n.d., https://euaa.europa.eu/country-guidance-iraq-2021/salah-al-din.

[1407] See Expert Report & Declaration on Sunni Militant Organizations, pp. 51-60.

[1408] Eli Lake, "Iran's Secret Plan for Mayhem," *The New York Sun*, January 3, 2007.

[1409] Ibid.

according to the Treasury Department received not only money and weaponry but also "intermediary services" that helped secure the release of the group's imprisoned operatives.[1410] This designation relies upon extensive research and data collection and reflect a demonstrated pattern of Iranian support to ISI.

- In 2008, the U.S. Department of the Treasury imposed sanctions against several individuals connected to Iran who provided material support to militias in Iraq. For example, it sanctioned Gen. Foruzandeh of the IRGC-QF, who provided training for Shia Iraqi militias, including training for planting IEDs such as the one used in this attack, and who provided funding for Iraqi Sunni militia fighters.[1411]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across northern Iraq, where ISI primarily operated.[1412] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- This Court has previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[1413]

_Summary_

In summary, I conclude that it is likely that ISI carried out the October 24, 2007 attack in Baiji, Saladin Province that killed District of Columbia Army National Guard SFC Robin Towns. My conclusion is based on the following:

- ISI possessed a strong operational presence in Baiji during the period when this attack occurred and was motivated to conduct that attack.
- The attack exhibited TTPs commonly associated with ISI.

I also conclude that Iran's material support substantially contributed to the ISI's commission of this attack.

---

[1410] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," February 16, 2012.

[1411] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[1412] U.S. Department of State, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," September 22, 2011, https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[1413] _Est. of Parhamovich v. Syrian Arab Republic_, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and _Neiberger v. Islamic Republic of Iran_, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40)

## X.    Conclusion

In summary, relying on my background, education, training and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that:

- The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including al-Qaeda, the Zarqawi organization (aka al-Qaeda in Iraq), and Ansar al-Islam/Ansar al-Sunnah, when such support aligned with Iran's state interests.

- Iran provided substantial support to Zarqawi organization and Ansar al-Islam/Ansar al-Sunnah in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

- The Zarqawi organization likely planned, committed, or authorized twenty of the attacks at issue in this case. These include:

  - Complex Ambush Attack that killed Sergeant Elmer Krause and civilian contractors Tony Johnson, Jack Montague, Stephen Hulett and Timothy Bell, Abu Gharib, April 9, 2004.
  - Complex Attack that killed Sergeant Major Michael Stack, Mahmudiyah, April 11, 2004.
  - Artillery Attack that killed Sergeant Alan Bean, Iskandariya, May 25, 2004.
  - Suicide IED Attack that killed John A. Pinsonneault, Baghdad, October 14, 2004.
  - IED Attack that killed First Lieutenant William A. Edens and Specialist Ricky W. Rockholt, Tal Afar, April 28, 2005.
  - IED Attack that wounded Corporal Adam C. Kisielewski, Al-Karmah, August 21, 2005.
  - SVBIED Attack that killed Army Specialist Adrian N. Orosco, Abu Gharib, December 9, 2005.
  - IED Attack that killed Lance Corporal Brent B. Zoucha, Al Qaim, June 9, 2006.
  - Helicopter Shoot-Down Attack that killed Command Sergeant Major Marilyn L. Gabbard, Bahrez, January 20, 2007.
  - IED Attack that killed Sergeant Ross A. Clevenger, Al-Karmah, February 8, 2007.
  - IED Attack that killed Sergeant Russell A. Kurtz, Al-Karmah, February 11, 2007.
  - Small Arms Fire Attack that killed Private First Class Kelly D. Youngblood, Ramadi, February 18, 2007.
  - IED Attack that killed Staff Sergeant Justin M. Estes, Samarra, March 5, 2007.
  - IED Attack that killed Captain Jonathan Grassbaugh, Private First Class Rodney McCandless, and Specialist Levi Hoover, Zaganiyah, April 7, 2007.
  - IED Attack that killed Corporal James E. Summers, Specialist Zachary D. Baker, and First Lieutenant Kile G. West, Abu Sayda, May 28, 2007.
  - Complex Attack that killed Corporal Damon G. LeGrand, Diyala, June 12, 2007.

- o IED Attack that killed Sergeant First Class Justin S. Monschke, Arab Jabour, October 14, 2007.
  - o IED Attack that killed Sergeant First Class Robin L. Towns Sr., Baiji, October 24, 2007.
  - o House-Borne IED Attack that killed Staff Sergeant Jonathan Dozier, Sergeant Zachary W. McBride, and Sergeant First Class Matthew I. Pionk, Sinsil, January 9, 2008.
  - o SVBIED Attack that Killed Corporal Jason G. Pautsch, Staff Sergeant Bryan E. Hall, Sergeant Edward W. Forrest, and Staff Sergeant Gary L. Woods, Mosul, April 10, 2009.

- Ansar al-Islam/Ansar al-Sunnah likely planned, committed, or authorized four of the attacks at issue in this case. These are:

  - o Artillery Attack that killed Captain Arthur L. Felder and Staff Sergeant Billy J. Orton, Camp Taji, April 24, 2004.
  - o SVBIED Attack that killed Sergeant James W. Harlan, Balad, May 14, 2004.
  - o IED Attack that killed Private First Class Nicholas H. Blodgett, Ad Duluiyah, July 21, 2004.
  - o Suicide IED Attack that killed Staff Sergeant Lynn Robert Poulin, Staff Sergeant Julian Melo, and Private Lionel Ayro, Nineveh, December 21, 2004.

- Ansar al-Islam/Ansar al-Sunnah or the Zarqawi organization, operating in coordination with one another, likely planned, committed, or authorized one attack at issue in this case. This is the complex attack that killed Sergeant James E. Craig, Corporal Evan A. Marshall, and Private Second Class Joshua Young, Mosul, January 28, 2008.

- Given the nature and extent of Iranian material support to al-Qaeda, the Zarqawi organization, and Ansar al-Islam/Ansar al-Sunnah, Iran's assistance was critical to the survival of these militant organizations, significantly increased their capabilities, and is reasonably connected to each of the attacks listed above.

I have been assisted by Valens Global staff in this matter. My analyses, opinions, and conclusions are based solely on the work performed by me, and those under my supervision, through the date of this report. I am compensated for my work on this matter at an hourly rate of $420. My compensation is not contingent upon my opinions and conclusions, or the outcome of this matter. This report is subject to change or modification should additional relevant information become available, which bears upon the analysis, opinions, or conclusions contained herein.

I hold the conclusions and opinions detailed in this declaration to a reasonable degree of professional certainty, and declare the foregoing under the penalty of perjury:

_____

Daveed Gartenstein-Ross, Ph.D.

## Appendix 1: The Presence and Role of Shia Militant Groups

*The Role of Shia Militant Groups*

In making determinations regarding the group likely responsible for the attacks that I examine, I must assess the likelihood of other groups' responsibility for the attacks. Key factors in my considerations include whether the other groups maintained significant presence around the location of the attack, whether the TTPs employed align with certain groups' commonly executed TTPs, and whether their responsibility is otherwise indicated in any claim of responsibility or government reporting.

In the time period covered by this report, Shia militant groups maintained significant presence in parts of Iraq. Therefore, my analytic process naturally involves the assessment of whether Shia militant groups were likely responsible for any attacks discussed. In conducting research on each attack, I found evidence suggesting the presence of Shia militant groups in vicinity of some attacks. While I do not conclude that any attacks were likely executed by Shia militant groups, it is important to note that the presence of Shia militant groups, and the possibility that they may have been involved in the attacks considered, would not necessarily absolve Iran of complicity.

The Islamic Republic of Iran has an extensive history of using violent non-state actors (VNSAs) as proxy groups to advance its foreign policy goals. This historic use includes support for both Sunni and Shia militant groups in Iraq. Though I do not extensively discuss Iranian support for Shia militant groups since I do not find that Shia militant groups likely carried out any of the attacks I was asked to attribute for this case, it is worth providing some detail on Iran's backing for Shia militant groups in the Iraq theater. I am happy to provide much more detail on these relationships if they are relevant to the Court.

Throughout the Iraq War, Iran's Islamic Revolutionary Guard Corps (IRGC) and its foreign arm, the Quds Force, supported proxies that attacked U.S. and Iraqi forces.[1414] These proxies included several Shia militias and paramilitary groups, including Jaysh al-Mahdi (JAM), the Badr Organization (also known as Badr Corps or Badr Brigade), Kataib Hizballah (KH), and Asa'ib Ahl al-Haq (AAH), which were referred to as "Special Groups."[1415] Iran provided these groups with training, weaponry, travel facilitation, and guidance.[1416]

*Muscle Memory: Iranian History of Supporting VNSA Proxies.* Iran had a long history of supporting violent non-state actors (VNSAs) to serve as its armed proxies prior to engaging in extensive support for VNSAs in the Iraq War. A month after a national referendum that officially established the Islamic Republic of Iran on April 1, 1979, Ayatollah Khomeini issued a decree creating the **Islamic Revolutionary Guard Corps** (IRGC).[1417] Iran's October 1979 constitution entrusts the IRGC with

---

[1414] Bill Roggio, "Iran's Ramazan Corps and the ratlines into Iraq," *Long War Journal*, December 5, 2007, https://www.longwarjournal.org/archives/2007/12/irans_ramazan_corps.php.

[1415] Ibid.; Marisa Cochrane, "Asaib Ahl al-Haq and the Khazali Special Groups Network," (Washington, DC: Institute for the Study of War, January 13, 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Asaib%20Ahl%20al%20Haq%20and%20the%20Khazali%20Special%20Groups%20Network.pdf; Mapping Militant Organizations. "Asa'ib Ahl al-Haq." Stanford University, March 24, 2017, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/print_view/143.

[1416] Roggio, "Iran's Ramazan Corps and the ratlines into Iraq."

[1417] "Revolutionary Guards Corps Established in Iran," Tehran Domestic Service (Farsi), May 5, 1979.

the "role of protecting the Revolution and its achievements."[1418] The IRGC was designed to be distinct from the regular army (*Artesh* in Farsi). While the Artesh defends Iran's territorial integrity, the IRGC's role is broader, with the Iranian constitution giving the IRGC a global responsibility and the ideological mission to strive "on the path of God and struggle on the path of expanding the sovereignty of the law of God in the world."[1419] At the end of the Iran-Iraq War, the IRGC merged several military groups into the **Quds Force (IRGC-QF)**, and as early as 1979, Quds Force predecessors had begun to support foreign militant groups and Shia dissidents.[1420] Over time, Iran leveraged other parts of its government to support efforts to export the revolution. In particular, Iran's **Ministry of Intelligence and Security (MOIS)** began to play a role in these operations after its creation in 1984.[1421]

Two events in the 1980s led Iran to view armed proxy forces as vital to achieving its foreign policy goals. First, the Iran-Iraq War seared the costs of large-scale conventional warfare into the minds of generations of Iranian leaders.[1422] Second, Israel's 1982 invasion of Lebanon to counter the Palestinian Liberation Organization (PLO) provided Iran a chance to cultivate a powerful proxy force after Iran sent IRGC officers to mobilize Lebanon's sizeable Shia community in opposition to Israel.[1423] President Reagan dispatched U.S. forces to Lebanon as part of a peacekeeping mission and in 1983, Hizballah, an emerging Shia militant organization with close ties to Iran, attacked the U.S. Embassy in Beirut as well as American and French military installations in the country. The attacks inflicted heavy casualties. The U.S. Embassy bombing killed 17 Americans, and the October 1983 U.S. Marine barracks bombing in Beirut killed 241 American servicemembers.

Throughout the 1980s and 1990s, the IRGC developed a template for cultivating proxy forces in the Middle East, then worked to apply that template elsewhere. While the IRGC was active in numerous countries, the IRGC's work with two organizations, **Lebanese Hizballah** and the **Badr Corps** in Iraq, particularly enabled Iran to build the capacity to wage war against its enemies by proxy. These templates would become particularly relevant after the U.S.'s 2003 invasion of Iraq.

*Jaysh al-Mahdi and Associated Special Groups.* In the wake of the 2003 U.S. invasion of Iraq, Iran provided substantial support to an array of Shia militias. When the United States removed Saddam Hussein, a political vacuum was born. Given the group's local base of support, Iran tried to coopt Jaysh al-Mahdi (JAM), which translates to Army of the Rightly Guided One. When it fractured due to political disagreements and its leader, Muqtada al-Sadr, proved to be a less than reliable ally, Iran began to support breakaway factions. Thus, understanding the Sadrist movement is pivotal to understanding Iraq's Shia militias and, ultimately, Iran's proxy war in Iraq.

---

[1418] Constitution of the Islamic Republic of Iran, article 150 (October 24, 1979).

[1419] Ibid., p. 5.

[1420] Nader Uskowi, *Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East*, (Lanham, MD: Rowman & Littlefield, 2019), p. 42; "Al-Quds Forces Associated with the Guards of the Islamic Revolution," Iraqi intelligence study (ISGZ 2005-001122-19954), October 2000, translation by Combating Terrorism Center at West Point, https://ctc.usma.edu/harmony-program/iraqi-intelligence-study-of-the-iranian-revolutionary-guard-corps-original language-2/.

[1421] Guillermo Pinczuk & Theodore Plettner, *Unconventional Warfare Case Study: The Relationship between Iran and Lebanese Hezbollah*, (Fort Bragg, N.C.: U.S. Army Special Operations Command, 2017), p. 28, https://www.soc.mil/ARIS/books/pdf/_ARIS_Iran-Hiz_Jan2017.pdf.

[1422] Dexter Filkins, "The Shadow Commander," *The New Yorker*, September 23, 2013.

[1423] Pinczuk & Plettner, *Unconventional Warfare Case Study: The Relationship between Iran and Lebanese Hezbollah*, pp. 28-29.

Muqtada al-Sadr founded the **Jaysh al-Mahdi** militia in June 2003. With JAM's formation, Muqtada "sought to model his organization on Lebanese Hezbollah, combining a political party with an armed militia and an organization providing social services."[1424] In 2004, Muqtada used the growing military element of his movement to confront coalition forces. Sadrists engaged in two failed uprisings, which occurred principally in the holy Shia city of Najaf, in April and August of 2004. Even after the organization experienced significant losses in 2004, JAM members continued targeting Sunni civilians and other non-combatants.[1425] However, JAM's failed uprisings fractured the Sadrist movement and some militants frustrated with Muqtada formed rival organizations, with the most significant group in this category being Qais al-Khazali's **Asa'ib Ahl al-Haq** (League of the Righteous).

Though AAH nominally remained part of the Sadrist movement, the group's leaders—Qais al-Khazali, Akram al-Kabi, Abd al-Hadi al-Darraji, and Mohammed al-Tabatabai—at times defied Muqtada's orders. But for AAH and other major splinter groups, defiance of Muqtada did not translate into defiance of Iran. Indeed, Iran saw AAH's break with Muqtada as a significant opportunity. A declassified U.S. Army memorandum recounts that in August 2006:

> **Qayis [Khazali] led a delegation to Tehran to discuss the situation in Iraq and Iranian support for JAM. According to reporting, Ali Khomeini met with Qais and recruited him to lead a special group known as Asayb al-Haq, or the K2 network**. The K2 network would operate without the knowledge or authorization of MAS [Muqtada al-Sadr]. Qayis agreed. Iran was interested in working with Qayis because of his influence on MAS. Layth [Qais al-Khazali's brother] served as a liaison between the secret network formed by Qayis and the Iranians. In this position, Layth traveled frequently between Iraq, Iran and Syria.[1426]

AAH in turn received financial and other types of support from Iran through IRGC-QF, as well as somewhat more indirectly through Hizballah. Illustrating the web of relationships, Ali Musa Daqduq, a senior Hizballah operative, provided training to AAH fighters. In May 2006, Daqduq travelled to Iran with Youssef Hashim, the head of Hizballah Special Operations. There, Daqduq and Hashim received guidance from Abdul Reza Shahlai, IRGC-QF's external operations director, as well as from IRGC-QF's commander Qasem Soleimani. These IRGC-QF leaders instructed Daqduq to travel in and out of Iraq to lead training and report on progress made in arming and training Shia militant groups "in mortars and rockets, manufacturing and employing IEDs, and kidnapping operations."[1427]

One of the most perceptive studies written about Iranian policy toward Iraq during this period, and its sponsorship of Shia groups like JAM and AAH, is Joseph Felter and Brian Fishman's 2008 report *Iranian Strategy in Iraq*.[1428] In their report, Felter and Fishman explain that a new group of "loosely

---

[1424] Marisa Cochrane, *The Fragmentation of the Sadrist Movement*, (Washington, D.C.: Institute for the Study of War, 2009), p. 13.

[1425] "Dozens Killed in Baghdad Attacks," *BBC News*, July 9, 2006, http://news.bbc.co.uk/2/hi/middle_east/5162510.stm.

[1426] Report of Interrogation of Qais Khazali, August 13, 2007, p. 324 (emphasis added).

[1427] Stephen Wicken & Kim Dudine, "Timeline: Ali Mussa Daqduq," Institute for the Study of War, November 21, 2012, https://www.understandingwar.org/backgrounder/timeline-ali-mussa-daqduq.

[1428] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008). At the time, Felter was an active-duty colonel and a national security affairs fellow at Stanford University's Hoover Institution, while Fishman served as the director of research at the Combating Terrorism Center at

organized" Shia militias called the "Death Squads" had surfaced, quickly becoming some of the "most feared groups in Iraq."[1429] These JAM splinter groups came to be known as "Special Group Criminals" (SGCs) by U.S. commanders.[1430] Though many SGCs indeed looked to Khazali, the U.S. government and analysts began referring to a host of Shia militant groups backed by Iran as "Special Groups," and many lacked AAH's ties to the Sadrist movement.[1431] Chief among these "Special Groups" without deep ties to Muqtada al-Sadr was Kata'ib Hizballah (The Brigades of the Party of God).

**Kata'ib Hizballah** grew under the leadership of Abu Mahdi al-Muhandis (Jamal al-Ibrahimi), and according to Michael Knights of the Washington Institute for Near East Policy think tank, the group is "firmly under IRGC Qods Force control and maintains relatively good operational security."[1432] In the early days of Kata'ib Hizballah, the group managed to use Lebanese Hizballah instructors "to prepare this group and certain Jaysh al-Mahdi Special Groups for attacks against Coalition Forces in Iraq."[1433] According to Michael Knights, the group also became "a vehicle through which the IRGC Qods Force could deploy its most experienced operators and its most sensitive equipment."[1434]

Another of the Special Groups, the **Sheibani Network**, rose to prominence under the leadership of Abu Mustafa al-Sheibani. According to Qais al-Khazali, Iran dispatched Sheibani to Iraq to forge an alliance with the Sadrists in the aftermath of the U.S. invasion. Khazali stated that Sheibani "failed miserably in attracting interest from the Sadrists."[1435] Nonetheless, Sheibani later led his own pro-Iran militia in Iraq that launched extensive attacks against U.S. forces. According to the U.S. Treasury Department when it sanctioned Sheibani in January 2008:

> Iran-based Abu Mustafa Al-Sheibani leads a network of Shia extremists that commit and provide logistical and material support for acts of violence that threaten the peace and stability of Iraq and the Government of Iraq. Al-Sheibani's Iran-sponsored network was created to affect the Iraqi political process in Iran's favor. The network's first objective is to fight U.S. forces, attacking convoys and killing soldiers. Its second objective is to eliminate Iraqi politicians opposed to Iran's influence. Elements of the IRGC were also sending funds and weapons to Al-Sheibani's network.

---

West Point and an assistant professor in the U.S. Military Academy's department of social sciences. The Combating Terrorism Center at West Point is a research institute that provides training, research, and analysis to the highest levels of government and academia. The institution serves as a nexus for academic and counterterrorism practitioner collaboration, particularly through its peer-reviewed journal, *CTC Sentinel*, and its Harmony database, which is an open-source collection of primary-source documents that provide an inside look at militant groups' inner structural dynamics.

[1429] Ibid., p. 43.

[1430] Ibid., p. 44.

[1431] Michael Knights, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel* 12:7 (August 2019), https://ctc.usma.edu/irans-expanding-militia-army-iraq-new-special-groups/.

[1432] Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, 3:11-12, (November 2010), p. 13, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/.

[1433] Jeffrey Feltman & Daniel Benjamin, U.S. State Department Assistant Secretary for the Bureau of Near Eastern Affairs and Counterterrorism Coordinator, "Assessing the Strength of Hizballah," testimony before the U.S. Senate Committee on Foreign Relations, June 8, 2010, https://www.foreign.senate.gov/imo/media/doc/060810%20Feltman-Benjamin%20Testimony.pdf.

[1434] Knights, "The Evolution of Iran's Special Groups in Iraq," p. 12.

[1435] Multi-National Force – Iraq, Shi'a SDE, "Tactical Interrogation Report: Qais Hadi Said al-Khazali," May 30, 2008, p. 3, https://www.aei.org/wp-content/uploads/2018/08/Enclosure-TAB-A-Documents-for-Release-49-66.pdf.

Al-Sheibani's network—consisting of several hundred members—conducted IED attacks against Americans in the Baghdad region. As of March 2007, Al-Sheibani, known to transport Katyusha rockets to be used for attacks against Coalition Forces, launched rockets against Americans and made videos of the attacks to get money from Iran. As of April 2007, a member of Al-Sheibani's network supervised the transport of money and explosives from Iran for eventual arrival in Baghdad. In early May 2007, Al-Sheibani's network assisted members of a Shia militia group by transporting them to Iran for training and providing them with weapons for their activities in Iraq.

Additionally, Al-Sheibani commands several pro-Iranian insurgent groups in southern Iraq that work to destabilize Iraq and sabotage Coalition efforts. These groups use a variety of weapons, to include mortars, Katyusha rockets, and anti-tank landmines. Ordered by IRGC headquarters to create disorder, the task of these groups is to attack bases of Coalition Forces in southern Iraq, particularly British forces.[1436]

### *Iranian Material Support to Shia Groups in Iraq*

The State Department's *Country Reports on Terrorism* from 2006, 2007, 2008, and 2009—when the attacks at issue in this case occurred—all concluded that "Iran remained the most active state sponsor of terrorism."[1437] Iranian support to Shia militias in Iraq featured prominently in those reports. I now provide a brief overview of Iranian backing of various Shia groups so that my point about these groups' lack of independence from Iran will be clear.

Iranian support for Iraqi Shia militias against coalition forces began as early as 2003. Planning for this support seemingly began in 2002, even before the U.S. invasion. One early detailed report on the contours of Iranian support for insurgent factions was written by Australian journalist Michael Ware, appearing in *Time* in August 2005, under the title "Inside Iran's Secret War for Iraq."[1438] Ware's reporting showed that Iranian plans to "penetrate" Iraq following the American invasion dated to September 9, 2002, when Supreme Leader Ayatollah Ali Khamenei and his war council decided to create a policy to prevent any dangers to Iran that might result from the impending U.S. regime-change operation in Iraq.[1439]

Consistent with Ware's reporting, Washington Institute for Near East Policy scholar Michael Knights notes, based on his analysis of primary source documents, that the Iraqi government's pre-2003 intelligence reporting on Iran's use of proxies concluded that "the IRGC Qods Force had already anticipated the need to split its support between groups that would 'work openly' and others that would 'work secretly' in a post-invasion Iraq."[1440] As this plan came to fruition, it became clear that

---

[1436] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[1437] U.S. Department of State, *Country Reports on Terrorism* (2006); U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103711.htm; U.S. Department of State, *Country Reports on Terrorism* (2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; U.S. Department of State, *Country Reports on Terrorism* (2009), https://2009-2017.state.gov/j/ct/rls/crt/2009/140889.htm.

[1438] Michael Ware, "Inside Iran's Secret War for Iraq," *Time*, August 15, 2005.

[1439] Ibid.

[1440] Knights, "The Evolution of Iran's Special Groups in Iraq," p. 12.
The Arabic-language report that Knights references was released by the Combating Terrorism Center at West Point, and can be found at https://ctc.usma.edu/app/uploads/2013/10/ISGQ-2005-00038283-Original.pdf.

Iran's covert support to Shia militia groups mirrored its overt support to Shia political groups. Iran invested in and supported an array of allies in Iraq, including proxy forces.

In the summer of 2003, shortly before Muqtada announced JAM's formation, he and three of his advisors visited Tehran.[1441] During the visit, Muqtada reportedly met with Supreme Leader Ayatollah Ali Khamenei, former president Ali Akbar Hashemi Rafsanjani, and Ayatollah Mahmoud Hashemi Sharaoudi, as well as other notable figures such as Brigadier General Murtada Reza'i, head of the IRGC's intelligence service, and Brigadier General Qasem Soleimani, who commanded the IRGC's Quds Force, and whose portfolio included Iraqi affairs.[1442] JAM proved to be a useful mechanism for disrupting the U.S.'s efforts in Iraq, though Iran was also wary of Muqtada. His popular support coupled with his unpredictability made him a risky investment.

Iran thus sought to acquire other, more reliable Iraq-based allies. The emergence of Qais al-Khazali and AAH as a force that could act independently of Muqtada provided Iran with another investment opportunity.

Iran's support for JAM and the Special Groups took place both through direct arms of the Iranian state like the Quds Force and MOIS, and also by non-state proxies like Lebanese Hizballah. But whether direct or indirect, Iran was deeply involved in providing this material support. A highly detailed U.S. Army report sets out the extent of this Quds Force activity in Iraq:

> The Quds Force and its Iraqi surrogates were the primary instruments employed by the Iranian regime to wage a proxy war against the United States at minimal cost…. The politically influential [Major General Qassem] Soleimani [who commanded IRGC-QF] reported directly to Iran's supreme leader and oversaw a carefully organized and sustained cross-border operation. His subordinate Ramazan Corps managed the effort in Iraq, with three subcommands responsible for the northern, central, and southern sectors, respectively. Two to three regional offices operated out of each sector. Hundreds of agents were involved, not least Iranian ambassador to Iraq Hassan Kazemi Ghomi, who served as an undercover Quds Force officer. The consulate in Basrah functioned as a similar hub of covert activity for Soleimani.[1443]

*Iranian Provision of Weapons to Shia Militias.* Iran's efforts to arm Shia militias constituted perhaps Iran's most lethal and most visible form of support. By 2004, U.S. intelligence reports showed that Iranian agents were responsible for smuggling "weapons and ammunition across the border into Iraq," then distributing "them 'to individuals who wanted to attack coalition forces.'"[1444]  The U.S. government

---

[1441] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Struggle for Iraq, From George W. Bush to Barack Obama* (New York: Pantheon Books, 2012), p. 101.

[1442] Kimberly Kagan, *Iraq Report May 2006 – August 2007: Iran's Proxy War Against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 5, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf; Ali Nuri Zadah, "Iranian Source: Revolution Guard Trains 1,000 Muqtada al-Sadr Supporters on Guerilla Warfare, Explosions [Arabic]," *Al-Sharq al-Awsat* (London), April 9, 2004.

[1443] Joel Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, Pa.: U.S. Army War College Press, 2019), p. 66.

[1444] Edward T. Pound, "The Iran Connection," *U.S. News & World Report*, November 22, 2004.

validated these claims at the highest levels. [1445]  Michael Ware's reporting in Time provides further details on this system. A British officer who spoke to Ware explained that the Iranians made particular use of the porous southern border between Iran and Iraq, where they would "use the legal check points to move personnel, and the weapons travel through the marshes and areas to our north." [1446] A detained insurgent further described this process when interrogated by U.S. forces, saying that "this area [marshes in the vicinity of Qalat Salih] is used heavily by small boats carrying weapons from IR [Iran]." [1447]  Other detainee interrogation reports frequently referenced these marshy areas in southeastern Iraq when explaining how weapons and other material assistance were moved from Iran into Iraq.

*Iranian Training of Iraqi Shia Militias.* According to intelligence reports, open-source reporting, and official U.S. government statements, the IRGC operated a robust training program for Iraqi Shia militias inside Iran's borders. JAM, the Special Groups, and the Badr Organization (which had long trained with Iranian forces) were beneficiaries of this program.

When U.S. Brigadier General Kevin Bergner held a press briefing on July 2, 2007, representing the official views of the U.S. Government as the spokesman for Multi-National Force – Iraq, he stated that "Iraqi Special Groups are trained in one of three training camps inside Iran" that "are operated by the Qods Force Department of External Special Operations." In response to questions from reporters, Bergner elaborated that the training camps "were not too far from Tehran" and that attendees included members of JAM and other militias. [1448] The proximity of the camps to Iran's capital support the conclusion that this training was a matter of official Iranian state policy.

Backed by the IRGC, Lebanese Hizballah also operated training camps in Lebanon and Iran to provide operational training to Iraqi Shia groups. These Hizballah camps helped Shia militants build skills in "weapons, bomb-making, intelligence, assassinations, and the [gamut] of skill sets." [1449] In November 2006, Gen. Michael Maples, then director of the Defense Intelligence Agency, stated the Iranian government has "been a link to Lebanese Hezbollah and have helped facilitate Hezbollah training inside of Iraq, but more importantly Jaysh al-Mahdi members going to Lebanon." [1450] The U.S. Department of State and Department of the Treasury have also confirmed that Iran provided training

---

[1445]    Adam Brookes, "Iranian Weapons 'Found in Iraq,'" BBC, August 9, 2005, http://news.bbc.co.uk/2/hi/middle_east/4136856.stm.

[1446] Michael Ware, "Inside Iran's Secret War for Iraq," *Time*, August 15, 2005.

[1447] Combating Terrorism Center at West Point, "Redacted Interrogation Report 027," Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-027-Summary.pdf.

[1448] Multi-National Force – Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.

[1449] Michel R. Gordon & Dexter Filkins, "Some Mahdi Army Fighters Trained with Hezbollah," *The New York Times,* November 28, 2006.

[1450] Ibid.

to JAM and Special Groups.[1451] The Treasury Department also indicated that Lebanese Hizballah played a role in supporting Kata'ib Hizballah.[1452]

Interrogation reports of interviews with captured Iraqi militants from 2007 to 2008 that were made public through West Point's Combating Terrorism Center further reveal systematic and organized pre-training travel procedures into Iran. I have reviewed these documents and cite to Felter and Fishman's conclusions when I believe them to be accurate synopses. Felter and Fishman report that "captured Iraqi militants in 2007 and 2008 recount taking numerous routes from their homes in Iraq to Iran…. Iraqis bound for Iran often converge in Amara and stay at designated JAM and SGC [Special Groups] safe houses where they are introduced to the other traveling militants and the guides will take them across the border."[1453]

During his time as the commander of Multi-National Force – Iraq, Gen. David Petraeus corroborated reports of Iranian training of JAM, and clarified that this training was having an "obvious operational impact" on U.S. forces.[1454]

*Safe Haven for Shia Militia Leaders and Fighters*. In addition to training Shia militias in its territory, Iran also offered safe haven to the leaders and fighters of many Shia militias. As the U.S. announced its plans for a surge of U.S. forces and arrested a high-profile Sadrist cleric, "many of those who believed they had made a name for themselves feared capture and fled Baghdad. Confirming this trend, reports reached MNF-I in late January [2007] that the Iranian Embassy had issued some 200 special passports to Shi'a militia members. Sadr himself secretly departed for Iran around this time."[1455] Muqtada would not return until 2011.

Abu Mahdi al-Muhandis, the leader of Kata'ib Hizballah, also fled to Iran after his role in the Kuwait Embassy bombings publicly surfaced. Abu Mustafa al-Sheibani also found safe haven in Iran from early 2008 to mid-2010.[1456] Muqtada al-Sadr, al-Muhandis, and al-Sheibani were not exceptional cases in this regard. From their perch in Iran, Shia militia leaders were able to launch attacks against U.S. forces in Iraq with little fear of being killed or captured. This safe haven likely emboldened these leaders to conduct more aggressive attacks than if they were in Iraq and thus more vulnerable to coalition raids. This safe haven also gave these leaders the ability to more closely coordinate with Iran.

---

[1451] U.S. Department of State, *Country Reports on Terrorism* (2006), https://2009-2017.state.gov/j/ct/rls/crt/2006/82736.htm; U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103711.htm; U.S. Department of State, *Country Reports on Terrorism* (2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; U.S. Department of State, *Country Reports on Terrorism* (2009); U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx.

[1452] U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

[1453] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and 'Other Means,'* (West Point, NY: Combatting Terrorism Center, 2008), p. 57.

[1454] Multi-National Force – Iraq "CDR Weekly SECDEF Updates from General David Petraeus, Commander of MNF-I to U.S. Secretary of Defense Robert Gates," June 3-9, 2007, p. 305.

[1455] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal*, (Carlisle Barracks, PA: United States Army War College Press, 2019) p. 77.

[1456] Bill Roggio, "Iran Sends Another Dangerous Shia Terror Commander Back to Iraq," *Long War Journal*, October 18, 2010.

*Iran's Financing of Shia Militias.* Iran provided substantial financial support to an array of Shia militias in Iraq. This funding comprised a significant portion of Iran's broader funding to myriad violent non-state actors across the Middle East, which likely exceeded $300 million annually from 2006-2009.[1457] Though observers have provided inconsistent estimates regarding the amount of funding that Iran provided to Shia militias, including to specific militant groups, these inconsistencies should not cast doubt on the overall conclusion that Iran was providing such support. The inconsistency in these estimates is likely connecting to three overarching factors, including the fact that Iranian support for various Shia militias has fluctuated over time. *Despite some inconsistencies in the estimates provided about overall levels of Iranian support for Shia militias in general, and for certain specific Shia militias, the conclusion that Iran provided significant support is consistent across observers and over time.*

One early journalistic account revealing Iran's funding for Shia militants in Iraq was "The Iran Connection," written by Edward T. Pound. Appearing in *U.S. News & World Report* in November 2004, Pound's report was based primarily on a review of "classified intelligence reports covering the period July 2003 through early 2004."[1458] Further, in a declassified August 2007 report, the U.S. Department of Defense concluded that Qais al-Khazali, AAH's leader, "has significant links to Iran" and that "this affiliation was used to procure weapons and funding for use by JAM and special groups against" Coalition forces.[1459] Accounts of Iranian funding have been verified by the recipients, including Qais al-Khazali.[1460] According to a 2009 report from the RAND Corporation, Iran may have provided Sadr with up to $80 million per month.[1461]

The U.S. government also concluded that Iran was funding Shia militias intent on attacking Coalition forces. According to Gen. Bergner in a mid-2007 press briefing, IRGC-QF was funneling between $750,000 to $3 million to the Special Groups each month, including money and equipment.[1462] This would mean that the IRGC-QF was funding the Special Groups at an annualized rate of $9 million to $36 million. In testimony before Congress, Gen. Petraeus described the Special Groups as "funded, trained, armed, and directed by Iran's Qods Force, with help from Lebanese Hizballah."[1463] A U.S. Army history of America's engagement in the Iraq war published in 2019 noted that in July 2003, Abu Mustafa al-Sheibani, the founder and leader of the Sheibani Network Special Group, "received $40 million from the Iranians to organize a logistics network that would funnel weapons to Shi'a

---

[1457] U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism,"; Testimony of Ambassador Jeffrey D. Feltman, Assistant Secretary of State for Near Eastern Affairs, and Ambassador Daniel Benjamin, Coordinator for Counterterrorism, Senate Foreign Relations Subcommittee on Near Eastern and South and Central Asian Affairs, June 8, 2010, https://www.foreign.senate.gov/imo/media/doc/060810%20Feltman-Benjamin%20Testimony.pdf; Frederic Wehrey et al., *Dangerous but not Omnipotent: Exploring the Reach and Limitations of Iranian Power in the Middle East* (Santa Monica, CA: RAND Corporation, 2009); U.S. Department of State, Office of the Coordinator for Counterterrorism, "Country Reports on Terrorism 2008," April 30, 2009, https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm.
[1458] Edward T. Pound, "The Iran Connection," *U.S. News & World Report*, November 22, 2004.
[1459] CENTCOM, *Tactical Interrogation Report*, (March 23, 2007), https://www.aei.org/wp-content/uploads/2018/08/TIR-4.pdf.
[1460] Michael R. Gordon & Ben Kesling, "Declassified Interrogation Reports Show How Much Iran Shaped Iraq War," *Washington Post*, August 30, 2018, https://www.wsj.com/articles/declassified-interrogation-reports-show-how-much-iran-shaped-iraq-war-1535621245.
[1461] Wehrey et al., *Dangerous but not Omnipotent*, p. 117.
[1462] Multi-National Force-Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.
[1463] Gen. David H. Petraeus, "Report to Congress on the Situation in Iraq," testimony before Congress, April 8-9, 2008.

militants."[1464] The U.S. State Department concurred with these assessments.[1465] Similarly, the U.S. Department of the Treasury has concluded that IRGC-QF funds Shia militia groups in Iraq.[1466] The Department indicated that Kata'ib Hizballah in particular was a recipient of Quds Force financing.[1467]

It is clear that Iran's substantial financial support for Shia militias in Iraq was designed to encourage and facilitate attacks on Coalition forces, such as those at issue in this case.

*Iran's Role in Planning Shia Militia Attacks.* There is evidence that the Iranian government played a direct role in jointly planning and jointly selecting targets, in coordination with Hizballah and Shia militants. One attack exemplifies this dynamic. AAH conducted a raid on the Karbala Provincial Joint Coordination Center (PJCC) in January 2007. The sophisticated raid killed five American soldiers. In the case *Fritz v. Islamic Republic of Iran*, a Court in this District accurately explained how the PJCC attackers were able to disguise themselves as insiders, which made the attackers uniquely effective.[1468] That operation displayed further sophisticated elements, including the attackers greeting their eventual victims and walking "toward the PJCC as though they were arriving for a meeting."[1469] The Karbala PJCC assault is described at length in the *Fritz* proceedings. Suffice to say that public statements from U.S. officials and U.S. government documents point to extensive Iranian involvement in jointly planning the attack.

Iran's role in helping plan operations in Iraq extends beyond that particularly infamous attack. Sanctions targeting IRGC-QF's Gen. Ahmad Foruzandeh specify that "in addition to providing financial and material support for attacks against Coalition Forces, Foruzandeh supplied a certain Shia militia group with a target for execution. On July 25, 2005, Foruzandeh held a meeting with representatives of Iraqi Hizballah and other Shia militia groups, calling upon them to continue liquidating all enemies of the Islamic revolution."[1470] Similarly, Gen. Petraeus condemned Iran for its role in helping plan a major assault by the Special Groups on the Green Zone in Baghdad that occurred in March 2008.[1471]

Thus, relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that given the nature, duration, and magnitude of Iranian material support to these specific Shia militant groups, Iran's assistance was essential to the formation, growth, and survival of these Shia militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support. Again, while I do not find that any Shia militant groups were likely responsible for the attacks considered, the presence of

---

[1464] Joel D. Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, PA: U.S. Army War College Press, January 2019), p. 65.

[1465] U.S. Department of State, *Country Reports on Terrorism* (2007); U.S. Department of State, *Country Reports on Terrorism* (2008); U.S. Department of State, *Country Reports on Terrorism* (2009).

[1466] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[1467] U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

[1468] *Fritz v. Islamic Republic of Iran*, 320 F.Supp.3d 48, 66 (D.D.C., 2018). As noted previously in this report, I served as an expert witness in the *Fritz* case.

[1469] Ibid.

[1470] U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency."

[1471] Melissa Cochrane, *Iraq Report Summer 2007 – Summer 2008: Special Groups Regenerate*, (Washington, DC: Institute for the Study of War, August 2008), p. 10, https://www.understandingwar.org/sites/default/files/reports/IraqReport11.pdf.

Shia militant groups in the areas of attacks that I examined does not lessen the likelihood of Iranian support for the attacks.