# **Exhibit 006**

## Exhibit 6 - Bellwether Attack Table

| Attack No. | Date | Province | Iranian Agent(s) | Attack Victim(s) | Bellwether Plaintiffs |
|---|---|---|---|---|---|
| **IED Attacks** | | | | | |
| 1 | July 7, 2004 | Saladin | AAI | PFC Nicholas Blodgett (KIA) | Rita Blodgett (Mother) |
| 2 | April 28, 2005 | Nineveh | Zarqawi org. | 1LT William Edens (KIA)<br>SPC Ricky Rockholt (KIA) | Christina Linden (Widow)<br>Jason Rockholt (Brother) |
| 3 | August 21, 2005 | Al Anbar | Zarqawi org. | Sgt. Adam Kisielewski (ret.) (WIA) | Sgt. Adam Kisielewski (ret.) (Self) |
| 4 | June 9, 2006 | Al Anbar | Zarqawi org. | LCpl. Brent Zoucha (KIA) | Rita Zoucha (Mother) |
| 5 | February 8, 2007 | Al Anbar | Zarqawi org. | SGT Ross Clevenger (KIA) | Brandon Clevenger (Brother) |
| 6 | February 11, 2007 | Al Anbar | Zarqawi org. | SGT Russell Kurtz (KIA) | Roger Kurtz (Father)<br>Stephanie Kurtz (Sister) |
| 7 | March 5, 2007 | Saladin | Zarqawi org. | SSG Justin Estes (KIA) | Norma Estes (Half-Sister) |
| 8 | April 7, 2007 | Diyala | Zarqawi org. | CPT Jonathan Grassbaugh (KIA)<br>PFC Rodney McCandless (KIA)<br>SPC Levi Hoover (KIA) | Patricia Grassbaugh (Mother) |
| 9 | May 28, 2007 | Diyala | Zarqawi org. | SPC James Summers (KIA)<br>SPC Zachary Baker (KIA)<br>1LT Kile West (KIA) | Michael Summers (Brother)<br>Nanette West (Mother)<br>Clark West (Father) |
| 10 | October 14, 2007 | Baghdad | Zarqawi org. | SFC Justin Monschke (KIA) | Patty Jett (Mother) |
| 11 | October 24, 2007 | Saladin | Zarqawi org. | SFC Robin Towns, Sr. | Shelia Towns (Widow) |
| 12 | January 9, 2008 | Diyala | Zarqawi org. | SSG Jonathan Dozier (KIA)<br>SGT Zachary McBride (KIA)<br>SFC Matthew Pionk (KIA) | Martha Cabe (Mother)<br>Sarah Lambert (Sister)<br>Duane Pionk (Father) |
| **Complex Attacks** | | | | | |
| 13 | April 9, 2004 | Baghdad | Zarqawi org. | SGT Elmer Krause (KIA)<br>Mr. Stephen Hulett (KIA)<br>Mr. Timothy Bell (KIA)<br>Mr. Tony Johnson (KIA)<br>Mr. Jack Montague (KIA) | Jonathan Krause (Son)<br>Gerald Krause (Brother)<br>Lisa Kaufman (Daughter)<br>Alexandria Parks (Stepdaughter)<br>Felicia Bell Carter (Sister)<br>Michael Bell (Brother) |

- 3 -

| Attack No. | Date | Province | Iranian Agent(s) | Attack Victim(s) | Bellwether Plaintiffs |
|---|---|---|---|---|---|
| 14 | April 11, 2004 | Babil | Zarqawi org. | SGM Michael Stack (KIA) | Milissa Wojtowicz (Daughter) <br> Virginia Maitland (Daughter) |
| 15 | June 12, 2007 | Diyala | Zarqawi org. | CPL Damon LeGrand (KIA) | Ashley LeGrand Rawlings (Widow) <br> K.L., a minor (Daughter) |
| 16 | January 28, 2008 | Nineveh | Zarqawi org. & AAI | SGT James Craig (KIA) <br> CPL Evan Marshall (KIA) <br> PV2 Joshua Young (KIA) | Kelly Inman (Sister) <br> Natalie Jackson (Widow) <br> Andrew Marshall (Father) <br> Sheila Marshall (Mother) <br> Brandi Yanez (Sister) |
| **Suicide Attacks** | | | | | |
| 17 | May 14, 2004 | Saladin | AAI | SGT James Harlan (KIA) | Tara Roberts (Daughter) |
| 18 | October 14, 2004 | Baghdad | Zarqawi org. | Mr. John Pinsonneault (KIA) | Jacob Kosky (Stepson) |
| 19 | December 21, 2004 | Nineveh | AAI | SSG Lynn Poulin (KIA) <br> SSG Julian Melo (KIA) <br> PVT Lionel Ayro (KIA) | Nancy Poulin (Sister) |
| 20 | December 9, 2005 | Baghdad | Zarqawi org. | SGT Adrian Orosco (KIA) | Noe Orosco, Sr. (Father) |
| 21 | April 10, 2009 | Nineveh | Zarqawi org. | CPL Jason Pautsch (KIA) <br> SSG Bryan Hall (KIA) <br> SGT Edward Forrest (KIA) <br> SSG Gary Woods (KIA) | Josef Pautsch (Brother) <br> Becky Johnson (Mother) |
| **Small Arms, Rocket-Propelled Grenade, and Anti-Aircraft Attacks** | | | | | |
| 22 | January 20, 2007 | Diyala | Zarqawi org. | CSM Marilyn Gabbard (KIA) | Marla Van Cannon (Sister) <br> Michael Van Cannon (Brother) |
| 23 | February 18, 2007 | Al Anbar | Zarqawi org. | PFC Kelly Youngblood (KIA) | Richard Gervasi II (Half-Brother) |
| **Indirect Fire Attacks** | | | | | |
| 24 | April 24, 2004 | Baghdad | AAI | CPT Arthur Felder (KIA) <br> SSG Billy Orton (KIA) | Cheryl Felder Stuart (Mother) <br> Manaser Orton (Adopted Son) |
| 25 | May 25, 2004 | Babil | Zarqawi org. | SGT Alan Bean (KIA) | Alan Bean, Sr. (Father) |