# **Exhibit 007**

## Exhibit 7 – Bellwether Plaintiffs Table

| Victim's Name | Plaintiff's Name | Relationship | Nationality/Citizenship | Exhibits |
|---|---|---|---|---|
| PFC Nicholas Blodgett | Rita Blodgett | Mother | United States | 33, 34 |
| 1LT William Edens | Christina Linden | Widow | United States | 39, 40 |
| SPC Ricky Rockholt | Jason Rockholt | Brother | United States | 41, 42 |
| Sgt. Adam Kisielewski (ret.) | Sgt. Adam Kisielewski (ret.) | Self | United States | 43, 44 |
| LCpl. Brent Zoucha | Rita Zoucha | Mother | United States | 47, 48 |
| SGT Ross Clevenger | Brandon Clevenger | Brother | United States | 53, 54 |
| SGT Russell Kurtz | Roger Kurtz | Father | United States | 55, 56 |
| SGT Russell Kurtz | Stephanie Kurtz | Sister | United States | 57, 58 |
| SSG Justin Estes | Norma Estes | Half-Sister | United States | 61, 62 |
| CPT Jonathan Grassbaugh | Patricia Grassbaugh | Mother | United States | 63, 64 |
| CPL James Summers | Michael Summers | Brother | United States | 65, 66 |
| 1LT Kile West | Nanette West | Mother | United States | 67, 68 |
| 1LT Kile West | Clark West | Father | United States | 69, 70 |
| SFC Justin Monschke | Patty Jett | Mother | United States | 75, 76 |
| SFC Robin Towns Sr. | Shelia Towns | Widow | United States | 77, 78 |
| SFC Jonathan Dozier | Martha Cabe | Mother | United States | 79, 80 |
| SGT Zachary McBride | Sarah Lambert | Sister | United States | 81, 82 |
| SFC Matthew Pionk | Duane Pionk | Father | United States | 83, 84 |
| SGT Elmer Krause | Jonathan Krause | Son | United States | 17, 18 |
| SGT Elmer Krause | Gerald Krause | Brother | United States | 19, 20 |

| | | | | |
|---|---|---|---|---|
| Mr. Stephen Hulett | Lisa Kaufman | Daughter | United States | 13, 14 |
| | Alexandria Parks | Step-Daughter | United States | 15, 16 |
| Mr. Timothy Bell | Felicia Bell Carter | Sister | United States | 9, 10 |
| | Michael Bell | Brother | United States | 11, 12 |
| SGM Michael Stack | Milissa Wojtowicz | Daughter | United States | 21, 22 |
| | Virginia Maitland | Daughter | United States | 23, 24 |
| CPL Damon LeGrand | Ashley LeGrand Rawlings | Widow | United States | 71, 72 |
| | K.L., a minor | Daughter | United States | 73, 74 |
| SGT James Craig | Kelly Inman | Sister | United States | 85, 86 |
| | Natalie Jackson | Widow | United States | 87, 88 |
| CPL Evan Marshall | Andrew Marshall | Father | United States | 89, 90 |
| | Sheila Marshall | Mother | United States | 91, 92 |
| PV2 Joshua Young | Brandi Yanez | Sister | United States | 93, 94 |
| SGT James Harlan | Tara Roberts | Daughter | United States | 29, 30 |
| Mr. John Pinsonneault | Jacob Kosky | Step-Son | United States | 35, 36 |
| SSG Lynn Poulin, Sr. | Nancy Poulin | Sister | United States | 37, 38 |
| SGT Arian Orosco | Noe Orosco, Sr. | Father | United States | 45, 46 |
| CPL Jason Pautsch | Josef Pautsch | Brother | United States | 95, 96 |
| SSG Gary Woods | Becky Johnson | Mother | United States | 97, 98 |
| CSM Marilyn Gabbard | Marla Van Cannon | Sister | United States | 49, 50 |
| | Michael Van Cannon | Brother | United States | 51, 52 |
| PFC Kelly Youngblood | Richard Gervasi II | Half-Brother | United States | 59, 60 |
| CPT Arthur Felder | Cheryl Felder Stuart | Mother | United States | 25, 26 |
| SSG Billy Orton | Manaser Orton | Adopted Son | United States | 27, 28 |
| SGT Alan Bean, Jr. | Alan Bean, Sr. | Father | United States | 31, 32 |