# **Exhibit 008**

## Exhibit 8 – Bellwether Damages Table

| Plaintiff (Relation to Victim) | Date of Attack | Pain and Suffering and/or Solatium Damages | Economic Damages | Prejudgment Interest Multiplier[1] | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages (distributed proportionally based on compensatory damages award) | Post-Judgment Interest |
|---|---|---|---|---|---|---|---|
| **Rita Blodgett (Mother)***[2] | 07/21/2004 | $10M | | 2.542489 | $25,424,890 | $1,104,594,438 (2x Total Compensatory Damages) | Yes |
| **Christina Linden (Spouse)** | 04/28/2005 | $10M | | 2.427981 | $24,279,810 | | |
| **Jason Rockholt (Brother)*** | 04/28/2005 | $3.125M | | 2.427981 | $7,587,441 | | |
| **Sgt. Adam Kisielewski (ret.) (Victim)*** | 08/21/2005 | $9M | $1,906,778 | 2.375123 (not applied to economic damages) | $23,282,885 | | |
| **Rita Zoucha (Mother)*** | 06/09/2006 | $6.25M | | 2.233076 | $13,956,725 | | |
| **Brandon Clevenger (Brother)** | 02/08/2007 | $2.5M | | 2.134175 | $5,335,438 | | |
| **Roger Kurtz (Father)** | 02/11/2007 | $5M | | 2.132959 | $10,664,795 | | |
| **Stephanie Kurtz (Sister)*** | 02/11/2007 | $3.125M | | 2.132959 | $6,665,497 | | |
| **Norma Estes (Half-Sister)*** | 03/05/2007 | $3.75M | | 2.123237 | $7,962,139 | | |
| **Patricia Grassbaugh (Mother)** | 04/07/2007 | $5M | | 2.110275 | $10,551,375 | | |

---

[1] The prejudgment interest multiplier was calculated using the method outlined in *Ewan v. Islamic Republic of Iran,* 466 F. Supp. 3d 236, 251 (D.D.C. 2020), as well as an estimated judgment date of July 1, 2024. Ex. 101, Monthly interest rates dating back to 2004, were found online, through the Federal Reserve at https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15 (last visited October 18, 2023).

[2] Plaintiffs identified with an asterisk seek upward departures in their damages awards.

- 2 -

## Exhibit 8 – Bellwether Damages Table

| Plaintiff (Relation to Victim) | Date of Attack | Pain and Suffering and/or Solatium Damages | Economic Damages | Prejudgment Interest Multiplier[1] | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages (distributed proportionally based on compensatory damages award) | Post-Judgment Interest |
|---|---|---|---|---|---|---|---|
| **Michael Summers (Half-Brother)*** | 05/28/2007 | $3.125M | | 2.089616 | $6,530,050 | | |
| **Nanette West (Mother)*** | 05/28/2007 | $7.5M | | 2.089616 | $15,672,120 | | |
| **Clark West (Father)** | 05/28/2007 | $5M | | 2.089616 | $10,448,080 | | |
| **Patty Jett (Mother)*** | 10/14/2007 | $7.5M | | 2.034525 | $15,258,938 | | |
| **Shelia Towns (Spouse)** | 10/24/2007 | $9M | | 2.030474 | $18,274,266 | | |
| **Martha Cabe (Mother)*** | 01/09/2008 | $6.25M | | 2.006513 | $12,540,706 | | |
| **Sarah Lambert (Sister)** | 01/09/2008 | $2.5M | | 2.006513 | $5,016,283 | | |
| **Duane Pionk (Father)** | 01/09/2008 | $5M | | 2.006513 | $10,032,565 | | |
| **Jonathan Krause (Son)** | 04/09/2004 | $5M | | 2.57953 | $12,897,650 | | |
| **Gerald Krause (Brother/Functional Equivalent of Father)*** | 04/09/2004 | $5M | | 2.57953 | $12,897,650 | | |
| **Lisa Kaufman (Daughter)*** | 04/09/2004 | $10M | | 2.57953 | $25,795,300 | | |
| **Alexandria Parks (Stepdaughter)** | 04/09/2004 | $5M | | 2.57953 | $12,897,650 | | |
| **Felicia Bell Carter (Sister)** | 04/09/2004 | $2.5M | | 2.57953 | $6,448,825 | | |

## Exhibit 8 – Bellwether Damages Table

| Plaintiff (Relation to Victim) | Date of Attack | Pain and Suffering and/or Solatium Damages | Economic Damages | Prejudgment Interest Multiplier[1] | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages (distributed proportionally based on compensatory damages award) | Post-Judgment Interest |
|---|---|---|---|---|---|---|---|
| **Michael Bell (Brother)** | 04/09/2004 | $2.5M | | 2.57953 | $6,448,825 | | |
| **Milissa Wojtowicz (Daughter)*** | 04/11/2004 | $7.5M | | 2.578804 | $19,341,030 | | |
| **Virginia Maitland (Daughter)** | 04/11/2004 | $5M | | 2.578804 | $12,894,020 | | |
| **Ashley LeGrand Rawlings (Spouse)** | 06/12/2007 | $12M | | 2.083945 | $25,007,340 | | |
| **K.L., a minor (Daughter)** | 06/12/2007 | $5M | | 2.083945 | $10,419,725 | | |
| **Kelly Inman (Sister)*** | 01/28/2008 | $3.125M | | 2.003173 | $6,259,916 | | |
| **Natalie Jackson (Spouse)** | 01/28/2008 | $11M | | 2.003173 | $22,034,903 | | |
| **Andrew Marshall (Father)** | 01/28/2008 | $5M | | 2.003173 | $10,015,865 | | |
| **Sheila Marshall (Mother)** | 01/28/2008 | $5M | | 2.003173 | $10,015,865 | | |
| **Brandi Yanez (Sister)*** | 01/28/2008 | $3.75M | | 2.003173 | $7,511,899 | | |
| **Tara Roberts (Daughter)** | 05/14/2004 | $5M | | 2.56682 | $12,834,100 | | |
| **Jacob Kosky (Stepson)** | 10/14/2004 | $5M | | 2.512347 | $12,561,735 | | |
| **Nancy Poulin (Sister)** | 12/21/2004 | $2.5M | | 2.487388 | $6,218,470 | | |
| **Noe Orosco, Sr. (Father)** | 12/09/2005 | $5M | | 2.324603 | $11,623,015 | | |

- 3 -

## Exhibit 8 – Bellwether Damages Table

| Plaintiff (Relation to Victim) | Date of Attack | Pain and Suffering and/or Solatium Damages | Economic Damages | Prejudgment Interest Multiplier[1] | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages (distributed proportionally based on compensatory damages award) | Post-Judgment Interest |
|---|---|---|---|---|---|---|---|
| **Josef Pautsch (Brother)** | 04/10/2009 | $2.5M | | 1.927884 | $4,819,710 | | |
| **Becky Johnson (Mother)*** | 04/10/2009 | $6.25M | | 1.927884 | $12,049,275 | | |
| **Marla Van Cannon (Sister)*** | 01/20/2007 | $3.75M | | 2.141466 | $8,030,498 | | |
| **Michael Van Cannon (Brother)*** | 01/20/2007 | $3.125M | | 2.141466 | $6,692,081 | | |
| **Richard Gervasi II (Half-Brother)** | 02/18/2007 | $2.5M | | 2.130124 | $5,325,310 | | |
| **Cheryl Felder Stuart (Mother)** | 04/24/2004 | $5M | | 2.574083 | $12,870,415 | | |
| **Manaser Orton (Adopted Son)*** | 04/24/2004 | $6.25M | | 2.574083 | $16,088,019 | | |
| **Alan Bean, Sr. (Father)** | 05/25/2004 | $5M | | 2.562825 | $12,814,125 | | |
| **Total Compensatory Damages Awards:** | | **$242,875,000** | **$1,906,778** | | **$552,297,219** | | |