# Exhibit 009

**FILED UNDER SEAL**