# Exhibit 010

# FILED UNDER SEAL