# Exhibit 011

# FILED UNDER SEAL