# Exhibit 012

**FILED UNDER SEAL**