# Exhibit 013

## FILED UNDER SEAL