# Exhibit 014

# FILED UNDER SEAL