# Exhibit 015

**FILED UNDER SEAL**