# Exhibit 016

**FILED UNDER SEAL**