# Exhibit 017

# FILED UNDER SEAL