# Exhibit 018

**FILED UNDER SEAL**