# Exhibit 019

# FILED UNDER SEAL