# Exhibit 020

# FILED UNDER SEAL