# Exhibit 021

# FILED UNDER SEAL