# Exhibit 022

# FILED UNDER SEAL