## Exhibit 023

**FILED UNDER SEAL**