# Exhibit 024

**FILED UNDER SEAL**