# Exhibit 025

## FILED UNDER SEAL