# Exhibit 026

# FILED UNDER SEAL