# Exhibit 027

# FILED UNDER SEAL