# Exhibit 028

**FILED UNDER SEAL**