# Exhibit 029

**FILED UNDER SEAL**