# Exhibit 030

# FILED UNDER SEAL