# Exhibit 031

**FILED UNDER SEAL**