# Exhibit 032

# FILED UNDER SEAL