# Exhibit 033

**FILED UNDER SEAL**