# Exhibit 034

**FILED UNDER SEAL**