# Exhibit 035

**FILED UNDER SEAL**