# Exhibit 036

# FILED UNDER SEAL