# Exhibit 037

**FILED UNDER SEAL**