# Exhibit 038

## FILED UNDER SEAL