# Exhibit 039

**FILED UNDER SEAL**