# Exhibit 040

## FILED UNDER SEAL