# Exhibit 041

# FILED UNDER SEAL