# Exhibit 042

# FILED UNDER SEAL