# Exhibit 043

**FILED UNDER SEAL**