# Exhibit 044

# FILED UNDER SEAL