# Exhibit 045

# FILED UNDER SEAL