# Exhibit 046

# FILED UNDER SEAL