# Exhibit 047

# FILED UNDER SEAL