# Exhibit 048

## FILED UNDER SEAL