# Exhibit 049

# FILED UNDER SEAL