# Exhibit 050

## FILED UNDER SEAL