# Exhibit 051

**FILED UNDER SEAL**