# Exhibit 052

**FILED UNDER SEAL**