# <u>Exhibit 053</u>

# FILED UNDER SEAL