# Exhibit 054

# FILED UNDER SEAL