# Exhibit 055

# FILED UNDER SEAL