# Exhibit 056

# FILED UNDER SEAL