# Exhibit 057

**FILED UNDER SEAL**