# Exhibit 058

**FILED UNDER SEAL**