# Exhibit 059

# FILED UNDER SEAL