# Exhibit 060

**FILED UNDER SEAL**