# Exhibit 061

# FILED UNDER SEAL