# Exhibit 062

# FILED UNDER SEAL