# <u>Exhibit 063</u>

**FILED UNDER SEAL**