# Exhibit 064

# FILED UNDER SEAL