# Exhibit 065

**FILED UNDER SEAL**