# <u>Exhibit 066</u>

# FILED UNDER SEAL