# <u>Exhibit 067</u>

# FILED UNDER SEAL