# Exhibit 068

# FILED UNDER SEAL