# Exhibit 069

## FILED UNDER SEAL