# Exhibit 070

# FILED UNDER SEAL