# Exhibit 071

**FILED UNDER SEAL**