# Exhibit 072

**FILED UNDER SEAL**