# Exhibit 073

**FILED UNDER SEAL**