# Exhibit 074

**FILED UNDER SEAL**