# <u>Exhibit 075</u>

# FILED UNDER SEAL