# Exhibit 076

# FILED UNDER SEAL