# Exhibit 077

# FILED UNDER SEAL