# Exhibit 078

# FILED UNDER SEAL