# Exhibit 079

**FILED UNDER SEAL**