# Exhibit 080

# FILED UNDER SEAL