# <u>Exhibit 081</u>

# FILED UNDER SEAL