# Exhibit 082

# FILED UNDER SEAL