# <u>Exhibit 083</u>

# FILED UNDER SEAL