# Exhibit 084

# FILED UNDER SEAL