# Exhibit 085

**FILED UNDER SEAL**