# <u>Exhibit 086</u>

# FILED UNDER SEAL