# Exhibit 087

# FILED UNDER SEAL