# Exhibit 088

# FILED UNDER SEAL