# Exhibit 089

# FILED UNDER SEAL