# Exhibit 090

# FILED UNDER SEAL