# Exhibit 091

# FILED UNDER SEAL