# Exhibit 092

# FILED UNDER SEAL