# Exhibit 093

**FILED UNDER SEAL**