# Exhibit 094

# FILED UNDER SEAL