# Exhibit 095

# FILED UNDER SEAL