# <u>Exhibit 096</u>

# FILED UNDER SEAL