# Exhibit 097

**FILED UNDER SEAL**