# Exhibit 098

**FILED UNDER SEAL**