# **Exhibit 99**

An official website of the United States Government Here's how you know

# State Sponsors of Terrorism

BUREAU OF COUNTERTERRORISM

Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism are designated pursuant to three laws: section1754(c) of the National Defense Authorization Act for Fiscal Year 2019, section 40 of the Arms Export Control Act, and section 620A of the Foreign Assistance Act of 1961). Taken together, the four main categories of sanctions resulting from designation under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: Cuba, the Democratic People's Republic of Korea (North Korea), Iran, and Syria.

| Country | Designation Date |
| --- | --- |
| Cuba | January 12, 2021 |
| Democratic People's Republic of Korea (North Korea) | November 20, 2017 |
| Iran | January 19, 1984 |
| Syria | December 29, 1979 |

For more details about State Sponsors of Terrorism, see "Overview of State Sponsored Terrorism" in Country Reports on Terrorism.

TAGS

Bureau of Counterterrorism    Countering Violent Extremism    Counterterrorism    Terrorism

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act