# **Exhibit 100**

# Foreign Sovereign Immunities Act

**DISCLAIMER:**

The information relating to the legal requirements of specific foreign countries is provided for general information only and may not be totally accurate in a particular case. Questions involving interpretation of specific foreign laws should be addressed to foreign attorneys. This circular seeks only to provide information; it is not an opinion on any aspect of U.S., foreign, or international law. The U.S. Department of State does not intend by the contents of this circular to take a position on any aspect of any pending litigation.

ALL **+**/**−**

What is the role of the Department of State to assist in effecting service on a foreign government?

What is the Foreign Sovereign Immunities Act?

What is the restrictive theory of sovereign immunity?

What are the general exceptions to the jurisdictional immunity of a foreign state?

What is the difference between a foreign state, political subdivision, agency or instrumentality?

Is there a hierarchical order in which service must be attempted on a foreign state under the Act?

Are the methods described in section 1608(a) exclusive? Can't I just serve the foreign embassy or mission to the United Nations?

How much time does the foreign state have to reply once service has been effected?

Do I have to have documents translated?

How do I effect service on a foreign state or political subdivision?

What is a Notice of Suit?

How should a request for service under Section 1608(a)(4) be transmitted to the State Department?

What is Proof of service via the diplomatic

What is Proof of Service via the diplomatic channel under Section 1608(a)(4)?

How do I effect service on a foreign state with which the United States does not have diplomatic relations?

How do I effect service on an agency or instrumentality of a foreign state (28 U.S.C. 1608(b)?

How do I effect service of a default judgment or other documents?

Section 1608(e) provides that once a default judgment has been entered, a copy shall be sent to the foreign state according to the methods set forth in section (a) and (b) of the Act. A "Notice of Default Judgment" shall be prepared utilizing the format prescribed in the Annex to 22 CFR 93.2. As a practical matter, if service has been attempted in accordance with the hierarchical methods set forth in Section 1608(a) in the initial phase of the action (service of the summons, complaint, and notice of suit) without success, necessitating service under Section 1608(a)(4) through the diplomatic channel, when service of a default judgment on the Foreign State becomes necessary, plaintiffs may transmit the request for service through the diplomatic channel to the Department of State, without repeating efforts at service under Section 1608(a)(1)-1608(a)(3).

Can I serve other documents through the diplomatic channel?

How many copies are required?

Are there any fees associated with a service requested under the Act?

Last Updated: June 1, 2023