# **Exhibit 101**

Case 1:21-cv-01808-RDM Document 41-101   Filed 12/13/23   Page 2 of 3

 # Data Download Program

## Choose a package  Learn more

H.15 Selected Interest Rates - last released Thursday, November 16, 2023

 **RSS** ❗ Help

Either build your own custom data package **OR** select a preformatted data package.

### Build your package

☑ Select your data

⬇

🗓️ Choose format and date range

⬇

⬇ Download file

Build package

### Select a preformatted data package

- ⦿ Treasury Constant Maturities [csv, All Observations, 935.8 KB ]
- ◯ Weekly Averages (Fed Funds, Prime and Discount rates) [csv, Last 52 Obs, 1.9 KB ]
- ◯ Weekly Averages [csv, Last 52 Obs, 11.6 KB ]
- ◯ Monthly Averages [csv, Last 12 Obs, 6.5 KB ]

Go to download    Format package

Download all H15 data as a single XML file [SDMX/ZIP, 65.1 MB]
Obtain PKZip software ⬏

## Announcements

### Correction to Treasury rates for Wednesday, September 13, 2023
*2023-09-14*

U.S. government securities rates sourced from the U.S. Department of the Treasury with an as-of date of September 12, 2023, were inadvertently omitted on the H.15 published on Wednesday,

Case 1:21-cv-01808-RDM   Document 41-101   Filed 12/13/23   Page 3 of 3

September 13, 2023. The missing values were updated on Thursday, September 14, 2023.

All Announcements