# **Exhibit 102**

Classification: UNCLASSIFIED
Caveats: ~~FOUO~~

```
***************************************************************
******************** CASUALTY REPORT *******************
***************************************************************
```

(01) Report Type:  INIT

(02) Casualty Type:  HOSTILE

(03) Casualty Status:  VSI (VERY SERIOUSLY INJURED)

(04) Report Number:  05 08925

(06A) Mult. Casualty Code:  05 801

(07) Category:  MILITARY/

(08) SSN(New/Old):  [(b)(6)]

(09) Name(Last/First/Middle/Sfx):  KISIELEWSKI/ADAM/C/

(11) Date/Place of Birth:  [(b)(6)] //

(12) Rank:  CPL

(13) Service/Component:  U ITED STATES MARINE CORPS/REGULAR

(14) Organization/Station:  G/ 2 2 MAR BN RCT 8/ 2 MAR DIV (2 MEF) {T22MAR}

(15) Duty MOS/AFSC: 0 11

(25) Home of Record:  WI/

(31) Veh cular Involvement: NONE

(35) Duty  tatus: PRESENT FOR DUTY//

(36) Date/time of Incident: 20050821/0905//

(37) Place of Incident: AL KARMAH//IZ

(39) Circumstances: Marine was conducting combat operations in Al Karmah when an IED explosion occurred.  Marine sustained shrapnel wounds to the lower right leg, upper left arm, and left leg. Marine was medevaced to Fallujah Surgical and

treated. Marine was wearing the new Kevlar helmet, IBA w/2 SAPI plates, ballistic goggles, and throat and groin protection.

(40) Inflicting Force: ENEMY FORCES

(41) Diagnosis: Marine sustained shrapnel wounds to the lower right leg, upper left arm, and left leg.

(42) Place Hospitalized: Fallujah Surgical/Fallujah//IZ

(50) Training Related: YES

(61) Additional Remarks: DCIPS prepared by [(b)(3)130b, (b)(6)]

(70) Software Version: DCIPS Forward - Version 3.4B;  DB - Ver ion 2.0A

Supp. Item(s): 10, 25, 30, 44,


~~FOR OFFICIAL USE ONLY~~


Classification: UNCLASSIFIED
Caveats: ~~FOUO~~