**<u>Exhibit 105</u>**

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|
| | 1. REPORT TYPE<br>Final | 2. DATE PREPARED<br>20 Aug 2012 |

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix)<br>Zoucha, Brent Basil | b. SOCIAL SECURITY NO.<br>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 | c. RANK<br>LCpl | d. PAY GRADE<br>E-3 | e. OCCUPATIONAL CODE/ RATING<br>0341 |
|---|---|---|---|---|

| f. COMPONENT<br>Regular | g. BRANCH<br>USMC | h. ORGANIZATION<br>Wpns Co, 1stBn, 7thMar (RCT-7, I MEF Fwd) 1st MarDiv, Twentynine Palms, CA |
|---|---|---|

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Killed In Action | d. DATE OF CASUALTY<br>09 Jun 2006 | e. PLACE OF CASUALTY<br>Al Qaim, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action: Result of blunt force injuries received from an explosion while the gunner of a HMMWV that was struck by a land mine while conducting combat operations.

| g. DUTY STATUS<br>Active Duty/ On Duty | h. BODY RECOVERED<br>Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>26 Aug 1986 | b. PLACE OF BIRTH<br>Central City, NE | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|

| d. RACE<br>White | | |
|---|---|---|

| e. ETHNICITY<br>Other | f. SEX<br>Male |
|---|---|

g. RELIGIOUS PREFERENCE
Roman Catholic Church

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>MEPS Omaha, NE | b. DATE OF ENTRY<br>13 Jun 2005 | c. HOME OF RECORD AT TIME OF ENTRY<br>Clarks, NE |
|---|---|---|

7. INTERESTED PERSONS/REMARKS (Name, Address, and Relationship) (Continue on separate sheet, if necessary)

WAR ON TERRORISM / OPERATION IRAQI FREEDOM
(b) (6)

**** End of Interested Persons ****

Item 4f changed.

FOOTNOTES: 1 Primary next-of-kin.
2 Beneficiary(ies) for death gratuity - as designated on record of emergency data.
3 Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>DD Form 2064 Certificate of Death (Overseas) | b. DATE RECEIVED<br>8 Aug 2012 |
|---|---|

| 9. DISTRIBUTION<br>OSGLI, DFAS-KC, VA (Report # 169-06) | 10. SIGNATURE ELEMENT (b)(6)<br>By direction of the Commandant |
|---|---|

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD FORM 1300, FEB 2011    PREVIOUS EDITION MAY BE USED.    Adobe Professional 8.0