# **Exhibit 106**

~~SECRET//REL USA, MCF-I//~~ DECLASSIFIED

| MNF-W | 20060610 | FROM: | 092100CJUN06 | TO: | 102100CJUN06 |
|---|---|---|---|---|---|

| ENEMY SITUATION AND ASSESSMENT |
|---|
| **LAST 24 HOURS** |
| **AO DENVER**<br>ON 09 JUNE THERE WERE 8 REPORTED INCIDENTS: 4 IED ATTACKS, 3 IED'S FOUND AND 1 DF ATTACK.<br><br>(b)(6) A RELIABLE SOURCE STATED THAT A GROUP OF INSURGENT FORCES FROM AN UNKNOWN GROUP ARE PLANNING A FULL SCALE ATTACK AGAINST COALITION FORCES IN THE ANAH AREA. THERE ARE APPROXIMATELY FIFTY PERSONNEL USING THE TEXTILE FACTORY IN SOUTHEAST ANAH AS A BASE OF OPERATIONS. THE INSURGENTS HAVE UNSPECIFIED HEAVY WEAPONS, ROCKET PROPELLED GRENADE (RPG) LAUNCHERS, AND POSSIBLY VEHICLE MOUNTED 122MM MULTIPLE ROCKET LAUNCHERS.<br><br>**AO TOPEKA**<br>ON 09 JUNE THERE WERE 20 REPORTED INCIDENTS: 2 IED ATTACKS, 4 IED'S FOUND, 10 DF ATTACKS, AND 4 IDF ATTACKS.<br><br>(b)(6) A SOURCE WHO HAS REPORTED FOR 2 MONTHS STATED THAT RANDOM COALITION FORCE'S OBSERVATION POSTS ARE HAVING POSITIVE EFFECTS BY DETERRING INSURGENTS AND ESTABLISHING SECURITY THROUGHOUT RAMADI. COALITION FORCES ARE SETTING UP RANDOM OBSERVATION POSTS IN HISTORICALLY HIGH RISK AREAS OF RAMADI. THE OBSERVATION POSTS ARE ESTABLISHED IN DIFFERENT AREAS EACH TIME AND ARE LIMITING ACCESS FOR INSURGENTS ATTEMPTING TO MANEUVER THROUGHOUT RAMADI. OVERALL, LOCAL RESIDENTS ARE CONTENT WITH COALITION FORCES OPERATING THROUGHOUT THE AREA AND WELCOME THEM INTO THEIR HOMES. INSURGENT ACTIVITY HAS SIGNIFICANTLY DECREASED WHILE SECURITY HAS GENERALLY INCREASED IN THESE AREAS WITHIN THE PAST TWO WEEKS.<br><br>**AO RALEIGH**<br>ON 09 JUNE THERE WERE 22 REPORTED INCIDENTS: 6 IED ATTACKS, 4 IED'S FOUND, 2 MINES FOUND, AND 10 DF ATTACKS.<br><br>-NO SIGNIFICANT REPORTING FOR THE PAST 24 HOURS. |
| **NEXT 24 HOURS** |
| **AO DENVER**<br>**MNF-W G-2 ASSESSMENT (24-48 HOURS):** ALL SOURCE REPORTING INDICATES THE MOVEMENT OF CIVILIANS, FAMILIES, AND OTHERS FROM RAMADI TO DIFFERENT CITIES IN AO DENVER. IT IS LIKELY THAT SOME INSURGENTS FROM RAMADI HAVE INTEGRATED INTO THE RELOCATED CIVILIANS. THIS WILL LIKELY LEAD TO A SLIGHT INCREASE IN THE INSURGENTS' OP TEMPO AND ATTACKS; MOSTLY IED'S AND IDF AS NEWLY ARRIVED INSURGENTS ARE INCORPORATED INTO PRE-EXISTING GROUPS. THE HIT-HADITHAH CORRIDOR, RUTBAH, AND OTHER CITIES IN THE WERV ARE THE LIKELY DESTINATION OF INSURGENTS AND LOCALS. ADDITIONALLY, AN INCREASED M&I CAMPAIGN IS REFLECTED IN HET REPORTING, SPECIFICALLY AGAINST IP'S AND POTENTIAL IP RECRUITS. INSURGENTS ARE ALSO BEGINNING TO REACT TO THE INCREASE IN COALITION OPERATIONS BY CONDUCTING A MORE VIGOROUS IO CAMPAIGN. COALITION FORCES CAN ANTICIPATE INSURGENT IO ACTIVITIES TO INCREASE THROUGHOUT THE AO.<br><br>**AO TOPEKA**<br>**MNF-W G-2 ASSESSMENT (24-48 HOURS):** ALL HISTORICAL REPORTING SUGGESTS THAT RAMADI IS A KEY CITY FOR AQIZ OPERATIONS AND WAS A STRATEGIC BATTLE BEING FOUGHT BY AMZ BEFORE HIS DEATH. THE MOST INFLUENTIAL INSURGENT GROUP IN RAMADI HAS FACED MANY SETBACKS OVER THE LAST FEW WEEKS; FROM THE DEATH OF THEIR LEADER AMZ, TO THE REDUCED FREEDOM OF MOVEMENT BECAUSE OF THE EMPLACEMENT OF ECP 8 AND OTHER OP'S AROUND THE CITY. ALTHOUGH THESE SETBACKS HAVE BEEN SIGNIFICANT, THE INSURGENCY HAS DEMONSTRATED EXTRAORDINARY RESILIENCE IN ITS ABILITY TO CONTINUE ATTACKS IN A CITY WITH AN INCREASED MNF PRESENCE. IT IS LIKELY THAT MANY OF THE REMAINING |

INSURGENTS ARE MORE FANATICAL. THEREFORE, COMBINED ARMS DIRECT FIRE ENGAGEMENTS WITH MORE COMPLEXITY AND COORDINATION IS ANTICIPATED. THERE IS ALSO A LIKELIHOOD OF INCREASED SUICIDE ATTACKS AS INSURGENTS FEEL INCREASED PRESSURE FROM CF OPERATIONS. THERE WILL ALSO BE A CONTINUED INCREASE IN THE MURDER AND INTIMIDATION (M/I) CAMPAIGN AGAINST LOCALS, INCLUDING IRAQI GOVERNMENT EMPLOYEES, AS THE INSURGENTS SEEK TO MAINTAIN THEIR PERCEIVED CONTROL OVER THE POPULACE; THIS WILL ALSO INCLUDE A STEPPED-UP IO CAMPAIGN. THE M/I CAMPAIGN HAS SHOWN TO BE A FORCE MULTIPLIER FOR THE INSURGENCY WHEN THEIR CAPABILITIES APPEAR DIMINISHED.

**AO RALEIGH**
**MNF-W G-2 ASSESSMENT (24-48 HOURS):** MNF-W CAN ANTICIPATE STAND-OFF ATTACKS (SAF, RPG, AND IED) AGAINST PATROLS AND MOBILE ELEMENTS IN AO RALEIGH. THESE ATTACKS WILL MOST LIKELY BE AGAINST TARGETS OF OPPORTUNITY AND WITH LITTLE EMPHASIS ON SUSTAINED ATTACKS. AIF WILL CONTINUE TO CONDUCT IDF ATTACKS AGAINST MNF-W STATIC POSITIONS. INSURGENT GROUPS IN RALEIGH HAVE AN OP CYCLE WHICH IS SPORADIC AND LOOSELY COORDINATED WHEN COMPARED TO GROUPS IN AO ATLANTA; HOWEVER, THE THREAT OF INSURGENT GROUPS JOINING TOGETHER TO CONDUCT INFREQUENT LARGE-SCALE COORDINATED ATTACKS EXISTS, AS DEMONSTRATED AGAINST THE CMOC IN FALLUJAH ON 18 MAY.

**COMPANY AND ABOVE OPS**

| COMPANY(S) | IA ONLY/ COMBINED/ CF ONLY | TYPE OF OPN | CENTER GRID | CITY |
|---|---|---|---|---|
| INDIA 3/3 | COMBINED | CORDON AND SEARCH/ CACHE SWEEPS | 38S KC 578 804 | HADITHAH |
| KILO 3/3 | COMBINED | CORDON AND SEARCH/ CACHE SWEEPS | 38S KC 568 751 | HAQLANIYAH |
| LIMA 3/3 | COMBINED | CORDON AND SEARCH/ CACHE SWEEPS | 38S KC 587 756 | BARWANAH |
| WPNS 3/3 | COMBINED | CORDON AND SEARCH/ CACHE SWEEPS | 38S KC 715 527 | BAGHDADI |
| GATOR 3/3 | CF ONLY | CORDON AND SEARCH/ CACHE SWEEPS | 38S KC 824 530 | DULAB |
| TF 1-506 STEELHORSE STAMPEDE | COMBINED | CLEARENCE IN ZONE | 38S LC 43720 99488 | AR RAMADI |
| TF 1-37 TF DAGGER | CF ONLY | ROUTE CLEARANCE | 38S LB 43986 00169 | AR RAMADI |

**AO DENVER**

**RCT-7** THE MAIN EFFORT OF THIS REGIMENT REMAINS IA/IP INTEGRATION AND DEVELOPMENT. CONTINUED TO TRACK THE IRAQI REPUBLIC RAILROAD (IRR) CONTRACTOR WORK FROM BAYJI TO HAQLANIYAH IN TF 3/3'S AO. SCREENED 250 IP RECRUITS IN BAGHDADI, TAL ASWAD AND KUBAYSAH. PARTNERED WITH ISF MARSHALS TRANSPORTING IP RECRUITS. TF DAGGER SUPPORTS IP RECRUIT MOVEMENT. 3RD AA BN DETAINED (2) MAMS ON HVI LIST DURING SVCP SE OF BAGHDADI. 3D AABN DISCOVERED (2) CORPSES DURING PATROL SE OF BAGHDADI.

**RUTBAH**

**3RD LAR BN AND PLT FROM 3-7 IA** CONDUCTED COMBINED INTERDICTION OPS AND IA/IP TRAINING. CONDUCTED DAY AND NIGHT, SECURITY PATROLS IVO CKV. CONDUCTED OVERWATCH IVO MSR MOBILE. CONDUCTED COMBINED SECURITY PATROLS WITHIN AR RUTBAH. CONDUCTED ENDURING TASKS AT POE WALEED AND POE TREBIL. 3D LAR AND 3/7 IA DETAINED (1) MAM FOR SUSPECTED

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

Approved for Release

INSURGENT ACTIVITY DURING SECURITY OPS E OF RUTBAH.  C 1/10 DETAINED (1) MAM WITH FALSE PASSPORT AT POE WALID.  DISCOVERD CACHE DURING PATROL W OF CAMP KOREAN VILLAGE.  RECOVERED (13) 90MM HEAT PROJECTILES, (14) 90MM APHE PROJECTILES, (7) 90MM HE PROJECTILES, (11) 122MM HE PROJECTILES, (2) 82MM HE MORTARS, AND (3) 60MM HE MORTARS.  DETAINED (1) MAM ON BOLO LIST DURING TCP OPS NW OF RUTBAH.

**1ST FORCE RECON COMPANY (-)** CONTINUED PLANNING COIN OPS ISO RCT-7 AND CARNIVORE.  PREPARES TO CONDUCT RAID TO CAPTURE HVI NE OF AL ASAD.  DETAINED (1) MAM FOR SUSPECTED INSURGENT ACTIVITY DURING RAID N OF BAGHDADI.

## AL QAIM- RAWAH

**1/7 AND 3-7 IA BDE** CONDUCTED COMBINED COIN OPS IN ZONE.  CONTINUED IA SMALL UNIT TRNG. CONDUCTED SECURITY PATROLS FROM UBAYDI TO ZELLA, VCP OPERATIONS, AND RTE SECURITY ALONG MSR BRONZE TO INTERDICT IED EMPLACERS. FOCUSED OPS IN NEW UBAYDI IOT DISRUPT PLANNED INSURGENT ATTACKS. CONTINUED SECURITY PATROLS AND CLEARING OPS IN HUSAYBAH. CONDUCTED SECURITY PATROLS, VCP OPERATIONS, FERRY OVER WATCH AT GOLDEN GATE.  ATTACKED WITH IED DURING PATROL NE OF HUSAYBAH:  (3) FKIA; (1) FWIA; (1) M1114 DESTROYED.  DETAINED (13) MAMS FOR SUSPECTED INSURGENT ACTIVITY DURING PATROL NE OF KARABILAH.  NBI WHILE WALKING IN HUSAYBAH.

**4-14 CAV AND 2-7 IA** CONDUCTED COMBINED PATROLS AND CONTINUED IA/IP TRAINING. CONDUCTED COMBINED PATROLS IN REYANNAH. CONDUCTED NAMED AREA OF INTEREST OVERWATCH FROM THE ANAH MUNICIPAL BUILDING AND CONDUCTED CURFEW ENFORCEMENT IN ANAH.  CONDUCTED RTE CLEARANCE ON MSR BRONZE EAST OF RAWAH AND RTES IN ANAH.  DETAINED (3) MAMS ON TARGET LIST DURING PATROL IN ANAH.  3-2/7 IA DETAINED (4) MAMS ON TARGET LIST DURING TCP OPS S OF RAWAH.

## HADITHAH

**3/3 AND 2-2-7 IA** CONTINUED PARTNERED COIN OPERATIONS AND IA TRAINING IN ZONE IOT IMPROVE THE CAPABILITIES OF IA. CONTINUED SYNCHRONIZED COMPANY CORDON & SEARCH OPS AND CACHE SWEEPS.  CONDUCTED WEAPONS CACHE SWEEPS AND COUNTER-IED PATROLS. CONTINUED MOUNTED AND DISMOUNTED PATROLS IVO DULAB.  3/3 AND 2-2/7 IA DETAINED (2) MAMS FOR SUSPECTED INSURGENT ACTIVITY S OF BAGHDADI.  RECOVERED 400,000 DINAR AND 25 USD.

**1-36 WITH 2-7 IA** CONDUCTED COMBINED COIN OPS.  PROVIDED SECURITY FOR MSRS AND ASRS.  ATTACKED WITH IED DURING PATROL IN HIT: (1) FWIA.  ATTACKED WITH IED DURING PATROL IN HIT: (2) NWIA.

## AO TOPEKA

**1BCT** CONTINUED ENDURING TASKS. 1/1 AD HAS 98% (1734/1749) OF EQUIPMENT AND 99% (3351/3369) OF SOLDIERS IN AO TOPEKA.     WILL OFFICIALLY ACCEPT THE TRANSFER OF AUTHORITY FROM 2 BCT AT 0830 ON 11 JUNE.

## RAMADI

**3/8** CONTINUED COMBAT PATROLS IN WESTERN RAMADI AS WELL AS SECURITY AND OBSERVATION OPS AT OP VA/OP HOREA, GOVERNMENT CENTER, SNAKE PIT, SOUTH BRIDGE, AND NORTH BRIDGE. ATTACKED WITH GRENADE/SAF DURING OVERWATCH IN N RAMADI:  (1) FWIA.  ENGAGED (2) MAMS FOR HOSTILE INTENT DURING SECURITY OPS IN CENTRAL RAMADI:  (1) EKIA.  ENGAGED (4) MAMS FOR HOSTILE INTENT (EMPLACING IED) DURING SNIPER OPS IN S RAMADI:  (4) EKIA.

**1-37 AR** CONDUCTED SECURITY OPERATIONS AT ECP3. PROVIDED BASE SECURITY.  CONDUCTED BATTLE-SPACE DEVELOPMENT AND GENERATION OF FORCES.  ATTACKED WITH SAF DURING SECURITY OPS IN S RAMADI:  (1) FWIA.  ENGAGED (5) MAMS FOR HOSTILE INTENT (EMPLACING IEDS) IN SW RAMADI.  (5) EKIA.  ENGAGED MAMS FOR HOSTILE INTENT (TACTICAL SURVEILLANCE) DURING

ECP OPS IN S RAMADI:  (1) EKIA.

**1-35AR AND 1/7 IA**   OCCUPIED OP JONES AND CONDUCTED PATROLS IN TA'MEEM TO ALLOW CF FREEDOM OF MANEUVER.  OCCUPIED OPS AND VCPS TO DESTROY AIF EMPLACING IEDS TO ALLOW CF FREEDOM OF MANEUVER.  CONDUCTED PATROLS TO SECURE 5-KILO, MSR MOBILE, AND ASR MICHIGAN TO ALLOW CF FREEDOM OF MANEUVER.  OCCUPIED OP THUMPER TO DESTROY AIF EMPLACING IEDS AND SECURE LOW WATER CROSSING AND BRIDGE OVER EUPHRATES RIVER. ENGAGED (2) MAMS ENGAGED/DETAINED FOR HOSTILE INTENT (IED EMPLACEMENT) DURING PATROL IN W RAMADI:  (1) EWIA.

**1-506 IN AND 1-1 IA** CONDUCTED OVERWATCH OF ASR MICHIGAN IOT PREVENT IED EMPLACEMENT ALONG ASR MICHIGAN AND COMPLEX AMBUSHES OF CF PATROLS/CONVOYS.  SNIPERS AUGMENTED SECURITY AND OBSERVATION OF OP HOTEL IN SOPHIA TO DETER IED EMPLACEMENT.  CONDUCTED SECURITY AND OBSERVATION OPS AT THE E RAMADI IP STATION, ECP-8 AND OP CRATER. CONDUCTED OVERWATCH IN THE SOUTHERN MA'LAAB IOT DENY FREEDOM OF MANEUVER. ENGAGED (1) MAM FOR HOSTILE INTENT (TACTICAL MOVEMENT) DURING SNIPER OPS IN E RAMADI: (1) EKIA.  ENGAGED (4) MAMS FOR HOSTILE INTENT (EMPLACING IED) DURING ECP OPS IN NE RAMADI:  (2) EKIA.  ATTACKED WITH (3) IEDS DURING CONVOY W OF KHALIDIYAH:  (3) FWIA; (2) M969 FUEL TRUCKS NMC.

**1-6 IN W/ 3-1-7 IA**. CONTINUED PATROLS AND SECURITY OPERATIONS IN JAZEERA, OPS AND SECURITY PATROLS ALONG MSR MOBILE.  ENGAGED (1) MAM FOR HOSTILE INTENT (EMPLACING IED) N OF RAMADI:  (1) EKIA.

**2-3 FA** CONTINUED ENDURING TASKS.

**KHALIDIYAH - HABBANIYAH**

**3-1 IA BDE** COMPLETED TRANSITION TO TACON TO RCT-5.

**16 EN** CONTINUED FOB IMPROVEMENTS AT RAMADI, COMBAT OUTPOST, AND CORREGIDOR. CONDUCTED ESCORT MISSIONS AND CONTINUED CLEANUP AND RECONSTRUCTION WORK. CONTINUED ENDURING ENGINEER SUPPORT TASKS.

**AO RALEIGH**

**RCT-5** BATTALIONS CONTINUED INTEGRATED PATROLS AND SCREENS INSIDE AND OUTSIDE OF FALLUJAH.  COIN OPS CONTINUED IN SURROUNDING AO.  MORALE AND JOB SATISFACTION HAS INCREASED IN BOTH 4TH AND 2ND BDE IN RESPONSE TO DEATH OF AMZ. FERRIS AND AMERIYAH PTT CONCLUDES A 3-DAY TRAINING/ASSESSMENT MISSION WITH IP IN THOSE CITIES.  2D AABN ATTACKED WITH IED DURING PATROL SE OF CAMP FALLUJAH: (2) FWIA.  2D AA BN ATTACKED WITH IED/DETAINED (2) MAMS FOR HOSTILE INTENT DURING PATROL N OF FALLUJAH.

**FALLUJAH – SAQLAWIYAH**

**2ND RECON BN** CONTINUED COIN OPS ISO RCT-5.  CONTINUES TO PREPARE FOR SNIPER OPERATIONS ON MSR MOBILE ISO TF GATOR.

**1/25 AND 2-4 IA** CONDUCTED COIN OPERATIONS, SECURITY PATROLS, AND INTEL DRIVEN OPERATIONS THROUGHOUT FALLUJAH AND COIN AND OFFENSIVE OPERATIONS IVO SAQLAWIYAH. OPERATED ECPS WITH PARTNERED ISF AND IPS.  DETAINED (2) MAMS FOR SUSPECTED INSURGENT ACTIVITY DURING ECP OPS IN S FALLUJAH.

**2-1 IA BDE** CONDUCTED PATROLS IN FALLUJAH, AMIRIYAH, AND SAQLAWIYAH. 3-2-1 CONDUCTING RIP WITH 2-4-1.  CONDUCTED MOSQUE RECON WITH NSTR.

**TF 2-136** CONTINUED ENDURING TASKS. CONDUCTED FULL SPECTRUM OPERATIONS TO INCLUDE PERSONNEL SEARCHES, CORDON AND SEARCHES, BASE DEFENSE OPS, INTERNAL AND EXTERNAL PATROLS, AND ROUTE CLEARANCE.

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

**HABBANIYAH**

**3-1 IA BDE** TACON TO RCT-5 100100DJUN06. CONDUCTED SECURITY PATROLS AND ROUTE DUSTER SECURITY.

**AMIRIYAH – FERRIS**

**3/5** CONDUCTED COIN OPERATIONS IOT DISRUPT ENEMY IN ZONE, FIND WPNS CACHES, AND DENY ENEMY SANCTUARY. CONDUCTED PATROLS. ATTACKED WITH RPG, MMG AND SAF, RETURNED FIRE WITH (1) MPAT, (1) LMAV, DURING SECURITY OPS NW OF KHALIDIYAH. (1) FWIA. DETAINED (2) MAMS FOR SUSPECTED INSURGENT ACTIVITY DURING CORDON AND KNOCK W OF FALLUJAH. RECOVERED ANTI-COALITION MATERIAL, A SHOTGUN WITH SHELLS, A DIAGRAM ON HOW TO MAKE A SILENCER FOR A SNIPER RIFLE, IED MAKING MATERIALS AND (5) FALSE LICENSE PLATES. AMIRIYAH IPS ATTACKED WITH RPG DURING MOVEMENT SW OF AMIRIYAH: (2) IP WIA. ATTACKED BY SNIPER SAF DURING CONSTRUCTION OPS NW OF KHALIDIYAH: (2) FWIA.

**KARMAH**

**1/1 AND 4-1 IA** CONDUCTED COIN OPS, COUNTER IED/COUNTER IDF OPS, SECURITY PATROLS, CACHE SWEEPS AND INTEL DRIVEN OPS THROUGHOUT AO CHROMITE. CONDUCTED COUNTER IDF, SECURITY, IED/CACHE SWEEPS AND DISRUPTION OPERATIONS WITH 4-1 IA AND IP IVO KARMAH. CONTINUED FOCUS ON THE IED AND IDF THREAT ALONG ASR CHICAGO AND THE AVENUES OF APPROACH RUNNING EAST AND WEST. CONDUCTED COUNTER IED AND SECURITY OPERATIONS FOCUSED ON THE ASR LINCOLN CORRIDOR. DETAINED (2) MAMS ON ACTIONABLE INTEL DURING PATROL N OF KARMAH.

**4-1 IA BDE** CONTINUED COIN OPS IN KARMAH AND NASSIR WA SALAAM. CONDUCTED PATROLS. MANNED OPS AND TCPS IVO MICHIGAN, MOBILE, AND CEMETERY RD IOT DISRUPT INSURGENT EGRESS/INGRESS IVO NASSIR WA SALAAM. R&S SQUAD WILL BE ATTACHED TO 2ND RECON FOR RAID IN ZAIDON. CONDUCTED COUNTER IED OPERATIONS IVO HAMDANIYAH. CONTINUED RIP WITH 3-2-1. DETAINED (1) MAM FOR SUSPECTED INSURGENT ACTIVITY DURING SVCP OPS S OF KARMAH.

**GOVERNANCE**

RAMADI/BAGHDAD-THE PLAN TO RESTORE CELLULAR TELEPHONE SERVICE TO AL ANBAR HAS TWO PARTS. THE IMMEDIATE PLAN IS TO REPAIR THE FIVE CELL TOWERS BETWEEN RAMADI AND BAGHDAD (4 ARE DONE, #5 WILL BE DONE BY 15 JUNE) TO RESTORE IRAQNA CELLULAR SERVICE. THE LONG TERM PLAN IS TO REPLACE THESE TOWERS WITH NEW ONES IN SECURE LOCATIONS SUCH AS IA OR IP STATIONS. THE PLAN TO RESTORE TELEPHONE AND INTERNET SERVICE TO ANBAR HAS TWO PARTS AS WELL. THE IMMEDIATE PLAN IS TO USE $4.7M IN RE-DESIGNATED FY05 CERP TO INITIATE A WIRELESS LOCAL LOOP SYSTEM IN FALLUJAH. THE WIRELESS LOCAL LOOP SYSTEM REPLACES THE STANDARD PHONE LINE SYSTEM AND ELIMINATES A GREAT DEAL OF THE WIRES AND SWITCHING SYSTEMS. TOWERS AND SWITCHES REQUIRED FOR THIS SYSTEM WILL BE PLACED IN SECURE LOCATIONS SUCH AS THE FALLUJAH CMOC. THIS SYSTEM, WHICH WILL REQUIRE AN ADDITIONAL $3.5M TO COMPLETE, WILL PROVIDE TELEPHONE AND INTERNET SERVICE BETWEEN FALLUJAH AND BAGHDAD. THE SYSTEM WILL USE A PREPAID CARD BILLING SYSTEM, AND IS EXPECTED TO GENERATE $10M IN ANNUAL REVENUE FOR THE PROVINCE. THE LONG TERM PLAN WILL COVER 80% OF THE PROVINCE AND PROVIDE SERVICE TO 95% OF THE POPULATION. THE ADDITIONAL INFRASTRUCTURE WILL COST $20M BUT IS EXPECTED TO GENERATE $40-60M IN ANNUAL REVENUE FOR THE PROVINCE.

**ECONOMICS**

NSTR

**COMMUNICATION**

KARMAH-TACTICAL PSYOP TEAM (TPT) IS DISSEMINATING MESSAGES IOT INFORM KARMAH RESIDENTS THAT TERRORISTS ARE PLANTING IEDS WITH NO REGARD FOR THEIR SAFETY. THIS MESSAGE IS BEING DISSEMINATED VIA LOUD SPEAKER BROADCAST AND HANDBILLS STATING THAT TERRORISTS ARE PLANTING IMPROVISED EXPLOSIVE DEVICES ON THE ROADS YOU AND YOUR FAMILIES TRAVEL EVERY DAY WITH NO CONCERN FOR YOUR SAFETY. PSYOP MISSIONS SIMILAR TO THIS ONE OCCUR THROUGHOUT THE AO.

| COMMANDER'S ASSESSMENT |
|---|
| **TRENDS** |
| NSTR |
| **INITIATIVES** |
| NSTR |
| **FORCE FLOW** |
| NSTR |
| **PLANS FUTURE OPS** |
| NSTR |

### DAILY MISSION BREAK DOWN BY COMPOSITION AND UNIT SIZE

| | COMPANY |
|---|---|
| COALITION FORCE ONLY OPS | THERE WERE (7) INDEPENDENT COMPANY LEVEL OPS IN MNF-W TODAY. |

| FRICTION |
|---|
| NSTR |
| **ISSUES** |
| NSTR |

### PERSONNEL

| MNF-W REPORTED PCRS | | | 090500CJUN06 – 100500CJUN06 | | | |
|---|---|---|---|---|---|---|
| | HOSTILE | | NONHOSTILE | | | TOTAL |
| | KIA | WIA | DEATH | INJURED | MEDICAL | |
| USN/USMC | 3 | 9 | 0 | 0 | 3 | 15 |
| ARMY | 0 | 2 | 0 | 0 | 0 | 2 |
| TOTAL | 3 | 11 | 0 | 0 | 3 | 17 |

| TRANSITION TEAMS | TOTAL TT'S | INTERNALLY SOURCED TT'S | EXTERNALLY SOURCED (USMC) | EXTERNALLY SOURCED (OTHER) |
|---|---|---|---|---|
| MITTS | 30 | 9 | 11 | 10 |
| NPTTS (SPTTS) | 0 | 0 | 0 | 0 |
| PTTS | 19 | 19 | 0 | 0 |
| BTTS | 7 | 0 | 7 | 0 |
| POETTS | 2 | 0 | 2 | 0 |

### COMBAT POWER

**COMBAT POWER (AIR)**

| AH-1W | AV-8B | CH-46E | CH-35D | CH-53E | EA-6B |
|---|---|---|---|---|---|
| 23 / 18 | 10 / 6 | 12 / 10 | 10 / 8 | 13 / 10 | 5 / 3 |
| 78% | 60% | 83% | 80% | 77% | 60% |
| **FA-18D** | **KC-130** | **RQ-2B** | **UC-35** | **UH-1N** | **H-60** |
| 12 / 8 | 7 / 6 | 8 / 7 | 1 / 1 | 14 / 10 | 20 / 17 |
| 67% | 86% | 88% | 100% | 71% | 85% |

**COMBAT POWER (GROUND) (USMC)**

| TANK COMBAT | LAV FOV | AAV FOV | HOWITZER M198 | HMMWV HARDBACK | UAH M1114* |
|---|---|---|---|---|---|
| 34 / 30 | 73 / 70 | 106 / 97 | 12 / 11 | 336 / 309 | 1231 / 1102 |
| 88% | 96% | 92% | 92% | 92% | 90% |

| COMBAT POWER (GROUND) (2 BCT) | | | | | |
|---|---|---|---|---|---|
| M1/A1/A2 | M2/M3 | TRK MORTAR | HOWITZER M109A6 | SCOUT HMMWV | UAH M1114 |
| 14 / 14 | 0 / 0 | 5 / 5 | 2 / 2 | 45 / 45 | 246 / 240 |
| 100% | 0 | 100% | 100% | 100% | 98% |

* DOES NOT REFLECT ACCURATE TPE NUMBERS.

**SUPPLY**

NSTR

**IA ISSUES**

NSTR

**DETAINEE STATUS**

**POPULATION STATISTICS AS OF 101200CJUN06:**
- TOTAL POPULATION: 185
- AL ASAD (66% OCCUPANCY)
- AL QAIM (14% OCCUPANCY)
- FALLUJAH (48% OCCUPANCY)
- RAMADI (19% OCCUPANCY)
- SHEIKS: 0
- IMAMS: 0
- MINORS: 9
- FEMALES: 0
- NON-IRAQIS: 0
- DETAINEES OVER 14 DAYS: 0
- HIGH VALUE DETAINEES: 0
- DETAINEES AWAITING TRANSFER TO ABU GHURAYB: 11

SECRET//REL USA, MCF-I// DECLASSIFIED

Declassified By: P.E. SIMON, Col, By direction, Per CCR 380-14 & MARCENTO 5513.1B, Date: 20230124

Approved for Release