# **<u>Exhibit 110</u>**

# Ops Report



Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jun 09 2006 18:30:00 |
| is Closed | TRUE |
| Summary | INITIAL VOICE REPORT: AT 1830, 1/7 WAS ATTACKED WITH MINE STRIKE IVO AL QAIM (37S FU 91690 10731). RESULTED IN 3 CF KIA AND 1 CF WIA. MTF

AT 091829D JUN 06, A W 1/7 MOUNTED PATROL WAS ATTACKED WITH AN IED IVO (37S FU 916 107), 8KM NE OF HUSAYBAH. THE (b)(1) 1.4g PATROL WAS TRAVELING W ON A DIRT ROAD (TINIAN RD), 2.5KM N OF ASR TOPAZ, WHEN AN IED DETONATED (b)(1) 1.4g VEHICLE RESULTING IN (3) FKIA AND (1) FWIA (URGENT SURGICAL). THE (b)(1) 1.4g (b)(1) 1.4g . AT 1901D, THE (1) FWIA (URGENT SURGICAL) AND (2) OF THE FKIA WERE AIR MEDEVACED TO AL QAIM FRSS/STP. THE (1) FWIA (URGENT SURGICAL) WAS STABILIZED AND AIR MEDEVACED DIRECTLY TO CSH NORTH . AT 1926D, 1/7 QRF AND EOD WERE DISPATCHED FROM FOB AL QAIM IOT TO CONDUCT PBA AND VEHICLE RECOVERY. AT 2016D, (1) FKIA WAS AIR EVACED TO AL QAIM FRSS/STP. EOD IS STILL ON SITE. THE PATROL HAD (b)(1) 1.4g (b)(1) 1.4g
UPDATE # 1 G3WNCO-100620D-AT 2042D, CAAT RED ALPHA ESCORTED EOD AND THE RECOVERY ASSETS TO THE IED ATTACK LOCATION. WHILE ON SCENE, W/1/7 AND EOD RECONNOITERED THE WRECKAGE SITE AND FOUND A LRCT BASE STATION AND 12 VOLT CAR BATTERY 5-7M FROM THE SOUTHERN EDGE OF THE ROAD. UPON CLOSE EXAMINATION OF THE FRAGMENTATION FOUND IN THE AREA AS WELL AS THE 12' WIDE BY 11' LONG BY 3' DEEP HOLE, EOD ESTIMATED THE IEDS COMPOSITION TO HAVE BEEN (1) UNKNOWN SIZED PROJECTILE AND (1) 5' LONG OXYGEN TANK FILLED WITH BULK EXPLOSIVES. CAAT RED ALPHA AND RECOVERY ASSETS TRANSPORTED THE (b)(1) 1.4g (b)(1) 1.4g TO FOB AL QAIM. CAAT RED ALPHA HAD (b)(1) 1.4g (b)(1) 1.4g VEHICLE. EOD EMPLOYED AN (b)(1) 1.4g (b)(1) 1.4g VEHICLE. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2006 |
| Month Occurred | June |
| Day Occurred | 9 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |

## Ops Report

| | |
|---|---|
| Primary RC | MNF-W |
| Primary AO | 1/82 ABN |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 2006-160-224104-0697 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTACK ON 1/7 NE OF HUSAYBAH: 3 CF KIA, 1 CF WIA     (b)(1) 1.4g |
| Association Count | 2 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Qaim |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6)  LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=F30DFB95-323E-4152-9A5B-317E71D6A2D1&entity=report |
| Date Occurred Excel UK | 09/06/2006 |
| Date Occurred Excel | 06/09/2006 |

## Ops Report

| US | |
|---|---|
| Date Posted(Z) | Jun 09 2006 18:44:57 |
| Date Updated(Z) | Jun 10 2006 02:35:46 |
| FOB | GANNON |
| Latitude | 34.4202880859375 |
| Longitude | 41.08590316772461 |
| MGRS | 37SFU9169010731 |
| MOA Count | 2 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | F30DFB95-323E-4152-9A5B-317E71D6A2D1 |
| Reporting Unit | 1/7, RCT 7, MNF-W |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |

## Ops Report

| | |
|---|---|
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/82 ABN | Qaim | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | F30DFB95-323E-4152-9A5B-317E71D6A2D1 | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | F30DFB95-323E-4152-9A5B-317E71D6A2D1 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 2851F0A6-6134-4643-9954-8862C4C31786 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 31D1930D-17A3-4031-9105-3B53131873E8 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | Report the following | MNC-I | 2A99CC03-E79F- | 0 | FFIR #6: Casualties | (More not shown) |

## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | military or civilian casualties that resulted from a specific action or incident in the MNF-W AO:  CF – 1 x KIA, 3 x WIA; ISF – 1 x KIA, 7 x WIA; Civilians – 3 x KIA, 7 x WIA. | | 4C4F-9B7C-DEE8720572DE | | | |
| | | | | | | (More not shown) |
| TRUE | Report the following military or civilian casualties that resulted from a specific action or incident in the MNF-W AO:  CF – 1 x KIA, 3 x WIA; ISF – 1 x KIA, 7 x WIA; Civilians – 3 x KIA, 7 x WIA. | MNC-I | 84495F4F-1C92-4F3F-8405-366B0DF09A70 | 0 | FFIR #6: Casualties | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Jun 09 2006 18:44:57 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Reported By

16 Empty Tables

Associated Org, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)