# Exhibit 112

**FILED UNDER SEAL**