# **Exhibit 115**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Feb 08 2007 09:30:00 |
| is Closed | TRUE |
| Summary | At 080930C FEB 07, 3/A/321 EN (TF PATHFINDER) ISO RCT-6 was attacked with an IED IVO (38S MC 0081 0008), 3.5km NE of Karmah, while conducting route clearance operations. While clearing E on Rte Mets in the center of the road at an unknown speed when the (b)(1)1.4g vehicle in the patrol ( (b)(1)1.4g ) was attacked with an IED, resulting in (b)(1)1.4g to the (b)(1)1.4g (2) CF WIA (Urgent Surgical) and (2) CF KIA. Initial PBA results indicate 70-80 lbs HME, (1) 155mm and (1) 120mm round buried 12-24in underneath the pavement that was command wire initiated with the wire running under the pavement. The order of march, ECM and vehicle spacing was as follows; (V1) (b)(1)1.4g (b)(1)1.4g The patrol searched for secondary devices with NSTR. All Soldiers were wearing all required PPE. The (b)(1)1.4g (b)(1)1.4g was recovered back to OP Omar and will be recovered back to Camp Fallujah. 3/A continued their mission. The (2) WIA and (2) KIA were ground CASEVACed to OP Omar. The (2) WIA were then air CASEVACed to Fallujah Surgical where one was pronounce DOA and the other is stable and will be flown to Balad this evening. The (2) initial KIA will be transported from OP Omar by ground to Camp Fallujah when the mission is complete<br>Update # 1 G3 WO-081546C-Correction: grid is (38S MB 0125 9998) not (38S MC 0081 0008). |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | February |
| Day Occurred | 8 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary AO | MNF-WEST |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 20070208093038SMC0081000080 |

Page 1 of 6

## Ops Report

| | |
|---|---|
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION(IED) ATTK ON 3/A/321 : 1 CF WIA 3 CF KIA |
| Association Count | 3 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Abu Ghurayb |
| Classification | SECRET |
| Classification Releasability Mark | REL TO USA, ECY, FIN, KWT, IRKS, NATO |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=A161DB0F-1143-D62E-D1215D5C46307FFF&entity=report |
| Date Occurred Excel UK | 08/02/2007 |
| Date Occurred Excel US | 02/08/2007 |
| Date Posted(Z) | Feb 08 2007 12:42:46 |
| Date Updated(Z) | Feb 08 2007 18:09:00 |
| FOB | MERCURY |
| Latitude | 33.43466567993164 |
| Longitude | 43.93768310546875 |

Approved for Release

## Ops Report

| | |
|---|---|
| MGRS | 38SMB01259998 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MNF-W OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | A161DB0F-1143-D62E-D1215D5C46307FFF |
| Reporting Unit | MNF-W |
| Route | |
| Type Of Unit | Coalition Forces |
| Unit Name | 3/A/321 |
| Updated By Group | TF Troy |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | (b)(1)1.4g |
| Vehicle Convoy Speed | |
| Vehicle Convoy Speed Measure | |
| Vehicle Distance Between | |
| Vehicle Nearest ECM To IED | |
| Vehicle Nearest ECM To Vehicle Struck | |
| Vehicle Other Counter Measures | Other |
| Vehicle Summary | (b)(1)1.4g |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |

Approved for Release

## Ops Report

| was Medevac Requested | FALSE | | | | | | |
|---|---|---|---|---|---|---|---|
| **SIGACT Location** | | | | | | | |
| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) | |
| | | | | | | (More not shown) | |
| | | | | | | (More not shown) | |
| MNF-WEST | Abu Ghurayb | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) | |
| **CIDNE Media** | | | | | | | |
| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) | |
| | | | | | | (More not shown) | |
| | | | | | | (More not shown) | |
| ~~SECRET~~ | ~~NOFORN~~ | 08_0930C_FEB_07_IED_ATTK_ON_3-321_EN_IVO_KARMAH | | CENTCOMROAR | Document | (More not shown) | |
| **Target** | | | | | | | |
| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) | |
| | | | | | | (More not shown) | |
| | | | | | | (More not shown) | |
| Coalition | Not Provided | Patrol | UNITED STATES | Primary | A161DB0F-1143-D62E-D1215D5C46307FFF | (More not shown) | |
| **MOA** | | | | | | | |
| Mode Of Attack | | Mode Of Attack Key | | Event Type | | Event Category | |
| Improvised Explosive Device (IED) | | 9ACBED40-F977-41F0-A6EB-92AD1E3D3969 | | Explosive Hazard | | IED Explosion | |
| **Events1** | | | | | | | |
| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) | |
| | | | | | | (More not shown) | |
| | | | | | | (More not shown) | |
| IED Explosion | C66A776E-A2EF-4AD5-AE67-C9A496114099 | Explosive Hazard | | | | (More not shown) | |
| **CCIR** | | | | | | | |
| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) | |
| | | | | | | (More not shown) | |
| | | | | | | (More not shown) | |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER | MNF-W OPS LNO | A16A7F47-1143-D62E-D10C9846311F1C72 | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR | (More not shown) | |

## Ops Report

| | | |
|---|---|---|
| (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | | CIVILIAN CASUALTIES. |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Feb 07 2008 03:00:00 | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Feb 08 2007 12:42:46 | (More not shown) |

Approved for Release

## Ops Report

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Incident Reported By

14 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships
(None)

## Attachments
(None)

Approved for Release

**From:**
**To:**

(b)(3)130b, (b)(6)

**Subject:** (FOUO) Casualty Report - SUPP - Clevenger, Ross - Incident Date/Time: 2007/02/08 09:30
**Date:** Monday, July 23, 2007 8:47:22 PM

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

************************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
************************************************************

************************************************************
***********     CASUALTY REPORT     ************
************************************************************

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Died of Wounds

Report Number: 205-004-07

Personnel Type: Reserve

Personnel Affiliation: Active Duty

Personnel Category: Recalled/Mobilized

SSN (New/Old):  (b)(6)

Last Name: Clevenger

First Name: Ross

Middle Name: Aaron

Service: United States Army

Military Rank: SPC

Military Unit of Assignment: A CO, TF 321 ENG, I MEF FWD

Military UIC: WRJ0A0

Date/Time of Incident (New/Old): 20070208/0930

Inflicting Force: Enemy Forces

Incident City: Karmah

Incident Country: Iraq

Circumstance: Soldier was the [(b)(1)1.4g] that was struck by an IED. Soldier was treated on the scene by competent medical authority, but succumbed to his wounds while enroute to Fallujah Surgical.

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20070208/1100

Place of Death City: Karmah

Place of Death Country: Iraq

Duty Status: Present For Duty

Birth Date: [(b)(6)]

Race: White

Remarks: SUPP to remarks (15-6). AR 15-6 investigation was initiated on 20070217 and completed on 20070320. DCIPS prepared by [(b)(3)130b, (b)(6)] MNCI Casualties Operations on 24 July 2007 at 0445. MNC-I POC for this report is [(b)(3)130b, (b)(6)] MNC-I Casualty Operations NCOIC at DSN [(b)(6)].

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

~~FOR OFFICIAL USE ONLY~~

Approved for Release