# **Exhibit 116**

| | |
|---|---|
| From: | |
| To: | (b)(3)130b, (b)(6) |
| Cc: | |
| Subject: | (FOUO) CASUALTY REPORT <Kurtz, Russell, Andrew>SUPP HOSTILE DE |
| Date: | Sunday, February 11, 2007 11:59:45 AM |

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 702624S2

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Kurtz

First Name: Russell

Middle Name: Andrew

Race: White

Religious Preference: Lutheran Churches

Birth Date: (b)(6)

Birth State: Pennsylvania

Military Rank: Sergeant

Service: United States Army

Military Unit of Assignment: B CO 3RD BN 509 INF (ABN) RCT-6 II MEF [Parent Command: 4 BCT 25

ID]

Military UIC: WG6WB0

DMOS/AFSC: 11B

Died in/out of Medical Treatment Facility: Died In A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20070211 06:54:00

Incident City: Fallujah

Incident Country: Iraq

Circumstances: Soldier sustained head trauma while conducting combat operations against Anti-Iraqi forces in the Al Anbar province. Soldier was the [(b)(1)1.4g] (b)(1)1.4g that was struck by an IED. Soldier was medevaced to 332 EMDG where he was treated by competent medical authority but succumbed to his wounds.

   Body Armor: Eye Protector/Ballistic Laser Protective Spectacles/

   Body Armor: Helmet/Advanced Combat Helmet/

   Body Armor: Vest/Outer Tactical Vest/Small Arms Protective Inserts (SAPI)

   Body Armor: Vest/Outer Tactical Vest/Yoke/Throat

   Body Armor: Vest/Outer Tactical Vest/Groin Protectors

Inflicting Force: Enemy Forces

Date/Time of Death: 20070211

Place of Death City: Balad

Place of Death Country:

Remarks: A. The POC for this report is (b)(3)130b, (b)(6) QA by (b)(3)130b, (b)(6)   B. The administrative data in this report has been verified by using official CAC resources. DCIPS was prepared by (b)(3)130b, (b)(6) MNC-I Casualty operations on 11 FEB 07 at 1945hrs. MNC-I POC for this report is (b)(3)130b, (b)(6) MNC-I Casualty Operations NCOIC at (b)(6)

FOR OFFICIAL USE ONLY