# **Exhibit 117**



REPLY TO
ATTENTION OF

HEADQUARTERS
UNITED STATES FORCES - IRAQ
AL ASAD AIR BASE, IRAQ
APO AE 09333

USF-I JA-AL                                                                2 November 2011

MEMORANDUM FOR  Office of the Judge Advocate General; Administrative Law Division
(ATTN: Ms. Patoir); 2200 Army Pentagon, Room 3D548; Washington, DC 20310-2200

SUBJECT:  Legal Recommendation - Freedom of Information Act (FOIA) Request (Regarding
the AR 15-6 Investigation into the Death of SGT Russell A. Kurtz)

1.  I have reviewed the documents that are the subject of this FOIA request for records pertaining
to the Army Regulation (AR) 15-6 investigation into the 2007 death of SGT Russell Kurtz.  I
recommend the substantial release of the documents with limited redactions made per FOIA
Exemptions 1, 3, 6, and 7.

2.  Background:  This is a FOIA request for a copy of the AR 15-6 investigation conducted into
the death of SGT Kurtz.  Our office has located these documents and redacted them for release in
accordance with the FOIA.

3.  Law:  The FOIA (5 U.S.C. § 552) is a federal law that establishes the public's right to obtain
information from federal government agencies.  In this case, I recommend substantial release of
the documents with limited information redacted in accordance with following exemptions:

   a.  FOIA Exemption 1, found at 5 U.S.C. § 552(b)(1), which exempts national security
information concerning intelligence collection, the national defense, or foreign policy that is
substantively and procedurally properly classified in accordance with Executive order;

   b.  FOIA Exemption 3, found at 5 U.S.C. § (b)(3), incorporating 10 U.S.C. § 130b, which
exempts personal information about personnel serving overseas or assigned to routinely
deployable units;

   c.  FOIA Exemption 6, found at 5 U.S.C. § 552 (b)(6), which exempts personal information
contained in "personnel and medical files and similar files" when the disclosure of such
information would constitute a clearly unwarranted invasion of personal privacy; and,

   d.  FOIA Exemption 7, found at 5 U.S.C. § 552 (b)(7) which exempts law enforcement
information that would interfere with enforcement or confidential sources, disclose techniques
and procedures for law enforcement investigations or prosecutions, would disclose guidelines for
law enforcement investigations or prosecutions if such disclosure could reasonably be expected
to risk circumvention of the law, or information collected for a law enforcement or national
security purpose that could reasonably be expected to endanger the life or physical safety of any
individual.

USF-I JA-AL
SUBJECT: Legal Recommendation - Freedom of Information Act (FOIA) Request (Regarding the AR 15-6 Investigation into the Death of SGT Russell A. Kurtz)

4. Analysis: I recommend substantial release of the requested documents with limited redactions in accordance with the above FOIA exemptions. Properly classified national security information, such as operational emails, orders, and analysis has been redacted pursuant to Exemption 1. It contains information on military capabilities, operations, and intelligence activities that, if released, could reasonably be expected to cause harm to ongoing operations in Iraq and elsewhere. Names and other personal information, such as phone numbers and email addresses, have been redacted per Exemption 3 and 6 to protect the individual privacy rights of the persons named. Finally, information collected during the investigation that could reasonably be expected to endanger the life or physical safety of U.S. and Iraqi service members, such as call signs and route names, has been redacted under Exemption 7.

5. Conclusion: There is no legal objection to the proposed substantial release of the documents or the proposed redactions in accordance with FOIA Exemptions 1, 3, 6 and 7.

6. You may reach me at by telephone at DSN [b(3), b(6)] You may also reach me via email at [b(3), b(6)]

[b(3), b(6)]

LTC, JA
Chief, Administrative Law

2

# NOTICE

## Army Regulation 15-6 Investigation into the death of SGT Russell A. Kurtz

*The overall file quality of this report has been degraded by repeat digital scanning. Several exhibits contained in this investigation were illegible upon receipt by this office and despite our best efforts to correct these inadequacies; we were unable to make any improvements.*



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, MULTI-NATIONAL DIVISION - BAGHDAD
CAMP LIBERTY, IRAQ APO AE 09344

REPLY TO
ATTENTION OF

AFVA-CG                                                    2 0 JAN 2007

MEMORANDUM FOR RECORD

SUBJECT: Delegation of Appointing/Approval Authority for Investigations of Hostile Fire
Deaths of Deployed Forces

1. Pursuant to AR 15-6, *Procedures for Investigating Officers and Boards of Officers*, 2
October 2006, paragraph 2-1a(3)(a), I delegate appointing and final approval authority of
investigations of a death or deaths involving a deployed force, from what is believed to be hostile
fire, to commanders in Multi-National Division – Baghdad exercising special court-martial
convening authority. This authority may not be further delegated.

2. POC for this memorandum is MAJ [ b(3), b(6) ] OSJA Administrative Law, at VOIP
[ b(3), b(6) ] or via email at [ b(3), b(6) ] @mnd-b.army.smil.mil

JOSEPH F. FIL, JR
Major General, USA
Commanding

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    [ b(3), b(6) ]



**DEPARTMENT OF THE ARMY**
HEADQUARTERS AND HEADQUARTERS COMPANY
4TH BCT (ABN) 25TH ID
FOB KALSU, IRAQ
APO AE 09312-0571

REPLY TO
ATTENTION OF

APVR-ABN-CJA                                                                17 March 2007

MEMORANDUM FOR Commander, 4th BCT (ABN), 25th ID, FOB Kalsu, Iraq, APO AE
09312-0571

SUBJECT: AR 15-6 Investigation Legal Review Reference the Death of SGT Russell Kurtz
(B/3-509)

1. In accordance with AR 15-6, paragraph 2-3, I have reviewed the AR 15-6 investigation into
the facts and circumstances surrounding the death of SGT Russell Kurtz (B/3-509). I make the
following determinations.

    a. The proceedings comply with the legal requirements under AR 15-6.

    b. Errors in the proceedings, if any, do not have a material adverse effect on any
individual's substantial rights as related to an informal AR 15-6 investigation.

    c. Sufficient evidence supports the findings for an informal AR 15-6 investigation.

    d. The recommendations are consistent with the findings.

2. The POC is the undersigned at [ b(3), b(6) ] @us.army.smil.mil.

[ b(3), b(6) ]

MAJ, JA
Command Judge Advocate

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                                    10[ b(3), b(6) ]

# Table of Contents
## AR 15-6 Investigation, SGT Kurtz, DOW, Karmah, Iraq 11 FEB 2007

TAB A    Appointment Order    (2 pages)
TAB B    DA Form 1574    (4 pages)
TAB C    Investigation Findings    (5 pages)
TAB D    Investigation Recommendations    (2 pages)

Statements and Memorandum
TAB E    Timeline (5 pages)
TAB F    3-509th IN (ABN) Daily Staff Journal or Duty Officer's Log DA 1594, 100600FEB07 through 110600FEB07 (9 pages)
TAB G    3-509th IN (ABN) Daily Staff Journal or Duty Officer's Log DA 1594, 110600FEB07 through 120600FEB07 (7 pages)
TAB H    [b(3), b(6)]    Sworn Statement DA 2823 Battalion Signal Officer (11 pages)
TAB I    [b(3), b(6)]    Sworn Statement DA 2823 1-B 3-509 Platoon Sergeant (6 pages)
TAB J    [b(3), b(6)]    Sworn Statement DA 2823 1-B 3-509 Squad Leader (6 pages)
TAB K    [b(3), b(6)]    Sworn Statement DA 2823 1-B 3-509 Squad Leader (5 pages)
TAB L    [b(3), b(6)]    Sworn Statement DA 2823 A 3-509 Platoon Sergeant (3 pages)
TAB M    [b(3), b(6)]    Sworn Statement DA 2823 A 3-509 Commander (6 pages)
TAB N    [b(3), b(6)]    Sworn Statement DA 2823 A 3-509 Platoon Leader (5 pages)
TAB O    [b(3), b(6)]    Anthony Sworn Statement DA 2823 Medic 1-B 3-509 (4 pages)
TAB P    [b(3), b(6)]    Sworn Statement DA 2823 1-B 3-509 Platoon Leader (7 pages)
TAB Q    [b(3), b(6)]    Sworn Statement DA 2823 Marine MTVR 7-Ton Truck Section NCOIC (8 pages)
TAB R    [b(3), b(6)]    Sworn Statement DA 2823 HQ 3-509 PSD NCOIC (3 pages)

Exhibits
TAB S    Funeral and Interment Information Form R9 (3 pages)
TAB T    S-3 OPS Storyboards (1 page)
TAB U    Timeline Slides (cover page and 14 content slides)
TAB V    Composition of 1-B 3-509 Patrol (1 slide)

**DEPARTMENT OF THE ARMY**
HEADQUARTERS AND HEADQUARTERS COMPANY
4ᵗʰ BCT (ABN), 25ᵗʰ ID
FOB KALSU, IRAQ
APO AE 09312

REPLY TO
ATTENTION OF

APVR-ABN-CO                                                      8 March 2007

MEMORANDUM FOR MAJ [ b(3), b(6) ] 3-509ᵗʰ PIR, 4ᵗʰ BCT (ABN), 25ᵗʰ ID, Camp Fallujah, Iraq

SUBJECT: Appointment as an AR 15-6 Investigating Officer – SGT Kurtz

1. You are hereby appointed as an investigating officer pursuant to AR 15-6 to conduct an informal investigation into the facts and circumstances surrounding the death of SGT Kurtz from B/3-509 which occurred on 11 February, 2007, near Fallujah, Iraq. Begin your findings with a short synopsis of what occurred. You will then make the following specific findings of fact and any applicable recommendations, regarding the following:

    a. Provide a detailed timeline of events.

    b. The makeup of the affected patrol.

    c. The uniforms and protective gear worn by the members of the patrol.

    d. Whether the patrol had a clear task and purpose, briefed to and understood by all patrol members.

    e. Whether the patrol conducted rehearsals on primary/alternate routes, actions on contact, and CASEVAC/MEDEVAC procedures.

    f. Whether the unit and patrol completed a composite risk assessment (including risk management plan for actions on contact, counterattacks, etc.) and briefed it to the patrol.

    g. Whether the patrol had operational and redundant communications with its higher headquarters and operational internal communications with all patrol elements.

    h. Whether the patrol had an operational [ b(7) ] or [ b(7) ] within the element.

    i. Whether the patrol had the requisite number of CREW systems and whether this was a factor at all in the incident. Additionally, what was the type, operability, and positioning of each CREW system and the vehicle spacing at time of the attack.

    j. The enemy situation and threat and whether the patrol leader briefed it to the element.

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                                 [ b(3), b(6) ]

APVR-ABN-CO
SUBJECT: Appointment as an AR 15-6 Investigating Officer – SGT Kurtz

    k. The pattern analysis of attacks in the area.

    l. Any discoverable details of the attack/weapon system used against the element. Provide copies of any IED analysis done by WIT or CEXC.

    m. A site analysis of the area, including a description of the road, recent clearances of the road, the designation of the road, any planned overwatch or surveillance from a nearby checkpoint or other location, and notice to the patrol and other units operating in that AO about the status of the road.

    n. Actions taken by patrol members after contact, including but not limited to react to contact, first aid, and MEDEVAC.

    o. Any other tactics, techniques, and procedures relevant to the incident.

    p. Describe the nature of the injuries sustained by the Soldiers involved.

    q. Status of remains and wounded.

    r. Status of sensitive items at the time of your report. Coordinate directly with MAJ b(3), b(6) (BCT S4) on the disposition and reporting requirements for sensitive items.

    s. Status of the processing of posthumous awards.

2. Prior to initiating your investigation, you must contact MAJ [b(3), b(6)] the 4-25th Command Judge Advocate, for a briefing regarding the conduct of AR 15-6 investigations. He will remain your legal advisor throughout the proceedings.

3. Use the informal procedures specified under AR 15-6. At the conclusion of your investigation, you will make specific factual findings and recommendations regarding the incident. Witness statements should be sworn and recorded on DA Form 2823. Submit your findings and recommendations on DA Form 1574 (Report of Proceedings by an Investigating Officer/Board of Officers) through MAJ [b(3), b(6)] to me NLT 15 March 2007.

4. If, in the course of your investigation, you come to suspect an individual of an offense under the Uniform Code of Military Justice (UCMJ), or other appropriate laws or regulations, you must advise the person of his or her rights under Article 31, UCMJ, using a DA Form 3881 and proceed with questioning only if the individual waives his or her rights.

> b(3), b(6)

COL, IN
Commanding

KIA, SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07

b(3), b(6)



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3ʳᵈ BATTALION, 509ᵗʰ INFANTRY (AIRBORNE)
4ᵗʰ BRIGADE COMBAT TEAM (AIRBORNE), 25ᵗʰ INFANTRY DIVISION
CAMP FALLUJAH, IRAQ
APO AE 09387

REPLY TO
ATTENTION OF

APVR-ABNB                                                            13 March 2007

MEMORANDUM FOR RECORD

SUBJECT: AR 15-6 Investigation Findings in the Death of SGT KURTZ, RUSSELL ANDREW, B Co 3-509 IN (ABN)

1. Purpose: The following are the findings of an AR 15-6 investigation into the death of SGT KURTZ, RUSSELL ANDREW, SSN [b(3), b(6)]

Who: SGT KURTZ, RUSSELL ANDREW, SSN [b(3), b(6)]   B Co 3-509 IN (ABN)
What: DOW from a command detonated shaped charge improvised explosive device (IED) strike during the exfiltration phase of Operation [b(7)] Pre-mission preparation failures, communication difficulties, execution of exfiltration rehearsed actions, and tactical vehicle speed may have all contributed to his death
When: Approximately 0652 on 11 FEB 2007
Where: ASR [b(7)] northeast of Camp Fallujah, Iraq, VIC [— b(7)]

2. Findings:

At approximately 0652 local time on 11 FEB 2007, SGT Kurtz was struck in the right side of his head, below the rim of his advanced combat helmet, by the IED explosive shock wave and the ballistic glass installed in the [b(7)] Armored Door of his M1114 HMMWV, while serving as the vehicle's Tactical Commander (TC). The head trauma sustained by SGT Kurtz immediately rendered him unresponsive. The IED strike occurred while SGT Kurtz and his team were traveling west on ASR [b(7)] VIC [b(7)], near the town of Karma, Iraq. The primary cause of SGT Kurtz's head trauma and eventual death was being struck by the ballistic glass, but shape charges also typically create a significant amount of blast over-pressure which is thought to have contributed to the severity of SGT Kurtz's wounds.

Per a conversation with EOD, the shaped charge IED was most likely a command wire detonated device and was placed at a 45 degree angle in a pot hole on the north side of ASR [b(7)] so as to aim at the passenger (TC) side of a vehicle. EOD indicated that any triggerman employing this type of IED would have been either very skilled or very lucky, based on the timing required to properly employ this type of IED. This was the first verified use of a shaped charge IED in the 3 509 IN (ABN) area of operations.

SGT Kurtz's team was returning from Operation [b(7)] where they had provided route security for the main assault effort in the convoy as part of 1ˢᵗ Platoon, Baker Company 3-509 IN (ABN), (see the attached timeline Memorandum of Record—TAB E, and the attached timeline slide graphics—TAB U, for the specifics of events that occurred during Operation [b(7)] and the actions that were taken by SGT Kurtz and his fellow soldiers throughout the mission—including evacuation to Camp Fallujah). SGT Kurtz's patrol was approximately 400 meters behind the

main assault effort, during the exfiltration phase of Operation [b(7)] when his M1114 HMMWV was struck by the IED.

SGT Kurtz was wearing fire retardant Nomex coveralls and correctly wearing all of his personal protective equipment at the time of his injury, to include his: advanced combat helmet, combat ear plugs, ballistic eye protection, Nomex gloves, and IBA with front/rear E-SAPI plates, throat protector, side E-SAPI plates, and groin protector. His TC window was completely closed at the time his vehicle was struck by the IED. The patrol had an operational [b(7)] and was partially protected from remote detonated threats by [b(7)] CREW systems located throughout the patrol, (see the attached slide—TAB V—for a detailed diagram of the patrol composition including the locations of [b(7)] weapon systems, and CREW systems within the patrol). Internal radio communications within the platoon were functional, but communications with the Main Effort that was leading the exfiltration were limited at the time of the IED attack, possibly due to a combination of interference by the Marine vehicle [b(7)] CREW systems, ambient background radio signal interference, environmental conditions, etc.

A seven vehicle team of Marine MTVR 7-Ton trucks was utilized for transport of the Operation [b(7)] Main Assault Element (A Co 3-509), for the GAC, to and from the de-trucking point. The Marine MTVR 7-Ton trucks were equipped with the [b(7)] CREW systems. [b(7)] There was [b(7)] not a system electronic filter installed for the FM frequencies used by 3-509 IN (ABN). CPT [b(3), b(6)] the battalion signal officer (SIGO), observed the Marine [b(7)] CREW systems mounted on their MTVR 7-Ton trucks, and directed Marine SGT [b(3), b(6)] (Marine NCOIC, MTVR 7-Ton truck element), to keep his [b(7)] CREW systems turned off during Operation Naples, because of the potential for its interference with 3-509 IN (ABN) FM radio frequencies and Army [b(7)] CREW systems.

Unfortunately, the Army M1114 HMMWV vehicles equipped with the [b(7)] CREW systems were not properly dispersed among the seven Marine MTVR 7-Ton trucks in the vehicle Order of March (OOM), to provide an adequate protective jam against remote detonated IED threats. SGT [b(3), b(6)] recognized the lack of ECM coverage for his seven vehicle element, (which was sequentially lined-up in the vehicle marshalling area at Camp Geronimo, without interspersed Army [b(7)] CREW system equipped vehicles). SGT [b(3), b(6)] states in his DA 2823, that he sought clarification from CPT [b(3), b(6)] (CO, A Co 3-509), the main effort commanding officer, and was reportedly directed to use his [b(7)] CREW systems during Operation [b(7)] The effect of the [b(7)] CREW system use may have significantly contributed to the severe difficulties in communicating with the main assault effort via FM radio during infiltration and exfiltration phases of Operation Naples.

CPT [b(3), b(6)] (SIGO), who was traveling with the battalion retrans team during the operation, recognized the likely use of the [b(7)] CREW systems interfering with FM communications, and informed Operations SGM [b(3), b(6)] and LTC [b(3), b(6)] (BN TAC element), of the issue during an unplanned troop halt while awaiting route clearance of IEDs along Route [b(7)] SGM [b(3), b(6)] then personally instructed SGT [b(3), b(6)] to turn off the [b(7)] CREW systems. Per a conversation during this investigation with LTC [b(3), b(6)] (Commander, 3-509), FM communications were still a problem after deactivating the [b(7)] CREW systems, so he subsequently ordered all mission elements to switch from the retransmission frequency to the battalion command net. LTC [b(3), b(6)] states that FM communications were restored after this. During the dismount actions on the objective, all information from the target area that was not directly heard by the TAC (due to distance problems with manpack radios), were relayed via CPT [b(3), b(6)] (SIGO) from the de-trucking site to the TAC and vice versa via FM battalion command net.

A route clearance team was available and attached in support of Operation [b(7)] The route clearance team was utilized during the infiltration phase, along ASR [b(7)] and briefly on the most southern end of Route [b(7)] The timeline was shifted right due to multiple IEDs

discovered by the route clearance team at the southern end of Route [b(7)] prompting the battalion commander's decision to dismount farther from the objective than planned and to proceed with the assault by the main effort. Simultaneously, the route clearance team steadily continued with its mission northward to the original de-trucking point. While the main effort was conducting actions on the objective, the route clearance team was temporarily released to perform a concurrent route clearance mission westward along Route [b(7)] and as far as segments of ASR [b(7)]. The route clearance team subsequently discovered an IED along Route [b(7)] (VIC [b(7)]), which delayed their return to the location of the 3-509 battalion TAC, in support of the exfiltration phase of Operation Naples. The original plan had been for the route clearance team to already be in place, co-located with the 3-509 TAC (VIC intersection of Route [b(7)] and [b(7)] Road), in time to lead the exfiltration phase of Operation [b(3), b(6)]. However, the discovery of multiple IEDs during the infiltration phase had not been factored into the original mission timeline and route clearance for the exfiltration was delayed further due to finding of an IED on ASR [b(7)]. The TAC understood the situation and was prepared for this contingency. As the sun began to rise on 11FEB07, the TAC directed the main effort to move south inside the back of the Marine MTVR 7-Ton trucks, from the planned de-trucking site to the TAC location prior to the arrival of the route clearance team, in order to consolidate combat power. The C2 element of the main effort (CPT [b(3), b(6)]), was aware of the BN TAC directive to proceed south on [b(7)] Road/Route [b(7)] and then follow behind the route clearance team. It does not appear that he was aware of the TAC's intent for his main element to stop at the TAC's location and wait for the route clearance team's arrival. CPT [b(3), b(6)] ability to observe and maintain C2 from the back of the MTVR 7-ton trucks was limited. As the main element moved south along [b(7)] Road and Route [b(7)] it passed through the TAC's position without stopping as was intended. The main effort also passed south through 1 B/3-509's position, at which time B16 (1LT [b(3), b(6)]), fell in behind the main effort as rehearsed, believing that these vehicles represented the main effort and TAC. CPT [b(3), b(6)] (whose retrans vehicle was at the rear of the main effort's convoy), and the TAC, were unable to reach CPT [b(3), b(6)] via FM radio. CPT [b(3), b(6)] states in his DA 2823 that he did not receive any radio communications during the exfiltration phase of the mission, and had assumed that the MTVR 7-ton trucks were following route clearance, as he observed 1 B/3-509's M1114 HMMWV vehicles file in behind him. Again, his visibility and awareness of the various mission elements/teams were limited from the back of the MTVR trucks.

SGT [b(3), b(6)] the Marine MTVR 7-Ton truck NCOIC, did confirm during the investigation that his [b(7)] CREW systems were active since his vehicles were leading the exfiltration GAC. He stated in his DA 2823 that he was not aware that he was to stop at the TAC's location (VIC intersection of [b(7)] Road and Route [b(7)] ), to await the arrival of route clearance as the lead element. He states that his instructions at the de-trucking point, after A Co 3-509 remounted his MTVR trucks, was to push back to OP Delta. He further states that he was not told to wait at the [b(7)] Road-Route [b(7)] intersection for route clearance. SGT [b(3), b(6)] states that he did not hear any FM radio transmissions instructing him to stop as his vehicles passed through the TAC's location. Per conversation, SGT [b(3), b(6)] officer leadership was present at the Combined Arms Rehearsal (CAR) prior to execution of the mission, but SGT [b(3), b(6)] was not present at the CAR himself. He stated that he was only aware of what he was back-briefed by his leadership and what was briefed to him by the convoy commander at the de-trucking site, prior to exfiltration.

It is possible at this time that the [b(7)] CREW systems were blocking SGT [b(3), b(6)] vehicle radios and A Co 3-509 manpack radios' ability to receive incoming FM traffic. One interesting note is that several A Co 3-509 members (e.g. CPT [b(3), b(6)] and 1LT [b(3), b(6)] state in their DA 2823 that they were able to communicate via their manpack radios after hearing/seeing 1 B/3-509 sustain an IED strike (despite the [b(7)] CREW activation). A Co/3-509 initially saw the 1 B/3-509 vehicles still advancing westward on ASR [b(7)] assumed they were alright, and proceeded to make their northward turn onto ASR [b(7)] toward OP Delta.

As stated above, [b(7)] (1LT [b(3), b(6)] ), saw the main effort passing through his position on Route [b(3), b(6)] and assumed that route clearance and the TAC were part of the patrol as it passed. Per original plan, 1LT [b(3), b(6)] and his platoon pulled in behind the main effort, under the impression that route clearance was at the lead. Shortly after turning west onto ASR [b(7)] SGT Kurtz's vehicle (the rear vehicle in the six-vehicle 1 B/3-509 element), was struck by an IED as it followed the main effort.

Most of the DA 2823 Sworn Statements agree that the patrol was traveling at somewhere between 35 to 45 miles per hour at the time of the IED attack. This is a deviation from the patrol standing operating procedure. Per conversation with EOD, the speed of the patrol probably had little impact on where the IED detonated (cab versus front end), because of the presumed skill of the triggerman. The patrol's speed may have impaired the driver and TC ability to look for signs of potential IEDs. The speed of the patrol also allowed the vehicle to continue travel westward approximately 100 meters before coming to a stop after the IED strike, so 1LT [b(3), b(6)] (Platoon Leader, 1 B/3-509) and other witnesses were not immediately able to assess the full effect and severity of the IED. This was first reported by SFC(3), b(6)Platoon Sergeant, 1 B/3-509, whose vehicle was two ahead of SGT Kurtz's. The platoon medic, SPC [b(3), b(6)] immediately dismounted from SFC(3), b(6)vehicle and ran back to SGT Kurtz's vehicle. SPC(3), b(6) found SGT Kurtz to be unresponsive but alive. He immediately provided medical aid to SGT Kurtz following the attack and traveled with SGT Kurtz as he was subsequently evacuated via ground to Fallujah Surgical, a Level II treatment facility at Camp Fallujah (approximately 10 minutes by ground transport from the attack location).

Several [b(7)] were spotted and reported just prior to the IED attack, south of the intersection of Route [b(7)] and ASR [b(7)]. At the time, it was feared that these could be an enemy signal to forewarn the IED triggerman of the patrols' approach. However, a conversation with SGT [b(3), b(6)] on 28FEB07, after his original DA 2823 sworn statement, revealed that SGT [b(3), b(6)] had learned from the driver of his lead MTVR 7-Ton truck that the [b(7)] were actually deployed by his vehicle as an escalation of force warning as his vehicles initially turned west onto ASR [b(7)].

The IED triggerman was most likely located within a few hundred meters north of ASR [b(7)] and had made his escape covered by a second insurgent who fired at the platoon (1 B/3-509), from a berm 300-400meters north of the IED site, while the casualties were being prepped for evacuation. The patrol engaged the enemy combatant with a 0.50 caliber machine gun, but the insurgent escaped into the desert by moving north behind terrain which denied visibility. It is not known if he was hit by any of the 0.50 caliber rounds (see the DA 2823 by SFC [b(7)]—TAB I). There was not sufficient combat power on hand to effect an evacuation, secure the damaged M1114, and pursue the insurgent into the desert; so the enemy was allowed to escape.

CPT [b(3), b(6)] 1LT [b(3), b(6)] and Marine SGT [b(3), b(6)] all report (see their DA 2823—TAB M, TAB N, and TAB Q, respectively), all report receiving radio traffic about 1 B/3-509 sustaining an IED strike, but that initial reports were that all vehicles were still rolling. This radio communication was received, despite the fact that their MTVR 7-ton truck [b(7)] CREW systems were still [b(7)] [b(7)]. This observation still makes it difficult to explain the communication difficulties encountered during the infiltration/exfiltration phases. It was only after the main element RP'd at OP Delta, that them members learned of 1 B/3-509's injuries from the IED

Unknown to the patrol in contact (1 B/3-509), the Battalion TAC, PSD and route clearance, had been accidentally abandoned north of their position during the main efforts exfiltration. The TAC had been unable to contact the C2 element in the main effort as they moved through the TAC's position during extraction, possibly due to the [b(7)] by the Marine [b(7)] CREW systems. The TAC arrived from the rear after the IED strike and after the insurgent SAF had ceased. Personnel from the TAC pulled security and provided additional medical support for the other wounded members of SGT Kurtz's vehicle crew. SPC[b(3), b(6)]the driver, received a



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3rd BATTALION, 509th INFANTRY (AIRBORNE)
4th BRIGADE COMBAT TEAM (AIRBORNE), 25th INFANTRY DIVISION
CAMP FALLUJAH, IRAQ
APO AE 09387

REPLY TO
ATTENTION OF

APVR-ABNB                                                    13 March 2007

MEMORANDUM FOR RECORD

SUBJECT: AR 15-6 Investigation Findings in the Death of SGT KURTZ, RUSSELL ANDREW  B Co 3-509 IN (ABN)

1. **Purpose:** The following are recommendations from an AR 15-6 investigation into the death of SGT KURTZ, RUSSELL ANDREW, SSN [ b(3), b(6) ]

2. **Pre-Execution Recommendations:**

   a. Conduct a rock drill for all participants using a scaled-down replica of the objective This will allow all participants to understand the mission at the macro-level, as well as validate the plan and the participants' understanding of the plan. A map rehearsal is not sufficient for battalion sized operations. Ensure that all participants are present for the rock drill and use this opportunity to elicit a back-brief from each element's leadership.

   b. Solicit the expertise of the RCT-6 EWO in the planning of joint operations where the potential for [ b(7) ] and [ b(7) ] CREW systems may create communication and other mission obstacles. This would include EWO input in vehicle COM in the MDMP phase and insuring compliance with the plan when marshaling vehicles for the mission.

   c. Execute a secondary COMEX for a mission with the CREW systems on immediately upon SP from the Camp Fallujah gate. This must be carefully coordinated, allowing for input from internal [ b(7) ] CREW Field Service Representatives and RCT-6 EWO [ b(7) ] representatives, as well as delay buffers within the timeline.

   d. Require a specific CREW mitigation plan to be briefed at every phase of the MDMP. This will need to be v very specific and will require detailed planning with respect to what vehicles and what CREW devices are available. Every care should be given to providing complete coverage by Army [ b(7) ] CREW systems, especially during joint operations to provide adequate force protection for Marine assets.

3. **Equipment Recommendations:**

Expedite the replacement of [ b(7) ] vehicle armor with objective armor. No armor can completely defend against a properly designed and employed shape charge; however, the design of the window frame on objective armored vehicles is superior to that of the [ b(7) ] vehicle armor kit, and may have prevented the window glass fragment from injuring SGT Kurtz.

fragment/shrapnel injury to his right eye (despite ballistic eyewear use), and subsequently lost his right eye. SPC (3), b(6) the gunner, received minor shrapnel wounds to the lower left arm.

The problems with communications and lack of understanding of the exfiltration plan by all participants are indicative of failures on the part of the staff as well as the inadequacies in the mission rehearsal and COMEX, prior to mission execution. The CAR was a leaders-only map-based rehearsal and not all of the key participants were present. A Rock Drill with all participants was never conducted. The main effort rehearsed actions on the objective and mounting-dismounting of the MTVR 7-Ton trucks. The OOM was not executed in such a way as to position Army b(7) CREW system-equipped vehicles between the Marine MTVR 7-Ton trucks, to provide an adequate force protection against b(7) IEDs. Acknowledging that the shaped charge IED that killed SGT Kurtz was a command wire detonated IED (not a remote detonated), the non-planned/non-rehearsed use of the Marine b(7) CREW systems very likely had a detrimental impact on communications during the exfiltration phase. If communications had been fully operational, and if an adequate brief/back-brief of the Marine MTVR TC's had been accomplished during the MTVR remounting phase, a proper link-up with the route clearance team may have been accomplished. It cannot be understated that there is no guarantee that the IED attack would have been foiled by the inclusion of route clearance for the exfiltration. It is clear that some mistakes were made under stress and fatigue that removed a layer of force protection (i.e. route clearance), that may have prevented SGT Kurtz's death.

3. **Status of Remains:** Remains were transferred from Balad, Iraq to Fort Meade, Maryland. The remains were claimed by the NOK at Fort Meade and moved to David Henry Funeral Home in South Park, Pennsylvania. SGT Kurtz's funeral was conducted at 1100 on 19 FEB 2007, at Ruthford Lutheran Church in Bethel Park, PA. He is buried at Bethel Cemetery in Bethel Park, PA.

4. **Status of Sensitive Items:** SGT Kurtz's sensitive items, to include his weapon and optics, were inventoried by 1sG b(3), b(6) and are secured at the IP Station in Karme, Iraq.

5. **Status of the processing of posthumous awards and promotions:** Form R-9 provided by 1st CAV Division lists the Soldier has having received the Bronze Star Medal, Posthumous, the Purple Heart, Posthumous, the Army Commendation Medal, Posthumous, the Army Good Conduct Medal, Posthumous, the National Defense Service Medal, the Iraq Campaign Medal, the Global War On Terrorism Service Medal, the Noncommissioned Officers Professional Development Ribbon, the Army Service Ribbon, the Overseas =Service Ribbon, the Combat Infantrymen's Badge, Posthumous, the Parachutist's Badge, Basic, and the Weapons Qualification Badge with Expert Bar (inscription Rifle).

7. POC is the undersigned, reachable via HQ, 3-509th IN BN (ABN) or at b(3), b(6) @us.army. mil or b(3), b(6) @4bmc25id.ds.smil.mil .

b(3), b(6)

MAJ(P), MC, FS
Battalion Surgeon
Investigating Officer



(SECRET NOFORN)
**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 3rd BATTALION 509th INFANTRY (AIRBORNE)
CAMP FALLUJAH, IRAQ

ATVR-ABNB-S6                                                              02 MAR 2007

MEMORANDUM FOR RECORD

SUBJECT: Timeline for the 15-6 Investigation Findings in the Death of SGT Russell Andrew Kurtz, B Co 3-509 IN (ABN)

1. The following timeline was constructed from the statements of personnel present during the execution and planning of Operation [b(7)] during which and IED explosion resulted in the death of SGT Russell Andrew Kurtz. Additionally, the 3-509 IN (ABN) staff duty logs for 10 and 11 February, 2007 were used to approximate times that events occurred. It cannot be understated that the times provided below are calculated estimates with the exception of entries taken from duty logs. Approximate times based on multiple witness statements have been provided so that the reader can more easily follow the flow of events.

2. This timeline is intended to be used in conjunction with the Timeline Slides, exhibit XXX.

3. Timeline:

Early JAN 2007  A WARNO for Operation [b(7)] is briefed.
10 JAN 2007:  Planning for Operation [b(7)] was started by the staff.
13 JAN 2007:  Operation [b(7)] Mission Analysis Brief
13 JAN 2007:  A WARNO is distributed for Operation [b(7)]
16 JAN 2007:  Operation [b(7)] Course of Action Brief
22 JAN 2007:  Operation [b(7)] Wargaming
24 JAN 2007:  Operation [b(7)] Syncronization Meeting
26 JAN 2007:  Operation [b(7)] OPORD completed
? JAN 2007:  Air assets for the original planned operation are not available and an abbreviated version of the mission is planned by the S-3A, S-3, and S-2. Additional staff products are submitted.
? Feb 2007: The OPORD is burned to disks and briefed to the participating company commanders after a routine Asymmetric Warfare Meeting at OP Delta.
Helicopter site protection requirements causes Operation [b(7)] to be rescheduled by 2 days.
10 FEB 2007:  A Co and 1st Platoon B Co elements moved to Camp Fallujah for pre-mission preparations
10 FEB 2007:  Rehearsals were conducted by the main effort for actions on the objective and mounting and dismounting the Marine 7-ton trucks.
1600 10 FEB 2007:  A map-based Combined Arms Rehearsal for key leaders was conducted at Camp Geronimo in the Battalion plans office.
1700 10 FEB 2007:  The COMEX was executed and successful radio checks were made through the retrans by all vehicular and manpack radio systems.

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                              (b)(3), b(6)

4. Policy Recommendations:

I recommend suspension of the RCT-6 Marine Truck Company SOP that forbids supported units from placing anyone inside the cab of their trucks during a joint mission. The MVTR 7-Ton trucks would not have been allowed to pass unescorted through the link-up point with route clearance and the TAC, if any of the a Co/3-509 leadership had been riding in the cab.

5. POC is the undersigned, reachable via HQ, 3-509[th] IN BN (ABN) or at
[ b(3), b(6) ] @us.army.mil or [ b(3), b(6) ] @4bct25id.ds.smil.mil

```
                                    b(3), b(6)
```

MAJ(P), MC, FS
Battalion Surgeon
Investigating Officer

APVR-ABNB                    (SECRET NOFORN)
SUBJECT: Timeline for the 15-6 Investigation Findings in the Death of SGT Russell Andrew
Kurtz, B Co 3-509 IN (ABN).

1800 10 FEB 2007: CPT [b(3), b(6)] noted that the Marine vehicles had [b(7)] systems and
instructed SGT [b(3), b(6)] not to use them on the Mission
1815 10 FEB 2007: CPT [b(3), b(6)] discussed the dispersion of [b(7)] systems with SFC [b(3), b(6)]
the NCO in charge of the vehicle line up for Operation [b(7)]
2100 10 FEB 2007: Vehicle Line Up Occurred
2214 10 FEB 2007: Able company (main effort) and the 7-tons departed. 1st Platoon B Co
followed Able Company. The TAC followed 1-B 3-509. The Scout Platoon followed the TAC
2217 10 FEB 2007: Route Clearance entered AO in support of Operation [b(7)]
**Approximately 2225 10 FEB 2007: All participants halted to load weapons prior to exiting
Camp Fallujah.**
**Approximately 2226 – 2250 2007:** The counter-IED roller on the lead vehicle malfunctioned
and all participants were stuck waiting while mechanics came up from the rear to return the roller
to the battalion area on Camp Fallujah.
**Approximately 2250 10 FEB 2007:** The ground assault convoy left Camp Fallujah and turned
east onto MSR [b(7)] en route to the objective. All communications became extremely
degraded when the Marine 7-tons turned on their [b(7)] CREW systems.
**Approximately 2300 – 2400 10 FEB 2007:** The ground assault convoy halted on MSR
[b(7)] while waiting for route clearance to finish clearing route [b(7)] from MSR
[b(7)] up to the intersection with [b(7)] road. Route Clearance found multiple IEDs on
this portion of the route. (See Timeline Slide #1)
2400 10 FEB 2007: Route clearance completed clearance up the intersection of Route
[b(7)] and [b(7)] road and the GAC moved up to the intersection. (See Timeline Slide #2)
2400 10 FEEB 2007 – 0200 11 FEB 2007:
- 1st Platoon B Co passed from the rear of the GAC to the front of the patrol in order to escort
route clearance further North. (See Timeline Slide #3)
- Serious comms problems continued and the BN CDR ordered everyone to change all radios
from retrans to the Battalion command frequency [b(7)]
- SGM [b(3), b(6)] ordered the Marines to turn off the [b(7)] systems and comms improved
immediately.
- Route Clearance continued up [b(7)] road, but due to the time required for them to return on
the narrow road (making room for the 7-tons to pass) a pre-coordinated audible was called and
the Able company dismounts in the Marine 7-tons dismounted at the intersection of Route
[b(7)] and [b(7)] Road. The Able company Soldiers began movement to Objective
[b(7)] on foot up [b(7)] Road. (See Timeline Slide #4)
0200 11 FEB 2007: Scouts, in position overwatching MSR [b(7)] reported seeing 3 dump
trucks and 2 Bongo trucks with 5 dismounts VIC [b(7)] (See Timeline Slide #5)
0210 11 FEB 2007: Scouts report a total of 20 dismounts and the departure of 2 vehicles for the
site they were observing on MSR [b(7)] 1-B 3-509 returned back through the sitting GAC
and assisted the Scouts in cordoning off the suspicious vehicles and dismounts on MSR
[b(7)] (See Timeline Slide #5)
0215 11 FEB 2007: Able company reached the de-trucking site on foot. They were given
permission to move into position for the raid on Objective [b(7)] (See Timeline Slide #5)

5

[b(3), b(6)]

APVR-ABNB                    (SECRET NOFORN)
SUBJECT: Timeline for the 15-6 Investigation Findings in the Death of SGT Russell Andrew
Kurtz, B Co 3-509 IN (ABN).

0240 11 FEB 2007: Scouts moved in and questioned the suspicious personnel on MSR
[b(7)]  Vehicles were searched and nothing was found. It turns out that the observed
location was a gas station and the personnel were locals getting in line early for fuel. (See
Timeline Slide #5)

0250 11 FEB 2007: B Co moved back in support of route clearance. Once complete route
clearance moved on to clear west on Route [b(7)] and then north on ASR [b(7)] up to the
Lollypop in downtown Karmah. B Co escorted the 7-tons and other vehicles in the patrol to the
de-trucking point – minus the TAC . (See Timeline Slide #6)

0300 11 FEB 2007: A Co initiated the raid on Objective [b(7)]  (See Timeline Slide #7)
B Co returned to positions securing route [b(7)] and [b(7)] road.
The TAC remained near the intersection of route [b(7)] and [b(7)] Road where they felt
they had the best comms with all elements involved in the operation.

0309 11 FEB 2007: [b(7)] reported finding an HVT in building 3, the son of the HVT in
building 4, and the HVTs nephew in building 1.

0320 11 FEB 2007: [b(7)] reported finding a man in building 5 who was associated with the
HVT.

0352 11 FEB 2007: [b(7)] reported small arms fire from 600-800 meters southwest of their
location – they believe it came from another town.

0400 11 FEB 2007: [b(7)] established a 360 degree perimeter with the TAC and PSD at
[b(7)]

0434 11 FEB 2007: [b(7)] reported that they have the HVT and son in bldg 4. They both say
that there is a large cache in the woodline. EOD and Engineers are ready to move and destroy
any found enemy materials.

0459 11 FEB 2007: [b(7)] reported finding an old rusted anti-aircraft weapon. They also report
that the HVT's son is giving up names and location of where there is ammunition

0459 11 FEB 2007: [b(7)] reported that it will take 2 hours for them to return to the TACs
location for the escort mission in support of the extraction to Camp Fallujah.

0503 11 FEB 2007: [b(7)] spotted a backed out dump truck and a sedan near the intersection of
Pittsburgh and investigates.

0510 11 FEB 2007: [b(7)] reported that the drivers of the vehicles were asleep inside

0516 11 FEB 2007: [b(7)] reported that they have 2 detainees and will be departing in 20 minutes.

0528 11 FEB 2007: [b(7)] reported finding an Al Qaeda video at the HVT's house and was
informed of a cache 2 Km west of their location.

0531 11 FEB 2007: [b(7)] requests permission to leave the objective. (See Timeline Slide #8)

0535 11 FEB 2007: [b(7)] begins extraction to the de-trucking point with captured material and
detainees.

0537 11 FEB 2007: Route Clearance finds an IED VIC [b(7)]  (See Timeline Slide
#9)

0540 11 FEB 2007: Route Clearance re-estimates that it will take approximately 45 minutes to 1
hour to return to the TAC's location.

Approximately 0600 11 FEB 2007: [b(7)] orders the main effort to move back to the
TAC's location and wait for route clearance before continuing the extraction   CPT [b(3), b(6)]

5

APVR-ABNB                    (SECRET NOFORN)
SUBJECT: Timeline for the 15-6 Investigation Findings in the Death of SGT Russell Andrew
Kurtz, B Co 3-509 IN (ABN).

relays the order to SFC Johnson who is in charge of the de-trucking site. SPC [b(3), b(6)] then
briefed Sgt [b(3), b(6)] (7-ton Marine truck NCOIC) in person that the vehicles are required to
move to the intersection of route [b(7)] and [b(7)] Road and to consolidate their position
with that of the TAC and PSD until the arrival of route clearance.

0606 11 FEB 2007: Able company dismounts that participated in the raid arrive at the planned
de-trucking point. (See Timeline Slide #10)

0628 11 FEB 2007: The main effort is re-assembled and departs the de-trucking point. The
Marines turn their CREW systems back on.

0628 11 FEB 2007: Route Clearance reports that they are moving to clear route [b(7)] and
MSR [b(7)] and then lead the GAC back to Camp Fallujah.

Approximately 0628 to 0635 11 FEB 2007: The main effort passes through the TACs location
and continues south onto Route [b(7)] without waiting for route clearance or the TAC.
CPT [b(3), b(6)] tries to radio the 7-ton trucks and the A Co CDR in order to tell them to stop with
no success due to [b(7)] from the CREW systems. Supporting elements of B Co fall in behind
the main effort as it passes through their position. (See Timeline Slide #11)

0635 11 FEB 2007: The TAC begins movement back down Route [b(7)] en route to Camp
Fallujah. (See Timeline Slide #12)

0636 11 FEB 2007: A [b(7)] is spotted by multiple vehicles and as the convoy turned westbound
onto MSR [b(7)]

Approximately 0645 11 FEB 2007: A second [b(7)] is spotted while moving westbound on
MSR [b(7)]

0650 11 FEB 2007: [b(7)] requests permission to move directly to OP Delta instead of Camp
Fallujah. The request is relayed through CPT [b(3), b(6)] to [b(7)] and permission is granted.
(See Timeline Slide # 13)

0652 11 FEB 2007: SGT Kurtz's vehicle is hit by an IED as it swerves around a large pothole
while moving westbound on MSR [b(7)]. The element 7 ton trucks and the C2 element
that are riding in them are unaware of the IED strike and do not answer numerous radio calls on
the intra-convoy net nor on Battalion Command. The main effort continued to Camp Delta.
(See Timeline Slide # 14)

Actions after the IED are well described in the statement of SPC [b(3), b(6)] the Platoon Medic
(TAB O):

"SFC [b(3), b(6)] was calling up to have the rest of the convoy stop and I was yelling for him to call up
to see if there were any casualties. Then someone from that truck that was hit yelled over the
net. 'We need a medic!' I immediately yelled to SFC [b(3), b(6)] that I was going to the vehicle. As I
was running back, SSG [b(3), b(6)] who was in the truck behind mine got out of his vehicle to run
back and assist me. As I came on to the vehicle I noticed a large (4 inches) hole in the ballistic
glass of the TCs door. I opened the door to find SGT Kurtz sitting up, not moving. At this time
I ran over to see the other casualties and had the people who were with me pull out SGT Kurtz. I
pulled out SPC [b(3), b(6)] and saw his right eye was swollen shut and I saw blood on his leg so I
began to cut away his clothes to make sure he had no massive bleeding from his thigh. The

5

APVR-ABNB                    (SECRET NOFORN)
SUBJECT: Timeline for the 15-6 Investigation Findings in the Death of SGT Russell Andrew
Kurtz, B Co 3-509 IN (ABN)

blood must have come from his eye before it was swollen shit. SPC b(3), b(6) had a cut to his left
forearm that was not massively bleeding, barely at all in fact. At this point I moved back to
Kurtz. The whole process took about 2-3 minutes. Kurtz was on the ground and SGT b(3), b(6)
and b(3), b(6) were with him. I tell them to cut all his clothing off. I noticed blood coming form
the back of his head. I noticed it felt very tender on the right side of the back of his head. I
began assessing his airway and he had blood in his mouth and throat. I turned his head to the
side, repositioned it and put in an OPA. Then I started to wrap his head in Kerlix. I wrapped
with one roll and then stood up and saw SFG b(3), b(6) and yelled for him to me a spine board and a
truck. I was informed that one of the other medics were on their way to help. Knowing there
wasn't much that could be done for the other casualties I remained focused on Kurtz. The other
casualties were alert and responsive. By the time I wrapped another roll, the spine board was
there. By the time he was on the spine board, the truck was there. We put him in the truck and
started CASEVAC. About every 30 sec, I turned his head to let the blood fall out of his mouth.
After the first time turning his head I began prepping to administer FAST 1 infusion. When I
began pushing it in his arms began flinching inwards. I'm assuming from the pain. I hooked up
500 ml of Hextend and gave the bag to the gunner and told him to hold it up and monitor the
flow. I continued turning his head until we got to Fallujah Surgical."

**Approximately 0700 11 FEB 2007:** The TAC and PSD arrived at the site of the IED blast.
**Approximately 0710 11 FEB 2007:** The main effort arrived at OP Delta.
**Approximately 0715 - 0730 11 FEB 2007:** The CASEVAC patrol arrived at Fallujah Surgical.
The remainder of the Platoon and the battalion TAC evacuated the damaged HMMWV to Camp
Fallujah.
**0827 11 FEB 2007:** The 7-tons with PSYOP in the lead and EOD and Retrans in the rear depart
OP Delta for Camp Fallujah.
**Approximately 0900 11 FEB 2007:** The 7-tons and their escort arrived at Camp Fallujah.
**Exact Time Unknown:** SGT Kurtz is evacuated to Balad treatment facility where he died of
wounds.

4. The point of contact for this memorandum is the undersigned at SVOIP 771-1400 or
b(3), b(6) @us.a.mi.mil or    b(3), b(6)    @us.army.mil.

```
                        b(3), b(6)
```

CPT, SC
Investigating Officer

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans

| PAGE NO. 1 | NO. OF PAGES 9 |
|---|---|

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3-509ᵗʰ TOC | Camp Fallujah | HOUR 0800 | DATE 10 Feb 07 | HOUR 0800 | DATE 11 Feb 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | IN |
|---|---|---|---|---|---|
| 1 | 0800 | | ...TRANS... ON PERSONNEL AND DERIVATIVE | INFORMED BTL CPT | |
| 2 | 0824 | | ...treating SAF to the North. | Informed ALL | |
| 3 | 083. | | ...arrival / element 9/49 SP C-Fall... | Informed ALL | |
| 4 | 0850 | | ...ment SP OP Delta. 9/49 | Informed ALL | |
| 5 | 0852 | | SAF... S 02- 949 | Plowed | |
| 6 | 0856 | | SP: ...SP OP Cruz EL Mohammed. 4°14 .9Y second degrees. | Informed ALL | |
| 7 | 0905 | | ...Return SP C-Fall. 9/49 en route to C Delta. | Informed ALL | |
| 8 | 0912 | | Report...to 509 4/49 en route to GO Delta. [b(7)] ...net | Informed ALL | |
| 9 | 0909 | | ...troop, JSF/-909, while mounted, en patrol... IF Mohammed traveling south, on ASR [b(7)] reported a dead dog in the middle of the road 13... [b(7)] Will investigate | Informed ALL | |
| 10 | 0913 | | 4EL FIT MCS MOBILE TM SP TO 3-509 ALL VIC 43 EAX 76 42, 7/33 | Informed ALL | |
| 11 | 0923 | | ...the minutes of the road... [b(7)] was the... pulled, not an IED, just fresh dug r... | Informed ALL | b(3), b(6) |
| 12 | 0929 | | [b(7)] arrived at cache sweep site. Found ...nodules [b(7)] They are destroyed. | Informed ALL | |
| 13 | 0935 | | SP Delta for C-Fall 4/49 | Informed ALL | |
| 14 | 0942 | | FELI... ...CONVOY HAS LEFT OP 7/177 IN ROUTE ...ght | Informed ALL | |
| 15 | 0955 | | ...SP... AO BA IED. ...2PL... ...INFRAREDS ...NOTIFY ONE PLATOON FOUND. OO ON A JTF ROAD BETWEEN TWO QUADRA FARM. IN FARMAH / MORS. 385 LB 787 3557... THEY ...DESCRIBE IT AS HAVING A SHAPE TYPE NEAR CHE TWO... ...VIC 14 KM... ...ARE   IS GLASS FEE.... ...FINALLY, THERE ARE UNKNOWN IN THE AREA, BUT ...NO 40...TS...  PAGE AT THIS TIME | Rec'd SPOTREP on PIED in AO BAKER | |

b(1)

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594   PREVIOUS EDITION OF THIS FORM IS OBSOLETE   Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07   (b)(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | | PAGE NO. 2 | | NO. OF PAGES 9 | |
|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | | |
|---|---|---|---|---|---|---|
| | | FROM | | TO | | |
| 3/509th TOC | Camp Fallujah | HOUR 0600 | DATE 10 Feb 07 | HOUR 0600 | DATE 11 Feb 07 | |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL. |
|---|---|---|---|---|---|
| | | | b(1) | | |
| 16 | 0906 | | Falcon, Towers reported explosion ... Mohammed monitors same ... | Informed ALL | |
| 17 | 0910 | | ... vehicle of Bellen, Wood ... what they thought was an IED. ... back up and it exploded in ... Lead Vehicle. They are ... mission. | Informed ALL | |
| 18 | 0933 | | ... ON OP NAPLES from FOB, ... plan from SIGO | Informed ALL | |
| 19 | 1035 | | BELLEN, WOOD MOBILE ABN OF MOHAMAD 3 1036 | Informed ALL | |
| 20 | 1116 | | Bellen, Wood OP Mohammed. | Informed ALL | |
| 21 | 1127 | | Bellen, Wood Mobile FOB RP OP (mud). | Informed ALL | |
| 22 | 1130 | | ... | Informed ALL | |
| 23 | 1156 | | Blue OP OP Station 6/16 | Informed ALL | b(3), b(6) |
| 24 | 1217 | | Falcon Camp Fallujah | Informed ALL | |
| 25 | 1230 | | ... moving will SP Khan en route to OP ... for recovery. | Informed ALL | |
| 26 | 1236 | | At 10%, Bennett, B/3-509, while OP station ... (#0) and SAA at OP station 5 and 7X ... that they want A,B,C is one of the locations. ... from OBJ. ... renamed to the north side of the ... X ROJS to the south (#0 the ... 100-150 from 7.62 (AK-47 ... 762 line, 100 rnds 5.56 LMK, ... bell. | Informed ALL | |
| 27 | 1238 | | ... rpg and SAF as the complexity of ... be needed along and of ... the company. | Informed ALL | |
| 28 | 1242 | | Bragg ... WIC any fire from the West. | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|
| | |

DA FORM 1594    PREVIOUS EDITION OF THIS FORM IS OBSOLETE    Electronic Form

KIA. SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    b(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | PAGE NO. 4 | | NO. OF PAGES 9 | |
|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | | |
|---|---|---|---|---|---|---|
| | | FROM | | TO | | |
| 3-509ᵗʰ TOC | Camp Fallujah | HOUR 0600 | DATE 10 Feb 07 | HOUR 0600 | DATE 11 Feb 07 | |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | IN |
|---|---|---|---|---|---|
| | | | have a use of looking at a possible spotter, who went in ... b(7) | | |
| 58 | 1437 | | Anburo 57 - Armor to be careful at TPST | | |
| 59 | 1437 | | Effing element of people. MTBs laid on dune within yesterday with a blanket over ... has placed reeds and is using ... Shirting 6 understands. If you have ... 57L, 250-375m, has a manewer element, 244's, and an M24 and machine gun read. | | |
| 60 | 1340 | | Term = 7: Some probable bad guy SW of Bus at 7. FIEL at the b(7) has halted at ... station and CP50. Adjacent unit reports that there is a convoy escorted by IA of vehicles from the NW. | Informed ALL | |
| 61 | 1444 | | 50 ... investigating whatever obstacle is affecting traffic. | Informed ALL | |
| 62 | 1452 | | Seen: ... at 7 TF station BCP. | Informed ALL | |
| 63 | 1456 | | FIEL: ... station cleared. IED at IP Station reported as a b(7) | Informed ALL | |
| 64 | 1413 | | 500 ... guys at b(7) FIST | | |
| 65 | 1414 | | 500 ... sewers, people running from the site as diffused IED # IP station BCP. | Informed ALL | b(3), b(6) |
| 66 | 1421 | | Term - at the IP station reported hearing SAF ... Marksmanship at b(7) NW of IP station | Informed ALL | |
| 67 | 1426 | | 500 got shot at while diffusing IED; CN | Informed ALL | |
| 68 | 1455 | | 241 SPLT while securing Seabees, red's a SPAL. BCP of SAI from JOR distance from the morgue | Informed ALL | |
| 69 | 1456 | | don't know gunfire and RPG from N and West. MSRs from where ECP is at. So got initial fire from N and NW. IA ... a MSR to the south, 5L-TE ends fuel lane ... near A, 15 nail. | Informed ALL | |
| 70 | 1456 | | b(7) ... they have not resolved fire for a few ... m1 — b(7) arm b(7) Due east of IED b(7) | Informed ALL | |
| 71 | 1442 | | they have behind a school house, -? reports ... moving around about the south of ... | Informed ALL | |
| 72 | 1444 | | Element - 4 15 FF T-Fall for Delta. | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594   PREVIOUS EDITION OF THIS FORM IS OBSOLETE   Electronic Form

# DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG

For use of this form, see AR 220-15; the proponent agency
is Office of The Deputy Chief of Staff for Operations & Plans

| PAGE NO. | NO. OF PAGES |
|---|---|
| 5 | 9 |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3/509th TOC | Camp Fallujah | HOUR | DATE | HOUR | DATE |
| | | 0600 | 10 Feb 07 | 0600 | Feb 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | |
|---|---|---|---|---|---|
| 29 | 1245 | | B-4 of EN 2/3; Belleau Road PSD has stopped b(7) for PTSD, Traffic on the Times MSR Net. | Informed ALL | |
| 30 | 1254 | | b(7) reports no casualties b(7) searching b(7) | Informed ALL | |
| 31 | 1301 | | b(7) | Informed ALL | |
| 32 | 1307 | | b(7) No b(7) and b(7) | Informed ALL | b(3), b(6) |
| 33 | 1309 | | b(7) | Informed ALL | |
| 54 | 1313 | | b(7) We got a possible sniper on b(7) Same | Informed ALL | |
| 55 | 1317 | | b(7) returns EIED at LS station ECP. | Informed ALL | |
| 56 | 1324 | | b(7) | Informed ALL | |
| 57 | 1329 | | he's a bad guy. put reeds up | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594    PREVIOUS EDITION OF THIS FORM IS OBSOLETE    Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    IO b(3), b(6)

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 220-15, the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans

| PAGE NO. | NO. OF PAGES |
|---|---|
| 5 | 9 |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3-509ᵉ ISIC | Camp Fallujah | HOUR 0800 | DATE 10 Feb 07 | HOUR 0800 | DATE 11 Feb 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL |
|---|---|---|---|---|---|
| 73 | 1414 | | (b)(7) | Informed ALL | |
| 74 | 1447 | | ... (b)(7) ... | Informed ALL | |
| 75 | 1426 | | (b)(7) ... (b)(7) | Informed ALL | |
| 76 | 1451 | | ... | Informed ALL | |
| 77 | | | ... | Informed ALL | |
| 78 | 1507 | | ... (b)(7) ... grid: | Informed ALL | |
| 79 | 1515 | | ... | Informed ALL | |
| 80 | 1515 | | (b)(7) | Informed ALL | b(3), b(6) |
| 81 | 1517 | | (b)(7) ... (b)(7) | Informed ALL | |
| 82 | 1522 | | (b)(7) ARR ... | Informed ALL | |
| 83 | 1524 | | (b)(7) | Informed ALL | |
| 84 | 1538 | | ... | Informed ALL | |
| 85 | 1549 | | ... | Informed ALL | |
| 86 | 1555 | | (b)(7) ... | InformedALL | |
| 87 | 1636 | | (b)(7) ... | Informed ALL | |
| 88 | 1643 | | (b)(7) ... | Informed ALL | |
| | | | (b)(7) | | |

TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE

**DA FORM 1594**   PREVIOUS EDITION OF THIS FORM IS OBSOLETE   Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | | PAGE NO. | | NO. OF PAGES | |
|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | 6 | | 9 | |

| ORGANIZATION OR INSTALLATION | | LOCATION | | PERIOD COVERED | | | |
|---|---|---|---|---|---|---|---|
| | | | | FROM | | TO | |
| 3-509th TOC | | Camp Fallujah | | HOUR | DATE | HOUR | DATE |
| | | | | 0600 | 10 Feb 07 | 0600 | 11 Feb 07 |

| ITEM NO. | TIME | | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| 89 | 1645 | | ... in Form N-14, SGT C Lema, Linked, ... marked: round count for SP ... | Informed ALL | |
| 90 | 1817 | | ...baker pro for PTT guys just got a ... that there was a team of ... on the river near checkpoint 10. H... Hahad, ... of Fallujah, seems he was shot... He | Informed ALL; Is a JCC issue involving Iraqi on Iraqi crime, with US forces having no jurisdiction | |
| 91 | 1919 | | b(7)  ...does ... | Informed btl cpt | |
| 92 | 1936 | | b(7)  ...COX at the target house on the house ...sqd males were having meeting found ...each room, have bed separated for peas... | Informed btl cpt | |
| 93 | 1940 | | ...the matching ints of honey found ...staff found moving all personel ...out tactical questioning and a ...to house where pads were found in... | Informed btl cpt | |
| 94 | 2011 | | b(7)  ...to target house to deal with ...suspects | Informed btl cpt | |
| 95 | 2019 | | b(7)  ...inch at 4113 | Informed btl cpt | |
| 96 | 2125 | | b(7)  ...having back to us | Informed btl cpt | b(3), b(6) |
| 97 | 2134 | | b(7)  ...spotted man walking along a road ...wall of a large bldg and then ...as of fired 15 rounds 7.62 240 ...the man ...move into the canal ...above, as he jumped to just ...by 762 AK | Informed btl cpt | |
| 98 | 2134 | | b(7)  ...figures a bldg to fire at  b(7) | Informed btl cpt | |
| 99 | 1944 | | b(7)  ...reaching and trailers ...blind battle space | Informed btl cpt | |
| 100 | 1945 | | b(7)  ...it 73 | Informed btl cpt | |
| 101 | 2214 | | b(7)  ... | Informed btl cpt | |
| 102 | 2215 | | ...tted AO 186 067 Mattis still. ...on 4041 | Informed BT1 CPT | |
| 103 | 2234 | | b(7)  ... | Informed BT1 CPT | |
| 104 | 2257 | | b(7)  ...Good | Good comms | |
| 105 | 2335 | | b(7)  ...based troops | Informed BT1 CPT | |
| 106 | 0106 | | ...changed back to 449 | Informed BT1 CPT | |
| 107 | 0211 | | ...dump trucks and a dodge trucks ...rolling  b(7) | Informed BT1 CPT | |

| TYPED NAME AND RANK, OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|
| | |

DA  FORM  1594    PREVIOUS EDITION OF THIS FORM IS OBSOLETE    Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    ID b(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG |||| PAGE NO. 7 || NO. OF PAGES 9 ||
|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans ||||||||

| ORGANIZATION OR INSTALLATION |||| LOCATION | PERIOD COVERED ||||
|---|---|---|---|---|---|---|---|---|
| 3-509" TOC |||| Camp Fallujah | FROM || TO ||
| | | | | | HOUR 0600 | DATE 10 Feb 07 | HOUR 0600 | DATE 11 Feb 07 |

| ITEM NO. | TIME || INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INI. |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| 108 | 0210 | | ... reports ... agents and that ... trucks ... | Informed BTL CPT | |
| 109 | 0215 | | b(7) ... the release point asked if is ... the same site to assist they think ... bomb is blocking the road we are ... not fot t held | Informed BTL CPT | |
| 110 | 0230 | | b(7) ... 9 & 4... 0f m south of the bldg | Informed BTL CPT | |
| 111 | 0240 | | ... the vics were at a gas station and ... deaunted it | Informed BTL CPT | |
| 112 | 0300 | | ... fixed in bldg 9 son of bldg 9 nephew of ... | Informed BTL CPT | |
| 113 | 0320 | | Found a man in bldg 1 who was documented mult men in 2 | Informed BTL CPT | |
| 114 | 0330 | | b(7) ... radio check | Informed BTL CPT | |
| 115 | 0352 | | b(7) ... 600 -800 meters to sw of their ... in 3-4 bursts they believe it ... from a neighbor town | Informed BTL CPT | |
| 116 | 0357 | | b(7) ... radio chck | Informed BTL CPT | |
| 117 | 0400 | | b(7) ... estab ... a 360 perimeter at his ... | Informed btl cpt | |
| 118 | 0410 | | b(7) ... so it is no longer 53/5 | Informed BTL CPT | |
| 119 | 0434 | | b(7) ... the nw and sw tr bldg 4 they ... say there is a large cache in the ... engineers and eod are prepared to ... | Informed BTL CPT | b(3), b(6) |
| 120 | 0440 | | b(7) ... the cache is 20 meters south ... they are moving in on the cache | Informed BTL CPT | |
| 121 | 0449 | | b(7) ... r of or | Informed BTL CPT | |
| 123 | 0450 | | b(7) ... 1 hooted as weapon but son the ... says there is more ammo ... Be up on 2 hours to ... soccer pack | Informed BTL CPT | |
| 124 | 0500 | | b(7) ... found out a charred out ... sedan at intersection | Informed BTL CPT | |
| 125 | 0505 | | b(7) ... were asleep in the dump trucks ... | Informed BTL CPT | |
| 126 | 0506 | | b(7) ... detained the hvt and his son ... things up and will be leaving in 20 ... | Informed BTL CPT | |
| 127 | 0526 | | b(7) ... located video at guad house and ... of a cache 1 x out in west of ... | Informed BTL CPT | |
| 128 | 0531 | | b(7) ... no to leave objective | Informed BTL CPT | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|
| | |

DA   FORM   1594          PREVIOUS EDITION OF THIS FORM IS OBSOLETE          Electronic Form

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | | PAGE NO. 8 | | NO. OF PAGES 9 | |
|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | | |

| ORGANIZATION OR INSTALLATION | | LOCATION | | PERIOD COVERED | | | |
|---|---|---|---|---|---|---|---|
| | | | | FROM | | TO | |
| 1-509ᵗʰ TOC | | Camp Fallujah | | HOUR 0900 | DATE 10 Feb 07 | HOUR 0900 | DATE 11 Feb 07 |

| ITEM NO. | TIME | | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| 129 | 0835 | | b(7) on patrol ... | Informed BTL CPT | |
| 130 | 0837 | | b(7) ... ... led ... b(7) ... command with ... r ... = 2x 120 mm | Informed BTL CPT | |
| 131 | 0840 | | b(7) ... to g 3F Location vic 45 miles to | Informed BTL CPT | b(3), b(6) |
| 132 | 0846 | | ... ... on on detour point | Informed BTL CPT | |
| | | | ... ... / ... ... | | |

TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY          SIGNATURE

DA    FORM    1594          PREVIOUS EDITION OF THIS FORM IS OBSOLETE          Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07                    b(3), b(6)

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 220-45, the proponent agency
or Office of The Deputy Chief of Staff for Operations & Plans

| PAGE NO. | NO. OF PAGES |
|---|---|
| ọ | u |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3 509th TOC | Camp Fallujah | HOUR | DATE | HOUR | DATE |
| | | 0600 | 16 Feb 07 | 0600 | 12 Feb 07 |

| ITEM NO. | TIME | | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|
| | |

DA +08M 1594          PREVIOUS EDITION OF THIS FORM IS OBSOLETE          Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    (b)(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | | PAGE NO. | | NO. OF PAGES | |
|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of the Deputy Chief of Staff for Operations & Plans | | | | 1 | | 7 | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 5/509th TOC | Camp Fallujah | HOUR 0600 | DATE 11 FEB 07 | HOUR 0000 | DATE 7 FEB 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INI |
|---|---|---|---|---|---|
| 1 | 0600 | | b(7) ON PERSONNEL AND SENSITIVE | INFORMED BTL CPT | |
| 2 | 0600 | | b(7) | Informed btl cpt | |
| 3 | 0625 | | b(7) | Informed btl cpt | |
| 4 | 0625 | | b(7) | Informed btl cpt | |
| 5 | 0630 | | b(7) | Informed btl cpt | |
| 6 | 0642 | | b(7) | Informed btl cpt | |
| 7 | 0657 | | b(7) | Informed btl cpt | |
| 8 | 0715 | | b(7) | Informed ALL | |
| 9 | 0717 | | b(7) b(3), b(6) b(3), b(6) | Informed ALL | |
| 10 | 0722 | | b(7) b(3), b(6) | Informed ALL | b(3), b(6) |
| 11 | 0729 | | b(3), b(6) b(3), b(6) b(3), b(6) | Informed ALL | |
| 12 | 0731 | | b(7) | Informed ALL | |
| 13 | 0832 | | b(7) b(7) | Informed ALL | |
| 14 | 0832 | | b(7) | Informed ALL | |
| 15 | 0340 | | b(7) | Informed ALL | |
| 16 | 0800 | | b(7) | Informed ALL | |
| 17 | 0810 | | b(7) | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594   PREVIOUS EDITION OF THIS FORM IS OBSOLETE   Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07   Ib(3), b(6)

| \multicolumn{13}{|c|}{DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG} |

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 226-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans.

PAGE NO. 2

NO. OF PAGES 7

| ORGANIZATION OR INSTALLATION | LOCATION | \multicolumn{4}{l|}{PERIOD COVERED} |
|---|---|---|---|---|---|

ORGANIZATION OR INSTALLATION: 3-509" TOC
LOCATION: Camp Fallujah

PERIOD COVERED
FROM — HOUR 0800 — DATE 11 FEB 07
TO — HOUR 0800 — DATE 12 FEB 07

| ITEM NO | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTIONS TAKEN | INI |
|---|---|---|---|---|---|
|  |  |  | ...the vehicle to a building. |  |  |
| 18 | 0819 |  | b(7) ...suddenly stopped and guys got out... boys jumped out of the... | Informed ALL |  |
| 19 | 0821 |  | ...b(3), b(6)... WOUNDS, RUSSELL HEAD TRAUMA-VSI: SPC ...R EYE GLOBE TRAUMA VI: SPC b(3), b(6) SSHRAP - ELBOW NBI | Informed XO |  |
| 20 | 0822 |  | ...MP Delta to investigate... | Informed ALL |  |
| 21 | 0827 |  | A ...4 BIGARD CONVOY leaving OP Delta with 2xxx headed for C-Fall | Informed ALL |  |
| 22 | 0829 |  | b(7) ...RT en route to b(7) where suspect vehicle was stopped. b(7) | Informed ALL |  |
| 23 | 0832 |  | b(7) at C-Fall | Informed ALL |  |
| 24 | 0833 |  | stops... b(7) | Informed ALL |  |
| 25 | 0900 |  | ...ADVISORY, 8 IP in AO Geronimo to... done search. | Informed ALL |  |
| 26 | 0909 |  | ...IP | Informed ALL |  |
| 27 | 0915 |  | b(7) ...Jb: looks like a large wedding. | Informed ALL |  |
| 28 | 0920 |  | b(7) ...detained and checking vehicles | Informed ALL |  |
| 30 | 0921 |  | b(7) ...searching vehicles and questioning individuals. | Informed ALL | b(3), b(6) |
| 30 | 0922 |  | ...king for clarification on the location they are searching. | Informed ALL |  |
| 31 | 0935 |  | ...flat back window. There are bullet holes in vehicle, but no AL. weapons are ...cannot tie these guys to the IED ...and have tested clean on X-spray. | Informed ALL |  |
| 32 | 0945 |  | ...P 2/5CAV 9/17 moving into AO Geronimo from The East. | Informed ALL |  |
| 33 | 1002 |  | b(7) ...IP station. | Informed ALL |  |
| 34 | 1015 |  | ...IP | Informed ALL |  |
| 35 | 1036 |  | ...4, from 2/5CAV has sent the b(7) b(7) ...AO to conduct cache sweep IVO b(7) | Informed ALL |  |
| 36 | 1045 |  | ...MP delta to AO substhat, 6/60. | Informed ALL |  |
| 37 | 1100 |  | ...OP C-Fall. XVI, was reported by AL...RT en route to OP Sunsthat. | Informed ALL |  |
| 38 | 1100 |  | ...gave tactical questioning of the ...object that we have here at the ...will also advise when/if we have more | Informed ALL |  |

TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

IC b(3), b(6)

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans

| | | PAGE NO. 3 | NO. OF PAGES 7 |
|---|---|---|---|

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3-509th TOC | Camp Fallujah | HOUR 0600 | DATE 11 FEB 07 | HOUR 0600 | DATE 12 FEB 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INI |
|---|---|---|---|---|---|
| 39 | 1113 | | b(7) | Informed ALL | |
| 40 | 1115 | | b(7) | Informed ALL | |
| 41 | 1235 | | UPDATE (111235C FEB 07): PBA concluded the IED to be a shaped charge aimed at the TC's head with b(7) to b(7) of explosive. It was not determined to be an EFP. | Informed ALL and updated sigact | |
| 42 | 1304 | | b(7) | Informed ALL | |
| 43 | 1318 | | b(7) | Informed ALL | |
| 44 | 1321 | | b(7) | Informed ALL | |
| 45 | 1323 | | b(7) | Informed ALL | |
| 46 | 1324 | | b(7) | Informed A4 | |
| 47 | 1327 | | b(7) | Informed ALL | |
| 48 | 1330 | | b(7) | Informed ALL | |
| 49 | 1336 | | b(7) | Informed ALL, Fires notified 2nd PLT | |
| 50 | 1340 | | b(7) | Informed ALL | b(3), b(6) |
| 51 | 1352 | | b(7) | | |
| 52 | 1417 | | b(7) | | |
| 53 | 1420 | | b(7) | Informed ALL | |
| 54 | 1421 | | b(7) | Informed ALL | |
| 55 | 1434 | | b(7) | Informed ALL | |
| 56 | 1435 | | b(7) | Asked Able Raven | |
| 57 | 1437 | | b(7) | | |
| 58 | 1438 | | b(7) | Informed ALL | |
| 59 | 1447 | | b(7) | Informed ALL | |
| 60 | 1447 | | b(7) | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594        PREVIOUS EDITION OF THIS FORM IS OBSOLETE        Electronic Form

**DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG**
For use of this form, see AR 220-15; the proponent agency is Office of the Deputy Chief of Staff for Operations & Plans

| | | | PAGE NO | | NO. OF PAGES |
|---|---|---|---|---|---|
| | | | 4 | | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| | | HOUR | DATE | HOUR | DATE |
| 3-509th TOC | Camp Fallujah | 0600 | 11 FEB 07 | 0600 | 12 FEB 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL |
|---|---|---|---|---|---|
| | | | [various redacted b(7)] | | |
| 61 | 1500 | | ...disrooute b(7) | Informed ALL | |
| 62 | 1500 | | b(7) GP Motorcycle by Omar 4/17 | Informed ALL | |
| 63 | 1501 | | ...blue Dodge that took off at high speed West on b(7) | Informed ALL | |
| 64 | 1504 | | ...latest b(7) | Informed ALL | |
| 65 | 1506 | | b(7) at IP Station | Informed ALL | |
| 66 | 1510 | | ...is moving | | |
| 67 | 1511 | | b(7) had set blocking position on... They fired at the crew below... in the vehicle now. The truck ...they are maneuvering on it now. b(7) Vehicle did not stop for warning shots. | Informed ALL | |
| 68 | 1520 | | ...GSW to leg and torso. GSW to leg. | Informed ALL | b(3), b(6) |
| 69 | 1521 | | b(7) dismounted A Co element | Informed ALL | |
| 70 | | | b(7) | Informed ALL | |
| 71 | 1536 | | ...coming from House b(7) numat ...blood...with the second pile b(7) dry hole. HETR. | Informed ALL | |
| 72 | | | b(7) boy singing in the middle of the b(7) | Informed ALL | |
| 73 | | | ...as HETR. | Informed ALL | |
| 74 | 1547 | | ...engaged guy digging w/ b(7) w/ M4, ...the and his female human shield ran away... engaged with... b(7) running... far away down b(7) Will ...but not due to b(7) being a company b(7) ... | Informed AL1 | |
| 75 | 1554 | | ...now, no EN here. | Informed ALL | |
| 76 | 1555 | | ...beg on x-spray. A Co 2nd units to engage...in target house b(7) b(7) ...must there all... dark and then fucked. Jundibat. | Informed ALL | |
| 77 | 1600 | | ...GRT nude and the troups are now spinning... have taken IDs and want to | Informed ALL | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | SIGNATURE |
|---|---|

DA FORM 1594   PREVIOUS EDITION OF THIS FORM IS OBSOLETE   Electronic form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07   b(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | PAGE NO. 5 | | NO. OF PAGES 7 | |
|---|---|---|---|---|---|---|
| Forms of this form, see AR 220-15 the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3-509° TOC | Camp Fallujah | HOUR 0800 | DATE 11 FEB 07 | HOUR 0600 | DATE 12 FEB 07 |

| ITEM NO. | TIME IN | TIME OUT | INCIDENTS, MESSAGES, ORDERS. ETC. | ACTION TAKEN | INI |
|---|---|---|---|---|---|
| | | | ... b(6) ... PROTECTION SERVICES ... OF INDUSTRY MINERALS ... told them in side in'... | | |
| 78 | 1750 | | rec'd e-mail from Hughes RE: PIED in Karmah When classified insurgents ... b(7) ... saw 2 trucks ... on the road next to each other. When ... the AW observed disturbed earth ... trucks were stopped. Possibly ... but can't confirm must from the AW. Will have grid route clearance. | Informed ALL | |
| 79 | | | DY KARLEY  detained HVT and got ... of suspects and informed JK of large cache ... at it. | Informed ALL | |
| | | | ... b(7) ... b(7) ... OFF ... b(7) ... b(7) ... | | b(3), b(6) |

KIA  SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07

b(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | PAGE NO. 6 | | NO. OF PAGES 7 | |
|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15; the proponent agency is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | |

| ORGANIZATION OR INSTALLATION | LOCATION | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| 3-509th TOC | Camp Fallujah | HOUR 0600 | DATE (1 FEB 07) | HOUR 0600 | DATE (2 FEB 07) |

| ITEM NO. | TIME | | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INI |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| | | | [illegible text] b(7) | | |
| | | | [illegible] | | |
| | | | [illegible] b(7) | | |
| | | | b(7) | | |
| | | | b(7) | | |
| | | | b(7) | | |
| | | | [illegible] | | |

TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY        SIGNATURE

DA FORM 1594        PREVIOUS EDITION OF THIS FORM IS OBSOLETE        Electronic Form

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    (b)(3), b(6)

| DAILY STAFF JOURNAL OR DUTY OFFICER'S LOG | | | | | | PAGE NO | | NO. OF PAGES | |
|---|---|---|---|---|---|---|---|---|---|
| For use of this form, see AR 220-15, the proponent agency | | | | | | 7 | | 7 | |
| is Office of The Deputy Chief of Staff for Operations & Plans | | | | | | | | | |

| ORGANIZATION OR INSTALLATION | | LOCATION | PERIOD COVERED | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | FROM | | | TO | | |
| 3-509" TOC | | Camp Fallujah | HOUR | DATE | | HOUR | DATE | |
| | | | 0600 | 11 FEB 07 | | 0600 | 12 FEB 07 | |

| ITEM NO. | TIME | | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | INL. |
|---|---|---|---|---|---|
| | IN | OUT | | | |
| | | | ... - ... based tomorrow. 0600. | | |
| | | | - ... calendar for the next month to ... in ... maintenance, training, ops. | | |
| | | | [b(7)] round was an issue. | | |
| | | | - ... tensions significantly slowed. | | |
| | | | - Enemy continues to adapt. All elements ... out of target area but made it to ... ... assuming IEDs never show up. | | |
| | | | - ... report | | |
| | | | - ... eight up. Are they really lining up for ... ? Gas station needs to get locked | | |
| | | | - Early morning emplacement, ... seeing the human shield, and ... the man emplacement in broad ... | | |
| 80 | 1931 | | [b(7)] a radio check | Informed btl cpt | |
| 81 | 1956 | | Searches ... percent complete | Informed btl cpt | |
| 82 | 2000 | | ... south on pos. | Informed btl cpt | |
| 83 | 2036 | | ... south on pos. | Informed btl cpt | |
| 84 | 2100 | | ... | Informed btl cpt | |
| 85 | 2115 | | ... requests approval for launch | Informed btl cpt | |
| 86 | 2138 | | [b(7)] ... on posts | Informed btl cpt | |
| 57 | 2152 | | ... | Informed btl cpt | b(3), b(6) |
| 88 | 2154 | | Radio ... check | Informed btl cpt | |
| 89 | 2240 | | [b(7)] ... on ... | Informed btl cpt | |
| 90 | 2345 | | ... | Informed btl cpt | |
| 91 | 0020 | | ... | Informed btl cpt | |
| 92 | 0038 | | ... | Informe dbtl cpt | |
| 93 | 0155 | | radio ... check | Informed btl cpt | |
| 94 | 0400 | | Radio ... check | Informe btl cpt | |
| 95 | | | /CLOSED/ ... | | |

| TYPED NAME AND RANK OF OFFICER OR OFFICIAL ON DUTY | | SIGNATURE |
|---|---|---|
| | | |

DA    FORM    1594          PREVIOUS EDITION OF THIS FORM IS OBSOLETE          Electronic Form

KIA. SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

IO [b(7)]

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Camp Fallujah, Iraq | 20070215 | 1230 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|
| b(3), b(6) | E-3/AD |

6. ORGANIZATION OR ADDRESS

HHC 3-509 INF (ABN)

9.

I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

O/A 1500 10 FEB 07 I attended a final combined arms rehearsal for operation [b(7)]. The mission was to conduct a raid on several target houses etc. [b(3), b(6)] to seize a suspected weapon's dealer and destroy his weapons cache that was reported to be in the palm grove near his home. The route to the weapon's dealer's house was east on route [b(7)] and then north along route [b(7)] up to the un-named north south running canal road. We were to travel up the canal road and establish a position in the open area south of the Karma river on the east side of the canal. Soldiers from A Co were then supposed to dismount and move over to a nearby bridge with an obstacle that prevented mounted movement. From there the dismounts were to move north and establish a cordon and assault

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | b(3), b(6) | PAGE 1 OF 11 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    USAPA DV1.01C

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 2007 |

9.

positions from which to launch the raid. [b(3), b(6)]
Engineers from the T-6 were supposed to destroy
any weapons found on site after a count was
made and pictures were taken After completion
of the raid the dismounts were to return and
remount the vehicles that were being secured
at the de-trucking site. Then everyone was
supposed to return to Camp Fallujah

The entire route of movement along route
[b(7)] and the canal road was a known IED
hot spot so route clearance was arranged for to
to travel ahead of the GAC and clear for IEDs,
both going to the de-trucking site and coming
back to camp Fallujah.

At 1600 we conducted a successful
ComEX with all participants A retrans was
planned at the de-trucking site for the dismounts
so they could range the TAC & TOC for CAS so
we also had all radios (manpack & vehicular) made
a radio check through the retrans - which was
successful During the COMEX the Marine 7-ton
trucks that were to carry the dismounts were

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 2 OF 1 PAGES |
|---|---|---|
| | b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC 1998                                          USAPA V1 01B

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 2007... |

9. STATEMENT (Continued)

lined up at Camp Fallujah. I noted that they all had [b(7)] systems which [b(7)] our FM communications. I approached an NCO that was mounted on one of the trucks and asked him if the Marines planned to use [b(7)] and he responded yes. I instructed 1. to ensure that the Marines not use the [b(7)] and that they would still have comms via our [b(7)] systems- [b(7)] [b(7)] Then I went to dinner and returned to conduct pcc's for the retrans personnel and vehicle. At 2130 we pulled the retrans truck online with the 7 each 7-ton trucks. The GAC was as follows [b(7)] with SFC [b(3), b(6)] and his section were in the lead followed by the 7-tons. Behind the 7-tons was EOD in a Jerv, followed by PSYOP and then our retrans vehicle in the rear. At 2200 we moved out along the prescribed route. Route Clearance had started earlier and was already clearing route [b(7)] The remainder of the forces for this mission including the TAC (BN CDR, S-3, S-2, PSO)

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | | PAGE 3 OF 11 PAGES |
|---|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

STATEMENT OF    b(3), b(6)    TAKEN AT Camp Fallujah, Iraq    DATED Dec 30-'8

9. STATEMENT (Continued)

and the scout platoon, were behind us by a few minutes but soon caught up. There was some problem with the roller on the lead vehicle when we got to the gate and about a half hour went by where we were waiting form someone to come get it. When we left the TAC and PSD were ahead of our convoy with a B Co platoon (?) and the scouts were behind us. The B Co platoon was supposed to secure the canal road and [b(7)] along with the scouts to prevent IED placement on the exfil route while we at the de-trucking site and the dismounts were doing their thing Comms went bad when we left the gate and the Marines turned on the [b(7)] When we got near the turn-off from MSR [b(7)] onto route [b(7)] the CAC came to a halt. Route clearance was going to take longer than expected up to the junction with the canal road. After about an hour we got the call through a relay that we needed to move forward to intersection of route [b(7)] and the canal road. We moved forward and stopped again for an hour while route clearance moved up the canal road. During this time a couple of things happened

INITIALS OF PERSON MAKING STATEMENT    b(3), b(6)    PAGE 4 OF 11 PAGES

PAGE 2, DA FORM 2823, DEC 1998    USAPH 6V1 010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    IO b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT Camp Fallujah, Iraq | DATED 2x 702 05 |
|---|---|---|
| b(3), b(6) | | |

(1) The [b(3), b(6)] Battalion commander ordered everyone off of the returns frequency and back to regular Battalion command because he thought the patrons track was broken. So M [b(3), b(6)] ordered the Marines to turn off the [b(7)]. The Marines did this, but called their higher who ordered them to turn it back on and over-rode the order of the commander on the ground.

(2) The [b(7)] occupied positions overwatching route [b(7)] and MSR [b(7)] from the abandoned industrial complex UIC [b(7)]

They saw suspicious vehicles convoy up on MSR [b(7)] with lights out, at this time and 1 P/Sqn was sent to help them cordon these vehicles. The vehicles were stopped and searched and nothing was found. 1B/509 returned to secure the canal road as part of their mission.

(3) The [b(7)] commander did not want to delay the assault so he ordered the dismounts to

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | | PAGE 3 OF | PAGES |
|---|---|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998                                                    USAPA 9V1 010

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah. Iraq | 10 Feb 2013 |

9 STATEMENT (Continued)

move up to the karma river bridge on ft.
They dismounted and moved out

Eventually route clearance returned and the
GAC moved to the de-trucking area south of
the karma area. The THC stayed near
the intersection of [b(7)] and the canal
road to minimize comms with all elements
The dismounts moved on the objective as
planned while route clearance was sent west
up route [b(7)] with instructions to clear
up to the [b(7)] on RSR [b(7)] and return
in time for the exfil. My vehicle was
at the de-trucking site and we spent the
night relaying messages between [b(7)] and the
objective and [b(7)] and [b(7)] with
the THC

~~~~ About 30 minutes before sunrise the
dismounts returned with some captured stuff and
detainees. We mounted up and [b(7)] instructed
us to travel his location and await route clearance

| INITIALS OF PERSON MAKING STATEMENT | PAGE 6 OF 11 PAGES |
|---|---|
| b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC 1998                JSAPA 2V1 010

KIA, SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07                        101 b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 20 Jan 2015 |

who had been bugged down on ASR b(7) due to an IED find. We moved down the canal road trying to keep up with the 7 tons that were going 20 - 25 MPH over very rough terrain - we were bouncing so bad in the rear trying to keep up that our truck even stalled once. I had no comms with the b(7) in the front of the exfil convoy because the Marines were running the b(7) again - they had turned them off at the de-trucking point and everyone had been able to talk. I could still talk with others in on my position because I was outside the b(7) bubble at the end of the patrol (with my gunner watching the 6). I tried to call b(7) when the 7 tons went right past b(7) position which was not part of the plan. They continued down rte. b(7) with no route clearance and I had no choice but to keep up since we were

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | PAGE 2 OF 1 PAGES |
|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V1.010

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___ b(3), b(6) ___ TAKEN AT Camp Fallujah, Iraq DATED ___

9. STATEMENT (Continued)

providing rear security. 1 B/3-509 saw us
blow by and probably thought we were pulling
out with route clearance already because they
were following us out on route [b(7)] about
200 meters behind our convoy. As I was
coming to MSR [b(7)] I saw [b(7)] coming
down about 100-200 meters south of MSR
[b(7)] where it intersects with [b(7)] I
called this up and warned
everyone that could get the call that [this]
was probably an enemy signal. I saw another
[b(7)] about 1000 meters down the road also to
the south of [b(7)] as we pulled
onto [b(7)] we had to punch it at this point
as the inexperienced Marines started hauling
ass - maybe 40-50 Mph down [b(7)] I
was on the radio doing the relay thing because
[b(7)] finally came up and wanted to lead everyone
to our Delta - which was authorized by [b(7)]
[b(7)] At this time my guys said they heard

INITIALS OF PERSON MAKING STATEMENT ___ b(3), b(6) ___ PAGE 5 OF PAGES

PAGE 2, DA FORM 2823, DEC 1898                                    USAPA 8V1.00

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT Camp Fallujah, Iraq | DATED 2a OCt 1+ |
|---|---|---|
| b(3), b(6) | | |

a been. I asked SΡ b(3), b(6) if he saw
anything in the turret and he said that
1 B /3 - 509 behind us had dropped off
and that he could see the smoke from an
IED explosion. 1 B 3/509 came up and rolled
in an IED strike. Our convoy travelled
on and went to OP Delta. At OP Delta
I told   b(7)   what had happened and he
knew nothing about it because of the
bad comms from the   b(7)   I dismounted
went over and yelled at the Marine NCO in
charge of the 7 tons. His men had their
protective gear off and were smoking in
the open area near the ECP at OP D Ha
This was a known sniper area in plain
view from the surrounding buildings outside the
OP and from ASR   b(7)  , so I ordered him
to put his men back in the trucks. After
telling him that he was partially responsible for

| INITIALS OF PERSON MAKING STATEMENT b(3), b(6) | PAGE G OF 1 1 PAGES |
|---|---|

PAGE 2, DA FORM 2823, DEC 1998                    USAPA PV1.010

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 7 oo |

STATEMENT (Continued)

someone getting IEDed in my opinion he agreed
to turn off the [ b(7) ]. We departed
to FE camp Fallujah about an hour later
with PSYOP as the lead vehicle, then the
7 tons, and my vehicle again in the rear
we made it back to Camp Fallujah with
No incidents and perfect comms all the
way

Nothing Follows



| INITIALS OF PERSON MAKING STATEMENT | | |
|---|---|---|
| b(3), b(6) | PAGE 10 OF 1 PAGES | |

PAGE 2, DA FORM 2823, DEC 1998                    USAPA V1 D10



STATEMENT OF [b(3), b(6)]     TAKEN AT Camp Fallujah, Iraq     DATED 2007-02-15

Not Used

Not Used          Not Used

Not Used

**AFFIDAVIT**

I, [b(3), b(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR ___

[b(3), b(6)]

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 15th day of February, 2007 at Camp Fallujah, Iraq

ORGANIZATION OR ADDRESS

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT  [b(3), b(6)]     PAGE 1 OF 1 PAGES

PAGE 3, DA FORM 2823, DEC 1998                                          USAPA V1.010

KIA. SGT KURTZ (B 3-509), 4-25ID  11 FEB 07                    Id [b(3), b(6)]

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION Karma Irac IP Station | 2. DATE (YYYYMMDD) 20070217 | 3. TIME 1500 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|
| b(3), b(6) | E-7 |

8. ORGANIZATION OR ADDRESS
B. Co. 3/509 INF (ABN)

9.
I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH

On october 7, my Platoon was part of the battalion mission. Operation b(7) my Platoon was responsible for securing Rte b(7) . My platoon was spread out from the detruching point to the intersection of b(7) and b(7) . I had a 3 truck element at that intersection. On the morning of the 11th Oct we got the call to exfil. As the main element move back through our location we collapse into the rear of the Formation. As we moved to MSR b(7) we saw a b(7) go up to the South of b(7) and we called it up to the Platoon leader. We turned on b(7) and moved towards Camp Fallujah. My platoon was assumed to be the trail of the convoy. As we moved West down MSR b(7) my trail Vehicle was hit by an IED. We secured the area and started treating casualties. As we were treating casualties the Scout Platoon came from our rear to assist. That when I realized we were not the trail element of the convoy. We then proceded to evac our casualties to camp Fallujah.

Q    what do you remember about the composition of the platoon (trucks, personell, weapons) during the exfil?

A   I had a 6 truck element (see attached sheet)

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT b(3), b(6) | PAGE 1 OF 6 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT_____ DATED_____"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        USAPP.V1.370

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF

b(3), b(6)

TAKEN AT _Karma Irng_   DATED _20070717_
_I P Station_

9.   STATEMENT (Continued)



INITIALS OF PERSON MAKING STATEMENT

b(3), b(6)

PAGE ___   2821, DEC 1998

PAGE _2_  OF _6_  PAGES

USAPA 5V71-010

IC b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma Iraq If Station | 2007 02 17 |

**8. STATEMENT (Continued)**

Q. How fast was the platoon travelling at the time of the IED strike?

A. We were moving 35 MPH to 40 MPH

Q. Is this the routine speed that the ~~convoy~~ patrols normally travel?

A. No, we usually move [ b(7) ] mph

Q. Why were you travelling so fast?

A. To keep up with the convoy

Q. Was SGT Kurtz wearing all of his protective gear at the time of the strike?

A. Yes

Q. Did you see any potential triggermen at the time of the strike?

A. As we were treating casualties we saw possible triggerman and returned fire to that location.

Q. Where was he located?

A. 20 meters North of the IED site near the railroad track.

Q. How did you establish PID on this possible triggerman?

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 3 OF 6 PAGES |
|---|---|---|
| b(3), b(6) | | |

PAGE 2, DA FORM DEC 1998

KIA. SGT KURTZ (B 3-509). 4-25ID. 11 FEB 07

b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma, Iraq EP Station | 2007-02-17 |

9. STATEMENT (Continued)

A Movement over the top of the railroad track

Q. Movement away from your position or toward your position?

A Movement away from my position North

Q Do you feel that the high rate of speed of the convoy contributed to the effectiveness of the IED strike?

A. I don't know

Q: Do you feel that anything could have been done to prevent this from happening and if so what?

A: No

Q. Were actions in a contingency to include IED strikes rehearsed prior to the mission?

A We conducted backbriefs

Q: Who provided medical ~~attention~~ attention for SGT Kurtz when he was hit?

A: My medic SPC [b(3), b(6)] SGT [b(3), b(6)] and SGT [b(3), b(6)] assisted.

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 4 OF 6 PAGES |
|---|---|---|
| b(3), b(6) | | |

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.00

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

IC b(3), b(6)

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karmar Iraq IP Station | 2007-4-2 17 |

**9.  STATEMENT (Continued)**

Q: Please detail what you know about initial treatment and the evacuation of SGT Kurtz to Fallujah surgical

A: I moved back to SGT Kurtz truck SSG [b(3), b(6)] was the chase vehicle he had already pulled the Driver Spc [b(3), b(6)] and the Gunner Spc [b(3), b(6)] out I moved to SGT Kurtz he was not responding at that time SGT [b(3), b(6)] and SGT [b(3), b(6)] came up and we got SGT Kurtz out of the truck Spc [b(3), b(6)] was with Spc [b(3), b(6)] and I told him to go to SGT Kurtz while I stayed with Spc [b(3), b(6)] The Scout looked up and their Medic started more treatment on [b(3), b(6)] I began to get vehicles ready for CASEVAC We loaded SGT Kurtz and I sent them to Camp Fallujah while we were getting Spc [b(3), b(6)] loaded Then we left for Camp Fallujah with Spc [b(3), b(6)] The Scouts and a few guys from my platoon recovered the vehicle.

Q: Who was on the evac with SGT Kurtz and what vehicles were they in?

A: I sent my medic Spc [b(3), b(6)] with SGT Kurtz in [b(7)] and [b(7)] & [b(7)] escorted own Truck [b(7)] and [b(7)] Left a few minute later with Spc [b(3), b(6)] I left in [b(7)] with the Scout Platoon's medic

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 5 OF 6 PAGES |
|---|---|---|
| b(3), b(6) | | |

PAGE 3     DEC 1998     USAPA 5V1.030

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07     ICO b(3), b(6)

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma Iraq IP Station | 2007 02 17 |

9. STATEMENT (Continued)

Q Do you have any other details or comments you would like to provide?

A N

Nothing Further

**AFFIDAVIT**

I, _b(3), b(6)_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 6 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, O

b(3), b(6)

(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 17th day of February 2007

at Karma IP Station Iraq

b(3), b(6)

ORGANIZATION OR ADDRESS

b(3), b(6)   C. CPT, SC

(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT

b(3), b(6)

PAGE 6 OF 6 PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA PV1.01U

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Yarmouk, Iraq, IP Station | 20070217 | 1600 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. | 7. GRADE/STATUS |
|---|---|---|
| b(3), b(6) | | E6/Active |

8. ORGANIZATION OR ADDRESS
B Co 3-509

9. I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

[illegible] went on the [illegible] mission [illegible] scouts to Exfill. I was of RTE b(7) and b(7) Road and It [illegible] was up North [illegible] which we [illegible] had [illegible] talking back and forth. During the Exfill we had to push truck down to cover the scouts position [illegible] only cover down to the inter section of MSR b(7) [illegible] b(7) Road there was No one between Camp [illegible] and b(7) Road and the scout could only see so far [illegible] MSR b(7) A[illegible] passed at Exfill time which was later than it was suppose to be between 30min to an hour later we were suppose to Exfill during night hours but by the time we moved out it was light out. My truck was supose to be last but SGT Kurtz truck was one of the two that take the scouts pelion they said it would be easyer for his truck to just fall in last. He [illegible] followed the road got on MSR b(7) we were still moving a little [illegible] [illegible] there was a lot of [illegible] between the trucks, we [illegible] a pot hole to the left of it as well as SGT Kurtz truck but I heard a Explosion behind me I asked my gunner if the last truck SGT Kurtz truck was OK because SF b(3), b(6) tried to call and ask all vehicals were OK but my gunner said he did not see anyone moving in SGT Kurtz truck Thats when I heard someone say on the radio Medic. I dismounted and took Doc b(3), b(6) to follow me to SGT Kurtz truck. Doc b(3), b(6) [illegible] went to the Driver side where Spc Heeren was [illegible] trying to get out. I went to the TC side SGT Kurtz seen that I needed the b(3), b(6) [illegible] I take controll of Spc b(3), b(6) and Spc b(3), b(6). Spc b(3), b(6) had to [illegible] off what had happen he could not keep his balance at first then I sent him to my truck

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 6 PAGES |
|---|---|---|
| | b(3), b(6) | |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF______ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998 DA FORM 2823, JUL 72, IS OBSOLETE USAPA [illegible]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma Iraq I P Station | 2 Oct 2017 |

**9. STATEMENT (Continued)**

Soon b(3), b(6) had started on taking spe b(3), b(6) equipment off when I type over there and Doc b(3), b(6) went to work on SGT Kurtz and they put him in and take him to CpT _____ and then I straight to the spe b(3), b(6) until the scouts showed up and I got him to take over. They were going to tow SGT Kurtz truck but I got it running and told them I would drive it back in. Then spe b(3), b(6) was to take it up to Fallujah, so I got SGT Kurtz truck to drive it back in. I told the scouts it would be faster if I drove it but instead they take them twice which the TC side the truck the doors would not shut, we got the truck back and I started to clean it out _____ for someone to come back and tell me how they were doing.

Q How fast were you travelling when the IED it he occured (A) 25-35 mph

Q: Do you think that speed was a factor in the effectiveness of the IED strike? A) No I think the insurgent was hit it when they fell. (Cool?)

Q. What first aid did you provide to SPC [ b(3), b(6) ]

A: I held his hand and talk to him to keep him from going into shock the wound was not bleeding unless he turned his head _____ then started to _____ know to keep _____ at until I could get Doc b(3), b(6) _____ _____ but that is when the scouts and the show show up.

Q: Then so you stayed behind to help recover the damaged vehicle? Yes and drove it back in _____ those doors open on the TC side.

Q: How long was the it between the two

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 2 OF 6 PAGES |
|---|---|---|
| | b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA PV1.01E

KIA, SGT KURTZ (B 3-509) 4-25ID, 11 FEB 07                         b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | | TAKEN AT | DATED |
|---|---|---|---|
| | b(3), b(6) | Karma Iraq<br>IP Station | 20070217 |

9. STATEMENT (Continued)

of the IED strike and the time SGT
Kurtz was evacuated? 10 min or less.

Q: What time was the IED strike? 10 [Cont]

Q: You said that there were comms
problems - please explain we had to move
between the trucks.

Q: Did you have route clearance
for the exfil? No they went N/W _____ [b(7)]

Q: Was it part of the plan to wait
for route clearance before exfil? No

Q: You stated that you understand the
plan for ~~exfil~~ to be  A co, the J-ton truck,
retrans, and then yourselves, but not route
clearance? yes

Q: Why did you fire on the suspected trigger...
Did you have PID? Yes

Q: You say you saw a guy on a berm - did you
see ___ [b(7)] or anything else that

INITIALS OF PERSON MAKING STATEMENT
[b(3), b(6)]

| PAGE | 4 | OF | 6 | PAGES |

PAGE 2, DA FORM 2823, DEC 1998

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma Iraq. I P Station | 2007 d= / 2 |

8  STATEMENT (Continued)

made you think he was the trigger man
or was it just because he was stumbling
you? get no other Grounds (I used the really
isn't get any look for around wipes)

G  You said the Scouts found a
[ b(7) ]  when they arrived? yes

G  where did it go? was not there while
KIA did not at analysis and the unit

G  So no one followed the [ b(7) ]
at that time? No

G  Do you have any TTP's or
recommendations to make to prevent this
from happening again? Hey was someone you
t should of to something with [ b(7) ]

G: Do you have anything else to add at this
time? No

———————  End of statement ———————

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | | PAGE 5 OF 6 PAGES |
|---|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA 9V1.0.0



STATEMENT OF [b(3), b(6)]    TAKEN AT Karma Iraq IP Station    DATED 2007 02 17

Not Used

**AFFIDAVIT**

I, [b(3), b(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___ I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR [                    ]

[b(3), b(6)]

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 17th day of February , 2007

at Karma Iraq I P Station

[b(3), b(6)]

ORGANIZATION OR ADDRESS    (Sig

[b(3), b(6)] C.P.T.

ORGANIZATION OR ADDRESS    (Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    [b(3), b(6)]    PAGE 6 OF 6 PAGES

PAGE 3, DA FORM 2823, DEC 1998    USAPA V01.010

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    IO[b(3), b(6)]

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| KHARMA, IRAQ IP STATION 20070217 | | 1809 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|
| b(3), b(6) | E6 |

**8. ORGANIZATION OR ADDRESS**
1PLT B co 3/509 IN (ABN)

9.

I, b(3), b(6) SSG, USA, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

10 FEB 07. OPERATION b(7) A RAID CONDUCTED BY THE BATTALION AGAINST INSURGENT ACTIVITY EAST OF KHARMA. MY PLATOON WAS TASKED TO SECURE A SECTION OF THE ROUTE LEADING TO AND FROM THE OBJECTIVE AREA WITH THE PURPOSE OF PRECLUDING THE ENEMY FROM HARRASSING THE ASSAULT ELEMENT WITH IED's AND SMALL ARMS FIRE DURING INFILTRATION AND EXFILTRATION.

WE EXPERIENCED SOME COMMO PROBLEMS IMMEDIATELY AND WERE ABLE TO TALK TO EACH OTHER INTERMITTANTLY OR THROUGH A RELAY. I ALSO REMEMBER THERE BEING SOME CONFUSION AS TO WHETHER OR NOT WE WERE GOING TO ROLL b(7)

WHEN THE CONVOY REACHED THE OVERPASS ON b(7) ROAD A TRAFFIC JAM DEVELOPED WITH MOUNTED ELEMENTS TRYING TO PASS THROUGH OTHERS AND DISMOUNTS ON THE WESTERN SIDE OF THE ROAD. I FOUND OUT LATER THAT NUMEROUS IED's HAD BEEN ENCOUNTERED AT THE HEAD OF THE COLUMN WHICH FORCED THE ASSAULT ELEMENT TO DETRUCK EARLY AND MOVE TO THE OBJECTIVE ON FOOT. AFTER THEY CROSSED THE RIVER, WE SECURED THE BRIDGE AND GUIDED THE TRUCKS ACCROSS ONCE ROUTE CLEARANCE NEUTRALIZED THE IED's BLOCKING THEIR PATH.

WITH EVERYONE FINALLY ACCROSS THE BRIDGE AND HEADED TO WHERE THEY WERE SUPPOSED TO BE, THE PLATOON MOVED INTO OVERWATCH ALONG b(7) ROAD WITH 3 HUMVEES AND SFC b(3), b(6) AT THE INTERSECTION OF b(7) AND b(7) AND 3 HUMVEES WITH 1LT b(3), b(6) ON THE SOUTH SIDE OF THE SOUTHERN MOST CANAL CROSSING.

| 10. EXHIBIT | 11. INITIALS OF b(3), b(6) ING STATEMENT | PAGE 1 OF | b(3), b(6) GES |
|---|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE                    USAPA 7V1.01V

KIA. SGT KURTZ (B 3-509), 4-25ID  11 FEB 07                                    ID b(3), b(6)

USE THIS PAGE IF NEEDED    IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | b(3), b(6) | TAKEN AT Karma, Iraq IP Station | DATED 17 FEB 07 |

9. STATEMENT (Continued)

I WAS IN A HUMVEE WITH MY ALPHA TEAM IN 1LT [b(3), b(6)]
GROUP. WE WEREN'T IN POSITION VERY LONG WHEN A REPORT CAME UP
OVER THE NET OF UNIDENTIFIED PERSONELL AND VEHICLES ~~ORDER~~
CONGREGATING IN THE VICINITY OF A GAS STATION ON ROUTE [b(7)]
1LT ~~[b(3), b(6)]~~ [b(3), b(6)] LEFT SFC [b(3), b(6)] VEHICLES IN CHARGE OF THE ROUTE
SECURITY MISSION, WHILE OUR GROUP MOVED ON THE GAS STATION
WITH AN ELEMENT OF THE SCOUT PLATOON WHO WAS IN OVERWATCH
ALONG [b(7)] ROAD SOUTH OF [b(7)]. AS IT TURNED OUT, IT
WAS IRAQI CIVILIANS ARRIVING EARLY TO GET IN LINE AND WAIT FOR
THE GAS STATION TO OPEN UP. WE PERFORMED A CURSORY SEARCH OF
ALL THE VEHICLES AND DID NOT FIND ANYTHING OUT OF THE ORDINARY.
  WE ADMONISHED THE CIVILIANS ABOUT BEING OUT DURING CURFEW
HOURS AND ALLOWED THEM TO RETURN TO THEIR VEHICLES WHERE THEY
WERE TRYING TO SLEEP. 1LT [b(3), b(6)] DEEMED THE THREAT MINIMAL
AND WE RETURNED TO OUR ORIGINAL POSITION ON [b(7)] ROAD.
  EVERTHING WAS QUIET FOR QUITE SOMETIME. I ~~REMEMBER~~ REMEMBER
SFC [b(3), b(6)] GROUP ENCOUNTERING A LARGE GROUP OF CIVILIAN VEHICLES
TRAVELING EAST ON [b(7)] WHICH THEY SUCCESSFULLY DETERED.
  AS DAYLIGHT BEGAN TO BREAK OVER THE HORIZON, 1LT [b(3), b(6)]
RAN OVER TO MY TRUCK TO INFORM ME THAT THE ASSAULT ELEMENT WAS
ON IT'S WAY ~~BUT~~ AND WE NEEDED TO BE READY TO EXFIL. APPARENTLY
MY COMMS WERE DOWN BECAUSE I COULDN'T TALK TO ANYONE
OVER THE RADIO. SHORTLY THEREAFTER, I SPOTTED THE TRUCKS
COMING, AND AS THEY PASSED, WE JUST FELL IN BEHIND, AND PICKED
UP SFC [b(3), b(6)] GROUP ALONG THE WAY. I BELIEVED US TO BE THE
TRAIL END OF THE BATTALION CONVOY WITH EXCEPTION OF THE SCOUT
PLATOON.
  AS THE CONVOY NEARED THE INTERSECTION OF [b(7)] AND
[b(7)], I NOTICED A [b(7)] GO UP FAR TO THE SOUTH.

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | | PAGE 2 OF 4 [b(3), b(6)] |

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V01.01E

KIA, SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07                    ID [b(3), b(6)]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | b(3), b(6) | TAKEN AT Karma, Iraq IP Station | DATED 17 FEB 07 |

5. STATEMENT (Continued)

I COULD NOT REPORT THE [b(7)] NOR COULD I HEAR ANYONE ELSE REPORT IT DUE TO THE SITUATION WITH THE RADIO, BUT I FELT CERTAIN THAT EVERYONE HAD TO HAVE SEEN IT. IT WAS QUITE OBVIOUS. IN ANY EVENT, THE CONVOY TURNED WEST ON [b(7)] AND PROCEEDED TO ACCELERATE. WE WERE TRAVELING FASTER THAN NORMAL WITH ILT [b(3), b(6)] GROUP IN THE LEAD FOR THE PLATOON AND SFC [b(3), b(6)] THREE TRUCKS IN TRAIL. SGT KURTZ'S TRUCK WAS THE LAST ONE IN THE GROUP.

WHEN THE IED EXPLODED, I LOOKED IN MY REARVIEW MIRROR AND OBSERVE WHAT SEEMED TO ME A RELATIVELY SMALL BLAST. I KNEW FOR SURE THAT IT WAS ONE OF SFC [b(3), b(6)] TRUCKS, BUT I COULDN'T TELL WHICH ONE. ALL OF THE VEHICLES WERE STILL ROLLING INITIALLY AND I FELT CERTAIN THAT ANY DAMAGE WAS MINIMAL.

I STILL COULDN'T TALK ON THE RADIO, BUT EVERYONE HAD TO HAVE KNOWN WHAT HAPPENED. I HEARD A LOT OF STATIC AND WHAT SOUNDED LIKE ILT [b(3), b(6)] ASKING FOR A DAMAGE ASSESSMENT. NO ONE SEEMED TO BE OVERLY ANXIOUS AT THIS POINT. IT WASN'T UNTIL I HEARD SFC [b(3), b(6)] VOICE SCREAMING FOR A MEDIC CRACKLING OVER THE RADIO THAT I KNEW WE HAD REAL TROUBLE. ILT [b(3), b(6)] MUST HAVE HEARD IT TOO BECAUSE HE SPUN OUR THREE TRUCKS AROUND IN A U-TURN AND WE ALL HEADED BACK TO THE BLAST SITE. THE BATTALION CONTINUED TO ROLL TOWARD CAMP FALLUJA.

WE ALREADY HAD ENOUGH PEOPLE DISMOUNTED TRYING TO HELP THE CASUALTIES, SO ALL I COULD DO WAS POSITION MY TRUCK TO THE EAST AND COVER THE REAR OF OUR CORDON.

| INITIALS OF PERSON MAKING STATE | b(3), b(6) | | PAGE 3 OF 4 [b(3), b(6)] |

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

IO [b(3), b(6)]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karma Iraq IP Station | 20070217 |

**9. STATEMENT (Continued)**

AS WE WERE EXTRACTING SGT KURTZ AND SPC [b(3), b(6)] FROM THE BLOWN HUMVEE, FRIENDLY VEHICLES WHO I THOUGHT WERE THE SCOUTS ROLLED UP FROM THE EAST. WE ALLOWED THEM TO PASS THROUGH OUR PERIMETER AND AS IT TURNED OUT, IT WAS LTC [b(3), b(6)] COMMAND GROUP AND HIS PSD. THE CASUALTIES WERE SECURED AND RUSHED OFF TO CAMP FALLUJA BY ~~PERSON~~ ILT [b(3), b(6)] AND SFC [b(3), b(6)] WHILE SSG [b(3), b(6)] AND I STAYED BEHIND TO SECURE THE BLOWN VEHICLE. WE MET BACK UP WITH PLATOON LATER AT FALLUJA SURGICAL.

Q: Approximately what time was the IED strike?

A: 0600

Q: What TTP's, equipment, etc would you recommend to prevent this from happening again?

A: NOT SO MUCH A TTP, BUT AS A PLANNING CONSIDERATION. ~~WE SHOULD~~ IF WE ARE GOING TO SECURE OURSELVES ALONG A ROUTE, WE SHOULD SECURE THE WHOLE ROUTE. I THINK WE TOOK ROUTE [b(7)] FOR GRANTED. THE ENEMY KNEW WE HAD TO USE THAT ROAD TO RETURN TO CAMP FALLUJA. MAYBE THE SCOUTS COULD HAVE BEEN USED.

| INITIALS OF PERSON MAKING STAT | b(3), b(6) | | PAGE 4 OF | b(3), b(6) |
|---|---|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998    USAPA V1.012



STATEMENT OF b(3), b(6)   TAKEN AT KARMA IRAQ IP STATION   DATED 20070217

5. STATEMENT (Continued)

Not Used

**AFFIDAVIT**

I, b(3), b(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 5 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

b(3), b(6)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 17th day of February 2007 at Karma Iraq IP Station

b(3), b(6)
(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

b(3), b(6)   CPT, SC
(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT   b(3), b(6)   PAGE 5 OF 5 PAGES

PAGE 3, DA FORM 2823, DEC 1998   USAPA V1.010

KIA. SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07   b(3), b(6)

# *MISSING PAGE*

## *Tab L:*

### *Sworn Statement DA 2823 A 3-509 Squad Leader*

**Remarks:** *The following enclosure appears to be missing page 2 of 3. A thorough search of all files and areas likely to contain the missing page were unsuccessful.*

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG

## PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval |
| DISCLOSURE: | Disclosure of your social security number is voluntary |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| OP Delta | 2007/02/19 | 1030HRS | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| b(3), b(6) | b(3), b(6) | E7/SFC |

| 8. ORGANIZATION OR ADDRESS |
|---|
| Able Company 3BN 509IN |

9.

I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH

on or about 10070FEB07 I started PCC and PCC for Operation b(7) put the manifest out to platoon so that everyone would know what I tons or ride on At 0930hrs we left from Op Delta in route to Camp Fallujah to prepare for the up coming mission their off loaded the 7 tons and moved the platoon into the chapel 1300hrs had meeting with 4 Lt b(3), b(6) 50Hhrs Squad Leaders and above had a CAR 1600hrs the company had a rehearsal I was the truck master for b(7) after the company was compete had the 7 tons do three point turns because was not sure of the space for them to turn around during mission Past out 15 blocks of C4 to my Squad Leaders and gave 15 blocks to 1st Platoon for the mission, went to dinner thru a 1800hrs had night rehearsals for the mission loaded 7 tons at 2345hrs and SP for Operation Naples

Once movement started I was in rear of the second 7 tons, we were after Route Clearances movement was stopped and then was told to dismount and the 7 tons soldiers would walk to the Obj got count of soldiers and gave the head count to the PL then the men moved out. Walked the line and checked on all vehicles to ensure that all were empty. Next move the 7 Ton up about a mile and the rest of the soldiers dismounted and started the movement. Moved all vehicles into a circle at the link up point assigned sector of fire and briefed all TC on what will happen that the driver and TC both the Pssvp Team and cleared two buildings in that area. On or about 110515FEB07 the soldiers started to moved to the link up point informed their were to take the detainees which was the last 7Ton in the order of march. Loaded all vehicle and gave the 15G an up on personnel and then loaded into the second 7Ton then the convoy left to return to Camp Fallujah Next the 7Ton stopped and we were at OP Delta mission compete

Q. Where was route clearance at the time that the 7-tons SPed from the tie-tracking site and headed back to Camp Delta?
A. Don't know
Q. Were you aware that the 7-tons were supposed to move down to where the PSD was and then wait for route clearance before preceding?
A. Yes we were to follow route clearance from the mission briefing
Q. Did you know that the 7-tons did not wait for route clearance and instead exfilled without any support?
A. Not until exiting at OP Delta
Q. Did you know that the 7-tons had their b(7) CREW systems on during the entire exfil despite being ordered to turn them off by SGM b(3), b(6) in person?
A. No I did not
Q. Did the NCO in charge of the Marine 7-tons attend the combined arms rehearsal?
A. Don't remember seeing him there
Q. Do you know who briefed the plan to the Marine NCO and specifically if anyone told him about the part of the plan where the 7-tons were supposed to wait for route clearance before completing the exfil?
A. No but told the NCOIC that I would get him the route and the info, once I got back with him he had been briefed on the route and plan
Q. Do you know if he understood that he was supposed to wait for route clearance at exfil?
A. Did not no
Q. Did he back brief you on the plan?
A. No
Q. Was appropriate convoy speed ever discussed with the 7-ton NCOIC?
A. No not from me
Q. You have stated that the NCOIC of the 7-tons would not allow a member of your unit to ride in the cab of a 7-ton vehicle in order to exercise command and control. Did you ask the NCOIC directly to ride in the cab instead of the armored bed of the trucks?
A. No I b(3), b(6) speak with the NCOIC about that before the mission
Q. Why did you not have access to a radio?
A. All the platoon radio were with the leaders on the ground, or in the HUMVEE doing patrol or EOD escort for OP Delta
Q. Did you get the word that the 7-tons were supposed to move to the location with the PSD and wait for route clearance before heading straight back out?
A. No but know that the 7-tons were to follow route clearance back to Camp Fallujah from the order
Q. Do you have any recommendations to prevent this from happening again?
A. Allow Leaders to ride in the front during special mission, and ensure that the protocols with ECM are follow when the two different

| 10. EXHIBIT | 11. INITIALS OF | | STATEMENT | | | |
|---|---|---|---|---|---|---|
| | b(3), b(6) | | | PAGE 1 OF | 5 | PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND PAGE NUMBER MUST BE BE INDICATED

**DA FORM 2823, DEC 1998**      DA FORM 2823, JUL 72, IS OBSOLETE

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)



STATEMENT OF _Davis Maxie Johnson_ TAKEN AT _OP Delta_ DATED _2007 02 19_

9 STATEMENT (Continued)

Not Used

**AFFIDAVIT**

I, [b(3), b(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE

[b(3), b(6)]

WITNESSES

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _19th_ day of _February, 2007_
at _OP Delta, Kurmus, Iraq_

ORGANIZATION OR ADDRESS

[b(3), b(6)]

[b(3), b(6)]    C. CPT SC

ORGANIZATION OR ADDRESS                           (Typed Name of Person Administering Oath)

                                                  (Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT    [b(3), b(6)]    PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2823, DEC 1998                                           APD PE v1.01

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                      Id [b(3), b(6)]

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| CF DELTA IRAQ | 2007 FEB 16 | 1703 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|
| b(3), b(6) | O-3 |

8. ORGANIZATION OR ADDRESS

Able Company 3-509

9.

I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH

On the 10th February 2007 I was informed that the BN wanted to conduct operation b(7) on the night of 10th. This was a big operation that had been planned already about 7 days prior but not executed because of weather. On the morning of the 10th 1st PLT, 3rd PLT, + company HQ were taken back to camp because IOT to conduct rehearsals with all the attachments + with the BN STAFF. Throughout that day we had numerous rehearsals. At 1400 all attachments were present + we practiced actions at the marshaling point. At 1500 we had a combined arms rehearsal with the BN STAFF + all attachments were present for that as well. After the combined arms rehearsal at 1800 we did actions of the OBJ (Dry Fire) Day + Night with all members of the representatives from each attachment.

The mission was supposed to happen in the following sequence + it did for the most part except for a few things.

2200 - ICO (?) Deploys Camp Falluja

- 2230 - Main Body for Mission Departs
- 2330 - Main Body hit Re-marshaling Point via b(7) (Hold Q (?) in route to OBJ)
- 0001 - Hit time for OBJ Murkle (?) via b(7)

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF PAGES |
|---|---|---|
| | | |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998 DA FORM 2823, JUL 72, IS OBSOLETE USAPA V1.00

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF b(3), b(6) TAKEN AT 1703 16 FEB 07 DATED 16 FEB 07

9. STATEMENT (Continued)

- Once we were on the OBJ we would conduct SSE and complete [illegible] we would then move [illegible] to the [illegible] of what was the same point as the De-attaching point. Once we loaded up on Trucks we would then move south [redacted] b(3), b(6) Down b(7) Road, link up with RTE Clearance [illegible] Behind them as they Followed.

OOM to OBJ within the Main Effort [illegible]

[redacted] b(3), b(6)

b(7)

- There was issues with timing + Communication from the day Beginning
- The Route clearance took alot longer than expected + we could not Communicate with them, because the Marine Corps b(3), b(6) were [illegible] b(7)
- At 2300 b(3), b(6) The Main Effort was still at the Intersection of b(7) b(7)

INITIALS OF PERSON MAKING STATEMENT b(3), b(6) PAGE 2 OF PAGES

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | 1703 | 16 FEB 07 |

9 STATEMENT *(Continued)*

[illegible] the main effort was sitting on the overpass [illegible] the [illegible] trucks on RTE b(7). At this point the [illegible] [illegible] of the [illegible] b(3), b(6) [illegible] [illegible] b(7) ([illegible] element). At this point we were [illegible] schedule by [illegible] b(7) element [illegible] [illegible] to the objective by foot [illegible] [illegible] [illegible] [illegible] b(7) [illegible] to [illegible] [illegible] b(7) [illegible]. At this point we [illegible] [illegible] [illegible] to [illegible] them b(7) off [illegible] everybody I heard them [illegible] that they [illegible] [illegible] b(7) off.

The main effort proceeded in front of RTE [illegible] [illegible] pushed up to the objective. We reached the objective [illegible] the [illegible] [illegible] 0500 b(3), b(6) [illegible] [illegible] we pushed north south towards the [illegible] [illegible] [illegible] [illegible] back to the trucks. I received word [illegible] [illegible] the RTE [illegible] [illegible] [illegible] [illegible] b(7) to move in front of [illegible] I [illegible] [illegible] and we got on the trucks [illegible] proceeded [illegible] b(7) Rd. I received [illegible] word [illegible] [illegible] [illegible] we were not behind RTE [illegible]

| INITIALS OF PERSON MAKING STATEMENT | PAGE 3 OF PAGES |
|---|---|
| b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC 1998 USAPA V1.01

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | [illegible] 3 | 16 FEB 07 |

9. STATEMENT *(Continued)*

[illegible] Vehicle in the [illegible] & I [illegible] the [illegible] of [illegible] everything I could see was the vehicle to my [illegible] the vehicle along the side of the Road. The convoy [illegible] [illegible] along b(7) [illegible] RTE b(7) [illegible] moved [illegible] b(7) [illegible] see the vehicle [illegible] in [illegible] We took a right [illegible] moved west [illegible] b(7) we were [illegible] 750 meters [illegible] before the b(7) b(7) [illegible] I [illegible] the [illegible] [illegible] report I [illegible] after that was [illegible] that [illegible] right after pulling [illegible] with. I [illegible] that [illegible] a [illegible] and [illegible], and that [illegible] not [illegible] RTE [illegible]

[illegible] was the biggest [illegible] Also [illegible] right [illegible] the opposite of the [illegible] that might have [illegible] some things [illegible]

[illegible] b(3), b(6)

b(3), b(6) b(3), b(6)

[illegible] follows

INITIALS OF PERSON MAKING STATEMENT | PAGE b(3), b(6) OF PAGES

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|

9   STATEMENT *(Continued)*



b(3), b(6)

**AFFIDAVIT**

I, _____ b(3), b(6) _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 5 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR U

b(3), b(6)

WITNESSES:                                    Subscribed and _____ by law to
                                              administer oaths, this    day of
                                              at

ORGANIZATION OR ADDRESS                       *(Signature of Person Administering Oath)*

                                              *(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS                       *(Authority To Administer Oaths)*

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | | PAGE 5 OF 5 PAGES |
|---|---|---|---|

PAGE 2, DA FORM 2823, DEC 1988                                            USAPA V41 01G

KIA. SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07                                ID b(3), b(6)



KIA. SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| OP Delta, Iraq | 2007 03 12 | 1315 | |

| 5. | 6. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|---|
| b(3), b(6) | | O-2 |

8. ORGANIZATION OR ADDRESS

A co 3-509 IN (ABN)

9.

I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 10 Feb 2007 around 0030 I loaded into the first of seven 7-tons in route to Camp Geronimo on FOB Kalsu for rehearsals and mission prep for Operation b(7) During the day, our company conducted strobe load training with the 7-ton crews among other rehearsals in preparation for the evening mission. Upon completion of the final rehearsal, CPT b(3), b(6) informed me that he was worried about navigation to the detrucking point. He told me I should TC the lead truck. I immediately went to the lead truck TC, the 7-ton NCOIC and the 7-ton driver (lead truck) and voiced my concerns to the CPL (lead truck TC) and the Sgt (NCOIC). The Sgt was extremely uneasy about me TC'ing the lead 7-ton so I suggested that I get maps and a GPS. At that time I briefed them on the route, looking out several maps and imagery to illustrate the best b(3), b(6) I also had maps printed with the key grids put in on the map sheet for the Sgt and the CPL from the S-2 shop (SFC b(3), b(6) ). The Sgt located some GPS (2 of them) from his COC and had the grids put in. I also briefed that I would be in the back and report when we were 100 m from the key turns. I also briefed them that once they got to detrucking point they

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | b(3), b(6) | PAGE 1 OF 5 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT_____ DATED_____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        USAPA V1.010

KIA SGT KURTZ (B 3-509). 4-25ID. 11 FEB 07

100 b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ILT [b(3), b(6)] TAKEN AT OP Delta, Iraq DATED 19 Feb 2007

9. STATEMENT (Continued)

Was a told that they would be turning around and that SFC [b(3), b(6)] would be NCOIC of the detracking point and I would be going on the mission. SFC [b(3), b(6)] was assigned the detracking point NCOIC by me as a directive of LPT [b(3), b(6)] and Battalion. [b(3), b(6)] Also I checked the comms system from the back of the truck to my MBITR to ensure I could talk with TL about Navigation.

After the mission, I was the last to mount Truck #1, gave the thumbs up to SFC [b(3), b(6)] that we had all PAX. The 7-tons did a head check and began to move back. The plan was to go back to Camp because and download detainees. Enroute back, there was radio traffic between LPT [b(3), b(6)] and LPT [b(3), b(6)] about going immediately OP Delta. It got approved. [b(3), b(6)] We (our convoy) was on ASR [b(7)] when a explosion went off to our 6 o'clock (to the east) about a km or so. There was no radio traffic about it that I can remember until we were on ASR [b(7)] I only remember that they said bombed hit an IED but that was it. It wasn't until that night (we extused around 0700 in the morning) that I learned the extent of the IED strike.

Q. Did you know that route clearance was not in front of the 7-ton exfil from the de trucking point?

A: The plan was for RTE Cleance to be in front of the 7-tons once we got off of [b(7)] road and onto RTE [b(7)] south

INITIALS OF PERSON MAKING STATEMENT [b(7)]   PAGE 2 OF 5 PAGES

PAGE 2 DA FORM 2823, DEC 1998

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF 1LT [b(3), b(6)]   TAKEN AT OP Delta   DATED 14 Feb 2007

9. STATEMENT (Continued)

bound. If that linkup did not happen, I was unmoved [7-tons] [b(3), b(6)]

Q: Was the NCOIC of the de-trucking 7-tons [b(3), b(6)] aware that route clearance was supposed to preceed the exfil south of the intersection of route [b(7)] and [b(7)] road?

A: yes, he attended the OPORD, was present for the CAR and present for the Comrex.

Q: Did the 7-ton NCOIC backbrief you on the plan or were any other measures taken to verify that he understood the requirement to wait for route clearance prior to exfil from the de-trucking site?

A: If he was in the CAR, then yes. I don't specifically remember him there though. I don't specifically remember if I briefed him that he was supposed to wait for route clearance [b(3), b(6)] for the exfil.

Q: Did you ever cover the use of the Marine [b(7)] systems on the mission?

A: no

Q: Do you feel that you were able to effectively control (c2) the 7-tons from inside the bed of the lead 7-ton truck?

INITIALS OF PERSON MAKING STATEMENT [b(3), b(6)]     PAGE 3 OF 5 PAGES

PAGE 2, DA FORM 2823, DEC 1998     USAPA PV1.01B

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07     [b(3), b(6)] 10[b(3), b(6)]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

STATEMENT OF 1LT [b(3), b(6)]    TAKEN AT OP Delta, Iraq DATED 19 Feb 2007

8. STATEMENT (Continued)

A: after conferring with my TC, And checking the commo + GPS inside the 7-ton and my position in the 7-ton, yes I felt comfortable with the C2 piece of the op.

Q: Did you [b(3), b(6)] discuss the speed that was to be used on both dirt roads and hard ball and if so what was that speed?

A: I did not specifically discuss it. However, the speed of the convoy was dictated between the lead TL + the 7-ton MODC over the net. [b(3), b(6)] I don't remember the exact speed they were dropping to but I remember it seemed acceptable. Also the speed seemed ok just look out from the rear of the truck.

Q. Did you recieve the information about the [b(7)] spotted as the convoy turned onto [crossed out] MSR [b(7)]

A. No

Q. what do you feel can be done (TTPs, equipment, etc) to prevent this from happening again?

A  The rehearsals we did were very good. I think that the inclusion of all elements, i.e RTE recance + 7-ton driver in the CAR and have them brief their piece would be crucial to total mission completion + success. Too many times we drill actions on OBJ [crossed out, b(3), b(6)] over and over and over and we neglect skills and drill and it burns us.

Also the incompatibility of equipment and between Marine + Army Systems

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    10 [b(3), b(6)]



STATEMENT OF 1LT [b(3), b(6)]     TAKEN AT OP Delta     DATED 10 Feb 2007

9. STATEMENT (Continued) may be smoothed over and worked around with more planning and coordination prior to join ops. (Nothing Follows)

[b(3), b(6)]

**AFFIDAVIT**

I, [b(3), b(6)], HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH [ ] PAGE 5. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE,

[b(3), b(6)]     Statement)

WITNESSES:                                    Subscribed and sworn to before me, a person authorized by law to administer oaths, this 10 day of February 2007
                                              at OP Delta, Karma, Iraq

[b(3), b(6)]

ORGANIZATION OR ADDRESS

[b(3), b(6)]     CPT, SC
(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS                       (Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT                    PAGE 5 OF 5 PAGES

PAGE 3, DA FORM 2823, DEC 1998                         USAPA PV1 0V0

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07           10 [b(3), b(6)]

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| AUTHORITY | Title 10 USC Section 301, Title 5 USC Section 2951; E.O. 8397 dated November 22, 1943 (SSN). |
|---|---|
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES- | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION Kirush, Irag  IP Station | 2. DATE (YYYYMMDD) 20070221 | 3. TIME 1105 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME   b(3), b(6) | | 7. GRADE/STATUS E-4 / SPC |
|---|---|---|

| 8. ORGANIZATION OR ADDRESS   B Co.  3/509  4-25 |
|---|

9.

I, b(3), b(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the night of 10Feb07, Operation b(7) was under
way. The ex-fil took place the following morning.
On the ex-fil, the last vehicle in our convoy was
hit by an IED. Our truck stopped and the rest of the
convoy kept moving. SFC b(3), b(6) was calling up to have the
rest of the convoy stop and I was yelling for him to call up
to see if there were any casualties. Then someone from
the truck that was hit yelled over the net, "We need a
medic!" I immediately yelled to SFC b(3), b(6) that I was going
to the vehicle. As I was running back, SSG b(3), b(6) who
was in the truck behind mine got out of his vehicle to run
back and assist me. As I came on to the vehicle I noticed a
large (4 inches) hole in the ballistic glass of the TC's door.
I opened the door to find SGT b(3), b(6) sitting up, not moving.
At this time I ran over to see the other casualties and had

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT b(3), b(6) | PAGE 1 OF 4 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF_____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72, IS OBSOLETE | JSAPA V1.0-0 |
|---|---|---|

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _____ TAKEN AT _____ DATED 21FEB07

b(3), b(6)                        Kerrah, Iraq IP Station

the people who were with me pull out SGT Kurtz. I pulled out SPC [b(3), b(6)] and saw his right eye was swollen shut and I saw blood on his leg to I began cutting away his clothes to make sure he had no massive bleeding from his thigh. The blood must have come from his eye before it was swollen shut. SPC [b(3), b(6)] had a cut on his left forearm that was not massively bleeding, barely at all in fact. At this point I moved back to Kurtz. That whole process took about 2-3 minutes. Kurtz was on the ground and SGTs [b(3), b(6)] and [b(3), b(6)] were with him. I tell them to cut all of his clothing off. I noticed blood coming from the back of his head and upon feeling his head I noticed it felt very tender on the right side of the back of his head. I began assessing his airway and he had blood in his mouth and throat. I turned his head to the side, repositioned it and put in an OPA. Then I started to wrap his head in Kerlix. I wrapped with one roll and stood up and saw SFC [b(3), b(6)] and yelled for him to get me a spine board and a truck. I was informed that one of the other medics were on their way to help. Knowing there wasn't too much that could be done for the other casualties, I remained focused on Kurtz. The other casualties were alert and responsive. By the t— I wrapped another roll, the spine board was here. By the time he was on the spine board, the

INITIALS OF PERSON MAKING STATEMENT [b(3), b(6)]   PAGE 2 OF 4 PAGES

PAGE 2, DA FORM 2823, DEC 1998

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07         10b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF                          TAKEN AT                    DATED 21Feb07

b(3), b(6)                    Baenoh, Iraq  IP Station

9. STATEMENT (CONTINUED)

track was there. We put him in the truck and started

Cascuce. About every 30 secs I turned his head to let the blood

fall out of his mouth. After the first time turning his head, I

began prepping to administer the FAST 1 infusion. When I began

pushing it in, his arms began to flinching inwards, I'm assuming

from the pain. I hooked up 500 ml of Hextend and gave the bag to

the gunner and told him to hold it up and monitor the flow.

I continued turning his head until we got to Fallujah Surgical.

Nothing
Follows

INITIALS OF PERSON MAKING STATEMENT   b(3), b(6)           PAGE 3 OF 4   PAGES

PAGE 2, DA FORM 2823, DEC 1998                                        USAPA 9V1.01U

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    IO (3), b(6)



STATEMENT O [b(3), b(6)]    TAKEN AT Korrah, Iraq IP Station    DATED 21FEB07

9. STATEMENT (CONTINUED)

Not Used

Not Used          Not Used

Not Used

**AFFIDAVIT**

I, [b(3), b(6)], HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 4. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR [b(3), b(6)]

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 21st day of February, 2007 at Karma Iraq, 2 Section

ORGANIZATION OR ADDRESS          [b(3), b(6)]

ORGANIZATION OR ADDRESS          (Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    [b(3), b(6)]    PAGE 4 OF 4 PAGES

PAGE 3, DA FORM 2823, DEC 1998          USAPA V1 010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07          10 [b(3), b(6)]

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
|---|---|
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION Regional Iraq, 1st Striker | 2. DATE (YYYYMMDD) 2007 02 21 | 3. TIME 1300 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME  b(3), b(6) | | | 7. GRADE/STATUS G-2/Rider Corps |

8. ORGANIZATION OR ADDRESS
B Co 3-509, IN (ABN)

9. I, [b(3), b(6)], WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

*(handwritten statement, largely illegible)*

10. EXHIBIT | 11. # b(3), b(6) | ON MAKING STATEMENT | PAGE 1 OF 7 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA 901 01C

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                          b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Karmah, Iraq IP Station | 20070221 |

9 STATEMENT *(Continued)*

b(7) Intersection all the way to the [illegible] Point, [illegible] of the OBJ. The Sct. Platoon would secure from the b(7) Road intersection [illegible] to the b(7) road intersection. My platoon would secure the [illegible] intersection to the [illegible] point. My SL's disseminated this plan to their men and [illegible] my platoon [illegible] two sections with three [illegible] would be first in order of [illegible]. My section would [illegible] security position [illegible] and would hold a northeast [illegible] b(3), b(6) section [illegible] of b(7) Road, [illegible] b(7) intersection. the b(7) [illegible] of the evening, vehicles were [illegible] for the duration [illegible]. [illegible] conducted a backbrief regarding FOOM, occupying [illegible] TC's [illegible] and [illegible] of the [illegible], EOF location of friendly units and [illegible] all the [illegible], SP'd @ 2230 hours in [illegible] of [illegible] OBJ. 1st Platoon [illegible]. I was confused as to whether the BN FOOM [illegible] company [illegible] the BN TAC did not depart [illegible] changed b/c [illegible] briefed. COMM'S were a major issue. [illegible] b(7) [illegible] OBJ b/c of the Marine [illegible] we had bleed over from [illegible] the [illegible] system [illegible] and in general I had a difficult time [illegible] At the GAC moved past [illegible] radio contact. At the GAC [illegible] Platoon, which was [illegible] Michigan intersection the Scout Platoon, which was [illegible] a [illegible] position allowed in trail behind the BN TAC.

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 2 OF 7 PAGES |
|---|---|---|
| | b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC [illegible] USAPA [illegible]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF [b(3), b(6)] | Varnell, Greg TAKEN AT It's loth'n | DATED 2 oc 702 21

9. STATEMENT (Continued)

Movement down [b(7)] continued off the only issue being bad radio comm's. Shortly after turning on [illegible], BN [illegible] ordered all elements to change frequency from BN A-co't to BN Cmd. This was accomplished quickly as I believed it could be with such a large element. The escort Platoon occupied their positions during this time at the [b(7)] inter. and near several buildings [illegible] upon 100 meters from the bridge that goes over East/West Running train tracks. After the Comm'e issue was solved, there was a debate on BN net between TAC and A [illegible] whether it was better for A Co to move by foot even over or reaching the debarking point. At close took longer than expected to clear [b(7)] and the decision was made for A Co to dismount and move by foot. The 7 tons were parked at [b(7)] intersection. I left [illegible] [b(3), b(6)] section @ that intersection IAW w/ our original plan My section moved north behind [illegible] Clearance and occupied our position near the village. After my two other trucks, TC'd by [illegible] [b(3), b(6)] + [illegible] [b(3), b(6)] were in position and [illegible] Clearance had turned around to head South I would be in my truck to the 7tons to escort them to the debarking point. We moved together back to the debarking point at once I RH SPC [b(3), b(6)] had the area secure. I moved back to my blocking position.

INITIALS OF PERSON MAKING STATE [b(3), b(6)] | PAGE 3 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998

AFO PE v1 01

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07 | IO[b(3), b(6)]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| | TAKEN AT Karmah, Iraq | DATED |
|---|---|---|
| b(3), b(6) | IP Station | 20070221 |

9. STATEMENT (Continued)

For the duration of the night there was little
to report. A Co secured the OBJ + the HUT
and was conducting the Cache search. My platoon
temporarily displaced our position to move ____ blocks
on for the Scout Platoon to investigate
vehicular movement near a gas station. We searched
apron 20 vehicles and interviewed the locals who said they
were getting in line to gas. The Scout PL, LT [b(3), b(6)]
and myself IS believed they were truthful and never event
and myre ____ the only other event took place @
a ____. apron 0400 on the ____ when several dump trucks came
down [b(7)] ____ ____ [b(7)] ____ Fixed these drivers told
____ they were heading to [b(7)] to go to work. We had them
turn their around and head back towards ____
After ____ their actions on and began leading the
trucks just ____ ENNT. The 3 trks moved past my
____ and we followed behind. As we moved past
[b(7)] ____ CPL [b(3), b(6)] truck and SSG [b(3), b(6)] truck followed
behind a cas platoon FROM SGT Kurtz's truck which
was repositioned with the Scouts just south of train
track we pass fell in last vehicle slot as we headed
back south. Down [b(7)] ____ As with INFL I was ____
the ____ that BN TAC would be directly behind
us, instead they were separated by apron 1 km
beared Able Company + my platoon

| INITIALS OF PERSON MAKING STATEMENT | b(3), b(6) | PAGE 4 OF 7 PAGES |
|---|---|---|

PAGE 2, DA FORM 2823, DEC 1998                                          USAPA V1.010

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT Karmah, Iraq | DATED |
| b(3), b(6) | IP Station | 2007-02-21 |

9. STATEMENT (Continued)

As we stynead __ [b(7)] to head West
toward Fallujah, we saw several (prob two or three)
[b(7)] to the South aprox 101-300 meters off __ [b(7)]
we all dentified these and I told all vehicles to rise
alert. We moved West behind A Co 7-tons (a) aprox
45 to 50 mph. To the North there was a factory or warehouse
complex with several men around a fire. I was observing
these men when I heard the IED explosion. Our PSD
these cen when I heard aprox 100 meters after the blast which
continued mom to aprox 100 meters after the blast which
hit our trail vehicle b/c it appeared to be __ still
rolling. It took aprox 30 seconds for SFC __ [b(3), b(6)] to
notify that the vehicle was hit and call me on the
radio __ All p/v trucks turned around
to secure our trail vehicle. I attempted to call
A Co but they apparently did not get my message
and continued to drive back towards Fallujah.
As we moved back our gunners gained PID of
several men fleeing north from the probable trigger point
and engaged w/ __ and 762 and 556. __ While
I secured security and returned fire SFC __ [b(3), b(6)] and
SFC __ [b(3), b(6)] (and __) pulled the three casualties from
the vehicle and began treatment SGT Kurtz was loaded
up in vehicle and this truck + SFC __ [b(3), b(6)] vehicle __ headed
back to Fallujah __ [b(3), b(6)] __ further stabilize our hasty
placed in a PSD vehicle moved up from BN TAC __
My vehicle and this vehicle moved back to Fallujah Su __
556 __ [b(3), b(6)] and remaining Victors self recovered the

| INITIALS OF PERSON MAKING STATEMENT [b(3), b(6)] | | PAGE 5 OF 7 PAGES |

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA V01.010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    IC [b(3), b(6)]

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _____ TAKEN AT Karmah, Iraq    DATED 20070221
b(3), b(6)    18 Station

9. STATEMENT (Continued)



INITIALS OF PERSON MAKING STATEMENT    b(3), b(6)    PAGE 6 OF 7 PAGES

PAGE 2, DA FORM 2823, DEC 1998    USAPA V3.01C



STATEMENT OF [b(3), b(6)]    TAKEN AT Karmah, Iraq IP Station    DATED 2007-0221

Not Used

AFFIDAVIT

I, [b(3), b(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 7. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE

[b(3), b(6)]

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 21st day of February , 2007 at Karma IP Station, I __

[b(3), b(6)]

ORGANIZATION OR ADDRESS

[b(3), b(6)]    CPT, SC
(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    [b(3), b(6)]    PAGE 7 OF 7 PAGES

PAGE 3, DA FORM 2823, DEC 1998    USAPA V3.00

KIA, SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07    10[b(3), b(6)]

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Camp Fallujah ITC Iraq | 20070223 | 1400 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 7. GRADE/STATUS |
|---|---|
| b(3), b(6) | E-5 / AD |

8. ORGANIZATION OR ADDRESS

Regimental combat team 6  HQ  1st MOTOR TRANSPORT  US Marines

9.

I, SGT [b(3), b(6)] , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

ON the morning of 070210 At 0500 WAS TASKED to Support The 3/509 with tRANSportation with included 7 M1v25 6 to tRANsport PAY and the 7th As A Recovery vehicel And 21 MARines including my self. EACH M1v2 WAS equiped with a cruise serv weapon AND the system. At or around 0535 [b(3), b(6)] hooked up with [b(3), b(6)] to find out went, [b(3), b(6)] until give him A copy Of our mANifest. He gave a quick breaf about going to camp deltA to Pick up PAY and return to the ITC COT. when Arriving At ITC After pick'g up from camp DeltA we [b(3), b(6)] stArted to do rehersals with 3/509 so they could practice mounting And dismounting we did about 3 rehersals and was told to stand by in the LOT for further warned Some time that AfteRNOON on 070210 CApT [b(3), b(6)] Told me and Another marine that we ARE not to use out [b(7)] system At All during Any of the operation, because it INterfares with the [b(7)] system and there studios. But As a certified Instructor by II marine Division I did not feel confortable about that and At that time I did not know what role CpT [b(3), b(6)] had in the convoy

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | | |
|---|---|---|---|
| | b(3), b(6) | PAGE 1 OF 8 | PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        USAPA V1.010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07        IO b(3), b(6)

Statement of _____ b(3), b(6) _____ Taken at Camp Fallujah, Iraq

Kurtz / Army

b(7)

b(3), b(6)

Dated 20 70223 Page 2 of 8 Initials

b(3), b(6)

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 20070223 |

9. STATEMENT (continued)

b(3), b(6)
b(3), b(6) when Getting the Quick convoy brief by 2LT
b(3), b(6) about how the convoy was gonna be RAN with The
7 mtvR Leading the convoy and the house we were gonna
be TAKeN I double checked with the convoy commander to
(pT b(3), b(6) If we are Running with our [b(7)] ON
or off He Replied ON! I Also Stated that cpT [b(3), b(6)]
wanted them off He Said No Roll with them on when
we were on [b(7)] we caught up with [b(7)]
when ON [b(7)] we had bad comm with [b(7)]
And we were critical to turn off our [b(7)] We did it
And The 3/509 dismounted the trucks to SearD m ssion
We were told to stay on [b(7)] until [b(7)]
passed us up and when they do we are to Stage right
east side of the area of operation at or around 0615
The 3/509 started to mount the trucks and was
told to push back to camp deITA. when on
[b(7)] on the WAY to camp DeITA The vehicul
commander the bumpt the [b(3), b(6)] The RadiO who is
CpL [b(3), b(6)] He was the 7th vehicul IN the convoy.
The convoy commander Asked if All vehicu's IN
convoy are ok Every one checked in good to go
no one was hit in the convoy when Stayed at
camp deITA capT [b(3), b(6)] pulled me to the side
And Said because of our hunted systems A vehicul
was hit [cApT b(7)] [b(3), b(6)] I did Not know of this
until told me, ANd Also Stated That my
drivers were arisponsible due to the fact
we had our [b(7)] on while we write

| INITIALS OF PERSON MAKING STATEMENT | | PAGE 3 OF 8 PAGES |
|---|---|---|
| | b(3), b(6) | |

PAGE 2, DA FORM 2823, DEC 1998                                    USAPA PV1 01E

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    IO b(3), b(6)

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 20070223 |

9  STATEMENT (Continued) Relling to camp DeltA, when leaving camp DeltA going back to the ITC on camp Felusia CAPT b(3), b(6) Instructed us that he is leading the convoy this time and to turn our Erins off because it is killing with the b(7) system In the front along with their Security In The back we Arrived At ITC camp Felusia and was Given the thumbs up to head back to our motor pool,



| INITIALS OF PERSON MAKING STATE | | PAGE 4 OF 8 PAGES |
|---|---|---|
| b(3), b(6) | | |

PAGE 2. DA FORM 2823, DEC 1998                                                    #SAPA RVE B10

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| (b)(3), (b)(6) | Camp Fallujah, Iraq | 20070227 |

STATEMENT (Continued)

(b)(3), (b)(6) SGT (b)(3), (b)(6) was unfamiliar with Army procedure and prematurely completed his statement before any questions could be asked. His statement continues here (b)(3), (b)(6)

Q. Did you have the [b(7)] systems on during the exfil from the de-trucking site to CP Delta?

A. Yes because the 7 tons were leading the convoy AND the [b(7)] system that was in the rear of convoy is not able to stretch that far A head of the convoy AND being that they were all 7 tons which had Great Affects on the Range of the [b(7)] system. AND we were not instructed to leave them off while Rolling to camp delta by the convoy commander.

Q. Where were you told to go from the de-trucking point (if anywhere)?

A. I understood to push back to CP DELTA

Q. Did anyone ever brief you that we were supposed to have route clearance in front of the convoy for the move back to camp Fallujah (or camp delta as came out in on the spot FRAGO)?

| INITIALS OF PERSON MAKING (b)(3), (b)(6) | PAGE 5 OF 8 PAGES |
|---|---|

PAGE 2, DA FORM 2823, DE

USAPA BV1 DHI

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF Robert Paul DeMaffia Jr.    TAKEN AT Camp Fallujah, Iraq    DATED 2007-02-23

9.  STATEMENT (Continued)

A: NO  No one briefed Anything about Route Clearance
we were Just told to push.

Q: So you did not get the word to
wait for route clearance at the intersation
of aqueduct road and route [b(7)] ?

A: NO

Q: Could you hear any of the calls from
CPT [b(3), b(6)] on the company or battalion
net for the convoy to stop at the intersection
of [b(7)] road and route [b(7)] ?

A: I did Not hear traffic over Radio telling convoy
to stop

Q: How fast was the convoy moving down
[b(7)] and [b(7)] ?

A: 25 30 mph  Instructed by the convoy commander.

Q: How fast was the convoy moving down
MSR [b(7)] once we hit the hard ball
road?
A: 25 30 mph

INITIALS OF PERSON MAKING STA [b(3), b(6)]                    PAGE 6 OF 8 PAGES

PAGE 2, DA FORM 2823, DEC 199                                   USAPA V01.010

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|
| b(3), b(6) | Camp Fallujah, Iraq | 20070223 |

9. STATEMENT (Continued)

Q. Did you see the [b(7)] as the convoy turned onto MSR [b(7)] (gunner)

A: Yes I Thought It WAS The First 7 ton because That .. our [b(7)] [b(7)] [b(7)]

Q: Did your lead vehicle [b(7)] in this case?

A: I don't know

Q. Did you see the second [b(7)] as the convoy moved further down MSR [b(7)]

A. No I WAS the second 7 ton AND WASN'T Able to see

Q. Did the convoy commander ask to ride in the vehicle cockpit of any of the 7-tons?

A: No Not The convoy commander 1LT [b(3), b(6)] Asked to sit in front of the 7 ton. But that is Not our SOP and that is why he could not ride in front of vehicle. The only 3 that could sit in front of the cab is driver, gunner and vehicle commander

| INITIALS OF PERSON MAKI | b(3), b(6) | PAGE 7 OF 8 PAGES |
|---|---|---|

PAGE 2, DA FORM 2823, D



TAKEN AT Camp Fallujah, Iraq DATED 20070723

b(3), b(6)    b(3), b(6)    ANB our Manifest

9. STATEMENT (Continued) which was cpl was Already edged in stone and could never be changed.

Nothing
Follows

**AFFIDAVIT**

I, b(3), b(6)                    , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 8 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR

b(3), b(6)

(Signature of Person Making Statement)

WITNESSES                          Subscribed and sworn to before me, a person authorized by law to
                                   administer oaths, this 23rd day of February , 2007

                                   at Camp Fallujah ITC, Iraq

ORGANIZATION OR ADDRESS            b(3), b(6)

                                   SiTSC

ORGANIZATION OR ADDRESS            (Authority To Administer Oaths)

INITIALS OF PERSON MAKING S        PAGE 8 OF 8 PAGES
b(3), b(6)

PAGE 3, DA FORM 2823, DEC 1998                          USAPA PV1 010

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    b(3), b(6)

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG

## PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 Social Security Number (SSN) |
| PRINCIPAL PURPOSE: | To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents. |
| ROUTINE USES: | Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions. |
| DISCLOSURE: | Disclosure of your SSN and other information is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Antar Provence | 2007/02/12 | 2100 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| b(3), b(6) | b(3), b(6) | E-6 SSG |

| 8. ORGANIZATION OR ADDRESS |
|---|
| PSD HHC 3-509th Airborne Infantry |

b(3), b(6)

WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH

On the night that the battalion continued operation b(7) I was the convoy commander for the battalion TAC. On the way out to the staging point we were behind the Able element/second in the order of movement. Upon reaching the staging area there was some confusion on where the marine vehicles were suppose to be. Everyone was having problems with comms which only made the problem worse. I was sent by the battalion commander to link up with SFC b(3), b(6) this was so he could use my radio to talk to the ISO. I did not hear what was said on the radio, but I was present when SFC b(3), b(6) gave instruction to a marine on how the trucks needed to be positioned and how all element would conduct the exfill. This was said about 6-7 hours before we executed the exfill and I do not know if there were any different instructions that were given within that time frame. However the instructions that were given stated that all elements would follow the route clearance team off the objective. When we actually executed the exfill all elements left prior to route clearance.

b(3), b(6)

b(3), b(6)　　b(3), b(6)

b(3), b(6)

| 9. EXHIBIT | 10. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | b(3), b(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006                    DA FORM 2823, DEC 1998, IS OBSOLETE

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    10b(3), b(6)

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF  SSG  b(3), b(6)    TAKEN AT  1300    DATED  2007/02/28

9. STATEMENT (Continued)

b(3), b(6)

b(3), b(6)    b(3), b(6)

b(3), b(6)

INITIALS OF PERSON MAKING STATEMENT    b(3), b(6)    PAGE 2 OF 3 PAGES

DA FORM 2823, NOV 2006

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07    10 b(3), b(6)

| STATEMENT OF | TAKEN AT | DATED |
|---|---|---|

STATEMENT (Continued)

**AFFIDAVIT**

I, [b(3), b(6)] HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE

[b(3), b(6)]

WITNESSES

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this ____ day of ____
at ____

ORGANIZATION OR ADDRESS

_Signature of Person Administering Oath_

_(Typed Name of Person Administering Oath)_

ORGANIZATION OR ADDRESS

_(Authority To Administer Oaths)_

INITIALS OF PERSON MAKING STATEMENT

PAGE ____ OF ____ PAGES

DA FORM 2823, NOV 2006

KIA SGT KURTZ (B/3-509), 4-25ID  11 FEB 07                    IC [b(3), b(6)]

RCS  DAPCX-540                    FOR OFFICIAL USE ONLY                    HQN  ZL9-0R9
                                                                          2007 02 15

## FUNERAL AND INTERMENT INFORMATION

**Name of Deceased:**  KURTZ, RUSSELL ANDREW

**Rank:** SGT                                    SSN:  b(3), b(6)

### Awards

Bronze Star Medal, Posthumous
Purple Heart, Posthumous
Army Commendation Medal, Posthumous
Army Good Conduct Medal, Posthumous
National Defense Service Medal
Iraq Campaign Medal
Global War on Terrorism Service Medal
Noncommissioned Officers Professional Development Ribbon
Army Service Ribbon
Overseas Service Ribbon
Combat Infantryman Badge, Posthumous
Parachutist Badge, Basic
Weapons Qualification Badge
   Expert
   Sw. Weapon  R he uncompre ve

## Person Authorized to Direct Disposition

b(6)

## Casualty Assistance Officer

LTC  b(3), b(6)
99th Regional Readiness Command, Coraopolis PA
Duty Phone
Cell Phone
Home Phone          b(3), b(6)
Fax
Email Address

## Other Family Members

b(6)

LTC  b(3), b(6)
99th Regional Readiness Command, Coraopolis PA
Duty Phone
Cell Phone
Home Phone          b(3), b(6)
Fax
Email Address

KIA  SGT KURTZ (B 3-509)  4-25ID  11 FEB 07                    b(3), b(6)

FOR OFFICIAL USE ONLY

## FUNERAL AND INTERMENT INFORMATION

Name of Deceased:    KURTZ, RUSSELL ANDREW

Rank: SGT                                                SSN: b(3), b(6)

### Funeral Home

Name: David Henny Funeral Home
Address: 8364 Liberty Road
South Park PA 15129

Phone: Bus. Phone        412-835-0616

Remarks:

### Visitation

Type: Public
Location: David Henny Funeral Home
Date: 17 Feb 2007    Time: 19:00    To: 21:00
Address: 8364 Liberty Road
South Park PA 15129

Phone: Bus. Phone    412 835 0616
Type: Public
Location: David Henny Funeral Home
Date: 18 Feb 2007    Time: 14:00    To: 16:00
Address: 8364 Liberty Road
South Park PA 15129

Phone: Bus. Phone    412 835 0616
Type: Public
Location: David Henny Funeral Home
Date: 18 Feb 2007    Time: 19:00    To: 21:00
Address: 8364 Liberty Road
South Park PA 15129

Phone: Bus. Phone    412 835 0616
Remarks:

### Memorial

Remarks:

KIA SGT KURTZ (9-3-509) 4-25ID  11 FEB 07                b(3), b(6)

RCB: DAPCX-543                 FOR OFFICIAL USE ONLY                    PCH: ZL9-DR9

## FUNERAL AND INTERMENT INFORMATION

Name of Deceased:   KURTZ, RUSSELL ANDREW

Rank: SGT                                          SSN:   b(3), b(6)

Funeral

    Date: 18-Feb-2007      Time: 11:00
    Location: Ruhfred Lutheran Church
    Address: 3401 Patterson Road
    Bethel Park PA 15102

    Phone:

    Remarks:

Interment Type: INDIVIDUAL INTERMENT

Interment CAC: Fort Meade
    Date: 19-Feb-2007        Time: 12:30
    Cemetery: Bethel Cemetery

    Address: Church and Bethel Church Roads
    Bethel Park PA 15102

    Phone: Bus. Phone          412 835 3107/8538

    Remarks:

Other Information

    Unit: Company B, 3d Battalion, 509th Infantry, Fort Richardson, AK
    Age: 22 Year(s) 0 Month(s)        Years of Service: 3 Year(s) 3 Month(s)
    Component: Regular

Date of Death: 11-Feb-2007

Place of Death: Balad, Iraq

Circumstances: (11-FEB-07) – Soldier sustained head trauma while conducting combat operations against Anti-Iraqi forces in the Al Anbar province. Soldier was the front right passenger of a M1114 HMMWV with Level I Armor that was struck by an IED. Soldier was wearing ACH and OTV with yoke/throat and groin protectors, SAPI plates, and Ballistic Laser eye protection. Soldier was medevaced to 332nd EMDG where he was treated by competent medical authority but succumbed to his wounds.

    A. Field Grade Review requested 12 Feb 2007.

    B. AR 15-6 investigation requested 12 Feb 2007

    (16-FEB-07) – No change in circumstances reported

KIA/SGT KURTZ (B.3-509) 4-25ID 11 FEB 07                           b(3), b(6)

# Timeline Slides for the 15-6 Investigation in the Death of SGT Russell Andrew Kurtz B Co 3-509 IN (ABN)

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

b(3), b(6)



KIA SGT KURTZ (B 3-509) 4-25ID 11 FEB 07

IC b(7)



KIA. SGT. KURTZ (B 3-509), 4-25ID. 11 FEB 07



KIA SGT KURTZ (B 3-509), 4-25ID. 11 FEB 07

b(7)



KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07



KIA. SGT KURTZ (5 3-509) 4-25ID. 11 FEB 07

10 b(7)



KIA. SGT KURTZ (B 3-509). 4-25ID. 11 FEB 07



KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07







KIA SGT KURTZ (B 3-509) 4-25ID  11 FEB 07

SLIDE 11

b(7)

b(7)

b(7)

b(7)

b(7)

b(7)

Objective

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                                    IC b(7)



KIA, SGT KURTZ (B.3-509), 4-25ID, 11 FEB 07



REMOVED

## Tab V:

### Composition of 1-B 3-509 Patrol

## Consisting of 1 Page

*Document contains operationally sensitive information that has been properly classified as "Secret" in accordance with DoD 5200.1-R and is exempt from release under 5 USC 552(b)(1) and Executive Order 13526 (Sections 1.4(a) and 1.4(c)).*

REMOVED

## SECTION VI - AUTHENTICATION *(para 3-17, AR 15-6)*

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

b(3), b(6)

(Recorder)                                    (Investigating Officer/President)

(Member)                                      (Member)

(Member)                                      (Member)

## SECTION VII - MINORITY REPORT *(para 2-13, AR 15-6)*

To the extent indicated in inclosure _____ the undersigned do(es) not concur in the findings and recommendations of the board. *(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

(Member)                                      (Member)

## SECTION VIII - ACTION BY APPOINTING AUTHORITY *(para 2-3, AR 15-6)*

The findings and recommendations of the investigating officer/board are (approved) (disapproved) (approved with following exception/substitution). *(If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

Concur with IO findings and recommendations, with two exceptions.

1) TPT had issues with dismounted road pace until road was complete and T was thermal in situations. Recommend make frequency demographication with USML crew systems, commanders with crew systems on, change to work policy to make ground force representatives in the truck cab, and enforcement that those who attend the rehearsal be those that are the mission.

2) Rehearsal. A map rehearsal was conducted with realistic uses. Map rehearsals are not acceptable from a time is limited, ORSLL requires Ry be indoors, and all executing units are present.

b(3), b(6)

LTC, IN
Commander 176

Concur w/ Ch 3 Cdr recommendation and approve
IO findings.

b(3), b(6)

COL, IN
Commanding

DA Form 1574, Mar 83

SECTION IV - FINDINGS  (para 3-10, AR 15-6)

The (investigating officer) (board)   having carefully considered the evidence, finds:

See attached findings

SECTION V - RECOMMENDATIONS  (para 3-11, AR 15-6)

In view of the above findings, the (investigating officer) (board) recommends:

See attached Recommendations

Page 3 of 4 pages. DA Form 1574, Mar 1983

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    b(3), b(6)

| | | | YES | NO | NA |
|---|---|---|---|---|---|
| 2 | | Exhibits  (para 3-16, AR 15-6) | | | |
| | a | Are all items offered (whether or not received)  or considered as evidence  individually numbered or lettered as exhibits and attached to this report? | X | | |
| | b | Is an index of all exhibits offered to or considered by investigating officer or board attached before the first exhibit? | X | | |
| | c | Has the testimony/statement of each witness been recorded verbatim or been reduced to written form and attached as an exhibit? | X | | |
| | d | Are copies, descriptions, or depictions (if substituted for real or documentary evidence)  properly authenticated and is the reason of this original evidence indicated? | X | | |
| | e | Any descriptions or diagrams included of locations visited by the investigating officer or board  (para 3-8b, AR 15-6)? | X | | |
| | f | Is each written stipulation attached as an exhibit and is each oral stipulation either reduced to writing and made an exhibit or recorded in a verbatim record? | X | | |
| | g | If official notice of any matter was taken over the objection of a respondent or counsel, is a statement of the matter of which official notice was taken attached as an exhibit  (para 3-16d, AR 15-6)? | | · | X |
| 3 | | Was a quorum present when the board voted on findings and recommendations  (paras 4-1 and 5-2b, AR 15-6)? | | | X |
| **B** | | **COMPLETE ONLY FOR FORMAL BOARD PROCEEDINGS**  (Chapter 5, AR 15-6) | | | |
| 4 | | At the initial session, did the recorder read or determine that all participants had read, the letter of appointment  (para 5-3a, AR 15-6)? | | | |
| 5 | | Was a quorum present at every session of the board  (para 5-2b, AR 15-6)? | | | |
| 6 | | Was each absence of any member properly excused  (para 5-2a, AR 15-6)? | | | |
| 7 | | Were members, witnesses, reporter and interpreter sworn, if required  (para 3-1, AR 15-6)? | | | |
| 8 | | If any members who voted on findings or recommendations were not present when the board received some evidence, does the inclosure describe how they familiarized themselves with that evidence  (para 5-2b, AR 15-6)? | | | |
| **C** | | **COMPLETE ONLY IF RESPONDENT WAS DESIGNATED**  (Section II, Chapter 5, AR 15-6) | | | |
| 9 | | Notice to respondents  (para 5-5, AR 15-6) | | | |
| | a | Is the method and date of delivery to the respondent indicated on each letter of notification? | | | |
| | b | Was the date of delivery at least five working days prior to the first session of the board? | | | |
| | c | Does each letter of notification indicate — | | | |
| | | (1)   the date, hour, and place of the first session of the board concerning that respondent? | | | |
| | | (2)   the matter to be investigated  including specific allegations against the respondent, if any? | | | |
| | | (3)   the respondent's rights with regard to counsel? | | | |
| | | (4)   the name and address of each witness expected to be called by the recorder? | | | |
| | | (5)   the respondent's rights to be present, present evidence, and call witnesses? | | | |
| | d | Was the respondent provided a copy of all unclassified documents in the case file? | | | |
| | e | If there were relevant classified materials, were the respondent and his counsel given access and an opportunity to examine them? | | | |
| 10 | | If any respondent was designated after the proceedings began  (or otherwise was absent during part of the proceedings) | | | |
| | a | Was he properly notified  (para 5-6, AR 15-6)? | | | |
| | b | Was record of proceedings and evidence received in his absence made available for examination by him and his counsel  (para 5-4, AR 15-6)? | | | |
| 11 | | Counsel  (para 5-6, AR 15-6) | | | |
| | a | Was each respondent represented by counsel? | | | |
| | | Name and business address of counsel | | | |
| | | (If counsel is a lawyer, check here | | | |
| | b | Was respondent's counsel present at all open sessions of the board relating to that respondent? | | | |
| | c | If military counsel was requested but not made available, is a copy  (or, if oral, a summary)  of the request and the action taken on it included in the report  (para 5-6b, AR 15-6)? | | | |
| 12 | | If the respondent challenged the legal advisor or any voting member for lack of impartiality  (para 5-7, AR 15-6) | | | |
| | a | Was the challenge properly denied and by the appropriate officer? | | | |
| | b | Did each member successfully challenged cease to participate in the proceedings? | | | |
| 13 | | Was the respondent given an opportunity to  (para 5-8a, AR 15-6) | | | |
| | a | Be present with his counsel at all open sessions of the board which deal with any matter which concerns that respondent? | | | |
| | b | Examine and object to the introduction of real and documentary evidence, including written statements? | | | |
| | c | Object to the testimony of witnesses and cross-examine witnesses other than his own? | | | |
| | d | Call witnesses and otherwise introduce evidence? | | | |
| | e | Testify as a witness? | | | |
| | f | Make or have his counsel make a final statement or argument  (para 5-9, AR 15-6)? | | | |
| 14 | | If requested, did the recorder assist the respondent in obtaining evidence in possession of the Government and in arranging for the presence of witnesses  (para 5-8b, AR 15-6)? | | · | |
| 15 | | Are all the respondent's requests and objections which were denied indicated in the report of proceedings or in an inclosure of exhibits to it  (para 5-11, AR 15-6)? | | · | |
| **FOOTNOTES** | | 1  Explain all negative answers on an attached sheet. | | | |
| | | 2  Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board. | | | |

KIA, SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07

10(3), b(6)

**REPORT OF PROCEEDINGS BY INVESTIGATING OFFICER/BOARD OF OFFICERS**
For use of this form, see AR 15-6; the proponent agency is OTJAG.

*IF MORE SPACE IS REQUIRED IN FILLING OUT ANY PORTION OF THIS FORM, ATTACH ADDITIONAL SHEETS*

### SECTION I - APPOINTMENT

Approved by _____ C CIC _____ | b(3), b(6) | _____ CDR   4-25 _____
_(appointing authority)_

on __8 MAR 07__ _(Attach inclosure 1. Letter of appointment or summary of oral appointment data.) (See para 3-13, AR 15-6.)_
_(Date)_

### SECTION II - SESSIONS

The investigation hearing commenced at _____ CAMP   FALLUJAH _____ at ____ CSL ____
_(Place)_                              _(Time)_

on __9 MAR 07__ _(If a formal board met for more than one session, check here ☐. Indicate in an inclosure the time each session began and ended, the place, persons present and absent, and explanation of absences, if any.) The following persons (members, respondents, counsel) were present. (Enter each name, indicate capacity, i.e. President, Recorder, Member, Legal Advisor.)_

The following persons (members, respondents, counsel) were absent. (Include brief explanation of each absence.) (See paras 5-2 and 5-8c, AR 15-6.)

The investigating officer (board, hearing) gathering hearing evidence at _____ 1700 _____ on __12 MAR 07__
_(Time)_                         _(Date)_

and completed findings and recommendations at _____ CSGU _____ on __14 MAR 07__
_(Time)_                         _(Date)_

### SECTION III - CHECKLIST FOR PROCEEDINGS

| A. COMPLETE IN ALL CASES | YES | NO | NA |
|---|---|---|---|
| 1 Exhibits (para 3-15, AR 15-6) | | | |
|  Are the following inclosed and numbered consecutively with Roman numerals (Attached in order listed) | | | |
|  a. The letter of appointment or a summary of oral appointment data? | | | |
|  b. Copy of notice to respondent, if any. (See item 9, below) | | | X |
|  c. Other correspondence with respondent (or counsel, if any? | | | X |
|  d. All other written communications to or from the appointing authority? | | | X |
|  e. Privacy Act Statements (Certificate if statement provided orally)? | | | X |
|  f. Explanation by the investigating officer or board of any unusual delays, difficulties, irregularities, or other problems encountered (e.g. absence of material witnesses)? | | | X |
|  g. Information as to sessions of a formal board not included on page 1 of this report? | | | X |
|  h. Any other significant papers (other than evidence) relating to administrative aspects of the investigation or board? | | | X |

FOOTNOTES:  1 Explain all negative answers on an attached sheet
2 Use of the NA column, constitutes a positive representation that the circumstances described envisioned in the question did not exist in this investigation or board.

DA FORM 1574, MAR 83          EDITION OF NOV 77 IS OBSOLETE

KIA SGT KURTZ (B 3-509), 4-25ID, 11 FEB 07                    b(3), b(6)