# **Exhibit 120**

| From: | |
|---|---|
| To: | (b)(6) |
| Cc: | |
| Subject: | (FOUO) CASUALTY REPORT <Youngblood, Kelly, David> |
| Date: | Sunday, February 18, 2007 6:56:33 AM |

FOR OFFICIAL USE ONLY

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R

Field Report Type: INIT

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 702728

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary   ervice

SSN [ (b)(6) ]

Last Name: Youngblood

First Name: Kelly

Middle Name: Da  id

Race: White

Sex:   ale

Religi  us P eference: Christian, No Denominational Preference

Bir h Date: [ (b)(6) ]

Birth State: Indiana

Birth Country: United States

Military Rank: Private (No Insignia)

Service: United States Army

Military Unit of Assignment: D CO 3-69 AR BN (TF 3-69) [II MEF]

Military UIC: WAQ1D0

DMOS/AFSC: 19K1O

PMOS: 19K

HOR City: Mesa

HOR State: Arizona

HOR Country: United States

Vehicle Group

Vehicle Type: [(b)(1) 1 4g]

Vehicle Owner: US Government

Position in Vehicle: Driver

Duty Status: Present For Duty

Date/time of Incident: 20070218 10:50:00

Incident City: Ramadi

Incident Country: Iraq

Circumstances: Soldier was ki led in action while conducting combat operations against Anti-Iraqi forces in the Al Anbar province. Soldi r was a shot while exiting the [(b)(1) 1.4g] during a shift change.


Body Arm r: Eye P tector/Ballistic Laser Protective Spectacles/

Body Arm r: Helmet/Combat Vehicle Helmet/

B dy A mor: Vest/Outer Tactical Vest/Small Arms Protective Inserts (SAPI)

Body Armor: Vest/Outer Tactical Vest/Yoke/Throat

Body Armor: Vest/Outer Tactical Vest/Groin Protectors

Inflicting Force: Enemy Forces

PEBD: 20060117

BASD/ADBD: 20060117

TRNG/Duty Related: Training/Duty Related

Investigation Required: Investigation Required

Date/Time of Death: 20070218

Place of Death City: Ramadi

Place of Death Country:

Remarks: Soldier was pronounced deceased at 1050 on 20070218 by ⬚ (b)(3)130b, )(8) ⬚. The soldiers body was identified by ⬚ (b)(3)130b, (b)(6) ⬚ (PLT LDR) by means  f persona  association. Soldier was wearing IBA with front and back ESAPI plates. The field grade officer wh   aut  entic ted this report is ⬚ (b)(6) ⬚ ⬚ (b)(3)130b, (b)(6) ⬚ Report initiated by (b)(3)130b, (b)(6) II MEF. The POC for this report is ⬚ ⬚ (b)(3)130b, (b)(6) ⬚ The administrative data in this report has been ve  fied   y usi  g official CAC resources.  DCIPS prepared by (b)(3)130b, (b)(6) MNC-I Casualty Operation  on 18 FEB 0  at 1438hrs. MNC-I POC for this report is ⬚ (b)(3)130b, (b)(6) ⬚ MNC-I Casualty Operations NCOI ⬚ (b)(6) ⬚

~~FOR OFFICIAL USE ONLY~~