# **Exhibit 121**

# Ops Report



Friday, 28 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Feb 18 2007 10:03:00 |
| is Closed | TRUE |
| Summary | At 181003C FEB 07, B/3-69 (TF 3-69) was attacked with SAF IVO (38S LB 4292 9 54), in Ramadi, consisting of PKC and SAF from three different locations while conduc ing  e  urity and observation operations. The attack began with an unknown amount of SAF origin ting from an unknown building in the L5 Patrol Sector IVO (38S LB 4311 9870). B/3-6  cou d no  PID and did not return fire. At the same time COP Grant received (15) rounds SAF fr m Bldg 12 IVO (38S LB 4297 9852), and (100) rounds PKC fire from Bldg 13 in the P8 Patrol secto  IVO (38S LB 4298 9852). The fire came from the S at a distance of 75m. The SAF res lted in (1) CF KIA. B/3-69 declared a TIC at 181020C. Dedicated air assets included (2)  A-18 a d (1) Shadow UAV. B/3-69 returned fire with (75) .50 cal, (700) 7.62mm, and (30) 25mm  esult ng in (2) AIF KIA. No damage reported.<br><br>CLOSED  19FEB 0320 |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | February |
| Day Occurred | 18 |
| Event Type | Enemy Action |
| Event Category | Direct Fire |
| Event MOA | Small Arms |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary Di trict | Al Anbar |
| P mary Prov nc | Al Anbar |
| was Su cide | FALSE |
| Track ng Number | 20070218100338SLB4292098540 |
| Attack On | Coalition |
| Unit Activity | Observation Point |
| Title | DIRECT FIRE(Small Arms) ON B/3-69 (TF 3-69) IVO AR RAMADI (ROUTE   ): 1 CF KIA 2 AIF KIA |

## Ops Report

| | |
|---|---|
| Association Count | 2 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 0 |
| BDA Friendly Casualties | 1 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 2 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 2 |
| BDA Enemy Detained | 0 |
| City | Ramadi |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)( ) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=D4DB9B 4-1143-D62E-D16657B8D79107DE&entity=report |
| Date Occurred Excel UK | 18 02 2007 |
| Date Occurred Excel US | 02/ 8/2007 |
| Date Posted(Z) | F  b 18 2007 12:36:23 |
| Date Upd  ed(Z) | Feb 19 2007 00:56:00 |
| FOB | COMBAT OUTPOST/CORRE |
| Lati ude | 33.41472244262695 |
| Longi ude | 43.31063461303711 |
| MGRS | 38SLB42929854 |
| MOA Count | 1 |
| Originating System | Not Provided |

## Ops Report

| | |
|---|---|
| Originator Group | MNF-W OPS LNO |
| Originator Name | (b)(3)130b, (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | D4DB9B74-1143-D62E-D16657B8D79107DE |
| Reporting Unit | MNF-W |
| Route | |
| Type Of Unit | Coalition Forces |
| Unit Name | B/3-69 (TF 3-69) |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(3)130b, (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was AF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Ramadi | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 18_1003C_(NOT1022C)_FEB_07_SAF_ATTACK_ON_11 AD_IVO_AR_RAMADI | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | | | CENTCO ROAR | HyperLink | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | OP | UNITED STATES | Primary | D4DB9B74 1143 D62E D16657B8D79107DE | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Small Arms | 6DD1 62 72E7 492F A36F D A48A4BBEC3 | Enemy Action | Direct Fire |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Direct Fire | E A220E2 E15A 4EE5 B377 C82D65400AF9 | Enemy Action | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY | MNF W OPS LNO | D4DE55C2 1143 D62E | 0 | 6 ACTION OR INCIDENT | (More not shown) |

## Ops Report

| | | | |
|---|---|---|---|
| COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | D19F871BBC219928 | | RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Conference | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 07 2008 00:45:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

11 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Reintegratees Count, Type Reported By, Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

Page 5 of 6

## Attachments
(None)