# Exhibit 123

# FILED UNDER SEAL