# Exhibit 124

UNCLASSIFIED

SGM Stack, Michael

UNCLASSIFIED

DEPARTMENT OF THE ARMY
Advance Operational Base-560, FOB 52, 5th SFG(A)
Al Hilla, Iraq

AOSO-SFT-SN-CC                                                          13 April 2004

MEMORANDUM FOR RECORD

SUBJECT: After Action Report for AOB 560 Combat Actions on 11-12APR04

1. The following report is as accurate as possible and based off of personal observances. All times are in Zulu and locations are approximate.

2. Personnel Roster:



(b)(3), (b)(6)
SGM Michael Stack (KIA)
(b)(3), (b)(6)
(b)(3), (b)(6)

3. Major End Item Destroyed:

1 GMV complete
1 M2 MG
1 M240 MG Complete
1 PSC-5
2x AN/PRC-119 complete
1x CMF-34
1x AN/PRC-148
1x M4 (50 cal gunner's)
1x M9 Pistol in SGM's Scat Bag

Note: A complete list of other property book items lost and ammunition consumption is being compiled. All above equipment was destroyed. No equipment was abandoned on the battlefield.

4. Summary of events:
a. On 11 0300Z Apr 04, elements of AOB 560 and ODA 553 departed the AOB location in Al Hilla (38S MA 47329280) in three (3) GMVs and traveled to the Al Hilla Civilian Provisional Authority Compound (CPA, 38S MA 469477). The AOB met with

000007

UNCLASSIFIED

Enc 2 EXHIBIT 2

UNCLASSIFIED

representatives of the CPA and coordinated for a meeting at the Baghdad CPA Office. The AOB element departed at 11 0400Z APR 04 and traveled to Forward Operating Base – 52 (FOB 52 located at the Baghdad Royal Palace Compound vic 38S MB 261759). AOB element arrived at FOB 52 at approximately 11 0600Z APR 04, cross-loaded essential personnel into two vehicles and moved to CPA Headquarters in Baghdad. The element conducted a meeting with key CPA leadership on judicial problems. After the meeting concluded, the element returned to the FOB 52. At the FOB 52, an additional GMV was procured for SOTA-502. Coordination and resupply actions were conducted by the AOB element at the FOB 52. The AOB element departed the FOB location at approximately 11 1300Z APR 04. At approximately 11 1315Z APR 04 The AOB traveled on Main Supply Route Tampa (Hwy 1) made contact with an established ACF ambush. The AOB command vehicle was lead and encountered an IED which misfired, the lead (b)(3), (b)(6) immediately engaged and killed a ACF preparing to fire an RPG). The enemy position's were behind a dirt berm approximately 75meters off of the southern side of the highway (vic Grids 38S MB 3268 to MB 3468). AOB elements immediately engaged the enemy with a heavy volume of fire with multiple weapon systems and drove through the kill zone. AOB personnel estimate at least four unconfirmed enemy KIA. The AOB consolidated in a secure perimeter on Highway 1 (vic 38S MB 352672). Security was established and civilian vehicle traffic was not permitted to pass. ODA 553's vehicle was placed in the center of the perimeter as the casualty collection point. (b)(3), (b)(6) began to treat the wounds of (b)(3), (b)(6) (b)(3), (b)(6) maintained security and conducted self-aid for his wounds. FOB 52 was notified via FM communications and a CASEVAC requested. A GMV Crew commanded by SGM Stack was pushed-out to serve as an over-watch position and provided standoff from the kill zone. Helicopter Gunships were requested by the AOB. A CASEVAC LZ was established and marked by (b)(3), (b)(6). One Blackhawk CASEVAC helicopter landed and (b)(3), (b)(6) were exfiltrated to Baghdad Airport for treatment [Note: (b)(3), (b)(6) was ordered to get on helicopter]. A QRF from FOB 52 commanded by the Battalion (b)(3), (b)(6) was dispatched to the AOB security position. The AOB waited a few minutes for gunship support, once it was evident there was no helicopter support the FOB QRF linked-up with the AOB 560 element. The AOB element made a verbal FRAGO and began to move out to engage the enemy at the ambush position. When the AOB Commander's vehicle began to move, it was evident it had also been damaged and was not fully mission capable. The decision was made to return to FOB 52 and not attack the ambush site. The AOB and QRF elements moved on secondary roads and fields on the northern side of HWY 1 until it reached the FOB location.

Once at the FOB location, consolidation and reorganization steps were conducted. (b)(3), (b)(6) briefed the intelligence situation to B-2/3 SFG(A) element for the AOB Commander's vehicle was traded for another GMV. Based on the possibility of attack on the AOB team house at Al Hilla, it was determined to return to base that night. The FOB Chaplain delivered a moving prayer and the AOB element departed in four GMVs at 11 1545Z APR 04. Because of road debris and damaged bridges, the AOB element drove South in the Northbound lane under NVGs enroute to Al Hilla.

At approximately 11 1630Z APR 04, the AOB element was ambushed by a heavy volume of machinegun and small arms fire vicinity intersection of Hwys 1 and 8 (38S

000008   **EXHIBIT** 2

Approved for Release

UNCLASSIFIED 

(MB 415615) The AOB elements immediately returned a heavy volume of fire and continued to engage until out of the kill zone. SGM Stack provided rear security for the convoy and directed fire against the enemy to protect the rest of the element. The ambush was initiated from the southern side of HWY 1, a few hundred meters past the initial kill zone an element from the northern side of the highway began to attack with small arms and machinegun fire. Within the second kill zone an IED/RPG was detonated on the southern side of the last vehicle. Internal communications were degraded, command vehicle was down to one operational antenna. ODA 553 radioed the command vehicle and notified that the trail vehicle was in trouble. A secure position was established and the trail vehicle was moved to the center. It was determined SGM Stack was KIA, the enemy situation was tenuous and the commander felt the element was being followed by a civilian vehicle in the distance out of weapons range. (b)(3), (b)(6) had received a round that impacted his helmet and the Kevlar blanket protected (b)(3), (b)(6) from becoming a casualty. The decision was made to continue forward because the AOB did not have the firepower to deal with moving back to RCP. The AOB placed the KIA into the command vehicle and began to move under NVG to a safe location. The AOB was canalized on HWY 1 due to the guardrails and shallow canals. The AOB element began to move south on HWY 1, the AOB was again engaged by a heavy volume of fire approximately 800meters from where stopped security position. The AOB element again engaged with every weapon system available and drove out of the Kill Zone. The AOB commander lost visual with the trail vehicle and was unable to get communications with the vehicle. The three vehicles turned around and headed back to the kill zone to link-up with the ODA 553 vehicle. Shortly after the ODA vehicle literally came out of the smoke and link-up was made. Internal communications existed only between two vehicles. The AOB ensured no other civilian vehicles were in the area and moved off of HWY 1 to a defensible area. The AOB vehicles were moved out of small arms range from the Highway and away from any buildings (11 1645Z APR 04, vic 38S MB487592). This position was defendable and offered dirt berms on both sides of the path as well as a canal for defense. Although communications to the AOB base in Al Hilla had been established and CASEVAC requested, FOB 52 was also contacted directly and request for air support was immediate. Hasty consolidation was done and the element was told not to engage unless fired upon. Noise and light discipline was re-enforced. The AOB Commander canceled the request for CASEVAC. The AOB reported 1KIA and two MGs down. One of the machineguns was brought back to mission capable. Fixed-wing air-support came on station and provided overwatch. The fixed-wing aircraft were then replaced with AC-130 support. The AOB utilized the (b)(1)1.4a (b)(1)1.4a

The AOB base in Al Hilla worked on getting a QRF to the AOB element. With the assistance of AOB 540 Commander, (b)(3), (b)(6) a QRF was dispatched from the 2/2 USMC based out of Al Mahmudiyah. The AOB element utilized AC-130 to plan a route out of the security halt in-order to the linkup point with the USMC QRF. The AOB began to move to the linkup point and moved northeast along a drainage canal.

At approximately 11 1845Z APR 04, the QRF from 2/2 USMC engaged an established ambush position (vicinity, 38S MB 490585) just south of the AOB location. The QRF element secured the bridge area and sent forward a contact element to conduct link-up. As the AOB element departed the security position with AC-130 escort, the second in

Approved for Release

000009  EXHIBIT 2

order of movement vehicle slid off of the dike into the canal. All personnel dismounted the vehicle without injury and it was determined the AOB did not have the capability to recover the vehicle. The vehicle was at least 70% submerged and on its top in the canal. The AOB commander decided to have the [(b)(1)1.4a] once the AOB element was out of the immediate area. The AOB element linked-up with the USMC contact element and moved south on Hwy 1 to the QRF battle position (vic 38S MB 490573, 11 2005Z APR 04). As the element arrived, [(b)(1)1.4a] [(b)(1)1.4a] At 11 2105Z APR 04 the AOB element and USMC QRF began to take inaccurate mortar fire. The USMC's higher headquarters directed the QRF to hold the bridge and a rifle company move to the QRF's location. The AOB attempted to use the [(b)(1)1.4a] mortar positions, however no PID could be determined. AC-130 departed and was replaced by fixed wing air support.

   At approximately 11 2205Z, the AOB team house in Al Hilla was engaged with small arms and RPG fire by 15-20 personnel from a building on the west side of the canal (vic 38S MA 47359252). The Team House was on higher alert status because of early warning from ODA source. The AOB/ODA element reacted with immediate high volume of fire. At least two confirmed enemy KIA, 2 additional unconfirmed. The enemy personnel ran away from the engagement in a disorganized manner. The Al Hilla IPS SWAT element reacted and cleared the buildings.

   At 11 2327Z APR 04, the AOB element and USMC began movement to FOB St. Michael in Al Mahmudiyah. At 12 0016Z AOB element arrives at FOB St. Michael. The AOB provides the remains of SGM to the mortuary affairs element. The AOB CDR debriefed BG Kelly on the actions and contacted FOB 52 via AN/DNVT telephone for a verbal debrief. The AOB element remained overnight until an escort could be coordinated to Al Hilla with 2/2 USMC. The AOB element and a USMC Rifle Company with engineers departed FOB St Michael at 12 1145Z APR 04. The element traveled to the bridge damaged by ACF (vic 38S MB 490573, 12 1244Z APR 04). The element began to take accurate mortar fire and at least 5 marines were injured. Two AOB vehicles immediately moved into defilade positions and began to engage the ACF mortar position with AT-4, machinegun fire and M203 fire. Air support was requested the AOB utilized fixed-wing and Apache platforms to identify and engage ACF. BDA is undetermined, however, AOB directed aircraft killed at least 12 ACF personnel and two vehicles.

   The AOB element began to move south on HWY 1 with the Marine escort. The AOB element broke away from the USMC escort at the boundary of the MEF zone and moved to an established link-up point. AOB utilized fixed wing escort. The AOB element conducted linkup with ODA 553(-) and US Military Police ( vic MB 508306, 12 1548Z APR 04). The elements moved to AOB team house and arrived at approximately 12 1630Z APR 04.

5. Commander's Comments:
a. The events of 11-12 April 2004, were unfortunate, however had it not been for excellent performance by all soldiers involved the situation would have been worst. During the contact the AOB element knew the damaged bridge to the south on HWY 1 was part of the ACF efforts to isolate the 15 kilometer kill zone. I firmly believe had the

000010

EXHIBIT 2

UNCLASSIFIED

AOB pressed on HWY 1 the V shaped ambush dug in by the ACF would have catastrophically engaged them. FBCB2 was instrumental in allowing the commander to know his position on the battlefield to process this information and make appropriate decisions.

b. Driving under NVG without black-lights allowed the AOB element to move without receiving accurate fire. The enemy had to fire at sounds and this greatly degraded their ability to accurately engage the element as they had in the earlier ambush.

c. The ambush was well directed and planned, the enemy had isolated the kill zone and there was no other CF seen on the entire MSR. The enemy placed a heavy volume of fire that was controlled and not just the usual spray of bullets.

d. The enemy followed similar TTPs for each ambush by isolating the trail vehicle directing the majority of their firepower in an attempt to possibly cause a break in contact and the capture of CF wounded.

d. Kevlar blankets are essential, the blanket that saved (b)(3), (b)(6) was found by the AOB next to the trash IVO the BIAP finance area a week prior.

e. Peltor headsets are essential, although the AOB commander's were ringing and inoperable after the 2nd contact, the headsets enabled soldiers to engage, communicate and still have the ability to hear after large firefights.

f. AC-130 support was phenomenal and provided excellent eyes-on for the ground element.

g. The AOB never received any air support during the first contact (the FOB was conducting immediate coordination, the air just never showed up).

h. There is no substitute for an 18E or 18D.

i. Tactical basics allowed the AOB to survive:
(1) Noise and light discipline
(2) Fire discipline and controlled/accurate fire
(3) Use of NVGs as an advantage
(4) Communications with higher must be maintained, the use of channel 18(wide-band satcom) as an emergency frequency is essential.
(5) Higher's ability to take reporting and put it in proper formats for ASR
(6) 360 Security was maintained
(7) This reinforces that all MOSs need combat training, the AOB 560 element that was engaged had 50% 18 series MOS.

j. AOBs need the same equipment as ODAs, to include passenger side swing arm mounts, two FBCB2 systems and machineguns.

6. Point of contact is the undersigned at (b)(3), (b)(6) @us.army.smil.mil

(b)(3), (b)(6)

000011

EXHIBIT 2

Approved for Release