# Exhibit 125

# FILED UNDER SEAL