# **Exhibit 126**

# Ops Report 

Friday, 21 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | May 25 2004 14:20:00 |
| is Closed | TRUE |
| Summary | AT 1420, 1-35AR REPORTS 15X INIDRECT IMPACTS ON CAMP KALSU. THERE WAS NO FIRE FINDER RADAR ACQUISITIONS. 1-35AR INITIALLY REPORTED THAT THERE WERE 12X CF (US) WIAS (4X LITTER URGENT, AND 8X PRIORITY) AND AN AIR MEDEVAC WAS REQUESTED. AT 1629, 1-35AR CONFIRMED THAT THERE WERE 3X CF (US) KIAS, AND 12X CF (US) WIAS. ALL CASUALTIES AND INJURIES BELONG TO 1-185IN. THE IMPACTS HAVE BEEN DETERMINED TO BE 15X 107MM CHINESE ROCKETS, WITH A BACK AZIMUTH OF 245 DEGREES. ALL OF THE CASUALTIES HAVE BEEN EVACED TO 31ST CSH. 1-35AR IS SEARCHING THE BACK AZIMUTH FOR A POO. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | May |
| Day Occurred | 25 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Rocket |
| Primary Country | IRAQ |
| Primary RC | MND-S |
| Primary AO | 172 IBCT |
| Primary District | Al Mahawl |
| Primary Province | Babil |
| was Suicide | FALSE |
| Tracking Number | ADLNO-35568279 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | ROCKET ATTK ON FOB KALSU IVO MUSAYYIB: 3 CF KIA; 12 CF WIA |
| Association Count | 1 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 12 |
| BDA Friendly Casualties | 15 |

## Ops Report

| | |
|---|---|
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=51C84198-68BB-430E-B442-F9415925A3C4&entity=report |
| Date Occurred Excel UK | 25/05/2004 |
| Date Occurred Excel US | 05/25/2004 |
| Date Posted(Z) | May 25 2004 13:46:30 |
| Date Updated(Z) | May 25 2004 21:47:37 |
| FOB | Kalsu |
| Latitude | 32.8035902851 |
| Longitude | 44.4607512271 |
| MGRS | 38SMB4951429642 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 51C84198-68BB-430E-B442-F9415925A3C4 |

## Ops Report

| | |
|---|---|
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 172 IBCT | | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |
| | | | | | | (More not shown) |

## Ops Report

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Rocket | 35D82B5D-1009-45A3-B8C6-50A49F41366A | Enemy Action | Indirect Fire |

### Events 1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Indirect Fire | B90A4F8B-33CA-4E5B-A7F6-68C232B3F163 | Enemy Action |  |  |  | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Top Reported By

18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

```
*********************************************************
***********    CASUALTY REPORT    ***********
*********************************************************
```

SUBJ: CASUALTY REPORT

01. SUPP

02. HOSTILE

03. DECEASED

04. 149-024

05. DECEASED

06. 146-033

07. MILITARY/

08. (b)(6)

09. BEAN/ALAN/NORMAN/JR

12. SPC

13. UNITED STATES ARMY/NATIONAL GUARD

36. 20040525/1540//

39. 8-10 Mortar rounds hit FOB Kalsu.

40. ENEMY FORCES

57. 20040525/1540

58. /FOB KALSU//IZ

59. HIT BY SHRAPNEL.

60. READY

61. DCIPS prepared by (b)(3)130b, (b)(6)

70. DCIPS Forward - Version 2.5 (6) ; DB - Version 2.1