# **Exhibit 131**

# Ops Report



## Tuesday, 25 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 09 2004 12:25:00 |
| is Closed | TRUE |
| Summary | (AMMENDED 092225APR0R) 2-12 CAV REPORTED THAT THE 724TC CONVOY WAS AMBUSHED. 2-12 CAV REPORTS 4 [ (b)(1)1.4g ]. 724 TRANS CONVOY HIT A ROADBLOCK AT MB200846. THEY THEN RECIEVED SMALL ARMS FIRE WITH [ (b)(1)1.4g ]. THE CONVOY PUSHED THOURGH THE ROAD BLOCK AND WAS THEN AMBUSHED WITH APPROXIMATELY 15 RPGS AND ADDITIONAL SMALL ARMS AT MB212843. 2-12 CAV REPORTS 14 CASUALTIES IN ALL TRANSPORTED TO LOG BSE SEITZ FOR TREATMENT OR FURTHER EVACUATION. 2 US SM KIA (1X DOW) AND 1 IZ CIVILIAN KILLED; 5 LITTER URGENT WOUNDED AND 7 AMBULATORY WOUNDED. 13 COSCOM REPORTS THAT 1 US SOLDIERS AND 4 KBR EMPLOYEES ARE UNACCOUNTED FOR FROM THE ATTACK TODAY. ALL MED FACILITIES, MORTUARY AFFAIRS AND THE 2-12 CAV HAVE BEEN COORDINATED WITH FOR THE MISSING PERSONS WHEREABOUTS, WITH NEGATIVE RESULTS. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | April |
| Day Occurred | 9 |
| Event Type | Enemy Action |
| Event Category | Direct Fire |
| Event MOA | Small Arms |
| Primary Country | IRAQ |
| Primary RC | USD-C |
| Primary AO | 4/2 SBCT |
| Primary District | Abu Ghuraib |
| Primary Province | BAGHDAD |
| was Suicide | FALSE |
| Tracking Number | ADLNO-1147465 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | COORDINATED ATTK ON 724TC CONVOY IN ZONE 35: 1US KIA; 1 NEU KILLED |
| Association Count | 1 |

Page 1 of 4

## Ops Report

| | |
|---|---|
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 11 |
| BDA Friendly Casualties | 13 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 1 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 1 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Abu Ghraib |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=DC373497-2AC5-4653-BE4B-0069E9DAEBCC&entity=report |
| Date Occurred Excel UK | 09/04/2004 |
| Date Occurred Excel US | 04/09/2004 |
| Date Posted(Z) | Apr 09 2004 10:23:20 |
| Date Updated(Z) | Apr 30 2004 23:17:51 |
| FOB | Seitz |
| Latitude | 33.3022178997 |
| Longitude | 44.1686123192 |
| MGRS | 38SMB22608510 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |

USCENTCOM FOIA 22-0063L - 22-0362L          000096          03/17/23

## Ops Report

| | |
|---|---|
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | DC373497-2AC5-4653-BE4B-0069E9DAEBCC |
| Reporting Unit | Not Provided |
| Route | ASR Michigan0 |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

SIGACT Location

USCENTCOM FOIA 22-0063L - 22-0362L          000097                    03/17/23

Approved for Release

## Ops Report

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| 4/2 SBCT | Abu Ghraib | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

| MOA | | | |
|---|---|---|---|
| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
| Small Arms | E9D72699-507E-4692-923C-5EE1852CC8FB | Enemy Action | Direct Fire |

| Events1 | | | | | | |
|---|---|---|---|---|---|---|
| Event Category | Event Key | Event Type | Intended Outcome Suicide | Hit Or Miss | (More not shown) (More not shown) |
| | | | | | (More not shown) |
| Direct Fire | CA2EA266-906F-4CAE-B249-D77774FA9237 | Enemy Action | | | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, 18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)