# **Exhibit 132**



**UNITED STATES DEPARTMENT OF DEFENSE**

Menu

Search 

United States Department of Defense

# News Release

On the web: http://www.defenselink.mil/releases/2004/nr20040424-0662.html

Media contact: +1 (703) 697-5131
Public contact: http://www.dod.mil/faq/comment.html or +1 (703) 428-0711

Updated: 26 Apr 2004
**NEWS**
DoD News
 Advisories
 Contracts
 Live Briefings
 Photos
 Releases
 Slides
 Speeches
 Today in DoD
 Transcripts

American Forces News
 Articles
 Radio
 Television
 Special Reports

DoD Search

About *News*
*News* Archive
*News* by E-mail

Other *News* Sources

**IMMEDIATE RELEASE**

No. 368-04
April 24, 2004

### DOD ANNOUNCES CHANGE-IN-STATUS OF AN ARMY SOLDIER CASUALTY

The Department of Defense announced today the death of a soldier previously listed as Duty Status Whereabouts Unknown who was supporting Operation Iraqi Freedom.

Sgt. Elmer C. Krause, 40, of Greensboro, N.C., has been unaccounted for since April 9, in Iraq, when his convoy came under attack by individuals using rocket-propelled grenades and small arms fire. On April 23 his remains were identified. Sgt. Krause was assigned to the Army Reserve's 724th Transportation Company, Bartonville, Ill.

The incident remains under investigation.

For further information related to this release, contact Army Public Affairs at (703) 692-2000.

Printer-friendly Version      Email A Copy




**UNITED STATES DEPARTMENT OF DEFENSE**

Menu

Search
GO

Updated: 23 Apr 2004

United States Department of Defense

# News Release

On the web: http://www.defenselink.mil/releases/2004/nr20040423-0645.html

Media contact: +1 (703) 697-5131
Public contact: http://www.dod.mil/faq/comment.html or +1 (703) 428-0711

**NEWS**

DoD News
  Advisories
  Contracts
  Live Briefings
  Photos
  Releases
  Slides
  Speeches
  Today in DoD
  Transcripts

No. 362-04
April 23, 2004

**IMMEDIATE RELEASE**

American Forces News
  Articles
  Radio
  Television
  Special Reports

## DOD ANNOUNCES SOLDIER'S CAPTURED STATUS

The Department of Defense announced today a change in the status of a soldier serving in Operation Iraqi Freedom from duty status - whereabouts unknown to captured.

Pfc. Keith M. Maupin, 20, of Batavia, Ohio, was declared captured on April 16.

On April 9, Maupin and Sgt. Elmer C. Krause, 40, of Greensboro, N.C., were categorized as duty status - whereabouts unknown when individuals using rocket-propelled grenades and small arms fire attacked their convoy. Both soldiers were assigned to the Army Reserve's 724th Transportation Company, from Bartonville, Ill.

Krause's status remains unchanged because his whereabouts remain unknown. Efforts continue to obtain the successful and safe return of both individuals.

Questions regarding theater operations can be directed to CENTCOM at (813) 827-5895. Change-in-status questions can be directed to Shari Lawrence, deputy public affairs officer for the U.S. Army Human Resources Command in Alexandria, Va., at (703) 325-8856.

For the public affairs officer assisting Maupin's family contact Maj. Willie Harris, 88th Regional Readiness Command, (612) 290-0517.

DoD Search

About News
News Archive
News by E-mail

Other News Sources

Printer-friendly Version     Email A Copy