# **Exhibit 133**

# Ops Report 

## Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 24 2004 05:05:00 |
| is Closed | TRUE |
| Summary | AT 0505, CAMP COOKE WAS ATTK WITH 2X 57MM ROCKETS IVO TAJI. THE POI ARE CONFIRMED AS (1) MC 3034 1014 AND (2) MC 3008 0990. THE SECOND RND HIT AN ACCOMMODATION TRAILER AND RESULTED IN 4X CF KIA AND 7X CF WIA (3X VSI). THE ROCKETS WERE LAUNCHED FROM AN IZ TRUCK. AT 0515, 2X OH-58s ENGAGED AND DESTROYED THE LAUNCH VEHICLE (ENEMY WERE SEEN FLEEING THE VEHICLE). GROUND QRF (4BCT AND 39BCT) WAS LAUNCHED TO SECURE POO AND SEARCH FOR OTHER ACF ELEMENTS. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | April |
| Day Occurred | 24 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Rocket |
| Primary Country | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary District | |
| Primary Province | Baghdad |
| was Suicide | FALSE |
| Tracking Number | attlemaj-95028100 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | ROCKET ATTK ON CAMP COOKE (TAJI): 4 CF KIA, 7 CF WIA |
| Association Count | 1 |
| BDA Friendly KIA | 4 |
| BDA Friendly WIA | 7 |
| BDA Friendly Casualties | 11 |
| BDA Friendly ABD | 0 |

Page 1 of 4

## Ops Report

| | |
|---|---|
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Taji |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=F4C3C471-1B12-47F5-9ED5-90430F6A30BD&entity=report |
| Date Occurred Excel UK | 24/04/2004 |
| Date Occurred Excel US | 04/24/2004 |
| Date Posted(Z) | Apr 24 2004 02:24:06 |
| Date Updated(Z) | Apr 24 2004 09:06:58 |
| FOB | UNKNOWN |
| Latitude | 33.5272972134 |
| Longitude | 44.2461548252 |
| MGRS | 38SMC3010 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | F4C3C471-1B12-47F5-9ED5-90430F6A30BD |
| Reporting Unit | Not Provided |

## Ops Report

| | |
|---|---|
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Taji | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |
| | | | | | | (More not shown) |

### MOA

*Approved for Release*

## Ops Report

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Rocket | 1AB503F4-259C-435A-A00D-E19ED260EF2D | Enemy Action | Indirect Fire |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Indirect Fire | B7D23E46-0F29-4CA4-8BC1-9E38AEF80354 | Enemy Action | | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, 18 Empty Tables Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

Approved for Release

(b)(3)130b, (b)(6)   CJTF7-STRENGTH MGMT

From:
Sent:
To: (b)(3)130b, (b)(6)

Subject:
Importance:   High

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBJ: CASUALTY REPORT

01. SUPP

02. HOSTILE

03. DECEASED

04. 04-030-1

05. DECEASED

06. 04-030

07. MILITARY/

08. (b)(6)

09. FELDER/ARTHUR /LEJOHN /

10. BLACK

11. (b)(6)

12. CPT

13. UNITED STATES ARMY/NATIONAL GUARD

14. 39TH CS HHC {WQNYT0}

24. DIED OUTSIDE A MEDICAL TREATMENT FACILITY

31. NONE

35. PRESENT FOR DUTY//

36. 20040424/0545//

(b)(6)

1

37. TAJI//IZ

39. 39TH CS HHC RECEIVED 2 ROCKET ATTACKS.

40. ENEMY FORCES

42. 31ST CSH/BAGHDAD//IZ

46. /20010303

47. BB-BAPTIST BIBLE FELLOWSHIP

50. YES

56. YES

57. 20040424/0900

58. /TAJI//IZ

59. MASSIVE TRAUMA LOWER EXTREMITIES,UPPER EXTREMITIES AMPUTATION.

60. READY

61. SM WAS PRONOUNCED DEAD AND IDENTIFIED BY [(b)(6)] AT 24 APR 24 / 0900. POC FOR THIS REPORT: [(b)(6)] 1ST CAVALRY DIVISION, CASUALTY OPERATIONS, DSN [(b)(6)]

70. DCIPS Forward - Version 2.5 (6)  ;  DB - Version 2.1


FELDER, ARTHUR-SUPP.rsf

(b)(3)130b, (b)(6)