# Exhibit 134

# FILED UNDER SEAL