# Exhibit 135

## FILED UNDER SEAL