# **Exhibit 136**

## **FILED UNDER SEAL**