# Exhibit 137

**FILED UNDER SEAL**