# **Exhibit 138**

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

DECLASSIFIED

MSGID/SITREP:  MSF-B/04-288

1.  OPERATIONS.
    A.  OPERATIONS SUMMARY.  Conducted VECP ops at (3) designated entry points, mobile and roving patrols, and RAMs within the compounds.  One alleged IED and one alleged suicide bomber detonated near simultaneously at approx 1250 local time.  Mobile patrol, SOG and react with 2 corpsmen were deployed to the IED site 600m from palace.  React controlled access in/out of incident site and additional Marines and corpsmen assisted victims.  When all WIAs were evacuated, corpsmen, SOG and mobile patrol assisted in collection of KIA and remains.  Cleared incident site and redeployed all personnel to Embassy Annex perimeter.

    B.  PLANS SUMMARY.  NSTR.

2.  PERSONNEL.  MO/ME/NE:  7/145/6

    a.//S// At 1250 hours today, there was an explosion at the International Zone Café.  So far, there has been one person killed and five wounded as a result.

    b.//S// At 1255, there was an explosion at the Bazaar in the International Zone which killed six people and wounded ten others.

3.  Logistics.  NSTR.

4.  COMMUNICATIONS CONNECTIVITY.  NSTR.

5.  COMMANDER'S COMMENTS.  Provided recommendation to RSO to extend perimeter by locking down the parking lot directly across the street from Embassy Annex and extending check points approximately 200 meters from CACs; Marines from Chancery would be required to accomplish this mission.  RSO was not receptive to reducing Chancery personnel.  Will readdress tomorrow with specific recommendations to RSO.  Request additional support for **elimination** of the Chancery requirements from MARCENT and CENTCOM.  Justification as provided in mission analysis.  Marines involved in casualty collection thoroughly debriefed and Chaplain was provided as needed.

6.  POINTS OF CONTACT.



(b)(3)10 USC 130b, (b)(6)

Declassified By: P.E. SIMON, Col, By direction, Per CCR 380-14 & MARCENTO 5513.1B, Date: 20230124