# **Exhibit 139**

FL-2022-00064   A-00000616600   "UNCLASSIFIED"   9/14/2023

# Report of Death of an American Citizen Abroad

Baghdad, Iraq, 06-Mar-2005
(Post date of issue)

SSA No. (b)(6)

Name in full  JOHN ALBERT PINSONNEAULT                                     Age  39 YEARS

Date and Place of Birth  (b)(6)    MOORHEAD, MINNESOTA USA

Evidence of U.S. Citizenship  PASSPORT 900445835 ISSUED MAY 13, 2004, SPECIAL ISSUING AGENCY -- WASHINGTON

Address in U.S.A.  (b)(6)

Permanent or Temporary Address Abroad   DYNCORP CO., BAGHDAD, IRAQ

Date of death   OCTOBER 14, 2004

Place of Death   BAGHDAD - IRAQ
(Number and Street) or (Hospital or hotel)

Cause of death   BLAST AND PROJECTILE INJURIES
(Including authority for statement - if physician, include full name and official title, if any)

(b)(6)    DEPUTY MEDICAL EXAMINER, DOVER AFB, DE 19902

Disposition of the remains   UNPREPARED/RETURNED

Local law governing disinterment of remains provides that

Disposition of the effects

Person or official responsible for custody of effects and accounting therefor

Traveling/residing abroad with relatives or friends as follows:
NAME                                                  ADDRESS

Informed by telegram or telephone
NAME                    ADDRESS                                       DATE SENT

Copy of this report sent to:
NAME                    ADDRESS                                       DATE SENT
(b)(6)                                                                06-MAR-2005

Notification or copy sent to Federal Agencies:   SSA  X   VA     CSC     Other
                                                                        (State Agency)

The original copy of this document and information concerning the effects are being placed in the permanent files of the Department of State, Washington, D.C. 20520

Remarks:

(b)(6)

[SEAL]     (b)(6)
           Consul                                of the United States of America.

Pinsonneault (Last Name)
John Albert (First Name)
October 14, 2004 13:30:00 (Date of death)

DS-2060
Formerly OF-180
06-2001    Additional certified copies available from the Correspondence Branch, Passport Services, Department of State, Washington, D.C. 20520. Each copy $10.00.