# **Exhibit 140**

# CERTIFICATE OF DEATH (OVERSEAS)
Acte de décès (D'Outre-Mer)

FL-2022-00064   A-00000610002   "UNCLASSIFIED"   9/14/2023

| Field | Value |
|---|---|
| NAME OF DECEASED (Last, First, Middle) | Pinsonneault, John, A. |
| GRADE | |
| BRANCH OF SERVICE | Govt Civ |
| SOCIAL SECURITY NUMBER | (b)(6) |
| ORGANIZATION | Dyncorp International 8445 Freeport Pkwy Suite 400 Irving, TX 75063 |
| NATION | USA |
| DATE OF BIRTH | (b)(6) |
| SEX | ☒ MALE |

**RACE:** ☒ CAUCASOID

**MARITAL STATUS:** ☒ MARRIED

**RELIGION:** ☒ CATHOLIC

(b)(6) ... décède avec le susdit ... Ville (Code postal compris)

## MEDICAL STATEMENT

**CAUSE OF DEATH**

| | Cause | Interval |
|---|---|---|
| DISEASE OR CONDITION DIRECTLY LEADING TO DEATH | Blast and projectile injuries | Seconds |
| ANTECEDENT CAUSES — MORBID CONDITION | | |
| UNDERLYING CAUSE | | |

OTHER SIGNIFICANT CONDITIONS:

**MODE OF DEATH:** ☒ HOMICIDE

**AUTOPSY PERFORMED:** ☒ YES

NAME OF PATHOLOGIST: (b)(6) CAPT, MC, USN

DATE: 17 Oct 2004

**AVIATION ACCIDENT:** ☒ NO

DATE OF DEATH: 14 Oct 2004
PLACE OF DEATH: Baghdad, Iraq

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.

NAME OF MEDICAL OFFICER: (b)(6)
TITLE OR DEGREE: Deputy Medical Examiner
GRADE: CAPT
INSTALLATION OR ADDRESS: Dover AFB, DE 19902
DATE: 29 OCT 04

1. State disease, injury or complication which caused death, but not mode of dying such as heart failure, etc.
2. State conditions contributing to the death, but not related to the disease or condition causing death.

**DD FORM 2064, 1 APR 77**   REPLACES DA FORM 3565, 1 JAN 72 AND DA FORM 3565-R(PAS), 26 SEP 75, WHICH ARE OBSOLETE.

(REMOVE, REVERSE AND RE-INSERT CARBONS BEFORE COMPLETING THIS SIDE)
FL-2022-00064    A-00000616602    "UNCLASSIFIED"    9/14/2023

| DISPOSITION OF REMAINS | | | | |
|---|---|---|---|---|
| NAME OF MORTICIAN PREPARING REMAINS | GRADE | LICENSE NUMBER AND STATE | | OTHER |
| INSTALLATION OR ADDRESS | DATE 10/20/2004 | SIGNATURE | | |
| NAME OF CEMETERY OR CREMATORY | LOCATION OF CEMETERY OR CREMATORY | | | |
| TYPE OF DISPOSITION | | DATE OF DISPOSITION | | |

| REGISTRATION OF VITAL STATISTICS | | | |
|---|---|---|---|
| REGISTRY (Town and Country) | DATE REGISTERED | FILE NUMBER | |
| | | STATE | OTHER |
| NAME OF FUNERAL DIRECTOR | ADDRESS | | |
| SIGNATURE OF AUTHORIZED INDIVIDUAL | | | |

DD FORM 2064, APR 1977 (BACK)                                                                    USAPA V1.00

I certify that this is a true and accurate copy of the original document.

Subscribed and sworn before me, (b)(6) a notary, authorized under 10 U.S.C. 1044a

(b)(6)

Notary