# **Exhibit 142**

**ATTACHMENT 2--W0RKING COPY--DS Memorial Project-- 1st Round Nominations--Approved 9/2013** (updated 1-17-2014)

FL-2022-00064    A-00000593181    "UNCLASSIFIED"    3/29/2023

| Name | Position at Death | Year of Death | Country of Death | Cause of Death | DOB/Family POC | Source of Information and Other Details |
|---|---|---|---|---|---|---|
| Pinsonneault, John Albert | Third-Party Contractor (DS Private Security Contractor, DynCorp) | 2004 | Iraq | Suicide Bomber | | Died on October 14, 2004, in Baghdad, Iraq. DS Private Security Contractor (DynCorp) -- Hometown: North Branch, MN. Source: (1) Moe files. (2) Copy of DS Memorial Service program; (3) DS 10-K DSSAA (9/2012); (4) DS/IP/CSO (b)(6); (b)(7)(C) email, 8/13/12; (5) DOS A/S William Burns speech (2/15/2005) |
| Osborne, Steven Ray | **Third-Party Contractor** (DS Private Security Contractor, DynCorp) | 2004 | Iraq | Suicide Bomber | | Died on October 14, 2004, in Baghdad, Iraq. DS Private Security Contractor (DynCorp)-- Hometown: Kennesaw, GA. Source: (1) Moe files; (2) Copy of DS Memorial Service program; (3) DS 10-K DSSAA (9/2012); (4) DS/IP/CSO ((b)(6); email, 8/13/12. (5) DOS A/S William Burns speech (2/15/2005) |
| Miner, Eric D. | **Third-Party Contractor** (DS Private Security Contractor, DynCorp) | 2004 | Iraq | Suicide Bomber | | Died on October 14, 2004, in Baghdad, Iraq. DS Private Security Contractor (DynCorp). Hometown: South Windham, CT. Source: (1) Moe files; (2) Copy of DS Memorial Service program; (3) DS 10-K DSSAA (9/2012); (4) Embassy Baghdad Staff Notice (10-3-12); (5) Remarks, Rededication of Embassy Baghdad Memorial Plaque--Douglas Silliman, Charge d'Affaires); (6) DS/IP/CSO ((b)(6); (b)(7)(C) email, 8/13/12); (7) DOS A/S William Burns speech (2/15/2005). |