# **Exhibit 143**

# Ops Report



Wednesday, 02 November 2022

## Ops Report

| Date Occurred(L) | Oct 14 2004 13:55:00 |
|---|---|
| is Closed | TRUE |
| Summary | AT 1255C, 3-8CAV REPORTS AN EXPLOSION IVO THE BAZAAR IN BAGHDAD. 3-8CAV REPORTS 4 KILLED(3 US, 1 NEU); 1 US WIA; 21 NEU INJ (15 NEU, 2 BRIT CIV, 3 US CIV, 1 UNKNOWN). THERE IS A CRATER PRESENT AT THE BIZARRE. US EOD REPORTS THAT THERE IS NO FRAGMENTATION FOUND AND SUSPECTS 30-40 LBS OF EXPLOSIVES WAS USED. EOD THINKS THAT THE PACKAGE WAS PLACED ON THE GROUND. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | October |
| Day Occurred | 14 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Other |
| Primary Country | IRAQ |
| Primary RC | USD-C |
| Primary AO | MND-BAGHDAD |
| Primary District | Karkh |
| Primary Province | BAGHDAD |
| was Suicide | FALSE |
| Tracking Number | CDLNO-17393173 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | EXPLOSION IVO BAZAAR BAGHDAD (ZONE 1): 4 NEU KILLED, 1 CF WIA, 21 NEU INJ |
| Association Count | 1 |
| BDA Friendly KIA | 0 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 1 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 4 |

Page 1 of 4

## Ops Report

| | |
|---|---|
| BDA Civilian WIA | 21 |
| BDA Civilian Casualties | 25 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Baghdad |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=DAB46D86-EB7E-40A4-8410-F68870BBFEB6&entity=report |
| Date Occurred Excel UK | 14/10/2004 |
| Date Occurred Excel US | 10/14/2004 |
| Date Posted(Z) | Oct 14 2004 12:55:36 |
| Date Updated(Z) | Oct 15 2004 17:16:00 |
| FOB | Blackhawk |
| Latitude | 33.3088521731 |
| Longitude | 44.4070985541 |
| MGRS | 38SMB4480785684 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | DAB46D86-EB7E-40A4-8410-F68870BBFEB6 |
| Reporting Unit | Not Provided |
| Route | UNKNOWN |

USCENTCOM FOIA 22-0063L - 22-0362L        000202        08/17/2023

## Ops Report

| | |
|---|---|
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| MND-BAGHDAD | Baghdad | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| | | | |

Page 3 of 4

## Ops Report

| Other | | CBA07DF1-CF32-4091-A6C0-3D532FB06C13 | Explosive Hazard | | IED Explosion | |
|---|---|---|---|---|---|---|

| Events1 | | | | | | |
|---|---|---|---|---|---|---|
| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | AF3FC458-C303-4530-8158-F55BB8E9C305 | Explosive Hazard | | | | (More not shown) |

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, ~~Reported By~~

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM FOIA 22-0063L - 22-0362L          000204          08/17/2023

```
*******************************************  **************
***********    CASUALTY REPORT    ***********
*******************************************  **************
```

SUBJ: CASUALTY REPORT

01. INIT

02. HOSTILE

03. DECEASED

04. 291-024

07. CIVILIAN/

08.  (b)(6)

09. PINSONNEAULT/JOHN//

10. WHITE

12. GS

13. UNITED STATES ARMY/CIVILIAN

25. NORTHBRANCH/MN/

27. DYNCORP

28.                                        (b)(6)

36. 20041014/1400//

37. BAGHDAD//IZ

39. US civilian was in the International Zone when a suicide bomber exploded.

40. ENEMY FORCES

61. CIV was 39 years old, DOB unknown. Employee was a U.S. contractor working for DynCorp. DCIPS prepared by (b)(3)130b, (b)(6)

70. DCIPS Forward - Version 2.5 (6) ;          DB - Version 2.1

Supp. Item(s): 11, 24, 26, 30, 31, 32, 33, 34, 38, 45, 47, 48, 57, 58, 59, 60,