# **Exhibit 144**

**From:**

**To:**

(b)(3)130b, (b)(6)

**Subject:** INIT CASUALTY REPORT (FOUO): OROSCO/H/DEA
**Date:** Friday, December 2, 2022 9:00:23 AM
**Attachments:** CasExp.rsf

---

FOR OFFICIAL USE ONLY

```
************************************************************
***********    CASUALTY REPORT    ************
************************************************************
```

(01) Report Type: INIT

(02) Casualty Type: HOSTILE

(03) Casualty Status: DECEASED

(04) Report Number: 343-022

(07) Category: MILITARY/

(08) SSN(New/Old): (b)(6)

(09) Name(Last/First/Middle/Sfx): OROSCO/ADRIAN/NOE/

(10) Race: OTHER

(11) Date/Place of Birth: (b)(6) /CA/

(12) Rank: SPC

(13) Service/Component: UNITED STATES ARMY/REGULAR

(14) Organization/Station: TRP G, 1-11 ACR, 1-10 BCT (3 ID) {WG2DG0}

(15) Duty MOS/AFSC: 11B

(24) Died in Medical Treatment Facility: DIED OUTSIDE A MEDICAL TREATMENT FACILITY

(25) Home of Record: CORCORAN/CA/

(31) Vehicular Involvement: NONE

(35) Duty Status: PRESENT FOR DUTY//

(36) Date/time of Incident: 20051209/1711//

(37) Place of Incident: BAGHDAD//IZ

(39) Circumstances: SM WAS DISMOUNTED IN THE VICINITY OF MB 17573 85053 ON PATROL MANNING AN ENDURING OP LOCATED ON THE HIGHWAY OVERPASS OF CP 41A AT THE INTERSECTIONS OF ROUTE SWORD AND ROUTE MICHIGAN WHEN HE WAS STRUCK BY A VBIED THAT WAS TRAVELING FROM WEST TO EAST ALONG ROUTE MICHIGAN.

(40) Inflicting Force: ENEMY FORCES

(47) Religious Preference: 62-ROMAN CATHOLIC CHURCH

(48) Rcv'd Religious Ministrations: YES

(50) Training Related: YES

(57) Date/Time of Death : 20051209/1711 (Confirmed)

(58) Place of Death: /BAGHDAD//IZ

(59) Cause of Death: POST TRAUMATIC INJURIES

(60) Status of Remains: READY

(61) Additional Remarks: SM WAS WEARING A MICH KEVLAR, IBA WITH TWO SAPI PLATES, DAP, THROAT, GROIN, YOKE AND COLLAR PROTECTOR, BALLISTIC EYEWEAR, AND EAR PROTECTION. SM WAS PRONOUNCED DECEASED BY (b)(3)130b, (b)(6) AND POSITIVELY ID'D BY (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) FROM SOLDIER'S NAMEPLATE ON UNIFORM. DCIPS REPORT PREPARED BY (b)(3)130b, (b)(6) ON 9 DEC 05 @ 2338.

(70) Software Version: DCIPS Forward - Version 3.4 ; DB - Version 2.1

FOR OFFICIAL USE ONLY

Supp. Item(s): 30, 45, 46, 49, 51, 52, 53, 54, 55, 56,