# **Exhibit 145**

# Ops Report



**Wednesday, 26 October 2022**

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Dec 09 2005 17:11:00 |
| is Closed | TRUE |
| Summary | 1711C, -11 REPORTS THAT A PATROL MANNING AN ENDURING TCP LOCATED ON THE HIGHWAY OVERPASS OF CP 41A AT THE INTERSECTIONS OF ROUTE SWORD AND ROUTE MICHIGAN WAS STRUCK BY A VBIED WHICH WAS TRAVELING FROM WEST TO EAST ALONG ROUTE MICHIGAN. (b)(1)1.4g MANNING A SECURITY POSITION ORIENTED TO THE WEST HAS REPORTED (b)(1)1.4g . CURRENTLY ELEMENTS OF BOTH CEXC, EOD AND WIT ARE ON THE SCENE CONDUCTING THE POST BLAST ANALYSIS. CURRENT ASSSESSMENT IS THAT THE VBIED CREATED A 10' TO 6' HOLE WITHIN THE CONCRETE OVERPASS.<br><br>------------------------------<br>WIT REPORT ATTACHED<br>SUMMARY<br>1X (b)(1)1.4g<br>1 X US KIA<br>9 X US WIA<br>2 X CIV INJ |
| Suicide Count | 1 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | December |
| Day Occurred | 9 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary AO | 4/2 SBCT |
| Primary District | Baghdad |
| Primary Province | Baghdad |
| was Suicide | TRUE |
| Tracking Number | 2005-343-190342-0394 |
| Attack On | None Selected |

Page 1 of 6

# Ops Report

| | |
|---|---|
| Unit Activity | Checkpoint Security |
| Title | IED EXPLOSION ATTK ON 1-11 ACR IVO (ZONE 34) (ROUTE SWORD / MICHIGAN): 9 CF WIA 1 CF KIA 2 CIV WIA 1 AIF KIA |
| Association Count | 2 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 9 |
| BDA Friendly Casualties | 10 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 2 |
| BDA Civilian Casualties | 2 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 1 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 1 |
| BDA Enemy Detained | 0 |
| City | Abu Ghurayb |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=1B45748C-A3A5-4EB2-BD04-722445ABAEC5&entity=report |
| Date Occurred Excel UK | 09/12/2005 |
| Date Occurred Excel US | 12/09/2005 |
| Date Posted(Z) | Dec 09 2005 16:10:37 |
| Date Updated(Z) | Dec 09 2005 16:17:26 |
| FOB | ABU GHRAIB |
| Latitude | 33.301422119140625 |
| Longitude | 44.1146240234375 |
| MGRS | 38SMB1757385053 |

## Ops Report

| | |
|---|---|
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | 203 MI BN HQ |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 1B45748C-A3A5-4EB2-BD04-722445ABAEC5 |
| Reporting Unit | MND-B |
| Route | ASR Michigan0 |
| Type Of Unit | Coalition Forces |
| Unit Name | 1-11 ACR |
| Updated By Group | 203 MI BN HQ |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | None Selected |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 4/2 SBCT | Abu Ghurayb | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | (S)WIT10_09DEC2005_1848 | | CENTCOMROAR | Document | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Traffic Control Point | None Selected | Primary | 1B45748C-A3A5-4EB2-BD04-722445ABAEC5 | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Traffic Control Point | None Selected | Primary | 1B45748C-A3A5-4EB2-BD04-722445ABAEC5 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Vehicle-Borne IED (VBIED) | 6DAD63D6-2755-452D-986D-09DA7F75B612 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 4558CD11-0739-4545-94B4-EECE01295AA1 | Explosive Hazard | Anti-Personnel | 1 | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND | MNC-I | 47C2F7B8-8F40-419B-9A34-3E9270307A2E | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT | (More not shown) |

## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | | | | MILITARY OR CIVILIAN CASUALTIES | |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | MNC-I | BBB86CF9-2B13-4CB5-A55C-786E8D13D517 | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

## Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 09 2005 16:10:37 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Type Reported By

15 Empty Tables

Associated Org, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

## Attachments

(None)