# **Exhibit 147**




SFC Monschke, Justin

UNCLASSIFIED



**DEPARTMENT OF THE ARMY**
Headquarters, Special Operations Task Force Central
Baghdad, Iraq
APO AE 09342

REPLY TO
ATTENTION OF:

AOSO-SFC-CO 17 October 2007

MEMORANDUM FOR RECORD

SUBJECT: Informal AR 15-6 Investigation, SFC Monschke

1. I have reviewed all evidence and information associated with the subject informal AR 15-6 investigation, including all documentary and photographic evidence, statements from the personnel directly involved, operational reporting, and the findings of the investigating officer.

2. I concur/nonconcur with the investigating officer's findings and his recommendations are approved/disapproved.

3. I am the POC for this memo at DSN (b)(3)(b)(6) or SVOIP (b)(3)(b)(6)




Approved for Release

UNCLASSIFIED



**DEPARTMENT OF THE ARMY**
Headquarters, Special Operations Task Force Central
APO AE 09342

AOSO-SFC-SN 17 October 2007

MEMORANDUM FOR Commander, Special Operations Task Force Central, APO AE 09342

SUBJECT: Informal Army Regulation (AR) 15-6 Investigation

1. I have conducted and AR 15-6 Investigation into two separate instances involving SFC Justin Monschke. Specifically, I have determined the facts and circumstances surrounding his death on 14 October 2007 during Operation MODEL T, and have also determined the facts and circumstances surrounding a hostile fire engagement that occurred on 1 August 2007 during Operation CHARGER. My investigative findings for both incidents are discussed in this memorandum.

2. The following findings are based on evidence, verbal interviews, and sworn statements taken IAW the 15-6 investigation:

a. **Operation MODEL T.** On 14 October 2007, elements of the Iraqi Special Operations Force (ISOF) Brigade and US Special Forces (USSF) advisors conducted Operation MODEL T. This operation consisted of a helicopter assault to capture/detain a known insurgent operating in the Arab Jabour region of Iraq. After arriving at the target objective location, the assault force (AF), moved by foot to target bldg H11, and entered, and cleared this building. Once the initial target building was cleared, the AF then entered and cleared another building (H6). While sensitive site exploitation was being conducted at the primary and secondary target buildings, the AC-130 gunship reported that three individuals fled from an adjacent building, and two of these men moved in a northeaster direction to a ditch approximately 30-40 meters away. Upon receiving this report, the AF attempted to locate these men and moved northward in pursuit. The assault force arrived to Main Street, and then began moving east towards the location of the two men. Once at the intersection of Eighth Street and Main Street, an improvised explosive device (IED) detonated. Sergeant First Class Justin Monschke was within the blast area of the IED and was thrown approximately 15 meters into a 15-foot deep ditch. The blast caused a (b)(6) (b)(6) When the medic arrived to the ditch, he attempted to provide life-saving measures to SFC Monschke, to no avail. At 0346 local time, the medic noted that SFC Monschke ceased to have a pulse and had died. The assault force then recovered SFC Monschke and another Soldier that had been wounded while the Explosive Ordnance Disposal element cleared a route back to the target building. Once all elements were consolidated and accounted for, the AF moved to the helicopter landing zone and departed the objective area. Sergeant Monschke was transported to mortuary affairs and later to Dover, DE where the medical examiner determined the cause of death to be blast injuries.

Approved for Release

(1) There is no evidence that intentional misconduct or negligence by any US or Coalition Force personnel was a proximate or contributory cause of death in this incident. The team members took all proper steps to mitigate the threat of explosive devices during planning and executing this operation. Each member of the Assault Force was given a safety briefing prior to the mission in accordance with established unit standing operating procedures (SOP). Each member of the Assault Force, to include SFC Monschke, was wearing body armor, a ballistic helmet, and ballistic eyewear at the time of the incident. There is no evidence that any aspect of operational security was compromised by any conventional forces or Iraqi Security Forces personnel prior to the operation.

(2) There was no evidence of any defects in the Personal Protective Equipment (PPE) that would have contributed in any way to injuries sustained by SFC Monschke. Further, all possible efforts to treat SFC Monschke's injuries were made by the Special Forces Medic at the scene.

(3) The IED blast destroyed much of SFC Monshcke's military equipment, to include his Glock 19 pistol (serial number HSU448), Advanced Combat Helmet, and the X200 tactical pistol light. Additionally, several items on his body were unrecoverable/unserviceable and therefore left at mortuary affairs, including his individual body armor vest with plates, various utility pouches, Desert Combat Uniform (DCU) coat and trousers, boots, belt, and Suunto watch.

(4) It is uncertain which type of IED was used and how it was initiated/detonated. However, based on fragmentation the projectile appears to have been 130-152 millimeters in size. Similarly, the absence of a pressure plate from blast seat indicates that is was likely either a command wire (CW) or Remote Controlled (RC) device.

b. **Operation CHARGER.** On 1 August 2007, elements of the ISOF and USSF conducted Operation CHARGER, the purpose of which was to capture a High Value Individual who was a known insurgent operating in Balad, Iraq. During foot movement to the target area, Sergeant Monschke was at the lead/point position as the Squad Automatic Weapon (SAW) gunner. Enroute to the target, the AF received small arms fire from a four-man security element armed with AK-47 assault rifles. Sergeant Monschke and other AF members immediately returned fire, killing three enemy combatants and wounding the fourth. As the AF was approaching the target building with Sergeant Monschke in the lead, two armed hostile individuals emerged from the building and were moving towards the AF, attempting to engage it. In response to this threat, SFC Monschke returned fire and killed these two enemy combatants. After this building was cleared, SFC Monschke led the assault force into the next building and positioned himself at the breach point of the first floor to cover the enemy's most likely avenue of approach. The assault force then received notification that a vehicle was approaching the target objective at a high rate of speed. The vehicle maneuvered towards the target building and stopped 15 meters from the assault force. Two armed enemy combatants immediately exited the vehicle and attempted to engage several assaulters who were outside of the target building. SFC Monschke employed his SAW and killed the two combatants attempting to engage the assault force. Sergeant Monschke then immediately transitioned his weapon to the other enemy combatant in the vehicle who was attempting to engage the assault force and accurately destroyed his intended target. Fewer than five minutes had elapsed



Approved for Release

AOSO-SFC-SN
SUBJECT: Informal Army Regulation (AR) 15-6 Investigation

when the AF received a report that a second vehicle was speeding towards the assault force's location. As the vehicle approached the target location, the assaulters outside the target building identified four passengers with weapons. In response to this threat, SFC Monschke and the outside security element fired at the vehicle, killing the four occupants in the vehicle and stopping the vehicle just five meters from the target building.

3. **RECOMMENDATIONS.** With respect to Operation MODEL T, I recommend that no action be taken against any US personnel involved with this incident. The placement of IEDs in and along footpaths/roads is the most common and deadly tactic used by enemy forces throughout the Arab Jabour region of Iraq. Additionally, all command decisions made on this day were consistent with established unit Standing Operating Procedures. This incident does further illustrate the continuing importance of conducting detailed route studies prior to all movement to mitigate the chance of IED strikes along footpaths/roads in rural areas. Further, I recommend no adverse action be taken with respect to Operation CHARGER. Sergeant MONSCHKE and his fellow USSF team members performed valiantly under hostile fire and took all appropriate and necessary actions to defend themselves and their assault force against positively identified hostile threats.

4. I am the POC for this memorandum at (b)(3)(b)(6)




20 Encls
1. Appointment orders
2. Additional Appointment orders
3. HIR B23-018 dated 14 Oct 07
4. Death Certificate
5. CONOP B23-191 Operation MODEL T
6. OPSUM, MODEL T
7. Ground Overlay Sketch (GOS) Operation MODEL T
8. Grid Reference Guide (GRG) Operation MODEL T
9. Storyboard Operation MODEL T
10. Destroyed Property memorandum
11. EOD Post Blast report
12. SF 600, SFC Monschke
13. DA Form 2823,
14. DA Form 2823,
15. DA Form 2823,
16. DA Form 2823,
17. DA Form 2823, (b)(3)(b)(6)
18. DA Form 2823,
19. DA Form 2823,
20. DA Form 2823,

Approved for Release