# **Exhibit 148**

# Ops Report



**Wednesday, 26 October 2022**

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Oct 14 2007 00:50:00 |
| Date Occurred(Z) | Jan 01 1900 00:00:00 |
| is Closed | TRUE |
| Summary | MND-B SIGACT 2 (140144)\n(CCIR 1)\n\nMND-B EVENT 20 (140138)\n\nUNIT: 4/1 ID \n \nIED TYPE: UNKNOWN\n\nKIA: 1 X US KIA\n\nWIA (W/BR#): 3 X US WIA: (b)(6) (b)(6) \n\nEQUIPMENT BDA: (b)(1)1.4g \n\nENEMY BDA: NONE\n\nENEMY DETAINED: NONE\n\nSECT: UNKNOWN\n\nCREW SYSTEM: (b)(1)1.4g \n\nOTHER IED DEFEAT EQUIP: (b)(1)1.4g \n\n (b)(1)1.4g \n\nCOMP. OF PATROL: (b)(1)1.4g (b)(1)1.4g \n\nWHO: 46/A/2-12IN\n\nWHAT: IED\n\nWHEN: 140050OCT07\n\nWHERE: 38SMB 43530 79198 (b)(1)1.4g \n\nINITIAL REPORT:\n0050: 46/A/2-12IN WAS ON PATROL WHEN THEIR (b)(1)1.4g VEHICLE WAS STRUCK WITH AN IED ON ITS (b)(1)1.4g AT THE INTERSECTION OF 18TH AND 35TH STREET IN (b)(1)1.4g AT MB 43530 79198. THE IED STRUCK THE (b)(1)1.4g VEHICLE RESULTING IN 3X US WIA. BR# (b)(6) RECEIVED SHRAPNEL WOUNDS TO LEFT LEG ABOVE THE KNEE, ONE SOLDIER RECEIVED SHRAPNEL WOUNDS TO THE UPPER PART OF BOTH LEGS AND MIDSECTION, AND BR# (b)(6) RECEIVED SCHRAPNEL TO HIS RIGHT ARM AND A FRACTURED RIGHT LEG. THEY ARE IRT CSH NOW WITH THE CASUALTIES AND REQUEST CCA AND WRECKER SUPPORT. \n\n0055: CCA IS ON STATION \n\n0115: EOD NOTIFIED FOR POST BLAST ANALYSIS\n0116: WRECKER ASSETS SP FOB FALCON\n\n0119: 16/A/2-12IN ARRIVES AT CSH. \n\n0145: CSH REPORTED THAT 1 SM KIA IN ROUTE TO THE CSH. (b)(6) ARE STABLE. BR# (b)(6) RECEIVED SCHRAPNEL TO LEFT SIDE OF GROIN, BR (b)(6) RECEIVED SCHRAPNEL TO LOWER RIGHT LEG WHICH IS FRACTURED AND SHRAPNEL TO HIS RIGHT FOREARM. \n\n0235: EOD INITIAL REPORTS ARE THAT THE IED WAS PRESSURE PLATE 20X LBS BULK UNKNOWN EXPLOSIVES.\n0242: CCA HAS BROKE STATION AND WILL NOT BE RETURNING.\n0243: UAV IS BREAKING STATION\n0300: EOD AND WRECKER ASSETS RP FOB FALCON\n\n0420: CSH REPORTED A THIRD US WIA BR (b)(6) WHO RECEIVED CONTUSIONS AND ABRASIONS TO BOTH LEGS. \n\n0445: EOD FINAL ANALYSIS OF IED IS 1X PRESSURE WIRE WITH UNKNOWN BULK EXPLOSIVES AND 1X 155MM ROUND. CRATER SIZE WAS 4FT X 4FT.\n\nSUMMARY:\n\n1 X IED STRIKE\n1 X US KIA \n3 X US WIA (NSI)\n1 X DMG (1X 1151 DMG)\n\n\n//CLOSED// |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | October |
| Day Occurred | 14 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |

## Ops Report

| Field | Value |
|---|---|
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-BAGHDAD |
| Primary AO | 30 HBCT |
| Primary District | Baghdad |
| Primary Province | Baghdad |
| was Suicide | FALSE |
| Tracking Number | 20071014005038SMB4353079198 |
| Attack On | |
| Battlespace Lead | Coalition |
| Unit Activity | Mounted Patrol |
| Title | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (IED) A/2-12IN : 1 CF KIA 3 CF WIA |
| Association Count | 4 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 3 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| Call Sign | |
| City | BAGHDAD |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |

# Ops Report

| Field | Value |
|---|---|
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=9B9255D7-99E4-361D-4869B011A07A3589&entity=report |
| Date Occurred Excel UK | 14/10/2007 |
| Date Occurred Excel US | 10/14/2007 |
| Date Posted(Z) | Oct 14 2007 01:53:19 |
| Date Updated(Z) | Nov 02 2007 12:24:00 |
| FOB | FALCON |
| Incident Reported By | |
| Latitude | 33.25028610229492 |
| Longitude | 44.3937873840332 |
| MGRS | 38SMB4353079198 |
| MOA Count | 1 |
| Originating Network | |
| Originating Site | |
| Originating System | Not Provided |
| Originator Group | MND-BAGHDAD G3 OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | MND-BAGHDAD |
| Precedence | Flash |
| Report Key | 9B9255D7-99E4-361D-4869B011A07A3589 |
| Reporting Unit | MND-BAGHDAD G3 OPS LNO |
| Route | |
| Type Of Unit | CF |
| Unit Name | A/2-12IN |
| Updated By Group | DATA Management |
| Updated By Name | (b)(6) |
| Updated By Unit | CJTF TROY |
| Vehicle Convoy Count | (b)(1)1.4g |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM | 0 |

# Ops Report

| | |
|---|---|
| To Vehicle Struck | |
| Vehicle Other Counter Measures | (b)(1)1.4g |
| Vehicle Summary | CREW SYSTEM: (b)(1)1.4g (b)(1)1.4g \nCOMP. OF PATROL: (b)(1)1.4g VEHICLES |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

## SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 30 HBCT | BAGHDAD | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

## CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~REL TO USA, FVEY~~ | 14 0050C OCT 07 IED ATTK ON 2-12 INFANTRY IN EAST RASHID | | CENTCOMROAR | Document | (More not shown) |

## Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 9B9255D7-99E4-361D-4869B011A07A3589 | | | (b)(1)1.4g | | | (More not shown) |

## Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |

## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Coalition | | Patrol | UNITED STATES | Primary | 9B9255D7-99E4-361D-4869B011A07A3589 | (More not shown) (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category | |
|---|---|---|---|---|
| Improvised Explosive Device (IED) | 7FC56552-0BE9-40F2-A8FD-A2C7B7BFB50F | Explosive Hazard | IED Explosion | |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | DB5B376F-FF6A-4969-BC75-36B0B55E2E96 | Explosive Hazard | | 0 | 0 | (More not shown) (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| TRUE | | MND-BAGHDAD G3 OPS LNO | 9B9D351A-0CED-1DB9-49FB2AB057703A5D | 0 | FFIR6 -ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) (More not shown) |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) (More not shown) |
| TRUE | Unknown | Unknown | | FALSE | FALSE | (More not shown) (More not shown) |
| TRUE | Unknown | Unknown | | FALSE | FALSE | (More not shown) (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Feb 04 2008 09:00:00 | (More not shown) (More not shown) |

## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | SECRET | NONE | Jul 09 2009 11:30:44 | (More not shown) (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | SECRET | NONE | Oct 14 2007 05:34:23 | (More not shown) (More not shown) |

4 Empty Attributes
ISAF Tracking Number, Originating Nation, Reintegratees Count, Tip Reported By
13 Empty Tables
Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

Approved for Release