# **Exhibit 150**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jan 20 2007 14:58:00 |
| is Closed | TRUE |
| Summary | //Updated summary. C3 Air SAFIRE Mgr.//<br>EASY 40/71 (1-131 AVN) was flying in a tactical spread with 40 in the rear to 71's 8 O'clock position. Crew Chief on left side of A/C saw a flash on the ground ~ .26 NM (500m) to the A/C's rear and CMWS dispensed flares. No smoke trail was observed. EZ 40 reported that they had been hit. EZ 71 turned to conduct visual of EZ 40. EZ71 observed flames coming from transmission with trail of black smoke from the A/C. The A/C had controllability issues before hitting the ground. The A/C hit the ground, bounced up, was hit with a possible RPG and seemed to lose control and impacted hard. EASY 71 also performed evasive maneuvers and witnessed the crash. They did not see a smoke trail, but were being engaged by the enemy. (EASY 56/62) was following on a different mission arrived on scene and began engaging a white P/U w/ a mounted MG. The truck and AIF on the truck were KIA.<br><br>1-131 S2 ASSESSMENT: Assessed that a S5 rocket launched from an SA launcher was the first projectile to hit the A/C. After the A/C impacted the first time it was then hit w/ an RPG.<br><br>TFM S2 ASSESSMENT:  Investigation is still ongoing.<br><br>Incident timeline:<br>1458: ACB REPORTS EASY 70/40 (b)(1)1.4g (36CAB) FALLEN ANGEL VIC 6795 0025<br><br>1459: G3 AIR REP SAME TO BTL MAJ<br><br>1459: CHOPS VOIP TO CORPS FOR CROSS BOUNDARY COORD ISO ATK RECON TEAM.<br><br>1459 MND-B DRRF AT REDCON 1 (3/C/1-23/3/2ID)<br><br>1500: 3/1CD ART HAS 10 MIN STATION TIME REMAINING (1510)<br><br>1500: 3/1CD QRF ETA 40 MIN (1540)<br><br>MND-B ALO - A-10 ON STATION<br><br>3/1CD QRF<br>C/S: CHARGER, FREQ: 395<br><br>2-2 QRF 10 MIN OUT (1508)<br>C/S: HOOLIGAN12<br>FREQ: 972 CHAN 6<br><br>1510: MND-N UAV MOVING TO SITE<br><br>1510: MND-B ATK RECON TM ON SITE: REPORTS A/C IS ON FIRE, POSS SHOT DOWN |

Page 1 of 9

## Ops Report

1515: ACB ENGAGES ENEMY VEH IN VIC OF CRASH SITE MC 6790 0042 (CHILD)

1524: LNO REPORTS MND-B HAS CONTROL OF CRASH SITE FOR 5 HOURS

1529: ADC(M) AUTH DRFF LAUNCH
A/C: SPEARHEAD 06/23
C/S: WARRIOR DRRF
FREQ: 800 CHAN 3

1531: 2-2 QRF STILL ENROUTE, TERRAIN LIMITING MOVEMENT.

UAV MND-N SHADOW ON STATION

1540: MND-B BTL MAJUNIVERSAL FREQ: UHF 340.125

1/185 FBCB2 ROLE OF DOWN A/C

1507: ROZ ESTABLISHED

1550: REQ TO 36CAB TO TURN OFF MORE A/C

1548: QRF ON SITE (8 VEH 26 PAX)

1556: CH 12/06 ON SITE.

1557: 2-2 REPORTS 360 SECURITY. HOOLIGAN 1-1 (1/E/1-125IN) GROUND COMMANDER. WILL DETERMINE COMMITMENT OF DRRF CHALK 3/4

1600: 1ST LIFT OF DRRF ESTABLISHED AT SITE, ORBITING WAITING FOR ICE CALL FROM APACHES.

2-2 WILLI PUSH 2NDXPLT OF QRF TO SITE.

1615: 3/4 CHALK OF DRRF AT RC2 WITH 2ND UH TEAM
1610: REPORTED NO SURVIVORS, 1 SET OF REMAINS IN SITE, 1 DUFFLE BAG

1635: CH ENGAGES W/ 2 HELLFIRE

1648: 2-2 REPORTS FIRE RESTART ON A/C.

1700: 10 REMAINS FOUND.

1715: HOOLIGAN REPORTS 1 EXPENDED SA 7 MISSILE AND 1 NONEXPENDED SA7 MISSILE FOUND.

1716: 1/E/1-125IN REPORTS THEY HAVE FOUND A BOX FOR AN SA-7 MISSILE, WHICH THEY BELIEVE MAY BE WHAT WAS FIRED AT DOWNED (b)(1)1.4g BOX FOUND IN BUILDING DESTROYED BY ROTARY WING

1719: 1/E/1-125IN REPORTS THEY HAVE RECOVERED 1 LIVE SA-7

1723: 2BCT, 2ID REPORTS THAT DOWNED (b)(1)1.4g BELONGED TO 1/31 AVN NATIONAL GUARD OUT OF BALAD.

1827: 3-61 WILL PROVIDE SECURITY FOR BIRD UNTIL TOMORROW MORNING AND 2-2

## Ops Report

REQUESTED BODY EXTRACTION

0151: BOOTS ON GROUND GUARDING CRASH SITE IS :
75 PAX
32 VEH

0214: CH-47D TOUCH DOWN TO RECOVER REMAINS OF FALLEN ANGELS.

0336: 2 X CH-47 DEPARTS CRASH SITE WITH ALL OF THE FALLEN ANGELS.

0336: 2 X (b)(1)1.4g DEPART WITH DRRF PERSONNEL

0653: A TRP CDR 3-61 REPORTS THAT THE HQ ELEMENT HAS FOUND A COMMAND WIRE LEADING TO THE WEST. CURRENTLY TRACING WIRE BACK TO LOCATION.

0736: A TRP CDR 3-61 REQUEST INFO ON WHETHER EOD CAN COME BACK TO THEIR LOCATION OR IF THEY WILL NEED TO DO A BATTLE HANDOFF WITH 1-12 CAV WHO IS ENROUTE TO RELIEVE THEM.

0751: CDR/A REPORT THAT THEY FOUND 1x AIF AT GRID
MC 68263 011142  HIDING IN A DITCH. AIF HAS WOUNDS TO HIS BACK 2/A TREATING AND WILL CONDUCT X-PRAY TEST.

0821: A TRP CDR REPORTS DETAINEE TESTS POSITIVE FOR CLASS C EXPLOSIVES.

0824: 2/A WILL RTB TO FOB RUSTAMIYAH WITH WOUNDED DETAINEE FOR TREATMENT, DETAINEE SUSTAINED 8-15 SHRAPNEL WOUNDS TO HIS BACK.

0945: CDR/A REPORTS FOUND AIF CELL PHONE.

1003: 2/A RP WITH WOUNDED DETAINE.


SUMMARY:

(b)(1)1.4g
12 X KIA
(b)(1)1.4g
1 X SA-7 SHIPPING CASE
UNK AMT OF RPG PARTS
UNK AMT OF C-4
1 X RPG W/LAUNCHER
2 X PKC
1 X AIF DETAINEE
1 X AIF KIA
1 X AIF AID BAG
1 X .50 CAL MACHINE GUN
UNK AMT OF .50 CAL AMMO
1 X ANTI AIRCRAFT GUN (DESTROYED ON SITE WITH THERMITE GRENADE)

CLOSED

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive | FALSE |

## Ops Report

| | |
|---|---|
| Hazard | |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | January |
| Day Occurred | 20 |
| Event Type | Enemy Action |
| Event Category | SAFIRE |
| Event MOA | Small Arms |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | TF-N |
| Primary AO | 3/2 SBCT |
| Primary District | Diyala |
| Primary Province | Diyala |
| was Suicide | FALSE |
| Tracking Number | 20070120145838SMC6688600015 |
| Attack On | Coalition |
| Unit Activity | Other |
| Title | SAFIRE ON C/1-131 (EASY 40, (b)(1)1.4g : 12 CF KIA 1 AIF KIA 1 AIF DET |
| Association Count | 2 |
| BDA Friendly KIA | 12 |
| BDA Friendly WIA | 0 |
| BDA Friendly Casualties | 12 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |

## Ops Report

| Field | Value |
|---|---|
| BDA Enemy KIA | 1 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 1 |
| BDA Enemy Detained | 1 |
| City | Baghdad |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=3FC63644-1143-D62E-D1BA59E83C3A1590&entity=report |
| Date Occurred Excel UK | 20/01/2007 |
| Date Occurred Excel US | 01/20/2007 |
| Date Posted(Z) | Jan 20 2007 13:49:42 |
| Date Updated(Z) | Jan 22 2007 04:33:00 |
| FOB | HOPE |
| Latitude | 33.43901824951172 |
| Longitude | 44.64374542236328 |
| MGRS | 38SMC6688600015 |
| MOA Count | 2 |
| Originating System | Not Provided |
| Originator Group | MND-B OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | 3FC63644-1143-D62E-D1BA59E83C3A1590 |
| Reporting Unit | MND-B LNO (b)(6) |
| Route | |
| Type Of Unit | Coalition Forces |
| Unit Name | C/1-131 (Easy 40, (b)(1)1.4g |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |

*Approved for Release*

## Ops Report

| | |
|---|---|
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | TRUE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 3/2 SBCT | Baghdad | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 3FC63644-1143-D62E-D1BA59E83C3A1590 | None Selected | None Selected | Other | 0 | Destroyed | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | None Selected | UNITED STATES | Primary | 3FC63644-1143- | (More not shown) |

## Ops Report

| | | | | D62E-D1BA59E83C3A1590 |
|---|---|---|---|---|

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| RPG | 3ACAD7DB-BE00-434A-B3AE-A34C6BEE540E | Enemy Action | SAFIRE |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| SAFIRE | CB436044-C96F-4DF5-883D-933241806C71 | Enemy Action | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | *THIS REQUIREMENT APPLIES TO ALL AIRCRAFT IN THEATER, REGARDLESS OF WHETHER OR NOT THEY ARE FROM MNC-I FORCES.\r\n* DOES NOT INCLUDE MICRO SCALE UAV's (i.e. | MND-B OPS LNO | 3FC95027-1143-D62E-D1ADCF405A263775 | 0 | 13 - DAMAGE OR DOWNING OF AIRCRAFT. | (More not shown) |
| TRUE | *INCLUDES BOTH POSITIVE AND NEGATIVE POLITICAL, MILITARY, ECONOMIC, AND INFRASTRUCTURE EVENTS OR STATEMENTS. INCLUDES EVENTS LIKELY TO GENERATE INTERNATIONAL REACTION OR MEDIA COVERAGE OF STABILITY OR IRAQI PROGRESS TOWARD DEMOCRACY. INCLUDES ATTACKS ON RELIGIOUS SITES. INCLUDES DEMONSTRATION | MND-B OPS LNO | 3FC9644B-1143-D62E-D15124DAFCDE00FD | 0 | 5 - EVENTS THAT MAY ELICIT POLITICAL, MEDIA, OR INTERNATIONAL REACTION. | (More not shown) |

Ops Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | S OF MORE THAN (1000) PEOPLE. INCLUDES OTHER STATE OR NON-STATE SUPPORT FOR OR PARTNERSHIPS WITH INSURGENT GROUPS. \r\n*NEGATIVE EXAMPLE:  010001 JAN 05, M-1 TANK COLLIDES WITH VAN, 2 IRAQI DEAD, 4 INJURED. \r\n*POSITIVE EXAMPLE:  011200 JAN 05, GRAND AYATOLLAH SISTANI CALLS FOR ALL IRAQIS TO VOTE IN THE ELECTION. | | | | | | |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA.  \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF.  INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE:  010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | MNC-I SIGACTSMGR | 413C8649-EF8B-1456-5457AB536A6E1636 | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) | (More not shown) |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) | (More not shown) |
|---|---|---|---|---|---|---|---|
| | | | | | | (More not shown) | |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) | |

## Ops Report

| Association | | | | | | |
|---|---|---|---|---|---|---|
| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 07 2008 08:15:10 | (More not shown) (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, 14 Empty Tables

Associated Org, CIDNE Media, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships
(None)

## Attachments
(None)

Approved for Release (watermark)

From:
To:         (b)(3)130b, (b)(6)
Cc:
Subject:    ~~(FOUO)~~ CASUALTY REPORT <Gabbard, Marilyn, Lea> (UNCLASSIFIED)
Date:       Friday, April 6, 2007 11:26:15 PM

**Classification: UNCLASSIFIED**
**Caveats:** ~~FOUO~~

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 096-044-07

Multi Casualty Code: 1/21/07

Personnel Type: Guard

Personnel Affiliation: Active Duty

Personnel Category: Recalled/Mobilized

SSN: (b)(6)

Last Name: Gabbard

First Name: Marilyn

Middle Name: Lea

Birth Date: (b)(6)

Military Rank: Sergeant Major

Service: United States Army

Military Unit of Assignment: MNC-I, RCD

Military UIC: W8A0YE

Duty Status: Present For Duty

Date/time of Incident: 20070120 14:45:00

Incident City: Baghdad

Incident Country: Iraq

Circumstances: Aircraft [(b)(1)1.4g] w s enroute from Taji to Liberty Pad. Circumstances concerning the downed aircraft are pending investigation.

Inflicting Force: Enemy Forces

Place of Death City: Baghdad

Place of Death Country:

Remarks: A. SUPP to Casualty type, category, inflicting force and remarks. Based on final results of 15-6 investigation the incident ha     ared Hostile caused by enemy forces.    e P   .or  i   eport [(b)(3)130b, (b)(6)] QAd by [(b)(3)130b, (b)(6)]   B. T e administrative data in this report ha    een verified by using official CAC resources.

DCIPS prepared by [(b)(3)130b, (b)(6)], MNC-I CJ1 Casualty Ops, [(b)(6)] on 7 Apr 07 @ 0545.

~~FOR OFFICIAL USE ONLY~~

Classification: UNCLASSIFIED
Caveats: ~~FOUO~~