# Exhibit 151

**FILED UNDER SEAL**