# **Exhibit 152**

UNCLASSIFIED

CSM Marilyn Gabbard

UNCLASSIFIED



**HEADQUARTERS**
**MULTI-NATIONAL CORPS - IRAQ**
**BAGHDAD, IRAQ**
**APO AE 09342**

REPLY TO
ATTENTION OF

FICI-JA-AL

MAR 1 8 2007

MEMORANDUM FOR RECORD

SUBJECT: Approval of AR 15-6 Collateral Investigation of UH-60 incident on 20 JAN 07

1. Recommendation 2c is modified for clarity as only a recommendation to be considered and studied rather than a directive; and with this modification, all other Findings and Recommendations are approved.

2. Point of contact for this memorandum i[     (b)(3), (b)(6)     ]
DSN[ (b)(3), (b)(6) ]. or at ema[  (b)(3), (b)(6)  ]

[                  (b)(3), (b)(6)                  ]

RAYMOND T. ODIERNO
Lieutenant General, USA
Commanding

*12*
*US*
*soldiers*
*Black Hawk*
*down*
*Jan 2007*

UNCLASSIFIED



AR 15-6 INVESTIGATION
Aviation Accident- Crashed UH
36th CAB
20 Jan 07

UNCLASSIFIED

# TAB

UNCLASSIFIED

## REPORT OF PROCEEDINGS BY INVESTIGATING OFFICER/BOARD OF OFFICERS
For use of this form, see AR 15-6; the proponent agency is OTJAG.

*IF MORE SPACE IS REQUIRED IN FILLING OUT ANY PORTION OF THIS FORM, ATTACH ADDITIONAL SHEETS*

### SECTION I - APPOINTMENT

Appointed by  **MNC-I Commanding General: Lt. Gen. Raymond Odierno**
*(Appointing authority)*

on    **21 JAN 07**    *(Attach inclosure 1: Letter of appointment or summary of oral appointment data.) (See para 3-15, AR 15-6.)*
*(Date)*

### SECTION II - SESSIONS

The  *(investigation)* ~~(board)~~  commenced at  **BLDG # 4022 Balad, Iraq**                    at         **1400hrs**
*(Place)*                                          *(Time)*

on    **21 JAN 07**    *(If a formal board met for more than one session, check here* ☐ *. Indicate in an inclosure the time each session began and*
*(Date)*
ended, the place, persons present and absent, and explanation of absence, if any.)  The following persons *(members, respondents, counsel)* were
present:  *(After each name, indicate capacity, e.g., President, Recorder, Member, Legal Advisor.)*

The following persons *(members, respondents, counsel)* were absent:  *(Include brief explanation of each absence.) (See paras 5-2 and 5-8a, AR 15-6.)*

The  *(investigating officer)* ~~(board)~~  finished gathering/hearing evidence at      **1600Hrs**         on       **3 FEB 07**
*(Time)*                                *(Date)*

and completed findings and recommendations at              **1600Hrs**            on               **3 FEB 07**
*(Time)*                                    *(Date)*

### SECTION III - CHECKLIST FOR PROCEEDINGS

| A. COMPLETE IN ALL CASES | YES | NO1 | NA2 |
|---|---|---|---|
| 1  Inclosures  *(para 3-15, AR 15-6)* <br> Are the following inclosed and numbered consecutively with Roman numerals:  *(Attached in order listed)* | | | |
| a. The letter of appointment or a summary of oral appointment data? | ☒ | ☐ | ☐ |
| b. Copy of notice to respondent, if any? *(See item 9, below)* | ☒ | ☐ | ☐ |
| c. Other correspondence with respondent or counsel, if any? | ☒ | ☐ | ☐ |
| d. All other written communications to or from the appointing authority? | ☒ | ☐ | ☐ |
| e. Privacy Act Statements *(Certificate, if statement provided orally)?* | ☒ | ☐ | ☐ |
| f.  Explanation by the investigating officer or board of any unusual delays, difficulties, irregularities, or other problems encountered  *(e.g., absence of material witnesses)?* | ☐ | ☐ | ☒ |
| g. Information as to sessions of a formal board not included on page 1 of this report? | ☐ | ☐ | ☒ |
| h. Any other significant papers *(other than evidence)* relating to administrative aspects of the investigation or board? | ☒ | ☐ | ☐ |

FOOTNOTES: 1/ Explain all negative answers on an attached sheet.
2/ Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.

**DA FORM 1574, MAR 1983**          EDITION OF NOV 77 IS OBSOLETE.          *Page 1 of 4 pages*          APD PE v1.20

UNCLASSIFIED

| 2 | Exhibits *(para 3-16, AR 15-6)* | YES | NO[1] | NA[2] |
|---|---|---|---|---|
| | a. Are all items offered *(whether or not received)* or considered as evidence individually numbered or lettered as exhibits and attached to this report? | ☒ | ☐ | ☐ |
| | b. Is an index of all exhibits offered to or considered by investigating officer or board attached before the first exhibit? | ☒ | ☐ | ☐ |
| | c. Has the testimony/statement of each witness been recorded verbatim or been reduced to written form and attached as an exhibit? | ☒ | ☐ | ☐ |
| | d. Are copies, descriptions, or depictions *(if substituted for real or documentary evidence)* properly authenticated and is the location of the original evidence indicated? | ☒ | ☐ | ☐ |
| | e. Are descriptions or diagrams included of locations visited by the investigating officer or board *(para 3-6b, AR 15-6)?* | ☒ | ☐ | ☐ |
| | f. Is each written stipulation attached as an exhibit and is each oral stipulation either reduced to writing and made an exhibit or recorded in a verbatim record? | ☒ | ☐ | ☐ |
| | g. If official notice of any matter was taken over the objection of a respondent or counsel, is a statement of the matter of which official notice was taken attached as an exhibit *(para 3-16d, AR 15-6)?* | ☐ | ☐ | ☒ |
| 3 | Was a quorum present when the board voted on findings and recommendations *(paras 4-1 and 5-2b, AR 15-6)?* | ☐ | ☐ | ☒ |
| **B. COMPLETE ONLY FOR FORMAL BOARD PROCEEDINGS** *(Chapter 5, AR 15-6)* | | | | |
| 4 | At the initial session, did the recorder read, or determine that all participants had read, the letter of appointment *(para 5-3b, AR 15-6)?* | | | ☒ |
| 5 | Was a quorum present at every session of the board *(para 5-2b, AR 15-6)?* | | | ☒ |
| 6 | Was each absence of any member properly excused *(para 5-2a, AR 15-6)?* | | | ☒ |
| 7 | Were members, witnesses, reporter, and interpreter sworn, if required *(para 3-1, AR 15-6)?* | | | ☒ |
| 8 | If any members who voted on findings or recommendations were not present when the board received some evidence, does the inclosure describe how they familiarized themselves with that evidence *(para 5-2d, AR 15-6)?* | | | ☒ |
| **C. COMPLETE ONLY IF RESPONDENT WAS DESIGNATED** *(Section II, Chapter 5, AR 15-6)* | | | | |
| 9 | Notice to respondents *(para 5-5, AR 15-6):* | | | |
| | a. Is the method and date of delivery to the respondent indicated on each letter of notification? | | | |
| | b. Was the date of delivery at least five working days prior to the first session of the board? | | | |
| | c. Does each letter of notification indicate — | | | |
| | (1) the date, hour, and place of the first session of the board concerning that respondent? | | | |
| | (2) the matter to be investigated, including specific allegations against the respondent, if any? | | | |
| | (3) the respondent's rights with regard to counsel? | | | |
| | (4) the name and address of each witness expected to be called by the recorder? | | | |
| | (5) the respondent's rights to be present, present evidence, and call witnesses? | | | |
| | d. Was the respondent provided a copy of all unclassified documents in the case file? | | | |
| | e. If there were relevant classified materials, were the respondent and his counsel given access and an opportunity to examine them? | | | ☒ |
| 10 | If any respondent was designated after the proceedings began *(or otherwise was absent during part of the proceedings):* | | | |
| | a. Was he properly notified *(para 5-5, AR 15-6)?* | | | ☒ |
| | b. Was record of proceedings and evidence received in his absence made available for examination by him and his counsel *(para 5-4c, AR 15-6)?* | | | ☒ |
| 11 | Counsel *(para 5-6, AR 15-6):* | | | |
| | a. Was each respondent represented by counsel? | | ☒ | |
| | Name and business address of counsel: | | | |
| | *(If counsel is a lawyer, check here ☐ )* | | | |
| | b. Was respondent's counsel present at all open sessions of the board relating to that respondent? | | | ☒ |
| | c. If military counsel was requested but not made available, is a copy *(or, if oral, a summary)* of the request and the action taken on it included in the report *(para 5-6b, AR 15-6)?* | ☐ | ☐ | ☒ |
| 12 | If the respondent challenged the legal advisor or any voting member for lack of impartiality *(para 5-7, AR 15-6):* | | | |
| | a. Was the challenge properly denied and by the appropriate officer? | | | ☒ |
| | b. Did each member successfully challenged cease to participate in the proceedings? | | | ☒ |
| 13 | Was the respondent given an opportunity to *(para 5-8a, AR 15-6):* | | | |
| | a. Be present with his counsel at all open sessions of the board which deal with any matter which concerns that respondent? | | | ☒ |
| | b. Examine and object to the introduction of real and documentary evidence, including written statements? | | | ☒ |
| | c. Object to the testimony of witnesses and cross-examine witnesses other than his own? | | | ☒ |
| | d. Call witnesses and otherwise introduce evidence? | | | ☒ |
| | e. Testify as a witness? | | | ☒ |
| | f. Make or have his counsel make a final statement or argument *(para 5-9, AR 15-6)?* | | | ☒ |
| 14 | If requested, did the recorder assist the respondent in obtaining evidence in possession of the Government and in arranging for the presence of witnesses *(para 5-8b, AR 15-6)?* | ☐ | ☐ | ☒ |
| 15 | Are all of the respondent's requests and objections which were denied indicated in the report of proceedings or in an inclosure or exhibit to it *(para 5-11, AR 15-6)?* | ☐ | ☐ | ☒ |

FOOTNOTES: 1/ Explain all negative answers on an attached sheet.
2/ Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.

Page 2 of 4 pages, DA Form 1574, Mar 1983                                                        APD PE v1.20

UNCLASSIFIED

**SECTION IV - FINDINGS**    *(para 3-10, AR 15-6)*

The  *(investigating officer)* *(board)* , having carefully considered the evidence, finds:

Please see the attached for Findings.

**SECTION V - RECOMMENDATIONS**    *(para 3-11, AR 15-6)*

In view of the above findings, the *(investigating officer)* *(board)*  recommends:

Please see the attached for Recommendations

UNCLASSIFIED

**SECTION VI - AUTHENTICATION**  *(para 3-17, AR 15-6)*

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

(See attached Memorandum for signatures)

| | |
|---|---|
| _____ | (b)(3), (b)(6) |
| (Recorder) | (Investigating Officer) (President) |
| _____ | (b)(3), (b)(6) |
| (Member) | (Member) |
| _____ | _____ |
| (Member) | (Member) |

**SECTION VII - MINORITY REPORT**  *(para 3-13, AR 15-6)*

To the extent indicated in Inclosure _____ , the undersigned do(es) not concur in the findings and recommendations of the board.

*(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

| | |
|---|---|
| _____ | _____ |
| (Member) | (Member) |

**SECTION VIII - ACTION BY APPOINTING AUTHORITY**  *(para 2-3, AR 15-6)*

e findings and recommendations of the *(investigating officer)* *(board)* are *(approved)* *(disapproved)* (approved with following exceptions/substitutions). *(If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

(b)(6)

RAYMOND T. ODIERNO
Lieutenant General, US Army
Commanding

UNCLASSIFIED



UNCLASSIFIED

# TAB

Page 84 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
(b)(5)

UNCLASSIFIED

UNCLASSIFIED

# TAB

    UNCLASSIFIED

UNCLASSIFIED

# ~~SECRET~~

# 15-6 Investigation
# 21 January 2007



| (b)(3), (b)(6) |
| --- |

## Lead Investigating Officer

| (b)(3), (b)(6) |
| --- |

# ~~SECRET~~

UNCLASSIFIED

~~SECRET~~



**DEPARTMENT OF THE ARMY**
B Company, 615TH Aviation Support Battalion
Air Cavalry Brigade, 1st Cavalry Division
APO AE 09378

REPLY TO
ATTENTION OF:

AFVA-1ACB-615-B                                                                02 February 2007

MEMORANDUM THRU Commander, 36th Combat Aviation Brigade, APO AE 09391

FOR Chief of Staff, Multi-National Corps-Iraq, Bagdad, Iraq APO AE 09342

SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

1. (S) **Findings.** At approximately 201440(L)JAN07, UH-60 (Serial number 84-23984, call sign Easy 40) crashed in the vicinity of 38S MC 66795 00025 (Iraq) resulting in 12 fatalities and the destruction of the aircraft and equipment on board. The majority of individual and government property on the aircraft could not be recovered due to the extent of damage caused by fire. Between the dates of 21 January 07 and 01 February 07 the undersigned conducted an investigation into the circumstances and contributing factors to this incident.

   a. (S) The findings of this investigation show that at approximately 201440(L)JAN07, UH-60 call sign Easy 40 was engaged, and struck by hostile enemy fire in the vicinity of 38S MC 68170 00450. This enemy action resulted in damage to the aircraft, an in flight fire and subsequent crash that killed all twelve US Army personnel aboard and completely destroyed the aircraft.

   b. (S) The enemy forces who engaged and downed the UH-60 (Easy 40) demonstrated they were not seeking a prolonged engagement by their actions following the attack. Although there are indications of multiple enemy positions during the initial engagement, the enemy forces attempted to break contact after the engagement of UH-60 (Easy 40) in a white pickup and were engaged by the lead UH-60 in the flight, Easy 71. Easy 71 immediately engaged the enemy forces and maintained contact until a second flight of two UH-60s arrived within minutes and also engaged the enemy. The engagements by the UH-60s fixed the enemy forces until AH-64 attack helicopters arrived, within 15 minutes of the initial radio call by Easy 40, and destroyed the two enemy positions.

   c. (C) This investigation concludes pilot error, risk assessment, crew selection, fighter management, equipment failure, weather, OPSEC, and flight planning were not causative factors in the shoot down. Additionally, after the downing of Easy 40, US Forces immediately gained and maintained tactical control of the crash site and the recovery assets were timely and adequate.

   d. (C) This investigation concludes that routine flight routes and canalization, which occurred in the area of the engagement, may have contributed to the enemy's ability to successfully engage aircraft 84-23984. The area of the engagement (38S MC 66795 00025) is regularly over flown by coalition aircraft transitioning into and out of Baghdad during day and night hours.

~~SECRET~~

UNCLASSIFIED

~~SECRET~~

AFVA-1ACB-615-B
SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

2. (C) **Recommendations.** Flight in and around a built-up area significantly increases the risk to flight crews. Mitigation to reduce the possibility of a future shoot down is possible. The following recommendations are intended to assist commanders in risk mitigation and prevent future shoot downs.

   a. (C) Maintain vigilance regarding tactical flight spread.

      (1) (S) Maintaining visual contact between CE/Door Gunners from both aircraft and flying within 900 meters (7.62mm Tracer Burn Out) with mutually covering fires will not mitigate all risk of shoot down, but it will make the aircrews in tandem "harder" targets and less likely to be engaged.

      (2) (S) The preponderance of shoot downs in the Iraqi theater, lends credibility to the conclusion that these engagements are pre-planned, complex and intend to attack the trail aircraft when the lead aircraft does not have eyes on and can not provide covering/suppressive fire to support the trail aircraft, according to [ (b)(3), (b)(6) ] of the Army Shoot Down Assessment Team (ASDAT).

   b. (S) Night flight utilizing Night Vision Goggles/Systems to mitigate the risk to aircrews should be favored. There is no current indication enemy forces possess any significant night vision capability. This limitation on enemy capability should be exploited to the fullest.

   c. (S) Incorporate a single Apache/Cobra escort to mitigate risk by making the flights "hard" targets, when day flight is required. This course of action would significantly increase the blade hour requirements for Apache units in theater and may not be supportable with current aircraft assets and the logistic supply chain of parts available; however, would provide increased protection to the crews and passengers involved in day flight.

   d. (C) MNC-I aviation brigades must continually assess the risk, of aircrews flying along roads heavily traveled by US and Allied Forces and determine if this practice is truly risk mitigation or simply canalization of flight corridors.

      (1). (S) Canalization of flight crews in and around Baghdad, by the preponderance of persistent Restricted Operations Zones (ROZ) and specified No Fly Areas (NFA) cede airspace and ground maneuver area to the enemy. If this is a tactic designed to mass the enemy, it may have tactical value, but it immediately canalizes, and is therefore disadvantageous to aircraft. However, if there is no tactical significance to persistent ROZ/NFA's then, we must as a force cease utilizing them.

   e. (U) Consideration must be given to tactical cross loading of equipment and leaders during crew selection and before departure. The 36 CAB should consider whether the unit's First Sergeants would be better utilized in other than flight duties.

2
~~SECRET~~

UNCLASSIFIED

~~SECRET~~

AFVA-1ACB-615-B
SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

f. (S) Continue to maintain standards IAW Appendix 1 to Annex P to MNC-I SOP dated 4NOV06 (U) Aviator's Procedures Guide, paragraph 39.A (1) "Minimum Altitude Day is 150'AGL...deviations are authorized to avoid enemy fire and the Pilot In Command (PIC) has the authority to deviate if threat dictates."

· (1) (S) The ⬚ (b)(3), (b)(6) ⬚, made the decision to descend below 150 feet above ground level (AGL), as authorized by the MNC-I Aviators Procedures Guide, to 130 feet AGL to reduce the flights exposure to the current ground situation that involved U.S. tanks and ground convoy vehicles and a large plume of black smoke rising from the area they were flying over. This descent is a common tactic taught to rotary wing pilots to reduce the amount of time enemy forces have to acquire the aircraft and reduces the amount of time the aircraft is exposed to enemy weapon systems.

g. (U) Command emphasis should continually be placed on Pilot emergency procedure training both in the aircraft while in theater and simulator training at home station.

3. (C) **Witness Accounts:** All individuals found who witnessed this incident or had direct involvement were interviewed and/or provided sworn written statements as to their account of the event. For further details regarding the statements refer the Sworn Statement sheets (DA Form 2823) of each witness.

4. (S) **Facts and circumstances:** Aircraft 984, call sign Easy 40 and aircraft 463 call sign Easy 71 departed for their assigned mission (#0120B), from Balad, pad 21 at approximately 1340(L). CPT Taylor, the Pilot-in-Command, was in the left seat of Easy 40 with CPT Lyerly in the right seat. 1SG Warren was in the left Crew Chief's seat and SSG Brown was in the right Crew Chief's seat. ⬚ (b)(3), (b)(6) ⬚ in aircraft 463, call sign Easy 71 was the Air Mission Commander (AMC).

a. (S) The flight was normal until the flight of two Easy aircraft encountered a U.S. ground convoy of multiple tanks, Bradley Fighting Vehicles and two AH-64 Apache aircraft above, in the vicinity of 38S MC 673158 The convoy appeared to be engaged with the enemy and had a large plume of black smoke rising that the crews believed was from an IED. The AMC made the decision to turn away from the ground convoy and descend below 150 feet above ground level (AGL). The flight of two maintained 130 feet and increased airspeed to 125 knots thru the next check point and then turned south flying approximately 2-4 kilometers to the East of MSR Detroit. When the flight was in the vicinity of 38S MC 68170 00450 the trail aircraft, Easy 40 was engaged by accurate enemy fire.

b. (S) During interviews, two of the crew members from Easy 71, (b)(3), (b)(6) and (b)(3), (b)(6) (b)(3), (b)(6) stated that Easy 40 was at their 8 o'clock position and 10-15 rotor disks in separation. This position would not have allowed the two aircraft to maintain mutually supporting fires. This separation, if accurate, may have contributed to the decision of the enemy to engage Easy 40.

c. (U) Once engaged witnesses reported Easy 40 had smoke trailing from the left engine area and flames visible around the rotor hub and upper deck area. EASY 40 was then observed initially turning to an easterly direction then back to the west.

3
~~SECRET~~

SECRET

AFVA-1ACB-615-B
SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

d. (S) According to the witnesses, trained aircrew members, the aircraft then descended in a manner which lead them to believe the pilots had control. The aircraft was described as descending, in trim and in a profile which appeared to be consistent with an autorotation. The witnesses also heard over the radio CPT Taylor, an experienced Instructor Pilot, stating they had been "hit", making a "MAYDAY" call and directing CPT Lyerly, a Readiness Level-1 pilot, to get the aircraft down and under control. | (b)(3), (b)(6) | and| (b)(3), (b)(6) |reported the aircraft appeared to be near the ground and in control, as dust from the ground was blown into the air by the rotor wash. The aircraft then unexpectedly ascended nose high to approximately 100ft, rolled left, then pitched down and crashed into the ground, in a left bank and nose low attitude. Additional 36 CAB aircraft (MSN #0120A, flight of two UH-60s) responded and the Apache aircraft from 1 CAB were immediately in route to the site.

e. (C)| (b)(3), (b)(6) |from Easy 71 directed his fire to a tree line he saw flashes of light coming from in order to clear the landing zone. Easy 71 landed and| (b)(3), (b)(6) |and| (b)(3), (b)(6) | retrieved fire extinguishers from their aircraft and ran to the burning Easy 40 aircraft. They were unable to retrieve anyone from the wreckage. The passengers on Easy 71, under the direction of| (b)(3), (b)(6) |set up a defensive perimeter as the Crew Chief's unsuccessfully attempted to extricate the crew and passengers of Easy 40. No ground to ground engagements were reported.

f. (S) As of the date of this report, the wreckage of Easy 40 is in a hanger on LSA Anaconda and in the possession of the ASDAT. At the time of this report the ASDAT members have not determined what specific type of weapon engaged Easy 40, but have confirmed enemy fire as the causative action. The aircraft, subsystems and personal crew effects sustained massive crash and fire damage. For the disposition of specific items refer to the ASDAT report.

5. (U) **Issues and Analysis.**

a. (S) The routine flight routes by the flight crew are not significantly different than other flight crews in 36 CAB or within theater. The FOBs require transition to terminal airspace, a point of entry into and out of the FOB airspace. The routes to and from the FOBs after multiple years in theater have become linear and direct to reduce blade hours flown, time of flight, number of aircraft required to support the daily missions and exposure to enemy observation.

(1) (S) Although aviators are taught to avoid flying along roads during tactics training, in some cases roads, for example MSR Detroit and Route Irish (in Baghdad), with heavy Coalition Force presence are preferable over flights away from secured areas. This is counter intuitive to tactical flight training, but credible when consideration is given to the deterrence U.S. ground forces provide and the decreased response time these forces can provide to a downed aircrew.

(2) (S) Linear flight and direct routing must also be evaluated. A direct route may be preferable over routes which cause aircraft to spend more time over hostile territory on an asymmetric battlefield. Additionally, pilots seek to reduce the time of flight, to reduce exposure to the enemy and increase efficiency, directly correlating to the number of aircraft required to accomplish the days directed mission. The current fight patterns in and around the small flight area near Bagdad do not allow varied flight routes to completely mitigate the risk of enemy fire

4
SECRET

 UNCLASSIFIED

UNCLASSIFIED

~~SECRET~~

AFVA-1ACB-615-B
SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

from a deliberate ambush. Flight routes to and from the FOB's in the high use airspace subject the aircrews and passengers to increased risk particularly when flown during daylight hours.

b. (U) Pilot Error is not substantiated as having a role in the sequence of events.

(1) (C) The PC was the Company Commander and a seasoned Instructor Pilot (IP) with greater than 1000 hours in the UH60A. The Pilot was a junior Readiness Level-1 Pilot, with less than 150 hours in the UH60A.

(2) (C) Currently, no direct evidence indicates the pilots failed to properly perform aircraft emergency procedures due to the unknown nature of the battle damage, but according to witness accounts the possibility of an incorrect autorotation is present; as well as the possibility of material failure due to fire, enemy fire and/or pilot incapacitation.. Witnesses describe Easy 40 as being established in a landing profile and approaching a touch down point. Then unexpectedly, pitching nose-high, climbing, rolling to the left and then crashing. At this point of the investigation, the reason for the aircraft climbing after making a controlled descent can not be determined.

c. (U) Risk assessment procedures and documentation was conducted properly for the flight.

(1) (C) Crew Selection does not appear to have played a role in the sequence of events. The limited flight experience of the Pilot and one of the Crew Chiefs was mitigated by placing the experienced Pilot-in-Command and experienced Crew Chief on opposite sides of the aircraft.

(2) (U) Fighter Management was assessed on the risk assessment as low and does not appear to have been a factor.

(3) (U) Tactical Cross Load of crew members IS NOT addressed in the 36th CAB or 1-131st Aviation Regiment TACSOP.

d. (U) There is no indication of any equipment failure contributing to this incident.

(1) (S) No flares were discharged by Easy 40 during the engagement. It is unknown if the Common Missile Warning System (CMWS) was on and functioning but the witness accounts and the nature of the damage to Easy 40 does not indicate it was struck by a heat seeking missile.

(2) (U) The 365-4 Weight and Balance Clearance Form and Maintenance Records for aircraft 84-23984 were examined during the investigation and found to be in order.

e. (U) Weather and performance conditions do not appear to have been a factor in the shoot down.

5
~~SECRET~~

UNCLASSIFIED

~~SECRET~~

AFVA-1ACB-615-B
SUBJECT: AR 15-6 Collateral Investigation of UH-60 incident on 20JAN07

(1) ~~(S)~~ There were no adverse weather conditions at the time of the attack; visibility was unrestricted and winds were negligible. Additionally, the sun's position at the time of the engagement, approximately 1440(L), was well above the horizon, providing no measurable benefit to the attacker.

(2) (S) According to the reconstructed Performance Planning Card, the aircraft did have out of ground effect hover capability and single engine capability above 43 knots airspeed.

f. (S) Operational Security (OPSEC) violation is not substantiated by evidence.

g. (U) Flight planning was appropriate and does not appear to have been a factor.

h. (U) Recovery assets provided were adequate and timely.

(1) (U) Easy 40 was reported down at 1448(L) and the first aircraft on scene was the wing man Easy 71. Easy 71's crew attempted extrication but were unable to accomplish this task due to the significant destruction of Easy 40 and the fire that engulfed the wreckage. 25th ID was reported on site at 1455(L) and the first AH-64 aircraft from 1 CAB reported on site at 1501(L), according to the 36 CAB TOC Duty Officer's Log, DA Form 1594. Time was not a constraint on the recovery assets as the destruction of the aircraft was catastrophic at the time of impact as determined by post crash analysis of the wreckage.

6. ~~(C)~~ The POC for this investigation is the undersigned at [(b)(3), (b)(6)] @us.army.smil.mil and [(b)(3), (b)(6)] @us.army.mil or [(b)(3), (b)(6)] @us.army.smil.mil or [(b)(3), (b)(6)] @us.army.mil



USARCENT FOIA FA-22-0067 Tranche1    UNCLASSIFIED

UNCLASSIFIED

## 15-6 Investigation Timeline

| | |
|---|---|
| 201845JAN07 | Received verbal WARNO from 2-135[th] (b)(3), (b)(6) regarding assignment as 15-6 Investigation Officer |
| 201905JAN07 | Met with (b)(3), (b)(6) regarding initial scope of investigation |
| 202020JAN07 | Contacted (b)(6) and (b)(6) (passengers on EASY 56) at Catfish Air terminal; obtained completed DA 2823 |
| 202120JAN07 | Interviewed (b)(3), (b)(6) (passenger on EASY 71) at Distinguished Visitors Quarters (DVQ); obtained completed DA 2823 |
| 202140JAN07 | Interviewed (b)(6) r (passenger on EASY 71) at DVQ, LSA Anaconda; obtained completed DA 2823 |
| 202155JAN07 | Interviewed (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202205JAN07 | Interviewed (b)(3), (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202225JAN07 | Interviewed (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202240JAN07 | Interviewed (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202250JAN07 | Interviewed (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202300JAN07 | Interviewed (b)(6) (passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202235JAN07 | Interviewed (b)(6) passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 202325JAN07 | Interviewed (b)(6) passenger on EASY 71) at DVQ obtained completed DA 2823 |
| 211350JAN07 | Met with (b)(3), (b)(6) 131st) informed him of investigation |
| 211400JAN07 | Met with (b)(3), (b)(6) and (b)(3), (b)(5) (131st TOC personnel) made request for records information |
| 211410JAN07 | Met with (b)(3), (b)(6) 131st) and (b)(3), (b)(6) 131st) informed them of investigation and made request for documents |
| 211430JAN07 | Met with (b)(3), (b)(6) 131st) informed him of investigation |
| 211440JAN07 | Met with (b)(3), (b)(6) obtained mission map and copies of AMR and communication card; no formal interview pending consultation with ASDAT team |
| 211500JAN07 | Met with (b)(3), (b)(6) 131st) informed him of investigation |
| 211520JAN07 | Received draft appointment memo from (b)(3), (b)(6) guidance at this time unclear as to who will lead 15-6 Investigation |
| 211730JAN07 | Met with (b)(3), (b)(6) and obtained further guidance regarding scope of investigation |

UNCLASSIFIED

| | |
|---|---|
| 211815JAN07 | Met with [(b)(3), (b)(6)] 36th CAB) obtained initial storyboard of incident |
| 211845JAN07 | Met with [(b)(3), (b)(6)] 36th CAB) informed her of investigation |
| 22 – 23 JAN07 | No investigative action due to 131st casualty processing, memorial services and no contact with ASDAT team for coordination |
| 241030JAN07 | Met with [(b)(3), (b)(6)] received additional investigation guidance |
| 241100JAN07 | Met with [(b)(3), (b)(6)] 131st) and obtained copies of Commanders Inquiry report and Interviews. |
| 251400JAN07 | Viewed the aircraft wreckage at LAS 3, LSA Anaconda |
| 251445JAN07 | Met with [(b)(3), (b)(6)] ); was requested not to interview witnesses prior to ASDAT team. |
| 251515JAN07 | Informed [(b)(3), (b)(6)] regarding time delay and ASDAT team request; requested later suspense (03-15-07) for 15-6 Investigation findings due ongoing investigations |
| 272000JAN07 | [(b)(3), (b)(6)] arrived |
| 281000JAN07 | Introduced [(b)(3), (b)(6)] to [(b)(3), (b)(6)] and [(b)(3), (b)(6)] |
| 281400JAN07 | Spoke with [(b)(3), (b)(6)] and [(b)(3), (b)(6)] from Army Shoot Down Assessment Team (ASDAT) |
| 281600JAN07 | Introduced [(b)(3), (b)(6)] to 1-131 [(b)(3), (b)(6)] |
| 291000JAN07 | Attended 36th CAB TOC AAR |
| 301200JAN07 | Met with [(b)(3), (b)(6)] (131st [(b)(3), (b)(6)] who briefed EASY flight) reviewed S2 briefing procedures |
| 301600JAN07 | Met with [(b)(3), (b)(6)] (131st [(b)(3), (b)(6)] ) obtained flight records for EASY 40 crew |
| 301615JAN07 | Met with [(b)(3), (b)(6)] (131st BN SIP) reviewed tactical procedures of BN |
| 301720JAN07 | Conducted interview with [(b)(3), (b)(6)] in 131st BN AO; obtained Privacy Act Statement |
| 301830JAN07 | Conducted interview with [(b)(3), (b)(6)] n C Co. 131st AO; obtained Privacy Act Statement |
| 301840JAN07 | Conducted interview with [(b)(3), (b)(6)] in C Co. 131st AO; obtained Privacy Act Statement |
| 311300JAN07 | Obtained 131st BN TACSOP from [(b)(3), (b)(6)] 131st) |
| 011100FEB07 | Obtained 1-131 Mission Brief and Approval policy memorandums from [(b)(3), (b)(6)] and unit FLIPNET |
| 011300FEB07 | Recreated Performance Planning Card with 2-135 GSAB SIP |

UNCLASSIFIED



**HEADQUARTERS**
MULTI-NATIONAL CORPS-IRAQ
BAGHDAD, IRAQ
APO AE 09342

# Attachment 1

FICI-JA-AL                                                                26 January 2007

MEMORANDUM THRU

Commander, 1st Cavalry Division
Commander, Air Cavalry Brigade, 1st Calvary Division
Commander, 615ᵗʰ Aviation Support Battalion, Air Cavalry Brigade, 1st Calvary Division

FOR [ (b)(3), (b)(6) ] 615ᵗʰ Aviation Support Battalion, Air Cavalry Brigade,
1st Calvary Division

SUBJECT: Appointment of Collateral Investigating Officer

1. (U) **Appointed Duty.**  You are appointed as the lead investigating officer to conduct an investigation following AR 15-6 procedures into all of the facts and circumstances surrounding a 20 January 2007 UH-60 crash from the 36th Combat Aviation Brigade. [ (b)(3), (b)(6) ] with the 36th CAB is assigned to assist and participate as a member of the investigating team.  Your duty is to determine all facts and circumstances and to "ascertain and consider the evidence on all sides of each issue, thoroughly and impartially, and to make findings and recommendations that are warranted by the facts and that comply with these instructions." AR 15-6, para. 1-6.

2. (U) **Standards.**  Determine and reference all relevant standards, policies. procedures, and customs and practices.  In preparing your report, be sure to identify and segregate any classified information.  Also, be sensitive to any Privacy Act issues that may arise during the course of your investigation.

3. (U) **Specific Areas of Concern.**  Before you begin your investigation, and periodically during your investigation, consult with the appropriate commander and other experts to identify and develop the specific areas of investigation.  In addition to addressing the general facts and circumstances and any matter you and your command think relevant, your investigation must address the following issues:

   a. (U) Was mission planning (flight plan, routine, operational security, etc.) or pilot or crew error a factor in the incident?

   b. (U) What other factors (i.e., equipment failure, weather), if any, contributed to the incident?

   c. (U) Were recovery assets provided adequate and timely?

UNCLASSIFIED

FICI-JA-AL
SUBJECT: Appointment of Collateral Investigating Officer

    d. (U) What individual, unit, and systemic measures, if any, could have prevented this incident?

4. (U) **Primary Responsibility.** Your duties as an investigating officer take priority over other duties.

5. (U) **Suspense.** Submit the original report and one copy of the original to the 36th CAB Commander and SJA no later than 14 days after your receipt of this memorandum. Any requests for extension must be in writing through the MNC-I SJA to the MNC-I Commander. You investigation must arrive at MNC-I Headquarters for review and approval within 10 days of submission to the 36th CAB Commander.

6. (U) **Procedures.**

    a. (U) Safety and Other Investigations. Coordinate but do not interfere with other required investigations, such as a hostile action or safety investigation.

    b. (U) Associated Requirements. Insure that all other inquiries, investigations, and procedures are pursued by proper authorities (e.g., Summary Court Officer, Line of Duty determinations, casualty and memorial affairs, next of kin notifications, personal effects safekeeping, etc.).

    c. (U) Investigation Process. Follow the informal investigative procedures of AR 15-6. Whenever possible, witness statements will be sworn and recorded on DA Form 2823. All persons will complete a Privacy Act statement. If you conduct any witness interviews telephonically, prepare a memorandum of record memorializing the interview. Use DA Form 1574 to prepare your report. Include with your report all documentary evidence, photographs, diagrams, sworn statements, and all other information or evidence you considered as a basis for your findings and recommendations.

    d. (U) Security Classifications and Public Release of Your Report. Insure all portions of your report bear proper classification markings. Prepare an additional redacted copy of your report for public distribution. Seek guidance and assistance from the 36th CAB SJA on this requirement.

7. (U) **Subject Matter Experts.** Consult and associate any subject matter experts during the course of your investigation.

8. (U) **Administrative Support.** With local command approval, assistants may be assigned to assist you; e.g., to gather documents, to participate with you during

2

UNCLASSIFIED

FICI-JA-AL
SUBJECT: Appointment of Collateral Investigating Officer

interviews, to help organize and prepare the report, etc. You should conduct all interviews of witnesses with personal knowledge of the incident ("fact witnesses"). You must personally author the final report. [＿＿＿＿] with the 36th CAB has already started the process to gather and preserve evidence.

9. (U) **Chronology of Investigation.** Maintain a detailed chronology of your investigative activities and include it as an exhibit to your report.

10. (U) **Possible Criminal Conduct.** If at any time during your investigation you suspect the person you are interviewing or you intend to interview of any misconduct, which may violate any provision of the Uniform Code of Military Justice (UCMJ) or any other criminal law or policy, you must advise them of their rights under Article 31, UCMJ, before continuing with further questioning. Document rights warnings and waivers on DA Form 3881.

11. (U) **Legal Advice.** Before proceeding with the investigation, and as necessary during the course of the investigation, coordinate with your SJA, [ (b)(3), (b)(6) ] DSN [ (b)(6) ] [ (b)(3), (b)(6) ] @balad.iraq.centcom.smil.mil. At MNC-I, your legal advisor responsible for reviewing the final report on behalf of the MNC-I SJA and GCMCA is [ (b)(3), (b)(6) ] DSN [ (b)(6) ] [ ＿＿＿ ]@iraq.centcom.smil.mil.

FOR THE COMMANDER:

[ (b)(6) ]

JOSEPH ANDERSON
Brigadier General, USA
Chief of Staff

3

UNCLASSIFIED

## Exhibit List

| Description | Letter |
|---|---|
| Sworn Statement and Privacy Act Statement for [(b)(3), (b)(6)] (Easy 71 [(b)(3), (b)(6)] | A |
| Sworn Statement and Privacy Act Statement for [(b)(3), (b)(6)] (Easy 71 [(b)(3), (b)(6)] | B |
| Sworn Statement and Privacy Act Statement for [(b)(3), (b)(6)] (Easy 71 [(b)(6)] ) | C |
| Sworn Statement and Privacy Act Statement for [(b)(3), (b)(6)] (Easy 71 [(b)(3), (b)(6)] | D |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | E |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | F |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | G |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | H |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | I |
| Sworn Statement (Non disclosure agreement) for [(b)(3), (b)(6)] (Easy 71 PAX) | J |
| Sworn Statement (Non disclosure agreement) for [(b)(6)] (71 PAX) | K |
| Sworn Statement (Non disclosure agreement) for [(b)(6)] (71 PAX) | L |
| Sworn Statement (Non disclosure agreement) for [(b)(6)] (71 PAX) | M |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 56 [(b)(3), (b)(6)] | N |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 56 [(b)(3), (b)(6)] | O |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 56 [(b)(3), (b)(6)] | P |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 56 [(b)(3), (b)(6)] | Q |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 56 [(b)(3), (b)(6)] | R |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 62 [(b)(3), (b)(6)] | S |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 62 [(b)(3), (b)(6)] | T |
| Sworn Statement for [(b)(3), (b)(6)] (Easy 62 [(b)(3), (b)(6)] | U |

UNCLASSIFIED

Sworn Statement for [(b)(3), (b)(6)] (Easy 62 [(b)(3), (b)(6)]    V

Sworn Statement (Non disclosure agreement) for [(b)(6)] (62 PAX)    W

Sworn Statement (Non disclosure agreement) for [(b)(6)] (62 PAX)    X

Sworn Statement for [(b)(3), (b)(6)] (1-131st TOC [(b)(3), (b)(6)])    Y

Sworn Statement for [(b)(3), (b)(6)] (1-131st TOC personnel)    Z

CIDNE Event Report (QRF convoy that got attacked)    AA

CIDNE Event Report (Fallen Angel)    BB

Battalion Notification Form    CC

Battalion Notification Sequence List    DD

Worksheet for Telephonic Notification for Avn Accident/Incident (DA 7305-R)    EE

Immediate Airspace Alert    FF

mIRC Chat from 1425 to 2030 on 20 Jan 07    GG

1-131st TOC Daily Staff Journal or Duty Officers Logs (DA Form 1594)    HH

Brigade TOC Daily Staff Journal or Duty Officers Log (DA Form 1594)    II

1st ACB Fire Effects Coordination Cell, Camp Taji  Daily Staff Journal (DA 1594)    JJ

1st CAB Events Log 1    KK

1st CAB Events Log 2    LL

131st TOC Daily Aircraft Commo Checklist    MM

131st TOC 2nd Shift Status    NN

131st TOC 2nd Shift Checklist    OO

131st TOC Personnel List    PP

131st TOC Notes    QQ

Baghdad Safire 261542ZJAN07    RR

UNCLASSIFIED

| | |
|---|---|
| OIF Threat from ATO TG PUC 20B 1650Z 20 Jan 07 | SS |
| Khan Bani Sad, Manpads Safire 201148ZJAN07 | TT |
| 1-131 AVN BN Safire Storyboard | UU |
| Fallen Angel/Engagement Zone 201502C JAN07 | VV |
| Fallen Angel/Engagement Zone 201523CJAN07 | WW |
| 20 1458 Jan 07 Event Downed Aircraft | XX |
| Flight Plan Map | YY |
| Aviation Mission Request (Easy 40) | ZZ |
| 1-131st Commo Card | AAA |
| UH-60 Performance Planning Card (DA Form 5703-R) | BBB |
| Risk Assessment and mission brief | CCC |
| PIMP Tracking Sheet | DDD |
| Dragon Mission Checklist | EEE |
| 332nd EOSS/0SW Mission Execution Forecast (LF 332 EOSS/0SW) | FFF |
| MNC-I SIGACTS Event Detail | GGG |
| (b)(3), (b)(6) | HHH |
| (b)(3), (b)(6) | III |
| (b)(3), (b)(6) | JJJ |
| (b)(3), (b)(6) | KKK |
| Memorandum for Record – Origin of photographs taken at crash site | LLL |
| CD of all photographs and video taken at crash site | MMM |
| 41 sheets of photographs of the crash site | NNN |
| After Action Review | OOO |

UNCLASSIFIED

# TAB

UNCLASSIFIED

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit A

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad AB, Iraq | 2007/01/21 | 1033 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

**8. ORGANIZATION OR ADDRESS**
C Company 1-131 Avn Rgt, 36th CAB, Balad, Iraq 09391

**9.**

I, ____(b)(3), (b)(6)____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

As ____(b)(6)____ and ____(b)(3), (b)(6)____ of GS mission 0120B (EASY 71 and EASY 40) on the 20th of January 2007 these are the events that surround the downing of Easy 40 (SN 8423984). The mission was a routine GS mission originating out of Balad AB, Iraq at 1340 hours on the 20th. The flight was uneventful until the third leg of the flight from Taji to Liberty. The flight had turned to a heading of approximately 180 degrees along ASR Detroit, we were flying at approximately 85% torque with an estimated airspeed of 125 knots at 130 feet AGL, after approximately 8 minutes after turning South, vcty grid, 38S MC 68170 00450 my left ____(b)(3), (b)(6)____ alerted us that trail (Easy 40) had taken fire and requested an immediate left break. I broke left and we acquired trail as it turned East bound and was descending. Before and during the turn, (b)(3), (b)(6) engaged the area he believed was the POO of the fire. As we closed on Easy 40 I noted that significant fire and smoke were coming from the left side of the aircraft. The fire also was exiting the main rotor head area. The aircraft continued to descend and appeared to be in some degree of control and as it approached what I believe would have been a survivable landing (dust coming off the ground indicated how close to the ground it was) the aircraft became airborne again, continued flight for another 10-15 seconds before impacting. At no time did we observe any additional enemy fires but upon touchdown at the crash site (b)(3), (b)(6) cleared the tree line adjacent to the field with fire from his door gun. The ____(b)(3), (b)(6)____ and (b)(3), (b)(6) ____(b)(3), (b)(6)____ both exited the aircraft to assist any possible survivors. While the (b)(3), (b)(6) were assessing the downed aircraft, myself and the other ____(b)(3), (b)(6)____ successfully made contact with other coalition aircraft on CTAF (122.00) and alerted them to "Fallen Angel" at the aforementioned grid location. Within 3-4 minutes there were no less than 6 other aircraft providing overhead security and support. We had the passengers on board our aircraft (EASY 71) exit and assume 360 security around the crash site until fuel issues required we leave. At approximately 1515 we joined with the EASY 62 element and returned to Balad as a flight of three with all passengers where parking and shutdown occurred without incident. XXXXXXXXX----Nothing Follows----XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | (b)(3), (b)(6) | PAGE 1 OF ___ PAGES |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998                   DA FORM 2823, JUL 72, IS OBSOLETE                   APD PE v1.0

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | _1633_ | DATED | _21 Jan 07_ |

9. STATEMENT    *(Continued)*

*NOTHING FOLLOWS*



### AFFIDAVIT

I, ___(b)(3), (b)(6)___ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___2___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLU

(b)(3), (b)(6)

WITNESSES:

(b)(3), (b)(6)

_HHC 1-131_
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

_Co B 1-131 Avn_
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___ day of ___
at

(b)(3), (b)(6)
*(Signature of Person Administering Oath)*

(b)(3), (b)(6)
*(Typed Name of Person Administering Oath)*

*(Authority To Administer Oaths)*

| INITIALS OF PERSON MAKING STATEMENT | | PAGE | OF | PAGES |

PAGE 3, DA FORM 2823, DEC 1998                                    APD PE v1.01

UNCLASSIFIED

# TAB

UNCLASSIFIED

# Exhibit B

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODC

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN).*

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION LSA Anaconda, Balad Iraq | 2. DATE (YYYYMMDD) 2007/01/21 | 3. TIME 1530 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME (b)(3), (b)(5) | 6. SSN (b)(6) | 7. GRADE/STATUS (b)(6) |
|---|---|---|

8. ORGANIZATION OR ADDRESS
1-131 AVN, 36th CAB APO AE 09391

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 20 January, 2007 myself, (b)(3), (b)(6) were conducting a general support aviation operation in the combat theatre of Iraq. We were the lead in a flight of two UH-60's tactically moving passengers from Taji to Liberty. I was in the (b)(3), (b)(6) . (b)(3), (b)(6)

(b)(3), (b)(6)

(b)(6)

We took off North East of Taji, and continued east, north of Baghdad. Along the road that Coalition Checkpoint is on we saw two Apaches hovering high, and saw multiple Abrams tanks on the road where it looked like an IED had just detonated. We also saw a small point burning at about 1 o'clock and assumed that we were caught in the middle of some engagement. We turned north to get out of the area, and descended to about 120ft and 130 KIAS. As we turned south through our next checkpoint, we heard another mission of coalition radio say that they had us in sight and were going to be a few kilometers behind us as we headed south. We were headed south on the east side of MSR Detroit, a route that we fly every day when we heard CPT Taylor franticly say that Chalk 2 was hit. He was the PC of Chalk 2, and the AMC of the mission. (b)(3), (b)(6) engaged a flash that he had seen behind their aircraft, and I yelled at (b)(3), (b)(6) to turn left because he was on the controls at the time and couldn't see anything. I saw smoke come from their #1 engine, and saw it catch fire. We saw and heard chalk two going down. CPT Taylor stayed on the internal frequency, telling CPT Lyerly to get the aircraft down and under control. He also said Mayday Maday Cahlk2 going down, "oh God we're hit." They turned east and then back to the west, and looked like they were going to land hard in an open field. About the time they would have cushioned the autorotation, the aircraft powered up, went nose high, rolled left, and then nose low. I didn't see them hit because we had turned all the way back north, and I lost sight of them while I was trying to get a radio call out. As we were landing in that field a few hundred meters from were they were hit, I yelled to the (b)(3), (b)(6) to grab the fire extinguishers and get out. I saw (b)(3), (b)(6) jump out as we were landing. I called on Coalition Radio Mayday mayday and Fallen Angel on guard, and the B company guys that were behind us, and those apaches said that they were inbound. The Bco guys engaged RPGs in a truck and the Apaches engaged a ZPU. I was barely able to get out what aircraft went down, and the (b)(3), (b)(6) said that there were no survivors. I gave my M4, and they went back over to the Aircraft with a couple of the passengers. I tried to get the other passengers on ICS, but was only able to get them out in a perimeter to protect our left side. They had no targets to engage, and some of them were taking pictures. By that time the other two black hawks had landed to cover our right side. The (b)(3), (b)(6) recovered a PT belt, and the M240 with its ammo all of which were melted. By that time we noticed that we were at about 700 pounds of fuel, and needed to get back to Balad. We told (b)(3), (b)(6) and his crew this, and they decided to put us between them on the way back. It took a while to get all the passengers back on board, and then we flew North west out of there to Balad. Upon Arrival, I called Helo West and told them that we needed help when we landed at our pad, after we shut down our aircraft, there were people out there to help us. Crew members that we couldn't recover were CPT Taylor, CPT Lyerly, 1SG Warren, SGT Brown, and eight passengers. Twelve soldiers were left in the buring aircraft, that the Apaches, and some 108th aircraft were watching.

---------------------------------------------------end of statement---------------------------------------------------

| 10. EXHIBIT | (b)(3), (b)(6) ON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**   DA FORM 2823, JUL 72, IS OBSOLETE   USAPA V1.00

UNCLASSIFIED

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF (b)(3), (b)(6)    TAKEN AT _15 30_    DATED _2007/01/21_

9. STATEMENT (Continued)

No Statement on this page

(b)(3), (b)(6)

INITIALS OF PERSON MAKING STATEMENT (b)(3), (b)(6)    PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998    USAPA V1.00

USARCENT FOIA FA-22-0067 Tranche1    UNCLASSIFIED

UNCLASSIFIED

STATEMENT OF (b)(3), (b)(6)    TAKEN AT _1530_    DATED _2007/01/21_

STATEMENT *(Continued)*

No statement on this page

(b)(3), (b)(6)

**AFFIDAVIT**

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH ___ ON PAGE ___. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INF ___ MENT.

(b)(3), (b)(6)

*(___aking Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law administer oaths, this _21_ day of _Janu___, _2007_ at ___

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

*(___ing Oath)*

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT    (b)(3), (b)(6)    PAGE _3_ OF _3_ PAGES

*PAGE 3, DA FORM 2823, DEC 1998*    USAPA V1.00

UNCLASSIFIED

# PRIVACY ACT STATEMENT

The Privacy Act Statement requires that, whenever personal information is solicited from an individual and the information will be filed as to be retrievable by reference to the name or other personal identifier of the individual, the individual must be advised of the following information:

**Authority:** The general authority for soliciting this information is 10 USC § 3012. More specific authority(ies) may exist.

I have been appointed by _$3G$ $CAB$_____, LSA Anaconda, Iraq, to investigate the _$181$ $AVH,$ $EASY$ $40$ $INCIDENT$_. My findings and recommendations as to appropriate action will be included in my report to ___$3G$ $CAB$_____ UP AR 15-6.

**Routine Uses:** Any information you provide may be disclosed to members of the Department of Defense who have an official need to know the information for the performance of their duties. In addition, the information may be disclosed to the Government agencies outside the Department of Defense.

**Failure to disclose:**

*For soldiers and civilians not being advised of their Article 31 or UCMJ rights and civilians not being advised of their 5th Amendment rights:* **Providing the information is mandatory. Failure to provide information could result in disciplinary or other adverse action against you under the UCMJ or Army regulations or applicable civilian personnel regulations.**

*For soldiers and civilians being advised of their Article 31 or UCMJ rights and civilians being advised of their 5th Amendment rights:* **Providing the information is voluntary. There will be no adverse effect on you for not furnishing the information other than that certain information might not otherwise be available to the commander for his or her decision in this matter.**



(b)(3), (b)(6)

SIGNATURE OF INDIVIDUAL BEING INTERVIEWED

(b)(3), (b)(6)

SIGNATURE OF INVESTIGATING OFFICER

_$30$ $JAN$ $07$_

DATE

UNCLASSIFIED

# TAB

UNCLASSIFIED

# Exhibit C

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad, Iraq | 2007/01/21 | 1000 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | | |

8. ORGANIZATION OR ADDRESS

C co 1-131st Aviation Regt. AASLT

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 20 Jan 2007 at or around 1445 hours I observed a flash on the ground behind Easy 40 our trail aircraft. Immediately after I saw the flash a black burst of smoke was observed behind Easy 40. I told (b)(3), (b)(6) chalk 2 was taking fire and was hit. I began to return fire in the direction of the flash at which time I told (b)(3), (b)(6) to bank left. I then ceased fire and observed Easy 41 try to take evasive maneuvers. Fire was visible from the top of the main rotor head and number engine area. (b)(3), (b)(6) and (b)(3), (b)(6) began making radio calls for immediate assistance. I then watched Easy 40 attempted to land in an open area. Easy 40 appeared to have control as they began land and then pulled up as if trying to take off again. Easy 40 then began flying erratically for about 15 seconds. Easy 40 then pointed the nose of the aircraft toward the ground and never recovered. Easy 40 then struck the ground nose first on the left side of the cockpit. I told (b)(3), (b)(6) to get low and get to the area of the crash. (b)(3), (b)(6) maneuvered the aircraft aggressively and landed within 100 meters of Easy 40. I began to lay suppressive fire before our aircraft touched down to secure the LZ. Myself and (b)(3), (b)(6) exited our aircraft and ran to the crash to check for possible survivors. Myself and (b)(3), (b)(6) assessed the situation and determined there where no survivors. Myself and (b)(3), (b)(6) stayed on the ground performing security till air support arrived. Upon returning to our aircraft. (b)(3), (b)(6) instructed us to get back in because we where fuel critical. We reentered the aircraft after reloading our passengers. We were the escorted back to Balad airbase by to other aircraft.

Nothing Follows

| 10. EXHIBIT | 11. (b)(3), (b)(6) | ON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF TAKEN AT 1100 DATED 2007/01/21*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

(b)(3), (b)(6)

**DA FORM 2823, DEC 1998**       DA FORM 2823, JUL 72, IS OBSOLETE       APD PE v1.01

UNCLASSIFIED

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___(b)(3), (b)(6)___     TAKEN AT _1000_     DATED _2007/01/21_

9. STATEMENT   *(Continued)*

INITIALS OF PERSON MAKING STATEMENT
(b)(3), (b)(6)

PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998

APD PE v1.01

UNCLASSIFIED

STATEMENT OF ____(b)(3), (b)(6)____     TAKEN AT 1000     DATED 2007/01/21

9. STATEMENT     *(Continued)*

**AFFIDAVIT**

I, ____(b)(3), (b)(6)____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___1___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLU

(b)(3), (b)(6)

*(Signature of Person Making Statement)*

WITNESSES:

(b)(3), (b)(6)

HHC 1-131 AVN BN
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 21 day of Jun . 07 at

(b)(3), (b)(6)

*(Signature of Person Administering Oath)*

(b)(3), (b)(6)

Co A 1-131 Avn
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

*(Typed Name of Person Administering Oath)*

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

PAGE 3 OF 3 PAGES

*PAGE 3, DA FORM 2823, DEC 1998*

APD PE v1.01

UNCLASSIFIED

# PRIVACY ACT STATEMENT

The Privacy Act Statement requires that, whenever personal information is solicited from an individual and the information will be filed as to be retrievable by reference to the name or other personal identifier of the individual, the individual must be advised of the following information:

**Authority:** The general authority for soliciting this information is 10 USC § 3012. More specific authority(ies) may exist.

I have been appointed by ___*3 6 CAB*___, LSA Anaconda, Iraq, to investigate the *131 AVH, EASY 40 ENGAGEMENT* My findings and recommendations as to appropriate action will be included in my report to ___*3 6 CAB*___ UP AR 15-6.

**Routine Uses:** Any information you provide may be disclosed to members of the Department of Defense who have an official need to know the information for the performance of their duties. In addition, the information may be disclosed to the Government agencies outside the Department of Defense.

**Failure to disclose:**

*For soldiers and civilians not being advised of their Article 31 or UCMJ rights and civilians not being advised of their 5th Amendment rights:* **Providing the information is mandatory. Failure to provide information could result in disciplinary or other adverse action against you under the UCMJ or Army regulations or applicable civilian personnel regulations.**

*For soldiers and civilians being advised of their Article 31 or UCMJ rights and civilians being advised of their 5th Amendment rights:* **Providing the information is voluntary. There will be no adverse effect on you for not furnishing the information other than that certain information might not otherwise be available to the commander for his or her decision in this matter.**



(b)(3), (b)(6)

~~PRINTED~~WED

(b)(3), (b)(6)

SIGNATURE OF INVESTIGATING OFFICER

*30 JANO 7*

**DATE**

UNCLASSIFIED

# TAB

UNCLASSIFIED

UNCLASSIFIED

**Exhibit D**

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with whom information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| LSA Anaconda | 2007/01/21 | 1100 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

**8. ORGANIZATION OR ADDRESS**
36th CAB   Co. C 1/131 AVN

**9.**

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

We landed at Taji with packs on board chalk 2 they emptied out and then we loaded 8 packs on board chalk 2 for the flight to Liberty.  We took off from Taji and after being in flight for about 15-20 minutes we crossed a road (coalition check point) that had several tanks and apc's on it.  Off in the distance we noticed a plume of black smoke and amongst ourselves in the aircraft concluded that there was something going on.  We flew a little farther and then made a right turn south towards Baghdad.  Just after we made the turn (b)(3), (b)(6) came over ics and said chalk 2 was taking fire.  Almost immediately Cpt. Taylor came over the radio saying they were taking fire and called mayday.  We immediately turned left to keep chalk 2 in sight and at the same time (b)(3), (b)(6) was returning fire.  It was a very steep turn so from my side (right) I couldn't see anything but sky.  As we came around I got eyes on chalk 2 and noticed a lot of smoke trailing off the aircraft and it was engulfed in flames.  I again lost sight of chalk 2 as we continued to circle around and didn't have eyes on until after we came around again and landed.  At that time they (chalk 2) had already impacted the ground.  Myself and (b)(3), (b)(6) immediately exited the aircraft and ran towards the crash sight.  I was first on the scene and ran towards the nose of the aircraft to begin assessing the damage and searching for survivors.  We remained onsite until aerial support showed up and our fuel status required that we take off.   *Nothing follows.*

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF   X2  PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT 1100 DATED 2007/01/21

(b)(3), (b)(6)

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT 1100 | DATED 2007/01/21 |

0. STATEMENT *(Continued)*

**AFFIDAVIT**

I, [(b)(3), (b)(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH [ ]. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTI CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FRE THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INF

(b)(3), (b)(6)

WITNESSES:

(b)(3), (b)(6)

C (8 1-131 Av
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

C (o 1-131 Av
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 21 day of Jan . 07 at

_____
*(Signature of Person Administering Oath)*

(b)(3), (b)(6)
*(Typed Name of Person Administering Oath)*

_____
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT                    PAGE ✗2 OF ✗2 PAGES

UNCLASSIFIED

# PRIVACY ACT STATEMENT

The Privacy Act Statement requires that, whenever personal information is solicited from an individual and the information will be filed as to be retrievable by reference to the name or other personal identifier of the individual, the individual must be advised of the following information:

**Authority:** The general authority for soliciting this information is 10 USC § 3012. More specific authority(ies) may exist.

I have been appointed by___*3 6  LAB*_____, LSA Anaconda, Iraq, to investigate the *13/ AVH, EASY YO ENGAGEMENT*My findings and recommendations as to appropriate action will be included in my report to __*3 6  LAB*_____ UP AR 15-6.

**Routine Uses:** Any information you provide may be disclosed to members of the Department of Defense who have an official need to know the information for the performance of their duties. In addition, the information may be disclosed to the Government agencies outside the Department of Defense.

**Failure to disclose:**

*For soldiers and civilians not being advised of their Article 31 or UCMJ rights and civilians not being advised of their 5th Amendment rights:* **Providing the information is mandatory. Failure to provide information could result in disciplinary or other adverse action against you under the UCMJ or Army regulations or applicable civilian personnel regulations.**

*For soldiers and civilians being advised of their Article 31 or UCMJ rights and civilians being advised of their 5th Amendment rights:* **Providing the information is voluntary. There will be no adverse effect on you for not furnishing the information other than that certain information might not otherwise be available to the commander for his or her decision in this matter.**



(b)(3), (b)(6)

SIGNATURE OF INDIVIDUAL BEING INTERVIEWED

(b)(3), (b)(6)

SIGNATURE OF INVESTIGATING OFFICER

*30 JAN 07*
**DATE**

UNCLASSIFIED

# TAB

     UNCLASSIFIED

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit E

**PRIVACY ACT STATEMENT**

| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
|---|---|
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Catfish Fwd Air Terminal Balad IQ | 20070120 | 1650 hr | |

| | (b)(3), (b)(5) | ...DLE NAME | (b)(6) | (b)(6) |

| 8. ORGANIZATION OR ADDRESS |
| HHC 16th MP BDE (ABN) , TF 134 VBC, Iraq |

| 9. |
| (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: |

While enroute to VBC from Ashraf, IQ the second UH-60 flying with us received hostile fire. I saw the UH-60 in flames right after our gunner in our UH-60 opened up with a short blast on his B240. The UH-60 that was hit was burning with open flames just below the rotors. After the UH60 went into a dive (est 300 ft) from the ground, I didn't see the the UH-60 hit because our bird turned removing my view. We landed the 2 crew chiefs jumped out, we were stuck in the back seat so we had the navy chief ask the pilot if more help was needed. I saw the pistol grip (b)(3), (b)(6) and we reached around + got the door open.

(b)(3), (b)(6) + I left the bird (b)(3), (b)(6) had placed some security outside (b)(3), (b)(6) said when I ran up to the (b)(3), (b)(6) by the burning UH-60. all were dead + rounds are cooking off. I ask about QRF he said 15 minute. I told him I would position my troop in a blocking position facing the attacking direction. Two more UH-60 arrived and made contact with me. I told him all were dead and he relayed they saw a white truck with a weapon platform on back. He said he had tried to tell us into Surcos but no contact. I ordered him over to our UH-60 & got that info out on the air. A few minutes late 2 AH-64 came on station + started firing. (b)(3), (b)(6) plus 2 were in a security position, the (b)(3), (b)(6) we selवपय one of the B240 off the down Black Hawk. We remained in a security position till the (b)(3), (b)(6) arrived for us to return. I signed in a troop we returned to our UH-60 + out on the air. There was no survivor and through the flames youcould only see the boots off several soldiers. May God bless those soldiers. End of Statement

| 10. EXHIBIT | 11. INITIALS (b)(3), (b)(6) ...KING STATEMENT | PAGE 1 OF (b)(3), (b)(6) 2 ...ES |

| ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ |

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

| **DA FORM 2823, DEC 1998** | DA FORM 2823, JUL 72, IS OBSOLETE | APD PE v1.01 |

UNCLASSIFIED



STATEMENT OF (b)(3), (b)(6)    TAKEN AT (b)(3), (b)(6) 50    DATED 20070120

9. STATEMENT *(Continued)*    NOTHING FOLLOWS

AFFIDAVIT

(b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 12 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECT[...] [...]CH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FR[...] WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL IN[...]

(b)(3), (b)(6)
[...]ent)

WITNESSES:

(b)(3), (b)(6)
56114 CAO

ORGANIZATION OR ADDRESS

[...]thorized by law administer oaths, this 20 day of JAN , 07
at Balad Iraq

(b)(3), (b)(6)
[...]f Person Administering Oath)

(b)(3), (b)(6)
(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF [...] STATEMENT (b)(3), (b)(6)    PAGE 2 OF 2 PAGES (b)(3), (b)(6)

PAGE 3, DA FORM 2823, DEC 1998    USAPA V1.00

Pages 121 through 122 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit F

**PRIVACY ACT STATEMENT**

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION CATFISH AIR TERMINAL BALAD, IRAQ | 2. DATE (YYYY) 200?/0/20 (b)(3), (b)(6) | 3. TIM 1700 (b)(3), (b)(6) | FILE NUMBER |
| (b)(3), (b)(6) | 6 (b)(6) | | 7. G |

8. ORGANIZATION OR ADDRESS
16th MP Bde (Abn) BLDG 112, CAMP VICTORY, BAGHDAD, IRAQ

(b)(3),(b)(6)          (b)(3), (b)(6)          , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

AT 1440 hrs and 20 JAN 07 the door gunner on my side of the A/C opened fire with his 240B. I immediately looked out and saw the second A/C on fire ontop and flying erratically. The A/C I was in banked hard to the left and the gunner fired again. I could see the second A/C flying erratically and then at approx 100ft AGL it just dropped and burst into flames. Our Aircraft then landed approx 100m from the downed A/C which was completely engulfed in flames. The two gunners immediately exited the A/C and ran to the downed A/C. They couldn't get near the A/C due to the flames. Our soldiers were then allowed to exit the A/C. I set up initial security around our A/C on the opposite side of the downed A/C. The Brigade Commander went with the two gunners to the downed A/C. I then began to move our security down a trench line towards the other side of the down A/C. During our move two more A/C landed a 2 personnel ran towards the crash. As we continued to move down the trench line we could hear machine gun fire I believe they were aiming at the A/C still on flng. Then an Apache engaged the AIF with their machine guns. We were then called back to the A/C. I made sure all soldiers cleared their weapons. We then departed the crash site and landed at Balad. The occupants of the A/C I person were (b)(3), (b)(6)    (b)(3)    (b)(3), (b)(6)
(b)(3), (b)(6)    (b)(3), (b)(6)    (b)(6)    and    (b)(6)    There were (b)(3), (b)(6)    (b)(3), (b)(6)    and (b)(3), (b)(6)    on the A/C also. I have a seating chart on the backside along with a sketch of the crash site.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING ENT (b)(3), (b)(6) | PAGE 1 OF 2 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ ATED _____

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

UNCLASSIFIED



STATEMENT OF [(b)(3), (b)(6)]     TAKEN AT 1705     DATED 20070120

2. STATEMENT (Continued)

[(b)(3), (b)(6)]

NOTHING FOLLOWS

**AFFIDAVIT**

I, [(b)(3), (b)(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH [                    ]. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FRE[        ] WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL IN[        ]

[(b)(3), (b)(6)]

WITNESSES:

[(b)(3), (b)(6)]

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law administer oaths, this 20 day of JAN , 07 at BALAD, IRAQ

[(b)(3), (b)(6)]

(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 2 PAGES

Pages 126 through 127 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(6)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit G

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* . |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| BALAD - CATFISH AIR | 20070120 | 1648 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS

TF-134 PAO, APO AE 09342

9. I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

While Flying in a 2 ship Formation From Taji to Liberty. I was in the Front, Forward Facing seat on the left side of the aircraft. I was looking out the window and then I saw the left gunner lean way out the window so I looked to see what he was looking at. I saw the other Helo starting to climb with a black smoke coming out of it in a long stream. I also saw a small black puff (cloud) of smoke below the Helo. Our Helo Banked left and when it straitened out I saw the other Helo had went higher and was still nose up with smoke coming from it. The gunner had shot at something I could not see. He did this twice. I did not see the othe Helo crash. As soon as we landed I told (b)(3), (b)(6) to start taking photo's. Me (b)(3), (b)(6) jumped out. The Pilot yelled something to us so I unbuckled and went to see what he said. He wanted us to go help. So I and (b)(3), (b)(6) jumped out and ran to the crash site. This was the first time I saw the Helo after it crashed. It was engulfed in flames and on its right side. We went Back to our Helo and set up a defensive perimeter. We went out about 200m From our Helo's 6 o'clock and waited. The Apaches Flew overhead and we heard/saw them Fire at something. After about 10-15 min on the ground we Boarded our Helo and took off. Durring our time on the ground 2 other H-60 Helo's had landed.

Nothing Follows

| 10. EXHIBIT | (b)(3), (b)(6) | PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES (b)(3), (b)(6) |
|---|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

| **DA FORM 2823, DEC 1998** | DA FORM 2823, JUL 72, IS OBSOLETE | APD PE v1.01 |
|---|---|---|

UNCLASSIFIED



STATEMENT OF _(b)(3), (b)(6)_ TAKEN AT _1648_ DATED _20070120_

9. STATEMENT (Continued)

*Nothing Follows*

(b)(3), (b)(6)

**AFFIDAVIT**

I, _(b)(3), (b)(6)_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE **2**. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL

(b)(3), (b)(6)

_(Signature of Person Making Statement)_

WITNESSES:

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law administer oaths, this _20_ day of _JAN_ , _07_
at _BALAD, IRAQ_

(b)(3), (b)(6)

_(Signature of Person Administering Oath)_

(b)(3), (b)(6)

_(Typed Name of Person Administering Oath)_

ORGANIZATION OR ADDRESS

_(Authority To Administer Oaths)_

INITIALS OF PERSON MAKING STATEMENT

PAGE **2** OF **2** PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.00

Pages 131 through 132 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit H

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad Iraq Cat Fish Air Pax Terminal | 20070120 | 1646 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS
HHC 16th MP BDE (ABN) Camp Victory Iraq APO-AE 09432

9. (b)(6) (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 20 Jan 07 at approximately 1300hrs (b)(3), (b)(6) was flying in a blackhawk from Ashraf back to Camp Victory. The flight stopped in Taji and loaded up some pax (unknown amount). Approximately 10-15 mins after Take off I was startled by the sound of the machine gun firing. I looked out the window and saw the blackhawk that was flying with us on Fire. The blackhawk that I was in looped around and I saw the other blackhawk had crashed and was on fire. Approximately 5 minutes after landing the blackhawk, the pax unloaded and started pulling area security. Myself, (b)(3), (b)(6) and (b)(3), (b)(6) moved past the crash site to ensure 360° security of the crash site. When instructed we moved back to the blackhawk and loaded up and flew to Balad. (b)(3), (b)(6)

———————————— Nothing Follows ————————————

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | | |
|---|---|---|---|
| | (b)(3), (b)(6) | PAGE 1 OF | (b)(3), (b)(6) PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____.

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

UNCLASSIFIED



STATEMENT OF (b)(3), (b)(6)    TAKEN AT 1646    DATED 20070120

9. STATEMENT (Continued)    NOTHING FOLLOWS

(b)(3), (b)(6)

AFFIDAVIT

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 2 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT F_____R REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL_____ENT.

(b)(3), (b)(6)

(_____king Statement)

WITNES_____    Subscribed and sworn to before me, a person authorized by law
                     administer oaths, this 20 day of JAN , 07
(b)(3), (b)(6)       at H&LAA IRAQ
                     (b)(3), (b)(6)

ORGANIZATION OR ADDRESS    (b)(3), (b)(6)

_____    (Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS    (Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    PAGE 2 OF 2 PAGES
(b)(3), (b)(6)

PAGE 3, DA FORM 2823, DEC 1998    USAPA V1.00

Pages 136 through 137 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit I

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Catfish Air Pax Terminal | 2007 01 20 | 1050 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

| 8. ORGANIZATION OR ADDRESS |
|---|
| 18th MP BDE ABN |

9.

| (b)(3), (b)(6) | , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: |
|---|---|

I heard gun fire and look out the window and saw the helicopter smoking from the roteries. Then I observed the helicopter loosing control and swaying back and forth. At that time our helicopter started circling and the gunners were firing. Then we landed by the crash site and secure the area until it was deemed safe. AT the crash site Blackhawk's and Apachies were circling above providing air support. The Apache's opened fired several times around the outer perimeter.

⊦NOTHING FOLLOWS⊦————————

(b)(3), (b)(6)

| 10. EXHIBIT | 11. (b)(3), (b)(6) PERSON MAKING STATEMENT | PAGE 1 OF 2 (b)(3), (b)(6) S |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**        DA FORM 2823, JUL 72, IS OBSOLETE        APD PE v1.01

UNCLASSIFIED



STATEMENT OF [(b)(3), (b)(6)]    TAKEN AT _1650_    DATED _20070120_

**9. STATEMENT** *(Continued)*    MERTHING FOLLOWS

[(b)(3), (b)(6)]

**AFFIDAVIT**

I, [(b)(3), (b)(6)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT [    ] OUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFU[    ]

[(b)(3), (b)(6)]

(Signature of Person Making Statement)

WITN[    ]    Subscribed and sworn to before me, a person authorized by law to

[(b)(3), (b)(6)]    administer oaths, this _20_ day of _JAN_ , _07_

36 TH CA/31    at _BALAD , IRAQ_

ORGANIZATION OR ADDRESS    [(b)(3), (b)(6)]

[(b)(3), (b)(6)]

ORGANIZATION OR ADDRESS    *(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING ST[    ]
X [(b)(3), (b)(6)]    PAGE _2_ OF _2_ PAGES

*PAGE 3, DA FORM 2823, DEC 1998*    USAPA V1.00

Pages 141 through 142 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit J

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| BALAD CATFISH-AIR | 20 JAN 2007 | 1710 | |

| 5. | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS
HHC, 16th MP BDE, APO AE 09342

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

While in transit aboard a helicopter, the gunman to my left began firing. I assumed we were under attack until the aircraft swerved back around. At this point, I saw a crashed helicopter, burning in flames. After we landed near the incident, Soldiers from my unit jumped out and began pulling security, as crewmembers, with a fire extinguisher, ran to the crash site. Within no more than a minute, additional choppers were circling the area. At this time, the pilot signaled for us to get back on board. We flew for what seemed like about 15 minutes and landed on a strip in Balad. We were told to exit the AIRCRAFT ~~vehicle~~ and crewmembers unloaded everything from the helicopter. Soon after, a bus picked us up and took us here.

[various redaction boxes marked (b)(3), (b)(6)]

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF __ PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72, IS OBSOLETE | APD PE v1.01 |
|---|---|---|

UNCLASSIFIED

STATEMENT OF ___(b)(3), (b)(6)___    TAKEN AT _1710_    DATED _2007 CM20_

9. STATEMENT *(Continued)*

Maythirh Fereens



(b)(3), (b)(6)

AFFIDAVIT

I, ___(b)(3), (b)(6)___, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE

(b)(3), (b)(6)

*(Signature of Person Making Statement)*

WITNESSES:

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _20_ day of _JAN_, _07_ at _DALUA, IRAQ_

(b)(3), (b)(6)

(b)(3), (b)(6)

*(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

X (b)(3), (b)(6)

PAGE _2_ OF _2_ PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.00

Pages 146 through 147 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

# Exhibit K

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| CATFISH AIR, BALAD AIRBASE | 20070120 | 16:48 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS
CLE  APO  AE C9316

9.
I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On Saturday January 20th 2007 between 14:30 and 1500 Hours local, while on a Helicopter heading to Liberty Pad, I heard Shots being fired. I believe that the shots came from our aircraft. The helicopter moved rapidly in various direction then landed. I am not sure where we were it was a deserted area. To my left, I could see the other helicopter, that was following us, engulfed in flames. Everything happened really fast from there. people were running towards the helicopter, I suppose to assess the situation, while others were setting up a perimeter around our aircraft. slowly the perimeter was being expanded to the crashed helicopter. while we were setting up the perimeter and checking for potential attackers, other helicopters started flying over us I noticed at least six of them. after a while, the crew asked us to get back on the helicopter and we took off. Several minutes later we landed at Balad Air base. nothing follows

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT (b)(6) | PAGE 1 OF (b)(6) AGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED

STATEMENT OF _(b)(6)_    TAKEN AT _16348_    DATED _2007 01 20_

9. STATEMENT _(Continued)_

Nothing Follows

(b)(6)

I, _(b)(6)_ AFFIDAVIT
WHICH ___ BEGINS ON PAGE 1 AND ENDS ON PAGE ___, I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFU...

(b)(6)

_(Signature of Person Making Statement)_

WITNESS

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _20_ day of _JAN_ , _07_
at _Baghdad, Iraq_

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

(b)(3), (b)(6)
_(Typed Name of Person Administering Oath)_

ORGANIZATION OR ADDRESS
(b)(3), (b)(6)

_(Authority To Administer Oaths)_

INITIALS OF PERSON MAKING STATEMENT

PAGE _2_ OF _2_ PAGES

_PAGE 3, DA FORM 2823, DEC 1998_    USAPA V1.00

Pages 151 through 152 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit L

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| CAT-FISH AIR BILAT | 20070/20 | 16:48 | |

| | | |
|---|---|---|
| (b)(6) | (b)(6) | (b)(6) |

OB12/CLE APO AE 09316

9.

I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

While flying on a U.S. Army helicopter from Camp Ashraf I have witnessed another U.S. Army helicopter crash. The crash helicopter was part of our flight. I have noticed that something was wrong only after the machine gunner on our helicopter opened fire. Our helicopter made few maneuvers, more machine gun burst went off and than we made a pass over the other helicopter that was already engulded in flames. Few minutes later our helicopter landed approximately 100 yards from the crash site and we have (all passengers) took a defensive posture away from our helicopter. I have remained at my post until told to board our aircraft again. Total of time spent at the crash site was approximately 30 minutes. I did not see any other details of the crash helicopter except flames and smoke. end of statement, nothing follows

(b)(6)

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**     DA FORM 2823, JUL 72, IS OBSOLETE     APD PE v1.01

UNCLASSIFIED



STATEMENT OF (b)(6)    TAKEN AT 10:48    DATED 20070120

STATEMENT (Continued)

NOTIFYING RELATIVES

(b)(6)

(b)(6) AFFIDAVIT

I, _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 2 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT _____ THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFU _____

(b)(6)

(Signature of Person Making Statement)

WITNESSES:

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law administer oaths, this 20 day of JAN , 07
at BALAD IRAQ

(b)(3), (b)(6)

(Signature of Person Administering Oath)

(b)(3), (b)(6)

(Typed Name of Person Administering Oath)

ORGANIZATION OR ADDRESS

(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    PAGE 2 OF 2 PAGES

PAGE 3, DA FORM 2823, DEC 1998    USAPA V1.00

Pages 156 through 157 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

     UNCLASSIFIED

UNCLASSIFIED

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit M

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* . |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| BALAD-CATFISH AIR PAX TERM | 20070120 | 1647 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | | 6. GRADE/STATUS |
|---|---|---|
| (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS
CLE, APO AE 09316

9.

I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

While flying from Camp Ashraf to Liberty Pad, after a brief stop at Taji, I felt the helicopter swerve and heard the gunner fire from the LEFT side of the helo. I was sitting on the RIGHT side, facing the rear and could not see what was happening. The helo swerved and fired a few more times before we landed near the crash site. When we landed, the downed helo was in flames. No one emerged from the downed bird. Two of our crew ran toward the crash w/ fire extinguishers and then the military passengers set up a perimeter. Eventually, more helicopters arrived and we civilians were allowed out of the helo to help w/ the perimeter. I did not get close to the crash site. After 15-20 mins,

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | (b)(6) | PAGE 1 OF 7 (b)(6) PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED



STATEMENT OF (b)(6) TAKEN AT 1647 DATED 2007 0120

9. STATEMENT *(Continued)*

NOTHING FOLLOWS

(b)(6)

**AFFIDAVIT**

I, (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 2. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE

(b)(6)

WITNESSES:

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 20 day of JAN , 07 at BAGRAM, IRAQ

(b)(6)

ORGANIZATION OR ADDRESS

*(Signature of Person Administering Oath)*

(b)(6)

*(Typed Name of Person Administering Oath)*

ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKIN (b)(6)

PAGE 2 OF 2 PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.00

Pages 161 through 162 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

# Exhibit N

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**
AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.
ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 38S MB 6744 9982 | 2007/01/20 | 1430 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS

B CO 1-131 AVN

9. I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On Jan 20th 2007 at 1415 Easy Flight, Easy 56 and 62, Chalk 1 and 2. I was AMC in chalk 1 with (b)(3), (b)(6) and (b)(3), (b)(6) (b)(3), (b)(6) . We Departed Balad on the 0120A mission. About 10 minutes into the flt we noticed a flight of 2 UH-60 approaching from the west. we where headed south at 150-200 FT and after a few minutes the other Chalk turned south to parallel us. They where approx 3-4 miles ahead and to our west. After approx 5 min we noticed a white puff of smoke and observed a trail of gray/white smoke coming from chalk 2 of the other flt. He made an erect turn to the left and was attempting to land he almost landed, then the a/c shot approx 150-200ft back into the air and erectly mad a sharp turn to the left the flew straight into the ground exploding on impact. At this point we where approx 1 mile away and was enroute to aid assistance. Chalk one of the other flt had already landed when (b)(3), (b)(6) noticed a white four door pickup truck speeding away to the east! We went after the truck and spotted 3-4 men jumping from the truck and running, we begin to engage the truck and the men, both my flight and chalk 2 made multiple passes at the truck letting both dg and ce fire at the truck and the men. At one point one of the men pulled an RPG from the back of the truck and fired at us, we where no more than 75 ft from the blast and was not hit by the RPG. After we had killed all the threats we widened our coverage of security. Closer to the wreckage we discovered a 2 barrel AA gun hidden in trees and brush. Chalk 2 fired multiple rounds in and around the weapon system. As the AH-64's where showing on station we and the threat was dead! We landed to the right of the crash to provide security and our Chalk 2 landed to the left of the crash site to provide security. Once we determined that there was no survivors we gathered all paxs that had exited to provided additional security and left as a flight of three with they're chalk 1 as Chalk 2 in our flight and headed back to Balad. It is my belief that the threat did not expect 2 more aircraft coming from the east and we surprised them, I also believe that Chalk 1 of the other flight was at danger of being drawn in and fired upon.

*Nothing Follows*

(b)(3), (b)(6)

| 0. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.*

**DA FORM 2823, DEC 1998**    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED



STATEMENT OF _(b)(3), (b)(6)_ TAKEN AT _____ DATED _____

9. STATEMENT _(Continued)_

**AFFIDAVIT**

I, _(b)(3), (b)(6)_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLU

_(b)(3), (b)(6)_

WITNESSES:

_(b)(3), (b)(6)_

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _2 0_ day of _January, 2007_ at _____

_(b)(3), (b)(6)_

ORGANIZATION OR ADDRESS
_1-131 Avn_

_(Signature of Person Administering Oath)_

_(b)(3), (b)(6)_

_(b)(3), (b)(6)_

_(Typed Name of Person Administering Oath)_

ORGANIZATION OR ADDRESS
_1-131 Avn_

_(b)(3), (b)(6)_

_(Authority To Administer Oaths)_

INITIALS OF PERSON MAKING STATEMENT _(b)(3), (b)(6)_

PAGE _3_ OF _3_ PAGES

*PAGE 3, DA FORM 2823, DEC 1998*

APD PE v1.01

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit O

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.
ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| FFS MC 6744 795 | 2007 . . 20 | 205 . |  |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

3. ORGANIZATION OR ADDRESS

Co B, 1/1th Avn

9.

I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On mission number 0120A, we were approximately 20 minutes from a robust hit (round 1945) heading 180° when I noticed an aircraft smoking. The aircraft made a left turn and I noticed it was a helicopter about 200' AGL. The smoking aircraft was heading west when I saw the aircraft trying to land in a westerly direction. The aircraft started climbing (my flight was heading south and was 3-5 miles north of damaged aircraft) and I noticed a steady smoke trail coming from the ground and apparently hit the aircraft's #2 engine over low determined by the smoke trail going to the #2 area and then a bright flash/and vision was lost to the ground. I did see the impact and I heard the other aircraft (in that other mission) announced "Mayday Mayday-Fallen Angel." "A" mission went (the mission I was on) went in to provide assistance. The gunner on my aircraft spotted a white 4-door pick up truck speeding away. My aircraft twin, main followed the truck. The truck stopped by a ravine (heading south) and people started running away from the truck. The gunner noticed weapons and asked to engage. Permission was given to engage. At this time, the aircraft was approximately 50' AGL going about 60-90 KIAS. One hostile was east of the truck when he was hit. On my second or third pass, I noticed a hostile aiming an RPG at me and I announced over "ICS RPG." The hostile fired. The warhead went behind us (the (b)(3), (b)(6) on the right side said the warhead went underneath us.) I was sitting on the right side of the aircraft on chalk 1. The (b)(3), (b)(6) fired at the hostile and hit the hostile. I noticed one to two more guys underneath the truck, which the right side crew chief fired at. Chalk 2 was behind us also shooting. After hostiles were killed, we expended our search. Chalk 1 in the other flight landed by the down aircraft. We noticed a large gun in between two banks. Chalk 2 aircraft engaged the large gun. Upon the description, it sounded like a ZPU-2. By then two Apaches responded. I directed them to the white pick up w/the ZPU location. My flight proceeded to provide security for the downed aircraft. I noticed there was not much left of the downed aircraft. After 10-15 minutes we headed back to Balad with the other UH-60 from the other flight.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _____ PAGES |
|---|---|---|
|  | (b)(3), (b)(6) |  |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED

STATEMENT OF _____ TAKEN AT _____ DATED _____

9. STATEMENT     *(Continued)*

AFFIDAVIT

I, (b)(3), (b)(6) _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE (b)(3), (b)(6)     DUCEMENT.

_____ *(Signature of Person Making Statement)*

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 22 day of January 2007

at LSA

_____ *(Signature of Person Administering Oath)*

(b)(3), (b)(6)

(b)(3), (b)(6)
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

(b)(3), (b)(6)

PAGE       OF       PAGES

PAGE 3, DA F      , DEC 1998

UNCLASSIFIED

# TAB

UNCLASSIFIED

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit P

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (*SSN*).
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| IRAQ | 20070120 | | |

| ME | | |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(3), (b)(6) |

8. ORGANIZATION OR ADDRESS

B CO 1-131st AVN

9.
I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 20070120 mission # 0130 A, EASY Aircraft 56 and 62 witnessed easy 40 engaged by hostile forces. easy 40 appeared to have been by a RPG. When 40 tried to land they appeared to have been hit again by another RPG. they then climbed 150-200 feet then crashed. Easy 40 instantly caught fire upon impact, crash site was at 385 MB 6744 9982 at 1430. my crew on easy 56 was (b)(3), (b)(6) Gunner in LEFT S at (b)(3), (b)(6) and my S&H <S crewman in right seat. our flight then turned to land at the crash site upon arrival my gunner (b)(3), (b)(6) saw a truck leaving the area rapidly. we approached the truck when we got to the truck personal in the truck dismounted and started to grab them from inside the bed of the truck (b)(3), (b)(6) Bombard was given permission to engage, after he was out of Ammo we turned and the truck was on the right side. myself and (b)(3), (b)(6) (b)(3), (b)(5) saw a single person hiding behind the truck with an RPG. the (b)(3), (b)(6) person standing kneeling behind the truck fired and the RPG either went behind or under our Aircraft. I engaged what I could because of our Aircraft. On my second pass I then saw another single person low crawling in the (b)(3), (b)(6) some to the front of the truck (b)(3), (b)(6) at that time I engaged the person who was low crawling. after a few more (b)(3), (b)(6) and we turned and fired onto the truck to to have passed

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF | PAGES |
|---|---|---|---|
| | (b)(3), (b)(6) | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72 IS OBSOLETE | APD PE v1.01 |
|---|---|---|

UNCLASSIFIED

| STATEMENT OF | _____ | TAKEN AT | _____ | DATED | _____ |

9. STATEMENT    *(Continued)*

NOT USED

**AFFIDAVIT**

I, [(b)(3), (b)(6)] _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___1___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR _____ EMENT.

[(b)(3), (b)(6)]

*(Signature of Person Making Statement)*

[(b)(3), (b)(6)]

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 22ⁿᵈ day of _January_ , 2007

[(b)(3), (b)(6)]

ORGANIZATION OR ADDRESS

[(b)(3), (b)(6)]

[(b)(3), (b)(6)]

ORGANIZATION OR ADDRESS

[(b)(3), (b)(6)]

*(Typed Name of Person Administering Oath)*

[(b)(3), (b)(6)]

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT    [(b)(3), (b)(6)]

| PAGE | OF | PAGES |

PAGE 3, DA FORM 2823, DEC 1998

UNCLASSIFIED

# TAB

 UNCLASSIFIED

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG

# Exhibit Q

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN)

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad | 2007 01 20 | 1430 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS

B CO 1/131 AVN

9. I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

At about 1430 on 20 Jan. 2007, my aircrew observed a UH-60 taking fire, and then crash. After the aircraft went down we started turning to the aircraft. I observed a white pickup truck evading the area. I notified my pilots and they turned to the truck. The individuals then exited the truck yielding RPG's & AK-47's, At which time I engaged multiple subjects & the truck. After several passes on the truck, we determined that the enemy combatants had been incapacitated & we landed at the downed aircraft to provide ground security, then we escorted the other aircraft back to base. We landed at our pad & debriefed, End of Statement.

location 38S MB 6744 9982

(b)(3), (b)(6)

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

UNCLASSIFIED

STATEMENT OF (b)(3), (b)(6) AT _____ DATED _____

9. STATEMENT (Continued)



AFFIDAVIT

I, (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE

(b)(3), (b)(6)

WITNESSES:

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this _26_ day of _January_ , _2007_
at

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

(b)(3), (b)(6)

C Co 1-131

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)
(Authority To Administer Oaths)

INITIALS OF PERSON _____ NT

(b)(3), (b)(6)

PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2

APD PE v1.01

UNCLASSIFIED

# TAB

 UNCLASSIFIED

UNCLASSIFIED

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG

# Exhibit R

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN)
PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.
ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad | 2007 01 20 | | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(3), (b)(6) | (b)(3), (b)(6) |

8. ORGANIZATION OR ADDRESS

9. I, **(b)(3), (b)(6)**, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

At 1830 on 20 Jan 2007 my aircrew observed a UH-60 (Blackhawk) taking fire. Then it went down. Then we saw a white 4 door truck driving away. The crash scene is a Hwy. The door gunner annouced the truck, and we chased them. we we caught up. We also cover the truck with weapons, we engaged the truck until there was no movements. We then landed at the crash sight to pull security. Then we escorted the other aircraft back to balad landed debriefed end of statement

location 38S MB 6744 9156

(b)(3), (b)(6)

| 10. EXHIBIT | 11. [PE]RSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**   DA FORM 2823, JUL 72, IS OBSOLETE   APD PE v1.01

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | _____ | DATED | _____ |

STATEMENT *(Continued)*

**AFFIDAVIT**

I, _____ (b)(3), (b)(6) _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLU

| (b)(3), (b)(6) |
*(Signature of Person Making Statement)*

WITNESSES:

| (b)(3), (b)(6) |

Co C 1-131

| (b)(3), (b)(5) |

Co C 1-131 Avn
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 20 day of January 2007
at

| (b)(3), (b)(6) |

| (b)(3), (b)(6) |

| (b)(3), (b)(6) |
*(Authority To Administer Oaths)*

| INITIALS OF _____ NG STATEMENT |

| (b)(3), (b)(6) |

PAGE 3 OF 3 PAGES

PAGE 3, DA FORM 2823, DEC 1998

APD PE v1.01

UNCLASSIFIED

# TAB

UNCLASSIFIED

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit S

PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.
**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.
**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 385 MB 6749 9982 | 20070120 | 1850 | |

| 5. LAST NAME FIRST NAME MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3) (b)(6) | (b)(6) | (b)(6) |

HHC 1-131 AVN BN

9. I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

While traveling south, north of the ~~target~~ (b)(3), (b)(6) location of the incident, I saw an aircraft flying erratically with smoke coming from what appeared to be the left (b)(3), (b)(6) side. The aircraft was approximately 3 to 4 miles south of my aircraft, Easy 62, tail number 483. I was the [(b)(3), (b)(6)] in the left seat. (b)(3), (b)(6) was ~~the~~ the (b)(3), (b)(6) and (b)(3), (b)(6) in the right seat, (b)(3), (b)(6) was the right side (b)(3), (b)(7)a and (b)(3), (b)(6) was the left side (b)(3), (b)(7)a The aircraft climbed and descended numerous times before impacting the ground. My aircraft and chalk 1, Easy 56, flew to the crash site then turned to the east. (b)(3), (b)(5) on Easy 56 saw a truck with weapons leave the area then engaged the vehicle with the m240. Easy 62 and 56 made multiple passes over the truck shooting multiple rounds into the vehicle. After determining that the enemy was neutralized Easy 56 and 62 ~~flew~~ landed near the crash site (b)(3), (b)(6) dismounted the aircraft with two of the passengers. Easy 71 asked to depart the area with Easy 62 and 56. We departed as a flight of three back to Balad. Nothing follows. ——————

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 2 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE V1

USARCENT FOIA FA-22-0067 Tranche1    UNCLASSIFIED

The image covers essentially the entire page as a form document.

UNCLASSIFIED



STATEMENT OF (b)(3), (b)(6)    TAKEN AT _10:50_    DATED _20070126_

9. STATEMENT *(Continued)*

---

**AFFIDAVIT**

I, (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFL...

(b)(6)

*(Signature of Person Making Statement)*

WITNESSES:

(b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _21_ day of _January_, _2007_ at _18..._

(b)(3), (b)(6)

*(Signature of Person Administering Oath)*

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

(b)(3), (b)(5)

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

(b)(3), (b)(6)

PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2823, DEC 1998

UNCLASSIFIED

# TAB

UNCLASSIFIED

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit T

PRIVACY ACT STATEMENT

AUTHORITY: Title 10, USC Section 301; Title 5, USC Section 2951; E.O. 9397 Social Security Number (SSN).

PRINCIPAL PURPOSE: To document potential criminal activity involving the U.S. Army, and to allow Army officials to maintain discipline, law and order through investigation of complaints and incidents.

ROUTINE USES: Information provided may be further disclosed to federal, state, local, and foreign government law enforcement agencies, prosecutors, courts, child protective services, victims, witnesses, the Department of Veterans Affairs, and the Office of Personnel Management. Information provided may be used for determinations regarding judicial or non-judicial punishment, other administrative disciplinary actions, security clearances, recruitment, retention, placement, and other personnel actions.

DISCLOSURE: Disclosure of your SSN and other information is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Balad, Iraq | 2007/01/20 | 22:00 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

8. ORGANIZATION OR ADDRESS
Co B. 1-131st Avn Regt (Fly With)    Co D. 1-149 ARB   (Assigned To)

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Flying south in the vicinity of 38S MC 6744 9982 we were a flight of two UH-60A's on mission 0120A. Lead was Easy 56 (b)(3), (b)(6) , Trail was Easy 62 with (b)(3), (b)(6) in the left seat, myself (b)(3), (b)(6) the right seat, (b)(3), (b)(6) (b)(3), (b)(6) (b)(3), (b)(6) announced traffic at our 2 o'clock approximately 5 miles. Traffic was flying to the east and then turned more toward the south. The traffic was identified as two UH-60's. At approximately 1430 I noticed a puff of smoke to the right side of chalk two of the flight in front of us. They were approximately 3-4 miles south and west of us. Seconds later the aircraft was trailing smoke and began a left bank. It seemed like the aircraft was having difficulties but was under control. The aircraft continued to bank left and leveled out heading west and appeared to be in a landing profile. At about 15 to 20 feet from touchdown the aircraft pitched up, banked left erratically, gained about 100 feet and appeared out of control. The aircraft continued around to the left and hit the ground heading northwest. At the time of impact chalk one of the other flight made a mayday call and we realized it was a 1-131 flight. Chalk one of the other flight landed to check for survivors and our flight provided security. Easy 56 noticed a white pickup truck approximately 300 meters to the north east leaving the area. On further inspection the truck stopped and engaged Easy 56 with an RPG, missing the aircraft. We flew in following Easy 56 and were in a right orbit around the truck. I saw one person standing behind the truck reaching into the bed to reload (b)(3), (b)(6) identified the target and neutralized it. We made approximately 4 or 5 turns around the truck, right side, left side as the gunners reloaded. I saw a total of 3 people around the truck, all were neutralized. Once the truck was not a threat we widened our security. Chalk 1 of our flight identified a 2 barreled gun in a clump of trees. We made two passes by the trees. I did not see any people but the gun was engaged with multiple rounds. At this point we had Apaches over head so our flight landed to the left and right rear of the crash site and set up security. Chalk 1 of the other flight was becoming low on fuel. We left the crash site as a flight of 3 and returned to Balad without further incident.------------------------NOTHING FOLLOWS------------------------------

| 10. EXHIBIT | 11. I | | ING STATEMENT | PAGE 1 OF | 2 | PAGES |
|---|---|---|---|---|---|---|
| | | (b)(3), (b)(6) | TAKEN AT | | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, NOV 2006          DA FORM 2823, DEC 1998, IS OBSOLETE          APD PE v1.00

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | Balad, Iraq | DATED | 2007/01/20 |

9. STATEMENT  *(Continued)*

-----------------------------------NOTHING FOLLOWS-----------------------------------

### AFFIDAVIT

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___1___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFL

(b)(3), (b)(6)

*(Signature of Person Making Statement)*

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this ___20___ day of ___January___ , ___2007___

WITNESSES:

(b)(3), (b)(6)

HHC 1-131
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

*(Signature of Person Administering Oath)*

(b)(3), (b)(6)

C C 1-131
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)
*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)
*(Authority To Administer Oaths)*

| INITIALS | (b)(3), (b)(6) | PAGE 2 OF 2 PAGES |

DA FORM

APD PE v1 00

UNCLASSIFIED

# TAB

UNCLASSIFIED

UNCLASSIFIED

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODC

# Exhibit U

PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* |
| PRINCIPAL | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION Balad Iraq | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
| 5. LA (b)(3), (b)(6) | 6. SS (b)(3), (b)(6) | 7. GRADE/STATUS (b)(3), (b)(6) |

8. ORGANIZATION OR ADDRESS
Co B 1-131 Avn

9.
I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was sitting left gunner seat on the 2nd Actt From my
position located inside of the Actt. I observed a gray puff of
smoke located at the 2 o'clock position off of the nose of my
Aircraft. The puff of smoke was approx 1 to 1½ miles away.
I later heard over the ICS system, that a Easy Element
Aircraft call out "Mayday, mayday, mayday", "We have a fallen
Angel". I said "was that one of ours" someone stated over the
ICS system "yes it is one of ours" I stated "Let's go help these guys
out, they need us". The best of my knowledge our lead actt assumed
that there was a couple of guys around a white 4 door pickup truck acting
suspicious and moving and it emediatly. The lead actt announced over the radio
that one of the guys around the truck had a RPG and then fired it at
our lead actt. Our lead actt then engaged the man and the truck with
their M-240's. I was in the second actt my actt and the lead actt. made at
least 7 to 8 passes in a figure 8 pattern around the white pickup truck.
Engaging the truck and the 4 personal around it. I myself expended at least
350+ rounds of 7.62mm from my M-240 targeting the truck and the
personal on the ground. I observed the man on the right side of the truck
holding what appeared to me to be a launch tube for a RPG, that is when I
engaged him. After the area was accessed by all 4 pilots we then landed and
a Delta Force operator and a Navy Seal off of my Actt ran over to the crash
site to see if they could provide any assistance.

| 10. EXHIBIT | 11. INITIALS (b)(3), (b)(6) MAKING STATEMENT | PAGE 1 OF _3_ PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1 00

UNCLASSIFIED

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF **(b)(3), (b)(6)**    TAKEN AT _____    DATED _____

9. STATEMENT *(Continued)*

We were probably on the ground for approx 10 to 12 min. The Pay Seat and the Crew Force operator returned to the aircraft and then we departed the area of the crash and returned to Balad.

*Nothing Follows*

INITIALS OF PERSON MAKING STATEMENT **(b)(3), (b)(6)**    PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998    USAPA V1.00

UNCLASSIFIED

STATEMENT OF _____ TAKEN AT _____ DATED _____

STATEMENT *(Continued)*

## AFFIDAVIT

I, __(b)(3), (b)(6)__ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE_____. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENC_____T.

(b)(3), (b)(6)

*(g Statement)*

WITNESSES:

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _21_ day of _January_, _2001_
at _____

(b)(3), (b)(6)

*COC 1-131*
ORGANIZATION OR ADDRESS

*(Signature of Person Administering Oath)*

(b)(3), (b)(6)

(b)(3), (b)(6)
ORGANIZATION OR ADDRESS

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT

(b)(3), (b)(6)

PAGE _3_ OF _3_ PAGES

UNCLASSIFIED

# TAB

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit V

**PRIVACY ACT STATEMENT**

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).
PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately identified.
ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.
DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| ISA Anaconda | 20070122 | 2100 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(3) |

9. Co B Vision Bgt. 3b CAB, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was on Easy 62 we were Chaulk 2 in a flt of 2 UH60's enroute to hibreak when we heard 2 Acft coming in from the 2 Oclock and Merge in Front of us we were all then headed South. They were about 4-5 Klicks in Front f us, I was on the R side of Easy 62 when my (b)(3), (b)(6) announced an acft in Front of us smoking, I then looked out to the front of our Acft and I notice a Blackhawk smoking from the # 1 side of the Acft, and it was Flying very erratic and it looked like they were landing then all of a sudden the Acft shot up and was very erratic again then hit the Ground at about 45° Angle to the ground and Exploded on impact, at that time we as a flt went to assist them, when a pickup with people Bailing, out and Pointing RPK at us head engaged and then we engaged 3 people at the truck, on one Pass we observed 2 under the Truck and 1 of them Reached into the Bed of the Truck and Pulled another RPK from it at which time I killed him with a burst from My 240 able approx 600 plus Rounds on the Target the RP64 Grounded on the Scene

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF | PAGES |
|---|---|---|---|
| | (b)(3), (b)(6) | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823 JUL 72 IS OBSOLETE    APD PE V1.1

UNCLASSIFIED

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM

STATEMENT OF | (b)(3), (b)(6) | TAKEN AT _Balad_ | DATED _____

STATEMENT (Continued)

And as we roll off, I was not tasked at the crash scene to provide security and assist available, dealing with a Delta and a Navy Seal posted. My Reft to provide security and support, I unplugged to assist if needed at which time I heard Big Gun Fire and Returned to My Reft and learned charlie to Reft was how on gun and I went to get My Pax and reuse all personell to leave scene, enroute to Balad.

_Nothing Follows_

INITIALS OF PERSON MAKING STATEMENT | (b)(3), (b)(6) | PAGE _2_ OF _3_ PAGES

*PAGE 2, DA FORM 2823, DEC 1998*                         APD PE v1.01

UNCLASSIFIED

# TAB

UNCLASSIFIED

Page 192 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit X

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* .

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION Catkish air Balad Iraq | 2. DATE (YYYYMMDD) 2007 0120 | 3. TIME 1730 | 4. FILE NUMBER |
|---|---|---|---|

| 5. (b)(6) | 6. SSN (b)(6) | 7. (b)(6) |
|---|---|---|

8. ORGANIZATION OR ADDRESS

CSM I

9.

I, (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

today I saw a helocopter shutdown. The door gunners of the helo I was in fired on a white pickup and at least 3 personel. I only saw 1 person on the first pass, but on the second pass at least 2 persons fired on the helo. aprox. 3 or 4 more passes were made on the truck. then we sat down close to the downed chopper. we then returned to Balad.

nothing follows. (b)(6)

| 10. EXHIBIT | (b)(6) STATEMENT | PAGE 1 OF (b)(6) PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING 'STAT_____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**     DA FORM 2823, JUL 72, IS OBSOLETE     APD PE v1.01

UNCLASSIFIED



STATEMENT OF _(b)(6)_    TAKEN AT _1730_    DATED _2007 01 20_

9. STATEMENT *(Continued)*

NOTHING FOLLOWS

(b)(6)

**AFFIDAVIT**

I, _(b)(6)_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL IN

(b)(6)

WITN _(b)(3), (b)(6)_

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _20_ day of _JAN_ , _07_

ORG at _Polish Team_

_(b)(3), (b)(6)_
_(Signature of Person Administering Oath)_

_(b)(3), (b)(6)_
_(Typed Name of Person Administering Oath)_

ORGANIZATION OR ADDRESS    *(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT    PAGE _2_ OF _2_ PAGES

DA FORM 2823, NOV 2006    APD V1.00

Pages 196 through 197 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

# Exhibit Y

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| LSA ANACONDA | 2007/01/20 | 2220 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. | 7. GRADE/STATUS |
|---|---|---|
| (b)(3), (b)(6) | (b)(6) | (b)(6) |

| 8. ORGANIZATION OR ADDRESS |
|---|
| C CO, 1-131 AVN REGT |

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I WAS THE (b)(3), (b)(6) AND AT 1455 PALEHORSE TOC RECEIVED A CALL FROM EZ-62 THAT THERE WAS A FALLEN ANGEL AT GRID 38S MC 6817 0045. ATTENTION IN THE TOC WAS CALLED AND THE DOORS WERE LOCKED DOWN. WE THEN STARTED THE PALEHORSE BATTLE DRILL #1 PERSONNEL RECOVERY / DOWNED AIRCRAFT. THE RTO STARTED A NEW LOG. WE THEN HAD THE RTO BRING UP THE AIRCRAFT ON BLUE FORCE TRACKER. WE THEN WAS ABLE TO IDENTIFY THE AIRCRAFT THAT HAD WENT DOWN AS BEING EZ 40 / ACFT # 984. WE THEN NOTIFIED THE (b)(3), (b)(6) (b)(3), (b)(6) OF THE SITUATION BY WAY OF THE MOTOROLA RADIO. WE PERFORMED THE BATTLE DRILL AND SENT THE INFORMATION TO THE 36TH CAB (b)(3), (b)(5) AIR SUPPORT & UAV's WE REQUESTED THROUGH THE BRIGADE. SEVERAL ELEMENT WERE CONTACTED (i.e. BAGHDAD RADIO, 1-149TH ATK,) TO GET ASSETS TO THE SCENE. AFTER A FEW MINUTES WE BEGAN SEEING

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____.

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

| DA FORM 2823, DEC 1998 | DA FORM 2823, JUL 72, IS OBSOLETE | APD PE v1 01 |
|---|---|---|

UNCLASSIFIED

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___ (b)(3), (b)(6) ___ TAKEN AT _2220_ DATED _2007/01/20_

9. STATEMENT    (Continued)

ATTACK BFT ICONS ARRIVING AT THE SHOOTDOWN LOCATION. ONCE THE AREA WAS SECURED PALEHORSE TOC INFORMED THE A MSN TO LINK UP WITH A/C 463 & RETURN TO BALAD AS A FLIGHT OF 3. ONCE AIRCREWS MADE IT BACK TO BALAD, WE HAD CONTACT TEAMS MEET THEM TO TAKE THEM TO THE CHARLIE COMPANY AREA. THE ~~PALEHORSE~~ TOC CALLED CATFISH AIR & HAD THEM TO DETAIN THE PAX FROM A/C # 463 FOR A DEBRIEF. THE (b)(3), (b)(6) WENT & DEBRIEFED THEM & WAS ABLE TO RECOVER SOME PICTURES TAKEN & VIDEO TAKEN OF THE WRECKAGE. WE THEN RECEIVED A BFT MESSAGE FROM THE GROUND UNITS STATING THAT "WE HAVE FOUND 12 BODIES AND IDENTIFIED 10. SEARCH COMPLETE NO OTHER BODIES FOUND. SENT NAMES TO 3/61 CAV TOC VIA FIPR." PALEHORSE TOC THEN CALLED 3/61 CAV TOC TO GET THE NAMES OF THE BODIES THAT WERE RECOVERED. THE EMAIL FROM THE 3/61 CAV STATED THAT 11 NAMES WERE IDENTIFIED AND ONE WAS UNIDENTIFIED.

INITIALS OF PERSON MAKING STATEMENT
(b)(3), (b)(6)

PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998

APD PE v1.01

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | 2220 | DATED | 20 JAN 07 |

**9. STATEMENT** *(Continued)*

A COMMUNICATIONS BLACKOUT WAS INITIATED AND IS STILL IN EFFECT. WE ARE STILL AWAITING NEXT OF KIN NOTIFICATION. THE TOC STARTED A BINDER WITH ALL INFORMATION PERTAINING TO THE FALLEN ANGEL. ALL BFT MESSAGES SAVED INTO FILE.

NOTHING FOLLOWS

**AFFIDAVIT**

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE 3 . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(b)(3), (b)(6)

**WITNESSES:**

(b)(3), (b)(6)

A Co 1/131 Avn
APO AE 09350
ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

A Co 1/131 Avn
APO AE 09391
ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this **20** day of **January** , **2007**

(b)(3), (b)(6)

(Signature of Person Administering Oath)

(b)(3), (b)(6)

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT (b)(3), (b)(6)

| | PAGE 3 OF 3 PAGES |

*PAGE 3, DA FORM 2823, DEC 1998*

APD PE v1.01

Page 202 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is PMG

# Exhibit Z

**PRIVACY ACT STATEMENT**

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*. |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION LSA ANACONDA | 2. DATE (YYYYMMDD) 2007/01/20 | 3. TIME 1900 | 4. FILE NUMBER |
| 5. (b)(3), (b)(6) | 6. S (b)(6) | | 7. GRADE/STATUS (b)(6) |

8. ORGANIZATION OR ADDRESS
HHC, 1-131 AVN REGT

9.

I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

ON 20 JAN 2007 I WAS INFORMED ABOUT a FALLEN
ANGEL AND THE CREW WAS SUSPECED TO HAVE DIED IN
THE CRASH. I WENT to FALLHOUSE TOC AS PART of THE
STAFF. OPERATIONS PERSONNEL WERE VERY CONTROLLED
AND GOING BY THE BATTLE STAFF CHECKLIST.

| 10. EXHIBIT | 11. INITIALS [OF PER]SON MAKING STATEMENT (b)(3), (b)(6) | PAGE 1 OF 1 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | 1900 | DATED | 2007/01/20 |
|---|---|---|---|---|---|

9. STATEMENT *(Continued)*

**AFFIDAVIT**

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(b)(3), (b)(6)

WITNESSES:

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 20 day of January , 2007

at 20 c

(b)(3), (b)(5)

*(Signature of Person Administering Oath)*

(b)(3), (b)(6)

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)

*(Authority To Administer Oaths)*

| INITIALS OF PERSON MAKING STATEMENT | (b)(3), (b)(6) | | PAGE 5 OF PAGES |
|---|---|---|---|

PAGE 5, DA FORM 2823, DEC 1998

UNCLASSIFIED

# TAB

 UNCLASSIFIED

Pages 207 through 208 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(7)a, (b)(7)e, (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Pages 210 through 212 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(7)a, (b)(7)e, (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

**INFORMATION SHEET:**                              UNCLASSIFIED

A. Caller name & rank: _Casey 62 1_                                    **Exhibit CC**

B. Radio frequency / DNVT #: _HF_

C. Unit / call sign of the caller reporting the accident: _____

D. Can the accident location be accessed by ground vehicles? _Yes_

E. Type Aircraft and/or Aircraft Identification: _UH-60A_

F. Is there a fuel spill or fuel leaking from the aircraft at this time? _N_

H. Is a fire involved? _Yes_

I. Number of Personnel involved? _CREW_

J. Injuries? _Yes_

K. Type of Assistance Required: _____

L. Enemy Situation: _____

M. Date: _20 Jan 2006_    Time: _1448_

**BATTLE CAPTAIN:** I. START THE BATTALION NOTIFICATION SEQUENCE:

**Time Notification Sequence Started:** _1445_
Notification Sequence will be as follows:

(b)(3), (b)(6)

UNCLASSIFIED

# TAB

UNCLASSIFIED

# BATTALION NOTIFICATION SEQU

Exhibit DD

Last Updated: 28 Sep 2006

(b)(3), (b)(6)

UNCLASSIFIED

# TAB

Page 218 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(7)a, (b)(7)e, (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

# Exhibit FF

IMMEDIATE AIRSPACE ALERT
Note: It will be posted on mIRC Channel #FLTFOLLOW ior.navy.smil.mil

WHO: 1ST CAV DIV

WHAT: DOWNED AIRCRAFT ROZ

WHEN: NOW – UFN

WHERE: 38S MC 6679 0002

    3NM RADIUS

    ALT SFC 3000FT

WHY:  RECOVERY A/C IN AO OF DOWNED A/C

CONTACT INFO:  BAGHDAD RADIO

| (b)(6) |
|---|

PRINTED @ 1608L

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Pages 222 through 242 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

.

UNCLASSIFIED

# TAB

Pages 244 through 252 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6). (b)(7)F

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Pages 254 through 256 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Pages 258 through 259 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

Pages 261 through 263 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

 UNCLASSIFIED

Page 265 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Page 267 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

Page 269 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

 UNCLASSIFIED

Page 271 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

Page 273 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6)

UNCLASSIFIED

UNCLASSIFIED

# TAB

Pages 275 through 281 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(6), (b)(7)f

UNCLASSIFIED

UNCLASSIFIED

# TAB

Page 283 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

 UNCLASSIFIED

Page 285 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

Pages 287 through 288 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

Pages 290 through 291 redacted for the following reason

b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

Page 293 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

Page 295 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

# TAB

Pages 297 through 298 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - - - -
b)(1)1.4a

UNCLASSIFIED

UNCLASSIFIED

# TAB

UNCLASSIFIED

UNCLASSIFIED

# Exhibit XX

# Mission Planning Map

# Not Available

# Classified

UNCLASSIFIED

# TAB

   UNCLASSIFIED

Pages 302 through 303 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - -
(b)(6)

UNCLASSIFIED