# Exhibit 153

**FILED UNDER SEAL**