**<u>Exhibit 154</u>**

**CENTCOM CCJ6 (USA)**
| (b)(6) |
| --- |

**From:** | (b)(3), (b)(6) |
**Sent:** Saturday, April 7, 2007 12:30 PM
**To:**

(b)(3), (b)(6)

**Subject:** ~~(FOUO)~~ Casualty Report-INIT-Hoover, Levi (71615APR07)

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
      DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  097-003

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old): | (b)(6) |

Last Name:  Hoover

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  Delta Co., 5-73 RSTA, 3HBCT, 1st Cavalry Division Opcon. To 25th Infantry Division

Date/Time of Incident (New/Old):  20070405/1615

Inflicting Force:  Enemy Forces

Circumstance:  At 071615APR07, Task Force 5-73 reports an Improvised Explosive Device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States Killed in Action and one United States Wounded in Action. Two Killed in Action and the Wounded in Action are at 332nd Expeditionary Medical Group at Balad and two Killed in Action are being evacuated to Forward Operating Base Warhorse.

Duty Status:  Present For Duty

Remarks:  Will Supplement when more information is available.

Pronounced by: PENDING.

Identified by: PENDING.

Religious Ministries: PENDING.

Will Supplement when more information is available.

Report by: [ (b)(3), (b)(6) ] 3HBCT Casualty Operations Clerk, VOIP [ (b)(6) ]

Reviewing Officer: [ (b)(3), (b)(6) ] 3HBCT Executive Officer, VOIP [ (b)(6) ]

As of Date: 71859APR07

Software Version:  DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:**      (b)(3), (b)(6)    on behalf of 332
EMDG Balad CLT <332emdg.baladclt@blab.centaf.af.mil>

**Sent:**      Saturday, April 7, 2007 1:55 PM

**To:**

(b)(3), (b)(6)

*Approved for Release*

**Subject:**      (FOUO) Casualty Report - INIT - Hoover, Levi - Incident Date/Time: 2007/04/07

**Follow Up Flag:**      Follow up
**Flag Status:**      Flagged

1

Classification: ~~CONFIDENTIAL~~

I am [ (b)(3), (b)(6) ] casualty representative for B/22 PSB, reporting from 332nd EMDG in Balad, Iraq (LSA Anaconda). Attached is a real-world casualty report.

"The casualty information contained in this email is SENSITIVE IN NATURE and must be protected from unauthorized or accidental disclosure.
Release of this information is RESTRICTED.  Under NO circumstances is this information to be released to the public or the next of kin of the casualty without coordination and authorization from the servicing Casualty Area Command."


~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status: DECEASED

Casualty Category:  Killed In Action

Report Number:  097-006

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old): [ (b)(6) ]

Last Name:  Hoover

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  D Co. 82nd BSB 82nd ABN

Military UIC:  WG6CD0

Date/Time of Incident (New/Old):  20070407/

Inflicting Force:  Enemy Forces

Incident Country:  Iraq

Circumstance:  Soldier was in the vicinity of MC 7042 4576 when his vehicle struck an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20070407/1648

Place of Death Country:  Iraq

Cause of Death:  Unknown

Investigation Required:  Investigation Required

TRNG/Duty Related:  Not Training/Duty Related

Duty Status:  Present For Duty

Birth Date:  (b)(6)

Birth State:  OH

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  White

Religious Preference:  No Religious Preference

DMOS/AFSC:  88M

PMOS:  11B

PEBD:  20050104

BASD/ADBD:  20050104

USCENTCOM FOIA 17-0647-17-0717 & 17-0721-17-0722                                    296 03/14/2019

HOR City:  Midland

HOR State:  MI

HOR Country:  United States

Remarks:  Soldier arrived at 332nd EMDG on 071648APR07.
Soldier did not have any identification on person and was identified visually by [ (b)(3), (b)(6) ] Company Commander on 072100APR07 at 111 QM Co. Mortuary Affairs..
Soldier received religious ministries on 071648APR07 by [ (b)(3), (b)(6) ] USAF.
Report Completed By: [ (b)(3), (b)(6) ] B/22 PSB, [ (b)(6) ]


Software Version:  DCIPS Forward - Version 4.0 Build: 57 Release Date:
01 MAR 2007

~~FOR OFFICIAL USE ONLY~~

| (b)(6) | **CENTCOM CCJ6 (USA)** |
|---|---|

**From:** (b)(3), (b)(6)
**Sent:** Saturday, April 7, 2007 1:33 PM
**To:**

(b)(3), (b)(6)

**Subject:** (FOUO) Casualty Report - INIT - Hoover, Levi - Incident Date/Time: 2007/04/05 16:15

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  097-046-07

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(6)

Last Name:  Hoover

1

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Date/Time of Incident (New/Old):  20070405/1615

Inflicting Force:  Enemy Forces

Incident City:  Zaganiyah

Incident Country:  Iraq

Circumstance:  At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Place of Death City:  Zaganiyah

Place of Death Country:  Iraq

Investigation Required:  Investigation Required

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

Remarks:  Will SUPP when more information is available. Report by: [ (b)(3), (b)(6) ] 3HBCT Casualty Operations Clerk, VOIP [ (b)(6) ] Reviewing Officer: [ (b)(3), (b)(6) ] 3HBCT Executive Officer, VOIP [ (b)(6) ] DCIPS was prepared by [ (b)(3), (b)(6) ] MNC-I casualty operations on 07 Apr 07 at 2132hrs.  MNC-I POC for this report is [ (b)(3), (b)(6) ] [ (b)(3), (b)(6) ] MNC-I casualty operations NCOIC at [ (b)(6) ]

Software Version:  DCIPS Forward - Version 4.0 Build: 55 Release Date: 28 NOV 2006

FOR OFFICIAL USE ONLY

2

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*        CASUALTY REPORT        \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  097-003A

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  ☐ (b)(6)

Last Name:  Hoover

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  Delta Co., 5-73 RSTA, 3HBCT, 1st Cavalry Division Opcon. To 25th Infantry Division

Military UIC:  WG6CD0

Date/Time of Incident (New/Old):  20070405/1615

Inflicting Force:  Enemy Forces

Incident Country:  Iraq

Circumstance:  At 071615APR07, Task Force 5-73 reports an Improvised Explosive Device exploding in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. The blast resulted in four United States Killed in Action and one United States Wounded in Action. Two Killed in Action and the Wounded in Action are at 332nd Expeditionary Medical Group at Balad and two Killed in Action are being evacuated to Forward Operating Base Warhorse.

    Body Armor:  Eye Protector / Oakley (Ballistic) Spectacle

    Body Armor:  Helmet / Advanced Combat Helmet

    Body Armor:  Vest / Outer Tactical Vest

Place of Death Country:  Iraq

Cause of Death:  Massive trauma

Grid:  MC 7042 4576

Vehicle Group:  HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type:  M1114 Truck Utility Up-Armored Armament Carrier 4X4 W/E

Vehicle Armor Level:  Level I armor is integrated during production

Vehicle Owner:  US Government

Position in Vehicle:  Passenger

Investigation Required:  Investigation Required

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

Approved for Release

DD Form 93 Date:  20060629

DD Form 93 Review Date:  20060629

SGLI Date:  20060629

Birth Date:  [ (b)(6) ]

Birth State:  OH

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  White

Religious Preference:  No Religious Preference

DMOS/AFSC:  11B

PMOS:  11B

PEBD:  20050104

BASD/ADBD:  20050104

HOR City:  Midland

HOR State:  MI

HOR Country:  United States

Remarks:  Soldier who identified SM and Soldier who pronounced SM deceased are unknown at this time.

15-6 Investigating Officer is [ (b)(3), (b)(6) ] HHC 5-73 RSTA.

SCMO Officer is [ (b)(3), (b)(6) ] HHC 5-73 RSTA.

SUPP made to reflect 15-6 and SCMO Officers.

Will SUPP as information becomes available.

Report completed by [ (b)(3), (b)(6) ] 3HBCT Casualty NCO, [ (b)(6) ]

Field Grade Reviewing Officer: [ (b)(3), (b)(6) ] 3HBCT Executive Officer, [ (b)(6) ]

Report as of 081658Apr07.

Software Version:  DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY

Approved for Release

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:** ___(b)(3), (b)(6)___ on behalf of 332
EMDG Balad CLT <332emdg.baladclt@blab.centaf.af.mil>
**Sent:** Saturday, April 7, 2007 2:12 PM
**To:**

(b)(3), (b)(6)

*Approved for Release*

**Subject:** (FOUO) Casualty Report - SUPP - Hoover, Levi - Incident Date/Time: 2007/04/07

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

1

Classification: ~~CONFIDENTIAL~~

I am [b)(3), (b)(6)] casualty representative for B/22 PSB, reporting from 332nd EMDG in Balad, Iraq (LSA Anaconda). Attached is a real-world casualty report.

UPDATED: Remarks

"The casualty information contained in this email is SENSITIVE IN NATURE and must be protected from unauthorized or accidental disclosure.
Release of this information is RESTRICTED.  Under NO circumstances is this information to be released to the public or the next of kin of the casualty without coordination and authorization from the servicing Casualty Area Command."

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
       DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  097-006A

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  [b)(6)]

Last Name:  Hoover

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  D Co. 82nd BSB 82nd ABN

Military UIC:  WG6CD0

Date/Time of Incident (New/Old):  20070407/

Inflicting Force:  Enemy Forces

Incident Country:  Iraq

Circumstance:  Soldier was in the vicinity of MC 7042 4576 when his vehicle struck an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20070407/1648

Place of Death Country:  Iraq

Cause of Death:  Unknown

Grid:  MC 7042 4576

Investigation Required:  Investigation Required

TRNG/Duty Related:  Not Training/Duty Related

Duty Status:  Present For Duty

Birth Date:  [ (b)(6) ]

Birth State:  OH

Race:  White

Religious Preference:  No Religious Preference

DMOS/AFSC:  88M

Remarks:  Soldier arrived at 332nd EMDG on 071648APR07.
Soldier was pronounced at 071648APR07 by [ (b)(3), (b)(6) ] USAF.
Soldier did not have any identification on person and was identified visually by [ (b)(3), (b)(6) ], Company
Commander on 072100APR07 at 111 QM Co. Mortuary Affairs.
Soldier received religious ministries on 071648APR07 by [ (b)(3), (b)(6) ] USAF.
Report Completed By:  [ (b)(3), (b)(6) ]

Software Version:  DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:** (b)(3), (b)(6)
**Sent:** Saturday, April 7, 2007 2:48 PM
**To:**

(b)(3), (b)(6)

**Subject:** (FOUO) Casualty Report - SUPP - Hoover, Levi - Incident Date/Time: 2007/04/05 16:15

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  097-052-07

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

1

SSN (New/Old): [b)(6)]

Last Name: Hoover

First Name: Levi

Middle Name: Kennith

Service: United States Army

Military Rank: SPC

Military Unit of Assignment: D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Date/Time of Incident (New/Old): 20070405/1615

Inflicting Force: Enemy Forces

Incident City: Zaganiyah

Incident Country: Iraq

Circumstance: At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20070407/1648

Place of Death City: Zaganiyah

Place of Death Country: Iraq

Duty Status: Present For Duty

Remarks: SUPP to time of death, Soldier arrived at 332 EMDG on 7 APR 07 at 16:48, Soldier was pronounced deceased by [(b)(3), (b)(6)] USAF, Soldier did not have any identification on person and was identified visually by [(b)(3), (b)(6)] Company Commander on 7 APR 07 at 21:00, Soldier received religious ministaries on 7 APR 07 at 16:48 by [(b)(3), (b)(6)] USAF. Report initiated by [(b)(3), (b)(6)] of B/22 PSB. DCIPS prepared by [(b)(3), (b)(6)] MNC-I Casualty Operations on 7 APR 07 at 2247. MNC-I POC for this report is [(b)(3), (b)(6)] MNC-I Casualty Operations NCOIC at [(b)(6)]

Software Version: DCIPS Forward - Version 4.0 Build: 55 Release Date: 28 NOV 2006

FOR OFFICIAL USE ONLY

| (b)(6) | **CENTCOM CCJ6 (USA)** |
|---|---|

**From:** (b)(3), (b)(6)
**Sent:** Sunday, April 8, 2007 1:26 PM
**To:** (b)(3), (b)(6)

**Subject:** ~~(FOUO)~~ Casualty Report - SUPP - Hoover, Levi - Incident Date/Time: 2007/04/05 16:15

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
     DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT     \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  098-038-07

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(6)

Last Name:  Hoover

1

First Name:  Levi

Middle Name:  Kennith

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Military UIC:  WG6CD0

Date/Time of Incident (New/Old):  20070405/1615

Inflicting Force:  Enemy Forces

Incident City:  Zaganiyah

Incident Country:  Iraq

Circumstance:  At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.

    Body Armor:  Eye Protector / Oakley (Ballistic) Spectacle

    Body Armor:  Helmet / Advanced Combat Helmet / No Attachments

    Body Armor:  Vest / Outer Tactical Vest

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20070407/1648

Place of Death City:  Zaganiyah

Place of Death Country:  Iraq

Cause of Death:  Massive Trauma

Grid:  MC 70420 45760

Vehicle Group:  HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type:  M1114 Truck Utility Up-Armored Armament Carrier 4X4 W/E

Vehicle Armor Level:  Level I armor is integrated during production

Vehicle Owner:  US Government

Position in Vehicle:  Passenger

      

Approved for Release

Duty Status:  Present For Duty

Continously Hospitalized:  Not Continuously Hospitalized

DD Form 93 Date:  20060629

DD Form 93 Review Date:  20060629

SGLI Date: 20060629

Birth Date:  [ (b)(6) ]

Birth State:  OH

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  White

Religious Preference:  No Religious Preference

DMOS/AFSC:  11B

PMOS:  11B

PEBD:  20050104

BASD/ADBD:  20050104

HOR City:  Midland

HOR State:  MI

HOR Country:  United States

Remarks:  SUPP to UIC, Grid, Vehicle info, cause of death, personal info, and remarks (15-6 and SCMO officer).  15-6 investigating officer is [ (b)(3), (b)(6) ] HHC 5-73 RSTA.  SCMO Officer is [ (b)(3), (b)(6) ] HHC 5-73 RSTA.  Report completed by [ (b)(3), (b)(6) ] 3HBCT Casualty NCO, [ (b)(6) ] DCIPS prepared by [ (b)(3), (b)(6) ] MNCI Casualties Operations on 8 April 2007 at 2126 MNC-I POC for this report is [ (b)(3), (b)(6) ] MNC-I Casualty Operations NCOIC at DSN [ (b)(6) ]

Software Version:  DCIPS Forward - Version 4.0 Build: 55 Release Date: 28 NOV 2006

FOR OFFICIAL USE ONLY

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:** (b)(3), (b)(6) Perscom FWD > on behalf of grp.Casualty Operations Kuwait
<casualtyops@kuwait.swa.army.mil>
**Sent:** Wednesday, April 11, 2007 1:20 AM
**To:**

(b)(3), (b)(6)

**Cc:** grpCasualty Operations Kuwait
**Subject:** (FOUO) CASUALTY REPORT  <Hoover, Levi, Kennith>

FOR OFFICIAL USE ONLY

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 101-029-07

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Hoover

First Name: Levi

Middle Name: Kennith

Military Rank: Specialist

Service: United States Army

Military Unit of Assignment: D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20070407 16:15:00

Incident City: Zaganiyah

1

Incident Country: Iraq

Circumstances: At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.


Inflicting Force: Enemy Forces

Place of Death City: Zaganiyah

Place of Death Country:

Remarks: SUPP to date of incident. Report initiated by [(b)(3), (b)(6)] MNC-I CAS OPS. DCIPS by [(b)(3), (b)(6)] QA'd by [(b)(3), (b)(6)] The administrative data in this report has been verified by using official CAC resources. DCIPS prepared by MNC-I Casualty Operations on 11 APR 07 at 0903hrs. MNC-I POC for this report is [(b)(3), (b)(6)] MNC-I Casualty Operations NCOIC, [(b)(6)]


~~FOR OFFICIAL USE ONLY~~

| (b)(6) | **CENTCOM CCJ6 (USA)** |

| | |
|---|---|
| **From:** | grp.Casualty Operations Kuwait <casualtyops@kuwait.swa.army.mil> |
| **Sent:** | Saturday, April 14, 2007 1:23 AM |
| **To:** | |

(b)(3), (b)(6)

| | |
|---|---|
| **Cc:** | grpCasualty Operations Kuwait |
| **Subject:** | ~~(FOUO)~~ CASUALTY REPORT  <Hoover, Levi, Kennith> (UNCLASSIFIED) |

Classification: UNCLASSIFIED
Caveats: ~~FOUO~~

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 104-034-07

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Hoover

First Name: Levi

Middle Name: Kennith

Military Rank: Specialist

Service: United States Army

Military Unit of Assignment: D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20070405 16:15:00

1

Incident City: Zaganiyah

Incident Country: Iraq

Circumstances: At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.


Inflicting Force: Enemy Forces

Place of Death City: Zaganiyah

Place of Death Country:

Remarks: SUPP to PE  being delivered to the MACP on 14 APR 07. Report was initiated by [(b)(3), (b)(6)] of 3HBCT Casualty Ops. DCIPS prepared by [(b)(3), (b)(6)] MNC-I Casualty Operations on 14 APR 07 at 2100. MNC-I POC for this report is [(b)(3), (b)(6)] MNC-I Casualty Operations NCOIC at [(b)(6)] DCIPS by [(b)(3), (b)(6)] The administrative data in this report has been verified by using official CAC resources.


~~FOR OFFICIAL USE ONLY~~

Classification: UNCLASSIFIED
Caveats: ~~FOUO~~

| (b)(3), (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:** grp.Casualty Operations Kuwait <casualyops@kuwait.swa.army.mil>
**Sent:** Tuesday, April 24, 2007 2:30 PM
**To:**

(b)(3), (b)(6)

**Cc:** grpCasualty Operations Kuwait
**Subject:** [UNCLASSIFIED / ~~FOUO] (FOUO)~~ CASUALTY REPORT   <Hoover, Levi, Kennith>supp
hostile de

**Classification:** UNCLASSIFIED / ~~FOUO~~

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 114-089-07

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Hoover

First Name: Levi

Middle Name: Kennith

Military Rank: Specialist

Service: United States Army

Military Unit of Assignment: D Co, 5-73 RSTA, 3HBCT, 1 CD OPCON, 25ID

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20070405 16:15:00

Incident City: Zaganiyah

Incident Country: Iraq

Circumstances: At 071615Apr07, Task Force 5-73 reports an improvised explosive device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reports four United States killed in action and one United States wounded in action. Two killed in action and the wounded in action are at 332D EMDG at Balad and two killed in action are being evacuated to Forward Operating Base Warhorse.


Inflicting Force: Enemy Forces

Place of Death City: Zaganiyah

Place of Death Country:

Remarks: SUPP to 15-6 investigation, PE data.  A. The POC for this report is [ (b)(3), (b)(6) ] .  B. The administrative data in this report has been verified by using official CAC resources.  15-6 investigation was completed on 18 APR 07. Soldier's PE Data were inventoried and delivered to MACP on 10 APR 07. Report completed by: [ (b)(6) ] [ (b)(3), (b)(6) ] 3HBCT Casualty NCO, [ (b)(6) ]   Field Grade Reviewing Officer: [ (b)(3), (b)(6) ] 3HBCT Executive Officer, [ (b)(6) ]   DCIPS was prepared by [ (b)(3), (b)(6) ] MNC-I casualty operations on 24 Apr 07 at 2218hrs.  MNC-I POC for this report is [ (b)(3), (b)(6) ] MNC-I casualty operations NCOIC at [ (b)(6) ]


FOR OFFICIAL USE ONLY


**Classification:** UNCLASSIFIED / FOUO