# **Exhibit 155**

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO.~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT     \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 097-004A

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name: McCandless

First Name: Rodney

Middle Name: Lynn

Service: United States Army

Military Rank: PFC

Military Unit of Assignment: Delta Co., 5-73 RSTA, 3HBCT, 1st Cavalry Division Opcon. To 25th Infantry Division

Date/Time of Incident (New/Old): 20070407/1615

Inflicting Force: Enemy Forces

Incident Country: Iraq

Circumstance: At 071615APR07, Task Force 5-73 reports an Improvised Explosive Device exploding in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. The blast resulted in four United States Killed in Action and one United States Wounded in Action. Two Killed in Action and the Wounded in Action are at 332nd Expeditionary Medical Group at Balad and two Killed in Action are being evacuated to Forward Operating Base Warhorse.

- Body Armor: Eye Protector / Oakley (Ballistic) Spectacle
- Body Armor: Helmet / Advanced Combat Helmet
- Body Armor: Vest / Outer Tactical Vest

Place of Death Country: Iraq

Cause of Death: Massive trauma

Grid: MC 7042 4576

Vehicle Group: (b)(1)1.4g
(b)(1)1.4g

Vehicle Type: (b)(1)1.4g
Vehicle Armor

Vehicle Owner: US Government

Position in Vehicle: (b)(1)1.4g

Investigation Required: Investigation Required

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

DD Form 93 Date: 20060629

DD Form 93 Review Date: 20060629

SGLI Date: 20060629

Birth Date: [(b)(6)]

Birth State: TX

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Religious Preference: Christian, No Denominational Preference

DMOS/AFSC: 92F

PMOS: 92F

PEBD: 20050802

BASD/ADBD: 20050802

HOR City: Camden

HOR State: AR

HOR Country: United States

Remarks: Soldier who identified SM and Soldier who pronounced SM deceased is still pending.

15-6 Investigating Officer is [(b)(3)130b, (b)(6)] HHC 5-73 RSTA.

SCMO Officer is [(b)(3)130b, (b)(6)] HHC 5-73 RSTA.

SUPP made to reflect 15-6 and SCMO Officers.

Will SUPP as information becomes available.

Report completed by [(b)(3)130b, (b)(6)] 3HBCT Casualty NCO, [(b)(6)].

Field Grade Reviewing Officer: (b)(3)130b, (b)(6)  Executive Officer, (b)(6)

Report as of 081847Apr07.

Software Version: DCIPS Forward - Version 4.0

~~FOR OFFICIAL USE ONLY~~

Approved for Release