# Exhibit 156

# FILED UNDER SEAL