# **Exhibit 158**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 07 2007 16:15:00 |
| is Closed | TRUE |
| Summary | 3-1 04:214<br>38SMC 70420 45760<br>5-73<br>INITIAL At 071615APR07 TF 5-73 reports an IED Detonation in the Diyala Province, in Zaganiyah vic 38S MC 7042 4576. While D/5-73 conducting resupply operations to a patrol base in the town of Zaganiyah, the (b)(1)1.4 truck was struck by an IED. Initial reports has 4x US WIA Urgent Surgical and (b)(1)1.4g . Medevac has taken the soldier's to Balad for treatment. QRF from the patrol base and AWT is securing the site. MTF.<br>At 071728APR07, 5-73 repots that the 3x the 4x US WIA are now DOW resulting from the IED blast. Currently 1x USWIA is being treated at Balad.<br> FOLLOW UP REPORT: At 071835APR07, 5-73 reports that there were 5x passengers in this vehicle. 2x soldiers were trapped inside of the vehicle after blast and were KIA. A MEDEVAC was called in for the reaining 3x soldiers. 2x of those soldiers DOW en route to Balad. Currently, the 1x US WIA is in serious condition, being treated in the OR at Balad. The bodies of the 2x KIA in the vehicle are currently being recovered. The IED detonation was on route Barley. MTF<br>KIA: 4x US KIA<br>WIA: 1x US WIA<br>EQUIPMENT BDA: (b)(1)1.4g<br>CREW SYSTEM: UNK<br>SIGACTS MEETS MNC-I CCIR #6 AND MND-N 1<br><br>CLOSED 07 1752APR07<br>------------------------------------------------------------------------------------------------<br>------------------<br>EOD COMMENTS:<br>Team responded to a Post Blast at MC 7040 4573. The IED detonation resulted in (b)(1)1.4g (b)(1)1.4g 4 x US KIA, 1 x US WIA. The vehicle was flipped upside down and came to rest approximately 20 meters south of the IED crater. The (b)(1)1.4g were found 45 meters from the IED crater. After the detonation, the vehicle was almost completely consumed by fire. The IED was located in the middle of RTE Barley and is believed to have been placed just under the surface of the road. The resulting crater from the detonation was 5 feet in diameter and 2 feet deep. Due to amount of fragmentation on scene, team suspects that there were at least 3 to 4 ordnance items 130mm or larger employed as the main charge. Command wire trail was dug into the blacktop of the road that lead from the IED crater to the east side of the road. The trail continued approximately another 5 feet east on the shoulder of the road and then made a ninety degree turn north. The trail paralleled the road for approximately 30 meters and ended at a corner of a walled in house. A possible firing point was identified from the house. There was a second story balcony with a hole chipped into the wall. It's possible a trigger-man could lie down and look through the hole, which provided direct line-of-sight to the IED crater and a corner of another building located across the street. No command wire was found, and it is believed the trigger man recovered his command wire immediately after detonating the IED. CCIR#6. 3.5 hours. 071615DAPR07.<br>------------------------------------------------------------------------------------------------<br>--------------------<br>WIT 12 COMMENTS: ON 07 APR 07 AT 1740D, TF 1-12 REQUESTED EOD/WIT RESPOND |

## Ops Report

TO PERFORM PBA ON A (b)(1)1.4g STRUCK BY AN IED OFF OF ROUTE BARLEY, WHICH RESULTED IN 4X KIA, 1X WIA, AND (b)(1)1.4g WAS INITIALLY REPORTED. EOD/WIT DEPARTED FOB WARHORSE AT 1815D AND ARRIVED ON-SCENE AT 1853D IVO 38S MC 70429 45623. THE UNIT INVOLVED WAS TF 5-73, DELTA CO WHICH WAS PATROLLING THE SOUTHBOUND LANE OF ROUTE BARLEY AT THE TIME OF THE ATTACK. THERE WERE A TOTAL OF (b)(1)1.4g IN THE CONVOY (CONSISTING OF (b)(1)1.4g WITH APPROXIMATELY (b)(1)1.4g INTERVALS), WHEN THE (b)(1)1.4g WERE EQUIPPED WITH (b)(1)1.4g AND THIS WAS THE FOURTH TIME THAT DELTA CO HAD PATROLLED ROUTE BARLEY THAT DAY. THE DETONATION CAUSED THE VEHICLE TO FLIP UPSIDE DOWN AND LAND APPROXIMATELY 15M TO THE SOUTH OF THE BLAST SEAT. THE (b)(1)1.4g LANDED 40M SOUTH OF THE BLAST SEAT, HEADING TOWARDS A TWO STORY HOUSE 50M NORTH EAST OF THE BLAST SEAT. A COMMAND WIRE TRENCH EXTENDED TO THE EAST OF THE BLAST SEAT. THE BLAST SEAT MEASURED 5FT IN DIAMETER AND 2FT DEEP. NO COMMAND WIRE WAS RECOVERED FROM THE SCENE. TO THE EAST OF THE BLAST SEAT THERE WAS A TIRE WITH A PIECE OF METALLIC SHEET PLACED ON THE NORTH SIDE OF THE TIRE TREAD. EOD RECOVERED FRAGMENTATION CONSISTENT WITH AT LEAST 4X 130MM ROUNDS. EOD/WIT ARRIVED BACK AT FOB WARHORSE AT 2020D.

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | April |
| Day Occurred | 7 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | USD-N |
| Primary AO | 3/2 SBCT |
| Primary District | Diyala |
| Primary Province | Diyala |
| was Suicide | FALSE |
| Tracking Number | 20070407161538SMC7042045760 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION(CWIED) ATTK ON TF 5-73 IVO (ROUTE BARLEY): 1 CF WIA 4 CF KIA |
| Association Count | 3 |
| BDA Friendly KIA | 4 |

## Ops Report

| Field | Value |
|---|---|
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 5 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | BAQUBAH |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, AUS, CAN, GBR~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=CC574726-5056-9023-583F8F5D0F1B042D&entity=report |
| Date Occurred Excel UK | 07/04/2007 |
| Date Occurred Excel US | 04/07/2007 |
| Date Posted(Z) | Apr 07 2007 13:59:03 |
| Date Updated(Z) | Dec 31 2007 06:16:00 |
| FOB | WARHORSE |
| Latitude | 33.85171127319336 |
| Longitude | 44.68024444580078 |
| MGRS | 38SMC7042045760 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MND-N CHOPS |
| Originator Name | (b)(6) |

## Ops Report

| | |
|---|---|
| Originator Unit | ADMIN |
| Precedence | Immediate |
| Report Key | CC574726-5056-9023-583F8F5D0F1B042D |
| Reporting Unit | MND-N |
| Route | BARLEY |
| Type Of Unit | Coalition Forces |
| Unit Name | TF 5-73 |
| Updated By Group | TF Troy DATA Management |
| Updated By Name | (b)(6) |
| Updated By Unit | CJTF TROY |
| Vehicle Convoy Count | (b)(1)1.4g |
| Vehicle Convoy Speed | (b)(1)1.4g |
| Vehicle Convoy Speed Measure | (b)(1)1.4g |
| Vehicle Distance Between | (b)(1)1.4g |
| Vehicle Nearest ECM To IED | (b)(1)1.4g |
| Vehicle Nearest ECM To Vehicle Struck | (b)(1)1.4g |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | WIT 12 COMMENTS: THE CONVOY CONSISTED OF (b)(1)1.4g WITH APPROXIMATELY (b)(1)1.4g INTERVALS. |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

## Ops Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/2 SBCT | BAQUBAH | ~~SECRET~~ | ~~REL TO USA, AUS, CAN, GBR~~ | | IRAQ | | (More not shown) (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 07_1615D_APR_07_IED_ATTK_ON_TF_5-73_IVO_BAQUBAH | | CENTCOMROAR | Document | | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide1_668 | | CENTCOMROAR | Photograph | | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide2_131 | | CENTCOMROAR | Photograph | | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide3_418 | | CENTCOMROAR | Photograph | | (More not shown) (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide4_355 | | CENTCOMROAR | Photograph | | (More not shown) (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (More not shown) (More not shown) |
| CC574726-5056-9023-583F8F5D0F1B042D | | | | | | | (More not shown) (More not shown) |
| CC574726-5056-9023-583F8F5D0F1B042D | | | (b)(1)1.4g | | | | (More not shown) (More not shown) |
| CC574726-5056-9023-583F8F5D0F1B042D | | | | | | | (More not shown) (More not shown) |
| CC574726-5056-9023-583F8F5D0F1B042D | | | | | | | (More not shown) (More not shown) |
| CC574726-5056-9023-583F8F5D0F1B042D | | | | | | | (More not shown) (More not shown) |

## Ops Report

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Coalition | WIT 12 COMMENTS: THE TARGET OF ATTACK WAS COALITION FORCE CONVOYS TRAVLEING ALONG THIS ROUTE. | Patrol | UNITED STATES | Primary | CC574726-5056-9023-583F8F5D0F1B042D | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | F065C77B-BF47-4649-A94B-AA77D46EE81E | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| IED Explosion | 6CA45DB6-922E-45DF-B4CF-1249D857D589 | Explosive Hazard | Anti-Personnel | 0 |  | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X | MND-N CHOPS | CCAF6AB0-5056-9023-58DD23DF8EF50BDD | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) |

## Ops Report

CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA.

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Feb 06 2008 09:45:01 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, AUS, CAN, GBR | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, AUS, CAN, GBR | Apr 07 2007 13:59:03 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, TopReportTables, Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

**From:**
**To:** (b)(3)130b, (b)(6)

**Subject:** (FOUO) Casualty Report - SUPP - Grassbaugh, Jonathan - Incident Date/Time: 2007/04/07 16:15
**Date:** Tuesday, April 24, 2007 1:37:45 PM

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

*************************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************

*************************************************************
***********        CASUALTY REPORT        ************
*************************************************************

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 097-002D

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name: Grassbaugh

First Name: Jonathan

Middle Name: D

Service: United States Army

Military Rank: CPT

Military Unit of Assignment: HHC, 5-73 RSTA, 3BCT opcon 3HBCT 1st Cavalry Division task org 25th Infantry

Division

Military UIC: WHPNT0

Date/Time of Incident (New/Old): 20070407/1615

Inflicting Force: Enemy Forces

Incident City: Zaganiyah

Incident Country: Iraq

Circumstance: At 071615APR07, Task Force 5-73 reported an Improvised Explosive Device in the Diyala Province, in Zaganiyah in the vicinity of 38S MC 7042 4576. 5-73 reported four United States Killed in Action and one United States Wounded in Action. Two Killed in Action and the Wounded in Action are at 332nd Expeditionary Medical Group at Balad and two Killed in Action are being evacuated to Forward Operating Base Warhorse.

   Body Armor: Eye Protector / Oakley (Ballistic) Spectacle

   Body Armor: Helmet / Advanced Combat Helmet

   Body Armor: Vest / Other

Date/Time of Death: 20070407/1648

Place of Death Country: Iraq

Cause of Death: massive trauma

Grid: MC 7042 4576

Vehicle Group:
Vehicle Type:           (b)(1)1.4g
Vehicle Armor:

Vehicle Owner: US Government

Position in Vehicle:  (b)(1)1.4g

Investigation Required: Investigation Required

Duty Status: Present For Duty

DD Form 93 Date: 20060726

DD Form 93 Review Date: 20060726

SGLI Date: 20060726

Birth Date:  (b)(6)

Birth State: OH

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Ethnicity: Other

Religious Preference: Roman Catholic Church

DMOS/AFSC: 11A

PMOS: 38X

PEBD: 20030526

BASD/ADBD: 20030526

HOR State: NH

HOR Country: United States

Remarks: SM was pronounced deceased by [(b)(3)130b, (b)(6)] USAF, MD.

SM was identified by [(b)(3)130b, (b)(6)] USAF by means of identification card.

Religious Ministries were administered by Chaplain [(b)(3)130b, (b)(6)] USAF at 1650.

15-6 Investigating Officer is [(b)(3)130b, (b)(6)] HHC 5-73 RSTA initiated on 7 April 2007

SCMO Officer is [(b)(3)130b, (b)(6)] HHC 5-73 RSTA initiated on 7 April 2007

Soldier's personal effects were inventoried and delivered to MACP on 10 April 2007.

15-6 Investigation was completed on 18 April 2007.

Supplement made to reflect changes to date of 15-6 Investigation completed.

Will Supplement as information becomes available.

Report completed by [(b)(3)130b, (b)(6)] 3HBCT Casualty NCO, [(b)(6)]

Field Grade Reviewing Officer: [(b)(3)130b, (b)(6)] 3HBCT Executive Officer, [(b)(6)]

Software Version: DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY