# **Exhibit 159**

| | |
|---|---|
| From: | (b)(3) 10USC § 130b, (b)(6) |
| To: | |
| Subject: | (FOUO) Casualty Report - INIT - West, Kile - Incident Date/Time: 20070528/2050 |
| Date: | Monday, May 28, 2007 6:02:05 PM |

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
        DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*    CASUALTY REPORT    \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type: INIT

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 149-005

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name: West

First Name: Kile

Service: United States Army

Military Rank: 2LT

Military Unit of Assignment: A CO 6-9 Armored Reconnaissance Squadron, 3HBCT (task org to 25th ID)

Military UIC: WH0JA0

Date/Time of Incident (New/Old): 20070528/2050

Inflicting Force: Enemy Forces

Circumstance: At 2035 Task Force 6-9 Quick Reaction Force responds to a downed aircraft in vicinity MC 7700 5357 in the Diyala Province South of the city of Abu Sayda. The (b)(1)1.4g struck an Improvised Explosive Device en route to the crash site. At 2050 dismounts move to secure the (b)(1)1.4g and reports 5 US KIA and 3 US WIA.

    Body Armor: Eye Protector / Oakley (Ballistic) Spectacle

    Body Armor: Helmet / Advanced Combat Helmet

    Body Armor: Vest / Outer Tactical Vest

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Place of Death Country: Iraq

Cause of Death: Massive trauma

Grid: MC 7700 5357

Investigation Required: Investigation Required

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

DD Form 93 Date: 20061214

DD Form 93 Review Date: 20061214

SGLI Date: 20061214

Birth Date: (b)(6)

Birth State: TX

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Religious Preference: Southern Baptist Convention

DMOS/AFSC: 13A

PMOS: 13A

PEBD: 20060108

BASD/ADBD: 20060108

HOR State: TX

Remarks: Soldier was dismounted during incident.

Approved for Release

Will SUPP as information becomes available.

Report completed by: (b)(3) 10USC § 130b, (b)(6)

Field Grade Reviewing Officer: (b)(3) 10USC § 130b, (b)(6)

Report as of 290118May07

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

~~FOR OFFICIAL USE ONLY~~

| | |
|---|---|
| From: | grp.Casualty Operations Kuwait |
| To: | (b)(3) 10USC § 130b, (b)(6) |
| Cc: | grpCasualty Operations Kuwait |
| Subject: | [UNCLASSIFIED / ~~FOUO]~~ (FOUO) CASUALTY REPORT <West, Kile>SUPP HOSTILE DE |
| Date: | Sunday, June 10, 2007 3:18:10 PM |

**Classification:** UNCLASSIFIED / ~~FOUO~~

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 161-064-07

Multi Casualty Code: 149MNDN1

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: West

First Name: Kile

Religious Preference: Southern Baptist Convention

Birth Date: (b)(6)

Birth State: Texas

Military Rank: Second Lieutenant

Service: United States Army

Military Unit of Assignment: 6-9, CAV, 3BCT, 1CD, TF 25 ID

Military UIC: WH0JA0

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20070528 20:50:00

Incident City: Abu Sayda

Incident Country: Iraq

Circumstances: Responding to a downed aircraft when (b)(1)1.4g was involved in IED blast.

Inflicting Force: Enemy Forces

Place of Death Country:

Remarks: SUPP to PE invnetory was completed and delivered to MACP on 4 June 07.  A. The POC for this report is (b)(3) 10USC § 130b, (b)(6)   B. The administrative data in this report has been verified by using official CAC resources.  Report was initiated by (b)(3) 10USC § 130b, (b)(6)   DCIPS prepared by (b)(3) 10USC § 130b, (b)(6) on 10 JUN 07 at 2305. MNC-I POC for this report is (b)(3) 10USC § 130b, (b)(6)

~~FOR OFFICIAL USE ONLY~~

**Classification:** UNCLASSIFIED / ~~FOUO~~