# **Exhibit 160**

**From:**
**To:**

(b)(3)130b, (b)(6)

**Subject:** (FOUO) Casualty Report - SUPP - Baker, Zachary - Incident Date/Time: 2007/05/28 20:50
**Date:** Monday, July 2, 2007 7:23:08 AM

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

```
*************************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************

*************************************************************
***********     CASUALTY REPORT      ************
*************************************************************
```

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 149-001D

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name: Baker

First Name: Zachary

Middle Name: David

Service: United States Army

Military Rank: SPC

Military Unit of Assignment: A Co 6-9 ARS, 3HBCT, 1CD, 25ID

Military UIC: WH0JA0

Date/Time of Incident (New/Old): 20070528/2050

Inflicting Force: Enemy Forces

Incident City: Abu Sayda

Incident Country: Iraq

Circumstance: At 2035 Task Force 6-9 Quick Reaction Force responds to a downed aircraft in vicinity MC 7700 5357 in the Diyala Province South of the city of Abu Sayda. The [(b)(1)1.4g] struck an Improvised Explosive Device enroute to the crash site. At 2050 dismounts move to secure the [(b)(1)1.4g] and reported five United States Killed in Action and three United States Wounded in Action.

   Body Armor: Eye Protector / Oakley (Ballistic) Spectacle

   Body Armor: Helmet / Advanced Combat Helmet

   Body Armor: Vest / Outer Tactical Vest

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20070528/2051

Place of Death Country: Iraq

Cause of Death: massive trauma

Grid: MC 7700 5357

Vehicle Group [(b)(1)1.4g]
Vehicle Type: [(b)(1)1.4g]

Vehicle Owner: US Government

Position in Vehicle: [(b)(1)1.4g]

Investigation Required: Investigation Required

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

DD Form 93 Date: 20060720

DD Form 93 Review Date: 20060720

SGLI Date: 20060720

Birth Date: [(b)(6)]

Birth State: KS

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Religious Preference: Christian, No Denominational Preference

DMOS/AFSC: 19D

PMOS: 19D

PEBD: 20040602

BASD/ADBD: 20040602

HOR City: Vilonia

HOR State: AR

HOR Country: United States

Remarks: Will SUPP as information becomes available.

Soldier was pronounced deceased by [(b)(3)130b, (b)(6)]

Soldier was identified by means of his identification tags and gear.

15-6 Investigation Officer: [(b)(3)130b, (b)(6)], HHT 6-9 ARS, 3HBCT, 1CD, 25ID, investigation was initiated on 29 May 2007. The 15-6 investigation was completed on 29 June 2007.

SCMO: [(b)(3)130b, (b)(6)] HHT 6-9 ARS, 3HBCT, 1CD, 25ID, soldier's person effects inventory was initiated on 29 May 2007. The inventory is completed and delivered to MACP on 12 June 07.

SUPP made to reflect completion of 15-6 Investigation.

Report completed by [(b)(3)130b, (b)(6)] 3HBCT Casualty NCO, [(b)(6)].

Field Grade Reviewing Officer: [(b)(3)130b, (b)(6)], 3HBCT Executive Officer, [(b)(6)].

Report date: 021150Jul07

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

FOR OFFICIAL USE ONLY