# **Exhibit 163**

UNCLASSIFIED

CPL Zachary Baker

CPL James Summers

1LT Kile West

 UNCLASSIFIED

Pages 2 through 3 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - -
(b)(5)

UNCLASSIFIED



UNCLASSIFIED
**DEPARTMENT OF THE ARMY**
6TH SQUADRON, 9TH UNITED STATES CAVALRY
1ST CAVALRY DIVISION
APO AE 09324

REPLY TO
ATTENTION OF:

AFVA-6-9CAV-SXO                                                  27 June 2007

MEMORANDUM FOR COMMANDER, 3d HBCT, 1st Cavalry Division, Multi-National Division North, Forward Operating Base Warhorse, Iraq, APO AE 09322

SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

1. I conducted an informal AR 15-6 investigation, under the provisions of Chapter 4 of AR 15-6, to determine the pertinent facts surrounding the hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007 while participating in a Downed Aircraft Recovery Team (DART) mission in vicinity of Big and Little Abu Sayda (vic 38SMC7854). I determined the pertinent facts and the cause of this incident. I find no fault with the actions of the soldiers or any member of their vehicle, crew, platoon or chain of command. The deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, and 1LT Kile West, occurred as a result of a deep buried IED activated by a [ (b)(1)1.4a ] in the village of Little Abu Sayda (vic 38SMC78265381). [ (b)(6), (b)(3) ] death occurred as a result of a second IED that was buried near the first IED. The Second IED detonated upon completion of recovery operations as the Bradley began to be towed from the site.

2. Background:

    a. Call for the DART and Initial Tactical Movements: At approximately 281815MAY07 the 25th Combat Aviation Brigade Tactical Command Post (Diamond Head TAC) reported to the Saber Tactical Operations Center (TOC) that one OH58D was reported "down" near Little Abu Sayda vicinity grid 38SMC77355287. The 6-9 CAV [ (b)(6), (b)(3) ] immediately told the Squadron [ (b)(3), (b)(6) ] [ (b)(6), (b)(3) ] that there was a downed helicopter vicinity of Little Abu Sayda. The Squadron [ (b)(3), (b) ] made coordination with [ (b)(6), (b)(3) ] (the [ ] of the 25th Combat Aviation Brigade) who was located in the Diamond Head TAC adjacent to the 6-9 CAV TOC to verify grids and assess the situation. The Squadron [ (b)(3), (b) ] ordered the Track and Wheeled Quick Reaction Force (QRF), consisting of 2 M2A3 Bradley Fighting Vehicles and 4 M1114 Up-Armored HMMWVs, to begin movement to Big Abu Sayda and prepare for support of a Downed Aircraft Recovery Team mission. The QRF began movement from FOB Normandy at approximately 281833MAY2007 with an initial Task and Purpose to conduct a tactical road march to the IP station in Big Abu Sayda in order to build combat power as a follow-on DART security force. At 1820 hours Bandit Troop was ordered to "re-seed" (backfill) the committed QRF and remain on FOB Normandy to await orders.

UNCLASSIFIED

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

b. <u>Meeting of Commanders at TOC and Initial Planning for Recovery Site:</u>

1) The Squadron [b(6), b(3)] arrived at the TOC around 281845MAY07 and was briefed on the downed OH 58-D. [b(6), b(3)] verified the location of the downed aircraft with [b(6), b(3)] Track and Wheel QRF continued movement west on Vanessa enroute to the IP station in Big Abu Sayda. Orders were again issued to the Track and Wheeled QRFs via the Battle NCO verifying that they were not to travel south of Big Abu Sayda. The intent for the QRF was to link up with the Abu Sayda IP chief and to begin assessing the situation and to ensure conditions and task organization were set prior sending forces south. The Squadron [b(3), b(6)] assembled the core Squadron plans team [b(6), b(3)] [b(3), b(6)] [b(3), b(5)] and the A and B Troop Commanders, [b(6), b(3)] [b(6), b(3)] and [b(6), b(3)] [b(6), b(3)] to issue a FRAGO and have the Troop Commanders were preparing to execute the DART Mission. [b(6), b(3)] informed [b(6), b(3)] [b(6), b(3)] that the 25th CAB could provide two UH-60s to Normandy to assist with the DART, but that his dismounted infantry was located at Contingency Operating Base (COB) Speicher [b(6), b(3)] was then given a Warning Order (WARNO) to prepare for air assault to secure crash site. [b(6), b(3)] Troop was task organized with 6 Bradley Fighting Vehicles and the EOD JERRV. [b(6), b(3)] assembled his forces and began movement to the FOB Normandy South Entry Control Point (ECP) to link up with the Squadron Tactical Command Post (TAC) for movement to Abu Sayda.

2) Prior to the TAC's departure, the Squadron [b(6), b(3)] asked [b(6), b(3)] for an estimate of time that the Squadron could be expected to secure the crash site. [b(6), b(3)] estimated that pilot recovery would be within hours if the site was secured and that aircraft recovery, if the aircraft didn't need to be destroyed, could take anywhere between 3-5 days depending on route security and trafficability into and out of the crash site. The Squadron [b(3), b(6)] then called the BDE [b(6), b(3)] to get a planning estimate since the Brigade had supported a DART mission earlier in the year, and he, too, verified that we should plan to secure the site for 3 to 5 days for recovery. This information was relayed from the Squadron [b(3), b(6)] to the Squadron [b(3), b(6)] Just prior to the Squadron TAC movement to Abu Sayda, the 3d Brigade TOC relayed to the Squadron TOC to have the Track and Wheeled QRF change radio frequencies to monitor the Brigade Command Net and coordinate with the 25th ID [b(3), b(6)] in order to walk them on to the crash site. The Squadron informed Brigade that the QRF was too small of a force for this mission and was not task organized correctly to conduct a deliberate clearance of routes through Little Abu Sayda to the crash site. The Squadron [b(3), b(6)] also called the Brigade [b(3), b(6)] directly to ensure he understood that the Track and Wheeled QRF could not execute the DART mission independent from other forces. Brigade relieved the Squadron of the task of QRF and [b(3), b(6)] direct coordination.

3) At 1900 the Brigade TOC and Diamond Head TAC reported that [b(3), b(6)] Personal Security Detachment had landed at the crash site and recovered

2

UNCLASSIFIED

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

the bodies of the two pilots of the OH58-D and were taking the bodies to FOB Warhorse.

c. <u>Initial Movements and Consolidation of Forces in Big Abu Sayda:</u>

    1) Blacksheep 1 (1st Plt, 293rd MP Company) had monitored all traffic of the downed aircraft and the DART mission on the Squadron command radio net while they were returning from a mission in Baqubah and re-missioned their patrol to meet Apache Troop and the TAC at the Big Abu Sayda IP station and await further orders. This platoon arrived at the IP station at 1910. The Squadron TAC and Apache Troop departed FOB Normandy at 1919 hours to link up with the Tracked and Wheeled QRF at the Big Abu Sayda IP station. The wheeled and tracked QRF arrived at the Big Abu Sayda IP station at 1920.

    2) Just after the TAC began their movement to Abu Sayda, at approximately 1920, the Brigade Headquarters issued a verbal FRAGO to C Troop, 5-73 CAV to perform the DART mission. Under the order the troop from 5-73 would be under Operational Control (OPCON) of the Squadron TAC. The Squadron(3), (b) initial plan was to keep Apache Troop at the Abu Sayda IP Station as a Heavy QRF for C Troop, 5-73 CAV. The Squadron(3), (b) informed the Bandit Troop [b(6), b(3)] [b(6), b(3)] that he no longer had the air assault mission to secure the site, but that he should remain prepared to execute as a contingency and should keep his force at REDCON 1.5.[1]

    3) The Brigade(3), (b) called the Squadron(3), (b) at approximately 1930 and informed him that the 25th Infantry Division CAB's Technical Inspector (TI), the man responsible for making the assessment of final disposition of the downed aircraft, was located at FOB Normandy and the lift aircraft that would be conducting the air assault of the DART team would have to stop at FOB Normandy in any case to pick him up and take him to the site. The Brigade S3, under recommendation from the Diamond Head [b(6), b(3)] rescinded the previous FRAGO that gave the DART mission to C Troop, 5-73 CAV and re-assigned the mission to B Troop, 6-9 Cav. [b(6), b(3)] immediately began to execute the mission based on the hasty mission analysis the plans team had completed earlier. The Squadron plan called for a 21 Soldiers detachment consisting of 2 EOD personnel, 1 TI from 25th CAB, and 18 Cavalry Troopers from B Troop, 6-9 CAV. The assault force was led by [b(6), b(3)] the(3), (b) for Bandit Troop. The task and purpose for the detachment was to conduct air assault operations in order to secure the site of a downed aircraft and to make an assessment for salvageability, recovery, or destruction of the aircraft. The detachment was staged at the airfield ready for movement by 2007 hours. The Squadron(3), (b) ordered that the

---

[1] REDCON 1.5: A Readiness Condition (REDCON) indicating that a force or unit is prepared to execute a mission within 15 minutes. If on vehicles, engines are not running, but the crews are on hand to move immediately.

3

    UNCLASSIFIED

UNCLASSIFIED

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC
Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West,
and CPL Johnathan Markham on 28 and 29 May 2007.

Recovery QRF go to REDCON 1[2] but to stay in their Troop area and prepare for
contingency recovery operations.

    4) The Squadron TAC arrived at the Abu Sayda IP station at
approximately 1957 hours, set up communications and assumed control of the fight
from the Squadron TOC as per Standard Operating Procedure (SOP). The Squadron (b)(3), (b)(6)
again verified that the planning factor for duration of the recovery was 3 to 5 days at
most and determined that 21 Soldiers could not protect and sustain themselves without
immediate support as dictated by the intelligence assessment of known Al Qaeda
activity vicinity of Little Abu Sayda and surrounding palm groves. [(b)(6), (b)(3)]
then re-task organized [b(6), b(3)] A Troop forces adding the MP patrol (Blacksheep
1). By 2012 hours, A Troop, 6-9 CAV was given orders to conduct a deliberate
clearance through Little Abu Sayda, keep the route open with MPs and assist Bandit
Troop with security and life support until recovery operations were complete. The
Recovery QRF on FOB Normandy was ordered to move to the South ECP and prepare
for contingencies at 2025 hours. The Squadron was set to begin movement to the crash
site by 2030 hours.

    d. Movement of Ground Forces to Kiowa Crash Site:

    1) As Bandit Troop prepared to execute the air assault mission, the
Squadron synchronized battlefield combat multipliers such as 3 Air Weapons Teams
(AWT) consisting of 2 AH64's (Apache Attack Helicopters) each, Division-level
Hunter Unmanned Aerial Vehicle (UAV) and Corps-level Predator UAV assets, and 2
Air Force F16s, to support the Bandit Troop detachment. Additionally, the Squadron
TOC created a target package for an artillery Suppression of Enemy Air Defense
(SEAD) mission into the area of Little Abu Sayda vicinity where the OH58 D was shot
down. The SEAD mission was not fired due to the amount of Air Force and Army
Aviation assets over the target area and the amount of time it would take to clear.

    2) The B Troop Air Assault element began their air assault at 2032
hours and Apache Troop began their movement out of Big Abu Sayda enroute to the
crash site. Simultaneously, at 2042 hours, the Bandit Air Assault element landed at the
LZ by the crash site and [(b)(3), (b)(6)] reported his forward line of troops just
entering Little Abu Sayda (vic 38SMC78265381). [(b)(3), (b)(6)] was very deliberate in the
route clearance by leading with Heavy Tracked Vehicles for protection and
dismounting Troopers to look for IED pressure switches or command detonating wire.
The Squadron TOC tasked the Predator UAV assets to clear the route as well, looking
for triggermen or hot-spots on the road. Given the amount of AWTs in support, Apache
Troop had control of one AWT to clear ahead of them on the route as well. The order of
march for Apache was two Bradleys (Bumper numbers A13, A25), one EOD JERRV,
followed by three Bradleys (Bumper numbers A12, A28, and A56 with [b(6), b(3)]
The MP HMMWVs would follow behind and secure the route.

---

[2] REDCON 1: A Readiness Condition indicating that all personnel are prepared for missions with
vehicle engines started and prepared to move immediately.

4

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

3) The patrol moved forward slowly along the paved route and the lead vehicle (A13) under command of [b(6), b(3)] entered the outskirts of Little Abu Sayda where he noted it looked like "a ghost town." [b(6), b(3)] noted that the road was all "hardball" (paved) except for one area that dirt totally covered the road. [b(6), b(3)] [b(6), b(3)] gave the order to his dismounted Troopers to recon this section of road to check for IEDs, command wires or pressure switches. The dismounted Troopers conducted a reconnaissance of the road and reported it clear. The Troopers then returned to the Bradley and the patrol continued movement at 2047 hours (according to the Predator UAV recording). As [b(6), b(3)] approached the dirt on the road he noticed a small IED blast crater on the left (east) side of the road and that tire tracks from automobile tires appeared to indicate that vehicles drove over the area to the right (west)."all the time." [b(6), b(3)] Bradley followed the tire tracks to the right of the IED crater and passed through the area with no problem. The next vehicle in the order of march was [b(6), b(3)] A25 Bradley. The Predator Video clearly indicated that [b(6), b(3)] carefully maneuvered his Bradley to follow in the same tracks as the Bradley in front of him did. At 2048 hours, according to the Predator UAV video, A25 struck a pressure switch detonating a large buried IED directly under the crew compartment of the Bradley. Predator UAV verifies the location of the IED strike at N 33° 55' 22" and E 44° 45' 54" (Latitude and Longitude). At 2050 hours, [ ] reported contact with an IED vicinity the grid 38SMC78265381 and initially reported a disabled Bradley with up to 5 KIA and 3 WIAs as a result of the blast.

4) Based on the contact, [(b)(3), (b)(6)] assessed that the route from the north to the crash site was impassable and requested the Squadron [(b)(3), (b)(6)] contact Brigade to request more dismounts to help secure the site. The Squadron [b(6), b(3)] contacted the Brigade [(b)(3), (b)(6)] and the adjacent unit 5-73 CAV requesting assistance to secure the site from the South. 5-73 CAV's [(b)(6), (b)(3)] informed [b(6), b(3)] that they too could not make it north of Mukisa on that route and would be unable to reach the crash site by ground. By 2053 hours the Bandit Air Assault element secured the site and the TI and EOD began gathering sensitive items and assessing whether the aircraft could be recovered or had to be destroyed. At 2109 EOD indicated that they could destroy the aircraft in place. At approximately 2111 hours [b(6), b(3)] informed [b(6), b(3)] that his Brigade was going to recommend to [(b)(3), (b)(6)] that the aircraft be destroyed due to the security situation in and around the area of the crash site. [(b)(3), (b)(6)] authorized the destruction of the aircraft at approximately 2124 hours.

5) At 2109 hours, [b)(3), (b)(6)] relayed [(b)(3), (b)(6)] request for MEDEVAC to the Squadron TOC and by 2115 the MEDEVAC helicopter was enroute to the site. The MEDEVAC arrived at grid 38SMC78305390 at 2131. Four Troopers were MEDEVACd from the site; [b(6), b(3)] and [b(6), b(3)] (Crew members of A25), and SPC Zachary Baker. SPC Baker was listed as litter urgent and was beginning to lose consciousness as they conducted the MEDEVAC. The MEDEVAC helicopter lifted off from the site at 2136 and SPC Baker died of his wounds enroute to the Combat Support Hospital in Balad, Iraq.

e. Recovery at the IED Site and Return to Base:

5

UNCLASSIFIED

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC
Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West,
and CPL Johnathan Markham on 28 and 29 May 2007.

1)  At approximately 2115 the [ (b)(3), (b)(6) ] issued orders to the
Recovery QRF to move to Little Abu Sayda to conduct recovery operations of the
destroyed Bradley.  The Recovery QRF began movement from the South ECP at 2119.
[ b(6), b(3) ] then contacted the 215th Base Support [ b(6), b(3) ]
[ b(6), b(3) ] to inform him of the casualties and to make coordination for reception of the
KIAs at FOB Warhorse in Baquba.  The decision was made to send the KIAs there
directly from the site instead of returning the bodies to FOB Normandy because FOB
Normandy lacks the appropriate mortuary affairs facilities and trained personnel.  Also,
coordination was made with the [ (b)(3), (b)(6) ] to use the DART UH-60s for
transportation of the remains to Warhorse upon completion of the DART mission.



2)  Apache troop asked for additional recovery assets to backhaul debris
from the IED strike and the Squadron deployed a second Recovery QRF consisting of
PLS, 10-ton wrecker, and another M88.  The second Recovery QRF was committed
forward at 2218 hours.  The Bandit Air Assault element completed their mission with
the downed OH58D at 2302 and the Pickup Zone was clean with the aircraft rigged to
detonate.  Explosive charges on the aircraft detonated at 2308 hours.

3)  After the Diamond Head UH 60 helicopters returned all of B
Troop's Air Assault element to FOB Normandy, the aircraft returned to Little Abu
Sayda at 2332 to conduct Hero Flight for the 1LT Kile West, SGT Anthony Ewing,
SPC James Summers, and PFC Alexandre Alexeev.

4)  During the recovery, EOD and Apache Troop Soldiers secured and
cleared the site.  [ b(6), b(3) ] reported that EOD Soldiers were "on their hands and
knees" ensuring the road was clear of any additional IEDs.  Once all recovery assets
arrived on site, the Recovery Team and Apache Troop Soldiers began to load all
Ballistic Reactive Armor Tiles (BRAT), the back ramp of A25, both sides of track, and
the troop hatch from A25 onto flat racks for transportation back to FOB Normandy.
Additionally, the Bradley itself was prepared for towing by an M88.  At
290241May2007 a second IED detonated on several dismounted Soldiers conducting
recovery operations.  [ (b)(3), (b)(6) ] reported that there was only one KIA as a result of the
second IED.  CPL Johnathan Markham died instantly from blast and fragmentation
effects from another large buried IED that was near where the first one detonated.  EOD
never found a trigger mechanism for this IED, however it was most likely buried near
the first IED and when the Bradley was being prepared to tow, it possibly triggered
another pressure switch that was not detected by EOD most likely because it was under
the damaged Bradley.  [ b(6), b(3) ] body was prepared for transportation on board
his Troop Commander's Bradley for the movement back to FOB Normandy.

5)  All recovery was complete by 0352.  At 0427 Apache Troop Began
movement back to FOB Normandy.  Trailblazer (Engineer Route Clearing Unit) led the
patrol back to FOB Normandy to clear the route.   All QRF, Recovery, Apache Troop,
and Squadron TAC vehicles and personnel arrived back at FOB Normandy at
approximately 290705MAY2007.

6

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

3. Factors Impacting on the Incident:

    a. There were no extenuating factors that impacted on this incident. All communications were good in the Troop and the patrol took no unnecessary risks during the clearance of the route.

    b. MEDEVAC and recovery of remains were performed quickly and efficiently with utmost respect for the remains of the KIA.

4. Findings: Based on the evidence provided in ENCLOSURES II through X, to the DA1574, I find the following:

    a. PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, and 1LT Kile West, were traveling in the crew compartment of the second Bradley in a column of Bradley Fighting vehicles enroute to secure the recovery site and Air Assault elements of a Downed Aircraft Recovery mission.

    b. The five Cavalry Troopers died as a direct result from the blast and shrapnel effects of a large buried IED that detonated directly below the crew compartment of the M2A2 Bradley. The nature and extent of the injuries of PFC Alexandre Alexeev, SPC James Summers, SGT Anthony Ewing and 1LT Kile West, indicates that their deaths were immediate with no prolonged suffering. CPL Zachary Baker (b)(6) and died enroute to the Combat Support Hospital in Balad, Iraq.

    d. CPL Johnathan Markham died as a direct result of blast and shrapnel effects from a second, large IED consisting of approximately 100 pounds of explosive. The nature of his injuries suggests his death was immediate with no prolonged suffering.

    c. The Troop Commander, Platoon and Section Sergeants had proper systems and controls in place to render immediate care and evacuation of the KIA.

    d. The A Troop Commander and patrol leaders were not negligent in their conduct of the mission. All leaders and soldiers identified risks and took the proper steps to mitigate the risks during the operation to include IED threats along the routes in and around Little Abu Sayda.

    e. There was no violation of ROE, regulation, law or policy in this incident and no indications of friendly fire or malfeasance as the cause of death for any of the Soldiers.

7

UNCLASSIFIED

AFVA-6-9CAV-SXO
SUBJECT: Findings and Recommendations for AR 15-6 investigation into hostile fire deaths of PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham on 28 and 29 May 2007.

5.  Recommendations:  Based on the findings and when considering training level and preparations of all Troopers in A Troop, 6-9 CAV, I make the following recommendations:

  a. Continue to emphasize and train DART missions in accordance with the established Squadron SOPs.

  b. When practicable, dismounted Soldiers should be used to search routes for command wires and visible pressure switch IEDs ahead of vehicles, especially along previously untraveled or lightly traveled routes.

  c. Incorporate the threat of buried pressure switch IEDs into all mission planning.

  d. During recovery operations, all dismounted personnel should take cover or reoccupy their vehicles prior to moving the damaged vehicle from the blast seat to mitigate risk of further casualties from unseen secondary IEDs.

  e. Expedite the process for installing the underbelly armor on the M2 Family of Vehicles.  Deep Buried IEDs directly targeting the underside of heavy tracked tactical vehicles is a tactic that AQIZ will continue to use. Along with other mitigating measures such as dismounted searches, added armor could help redirect or mitigate the blast effects under the crew compartments.

6.  POC for this memorandum is the undersigned at VOIP [b(6)] or SIPR email at

[b(6), b(3)]

Encls
1. DA Form 1574
2. Index of Enclosures
3. Enclosures I-X to DA 1574

8

UNCLASSIFIED

## REPORT OF PROCEEDINGS BY INVESTIGATING OFFICER/BOARD OF OFFICERS
For use of this form, see AR 15-6; the proponent agency is OTJAG.

*IF MORE SPACE IS REQUIRED IN FILLING OUT ANY PORTION OF THIS FORM, ATTACH ADDITIONAL SHEETS*

### SECTION I - APPOINTMENT

Appointed by [b(6), b(3)]    CDR, 3HBCT, 1st CAV DIV
    *(Appointing authority)*

on  29 May 2007    *(Attach Inclosure 1: Letter of appointment or summary of oral appointment data.) (See para 3-15, AR 15-6.)*
    *(Date)*

### SECTION II - SESSIONS

The *(investigation) (board)* commenced at  FOB Normandy, Iraq    at    1445
    *(Place)*    *(Time)*

on  30 May 2007    *(If a formal board met for more than one session, check here* ☐ *). Indicate in an inclosure the time each session began and*
    *(Date)*
ended, the place, persons present and absent, and explanation of absences, if any.) The following persons *(members, respondents, counsel)* were
present: *(After each name, indicate capacity, e.g., President, Recorder, Member, Legal Advisor.)*

The following persons *(members, respondents, counsel)* were absent: *(Include brief explanation of each absence.) (See paras 5-2 and 5-8a, AR 15-6.)*

The *(investigating officer) (board)* finished gathering/hearing evidence at    1200    on    16 June 2007
    *(Time)*    *(Date)*

and completed findings and recommendations at    2200    on    27 May 2007
    *(Time)*    *(Date)*

### SECTION III - CHECKLIST FOR PROCEEDINGS

| A. COMPLETE IN ALL CASES | YES | NO[1] | NA[2] |
|---|:---:|:---:|:---:|
| 1  Inclosures *(para 3-15, AR 15-6)* | | | |
| Are the following inclosed and numbered consecutively with Roman numerals: *(Attached in order listed)* | | | |
| a.  The letter of appointment or a summary of oral appointment data? | X | | |
| b.  Copy of notice to respondent, if any? *(See Item 9, below)* | | | X |
| c.  Other correspondence with respondent or counsel, if any? | | | X |
| d.  All other written communications to or from the appointing authority? | | | X |
| e.  Privacy Act Statements *(Certificate, if statement provided orally)?* | | | X |
| f.  Explanation by the investigating officer or board of any unusual delays, difficulties, irregularities, or other problems encountered *(e.g., absence of material witnesses)?* | | | X |
| g.  Information as to sessions of a formal board not included on page 1 of this report? | | | X |
| h.  Any other significant papers *(other than evidence)* relating to administrative aspects of the investigation or board? | | | X |

FOOTNOTES:    1/ Explain all negative answers on an attached sheet.
    2/ Use of the N'A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation
    or board.

UNCLASSIFIED

| 2 | Exhibits *(para 3-16, AR 15-6)* | YES | NO/[1] | NA/[2] |
|---|---|---|---|---|
| | a. Are all items offered *(whether or not received)* or considered as evidence individually numbered or lettered as exhibits and attached to this report? | X | | |
| | b. Is an index of all exhibits offered to or considered by investigating officer or board attached before the first exhibit? | X | | |
| | c. Has the testimony/statement of each witness been recorded verbatim or been reduced to written form and attached as an exhibit? | X | | |
| | d. Are copies, descriptions, or depictions *(if substituted for real or documentary evidence)* properly authenticated and is the location of the original evidence indicated? | X | | |
| | e. Are descriptions or diagrams included of locations visited by the investigating officer or board *(para 3-6b, AR 15-6)*? | | | X |
| | f. Is each written stipulation attached as an exhibit and is each oral stipulation either reduced to writing and made an exhibit or recorded in a verbatim record? | | | X |
| | g. If official notice of any matter was taken over the objection of a respondent or counsel, is a statement of the matter of which official notice was taken attached as an exhibit *(para 3-16d, AR 15-6)*? | | | X |
| 3 | Was a quorum present when the board voted on findings and recommendations *(paras 4-1 and 5-2b, AR 15-6)*? | | | X |
| **B. COMPLETE ONLY FOR FORMAL BOARD PROCEEDINGS** *(Chapter 5, AR 15-6)* ||||
| 4 | At the initial session, did the recorder read, or determine that all participants had read, the letter of appointment *(para 5-3b, AR 15-6)*? | | | |
| 5 | Was a quorum present at every session of the board *(para 5-2b, AR 15-6)*? | | | |
| 6 | Was each absence of any member properly excused *(para 5-2a, AR 15-6)*? | | | |
| 7 | Were members, witnesses, reporter, and interpreter sworn, if required *(para 3-1, AR 15-6)*? | | | |
| 8 | If any members who voted on findings or recommendations were not present when the board received some evidence, does the inclosure describe how they familiarized themselves with that evidence *(para 5-2d, AR 15-6)*? | | | |
| **C. COMPLETE ONLY IF RESPONDENT WAS DESIGNATED** *(Section II, Chapter 5, AR 15-6)* ||||
| 9 | Notice to respondents *(para 5-5, AR 15-6)*: | | | |
| | a. Is the method and date of delivery to the respondent indicated on each letter of notification? | | | |
| | b. Was the date of delivery at least five working days prior to the first session of the board? | | | |
| | c. Does each letter of notification indicate — | | | |
| | (1) the date, hour, and place of the first session of the board concerning that respondent? | | | |
| | (2) the matter to be investigated, including specific allegations against the respondent, if any? | | | |
| | (3) the respondent's rights with regard to counsel? | | | |
| | (4) the name and address of each witness expected to be called by the recorder? | | | |
| | (5) the respondent's rights to be present, present evidence, and call witnesses? | | | |
| | d. Was the respondent provided a copy of all unclassified documents in the case file? | | | |
| | e. If there were relevant classified materials, were the respondent and his counsel given access and an opportunity to examine them? | | | |
| 10 | If any respondent was designated after the proceedings began *(or otherwise was absent during part of the proceedings)*: | | | |
| | a. Was he properly notified *(para 5-5, AR 15-6)*? | | | |
| | b. Was record of proceedings and evidence received in his absence made available for examination by him and his counsel *(para 5-4c, AR 15-6)*? | | | |
| 11 | Counsel *(para 5-6, AR 15-6)*: | | | |
| | a. Was each respondent represented by counsel? | | | |
| | Name and business address of counsel: | | | |
| | *(If counsel is a lawyer, check here ☐ )* | | | |
| | b. Was respondent's counsel present at all open sessions of the board relating to that respondent? | | | |
| | c. If military counsel was requested but not made available, is a copy *(or, if oral, a summary)* of the request and the action taken on it included in the report *(para 5-6b, AR 15-6)*? | | | |
| 12 | If the respondent challenged the legal advisor or any voting member for lack of impartiality *(para 5-7, AR 15-6)*: | | | |
| | a. Was the challenge properly denied and by the appropriate officer? | | | |
| | b. Did each member successfully challenged cease to participate in the proceedings? | | | |
| 13 | Was the respondent given an opportunity to *(para 5-8a, AR 15-6)*: | | | |
| | a. Be present with his counsel at all open sessions of the board which deal with any matter which concerns that respondent? | | | |
| | b. Examine and object to the introduction of real and documentary evidence, including written statements? | | | |
| | c. Object to the testimony of witnesses and cross-examine witnesses other than his own? | | | |
| | d. Call witnesses and otherwise introduce evidence? | | | |
| | e. Testify as a witness? | | | |
| | f. Make or have his counsel make a final statement or argument *(para 5-9, AR 15-6)*? | | | |
| 14 | If requested, did the recorder assist the respondent in obtaining evidence in possession of the Government and in arranging for the presence of witnesses *(para 5-8b, AR 15-6)*? | | | |
| 15 | Are all of the respondent's requests and objections which were denied indicated in the report of proceedings or in an inclosure or exhibit to it *(para 5-11, AR 15-6)*? | | | |

FOOTNOTES:  1/ Explain all negative answers on an attached sheet.
2/ Use of the NA column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.

USARCENT FOIA FA-22-0067 Tranche1        UNCLASSIFIED

UNCLASSIFIED

**SECTION IV - FINDINGS** *(para 3-10, AR 15-6)*

The *(investigating officer) (board)*, having carefully considered the evidence, finds:

See Attached Memorandum

**SECTION V - RECOMMENDATIONS** *(para 3-11, AR 15-6)*

In view of the above findings, the *(investigating officer) (board)* recommends:

See Attached Memorandum

*Page 3 of 4 pages, DA Form 1574, Mar 83*                                                                USAPA V1.20

UNCLASSIFIED

---

### SECTION VI - AUTHENTICATION *(para 3-17, AR 15-6)*

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

b(6), b(3)

_____
(Recorder)

_____
(Member)

_____
(Member)

_____
(Member)

_____
(Member)

---

### SECTION VII - MINORITY REPORT *(para 3-13, AR 15-6)*

To the extent indicated in Inclosure _____ , the undersigned do(es) not concur in the findings and recommendations of the board. *(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

_____
(Member)

_____
(Member)

---

### SECTION VIII - ACTION BY APPOINTING AUTHORITY *(para 2-3, AR 15-6)*

The findings and recommendations of the *(investigating officer)* ~~(board)~~ are *(approved)* ~~(disapproved)~~ ~~(approved with following exceptions/substitutions)~~. *(If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

b(6), b(3)

**JUN 3 0 2007**

UNCLASSIFIED

# INDEX OF ENCLOSURES

ENCLOSURE I (APPOINTMENT DATA)

ENCLOSURE II (TIMELINE)

ENCLOSURE III (SWORN STATEMENTS)

    APPENDIX 1 to ENCLOSURE III (Statement of [b(6), b(3)])

    APPENDIX 2 to ENCLOSURE III (Statement of [b(6), b(3)])

    APPENDIX 3 to ENCLOSURE III (Statement of [b(6), b(3)])

    APPENDIX 4 to ENCLOSURE III (Statement of [b(6), b(3)])

    APPENDIX 5 to ENCLOSURE III (Statement of [b(6), b(3)])

    APPENDIX 6 to ENCLOSURE III (Statement of [b(6), b(3)])

ENCLOSURE IV (DA 1594 FROM THE 6-9 CAV TOC ON 28-29 MAY)

ENCLOSURE V (DART AAR TO 25th INFANTRY DIVISION COMMANDER)

ENCLOSURE VI (DART CPOF EFFORTS AND TIMELINE OF CRITICAL EVENTS)

ENCLOSURE VII (PREDATOR UAV VIDEO FOOTAGE OF IED STRIKE)

ENCLOSURE VIII (PHOTOS OF DAMAGE)

ENCLOSURE IX (EOD POST BLAST ANALYSIS)

ENCLOSURE X (POST OP STORY BOARD REPORT SENT FROM SABER TOC)



UNCLASSIFIED

**DEPARTMENT OF THE ARMY**
**HEADQUARTERS, 3d HEAVY BRIGADE COMBAT TEAM**
**1st CAVALRY DIVISION**
**FOB WARHORSE, IRAQ**
**APO AE 09336**

REPLY TO
ATTENTION OF

S: 7 June 2007

AFVA-3B-CDR                                                                 29 May 2007

MEMORANDUM FOR [ b(6), b(3) ] Headquarters and Headquarters Company, 6th
Squadron, 9th Cavalry Regiment, 3d Heavy Brigade Combat Team, 1st Cavalry Division, Forward
Operating Base Normandy, Iraq, APO AE 09336

SUBJECT: Appointment as Investigating Officer – Army Regulation 15-6 Informal Investigation

1. I hereby appoint you as an investigating officer pursuant to Army Regulation (AR) 15-6,
Procedures for Investigating Officers and Boards of Officers, dated 30 September 1996. You are to
conduct an informal investigation under the provisions of Chapter 4 of AR 15-6 into the deaths of
Second Lieutenant Kyle West, Sergeant Anthony Ewing, Corporal Jonathan Markham, Specialist
Zachary Baker, Specialist James Summers, and Private Alex Alexeev on 28 and 29 May 2007. The
deaths reportedly occurred as a result of two IED detonations IVO 38SMC 7700 5357, south of the
city of Abu Sayda. 3d Heavy Brigade Combat Team (3 HBCT) Significant Act (SIGACT) #3-1
05:947 is enclosed for your reference.

2. You are to determine the pertinent facts surrounding this incident. In particular, your findings
should address the following issues:

   a. What caused the Soldiers' death – hostile fire, friendly fire, or an accident;

   b. A detailed description of the circumstances surrounding the incident;

   c. What factor or series of factors contributed to the incident;

   d. What acts or events, if any, constituted violations of law, regulation, or policy (including the
rules of engagement);

   e. What, if any, corrective action is warranted and what actions might prevent similar future
occurrences; and

   f. All other matters you deem relevant.

3. You will draft a memorandum for record containing your findings and recommendations and
attach it as an enclosure to Department of the Army (DA) Form 1574, Report of Proceedings by
Investigating Officer/Board of Officers. You will also attach this appointment memorandum, a
copy of the SIGACT, any written requests for extensions, any written authorizations for extensions,
and an index of exhibits to the DA Form 1574.

UNCLASSIFIED

AFVA-3B-CDR
SUBJECT: Appointment as Investigating Officer – Army Regulation 15-6 Informal Investigation

4. Exhibits will be attached to the DA Form 1574 and must be properly labeled and indexed. Exhibits should include the following evidence: a complete personnel roster including full names, ranks, and duty positions of those involved; a diagram or story board depicting the incident; unit standard operating procedures; photos of the scene (e.g. UAV photos) and key evidence (e.g. vehicle); and sworn statements explaining the unit's mission at the time of the incident and addressing all issues outlined in paragraph 2 of this memorandum.

5. Based on your findings, you will not make recommendations concerning any actions the command should take with respect to culpably responsible individuals, if any. You may make recommendations on any other matter under the control of this command that you deem appropriate.

6. All witness statements in your investigation will be sworn, if practicable, using Department of the Army (DA) Form 2823, Sworn Statement. If this is not practicable, use any reliable form of recording the evidence appropriate to the circumstances.

7. Your legal advisor is [ (b)(3), (b)(6) ] He is located at the 3 HBCT, 1st Cavalry Division (1 CD) Headquarters. You may reach him via VOIP at [ b(6) ] Consult with him before beginning your investigation and concerning any questions that arise.

8. You must support your findings with substantial evidence and by a greater weight of evidence than supports a different conclusion. Your findings must support your recommendations. Submit your completed report to the 3 HBCT, 1 CD Brigade Judge Advocate Section for legal before submitting it to me.

9. The point of contact for this appointment is the [ b(6), b(3) ]
[ b(6), b(3) ] at VOIP [ b(6) ]

Encl
as

[ b(6), b(3) ]

Commanding

UNCLASSIFIED

AFVA-3B-CDR
SUBJECT: Appointment as Investigating Officer – Army Regulation 15-6 Informal Investigation


3-1 05:947; 281820MAY06; IED Detonated

INITIAL REPORT:

At 281820MAY07 3-1 CAV receives a mayday message from a downed aircraft in the Diyala Province South of the city of Abu Sayda vic 38SMC 7700 5357. 3-1 TOC reports that there are 2x KIA US Pilots as a result of the crash. TF 6-9 is currently sending QRF assets to aid in the recovery of the Aircraft.

UPDATE1: Grid to aircraft is 38SMC 7696 5353.

UPDATE2: At 1953 AWT Redwolf 06 reports engaging 3x AIF maneuvering toward the crashsite, 300 meters from site. At 2035 QRF in response to the aircraft hit an ied at 38SMC 7898 5441. 1x BFV hit an ied throwing track. At 2050 dismounts move to secure the BFV. TF 6-9 reports 5x US KIA and 2x US WIA. Medevac is enroute from FOB Normandy. At 2051 aerial QRF lands and secures the crash site.

UPDATE 3: 3X US WIA have been medevaced to FOB Normandy. The 3x WIA have been Air Evaced to LSAA to be treated for their wounds.

UPDATE4: While conducting recovery ops the patrol was struck by another IED. Damage is unknown at this time, 1x US is reported KIA. MTF

UPDATE 5: AT 290800MAY07, the remains of the US KIA will arrive at Fob Warhorse to be processed for a HERO flight.

KIA:2X KIA US Pilots 6x US(QRF) TOTAL KIA: 8X US
WIA: 3X US (QRF)
EQUIPMENT BDA:
CREW SYSTEM:

**SIGACT MEETS MNC-I CCIR #6 AND MND-N 1E, AND MNCI CCIR #13**

UNCLASSIFIED

**DEPARTMENT OF THE ARMY**
Headquarters, 3D Heavy Brigade Combat Team
1st Cavalry Division
Forward Operating Base Warhorse
APO AE 09336

AFVA-3BDE-CDR                                        20 May 2007

MEMORANDUM FOR RECORD

SUBJECT: Assumption of Command

By authority of paragraph 2-5a, AR 600-20, the undersigned assumes command of the
3D BDE, 1CD (WAGHAA), 1st Cavalry Division, FOB Warhorse, APO AE 09336,
effective 24 May 2007 until 18 June 2007.

b(6), b(3)

UNCLASSIFIED

ENCLOSURE II (TIMELINE OF CRITICAL EVENTS)

| | |
|---|---|
| 281815May 2007 | 6th Squadron, 9th U.S. Cavalry notified of downed aircraft vicinity of Little Abu Sayda. Begins preparation to conduct a Downed Aircraft Recovery Team (DART) mission |
| 282048May 2007 | A Large Buried IED detonates on Apache Troop Bradley, A25, in Little Abu Sayda, killing PFC Alexandre Alexeev, SPC James Summers, CPL Zachary Baker, SGT Anthony Ewing, 1LT Kile West, and CPL Johnathan Markham, and wounding ⬛ (b)(6), b(3) ⬛ (b)(6), b(3) |
| 282136May 2007 | Air MEDEVAC of 3 WIA from point of injury complete |
| 290241 May 2007 | CPL Johnathan Markham killed by second IED blast at Bradley recovery site |
| 29~1600May 2007 | Telephonically informed the BDE ⬛(b)(3), (b)(6)⬛ that I would take responsibility for the 15-6 Investigation |
| 29 May 2007- 16 Jun 2007 | Evidence compiled for AR 15-6 Investigation |
| 18 June 2007 | Received Appointment Orders to begin 15-6 investigation via 3 HBCT SJA, ⬛ b(6), b(3) ⬛. S: 07 June 2007 |
| 27 June 2007 | AR 15-6 Investigation completed. |
| 28 June 2007 | AR-15-6 Investigation submitted to BDE SJA. |

*ENCLOSURE III (APP 1)*

UNCLASSIFIED

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION FOB Normandy, Iraq, APO AE09324 | 2. DATE (YYYYMMDD) 2007/06/16 | 3. TIME 1200 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| b(6), b(3) | b(6) | b(6) |

8. ORGANIZATION OR ADDRESS
HHT 6-9 CAV, 3d HBCT 1CD, FOB Normandy , Iraq, APE AE 09324

9. I, ____ b(6), b(3) ____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was called to the TOC around 281845 MAY 07 and informed there was a downed aircraft south of Little Abu Sayda. I spoke with [b(6), b(3)] the Diamond Head [b(3), (b)] and he showed me the location of the downed aircraft. Track and Wheel QRF were in Muqdadiyah and already headed west on Vanessa enroute to the location. I gave [b(6), b(3)] my TOC Battle NCO instructions not to let them go south of Big Abu Sayda and that I wanted to make sure conditions were set before sending forces south. I called in [b(6), b(3)] the [b(3), b(6)] and instructed him to get the TAC REDCON 1. I also called for [b(6), b(3)] A Troop Commander and [b(6), b(3)] B Troop Commander so I could give them a FRAGO and have them start preparing to execute the DART Mission. [b(6), b(3)] told me he could have two UH-60s at Normandy, but didn't have the dismounts to put on the ground. I told [b(6), b(3)] to prepare for air assault to secure crash site. I asked [b(6), b(3)] how many Bradleys he could mission immediately for a patrol to Abu Sayda. He told me he could organize 6. I tasked organized him with the EOD JERRV and told him to get his patrol ready and meet the TAC at the south gate and be prepared to conduct a DART Mission. I confirmed with the [b(3), (b)] that he was being told by Brigade to be prepared to secure the site for up to 3-5 days. Before I left the TOC Brigade was instructing us to have our Track and Wheel QRF go to FH 600 and link up with [b(3), b(6)] and he was going to walk them on to the crash site. I told [b(6), b(3)] we weren't going to do it, that the QRF was too small of a force for this mission as well as the leadership and C2 structure needed for the mission. I asked the [b(3), (b)] to call Brigade and ensure they understood why this was a bad idea for the Track and Wheel QRF to execute this mission independently. I linked the TAC up with Apache Troop and departed FOB Normandy. Soon after leaving, the [b(3), (b)] told me that Brigade issued a FRAGO and we were going to receive C Troop, 5-73 OPCON and they were going to conduct the DART Mission. I was going to keep Apache at the Abu Sayda Police Station as a Heavy QRF for 5-73. As I got to Abu Sayda, the [b(3), (b)] issued another FRAGO, telling me that 5-73 was relieved of the mission and 21 Soldiers from B Troop were going to conduct the Air Assault to secure the crash site. I asked the [b(3), (b)] again how long we were to be prepared to secure the site. He verified again for 3-5 days. I knew that 21 Soldiers could not protect themselves and sustain themselves without support so I issued a FRAGO to [b(3), b(6)]. I Task organized him again adding an MP patrol. I told him to conduct a deliberate clearance through Little Abu Sayda, keep the route open with MPs and assist Bandit Troop with security and life support. Bandit went wheels up and Apache began their movement south from Big Abu Sayda to the crash site. Shortly after Apache began their move, they struck an IED on the north side of Little Abu Sayda. Apache reported initially 5 KIA and I believe 3 WIA. The report was later changed to 4 KIA, although one DOW enroute to Balad resulting in 5 KIA from the IED on the second Bradley in the patrol. I then called the TOC and told the [b(3), (b)] would need Brigade to help provide more dismounts to help secure the site that our patrol was not going to be able to get to the crash site from the north. About this time the 21 Soldiers from B Troop were at the scene of the crash establishing security. Bandit Soldiers secured the site and searched for sensitive items while the Aviation Technician conducted his assessment. The [b(3), (b)] informed me that Diamondhead or Brigade was trying to get CG approval to have EOD destroy the aircraft since ground forces could not get into the area to secure it for a long period. The [b(3), (b)] also informed me that 5-73 was not able to get forces north of Mukhisha to secure the site. While Bandit continued to secure the crash site and search for sensitive items, Apache Air Medevac'd 4 x WIA from Little Abu Sayda. Recovery QRF departed Normandy enroute to Apache. The [b(3), (b)] informed me that the CG authorized the destruction of the aircraft by EOD. Bandit recovered all the sensitive items except 1 set of NVGs and an M4 rifle and began to prepare the aircraft with explosives. The UH-60s that inserted Bandit Soldiers recovered the KIA from Apache and flew them to Warhorse. Bandit was complete and prepared for exfil. [b(3), (b)(6)] picked up Bandit and control detonation occurred approximately 8 minutes after Bandit went wheels up. Apache asked for additional recovery assets to backhaul debris including BRAT armor and the back ramp of the Bradley. During the recovery, the TOC reported observing through Hunter UAV feed two individuals waving what appeared to be white surrender flags. Apache located the individuals who said they were kidnap victims that had escaped. I had the Abu Sayda IPs send a patrol to pick them up from the Apache patrol.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT b(6) | PAGE 1 OF 3 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    USAPA V1.01

UNCLASSIFIED

**USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.**

| STATEMENT OF | b(6), b(3) | TAKEN AT | FOB Normandy, | DATED | 2007/06/16 |

**9. STATEMENT** *(Continued)*

   Recovery assets arrived and as recovery was nearly complete a second IED detonated on several dismounts soldiers conducting recovery operations. Apache reported 1 x KIA as a result of the second IED. Apache completed mission and linked up with Trail Blazer on RTE Vanessa for RTE clearance back to FOB Normandy. Apache recovered the destroyed Bradley and 1 x KIA back to FOB Normandy. All QRF, Recovery, Apache, and the TAC arrived back at FOB Normandy at approximately 290700 MAY 07.   b(6)

----------------------------Nothing Follows----------------------------

b(6)

| INITIALS OF PERSON MAKING STATEMENT | b(6) | | PAGE | 2 | OF | 3 | PAGES |

*PAGE 2, DA FORM 2823, DEC 1998*

USAPA V1.01

UNCLASSIFIED

STATEMENT OF [b(6), b(3)]    TAKEN AT  FOB Normandy Iraq  DATED  2007/06/16

9. STATEMENT  (Continued)



b(6)

AFFIDAVIT

[b(6), b(3)] , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___3___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

[b(6), b(3)]
_____
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this __16__ day of __June__, __2007__ at  FOB Normandy, Iraq

_____

_____

[b(6), b(3)]
_____
(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

[b(6), b(3)]
_____
(Typed Name of Person Administering Oath)

_____

(b)(3), (b)(6)
_____
(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE  3  OF  3  PAGES

PAGE 3, DA FORM 2823, DEC 1998

USAPA V1.01

UNCLASSIFIED

*ENCLOSURE III (APP 2)*

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* . |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE *(YYYYMMDD)* | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Apache Troop CP | 2007/05/30 | 1445 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| b(6), b(3) | b(6) | b(6) Regular Army |

**8. ORGANIZATION OR ADDRESS**
A TRP 6-9 CAV

9.

I, [b(6), b(3)] , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 28 MAY 07, I was leaving the DFAC when I got a call over the ICOM from Apache Mike saying that [(b)(3), (b)] needed to see me ASAP. I went to the TOC and [b(6), b(3)] explained that we had a downed aircraft vicinity Little Abu Sayda. He instructed me to move as many Bradleys and dismounts as I could to the Big Abu Sayda IP station and wait for further instructions. I told him that I could push four Bradleys, five if I could get my FIST team off of OP Redleg. He told me to collapse the OP. I went back to the troop area and we loaded up and staged at the South Gate. Once the TAC was ready, we SPd and moved to the Big Abu Sayda IP Station, slant 5 Brads / 1 JERRV with 38 personnel and 2 terps. After the TAC established comms with [(b)(3), (b)(6)] attached [(b)(3), (b)] with four trucks to me and told me to conduct a deliberate clearance of the route through Little Abu Sayda in order to link up with Bandit, who was conducting an air assault to secure the aircraft.

I issued a FRAGO via FM to the troop and gave them our task and purpose. I instructed my lead vehicle to dismount his troopers when we reached the edge of town so they could clear the road and shoulders for command or pressure wire. [(b)(3), (b)(6)] reported that the hardball road continued outside of town and recommended that the dismounts stay mounted until we reached a location where the road was not paved. He moved approximately 300 meters down the road and reported that he was dismounting his troopers to clear the road. The dismounts, under [b(6), b(3)] dismounted and moved forward, clearing the road and shoulders as the Bradleys overwatched. The Bradleys continued moving as the dismounts moved ahead of them. The first IED detonated on the second Bradley in the order of movement. I submitted a contact report to [(b)(3), (b)(6)] and waited for BDA. I contacted [b(6), b(3)] for BDA and he said his crew was OK, but he needed someone to check on his dismounts. I then received the initial report of BDA. It was 5 KIA and 2 WIA. I sent this report higher and started working on a 9-Line MEDEVAC request. I could not get reports from my dismounted troopers, so I instructed [(b)(3), (b)(6)] to maintain comms with squadron and I dismounted. I moved up to the IED site and [b(6), b(3)] [b(6), b(3)] were working on [b(6), b(3)] They had pulled him away from the vehicle to conduct medical care. [(b)(3), (b)(6)] [b(6), b(3)] called up the MEDEVAC request to squadron for [b(6), b(3)] had been thrown from the vehicle and was KIA. The IED penetrated the crew compartment, blew the ramp off of the M2 and blew the TOW hatch off of the M2, as well. The rest of the dismounts in the Bradley were KIA.

I received an initial report from CPL Markham that it was LT West [(b)(3), (b)] SGT Ewing, and SPC Summers. [b(6), b(3)] moved to [(b)(3), (b)] Bradley and [b(6), b(3)] moved to [(b)(3), (b)(6)] track. Once the MEDEVAC was called in, [ ] moved his Bradley to knock over poles and other obstacles that were on the LZ. Once the LZ was clear, we secured it and waited for the aircraft to arrive. At this time, Baker started to fail. [b(6), b(3)] started [(b)(6)] and rescue breathing as the MEDEVAC aircraft was arriving. Once the MEDEVAC landed, we loaded Baker, [b(6), b(3)] and [(b)(6), b(3)]n to the aircraft. They departed for Balad.

(b)(7)a

Once the MEDEVAC departed, we began to recover the remains of the KIA. LT West's remains were already outside of the vehicle. We removed SPC Alexeev's remains, SGT Ewing's remains, and then SPC Summer's. We could not find anything belonging to [b(6), b(3)] but [b(6), b(3)] had told one of the dismounts that they left without him. I informed [b(6), b(3)] of this and then told him to report the correction to squadron. We placed all of the remains into body bags and [(b)(3), (b)(6)] landed to transport the remains from the site. They used the same LZ that Cutty did for the MEDEVAC.

After they left, EOD took their required pictures of the Bradley and Dominator moved forward to begin recovery of the vehicle. My troopers policed up all sensitive items and placed them in a body bag, and placed all of the PPE inside the track. At this time, I remounted [(b)(3), (b)(6)] establish comms with squadron and submit further reports. [(b)(3), (b)(6)] took the track off of the M2 and my guys started rolling it up. [(b)(3), (b)(6)] loaded the ramp and

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF | 2 | PAGES |
|---|---|---|---|---|
| | b(6) | | | |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**      DA FORM 2823, JUL 72, IS OBSOLETE      APD PE v1.01

UNCLASSIFIED

| STATEMENT OF | b(6), b(3) | TAKEN AT Apache CP | DATED 2007/05/30 |

**9. STATEMENT** *(Continued)*

TOW hatch on to a flatrack. They had just finished loading the second side of track and were moving back to the cover of a building when the second IED exploded. The blast killed CPL Markham instantly and threw several other troopers several meters in the air. I reported another contact report - IED b(3), b(6) I told b(3), b(6) b(3), b(6) to get getting back on the ground. I moved up to the dismounts and checked on my guys and got 100% accountability. The second IED was within 10 feet of the first one. EOD had been through the area on their hands and knees and did not find it, and the M88 had been driving over it for about 3 hours as they loaded up the debris from the strike and pulled the track off of the Bradley.

We then emptied the sensitive items out of the last body bag and put them inside an OVM box on the side of Dominator's PLS. We recovered CPL Markham's body and placed it in the body bag. I then asked EOD if they had a means of clearing from the M88 to the front of the Bradley. b(6), b(3) said that he could use det cord, but it wouldn't be effective. I then talked to b(6), b(3) and he moved his M88 to the front of the Bradley and we hooked it up. He backed the Bradley through the two blast seats and my troopers and I policed up the remaining BRAT tiles, side skirts, and other debris and equipment. Once the area was policed, we loaded CPL Markham's remains into the back of A56 and began to prep for exfil.

————Nothing Follows————



**AFFIDAVIT**

I, _____ b(6), b(3) _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __2__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

b(6), b(3)
*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this __05__ day of __June__ , __2007__

at 1-9 CAV Squadron HQs

b(6), b(3)
*(Signature of Person Administering Oath)*

ORGANIZATION OR ADDRESS

b(6), b(3)
*(Typed Name of Person Administering Oath)*

b(3), b(6)
*(Authority To Administer Oaths)*

ORGANIZATION OR ADDRESS

| INITIALS OF PERSON MAKING STATEMENT | b(6) | | PAGE 2 OF 2 PAGES |

*PAGE 3, DA FORM 2823, DEC 1998*    APD PE v1.01

UNCLASSIFIED

*ENCLOSURE III (APP 3)*

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION FOB NORMANDY, IRAQ | 2. DATE *(YYYYMMDD)* 20070616 | 3. TIME 1700 | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME b(6), b(3) | 6. SSN b(6) | 7. GRADE/STATUS b(6) |
|---|---|---|

8. ORGANIZATION OR ADDRESS
A TRP, 6-9 CAV, 3 BCT, 1 CD

9. I, [b(6), b(3)], WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 28 May 2007, on or about 1800 hrs, I was told to stand up all our Bradley's, due to a Kiowa going down. I stood up TPE-2, a M2A2, with the primary crew of myself, [b(6), b(3)] I also had 5 dismounts; LT West, SGT Ewing, SPC Summers, SPC Baker, and PVT Alexeev. I was the second Bradley behind, [b(6), b(3)] A trp SP from Normandy, and made our way to Big Abu Saida, with out incident. We then staged in front of the IP station. After about twenty mins, we where told, get ready, we where to conduct a rt clearance to the crash site, and to provide security for the B TRP element that was air lifted to the crash site. We started making our move to Little Abu Saida, on or about 2000 hrs. Right before Little Abu Saida, [b(3), b(6)] came on and said " Looks like a IED on the left side of the road", [b(3), b(6)] [I] dropped his dismounts, had them check the road, the side of the road, and all holes and craters. We had intel about possible [b(1)1.4a] IED's in this area. [b(6), b(3)] slowly made his way across. [b(6), b(3)] said it was all clear. I told my driver, follow his tracks, it was no more than 30 seconds later, a IED hit my Bradley. I felt myself lift off my seat and start to be thrown thru the commander's hatch. I felt the heat and the blast come up thru the turret to escape thru the bc side. My left knee hit something and that is what stop me from going any further. My cvc helment and blown off my head and I blacked out. When I came too, I checked on my gunner, [b(6), b(3)], and he stated good, the gunner still had his cvc, so I told him, to get a status on the driver, [b(6), b(3)] I recieved the good status on [b(6), b(3)] when I tried to get to the crew compartment, and seen that the turret door was blown in. I was unable to open it. I started yelling for the dismounts, asking by name. I found a flashlight, shined it into the crew compartment, and [b(6)] I looked to the left of the compartment and seen who appeared to be SGT Ewing. Both of them where dead. I could not see LT West, SPC Baker, or PVT Alexeev. I told my gunner to get on the radio, tell them the BC, Gunner and Driver were ok, but we needed the medic now.

I then tried to climb out of the turret thru the bc hatch. I seen dismounts coming up behind my Bradley, and yelled to them to open the crew door to get my dismounts out. Some one replied the ramp was blown off, there was no door. I climbed out, went to the back, and seen Spc Baker [b(6)] He was being treated by the trp medics. I seen another body lying about 25 feet behind the Bradley, against the wall, I started to go to him, and [b(6), b(3)] stopped me and said it was LT West, and he was already gone. [b(6), b(3)] climbed into the back of the Bradley, and started looking for any survirors, I told him to come out. I shined my light into the crew compartment, and still could not find PVT Alexeev. [b(6), b(3)] came down from the turret, and we got [b(6), b(3)] out of the driver's hatch. [b(6), b(3)] went to [b(6), b(3)] [b(6), b(3)] bradley in front of us [b(6), b(3)] went to [b(6), b(3)] bradley behind us. I started pulling security on the medics, while they continued to work on Baker. CPL Markham came to me, and wanted me to go to [b(6), b(3)] bradley, he said I was covered in blood, and he wanted me to get to cover, so I could be looked at. He walked me to the bradley, and once inside I started check over [b(6), b(3)] then came into the crew compartment to get a status, then the ramp came down, [b(6), b(3)] said we were being medevac out of there. [b(6), b(3)] Cpl Markham walk myself, [b(6), b(3)] and [b(6), b(3)] to the LZ. The medics, where still working on Baker. The medevac landed, the medics brought Baker, loaded him on the medevac, and then [b(6), b(3)], and myself where loaded. The medics, continue to work on Baker, thru out the whole flight, once on the ground the E R staff at Balad, took over and worked on Baker, for at least another 30 mins. It was then the Dr. came to me and informed me SPC Baker didn't make it. The extint of my crews injuries are. [b(6), b(3)] [b(6), b(3)] Myself: [___] [b(6)] I was RTD on the 31 May 2007. [b(6), b(3)] are still currently under going further tests. *Nothing else Follows* [b(6)]

[b(6)]

[b(6)]

[b(6)]

[b(6)]

[b(6)]

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT [b(6)] | PAGE 1 OF 3 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____.*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

| **DA FORM 2823, DEC 1998** | DA FORM 2823, JUL 72, IS OBSOLETE | APD PE v1.01 |
|---|---|---|

UNCLASSIFIED

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF [b(6), b(3)] TAKEN AT _FOB Normandy FoHQ_ DATED _2007/06/16_

9. STATEMENT *(Continued)*   nothing Follows   [b(6), b(3)]



b(6)

b(6)

b(6)

b(6)

INITIALS OF PERSON MAKING STATEMENT   [b(6)]

PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998

USAPA V1.01

UNCLASSIFIED



STATEMENT OF ___b(6), b(3)___ TAKEN AT _FOO Normandy, Iraq_ DATED _2007/06/18_

b(6), b(3)

9. STATEMENT *(Continued)* Nothing Follows

**AFFIDAVIT**

I, ___b(6), b(3)___, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

b(6), b(3)

*(Signature of Person Making Statement)*

WITNESSES:

b(6), b(3)   Alpha Troop 6-9 CAV

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _16_ day of _June_, _2007_ at

ORGANIZATION OR ADDRESS

b(6), b(3)

b(6), b(3)

*(Typed Name of Person Administering Oath)*

(b)(3), (b)(6)

*(Authority To Administer Oaths)*

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT   b(6)

PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2823, DEC 1998   USAPA V1.01

ENCLOSURE II (APP 4)

UNCLASSIFIED

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943    (SSN) .

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) 2007/06/05 | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME b(6), b(3) | 6. SSN b(6) | 7. GRADE/STATUS b(6) |
|---|---|---|

8. ORGANIZATION OR ADDRESS
A TRP 6-9 CAV 1CD

9.

I, ____b(6), b(3)____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 29 may 2007 around 1800 A TRP 6-9 CAV was called out to do a DART mission for a helicopter that went down just west of the 75 grid line. As we all prepped our bradleys I volunteered to be lead Bradley with my experience within the sector. We SPed the FOB around 1820 hours in route to the crashed helicopter, we had 5 to 6 dismounts in back of every Bradley that we had out on mission due to the mission that we had at hand securing a crashed helicopter sight. We had 6 Bradleys from A TRP along with the mobile TAC rolling with us that was going to set up at the Abu saeda IP station. We arrived at the IP station around 1845 and allowed the TAC to have time to set up inside the IP station. Once everything was set, the orders was given by (3). (b) that we would roll to the crash site with our 6 bradleys and one of the wheeled QRF platoons that consisted of 4 M1114's. Then b(6), b(3) set the order of march as the first three brads then the 4 M1114's then finally the last three brads. I was the lead brad that started our movement heading towards little Abu seada. As we started to head out of big Abu seada there was a ghost town right on the outside village limits. The road was still all hardball until we got to this one spot in the road where the road was totally cover by dirt. As I rolled up to the spot in the road I got out my dismounts to clear the area the best that they could before I would mount them up and we would continue mission. The dismounts cleared the area and reported back to me that it looked good to them, so I mounted the dismounts back up on the Bradley and evaluated the area my self before proceeding. I noticed that the was a small crater looking hole on the left side of the road and on the right side of the road there was tire tracks that looked like people drove over to that side all the time. So I told my driver to stay in those tire tracks on the right side the best he could and we would move out. I then proceeded to the hardball on the other side of the dirt with no problems and then b(6), b(3) Bradley started to try to go the same route that I did but unfortunately they hit a pressure switch and it so happened that the IED was on the right side of the road not the left side where I had thought it might have been. The IED blew straight up through the crew compartment of the Bradley that got hit killing 4 out of the 5 personal right on the spot. After the IED went off I checked my crew to make sure that we all got hit cause the IED was so loud that I had thought it hit my Bradley, after noticing that it didn't hit my Bradley I called back for b(6), b(3) Bradley to get a sitrep on the IED. Come to find out that b(6), b(3) b(6), b(3)CVC got blown off from the blast and his gunner answered the radio, I asked him for a sitrep and he reported to me that the crew for the Bradley was only slightly hurt but he wasn't getting a response from the dismounts in the back. So I sent my dismounts along with the medic to the back of the brad to find out that 4 soldiers were dead and ___b(6)___ . So once I found that one didn't have a chance I send the report about the 4 KIA and 4 wounded and sent up the 9 line medivac to saber 3 to relay for me to squadron. Once the 9 line was sent up I started getting the walking wounded into my Bradley and I tried to evaluate them the best I could while the medics worked on the liter urgent soldier. I then had b(6), b(3) and a few dismounts start to mark the LZ site and secure the area until the birds arrived. Then we started setting up 360 security the best we could throughout the convoy and I started setting up priorities of work as different elements check into our radio freq. We first started with the walking wounded and liter urgent soldiers and got them to the LZ when the helicopters came and picked then up. Then we did the best we could picking up our fallen 4 soldiers and getting then into bodybags for b(3), b(6) to pick them up after they were done with bravo's air assault mission. We continued to secure the LZ for (b)(3), (b)(6) when they came in and we loaded up our 4 fallen soldiers and they were airlifted to warhorse for us. At this time some soldiers reported that they had flashlights out in the woodline directly south of our position and this was around 2200 hours about a hour after curfew for civilians and that's when I started to worry about the crater looking ditch that was on the south side of the road on the otherside of the Bradley and were most of the dismounts were at this time so I had the dismounts fire warning shots into the woods to make those personal go away. At this time also recovery was on site with a PLS and M88. So recovery operations had began and the dismounts were picking up the fallen brat off of the Bradley and helping recovery load up the track off the Bradley onto the PLS. Around 0030 a second IED went off on the north side of the road witch was the same side as before in the same exact spot as the IED was when it hit the Bradley only a few feet more to the north. This time I reported contact IED on the dismounts on the ground to b(3), b(6)then one of the dismounts contacted me on the radio to inform me that everyone was ok except for CPL Markham that had been around the first IED hole picking up the remainder of the Brat armor so we could start our exfil. After everyone regrouped and gained there thought's we started gathering up the remainder of the parts that needed throw up on the PLS and we then got another body bag and shifted our dismounts some so only b(6), b(3) would ride back with CPL Markham's body in the back of the CO's Bradley. once we got everyone loaded up I left my dismounts out and told them I would meet them about 100m east of the IED hole since I was the only brad that was on the Westside of the hole. Then we finally started our exfil operations and started to head back to the FOB around 0430 in the morning and we RPed the FOB around 07-0730 where we helped the CO and b(6), b(3) take CPL Markham to the aid station and then a hour later we conducted the hero flight for Markham

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT b(6), b(3) | PAGE 1 OF 3 PAGES |
|---|---|---|

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

DA FORM 2823, DEC 1998    DA FORM 2823, JUL 72, IS OBSOLETE    APD PE v1.01

UNCLASSIFIED

**USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.**

STATEMENT OF [ b(6), b(3) ]    TAKEN AT _____    DATED 20070605

9. STATEMENT    *(Continued)*



b(6), (b)(3)

INITIALS OF PERSON MAKING STATEMENT    [ b(6), (b)(3) ]    PAGE 2 OF 3 PAGES

*PAGE 2, DA FORM 2823, DEC 1998*    APD PE v1.01

UNCLASSIFIED

STATEMENT OF    b(6), b(3), (b)(3)    TAKEN AT _____    DATED *20070605*

9. STATEMENT    *(Continued)*



b(6), (b)(3)

**AFFIDAVIT**

I, _____ b(6), b(3) _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___3___. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

b(6), b(3)

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this __06th__ day of __June__, __2007__

_____

_____    b(6), b(3)

ORGANIZATION OR ADDRESS

_____    b(6), b(3)

_____    (b)(3), (b)(6)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT    b(6)    PAGE 3 OF 3 PAGES

PAGE 3, DA FORM 2823, DEC 1998    APD PE v1.01

UNCLASSIFIED                                    *Enclosure III (App 5)*

## SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| FOB Normandy | 2007/06/05 | 1430 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| b(6), b(3) | b(6) | b(6) |

**8. ORGANIZATION OR ADDRESS**
A Troop 6-9 Cav, ICD

**9.**

I, _____ b(6), b(3) _____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 28 May 07 between 1700 and 1800hrs. We were alerted that a helicopter had crashed and needed to be recovered. I prepared my Bradley for the mission and recieved 7 dismounts. The troop loaded up 4 Bradleys with dismounts to accomplish the mission. We lined up at the south gate just like any other mission. The details to the actual mission was not yet clear. We new that a helicopter had been shot down and was located south of Little Abu Sadu; which is known to be insurgent populated. We departed FOB Normandy and roadmarched to Abu Sadu as a staging area for the mission. When we arrived at Abu Sadu QRF I and II were already there. EOD was already staged there as well. The commander came across the radio and gave a FM mission brief. Our mission was to deliberately clear the road and make link up with Bandit troop who was doing an air insertion into the site. Everyone new the road was heavily laced with IED's. The plan was to use dismounts out of the Bradleys to clear ahead of the vehicles. Everyone acknowledged and was given the order of march and told to move out. _____ (b)(3), (b)(6) _____ and the (b)(3), (b)(6) (b)(3), (b)(6) vehicles were loaded and started to move out. We made it approximately 300m down the road along the canal when (b)(3), (b)(6) soldiers to clear an area in the road that was dirt. The dismounts did not see any signs of wires or mines. During this time the sun was starting to set. The dismounts loaded back up and _____ moved on. As (b)(3), (b)(6) used the same area an IED went off. I seen the ramp of the Bradley had been torn off and no one moving at that time (b)(3), (b)(6) the (b)(3), (b)(6) were trying to get a sitrep from (b)(3), (b)(6) b(6), b(3) responded that he could not get a response from the dismounts and that the BC had his CVC blown off his head. At that time (b)(3), (b)(6) their dismounts out to start securing the area and site. The ground team began to evacuate the casualties from the back of the Bradley. There was 4 KIA's and 1 WIA at that time. Two medics and b(6), b(3) began to work on the WIA immediately while the rest of the team helped (b)(3), (b)(6) get out of their vehicle and treat them. We recieved word that the pilots had been taken out of the crash site and that Bandit troop had secured the site. The (b)(3), (b)(6) got on the ground to help with evac and security operation going on at the site. An evac helicopter was sent to evac the 1 WIA from the back of the Bradley and the crew itself. Once they were air lifted out. The ground team began to place the KIA remains into body bags. Security was maintained throughout the whole time. The request for recovery assets for the Bradley was requested, but would take some time to get because QRF I and II were staged at the Abu Sadu IP station. So Bandit troop dispatched two Bradleys to escort the recovery assets to the site. Once they were on site the mission focus was to recover the vehicle and wait for another helicopter for the KIA remains. As the recovery operation was being conducted another IED went off about 100 south of the original IED blast. I watched as soldiers tried to get away from the blast and was engulfed with debri. That is when we had the 6th KIA. EOD had cleared the area prior to any recovery mission began. The ground team then searched the area for anymore IEDs with the help of EOD. The KIA's remains were picked up and the vehicle was recovered after the area was secured and no further IEDs were found. We were told that the aircraft would be destroyed and that Bandit troop was going to be airlifted out of the area. We turned the the convoy around and established a order of march and began to move back to FOB Normandy. We returned to FOB Normandy with the escort of Trail Blazer. We RP'd FOB Normandy around 0615hrs on 29 May 07. During the whole ordeal we had AWT coverage except when the AWT had to refuel. They provided coverage all the way back to FOB Normandy. Once we returned to our troop area we found out that the 1 WIA dismount had died in flight. We had 6 KIAs and 3 WIAs on a mission that went about 300m on a road that was known to have IEDs. The soldiers on the ground and in the area did all could have been asked. They stayed focused and drove on doing their best (b)(3), (b)(3)................End of Statement..................................................................................
................................................................Nothing Follows.................................................................

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | | |
|---|---|---|---|
| | b(6) | PAGE 1 OF **3** | PAGES |

*ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____*

*THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.*

**DA FORM 2823, DEC 1998**          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

UNCLASSIFIED



USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___b(6), b(3)___ TAKEN AT _FOB Normandy_ DATED _2007/06/05_

9. STATEMENT    *(Continued)*

b(6)

INITIALS OF PERSON MAKING STATEMENT _(b)(6)_    PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998    APD PE v1.01

UNCLASSIFIED



STATEMENT OF **b(6), b(3)**   TAKEN AT **FOB Normandy**   DATED **2007/06/05**

9. STATEMENT *(Continued)*

b(6), (b)(3)

b(6), (b)(3)

b(6), (b)(3)

b(6), (b)(3)

**AFFIDAVIT**

I, **b(6), b(3)** , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___3___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

b(6), b(3)

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___5th___ day of ___June___ , ___2007___ at ___FOB Normandy, Iraq___

_____

b(6), b(3)

_____   *(Signature of Person Administering Oath)*

ORGANIZATION OR ADDRESS

b(6), b(3)

_____   *(Typed Name of Person Administering Oath)*

_____

(b)(3), (b)(6)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE __3__ OF __3__ PAGES

PAGE 3, DA FORM 2823, DEC 1998                                    APD PE v1.01

UNCLASSIFIED

ENCLOSURE III (APP G)

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)* .

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION | 2. DATE *(YYYYMMDD)* 2007/06/04 | 3. TIME 1820 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME  b(6), b(3) | | 6. SSN  b(6) | 7. GRADE/STATUS  b(6) |

8. ORGANIZATION OR ADDRESS
A TRP 6-9 CAV 1CD FT. HOOD, TX 76544

9.

I, [ b(6), b(3) ], WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 29 May 2007 Alpha Troop was called to do a DART mission. Memebers of the troop prepped Bradleys and dismounts and rolled out of FOB Normandy as quickly as possible. We were almost to the crash site when we came to a dirt patch in the road, myself and the other guys in the back of the lead Bradley, dismounted to checked it out, we didn't find anything and remounted. The brad I was on rolled through no problems, the Bradley behind us was hit underneath by an IED. Myself and the guys that were together in the brad dismounted to go check for casualties. The 3 crew members had minor injuries. The floor to the dismount compartment was blown open, the TOW hatch and back ramp were blown off, the three dismounts in the Bradley were dead, one was throw clear and was dead. SPC Baker was on the ground behind the Bradley and was severly injured but alive and consious. [ b(6), b(3) ] and myself movet SPC Baker and began treating his injuries, [ b(6), b(3) ] joined treating him after checking the people still in the bradley. SPC Baker lost stopped breathing and the medics began CPR, they continued CPR untill SPC Baker was moved to the medivac chopper. After him and the Bradley crew were flown out [ b(6), b(3) ] and myself removed the bodies from the back of the Bradley. After getting them into body bags and getting them on a chopper for evac we started work to recover the blown up brad. We were almost complete with that when another IED went off a couple of feet from the first one, none of us had seen anything that would make us think that there was something there. All of us in the area were throw to the goround by the blast. [ b(6), b(3) ] ran to the area and checked to esure everyone was ok. Everyone was ok except CPL Markham wasn't in the area. We found him dead about 30 feet away [ b(6) ] I collected a three man detail ( I don't recall who it was) and we put CPL Markham into a body bag and moved him to the area where everyone else was. Recovery finished hooking up to the destroyed Bradley and turned around for exfil. CPL Markham was put into the back [b(6), b(6), b(6)], and myself and the group moved back to FOB Normandy.

*NOTHING FOLLOWS*



| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT  b(6) | PAGE 1 OF  2  PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**   DA FORM 2823, JUL 72, IS OBSOLETE   APD PE v1.01

UNCLASSIFIED



STATEMENT OF ___b(6), b(3)___    TAKEN AT **APACHE CP**    DATED _2007/06/04_

9. STATEMENT    *(Continued)*

b(6), (b)(3)

b(6), (b)(3)

b(6), (b)(3)

b(6), (b)(3)

**AFFIDAVIT**

I, ___b(6), b(3)___ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __2__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT ___ OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE ___EMENT.

b(6), b(3)

*(Signature of Person Making Statement)*

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _04_ day of _June_ , _2007_

_____

_____

b(6), b(3)

**ORGANIZATION OR ADDRESS**

_____

b(6), b(3)

*(Typed Name of Person Administering Oath)*

_____

(b)(3)

**ORGANIZATION OR ADDRESS**

*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT    b(6)

PAGE _2_ OF _2_ PAGES

*PAGE 3, DA FORM 2823, DEC 1998*    APD PE v1.01

Pages 38 through 70 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a
(b)(1)1.4a, (b)(1)1.4c
(b)(1)1.4a, (b)(3), (b)(6), (b)(7)a

UNCLASSIFIED

UNCLASSIFIED

(b)(1)1.4a

Incident 725-N-309-07
TEAM 11 – FOB NORMANDY: Team conducted a post blast analysis during route clearance
725-RTC-085-07. While enroute to the site the second BFV in the convoy was attacked by a
pressure wire IED buried under the road at grid MC 78525401. The BFV was catastrophically
damaged. 4 KIA and 1 WIA were reported. The IED struck the troop compartment of the BFV.
Team leader cleared the area and conducted post blast analysis. Crater was 3.5' deep and 4.25'
in diameter. Fragmentation in and around the crater was consistent with a main charge of 2 ea 25
gallon propane tanks. Initiation system was pressure wire. During recovery operations a
secondary IED detonated approximately 5 feet from the initial blast crater (IED was under the
disabled BFV and detonated after its removal from the blast seat) killing 1 dismounted CF soldier.
Team leader evacuated the immediate area and conducted PBA. The crater was 5' in depth and
7.5' in diameter, unknown initiation system, team leader estimates main charge to be
approximately 100lbs of bulk explosive. 282100DMAY07; MC 290735DMAY07
Reported: 281930DMAY07; Departed: 281925DMAY07
JERRV MY01KJ: Miles: 6543; Hours: 1242

Pictures attached are for incident 725-N-309-07

    UNCLASSIFIED

Pages 72 through 73 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(1)1.4a

UNCLASSIFIED