# **Exhibit 164**

**From:** (b)(3)130b, (b)(6)
**To:** MNCI-CASUALTY
**Subject:** [U] (FOUO) Casualty Report - SUPP- Summers, James-282050MAY2007
**Date:** Saturday, June 9, 2007 2:54:52 PM

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

***********************************************************
      DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
***********************************************************

***********************************************************
***********     CASUALTY REPORT      ************
***********************************************************

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  149-003D

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(3)130b, )(6)

Last Name:  Summer

First N me:  Jame

Middle Name:  Eugene

Service   United States Army

Mili ry Rank:  CPL

Military Unit of Assignment:  A CO, 6-9 Armored Reconnaissance Squadron, 3HBCT (tacon to 25th ID)

Military UIC:  WH0JA0

Date/Time of Incident (New/Old):  20070528/2050

Inflicting Force: Enemy Forces

Incident City: Abu Sayda

Incident Country: Iraq

Circumstance: At 2035 Task Force 6-9 Quick Reaction Force responds to a downed aircraft in vicinity MC 7700 5357 in the Diyala Province South of the city of Abu Sayda. The [(b)(1) 1.4g] struck an Improvised Explosive Device enroute to the crash site. At 2050 dismounts move to secure the [(b)(1) 1.4g] and reports 5 US KIA and 2 US WIA.

   Body Armor: Eye Protector / Oakley (Ballistic) Spectacle

   Body Armor: Helmet / Advanced Combat Helmet

   Body Armor: Vest / Outer Tactical Vest

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20070528/2050

Place of Death Country: Iraq

Cause of Death: massive trauma

Grid: MC 770 5357

Vehicle Group:

Vehicle Type: [(b)(1) 1.4g]

Vehicle Owner: US Government

Position in Vehicle: Passenger

Investigation Required: Investigation Required

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

DD Form 93 Date: 20060419

DD Form 93 Review Date: 20060419

SGLI Date: 20060419

Birth Date: [(b)(6)]

Sex: Male

Race: White

Religious Preference: Protestant, No Denominational Preference

DMOS/AFSC: 19D

PMOS: 19D

PEBD: 20050216

BASD/ADBD: 20050216

HOR City: Bourbon

HOR State: MO

HOR Country: United States

Remarks: Soldier was identified and pronounced deceased by [(b)(3)130b, (b)(6)] by means of identification tags.

15-6 Investigation Officer: [(b)(3)130b, (b)(6)] HHT 6-9 ARS, 3HBCT, 1CD, 25ID, investigation as initiated on 29 May 2007.

SCMO: [(b)(3)130b, (b)(6)] HHT 6-9 ARS, 3HBCT, 1CD, 25ID, soldier's personal effects inventory was initiated on 29 May 2007.

Supplement made to reflect soldier's position in vehicle, vehicle type, and vehicle group.

Will supplement when information becomes available.

Report completed by [(b)(3)130b, (b)(6)] 3HBCT Casualty NCO, [(b)(6)]

Field Grade Reviewing Officer: [(b)(3)130b, (b)(6)] HBCT Executive Officer, [(b)(6)]

Report date: 091958Jun07

Software Version: DCIPS Forward - Version 4  Build: 57 Release Date: 01 MAR 2007

~~FOR OFFICIAL USE ONLY~~