# **Exhibit 165**

Report Source: CIDNE by

## IED Report Theater: ROAR

| | | | |
|---|---|---|---|
| Classification: | ~~SECRET~~ | Releasability: | ~~NOFORN~~ |
| Tracking Number: | IED-20070528203538SMC7696053530 | MGRS: | 38SMC7696053530 |
| Call Sign: | *** Auto Generated *** | Secondary Safe Area MGRS: | Not Reported |
| Primary Safe Area MGRS: | Not Reported | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| KIA | WIA | KIA | WIA | KIA | WIA |
| 0 | 0 | 0 | 0 | 0 | 0 |

### Equipment Used

| | | | |
|---|---|---|---|
| Equipment Used Type: | Not Reported | Equipment Used Name: | Not Reported |

### Releasable Data

| | | | |
|---|---|---|---|
| Classification: | UNCLASSIFIED | Releasability: | ~~FOR OFFICIAL USE ONLY~~ |
| Reporting Unit (EOD): | MND-N | Date Discovered DTG (Zulu): | 28 May 2007 16:35 |
| Event Type: | Explosion | | |

### Team Data

| | | | |
|---|---|---|---|
| Service Affiliation: | Not Reported | | |
| EOD Notification DTG (Zulu): | Not Reported | | |
| EOD FOB Departure DTG (Zulu): | Not Reported | EOD Scene Arrival DTG (Zulu): | Not Reported |
| EOD Scene Departure DTG (Zulu): | Not Reported | EOD Mission Complete DTG (Zulu): | Not Reported |

### Site Data

| | |
|---|---|
| Site Marked: | None Selected |
| Marking Details: | N/A |
| Civilian Activity: | None Selected |
| Reference Point: | None Selected |
| Aiming Point Details: | N/A |
| Firing Point Details: | Not Provided |
| Firing Point MGRS: | Not Reported |
| Light Conditions: | None Selected |
| Weather: | None Selected |
| Route Patrol: | None Selected |
| Last Time Route Cleared (Zulu): | N/A |

| | | | |
|---|---|---|---|
| **Analysis:** | EODMU2 COMMENTS: | | |

Team responded to a Post Blast at MC 7852 5401 while en route to the OH-58 crash site. The second vehicle (b)(1)1.4g QRF convoy struck a pressure wire IED. 5 x US KIA and 3 x US WIA were sustained. The IED struck (b)(1)1.4g (b)(1)1.4g Team cleared the area and conducted a Post Blast analysis. Crater was 3.5 ft. deep and 4.25 ft. in diameter. Fragmentation was consistent with a main charge of 2 x 25-gallon propane tanks filled with unknown explosives. Initiation system was pressure wire. During recovery operations a secondary IED detonated approximately 5 ft. from the initial blast crater. IED had been (b)(1)1.4g came to rest, so team was unable to locate it during search of the area. 1 x US KIA. Team conducted a Post Blast and identified a crater 5 ft. in depth and 7.5 ft. in diameter. Method of initiation was unknown. Blast and fragmentation was consistent with approx. 100 lbs. of bulk explosive. CCIR #6. 281925DMAY07.

### Devices

#### Device 1

| | | | |
|---|---|---|---|
| **Placement:** | Not Reported | **Location:** | None Selected |
| **Container:** | Propane Tank | **Container Sub-Type:** | Not Reported |
| **How Device Was Found:** | Not Reported | **Who Found Device:** | Other |
| **Explosive Effect:** | Not reported | **Action Taken:** | Not Reported |
| **Main Charge Configuration:** | Not reported | | |
| **Casualties:** Yes | **Suicide Device:** No | **First Responder Targeted:** No | **Post Blast:** No    **Partial Build:** No |

#### Releasable Device Information

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |

**Device Description:** EODMU2 COMMENTS:
Team responded to a Post Blast at MC 7852 5401 while en route to the OH-58 crash site. The second vehicle (b)(1)1.4g QRF convoy struck a pressure wire IED. 5 x US KIA and 3 x US WIA were sustained. The IED struck (b)(1)1.4g . Team cleared the area and conducted a Post Blast analysis. Crater was 3.5 ft. deep and 4.25 ft. in diameter. Fragmentation was consistent with a main charge of 2 x 25-gallon propane tanks filled with unknown explosives. Initiation system was pressure wire. During recovery operations a secondary IED detonated approximately 5 ft. from the initial blast crater. IED had been (b)(1)1.4g came to rest, so team was unable to locate it during search of the area. 1 x US KIA. Team conducted a Post Blast and identified a crater 5 ft. in depth and 7.5 ft. in diameter. Method of initiation was unknown. Blast and fragmentation was consistent with approx. 100 lbs. of bulk explosive. CCIR #6. 281925DMAY07.

**MGRS:** 38SMC 76960 53530

### Targets

#### Initiators

| | | | |
|---|---|---|---|
| **Type:** | Victim Operated | **Initiation Sub-Type:** | Pressure |
| **Initiation Detail:** | N/A | **Initiator:** | Not Reported |
| **Arming:** | N/A | **DTMF:** | UNKNOWN |
| **Make:** | N/A | **Model:** | N/A |
| **Receiver Remoted:** | 0 | **Receiver Remoted Distance (M):** | 0 |
| **Type:** | Unknown | **Initiation Sub-Type:** | N/A |
| **Initiation Detail:** | N/A | **Initiator:** | Not Reported |
| **Arming:** | N/A | **DTMF:** | UNKNOWN |

*Approved for Release*

| | | | |
|---|---|---|---|
| Make: | N/A | Model: | N/A |
| Receiver Remoted: | 0 | Receiver Remoted Distance (M): | 0 |

**Munitions**

**Render Safe**

## SIGACT Report Theater: ROAR

**** SIGACT CLOSED ****

| | |
|---|---|
| **Title:** | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 3-1 QRF : 5 CF KIA 3 CF WIA |
| **Tracking Number:** | 20070528203538SMC7696053530 |
| **Report Precedence:** | Flash |
| **Classification:** | ~~SECRET~~ |
| **Releasability:** | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| **Reporting Unit Name:** | MND-N |
| **Report Source:** | Coalition |
| **Report URL:** | (b)(6) LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=D545A1BC-5056-9023-58DEEDB6E90FA5FE |

### SPOT Report

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | 3-1 QRF | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | CF | **Involved Unit Activity:** | QRF Response |
| **Incident Reported By:** | Coalition Forces | **Battlespace Lead:** | Coalition |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2007-05-28 20:35 | **DTG Updated (Zulu Time):** | 2008-02-05 09:05 |

### Location

~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~

| | | | |
|---|---|---|---|
| **MGRS:** | 38SMC7696053530 | | ☐ Coords Unknown |
| **AOR:** | USCENTCOM | **Province:** | Diyala |
| **Region:** | IRAQ | **District:** | Muqdadiya |
| **Country:** | IRAQ | **City:** | MUQDADIYAH |
| | | **Village:** | Ritz Carlton Hotel Complex |

### Events

~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Improvised Explosive Device (IED) |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | | **How Device Was Found:** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

### Associated Organizations

### SIGACT Summary

**Summary:** ~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~ 3-1 05:947

Approved for Release

38SMC 76960 53530
INITIAL REPORT:
At 2035 QRF in response to the downed aircraft hit an IED in the Diyala Province South of the city of Abu Sayda IVO 38SMC 7799 5637. 1x (b)(1)1.4g   At 2050 dismounts move to secure the (b)(1)1.4g reports 5x US KIA and 2x US WIA. Medevac is enroute from FOB Normandy. MTF

FOLLOW UP REPORT : 3x US WIA have been medevaced to FOB Normandy. MTF

KIA: 5x US(QRF)
WIA: 3X US (QRF)
EQUIPMENT BDA:
CREW SYSTEM:

SIGACT MEETS MNC-I CCIR #6
-----------------------------------------------------------------------------------------
EODMU2 COMMENTS:
Team responded to a Post Blast at MC 7852 5401 while en route to the OH-58 crash site. The second vehicle (b)(1)1.4g the QRF convoy struck a pressure wire IED. 5 x US KIA and 3 x US WIA were sustained. The IED struck (b)(1)1.4g (b)(1)1.4g   Team cleared the area and conducted a Post Blast analysis. Crater was 3.5 ft. deep and 4.25 ft. in diameter. Fragmentation was consistent with a main charge of 2 x 25-gallon propane tanks filled with unknown explosives. Initiation system was pressure wire. During recovery operations a secondary IED detonated approximately 5 ft. from the initial blast crater. IED had been (b)(1)1.4g came to rest, so team was unable to locate it during search of the area. 1 x US KIA. Team conducted a Post Blast and identified a crater 5 ft. in depth and 7.5 ft. in diameter. Method of initiation was unknown. Blast and fragmentation was consistent with approx. 100 lbs. of bulk explosive. CCIR #6. 281925DMAY07.

TF TROY COMMENTS: Casualties updated to reflect 6x CF KIA per storyboard.

TF TROY COMMENTS: Casualties updated to reflect 5x CF KIA due to seperate event report for additional 1x CF KIA

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Requirements**

**Capture Details**

**Casualty Details**

**BECIR**
Click Add To Draft A New BECIR In Connection With This SIGACT. BECIR Will Open In A New Window.   [Add]

**Target(s) of Attack**

| | | | |
|---|---|---|---|
| Precedence: | Primary | Affiliation: | Coalition |
| Type: | Military | Details: | None Selected |
| Nationality: | UNITED STATES | Sect: | Not Reported |
| | | Status: | Not Reported |
| Description: | | | Not Reported |

**DRUGREP Details**   [Show]

Evidence Report Details

Approved for Release

