# Exhibit 166

**FILED UNDER SEAL**