# Exhibit 167

**FILED UNDER SEAL**