# Exhibit 168

# FILED UNDER SEAL