# **Exhibit 170**

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

```
*************************************************************
         DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************

*************************************************************
***********           CASUALTY REPORT            ************
*************************************************************
```

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  LEGR004

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):    (b)(6)

Last Name:  Legrand

First Name:  Damon

Middle Name:  Glenn

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  571st MP CO/97th MP BN/89th MP BDE

Military UIC:  WHWMAA

Date/Time of Incident (New/Old):  20070612/2110

Inflicting Force:  Enemy Forces

Incident City:  Baqubah

Incident Country:  Iraq

Circumstance:  While conducting a joint combat patrol with Iraqi Police SPC Legrand's vehicle ran over two anti-tank mines and was immediately engaged with a RPG [(b)(1)1.4g].  Immediately after the RPG struck the vehicle, the squad was engaged with heavy small arms fire from east and west.  MTF WILL SUPP NLT 0015.  Report prepared by [(b)(3)130b, (b)(6)] 97th MP BN, VOIP [(b)(3)130b, (b)(6)].  UPDATE: [(b)(6)] [(b)(3)130b, (b)(6)] 571st Military Police Company has been appointed as the SCMO effective 130025LJUN07.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20070512/

Place of Death City:  Baqubah

Place of Death Country:  Iraq

Duty Status:  Present For Duty

Birth Date:  [(b)(6)]

Race:  White

Ethnicity:  None

Religious Preference:  Church Of Jesus Christ Of Latter Day Sai

DMOS/AFSC:  31B10

Remarks:  AR 15-6 Officer identified, it will be [(b)(3)130b, (b)(6)] [(b)(6)]; HERO flight will be wheels down around 1100 hours at LSAA with SPC Legrand's remains

Software Version:  DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY