# **Exhibit 171**

FOIA 22-0150

# Ops Report



Tuesday, 25 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jun 12 2007 21:08:00 |
| is Closed | TRUE |
| Summary | 3-1 06:430<br>38SMC 66650 34930<br>TF 5-20<br>INITIAL  REPORT:<br>  At 122108JUN07, TF 5-20 reported Crusher(571MP) struck an IED in the Diyala Province in the Old Baqubah at 38SMC 6665 3493.  MTF<br><br>FOLLOW UP:EOD conducted a post blast analysis on a site of a ☐ (b)(1)1.4g ☐ with one US KIA and one civilian KIA at 38S MC 66647 34940. EOD had to wait for security. Prior to arrival, the vehicle had been moved to FOB Gabe. The blast seat was approximately 2 feet wide and 1 foot deep.  The IED was pressure initiated. The pressure wire was recovered and turned over to WIT.<br><br>The 571st MP Co is part of the 97th MP BN and are assigned to 3-1 on FOB Warhorse. They conduct PTT missions for MND-N so they are technically a Corps asset. Last night they were conducting a detainee transfer enroute to Tahrir when they hit the IED<br><br>FOLLOW UP AND FINAL REPORT:<br>  While traveling on RTE Gold, Crusher struck an IED.  The IED was followed by SAF and RPG fire.  The ☐ (b)(1)1.4g ☐ as a result of the IED detonation.  A/5-20 and B/1-12 responded to the IED strike.  A/5-20 reported 2x WIA and 2x KIA.  A/5-20 transported the WIA to FOB Gabe.  A fire truck was dispatched to the IED site and put out the fire. B/1-12 transported 1x US KIA to FOB Warhorse.  The second KIA was still in the vehicle and they were unable to extract due to residual heat from the fire.  The remains will be extracted on the FOB.  The ☐ (b)(1)1.4g ☐ ☐ (b)(1)1.4g ☐ the vehicle to FOB Gabe.<br><br>FOLLOW UP: The 2nd KIA was recovered and has been taken to FOB Worhorse. NFTR.<br><br>CLOSED: 130300JUN07<br><br>KIA: 1X US KIA  1X CIV (IPLO)<br>WIA:2X US WIA<br>EQUIPMENT BDA:0<br>CREW SYSTEM:0<br><br>SIGACT MEETS MNC-I CCIR #6 AND MND-N #1.E<br>-------------------------------------------------------------------------------------------------------------------------------<br>EOD COMMENTS:<br>Team responded to a Post Blast  at MC 66647 34940. A Cf ☐ (b)(1)1.4g ☐ was struck by an IED.  1 x US KIA, 1 x LN WIA. Prior to arrival, the vehicle had been moved to FOB Gabe. The blast seat was approximately 2 ft. wide x 1 ft. deep. The IED was pressure initiated. The pressure wire was recovered and turned over to WIT. Post Blast on the vehicle will be conducted once it is transported back to FOB Warhorse..CCIR#6.122300DJUN07. |
| Suicide Count | 0 |

## Ops Report

| | |
|---|---|
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | June |
| Day Occurred | 12 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MND-N |
| Primary District | Diyala |
| Primary Province | Diyala |
| was Suicide | FALSE |
| Tracking Number | 20070612210838SMC6665034930 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION(VOIED) ATTK ON 571MP IVO BA'QUBAH: 2 CF WIA 1 CF KIA 1 CIV KIA |
| Association Count | 4 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 3 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 1 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 1 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |

Page 2 of 6

Approved for Release

## Ops Report

| | |
|---|---|
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Ba'qubah |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6)   /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=218022A0-D910-3A30-B14E58A24A33E24B&entity=report |
| Date Occurred Excel UK | 12/06/2007 |
| Date Occurred Excel US | 06/12/2007 |
| Date Posted(Z) | Jun 12 2007 19:54:12 |
| Date Updated(Z) | Jun 14 2007 03:04:00 |
| FOB | GABE |
| Latitude | 33.75392150878906 |
| Longitude | 44.63990020751953 |
| MGRS | 38SMC6665034930 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MND-N CHOPS |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | 218022A0-D910-3A30-B14E58A24A33E24B |
| Reporting Unit | MND-N |
| Route | |
| Type Of Unit | Coalition Forces |
| Unit Name | 571MP |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy | MPH |

USCENTCOM FOIA 22-0063L - 22-0362L          000115          03/17/23

## Ops Report

| | |
|---|---|
| Speed Measure | |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Ba'qubah | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 12_2108D_JUN_07_ IED_ATTK_ON_571 _MP_IVO_BAQUBA H | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | | | CENTCOMROAR | HyperLink | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

USCENTCOM FOIA 22-0063L - 22-0362L          000116          03/17/23

## Ops Report

| Coalition | | None Selected | UNITED STATES | Primary | 218022A0-D910-3A30-B14E58A24A33E24B | (More not shown) (More not shown) |
|---|---|---|---|---|---|---|

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 9D7F9669-E71D-4E02-9811-9BD691D407B3 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| IED Explosion | 6E255ADA-DAF1-4901-90C8-031C53F7D08A | Explosive Hazard | Anti-Personnel | 0 | | (More not shown) (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | MND-N CHOPS | 21838BEA-AF48-B1F6-749F21D790CEA92C | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) (More not shown) |

### Casualty

USCENTCOM FOIA 22-0063L - 22-0362L          000117          03/17/23

## Ops Report

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | NOFORN | Feb 05 2008 12:45:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | SECRET | NONE | Jul 09 2009 11:28:29 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Jun 12 2007 19:54:12 | (More not shown) |

11 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Reintegratees Count, Trip Reported By

14 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

USCENTCOM FOIA 22-0063L - 22-0362L          000118          03/17/23