# Exhibit 173

# FILED UNDER SEAL