# Exhibit 174

**FILED UNDER SEAL**