# **Exhibit 175**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jan 09 2008 12:35:00 |
| Date Occurred(Z) | Jan 01 1900 00:00:00 |
| is Closed | TRUE |
| Summary | 4/2 01: 127\n\nINTIAL REPORT\n\nWHO: HHC 3/2 SCR\n\nWHEN: 091235JAN08\n\nWHERE:38SMC 89560 62790\n\nWHAT: Boobytrapped House\n\nHOW: 091235JAN08  During OPN Raider Harvest  HHC 3/2 SCR reports a Boobytrapped House strike at 38SMC 89560 62790. 6x CF KIA, 1x LN KIA, and 4 X US WIA medevac was called and bird was on the ground and picked up WIA at 091319JAN08.\n\nUPDATE: 091418JAN08 Current location of casualties is Balad. 1st casualty has burns to the face, fracture left arm, internal bleeding and stable. 2nd casualty bi lateral lower extremity fracture, shrapnel, stable.  3rd casualty sprained ankle, superficial shrapnel stable. 4th casualty  burns to the face stable. \n\nUPDATE: 091530JAN08 EOD cleared the site and the area is secured. 3/2 SCR reports other Soldiers WIA which may have possible concussion.\n\nUPDATE: 091625JAN08 Bird\'s on ground to drop off WTT and LEP. They are also going to pick up the KIA and take them to Normandy.  One casualty is being seen at the Normandy aid station for shrapnel to his face; RTD \n\nUPDATE: 091645JAN08 The birds left site and heading to Ballad with the KIA\'s\n\nUPDATE: 091659JAN08 the birds arrived to BALAD with the KIA\'s\n\nUPDATE:092000JAN08 during the commander update brief  CDR/HHC/3/2SCR reported the house had crushwire with multi drums of hme\n\nBDA: \n\nKIA: 6 x CF KIA 1 X LN (TERP, Terkish)\n\nWIA: 9 x CF WIA TOTAL\n\n4 x CF WIA (Medevac\'d to Balad)\n1st Casualty - (Burns to the face, fracture left arm, internal bleeding and stable.)\n2nd Casualty - (Bi lateral lower extremity fracture, shrapnel, stable.)\n3rd Casualty - (Sprained ankle, superficial shrapnel stable.)\n4th Casualty (Burns to the face stable.)\n\n5 x CF WIA (Concussions FOB Normandy)  \n\nMeets MNC-I CCIR #6 and MND-N #2E\n\nCLOSED 10 0457C Jan 08\n\nUPDATE:\n\nLATE REPORT\n\nINITIAL AND FINAL REPORT\n\n \n\n \n\nISO RAIDER HARVEST \n\n \n\nWHO:HHC 3/2 SCR \n\n \n\nWHEN: 091755JAN08\n\n \n\nWHERE: 38SMC 89500 62700\n\n \n\nWHAT: ISO RAIDER HARVEST, HHC 3/2 SCR detained an individual who point out a location of a UE compound. HHC/Hunter/3/2 SCR ask the LN to lead them to the house and he refused so they got on a rooftop and the LN point out the house of the UE compound. The LN was asked by an interpreter if the house was rigged or booby-trapped and the LN stated it wasn\'t rigged to blow. CF went into the house and the house was a Booby trapped House resulting in 9 x US WIA and 6 X US KIA and 1 x LN Terp KIA (SIGACT 4/2 01:127). The individual was detained and brought back to FOB Normandy\n\n \n\nDetainee: (b)(6) \n\n \n\nBDA: NONE\n\n \n\nSTATUS: CLOSED |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2008 |
| Month Occurred | January |
| Day Occurred | 9 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |

Page 1 of 6

## Ops Report

| | |
|---|---|
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | USD-N |
| Primary AO | 3/2 SBCT |
| Primary District | Diyala |
| Primary Province | Diyala |
| was Suicide | FALSE |
| Tracking Number | 20080109123538SMC8956062790 |
| Attack On | |
| Battlespace Lead | Coalition |
| Unit Activity | |
| Title | (EXPLOSIVE HAZARD) IED EXPLOSION RPT  (Improvised Explosive Device (IED)) HHC 3/2 SCR : 6 CF KIA 9 CF WIA 1 CIV KIA 1 UE DET |
| Association Count | 5 |
| BDA Friendly KIA | 6 |
| BDA Friendly WIA | 9 |
| BDA Friendly Casualties | 15 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 1 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 1 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 1 |
| Call Sign | |
| City | MUQDADIYAH |

## Ops Report

| Field | Value |
|---|---|
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=5E8B68CA-423D-4561-53AE9AFF7BE8314F&entity=report |
| Date Occurred Excel UK | 09/01/2008 |
| Date Occurred Excel US | 01/09/2008 |
| Date Posted(Z) | Jan 09 2008 15:34:30 |
| Date Updated(Z) | Jan 12 2008 06:32:00 |
| FOB | ASHRAF |
| Incident Reported By | Coalition Forces |
| Latitude | 34.00566482543945 |
| Longitude | 44.886940002441406 |
| MGRS | 38SMC8956062790 |
| MOA Count | 1 |
| Originating Network | |
| Originating Site | |
| Originating System | Not Provided |
| Originator Group | MND-NORTH OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | MND-NORTH |
| Precedence | Flash |
| Report Key | 5E8B68CA-423D-4561-53AE9AFF7BE8314F |
| Reporting Unit | MND-NORTH OPS LNO |
| Route | |
| Type Of Unit | CF |
| Unit Name | HHC 3/2 SCR |
| Updated By Group | CJTF Troy J3 Battle Watch |
| Updated By Name | (b)(6) |
| Updated By Unit | CJTF TROY |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance | |

*Approved for Release*

## Ops Report

| | |
|---|---|
| Between | |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | |
| Vehicle Summary | |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 3/2 SBCT | MUQDADIYAH | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NONE~~ | 09 1235C JAN 08 HBIED ATTACK ON 3-2 ACR NW OF AL MUQDADIYAH | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~REL TO USA, FVEY~~ | 09 1235C JAN 08 HBIED ATTACK ON 3-2 ACR NW OF AL MUQDADIYAH | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NONE~~ | 09 1235C JAN 08 HBIED ATTACK ON 3-2 ACR NW OF AL | | CENTCOMROAR | Document | (More not shown) |

Approved for Release

## Ops Report

MUQDADIYAH

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | | Other | UNITED STATES | Primary | 5E8B68CA-423D-4561-53AE9AFF7BE8314F | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | DBA28A3F-7F56-45AD-92AD-AB7C53E58CF7 | Explosive Hazard | IED Explosion |

### Events Subordinate

| Age Of Remains Found | Estimated Date Of Remains | Event Category | Event Key | Event Type | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Jan 01 1900 00:00:00 | Detain | 63FECADE-423D-4561-5AA01D7007E6C7E2 | Friendly Action | FALSE | (More not shown) |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 1059A8B2-E7EB-4F09-878D-0F1154D63960 | Explosive Hazard | Anti-Personnel | 0 | 0 | (More not shown) |
| | | | | | | (More not shown) |
| Detain | 63FECADE-423D-4561-5AA01D7007E6C7E2 | Friendly Action | None Selected | 0 | 0 | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MND-NORTH OPS LNO | 5E8F048F-423D-4561-545E1F2EA4D1178C | 0 | FFIR6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

### Casualty

## Ops Report

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 03 2008 16:01:46 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 03 2008 21:00:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Jul 09 2009 11:30:51 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Jan 28 2008 21:21:51 | (More not shown) |

4 Empty Attributes
ISAF Tracking Number, Originating Nation, Reintegratees Count, Tip Reported By
13 Empty Tables
Associated Org, Chemicals Found, Drugs Found, Equipment Found, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships
(None)

## Attachments
(None)

| | |
|---|---|
| From: | |
| To: | |
| Cc: | (b)(3)130b, (b)(6) |
| Subject: | (FOUO) Casualty Report - SUPP - Dozier, Jonathan - Incident Date/Time: 2008/01/09 12:35 |
| Date: | Wednesday, November 30, 2022 2:30:52 PM |

Below is the SUPP report on Dozier, Jonathan. The AR 15-6 Investigation was completed as of 10 Mar 2008.

Thank you,

(b)(3)130b, (b)(6)
G1 Casualty OPS
MND-N


FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

*************************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************

*************************************************************
***********     CASUALTY REPORT     ************
*************************************************************

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 08-0012SUPP15

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old):  (b)(6)

Last Name: Dozier

First Name: Jonathan

Middle Name: Kilian

Service: United States Army

Military Rank: SSG

Military Unit of Assignment: HHT, 3/2 SCR (TACON TO 4-2 ID)

Military UIC: WDA6T0

Date/Time of Incident (New/Old): 20080109/1235

Inflicting Force: Enemy Forces

Incident City: Sinsil

Incident Country: Iraq

Circumstance: While conducting a dismounted patrol in vicinity of grid 38SMC 89560 62790 an HBIED exploded.

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20080109/1845

Place of Death City: Sinsil

Place of Death Country: Iraq

Birth Date: (b)(6)

Birth State: VA

Race: White

Religious Preference: No Religious Preference

DMOS/AFSC: 11B

Remarks: SUPP to state that 15-6 was completed as of 20080310. Field Grade reviewing officer for this report is (b)(3)130b, (b)(6)  Point of Contact for this report is (b)(3)130b, (b)(6)

This report is late due to the Division SJA receiving the AR 15-6 Investigation on 1 April 08. This report was completed by (b)(6) G1 Casualty Operations, MND-N, SVOIP (b)(6)

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

~~FOR OFFICIAL USE ONLY~~