# Exhibit 176

# FILED UNDER SEAL