# **Exhibit 178**

UNCLASSIFIED

PFC Lionel Aryon

(S) MNF-I/C2X published an Iraqi Theater of Operations Personnel Screening SOP, dated 9 September 2004. This SOP reiterated the requirement to screen individuals granted access to Coalition bases and to provide a baseline screening standard for all non-coalition personnel. (Annex E-7) In pertinent part, it provided that screeners will:

- Create a record of the screening applicant's interview
- Input that information into BATS
- Notify agencies of derogatory information
- Maintain a database of screenings
- Identify and report security shortfalls exposed during the interview to the physical security POC
- Provide perishable intelligence information to the appropriate agency.

(S) In October 2004, TFO published an implementing SOP on personnel screening, badging and counter-intelligence. The purpose of this SOP was to detail and integrate a standard badge program with the Force Protection and Counter-intelligence Program across the MNB-NW area of occupation and to control and manage access to military installations. (Annex E-8)

(S) FOB Marez and LSA Diamondback were operating, in part, under the old badge and access policy in December 2004 but they were moving towards implementing the new badge system when the bombing occurred. At the time of this report, TFO badge and access policy was being implemented on both FOBs and all badges were being replaced. (Annexes C-69, C-70, C-86)

(U) Findings

- (S) The security screening process for locally employed personnel (LEPs) was immature. It was an area identified for improvement by 248th RAOC and they had taken measures to do so. In December 2004, LEP security screenings were conducted by trained personnel at FOB Marez and LSA Diamondback. (Annexes C-1, C-69)

- (S) THTs and the HST maintained databases on their respective FOBs of LEP security screening information, however, neither team could directly access the national BATS database. (Annexes C-1, C-19, C-42, C-71, L-7 through L-10)

- (S) Not all LN employees and not all FPS with badges were screened. (Annexes C-42, C-86, C-96)

(U) Recommendations

~~SECRET//NOFORN~~

- (S) Recommend that all LNs, TCNs and FPS on both FOB Marez and LSA Diamondback be immediately re-screened to minimize existing security risk.[29]

- (S) Provide a functional BATS system to the THTs on FOB Marez to allow them to enter screening data into the BATS systems ASAP.

- (S) Provide HST with SIPR connectivity to facilitate mission accomplishment and ensure direct access to BATS. Provide a suitable location to facilitate the security screening mission.

- (S) Place a BATS system at ECPs for gate guards to use to minimize identity fraud.

(b)(5)

### B. (U) Badging

(S) Both FOB Marez and LSA Diamondback required badges to access the bases. Until recently, they were two independent FOBs so they had two different badging SOPs. They had not yet transitioned to the new October 2004 MND-NW SOP. (Annexes C-69, C-70, C-86, E-2, E-8, E-18)

(S) The FOB Marez badging office was run out of the Mayor's Cell by (b)(3), (b)(6) since September 2004. (b)(3), (b)(6) was charged with maintaining a database to track badge information for both FOBs Marez and Diamondback. (Annexes C-69, C-70)

(S) The RAOC commander was the approval authority for unaccompanied access badges on FOB Marez. His determination was based on a request from a sponsoring unit commander and a satisfactory LEP security screening. I found a disproportionately high number of unaccompanied access badges issued on FOB Marez. Of the 1667 badges, 924 were green (no escort) badges, 740 were yellow badges and 3 were red badges. It appeared that commanders might have requested unaccompanied access badges before an employee reasonably demonstrated reliability or trustworthiness. <u>This risk is compounded by the immature security screening process.</u> (Annexes C-46, C-69, C-70, E-2, H-7)

(b)(5)

(S) Units appeared to have control of badged employees that they were expecting on any given day. I am not as comfortable that the Marez Mayor's cell had control.[30] There were a number of badges at A Gate left by units that had

---

[29] As of the writing of this report, this is being done.
[30] Two weeks after the bombing, FOB Marez Mayor Cell had two badged employees who signed in on 19 and 21 December (139 ands 122, respectively) and did not sign out. It took them nearly a week to account for them, although not to my satisfaction. In one case, I was assured that they knew the identify of the badge holder (#122), however, the pay records did not corroborate the statements of the Mayor's cell. The Mayor's cell paid the employee for 23 days, however, the sign in log indicated that he only worked for the Mayor's cell for 9 days in December. LSA Diamondback had six badged employees who signed in on 7 Jan;

41

~~SECRET//NOFORN~~

As stated previously, like FOB Marez, LSA Diamondback had not yet fully implemented the new TFO badge policy promulgated in October 2004. (Annex E-18)

(S) LSA Diamondback Access SOP provided that all local or foreign nationals, must obtain an access badge to enter the LSA Diamondback. A LN or TCN wishing to access LSA Diamondback needed to obtain one of six colored badges of varying access privileges.[32] (Annex E-18)

(U) **Findings**

- (C) FOB Marez requires badges to obtain access. There was a system in place to issue and control badges. FOB Marez SOP dated 26 August 2004 was thorough. Process and procedures were not in place to assure disciplined execution of badge accountability and verification responsibilities. (Annex E-2)

- (S) Neither FOB Marez nor LSA Diamondback had implemented the October TFO SOP as of December 2004. (Annexes C-69, C-70, C-86)

- (S) A disproportionate number of green badges were issued to LN and TCN thereby allowing them unescorted access to FOB Marez. (Annex H-7)

- (S) There was a lack of rigor in transferring badged employee responsibility from one unit to the next upon unit RIP/TOA. (Annexes C-69, C-70)  (b)(5)

- (S) There was not a common understanding of the access privileges associated with badges. (Annexes C-2, C-69, C-70, C-91)

- (S) Proper display of badges was not consistently enforced, escort duty was not always performed appropriately. Access to some facilities was being granted because of a misunderstanding as to what access a badge holder was entitled. (Annexes C-2, C-16, C-91)

- (S) The Mayor's office was not conducting PAI with tenant units of badged employees monthly per FOB Marez SOP. (Annexes C-16, C-69)

---

[32] The 1 July 2004 Diamondback Access SOP had two exceptions to badge requirements. Medical emergencies which required treatment to prevent loss of life, limb or eyesight were not required to obtain an access badge, however, the medical CSH was to inform the RAOC and request a visitor badge as soon as possible. The second exception was convoy drivers who were hired by a contractor and have no security screening. They received a convoy pass at the gate, were not authorized to leave the immediate area of their vehicle, and must remain under escort at all times. As long as they were part of a convoy, under the direct supervision of a convoy escort, and have no other access to LSA Diamondback, they were not required to have badges.  (b)(5)

44

- (S) The bomber could have obtained access to the base by having an issued access badge.

(U) Recommendations

- (U) Implement the October 2004 TFO badging policy and procedure to ensure strict accountability and a common standard between TFO bases.

- (U) Conduct PAI of badged employees monthly per FOB Marez SOP. It is essential during unit transition to account for all badges issued to employees of the outgoing unit and to properly transfer responsibility for badged employees from one unit to the next. Ensure all units follow badge procedure during RIP/TOA and handover all employees to the unit replacing them.


(b)(5)

- (S) Badge office gain 100% badge accountability and ensure all employees are screened and evidence of screening contained in their file.

- (C) Provide badge awareness training to ensure all personnel understand the access limits placed on various badge holders.

- (C) Place a BATS system at pedestrian ECPs to mitigate ID fraud by verifying through fingerprint checks.

## X. (U) Accountability and Access of ISF personnel

(S) ISF accountability is difficult to achieve. Procedures were in place to reliably account for all ISF personnel on FOB Marez on 21 December 2004. It is less true for ISF on leave or AWOL. The physical evidence at the scene of the explosion indicated that the suicide bomber was probably wearing a chocolate chip IRA uniform. (Annexes D-3, N-2, N-3)

(S) There were three categories of ISF on FOB Marez on 21 December 2004: IRA, ING, and FPS. All three groups had access to the Marez DFAC and different control measures were applied to each group. (Annex C-9)

### A. (U) Iraqi Regular Army (IRA)

(S) The 11th IRA Battalion maintained control and accountability of its battalion with oversight by a US Advisor Support Team (AST) from the 98th Training Support Division. The AST physically lives and works within the IRA compound on the FOB. The IRA compound is set within the cantonment area of FOB Marez, directly across from the DFAC. It is bounded by HESCO Bastion Barriers to isolate it from the base. Access is controlled through one central gate secured by IRA soldiers. (Annexes C-5, C-21, C22, C-51, C-60, K-4, M-1, N-4)

19 - ING Scouts working directly with USSF[35]
56 - ING trainees[36]
48 - Vacation
7 - Hospitalized
14 - AWOL
2 - Sickcall

(b)(5)

(S) (b)(3), (b)(6) and (b)(3), (b)(6) provided the <u>accountability</u> of the A Co, 106th ING members that were not on the range with (b)(3), (b)(6) on 21 December. They received it from (b)(3), (b)(6) the commander, A Co., 106th ING. Based on this information, it was determined that all 106th ING BN soldiers who were present for duty on 21 December 2004 were accounted for after the blast. (Annexes C-33, C-57, K-2)

(S) One member of A Co, 106th ING that was working with US Special Forces was killed in the blast. His body was released back to his family after it was determined that he was not in position to have been the bomber. (Annexes C-104, D-3).

(S) As with the other ISF, it is not possible to positively account for those ING members listed as AWOL or on leave prior to the 21st of December. (Annex K-2)

C. (U) <u>Facilities Protection Service (FPS)</u>

(S) FPS personnel have been working on FOB Marez for over a year providing FOB security in various capacities. Prior to 21 December, the FPS had been working in the guard towers in the ASP. On 21 December FPS were working on A Gate and C Gate on FOB Marez and in the pedestrian gate at LSA Diamondback.[37] (Annexes C-9, C-10, C11, C-14, C-88)

(S) The FPS reside at a compound located on LSA Diamondback, on the south-west end of the Mosul Army Airfield. The compound is separated geographically from FOB Marez, however, there were no restrictions placed upon the areas or times the FPS were allowed to travel. (Annexes C-14, M-1)

(b)(5)

(S) The FPS enter FOB Marez from LSA Diamondback through C gate. FPS were transported in pick-up trucks and typically not searched upon entering FOB Marez. Personnel manning both Charlie Gate on FOB Marez and West Gate on LSA Diamondback did not routinely require the FPS to present ID cards when

(b)(5)

---

[35] The ING Scouts were accounted for by (b)(3), (b)(6) as well. He indicated that 19 of 19 were present on 21 December. This was independently corroborated by the USSF ODA member who works with them.
[36] Four ING cadre were with (b)(3), (b)(6) at the range on the 21 December. All 56 ING trainees were accounted for by (b)(3), (b)(6).
[37] New personnel have been brought in to provide FOB security as of 28 December 2004. The majority of new FPS forces are Pesh Merga. The group consists of Kurdish Democratic Party (KDP) and People's Union of Kurdistan (PUK). The remaining number of Arab FPS is very low. (b)(3), (b)(6) estimated the total FPS work pool is about 100 personnel, however without records written in English, it is difficult to ascertain an accurate accounting.

48

- (S) ISF were afforded access to the DFAC alongside Coalition forces as a part of their integration. (Annexes C-5, C-9, C-18, C-21, C-22, C-31, C-47, C-56, C-51, C-60,)

- (S) The bomber could have obtained access to FOB Marez as a member of ISF. Based on the evidence, he obtained access to the DFAC by wearing an ING/IRA uniform.[38] (Annexes D-3, N-1, N-3)

### (U) Recommendations

- (S) Continue to oversee ISF accountability procedures.

- (C) Establish and enforce clear MNC-I and MNF-I policy that addresses ISF access to Coalition bases and facilities.

- (C) Establish unit partnerships with FPS to relieve the RAOC NCOIC of that responsibility.

- (S) AST teams and embedded trainers bridge the gap between the Iraqi and Coalition Forces and provide dedicated insight to the day-to day operations, accountability, and other related items. Increase the emphasis on ASTs and embedded trainer employment to further develop the ISF and provide direct Coalition Force oversight. (b)(5)

---

[38] IRA Uniforms are readily available on the open market for purchase.