**Exhibit 179**

# Ops Report



## Friday, 21 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Dec 21 2004 12:10:00 |
| is Closed | TRUE |
| Summary | AT 1210C, 1-5IN REPT AN UNK NUMBER OF RNDS IMPACTED FOB MAREZ. ASSESSED THAT A RKT IMPACTED ON THE DINING FACILITY. MEDICS ARE ON SCENE CONDUCTING TRIAGE. CASUALTIES CONSIST OF US, ING AND CIV CONTRACTORS. THE CASUALITIES HAVE BEEN MEDEVAC TO MULTIPLE AID STATIONS ON FOB MAREZ AND TO 67CSH. 248RAOC HAS STARTED A 100% ACCOUNTABILITY REPT FROM ALL TENANTS ON FOB MAREZ. THE WPNS OF THE CASUALTIES HAVE BEEN COLLECTED AND SERIAL NUMBERS RECORDED. MP'S HAVE SECURED THE SITE AND CID AND EOD HAVE BEGUN INVESTIGATIONS. INITIAL CRATER AND FRAGMENTATION ANALYSIS INDICATE THE RND WAS MOST LIKELY A 1X 122MM RKT. UPDATE 2244C, BREAK DOWN OF CASUALITIES: 14X US KIA, 51X US WIA (17X RTD), 4X US CIV KILLED, 3X US CIV INJ, 7X TCN CIV INJ(2X RTD), 10X CIVS INJ (NATIONALITY UNK, 6X RTD), 2X ISF KIA AND 1 ISF WIA(RTD). |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | December |
| Day Occurred | 21 |
| Event Type | Enemy Action |
| Event Category | Indirect Fire |
| Event MOA | Other |
| Primary Country | IRAQ |
| Primary RC | USD-N |
| Primary AO | MND-NORTH |
| Primary District | Al Mawsil |
| Primary Province | NINAWA |
| was Suicide | FALSE |
| Tracking Number | NB-N-45482008 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | SUSPECTED SUICIDE BOMBER ATTK ON FOB MAREZ IN MOSUL: 14 CF KIA, 51 CF WIA, 4 US |
| Association Count | 2 |
| BDA Friendly KIA | 14 |

Page 1 of 4

## Ops Report

| | |
|---|---|
| BDA Friendly WIA | 51 |
| BDA Friendly Casualties | 65 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 4 |
| BDA Civilian WIA | 19 |
| BDA Civilian Casualties | 23 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 4 |
| BDA Host Nation WIA | 1 |
| BDA Host Nation Casualties | 5 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Mosul |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6)                    /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=2A71494F-DE44-446E-860F-4B5DE09DD38C&entity=report |
| Date Occurred Excel UK | 21/12/2004 |
| Date Occurred Excel US | 12/21/2004 |
| Date Posted(Z) | Dec 21 2004 11:11:25 |
| Date Updated(Z) | Dec 25 2004 16:40:11 |
| FOB | Marez - Diamond Back |
| Latitude | 36.3008433856 |
| Longitude | 43.1298351189 |
| MGRS | 38SLF32081894 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |

USCENTCOM FOIA 22-0063L                    0038                    01/31/23

## Ops Report

| | |
|---|---|
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 2A71494F-DE44-446E-860F-4B5DE09DD38C |
| Reporting Unit | Not Provided |
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| MND-NORTH | Mosul | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Other | 2690A924-0A20-4761-ABA4-7DF4D8EBE2BF | Enemy Action | Indirect Fire |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Indirect Fire | 44EFE772-C13A-45AA-8EEA-8B65986C2B87 | Enemy Action | | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Unverifiable | ~~SECRET~~ | ~~NONE~~ | Apr 07 2009 04:59:40 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Reported By

12 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

Approved for Release

```
*************************************************
*****:***** 	CASUALTY REPORT 	***********
*************:********* :******************************************
```

SUBJ: CASUALTY REPORT

01. SUPP

02. HOSTILE

03. DECEASED

04. 357-063

05. DECEASED

06. 356-036

07. MILITARY/

08. [ (b)(6) ]

09. AYRO/LIONEL//

10. BLACK

11. [ (b)(6) ]

12. PFC

13. UNITED STATES ARMY/REGULAR

14. 73D ENG (MNB-N) {WBA4AA}

15. 21B

24. DIED OUTSIDE A MEDICAL TREATMENT FACILITY

31. NONE

35. PRESENT FOR DUTY//

36. 20041221/1210/20041221/1400

39. SM WAS IN THE DFAC ON FOB MOREZ WHEN THE DFAC WAS HIT BY ROCKET.

40. ENEMY FORCES

47. 08-SOUTHERN BAPTIST

48. YES

50. YES

57. 20041221/1220

58. /MOSUL//IZ

59. MULTIPLE ORGAN TRAUMA

60. AUGUR

61. SM was pronounced deceased (b)(3)130b, (b)(6) SM was positively identified at Mosul Mortuary affairs using ID card and ID tags. SUPP reflects missing info and corrections to items 10, 11, 24, 36, 47, 48, 57, 58, 59, 60 and 61. REPORT (b)(3)130b, (b)(6)

70. DCIPS Forward - Version 2.5 (6)  ;         DB - Version 2.1