# Exhibit 181

# FILED UNDER SEAL