# **Exhibit 183**

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ATTACHMENT AS ~~FOUO~~.

```
*************************************************************
**********        CASUALTY REPORT          ************
*************************************************************
```

(01) Report Type:  INIT

(02) Casualty Type:  HOSTILE

(03) Casualty Status:  DECEASED

(04) Report Number:  05-406

(07) Category:  MILITARY/

(08) SSN(New/Old):  [(b)(6)] /

(09) Name(Last/First/Middle/Sfx):  ROCKHOLT/RICKY/WILLIAM/JR

(10) Race:  WHITE

(11) Date/Place of Birth:  [(b)(6)] //

(12) Rank:  PFC

(13) Service/Component:  UNITED STATES ARMY/REGULAR

(14) Organization/Station:  2/3 ACR {WG2MG0}

(24) Died in Medical Treatment Facility:  DIED OUTSIDE A MEDICAL TREATMENT FACILITY

(31) Vehicular Involvement:  GROUND VEHICLE

(32) Vehicle Type/Supp:  [(b)(1)1.4g]

(33) Vehicle Ownership:  US GOVERNMENT

(34) Position Aboard Vehicle:  UNKNOWN

(36) Date/time of Incident:  20050428/1610//

(37) Place of Incident:  Tal Afar//IZ

(39) Circumstances: SM was on a [(b)(1)1.4g] convoy and they were patrolling the SE part

of Tal Afar. At Grid KF726298 he SM vehicle, which was a [(b)(1)1.4g] [(b)(1)1.4g] was engaged by an IED that was buried in the dirt of the road. The rest of the element A 1/5 and G/3/ACR established an LZ near a soccer field, grid KS725277, and SM was MEDEVAC to an aid station in Tal Afar.

(40) Inflicting Force:   ENEMY FORCES

(47) Religious Preference:   01-NO RELIGIOUS PREFERENCE

(48) Rcv'd Religious Ministrations:   YES

(58) Place of Death:   /Tal Afar//IZ

(59) Cause of Death:   Exsanguination

(61) Additional Remarks:   SM was pronounced dead by: [(b)(3)130b, (b)(6)] 281625LAPR05
Religeous ministration given by: Chaplain [(b)(3)130b, (b)(6)]
SM was wearing ACH,  IBA w/sapi plates and neck piece during incident
SM was not wearing deltoid,groin,eye and ear protection
SM unit has retained protective equipment
S1 DNVT: [(b)(6)]

(70) Software Version:   DCIPS Forward - Version 3.4  ;  DB - Version 2.1A

FOR OFFICIAL USE ONLY

Supp. Item(s):   15, 25, 30, 35, 45, 46, 49, 50, 51, 52, 53, 54, 55, 56, 57,
⬆