# Exhibit 184

**FILED UNDER SEAL**