# Exhibit 185

**FILED UNDER SEAL**