# Exhibit 186

**FILED UNDER SEAL**