# **Exhibit 187**

# Ops Report 

## Monday, 24 October 2022

### Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 28 2005 16:34:00 |
| is Closed | TRUE |
| Summary | AT 1634D, 1-5IN STRUCK AN IED WHILE CONDUCTING JOINT OPN WITH 2/3ACR IVO KF726278. 3X US KIA, 3X WIA L/U. EVACED TO FOB SYKES. (b)(1)1.4g MTF UPDATE: AT 1911D, 1X US DOW WHILE IN SURGERY AT THE CSH. UPDATE 2043HRS, WHILE CONDUCTING RECOVERY OPERATIONS A SOLDIER RECEIVED A GSW TO THE LEG FROM AN ACCIDENTAL DISCHARGE. EVACED TO CSH. (b)(1)1.4g RECOVERED TO FOB SYKES. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | April |
| Day Occurred | 28 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary RC | USD-N |
| Primary AO | 3/1 CAV |
| Primary District | Tall Afar |
| Primary Province | NINAWA |
| was Suicide | FALSE |
| Tracking Number | NB-N-5788415 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTK ON 1-5IN AND 2/3 ACR IVO TAL'AFAR: 4 CF KIA, 2 CF WIA, 1 CF INJ (b)(1)1.4g |
| Association Count | 1 |
| BDA Friendly KIA | 4 |
| BDA Friendly WIA | 3 |
| BDA Friendly Casualties | 7 |
| BDA Friendly ABD | 0 |

Page 1 of 4

## Ops Report

| | |
|---|---|
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Tall Afar |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=763A8DB7-62BA-4C0F-B36C-D8F93DF8195E&entity=report |
| Date Occurred Excel UK | 28/04/2005 |
| Date Occurred Excel US | 04/28/2005 |
| Date Posted(Z) | Apr 28 2005 12:57:14 |
| Date Updated(Z) | Apr 29 2005 08:13:07 |
| FOB | Sykes |
| Latitude | 36.3684501648 |
| Longitude | 42.4653129578 |
| MGRS | 38SKF726278 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 763A8DB7-62BA-4C0F-B36C-D8F93DF8195E |
| Reporting Unit | Not Provided |

## Ops Report

| | |
|---|---|
| Route | UNKNOWN |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 3/1 CAV | Tall Afar | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### MOA

## Ops Report

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 7198727E-AA6D-4121-875D-EA909D95C10F | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | C6A5C63E-A744-4582-9A83-3579C68CD99F | Explosive Hazard | | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Reported By

18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ATTACHMENT AS FOUO.

```
*************************************************************
***********        CASUALTY REPORT        ************
*************************************************************
```

(01) Report Type:  SUPP

(02) Casualty Type:  HOSTILE

(03) Casualty Status:  DECEASED

(04) Report Number:  05-399-2

(05) Previous Casualty Stat.:  DECEASED

(06) Init Report Number:  05-399

(07) Category:  MILITARY/

(08) SSN(New/Old):  [(b)(6)]

(09) Name(Last/First/Middle/Sfx):  EDENS/WILLIAM/A/

(10) Race:  WHITE

(11) Date/Place of Birth:  [(b)(6)] ///

(12) Rank:  1LT

(13) Service/Component:  UNITED STATES ARMY/REGULAR

(14) Organization/Station:  A CO. 1/5TH INF {WASFA0}

(15) Duty MOS/AFSC:  00D

(24) Died in Medical Treatment Facility:  DIED IN A MEDICAL TREATMENT FACILITY

(31) Vehicular Involvement: [(b)(1)1.4g]

(32) Vehicle Type/Supp: [(b)(1)1.4g]

(33) Vehicle Ownership:  US GOVERNMENT

(34) Position Aboard Vehicle:  OTHER

(35) Duty Status:  PRESENT FOR DUTY//

(36) Date/time of Incident:  20050428/1610//

(37) Place of Incident:  Tal Afar//IZ

(39) Circumstances: SM was on a [(b)(1)1.4g] convoy and they were patrolling the SE part of Tal Afar. At Grid KF726298 the SM vehicle, which was a [(b)(1)1.4g] [(b)(1)1.4g] was engaged by an IED that was buried in the dirt of the road. The rest of the element A 1/5 and G/3/ACR established an LZ near a soccer field, grid KS725277, and SM was MEDEVAC to the 228th CSH at 281635LAPR05

(40) Inflicting Force:  ENEMY FORCES

(42) Place Hospitalized:  228th CSH /FOB Diamondback//IZ

(43) Mailing Address:  228th CSH APO AE //IZ/09334

(47) Religious Preference:  62-ROMAN CATHOLIC CHURCH

(48) Rcv'd Religious Ministrations:  YES

(57) Date/Time of Death :  20050428/1655

(58) Place of Death:  228th CSH/FOB Diamondback//IZ

(59) Cause of Death:  Hemorrhaging, penetrating wound to left side of back, Open tibia and fibula fractures.

(61) Additional Remarks:  SM was pronounced dead by: [(b)(3)130b, (b)(6)], MC 281655LAPR05
Religeous ministrations performed by: Chaplain [(b)(3)130b, (b)(6)]
SM was Identified by ID card
S1 DNVT: [(b)(6)]

(70) Software Version:  DCIPS Forward - Version 3.4  ;  DB - Version 2.1A

FOR OFFICIAL USE ONLY

Approved for Release