# Exhibit 188

| | |
|---|---|
| From: | (b)(3) 10USC § 130b, (b)(6) |
| To: | |
| Cc: | |
| Subject: | (FOUO) Casualty Report - INIT - Craig, James - Incident Date/Time: 2008/01/28 12:40 (UNCLASSIFIED) |
| Date: | Monday, January 28, 2008 8:39:28 AM |

Classification: UNCLASSIFIED

Caveats: NONE

Below is a INIT Casualty report. Will SUPP as more information becomes available. Report sent by (b)(3) 10USC § 130b, (b)(6) (b)(6)

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

***********************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
***********************************************************

***********************************************************
***********    CASUALTY REPORT    ************
***********************************************************

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  028-004

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name:  Craig

First Name:  James

Middle Name:  Edward

Service:  United States Army

Military Rank:  SGT

Military Unit of Assignment:  Bco, 1-8 INF, 4ID, 3d ACR, (OPCON TO 3ACR) TF 1AD

Military UIC:  WAKBB0

Date/Time of Incident (New/Old):  20080128/1240

Inflicting Force:  Enemy Forces

Incident City:  Mosul

Incident Country:  Iraq

Circumstance:  While on convoy IED exploded and SM was killed in action.
Circumstance given by (b)(3) 10USC § 130b, (b)(6)
(b)(6)

   Body Armor:  Eye Protector / Other

   Body Armor:  Helmet / Advanced Combat Helmet / No Attachments

   Body Armor:  Vest / Outer Tactical Vest / Yoke/Throat

   Body Armor:  Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

   Body Armor:  Vest / Outer Tactical Vest / Groin Protectors

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20080128/1240

Place of Death City:  Mosul

Place of Death Country:  Iraq

Grid:  LP 37171441

Vehicle Group:  HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type:  (b)(1)1.4g

Vehicle Armor Level:  (b)(1)1.4g

Vehicle Owner:  US Government

Investigation Required:  Pending

TRNG/Duty Related:  Not Training/Duty Related

Duty Status:  Present For Duty

DD Form 93 Date:  20051115

DD Form 93 Review Date:  20051115

Approved for Release

SGLI Date: 20051115

Birth Date: (b)(6)

Birth State: WA

Citizenship: United States

Sex: Male

Race: White

Religious Preference: Christian, No Denominational Preference

PMOS: 11B

PEBD: 20000629

BASD/ADBD: 20000629

HOR City: Hollywood

HOR State: CA

HOR Country: United States

Remarks: As of 20080128 1532hrs remains have not been taken to evac site. Report completed by (b)(3) 10USC § 130b, (b)(6)    . Report reviewed by (b)(3) 10USC § 130b, (b)(6)

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

FOR OFFICIAL USE ONLY

Approved for Release

| | |
|---|---|
| From: | grp.Casualty Operations Kuwait |
| To: | (b)(3) 10USC § 130b, (b)(6) |
| Cc: | grpCasualty Operations Kuwait |
| Subject: | CASUALTY REPORT <Craig, James, Edward>SUPP HOSTILE DE (UNCLASSIFIED) |
| Date: | Wednesday, February 20, 2008 1:48:30 PM |

Classification: **UNCLASSIFIED**
Caveats: ~~FOUO~~

~~FOR OFFICIAL USE ONLY~~

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 051-041-08

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Craig

First Name: James

Middle Name: Edward

Race: White

Religious Preference: Christian, No Denominational Preference

Birth Date: (b)(6)

Birth State: Washington

Military Rank: Sergeant

Service: United States Army

Military Unit of Assignment: Bco, 1-8 INF, 4ID, 3d ACR, (OPCON TO 3ACR) TF 1AD

Military UIC: WAKBB0

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Duty Status: Present For Duty

Date/time of Incident: 20080128 12:40:00

Incident City: Mosul

Incident Country: Iraq

Circumstances: Soldier was in a convoy when an IED exploded.

Inflicting Force: Enemy Forces

Date/Time of Death: 20080128

Place of Death City: Mosul

Place of Death Country:

Remarks: SUPP to remarks. (15-6 information) The investigation has been completed as 15 Feb 2008. DCIPS prepared by (b)(3) 10USC § 130b, (b)(6) on 20 Feb 08 at 2130hrs. MNC-I POC for this report is (b)(3) 10USC § 130b, (b)(6) QCd by (b)(3) 10USC § 130b, (b)(6) The administrative data in this report has been verified by using official CAC resources.

~~FOR OFFICIAL USE ONLY~~

Classification:  **UNCLASSIFIED**
Caveats: ~~FOUO~~