# **Exhibit 189**

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

```
***************************************************************
         DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
***************************************************************


***************************************************************
***********         CASUALTY REPORT          ************
***************************************************************
```

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  08-0023

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):    (b)(6)

Last Name:  Marshall

First Name:  Evan

Middle Name:  Andrew

Service:  United States Army

Military Rank:  SPC

Military Unit of Assignment:  1-8th INF B. Co.

Date/Time of Incident (New/Old):  20080128/1238

Inflicting Force:  Enemy Forces

Incident City: Mosul

Incident Country: Iraq

Circumstance: On 281238LJAN2008 SM encountered IED. Circumstances given by (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) 1-8 INF BN, (b)(6).

    Body Armor: Helmet / Advanced Combat Helmet

    Body Armor: Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

    Body Armor: Vest / Outer Tactical Vest / Groin Protectors

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20080128/1725

Place of Death City: Mosul

Place of Death Country: Iraq

Cause of Death: SM died of massive loss of blood. SM was pronounced deceased at 281725LJAN2008 by (b)(3)130b, (b)(6) 86th CSH EMT, VOIP# (b)(6)

Grid: LF37171941

Vehicle Group:
Vehicle Type: (b)(1)1.4g

Vehicle Owner: US Government

Investigation Required: Pending

TRNG/Duty Related: Training/ Related

Duty Status: Present For Duty

Remarks: SM arrived at 86th CSH VIA CASEVAC on 281700LJAN2008. SM was pronounced deceased outside of the facility at 281725LJAN2008 by (b)(3)130b, (b)(6) 86th CSH EMT, VOIP# (b)(6). SM was visually identified by (b)(3)130b, (b)(6) 1-8 INF BN, (b)(6) ID card and tags not recovered. Report completed by (b)(3)130b, (b)(6) 350th CLT TM 1, VOIP# (b)(6)

Software Version: DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

~~FOR OFFICIAL USE ONLY~~