# **Exhibit 190**

| | |
|---|---|
| From: | |
| To: | (b)(3)130b, (b)(6) |
| Cc: | |
| Subject: | (FOUO) Casualty Report - INIT - Young, Joshua - Incident Date/Time: 2008/01/28 12:40 (UNCLASSIFIED) |
| Date: | Tuesday, December 6, 2022 8:13:07 AM |

Classification: UNCLASSIFIED
Caveats: NONE

Below is an INIT Casualty report. Will SUPP as more information becomes available. Report sent by (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) MND-N G1 Casualty NCO.
SVOIP (b)(6)

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

************************************************************
      DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
************************************************************


************************************************************
**********     CASUALTY REPORT     ************
************************************************************

Report Type: INIT

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 028-002

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old): (b)(6)

Last Name: Young

First Name: Joshua

Middle Name: A.

Service: United States Army

Military Rank: PV2

Military Unit of Assignment: B Co, 1/8 Inf Bn, 4 ID, ( OPCON TO 3ACR) TF 1 AD

Military UIC: WAKBB0

Date/Time of Incident (New/Old): 20080128/1240

Inflicting Force: Enemy Forces

Incident City: Mosul

Incident Country: Iraq

Circumstance: SM was part of a convoy when an IED exploded. SM was killed in the explosion. Circumstances given by (b)(3)130b, (b)(6) 1/8 Inf, VOIP (b)(6)

   Body Armor: Eye Protector / Oakley (Ballistic) Spectacle

   Body Armor: Helmet / Advanced Combat Helmet

   Body Armor: Vest / Outer Tactical Vest / Yoke/Throat

   Body Armor: Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

   Body Armor: Vest / Outer Tactical Vest / Groin Protectors

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20080128/1240

Place of Death City: Mosul

Place of Death Country: Iraq

Cause of Death: SM was killed by an IED explosion.

Grid: LP37171441

Vehicle Group

Vehicle Type:        (b)(1)1.4g

Vehicle Armor

Vehicle Owner: US Government

Investigation Required: Pending

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

DD Form 93 Date: 20071019

DD Form 93 Review Date: 20071019

SGLI Date: 20071019

Birth Date: (b)(6)

Birth State: CA

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Religious Preference: No Religious Preference

DMOS/AFSC: 11B

PMOS: 11B

PEBD: 20070503

BASD/ADBD: 20070503

HOR City: Riddle

HOR State: OR

HOR Country: United States

Remarks: As of 1522 28 Jan08, remains have not yet been taken to an EVAC site. Report completed by (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) 3d ACR RS1, VOIP (b)(6)
Report reviewed by (b)(3)130b, (b)(6)

Software Version: DCIPS Forward - Version 4.0 Build: 57 Release Date: 01 MAR 2007

~~FOR OFFICIAL USE ONLY~~