# Exhibit 191

**FILED UNDER SEAL**