# Exhibit 192

# FILED UNDER SEAL