# Exhibit 193

**FILED UNDER SEAL**