# Exhibit 194

**FILED UNDER SEAL**