# Exhibit 198

**FILED UNDER SEAL**