## Exhibit 199

Report Source: CIDNE by 18TH EOD CO

## IED Report Theater: ROAR

| | | | |
|---|---|---|---|
| **Classification:** | ~~SECRET~~ | **Releasability:** | ~~REL TO USA, FVEY~~ |
| **Tracking Number:** | IED-20080128144538SLF3719219485 | **MGRS:** | 38SLF3719219485 |
| **Call Sign:** | madbomber 3-2 | **Secondary Safe Area MGRS:** | Not Reported |
| **Primary Safe Area MGRS:** | 38SLF3721719570 | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| **KIA** | **WIA** | **KIA** | **WIA** | **KIA** | **WIA** |
| 5 | 0 | 0 | 0 | 0 | 0 |

### Equipment Used

| | | | |
|---|---|---|---|
| **Equipment Used Type:** | Vehicle | **Equipment Used Name:** | (b)(1)1.4g |

### Releasable Data

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Reporting Unit (EOD):** | 18TH EOD CO | **Date Discovered DTG (Zulu):** | 28 Jan 2008  14:45 |
| **Event Type:** | Explosion | | |

### Team Data

| | | | |
|---|---|---|---|
| **Service Affiliation:** | Not Reported | | |
| **EOD Notification DTG (Zulu):** | 28 Jan 2008  14:45 | | |
| **EOD FOB Departure DTG (Zulu):** | 28 Jan 2008  15:04 | **EOD Scene Arrival DTG (Zulu):** | 28 Jan 2008  15:40 |
| **EOD Scene Departure DTG (Zulu):** | 28 Jan 2008  16:39 | **EOD Mission Complete DTG (Zulu):** | 28 Jan 2008  18:35 |

### Site Data

| | |
|---|---|
| **Site Marked:** | No |
| **Marking Details:** | None Selected |
| **Civilian Activity:** | No Civilians Present - Area Usually Vacated |
| **Reference Point:** | Yes |
| **Aiming Point Details:** | Power pole directly in line with detonation site. |
| **Firing Point Details:** | Command wire led to house near blast site. |
| **Firing Point MGRS:** | Not Reported |
| **Light Conditions:** | Daytime |
| **Weather:** | Overcast |
| **Route Patrol:** | Daily |
| **Last Time Route** | morning of 28 Jan 08 |

Approved for Release

**Analysis:**

EOD Team SPOT Report:

Team 3-2 conducted a Post Blast at Grid: 38SLF3719219485. An IED detonated in the center of 42nd street (b)(1)1.4g killing 5 soldiers from B/1/8 INF. The IED (estimated NEW is 120lbs) was buried with command wire leading away from the blast seat across a field to the north-west. The IED detonated under the (b)(1)1.4g. The (b)(1)1.4g appeared to have been traveling north. The team recovered lengths of wire with RCA jacks on them. While on site, a secondary speed bump IED (unarmed, NEW 15lbs) was found at Grid: 38SLF3718019482. The team recovered the RCA jack from the IED. The team recovered the push button switch from the 1/8 INF. The push button switch was a white project box with a push button on both sides of the box. All recovered components were turned over to WIT 2. No additional hazards were found.

-----------------------------------------------------------------

WIT 2 Comments: On 28 January 08 at approximately 1445C, EOD/WIT conducted a Post Blast Analysis at 38S LF 37192 19485. A CWIED detonated in the center of 42nd Street directly under the (b)(1)1.4g (b)(1)1.4g and 5x US KIA. The device contained approximately 120lbs NEW and was buried with command wire leading north-west, away from the blast seat across a field. EOD/WIT recovered two pieces of command wire with modified RCA jacks. EOD/WIT also recovered the push button switch from CF who had picked it up prior to EOD/WITs arrival. There was another device, Speed Bump, located in vicinity of 38S LF 37180 19482, containing approximately 15lbs NEW. A modified RCA quick connect was the only component recovered from that device. All recovered components were turned over to WIT for further exploitation.

(b)(1)1.4a, (b)(1)1.4g

Evidence:

Bag # 1332740: 1x White Project Box, 2x 9V Batteries, and 2x Modified RCA Quick Connects

Mailed through DHL on 29 Jan 08 en route to CEXC for further exploitation.

| Devices |
| --- |

| Device 1 | | | |
| --- | --- | --- | --- |
| **Placement:** | Concealed - Unknown | **Location:** | Road - Right Side |
| **Container:** | Unknown | **Container Sub-Type:** | Not Reported |
| **How Device Was Found:** | Not Reported | **Who Found Device:** | Not Applicable |
| **Explosive Effect:** | Blast Fragmentation | **Action Taken:** | Post Blast |
| **Main Charge Configuration:** | Blast | | |

| **Casualties:** Yes | **Suicide Device:** No | **First Responder Targeted:** No | **Post Blast:** Yes | **Partial Build:** No |
| --- | --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | FOR OFFICIAL USE ONLY |
| **Device Description:** | | Unknown main charge | |
| **MGRS:** | 38SLF3719219485 | | |

### Targets

| | | | |
|---|---|---|---|
| **Target Precedence:** | Primary | **Affiliation:** | Coalition |
| **Country:** | USA - UNITEDSSTATE | **Target Type:** | Military |
| **Details:** | Patrol | **Intended Effect:** | Anti-Vehicle |
| **Description:** | | None Selected | |

### Initiators

| | | | |
|---|---|---|---|
| **Type:** | None Selected | **Initiation Sub-Type:** | Command Wire |
| **Initiation Detail:** | Blasting Machine | **Initiator:** | Unknown |
| **Arming:** | None Selected | **DTMF:** | No |
| **Make:** | None Selected | **Model:** | None Selected |
| **Receiver Remoted:** | No | **Receiver Remoted Distance (M):** | Not Reported |

### Munitions

| | |
|---|---|
| **Category:** | Bulk Explosive |
| **Details:** | Composition, quantity and NEW is estimated. |

### Releasable Munitions Information

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Munitions Type:** | Unknown | | |
| **Name:** | Not Reported | **Quantity:** | 1 |
| **Weight:** | 120 lb | **Size:** | None Selected None Selected |
| **Net Explosive Weight:** | 120 lb | | |
| **Country:** | NONE SELECTED | | |
| **Manufacturer:** | | Not Reported | |
| **Item Markings:** | Not Reported | | |
| **Packaging:** | Not Reported | | |
| **Shipping Documents:** | | Not Reported | |
| **Lot Number:** | Not Reported | **Serial Number:** | Not Reported |

### Fusing

### Render Safe

**Render Safe Details:**                                  None Selected

Report Source: Not Provided by MND-NORTH

| SIGACT Report Theater: ROAR |
|---|

**** SIGACT CLOSED ****

| | | | |
|---|---|---|---|
| **Title:** | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Improvised Explosive Device (IED)) 2/B/1-8 IN : 5 CF KIA 9 UE DET | | |
| **Tracking Number:** | 20080128124038SLF37171941 | **Report Precedence:** | Flash |
| **Classification:** | ~~SECRET~~ | **Releasability:** | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| **Reporting Unit Name:** | MND-NORTH OPS LNO | **Report Source:** | Coalition |
| **Report URL:** | (b)(6) LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=BFE2CC8F-C773-26E3-64A10AE79480859A | | |

| SPOT Report |
|---|

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | 2/B/1-8 IN | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | CF | **Involved Unit Activity:** | Not Reported |
| **Incident Reported By:** | Coalition Forces | **Battlespace Lead:** | Coalition |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2008-01-28 12:40 | **DTG Updated (Zulu Time):** | 2008-01-29 16:21 |

| Location |
|---|

~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~

| | | | |
|---|---|---|---|
| **MGRS:** | 38SLF37171941 | ☐ Coords Unknown | |
| **AOR:** | USCENTCOM | **Province:** | Ninawa |
| **Region:** | IRAQ | **District:** | Ninawa |
| **Country:** | IRAQ | **City:** | MOSUL |
| | | **Village:** | Ritz Carlton Hotel Complex |

| Events |
|---|

~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Improvised Explosive Device (IED) |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | | **How Device Was Found:** | |

~~(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)~~

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Friendly Action | **Modes Of Attack:** | |
| **Event Category:** | Detain | | |

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | |
|---|---|
| **Environment Type:** | Not Reported |
| **Event Type:** | Friendly Action |
| **Event Category:** | Close Air Support |
| **Primary:** | No |

**Modes Of Attack:**

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | |
|---|---|
| **Environment Type:** | Not Reported |
| **Event Type:** | Enemy Action |
| **Event Category:** | SAFIRE |
| **Primary:** | No |

**Modes Of Attack:** Small Arms

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| | |
|---|---|
| **Environment Type:** | Not Reported |
| **Event Type:** | Enemy Action |
| **Event Category:** | Direct Fire |
| **Primary:** | No |

**Modes Of Attack:** Small Arms

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | Yes | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

**Associated Organizations**

**SIGACT Summary**

**Summary:**     (S//REL TO USA, FIN, KWT, IRKS, NATO) 3 ACR 01:812

WHO: 2/B/1-8 IN

WHEN: 281240JAN08

WHERE: Ninewah Province, Mosul 38SLF 3717 1941

WHAT: IED/SAF

HOW: AQI/ISI conducted an IED and SAF attack against 2/B/1-8 IN while they were conducting a mounted patrol in the Yarimjah neighborhood. SAF originated from mosque on north side of RT Broadway.

UPDATE: 281257JAN08: While SWT was in support of B/1-8 IN (Machine White), SWT conducted suppressive fire ISO of the ground units receiving SAF. SWT fired 2 x 2.75 rockets and then received SAF (7.62mm). Unknown amount of rounds fired at aircraft. SWT returned fire with 1 x 2.75 PD rockets. SWT is currently still in support of the ground unit. SWT has no BDA or CAS at this time.

UPDATE: 281311JAN08: Confirmed 5x US KIA in 1x (b)(1)1.4g by IED. SWT is on station to support fixed wing being coordinated for additional support. There was sustained SAF contact from Yarimjah mosque.

UPDATE: 281409JAN08: Recovery assets linked up with B/1-8 IN on site.

UPDATE: 281420JAN08: Airscan linking up with B/1-8 IN and is moving to LF 395 212.

UPDATE: 281507JAN08: (b)(1)4g4g ged mosque with 25mm in response to SAF from the mosque.

UPDATE: 281510JAN08: SWT engages mosque with Hellfire.

UPDATE: 281541JAN08 EOD is onsite conducting post blast analysis. Vehicle has been retrieved by the recovery assets but they are still on site.

UPDATE: 281552JAN08 IA is currently reentering the mosque.

UPDATE: 281601JAN08 recovery assets have secured the first vehicle and are enroute to the second vehicle.

UPDATE: 281610JAN08 A/1-8 IN elements and IA conducted a secondary search of surrounding houses.

UPDATE: 281636JAN08 Recovery assets are enroute with damaged vehicles to FOB Marez.

UPDATE: 281630JAN08 IA are conducting search of mosque as well as the surrounding area.

UPDATE: 281644JAN08 17x males were found in the target house at 38SLF 2926 1937. 8 of them are military age.

UPDATE: 281646JAN08 A/1-8 IN elements are conducting tactical questioning.

UPDATE: 281647JAN08 Recovery assets along with B/1-8 IN elements are at CP 14 enroute back to FOB Marez.

UPDATE: 281649JAN08 Recovery assets along with B/1-8 IN elements at CP 13 enroute to FOB Marez.

UPDATE: 281709JAN08 recovery assets and B/1-8 IN elements RP FOB Marez, B/1-8 IN element heading straight to CSH

UPDATE: 281725JAN08 1/A/1-8IN moving 9x military aged males to SE5 for tactical questioning.

UPDATE: 281725JAN08 1/A/1-8 IN is moving the 9x MAM to COP Fortitude. Upon arrival they will continue tactical questioning.

DETAINEE: 9x MAM

BDA: 5x CF KIA (b)(6)                                          BDA: 1X (b)(1)1.4g

(b)(1)1.4g

MEETS MND-N CCIR 2E and MNC-I CCIR 6

REPORT STATUS CLOSED: 281816JAN08

| Enemy | | Blue Forces | | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Requirements |
|---|

| Capture Details |
|---|

| Casualty Details |
|---|

(S//REL TO USA, EGY, FIN, KWT, IRKS, NATO)

| Battle Roster Number: | Not Reported | | |
|---|---|---|---|
| Casualty Count | 0 | Force Type: | CF | Party Responsible: | Unknown |
| | | Affiliation: | Coalition | Casualty Type: | WIA |

| | | | |
|---|---|---|---|
| **Nationality:** | UNITED STATES | **Service:** | Not Reported |
| **Category:** | Not Reported | **Position:** | Not Reported |
| **Group:** | Unknown | **Status:** | Unknown |

| | |
|---|---|
| **Associated Event:** | Not Reported |
| **Comments:** | Not Reported |
| **Wound Points:** | None Reported |

### BECIR

**Click Add To Draft A New BECIR In Connection With This SIGACT. BECIR Will Open In A New Window.**    `Add`

### Target(s) of Attack

| | | | |
|---|---|---|---|
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Coalition | **Details:** | Patrol |
| **Nationality:** | UNITED STATES | **Sect:** | Not Reported |
| | | **Status:** | |
| | Killed | | |
| **Description:** | Not Reported | | |

| | | | |
|---|---|---|---|
| **Precedence:** | Secondary | **Affiliation:** | Enemy |
| **Type:** | Enemy | **Details:** | Unit/Group |
| **Nationality:** | Not Reported | **Sect:** | Unknown |
| | | **Status:** | |
| | Detained | | |
| **Description:** | Not Reported | | |

### DRUGREP Details
`Show`

### Evidence Report Details

Approved for Release

# 28 1240C JAN 08 COMPLEX ATTK ON 1-8 IN IN MOSUL



**WHO: MND-N**

**WHAT: CF CASUALTIES**

**WHEN: 28 1240C JAN 08**

**WHERE:  38S LF 3717 1941**

**MNC-I CCIR: 6**

**MNF-I CCIR: 6**

**NOTIFICATION IN JOC: 28 1318C JAN 08**

**CIDNE #:  20080128124038SLF37171941**

MND-N

### INITIAL REPORT

-AT 1240C MND-N REPORTED A COMPLEX ATTK ON 1-8 IN IN MOSUL.

-1-8 IN REPORTED A COMPLEX ATTK WHILE CONDUCTING A MOUNTED PATROL IN MOSUL. THE COMPLEX ATTK CONSISTED OF SAF ORIGINATING FROM SUSPECTED AQI AT A MOSQUE ON THE NORTH SIDE OF RTE BROADWAY AND, 1X IED.

-THE ATTK RESULTED IN 5X CF KIA AND 2X (b)(1)1.4g

-MTF

-BDA: **5X CF KIA** AND 2X (b)(1)1.4g
(b)(1)1.4g

### 28 1580C JAN 08 UPDATE

-AT 1582C, IA ENTERED THE MOSQUE.

-AT 1670C, 1-8 IN AND IA CONDUCTED A SECONDARY SEARCH OF THE SURROUNDING HOUSES.

-AT 1690C, RECOVERY ASSETS ARE ENROUTE TO FOB MAREZ WITH 1X (b)(1)1.4g
(b)(1)1.4g

-AT 1646C, 1-8 IN CONDUCTED TQ OF 17X CIV (MAM) FOUND IN A TARGET HOUSE.

-ADDITIONAL 1X CIV (MAM) WAS FOUND AND QUESTIONED IN NEARBY HOUSE.

-AT 1725C, 1-8 IN TRANSPORTED 9X SUSPECTED AQI TO CCP FORTITUDE FOR FURTHER TQ.

-BDA: **5X CF KIA**, 1X (b)(1)1.4g
(b)(1)1.4g    AND 9X SUSPECTED AQI DETAINED.

USCENTCOM FOIA 17 0463

LEGEND

● COMPLEX ATTK

PREPARED BY C3 OPS
28 1321C JAN 08

# 28 1240C JAN 08 COMPLEX ATTK ON 1-8 IN IN MOSUL



**29 0430C JAN 08 UPDATE**

•SWT WAS IN SUPPORT OF B/1-8 IN AND CONDUCTED SUPPRESSIVE FIRES. SWT FIRED 2X 2.75 ROCKETS AND THEN RECEIVED SAF. AN UNKNOWN AMOUNT OF 7.62MM ROUNDS WERE FIRED AT THE AIRCRAFT. SWT RETURNED FIRE WITH 1X 2.75 PD ROCKET.

•NO DAMAGE WAS REPORTED BY SWT.

WHO: MND-N

WHAT: CF CASUALTIES

WHEN: 28 1240C JAN 08

WHERE: 38S LF 3717 1941

MNC-I CCIR: 6

MNF-I CCIR: 6

NOTIFICATION IN JOC: 28 1318C JAN 08

CIDNE #: 20080128124038SLF37171941

MND-N

**LEGEND**

● COMPLEX ATTK

PREPARED BY C3 OPS
28 1321C JAN 08

USCENTCOM FOIA 17-0403

SECRET//REL TO USA,MCFI//20180131



# 3 ACR 01:812 SAF

**WHO:** 2/B/1-8 IN

**WHEN:** 281240JAN08

**WHERE:** Ninewah Province, Mosul vic 38S LG 2717 1941

**WHAT:** IED/SAF

**HOW:** AQI/ISI conducted a SAF attack against 2/B/1-8 IN while they were conducting a mounted patrol in the Yarimjah neighborhood. SAF originated from mosque on north side of RT Broadway.

**UPDATE:** 281257JAN08: While on station in support of B/1-8 IN (Machine White), SWT fired 2 x suppressive fire ISO of the ground unit as they received SAF. SWT fired 2 x 2.75" rockets and then received SAF at 1242(RT). Unknown amount of rounds fired at aircraft. A/W returned fire with ___ x 2.75" PD rockets. SWT is currently on station in support of the ground unit. SWT has no BDA/assessment at this time.

**UPDATE:** 281311JAN08: Confirmed 1 x US KIA m 1x [ (b)(1)1.4g ] by IED. SWT is on station in support and 1 1st wing is being coordinated for additional support. There was sustained SAF contact from Yarimjah mosque.

**UPDATE:** 281409JAN08: Recovery assets linked up with B/1-8 IN on site.

**UPDATE:** 281417JAN08: Iscan linking up with B/1-8 IN and is moving to RP 8965/6418.

**UPDATE:** 281420JAN08: IA on site, entered the Courtyard of the mosque NSTR.

**UPDATE:** 281445JAN08: IA entered the Mosque with NSTR.

**BDA: 5x CF KIA (BR # BM 1986, BR # GJ 1091,BR# BM 7320,BR# JY 7199, BR# JC 7997) 1x [ (b)(1)1.4g ] .**

**MEETS MND-N CCIR 2E and MNC-I CCIR 6**

**REPORT STATUS MTF**

USCENTCOM FOIA 17-0403

MOSUL

NINEWAH PROVINCE

3 ACR 01:812

3 ACR 01:812
TIC-1

SECRET // REL TO USA IRQ and MCFI//—

(b)(1)1.4g

RPG, SAF, IDF

1st IED    2nd IED    EOD F/R



**WHO**: 2/B/1-8 IN, A 1-8 IN    **WHEN**: 281238JAN08    **WHERE**: Ninewah Province, Yarimjah, East Mosul, 38S LF 3717 1941

**WHAT**: AQI/ISI conducted a complex attack (IED/SAF) against 2/B/1-8 IN returning from a CTR mission in Yarimjah, Mosul LF 3712 1941. Patrol was turning north from Rte Broadway onto 42nd Street. The lead vehicle struck a deep buried IED (b)(1)1.4g simultaneously receiving SAF from the Mosque to the north (1) of Broadway and the Mosque (2) to the SW. At 1257 a SWT arrive and provide suppresive fire for 2/B/1-8 IN and then received 7.62mm fire. Airscan, SWT and fixed wing were all on station for support. Patrol continued to receive fire from Mosque and surrounding houses. A/1-8 IN was pushed to location as a QRF element with IA. A/1-8 IN provide overwatch and also received SAF from Mosque and surrounding buildings. Airscan observed one individual leaving the Mosque and entering houses to the north of the mosque. After the SAF ceased the IA conducted a search of the Mosque. Due to the poor SSE of the IA they were sent to search the Mosque four separate times only reporting that there were no stairs or ladders to get to the roof. A/1-8 IN search houses to the E/SE from the Mosque and detained 9xMAM. Recovery assets and EOD arrived on station to assist in blast analysis and recovery operations. 1-8 IN and IA forces will conduct further investigation on 29 Jan.

**BDA**: (b)(1)1.4g    5x CF KIA

**ASSESSMENT** (b)(1)1.4c

(b)(1)1.4c ISI likely set up the command wire after the RCIED failed to detonate the IED and waited for a target of opportunity to execute the planned complex attack. The 120lbs of HME and 3x155mm rounds were likely intended to be used against a buffalo and tank. Additionally, this is the same area where E/1-8 was hit with a command wired IED on 26JAN08. ISI planned/coordinated the attack (w/ target IN QRF suggesting they knew likely routes to the area. ISI continues to use secondary IEDs with multiple types of initiators. Expect to see an increase in complex attacks with RPGs, SAF, and multiple IEDs with multiple initiators over the next few days along known hot spots (Broadway, Isuzu, Jackhammer, Drill, and Nissan). It is likely ISI will use command wire, pressure plate, PIR, and speed bump IEDs in order to be more effective since the DUKE has been defeating RCIEDs.

Page 18 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(1)1.4g

# EOD REPORT

Team 3-2 conducted a Post Blast at Grid: 38SLF3719219485.  An IED detonated in the center of 42nd street (b)(1)1.4g and killing 5 soldiers from B/1/8 INF.  The IED (estimated NEW is 120lbs) was buried with command wire leading away from the blast seat across a field to the north-west.  The IED detonated (b)(1)1.4g (b)(1)1.4g .  The (b)(1)1.4g appeared to have been traveling north.  The team recovered lengths of wire with RCA jacks on them.  While on site, a secondary speed bump IED (unarmed, NEW 15lbs) was found at Grid: 38SLF3718019482.  The team recovered an RCA jack from the IED.  The team recovered the push button switch from the 1/8 INF.  The push button switch was a white project box with a push button on both sides of the box.  All recovered components were turned over to WIT 2.  No additional hazards were found.



(b)(1)1.4g

(b)(1)1.4g

Looking from the firing point to blast site

Secondary IED near blast site

06/13/22

# INITIATION SYSTEM



Page 22 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(1)1.4g

Page 23 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(1)1.4g



SECRET//REL TO USA, MCFI//20180129

| 281445JAN08 | SECTOR SCETCH | 38S LF 37192 19485 |

42ⁿᵈ STREET

IMPROVISED DIRT ROAD

UNNAMED ROAD

COMMAND WIRE

PUDDLE

OPEN FIELD

DIRECTION OF TRAVEL

NOT TO SCALE

FOIA 17-0403

SECRET//REL TO USA, MCFI//20180129

Page 25 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(1)1.4g

SECRET//REL TO USA, MCFI//20180129



| 281445JAN08 | SCENE OVERVIEW | 38S LF 37192 19485 |

(b)(1)1.4g

BLAST SEAT

USCENTCOM FOIA 17-0403
1087
06/13/22

SECRET//REL TO USA, MCFI//20180129







SECRET // REL TO USA, AUS, CAN AND GBR//20180128

N

(b)(1)1.4g

(b)(1)1.4g

Blast Seat

USCENTCOM          1090          06/13/22

SECRET // REL TO USA, AUS, CAN AND GBR//20180128



SECRET//REL TO USA, MCFI//20180129

281445JAN08     CARDINAL VIEWS     38S LF 37192 19485

(b)(1)1.4g

BLAST SEAT

SECRET//REL TO USA, MCFI//20180129



USCENTCOM FOIA 17-0403

06/13/22







SECRET//REL TO USA, MCFI//20180129

| 281445JAN08 | FIRING POINT | 38S LF 37192 19485 |

BLAST SEAT

COMMAND WIRE

COMMAND WIRE

1 FOIA 17-0403

1095



SECRET // REL TO USA, AUS, CAN AND GBR//20180128



SECRET // REL TO USA, AUS, CAN AND GBR//20180128

SECRET//REL TO USA, MCFI//20180129

| 281445JAN08 | THREE-WAY RCA QUICK CONNECT | 38S LF 37192 19485 |
|---|---|---|



SECRET//REL TO USA, MCFI//20180129



SECRET//REL TO USA, MCFI//20180129

**281445JAN08** | **SECOND RCA QUICK CONNECT** | **38S LF 37192 19485**

SECRET//REL TO USA, MCFI//20180129



SECRET//REL TO USA, MCFI//20180129

| 281445JAN08 | RCA CONNECTIONS & COMMAND WIRE | 38S LF 37192 19485 |
| --- | --- | --- |

SECRET//REL TO USA, MCFI//20180129



SECRET//REL TO USA, MCFI//20180129

281445JAN08 | RCA QUICK CONNECT FROM SECOND DEVICE | 38S LF 37180 19482

SECRET//REL TO USA, MCFI//20180129

SECRET//REL TO USA, MCFI//20180129

| 281445JAN08 | PROJECT BOX INITIATOR | 38S LF 37192 19485 |
| --- | --- | --- |



SECRET//REL TO USA, MCFI//20180129



SECRET//REL TO USA, MCFI//20180129

281445JAN08 | PROJECT BOX INITIATOR | 38S LF 37192 19485

"Implement" or "Carry out"

2x 9V Batteries

Capacitor

12V Battery

SECRET//REL TO USA, MCFI//20180129

Page 43 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - -
(b)(1)1.4g

Report Source: CIDNE by CEXC

SECRET REL TO USA, FVEY

# CEXC Triage Report 17403-08

| Case File Report Theater: ROAR | | | |
|---|---|---|---|
| Classification: | SECRET | Releasability: | REL TO USA, FVEY |
| Case Number: | 17403-08 | Case Author: | (b)(3) 10USC § 130b, (b)(6) |
| Incident Date: | 28 Jan 2008 14:45 | Incident Type: | IED |
| MGRS: | 38SLF3719219485 | Zone: | USD-North |
| Case Agent: | Not Reported | | |
| Case Priority: | Red | Priority Reason: | KIA/WIA |
| SIGACT Tracking Number: | 20080128124038SLF37171941 | | |
| CEXC Report: | Yes | Detainee Case: | No |
| Remarks: | ***KIA X 5*** | | |

BAG 1 OF 1

WIRE

TAPE

4 X CONNECTOR

SPLITTER

2 X 9V BATT.

2 X PUSH BUTTON

BALLAST

PROJECT BOX

CAPASITOR

The associated media files for this report are currently unavailable in CIDNE. To retrieve the media, please query the CEXC-I server hosted by NGIC on SIPRNet [(b)(6)_____] utilizing the number provided in the "Case Number" field.

| HME Equipment: | No | | |
|---|---|---|---|
| Case Closed: | No | | |
| Biometric Results: | Not Reported | | |
| Chemical Explosives: | | None Reported | |
| External Report Links: | | No External Reports | |

| Photo(s) |
|---|





| Evidence Bags |
|:---:|
| None Reported |

SECRET//REL TO USA, AUS, CAN, GBR

# COMBINED EXPLOSIVES EXPLOITATION CELL (CEXC)

      

| Home | CEXC Search | Reports | Intel | Evidence | Guidance | Briefs | Links | Admin |

Database: CEXC Iraq

Triage   Electronics   Biometrics   Reports   Images

## Report 17403-08

Evidence recovered by: WIT 02                    Incident Date: 28-Jan-2008 14:45

### General Information

**CEXC Report #:** 17403-08                    Email Notification

**CEXC Priority:** Red

**Priority Reason:** KIA/WIA

**Evidence Recovered By:** WIT 02

**Incident Type:** Command Wire IED

**Incident Date:** 28-Jan-08 14:45

**Recovery Type:** Post Blast

**Zone:** USD-North

**Province:** Ninawa

**Grid Coordinates:** 38S LF 37192 19485

**Geodetic Coordinates:** 36.30663126,43.18662882

**Chemical Fill:** Urea Nitrate Explosive

**Close Date:** 01-Aug-08 00:00

**Shipping Status:**

### Electronics Information

**Author:** (b)(3) 10USC § 130b, (b)(6)

**Intelligence Note:** Firing pack in a white project box

**Exploited Devices:** 17403-08-1  Command Wire  Other

   

 

**Device**

**Device ID:** 17403-08-1

**Switch Type:** Command Wire

**Initiator Type:** Other

**State Received:** Assessed to be operational

**State Description:** Firing pack in a white project box using a light ballast and capacitor.

**Modifications:** A firing pack device constructed using the following. A fluorescent light ballast and 450V capacitor are placed within a white project box and used as the main components of the firing pack. Two push buttons are used on opposite sides of eachother, 1 red and 1 yellow, both buttons are secured through holes cut in the sides of the project box. Two 9V batteries are held to the project box using black electrical tape to the lid of the project box and used as the voltage source connected directly to the ballast. The output from the device is a PAL connector mounted straight through a hole that was cut into the side of the project box. connected to the PAL connector was a PAL splitter used to connect 2 PAL connectors to one output.

**Markings:**

**Profile:** 5.1.9   View Devices in Same Profile

### Transceiver

**Remarks:** A transceiver was not present.

### Commercial Circuit Board

**Remarks:** A commercial circuit board was not present

### Homemade / Purpose Built Board

**Remarks:** A homemade / purpose built board was not present

### Additional Components

**Type:** Bridge Rectifier

**Quantity:** 1

**IC Date Code:**

**IC Misc Code:**

**Description / Remarks:** Four diodes used as a bridge rectifier.

**Serial # / Markings:**

**Type:** Project Box

**Quantity:** 1

**IC Date Code:**

**IC Misc Code:**

**Description / Remarks:**

**Serial # / Markings:**

**Type:** PAL connector

**Quantity:** 4

**IC Date Code:**

**IC Misc Code:**

**Description / Remarks:** Three PAL connectors and 1 PAL splitter

**Serial # / Markings:**

**Type:** Switch, Push Button

**Quantity:** 2

**IC Date Code:**

**IC Misc Code:**

**Description / Remarks:**

**Serial # / Markings:**

**Type:** Florescent light ballast

**Quantity:** 1

**IC Date Code:**

**IC Misc Code:**

**Description / Remarks:**

**Serial # / Markings:**

**Power Supply:**

**Type:** PANASONIC 9V

**Quantity:** 2

**Configuration:** Series

**Voltage:** 9v

**Total Voltage:** 18v

**Amperage:**

**Storage Capacity:**

**Remarks:**

**Configuration:**

**Further information:**

**Initial Setup:** The command wire output leads are connected to the explosive load, then the length of it is extended to a safe firing location. Where the wire leads from the firing pack are attached to the length of command wire.

**Operation of device:** Depress yellow button to charge the capacitor. Ensuring that the red LED is illuminated, indicating that the capacitor is charged depress the red button, to detonate the load.

**Similar Devices (Identified by Engineer):**

**Similar Device:** 16139-07-1

**Similar Device:** 17188-08-40

**Similar Device:** 17188-08-41

**Similar Device:** 17188-08-42

**Similar Device:** 17188-08-43

View Devices with Similar Components



**United States Central Command – CCJ2**

(b)(6)

~~SECRET//REL TO USA, AUS, CAN, GBR~~

Report Source: CIDNE by CEXC

| Target Capture Tag Report Theater: ROAR | |
|---|---|
| **Classification:** SECRET | **Releasability:** REL TO USA, AUS, GBR |
| **Date Of Capture:** Feb 01 2008 | **Tracking Number:** DET-17403-08 |
| **Unit:** WIT 02 | **Operation:** Not Reported |

**Remarks:**

***KIA X 5***

BAG 1 OF 1
WIRE
TAPE
4 X CONNECTOR
SPLITTER
2 X 9V BATT.
2 X PUSH BUTTON
BALLAST
PROJECT BOX
CAPASITOR

| Detainees |
|---|

SECRET//REL TO USA, AUS, CAN, GBR

# COMBINED EXPLOSIVES ☀ EXPLOITATION CELL (CEXC)

      

| Home | CEXC Search ▾ | Reports ▾ | Intel ▾ | Evidence ▾ | Guidance ▾ | Briefs | Links | Admin ▾ | **Database: CEXC Iraq** |

Triage     Electronics     **Biometrics**     Reports     Images

## Report 17403-08

Evidence recovered by: WIT 02                                                    Incident Date: 28-Jan-2008 14:45

### General Information

|  |  |  |
|---|---|---|
| **CEXC Report #:** | 17403-08 | [Email Notification](#) |
| **CEXC Priority:** | Red | |
| **Priority Reason:** | KIA/WIA | |
| **Evidence Recovered By** | WIT 02 | |
| **Incident Type:** | Command Wire IED | |
| **Incident Date:** | 28-Jan-08 14:45 | |
| **Recovery Type:** | Post Blast | |
| **Zone:** | USD-North | |
| **Province:** | Ninawa | |
| **Grid Coordinates:** | [38S LF 37192 19485](#) | |
| **Geodetic Coordinates:** | 36.30663126,43.18662882 | |
| **Chemical Fill:** | Urea Nitrate Explosive | |
| **Close Date:** | 01-Aug-08 00:00 | |
| **Shipping Status:** | | |

### Biometrics Information

|  |  |
|---|---|
| **Biometric Results:** | LOV |
| **FTP Site Submission:** | 2008-02-05 07:07:00.0 |
| **Reviewed By:** | (b)(3) 10USC § 130b, (b)(6) |
| **Review Date:** | 05-Feb-08 |

### Case Processing Worksheet

|  |  |
|---|---|
| **Received By:** | |
| **Receive Date:** | 04-Feb-08 |
| **Administrative Review:** | (b)(3) 10USC § 130b, (b)(6) |
| **Processed By:** | |

**# of bags:** 1

**Priority:** KIA/WIA

**Background Information:**

**Detainee Information:**

**Examination Results:**

**Comparison Results:**

**Remarks:**

## Case Inventory

| Bag # | Sub Bag # | Item # | Qty | Trace Found | Trace Qty | Description |
|-------|-----------|--------|-----|-------------|-----------|-------------|
| 1 | 0 | 1 | 2 | ☐ | 0 | project box (top/ bottom) |
| 1 | 0 | 2 | 2 | ☐ | 0 | push button type switch (attached to project box) |
| 1 | 0 | 3 | 1 | ☐ | 0 | capacitor |
| 1 | 0 | 4 | 1 | ☐ | 0 | transformer |
| 1 | 0 | 5 | 2 | ☐ | 0 | 9-volt batteries |
| 1 | 0 | 6 | 1 | ☐ | 0 | black electrical tape (attached to batteries) |
| 1 | 0 | 7 | 5 | ☐ | 0 | RCA type plugs |
| 1 | 0 | 8 | 17 | ☐ | 0 | black electrical tape (attached to RCA plugs) |
| 1 | 0 | 9 | 1 | ☐ | 0 | yellow electrical tape (attached to plugs) |
| 1 | 0 | 10 | 5 | ☐ | 0 | black electrical tape (wad in bag) |

Total Bag Quantity = 37

## Latent Prints Recovered

| Latent # | Notes | ULW | ULW Searched | Light Source | Photographed By |
|----------|-------|-----|--------------|--------------|-----------------|
| L001 | non adhesive side black electrical tape attached to 9-volt battery | No | 0 | Tungsten | |
| L002 | non adhesive side black electrical tape attached to RCA plug | Yes | 3 | Tungsten | |
| L003 | adhesive side black electrical tape attached to RCA plug | Yes | 2 | Tungsten | |
| L004 | non adhesive side black electrical tape from wad in bag | No | 0 | Tungsten | |



L001.jpg          L002.jpg          L003.jpg          L004.jpg

## Processes Used

☑ VIS      ☑ CA      ☐ NIN      ☐ WP      ☐ BP      ☐ MWP      ☐ MBP      ☐ WWW      ☐ BWW

☑ RVS      ☐ Ardrox      ☐ CViolet      ☐ Other

## Comparison Results

| Latent # | Compared To | ISN | Capture Tag | Match | Matched To |
|----------|-------------|-----|-------------|-------|------------|

**Suspects**

| Name | Capture Tag | ISN | Major Case Prints |
|------|-------------|-----|-------------------|



**United States Central Command – CCJ2**

(b)(6)

~~SECRET//REL TO USA, AUS, CAN, GBR~~