**<u>Exhibit 200</u>**

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE
PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

**************************************************************
            DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
**************************************************************

**************************************************************
***********            CASUALTY REPORT            ***********
**************************************************************

Report Type:   INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  100-009-09

Multi Casualty Code:  100MNDN1

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):      (b)(6)

Last Name:  Pautsch

First Name:  Jason

Middle Name:  Graham

Service:  United States Army

Military Rank:  CPL

Military Unit of Assignment:  A Co, 1-67 AR, 3HBCT, 1 CD, TF Lightning

Military UIC:  WAQ2A0

Date/Time of Incident (New/Old):  20090410/1020

Inflicting Force:  Enemy Forces

Incident City:  Mosul

Incident Country:  Iraq

Circumstance:  Soldier was a [ (b)(1)1.4g ] when the vehicle
was attacked by a SVBIED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment
Facility

Date/Time of Death:  20090410/1510

Place of Death City:  Mosul

Place of Death Country:  Iraq

Cause of Death:  Soldier's cause of death was blast/shrapnel penetration to the
face and head per [ (b)(3)130b, (b)(6) ] MD.

Grid:  38SLF2980019700

Location:  Ninewah Province

Vehicle Group: [ (b)(1)1.4g ]

Vehicle Owner:  US Government

Investigation Required:  Investigation Required

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

DD Form 93 Date:  20090303

DD Form 93 Review Date:  20090303

Birth Date: [ (b)(6) ]

Birth State:  IA

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  White

Religious Preference:  Christian, No Denominational Preference

DMOS/AFSC:   11B1O

PMOS:   11B

PEBD:   20070124

BASD/ADBD:   20070124

HOR City:   Davenport

HOR State:   IA

HOR Country:   United States

Remarks:   Soldier was positively identified to be CPL Pautsch, Jason (b)(3)130b, (b)(6)
  (b)(3)130b, (b)(6)  , D CO, 1-67 AR. by visual recognition. ID card and ID tags have
been recovered. Soldier received Religious Ministration by Chaplain (b)(3)130b, (b)(6),
(b)(3)130b, (b)(6) 101120APR2009.Report completed by      (b)(3)130b, (b)(6)      and reviewed by
      (b)(3)130b, (b)(6)      DCIPS prepared by     (b)(3)130b, (b)(6)     on 10Apr2009 at 1626
hrs. POC   (b)(6)    QC'd by      (b)(3)130b, (b)(6)      Will SUPP when more
information becomes available.

Software Version:   DCIPS Forward - Version 4.0 Build: 59 Release Date: 22 JAN
2009

FOR OFFICIAL USE ONLY