# Exhibit 201

**FILED UNDER SEAL**