# Exhibit 202

**FILED UNDER SEAL**