# Exhibit 203

# FILED UNDER SEAL