# **Exhibit 205**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Apr 10 2009 10:20:00 |
| Date Occurred(Z) | Apr 10 2009 07:20:00 |
| is Closed | FALSE |
| Summary | 3/1 04:077 |
| | WHO: PSD/HHC/3-8 |
| | WHEN: 101020APR09 |
| | WHERE: Ninewah Province, Mosul COP Eagle, 38SLF 30954 20062 |
| | WHAT: SVBIED -Confirmed (PSD/HHC/3-8) -effective |
| | HOW: At 1020 PSD/HHC/3-8 reported a large explosion just outside of FOB Marez gate grid 38SLF 30954 20062. Several ISF vehicles were on fire inside the COP Eagle Motorpool. RPG rounds were cooking off from vehicles in the motorpool of COP Eagle. 2/A/3-8 and 3/D/1-67 reports the SVBIED was believed to be detonated on their patrol as they were moving into sector. The blast crater was at LF 30954 20062. The 3/D/1-67 (b)(1)1.4 that was targeted was at LF 30950 20040. |
| | 1045: SWT/6-17 CAV reported a possible LN spotter that dropped a black bag into a trash can at grid LF 3107 2037. The individual was described as wearing a pink shirt, black jacket and green pants that fled the scene. |
| | 1049: Elements that are on scene: 3/D/1-67, 1/A/3-8, 2/A/3-8, 3/A/3-8,HQ/A/3-8, PSD/HHC/3-8and2/B/3-8, SCT/HHC/3-8 |
| | 1059: Warhorse gate was closed. |
| | 1100: CDR/3-8 reported 5 x CF KIA. WH6 reported a SVBIED that targeted CF convoy at the FOB Marez Gate. (BN S2 and GW6 later assessed the SVBIED to be targeting COP Eagle.) |
| | 1128: 2/C/3-8 detained 1x MAM (b)(6) that matched the description of the possible spotter who dropped a black bag into the trash can with help from SWT/6-17 CAV. The detainee was with 2x other LN (b)(6) at the time (b)(6) was captured. The detainees had 1x cell phone, 1x AK-47 at grid LF 31104 20553. |
| | 1204: B/4-9 CAV interrogated the trash can with SWT/6-17 as referred to earlier and reported an improvised hand grenade in the black bag that was placed inside of the trash can at grid LF 3107 2037. EOD was notified. At 1601 2/C/3-8 reported was in route back to FOB Marez with the detainees for admission to the MDF. |
| | 1256: EOD requested blast window for Grenade. At 1311 controlled detonation complete. |
| | EOD Assessment: Team 1-2 responded to a PBA IVO grid 38S LF 31006 20014 ISO B/4-9CAV, Blackhawk. Team set up safe area at 38S LF 31028 19989. A/3-8 was on Marez utility road heading west when a dump truck SVBIED broke through NP checkpoint at Baghdad Circle and |

Page 1 of 8

## Ops Report

proceeded to advance on CF patrol. NPs opened with small arms fire and reportedly hit a tire and engine compartment. CF Patrol stated the driver was wearing an IP uniform with 2LT rank. Truck had a red dump body and a charcoal grey cab. (b)(1)1.4g responded with small arms fire. Dump truck proceeded to (b)(1)1.4g and ran into a wall to the north of (b)(1)1.4g where it detonated. Crater was 55ft x 53ft x 11ft deep. Dump truck carried approximately 10,000lbs UBE. COP Eagle, adjacent to wall, suffered massive blast damage to buildings and vehicles as well as motor pool on south side of Marez Utility Rd. No other explosive hazards found.

S2 Assessment:
To date, this is the largest SVBIED used against CF since 09FEB09. The direct targeting of COP Eagle indicates that this may have been a pre-planned attack given the resources needed IOT facilitate the SVBIED.

IO Assessment: IO Talking Points:

1. The true Enemies of your Nation live among you and they continue to attack your heroic security forces. It will only continue to increase the likelihood of more attacks in your own neighborhoods and home.
2. These criminals are attacking your National Police Forces now! Many brave Iraqi Policemen with families have died or were wounded as a result of these attacks! These criminals are desperate and they are trying to intimidate you, the citizens of Mosul, but they will fail!
3. You can prevent attacks like these by informing officials if you have any information or knowledge of these type activities. Your information can prevent the death of those that protect you and your family. Call JCC TIPS Line at 125. Do not hide these criminals. They will be found and punished.
4. These attacks will not deter those that are providing security for the good people of Mosul.
5. Your efforts to secure your country must continue! They live amongst you! Do not allow those criminals who do not care about you, your family and city to continue these attacks.

OSINT and IQATF: Will monitor for Media feedback and local atmospherics
News release was sent to Al Mosullia and Ashur TV/Radio

PAO Assessment: 5 US Soldiers and 2IP killed by SVBIED attack

BDA/CAS: 5 x CF KIA, 1x IA KIA, 1X NP KIA, 2 x CF WIA (1xRTD)/ 20X NP WIA, (b)(1)1.4g (b)(1)1.4g and 4xF350 ISF Vehicles destroyed, 1x civilian ambulance destroyed, 2x 5000 gal fuel tankers destroyed, 2x collapsed buildings, 1xEKIA, 3x detainees.

(b)(1)1.4g
Serial Number: (b)(1)1.4g
Bumper Number (b)(1)1.4g
GNR restraint: Yes

MEETS MNC-I CCIR#6,20

REPORT STATUS: ///CLOSED/// 141752APR09

| | |
|---|---|
| Suicide Count | 1 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2009 |
| Month Occurred | April |

## Ops Report

| | |
|---|---|
| Day Occurred | 10 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | TF-N |
| Primary AO | 2/3 HBCT |
| Primary District | Ninawa |
| Primary Province | Ninawa |
| was Suicide | TRUE |
| Tracking Number | 20090410102038SLF3095420062 |
| Battlespace Lead | Coalition |
| Unit Activity | Mounted Patrol |
| Title | (EXPLOSIVE HAZARD) IED EXPLOSION RPT (Vehicle-Borne IED (VBIED)) D/1-67AR : 5 CF KIA 2 CF WIA 2 ISF KIA 20 ISF WIA 1 UE KIA 3 UE DET |
| Association Count | 4 |
| BDA Friendly KIA | 5 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 7 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 2 |
| BDA Host Nation WIA | 20 |
| BDA Host Nation Casualties | 22 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 1 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 1 |
| BDA Enemy Detained | 3 |

## Ops Report

| | |
|---|---|
| City | Mosul |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=8F6ADFC2-0FE7-EA91-B684E4505948497D&entity=report |
| Date Occurred Excel UK | 10/04/2009 |
| Date Occurred Excel US | 04/10/2009 |
| Date Posted(Z) | Apr 10 2009 12:45:27 |
| Date Updated(Z) | Apr 15 2009 04:09:01 |
| FOB | MAREZ |
| Incident Reported By | Coalition Forces |
| Latitude | 36.31075668334961 |
| Longitude | 43.11705780029297 |
| MGRS | 38SLF3095420062 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MND-NORTH OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | MND-NORTH |
| Precedence | Flash |
| Report Key | 8F6ADFC2-0FE7-EA91-B684E4505948497D |
| Reporting Unit | MND-NORTH OPS LNO |
| Type Of Unit | CF |
| Unit Name | D/1-67AR |
| Updated By Group | MNC-I SIGACTS MGR |
| Updated By Name | (b)(6) |
| Updated By Unit | MNC-I |
| Vehicle Convoy Count | (b)(1)1.4g |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Summary | |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |

## Ops Report

| | |
|---|---|
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 2/3 HBCT | Mosul | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NONE | 10_1020C_APR_09_SVBIED_ATTACK_ON_1-67_AR_IN_WEST_MOSUL | | CENTCOMROAR | Document | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | REL TO USA, FVEY | 101030CAPR09_38SLF_31006_20014_749_Storyboard__(SVBIED_PBA)_(NXPowerLite) | | CENTCOMROAR | Document | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 8F6ADFC2-0FE7-EA91-B684E4505948497D | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 8F6ADFC2-0FE7-EA91-B684E4505948497D | | | (b)(1)1.4g | | | (More not shown) |
| | | | | | | (More not shown) |
| 8F6ADFC2-0FE7-EA91-B684E4505948497D | | | | | | (More not shown) |

## Ops Report

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | | Patrol | UNITED STATES | Primary | 8F6ADFC2-0FE7-EA91-B684E4505948497D | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Vehicle-Borne IED (VBIED) | EE8DC4D4-5FEC-427D-9251-BE277F3FADA0 | Explosive Hazard | IED Explosion |

### Events Subordinate

| Age Of Remains Found | Estimated Date Of Remains | Event Category | Event Key | Event Type | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Jan 01 1900 00:00:00 | Unexploded Ordnance | 8FB900E7-C569-6973-8CA92A2E18A64E74 | Explosive Hazard | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| | Jan 01 1900 00:00:00 | Detain | 8FB93AE3-E254-6FE8-E750A58A0FFE6F3F | Friendly Action | FALSE | (More not shown) |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 533B79E1-F89F-4217-93AE-CC072D82361D | Explosive Hazard | Anti-Personnel | 1 | | (More not shown) |
| | | | | | | (More not shown) |
| Unexploded Ordnance | 8FB900E7-C569-6973-8CA92A2E18A64E74 | Explosive Hazard | Anti-Personnel | | | (More not shown) |
| | | | | | | (More not shown) |
| Detain | 8FB93AE3-E254-6FE8-E750A58A0FFE6F3F | Friendly Action | None Selected | 0 | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | | MND-NORTH OPS | 8F6C0073-AD6C- | | FFIR6 - ACTION OR | (More not shown) |

## Ops Report

| | | | | | |
|---|---|---|---|---|---|
| | LNO | 010B-2EB4957200F5F23B | | INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | |
| | | | | | (More not shown) |
| TRUE | MND-NORTH OPS LNO | 8F6C2512-EE7D-88F1-40AE589B3219F834 | | FFIR20 - SIGNIFICANT ACTION BY AIF | (More not shown) |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | TRUE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Unverifiable | ~~SECRET~~ | ~~NONE~~ | Apr 12 2009 15:50:53 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Unverifiable | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Apr 16 2009 01:52:45 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Unverifiable | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Apr 16 2009 01:54:47 | (More not shown) |

14 Empty Attributes

Attack On, Call Sign, ISAF Tracking Number, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Route, Tip Reported By, Vehicle Convoy Speed, Vehicle Distance Between, Vehicle Nearest ECM To IED, Vehicle Nearest ECM To Vehicle Struck, Vehicle Other Counter Measures, 12 Empty Attributes SIGACT Photo, SIGACT Method Found, Associated Org, Chemicals Found, Drugs Found, Equipment Found, IDF Details, Ops Capture SIGACT Photo, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

## Relationships
(None)

## Attachments
(None)

USCENTCOM FOIA 22-0063L   0230   01/31/23