# **Exhibit 206**

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO~~.

```
*************************************************************
            DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************

*************************************************************
***********            CASUALTY REPORT           ************
*************************************************************
```

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  100-004-09

Multi Casualty Code:  100MNDN1

Personnel Type:  Regular

Personnel Affiliation:  Active Duty

Personnel Category:  Obligated/Voluntary Service

SSN (New/Old):  (b)(6)

Last Name:  Hall

First Name:  Bryan

Middle Name:  Edward

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  A Co, 1-67 AR, 3HBCT, 1 CD, TF Lightning

Military UIC:  WAQ2A0

Date/Time of Incident (New/Old):  20090410/1020

Inflicting Force: Enemy Forces

Incident City: Mosul

Incident Country: Iraq

Circumstance: Soldier was a [(b)(1)1.4g] when the vehicle was attacked by a SVBIED.

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20090410/1135

Place of Death City: Mosul

Place of Death Country: Iraq

Cause of Death: Cause of death was massive head trauma per [(b)(3)130b, (b)(6)] (b)(3)130b, (b)(6).

Grid: 38SLF2980019700

Location: Ninewah Province

Vehicle Group: [(b)(1)1.4g]

Vehicle Owner: US Government

Investigation Required: Investigation Required

TRNG/Duty Related: Training/Duty Related

Duty Status: Present For Duty

Continously Hospitalized: Not Continuously Hospitalized

DD Form 93 Date: 20090306

DD Form 93 Review Date: 20090306

Birth Date: [(b)(6)]

Birth State: CA

Birth Country: United States

Citizenship: United States

Sex: Male

Race: White

Religious Preference: Christian, No Denominational Preference

DMOS/AFSC: 11B40

PMOS: 11B

PEBD: 19930513

BASD/ADBD: 19951022

HOR City: Phenix

HOR State: AL

HOR Country: United States

Remarks: Soldier was positively identified to be SPC Hall, Bryan by (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) D CO, 1/67 AR by visual recognition. ID card and ID tags have been recovered. Soldier was pronounced deceased by (b)(3)130b, (b)(6) MD on 101135APR2009. Soldier received religious ministrations by Chaplain (b)(3)130b, (b)(6) (b)(3)130b, (b)(6) at 101115APR2009. DCIPS prepared by (b)(3)130b, (b)(6) MND-N, 25th ID. DCIPS completed by (b)(3)130b, (b)(6) on 10Apr2009 at 1426 hrs. POC (b)(6) (b)(6) QC'd by (b)(3)130b, (b)(6). Will SUPP when information becomes available.

Software Version: DCIPS Forward - Version 4.0 Build: 59 Release Date: 22 JAN 2009

~~FOR OFFICIAL USE ONLY~~