# **Exhibit 207**

FOIA 22-0127

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*   CASUALTY REPORT   \*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBJ: CASUALTY REPORT

01. STACH

02. HOSTILE

03. DECEASED

04. 136-007

05. VSI (VERY SERIOUSLY INJURED)

06. 135-040

07. MILITARY/

08. (b)(6)

09. HARLAN/JAMES/W/

12. SGT

13. UNITED STATES ARMY/REGULAR

14. 660TH TRANS (13 CC)

15. 88M

24. DIED IN A MEDICAL TREATMENT FACILITY

31. GROUND VEHICLE

32. TRUCK

33. US GOVERNMENT

34. PASSENGER

35. PRESENT FOR DUTY//

36. 20040514/1645//

37. CP ANACONDA//IZ

39. SM WAS ENROUTE FROM CAMP ANACONDA WHEN A SUICIDE BOMBER DETONATED A CAR BOMB.

40. ENEMY FORCES

50. YES

57. 20040514/2004

58. 31ST CSH/BAGHDAD//IZ

59. MASSIVE HEAD WOUND

60. READY

61. STACH CHANGE FROM VSI TO DECEASED. SM WAS PRONOUNCED DEAD AND IDENTIFIED BY (b)(3)130b, (b)(6) ON 14 MAY 04 2004 HRS. DCIPS PREPARED BY (b)(3)130b, (b)(6)

70. DCIPS Forward - Version 2.5 (6) ;   DB - Version 2.1