# Exhibit 208

**FILED UNDER SEAL**