# Exhibit 209

**FILED UNDER SEAL**