# **Exhibit 210**

# Ops Report



Friday, 21 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jul 21 2004 00:23:00 |
| is Closed | TRUE |
| Summary | AT 0023, A 1-4CAV MECH PATROL WAS ATTK WITH AN IED IVO AD DULUIYAH. THE PATROL WAS MOVING WEST ON ASR DOVER (MC253720) WHEN IT WAS STRUCK BY THE DEVICE. THE ATTK RESULTED IN 1X CF (US) KIA AND 6X CF (US) WIA (INCLUDING 2X VSI (BURNS) AND 4X NSI (SMOKE INHALATION)). THE CASUALTIES WERE EVACUATED BY AIR MEDVAC TO 67CSH. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | July |
| Day Occurred | 21 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary RC | MND-N |
| Primary District | |
| Primary Province | Salah ad Din |
| was Suicide | FALSE |
| Tracking Number | ID-74553426 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTK ON 1-4CAV IVO AD DULUIYAH: 1 CF KIA, 6 CF WIA    (b)(1)1.4g |
| Association Count | 2 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 6 |
| BDA Friendly Casualties | 7 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |

Page 1 of 4

## Ops Report

| Field | Value |
|---|---|
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=4091E391-731E-40A6-A214-49AA4327F22C&entity=report |
| Date Occurred Excel UK | 21/07/2004 |
| Date Occurred Excel US | 07/21/2004 |
| Date Posted(Z) | Jul 20 2004 21:48:31 |
| Date Updated(Z) | Jul 20 2004 22:03:16 |
| FOB | UNKNOWN |
| Latitude | 34.0861137938 |
| Longitude | 44.1902938611 |
| MGRS | 38SMC253720 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 4091E391-731E-40A6-A214-49AA4327F22C |
| Reporting Unit | Not Provided |
| Route | ASR Dover0 |
| Type Of Unit | None Selected |

## Ops Report

| | |
|---|---|
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |
| | | | | | | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | D573BBA3-DA69-4D3A-96EE- | Explosive Hazard | IED Explosion |

## Ops Report

D316E11973FD

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|
| | | | Suicide | | (More not shown) |
| | | | | | (More not shown) |
| IED Explosion | 391FA677-A771-4B5E-B875-50E3BA4D71ED | Explosive Hazard | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Jul 20 2004 21:48:31 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, Reported By

18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

Approved for Release

BLODGETT (b)(6) INT

```
************************************************************
***********       CASUALTY REPORT       ***********
************************************************************
```

(01) Report Type: INIT

(02) Casualty Type: HOSTILE

(03) Casualty Status: DECEASED

(04) Report Number: 203-08B

(07) Category: MILITARY/

(08) SSN(New/Old): (b)(6) /

(09) Name(Last/First/Middle/Sfx): BLODGETT/NICHOLAS/H/

(10) Race: WHITE

(11) Date/Place of Birth: (b)(6) /

(12) Rank: PFC

(13) Service/Component: UNITED STATES ARMY/REGULAR

(14) Organization/Station: A TRP 1/4 CAV

(15) Duty MOS/AFSC: 19D

(24) Died in Medical Treatment Facility: DIED OUTSIDE A MEDICAL TREATMENT FACILITY

(25) Home of Record: /MI/

(28) NOK(to be Notified): (b)(6) //mother/ (b)(6)
(b)(6)             ////// /Not Notified///////

(31) Vehicular Involvement: GROUND VEHICLE

(32) Vehicle Type/Supp: (b)(1)1.4g

(33) Vehicle Ownership: US GOVERNMENT

(34) Position Aboard Vehicle: (b)(1)1.4g

(35) Duty Status: PRESENT FOR DUTY//

(36) Date/time of Incident: 20040721/0050//

(37) Place of Incident: ABDALLUYAH//IZ

(39) Circumstances: SM WAS ON PATROL WHEN AN IED EXPLODED.

(40) Inflicting Force: ENEMY FORCES

(47) Religious Preference: 00-NO PREFERENCE RECORDED

(48) Rcv'd Religious Ministrations: UNK

(50) Training Related: YES

Page 1

(57) Date/Time of Death :   BLODGETT (b)(6) INT
                            20040721/0050 (Not Confirmed)

(58) Place of Death:   /ABDALLUYAH//IZ

(60) Status of Remains:   READY

(61) Additional Remarks:   TYPE OF VEHICLE: (b)(1)1.4g   INFORMATION WAS OBTAINED VIA PHONE FROM THE  BATTALION S1.  BODY IS NOT LOCATED AT 31ST CSH BALAD.  A SUPPLEMENTAL REPORT WILL FOLLOW WITH: SM CAUSE OF DEATH,  WHO IDENTIFIED THE BODY AND WHO PRONOUNCED SM DEATH.   REPORT DONE BY:   (b)(3)130b, (b)(6)

(70) Software Version:   DCIPS Forward - Version 3.1  ;   DB - Version 2.1

Supp. Item(s):   25, 30, 45, 46, 49, 51, 52, 53, 54, 55, 56, 59,

Page 2