# Exhibit 211

**FILED UNDER SEAL**