# Exhibit 212

**FILED UNDER SEAL**