# **Exhibit 213**

# Ops Report



Monday, 24 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Mar 05 2007 14:03:00 |
| Is Closed | TRUE |
| Summary | At 051403MAR2007, C/2-505 (Charlie CP) reported an IED detonation in Salah Ad Din Province, in Samarra, vic 38SMC 00400 83100. Medic on scene initial report 4-5 urgent surgical. At 051410MAR2007, QRF (Charlie 7/47) SP PB Olson to conduct casevac and assess the situation. At 051415MAR2007, Charlie CP requested EOD and MWD. They reported a first detonation against the [(b)(1)1.4g] of the C16 patrol, and second detonation about 3 minutes later as casualties were being assessed. Current assessment is 8x casualties (3 x urgent). At 051438MAR2007, Charlie 47 with 1 x urgent surgical and 2 x urgent casualties arrived at PB Olson for treatment and further assessment by ATLS. Buzzard 57 (2 x F16) and Whitewolf 29 (AWT) are currently on station over Samarra. At 1449AMR2007, 2-505 relayed request for MEDEVAC to Badblood Ops for 1 x urgent surgical (leg head, and arm trauma) and 2 x urgent casualties (head lacerations, conscious). 1512, Charlie 6 clarified that 7 casualties left on scene were actually KIA NOT WIA. 6 x US KIA, 1 x Terp KIA. 1545, Charlie CP reports C16, C5, and Outlaw (NPTT) securing blast site while EOD and MWD clears. C47 is recovering the other 4 KIA. Also provided additional information on a previously unreported WIA who has a shrapnel wound to the arm and is walking wounded. The WIA will be evaced to PB Olson for treatment with C47. 1818, EOD RTB FOB Brassfield-Mora. Final analysis from the site is that the first detonation was caused when the [(b)(1)1.4g] vehicle in the patrol drove over a pressure switch which detonated 3-4 155mm projectiles diretly beneath the [(b)(1)1.4g]. The trail vehicles in the patrol reversed to approximately 100m away, and PAX moved forward to assist with casualties. One of the dismounted PAX stepped on a second pressure device which was consistent with 1-2 130-155mm rounds. EOD recovered one intact pressure switch from the second device and a partially destroyed and burned pressure device from the blast seat underneath the [(b)(1)1.4g] EOD and WIT will conduct additional analysis of the devices. 4 x US WIA 6 x US KIA 1 x LN TERP KIA NFTR. CLOSED: 052014MAR07.<br><br>--------------------------------------------------------------------------------<br><br>EOD COMMENTS<br>Team responded to a Post Blast at MC 00536 83519. A 2/505 patrol was traveling north on an unimproved road that runs along a berm surrounding Samarra. The [(b)(1)1.4g] was struck by an IED resulting in 4 x US KIA, 1 x TERP KIA. A dismounted rescue team consisting of 8-10 persons was dispatched from the remaining vehicles. A secondary device detonated, resulting in 2 x US KIA and 4 x US WIA. Blast seat and fragmentation from the first device were consistent with 3 to 4 155mm projectiles. Team recovered what appears to be a partial pressure initiation device, and believes the IED was pressure initiated. The secondary device was approximately 20 meters north of the initial detonation site. In the second blast seat fragmentation was found from 1 x 130mm projectile and 1 x 155mm projectile. Team recovered an intact pressure initiation device. Team will determine if both IEDs were pressure initiated after further exploitation of the intact pressure device. Storyboard to follow. CCIR#6 5.25 hours. 051415CMAR07.<br><br>Narrative/Background<br>Team responded to a Post Blast in the city of Samarra. 2/505 C16 while on patrol were traveling North on an unimproved road that runs along the berm surrounding Samarra. The [(b)(1)1.4g] vehicle was struck by an IED at 38S MC 00536 83519 resulting in 4 US KIA/1 LN Terp KIA. A dismounted rescue team was dispatched from the remaining vehicles consisting of 8-10 persons. A secondary device was detonated resulting in 2 KIA and 3 WIA. |

## Ops Report

**Conclusion**

The (b)(1)1.4g vehicle drove over a pressure strip while investigating a previous blast hole. The initial blast seat measured three feet deep and 6-7 feet in diameter, due to the size and fragmentation found in the area it is estimated that 3-4 155mm projectiles are what made up the initial IED. The Secondary IED was also pressure initiated. It is believed by EOD that the second device was initiated by a member of the rescue party stepping on the pressure strip. The secondary blast seat measured 21 inches deep, 81 inches wide and 91 inches long. Fragmentation from 1 x 130mm and 1 x 155mm projectiles were found in the blast seat. EOD believes that at least one of each made up the IED.

---

--------------------

WIT 1 COMMENTS: ON 05 MAR 07 AT APPROXIMATELY 1403C, CHARLIE 1-6 NOTIFIED 2/505 TOC ABOUT 2X IED DETONATIONS IVO 38S MC 00400 83100 ON AN UNKNOWN DIRT ROAD AND ON THE EASTERN SHOULDER OF THE UNKNOWN DIRT ROAD. CHARLIE 1-6 WAS TRAVELING NORTH ON THE DIRT ROAD, WHEN THE (b)(1)1.4g SLOWED DOWN TO INSPECT A FRESH HOLE FOR A POSSIBLE IED WHEN THE FIRST VOIED DETONATED. CHARLIE 1-6 WAS TRAVELING AT APPROXIMATELY (b)(1)1.4g THE VEHICLE WAS (b)(1)1.4g RESULTING IN 4X CF KIA AND 1X LN INTERPRETER KIA. CHARLIE 1-6 IMMEDIATELY BACKED UP TO A SAFE DISTANCE. APPROXIMATELY 9-10 CF PERSONNEL DISMOUNTED THEIR VEHICLES TO ASSIST THE CASUALTIES. THEN APPROXIMATELY 2-4 MINUTES LATER, THE SECOND IED DETONATION OCCURRED. THIS DETONATION RESULTED IN 2X CF KIA AND 4X CF WIA. THE DISMOUNTED CF PERSONNEL ATTENDED TO THE ATTACK VICTIMS AND REQUESTED MEDEVAC. CHARLIE 1-6 CORDONED OFF THE AREA AND REQUESTED EOD/WIT AND A MILITARY WORKING DOG. EOD/WIT ARRIVED ON-SCENE AT 1540C. THE AREA WAS SEARCHED VIA THE MILITARY WORKING DOG AND EOD, AND A SAFE AREA WAS ESTABLISHED. THE FIRST BLAST SEAT WAS APPROXIMATELY 5' (WIDE) X 7' (LONG) X 3' (DEEP). EOD/WIT WAS NOT ABLE TO GET ACCURATE MEASUREMENTS OF THE BLAST SEAT DUE TO THE (b)(1)1.4g OF THE STRUCK VEHICLE. THE SECOND CRATER WAS 81" (WIDE) X 91" (LONG) X 21" (DEEP) AND WAS LOCATED APPROXIMATELY 20M NORTHEAST FROM THE FIRST BLAST SEAT. A PARTIAL PRESSURE PLATE DEVICE WAS FOUND IVO OF THE FIRST BLAST SEAT AND AN INTACT PRESSURE PLATE DEVICE WAS FOUND IVO OF THE SECOND BLAST SEAT. UPON COMPLETION OF THE INVESTIGATION ALL PERSONNEL REMOUNTED AND RETURNED TO FOB BRASSFIELD-MORA.

| | |
|---|---|
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | March |
| Day Occurred | 5 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |

## Ops Report

| | |
|---|---|
| Primary RC | USD-N |
| Primary AO | |
| Primary District | Salah ad Din |
| Primary Province | Salah ad Din |
| was Suicide | FALSE |
| Tracking Number | 20070305140338SMC0040083100 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION(VOIED) ATTK ON C/2-505 IVO SAMARRA (ROUTE UNKNOWN): 6 CF KIA 4 CF WIA 1 CIV KIA |
| Association Count | 4 |
| BDA Friendly KIA | 6 |
| BDA Friendly WIA | 4 |
| BDA Friendly Casualties | 10 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 1 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 1 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | SAMARRA |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, AUS, CAN, GBR~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=21FE3804-FDD7-AB51-B41A8300D6726447&entity=report |
| Date Occurred Excel UK | 05/03/2007 |

## Ops Report

| Field | Value |
|---|---|
| Date Occurred Excel US | 03/05/2007 |
| Date Posted(Z) | Mar 05 2007 12:06:20 |
| Date Updated(Z) | Jun 07 2007 05:48:00 |
| FOB | PATROL BASE UVANNI |
| Latitude | 34.18412780761719 |
| Longitude | 43.91915512084961 |
| MGRS | 38SMC0040083100 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MND-N CHOPS |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Immediate |
| Report Key | 21FE3804-FDD7-AB51-B41A8300D6726447 |
| Reporting Unit | MND-N |
| Route | UNKNOWN |
| Type Of Unit | Coalition Forces |
| Unit Name | C/2-505 |
| Updated By Group | TF Troy |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | (b)(1)1.4g |
| Vehicle Convoy Speed | (b)(1)1.4g |
| Vehicle Convoy Speed Measure | (b)(1)1.4g |
| Vehicle Distance Between | (b)(1)1.4g |
| Vehicle Nearest ECM To IED | (b)(1)1.4g |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | WIT 1 COMMENTS: THE MOUNTED PATROL CONSISTED OF (b)(1)1.4g (b)(1)1.4g. THE PATROL WAS TRAVELING AT (b)(1)1.4g -------------------------------------------------- TF TROY QC CELL (6 JUN 07) FROM EVENT SUMMARY: They reported a first detonation against the (b)(1)1.4g of the C16 patrol, and second detonation |

## Ops Report

about 3 minutes later as casualties were being assessed.

| | |
|---|---|
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| | SAMARRA | SECRET | REL TO USA, AUS, CAN, GBR | | IRAQ | (More not shown) (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) (More not shown) |
| SECRET | NOFORN | 05_1403C_MAR_07_IED_ATTK_ON_2-505_PIR_IVO_SAMARRA_348 | | CENTCOMROAR | Document | (More not shown) (More not shown) |
| SECRET | NOFORN | 79_MC_0083_6x_KIA | | CENTCOMROAR | Document | (More not shown) (More not shown) |
| SECRET | NOFORN | | | CENTCOMROAR | HyperLink | (More not shown) (More not shown) |
| SECRET | NOFORN | Slide01_829 | | CENTCOMROAR | Photograph | (More not shown) (More not shown) |
| SECRET | NOFORN | Slide02_86 | | CENTCOMROAR | Photograph | (More not shown) (More not shown) |
| SECRET | NOFORN | Slide03_287 | | CENTCOMROAR | Photograph | (More not shown) (More not shown) |
| SECRET | NOFORN | Slide04_195 | | CENTCOMROAR | Photograph | (More not shown) (More not shown) |


## Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide05_475 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide06_378 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide07_197 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide08_441 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide09_675 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide10_405 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide11_626 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide12_541 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide13_834 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide14_728 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide15_973 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide16_718 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| SECRET | NOFORN | Slide17_591 | | CENTCOMROAR | Photograph | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 21FE3804-FDD7-AB51-B41A8300D6726447 | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 21FE3804-FDD7-AB51-B41A8300D6726447 | | | (b)(1)1.4g | | | (More not shown) |
| | | | | | | (More not shown) |
| 21FE3804-FDD7-AB51-B41A8300D6726447 | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 21FE3804-FDD7-AB51-B41A8300D6726447 | | | | | | (More not shown) |

Approved for Release

## Ops Report

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | WIT 1 COMMENTS: THE TARGET OF ATTACK FOR THE INITIAL VOIED WAS THE (b)(1)1.4g (b)(1)1.4g IN THE CHARLIE 1-6 MOUNTED PATROL. -------------------------- -------------------------- TF TROY QC CELL (6 JUN 07) FROM EVENT SUMMARY: 4 x US WIA 6 x US KIA 1 x LN TERP KIA | Patrol | UNITED STATES | Primary | 21FE3804-FDD7-AB51-B41A8300D6726447 | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | WIT 1 COMMENTS: THE SECONDARY VOIED WAS MOST LIKELY PLACED TO TARGET DISMOUNTS THAT RENDERED AID TO THE CASUALTIES OR FIRST RESPONDERS TO THE INITIAL VOIED DETONATION. | Patrol | UNITED STATES | Secondary | 21FE3804-FDD7-AB51-B41A8300D6726447 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | C2B9F573-B5CD-4F2B-99CB-BE1D72E179A7 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | B08A3A70-B762-4CF3-B166-F302F889218C | Explosive Hazard | Anti-Personnel | 0 | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY | MND-N CHOPS | 22003462-AA6C-D9AF- | 0 | 6 - ACTION OR INCIDENT | (More not shown) |

## Ops Report

| | | | |
|---|---|---|---|
| COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | 199DFA9306E08FBC | | RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 06 2008 21:00:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, AUS, CAN, GBR~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NONE~~ | Jul 09 2009 11:27:07 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, AUS, CAN, GBR~~ | Mar 05 2007 12:06:20 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Op Reported By

13 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships
(None)

## Attachments
(None)

From:
To:    (b)(3)130b, (b)(6)

Subject: [UNCLASSIFIED//FOR OFFICIAL USE ONLY] (FOUO) Casualty Report – SUPP – Estes, Justin – Incident Date/Time: 2007/03/05 14:03
Date: Monday, March 5, 2007 8:27:41 PM

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

```
*************************************************************
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE
YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*************************************************************


*************************************************************
***********     CASUALTY REPORT     ************
*************************************************************
```

Report Type: SUPP

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Killed In Action

Report Number: 065-013-07

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN (New/Old):   (b)(6)

Last Name: Estes

First Name: Justin

Middle Name: Michael

Service: United States Army

Military Rank: SSG

Military Unit of Assignment: C CO 2-505 PIR, 3-82 BCT, 25ID

Military UIC: WABVC0

Date/Time of Incident (New/Old): 20070305/1403

Inflicting Force: Enemy Forces

Incident City: Samarra

Incident Country: Iraq

Circumstance: At 051403MAR2007, C/2-505 reported an IED detonation in Salah Ad Din Province, in Samarra, vic 38SMC 00400 83100. First detonation was reported against the [(b)(1)1.4g], and a second detonation about 3 minutes later as casualties were being assessed.

  Body Armor: Eye Protector / Special Protective Eyeware Cylindrical System

  Body Armor: Helmet / Advanced Combat Helmet / No Attachments

  Body Armor: Vest / Outer Tactical Vest / Yoke/Throat

  Body Armor: Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

  Body Armor: Vest / Outer Tactical Vest / Groin Protectors

  Body Armor: Vest / Outer Tactical Vest / Deltoid and Auxiliary Protectors (DAP)

Died in/out of Medical Facility Treatment: Died Outside A Medical Treatment Facility

Date/Time of Death: 20070305/1730

Place of Death City: Samarra

Place of Death Country: Iraq

Cause of Death: Blast Injuries

Location: Salah Ad Din Province

Vehicle Group:
Vehicle Type:       (b)(1)1.4g
Vehicle Armor:

Vehicle Owner: US Government

Position in Vehicle: [(b)(1)1.4g]

Duty Status: Present For Duty

Birth Date: [(b)(6)]

Birth State: CA

Race: White

Remarks: SUPP to PPE, date/time of death, place of death, cause of death, location, vehicle information, SCMO is [(b)(3)130b, (b)(6)] D Co, 2-505 PIR, BN Adjuant. Will SUPP PE status. 15-6 Investigation Officer is [(b)(3)130b, (b)(6)] (b)(3)130b, (b)(6) 2-505 MITT. 15-6 was initiated on 5 Mar 07. Soldier was pronounced deceased by [(b)(3)130b, (b)(6)] BN PA, HHC, 2-505 PIR and [(b)(3)130b, (b)(6)] medical platoon leader, HHC, 2-505 PIR by means of visual ID, ID card and ID tags. Report completed by [(b)(3)130b, (b)(6)] 3-82 BCT, HR Team, VOIP [(b)(6)] Report verified by [(b)(3)130b, (b)(6)] 3-82 BCT, Brigade Adjutant, VOIP [(b)(6)] DCIPS was prepared by [(b)(3)130b, (b)(6)] MNC-I casualty operations on 06 Mar 07 at 0419hrs. MNC-I POC for this report is [(b)(3)130b, (b)(6)] MNC-I casualty operations NCOIC at [(b)(6)].

Software Version: DCIPS Forward - Version 4.0 Build: 55 Release Date: 28 NOV 2006

FOR OFFICIAL USE ONLY