# Exhibit 214

**FILED UNDER SEAL**