# Exhibit 215

| (b)(6) | **CENTCOM CCJ6 (US)** |
|---|---|

**From:**    grp.Casualty Operations Kuwait <casualtyops@kuwait.swa.army.mil>
**Sent:**    Wednesday, October 24, 2007 7:46 PM
**To:**

(b)(3), (b)(6)

**Cc:**    grpCasualty Operations Kuwait
**Subject:**    [UNCLASSIFIED / NONE] ~~(FOUO)~~ CASUALTY REPORT  <Towns, Robin, Leslie>

**Classification:** UNCLASSIFIED / NONE

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION THAT MUST BE PROTECTED IN ACCORDANCE WITH THE PRIVACY ACT AND DOD 5400.11-R. TREAT ATTACHMENTS AS ~~FOUO~~.

THIS INFORMATION MUST BE ENCRYPTED WHEN TRANSMITTING OVER NIPRNET.

Field Report Type: INIT

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Personnel Type: Guard

Personnel Affiliation: Active Duty

Personnel Category: Recalled/Mobilized

SSN: (b)(6)

Name (Last/First/Middle/Sfx): Towns/Robin/Leslie

Military Rank: Staff Sergeant

Service: United States Army

Military Unit of Assignment: 275 MP CO, 97 MP BN, 89 MP BDE

Date/time of Incident: 20071024 16:30:00

Incident City: Bayji

1

Incident Country: Iraq

Circumstances: While on patrol Soldier's vehicle struck an IED.

Inflicting Force: Enemy Forces

~~FOR OFFICIAL USE ONLY~~

**Classification:** UNCLASSIFIED / NONE

Approved for Release

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:** grp.Casualty Operations Kuwait[SMTP:casualtyops@kuwait.swa.army.mil]
**To:**

(b)(3), (b)(6)

*Approved for Release*

**Cc:**

**Subject:** [UNCLASSIFIED / ~~FOUO] (FOUO)~~ CASUALTY REPORT <Towns, Robin, Leslie>


Classification: UNCLASSIFIED / ~~FOUO~~


~~FOR OFFICIAL USE ONLY~~
B
INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.
B
Field Report Type: SUPP
B

1

Casualty Type: Hostile
B
Casualty Status: Deceased
B
Casualty Category: Died of Wounds
B
Field Report Number: 298-005-07
B
Multi Casualty Code: 297MNCI2
B
Personnel Type: Guard
B
Personnel Affiliation: Active Duty
B
Personnel Category: Recalled/Mobilized
B
SSN: [ (b)(6) ]
B
Last Name: Towns
B
First Name: Robin
B
Middle Name: Leslie
B
Race: Black or African American
B
Religious Preference: Methodist Churches B Birth Date: [ (b)(6) ] B Birth City: Washington, D.C B Birth State: Virginia B
Military Rank: Staff Sergeant B
Service: United States Army
B
Military Unit of Assignment: 275 MP CO, 97 MP BN, 89 MP BDE B Military UIC: WTKBAA B
DMOS/AFSC: 31B
B
Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility B Duty Status: Present For Duty B
Date/time of Incident: 20071024 16:30:00 B Incident City: Bayji B Incident Country: Iraq B
Circumstances: While on patrol Soldier's vehicle struck an IED.
B
Inflicting Force: Enemy Forces
B
Date/Time of Death: 20071024
B
Place of Death City: Bayji
B
Place of Death Country:
B
Remarks: SUPP: Summary Court Martial Officer appointed [ (b)(3), (b)(6) ] 275th MP Company)
SUPP: AR 15-6 Officer will be [ (b)(3), (b)(6) ] B AR 15-6 Officer is pending approved AMR from
FOB Warrior to FOB Summerall. DCIPS was prepared by [ (b)(3), (b)(6) ] MNC-I Casualty operations on 25 Oct 07 at
0935hrs.B  MNC-I POC for this report is [ (b)(3), (b)(6) ] MNC-I Casualty Operations NCOIC at [ (b)(6) ] B  DCIPS
prepared by [ (b)(3), (b)(6) ] B QAd by [ (b)(3), (b)(6) ] B The administrative data in this report has been verified by
using official CAC resources.B

2

B

~~FOR OFFICIAL USE ONLY~~

B

Classification: UNCLASSIFIED / ~~FOUO~~

USCENTCOM FOIA 17-0647-17-0717 & 17-0721-17-0722                                      131 03/14/2019

| (b)(6) | **CENTCOM CCJ6 (USA)** |
|---|---|

**From:**     G1 Casualty <g1casualty@1ad.army.mil>
**Sent:**      Wednesday, October 24, 2007 8:18 PM
**To:**        MNCI-CASUALTY
**Subject:**   FW: ~~(FOUO)~~ Casualty Report - INIT - Towns, Robin - Incident Date/Time: 2007/10/24 16:24 (UNCLASSIFIED)


Classification: UNCLASSIFIED
Caveats: NONE



-----Original Message-----
From: [ (b)(3), (b)(6) ] Iraq, 97 MP BN
[mailto [ (b)(3), (b)(6) ]
Sent: Thursday, October 25, 2007 12:29 AM
To: G1 Casualty
Subject: RE: ~~(FOUO)~~ Casualty Report - INIT - Towns, Robin - Incident
Date/Time: 2007/10/24 16:24


~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST
BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS
AS ~~FOUO~~.

************************************************************
      DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
************************************************************


************************************************************
***********      CASUALTY REPORT      ************
************************************************************


Report Type: INIT

Casualty Type: Hostile

Casualty Status: DECEASED

Casualty Category: Died of Wounds

Report Number: TOW001

Personnel Type: Reserve

1

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  [ (b)(6) ]

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP CO, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol, SSG Towns' vehicle was struck by an IED.

    Body Armor:  Eye Protector / ESS Goggles

    Body Armor:  Helmet / Advanced Combat Helmet

    Body Armor:  Vest / Outer Tactical Vest

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  BAYJI, FOB Summerall

Place of Death Country:  Iraq

Cause of Death:  Trauma from IED blast. Soldier pronounced deceased by [ (b)(3), (b)(6) ] at 2342 at 325th CSH on COB Speicher. Remains verified by [ (b)(3), (b)(6) ] at 325th CSH on COB Speicher.

Grid:  LD 6116986804

Location:  BAYJI

Vehicle Group: HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type: M1151 Enhanced Armament Carriers

Vehicle Owner: US Government

Position in Vehicle: Passenger

Investigation Required: Investigation Required

TRNG/Duty Related: Not Training/Duty Related

Duty Status: Present For Duty

Continously Hospitalized: Not Continuously Hospitalized

SGLI Date: 20070925

Birth Date: [(b)(6)]

Birth City: Washington, D.C

Birth State: VA

Birth Country: United States

Citizenship: United States

Sex: Male

Race: Black or African American

Religious Preference: Methodist Churches

DMOS/AFSC: 31B

PMOS: 31B

PEBD: 19870611

HOR City: Marlboro

HOR State: MD

HOR Country: United States

Remarks: Prepared by [(b)(3), (b)(6)], 97th MP BN, VOIP [(b)(6)] Field Grade Review by [(b)(3), (b)(6)] 97th MP BN, VOIP [(b)(6)]

Software Version: DCIPS Forward - Version 4.0

| (b)(6) | **CENTCOM CCJ6 (USA)** |

**From:**                 G1 Casualty <g1casualty@1ad.army.mil>
**Sent:**                   Thursday, October 25, 2007 2:29 AM
**To:**                      MNCI-CASUALTY
**Subject:**            FW: (FOUO) Casualty Report – SUPP – Towns, Robin – Incident Date/Time: 2007/10/24 16:24 (UNCLASSIFIED)

**Follow Up Flag:**      Follow up
**Flag Status:**         Flagged

Classification: UNCLASSIFIED
Caveats: NONE

ALCON,
Below is a SUPP report on SSG Towns.

Thank you

(b)(3), (b)(6)

-----Original Message-----
From: (b)(3), (b)(6)
[mailto (b)(3), (b)(6)
Sent: Thursday, October 25, 2007 8:26 AM

(b)(3), (b)(6)

Subject: (FOUO) Casualty Report – SUPP – Towns, Robin – Incident
Date/Time: 2007/10/24 16:24

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST
BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS
AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
     DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*       CASUALTY REPORT       \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type: SUPP

1

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Died of Wounds

Report Number:  TOW002

Personnel Type:  Reserve

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  [(b)(6)]

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP CO, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol, SSG Towns vehicle was struck by an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  BAYJI, FOB Summerall

Place of Death Country:  Iraq

Duty Status:  Present For Duty

2

Birth Date: [(b)(6)]

Birth City: Washington, D.C

Birth State: VA

Race: Black or African American

Religious Preference: Methodist Churches

DMOS/AFSC: 31B

Remarks: Summary Court Martial Officer appointed [(b)(3), (b)(6)] [(b)(6)] 275th MP Company), AR 15-5 Officer will be [(b)(3), (b)(6)] [(b)(3), (b)(6)] 15-6 Officer is pending approved AMR from FOB Warrior to FOB Summerall.

Software Version: DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY

3

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE
PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO.~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT     \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  TOW003

Personnel Type:  Reserve

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  (b)(6)

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP CO, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol, SSG Towns vehicle was struck by an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  BAYJI, FOB Summerall

Place of Death Country:  Iraq

Duty Status:  Present For Duty

Birth Date: (b)(6)

Birth City:  Washington, D.C

Birth State:  VA

Race:  Black or African American

Religious Preference:  Methodist Churches

DMOS/AFSC:  31B

Remarks:  UPDATE:  Soldier was initially reported as Died of Wounds when it should have been KIA.

Software Version:  DCIPS Forward - Version 4.0

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH
MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY
ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
          DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO
DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*        CASUALTY REPORT        \*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  078-014-08

Multi Casualty Code:  297MNCI2

Personnel Type:  Guard

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  (b)(6)

Last Name:  Towns

First Name:  Robin

Middle Name:  Leslie

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275 MP CO, 97 MP BN, 89 MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1630

Inflicting Force:  Enemy Forces

Incident City:  Bayji

Incident Country:  Iraq

Circumstance:  While on patrol Soldier's vehicle struck an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical
Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  Bayji

Place of Death Country:  Iraq

Duty Status:  Present For Duty

Birth Date:  [ (b)(6) ]

Birth City:  Washington, D.C

Birth State:  VA

Race:  Black or African American

Religious Preference:  Methodist Churches

DMOS/AFSC:  31B

Remarks:  SUPP to remarks: (15-6 Investigation)  15-6 Investigation was
completed on 1 Nov 07.  Report initiated by [ (b)(3),(b)(6) ]  19 MP BDE
Casualty Ops. DCIPS prepared by [ (b)(3),(b)(6) ]  MNC-I Casualty Operations on
18 Mar 08 at 1729 hrs. MNC-I POC for this report is [ (b)(3),(b)(6) ]  MNC-I
Casualty Operations OIC, [ (b)(6) ]

| (b)(6) | **CENTCOM CCJ6 (USA)** |
|---|---|

**From:** (b)(3), (b)(6)
**Sent:** Wednesday, October 24, 2007 6:48 PM
**To:**

(b)(3), (b)(6)

**Cc:**

**Subject:** FW: ~~(FOUO)~~ Casualty Report – INIT – Towns, Robin – Incident Date/Time: 2007/10/24 16:24

~~FOR OFFICIAL USE ONLY~~

THIS E-MAIL CONTAINS ~~FOR OFFICIAL USE ONLY (FOUO)~~ INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS ~~FOUO.~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
     DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT     \*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  INIT

Casualty Type:  Hostile

Casualty Status:  DECEASED

1

Casualty Category:  Killed In Action

Report Number:  TOW01

Personnel Type:  Guard

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  [(b)(6)]

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP Co, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol SM vehicle was struck by an IED.

    Body Armor:  Eye Protector / ESS Goggles

    Body Armor:  Helmet / Advanced Combat Helmet / No Attachments

    Body Armor:  Vest / Outer Tactical Vest / Yoke/Throat

    Body Armor:  Vest / Outer Tactical Vest / Small Arms Protective Inserts (SAPI)

    Body Armor:  Vest / Outer Tactical Vest / Groin Protectors

    Body Armor:  Vest / Outer Tactical Vest / Deltoid and Auxiliary Protectors (DAP)

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Approved for Release

Place of Death City:  BAYJI

Place of Death Country:  Iraq

Cause of Death:  tramatic trauma to the body cause by IED blast.

Grid:  LD 6116986804

Location:  BAYJI

Vehicle Group:  HIGH-MOBILITY MULTIPURPOSE WHEELED VEHICLE (HMMWV)

Vehicle Type:  M1151 Enhanced Armament Carriers

Vehicle Armor Level:  Level I armor is integrated during production

Vehicle Owner:  US Government

Position in Vehicle:  Passenger

Investigation Required:  Investigation Required

TRNG/Duty Related:  Training/Duty Related

Duty Status:  Present For Duty

SGLI Date:  20070925

Birth Date:  [(b)(6)]

Birth City:  Washington, D.C

Birth State:  VA

Birth Country:  United States

Citizenship:  United States

Sex:  Male

Race:  Black or African American

Religious Preference:  Methodist Churches

DMOS/AFSC:  31B

PMOS:  31B

PEBD:  19870611

HOR City:  Marlboro

3

HOR State:  MD

HOR Country:  United States

Remarks:  report by [(b)(3), (b)(6)] review by FG [(b)(3), (b)(6)] 97th MP BN
VOIP [(b)(6)] SM pronounced deceased by [(b)(3), (b)(6)] at 2342 at 325th CSH  on COB Speicher. Remains verified
by [(b)(3), (b)(6)] Co XO.  Identified by personal association. WILL SUPP

Software Version:  DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

FOR OFFICIAL USE ONLY

4

| (b)(6) | **CENTCOM CCJ6 (US)** |
|---|---|

**From:** (b)(3), (b)(6)
**Sent:** Thursday, October 25, 2007 7:37 AM
**To:**

(b)(3), (b)(6)

**Cc:**

**Subject:** (FOUO) Casualty Report – SUPP – Towns, Robin – Incident Date/Time: 2007/10/24 16:24


FOR OFFICIAL USE ONLY


THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
     DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*     CASUALTY REPORT     \*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  TOW02

Personnel Type:  Guard

1

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  [(b)(6)]

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP Co, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol SM vehicle was struck by an IED.

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  BAYJI

Place of Death Country:  Iraq

Duty Status:  Present For Duty

Birth Date:  [(b)(6)]

Birth City:  Washington, D.C

Birth State:  VA

Race:  Black or African American

Religious Preference:  Methodist Churches

DMOS/AFSC:  31B

Remarks:  Summary Court Martial Officer appointed [ (b)(3), (b)(6) ] 275th MP Co), AR 15-5 Officer will be [ (b)(3), (b)(6) ] 15-6 Officer is pending approved AMR from FOB Warrior to FOB Summerall.

Software Version:  DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

FOR OFFICIAL USE ONLY

Approved for Release

3

Approved for Release

| (b)(6) | **MNC-I C1 Casualty NCO** |

| From: | (b)(3), (b)(6) | MSC 19 MP BDE S1 |
| Sent: | Tuesday, March 18, 2008 4:56 PM |
| To: | (b)(3), (b)(6) | MNC-I C1 Casualty NCO |
| Subject: | (FOUO) Casualty Report - SUPP - Towns, Robin - Incident Date/Time: 2007/10/24 16:24 |

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY ATTACHMENTS AS FOUO.

```
*********************************************************
        DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-FORWARD, MAKE YOUR
CHANGES AND GENERATE THE EMAIL AGAIN.
*********************************************************

*********************************************************
***********        CASUALTY REPORT        ***********
*********************************************************
```

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  TOW03                          078-0111-08

Personnel Type:  Guard

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):  (b)(6)

Last Name:  Towns

First Name:  Robin

Middle Name:  L

Service:  United States Army

Military Rank:  SSG

Military Unit of Assignment:  275th MP Co, 97th MP BN, 89th MP BDE

Military UIC:  WTKBAA

Date/Time of Incident (New/Old):  20071024/1624

Inflicting Force:  Enemy Forces

Incident City:  BAYJI

Incident Country:  Iraq

Circumstance:  While on patrol SM vehicle was struck by an IED.

1

Died in/out of Medical Facility Treatment:  Died Outside A Medical Treatment Facility

Date/Time of Death:  20071024/2342

Place of Death City:  BAYJI

Place of Death Country:  Iraq

Duty Status:  Present For Duty

Birth Date:  [                ]

Birth City:  Washington, D.C

Birth State:  VA

Race:  Black or African American

Religious Preference:  Methodist Churches

DMOS/AFSC:  31B

Remarks:  15-6 was completed on 1 Nov 07.

Software Version:  DCIPS Forward - Version 4.0 Build: 58 Release Date: 26 JUL 2007

FOR OFFICIAL USE ONLY

2