# **Exhibit 216**

UNCLASSIFIED

Approved for Release

SGT Towns, Robin

USARCENT FOIA FA-22-0067 Batch 3 UNCLASSIFIED 36



UNCLASSIFIED
DEPARTMENT OF THE ARMY
977TH MILITARY POLICE COMPANY
FOB WARRIOR, KIRKUK, IRAQ
APO AE 09338

REPLY TO ATTENTION OF:

AFZN-BEA

28 OCTOBER 2007

MEMORANDUM FOR Commander, 89th Military Police Brigade, APO AE 09342

SUBJECT: Findings and Recommendations---Army Regulation 15-6 Investigation

1. On 24 October 2007 at 2200, I, (b)(3), (b)(6) was appointed as the investigating officer in the matter surrounding the KIA of a Soldier belonging to the 275th Military Police Company on 24 October 2007 involving SSG Robin Towns. The incident occurred in the city of Nafit, Iraq.

2. The guidelines as published in AR 15-6 were followed.

3. The investigative plan I developed is as follows:

a. Develop my investigative plan.
b. Gather all witnesses, pictures and sworn statements already completed.
c. Develop a list of potential witnesses.
d. Schedule and conduct witness interviews (advised of rights if appropriate on DA Form 3881).
e. Consider all potential witnesses' testimony.
f. Abide by rules of evidence if applicable.
g. Develop a standard of proof and present findings and recommendations to COL Galloucis, Brigade Commander.

4. Timeline of Investigation.

<u>24 October 2007</u>
2100 Appointed as investigating officer in the matter of a Soldier KIA involving SSG Robin Towns, 275th Military Police Company, on 24 October 2007

<u>25 October 2007</u>
0900 Arranged transportation to FOB Summerall
0930 Reviewed story board from incident.
2015 Departed FOB Warrior for FOB Summerall
2100 Arrived FOB Summerall

Approved for Release

26 October 2007
0900 Received SIGACT, Story board, pictures of P-09, eight sworn statements from Soliders about incident, SSG Town's DA1156 - casualty feeder card, and SF600 - chronological record of medial care
1000-1130 Reviewed gathered materials
1130-1200 Photographed P09
1300 Started memorandum of findings and recommendation and DA1574
1730-1830 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement

27 October 2007
0900-1000 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1005-1100 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1103-1145 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1200-1230 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1515-1610 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1630-1815 Interviewed (b)(3), (b)(6) on DA2823. Signed privacy act statement
1830 Received written 15-6 appointment orders from (b)(3), (b)(6)

28 October 2007
0900 Continued memorandum of findings and recommendations and DA1574
1200 Completed Memorandum and submitted to Brigade Commander for review

5. Evidence collected.

a. Seven (7) DA Form 2823 Sworn Statements (attached).
b. Seven (7) signed privacy act statements
c. Significant Act Report (SAR) (attached).
d. Storyboard of incident from 303rd MP Company (attached).
e. Storyboard of incident from 97th MP Battalion (attached).
f. Diagram of vehicle locations at time of incident (attached).
g. Twenty-one (21) photographs of P-09 (attached).
h. SSG Town's DA1156 - casualty feeder card (attached).
i. SF600 - chronological record of medial care (attached).

6. Facts.

a. 1st Squad, 1st Platoon, 303rd Military Police Company along with elements from the 275th Military Police Company were conducting an area familiarization patrol along South Nafit Road. (see enclosures II, XV)

b. The vehicles were traveling at (b)(1)1.4a with spacing of approximate 15-50 meters. (see enclosures II, V)

c. The vehicles stopped prior to the IED blast to observe a tire laying in the middle of the road. Once deemed clear, they proceeded forward. (see enclosures II, V, VI)

Approved for Release

d. The IED blast targeted the forth vehicle of the convoy. (see enclosures III, VI)

e. SSG Robin Towns was mortally wounded while conducting this mission. (enclosure XI)

f. All individuals, to include SSG Towns, were wearing their personal protective equipment to include Interceptor Body Armor (IBA), Enhanced Small Arms Protective Inserts (ESAPI), and Deltoid Auxiliary Protectors (DAPS).

7. Findings.

a. On 24 October 2007, 1st Squad, 1st Platoon, 303rd MP Co along with elements from the 275th MP Co were conducting area familiarization patrol. The purpose for the patrol was to show the new unit, 275th MP Co, the area they will be working in and the roads they will travel. The 303rd has been patrolling these roads for the past ten months and are familiar with the area. (see enclosures II, III)

b. On this day, 1st Squad was comprised of four vehicles containing 18 Soldiers, and one Linguist (Interpreter). Vehicles, in order of march, vehicle P-28 contained (b)(3), (b)(6) (b)(3), (b)(6) and (b)(6). Vehicle ASV-864 contained (b)(3), (b)(6) (b)(3), (b)(6) and (b)(3), (b)(6). Vehicle P-22 contained (b)(3), (b)(6) (b)(3), (b)(6). Vehicle P-09 contained (b)(3), (b)(6) (b)(3), (b)(6), and right rear passenger SSG Towns. (see enclosures V, VII)

P-28 and P-22 are M1114 High Mobility Multipurpose Wheeled Vehicles (HMMWV; often referred to as Up-Armored HMMWV's). ASV-864 is a M1117 Armored Security Vehicle. P-09 is a M1151 HMMWV.

c. In talking with the members of the patrol the element was on its' way back to Forward Operating Base (FOB) Summerall after visiting the local Iraqi Police (IP) stations. The patrol noticed a vehicle tire laying in the middle of the road. The convoy stopped for approximately 45-60 seconds about 30-50 meters from the obstacle to scan the tire to ensure there were no wires or explosives visible. Deemed clear, the lead vehicle cautiously increased speed and passed the tire. The squad said this is a typical Tactics, Techniques, and Procedures (TTP) for passing an obstacle. The vehicles in the convoy one by one passed the obstacle up to P-22. At approximately 1624 a buried command-wire Improvised Explosive Device (IED) detonated on P-09. (see enclosures II, III, VII)

d. At the detonation, P-09 was hit and the force of the blast flipped it up and over on to it's driver side doors. The blast (b)(1)1.4a forcing the metal up in to the (b)(1)1.4a mortally wounding SSG Towns. (b)(3), (b)(6) all confirmed the body positioning and (b)(6) of SSG Towns. SSG Towns was pronounced dead at the FOB Summerall aid station at 1800 on 24 October 2007 by (b)(3), (b)(6) 426 BSB on SF600 chronological record of medical care. The force of the blast, and the vehicle roll-over ejected (b)(3), (b)(6), out of the gunner's turret. With the vehicle on

Approved for Release

its' side, SSG Towns fell across the width of the vehicle in to the driver's rear seat pinning (b)(3), (b)(6) (b)(3), (b)(6) (see enclosures IV, VI, VII)

e. (b)(3), (b)(6) was able to stand up and move to P-22 where he was treated for his (b)(6) (b)(6) (b)(3), (b)(6) exited the up turned vehicle through the gunner's turret and began to attempt extraction of SSG Towns and (b)(3), (b)(6) (see enclosures II, VI)

f. The patrol reacted quickly to the blast. A situation report was sent. QRF was requested. P-28 was moved to the south side of P-09 covering the exposed open turret of the up-turned vehicle from fire from the apartment buildings. (b)(3), (b)(6) and (b)(3), (b)(5) pulled security behind vehicle P-28. (b)(3), (b)(6) exposing themselves to fire, climbed on top of P-09 passenger side to open the TC door to remove (b)(3), (b)(6) to get him to medical treatment. The two Iraq Police assisted with holding the TC door open and then driving (b)(3), (b)(6) (b)(3), (b)(6) to the Bayji JSS. The patrol returned fire when they had PID. The volume of fire they received was consistent pot-shots and bursts. The fire sounded to get closer as time went along. (see enclosures II, IV, V, VII)

g. (b)(3), (b)(6) (97th Military Police Battalion (b)(3), (b)(6)) responded from FOB Summerall and his element assisted in site security, medical assistance, and extraction from the scene (b)(3), (b)(6) (b)(3), (b)(6) identified a white command wire running from the blast seat, to a telephone pole, and along a wall. Between (b)(3), (b)(6) and (b)(3), (b)(6) it was decided to use ASV 864 to right P-09 on to its' wheels to facilitate the extraction of SSG Towns and (b)(3), (b)(6). Once P-09 was righted (b)(3), (b)(6) was placed in P-22 and SSG Towns was placed with (b)(3), (b)(6) Sensitive items were hastily recovered from P-09 and placed in to P-28. QRF from the Bayji JSS arrived to recover P-09 and to attempt to locate the individuals who fired on the patrol. (see enclosures II, III, VI)

h. (b)(3), (b)(6) and (b)(3), (b)(6) was medevaced to COB Speicher. (b)(3), (b)(6) (b)(3), (b)(6). He was transported to Balad for further medical treatment. (b)(3), (b)(6) and he is held at COB Speicher for evaluation. (b)(3), (b)(6) was treated at the Bayji JSS and was transported back to FOB Summerall for further evaluation. SSG Towns was KIA in the blast and his remains were transported by (b)(3), (b)(6) to FOB Summerall along with (b)(3), (b)(6). (see enclosures VI, XI, VII)

i. The actions of the patrol; specifically the repositioning of the vehicles after the explosion to offer better security, the immediate rendering of aid to those injured in P-09, and exposing themselves to constant fire while trying to extricate (b)(3), (b)(6) from top of the up-turned vehicle showed great initiative and proved that the leaders in this group were able to work through difficult issues to find the best possible solutions at a very stressful time. (b)(3), (b)(6) arrival facilitated the evacuation of casualties and provided additional security at the scene. The close location of the Bayji JSS allowed the wounded to be quickly treated and evacuated. (see enclosures II, IV, V)

Approved for Release

UNCLASSIFIED

AFZN-BEA
SUBJECT: Findings and Recommendations---Army Regulation 15-6 Investigation

8. Recommendation. I recommend that members of the 303rd and 275th Military Police Company who first responded to P-09 be commended for their bravery under fire and quick life saving actions on (b)(3), (b)(6)

9. POC for this memorandum is the undersigned at (b)(3), (b)(6) @us.army.mil.

(b)(3), (b)(6)

Investigating Officer

13 Encls

Approved for Release

USARCENT FOIA FA-22-0067 Batch 3 UNCLASSIFIED 41

UNCLASSIFIED

# REPORT OF PROCEEDINGS BY INVESTIGATING OFFICER/BOARD OF OFFICERS

For use of this form, see AR 15-6; the proponent agency is OTJAG

*IF MORE SPACE IS REQUIRED IN FILLING OUT ANY PORTION OF THIS FORM, ATTACH ADDITIONAL SHEETS*

## SECTION I - APPOINTMENT

Appointed by (b)(3), (b)(6) 89th Military Police Brigade
*(Appointing authority)*

on 25 October 2007 *(Date)* *(Attach inclosure 1: Letter of appointment or summary of oral appointment data.) (See para 3-15, AR 15-6.)*

## SECTION II - SESSIONS

The *(investigation) (board)* commenced at FOB Summerall, Iraq APO AE 09383 *(Place)* at 0900 hours *(Time)*

on 26 October 2007 *(Date)* *(If a formal board met for more than one session, check here* ☐ *. Indicate in an inclosure the time each session began and ended, the place, persons present and absent, and explanation of absences, if any.)* The following persons *(members, respondents, counsel)* were present: *(After each name, indicate capacity, e.g., President, Recorder, Member, Legal Advisor.)*

(b)(3), (b)(6)

The following persons *(members, respondents, counsel)* were absent: *(Include brief explanation of each absence.) (See paras 5-2 and 5-8a, AR 15-6.)*

The *(investigating officer) (board)* finished gathering/hearing evidence at 1900 *(Time)* on 27 October 2007 *(Date)*

and completed findings and recommendations at 1200 *(Time)* on 28 October 2007 *(Date)*

## SECTION III - CHECKLIST FOR PROCEEDINGS

| A. COMPLETE IN ALL CASES | YES | NO[1] | NA[2] |
|---|---|---|---|
| 1 Inclosures *(para 3-15, AR 15-6)* Are the following inclosed and numbered consecutively with Roman numerals: *(Attached in order listed)* | | | |
| a. The letter of appointment or a summary of oral appointment data? | X | | |
| b. Copy of notice to respondent, if any? *(See item 9, below)* | | | X |
| c. Other correspondence with respondent or counsel, if any? | | | X |
| d. All other written communications to or from the appointing authority? | X | | |
| e. Privacy Act Statements *(Certificate, if statement provided orally)*? | X | | |
| f. Explanation by the investigating officer or board of any unusual delays, difficulties, irregularities, or other problems encountered *(e.g., absence of material witnesses)*? | | | X |
| g. Information as to sessions of a formal board not included on page 1 of this report? | | | X |
| h. Any other significant papers *(other than evidence)* relating to administrative aspects of the investigation or board? | | | X |

FOOTNOTES: 1/ *Explain all negative answers on an attached sheet.*
2/ *Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.*

DA FORM 1574, MAR 1983 EDITION OF NOV 77 IS OBSOLETE. Page 1 of 4 pages APD PE v1.20

Approved for Release

UNCLASSIFIED

| | | YES | NO[1] | NA[2] |
|---|---|---|---|---|
| 2 | Exhibits *(para 3-16, AR 15-6)* | | | |
| | a. Are all items offered *(whether or not received)* or considered as evidence individually numbered or lettered as exhibits and attached to this report? | X | | |
| | b. Is an index of all exhibits offered to or considered by investigating officer or board attached before the first exhibit? | X | | |
| | c. Has the testimony/statement of each witness been recorded verbatim or been reduced to written form and attached as an exhibit? | X | | |
| | d. Are copies, descriptions, or depictions *(if substituted for real or documentary evidence)* properly authenticated and is the location of the original evidence indicated? | | | X |
| | e. Are descriptions or diagrams included of locations visited by the investigating officer or board *(para 3-6b, AR 15-6)*? | X | | |
| | f. Is each written stipulation attached as an exhibit and is each oral stipulation either reduced to writing and made an exhibit or recorded in a verbatim record? | X | | |
| | g. If official notice of any matter was taken over the objection of a respondent or counsel, is a statement of the matter of which official notice was taken attached as an exhibit *(para 3-16d, AR 15-6)*? | X | X | |
| 3 | Was a quorum present when the board voted on findings and recommendations *(paras 4-1 and 5-2b, AR 15-6)*? | | X | |
| **B. COMPLETE ONLY FOR FORMAL BOARD PROCEEDINGS** *(Chapter 5, AR 15-6)* | | | | |
| 4 | At the initial session, did the recorder read, or determine that all participants had read, the letter of appointment *(para 5-3b, AR 15-6)*? | | | |
| 5 | Was a quorum present at every session of the board *(para 5-2b, AR 15-6)*? | | | |
| 6 | Was each absence of any member properly excused *(para 5-2a, AR 15-6)*? | | | |
| 7 | Were members, witnesses, reporter, and interpreter sworn, if required *(para 3-1, AR 15-6)*? | | | |
| 8 | If any members who voted on findings or recommendations were not present when the board received some evidence, does the inclosure describe how they familiarized themselves with that evidence *(para 5-2d, AR 15-6)*? | | | |
| **C. COMPLETE ONLY IF RESPONDENT WAS DESIGNATED** *(Section II, Chapter 5, AR 15-6)* | | | | |
| 9 | Notice to respondents *(para 5-5, AR 15-6)*: | | | |
| | a. Is the method and date of delivery to the respondent indicated on each letter of notification? | | | |
| | b. Was the date of delivery at least five working days prior to the first session of the board? | | | |
| | c. Does each letter of notification indicate — | | | |
| | (1) the date, hour, and place of the first session of the board concerning that respondent? | | | |
| | (2) the matter to be investigated, including specific allegations against the respondent, if any? | | | |
| | (3) the respondent's rights with regard to counsel? | | | |
| | (4) the name and address of each witness expected to be called by the recorder? | | | |
| | (5) the respondent's rights to be present, present evidence, and call witnesses? | | | |
| | d. Was the respondent provided a copy of all unclassified documents in the case file? | | | |
| | e. If there were relevant classified materials, were the respondent and his counsel given access and an opportunity to examine them? | | | |
| 10 | If any respondent was designated after the proceedings began *(or otherwise was absent during part of the proceedings)*: | | | |
| | a. Was he properly notified *(para 5-5, AR 15-6)*? | | | |
| | b. Was record of proceedings and evidence received in his absence made available for examination by him and his counsel *(para 5-4c, AR 15-6)*? | | | |
| 11 | Counsel *(para 5-6, AR 15-6)*: | | | |
| | a. Was each respondent represented by counsel? | | | |
| | Name and business address of counsel: | | | |
| | | | | |
| | *(If counsel is a lawyer, check here [ ])* | | | |
| | b. Was respondent's counsel present at all open sessions of the board relating to that respondent? | | | |
| | c. If military counsel was requested but not made available, is a copy *(or, if oral, a summary)* of the request and the action taken on it included in the report *(para 5-6b, AR 15-6)*? | | | |
| 12 | If the respondent challenged the legal advisor or any voting member for lack of impartiality *(para 5-7, AR 15-6)*: | | | |
| | a. Was the challenge properly denied and by the appropriate officer? | | | |
| | b. Did each member successfully challenged cease to participate in the proceedings? | | | |
| 13 | Was the respondent given an opportunity to *(para 5-8a, AR 15-6)*: | | | |
| | a. Be present with his counsel at all open sessions of the board which deal with any matter which concerns that respondent? | | | |
| | b. Examine and object to the introduction of real and documentary evidence, including written statements? | | | |
| | c. Object to the testimony of witnesses and cross-examine witnesses other than his own? | | | |
| | d. Call witnesses and otherwise introduce evidence? | | | |
| | e. Testify as a witness? | | | |
| | f. Make or have his counsel make a final statement or argument *(para 5-9, AR 15-6)*? | | | |
| 14 | If requested, did the recorder assist the respondent in obtaining evidence in possession of the Government and in arranging for the presence of witnesses *(para 5-8b, AR 15-6)*? | | | |
| 15 | Are all of the respondent's requests and objections which were denied indicated in the report of proceedings or in an inclosure or exhibit to it *(para 5-11, AR 15-6)*? | | | |

FOOTNOTES: 1/ *Explain all negative answers on an attached sheet.*
2/ *Use of the N/A column constitutes a positive representation that the circumstances described in the question did not occur in this investigation or board.*

*Page 2 of 4 pages, DA Form 1574, Mar 1983*  APD PE v1.20

Approved for Release

## SECTION IV - FINDINGS *(para 3-10, AR 15-6)*

UNCLASSIFIED

The *(investigating officer) (board)* , having carefully considered the evidence, finds:

1st Squad, 1st Platoon, 303rd Military Police Company along with elements from the 275th Military Police Company were conducting an area familiarization patrol along South Nafit Road. (see enclosures II, XV) The vehicles were traveling at (b)(1)1.4a with spacing of approximate 15-50 meters. (see enclosures II, V) The vehicles stopped prior to the IED blast to observe a tire laying in the middle of the road. Once deemed clear, they proceeded forward. (see enclosures II, V, VI) The IED blast targeted the forth vehicle of the convoy. (see enclosures III, VI) SSG Robin Towns was mortally wounded while conducting this mission. (enclosure XI) All individuals, to include SSG Towns, were wearing their personal protective equipment to include Interceptor Body Armor (IBA), Enhanced Small Arms Protective Inserts (ESAPI), and Deltoid Auxiliary Protectors (DAPS). On 24 October 2007, 1st Squad, 1st Platoon, 303rd MP Co along with elements from the 275th MP Co were conducting area familiarization patrol. The purpose for the patrol was to show the new unit, 275th MP Co, the area they will be working in and the roads they will travel. The 303rd has been patrolling these roads for the past ten months and are familiar with the area. (see enclosures II, III) On this day, 1st Squad was comprised of four vehicles containing 18 Soldiers, and one Linguist (Interpreter). Vehicles, in order of march, vehicle P-28 contained (b)(3), (b)(6). Vehicle ASV-864 contained (b)(3), (b)(6) (b)(3), (b)(6) Vehicle P-22 contained (b)(3), (b)(6) Vehicle P-09 contained (b)(3), (b)(6) (b)(3), (b)(6) and right rear passenger SSG Towns. (see enclosures V, VII) P-28 and P-22 are M1114 High Mobility Multipurpose Wheeled Vehicles (HMMWV; often referred to as Up-Armored HMMWV's). ASV-864 is a M1117 Armored Security Vehicle. P-09 is a M1151 HMMWV. In talking with the members of the patrol the element was on its' way back to Forward Operating Base (FOB) Summerall after visiting the local Iraqi Police (IP) stations. The patrol noticed a vehicle tire laying in the middle of the road. The convoy stopped for approximately 45-60 seconds about 30-50 meters from the obstacle to scan the tire to ensure there were no wires or explosives visible. Deemed clear, the lead vehicle cautiously increased speed and passed the tire. The squad said this is a typical Tactics, Techniques, and Procedures (TTP) for passing an obstacle. The vehicles in the convoy one by one passed the obstacle up to P-22. At approximately 1624 a buried command-wire Improvised Explosive Device (IED) detonated on P-09. (see enclosures II, III, VII) At the detonation, P-09 was hit and the force of the blast flipped it up and over on to it's driver side doors. The blast (b)(1)1.4a mortally wounding SSG Towns. (b)(3), (b)(6) [...]ll confirmed the body positioning and (b)(6) [...]s of SSG Towns. SSG Towns was pronounced dead at the FOB Summerall aid station at 1800 on 24 October 2007 b(b)(3), (b)(6)426 BSB on SF600 chronological record of medical care. The force of the blast, and the vehicle roll-over ejected (b)(3), (b)(6) out of the gunner's turret. With the vehicle on its' side, SSG Towns fell across the width of the vehicle in to the driver's rear seat pinning (b)(3), (b)(6) (see enclosures IV, VI, VII) (b)(3), (b)(6) was able to stand up and move to P-22 where he was (b)(6) (b)(3), (b)(6) (see enclosures II, VI) The patrol reacted quickly to exited the up turned vehicle through the gunner's turret and began to attempt extraction of SSG Towns and (b)(3), (b)(6) the blast. A situation report was sent. QRF was requested. P-28 was moved to the south side of P-09 covering the exposed open turret of the up-turned vehicle from fire from the apartment buildings. (b)(3), (b)(6) and (b)(3), (b)(6) pulled security behind vehicle P-28. (b)(3), (b)(6) exposing themselves to fire, climbed on top of P-09 passenger side to open the TC door to remove (b)(3), (b)(5) to get him to medical treatment. The two Iraq Police assisted with holding the TC door open and then driving (b)(3), (b)(6) to the Bayji JSS. The patrol returned fire when they had PID. The volume of fire they received was consistent pot-shots and bursts. The fire sounded to get closer as time went along. (see enclosures II, IV, V, VII) (b)(3), (b)(6) 97th Military Police Battalion (b)(3), (b)(6) responded from FOB Summerall and his element assisted in site security, medical assistance, and extraction from the scene. (b)(3), (b)(6) identified a white command wire running from the blast seat, to a telephone pole, and along a wall. Between (b)(3), (b)(6) and (b)(3), (b)(6) it was decided to use ASV 864 to right P-09 on to its' wheels to facilitate the extraction of SSG Towns and (b)(3), (b)(6) Once P-09 was righted (b)(3), (b)(6) was placed in P-22 and SSG Towns was placed with (b)(3), (b)(6) Sensitive items were hastily recovered from P-09 and placed in to P-28. QRF from the Bayji JSS arrived to recover P-09 and to attempt to locate the individuals who fired on the patrol. (see enclosures II, III, VI) (b)(3), (b)(6) and (b)(3), (b)(6) was medevaced to COB Speicher. (b)(3), (b)(6) underwent surgery for a (b)(6) He was transported to Balad for further medical treatment (b)(3), (b)(5) (b)(3), (b)(6) was treated for (b)(6) and he is held at COB Speicher for evaluation. (b)(3), (b)(6) was treated at the Bayji JSS and was transported back to FOB Summerall for further evaluation. SSG Towns was KIA in the blast and his remains were transported by (b)(3), (b)(6) to FOB Summerall along with (b)(3), (b)(6) (see enclosures VI, XI, VII) see continuation page

## SECTION V - RECOMMENDATIONS *(para 3-11, AR 15-6)*

In view of the above findings, the *(investigating officer) (board)* recommends:

Recommendation. I recommend that members of the 303rd and 275th Military Police Company who first responded to P-09 be commended for their bravery under fire and quick life saving actions of (b)(3), (b)(6).

Approved for Release

UNCLASSIFIED

**SECTION VI - AUTHENTICATION** (para 3-17, AR 15-6)

THIS REPORT OF PROCEEDINGS IS COMPLETE AND ACCURATE. *(If any voting member or the recorder fails to sign here or in Section VII below, indicate the reason in the space where his signature should appear.)*

(b)(3), (b)(6)

*(Recorder)*

*(Member)* *(Member)*

*(Member)* *(Member)*

**SECTION VII - MINORITY REPORT** (para 3-13, AR 15-6)

To the extent indicated in Inclosure __________, the undersigned do(es) not concur in the findings and recommendations of the board. *(In the inclosure, identify by number each finding and/or recommendation in which the dissenting member(s) do(es) not concur. State the reasons for disagreement. Additional/substitute findings and/or recommendations may be included in the inclosure.)*

*(Member)* *(Member)*

**SECTION VIII - ACTION BY APPOINTING AUTHORITY** (para 2-3, AR 15-6)

The findings and recommendations of the *(investigating officer) (board)* are *(approved)* *(disapproved) (approved with following exceptions/ substitutions). (If the appointing authority returns the proceedings to the investigating officer or board for further proceedings or corrective action, attach that correspondence (or a summary, if oral) as a numbered inclosure.)*

(b)(3), (b)(5)

Page 4 of 4 pages, DA Form 1574, Mar 1983 APD PE v1.20

Approved for Release