# Exhibit 217

**FILED UNDER SEAL**