# **Exhibit 218**

Plaintiffs will provide a courtesy copy of this Exhibit to the Court by Mail.