# **Exhibit 219**

Plaintiffs will provide a courtesy copy of this Exhibit
to the Court by Mail.