# Exhibit 221

**FILED UNDER SEAL**