IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ROBERT MARTINO, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:21-cv-01808-RDM |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Default Judgment on Behalf of Bellwether Plaintiffs in the above-captioned case, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment on Behalf of Bellwether Plaintiffs is GRANTED as to the below-listed Bellwether Plaintiffs; it is further

**ORDERED** that the Bellwether Plaintiffs are awarded damages in the following amounts:

| Plaintiff | Pain and Suffering and/or Solatium Damages | Economic Damages | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages | Total Award |
|---|---|---|---|---|---|
| [Insert] | [Insert] | [Insert] | [Insert] | [Insert] | [Insert] |

and it is further

**ORDERED** that this Order is the final "default judgment" for the above-listed Bellwether Plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to U.S.C. § 1608(e). The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment. And it is further

- 2 -

**ORDERED** that, because Plaintiffs have repeatedly attempted, without success, to serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see Martino* ECF Nos. 13, 21, Plaintiffs may proceed to serve this default judgment immediately under 28 U.S.C. § 1608(a)(4).

**SO ORDERED**.

                                                                             RANDOLPH D. MOSS
                                                                  United States District Judge

Dated: _____