IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**PLAINTIFFS' MOTION FOR ENTRY OF A PROTECTIVE ORDER**

  Pursuant to Fed. R. Civ. P. 26(c) and 5 U.S.C. § 552a(b)(11), Plaintiffs respectfully move this Court to enter the attached Protective Order to ensure the confidentiality of certain records and information that may be disclosed by a nonparty to this litigation, the U.S. Department of Defense ("DOD" or the "Department") in the course of discovery proceedings in this case, as such records are otherwise prohibited from disclosure under the Privacy Act of 1974, 5 U.S.C. § 552a, or are otherwise exempt from disclosure under Exemption 6 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(b)(6).

  In its Minute Order on February 17, 2023, the Court granted Plaintiffs' Motion for Leave to Conduct Third-Party Discovery. *See* Dkt. 31. Plaintiffs have sought discovery from nonparty the DOD, which requested entry of a protective order to govern their production of documents. Plaintiffs and the DOD have thus agreed to the terms of the proposed Protective Order, which Plaintiffs now submit before the Court.

  Good cause exists for entry of this Protective Order because documents or information may be disclosed by the DOD that contain sensitive personal information, including personally identifying information maintained in a system of records as defined in 5 U.S.C. § 552a(a)(5), as

- 2 -

well as other sensitive, personal information, such that an order authorizing disclosure pursuant to 5 U.S.C. § 552a(b)(11) and otherwise protecting the information is appropriate. The attached Protective Order proposes to govern the disclosure of such information as specified therein and for no other purposes.

Courts within this District regularly enter similar protective orders to govern nonparty discovery in Foreign Sovereign Immunities Act cases. *See, e.g., Holladay v. Islamic Republic of Iran*, 17-cv-00915-RDM, Dkt. 80 (entering protective order to govern discovery produced by DOD); *Fishbeck v. Islamic Republic of Iran*, 18-cv-02248-CRC, Dkt. 78 (same); *Hartwick v. Islamic Republic of Iran*, 18-cv-01612-CKK, Dkt. 82 (same).

Counsel for the DOD has authorized Plaintiffs to advise the Court that the Department consents to the entry of the proposed Protective Order to permit the Department to release the records, so that they may be fully used in this litigation in a manner consistent with applicable Department regulations.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached proposed Protective Order.

- 3 -

Dated: December 19, 2023                    Respectfully submitted,

   */s/   Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, N.W., Suite 835
Washington, DC 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                         */s/ Nicholas Reddick*
                                         Nicholas Reddick