# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT MARTINO,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN,** <br><br> **Defendant.** | Case No.: 1:21-cv-01808 |

### DECLARATION OF DEBORAH E. GREENSPAN

I, Deborah E. Greenspan, declare and state as follows:

1. I am an attorney admitted to practice before the United States Supreme Court and the highest courts for the District of Columbia and the State of Michigan. I am a partner at the law firm of Blank Rome LLP and have been a practicing attorney for more than five years.

2. I have been advised that 52 plaintiffs in this matter are part of a group of bellwether plaintiffs and I have further been advised by counsel that if approved by the Court, I would be asked to evaluate damages for those specified plaintiffs. A list of the 52 plaintiffs is attached as Exhibit A. I have reviewed the Complaint in this matter and I do not have a relationship to any of the 52 plaintiffs in Exhibit A, attorneys, action, or court officers involved that would require disqualification of a judge under 28 U.S.C. § 455.

3. I understand that, if appointed, I must proceed with all reasonable diligence and that my duties, as special master, would be limited to my authority under Federal Rule of Civil Procedure 53(c), this Court's Administrative Plan Concerning Special Master for Additional Bellwether Plaintiffs, and any orders issued by this Court. Attached as Exhibit B is a true and correct copy of my current *curriculum vitae*.

4. I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

1

Executed and ascribed on this 16th day of January, 2024 in the District of Columbia.

>Respectfully submitted,
>
>*/s/ Deborah E. Greenspan*
>Deborah E. Greenspan

# EXHIBIT A

**List of 52 Bellwether Damages Plaintiffs**

| First Name | Last Name |
|---|---|
| Addison | Hall |
| April | McCorkle |
| Ashley | Monschke |
| Ashley | Pionk |
| Belinda | Brewster |
| Benjamin | Orton |
| Bradan | Forrest |
| Brandon | Pionk |
| Carl | Bradford |
| Carter | West |
| ChasSadie | Tunstall |
| Chassity | McCandless |
| Christina | Baker |
| David | Orton |
| Debora | Bell |
| Diane | Salyers |
| Dillon | Pionk |
| Eric | Bell |
| Gale | Light |
| Glenna | LeGrand |
| Iesha | Ayro |
| Jacob | Roberts |
| Jacquelyne | Pappin |
| James | Harlan |
| Jameson | Forrest |
| Joel | Sexton-Craig |
| Joshua | Pionk |
| Kara | West |
| Kelli | Anderson |
| Kelli | Winkler |
| Kristen | Simon |
| Laura | McBride |
| Lynn | Poulin Jr. |
| Margarita | Orton |
| Marshall | McBride |
| Melanie | Pionk |
| Menesia | Spade |
| Michael | Poulin |
| Moira | LeGrand |
| Nancy | Clevenger |
| Nicholas | Caffey |
| Norma | Melo |

| | |
|---|---|
| Phyllis | Craig |
| Rachael | Putman |
| Rachel | Hall |
| Rao | Felder |
| Ronald | Sumner |
| Ronda | Sexton |
| Sandra | Pionk |
| Sherri | Laska |
| Stephanie | Forrest |
| Timothy | Caffey |

# EXHIBIT B



# BLANKROME

## Deborah Greenspan
### Partner

Mass Torts & Complex Disputes

- Washington, D.C.
- +1.202.420.3100
- deborah.greenspan@blankrome.com

### CO-CHAIR, ENERGY, ENVIRONMENT, AND MASS TORTS PRACTICE GROUP

Deborah Greenspan is a leading advisor on mass claims strategy and resolution. Her practice focuses on class actions, mass claims, dispute resolution, insurance recovery, and mass tort bankruptcy. She has extensive experience in mass products liability matters, class actions, analysis of damages and future liability exposure, insurance recovery, alternative dispute resolution ("ADR"), claims evaluation and dispute analysis, settlement distribution design and implementation, claims management and risk analysis.

Deborah has been appointed by judges and government institutions to serve as a Special Master. She served as the court-appointed Special Master responsible for developing and implementing a settlement program to distribute funds to over 100,000 Vietnam veterans. She served as the Deputy Special Master for the September 11th Victim Compensation Fund of 2001, and she was responsible for conceiving the policies and for facilitating the distribution of over $9 billion to victims of the September 11 attacks. She currently serves as the Special Master in the *Flint Water Cases* litigation.

Deborah has extensive experience in private mediation, and she is currently the Chair of the Dispute Resolution Committee of the Tort Trial and Insurance Practice Section of the American Bar Association.

### Special Master Appointments
- Special Master, *Akiva Binyamin Jakubowicz, et al. v. Islamic Republic of Iran*, 1:18-cv-01450 (RDM) (D.D.C. Appointed August 12, 2022)
- Special Master, *Casey Coombs, et al. v. Islamic Republic of Iran*, 1:19-cv-03363 (RDM) (D.D.C. Appointed March 17, 2022)
- Special Master, *Arthur Barry Sotloff, et al. v. Syrian Arab Republic*, 1:16-cv-00725 (TJK) (D.D.C. Appointed April 27, 2021)
- Special Master, *Ruth Schwartz , et al. v. Islamic Republic of Iran, et al.*, 1:18-cv-1349 (RDM) D.D.C. Appointed December 10, 2020)
- Special Master, *Taylor Force, et al. v. Islamic Republic of Iran, et al.*, 1:16-cv-1468 (RDM) D.D.C. Appointed June 9, 2020)
- Special Master, *In re FTCA Flint Water Cases*, 4:17-cv-11218 (consolidated) (LVP) (E.D. Mich. Appointed March 25, 2020)
- Special Master, *In re Flint Water Cases*, 5:16-cv-10444 (JEL) (E.D. Mich Appointed July 31, 2018)

### ADMISSIONS
District of Columbia

Michigan

Supreme Court of the United States

U.S. District Court - District of Columbia

U.S. District Court - Eastern District of Michigan

United States Court of Appeals for the District of Columbia Circuit

United States Court of Appeals for the Fourth Circuit

United States Court of Appeals for the Sixth Circuit

### MEMBERSHIPS
Academy of Court-Appointed Neutrals

American Bar Association

CPR International Institute for Conflict Prevention & Resolution

Litigation Counsel of America

National Association of Professional Women

National Homelessness Law Center

RAND Institute for Civil Justice Board of Overseers

### EDUCATION
University of Michigan Law School (JD, 1981)

University of Michigan (BS, 1976)

- Deputy Special Master, *September 11th Victim Compensation Fund* – 2001-2004 and 2010-2016
- Special Master, *Gary Lonnquist, et al., vs. Islamic Republic of Iran, et al.*, 1:17-cv-1630 (JDB) (D.D.C. Appointed Nov. 13, 2019)
- Special Master, *Geoffrey Githui Kinyua, et al., vs. Republic of Sudan, et al.*, 1:14-cv-2118 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Nasrin Akhtar Sheikh, et al., vs. Republic of Sudan, et al.*, 1:14-cv-2090 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Caleb Ndeda Chogo, et al., vs. Republic of Sudan, et al.*, 1:15-cv-00951 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Jennifer Hamen, et al., v. Islamic Republic of Iran, et al.*, 1:16-cv-01394 (RDM) (D.D.C. Appointed Aug. 8, 2019)
- Special Master, *Rita Bathiard, et al., v. Islamic Republic of Iran, et al.*, 1:16-cv-1549 (CRC) (D.D.C. Appointed July 29, 2019)
- Special Master, *Tammie Frost, et al., v. Islamic Republic of Iran, et al.*, 1:17-cv-603 (TJK) (D.D.C. Appointed May 31, 2019)
- Special Master, *Shalom Goldstein, et al. v. Islamic Republic of Iran, et al.*, 1:16-cv-02507 (CRC) (D.D.C. Appointed Dec. 4, 2018)
- Special Master, *Noala Fritz, et al. v. Islamic Republic of Iran, et al.*, 1:15-cv-0456 (RDM) (D.D.C. Appointed Aug. 1, 2018)
- Special Master, *Ora Cohen, et al. v. Islamic Republic of Iran*, 1:12-cv-01496 (CRC) (D.D.C. Appointed March 16, 2017)
- Special Master, 1998 American Embassy Bombings:
  - *Mwila v. Islamic Republic of Iran*, 08-1377 (JDB) (D.D.C. Appointed Aug. 7, 2008)
  - *Onsongo v. Republic of Sudan*, 08-1380 (JDB) (D.D.C. Appointed Aug. 7, 2008)
  - *Wamai v. Republic of Sudan*, 08-1349 (JDB) (D.D.C. Appointed Aug. 8, 2005)
  - *Amduso v. Republic of Sudan*, 08-1361 (JDB) (D.D.C. Appointed Aug. 8, 2005)
- Special Master, *In re "Agent Orange"* Product Liability Litigation
- Special Master, *In re Joint Eastern and Southern Districts Asbestos Litigation*

### Expert Engagements
- *In re Purdue Pharma, L.P.*, Case No. 19-23649, United States Bankruptcy Court, Southern District of New York. Declaration of Deborah E. Greenspan.
- *Kimata, et al. v. Al Shabaab, and Does 1-20,* Case No. BC 615963 (Cal Superior Court, Los Angeles County); Declaration of Deborah E. Greenspan in Support of Plaintiffs' Application for Default Judgment Against Defendant Al Shabaab Pursuant to California Code of Civil Procedure § 585, Dated July 16, 2018.

### Illustrative Presentations
- Speaker, "Settlements" and "ESG Claims," Global Legal Group Global Class Actions Symposium 2023, November 13 and 14, 2023.
- Speaker, "Examining Expanding Roles of Special Masters and Court-Appointed Experts and Technical Advisors in Mass-Tort MDLs," Rabiej Litigation Law Center MDL Bench-Bar Leadership Conference, September 28, 2023.
- Speaker, "PFAS, the Forever Chemical: An Interdisciplinary Review of Current Environmental Regulations, Availability of Insurance Coverage, Potential Bankruptcy Issues, and ADR," International Institute for Conflict Prevention & Resolution, July 13, 2023.
- Speaker, "What Works, What Doesn't," The Civil Legal Aid Crisis in Eviction Cases: Options and Opportunities, RAND Institute for Civil Justice, the Berkeley Law Civil Justice Research Initiative, and the Berkeley Judicial Institute, June 23, 2023.
- Speaker, "Judges & General Counsel Discuss the New Time Standards for Illinois Trial Courts and The Effective Use of Court Appointed Neutrals to Assist the Court," The Chicago Bar Association, June 8, 2023.

- Speaker, "Resolving the Complex Dispute: ADR and MDLs (and Class Actions and More)," American Bar Association TIPS & YLD Section Conference, May 3, 2023.
- Featured Speaker, "Court-Appointed Neutrals: A Practical Discussion with One of the Best," Austin Bar Association Alternative Dispute Resolution Section, April 18, 2023.
- Panel Moderator, "Hot Topics in Class Actions," Epiq's Mass and Class Summit 2023, March 1, 2023.
- Speaker, "Managing Complex Mass Litigation—Wading through the Flint Water Crisis," National Association of Women Judges 2022 Annual Conference, October 20, 2022.
- Speaker, "Asbestos and Other Legacy Liabilities: An Alternative Approach to Bankruptcy," FARA Recovery, June 15, 2022.
- Speaker, "Mass Torts in Bankruptcy—Trends for the Future," Mass Torts Special Masters Summit, June 8, 2022.
- Panel Moderator, "Panel Discussion of the Multiple Different Roles and Tasks of Special Masters," Academy of Court-Appointed Masters 2022 Annual Meeting, May 5, 2022
- Speaker, "Special Master 101," Academy of Court-Appointed Masters 2022 Annual Meeting, May 4, 2022
- Speaker, "Fixin' to Use a Special Master? Advice You Can Hang Yer Hat On," American Bar Association Section of Litigation 25th Annual National Institute on Class Actions, April 12, 2022.
- Speaker, "Bankruptcy in Mass Tort," Perrin Conferences Mass Tort Litigation Conference, March 2, 2022.
- Speaker, "Creativity and Diversity: How to Use Special Masters and How to Become One," American Bar Association Webinar, January 12, 2022.
- Speaker, "Class Action, MDL or Bankruptcy: What Is the Best Option for Global Resolution?" Perrin Conferences' Mass Tort Litigation Conference, June 24, 2021.
- Panel Moderator, "Ethical Challenges in Arbitration," International Institute for Conflict Prevention & Resolution Annual Meeting 2021, January 28, 2021.
- Speaker, "Mass Tort Bankruptcy Trends in 2020 and Outlook for 2021," Perrin Conferences, January 21, 2021.
- Panel Moderator, "Current Issues in Mass Tort Cases—Special Masters in the Middle," Academy of Court Appointed Masters Annual Meeting, October 22–23, 2020.
- Speaker, "Becoming A Special Master: A Potential Career Path You May Not Have Considered," Roundtable Webinar Presented by The Woman Advocate Committee of the ABA Section of Litigation, March 4, 2020.
- Speaker, "Flint Drinking Water Crisis: Litigation Lessons to be Learned," ABA 2020 Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint Regional CLE Program, January 30, 2020.
- Conference Co-Chair, Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Presenter, "The Administrators' Perspective," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Moderator, "What Constitutes the Effectiveness of Settlements," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Moderator, "MDL: What are Judges Looking For?," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Presenter, "Global Settlements and Insurance Coverage Considerations: What's Your Policy?," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Speaker, "The Unenviable Task of Putting a Value on Human Lives" ("Communities in Crisis, Valuing Life"), Council on Foundations Leading Together 2019 National Conference, April 29, 2019.
- Panel Moderator, "Cy Pres Special Mastering," Academy of Court Appointed Masters Annual Meeting, April 12, 2019.
- Keynote Speaker, ABA Section of Environment, Energy, and Resources 37th Water Law Conference, March 26, 2019.
- Organizing Committee, ABA Tort Trial and Insurance Practice Section Conference: "Disasters the Emerging D&O, E&O and Corporate Risks: What you need to know, and how to manage, mitigate and resolve those risks;" February 5, 2019.

- Panel Moderator, "Special Mastering in MDLs and Mass Tort Cases," Academy of Court Appointed Masters Annual Meeting, 2018.
- Panel Moderator, "Alternative Dispute Resolution" – potential role and effect of ADR in matters involving public policy objectives or concerns; Class Action Money and Ethics Conference, Beard Group; 2018.
- Presenter, "Effective ADR that Saves Time, Money and Reputational Risk" (contractual arbitration), Association of Corporate Counsel, In-House Counsel Conference, 2018.
- Panel Moderator, "D&O Insurance Cyber Liability Forum," Tort Trial and Insurance Practice Section of the American Bar Association, 2018.
- Speaker, "Allocation of Settlement Proceeds & Lien Resolution," The Mass Tort Global Settlement Architecture Conference, Perrin Conferences, 2017.
- Speaker, "Disaster Claims Recovery: What Claimants and Their Lawyers Should Know," ABA-Tort Trial & Insurance Practice Section (TIPS) audio webinar, 2017.
- Speaker, IntAP – International Alliance of Asbestos and Pollution Reinsurers e.V. June 2017 General/Technical Meeting, presentation on mass torts/asbestos and other mass claims in the United States.
- Speaker, "Unconventional Responses to Unique Catastrophes: Tailoring the Law to Meet the Challenges," 2016 DRI (The Voice of the Defense Bar) Class Actions Conference.
- Panelist, "When the Levee Breaks – Resolving Complex Claims: Lessons of the Deepwater Horizon, Katrina, and More," 2015 American Bar Association Section of Litigation Annual Conference.
- Panelist, "Preparing for Fraud Amidst Chaos," 2013 National Law Journal Crisis Litigation Series: "Navigating Fallout from Catastrophic Events."
- Panelist, Roundtable: "Who Uses Mediation?," International Institute for Conflict Prevention and Resolution (CPR) 2013 Brazil Business Mediation Congress.
- Speaker, "Who Gets What?," American Bar Association, 2013 Business Law Section Spring Meeting.
- Panelist, "Out of the Ashes: 9-11 – A Cinematic Study of Mediation," 18th Annual Alternative Dispute Resolution Institute and 2011 Neutrals' Conference at the State Bar of Georgia.
- Panelist, "Sue or Settle? The Adequacy of Tort Law to Fairly and Expeditiously Compensate Victims of Mass Disasters," Roger Williams University School of Law Conference: "Blowout: The Legal Legacy of the Deepwater Horizon Catastrophe."
- Speaker, Personal Injury and Settlement Distributions, Duke University-Federal Judicial Center Class Action Settlements Workshop.
- Speaker, "Out of the Ashes: 9/11 – a Model for Dispute Resolution," 13th Annual American Bar Association Spring Conference.
- Faculty, Workshop "When Disaster Strikes: The Role of ADR in Resolving Mass Claims," International Institute for Conflict Prevention & Resolution (CPR) Annual Meeting.
- Workshop on Victims Compensation, Institute for National Security and Counterterrorism at Syracuse University.
- Bar Association (PA) 2012 Bench Bar Conference, State of the Judiciary session re: Compensation of Victims of the September 11 Attacks.
- Panel Chair and Speaker, IQPC Drug and Medical Device Litigation Conference regarding "Structuring and Administering Mass Torts Settlements."
- Panelist and Speaker, Federal Bar Association's Indian Law Conference.
- Faculty and Speaker, ALI-ABA conference "The Art and Science of Serving as Special Master in Federal and State Courts."
- Speaker, U.S.-China Symposium on Tort Law in Beijing, China regarding the determination of damages under U.S. tort and product liability law co-sponsored by The China Law Center of Yale Law School and the Legislative Affairs Commission of the National People's Congress.

## Publications
- Co-Author, "A Look at Arbitration in the Age of #MeToo," *The Legal Intelligencer*, January 7, 2022.

BLANKROME

- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Spring 2020 (55:2) of the ABA.
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2018 (53:2) of the ABA.
- Author, "CGL Coverage for Cyber Data Breaches: Court Finds No Coverage unless the Policyholder Itself Publishes the Private Information," Blank Rome's *Policyholder Informer* Blog, March 6, 2018.
- Co-Author, "Asbestos – the Never Ending Story: Recent Developments in U.S. Law on Scope of Exposure and Limitations on Jurisdiction," December 2017 issue of General Reinsurance (Gen Re) German liability magazine *Phi|Haftpflicht – Recht & Versicherung, Nr. 6/2017.*
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2017 (52:2) of the ABA.
- Co-Author, "A Lesson from the Third Circuit on Arbitration Clauses: Say What You Mean" (blog.cpradr.org/2017/10/09/a-lesson-from-the-third-circuit-on-arbitration-clauses-say-what-you-mean/); *CPR Speaks – the Blog of the CPR Institute*, October 9, 2017.
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2016 (51:2) of the ABA.
- Author, "Helping Clients Determine Whether the Alternative Dispute Resolution Process is Appropriate and How to Reach a Fair Remedy," *Inside the Minds: Trends in Alternative Dispute Resolution*, published December 2012 by Aspatore Books (a "Thomson Reuters business").
- Co-author, "Settle or Sue? The Use and Structure of Alternative Compensation Programs in the Mass Claims Context," *Roger Williams University Law Review*, Winter 2012 issue (Volume Seventeen, Number One).
- Co-author, "Non-Debtor Injunctions Barring Future Asbestos Claims Under Bankruptcy Code § 524(g)," *The New York Law Journal*, July 16, 2012.
- Author, "Evolving Case Law Affecting Mass Tort Bankruptcy Cases and Reorganization Plans," *Aspatore Thought Leadership -- Bankruptcy and Financial Restructuring Law 2012: Top Lawyers on Trends and Key Strategies for the Upcoming Year.*
- Co-Chair/Author, Master Guide to Mass Claims Resolution Facilities, cpradr.org (2011).
- Author, "ADR Strategies and Their Benefits," *Financier Worldwide*, March 2011.
- Author, "Expect a Rise in U.S. Government Enforcement Action and Whistleblower Claims," *Financier Worldwide*, January 2011.
- Co-author, "Mediation: An Effective Tool in Multi-Party International Disputes," *Financier Worldwide*, December 2010.
- Panelist, "The Effective Dispute Resolution Roundtable," *Financier Worldwide*, August 2010.
- Author, "Recent Decisions Regarding Third-Party Releases and the Scope of Jurisdiction of Bankruptcy Courts," *Inside the Minds: Navigating Recent Bankruptcy Law Trends, 2010.*
- Co-author of the *Final Report of the Special Master for the September 11th Victim Compensation Fund of 2001* provided to the U.S. Department of Justice.
- Rapporteur for the American Arbitration Association Task Force on Alternative Dispute Resolution and Mass Torts.

## SELECT ENGAGEMENTS

### Notable Successes
- Designed and implemented settlement distributions in multiple mass tort and mass claim matters.
- Negotiated resolution securing over one billion dollars of insurance assets for a company with long tail products exposure.
- Guided a company through multiple and extended disputes over the implementation of a settlement involving over three billion dollars in potential funding obligations.
- Guided a company through the evaluation of strategic options for assessing, valuing, forecasting and resolving thousands of products claims—both pending and future.

- Provided strategic counsel to multiple companies in the resolution of mass tort claims, including through Chapter 11.
- Represented companies in resolution of complex class actions.
- Represented multiple companies in asbestos-related bankruptcies.
- Advised and designed options for a non-U.S. company regarding strategies for addressing long tail claims asserted against a U.S. subsidiary.
- Implemented settlement procedures as a court-appointed mediator and Special Master for mass consolidations in New York state and federal courts; in private dispute resolution process, implemented claims resolution process resulting in the resolution of hundreds of thousands of claims involving insurance products and thousands of claims related to antitrust disputes.

## RECOGNITIONS

- 2022–2024, "Litigation Star," listed in *Benchmark Litigation*
- 2023, "Lawyer of the Year" in Mass Tort Litigation / Class Actions - Defendants in Washington, D.C., listed in *Best Lawyers in America©*
- 2021–2024, Mass Tort Litigation / Class Actions - Defendants in Washington, D.C., listed in *Best Lawyers in America©*
- 2022, "Top 500 Leading Litigators in America," listed in *Lawdragon*
- 2022, "Top 250 Women in Litigation," listed in *Benchmark Litigation*
- 2014–2020, "Top-Rated Class Action & Mass Torts Attorneys in Washington, D.C.," *Super Lawyers Magazine*
- 2014–2015, "Top Lawyers of Washington," *The Washington Post Magazine*
- 2014, "Pro Bono Honor Roll," District of Columbia Court of Appeals and the Superior Court of the District of Columbia

## OUTSIDE THE FIRM

Deborah is chair of the Dispute Resolution Committee of TIPS, the Tort Trial and Insurance Practice Section of the American Bar Association. She served as rapporteur for the American Arbitration Association Task Force on Alternative Dispute Resolution and Mass Tort, and she was the co-chair of the Mass Claims Commission of the International Institute for Conflict Prevention and Resolution ("CPR").

Deborah clerked for the Honorable Horace W. Gilmore, U.S. District Judge for the Eastern District of Michigan, and for the Honorable Edward Allen Tamm, U.S. Court of Appeals, District of Columbia Circuit.