IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

                 Plaintiffs,

    v.

ISLAMIC REPUBLIC OF IRAN,

                 Defendant.

Case No. 1:21-cv-01808-RDM

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

      Plaintiffs submit this Notice of Supplemental Authority to inform the Court of a recent Foreign Sovereign Immunities Act decision in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB (D.D.C. Feb. 29, 2024), ECF No. 250, adopting final judgment language and service of process procedures similar to those requested by Plaintiffs in their November 30, 2023 Motion for Default Judgment on Behalf of Bellwether Plaintiffs.[1]  *See* Ex. A.  The decision will allow the *Cabrera* plaintiffs to more quickly serve their judgments on Iran, thereby expediting the submission of their claims to the United States Victims of State Sponsored Terrorism Fund, which is very likely the only meaningful source of recovery for the plaintiffs in that action as well as this one.

      Plaintiffs, here, requested similar relief in the Bellwether Motion for Default in anticipation of the Fund setting an application deadline of August 1, 2024, for any distribution round to occur

---

[1] Plaintiffs included these requests in Plaintiffs' Motion for Default Judgment, ECF No. 41 (redacted, public filing), at §VIII(B), Additional Requests for Specific Relief in Judgment Submission. *See also* ECF No. 38 at §VIII(B) (same, in sealed, unredacted filing).

in 2025.[2] The inclusion of the language used by the District Court in *Cabrera* that the FSIA judgments issued are the "final judgments" for purposes of service and directing that service of process may proceed immediately pursuant to 28 U.S.C. § 1608(a)(4), if granted here, would put Plaintiffs in a position to apply to the Fund before the anticipated August 1, 2024 application deadline, as opposed to having to wait until the next round of funding, whenever that may occur. *See* U.S. Dep't of Just., Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last updated Dec. 28, 2023). Further, it would preserve judicial resources by obviating the need for the Clerk of Court to enter individual judgments on behalf of successful plaintiffs or effect service of process to the head of the Ministry of Foreign Affairs of Iran pursuant to 28 U.S.C. § 1608(a)(3).

Plaintiffs respectfully request that the Court take this supplemental authority under consideration in its future issuance of any judgments in this action.

---

[2] The Fund has not yet established a deadline for any forthcoming distribution round. However, in prior years the Fund has set August 1 as the application deadline. *See* U.S. Dep't of Just., Important Dates, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/important.php (last visited Mar. 4, 2024).

Dated:  March 6, 2024							Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                */s/ Nicholas Reddick*
                                                Nicholas Reddick