# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Civil Action No. 19-3835 (JDB) |
| MARK ZAMBON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Civil Action No. 18-2065 (JDB) |

**ORDER**

Upon consideration of [Cabrera ECF No. 231] [Cabrera ECF No. 232] [Zambon ECF No. 207] [Zambon ECF No. 208] plaintiffs' Motions for Default Judgment in the above-captioned cases, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [Cabrera ECF No. 231] [Cabrera ECF No. 232] [Zambon ECF No. 207] [Zambon ECF No. 208] the motions are **GRANTED** as to the below-listed plaintiffs; it is further

**ORDERED** that the plaintiffs are awarded damages in the following amounts:

1

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Harvey Lane Walls | $2,500,000 | $4,888,448 |
| Mary Hilton | $8,400,000 | $15,832,270 |
| Brent C. Robinson | $4,500,000 | $8,481,573 |
| Jeanine Hilton | $2,500,000 | $4,711,985 |
| Christopher Alexander Palmateer | $2,500,000 | $4,711,985 |
| Marjorie Elizabeth Vail | $2,500,000 | $4,711,985 |
| Crystal Dawn DeLeo | $2,500,000 | $4,675,585 |
| Jessie Hernandez | $5,000,000 | $9,176,720 |
| Cathy Ann Parsons | $5,000,000 | $9,176,720 |
| Garland Richard Parsons | $5,000,000 | $9,176,720 |
| Donna Jean Rimer | $5,000,000 | $9,023,075 |
| James Howard Rimer | $5,000,000 | $9,023,075 |
| Shannon Danielle Fenton | $2,500,000 | $4,511,538 |
| Alejandro Olan Granado IV | $5,000,000 | $9,014,365 |
| Hasson Ponce Granado | $5,000,000 | $9,014,365 |
| Amanda Christine Granado | $5,000,000 | $9,014,365 |
| Larissa Ann Barnhart | $2,500,000 | $4,505,200 |
| Brittany Evans | $2,500,000 | $4,505,200 |
| Crystal Nicole Evans | $2,500,000 | $4,505,200 |
| Jonathan Dewayne Rogers | $2,500,000 | $4,505,200 |
| Jerry Randall Evans Sr. | $5,000,000 | $9,010,400 |
| Amy Lynette Allen | $8,000,000 | $14,371,032 |
| Daniel Bruce Allen | $5,000,000 | $8,981,895 |
| Rama Goodrich Allen | $2,500,000 | $4,490,948 |
| Kim B. Cox | $5,000,000 | $8,981,895 |
| Sharon J. Cox | $5,000,000 | $8,981,895 |
| Shannon Butler | $2,500,000 | $4,490,948 |
| Jamie Smith | $8,000,000 | $14,355,816 |
| DeAnndrea Luney | $5,000,000 | $8,972,385 |
| Deiontay Laundreek Welch | $5,000,000 | $8,972,385 |
| Craig Anthony Smith | $2,500,000 | $4,486,193 |
| Thelma Latrice Smith | $2,500,000 | $4,486,193 |
| Steven Flowers Jr. | $2,500,000 | $4,486,193 |
| Annette Parrish | $4,000,000 | $7,177,908 |
| Jalane Adams | $5,000,000 | $8,966,845 |
| Peter Adams | $5,000,000 | $8,966,845 |
| Amanda Boone | $2,500,000 | $4,483,423 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Antoinette Mary Francis Coffland | $4,000,000 | $7,146,228 |
| David Lee Coffland Sr. | $4,000,000 | $7,146,228 |
| Laurie Ann Bartlett | $2,500,000 | $4,466,393 |
| Karen Ann Bresnahan | $2,500,000 | $4,466,393 |
| Amber Jean Rogers | $8,000,000 | $14,197,272 |
| G.J.C. | $3,000,000 | $5,323,977 |
| T.M.C. | $4,000,000 | $7,098,636 |
| Donna Ball | $5,000,000 | $8,873,295 |
| Michael Christian | $3,500,000 | $6,211,307 |
| James Franklin Ball | $4,000,000 | $7,098,636 |
| Michael Aaron Christian | $3,500,000 | $6,211,307 |
| Rose Ann Crossman | $3,000,000 | $5,278,872 |
| Andrew Forester Slack | $2,500,000 | $4,399,060 |
| Jesse Robert Slack | $2,500,000 | $4,399,060 |
| Jonathan Hunter Slack | $2,500,000 | $4,399,060 |
| Lauren Rachel Slack | $2,500,000 | $4,399,060 |
| Jessica Jean Cook | $2,500,000 | $4,399,060 |
| Aleksandr Cade Kisseloff | $5,000,000 | $8,791,985 |
| Michael Ramos Kisseloff | $4,000,000 | $7,033,588 |
| Milagros D. Kisseloff | $4,000,000 | $7,033,588 |
| Leslie Rodriguez | $8,000,000 | $14,032,808 |
| Raven George | $5,000,000 | $8,770,505 |
| Martin E. Madden | $5,000,000 | $8,761,300 |
| Pamela J. Madden | $5,000,000 | $8,761,300 |
| Lindsey R. Madden | $2,500,000 | $4,380,650 |
| Martin P. Madden | $2,500,000 | $4,380,650 |
| Diedre Marie Spencer | $6,400,000 | $11,201,702 |
| Heather L. Reed | $8,000,000 | $13,992,312 |
| David Reed | $4,500,000 | $7,870,676 |
| Tracy Bennedsen | $5,000,000 | $8,742,125 |
| Scott Bennedsen | $5,000,000 | $8,742,125 |
| Jamie Johanna Coates | $2,500,000 | $4,371,063 |
| Veronica Marie Adkinson | $8,750,000 | $15,239,648 |
| Alma Murphy | $5,000,000 | $8,708,370 |
| Paul Murphy | $5,000,000 | $8,708,370 |
| Tennyson Charles Harris | $4,000,000 | $6,912,696 |
| Sorainya Harris | $3,500,000 | $6,048,609 |

3

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Felicia Ann Harris | $5,000,000 | $8,640,870 |
| Tiffany Dotson | $2,500,000 | $4,320,435 |
| David L. Parker | $2,500,000 | $4,320,435 |
| Ashley Michelle Harris | $2,750,000 | $4,752,479 |
| Michael Rufus II | $2,500,000 | $4,320,435 |
| Stephanie Rufus | $2,500,000 | $4,320,435 |
| Alyson Overman Rodgers | $5,000,000 | $8,570,955 |
| Thomas Pierce Mays | $5,000,000 | $8,570,955 |
| Tammy Renee Mays | $3,500,000 | $5,999,669 |
| Cody Cheyenne Mays | $2,500,000 | $4,285,478 |
| Estate of Gladys Del Valle Montanez | $4,000,000 | $6,764,048 |
| Renes Perez | $5,000,000 | $8,455,060 |
| Kiara Crystal Perez Del Valle | $2,500,000 | $4,227,530 |
| Georganne M. Siercks | $8,000,000 | $13,462,720 |
| Gage Siercks | $6,000,000 | $10,097,040 |
| G.S. | $4,000,000 | $6,731,360 |
| Kimberly Metcalf | $5,000,000 | $8,262,540 |
| Clarence Joseph Metcalf | $3,500,000 | $5,783,778 |
| Mitchell L. Stambaugh | $5,000,000 | $8,207,285 |
| Talisa Shervon Williams | $5,000,000 | $8,207,285 |
| Clarence Williams Jr. | $5,000,000 | $8,207,285 |
| Abrill Renee Williams | $2,500,000 | $4,103,643 |
| Samantha Shervon Williams | $2,500,000 | $4,103,643 |
| Randy Ristau | $5,000,000 | $8,203,695 |
| Suzanne Ristau | $5,000,000 | $8,203,695 |
| Christopher Powers | $2,500,000 | $4,101,848 |
| Halie Ristau | $2,500,000 | $4,101,848 |
| Songmi Kietzmann | $5,500,000 | $9,016,959 |
| Benjamin Gabriel Horsley | $2,750,000 | $4,508,479 |
| John Gregory Horsley | $2,500,000 | $4,098,618 |
| Kirk Andrew Gollnitz | $2,500,000 | $4,074,938 |
| Jan Marie Hurnblad Sparks | $5,000,000 | $8,149,875 |
| Erik Lee Sparks | $2,500,000 | $4,074,938 |
| Gary Lee Sparks | $5,000,000 | $8,149,875 |
| Jane Gieselman Sparks | $2,500,000 | $4,074,938 |
| Zachary Douglas Sparks | $2,500,000 | $4,074,938 |

4

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Colleen Whipple | $5,000,000 | $8,032,210 |
| Mary Beth Smedinghoff | $5,000,000 | $8,014,090 |
| Thomas John Smedinghoff | $5,000,000 | $8,014,090 |
| Mark T. Smedinghoff | $2,500,000 | $4,007,045 |
| Bruce K. Nichols | $5,000,000 | $7,938,825 |
| Jeanne M. Nichols | $2,500,000 | $3,969,413 |
| M.G.N. | $2,500,000 | $3,969,413 |
| Lorria Welch | $5,000,000 | $7,938,825 |
| Barry Welch | $5,000,000 | $7,938,825 |
| Zackary Welch | $2,500,000 | $3,969,413 |
| Kathryn Mary Pucino | $5,000,000 | $8,924,865 |
| Albert W. Pucino Jr. | $5,000,000 | $8,924,865 |
| Lisa M. Haglof | $2,500,000 | $4,462,433 |
| Melissa A. Pucino | $2,500,000 | $4,462,433 |

it is further

**ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by these plaintiffs associated with the attacks assessed by Special Master Broom in his report submitted August 1, 2023. The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," Sheikh v. Republic of Sudan, 485. F. Supp. 3d 255, 274 (D.D.C. 2020), and plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment," 34 U.S.C. § 20144(c)(2); see U.S. Dep't of Just., Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed February 26, 2024); Fritz v. Islamic Republic of Iran, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs would not be "prejudiced in their ability to receive prompt payment of all or some of their compensatory damages awards from" the Fund); it is further

**ORDERED** that this Order is the final "default judgment" for the above-listed plaintiffs'

claims to be served on the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(e). The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment; it is further

**ORDERED** that, because plaintiffs have repeatedly attempted and failed to successfully serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), see [Cabrera ECF Nos. 16, 41, 119, 241], plaintiffs may proceed to serve this default judgment immediately pursuant to 28 U.S.C. § 1608(a)(4); and it is further

**ORDERED** that A.M.P. is dismissed as a plaintiff because she lacks standing to bring claims under § 1605A(c)'s private cause of action, but if the D.C. Circuit agrees that in-utero plaintiffs have standing under the FSIA, this Court will award her $2.5 million in solatium damages.

**SO ORDERED.**

/s/
John D. Bates
United States District Judge

Dated: February 29, 2024

6