AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ROBERT MARTINO, et al., *Plaintiff* | ) ) ) |
| v. | ) Case No. 1:21-cv-01808 |
| ISLAMIC REPUBLIC OF IRAN, *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Martino, et al.

Date:   04/02/2024

/s/ Logan R. Kenney
*Attorney's signature*

Logan R. Kenney (D.C. Bar No. 90005142)
*Printed name and bar number*
Willkie Farr & Gallagher LLP
1875 K Street N.W.
Washington, DC 20006

*Address*

LKenney@willkie.com
*E-mail address*

(202) 303-1028
*Telephone number*

(202) 303-2000
*FAX number*