AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ROBERT MARTINO, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-01808 |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Martino, et al.

Date: 04/03/2024

/s/ Devin Charles Ringger
*Attorney's signature*

Devin Charles Ringger (D.C. Bar No. 1044160)
*Printed name and bar number*

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
*Address*

DRingger@willkie.com
*E-mail address*

(202) 303-1463
*Telephone number*

(202) 303-2000
*FAX number*