IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　Defendant. | Case No. 1:21-cv-01808-RDM |

### NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS ADDRIN ADAMS, ELIZA BACOT, JULIA BYRD, LILLIAN COSTELLO, RICHARD FENIELLO, FRANK HERNANDEZ, LLOYD MORRIS, NORMA MELO, KIMBERLY SCHMIT, DANIEL SHANNON, SHIRLEY WADE, THE ESTATE OF CHANDLER WARNER, AND DAVID WROBLEWSKI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Addrin Adams (FAC ¶ 1738, Dkt. 15), Eliza Bacot (FAC ¶ 1012, Dkt. 15), Julia Byrd (FAC ¶ 440, Dkt. 15), Lillian Costello (FAC ¶ 530, Dkt. 15), Richard Feniello (FAC ¶ 709, Dkt. 15), Frank Hernandez (FAC ¶ 902, Dkt. 15), Lloyd Morris (FAC ¶ 1381, Dkt. 15), Norma Melo (FAC ¶ 1334, Dkt. 15), Kimberly Schmit (FAC ¶ 1710, Dkt. 15), Daniel Shannon (FAC ¶ 1744, Dkt. 15), Shirley Wade (FAC ¶ 1932, Dkt. 15), Scott Warner on behalf of the estate of Chandler Warner (FAC ¶ 1971, Dkt. 15), and David Wroblewski (FAC ¶ 2035, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all of their claims in the above-captioned action against Defendant Islamic Republic of Iran. This dismissal is only on behalf of Mr. Adams, Ms. Bacot, Ms. Byrd, Ms. Costello, Mr. Feniello, Mr. Hernandez, Mr. Morris, Ms. Melo, Ms. Schmit, Mr.

Shannon, Ms. Wade, the estate of Chandler Warner, and Mr. Wroblewski. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated: April 8, 2024

                                      Respectfully submitted,

                                      */s/ Nicholas Reddick*

                                      Nicholas Reddick (D.C. Bar No. 1670683)
                                      Willkie Farr & Gallagher LLP
                                      333 Bush Street
                                      San Francisco, CA 94104
                                      Tel: (415) 858-7400
                                      Fax: (415) 858-7599
                                      NReddick@willkie.com

                                      Michael J. Gottlieb (D.C. Bar No. 974960)
                                      Devin Charles Ringger (D.C. Bar No. 1044160)
                                      Willkie Farr & Gallagher LLP
                                      1875 K Street, N.W.
                                      Washington, DC 20006-1238
                                      Tel: (202) 303-1000
                                      Fax: (202) 303-2000
                                      MGottlieb@willkie.com
                                      DRingger@willkie.com

                                      Ryan R. Sparacino (D.C. Bar No. 493700)
                                      Eli J. Kay-Oliphant (D.C. Bar No. 503235)
                                      Sparacino PLLC
                                      1920 L Street, NW, Suite 535
                                      Washington, DC 20036
                                      Tel: (202) 629-3530
                                      ryan.sparacino@sparacinopllc.com
                                      eli.kay-oliphant@sparacinopllc.com

                                      *Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                        */s/ Nicholas Reddick*
                                        Nicholas Reddick