IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**PLAINTIFFS' STATUS REPORT REGARDING U.S. VICTIMS OF STATE SPONSORED TERRORISM FUND DEADLINE**

On April 30, 2024, the U.S. Victims of State Sponsored Terrorism Fund announced that July 1, 2024 is now the application deadline for new claimants to be considered for the next distribution (in 2025). *See* U.S. Dep't of Just., *Special Master's Announcement Regarding the July 1st Filing Deadline for NEW Applications*, U.S. Victims of State Sponsored Terrorism Fund, available at https://www.usvsst.com/Home/Announcements?id=20240429. This July 1, 2024 Fund submission deadline is one month earlier than the "best estimated" filing deadline of August 1, 2024 that Plaintiffs provided in their Bellwether Motion for Default Judgment (the "Motion").[1] Accordingly, Plaintiffs respectfully write to notify the Court of this change, and to modify Plaintiffs' request that any judgment the Court grants on that Motion be issued no later than July 1, 2024.

As explained in previous submissions, Plaintiffs' objective is to obtain final judgments

---

[1] Plaintiffs included this estimated deadline and corresponding request alongside their additional requests in Plaintiffs' Motion for Default Judgment, ECF No. 41 (redacted, public filing), at § VIII(B), Additional Requests for Specific Relief in Judgment Submission. *See also* ECF No. 38 at § VIII(B) (same, in sealed, unredacted filing).

early enough to enable as many Bellwether Plaintiffs as possible to participate in the next Fund distribution cycle. During each distribution cycle, the Fund makes *pro rata* payments of a percentage of each eligible claimants' damages award out of the available funds. And, as described in Plaintiffs' Motion, ECF No. 41 at § VIII(B)(1), there is reason to believe that the distribution authorized in January 1, 2025 may afford Bellwether Plaintiffs their best opportunity in the foreseeable future to receive redress for their injuries. The Fund does not make disbursements every year—instead, distributions are authorized only when the Fund has more than $100 million in assets, and the last such distribution occurred in 2023 (prior to which nearly three years had passed without any disbursements). Thus, while claimants who receive a 2025 distribution will remain eligible for similar distributions in future years, claimants who apply after the deadline could not receive any payments until 2026 at the earliest, or potentially years later should the Fund fail to retain sufficient assets. Furthermore, there is no guarantee that future payments will be backed by the same level of resources that could apply to the 2025 distribution.

In order to meet this deadline, Plaintiffs have respectfully requested in their Motion three proposed procedures[2] to expedite the submission of Bellwether Plaintiffs' judgments to the Fund, which substantially parallel similar requests that have previously been approved in this District. *Id.* at § VIII(B); ECF No. 45, Plaintiffs' Notice of Supplemental Authority, March 6, 2024. If the Court were to grant Plaintiffs' request to adopt these procedures, Plaintiffs believe that any Bellwether Plaintiffs who receive a final judgment **by May 31, 2024 (or within one week thereafter)** would be able to meet the Fund's July 1, 2024 application deadline. The rationale

---

[2] Plaintiffs requested that the Court issue a final judgment prior to July 1, 2024; include language in its judgment that such judgment is the "final default judgment" for purposes of service of process under 28 U.S.C. § 1608(e); and include language specifying that service of the judgment on Iran may be effectuated immediately under 28 U.S.C. § 1608(a)(4). *Id.* at §§ VIII(B)(1)-(3).

behind that date is that, by Plaintiffs' best estimate, it will take approximately one month after a final judgment to submit applications to the Fund, in order to accomplish the following:

1. Translate the final judgment into Farsi, the official language of Iran;[3]

2. Submit translated documents to the Clerk's Office for transmission to the U.S. Department of State for service under 28 U.S.C. § 1608(a)(4);

3. Receive proof of transmittal to the U.S. Department of State;[4] and

4. Assist each Plaintiff with completing and submitting their own Fund application, which requires additional supporting documents.

Thus, to the extent practicable and consistent with the Court's responsibilities and the administration of justice, Plaintiffs respectfully request that the Court issue a judgment on Plaintiffs' Motion **by May 31, 2024, or within one week thereof**.  Plaintiffs are available for a status conference or to answer any questions the Court might have.

---

[3] *See* 22 CFR § 93.2 (establishing requirements to furnish a Notice of Default Judgment and a copy of the FSIA); U.S. Dep't of State, FSIA Checklist, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/FSIA-Checklist.html (last accessed May 1, 2024).

[4] When applying to the Fund, service of process to the U.S. Department of State pursuant to § 1608(a)(4) need only be initiated, not completed, at the time the application is filed.  *See* U.S. Dep't of Just., Frequently Asked Questions - #2.3, U.S. Victims of State Sponsored Terrorism Fund, https://www.usvsst.com/Home/Faq#2.3 (last visited May 1, 2024) ("the claimant must submit documentation showing either transmittal to the U.S. Department of State or other verified proof of service under 28 U.S.C. §§ 1608(a) and (e).").

Dated:  May 2, 2024

Respectfully submitted,

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                    */s/ Michael J. Gottlieb*
                                                    Michael J. Gottlieb