# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-01808-RDM |

## [PROPOSED] ORDER AMENDING CAPTION AND SUBSTITUTING PLAINTIFFS

Having considered Plaintiffs' Motion to Amend Caption and Substitute Plaintiff filed on July 9, 2024, it is hereby ordered that the motion is GRANTED. Brandon Pionk shall be substituted as the real party in interest for Melanie Pionk as parent and next friend of minor B.P. Melanie Pionk shall remain a Plaintiff individually. Moira LeGrand shall be substituted as the real party in interest for Ashley Rawlings as parent and next friend of minor M.L. Ashley Rawlings shall remain a Plaintiff individually, and as the parent and next friend of minor K.L. The Clerk of the Court shall amend the docket to reflect this substitution.

**SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge