IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**PLAINTIFFS' STATUS REPORT REGARDING SUPPLEMENTAL DECLARATION OF ADAM CHRISTOPHER KISIELEWSKI**

Bellwether Plaintiff U.S. Marine Corps Sergeant ("Sgt.") Adam Christopher Kisielewski submits to the Court a Supplemental Declaration for the Court's consideration. As explained in his initial declaration submitted to the Court on November 30, 2023, Adam survived an improvised explosive device ("IED") attack on August 21, 2005, which resulted in severe injuries ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ECF No. 38-46 (Sealed MDJ Exhibit #44), ¶ 15. Today, Adam provides the Court a supplemental declaration further detailing his injuries ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ since the filing of the Plaintiffs' Motion for Default Judgment On Behalf of Bellwether Plaintiffs and Memorandum in Support Thereof on November 30, 2023 (the "Motion for Default").

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- 2 -

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████ Ex. A, Supplemental Declaration of Adam Christopher Kisielewski [hereinafter "Supp. Decl."], at [pg. 11] ████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████ See Supp. Decl. at [pg. 12] ████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████

Adam's ████████████████ further supports a finding that he is entitled to an upward departure of $4 million, for a total of $9 million for pain and suffering, as requested in the Motion for Default. ECF No. 38-2, at 128-130; s*ee also Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB, 2023 WL 3496303, at *8 (D.D.C. May 16, 2023) ("*Cabrera II*") (awarding $9 million to a surviving victim of an IED attack who lost his right foot and suffered significant additional permanent physical and emotional harm). ██████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████ *See Karcher v. Islamic Republic of Iran,* 396 F. Supp. 3d 12, 44 (D.D.C. 2019) (describing plaintiff's complications with shrapnel in his right knee

which was "damaging the bursae sacks" and "causing so much swelling that he could hardly walk" and who felt "too embarrassed to continue to go in [his] wheelchair" and "continues to experience limitations on the amount of time that he can wear prosthetics") (internal quotation marks removed); *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 181 (D.D.C. 2019) (detailing how the shrapnel embedded in plaintiff's body "worked their way to the surface and were removed, though there are still fragments that remain") (internal quotation marks removed); *id.* at 182 (noting that bits of embedded shrapnel "continue to surface" in plaintiffs' body); *Bluth v. Islamic Republic of Iran*, 203 F. Supp. 3d 1, 23 (D.D.C. 2016) (noting that plaintiff continues to experience "pain from the shrapnel still in his body").



In light of the foregoing, Plaintiffs respectfully request that the Court consider Adam Kisielewski's Supplemental Declaration when ruling on his claims for damages in the Motion for Default.

Dated: July 26, 2024

Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush St
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Logan Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                          */s/ Nicholas Reddick*
                                          Nicholas Reddick