**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    *Defendant*. | Civil Action No. 21-1808 (RDM) |

<u>**ORDER**</u>

On September 30, 2024, the Court issued a Memorandum Opinion and Order granting Bellwether Plaintiffs' motion for default judgment against Defendant Islamic Republic of Iran and indicated that it would refer the matter to a special master to assist in evaluating damages. Dkt. 55. Before the Court is Plaintiffs' Motion to Appoint Special Master and Adopt Administrative Plan Concerning Special Master for Additional Bellwether Plaintiffs. Dkt. 44. The Court hereby **GRANTS** Plaintiffs' motion and **ORDERS** the following:

 1. <u>**Appointment of Special Master**</u>

It is hereby **ORDERED** that, pursuant to its authority to appoint a Special Master "to hear damage claims brought under" 28 U.S.C. § 1605A(e), and upon consideration of Ms. Deborah Greenspan's attached declaration, *see* Exhibit 1, Deborah E. Greenspan, Esq. is hereby **APPOINTED** Special Master for the purpose of assisting this Court with the determination of compensatory damages for the Bellwether Plaintiffs as well as the additional Plaintiffs associated

with the Bellwether Attacks presented in Plaintiffs' Motion for Default Judgment on Behalf of Bellwether Plaintiffs (the "Additional Bellwether Plaintiffs").[1]

It is further **ORDERED** that the following Administrative Plan shall govern further proceedings as to the review of evidence and determination of compensatory damages for the Bellwether Plaintiffs and the Additional Bellwether Plaintiffs associated with the Bellwether Attacks.

2.    **Qualifications**

Each person appointed as a Special Master of this Court under this Administrative Plan shall have not less than five years of experience as a licensed attorney or as a judge of a court of any state, the District of Columbia, or the United States.  Such person shall not be related to any party or counsel appearing in this action, nor have any financial or other interest that would create a conflict of interest. See Fed. R. Civ. P. 53(a)(2), (b)(3).  Plaintiffs have submitted the *curriculum vitae* of the proposed Special Master and a signed declaration disclosing any ground for disqualification under 28 U.S.C. § 455 and agreeing to abide by this Administrative Plan and any orders issued by this Court.  Dkt. 44.

3.    **Scope  of  Appointment**

The Special Master shall consider all issues related to each Bellwether Plaintiff and Additional Bellwether Plaintiff proving their entitlement to compensatory damages, to the extent those issues were not decided by the Court's memorandum opinion (Dkt. 55).  *See* 28 U.S.C. § 1605A(e).  This shall include assessing each Additional Bellwether Plaintiff's standing under

---

[1] The Court notes that Ms. Greenspan's declaration states that she is available to assess damages for the 52 Additional Bellwether Plaintiffs.  Dkt. 44-1 at 2.  If Ms. Greenspan is available to assess damages for the Bellwether Plaintiffs as well, the Court requests that Ms. Greenspan file a declaration so attesting.  If Ms. Greenspan is not available for this additional undertaking, the Court will appoint an additional special master to assess the Bellwether Plaintiffs' damages.

the private right of action in 28 U.S.C. § 1605A(c).  There are two such standing requirements

beyond the requirements for a sovereign-immunity waiver.

*First*, each Plaintiff must be:

> (1)  a national of the United States,
> (2)  a member of the armed forces,
> (3)  an employee of the Government of the United States,
>      or of an individual performing a contract awarded by
>      the United States Government, acting within the scope
>      of the employee's employment, or
> (4)  the legal representative of a person described in
>      paragraph (1), (2), or (3). 28 U.S.C. § 1605A(c).

*Second*, each family member Additional Bellwether Plaintiff must be an immediate

family member (or the functional equivalent) of an individual killed or physically injured to be

entitled to solatium damages.  *See*, *e.g.*, Order Adopting Administrative Plan at 6, *Sheikh v.*

*Republic of the Sudan*, No. 14-cv-2090-JDB (D.D.C. Aug. 29, 2019), Dkt. 44 ("*Sheikh*

*Administrative Plan*") (requiring that reports "include recommended findings of fact and

conclusions of law on the issue of standing" including "each plaintiff's employment status or

familial relationships").

The Special Master shall then "recommend findings of fact on" each Bellwether

Plaintiff's and Additional Bellwether Plaintiff's compensatory damages.  Fed. R. Civ. P.

53(a)(1)(B).  To assess these damages claims and the applicable law, the Special Master shall be

guided by the provisions of 28 U.S.C. § 1605A, this Court's prior decisions, other relevant

precedent, and further orders the Court may enter.  Relevant precedents include, but are not

limited to: *Force v. Islamic Republic of Iran*, 617 F. Supp. 3d 20 (D.D.C. 2022); *Ewan v. Islamic*

*Republic of Iran*, 466 F. Supp. 3d 236 (D.D.C. 2020); *Barry v. Islamic Republic of Iran*, 410 F.

Supp. 3d 161 (D.D.C. 2019); *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54 (D.D.C.

2018); *Cohen v. Islamic Republic of Iran*, 238 F. Supp. 3d 71, 84 (D.D.C. 2017); *Roth v. Islamic*

*Republic of Iran*, 78 F. Supp. 3d 379 (D.D.C. 2015); *Moradi v. Islamic Republic of Iran*, 77 F. Supp. 3d 57 (D.D.C. 2015); *Owens v. Republic of Sudan*, 71 F. Supp. 3d 252 (D.D.C. 2014); *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44 (D.D.C. 2012); *Reed v. Islamic Republic of Iran*, 845 F. Supp. 2d 204 (D.D.C. 2012); *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16 (D.D.C. 2011); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52 (D.D.C. 2010); *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8 (D.D.C. 2009); *Est. of Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20 (D.D.C. 2009); *Est. of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229 (D.D.C. 2006); *Jakubowicz v. Islamic Republic of Iran*, No. CV 18-1450 (RDM), 2023 WL 6907852 (D.D.C. Sept. 1, 2023); *Gration v. Islamic Republic of Iran*, No. 21-CV-1859 (BAH), 2023 WL 5221955 (D.D.C. Aug. 15, 2023); *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB, 2023 WL 3496303 (D.D.C. May 16, 2023); *Taitt v. Islamic Republic of Iran*, No. CV 20-1557 (RC), 2023 WL 2536518 (D.D.C. Mar. 16, 2023); *Schwartz v. Islamic Republic of Iran*, No. CV 18-1349 (RDM), 2022 WL 1567358 (D.D.C. May 18, 2022); *Bernhardt v. Islamic Republic of Iran*, No. CV 18-2739 (TJK), 2023 WL 2598677 (D.D.C. Mar. 22, 2023); *Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2022 WL 2817730 (D.D.C. July 19, 2022), *adhered to*, 2023 WL 1975091 (D.D.C. Jan. 27, 2023); *Neiberger v. Islamic Republic of Iran*, No. 16-cv-2193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), *report and recommendation adopted*, 2022 WL 17370160 (D.D.C. Sept. 30, 2022); *Blank v. Islamic Republic of Iran*, No. 19-3645 (BAH), 2021 WL 3021450 (D.D.C. July 17, 2021).

The Special Master shall have authority to exercise all powers set forth in Rule 53(c) of the Federal Rules of Civil Procedure.  As to the admissibility of evidence, the Special Master shall liberally construe the Federal Rules of Evidence.  Plaintiffs may prove their claims "using evidence that might not be admissible in a trial," because the Court is not required "to step into

the shoes of the defaulting party and pursue every possible evidentiary challenge." *Owens v. Republic of Sudan*, 864 F.3d 751, 785 (D.C. Cir. 2017)*, vacated and remanded on other grounds by Opati v. Republic of Sudan*, 140 S. Ct. 1601 (2020). The Special Master may receive testimony by sworn declarations. *See* Minute Entry, *Soto v. Islamic Republic of Iran*, No. 15-cv-08410 (N.D. Ill. Nov. 17, 2021), Dkt. 95 (ordering plaintiff to establish citizenship, including by sworn declaration); Report and Recommendation of Special Master Regarding Compensatory Damages at 4, 6-7, 10, 12-14, *Lonquist v. Islamic Republic of -Iran*, No. 17-cv-01630-JDB (D.D.C. Feb. 11, 2020), Dkt. 38 (considering affidavit of plaintiffs as to eligibility and damages); Report and Recommendation of Special Master Regarding Plaintiff Fanuel Okall Onyandgo's Claims at 2, 3-4, *Chogo v. Republic of the Sudan*, No. 15-cv-00951-JDB (D.D.C. Oct. 10, 2019), Dkt. 41 (same).

4. **<u>Materials</u>**

The Special Master may receive and review evidence in this case, including evidence filed under seal. Plaintiffs shall deliver courtesy copies of all materials relevant to the assessment of damages to the Special Master.

5. **<u>Timing, Filing, and Review</u>**

The Special Master shall proceed with reasonable diligence in completing her duties. Fed. R. Civ. P. 53(b)(2). Plaintiffs shall submit all relevant and necessary materials and evidence to the Special Master by no later than 60 days after entry of the appointment order. If the Special Master requests additional information, Plaintiffs shall submit the requested additional information within 30 days of the request. In the event that a Bellwether Plaintiff or an Additional Bellwether Plaintiff is unable to submit their materials to the Special Master within this timeframe, Plaintiffs' counsel shall seek leave of the Special Master to submit these

materials to the Special Master as soon as such materials are able to be submitted.  If the Special

Master is unable to receive such materials at such time, Plaintiffs' counsel may include such

materials among one of the two forthcoming tranches of Non-Bellwether Plaintiffs' materials to

be submitted following this Court's entry of a Bellwether Opinion.

The Special Master shall submit a report to the Court containing recommended findings

of fact and conclusions on each claim referred to her.  The report shall contain an evaluation of

each item of damages governing the eligible Bellwether Plaintiff and Additional Bellwether

Plaintiffs' right of recovery.

The Court will review the Special Master's findings, conclusions, and recommendations

contained in the report consistent with Rule 53 of the Federal Rules of Civil Procedure.

Bellwether Plaintiffs and Additional Bellwether Plaintiffs may to move to modify the Special

Master's recommendation within 30 days of the report's filing if Additional Bellwether Plaintiffs

object to any finding, conclusion, or recommendation.

6.    **Compensation**

Payment of the Special Master is contingent upon receipt of funding from a fund

administered by the Department of Justice ("DOJ") and will be disbursed consistent with the

procedures set forth by the DOJ's Office for Victims of Crime ("OVC").  *See* 28 U.S.C.

§ 1605A(e)(2) ("The Attorney General shall transfer, from funds available for the program under

section 1404C of the Victims of Crime Act of 1984[,] . . . such funds as may be required to cover

the costs of special masters[.]").

The Special Master shall be paid $1,300 per day of work under this Administrative Plan.

The Special Master shall also be reimbursed for reasonable expenses incurred in the performance

of her duties.

Where less than a full work day (i.e., less than eight hours) but more than half of a work day (i.e., more than four hours) is expended, the Special Master shall be paid $1,300 for that day. Where half or less of a work day is expended (i.e., four hours or less), the Special Master shall be paid $650 for that day. De minimis time expended on minor tasks on any single day, e.g., placing a single short phone call or drafting an email inquiry, shall not suffice to claim compensation for one-half day. For the avoidance of any doubt, time spent by the Special Master reviewing legal issues relating to damages shall be compensable in accordance with this paragraph.

Additional expenses beyond reasonable meals, lodging, and transportation shall not exceed $350 per day. Only the Special Master that has been appointed by the Court is entitled to compensation for work performed under this Administrative Plan. Work performed on behalf of the Special Master by any legal assistant, associate attorney, or other staff shall not be entitled to compensation under this Administrative Plan, except as reasonable business-related expenses subject to the $350 per day limit. Should any question as to expenses arise that is not already addressed herein, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern, and, subject to the above limitations, all expenses qualifying as business- related shall be paid.

To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the

total amount claimed on the voucher. To support any claim for additional business-related expenses, the Special Master must submit a detailed voucher that: (1) identifies the date any business expense was incurred; (2) describes with sufficient detail the type of reasonable business-related expense incurred; and (3) includes receipts and or billing statements substantiating the expense.  The vouchers must be submitted to Plaintiffs within two weeks of the entry of any damages award in this case.

Within two weeks of receiving any such voucher, Plaintiffs shall file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the DOJ.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 30, 2024

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT MARTINO,** *et al.,*<br><br>        **Plaintiffs,**<br><br><br>v.<br><br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>        **Defendant.** | Case No.: 1:21-cv-01808 |

**DECLARATION OF DEBORAH E. GREENSPAN**

I, Deborah E. Greenspan, declare and state as follows:

1.      I am an attorney admitted to practice before the United States Supreme Court and the highest courts for the District of Columbia and the State of Michigan. I am a partner at the law firm of Blank Rome LLP and have been a practicing attorney for more than five years.

2.      I have been advised that 52 plaintiffs in this matter are part of a group of bellwether plaintiffs and I have further been advised by counsel that if approved by the Court, I would be asked to evaluate damages for those specified plaintiffs. A list of the 52 plaintiffs is attached as Exhibit A. I have reviewed the Complaint in this matter and I do not have a relationship to any of the 52 plaintiffs in Exhibit A, attorneys, action, or court officers involved that would require disqualification of a judge under 28 U.S.C. § 455.

3.      I understand that, if appointed, I must proceed with all reasonable diligence and that my duties, as special master, would be limited to my authority under Federal Rule of Civil Procedure 53(c), this Court's Administrative Plan Concerning Special Master for Additional Bellwether Plaintiffs, and any orders issued by this Court. Attached as Exhibit B is a true and correct copy of my current *curriculum vitae*.

4.      I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

1

Executed and ascribed on this 16th day of January, 2024 in the District of Columbia.

Respectfully submitted,

_/s/ Deborah E. Greenspan_____
Deborah E. Greenspan

# EXHIBIT A

**List of 52 Bellwether Damages Plaintiffs**

| First Name | Last Name |
|---|---|
| Addison | Hall |
| April | McCorkle |
| Ashley | Monschke |
| Ashley | Pionk |
| Belinda | Brewster |
| Benjamin | Orton |
| Bradan | Forrest |
| Brandon | Pionk |
| Carl | Bradford |
| Carter | West |
| ChasSadie | Tunstall |
| Chassity | McCandless |
| Christina | Baker |
| David | Orton |
| Debora | Bell |
| Diane | Salyers |
| Dillon | Pionk |
| Eric | Bell |
| Gale | Light |
| Glenna | LeGrand |
| Iesha | Ayro |
| Jacob | Roberts |
| Jacquelyne | Pappin |
| James | Harlan |
| Jameson | Forrest |
| Joel | Sexton-Craig |
| Joshua | Pionk |
| Kara | West |
| Kelli | Anderson |
| Kelli | Winkler |
| Kristen | Simon |
| Laura | McBride |
| Lynn | Poulin Jr. |
| Margarita | Orton |
| Marshall | McBride |
| Melanie | Pionk |
| Menesia | Spade |
| Michael | Poulin |
| Moira | LeGrand |
| Nancy | Clevenger |
| Nicholas | Caffey |
| Norma | Melo |

| | |
|---|---|
| Phyllis | Craig |
| Rachael | Putman |
| Rachel | Hall |
| Rao | Felder |
| Ronald | Sumner |
| Ronda | Sexton |
| Sandra | Pionk |
| Sherri | Laska |
| Stephanie | Forrest |
| Timothy | Caffey |

# EXHIBIT B

# BLANKROME



## Deborah Greenspan
### Partner

Mass Torts & Complex Disputes

⊙ Washington, D.C.
☎ +1.202.420.3100
✉ deborah.greenspan@blankrome.com

### CO-CHAIR, ENERGY, ENVIRONMENT, AND MASS TORTS PRACTICE GROUP

Deborah Greenspan is a leading advisor on mass claims strategy and resolution. Her practice focuses on class actions, mass claims, dispute resolution, insurance recovery, and mass tort bankruptcy. She has extensive experience in mass products liability matters, class actions, analysis of damages and future liability exposure, insurance recovery, alternative dispute resolution ("ADR"), claims evaluation and dispute analysis, settlement distribution design and implementation, claims management and risk analysis.

Deborah has been appointed by judges and government institutions to serve as a Special Master. She served as the court-appointed Special Master responsible for developing and implementing a settlement program to distribute funds to over 100,000 Vietnam veterans. She served as the Deputy Special Master for the September 11th Victim Compensation Fund of 2001, and she was responsible for conceiving the policies and for facilitating the distribution of over $9 billion to victims of the September 11 attacks. She currently serves as the Special Master in the *Flint Water Cases* litigation.

Deborah has extensive experience in private mediation, and she is currently the Chair of the Dispute Resolution Committee of the Tort Trial and Insurance Practice Section of the American Bar Association.

### Special Master Appointments

- Special Master, *Akiva Binyamin Jakubowicz, et al. v. Islamic Republic of Iran*, 1:18-cv-01450 (RDM) (D.D.C. Appointed August 12, 2022)
- Special Master, *Casey Coombs, et al. v. Islamic Republic of Iran*, 1:19-cv-03363 (RDM) (D.D.C. Appointed March 17, 2022)
- Special Master, *Arthur Barry Sotloff, et al. v. Syrian Arab Republic*, 1:16-cv-00725 (TJK) (D.D.C. Appointed April 27, 2021)
- Special Master, *Ruth Schwartz , et al. v. Islamic Republic of Iran, et al.*, 1:18-cv-1349 (RDM) D.D.C. Appointed December 10, 2020)
- Special Master, *Taylor Force, et al. v. Islamic Republic of Iran, et al.*, 1:16-cv-1468 (RDM) D.D.C. Appointed June 9, 2020)
- Special Master, *In re FTCA Flint Water Cases*, 4:17-cv-11218 (consolidated) (LVP) (E.D. Mich. Appointed March 25, 2020)
- Special Master, *In re Flint Water Cases*, 5:16-cv-10444 (JEL) (E.D. Mich Appointed July 31, 2018)

**ADMISSIONS**

District of Columbia

Michigan

Supreme Court of the United States

U.S. District Court - District of Columbia

U.S. District Court - Eastern District of Michigan

United States Court of Appeals for the District of Columbia Circuit

United States Court of Appeals for the Fourth Circuit

United States Court of Appeals for the Sixth Circuit

**MEMBERSHIPS**

Academy of Court-Appointed Neutrals

American Bar Association

CPR International Institute for Conflict Prevention & Resolution

Litigation Counsel of America

National Association of Professional Women

National Homelessness Law Center

RAND Institute for Civil Justice Board of Overseers

**EDUCATION**

University of Michigan Law School (JD, 1981)

University of Michigan (BS, 1976)

- Deputy Special Master, *September 11th Victim Compensation Fund* – 2001-2004 and 2010-2016
- Special Master, *Gary Lonnquist, et al., vs. Islamic Republic of Iran, et al.*, 1:17-cv-1630 (JDB) (D.D.C. Appointed Nov. 13, 2019)
- Special Master, *Geoffrey Githui Kinyua, et al., vs. Republic of Sudan, et al.*, 1:14-cv-2118 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Nasrin Akhtar Sheikh, et al., vs. Republic of Sudan, et al.*, 1:14-cv-2090 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Caleb Ndeda Chogo, et al., vs. Republic of Sudan, et al.*, 1:15-cv-00951 (JDB) (D.D.C. Appointed Aug. 29, 2019)
- Special Master, *Jennifer Hamen, et al., v. Islamic Republic of Iran, et al.*, 1:16-cv-01394 (RDM) (D.D.C. Appointed Aug. 8, 2019)
- Special Master, *Rita Bathiard, et al., v. Islamic Republic of Iran, et al.*, 1:16-cv-1549 (CRC) (D.D.C. Appointed July 29, 2019)
- Special Master, *Tammie Frost, et al., v. Islamic Republic of Iran, et al.*, 1:17-cv-603 (TJK) (D.D.C. Appointed May 31, 2019)
- Special Master, *Shalom Goldstein, et al. v. Islamic Republic of Iran, et al.*, 1:16-cv-02507 (CRC) (D.D.C. Appointed Dec. 4, 2018)
- Special Master, *Noala Fritz, et al. v. Islamic Republic of Iran, et al.*, 1:15-cv-0456 (RDM) (D.D.C. Appointed Aug. 1, 2018)
- Special Master, *Ora Cohen, et al. v. Islamic Republic of Iran*, 1:12-cv-01496 (CRC) (D.D.C. Appointed March 16, 2017)
- Special Master, 1998 American Embassy Bombings:
  - *Mwila v. Islamic Republic of Iran*, 08-1377 (JDB) (D.D.C. Appointed Aug. 7, 2008)
  - *Onsongo v. Republic of Sudan*, 08-1380 (JDB) (D.D.C. Appointed Aug. 7, 2008)
  - *Wamai v. Republic of Sudan*, 08-1349 (JDB) (D.D.C. Appointed Aug. 8, 2005)
  - *Amduso v. Republic of Sudan*, 08-1361 (JDB) (D.D.C. Appointed Aug. 8, 2005)
- Special Master, *In re "Agent Orange"* Product Liability Litigation
- Special Master, *In re Joint Eastern and Southern Districts Asbestos Litigation*

## Expert Engagements

- *In re Purdue Pharma, L.P.*, Case No. 19-23649, United States Bankruptcy Court, Southern District of New York. Declaration of Deborah E. Greenspan.
- *Kimata, et al. v. Al Shabaab, and Does 1-20,* Case No. BC 615963 (Cal Superior Court, Los Angeles County); Declaration of Deborah E. Greenspan in Support of Plaintiffs' Application for Default Judgment Against Defendant Al Shabaab Pursuant to California Code of Civil Procedure § 585, Dated July 16, 2018.

## Illustrative Presentations

- Speaker, "Settlements" and "ESG Claims," Global Legal Group Global Class Actions Symposium 2023, November 13 and 14, 2023.
- Speaker, "Examining Expanding Roles of Special Masters and Court-Appointed Experts and Technical Advisors in Mass-Tort MDLs," Rabiej Litigation Law Center MDL Bench-Bar Leadership Conference, September 28, 2023.
- Speaker, "PFAS, the Forever Chemical: An Interdisciplinary Review of Current Environmental Regulations, Availability of Insurance Coverage, Potential Bankruptcy Issues, and ADR," International Institute for Conflict Prevention & Resolution, July 13, 2023.
- Speaker, "What Works, What Doesn't," The Civil Legal Aid Crisis in Eviction Cases: Options and Opportunities, RAND Institute for Civil Justice, the Berkeley Law Civil Justice Research Initiative, and the Berkeley Judicial Institute, June 23, 2023.
- Speaker, "Judges & General Counsel Discuss the New Time Standards for Illinois Trial Courts and The Effective Use of Court Appointed Neutrals to Assist the Court," The Chicago Bar Association, June 8, 2023.

- Speaker, "Resolving the Complex Dispute: ADR and MDLs (and Class Actions and More)," American Bar Association TIPS & YLD Section Conference, May 3, 2023.
- Featured Speaker, "Court-Appointed Neutrals: A Practical Discussion with One of the Best," Austin Bar Association Alternative Dispute Resolution Section, April 18, 2023.
- Panel Moderator, "Hot Topics in Class Actions," Epiq's Mass and Class Summit 2023, March 1, 2023.
- Speaker, "Managing Complex Mass Litigation—Wading through the Flint Water Crisis," National Association of Women Judges 2022 Annual Conference, October 20, 2022.
- Speaker, "Asbestos and Other Legacy Liabilities: An Alternative Approach to Bankruptcy," FARA Recovery, June 15, 2022.
- Speaker, "Mass Torts in Bankruptcy—Trends for the Future," Mass Torts Special Masters Summit, June 8, 2022.
- Panel Moderator, "Panel Discussion of the Multiple Different Roles and Tasks of Special Masters," Academy of Court-Appointed Masters 2022 Annual Meeting, May 5, 2022
- Speaker, "Special Master 101," Academy of Court-Appointed Masters 2022 Annual Meeting, May 4, 2022
- Speaker, "Fixin' to Use a Special Master? Advice You Can Hang Yer Hat On," American Bar Association Section of Litigation 25th Annual National Institute on Class Actions, April 12, 2022.
- Speaker, "Bankruptcy in Mass Tort," Perrin Conferences Mass Tort Litigation Conference, March 2, 2022.
- Speaker, "Creativity and Diversity: How to Use Special Masters and How to Become One," American Bar Association Webinar, January 12, 2022.
- Speaker, "Class Action, MDL or Bankruptcy: What Is the Best Option for Global Resolution?" Perrin Conferences' Mass Tort Litigation Conference, June 24, 2021.
- Panel Moderator, "Ethical Challenges in Arbitration," International Institute for Conflict Prevention & Resolution Annual Meeting 2021, January 28, 2021.
- Speaker, "Mass Tort Bankruptcy Trends in 2020 and Outlook for 2021," Perrin Conferences, January 21, 2021.
- Panel Moderator, "Current Issues in Mass Tort Cases—Special Masters in the Middle," Academy of Court Appointed Masters Annual Meeting, October 22–23, 2020.
- Speaker, "Becoming A Special Master: A Potential Career Path You May Not Have Considered," Roundtable Webinar Presented by The Woman Advocate Committee of the ABA Section of Litigation, March 4, 2020.
- Speaker, "Flint Drinking Water Crisis: Litigation Lessons to be Learned," ABA 2020 Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint Regional CLE Program, January 30, 2020.
- Conference Co-Chair, Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Presenter, "The Administrators' Perspective," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Moderator, "What Constitutes the Effectiveness of Settlements," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Moderator, "MDL: What are Judges Looking For?," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Presenter, "Global Settlements and Insurance Coverage Considerations: What's Your Policy?," Perrin Conferences Mass Tort Global Settlement Architecture Conference, May 2, 2019.
- Speaker, "The Unenviable Task of Putting a Value on Human Lives" ("Communities in Crisis, Valuing Life"), Council on Foundations Leading Together 2019 National Conference, April 29, 2019.
- Panel Moderator, "Cy Pres Special Mastering," Academy of Court Appointed Masters Annual Meeting, April 12, 2019.
- Keynote Speaker, ABA Section of Environment, Energy, and Resources 37th Water Law Conference, March 26, 2019.
- Organizing Committee, ABA Tort Trial and Insurance Practice Section Conference: "Disasters the Emerging D&O, E&O and Corporate Risks: What you need to know, and how to manage, mitigate and resolve those risks;" February 5, 2019.

BLANKROME

- Panel Moderator, "Special Mastering in MDLs and Mass Tort Cases," Academy of Court Appointed Masters Annual Meeting, 2018.
- Panel Moderator, "Alternative Dispute Resolution" – potential role and effect of ADR in matters involving public policy objectives or concerns; Class Action Money and Ethics Conference, Beard Group; 2018.
- Presenter, "Effective ADR that Saves Time, Money and Reputational Risk" (contractual arbitration), Association of Corporate Counsel, In-House Counsel Conference, 2018.
- Panel Moderator, "D&O Insurance Cyber Liability Forum," Tort Trial and Insurance Practice Section of the American Bar Association, 2018.
- Speaker, "Allocation of Settlement Proceeds & Lien Resolution," The Mass Tort Global Settlement Architecture Conference, Perrin Conferences, 2017.
- Speaker, "Disaster Claims Recovery: What Claimants and Their Lawyers Should Know," ABA-Tort Trial & Insurance Practice Section (TIPS) audio webinar, 2017.
- Speaker, IntAP – International Alliance of Asbestos and Pollution Reinsurers e.V. June 2017 General/Technical Meeting, presentation on mass torts/asbestos and other mass claims in the United States.
- Speaker, "Unconventional Responses to Unique Catastrophes: Tailoring the Law to Meet the Challenges," 2016 DRI (The Voice of the Defense Bar) Class Actions Conference.
- Panelist, "When the Levee Breaks – Resolving Complex Claims: Lessons of the Deepwater Horizon, Katrina, and More," 2015 American Bar Association Section of Litigation Annual Conference.
- Panelist, "Preparing for Fraud Amidst Chaos," 2013 National Law Journal Crisis Litigation Series: "Navigating Fallout from Catastrophic Events."
- Panelist, Roundtable: "Who Uses Mediation?," International Institute for Conflict Prevention and Resolution (CPR) 2013 Brazil Business Mediation Congress.
- Speaker, "Who Gets What?," American Bar Association, 2013 Business Law Section Spring Meeting.
- Panelist, "Out of the Ashes: 9-11 – A Cinematic Study of Mediation," 18th Annual Alternative Dispute Resolution Institute and 2011 Neutrals' Conference at the State Bar of Georgia.
- Panelist, "Sue or Settle? The Adequacy of Tort Law to Fairly and Expeditiously Compensate Victims of Mass Disasters," Roger Williams University School of Law Conference: "Blowout: The Legal Legacy of the Deepwater Horizon Catastrophe."
- Speaker, Personal Injury and Settlement Distributions, Duke University-Federal Judicial Center Class Action Settlements Workshop.
- Speaker, "Out of the Ashes: 9/11 – a Model for Dispute Resolution," 13th Annual American Bar Association Spring Conference.
- Faculty, Workshop "When Disaster Strikes: The Role of ADR in Resolving Mass Claims," International Institute for Conflict Prevention & Resolution (CPR) Annual Meeting.
- Workshop on Victims Compensation, Institute for National Security and Counterterrorism at Syracuse University.
- Bar Association (PA) 2012 Bench Bar Conference, State of the Judiciary session re: Compensation of Victims of the September 11 Attacks.
- Panel Chair and Speaker, IQPC Drug and Medical Device Litigation Conference regarding "Structuring and Administering Mass Torts Settlements."
- Panelist and Speaker, Federal Bar Association's Indian Law Conference.
- Faculty and Speaker, ALI-ABA conference "The Art and Science of Serving as Special Master in Federal and State Courts."
- Speaker, U.S.-China Symposium on Tort Law in Beijing, China regarding the determination of damages under U.S. tort and product liability law co-sponsored by The China Law Center of Yale Law School and the Legislative Affairs Commission of the National People's Congress.

Publications
- Co-Author, "A Look at Arbitration in the Age of #MeToo," *The Legal Intelligencer*, January 7, 2022.

BLANKROME

- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Spring 2020 (55:2) of the ABA.
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2018 (53:2) of the ABA.
- Author, "CGL Coverage for Cyber Data Breaches: Court Finds No Coverage unless the Policyholder Itself Publishes the Private Information," Blank Rome's *Policyholder Informer* Blog, March 6, 2018.
- Co-Author, "Asbestos – the Never Ending Story: Recent Developments in U.S. Law on Scope of Exposure and Limitations on Jurisdiction," December 2017 issue of General Reinsurance (Gen Re) German liability magazine *Phi|Haftpflicht – Recht & Versicherung, Nr. 6/2017.*
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2017 (52:2) of the ABA.
- Co-Author, "A Lesson from the Third Circuit on Arbitration Clauses: Say What You Mean" (blog.cpradr.org/2017/10/09/a-lesson-from-the-third-circuit-on-arbitration-clauses-say-what-you-mean/); *CPR Speaks – the Blog of the CPR Institute*, October 9, 2017.
- Co-Author, "Recent Developments in Alternative Dispute Resolution," *Tort Trial & Insurance Practice Law Journal*, Winter 2016 (51:2) of the ABA.
- Author, "Helping Clients Determine Whether the Alternative Dispute Resolution Process is Appropriate and How to Reach a Fair Remedy," *Inside the Minds: Trends in Alternative Dispute Resolution*, published December 2012 by Aspatore Books (a "Thomson Reuters business").
- Co-author, "Settle or Sue? The Use and Structure of Alternative Compensation Programs in the Mass Claims Context," *Roger Williams University Law Review*, Winter 2012 issue (Volume Seventeen, Number One).
- Co-author, "Non-Debtor Injunctions Barring Future Asbestos Claims Under Bankruptcy Code § 524(g)," *The New York Law Journal*, July 16, 2012.
- Author, "Evolving Case Law Affecting Mass Tort Bankruptcy Cases and Reorganization Plans," *Aspatore Thought Leadership -- Bankruptcy and Financial Restructuring Law 2012: Top Lawyers on Trends and Key Strategies for the Upcoming Year.*
- Co-Chair/Author, Master Guide to Mass Claims Resolution Facilities, cpradr.org (2011).
- Author, "ADR Strategies and Their Benefits," *Financier Worldwide*, March 2011.
- Author, "Expect a Rise in U.S. Government Enforcement Action and Whistleblower Claims," *Financier Worldwide*, January 2011.
- Co-Author, "Mediation: An Effective Tool in Multi-Party International Disputes," *Financier Worldwide*, December 2010.
- Panelist, "The Effective Dispute Resolution Roundtable," *Financier Worldwide*, August 2010.
- Author, "Recent Decisions Regarding Third-Party Releases and the Scope of Jurisdiction of Bankruptcy Courts," *Inside the Minds: Navigating Recent Bankruptcy Law Trends, 2010.*
- Co-author of the *Final Report of the Special Master for the September 11th Victim Compensation Fund of 2001* provided to the U.S. Department of Justice.
- Rapporteur for the American Arbitration Association Task Force on Alternative Dispute Resolution and Mass Torts.

SELECT ENGAGEMENTS

Notable Successes
- Designed and implemented settlement distributions in multiple mass tort and mass claim matters.
- Negotiated resolution securing over one billion dollars of insurance assets for a company with long tail products exposure.
- Guided a company through multiple and extended disputes over the implementation of a settlement involving over three billion dollars in potential funding obligations.
- Guided a company through the evaluation of strategic options for assessing, valuing, forecasting and resolving thousands of products claims—both pending and future.

BLANKROME

- Provided strategic counsel to multiple companies in the resolution of mass tort claims, including through Chapter 11.
- Represented companies in resolution of complex class actions.
- Represented multiple companies in asbestos-related bankruptcies.
- Advised and designed options for a non-U.S. company regarding strategies for addressing long tail claims asserted against a U.S. subsidiary.
- Implemented settlement procedures as a court-appointed mediator and Special Master for mass consolidations in New York state and federal courts; in private dispute resolution process, implemented claims resolution process resulting in the resolution of hundreds of thousands of claims involving insurance products and thousands of claims related to antitrust disputes.

RECOGNITIONS

- 2022–2024, "Litigation Star," listed in *Benchmark Litigation*
- 2023, "Lawyer of the Year" in Mass Tort Litigation / Class Actions - Defendants in Washington, D.C., listed in *Best Lawyers in America©*
- 2021–2024, Mass Tort Litigation / Class Actions - Defendants in Washington, D.C., listed in *Best Lawyers in America©*
- 2022, "Top 500 Leading Litigators in America," listed in *Lawdragon*
- 2022, "Top 250 Women in Litigation," listed in *Benchmark Litigation*
- 2014–2020, "Top-Rated Class Action & Mass Torts Attorneys in Washington, D.C.," *Super Lawyers Magazine*
- 2014–2015, "Top Lawyers of Washington," *The Washington Post Magazine*
- 2014, "Pro Bono Honor Roll," District of Columbia Court of Appeals and the Superior Court of the District of Columbia

OUTSIDE THE FIRM

Deborah is chair of the Dispute Resolution Committee of TIPS, the Tort Trial and Insurance Practice Section of the American Bar Association. She served as rapporteur for the American Arbitration Association Task Force on Alternative Dispute Resolution and Mass Tort, and she was the co-chair of the Mass Claims Commission of the International Institute for Conflict Prevention and Resolution ("CPR").

Deborah clerked for the Honorable Horace W. Gilmore, U.S. District Judge for the Eastern District of Michigan, and for the Honorable Edward Allen Tamm, U.S. Court of Appeals, District of Columbia Circuit.