IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

### NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF JACQUE KEESLAR

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jacque Keeslar (FAC ¶¶ 1027-29, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismisses without prejudice all of his claims in the above-captioned action against Defendant Islamic Republic of Iran. This dismissal is only on behalf of Mr. Keeslar. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated: October 8, 2024

Respectfully submitted,

*/s/ Nicholas Reddick*

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

- 2 -

    Michael J. Gottlieb (D.C. Bar No. 974960)
    Devin C. Ringger (D.C. Bar No. 1044160)
    Logan Kenney (D.C. Bar No. 90005142)
    Willkie Farr & Gallagher LLP
    1875 K Street, N.W.
    Washington, DC 20006-1238
    Tel: (202) 303-1000
    Fax: (202) 303-2000
    MGottlieb@willkie.com
    DRingger@willkie.com
    LKenney@willkie.com

    Ryan R. Sparacino (D.C. Bar No. 493700)
    Eli J. Kay-Oliphant (D.C. Bar No. 503235)
    Sparacino PLLC
    1920 L Street, NW, Suite 535
    Washington, DC 20036
    Tel:  (202) 629-3530
    ryan.sparacino@sparacinopllc.com
    eli.kay-oliphant@sparacinopllc.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                      */s/ Nicholas Reddick*
                                      Nicholas Reddick