IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

            Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

            Defendant.

Case No. 1:21-cv-01808-RDM

**PLAINTIFFS' MOTION TO APPOINT SPECIAL MASTER FOR ADMINISTRATION OF DAMAGES PROCEEDINGS CONCERNING BELLWETHER PLAINTIFFS**

On November 30, 2023, Plaintiffs filed a Motion for Default Judgment against the Islamic Republic of Iran on behalf of 45 Bellwether Plaintiffs covering 25 Bellwether Attacks.  *See* Dkts. 38, 39, 40, 41.  Plaintiffs then moved the Court to appoint Deborah E. Greenspan, Esq. as Special Master to evaluate and propose damages awards for 52 additional Plaintiffs whose claims arise from the Bellwether Attacks.  *See* Dkt. 52.  On September 30, 2024, the Court issued a sealed Memorandum Opinion and Order granting the Bellwether Motion as to liability and deciding to appoint a special master to prepare a report for the Court recommending the award of compensatory damages for each of the 45 Bellwether Plaintiffs.  *See* Dkt. 55.  The Court also issued an order appointing Ms. Greenspan as Special Master to assess and recommend damages awards for the 45 Bellwether Plaintiffs as well as the 52 additional Plaintiffs associated with the Bellwether Attacks and adopting an Administrative Plan governing these proceedings.  *See* Dkt. 56.  In its Order, the Court noted that if Ms. Greenspan is unavailable for the additional undertaking of assessing damages for the 45 Bellwether Plaintiffs, the Court will appoint an additional special master.  *See id*. at 2 n.1.  Due to several competing deadlines and obligations on Ms. Greenspan's schedule during the month of October, Plaintiffs respectfully move the Court to appoint Stephen A. Saltzburg, Esq. as Special Master to assess and recommend compensatory damages awards for the 45 Bellwether Plaintiffs.  In accordance with the Court's Order, Ms. Greenspan will still assess and recommend compensatory damages awards for the 52 additional Plaintiffs associated with the Bellwether Attacks.  *See id*.

I.      **PROPOSED SPECIAL MASTER**

Plaintiffs propose utilizing Stephen A. Saltzburg, Esq. as the Special Master to evaluate and make recommendations to the Court as to the compensatory damages awards for the 45 Bellwether Plaintiffs.  Professor Saltzburg is the Wallace and Beverley Woodbury University

1

Professor of Law at the George Washington University Law School and the Director of the National Trial Advocacy College at the University of Virginia School of Law. *See* Ex. 1, Declaration of Stephen A. Saltzburg ("Saltzburg Decl."); *see also* Saltzburg Decl. at Ex. A, *Curriculum Vitae* of Stephen A. Saltzburg ("Saltzburg CV"). He previously taught at the University of Virginia School of Law, where he was the Class of 1962 Chairholder. *See id*. Professor Saltzburg received his J.D. from the University of Pennsylvania Law School and clerked for Justice Thurgood Marshall. *See id*. Throughout his legal career, he has served on many American Bar Association committees. *See* Saltzburg CV at 3-4.

Professor Saltzburg has served as a Special Master in numerous Foreign Sovereign Immunities Act cases in this District. *See* Saltzburg CV at 2-3; *see also* Order Appointing Special Masters, *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835 (JDB) (D.D.C. Dec. 13, 2022), ECF No. 129; Memorandum Opinion, *id*., ECF No. 272 (largely adopting Professor Saltsburg's recommendations); Order Appointing Prof. Stephen A. Saltzburg as Special Master, *Lee v. Islamic Republic of Iran*, No. 19-cv-00830 (APM) (D.D.C. Mar. 22, 2021), ECF No. 45; Memorandum Opinion. *id*., ECF No. 83 (adopting Professor Saltzburg's recommendations); Order Appointing Special Masters, *Sheikh v. Republic of the Sudan*, No. 14-cv-2090 (JDB) (D.D.C. Aug. 19, 2019); Order Appointing Special Masters, *Chogo v. Republic of the Sudan*, No. 15-cv-00951 (JDB) (D.D.C. Aug. 29, 2019), ECF No. 38; Order Appointing Special Masters, *Amduso v. Republic of Sudan*, No. 08-cv-1361 (JDB) (D.D.C. Feb. 27, 2012), ECF No. 67.

Plaintiffs' counsel has approached Professor Saltzburg about the possibility of serving in this matter. He has indicated that, if appointed, he is willing and able to serve as a Special Master in this case and to abide by the Court's Administrative Plan governing the proceedings as to the review of evidence and determination of compensatory damages for the Bellwether Plaintiffs. *See*

Saltzburg Decl. ¶¶ 3-4, 7; *see also* Dkt. 56. Professor Saltzburg has further reviewed the Complaint in this matter and affirmed that none of the grounds that would require disqualification of a judge under 28 U.S.C. § 455 apply to him. *Id*. ¶¶ 5-6.

Thus, Plaintiffs respectfully request that the Court appoint Professor Saltzburg as Special Master for the administration of the 45 Bellwether Plaintiffs' damages proceedings.

| | |
|---|---|
| Dated: October 8, 2024 | Respectfully submitted, |
| | */s/ Nicholas Reddick*<br>Nicholas Reddick (D.C. Bar No. 1670683)<br>Willkie Farr & Gallagher LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>Tel: (415) 858-7400<br>Fax: (415) 858-7599<br>NReddick@willkie.com |
| | Michael J. Gottlieb (D.C. Bar No. 974960)<br>Devin Charles Ringger (D.C. Bar No. 1044160)<br>Logan R. Kenney (D.C. Bar No. 90005142)<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006-1238<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>MGottlieb@willkie.com<br>DRingger@willkie.com<br>LKenney@willkie.com |
| | Ryan R. Sparacino (D.C. Bar No. 493700)<br>Eli J. Kay-Oliphant (D.C. Bar No. 503235)<br>Sparacino PLLC<br>1920 L Street, NW, Suite 535<br>Washington, D.C. 20036<br>Tel: (202) 629-3530<br>ryan.sparacino@sparacinopllc.com<br>eli.kay-oliphant@sparacinopllc.com |
| | *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                        */s/ Nicholas Reddick*
                                        Nicholas Reddick