IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER APPOINTING SPECIAL MASTER FOR ADMINISTRATION OF DAMAGES PROCEEDINGS CONCERNING BELLWETHER PLAINTIFFS**

Upon consideration of Plaintiffs' Motion to Appoint Special Master for Administration of Damages Proceedings Concerning Bellwether Plaintiffs in the above-captioned case, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**. It is further **ORDERED** that, pursuant to its authority to appoint a Special Master "to hear damages claims brought under" 28 U.S.C. § 1605A(e), and upon consideration of Stephen A. Saltzburg's declaration attached as Exhibit 1 to Plaintiffs' Motion, Stephen A. Saltzburg is hereby **APPOINTED** Special Master for the purpose of assisting this Court with the determination of compensatory damages awards for the Bellwether Plaintiffs, in accordance with this Court's previous Order adopting an Administrative Plan to govern further proceedings as to the review of evidence and determination of compensatory damages for the Bellwether Plaintiffs and the Additional Bellwether Plaintiffs associated with the Bellwether Attacks. Dkt. 56.

**SO ORDERED.**

Dated: _____

                                                          Randolph D. Moss
                                                        United States District Judge