IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01808-RDM |

NOTICE REGARDING REDACTIONS TO SEALED
MEMORANDUM OPINION AND ORDER

On September 30, 2024, the Court issued a Sealed Memorandum Opinion and Order granting, in part, Plaintiffs' Motion for Default Judgment on behalf of Bellwether Plaintiffs. Dkt. 55. The Court further ordered Plaintiffs to file proposed redactions, if any, to the Memorandum Opinion and Order on or before October 14, 2024. *Id*. Plaintiffs have reviewed the Memorandum Opinion and Order and do not believe any content therein warrants sealing or redaction. Plaintiffs thus do not oppose the unsealing of the Memorandum Opinion and Order in its entirety.

Dated: October 10, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas Reddick*
　　　　　　　　　　　　　　　　　　　　Nicholas Reddick (D.C. Bar No. 1670683)
　　　　　　　　　　　　　　　　　　　　Willkie Farr & Gallagher LLP
　　　　　　　　　　　　　　　　　　　　333 Bush Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Tel: (415) 858-7400
　　　　　　　　　　　　　　　　　　　　Fax: (415) 858-7599
　　　　　　　　　　　　　　　　　　　　NReddick@willkie.com

- 2 -

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin C. Ringger (D.C. Bar No. 1044160)
Logan Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Nicholas Reddick*
Nicholas Reddick
