IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**SUGGESTIONS OF DEATH AS TO PLAINTIFFS SHERRY ROCKHOLT, JANET BRANDES, EMMIE TEAL, AND KENNETH LOCKER SR.**

Plaintiffs, by their undersigned counsel, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the deaths of named plaintiffs Sherry Rockholt (First Amended Complaint ("FAC"), Dkt. 15 ¶ 1602), on or about September 4, 2021; Janet Brandes (FAC ¶ 298), on or about August 14, 2022; Emmie Teal (FAC ¶ 1859), on or about January 16, 2023; and Kenneth Locker, Sr. (FAC ¶ 1183), on or about August 7, 2023.

Dated:  October 21, 2024

                                        Respectfully submitted,

                                        */s/ Nicholas Reddick*

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Logan R. Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

>   */s/ Nicholas Reddick*
>   Nicholas Reddick