# EXHIBIT 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

Probate Department

| | |
|---|---|
| In the Matter of the Estate of<br><br>SHERRY KAY ROCKHOLT,<br><br>Deceased. | Case No. 24PB03740<br><br>LIMITED JUDGMENT FOR ADMINISTRATION OF INTESTATE ESTATE AND APPOINTMENT OF PERSONAL REPRESENTATVIE |

On petition of Jason Louis Rockholt, for administration of the estate of the above-named decedent, the Court finds the allegations of the petition to be true. There is no just reason for delay in entering judgment.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. The intestate estate is admitted to administration.

2. Appointing Jason Louis Rockholt, as personal representative to serve without bond.

///

///

Page 1 Of 3 – LIMITED JUDGMENT FOR ADMINISTRATION OF INTESTATE ESTATE AND APPOINTMENT OF PERSONAL REPRESENTATVIE

Skinner Law, PC
9600 SW Barnes Rd, Suite 125
Portland, OR 97225
503-719-6603 (phone)
888-892-3890 (fax)
www.skinnerlawpdx.com

Verified Correct Copy of Original 5/24/2024.

Verified Correct Copy of Original 5/24/2024

1   3.   The personal representative is relieved of the obligation of filing an inventory,

2   completing the non-professional fiduciary course, searching for creditors/filing an Affidavit of

3   Diligent Search for Creditors, and filing an Annual Account, although notice to DHS shall be

4   given.

5   4.   Issuing letters of administration to the personal representative upon approval of petition.

6

7

8

9

10

11

12                                                          5/24/2024 9:58:57 AM

13                                    _____
                                      Cindy Dorson, Probate Commissioner

14

15  PETITIONER:
    Jason Louis Rockholt
16  1005 38th St.
    Orlando, FL 32805
17  Phone: (971) 338-0789

18  LAWYER FOR PETITIONER:
    Ginger Skinner, OSB #053797
19  Skinner Law, 9600 SW Barnes Rd., Ste. 125, Portland, OR 97225
20  503-719-6603 (office phone)
    888-892-3890 (fax number)
21  ginger@skinnerlawpdx.com

22
                          **CERTIFICATE OF READINESS**
23
24       I, Ginger Skinner, of attorneys for petitioner, hereby certify as follows with respect to the
    Limited Judgment for Administration of Intestate Estate and Appointment of Personal
25  Representative filed herewith:

Page 2 Of 3 – LIMITED JUDGMENT FOR ADMINISTRATION OF INTESTATE ESTATE AND APPOINTMENT OF PERSONAL REPRESENTATVIE

Skinner Law, PC
9600 SW Barnes Rd., Suite 125
Portland, OR 97225
503-719-6603 (phone)
888-892-3890 (fax)
www.skinnerlawpdx.com

_Verified Correct Copy of Original 5/24/2024._

1. This matter is an uncontested probate and therefore service of the Limited Judgment is not required pursuant to UTCR 5.100(3)(e);
2. This proposed order or judgment is ready for judicial signature because:
    a. [ ] Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.
    b. [ ] Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation of approval sent to me.
    c. [ ] I have served a copy of this order or judgment on all parties entitled to service and:
        i. [ ] No objection has been served on me.
        ii. [ ] I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
        iii. [ ] After conferring about objections, [role and name of opposing party] agreed to independently file any remaining objection.
    d. [ ] The relief sought is against an opposing party who has been found in default.
    e. [ ] An order of default is being requested with this proposed judgment.
    f. [XX] Service is not required pursuant to subsection (3) of UTCR 5.100, or by statute, rule, or otherwise.
    g. [ ] This is a proposed judgment that includes an award of punitive damages and notice has been served on the Director of the Crime Victims' Assistance Section as required by subsection (4) of UTCR 5.100.

Dated: April 24, 2024

/s/ Ginger Skinner
Ginger Skinner, OSB #053797
Attorney for Petitioner

Page 3 Of 3 – LIMITED JUDGMENT FOR ADMINISTRATION OF INTESTATE ESTATE AND APPOINTMENT OF PERSONAL REPRESENTATVIE

Skinner Law, PC
9600 SW Barnes Rd., Suite 125
Portland, OR 97225
503-719-6603 (phone)
888-892-3890 (fax)
www.skinnerlawpdx.com

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MARION
100 High St. NE
Salem Oregon 97301

In the Matter of the Estate of:

Sherry Kay Rockholt
_____
Deceased

Case No: 24PB03740

**LETTERS OF ADMINISTRATION**

**The court certifies that:**

Jason Louis Rockholt has been appointed and is at the date hereof the duly appointed, qualified and acting personal representative of the estate of Sherry Kay Rockholt, deceased, and that no will of the decedent has been proved in this court. The following restrictions have been placed on the personal representative: **See attached Limited Judgment.**

IN WITNESS WHEREOF, I , as Clerk of the Circuit Court of the State of Oregon for the County of Marion, in which proceedings for the administration upon the estate are pending, do hereby subscribe my name and affix the seal of the court this 24th day of May, 2024.

_____
Clerk of the Court  (signature)

Andrea Gonsales
Print Name

Verified Correct Copy of Original 5/24/2024.

---

I certify that the above copy of **LETTERS OF ADMINISTRATION** is a correct copy of the original that is on file in my office, and that the letters are now in effect.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the court at my office on ___May 24___, 20_24_.



_____
Clerk of the Court  (signature)

Andrea Gonsales
Print Name