# **EXHIBIT 2**

IN THE COUNTY COURT OF GARFIELD COUNTY, NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE )<br>OF KENNETH E. LOCKER, Deceased. )<br>Date of Death: August 7, 2023 )<br>)<br>) | CASE NO PR 23- 10<br>LETTERS OF PERSONAL<br>REPRESENTATIVE |

THE STATE OF NEBRASKA

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, on _____September 5, 2023_____, Kristine E. Longe and Carmon S. Petters were appointed and qualified as Co-Personal Representatives of the above-named Decedent by this Court or its Registrar, with all the authority granted to a Personal Representative by law;

NOW, THEREFORE, these Letters are issued as evidence of such appointment and qualifications and authority of Kristine E. Longe and Carmon S. Petters to do and perform all acts which may be authorized by law.

WITNESS, the signature of the Registrar of this Court, and the seal of this Court, on the _____September 5, 2023_____.

(S E A L)

Signature of Registrar

FILED
GARFIELD COUNTY COURT
SEP 5 2023
ROBERTA MESCHKE
CLERK OF THE COUNTY COURT

NCLE Form 303
§§ 30-2444 & 30-2214

ADMINISTRATION SERIES
© 2016 Nebraska State Bar Association

Page 1



## IN THE COUNTY COURT OF GARFIELD COUNTY, NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE ) <br> OF KENNETH E. LOCKER, Deceased. ) <br> Date of Death: August 7, 2023 ) <br> ) <br> ) | CASE NO PR 23-10 <br> REGISTRAR'S STATEMENT <br> OF INFORMAL <br> APPOINTMENT OF <br> PERSONAL <br> REPRESENTATIVE IN <br> INTESTACY |

Upon consideration of the Application for Informal Appointment of Personal Representative in Intestacy filed herein, the undersigned Registrar finds that:

A. The Application is complete.

B. The Applicant has made oath or affirmation that the statements contained in the Application are true to the best of the Applicant's knowledge and belief.

C. The Applicant appears to be an interested person as defined in Nebraska Probate Code Section 30-2209(21).

D. On the basis of statements in the Application, venue is proper.

E. Any notice required by Nebraska Probate Code Section 30-2413 has been given.

F. From the statements in the Application, the person whose appointment is sought has priority entitling such person to appointment.

G. It appears from the Application that all other requirements of the Nebraska Probate Code have been satisfied.

WHEREFORE, the undersigned Registrar hereby informally appoints Kristine E. Longe and Carmon S. Petters as Co-Personal Representatives of the estate in unsupervised administration, to administer the same as an intestate

FILED
GARFIELD COUNTY COURT
SEP 5 2023
ROBERTA MESCHKE
CLERK OF THE COUNTY COURT



estate, and Letters shall be issued to the Co-Personal Representatives to serve without bond.

Dated: _September 5_, 20_23_

_[signature]_
Signature of Registrar

_[Garfield County, Nebraska Official Seal]_

Nebraska State Court Form
CC 23:1 New 04/2014
Neb. Ct. R. § 6-1452(C)(4);
Neb. Rev. Stat. § 27-1005

## CERTIFICATE OF AUTHENTICATION

STATE OF NEBRASKA          )
                           ) SS
COUNTY  GARFIELD           )

I, _____Roberta Meschke_____, Clerk Magistrate/Judicial Administrator of the county court of _____GARFIELD_____ County, Nebraska, a court of record, am the custodian of the records of the court and certify the attached to be a true, full and complete copy of the following:

Kenneth E Locker Estate, Garfield County Case ID: PR23-10: Letters of Personal Representative & Registrar's Statement

filed in the county court of _____GARFIELD_____ County, Nebraska. In witness, I have signed my name and affixed the official seal of the court this __13th__ day of __February__ __2024__.

(Seal)

_____[signature]_____
Clerk Magistrate/Judicial Administrator

STATE OF NEBRASKA          )
                           ) SS
COUNTY  GARFIELD           )

I, _____Tami K Schendt_____, a Judge of the county court of _____GARFIELD_____ County, Nebraska, certify that _____Roberta Meschke_____, whose signature appears on the above and foregoing certificates, is and was at the time of signing, Clerk Magistrate/Judicial Administrator, and legally entrusted with the custody of the court's records, that the signature is genuine, and that the attestation is in due form of law.

Witness my hand this __13th__ day of __February__, 20 __24__.

(Seal)

_____[signature]_____
County Judge

CC 23:1 New 04/2014                Page 1 of 2                Certificate of Authentication

STATE OF NEBRASKA         )
                          ) SS
COUNTY GARFIELD           )

I, ____Roberta Meschke____, Clerk Magistrate/Judicial Administrator of the county court of ____GARFIELD____ County, Nebraska certify that the court is a court of record, the above named ____Tami K Schendt____ is a Judge of the court, and that I am well acquainted with the handwriting of the Judge, and know that the signature on this certificate is genuine.

In witness, I have signed my name and affixed the official seal of the court this __13th__ day of __February__ 20_24_.

(Seal)

Clerk Magistrate/Judicial Administrator

CC 23:1 New 04/2014            Page 2 of 2            Certificate of Authentication