IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFFS**

Having considered Plaintiffs' Motion Substitute filed on October 21, 2024, it is hereby ordered that the motion is GRANTED in favor of Plaintiffs and the Estates therein.

**SO ORDERED.**

Dated: _____

_____
Randolph D. Moss
United States District Court Judge