# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                Defendant. | Case No. 1:21-cv-01808-RDM |

**<u>DECLARATION OF DAVID L. BROOM</u>**

      I, David L. Broom, being above 18 years of age and competent to make this declaration, hereby declare that:

      1.      I am an attorney and active member, in good standing, of the bars of Washington State and Idaho. I am currently Senior Counsel at KSB Litigation, P.S., and have been a practicing attorney for more than five years. I received my J.D. from the University of Washington School of Law. A copy of my *curriculum vitae* is attached as Exhibit A.

      2.      I have previously served as a Special Master for the U.S. District Court for the District of Columbia in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835 (JDB) (D.D.C.) and *Peterson v. Islamic Republic of Iran*, No. 01-cv-2094 (RCL) (D.D.C.).

      3.      I understand that the Plaintiffs in the above-captioned case propose that the Court appoint me to serve as a Special Master for the purpose of making recommendations regarding the liability and damages claims of one or more groups of non-bellwether Plaintiffs.

      4.      I submit this declaration in support of Plaintiffs' request that the Court appoint me as a Special Master in the above-captioned case.

1

5. I have reviewed the complaint in this matter, and I do not have a relationship to any of the parties, attorneys, action, or court officers involved, nor do I have any financial or other interest in this matter that would create a conflict of interest.

6. I further affirm that none of the grounds for disqualification of a judge set forth in 28 U.S.C. § 455 apply to me.

7. I understand that, if appointed, I must proceed with all reasonable diligence and that my duties as Special Master would be limited to my authority under Federal Rule of Civil Procedure 53(a), this Court's Administrative Plan, and any orders issued by this Court. Should the Court appoint me as a Special Master, I agree to abide by the Court's orders in performing my duties, including but not limited to preparing and submitting reports to the Court containing my proposed findings of fact and recommendations on the issues of liability and compensatory damages for each Plaintiff assigned to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: October 11, 2024

_____
David L. Broom

# EXHIBIT A

# DAVID L. BROOM RESUME/CV

**Senior Counsel**, KSB Litigation, P.S.; 510 W. Riverside Ave., #300, Spokane, WA 99201

**Work History:** **Associate.** Randall & Danskin, Spokane, Washington, 1966 - 1969. **Development Officer.** Univ. of Washington, Seattle, WA, 1969 - 1972. **Associate and Partner.** Paine, Hamblen, LLP (and predecessor firms), Spokane, Washington, 1972 – 2016; **Managing Partner.** 1992-1997. **CURRENT**, 2016 to date with KSB Litigation, P.S. **Military.** Captain - United States Army, 1963 - 1966.

**Experience:** **Legal.** General civil litigation emphasis commercial; including telecommunications, probate, real estate and fire. Since 1991: Emphasis class action defense. Outside General Counsel, Washington Water Power Co., (now Avista Corporation) 1988-1992. **Community.** Chairman, Spokane Regional Chamber of Commerce, 1997-1998; President, Spokane Symphony Board; President, Spokane Public Radio; President, Inland Northwest Boy Scout Council; President, WAMPUM.

**CURRENT.** Spokane Symphony Endowment Board; UW Law Alumni Engagement Committee.

**Licenses:** Admitted to the Washington State Bar, Idaho State Bar, and United States District Courts in those states.

**ADR Experience and Training:** Various ADR and other mediation/arbitration training; arbitrator for both mandatory and agreed arbitrations.

**Bar Activities**: PAST, Washington State Bar Association (Litigation Section - Chair, 1995); Disciplinary Hearing Officer and member Disciplinary Board; Various other WSBA and Idaho Bar committees.

**Education:** University of Washington (B.A.; J.D.).

## Representative Litigation Experience:

- Class action:
  - "Firestorm"
  - Other major fire cases
  - Attic insulation
  - Landlord/tenant
  - Fair Debt Collection Practices Act
  - Prescription drugs
  - Wages and hours
  - Internet billing abuse

- General litigation:
  - Business/land disputes
  - Shareholder/corporate breakup
  - Major equipment warranty breach
  - 42 USCA 1983 Civil Rights Defense/and Claims
  - Wrongful Termination
  - Personal injury/claims and defenses

**Dated: September 19, 2024**