# Exhibit 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

ROBERT MARTINO, *et al*.,

                Plaintiffs,

        v.

ISLAMIC REPUBLIC OF IRAN,

              Defendant.

</td><td>

Case No. 1:21-cv-01808-RDM

</td></tr>
</table>

### <u>DECLARATION OF BRAD PIGOTT</u>

I, Brad Pigott, being above 18 years of age and competent to make this declaration, hereby declare that:

1.      I am an attorney and member in good standing of the Mississippi bar.  I previously served as the United States Attorney for the Southern District of Mississippi.  I received my J.D. from the University of Virginia School of Law and have been a practicing attorney for more than five years.  A copy of my *curriculum vitae* is attached as Exhibit A.

2.      I have served as a Special Master for the U.S. District Court for the District of Columbia in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835 (JDB) (D.D.C.) and *Amduso v. Republic of Sudan*, No. 08-cv-1361 (JDB) (D.D.C.).

3.      I understand that the Plaintiffs in the above-captioned case propose that the Court appoint me to serve as a Special Master for the purpose of making recommendations regarding the liability and damages claims of one or more groups of non-bellwether Plaintiffs.

4.      I submit this declaration in support of Plaintiffs' request that the Court appoint me as a Special Master in the above-captioned case.

5.      I have reviewed the complaint in this matter, and I do not have a relationship to any of the parties, attorneys, action, or court officers involved, nor do I have any financial or other interest in this matter that would create a conflict of interest.

6.      I further affirm that none of the grounds for disqualification of a judge set forth in 28 U.S.C. § 455 apply to me.

7.      I understand that, if appointed, I must proceed with all reasonable diligence and that my duties as Special Master would be limited to my authority under Federal Rule of Civil Procedure 53(a), this Court's Administrative Plan, and any orders issued by this Court.  Should the Court appoint me as a Special Master, I agree to abide by the Court's orders in performing my duties, including but not limited to preparing and submitting reports to the Court containing my proposed findings of fact and recommendations on the issues of liability and compensatory damages for each Plaintiff assigned to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: ___October 18, 2024___

_DocuSigned by:_
_brad pigott_
EDD3CF860A634F8...

Brad Pigott

# EXHIBIT A

## ***BRAD PIGOTT - PROFESSIONAL BIO***
*(*Pigott Law Firm, P.A. - Jackson, MS. - bpigott@pjlawyers.com - 601-940-1355)

### In the Courtroom:

During forty years of trying both civil and criminal cases before juries, Brad Pigott has litigated complex questions of business fraud, government fraud, torts, and constitutional rights, including during his six years of service (1994-2001) as the Presidentially-appointed United States Attorney for the Southern District of Mississippi.

During the 1980's, ultimately as a partner in Watkins, Ludlam and Stennis, Brad tried numerous cases presenting complex issues of securities fraud, products liability, constitutional rights, and negligence.  In the early 1990's as a partner in the firm of Maxey, Pigott, Wann and Begley, Brad regularly tried cases involving torts, securities broker fraud, and bank fraud.

As United States Attorney, Brad personally tried on behalf of the United States complex criminal fraud cases involving health care fraud and public corruption.  He formed and chaired the Mississippi Health Care Fraud Task Force, the Mississippi Environmental Crimes Task Force, and the Mississippi Civil Rights Working Group.  His national service included active membership on the U.S. Attorney General's Health Care Fraud Advisory Subcommittee.  His work in fighting health care fraud earned him the "Integrity Award" from the Inspector General of HHS, while he received the "Environmental Public Servant Award" from the Mississippi 2020 Network for his prosecutions of corporate polluters.

Over the past two decades, Brad has litigated complex fraud actions against insurance companies, health care companies, financial lending institutions, and other large corporations, with results including a $9.9 million jury verdict against Pre-Paid Legal Services, Inc. and its CEO for marketing fraud, and a $1.17 million jury verdict against Lloyds of London for its wrongful denial of an insurance claim arising out of hurricane damage.

Brad has been active nationally in Taxpayers Against Fraud, Inc., an organization of lawyers and other fraud fighters committed to *qui tam* litigation as an effective force in the fight against fraud. He is an elected Fellow of the Mississippi Bar Foundation, has earned the highest rating ("AV") available under the Martindale-Hubbell peer review process, and has consistently been listed as a general litigation "SuperLawyer" for Mississippi. In 2013, Brad Pigott received the Legal Award from the Mississippi Conference of the NAACP.

### In the Classroom:

Brad, a native of McComb, Mississippi and graduate of its public schools, is a *summa cum laude* graduate of Duke University (A.B., 1976), where he earned Phi Beta Kappa honors, and is a graduate of the University of Virginia School of Law (J.D.,1980).  At Virginia, he served on the Moot Court Board and as a Research Assistant to J. Harvie Wilkinson, later the Chief Judge of the U.S. Court of Appeals for the Fourth Circuit.

### In the Community:

A former Vice Chairman of the Mississippi State Board of Education, Brad has chaired the Mississippi Coalition for Children and Public Education, and has served on the National Board of Parents for Public Schools, and local boards including the Good Samaritan Center, the Mississippi Center for Justice, the Mississippi Research and Development Council, and the Wells UMC Church Council of Ministries. He serves now on the Mississippi Humanities Council, and founded and helps to operate the Poindexter Park After-School Club, Inc., in inner-city Jackson. Brad received the Fannie Lou Hamer Humanitarian Award from the Hamer Institute in 2011, and the Goodman-Chaney-Schwerner Award from the Mississippi NAACP in 2015.