### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT MARTINO, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**DECLARATION OF NICHOLAS REDDICK IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF BENJAMIN ORTON**

I, Nicholas Reddick, do hereby declare as follows:

1.  I am an attorney with the law firm of Willkie Farr & Gallagher LLP, and I am admitted before this Court representing Plaintiffs in the above-captioned matter.

2.  Benjamin Orton is a plaintiff in the above-captioned matter.  Willkie Farr & Gallagher and Sparacino PLLC ("Counsel") have represented Mr. Orton since August 24, 2021.

3.  Upon reasonable belief, Counsel's last communication with Mr. Orton was on April 28, 2023.  Counsel has attempted to contact Mr. Orton to obtain the necessary information required for his declaration which will assist the Court in assessing his damages, but Counsel was unable to reach Mr. Orton.  For additional reasons, vexatious conduct has rendered the representation unreasonably difficult.

4.  As of August 1, 2024, Counsel has a reasonable belief that Mr. Orton does not have access to the home address, email address, or cell phone number Counsel has on file.

5.  On October 17, 2024, Counsel sent Mr. Orton a letter to his last known mailing address.  Counsel requested that Mr. Orton contact Counsel within thirty days, and advised that

should he not respond, Counsel would withdraw representation of Mr. Orton in this case due to lack of cooperation.

6. On November 19, 2024, Counsel was advised that Mr. Orton received the October 17, 2024 letter on October 22, 2024.

7. As of November 25, 2024, Counsel has not received any response from Mr. Orton.

8. Counsel cannot provide further information regarding the lack of communication and cooperation with Mr. Orton due to Mr. Orton's attorney-client privilege and Counsel's obligation to maintain client confidentiality.  Counsel is willing to provide further explanation to the Court under seal or *in camera* should the Court so request.

9. Nevertheless, Counsel believes that withdrawal of representation is proper given Mr. Orton's failure to fulfill his obligation to remain in contact with Counsel and to cooperate with Counsel in connection with the representation, and his vexatious conduct that has rendered representation unreasonably difficult.

10. Moreover, Counsel believes in good faith that the tribunal would find the existence of other good cause for withdrawal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 25, 2024                    Respectfully submitted,

*/s/  Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin C. Ringger (D.C. Bar No. 1044160)
Logan Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No.503235)
Sparacino PLLC
1920 L Street, N.W., Suite 835
Washington, DC 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*