IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

### [PROPOSED] ORDER

Upon consideration of the Motion of Willkie Farr & Gallagher LLP and Sparacino PLLC to Withdraw as Counsel for Plaintiff Benjamin Orton, it is hereby **ORDERED** that the Motion is **GRANTED.**

**SO ORDERED** this _____ day of _____, 2024.

_____
Hon. Randolph D. Moss
United States District Judge

- 1 -