IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2024, I electronically filed *Plaintiffs' Motion to Withdraw as Counsel of Record for Plaintiff Benjamin Orton* and the *Declaration of Nicholas Reddick in Support of Plaintiffs' Motion to Withdraw as Counsel of Record for Plaintiff Benjamin Orton* (collectively, the "Withdrawal Filings") with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record. In accordance with Local Civil Rule 83.6(c), I have served Plaintiff Benjamin Orton at his last known address, which does not appear on the public docket, with the Withdrawal Filings and a notice advising Mr. Orton to obtain other counsel or, if he intends to conduct the case *pro se* or objects to the withdrawal, to notify the Clerk in writing within seven days of service of this motion.

                                                      */s/ Nicholas Reddick*
                                                      Nicholas Reddick