**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Case No. 1:21-cv-01808-RDM |

**NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFFS**
**BARBARA BENARD AND JAMES BENARD JR.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Barbara Benard (FAC ¶ 263, Dkt. 15) and John Benard Jr.[1] (FAC ¶ 264, Dkt. 15), by and through the undersigned counsel, hereby voluntarily dismiss without prejudice all of their claims in the above-captioned action against Defendant Islamic Republic of Iran. This dismissal is only on behalf of Ms. Benard and Mr. Benard. The remaining Plaintiffs preserve and maintain all of their claims asserted.

Dated: December 27, 2024

                                         Respectfully submitted,

                                         */s/ Nicholas Reddick*

                                         Nicholas Reddick (D.C. Bar No. 1670683)
                                         Willkie Farr & Gallagher LLP
                                         333 Bush Street
                                         San Francisco, CA 94104
                                         Tel: (415) 858-7400
                                         Fax: (415) 858-7599
                                         NReddick@willkie.com

---

[1] Due to an administrative error, Mr. Benard Jr. is listed on the *Martino* docket as "John Bernard Jr."

- 2 -

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin C. Ringger (D.C. Bar No. 1044160)
Logan Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of December, 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such

filing to all counsel of record.


<u>*/s/ Nicholas Reddick*</u>
Nicholas Reddick