IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER AMENDING CAPTION AND SUBSTITUTING PLAINTIFFS**

Upon consideration of Plaintiffs' Motion to Amend Caption and Substitute Plaintiffs, it is hereby ORDERED that the motion is GRANTED. It is furthered ORDERED that: (1) Rebekah Myers shall be substituted as the real party in interest for Imojean Myers as parent and next friend of minor R.M.; (2) Imojean Myers shall remain a Plaintiff individually; (3) Gladys Hall shall be substituted as the real party in interest for Xiomara Hall as parent and next friend of minor G.H.; (4) Xiomara Hall shall remain a Plaintiff individually; (4) Leon Johnson Jr. shall be substituted as the real party in interest for Shalonda Johnson as parent and next friend of minor L.J.; (5) Shalonda Johnson shall remain a Plaintiff individually; (6) Melody Olson shall be substituted as the real party in interest for Kevin Harrington as guardian and next friend of minor M.O.; and (7) Conner Young shall be substituted as the real party in interest for Dana Young as parent and next friend of C.Y. The Clerk of the Court is directed to amend the docket to reflect these substitutions. Plaintiffs are not required to re-serve the Complaint on Defendant Islamic Republic of Iran as a result of the above substitutions.

**SO ORDERED.**

Dated: _____          _____
                                  Randolph D. Moss
                                  United States District Court Judge