IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER AMENDING CAPTION**

Upon consideration of Plaintiffs' Motion to Amend Caption, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the caption of this case shall be amended from Conner Young to Conner Walker to reflect Conner Walker's correct legal name. The Clerk of the Court is directed to amend the docket to reflect this correction. Plaintiffs are not required to re-serve the Complaint on Defendant Islamic Republic of Iran as a result of the above amendment.

**SO ORDERED.**

Dated: _____                    _____
                                          Randolph D. Moss
                                          United States District Court Judge