IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　Defendant. | Case No. 1:21-cv-01808-RDM |

**SUGGESTIONS OF DEATH AS TO PLAINTIFFS BARBARA SABA, NATHAN STRONG, AND ALFRED PALIWODA**

Plaintiffs, by their undersigned counsel, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the deaths of named plaintiffs Barbara Saba (First Amended Complaint ("FAC"), Dkt. 15 ¶ 1643), on or about December 19, 2021; Nathan Strong (FAC ¶ 1815), on or about January 6, 2024; and Alfred Paliwoda (FAC ¶ 1447), on or about September 11, 2024.

\*   \*   \*

Dated: March 4, 2025

                                              Respectfully submitted,

                                              */s/ Nicholas Reddick*

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Logan R. Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, DC 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this XXth day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Nicholas Reddick*
Nicholas Reddick
