# Exhibit 1

Filed: 01/09/2025 09:11:36
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Stachowicz, Kim

P. Rick Tuha (ISB# 6693)
Hala L. Afu (ISB# 9698)
IDAHO LAW GROUP
1006 W. Sanetta St.
Nampa, Idaho 83651
Telephone: (208) 442-1540
Facsimile: (208) 608-5151
Efile: anali@idaholawgroup.com
Attorneys for Petitioner, Mary Ellen Saba

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA
MAGISTRATE DIVISION

| | |
|---|---|
| In the Matter of the Estate of<br><br>Barbara C. Saba,<br><br>Deceased. | Case No.  CV01-24-18920<br><br>ORDER OF FORMAL ADJUDICATION OF INTESTACY AND APPOINTMENT OF PERSONAL REPRESENTATIVE<br>(I.C. 15-3-401, et seq.) |

Upon consideration of the Petition for Formal Adjudication of Intestacy and Formal Appointment of Personal Representative filed by Mary Ellen Saba, the Court finds that:

1. The required notice has been given or waived.

2. The proceeding was commenced within the time period provided by law.

3. The Decedent died on 12/19/2021, domiciled in ADA County, Idaho.

4. Venue is proper.

5. The decedent left no will.

6. Mary Ellen Saba is entitled to appointment as the personal representative of the decedent's estate to act without bond.

7. The heirs of the decedent are as follows:

| NAME | ADDRESS | RELATIONSHIP |
|---|---|---|
| Mary Ellen Saba | 103 Lakshman Trail<br>Dover, Delaware 19904 | Daughter |
| Anthony Saba Sr. | 2510 E. Mendota Drive<br>Boise, Idaho 83716 | Spouse |
| Anthony Saba Jr. | 6113 S. Snapdragon Place<br>Boise, Idaho 83716 | Son |
| Laura Saba | 3846 Sherwood Road<br>Moravia, New York 13118 | Daughter |

NOW, THEREFORE, IT IS HEREBY ORDERED AND DECREED THAT:

1. The Court hereby determines that the decedent died intestate.

2. Mary Ellen Saba is hereby formally appointed as the personal representative of the estate of the decedent to act without bond.

3. Upon qualification and acceptance, letters of administration shall be issued.

4. Any previous informal appointment of personal representative is hereby terminated.

DATED: 1/9/2025 9:08:16 AM

_____
MAGISTRATE JUDGE FAFA ALIDJANI



STATE OF IDAHO } ss
COUNTY OF ADA

I, TRENT TRIPPLE, Clerk of the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, do hereby certify that the foregoing is a true and correct copy of the original filed in the above entitled action. As witness I have set my hand and affixed my official seal.

DATED 1/9/2025 9:25:44 AM

TRENT TRIPPLE, Clerk of the District Court
By Kim Stachowicz
   Deputy

ORDER OF FORMAL ADJUDICATION OF INTESTACY AND APPOINTMENT OF PERSONAL REPRESENTATIVE                    -2

CLERK'S CERTIFICATE OF SERVICE

**1/9/2025 9:11:26 AM**

I certify that on the ____ day of _____, 2025, I caused a true and correct copy of this entire document to be served on the following parties, by the method indicated below:

| | |
|---|---|
| P. Rick Tuha<br>Hala L. Afu<br>Idaho Law Group<br>1006 W Sanetta St.<br>Nampa, ID 83651<br>Facsimile: (208) 608-5151<br>anali@idaholawgroup.com | _____ E-file<br>__X__ Email<br>_____ US Mail<br>_____ Facsimile |
| Megan T. Mignella<br>Jones Williams Fuhrman Gourley, P.A.<br>225 North 9th Street, Suite 820<br>Post Office Box 1097<br>Boise, Idaho 83701<br>Facsimile: (208) 331-1529<br>Efile: mmignella@idalaw.com | _____ E-file<br>__X__ Email<br>_____ US Mail<br>_____ Facsimile |

_Kim Stachowicy_
Deputy Clerk

ORDER OF FORMAL ADJUDICATION OF INTESTACY AND APPOINTMENT OF PERSONAL REPRESENTATIVE -3