# Exhibit 2

**VERMONT SUPERIOR COURT**  
Orleans Unit  
247 Main Street  
Newport, VT 05855  
802-334-3305  
www.vermontjudiciary.org



**PROBATE DIVISION**  
Case No. 25-PR-00869

| Estate of: Nathan Strong |
|---|

## LETTERS OF GENERAL ADMINISTRATION
### (Small Estate)

TO: All Interested Persons:

The following persons has been appointed as:

☐ Co - Administrator  ☐ Successor Administrator  
☒ Executor(s)  ☐ c.t.a. [cum testament annexo, "with Will annexed"]  
☐ Administrator(s)  ☐ d.b.n. [de bonis non "of assets not (previously administered)"]

**Name:**  
Victoria Murano Strong

**Address:**  
1367 Creek Road  Albany, VT  05845

☒ A Last Will and Testament dated April 1, 2002 has been admitted for probate.

☐ No Will has been admitted for probate.

This estate shall be considered a small estate.

This Court appoints you to administer the estate. You shall administer the estate according to the Will and Codicil(s), if any, and the laws of the State of Vermont and the Rules of Probate Procedure:

1) Within 60 days after the issuance of these letters, and at any time thereafter if deemed necessary by you, you shall confirm, correct, or supplement the inventory filed with the petition.
2) If it appears from the record that the estate is insolvent, you shall apply for an order of dividend from the court. If the estate is not insolvent, you shall make payment in settlement with all known or reasonably ascertainable creditors, including payment of income taxes due for the year of the decedent's death, and pay any remaining balance to the beneficiaries of the estate as provided by the will, if any, or as otherwise provided by law.
3) Upon completion of the payments required in item 2), you shall file with the court a sworn statement setting forth the amounts and recipients of each payment.
4) These Letters are effective for one year from the date of issuance. The Court may extend the one-year duration upon motion for good cause shown.

Electronically signed on 2/13/2025 1:33 PM pursuant to V.R.E.F. 9(d)

_Angela M Ross_  
**Angela Ross**  
Probate Judge