# Exhibit 3

DECREE GRANTING
ADMINISTRATION OR
PROBATE OF WILL
PC-260 REV. 07/20

**STATE OF CONNECTICUT**

**COURT OF PROBATE**

**COURT OF PROBATE, Simsbury Regional Probate Court**

**DISTRICT NO. PD09**

ESTATE OF

Alfred H Paliwoda, late of Avon, AKA Alfred Hans Paliwoda   (24-00584)  DECEASED

| FIDUCIARY'S NAME AND ADDRESS | POSITION OF TRUST |
|---|---|
| Mary Paliwoda, 32 Gray Pine Common, Avon, CT 06001 | Executor |

On the petition for the admission to probate of an instrument in writing purporting to be the last will and testament of the deceased dated July 11, 2023,  and the issuance of letters testamentary, as of record appears.

PRESIDING JUDGE: Hon. David C. Shepard

After due hearing, THE COURT FINDS THAT:
The above-named decedent died on the following date September 11, 2024, domiciled at the time of death at 32 Gray Pine Common, Avon, CT 06001 and having estate whereof administration appertains to this court, and administration of the estate ought to be granted.

All persons interested in the proceedings have signed and filed in court a written waiver of notice of hearing on the petition.

The fiduciary named above has accepted the position of trust designated above, and

The fiduciary is excused by the will from giving probate bond or is a bank or trust company duly qualified according to law.

And it is ORDERED AND DECREED that:

The will (*and codicils, if any*) is duly proved, and the same is approved and admitted to probate as the LAST WILL AND TESTAMENT of the deceased, and the fiduciary named above is approved, and letters testamentary are hereby issued to the fiduciary.

Within two months from the date hereof, the fiduciary shall file a true and complete inventory of all property of the estate of the deceased.

Within six months from the decedent's date of death, the fiduciary shall file the Connecticut Estate Tax Return.

The fiduciary is allowed 12 months within which to settle the estate.

All claims against the above estate be presented pursuant to the provisions of C.G.S. Ch. 802b, Part VII.

*Notice of this decree be sent by the judge/clerk not more than 10 days from the date hereof.*

Dated at Simsbury, Connecticut, on November 22, 2024.

David C. Shepard, Judge

PC-260 Page 1 of 2

DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL

DECREE GRANTING
ADMINISTRATION OR
PROBATE OF WILL
PC-260 REV. 07/20

**STATE OF CONNECTICUT**

**COURT OF PROBATE**

**COURT OF PROBATE, Simsbury Regional Probate Court**

**DISTRICT NO. PD09**

ESTATE OF

Alfred H Paliwoda, late of Avon, AKA Alfred Hans Paliwoda   (24-00584)  DECEASED

---

## CERTIFICATION

The undersigned hereby certifies that a copy of the above decree was sent on 11/25/24 to the following as provided in the Probate Court Rules of procedure, section 8.2:

**Name and Address**
Mary Paliwoda, 32 Gray Pine Common, Avon, CT 06001
AMEE JAMES LUNN (attorney for Mary Paliwoda), LAW OFFICE OF AMEE J. LUNN, LLC, 26 BROADWAY, NORTH HAVEN, CT 06473 (by eService)
Allison Csoka, 15 Evergreen Trail, Farmington, CT 06032
The Paliwoda Family Revocable Trust

William Cavanaugh, Assistant Clerk

As used in this decree, the word *fiduciary* includes the plural, where the context so requires.

PC-260 Page 2 of 2

DECREE GRANTING ADMINISTRATION OR PROBATE OF WILL

| FIDUCIARY'S PROBATE CERTIFICATE<br>PC-450 REV. 7/15 | STATE OF CONNECTICUT<br>COURT OF PROBATE | |
|---|---|---|
| **COURT OF PROBATE, Simsbury Regional Probate Court** | **DISTRICT NO. PD09** | |
| ESTATE OF/IN THE MATTER OF<br><br>Alfred H Paliwoda, late of Avon, AKA Alfred Hans Paliwoda  (24-00584) | | DATE OF CERTIFICATE<br><br>November 22, 2024 |
| FIDUCIARY'S NAME AND ADDRESS<br><br>Mary Paliwoda, 32 Gray Pine Common, Avon, CT 06001 | FIDUCIARY'S POSITION OF TRUST<br><br>Executor | DATE OF APPOINTMENT<br><br>November 22, 2024 |

*The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary because the appointment is unrevoked and in full force as of the above date of certificate.*

**This certificate is valid for one year from the date of the certificate.**

*Other limitation, if any, on the above certificate:*

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the above date of certificate.

*William Cavanaugh*

William Cavanaugh, Assistant Clerk

**Court
Seal**

# NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED