IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>            Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFFS**

Having considered Plaintiffs' Motion Substitute filed on March 4, 2025, it is hereby ordered that the motion is GRANTED in favor of the Plaintiffs and the Estates therein. Plaintiffs are not required to re-serve the Complaint on Defendant Islamic Republic of Iran as a result of the substitutions therein.

**SO ORDERED.**

Dated: _____          _____
                                                                    Randolph D. Moss
                                                                    United States District Court Judge