# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Case No. 21-1808 (RDM) |

### SPECIAL MASTER STEPHEN A. SALTZBURG'S VOUCHER

On September 30, 2024, the Court entered an Order adopting an Administrative Plan to govern Special Masters appointed by the Court to recommend damage awards for Bellwether Plaintiffs. Dkt. 56.[1] Part 6 of the Order instructed Special Masters on how to claim compensation for their work:

> To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher.

On October 9, 2024, the Court entered the following minute order appointing me as Special Master:

> 10/09/2024: MINUTE ORDER: Upon consideration of Plaintiffs' Motion to Appoint Special Master for Administration of Damages Proceedings Concerning Bellwether Plaintiffs, Dkt. 58 , it is hereby ORDERED that Plaintiffs' Motion is GRANTED. It is further ORDERED that, pursuant to its authority to appoint a Special Master "to hear damages claims brought under" 28 U.S.C. § 1605A(e), and upon consideration of Stephen A. Saltzburg's declaration attached as Exhibit 1 to

---

[1] Unless otherwise specified, citations to "Dkt." Are to the docket entries in *Martino v. Islamic Republic of Iran*, No. 21-1808.

Plaintiffs' Motion, Stephen A. Saltzburg is hereby APPOINTED Special Master for the purpose of assisting this Court with the determination of compensatory damages awards for the Bellwether Plaintiffs, in accordance with the Court's previous Order adopting an Administrative Plan to govern further proceedings as to the review of evidence and determination of compensatory damages for the Bellwether Plaintiffs and the Additional Bellwether Plaintiffs associated with the Bellwether Attacks. Dkt. 56 . Signed by Judge Randolph D. Moss on 10/9/2024. (lcrdm3) (Entered: 10/09/2024)

Pursuant to the Administrative Plan, I submit this Voucher setting forth the hours worked and the claimed compensation. The total amount sought is $16,900, which constitutes 11 full days at $1,300 and four half days at $650.

Date:   February 28, 2025                     Respectfully submitted,

                                              /s/Stephen A. Saltzburg


**VERIFICATION PURSUANT TO LOCAL CIVIL RULE LCVR 5.1(B)(1)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on February 28, 2025                 /s/Stephen A. Saltzburg

## Bellwether Plaintiffs Timecard

Special Master Stephen A. Saltzburg

| Date | Full or Half Day | Work Performed | Fee |
|---|---|---|---|
| 10/10/2024 | Full | Review Court's Ruling on Plaintiffs' Motion for Default Judgment, DKT 55; DKT 56, Appointment Order and Administrative Plan; *Han Kim v. Democratic People's Republic of Korea*, 774 F.3d 1044, 1048 (D.C. Cir. 2014) (alterations accepted) (citations omitted); *Owens v. Republic of Sudan*, 864 F.3d 751, 785 (D.C. Cir. 2017), vacated and remanded on other grounds by Opati v. Republic of Sudan, 140 S. Ct. 1601 (2020); *Bluth v. Islamic Republic of Iran*, 203 F. Supp. 3d 1, 20-21 (D.D.C. 2016) (quoting *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 76-77 (D.D.C. 2010)); ." *Estate of Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 26 (D.D.C. 2009) (quoting Restatement (Second) of Torts § 46(1)); *Cabrera v. Islamic Republic of* Iran, 2022 WL 2817730 (D.D.C. Jul. 19, 2022) [*Cabrera I*]; *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 22 (D.D.C. 2009); *Estate of Hirshfeld v. Islamic Republic of Iran*, 330 F. Supp. 3d 107, 140 (D.D.C. 2018); *Selig v. Islamic Republic of Iran*, 2021 WL 5446870, at *12 (D.D.C. Nov. 22, 2021); *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105, 115 n.12 (D.D.C. 2005); *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 379, 401 (D.D.C. 2015); *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018); *Moradi v. Islamic Republic of Iran*, 77 F. Supp. 3d 57, 70 (D.D.C. 2015); *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25 (D.D.C. 2007)<br><br>(4.5 hours) | $1300 |
| 10/11/2024 | Full | Review *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010); *Cabrera I* at 50, 55; *Cabrera v. Islamic Republic of* Iran,, 2024 WL 3225942 (D.D.C. June 28, 2024) (*Cabrera IV)*, at *11, 12, 13; *Cabrera v. Islamic Republic of Iran,* 2024 WL 864092 Feb. 29, 2024) (*Cabrera II*), at *8; *Cabrera IV* at *12-13; *Ewan v. Islamic Republic of Iran*, 466 F. Supp. 3d 236, 250 (D.D.C. 2020) (quoting *Khaliq v. Republic of Sudan*, 33 F. Supp. 3d 29, 34 (D.D.C. 2014); *Forman v. Korean Air Lines Co.*, 84 F.3d 446 (D.C. Cir. 1996); July 7, 2004, Saladin Province, Attack by AAI and Solatium Claim of Rita Blodgett | $1300 |

| | | | |
|---|---|---|---|
| | | (Mother) with Exhibits 33 and 34; *Oveissi v. Islamic Republic of Iran,* 768 F. Supp. 2d 16, 29-30 D.D.C. 2011 (*Oveissi I*); *Wultz [v. Islalmic Republic of Iran]*, 864 F. Supp. 2d [24 (2012)] at 40; April 28, 2005 IED Attack in Nineveh Province by Zarqawi and Solatium Claims of Christina Marie Linden (Widow) with Exhibits 39 and 40, and Jason Loyis Rockholt (Brother) with Exhibits 41 and 42; *Estate of Brown v. Islamic Republic of Iran,* 872 F. Supp. 2d 37, 43-44 (D.D.C. 2018); *Bernhardt v. Islamic Republic of Iran*, 2023 WL 2598677, at *16; *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 83 (D.D.C. 2011); August 21, 2005 IED Attack in Al Anbar Province by the Zarqawi Organization and Economic Loss and Pain and Suffering Claims of Sgt. Adam Kisielewski (Self) with Exhibits 5 and 44; *Force v. Islamic Republic of Iran*, 617 F. Supp. 3d 20, 33 (D.D.C. 2022); *Bernhardt v. Islamic Republic of Iran*, 2023 WL 2598677, at *16; *Taitt v.Islamic Republic of Iran,* 2023 WL 2536518 (D.D.C. 2023), at *9; *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229 (D.D.C. 2006); *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26 (D.D.C. 2011) ("*Oveissi I*"); *Valore,* 700 F. Supp. 2d at 84; *Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 36 (D.D.C. 2022); *Cabrera I* at *30, 45; *Taitt*, 2023 WL 2536518, at *10; *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019); *Schwartz v. Islamic Republic of Iran*, 2022 WL 1567358, at *3 (D.D.C. May 18, 128 2022); *Harrison v. Republic of Sudan*, 882 F. Supp. 2d 23, 48 (D.D.C. 2012); *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB, 2023 WL 3496303, at *8 (D.D.C. May 16, 2023) ("*Cabrera II*")<br><br>(4.5 hours) | |
| 10/12/2024 | Full | Review June 9, 2006 IED Attack in Al Anbar Province by the Zarqawi Organization and Solatium Claim of     Rita Ann Zoucha (Mother) and Exhibits 37 and 38; *Thuneibat v. Syrian Arab Republic*, 167 F. Supp. 3d 22, 52 (D.D.C. 2016); *Bernhardt*, 2023 WL 2598677, at *16; February 8, 2007 IED Attack in Al Anbar Province by the Zarqawi Organization and Solatium Claim of Brandon Lee Clevenger (Brother) with Exhibits 53 and 54; February 11, 2007 IED Attack in Al Anbar Province by the Zarqawi Organization and Solatium Claims of Roger Michael Kurtz (Father) with Exhibits 55 and 56 and Stephanie Joy Kurtz (Sister) with Exhibits 58 and 58; *Lelchook v. Syrian Arab Republic*, 2019 WL 4673849 (D.D.C. 2019), at *6; March | $1300 |

| | | | |
|---|---|---|---|
| | | 5, 2007 IED Attack in Saladin Province by the Zarqawi Organization and Solatium Claim of Norma Estes (Half-Sister) with Exhibits 61 and 62; *Valore*, 700 F. Supp. 2d at 86; *Oveissi I*, 768 F. Supp. 2d at 27, 29-30<br><br>(4.3 hours) | |
| 10/13/2024 | Full | Review April 7, 2007 IED Attack in Diyala Province by the Zarqawi Organization and Solatium Claim of Patricia Grassbaugh (Mother) with Exhibits 63 and 64; May 28, 2007 IED Attack in Diyala Province by the Zarqawi Organization and Solatium Claim of Michael Summers (Brother) with Exhibits 65 and 66; *Flanagan*, 87 F. Supp. 3d at 118; *Brown*, 872 F. Supp. 2d at 43-44; *Lelchook*, 2019 WL 4673849, at *6; *Oveissi*, 768 F. Supp. 2d at 29-30; *Valore*, 700 F. Supp.2d at 86; W.A. II, 2020 WL 7869218, at *17-18; Solatium Claim of Nanette West with Exhibits 67 and 68; *Oveissi I*, 768 F. Supp. 2d at 29-30; *Valore*, 700 F. Supp.2d at 86); W.A. II, 2020 WL 7869218, at *17-18; October 14, 2007 IED Attack in Baghdad by the Zarqawi Organization and Solatium Claim of Patty Jett (Mother) with Exhibits 75 and 76; October 24, 2007 IED Attack in Saladin Province by the Zarqawi Organization and Solatium Claim of Sheila Towns (Widow) with Exhibits 77 and 78; Begin January 9, 2008 IED Attack in Diyala Province by the Zarqawi Organization and solatium claims of Martha Cabe with Exhibits 79 and 80, Sarah Lambert with Exhibits 81 and 82, and Duane Pionk with Exhibits 83 and 84<br><br>(4.5 hours) | $1300 |
| 10/14/2024 | Full | Complete Review of January 9, 2008 IED Attack in Diyala Province by the Zarqawi Organization and solatium claims of Martha Cabe with Exhibits 79 and 80, Sarah Lambert with Exhibits 81 and 82, and Duane Pionk with Exhibits 83 and 84; April 9, 2004 Attack in Baghdad by the Zarqawi Organization and Solatium Claims of Jonathan Krause (Son). with Exhibits 17 and 18, Gerald Krause (Brother) with Exhibits 19 and 20, Lisa Kaufman (Daughter) with Exhibits 13 and 14, Alexandria Parks (Stepdaughter) with Exhibits 15 and 16, Felicia Bell Carter (Sister) with Exhibits 9 and 10, and Michael Bell (Brother) with Exhibits 11 and 12; Begin Review of April 11, 2004 Attack in Babil Province by the Zarqawi Organization and Solatium Claims | $1300 |

- 5 -

| | | of Milissa Wojtowicz (Daughter) and Exhibits 21 and 22, and Virginia Maitland (Daughter) with Exhibits 23 and 24<br><br>(4.75 hours) | |
|---|---|---|---|
| 10/15/2024 | Full | Complete Review of April 11, 2004 Attack in Babil Province by the Zarqawi Organization and Solatium Claims of Milissa Wojtowicz (Daughter) and Exhibits 21 and 22, and Virginia Maitland (Daughter) with Exhibits 23 and 24; June 12, 2007 Attack in Diyala Province by the Zarqawi Organization and Solatium Claims of Ashley LeGrand Rawlings (Widow) with Exhibits 71 and 72, and K.L., a Minor with. Exhibits 73 and 74; *Foley v. Syrian Arab Republic*, 281 F. Supp. 3d 153, 155-57 (D.D.C. 2017); *W.A.*, 2020 WL 7869218, at *16; *Higgins*, 2000 WL 33674311, at *9; *Cabrera IV*, 2024 WL 3225942, at *11<br><br>(4.2 hours) | $1300 |
| 10/16/2024 | Full | January 28, 2008 Complex Attack in Nineveh Province by the Zarqawi Organization and AAI and Solatium Claims of Kelly Inman (Sister) with Exhibits 85 and 86, Natalie Jackson (Widow) with Exhibits 87 and 88, Andrew Marshall (Father) with Exhibits 89 and 90, Sheila Marshall (Mother) with Exhibits 91 and 92, and Brandi Yanez (Sister) with Exhibits 93 and 94; *Flanagan*, 87 F. Supp. 3d at 118; *Bernhardt*, 2023 WL 2598677, at *16; *Lelchook*, 2019 WL 4673849, at *6; *Higgins*, 2000 WL 33674311, at *9; May 14, 2004 Suicide Attack in Saladin Province by AAI and Solatium Claim of Tara Roberts (Daughter) with Exhibits 29 and 30; October 14, 2004 Suicide Attack in Baghad by the Zarqawi Organizations and Solatium Claim of Jacob Kosky (Stepson) with Exhibits 35 and 36<br><br>(4.2 hours) | $1300 |
| 10/17/2024 | Full | Review December 21, 2004 Suicide Attack in Nineveh Province by AAI and Solatium Claim of Nancy Poulin (Sister) with Exhibits 37 and 38; December 9, 2005 Suicide Attack in Baghdad by the Zarqawi Organization and Solatium Clcaim of Noe Orosco, Sr. (Father)with Exhibits 45 and 46; April 10, 2009 Suicide Attack in Nineveh Province by the Zarqawi Organization and Solatium Claims of Josef Pautsch(Brother) with Exhibits 95 and 96, and Becky Johnson (Mother) with Exhibits 97 and 98; January 20, 2007 January 20, 2007 Small Arms, Rocket-Propelled Grenade, and Anti-Aircraft Attack in Diyala Province by | $1300 |

|  |  | the Zarqawi Organization and Solatium Claims of Marla Van Cannon (Sister) with Exhibis 49 and 50, and Michael Van Cannon (Brother) with Exhibits 51 and 52<br><br>(4.5 hours) |  |
|---|---|---|---|
| 10/18/2024 | Full | April 24, 2004 Indirect Fire Attack in Baghdad by AAI and Solatium Claims of Cheryl Felder Stuart (Mother) with Exhibits 25 and 26, and Manaser Orton (Adopted Son) with Exhibits 27 and 28; May 25, 2004 Indirect Fire Attack in Babil Province by the Zarqawi Organization and Solatium Claim of Alan Bean, Sr. (Father) with Exhibits 31 and 32; Begin Drafting Report and Recommendations<br><br>(4.2 hours) | $1300 |
| 10/19/2024 | Full | Continue Drafting Report and Recommendations<br><br>(4.1 hours) | $1,300 |
| 10/20/2024 | Half | Prepare Table of Contents and Table of Authorities and Format<br><br>(2 hours) | $650 |
| 10/22/2024 | Half | At Plaintiffs' Request, Review the Solatium Award for Rita Blodgett and the cases relied Upon; Draft Substituted Portion of Special Master's Report and Recommendations and E-mail to Plaintiffs' Counsel<br><br>(2 hours) | $650 |
| 10/23/2024 | Full | At Plaintiffs' Suggestion, Review My Prior Reports and Recommendations and Rulings by Judges Mehta and Lamberth; Review Special Master's Report and Recommendations, *Lee*, No, 19-cv-830 (D.D.C. April 11, 2022), ECF No. 59 at 11-12; *Lee*, 2023 WL 4891534, at *2 (D.D.C. June 29, 2023); *Stearns v. Islamic Republic of Iran*, No. 17-cv-131 (D.D.C. 2023); Special Master's Reports and Recommendations Regarding Damages, *Stearns*, ECF Nos. 74, at 14; 111, at 23; 112, at 36, 39; 113, at 25, 32, 44; 114, at 16, 19; 128, at 23, 24; Orders and Judgments, *Stearns*, ECF Nos. 70, 102, 104, 106, 108, 130; Draft Second Substitution in Special Master's Report and Recommendations and E-mail to Plaintiffs' Counsel<br><br>(4.2 hours) | $1300 |

| 10/28/2024 | Half | Review Plaintiffs' Redline and Clean Versions of Special Master's Report and Recommendations for 45 Bellwether Plaintiffs<br><br>(2 hours) | $650 |
|---|---|---|---|
| 10/29/2024 | Half | Final Proofread of Special Master's Report and Recommendations for 45 Bellwether Plaintiffs; Email to Plaintiffs' Counsel<br><br>(1.5 hours) | $650 |

**Total Days:**    **11 full days @ $1,300: $14,300**

              **4 half days @ $650: $2,600**

**Total Compensation: $16,900**