# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>                    Plaintiffs,<br><br>           v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendant. | Case No. 21-1808 (RDM) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG REGARDING REPORT AND RECOMMENDATIONS FOR BELLWETHER PLAINTIFFS

Upon consideration of Plaintiffs' motion for payment of Special Master Stephen A. Saltzburg, who provided the Court with a Report and Recommendations on compensatory damages for the Bellwether Plaintiffs, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Payment of Special Master Regarding Bellwether Plaintiffs is **GRANTED**; it is further

**ORDERED** that the appointed Special Master shall be authorized payment of $16,900, for fees and reasonable business expenses from funds available under Section 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

2. Plaintiffs' Motion for Payment of Special Master Regarding Bellwether Plaintiffs, including the supporting Exhibit A, the Special Master's voucher and supporting documents; and

3. The Court's Order Adopting Administrative Plan Concerning Special Masters, Dkt. 56, and the Order Appointing Special Master Stephen A. Saltzburg, Min. Order (Oct. 9, 2024); and it is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with OVC and that, upon receipt of funds, the Clerk shall promptly disburse them to the appointed Special Master at his provided addresses.

**SO ORDERED.**

Dated: _____          _____
                            HON. RANDOLPH D. MOSS
                            UNITED STATES DISTRICT JUDGE