IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>      Defendant. | Case No. 1:21-cv-01808-RDM |

**PLAINTIFFS' STATUS REPORT REGARDING TRANCHE 1 CLAIMS**

Pursuant to the Court's March 14, 2025 Minute Order, Plaintiffs submit this status report regarding their forthcoming submissions of the Tranche 1 plaintiffs' claims.

Plaintiffs are American servicemembers or family members of servicemembers and civilians who were killed or injured in terrorist attacks in Iraq between 2003 and 2017. Plaintiffs brought suit against the Islamic Republic of Iran in 2021 under the terrorism exception to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

On August 16, 2023, the Court entered a case management order authorizing Plaintiffs to file a motion for default judgment concerning certain bellwether attacks and bellwether plaintiffs (the "Bellwether Motion") and to then make written submissions presenting the non-bellwether plaintiffs' claims to Special Masters in two tranches. *See* Aug. 16, 2023 Min. Order. Plaintiffs filed the Bellwether Motion on November 30, 2023. Dkt. Nos. 38, 41. On September 30, 2024, the Court granted the Bellwether Motion as to Iran's liability for the bellwether attacks and subsequently referred the bellwether plaintiffs' damages claims to Special Master Stephen A. Saltzburg. Dkt. Nos. 55, 56; Oct. 9, 2024 Min. Order. On February 25, 2025, the Court issued a

memorandum opinion and order adopting Special Master Saltzburg's recommendations and entering judgment in favor of the bellwether plaintiffs. Dkt. Nos. 71, 72, 78.

The Court previously appointed Deborah E. Greenspan as Special Master to assess the damages claims of additional plaintiffs' whose injuries were caused by the bellwether attacks. Dkt. 56. On March 14, 2025, Special Master Greenspan filed her report and recommendation regarding compensatory damages for 49 additional bellwether plaintiffs. Dkt. 80.

Pursuant to the Court's October 30, 2024 Order appointing additional Special Masters and adopting an administrative plan to govern the non-bellwether proceedings, Dkt. No. 64, Plaintiffs have begun making evidentiary submissions concerning the non-bellwether Tranche 1 attacks and plaintiffs to the appointed Special Masters. Plaintiffs have divided the Tranche 1 attacks into five groups based upon the regions of Iraq in which they occurred, such that the Special Masters will provide the Court with five Tranche 1 reports. Plaintiffs intend to file the Special Masters' reports on a rolling basis as they are completed. The timing of each submission and filing and the total numbers of attacks and plaintiffs to be included in each report will remain subject to minor revision as Plaintiffs' counsel continue to conduct outreach and finalize declarations with the Tranche 1 plaintiffs. Plaintiffs estimate that their submissions and the Special Master's reports will completed on the following timeline:

(1) <u>Fallujah</u> (16 attacks and 54 plaintiffs): Plaintiffs filed Special Master Saltzburg's report and recommendation on liability and damages for 53 of the Tranche 1 Fallujah plaintiffs on February 26, 2025.[1] Dkt. 74.

---

[1] One Plaintiff, Sarah Lambert, was unable to get her damages declaration to Special Master Saltzburg in time. Thus, Special Master Saltzburg recommended that this Court find Iran liable for the attack that injured her, but he did not issue a damages recommendation for her in his report.

2

(2) <u>Western Anbar</u> (approximately 14 attacks and 38 plaintiffs): Plaintiffs anticipate submitting their brief and evidentiary materials on liability and damages for the Tranche 1 Western Anbar plaintiffs to a Special Master by approximately April 18, 2025, and filing the Special Master's report within 60 days thereafter.

(3) <u>Eastern Anbar</u> (approximately 28 attacks and 64 plaintiffs): Plaintiffs anticipate submitting their brief and evidentiary materials on liability and damages for the Tranche 1 Eastern Anbar plaintiffs to a Special Master by approximately May 16, 2025, and filing the Special Master's report within 60 days thereafter.

(4) <u>Saladin, Nineveh, and Babil</u> (approximately 23 attacks and 62 plaintiffs): Plaintiffs anticipate submitting their brief and evidentiary materials on liability and damages for the Tranche 1 Saladin, Nineveh, and Babil plaintiffs to a Special Master by approximately June 13, 2025, and filing the Special Master's report within 60 days thereafter.

(5) <u>Diyala and Baghdad</u> (approximately 18 attacks and 47 plaintiffs): Plaintiffs anticipate submitting their brief and evidentiary materials on liability and damages for the Tranche 1 Diyala and Baghdad plaintiffs to a Special Master by approximately July 11, 2025, and filing the Special Master's report within 60 days thereafter.

Plaintiffs also bring to the Court's attention that, on March 25, 2025, the U.S. Victims of State Sponsored Terrorism Fund (the "Fund") announced that the one-time funding allocation from Congress totaling over $2 billion will be paid out to plaintiffs who have final judgments and apply to the Fund (and are thereafter accepted) by June 1, 2025. *See* U.S. Dep't of Justice, *Special Master Announces that at Least $2 Billion Will Be Available for the Sixth Distribution for Victim Payments from the USVSST Fund*, U.S. Victims of State Sponsored Terrorism Fund (March 25,

2025), available at https://www.usvsst.com/Home/Announcements?id=20250325. Thus, the 2026 payment cycle will be the largest ever payment made by the Fund to victims of state sponsored terrorism, providing the most meaningful opportunity to date for these victims to recover a portion of their compensatory damages.

In light of this, Plaintiffs respectfully request that the Court endeavor to issue judgments regarding the 49 additional bellwether plaintiffs' claims by May 16, 2025, which will provide plaintiffs who receive a favorable judgment with sufficient time to commence service of Iran and to complete applications to the Fund. Additionally, Plaintiffs understand that the Court prefers to review the Special Masters' reports pertaining to all of the Tranche 1 plaintiffs in a single opinion. However, given the unique opportunity for victims to recover in 2026, if possible, Plaintiffs respectfully request that the Court review Special Master Saltzburg's report and recommendation as to the Tranche 1 Fallujah plaintiffs and issue any judgments for such plaintiffs by May 16, 2025, or as soon as possible thereafter. Plaintiffs are available for a status conference or to answer any questions the Court may have.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Devin Charles Ringger (D.C. Bar No. 1044160)
Logan R. Kenney (D.C. Bar No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
DRingger@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, DC 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

<em>/s/ Nicholas Reddick</em><br>Nicholas Reddick