# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 21-1808 (RDM) |

### DECLARATION OF LOGAN R. KENNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG REGARDING REPORT AND RECOMMENDATIONS FOR TRANCHE 1 FALLUJAH PLAINTIFFS

I, Logan R. Kenney, being above 18 years of age and competent to make this declaration, hereby declare that:

1.      I am attorney with the law firm Willkie Farr & Gallagher LLP and counsel for Plaintiffs in this action.  I am familiar with the matters set forth in this Declaration, which I respectfully submit in support of Plaintiffs' Motion for Payment of Special Master Stephen A. Saltzburg Regarding Report and Recommendations for Tranche 1 Fallujah Plaintiffs.

2.      Attached as **Exhibit A** is a true and correct copy of Special Master Stephen A. Saltzburg's Voucher and supporting timecard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

March 27, 2025

*/s/ Logan R. Kenney*
Logan R. Kenney

*Counsel for Plaintiffs*