# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>          Defendant. | Case No. 21-1808 (RDM) |

**SPECIAL MASTER STEPHEN A. SALTZBURG'S VOUCHER**

On October 30, 2024, the Court adopted an Administrative Plan to govern Special Masters appointed by the Court to recommend liability and compensatory damage awards for non-bellwether Plaintiffs and appointed me as Special Master. Dkt. 64.[1]  Part 6 of the Order instructed Special Masters on how to claim compensation for their work:

> To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher.

On February 26, 2025, I filed my report and recommendations containing proposed findings of fact and recommendations for liability and compensatory damages for the Tranche 1 Fallujah Plaintiffs.  Dkt. 74.

---

[1] Unless otherwise specified, citations to "Dkt." Are to the docket entries in *Martino v. Islamic Republic of Iran*, No. 21-1808.

- 2 -

Pursuant to the Administrative Plan, I submit this Voucher setting forth the hours worked and the claimed compensation.  The total amount sought is $14,950, which constitutes nine full days at $1,300 and five half days at $650.


Date:   March 18, 2025                                    Respectfully submitted,



                                                          /s/Stephen A. Saltzburg



**VERIFICATION PURSUANT TO LOCAL CIVIL RULE LCVR 5.1(B)(1)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on March 18, 2025                        /s/Stephen A. Saltzburg

**Tranche 1 Fallujah Plaintiffs Timecard**
Special Master Stephen A. Saltzburg

| Date | Full or Half Day | Work Performed | Fee |
|---|---|---|---|
| 2/23/2025 | Half Day | Initial Review of Plaintiffs' Proposed Finding of Fact and Conclusions of Law and Accompanying Declarations<br><br>(2.5 Hours) | $650 |
| 2/24/2025 | Full Day | Review 656 F. Supp. 3d 11 (D.D.C. 2023); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475 (D.D.C. 2021); Docket in This Case, ECF 30; ECF No. 42, ECF No. 45; ECF No. 59; ECF No. 67; ECF No. 9; ECF No. 84; ECF No. 85; ECF No. 84; ECF No. 98; ECF No. 101; ECF No. 103; ECF No. 105; ECF No. 106; ECF N o. 123; E 26CF 131; ECF No.133; ECF No. 134; *Karcher, et al. v. Islamic Republic of Iran*, No. 16-cv-232 (D.D.C. 2016), and ECF Nos. 80, 171, 172; *Borochov v. Islamic Republic of Iran*, No. 22-7058, 2024 U.S. App. LEXIS 5653 (D.C. Cir. Mar. 8, 2024)). Notice of New Authority, ECF No. 133. *Lee II*, 656 F. Supp. 3d at 37; Adam Mattis-December 8, 2005 Attack-Baghdad; Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 2, ¶ 6, Ex. C (Medical Records) at MATTIS00029; Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 8, ¶ 9, ¶ 10, ¶ 11, ¶ 4, ¶13, ¶14, ¶, ¶ 16; ¶ 17, ¶ 18, ¶ 19, ¶ 20, ¶ 21; Ex. C at MATTIS000001-4, 48-53; Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 22, ¶ 23.<br><br>(4.5 Hours) | $1300 |
| 2/25/2025 | Full Day | Review Ex. J, *Karcher* PFFCL, at 11; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 13; Ex. J, *Karcher* PFFCL at 131 (citing Dr. Phelps's trial testimony); Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 21, ¶ 23; Ex. C at MATTIS000001-4, MATTIS000087-91; Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 24, ¶ 28, ¶ 29; Ex. C at MATTIS000010; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 29, ¶ 31; Ex. C at MATTIS000007-8; Declaration of Adam Mattis, August 23, 2023, ¶ 12,¶ 30, ¶ 32, ¶ 33; Ex. C at MATTIS000015; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶26, ¶27, ¶ 34; Ex. C at MATTIS000015, MATTIS000052, MATTIS000007-8, MATTIS000010, MATTIS000009, MATTIS000007-8, | $1300 |

| | | | |
|---|---|---|---|
| | | MATTIS000019; Ex. C at  MATTIS000012-13, MATTIS000017-18, MATTIS000015-16, MATTIS000019, MATTIS000005-6, MATTIS000017-18, MATTIS000012-13, MATTIS000017-18, MATTIS000015-16, MATTIS000019, MATTIS000005-6, MATTIS000017-18, MATTIS000007-8;  Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 27; Ex. C at MATTIS000054-58, MATTIS000031-35; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 26; Ex. C at MATTIS000020, MATTIS000023-26; Ex. D, Orders, Department of the Army, dated February 24, 2011.;  Ex. E, VA Disability Ratings Summary; Ex. F, Department of Veterans Affairs Determination Letter dated July 12, 2007.<br><br>(4.5 Hours) | |
| 2/26/2025 | Full Day | Review Ex. G, Department of Veterans Affairs Determination Letter dated March 24, 2009; Ex. H, Department of Veterans Affairs Determination Letter dated December 3, 2007; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 7, 8; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 48; Ex. C at MATTIS000054-58, MATTIS000058-62, MATTIS000048-53, MATTIS000043-46, MATTIS000048-53, MATTIS000038-42; Ex. J, *Karcher* PFFCL, at 119-26; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 50-54; Ex. J, *Karcher* PFFCL, at 11; Ex. K, at 52; Ex. J, *Karcher* PFFCL, at 11; Ex. L, Testimony by Dr. Charles Marmar in the *Karcher* trial, T3-118:12-14; 119:-10; Ex. M, Testimony by Dr. Russell Gore in the *Karcher* trial, T4-23:19-21; Ex. K, Medical Expert Report of Dr. Russell Gore dated November 23, 2018, *Karcher,* PX-161 at 45, 5-6; 26-27; Ex. J, *Karcher* PFFCL, ECF No. 80 at 122; Ex. K, Medical Expert Report of Dr. Russell Gore dated November 23, 2018, *Karcher,* PX-161 at 47-48; Ex. N, Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, *Karcher,* PX-163 at 13; Ex. K, Medical Expert Report of Dr. Russell Gore dated November 23, 2018, *Karcher,* PX-161 at 46; Ex. C at MATTIS00033, MATTIS000031-35, MATTIS000070-73; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 45, ¶ 46, ¶ 47, ¶ 48; Ex. G, Department of Veterans Affairs Determination Letter dated March 24, 2009; Ex. O, Department of Veterans Affairs Determination Letter | $1300 |

| | | | |
|---|---|---|---|
| | | dated October 26, 2011; Ex. E, VA Disability Ratings Summary; Ex. J, *Karcher* PFFCL, ECF No. 80 at 126, 118-19, 126-28.<br><br>(4.5 Hours) | |
| 2/27/2025 | Full Day | Review Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 47; Ex. C at MATTIS000031-35; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 28; Ex. N, Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, *Karcher*, PX-163 at 12; Ex. I, Medical Expert Report of Dr. Shean Eric Phelps dated August 27, 2018, *Karcher*, PX-160 at 20-21; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 37, ¶ 38, ¶ 43, ¶ 41, ¶ 42; [1] *See* Ex. C at MATTIS000011 & MATTIS000098, MATTIS000011, MATTIS000014, MATTIS000020-24, MATTIS000027-30; Ex. N, Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, *Karcher*, PX-163 at 7; Ex. C at MATTIS000027-30; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 38, ¶ 39, ¶ 40, ¶ 42; Ex. C at MATTIS000054-58, MATTIS000058-62, MATTIS000048-53, MATTIS000047-48, MATTIS000035-37, MATTIS000038-42, MATTIS000031-35, MATTIS000099-101, MATTIS000091-97, MATTIS000076-84, MATTIS000070-73; Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 42; Ex. N, Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, *Karcher,* PX-163 at 14; Ex. C at MATTIS000076-84, MATTIS000084-86, MATTIS000063-65, MATTIS000070-75,  Ex. B, Declaration of Adam Mattis, August 23, 2023, ¶ 41, ¶ 49, ¶ 44, ¶ 50; Ex. C at MATTIS000048-53; Ex. L, Testimony of Dr. Charles Marmar in the *Karcher* trial, T3-124:7-20; Ex. O, Department of Veterans Affairs Determination Letter dated October 26, 2011; Ex. E, VA Disability Ratings Summary. *See* Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶¶ 22, 25, 26, 27, 34, 38; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 49-50. Ex. B, Declaration of Adam Mattis, dated August 23, 2023, ¶ 28, ¶¶ 37-43, 45-47.<br><br>(4.25 Hours) | $1300 |

| 2/28/2025 | Full Day | Review Terrance Peterson – December8, 2005, Attack – Baghdad; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶¶ 2, 6-7, 10-11, 15-16; Ex. S, Official Military Personnel File; Ex. R, (Medical File) PETERSON000191; Ex. T, SIGACT Report. *See also* Ex. U, Casualty Report; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 22; Ex. T, SIGACT Report; Ex. R, PETERSON000001-PETERSON000012, PETERSON000158-PETERSON000159, Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 32; Ex. J, *Karcher* PFFCL, at 11; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 14-16; Ex. R, PETERSON000001-PETERSON000010, PETERSON000160; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 29; Ex. R, PETERSON000025-PETERSON000027, PETERSON000159- PETERSON000160: Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 32; Ex. R, PETERSON000050-PETERSON000052; Ex. J, Karcher PFFCL, at 10-11; Ex. V, Expert Report of Dr. Romney Andersen, dated September 17, 2018, at 7, 8; Ex. R, PETERSON000011-PETERSON000012; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 32;  Ex. R, PETERSON000015-PETERSON000016, PETERSON000160, PEERSON000011- PETERSON000012; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 32; Ex. R, PETERSON000015-PETERSON000016, PETERSON000160, PETERSON000067- PETERSON000068,;PETERSON000069- PETERSON000071, and PETERSON000072- PETERSON000074; Ex. V, Expert Report of Dr. Romney Andersen, dated September 17, 2018, at 13; Ex. R, PETERSON000093-PETERSON000094, PETERSON000099-PETERSON000101, PETERSON000102-PETERSON000104 and PETERSON000105-PETERSON000107; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 34, ¶ 37.<br><br>(4.5 Hours) | $1300 |
|---|---|---|---|
| 3/1/2025 | Full Day | Review Ex. R, PETERSON000013-PETERSON000014, PETERSON000022-PETERSON000024; Ex. V, Expert Report of Dr. Romney Andersen, dated September 17, 2018, at 8; Ex. R, PETERSON000028- | $1300 |

| | | PETERSON000029, PETERSON000050-PETERSON000052, PETERSON000020-PETERSON000021, PETERSON000034-PETERSON000035, PETERSON000139-PETERSON000140, PETERSON000028-PETERSON000029, PETERSON000034-PETERSON000035, PETERSON000057-PETERSON000058; Ex. V, Expert Report of Dr. Romney Andersen, dated September 17, 2018, at 7; Ex. R, PETERSON000057-PETERSON000058, PETERSON000083-PETERSON000084; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 33; Ex. R, PETERSON000085-PETERSON000088; Ex. V, Expert Report of Dr. Romney Andersen, dated September 17, 2018, at 9; Ex. R, PETERSON000089-PETERSON000090. *See also id.*, PETERSON000091-PETERSON000092, PETERSON000055-PETERSON000056 and PETERSON000059-PETERSON000060; Ex. W, PETERSON000069-PETERSON000071, PETERSON000108-PETERSON000112., PETERSON000001-PETERSON000010; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 17. *Id.* at 18-19; Ex. R, PETERSON000148-PETERSON000149,  PETERSON000145-PETERSON000146, PETERSON000144-PETERSON000145, , PETERSON000143- PETERSON000144, PETERSON000133, PETERSON000128-PETERSON000130, PETERSON000125-PETERSON000126, PETERSON000117, PETERSON000137-PETERSON00038, PETERSON000135-PETERSON000136, PETERSON000118,PETERSON000114-PETERSON000115; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 40; Ex. R, PETERSON000038-PETERSON000042; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 55; Ex. R, PETERSON000075-PETERSON000077; Ex. W, October 4, 2023, VA Benefit Information;  Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 55; Ex. R, PETERSON000158- PETERSON000160, PETERSON000187- PETERSON000190, PETERSON000183-PETERSON000186, PETERSON000181-PETERSON000182, PETERSON000150-PETERSON000157, | |

| | | | |
|---|---|---|---|
| | | PETERSON000161-PETERSON000169; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 47; Ex. J, Karcher PFFCL, at 11; Ex. R, PETERSON000169, PETERSON000176-PETERSON000180-186; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 47-48; Ex. R, PETERSON000168, PETERSON000150- PETERSON000157.<br><br>(5 Hours) | |
| 3/2/2025 | Full Day | Review Ex. K, Medical Expert Report of Dr. Russell Gore dated November 23, 2018, *Karcher,* PX-161 at 46-48; Ex. R, PETERSON000025-PETERSON000027, PETERSON000053-PETERSON000054; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ 36, ¶ 38; Ex. R, PETERSON000025-PETERSON000027, PETERSON000030-PETERSON000031, PETERSON000080-PETERSON000082, PETERSON000038-PETERSON000042 and PETERSON000043-PETERSON000045-47, PETERSON000025-PETERSON000027 *Id.*, PETERSON000065-PETERSON000066, PETERSON000093-PETERSON000094-104; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶¶ 41-54; Ex. R, PETERSON000185-PETERSON000190; Ex. Q, Declaration of Terrance Peterson, dated August 7, 2024, ¶ ¶ 27, 32-34, 38-39, 40-41, 48, 54-56; Ex. Y, Appraisal of Present Value of Economic Life on Terrance Peterson III, dated August 18, 2024, prepared by L. Wayne Plumly, Jr., Ph.D.; Ex. X, Economic loss declaration of Terrance Peterson III, dated May 9, 2023, ¶ 7; James Gmachowski-October 22, 2006, Attack-Baghdad; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 2, 10-12; Ex.BB*,* DD214, dated January 7, 2016; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 4-5, 14; Ex. BB, Enlisted Record Brief; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 15-16, 18;<br>Ex. BB, DD214, dated January 7, 2016; Ex. CC (Medical Records)*,* GMACHOWSKI000805-GMACHOWSKI000827; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 17; Ex. CC, GMACHOWSKI000002-GMACHOWSKI000005 and GMACHOWSKI000008-GMACHOWSKI000009, GMACHOWSKI000505 and GMACHOWSKI000809- | $1300 |

| | | | |
|---|---|---|---|
| | | GMACHOWSKI000811, GMACHOWSKI000001; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 39-40 Ex. R, Declaration of James Gmachowski, dated August 28, 2023, ¶ 20.<br><br>(5 Hours) | |
| 3/3/2025 | Full Day | Review Ex. CC, GMACHOWSKI000040-GMACHOWSKI000043, GMACHOWSKI000002-GMACHOWSKI000005; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 21-23; Ex. CC, GMACHOWSKI000006-GMACHOWSKI000007, GMACHOWSKI000021-GMACHOWSKI000023; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 25; Ex. CC, GMACHOWSKI000010-GMACHOWSKI000011, GMACHOWSKI000012-GMACHOWSKI0000120, GMACHOWSKI000012-GMACHOWSKI000013, GMACHOWSKI000247-GMACHOWSKI000253, GMACHOWSKI000024-GMACHOWSKI000025, GMACHOWSKI000026-GMACHOWSKI000028-32; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 24; Ex. CC, GMACHOWSKI000029-GMACHOWSKI000030 and GMACHOWSKI000031-GMACHOWSKI000032; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 20, 24, 29-30; Ex. CC, GMACHOWSKI000040-GMACHOWSKI000043, GMACHOWSKI000001; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶¶ 29-30; Ex. CC, GMACHOWSKI000038-GMACHOWSKI000039; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 5, 49; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 45; Ex. CC, GMACHOWSKI000239-GMACHOWSKI000246; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 31; Ex. CC, GMACHOWSKI000040-GMACHOWSKI000043-1049, GMACHOWSKI000800-GMACHOWSKI000801, GMACHOWSKI000239-GMACHOWSKI000246; Ex. M, Testimony by Dr. Russell Gore in the *Karcher* trial T4- 10:22-11:1; Ex. CC, GMACHOWSKI000064-GMACHOWSKI000065, GMACHOWSKI000218-GMACHOWSKI000222, GMACHOWSKI000239-GMACHOWSKI000246, GMACHOWSKI000806, GMACHOWSKI000812, GMACHOWSKI000264-GMACHOWSKI000266; Ex. | $1300 |

| | | | |
|---|---|---|---|
| | | AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 45; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 47, 49; Ex. AA, Declaration of James Gmachowski., dated August 28, 2023, ¶ 24; Ex. CC, GMACHOWSKI000033-GMACHOWSKI000034, GMACHOWSKI000040-GMACHOWSKI000043; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 37; Ex. CC, GMACHOWSKI000066-GMACHOWSKI000068, GMACHOWSKI000195-GMACHOWSKI000203.<br><br>(4.75 Hours) | |
| 3/4/2025 | Half Day | Review Ex. CC, GMACHOWSKI000612-GMACHOWSKI000614, GMACHOWSKI000623, GMACHOWSKI000254-GMACHOWSKI000258; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 45; Ex. CC, GMACHOWSKI000021-GMACHOWSKI000023; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 20-21; Ex. K, Medical Expert Report dated November 23, 2018, by Dr. Russell Gore, *Karcher*, PX-161 at 45; Ex. CC, GMACHOWSKI000044-GMACHOWSKI000046, GMACHOWSKI000054-GMACHOWSKI000058- GMACHOWSKI000063, GMACHOWSKI000069-GMACHOWSKI000072, GMACHOWSKI000204-GMACHOWSKI000207, GMACHOWSKI000215-GMACHOWSKI000217 *See id.*, GMACHOWSKI000035-GMACHOWSKI000037, GMACHOWSKI000050-GMACHOWSKI000051-GMACHOWSKI000058; GMACHOWSKI000131-GMACHOWSKI000134; GMACHOWSKI000150-GMACHOWSKI000152; GMACHOWSKI000223-GMACHOWSKI000228-GMACHOWSKI000233; GMACHOWSKI000229; GMACHOWSKI000234-GMACHOWSKI000237; GMACHOWSKI000238 and GMACHOWSKI000828-GMACHOWSKI000833; GMACHOWSKI000238; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 52; Ex. CC, GMACHOWSKI000697, GMACHOWSKI000234-GMACHOWSKI000237, GMACHOWSKI000259.<br><br>(2 Hours) | $650 |

| 3/5/2025 | Half Day | Review Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 45; Ex. CC, GMACHOWSKI000809-GMACHOWSKI000811; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 26-28 (quoting World Health Organization); Ex. CC, GMACHOWSKI000218-GMACHOWSKI000222,  GMACHOWSKI000254-GMACHOWSKI000258, GMACHOWSKI000260-GMACHOWSKI000263, GMACHOWSKI000608-GMACHOWSKI000609; Ex. I, Medical Expert Report dated August 27, 2018, by Dr. Shean Eric Phelps, *Karcher*, PX-160 at 24-25, 44-45; Ex. CC, GMACHOWSKI000038-GMACHOWSKI000039, GMACHOWSKI000040-GMACHOWSKI000043, GMACHOWSKI000064-GMACHOWSKI000065, MACHOWSKI000834-GMACHOWSKI000840; Ex. N, , Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, *Karcher,* PX-163 at 14-15; Ex. CC, GMACHOWSKI000463-GMACHOWSKI000471; [1] Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 38; Ex. CC, GMACHOWSKI000073-GMACHOWSKI000074[1] *See id.*, GMACHOWSKI000722; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 38; Ex. CC, GMACHOWSKI000465-GMACHOWSKI000466, GMACHOWSKI000501; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 39; Ex. CC, GMACHOWSKI000464- GMACHOWSKI000465; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 39.<br><br>(2.5 Hours) | $650 |
| 3/7/2025 | Half Day | Review Ex. CC, GMACHOWSKI000464-GMACHOWSKI000465; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 40; Ex. C, GMACHOWSKI000721, GMACHOWSKI000764, GMACHOWSKI000464- GMACHOWSKI000465, GMACHOWSKI000084-GMACHOWSKI000087, GMACHOWSKI000093-GMACHOWSKI000097, GMACHOWSKI000076-GMACHOWSKI000080, GMACHOWSKI000110-GMACHOWSKI000113, GMACHOWSKI000125-GMACHOWSKI000130, GMACHOWSKI000135-GMACHOWSKI000140, GMACHOWSKI000145-GMACHOWSKI000149, GMACHOWSKI000841-GMACHOWSKI000842, GMACHOWSKI000162-GMACHOWSKI000163, | $650 |

| | | GMACHOWSKI000178-GMACHOWSKI000180, GMACHOWSKI000214, GMACHOWSKI000105-GMACHOWSKI000109, GMACHOWSKI000084-GMACHOWSKI000087, GMACHOWSKI000088-GMACHOWSKI000092, GMACHOWSKI000098-GMACHOWSKI000104, GMACHOWSKI000110-GMACHOWSKI000113, GMACHOWSKI000116-GMACHOWSKI000120, GMACHOWSKI000121-GMACHOWSKI000124, GMACHOWSKI000153-GMACHOWSKI000161, GMACHOWSKI000164-GMACHOWSKI000169, GMACHOWSKI000843-GMACHOWSKI000851, GMACHOWSKI000170-GMACHOWSKI000177, GMACHOWSKI000181-GMACHOWSKI000194; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 44; Ex. CC, GMACHOWSKI000181-GMACHOWSKI000194, GMACHOWSKI000463-GMACHOWSKI000464, GMACHOWSKI000465-GMACHOWSKI000467, GMACHOWSKI000465, GMACHOWSKI000469-GMACHOWSKI000471, GMACHOWSKI000267-GMACHOWSKI000274, GMACHOWSKI000284-GMACHOWSKI000291, GMACHOWSKI000294-GMACHOWSKI000300; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶31, ¶ 42, ¶¶ 45-47; Ex. AA, Declaration of James Gmachowski, dated August 28, 2023, ¶ 22; Ex. EE, Appraisal of Present Value of Economic Life of James Gmachowski, dated July 21, 2024, prepared by L. Wayne Plumly, Jr., Ph.D. at 3-5; Ex. DD, Economic loss declaration of James Gmachowski, dated July 26, 2023, ¶ 4; Ex. EE, Appraisal of Present Value of Economic Life of James Gmachowski, dated July 21, 2024, prepared by L. Wayne Plumly, Jr., Ph.D at 4-5. (2.5 Hours) | |
|---|---|---|---|
| 3/8/2025 | Full Day | Review *Kirschenbaum v. Islamic Republic of Iran*, 572 F. Supp. 2d 200 (D.D.C. 2008); *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 54 (D.D.C. 2007); *Campuzano v. Islamic Republic of Iran*, 281 F. Supp. 2d 258, 265 (D.D.C. 2003); *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 39 (D.D.C. 2012); *Harrison v. Republic of Sudan*, 882 F. Supp. 2d 23, 37, 49 (D.D.C. 2012); *Brewer v. Islamic Republic of Iran*, 664 F. Supp. 2d 43 (D.D.C. 2009); Draft Report and Recommendations | $1300 |

- 13 -

| | | (4.5 Hours) | |
|---|---|---|---|
| 3/10/2025 | Half Day | Proofread Draft Report and Recommendations; Check Table of Contents and Table of Authorities<br><br>(1.75 Hours) | $650 |

**Today Days:** **9 full days @ 1,300: $11,700**

**5 half days @ $650: $3,250**

**Total Compensation: $14,950**