UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Case No. 21-1808 (RDM) |

**DECLARATION OF LOGAN R. KENNEY IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG REGARDING REPORT AND RECOMMENDATIONS FOR TRANCHE 1 FALLUJAH PLAINTIFFS**

I, Logan R. Kenney, being above 18 years of age and competent to make this declaration, hereby declare that:

1. I am attorney with the law firm Willkie Farr & Gallagher LLP and counsel for Plaintiffs in this action. I am familiar with the matters set forth in this Declaration, which I respectfully submit in support of Plaintiffs' Amended Motion for Payment of Special Master Stephen A. Saltzburg Regarding Report and Recommendations for Tranche 1 Fallujah Plaintiffs.

2. Attached as **Exhibit A** is a true and correct copy of Special Master Stephen A. Saltzburg's Voucher and supporting timecard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

March 28, 2025

                                                */s/ Logan R. Kenney*
                                                Logan R. Kenney

                                                *Counsel for Plaintiffs*