# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

Case No. 21-1808 (RDM)

## SPECIAL MASTER STEPHEN A. SALTZBURG'S VOUCHER

On October 30, 2024, the Court adopted an Administrative Plan to govern Special Masters appointed by the Court to recommend liability and compensatory damage awards for non-bellwether Plaintiffs and appointed me as Special Master. Dkt. 64.[1] Part 6 of the Order instructed Special Masters on how to claim compensation for their work:

> To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher.

On February 26, 2025, I filed my report and recommendations containing proposed findings of fact and recommendations for liability and compensatory damages for the Tranche 1 Fallujah Plaintiffs. Dkt. 74.

---

[1] Unless otherwise specified, citations to "Dkt." Are to the docket entries in *Martino v. Islamic Republic of Iran*, No. 21-1808.

- 2 -

Pursuant to the Administrative Plan, I submit this Voucher setting forth the hours worked and the claimed compensation. The total amount sought is $16,900, which constitutes twelve full days at $1,300 and two half days at $650.

Date:  March 28, 2025                                     Respectfully submitted,


                                                          /s/Stephen A. Saltzburg


**VERIFICATION PURSUANT TO LOCAL CIVIL RULE LCVR 5.1(B)(1)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2025                                /s/Stephen A. Saltzburg

## Tranche 1 Fallujah Plaintiffs Timecard
Special Master Stephen A. Saltzburg

| Date | Full or Half Day | Work Performed | Fee |
|---|---|---|---|
| 2/9/25 | Full Day | Review Plaintiffs' Proposed Findings of Fact and Conclusions of Law; Bellwether Opinion<br><br>(4.2 hours) | $1300 |
| 2/10/25 | Full Day | Review 28 U.S.C. § 1605A; Admin. Plan at 2-5; 28 U.S.C. § 1605A(a); *Owens II*, 864 F.3d at 784; §§ 1605A(c), 1608(e); Bellwether Opinion at 4, 5, 6-7, 89-93,101; 28 U.S.C. § 1604; *Han Kim v. Democratic People's Republic of Korea*, 774 F.3d 1044, 1047-1048 (D.C. Cir. 2014); *Owens II*, 864 F.3d at 785; *Flanagan v. Islamic Republic of Iran*, 190 F. Supp. 3d 138, 175 (D.D.C. 2016); *Hammons v. Islamic Republic of Iran*, No. 19-2518, 2023 WL 5933340, at *14 (D.D.C. 2023); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 75 (D.D.C. 2017); 28 U.S.C. § 1608(a)(4); 28 U.S.C. § 1605A(a)(2)(A)(ii); 28 U.S.C. § 1605A(a)(2)(A)(i)(I); 28 U.S.C. § 1605A(a)(2)(A)(iii); 28 U.S.C. § 1605A(a)(2)(A)(ii); *Mohammadi v. Islamic Republic of Iran*, 782 F.3d 9, 14 (D.C. Cir. 2015) (quoting 8 U.S.C. § 1101(a)(22); 28 U.S.C. § 1605A(h)(5)); 8 U.S.C. § 1101(a)(22); *Salzman v. Islamic Republic of Iran*, No. 17-2475 (RDM), 2019 WL 4673761, at *12 (D.D.C. Sept. 25, 2019); *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54-55 (D.D.C. 2012); 28 U.S.C. § 1605A(h)(7); TVPA, Pub. L. No. 102-256, § 3(a), 106 Stat. 73 (1991) (codified at 28 U.S.C. § 1350 note); *Owens II*, 864 F.3d at 770; *Owens v. Republic of Sudan*, 174 F. Supp. 3d 242, 263 (D.D.C. 2016); *Force v. Islamic Republic of Iran*, 464 F. Supp. 3d 323, 364 (D.D.C. 2020) ("*Force I*")<br><br>(4.5 hours) | $1300 |
| 2/11/25 | Full Day | Review *Neiberger v. Islamic Republic of Iran*, No. 16-cv-2193-EGS-ZMF, 2022 WL 17370239, at *3-4 (D.D.C. Sept. 8, 2022); Bellwether Opinion at 11 n.3, 20-21, 26 n.6, 25-27, 30-32, 33-34, 93-95, 97, 98-99; *Cabrera v. Islamic Republic of Iran*, No. 19-3835 (JDB), 2022 WL 2817730, at *38 (D.D.C. July 19, 2022); *Schwartz v. Islamic Republic of Iran*, No. CV 18-1349 (RDM), 2020 WL 7042842, at *12 (D.D.C. Nov. 30, 2020) ("*Schwartz* | $1300 |

| | | | |
|---|---|---|---|
| | | *I*"); Attribution Report at 3-4, 15-19, 25-131, 4, 29-30, 35-37, 40-42, 47-49, 55-57, 62-64, 69-71, 75-77, 83-85, 88-91, 95-97, 102-04, 110-12, 116-18, 122-23, 128-30; Dr. Daveed Gartenstein-Ross, Expert Report & Declaration on Sunni Militant Organizations (Nov. 29, 2023), Dkt. 41-2 ("Sunni Militant Groups Report"); Michael Pregent, Expert Report (Nov. 20, 2024), Dkt. 41-4; *Owens v. Republic of Sudan*, 864 F.3d 751, 785 (D.C. Cir. 2017), *rev'd on other grounds*, 590 U.S. 418 (2020); Sunni Militant Groups Report at 13-14; 28 U.S.C. § 1605A(a)(1); *Owens II*, 864 F.3d at 794, 797-98; 28 U.S.C. § 1605A(h)(3); 18 U.S.C. § 2339A(b)(1); *Salzman*, 2019 WL 4673761, at *14; 28 U.S.C. § 1605A(c); *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 155 (D.D.C. 2010); 28 U.S.C. § 1605A(c); 28 U.S.C. § 1605A(a)(2)(A)(ii); *Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2023 WL 3496303, at *6 (D.D.C. May 16, 2023) ("*Cabrera II*"); *Gration v. Islamic Republic of Iran*, No. 21-CV-1859 (BAH), 2023 WL 5221955, at *29 (D.D.C. Aug. 15, 2023) (quoting *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 349, 402 (D.D.C. 2015) ("*Roth I*"); *Moradi v. Islamic Republic of Iran*, 77 F. Supp. 3d 57, 72-73 (D.D.C. 2015); *Roth I*, 78 F. Supp. 3d at 399 (citing *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54 (D.D.C. 2012) ("*Oveissi II*"); *Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 24 (D.D.C. 2009) ("*Heiser II*"); *Neiberger*, 2022 WL 17370239, at *11; *Ewan v. Islamic Republic of Iran*, 466 F. Supp. 3d 236, 245 (D.D.C. June 10, 2020); *Blank v. Islamic Republic of Iran*, No. 19-CV-3645 (BAH), 2021 WL 3021450, at *9 (D.D.C. July 17, 2021); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 80 (D.D.C. 2010)<br><br>(4.75 hours) | |
| 2/12/25 | Full Day | Review *Heiser II*, 659 F. Supp. 2d at 27; *Taitt v. Islamic Republic of Iran*, No. 20-CV-1557 (RC), 2023 WL 2536518, at *8 (D.D.C. Mar. 16, 2024) (citing *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 115 (D.D.C. 2015); *Reed v. Islamic Republic of Iran*, 845 F. Supp. 2d 204, 214 (D.D.C. 2012); *Force v. Islamic Republic of Iran*, 617 F. Supp. 3d 20, 36 (D.D.C. 2022) ("*Force II*") (citing *Fraenkel v. Islamic Republic of Iran, Ministry of Foreign Affs.*, 892 F.3d 348, 361-62 (D.C. Cir. 2018)); *Est. of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006) ("*Heiser I*"); *Owens v. Republic of Sudan*, 71 F. Supp. 3d 252, 260 (D.D.C. 2014); *Oveissi v.* | $1300 |

- 4 -

| | | | |
|---|---|---|---|
| | | *Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011) ("*Oveissi I*"); *Bova v. Islamic Republic of Iran*, No. 15-CV-1074 (RCL), 2020 WL 2838582, at *9 (D.D.C. May 31, 2020); *Bernhardt v. Islamic Republic of Iran*, No. 18-CV-2739 (TJK), 2023 WL 2598677, at *16 (D.D.C. Mar. 22, 202); *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 40-41 (D.D.C. 2012); *Oveissi I*, 768 F. Supp. 2d at 29-30; *Est. of Fouty v. Syrian Arab Republic*, No. CV 18-385 (RBW), 2024 WL 4006166, at *24 (D.D.C. Aug. 30, 2024); *Est. of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 44 (D.D.C. 2012); *Ben-Rafael v. Islamic Republic of Iran*, 540 F. Supp. 2d 39,57-58 (D.D.C. 2008); Special Master's Report and Recommendations, *Stearns v. Islamic Republic of Iran*, No. 17-CV-131 (RCL) (D.D.C. May 01, 2024), ECF No. 114 at 24-27, *report and recommendation adopted*, Order and Judgment, *id.* at ECF 108 (D.D.C. Apr. 30, 2024); Special Master's Report and Recommendations, *Lee v. Islamic Republic of Iran*, No. 19-CV-0083 (APM), (D.D.C. Apr. 11, 2022), ECF No. 59, *report and recommendation adopted*, Order and Judgment, *id.* at ECF 84 (D.D.C. June 29, 2023); Dkt. 65 at 51 (filed under seal), Special Master Stephen A. Saltzburg's Report and Recommendations regarding Damages for 45 Bellwether Plaintiffs (recommending $5 million dollars in solatium damages to Plaintiff K.L., who was six months old when her father was killed); *Cabrera II*, 2023 WL 3496303, at *20-23; *Pennington v. Islamic Republic of Iran*, No. 19-CV-796 (JEB), 2022 WL 168261, at *2 (D.D.C. Jan. 19, 2022); *Force II*, 617 F. Supp. 3d at 33; *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105, 115 n.12 (D.D.C. 2005); *Est. of Fouty v. Syrian Arab Republic*, No. 18-CV-385 (RBW), 2024 WL 3443591, at *25-26 (D.D.C. July 17, 2024) (citing, *inter alia*, *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007) and *Fritz v. Islamic Republic of Iran*, No. 15-CV-456 (RDM), 2018 WL 5046229, at *20 (D.D.C. Aug. 13, 2018)<br><br>(4.5 hours) | |
| 2/13/25 | Full Day | *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018) ("*Fritz II*"); *Oveissi I*, 768 F. Supp. 2d at 27; *Valore*, 700 F. Supp. 2d at 79-80); *Jakubowicz v. Islamic Republic of Iran*, No. 18-1450 (RDM), 2023 WL 6907852, at *7 (D.D.C. Sept. 1, 2023) ("*Jakubowicz II*"); *Karcher v. Islamic Republic of Iran*, No. 16-CV-232 (CKK), 2023 WL 8934924, at *7 (D.D.C. Dec. 27, 2023) | $1300 |

- 5 -

| | | | |
|---|---|---|---|
| | | ("*Karcher III*"); *Gration*, 2023 WL 5221955, at *37 (citing 28 U.S.C. § 1961(a)); *Force II*, 617 F. Supp. 3d at 42 (citing *Forman v. Korean Air Lines Co., Ltd.*, 84 F.3d 446, 450-51 (D.C. Cir. 1996)); *Ewan*, 466 F. Supp. 3d at 250 n.3; *Cont'l Transfert Tech. Ltd. v. Fed. Gov't of Nigeria*, 850 F. Supp. 2d 277, 287 (D.D.C. 2012); *Doe A-1 v. Democratic People's Republic of Korea*, No. 18-CV-252 (DLF), 2021 WL 723257, at *9 (D.D.C. Feb. 24, 2021); May 25, 2004 IED Attack that Killed U.S. Army Private First Class James Lambert ; Bellwether Op. at 26; Attribution Report at 26-29; *Roth v. Islamic Republic of Iran*, 651 F. Supp. 3d 65, 91 (D.D.C. 2023); July 20, 2004 IED Attack that Killed U.S. Marine Corps Corporal Todd Godwin; Ex. 55, N. Godwin Decl. at 4; *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 83 (D.D.C. 2011); *Est. of Brown v Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43; Ex. 57, W. Godwin Decl.<br><br>(4.25 hours) | |
| 2/14/25 | Full Day | Review Exhibit 59, Anna Elizabeth Godwin Declaration; *Wultz*, 864 F. Supp. 2d at 40-41; *Bernhardt*, 2023 WL 2598677, at *16; *Cabrera I*, 2022 WL 2817730, at *49, 50; *Cabrera II*, 2023 WL 3496303, at *10; Exhibit 61, Aaron William Godwin Declaration; *Heiser I*, 466 F. Supp. 2d at 269; August 19, 2004 IED Attack that Killed U.S. Marine Corps Reserve Corporal Brad McCormick; Attribution Report at 29, 37-40, 344-49; Bellwether Opinion at 26, 95-98; *Roth*, 651 F. Supp. 3d at 91; Exhibit 63, Rhonda Gail McCormick Declaration; Exhibit 157, Declaration of Larry Keith McCormick; Exhibit 159, Declaration of Blake Wayne McCormick; February 27, 2005 IED Attack that Killed U.S. Army Second Lieutenant Richard Brian Gienau; *Driscoll v. Islamic Republic of Iran*, No. 20-cv-622, 2023 WL 4892710, at *7 (D.D.C. June 17, 2023), report and recommendation adopted sub nom. 2023 WL 5932974 (D.D.C. July 13, 2023); Exhibit 65, Debbee Way Declaration; *Valore*, 700 F. Supp. 2d at 86<br><br>(4.25 hours) | $1300 |
| 2/15/25 | Full Day | Review Exhibit 67, Richard Louis Gienau Declaration; *Oveissi I*, 768 F. Supp. 2d at 26–27; *Bernhardt*, 2023 WL 2598677, at *16; *Flanagan*, 87 F. Supp. 3d at 118; *Wultz*, 864 F. Supp. 2d at 40-41; *Valore*, 700 F. Supp. 2d at 86; August 22, 2005 IED Attack that Killed U.S. Marine Corps Private First Class Ramon Romero; Bellwether | $1300 |

- 6 -

| | | | |
|---|---|---|---|
| | | Opinion at 25-27, 95-98; Attribution Report at 50-64; Exhibit 69, Maria Odilia Romero Declaration; *Thuneibat*, 167 F. Supp. 3d at 45; Exhibit 71, Juan Diego Romero Declaration; *Baker*, 775 F. Supp. 2d at 83; Exhibit 73, Yajaira Romero Declaration; *Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2023 WL 3496303, at *10 (D.D.C. May 16, 2023); Exhibit 75, Bernardo Romero Declaration; December 1, 2005 IED Attack that Killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason; *Est. of Fishbeck v. Islamic Republic of Iran*, No. 18-CV-2248 (CRC), 2023 WL 7448770, at *8-10 (D.D.C. Aug. 18, 2023); Exhibit 77, Thomas Benjamin McElveen Declaration<br><br>(4.25 hours) | |
| 2/16/25 | Full Day | September 4, 2006 IED Attack that Killed U.S. Navy Reserve Petty Officer Second Class Christopher Walsh; Attribution Report at 61-77; *Fissler v. Islamic Republic of Iran*, No. CV 18-3122 (CKK), 2022 WL 4464873, at *2 (D.D.C. Sept. 26, 2022) ; Exhibit 79, Maureen Walsh Declaration; Exhibit 81, Patrick Thomas Walsh Declaration; Exhibit 83, Joseph Michael Walsh Declaration; Exhibit 85, Meghan Cathleen Turner Declaration; Exhibit 87, Erin Marie Watson Declaration *Baker*, 775 F. Supp. 2d at 68; November 5, 2006 IED Attack that Killed U.S. Marine Corps Corporal Jose Galvan; *Roth*, 651 F. Supp. 3d at 91; Bellwether Opinion, 26, 31, 95-98; *Roth*, 651 F. Supp. 3d at 91; Exhibit 89, Jesus "Jesse" Vega Declaration; *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79-80 (D.D.C. 2010); *Fritz II*, 324 F. Supp. 3d at 62-63; *Oveissi I*, 768 F. Supp. 2d at 27; January 20, 2007 IED Attack that Killed U.S. Army Specialist Jeffrey Bisson; *Fissler*, 2022 WL 4464873, at *2<br><br>(4.25 hours) | $1300 |
| 2/17/25 | Full Day | Review Exhibit 91, Andrew Kyle Bisson Declaration; Exhibit 93, Lauralee Ann Bisson Declaration; *Oveissi I*, 768 F. Supp. 2d at 26-27, 29-30; *Neiberger*, 2022 WL 17370239, at *15; *Baker*, 775 F. Supp. 2d at 83; *Bernhardt*, 2023 WL 2598677, at *16 *Thuneibat*, 167 F. Supp. 3d at 45; Exhibit 95, Richard Joseph Bisson Declaration; Heiser, 466 F. Supp. 2d at 269; Exhibit 97, Christopher Bisson Declaration; February 19, 2007 IED Attack that Killed U.S. Marine Corps Private First Class | $1300 |

| | | | |
|---|---|---|---|
| | | Brett Witteveen; Attribution Report at 85-98; Bellwether Op. at 30-34, 95-98; Exhibit 99, Richard Allen Witteveen Declaration; *Baker*, 775 F. Supp. 2d at 68, 83; *Valore*, 700 F. Supp. 2d at 86; *Flanagan*, 87 F. Supp. 3d at 118; Ex. 101, Trent William Witteveen Declaration; Exhibit 103, Heather Marie Kaufman Declaration; April 14, 2007 IED Attack that Killed U.S. Army Sergeant Brandon Wallace; *Roth*, 651 F. Supp. 3d at 91; Ex. 105, Robin Wallace Declaration; *Wultz*, 864 F. Supp. 2d at 40-41; *Valore*, 700 F. Supp. 2d at 86; *Neiberger*, 2022 WL 17370239, at *16; *Ben-Yishai v. Syrian Arab Republic*, 642 F. Supp. 3d 110, 132-33 (D.D.C. 2022)<br><br>(4.25 hours) | |
| 2/18/25 | Full Day | Review Ex. 107, Rickey Wallace Declaration; ex. 109, Sarah Wallace Declaration; *Wultz*, 864 F. Supp. 2d at 40-41; *Bova*, 2020 WL 2838582, at *9 (D.D.C. May 31, 2020); *Thuneibat*, 167 F. Supp. 3d at 45; *Valore*, 700 F. Supp. 2d at  *Baker*, 775 F. Supp. 2d at 68, 83; Ex. 111, Rachel Dawn Tucker Declaration; Complex Attack; Attribution Report at 17-18, 98-; *Bernhardt*, 2023 WL 2598677, at *16; *Est. of Brown*, 872 F. Supp. 2d at 43; *Baker*, 775 F. Supp. 2d at 68, 83; June 23, 2005 Complex Attack that Killed U.S. Marine Corps Corporal Ramona Valdez; *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL 4824740, at **4, 10 (D.D.C. July 27, 2023); Bellwether Opinion at 26, 51-64, 71-73, 95-98; Attribution Report at 102-104; *Brown v. Islamic Republic of Iran*, 687 F. Supp. 3d 21, 40-41 (D.D.C. 2023); Ex. 113, Estefani Valdez Declaration; Suicide Attacks; September 6, 2004 SVBIED Attack that Killed U.S. Marine Corps Corporal Mick Bekowsky, Lance Corporal Michael Allred, Lance Corporal Derek Gardner, and Lance Corporal Christopher McCarthy; Ex. 115, Joan Marie Bekowsky Declaration<br><br>(4.25 hours) | $1300 |
| 2/19/25 | Full Day | Review Ex. 117, Brian Glen Bekowsky Declaration; *Valore*, 700 F. Supp. 2d at 79-80); *Fritz II*, 324 F. Supp. 3d at 62-63; *Oveissi I*, 768 F. Supp. 2d at 27; *Thuneibat*, 167 F. Supp. 3d at 45; *Bernhardt*, 2023 WL 2598677, at *16; *Baker*, 775 F. Supp. 2d at 68, 83; Ex. 119, Haley Shane White Declaration; Ex. 121, Zellene Allred Declaration; Ex. 123, Brett Allred Declaration; Ex. 125, Adam Raleigh Allred Declaration; *Valore*, 700 F. Supp. 2d | $1300 |

| | | | |
|---|---|---|---|
| | | at 86 (D.D.C. 2010); *Neiberger*, 2022 WL 17370239, at *16; *Ben-Yishai*, 642 F. Supp. 3d at 132-33; Ex. 127, Vickey McCleary Chalumeau Declaration; Ex. 129, Erik John Gardner Declaration; *Lelchook v. Syrian Arab Republic*, No. 16-1550 (RC), 2019 WL 4673849, at *6 (D.D.C. Sept. 25, 2019); *Flanagan*, 87 F. Supp. 3d at 118; *Valore*, 700 F. Supp. 2d at 86; *Mark v. Islamic Republic of Iran*, September 13, 2004 SVBIED Attack that Killed U.S. Marine Corps Corporal Adrian Soltau; *Brown*, 2023 WL 4824740; Attribution Report at 111-117; Bellwether Opinion at 26, 66-68, 71-73; Ex. 131, Marjorie Paul Declaration<br><br>(4.25 hours) | |
| 2/20/25 | Full Day | Review Ex. 133, Andrew Soltau Declaration; Ex. 135, Desiree Soltau Declaration; *Fritz II*, 324 F. Supp. 3d at 62; *see also Oveissi I*, 768 F. Supp. 2d at 27; Ex. 137, James Perry III Declaration; *Fritz II*, 324 F. Supp. 3d at 63; *Baker*, 775 F. Supp. 2d at 68, 83; EX. 139, Scott Perry Declaration; Ex. 141, Lakiesha Perry-Smith Declaration; Sniper Attacks; December 16, 2006 Sniper Attack that Killed U.S. Marine Corps Lance Corporal Nicklas Palmer; Attribution Report at 119-123; Bellwether Opinion 80-84, 95-98; Ex. 143, Rachele Ann Palmer Declaration; Ex. 145, Brad Palmer Declaration; Ex. 147, Dustin Palmer Declaration; *Oveissi I*, 768 F. Supp. 2d at 27-28; *Wultz*, 864 F. Supp. 2d at 40-41; *Bernhardt*, 2023 WL 2598677, at *16; May 14, 2007 Sniper Attack that Killed U.S. Marine Corps Lance Corporal Jeffrey Walker; Attribution Report at 124-130; Ex. 147, Conner Walker Declaration *Selig v. Islamic Republic of Iran*, No. 1:19-cv-02889-TNM, 2021 WL 5446870, at *71-75 (D.D.C. Nov. 22, 2021); *Oveissi*, 768 F. Supp. 2d at 29); *Jakubowicz v. Islamic Republic of Iran*, No. CV 18-1450 (RDM), 2023 WL 6907852, at *7 (D.D.C. Sept. 1, 2023); *Valore*, 700 F. Supp. 2d at 86<br><br>(4.5 hours) | $1300 |
| 2/21/25 | Half Day | Review Ex. 151, James David Walker Declaration *Valore*, 700 F. Supp. 2d at 86; *Baker*, 775 F. Supp. 2d at 68, 83; *Bernhardt*, 2023 WL 2598677, at *16; *Wultz*, 864 F. Supp. 2d at 40-41; Ex. 153, Kasey Nicole Walker Declaration; *Oveissi I*, 768 F. Supp. 2d at 27-28; *Higgins v. Islamic Republic of Iran*, No. 99-CV-377 (JCKK), 2000 WL 33674311, at *4 (D.D.C. Sept. 21, 2000); Ex. 155, Kelly | $650 |

| | | | |
|---|---|---|---|
| | | Walker Murray Declaration; *Flanagan*, 87 F. Supp. 3d at 118; Prepare 1st Draft of Report; Check Case Cites and Table of Contents; Forward to Plaintiffs' Counsel (2 hours) | |
| 2/25/25 | Half Day | Review Plaintiffs' Proposed Changes; Finalize Report and Send to Plaintiffs' Counsel (1.5 hours) | $650 |

**Total Days:   12 full days @ $1,300: $15,600**

                **2 half days @ $650: $1,300**

**Total Compensation: $16,900**