UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>               Defendant. | Case No. 21-1808 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG REGARDING REPORT AND RECOMMENDATIONS FOR TRANCHE 1 FALLUJAH PLAINTIFFS**

Upon consideration of Plaintiffs' amended motion for payment of Special Master Stephen A. Saltzburg, who provided the Court with a Report and Recommendations on liability and compensatory damages for the Tranche 1 Fallujah Plaintiffs, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Amended Motion for Payment of Special Master Regarding Tranche 1 Fallujah Plaintiffs is **GRANTED**; it is further

**ORDERED** that the appointed Special Master shall be authorized payment of $16,900, for fees and reasonable business expenses from funds available under Section 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

      2. Plaintiffs' Amended Motion for Payment of Special Master Regarding Tranche 1 Fallujah Plaintiffs, including the supporting Exhibit A, the Special Master's voucher and supporting documents; and

      3. The Court's Order Administrative Plan and Order Appointing Special Masters, Dkt. 64; and it is further

      **ORDERED** that the Clerk of the Court shall coordinate any required follow-up with OVC and that, upon receipt of funds, the Clerk shall promptly disburse them to the appointed Special Master at his provided addresses.

      **SO ORDERED.**

Dated: _____                                  _____

                                                            HON. RANDOLPH D. MOSS
                                                            UNITED STATES DISTRICT JUDGE