UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> *Defendant.* | Civil Action No. 21-1808 (RDM) |

## ORDER

This matter comes before the Court on Plaintiffs' Motions for Payment to Special Master Stephen A. Saltzburg, Dkt. 79, and Amended Motion for Payment to Special Master Stephen A. Saltzburg, Dkt. 84. Plaintiffs seek compensation for the Special Master's time expended assessing the validity of and recommending damages for their claims pursuant to 28 U.S.C. § 1605A(e)(2). For reasons explained below, the Court will vacate its prior Order, Dkt. 83, and will grant the motions.

The Foreign Services Immunities Act ("FSIA") provides that courts may appoint special masters to hear damage claims brought under the "state-sponsored terrorism" exception, 28 U.S.C. § 1605A, and that those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984," 28 U.S.C. § 1605A(e)(1)–(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

The Court previously appointed Stephen A. Saltzburg to serve as a Special Master in this case and, accordingly, to "'recommend findings of fact' regarding whether each Plaintiff has adequately demonstrated his or her entitlement to relief" and to make recommendations on "the scope of each Plaintiff's compensatory damages." Dkt. 64 at 3; *see also* Min. Order (Oct. 9, 2024). The Order provided that the Special Master "shall be paid $1,300 per day" for each full day of work (i.e., more than four hours) and $650 for each half-day of work or less (i.e., four hours or less); authorized compensation for "reasonable expenses"; directed the Special Master to provide Plaintiffs with "detailed voucher[s]" identifying the date of work, the type of work, the total hours, and the amount claimed; and directed Plaintiffs to file a motion with the Court seeking compensation within 30 of the Special Master submitting his report, Dkt. 64 at 7–9.

The Special Master submitted his first report on November 5, 2024, Dkt. 66, and submitted his second report on February 26, 2025, Dkt. 74. Plaintiffs have now filed two motions seeking compensation for the Special Master, including vouchers documenting the Special Master's work in conformity with the Court's instructions. Dkts. 79-2, 84-2. Upon review, the Court determines that Special Master Saltzburg is entitled to compensation for work done in this case pursuant to the Court's order appointing him and is satisfied that the value of such reimbursement should be $16,900 for the Special Master's first report and $16,900 for the Special Master's second report, for a total of $33,800.

Accordingly, it is hereby

**ORDERED** that the Motions for Payment, Dkts. 79, 84, are **GRANTED**. It is further

**ORDERED** that Special Master Saltzburg is authorized to receive a payment of $33,800 in fees and reasonable business expenses from funds available under § 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); and it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the United States Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

2. Plaintiffs' Motion for Payment of Special Master Regarding Bellwether Plaintiffs, including the supporting Exhibit A, the Special Master's voucher and supporting documents, Dkt. 79;

3. Plaintiffs' Amended Motion for Payment of Special Master Regarding Tranche 1 Fallujah Plaintiffs, including the supporting Exhibit A, the Special Master's voucher and supporting documents, Dkt. 84; and

4. The Court's Order Adopting Administrative Plan Concerning Special Masters, Dkt. 56, the Order Appointing Special Master Stephen A. Saltzburg, Min. Order (Oct. 9, 2024), and the Order Adopting Administrative Plan and Order Appointing Special Masters, Dkt. 64; and it is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with OVC and that, upon receipt of funds, the Clerk shall promptly disburse them to the appointed Special Master at his provided addresses.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  March 31, 2025