# **EXHIBIT #1**

| | **Plaintiffs' Exhibit 1: Exhibit List** | | | |
|---|---|---|---|---|
| **Ex. #** | **Exhibit** | **Attack Date** | **Grounds for Admission** | **Source** |
| | **DEMONSTRATIVE EXHIBITS** | | | |
| 1 | Exhibit List | | Not Offered for Admission | Demonstrative |
| 2 | Tranche 1 Fallujah Plaintiffs Table | | FRE 401; 402; 403; 611; 702; 1006 | Demonstrative |
| | **EXPERT REPORT** | | | |
| 3 | Dr. Daveed Gartenstein-Ross, Expert Witness Report: Tranche 1 Fallujah Attack Attributions (Dec. 18, 2024) | | FRE 401; 402; 403; 611; 702; 703; 704; 901 | Expert Report |
| | **ATTACK-RELATED EXHIBITS** | | | |
| 4 | Department of the Army, USCENTCOM 22-0063L, "Casualty Report – Peter Lambert" (May 25, 2004) | 5/25/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 5 | Department of the Army, Ops Report, USCENTCOM 22-0063L, "IED ATTK on 1-32IN IVO Fallujah: 2 CF KIA, 2 CF WIA," (May 25, 2004) | 5/25/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 6 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – James Lambert," (June 30, 2004) | 5/25/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 7 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Todd Godwin," (October 18, 2004) | 7/20/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 8 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "I MEF Situation Report – Todd Godwin," (July 21, 2004) | 7/20/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 9 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Todd Godwin," (January 5, 2005) | 7/20/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 10 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Brad McCormick," (January 3, 2005) | 8/19/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 11 | U.S. Marine Corps, DON-USMC-2022-002646, "I MEF Situation Report," (August 20, 2004) | 8/19/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 12 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Brad McCormick," (October 14, 2004) | 8/19/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 13 | Department of the Army, "Report of Casualty - Richard Gienau," (April 22, 2005) | 2/27/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 14 | Office of the Armed Forces Medical Examiner, "Autopsy Report - Richard Gienau," (March 18, 2005) | 2/27/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 15 | Department of the Army, "Certificate of Death - Richard Gienau," (April 8, 2005) | 2/27/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 16 | CENTCOM, USCENTCOM 22-0117, Ops Report, "IED ATTK ON 224 ENG NORTH OF KARBALA: 1 CF KIA, 3 CF WIA/DAMAGE," (February 27, 2005) | 2/27/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 17 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramon Romero," (July 5, 2007) | 8/22/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 18 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on 2/7 SW of Fallujah," (August 22, 2005) | 8/22/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 19 | Multinational Force – Iraq, DON-USMC-2022-002646, "Enemy Situation and Assessment," (August 22, 2005) | 8/22/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 20 | CENTCOM, USCENTCOM 22-0063L, "Casualty Report – Ramon Romero," (August 22, 2005) | 8/22/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | |
|---|---|---|---|---|
| 21 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646 , "Casualty Report – Anthony Thomas McElveen," (December 7, 2007) | 12/1/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 22 | U.S. Marine Corps Headquarters, DON-USMC-2022---2646, "Casualty Report – John Martin Holmason," (December 5, 2007) | 12/1/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 23 | CENTCOM, USCENTCOM 22-0283, Ops Report, "IED ATTK ON 2/7 SW of Fallujah: 10 CF KIA, 11 CF WIA," (December 2, 2005) | 12/1/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 24 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on W/1/25 in S Fallujah: 2 DET, 3 CFKIA, 1CF WIA," (September 4, 2006) | 9/4/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 25 | Office of the Armed Forces Medical Examiner, "Autopsy Examination – Christopher Walsh," (November 1, 2006) | 9/4/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 26 | U.S. Marine Corps Headquarters, "Report of Casualty – Jose Galvan," (November 6, 2006) | 11/5/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 27 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jose Galvan," (December 7, 2006) | 11/5/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 28 | Department of the Army, "Report of Casualty – Jeffrey Bisson," (March 29, 2007) | 1/20/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 29 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED Explosion ATTK on TF 3-509 IVO (Route Bills): 1 CF WIA 4 CF KIA," (January 20, 2007) | 1/20/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 30 | "Certificate of Death – Jeffrey Bisson," (January 23, 2007) | 1/20/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 31 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Brett Witteveen" (Sept. 18, 2012) | 2/19/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 32 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Brett Witteveen" (March 13, 2007) | 2/19/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 33 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Brandon Wallace," (May 8, 2007) | 4/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 34 | Department of the Army, "Report of Casualty – Brandon Wallace," (April 17, 2007) | 4/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 35 | Department of the Army, ARCENT FA-17-0256, "AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion," (April 27, 2007) | 4/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 36 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramona Valdez," (July 13, 2007) | 6/23/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 37 | CENTCOM, DON-USMC-2022-002646, Ops Report, "SVBIED/SAF Attk on RCT-8 in Fallujah: 1 AIF KIA, 6 CF KIA, 13 CF WIA [redacted]," (June 23, 2005) | 6/23/2005 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 38 | T.L. Peterson, "Letter to Vickey de Lacour," United States Marine Corps, Truck Company, (September 6, 2004) | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 803(1); 807; 901; 902; | Victim's Document |
| 39 | U.S. Marine Corps Headquarters, "Report of Casualty - Mick Nygardbekowsky," (September 7, 2004) | 9/6/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 40 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casulaty - Derek Gardner," (February 18, 2005) | 9/6/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 41 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Michael Allred," (March 13, 2006) | 9/6/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 42 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Christopher McCarthy," (September 7, 2004) | 9/6/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |

| | | | | |
|---|---|---|---|---|
| 43 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "VBIED ATTK on 2/1MAR Convoy IVO Fallujah: 7 US KIA/6 US WIA/3 ING KIA/ 1 ING WIA," (September 6, 2004) | 9/6/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 44 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Adrian Soltau," (January 18, 2005) | 9/13/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 45 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Adrian Soltau," (October 11, 2004) | 9/13/2004 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 46 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "Sniper Ops on 2/8 (RCT 5) IVO Falluja: 1 CF KIA," (December 16, 2006) | 12/16/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 47 | Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Nicklas Palmer," (December 23, 2006) | 12/16/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 48 | U.S. Marine Corps Headquarters, USCENTCOM 22-0063L, "Casualty Report – Nicklas Palmer," (December 16, 2006) | 12/16/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 49 | U.S. Marine Corps Headquarters, "Report of Casualty – Nicklas Palmer," (November 6, 2007) | 12/16/2006 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 50 | Office of the Armed Forces Medical Examiner, "Autopsy Report – Jeffrey Walker," (June 4, 2007) | 5/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(11) | Victim's Document |
| 51 | U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Jeffrey Walker," (September 18, 2012) | 5/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| 52 | CENTCOM, USCENTCOM 22-0063L, Ops Report, "Sniper Ops (Small Arms) on CLB-6 IVO Fallujah: 1 CF KIA," (May 15, 2007) | 5/14/2007 | FRE 401; 402; 403; 611; 703; 803(6); 803(8); 807; 901; 901(7); 902; 902(5); 902(11) | FOIA |
| **PLAINTIFF DECLARATIONS and IDs** | | | | |
| 53 | Declaration of Sarah Lambert | 5/25/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 54 | Sarah Lambert ID | 5/25/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 55 | Declaration of Nancy Godwin | 7/20/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 56 | Nancy Godwin ID | 7/20/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 57 | Declaration of William Godwin | 7/20/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 58 | William Godwin ID | 7/20/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 59 | Declaration of Anna Godwin | 7/20/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 60 | Anna Godwin ID | 7/20/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 61 | Declaration of Aaron Godwin | 7/20/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 62 | Aaron Godwin ID | 7/20/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 63 | Declaration of Rhonda McCormick | 8/19/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 64 | Rhonda McCormick ID | 8/19/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 65 | Declaration of Debbee Way | 2/27/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 66 | Debbee Way ID | 2/27/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 67 | Declaration of Richard Gienau | 2/27/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 68 | Richard Gienau ID | 2/27/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 69 | Declaration of Maria Romero | 8/22/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 70 | Maria Romero ID | 8/22/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 71 | Declaration of Juan Romero | 8/22/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 72 | Juan Romero ID | 8/22/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 73 | Declaration of Yajaira Romero | 8/22/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 74 | Yajaira Romero ID | 8/22/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 75 | Declaration of Bernardo Romero | 8/22/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 76 | Bernardo Romero ID | 8/22/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 77 | Declaration of Thomas McElveen | 12/1/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 78 | Thomas McElveen ID | 12/1/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 79 | Declaration of Maureen Walsh | 9/4/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 80 | Maureen Walsh ID | 9/4/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |

| | | | | |
|---|---|---|---|---|
| 81 | Declaration of Patrick Walsh | 9/4/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 82 | Patrick Walsh ID | 9/4/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 83 | Declaration of Joseph Walsh | 9/4/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 84 | Joseph Walsh ID | 9/4/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 85 | Declaration of Meghan Turner | 9/4/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 86 | Meghan Turner ID | 9/4/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 87 | Declaration of Erin Watson | 9/4/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 88 | Erin Watson ID | 9/4/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 89 | Declaration of Jesse Vega | 11/5/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 90 | Jesse Vega ID | 11/5/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 91 | Declaration of Andrew Bisson | 1/20/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 92 | Andrew Bisson ID | 1/20/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 93 | Declaration of Lauralee Bisson | 1/20/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 94 | Lauralee Bisson ID | 1/20/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 95 | Declaration of Richard Bisson | 1/20/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 96 | Richard Bisson ID | 1/20/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 97 | Declaration of Christopher Bisson | 1/20/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 98 | Christopher Bisson ID | 1/20/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 99 | Declaration of Richard Witteveen | 2/19/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 100 | Richard Witteveen ID | 2/19/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 101 | Declaration of Trent Witteveen | 2/19/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 102 | Trent Witteveen ID | 2/19/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 103 | Declaration of Heather Kaufman | 2/19/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 104 | Heather Kaufman ID | 2/19/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 105 | Declaration of Robin Wallace | 4/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 106 | Robin Wallace ID | 4/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 107 | Declaration of Rickey Wallace | 4/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 108 | Rickey Wallace ID | 4/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 109 | Declaration of Sarah Wallace | 4/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 110 | Sarah Wallace ID | 4/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 111 | Declaration of Rachel Tucker | 4/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 112 | Rachel Tucker ID | 4/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 113 | Declaration of Estefani Valdez | 6/23/2005 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 114 | Estefani Valdez ID | 6/23/2005 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 115 | Declaration of Joan Bekowsky | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 116 | Joan Bekowsky ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 117 | Declaration of Brian Bekowsky | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 118 | Brian Bekowsky ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 119 | Declaration of Haley White | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 120 | Haley White ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 121 | Declaration of Zellene Allred | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 122 | Zellene Allred ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 123 | Declaration of Brett Allred | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 124 | Brett Allred ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 125 | Declaration of Adam Allred | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 126 | Adam Allred ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 127 | Declaration of Vickey McCleary Chalumeau | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 128 | Vickey McCleary Chalumeau ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 129 | Declaration of Erik Gardner | 9/6/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 130 | Erik Gardner ID | 9/6/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 131 | Declaration of Marjorie Paul | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |

| | | | | |
|---|---|---|---|---|
| 132 | Marjorie Paul ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 133 | Declaration of Andrew Soltau | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 134 | Andrew Soltau ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 135 | Declaration of Desiree Soltau | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 136 | Desiree Soltau ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 137 | Declaration of James Perry III | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 138 | James Perry III ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 139 | Declaration of Scott Perry | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 140 | Scott Perry ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 141 | Declaration of Lakiesha Perry-Smith | 9/13/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 142 | Lakiesha Perry-Smith ID | 9/13/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 143 | Declaration of Rachele Palmer | 12/16/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 144 | Rachele Palmer ID | 12/16/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 145 | Declaration of Brad Palmer | 12/16/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 146 | Brad Palmer ID | 12/16/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 147 | Declaration of Dustin Palmer | 12/16/2006 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 148 | Dustin Palmer ID | 12/16/2006 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 149 | Declaration of Conner Walker | 5/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 150 | Conner Walker ID | 5/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 151 | Declaration of James Walker | 5/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 152 | James Walker ID | 5/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 153 | Declaration of Kasey Walker | 5/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 154 | Kasey Walker ID | 5/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 155 | Declaration of Kelly Walker Murray | 5/14/2007 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 156 | Kelly Walker Murray ID | 5/14/2007 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 157 | Declaration of Larry McCormick | 8/19/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 158 | Larry McCormick ID | 8/19/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 159 | Declaration of Blake McCormick | 8/19/2004 | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 160 | Blake McCormick ID | 8/19/2004 | FRE 401; 402; 403; 902 | Plaintiff Identity Document |