# **EXHIBIT #2**

**Exhibit 2 – Tranche 1 Fallujah Plaintiffs Table**

| Attack No. | Attack Date | Attack Victim | Plaintiff | Relationship | Plaintiff Exhibits |
|---|---|---|---|---|---|
| *IED Attacks* | | | | | |
| 1 | 05/25/2004 | PFC James Lambert | Sarah Marie Lambert | Sister | 53, 54 |
| 2 | 07/20/2004 | Cpl. Todd Godwin | Nancy Godwin | Mother | 55, 56 |
| 2 | 07/20/2004 | Cpl. Todd Godwin | William Godwin | Father | 57, 58 |
| 2 | 07/20/2004 | Cpl. Todd Godwin | Anna Godwin | Sister | 59, 60 |
| 2 | 07/20/2004 | Cpl. Todd Godwin | Aaron Godwin | Brother | 61, 62 |
| 3 | 08/19/2004 | Cpl. Brad McCormick | Rhonda McCormick | Mother | 63, 64 |
| 3 | 08/19/2004 | Cpl. Brad McCormick | Larry McCormick | Father | 157, 158 |
| 3 | 08/19/2004 | Cpl. Brad McCormick | Blake McCormick | Brother | 159, 160 |
| 4 | 02/27/2005 | 2LT Richard Gienau | Debbee Way | Mother | 65, 66 |
| 4 | 02/27/2005 | 2LT Richard Gienau | Richard Louis Gienau | Father | 67, 68 |
| 5 | 08/22/2005 | PFC Ramon Romero | Maria Odilia Romero | Mother | 69, 70 |
| 5 | 08/22/2005 | PFC Ramon Romero | Juan Diego Romero | Father | 71, 72 |
| 5 | 08/22/2005 | PFC Ramon Romero | Yajaira Romero | Sister | 73, 74 |
| 5 | 08/22/2005 | PFC Ramon Romero | Bernardo Romero | Brother | 75, 76 |
| 6 | 12/01/2005 | Cpl. Anthony McElveen | Thomas McElveen | Father | 77, 78 |
| 7 | 09/04/2006 | PO2 Christopher Walsh | Maureen Walsh | Mother | 79, 80 |
| 7 | 09/04/2006 | PO2 Christopher Walsh | Patrick Walsh | Brother | 81, 82 |
| 7 | 09/04/2006 | PO2 Christopher Walsh | Joseph Walsh | Brother | 83, 84 |
| 7 | 09/04/2006 | PO2 Christopher Walsh | Meghan Turner | Sister | 85, 86 |
| 7 | 09/04/2006 | PO2 Christopher Walsh | Erin Watson | Sister | 87, 88 |
| 8 | 11/05/2006 | Cpl. Jose Galvan | Jesse Vega | Stepfather | 89, 90 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 01/20/2007 | SPC Jeffrey Bisson | Andrew Bisson | Son | 91, 92 |
| | | | Lauralee Bisson | Mother | 93, 94 |
| | | | Richard Bisson | Father | 95, 96 |
| | | | Christopher Bisson | Brother | 97, 98 |
| 10 | 02/19/2007 | PFC Brett Witteveen | Richard Witteveen | Father | 99, 100 |
| | | | Trent Witteveen | Half-Brother | 101, 102 |
| | | | Heather Kaufman | Half-Sister | 103, 104 |
| 11 | 04/14/2007 | SGT Brandon Wallace | Robin Wallace | Mother | 105, 106 |
| | | | Rickey Wallace | Father | 107, 108 |
| | | | Sarah Wallace | Sister | 109, 110 |
| | | | Rachel Tucker | Sister | 111, 112 |
| *Complex Attack* | | | | | |
| 12 | 06/23/2005 | Cpl. Ramona Valdez | Estefani Valdez | Sister | 113, 114 |
| *Suicide Attacks* | | | | | |
| 13 | 09/06/2004 | Cpl. Mick Bekowsky | Joan Bekowsky | Mother | 115, 116 |
| | | | Brian Bekowsky | Stepfather | 117, 118 |
| | | | Haley White | Half-Sister | 119, 120 |
| | | LCpl. Michael Allred | Zellene Allred | Mother | 121, 122 |
| | | | Brett Allred | Father | 123, 124 |
| | | | Adam Allred | Brother | 125, 126 |
| 13 | 09/06/2004 | LCpl. Derek Gardner | Vickey McCleary Chalumeau | Mother | 127, 128 |
| | | | Erik Gardner | Brother | 129, 130 |
| 14 | 09/13/2004 | Cpl. Adrian Soltau | Marjorie Paul | Mother | 131, 132 |
| | | | Andrew Soltau | Father | 133, 134 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | 09/13/2004 | Cpl. Adrian Soltau | Desiree Soltau | Stepmother | 135, 136 |
| | | | James Perry III | Stepbrother | 137, 138 |
| | | | Scott Perry | Stepbrother | 139, 140 |
| | | | Lakiesha Perry-Smith | Stepsister | 141, 142 |
| *Sniper Attacks* | | | | | |
| 15 | 12/16/2006 | LCpl. Nicklas Palmer | Rachele Palmer | Mother | 143, 144 |
| | | | Brad Palmer | Father | 145, 146 |
| | | | Dustin Palmer | Brother | 147, 148 |
| 16 | 05/14/2007 | LCpl. Jeffrey Walker | Conner Walker | Son | 149, 150 |
| | | | James Walker | Father | 151, 152 |
| | | | Kasey Walker | Sister | 153, 154 |
| | | | Kelley Walker Murray | Sister | 155, 156 |