# **EXHIBIT #3**

# **REDACTED**

# Expert Witness Report:
# Tranche 1 Fallujah Attack Attributions
## *Martino, et al., v. Islamic Republic of Iran*
# No. 1:21-cv-01808-RDM

**Dr. Daveed Gartenstein-Ross**
Founder & Senior Advisor at Valens Global
December 18, 2024

## Table of Contents

I.    Introduction ..................................................................................................................... 3

II.    Expert Qualifications ..................................................................................................... 4

III.    Methodology & Limiting Principles ............................................................................ 13

    *Methodology* ....................................................................................................................... 13

    *Limiting Principles* ............................................................................................................. 18

IV.    Overview of Fallujah, Al Anbar Province ................................................................. 19

    *Fallujah in the Early Days of Operation Iraqi Freedom* ....................................................... 21

    *First Battle of Fallujah* ........................................................................................................ 21

    *The Rise of the Zarqawi Organization in Fallujah* ............................................................... 22

    *Second Battle of Fallujah* .................................................................................................... 23

    *Zarqawi Organization Reestablishment in Fallujah from 2005 to 2006* ................................ 23

    *The Anbar Awakening* ........................................................................................................ 24

**Attack #1 – May 25, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Private First Class James Lambert** ............................................................................................. 25

**Attack #2 – July 20, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Todd Godwin** .................................................................................................. 31

**Attack #3 – August 19, 2004 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Reserve Corporal Brad McCormick** ................................................................... 37

**Attack #4 – February 27, 2005 IED Attack on Alternate Supply Route Boston Between Karbala and Ramadi, Fallujah District, Al Anbar Province That Killed U.S. Army Second Lieutenant Richard Gienau** ................................................................................................................................... 42

**Attack #5 – August 22, 2005 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Ramon Romero** ............................................................................... 49

**Attack #6 – December 1, 2005 IED Attack in Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason** ........................................... 57

**Attack #7 – September 4, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Navy Reserve Petty Officer Second Class Christopher Walsh** ........................................................... 64

**Attack #8 – November 5, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Jose Galvan** ................................................................................................... 71

**Attack #9 – January 20, 2007 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Army Specialist Jeffrey Bisson** .............................................................................................. 77

**Attack #10 – February 19, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Brett Witteveen** .................................................................. 85

**Attack #11 – April 14, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Sergeant Brandon Wallace** .................................................................................................... 91

**Attack #12 – June 23, 2005 Complex Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Ramona Valdez** ................................................................................. 97

**Attack #13 – September 6, 2004 SVBIED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Mick Bekowsky, Lance Corporal Michael Allred, Lance Corporal Derek Gardner, and Lance Corporal Christopher McCarthy** ................................................................... 105

**Attack #14 – September 13, 2004 SVBIED Attack Near Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Adrian Soltau** ........................................................................................................ 112

**Attack #15 – December 16, 2006 Sniper Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Nicklas Palmer** .................................................................................... 118

**Attack #16 – May 14, 2007 Sniper Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Jeffrey Walker** ........................................................................................... 124

**V.        Conclusion** ...................................................................................................................... 130

**Appendix 1: The Presence and Role of Shia Militant Groups** ....................................................... 132

*The Role of Shia Militant Groups* ........................................................................................................ 132

*Iranian Material Support to Shia Groups in Iraq* ............................................................................... 136

## I.  Introduction

I have been retained by the Plaintiffs to provide an expert opinion on the Islamic Republic of Iran's historical use of the Zarqawi organization as a proxy force; the emergence and evolution of the Zarqawi organization; Iran's material support to the Zarqawi organization; and the culpability of the Zarqawi organization for 16 attacks that occurred between May 25, 2004, and May 14, 2007.

Relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion, to a reasonable degree of professional certainty, that:

- The Islamic Republic of Iran has an extensive history of using violent non-state actors (VNSAs) as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed and materially supported Sunni militant groups, including al-Qaeda and the Zarqawi organization when such support aligned with Iran's state interests. This history is detailed in my accompanying *Expert Report & Declaration on Sunni Militant Organizations.*

- Iran provided substantial support to the Zarqawi organization in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning. This support is likewise detailed in my accompanying *Expert Report & Declaration on Sunni Militant Organizations.*

- The Zarqawi organization likely planned, committed, or authorized the sixteen attacks assessed in this report. These include:

  o  May 25, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Private First Class James Lambert

- o July 20, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Todd Godwin
- o August 19, 2004 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Reserve Corporal Brad McCormick
- o February 27, 2005 IED Attack on Alternate Supply Route Boston Between Karbala and Ramadi, Fallujah District, Al Anbar Province That Killed U.S. Army Second Lieutenant Richard Gienau
- o August 22, 2005 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Ramon Romero
- o December 1, 2005 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason
- o September 4, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Navy Reserve Petty Officer Second Class Christopher Walsh
- o November 5, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Jose Galvan
- o January 20, 2007 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Army Specialist Jeffrey Bisson
- o February 19, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Brett Witteveen
- o April 14, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Sergeant Brandon Wallace
- o June 23, 2005 Complex Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Ramona Valdez
- o September 6, 2004 SVBIED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Mick Bekowsky, Lance Corporal Michael Allred, Lance Corporal Derek Gardner, and Lance Corporal Christopher McCarthy
- o September 13, 2004 SVBIED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Adrian Soltau
- o December 16, 2006 Sniper Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Nicklas Palmer
- o May 14, 2007 Sniper Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Jeffrey Walker

- Iran's assistance was critical to the survival of the Zarqawi organization, significantly increased its capabilities, and is reasonably connected to each of the attacks listed above.

The following sections of this report explain how I reached these conclusions. Section II provides an overview of my qualifications for making the expert determinations in this report. Section III describes my methodology and the limiting principles that I employ in my attribution work. Section IV analyzes the attacks at issue in this case, attributing responsibility for each attack. These attack attributions are grouped by attack type. Finally, Section V highlights my principal conclusions.

## II. Expert Qualifications

My professional life has been dedicated to understanding the role of Violent Nonstate Actors (VNSAs) in the world and to helping policymakers, government agencies, private companies, and others fashion innovative solutions to the challenges that VNSAs pose. I am the founder of Valens

Global, a private commercial firm where I now work as a Senior Advisor,[1] and I also hold appointments at think tanks in the United States and Europe. I am a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies (FDD), a nonpartisan policy institute in Washington, D.C., with which I have been affiliated for 17 years.[2] I am also an Associate Fellow at the International Centre for Counter-Terrorism – The Hague (ICCT), with which I have maintained an affiliation for eleven years. I have authored several studies for ICCT, some of which required international field research.[3] Past positions that I have held include Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships (2016-17) and Fellow at Jigsaw, a tech incubator within Google with the mission of exploring threats to open societies and building technology that inspires scalable solutions. I led several major projects responding to violent extremists' use of online platforms for Jigsaw.[4]

I have experience teaching, leading national-security simulations, and lecturing at the university level. I serve as an Adjunct Instructor at Duke University (2021-present) and as an Instructor at Carnegie Mellon University (2022-23). From 2013-17, I held an appointment as an Adjunct Assistant Professor in Georgetown University's Security Studies Program, where I taught a graduate course on violent non-state actors. I have also held an appointment as a Lecturer at the Catholic University of America, where I taught a graduate course on violent non-state actors and an undergraduate course on al-Qaeda and its affiliates; and have taught classes for, or held faculty appointments at, the University of Southern California (teaching for the school's Executive Program in Counterterrorism) and the University of Maryland (Faculty Research Assistant in the Institute for Advanced Computer Studies, 2013-14).

I have been contracted to design and lead national-security simulations (also known as wargames) for numerous colleges and universities, including American University, Carnegie Mellon University, Carleton University, Duke University, Georgetown University, Johns Hopkins University, National Defense University, Regent University, the University of Calgary, the University of North Carolina at Chapel Hill, and Wake Forest University. Several of our simulations involve challenges focused on the Zarqawi organization. In addition to running these simulations for academic institutions, I have designed and led simulations for government agencies (e.g., the U.S. State Department's Foreign Service Institute, Canada's Department of National Defence), multilateral institutions (e.g., the Global Counterterrorism Forum), and think tanks (e.g., the Foundation for Defense of Democracies).

---

[1] I served as Valens Global's Chief Executive Officer for around a decade after founding it, from August 1, 2014 through May 9, 2024.

[2] I served as FDD's Vice President of Research (2007-10), then as a Senior Fellow (2010-18), and a Non-Resident Fellow (2018-19). For a sense of the work I have undertaken for FDD, see the following books and studies that I authored for the institute, or for which I served as a volume editor: Daveed Gartenstein-Ross et al., *Evolving Terror: The Development of Jihadist Operations Targeting Western Interests in Africa* (Washington, D.C.: FDD Press, 2018); Daveed Gartenstein-Ross et al., *Islamic State 2021: Possible Futures in North and West Africa* (Washington, D.C.: FDD Press, 2017); Daveed Gartenstein-Ross & Jonathan Schanzer eds., *Allies, Adversaries and Enemies: America's Increasingly Complex Alliances* (Washington, D.C.: FDD Press, 2014).

[3] See Daveed Gartenstein-Ross et al., *The Islamic State's Global Propaganda Strategy* (The Hague: ICCT – The Hague, 2016); Daveed Gartenstein-Ross et al., *Raising the Stakes: Ansar al-Sharia in Tunisia's Shift to Jihad* (The Hague: ICCT – The Hague, 2014); Daveed Gartenstein-Ross, *Ansar al-Sharia Tunisia's Long Game: Dawa, Hisba, and Jihad* (The Hague: ICCT – The Hague, 2013).

[4] Much of the work I undertook for Jigsaw/Google remains confidential, but one project, known as the Redirect Method, has been made public. See Andy Greenberg, "Google's Clever Plan to Stop Aspiring ISIS Recruits," *Wired*, September 7, 2016. Jigsaw maintains a website that explains the Redirect Method at https://redirectmethod.org/. I led Valens Global's efforts to map the counter-ISIS narrative space on YouTube for this project.

I have also delivered presentations at or for numerous colleges, universities, and academic conferences, including the American Political Science Association Annual Meeting, the Association for the Study of the Middle East and Africa Annual Conference, Campbell University (Buies Creek, N.C.), Campbellsville University (Campbellsville, Ky.), Columbus State University (Columbus, Ga.), the George C. Marshall European Center for Security Studies (Garmisch, Germany), Georgia State University (Atlanta, Ga.), Harvard Law School, High Point University (High Point, N.C.), the U.S. Marine Corps Command and Staff College (Quantico, Va.), the National Defence College (Abu Dhabi), the United States Naval Academy (Annapolis, Md.), the New York University School of Law, O.P. Jindal Global University (Sonipat, India), Universität Tübingen (Tübingen, Germany), and Uppsala University (Uppsala, Sweden). A number of these presentations have been about the Zarqawi organization and Iraq.

I hold a Ph.D. and M.A. in World Politics from the Catholic University of America, a J.D., *magna cum laude*, from the New York University School of Law, and a B.A. with Honors, *magna cum laude*, from Wake Forest University. I also hold a 10,000 Small Businesses Certificate of Entrepreneurship, which I received from a program sponsored by the Goldman Sachs Foundation (classes held at Babson College, in Wellesley, Mass.).

As part of my topical research, which began in approximately 1995 during my undergraduate studies, I have traveled overseas to conduct field research or do professional work in numerous countries. I have reviewed thousands of open-source documents about jihadist VNSAs in English, French, Italian, Spanish, and Arabic.[5] I have served as a consultant and expert on terrorism and national security issues for the U.S., Canadian, and Dutch governments, NATO, the European Union, the Global Counterterrorism Forum, and private organizations. In the course of this work, I have been certified by governmental bodies as an expert on terrorism and violent non-state actors on numerous occasions, including for the following projects:

- serving as a Subject-Matter Expert (SME) for U.S. Customs and Border Protection (2017-present). My work has included delivering open-source strategic reports about sub-state violence, including on Iran's influence in Iraq and Syria and the Zarqawi organization's activities; and delivering training and high-level briefings for officials and analysts.
- leading Valens Global's efforts to support the drafting, threat assessment, and crafting of priority actions for the U.S. Department of Homeland Security's *Strategic Framework for Countering Terrorism and Targeted Violence*, which was released in September 2019 and has subsequently guided DHS's approach to confronting terrorism. That document received widespread acclaim, with the *New York Times* editorializing that the document "focuses unapologetically on right-wing terrorism, particularly white supremacist extremism," which constitutes "a shift that is both urgently needed and long overdue."[6]

---

[5] As a simple definition, modern jihadism is an ideological trend that seeks violent overthrow of the existing political order in favor of a transnational theocratic entity, with the creation of a caliphate being the most common objective. The term *jihadist* is an organic term, the way those within the movement refer to themselves, which is why we employ it in this report. It should be understood, though, that the Arabic word *jihad*, which translates to *struggle*, is an established Islamic religious concept with many connotations, and most Muslims interpret the term in significantly different ways than do the self-proclaimed jihadists.

[6] Alex Kingsbury (editorial board member), "Rethinking Counterterrorism," *New York Times*, September 23, 2019.

- serving as a co-Principal Investigator for a one-year, $154,921 grant funded by the National Counterterrorism Innovation, Technology, and Education Center (NCITE) to assess the benefits of simulations and wargames for Homeland Security Enterprise workforce development.

- serving as a co-Principal Investigator for a three-year, $1.5 million project for the Office of Naval Research using big data to analyze relationships among members of terrorist groups, and, based on this data, anticipate where fractures are likely to occur in terrorist organizations. The data collected for this project included the full range of terrorist groups active in Iraq.

- serving as the Principal Investigator for twelve different grant-funded research projects, many of them related to terrorism and VNSAs, for the Mobilizing Insights in Defense and Security (MINDS) program funded by Canada's Department of National Defence, as well as its predecessor program. The grants, awarded from 2016 to present, included a study detailing the Islamic State's (ISIS) possible futures in North and West Africa.[7]

- designing and delivering a lecture titled "Jihadist Propaganda and the Rise of ISIS" for the U.S. State Department's Islam & the Muslim World (AR194) course, from June 2020 to present.

- designing and delivering lectures on global terrorism for the U.S. Army Corps of Engineers' Individual Terrorism Awareness Course (INTAC), for which I served as one of the lead instructors from 2016 to 2020. This course included discussion of the Zarqawi organization and Iraq.

- lecturing for U.S. Army units about to undertake deployments, including to Iraq, through the Naval Postgraduate School's Center for Civil-Military Relations (CCMR), for which I taught on over 70 occasions from 2009 to 2019.

- serving as a SME providing analysis to the U.S. Department of Defense's Joint Improvised Threat Defeat Organization (JIDO) four times, including on a project examining possible futures of the Zarqawi organization.

- serving as a SME on nine separate initiatives for the Global Counterterrorism Forum (GCTF). For example, I was the lead SME for the *Berlin Memorandum on Good Practices for Countering Terrorist Use of Unmanned Aerial Systems*.[8] Other initiatives for which I served as a high-level SME for GCTF have pertained to watch-listing, maritime terrorist travel, and racially or ethnically motivated violent extremism.

- serving as the Principal Investigator in 2016-17 for two VNSA-related projects for NATO. In the first, I authored a study proposing a new methodology for monitoring and evaluation (M&E) of counterterrorism capacity-building efforts. In the second, I played a lead role in designing a demo for software capable of tracking M&E of future counterterrorism capacity building missions.

- organizing and facilitating a 2016 conference in Nigeria, as a European Union-appointed Strategic Communication Expert, helping civil society activists to understand terrorist groups' use of social media and to forge a strategic action plan for countering it. The key terrorist group of interest was the Zarqawi organization-aligned Boko Haram.

---

[7] *ISIS/the Islamic State* is the most recent rebranding employed by the Zarqawi organization, as this report discusses subsequently.

[8] GCTF is an international forum consisting of 29 countries and the European Union that describes its mission as "reducing the vulnerability of people worldwide to terrorism by preventing, combating, and prosecuting terrorist acts and countering incitement and recruitment to terrorism."

- serving as a SME for the U.S. Department of State's Office of Anti-Terrorism Assistance, designing curriculum and leading instruction for the organization.
- leading training for the U.S. Department of Justice's Anti-Terrorism Advisory Council (ATAC) four times.

I have also been court-certified to testify as an expert witness or serve as a litigation consultant on terrorism and jihadist groups in the following federal cases:

- On at least twelve occasions, I have been admitted as an expert witness on the Zarqawi organization (also known as ISIS or al-Qaeda in Iraq). Thus far in 2024, I have been admitted as an expert witness on the Zarqawi organization in this case,[9] as well as in *Estate of Byron W. Fouty v. Syrian Arab Republic* (D.D.C. 2024); and *Messina v. Syrian Arab Republic* (D.D.C. 2024).[10] In 2023, I was admitted as an expert witness on the Zarqawi organization in *Baarbé v. Syrian Arab Republic* and *Mueller v. Syrian Arab Republic*.[11] In 2022, I was admitted as an expert witness on the Zarqawi organization in *Parhamovich v. Syrian Arab Republic* (D.D.C. 2022); *Fishbeck v. Islamic Republic of Iran* (D.D.C. 2022); and *Neiberger v. Islamic Republic of Iran* (D.D.C. 2022).[12] In *United States v. Young* (E.D. Va. 2017), the first criminal prosecution of a U.S. law enforcement officer for material support for ISIS, I served as an expert witness for the prosecution. The defense raised a *Daubert* challenge, and my expertise was affirmed by the District Court based on my background, "extensive academic credentials," and "the fact that the United States government uses him for training in these areas." The United States Court of Appeals for the Fourth Circuit affirmed the District Court on appeal, noting that the lower court "reached a reasonable decision in qualifying Dr. Gartenstein-Ross based on his extensive credentials and areas of expertise."[13] I also served as an expert witness on the Zarqawi organization in *Fields v.

---

[9] Memorandum Opinion and Order, *Martino v. Islamic Republic of Iran*, No. 23-1808-RDM (D.D.C. Sept. 30, 2024), Dkt. 55 at 6 ("Plaintiffs offer Dr. Gartenstein-Ross as an expert on 'Iran's historical use of violent non-state actors (VNSAs) as proxy forces . . . and Iran's material support to VNSAs in Iraq, including the Zarqawi organization and Ansar al-Islam/Ansar al-Sunna,' among other issues . . . The Court is, once again, persuaded that he is highly qualified to testify as an expert.")

[10] *Messina v. Syrian Arab Republic*, No. 20-cv-1237-RJL, 2024, at *2 n.1 (D.D.C., Sept. 16, 2024) ("Dr. Daveed Gartenstein-Ross is an expert on violent non-state actors like AQI. Indeed, Dr. Gartenstein-Ross has served as an expert witness in multiple federal cases on the Zarqawi organization."); *Estate of Byron W. Fouty v. Syrian Arab Republic*, No. 18-cv-385-RBW, 2024, at *6 n.7 (D.D.C. July 17, 2024) ("Having reviewed the qualifications provided by the plaintiffs in regards to Dr. Gartenstein-Ross … the Court is satisfied that all three individuals are qualified to offer the opinions discussed in the Court's Findings of Fact below.")

[11] See *Baarbé v. Syrian Arab Republic*, No. 5:20-CV-230, 2023 WL 4236184 (E.D. N.C. June 28, 2023); *Mueller v. Syrian Arab Republic*, No. 1:18-cv-01229-CJN, 2023 WL 1398434 (D.D.C. Jan. 31, 2023).

[12] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921, at *5 n. 5 (D.D.C. Dec. 28, 2022) ("The Court finds that Dr. Daveed Gartenstein-Ross is qualified as an expert on issues related to terrorist groups operating in Iraq. He currently serves as Chief Executive Officer of Valens Global, is a Non-Resident Fellow at the Foundation for the Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism at The Hague. He has been qualified as an expert witness in federal court on issues related to the Zarqawi organization and other terrorist groups and related issues in federal court. Dr. Gartenstein-Ross has testified before multiple House and Senate Committees, the United Nations, European Parliament, and the Canadian House of Commons"); *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C.), Sept. 12, 2022 Hearing Trans., at 130:11-130:12; *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), report and recommendation adopted, No. 16-cv-2193-EGS, 2022 WL 17370160 (D.D.C. Sept. 30, 2022).

[13] *United States v. Young*, 916 F.3d 368, 380 (4th Cir. 2019).

*Syrian Arab Republic* (D.D.C. 2021), *Sotloff v. Syrian Arab Republic* (D.D.C. 2021), *Doe v. Syrian Arab Republic* (D.D.C. 2020), and *Foley v. Syrian Arab Republic* (D.D.C. 2017).[14]

- I served as an expert witness on al-Qaeda in two separate cases: *Bernhardt v. Islamic Republic of Iran*, no. 18-2739 (D.D.C. 2023), and *In the Matter of B.O. in Removal Proceedings* (Boston Immigration Court 2012).[15]

- In *United States v. Abdul Kareem* (D. Ariz. 2016), I served as a litigation consultant for the defense. The defendant was accused of conspiring to support a Zarqawi organization/ISIS attack in the United States in 2015.

- In *Fritz v. Islamic Republic of Iran* (D.D.C. 2018), I served as an expert witness on the Iraqi Shia group Asaib Ahl al-Haq.[16]

---

[14] See *Fields v. Syrian Arab Republic*, no. 18-cv-1437-RJL, 2021 WL 9244135, at *1 n. 1 (D.D.C. Sept. 29, 2021) ("Dr. Gartenstein-Ross is the Chief Executive Officer of Valens Global, a private commercial firm focused on analyzing violent non-state actors. Gartenstein Report at 1. He holds a Ph.D. and M.A. in World Politics from the Catholic University of America, as well as a J.D. from the New York University School of Law. *Id.* at 2. He has a robust background in studying and publishing articles on the Zarqawi organization and has been accepted as an expert on Syria's support for ISIS in other federal courts…. As such, I find that Dr. Gartenstein-Ross is qualified as an expert in Syria's relationship with and support of ISIS"); *Sotloff v. Syrian Arab Republic*, 525 F. Supp. 3d 121, 133 (D.D.C. 2021) ("The first expert, Dr. Daveed Gartenstein-Ross, is an anti-terrorism scholar and author who has worked, in various capacities, on issues related to violent non-state actors for over a decade. Gartenstein-Ross Hr'g Tr. 13:1–12. He has testified as an expert on terrorism and jihadist groups in many courts, including in this District…. The Court qualified him as an expert on violent non-state actors generally, ISIS's evolution from its predecessor organizations, and ISIS's material supporters"); *Doe v. Syrian Arab Republic*, No. 18-CV-0066-KBJ, 2020 WL 5422844, at *9 n. 7 (D.D.C. Sept. 10, 2020) ("The undersigned finds that Dr. Gartenstein-Ross is qualified as an expert in the areas of terrorism and jihadist groups. He has been qualified in federal courts on six occasions in those fields. In addition, he has also testified in five hearings directly related to ISIS before the U.S. House and Senate. He has taught related topics at Georgetown University, Catholic University, University of Southern California, and University of Maryland…. As a result of his work, Dr. Gartenstein-Ross has been certified by governmental organizations as an expert on terrorism and jihadist groups, including the U.S. Customs and Border Protection and the U.S. Department of Defense's Joint Improvised-Threat Defeat Organization. He is presently the Chief Executive Officer of Valens Global, a firm focused on responses to violent non-state actors, a Senior Advisor on Asymmetric Warfare at the Foundation for Defense of Democracies, and an Associate Fellow at the International Centre for Counter-Terrorism. He also served as a Senior Advisor to the Director of the U.S. Department of Homeland Security's Office for Community Partnerships from 2016-2017"); *Foley v. Syrian Arab Republic*, 249 F. Supp.3d 186, 193 n.4 (D.D.C. 2017) ("Having considered the requirements set forth in Federal Rule of Evidence 702 for the admission of expert testimony, the Court qualified Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism").

[15] See *Bernhardt v. Islamic Republic of Iran*, No. 18-cv-2739-TJK, 2023 WL 2598677, at *8 n. 7 (D.D.C. Mar. 22, 2023). The Court wrote: "Gartenstein-Ross's report is based on his extensive knowledge, experience, training, and education concerning violent non-state actors, *see* ECF No. 48-1 at 4-15, and his comprehensive review of the relevant primary and secondary sources on the matter, *id.* at 15-16. Consistent with the well-established practice of courts in this Circuit, and '[c]onsidering the requirements of Federal Rule of Evidence 702, the Court [finds] Dr. Gartenstein-Ross qualified to offer the opinions relied upon herein as an expert on Iranian support for violent non-state actors . . . .' *See Neiberger v. Islamic Republic of Iran,* No. 16-cv-2193 (EGS/ZMF), 2022 WL 17370239, at *3 n.2 (D.D.C. Sept. 8, 2022) (collecting cases), *report and recommendation adopted,* 2022 WL 17370160 (D.D.C. Sept. 30, 2022); *see also, e.g., Fritz v. Islamic Republic of Iran,* 320 F. Supp. 3d 48, 63 (D.D.C. 2018) ('credit[ing] Dr. Gartenstein-Ross's expert opinion that Iran provided significant material support' (citation omitted)); *Foley v. Syrian Arab Republic,* 249 F. Supp. 3d 186, 193 (D.D.C. 2017) ('qualif[ying] Daveed Gartenstein-Ross as an expert in the evolution of the history of terrorist organizations and their claims of responsibility for acts of terrorism')."

[16] *Fritz v. Islamic Republic of Iran*, 320 F. Supp .3d 48, 58 n.2 (D.D.C. 2018) ("Many of the Court's findings in this section are derived from the testimony and expert reports of Dr. Matthew Levitt and Dr. Daveed Gartenstein-Ross. Having considered the requirements of Federal Rule of Evidence 702, the Court qualified … Dr. Gartenstein-Ross as an expert on (1) violent non-state actors, including identifying and analyzing online content generated by violent non-state actors; (2) Iran's use of proxy organizations in Iraq from the 1990s to 2012; and (3) Iraqi Shia militias in general and AAH in particular").

- I have been admitted as an expert witness on the Taliban (a group broadly allied with al-Qaeda) in three cases: *Cabrera v. Islamic Republic of Iran* (D.D.C. 2024)*, Selig v. Islamic Republic of Iran* (D.D.C. 2021), and *In the Matter of Abdul Qadir* (Arlington, Va. Immigration Court 2015).[17]
- I served as an expert witness on al-Shabaab (a Somalia-based al-Qaeda affiliate) in the following cases*: In the Matter of A.A.W.* (Bloomington, Minnesota Immigration Court 2021), *In the Matter of A.D.* (Memphis, Tenn. Immigration Court, 2012*), In the Matter of A.A.I.* (Colorado Immigration Court, 2011), *In the Matter of the Application for Withholding of A.A.M.* (Boston Immigration Court 2011), and *In the Matter of the Application for Asylum of M.A.A.* (N.J. Immigration Court 2009).

In addition to the aforementioned work that required my certification as an expert, I have undertaken a considerable amount of relevant professional work for various clients. A small sample of this work includes:

- I have served as a consultant for the Anti-Defamation League, producing reports on extremist groups and leading training for domestic law enforcement (2016-present).
- I have produced analytic reports for three firms in the oil and gas industry—Check-Six, Equinor, and Tullow Oil—that needed to make investment decisions related to VNSAs, or to protect their facilities and personnel in various locations (2014-15). The Zarqawi organization is one of the groups that I analyzed, and Iraq is one of the countries on which these reports focused.
- I led training for analysts about al-Qaeda-affiliated Sunni terrorist groups in the Horn of Africa for the contractor BAE Systems (2011).
- I served as a Subject Matter Consultant to the private security firm Corporate Risk International during a hostage negotiation with the Iraq-based group Asaib Ahl al-Haq (2008-09).

I have testified about my areas of core competency before the U.S. House and Senate more than a dozen times, and before the European Parliament and Canadian House of Commons. Additionally, I am an author with specialized knowledge about violent non-state actors, in particular about the Zarqawi organization. I am the author or volume editor of over thirty books and monographs, and I have written extensively on these topics in peer-reviewed academic publications and the mainstream press. Some selections that pertain to the key issues in this case include:

Books and Monographs

- *Enemies Near and Far: How Jihadist Groups Strategize, Plot and Learn* (Columbia University Press, 2022).
- *Islamic State 2021: Possible Futures in North and West Africa* (with J. Zenn and N. Barr), Foundation for Defense of Democracies, 2017.
- *The Islamic State's Global Propaganda Strategy* (with N. Barr and B. Moreng), ICCT—The Hague, 2016.
- *The War Between the Islamic State and al-Qaeda: Strategic Dimensions of a Patricidal Conflict* (with J. Fritz, B. Moreng & N. Barr), New America Foundation, 2015.

---

[17] See *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB (D.D.C. Feb. 29, 2024); *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 51 n. 1 (D.D.C. 2021) ("The Court has reviewed the qualifications of Plaintiffs' experts and is satisfied that each is qualified to offer the opinions discussed below. See Gartenstein-Ross Rep. at 2–9 (listing qualifications)").

- *Bin Laden's Legacy* (New York: John Wiley & Sons, 2011).

Book Chapters

- "Jihadism in the Post-Arab Spring Maghreb," in S. King & A. Magraoui eds., *The Lure of Authoritarianism: The Maghreb After the Arab Spring* (Indiana University Press, 2019).
- "The United States' Post-9/11 Fight Against al-Qa'ida and the Islamic State: A Losing Effort in Search of a Change," in David W. Lesch & Mark L. Haas eds., *The Middle East and the United States: History, Politics and Ideologies* 6th ed., Routledge 2018.
- "The Genesis, Rise, and Uncertain Future of al-Qaeda," in R. Law ed., *The Routledge History of Terrorism* (Routledge, 2015).
- "The Legacy of Osama bin Laden's Strategy," in David Kamien ed., *The McGraw-Hill Homeland Security Handbook* (New York: McGraw-Hill, 2012).

Academic and Technical Publications

- "Understanding Shifting Triadic Relationships in the Al-Qaeda/ISIS Faction Ecosystem" (with V.S. Subrahmanian et al.), *IEEE Transactions on Computational Social Systems*, September 23, 2020.
- "When Jihadist Factions Split: A Data-Driven Network Analysis" (with S. Hodgson et al.), *Studies in Conflict & Terrorism*, 2019.
- "Fluidity of the Fringes: Prior Extremist Involvement as a Radicalization Pathway" (with M. Blackman), *Studies in Conflict & Terrorism*, 2019.
- "How al-Qaeda Works: The Jihadist Group's Evolving Organizational Design" (with N. Barr), *Current Trends in Islamist Ideology*, May 30, 2018.
- "We Squeezed the Balloon: As ISIL Collapses, Jihadism Remains in a Growth Phase," symposium contribution, *Texas National Security Review*, March 20, 2018.
- "How al-Qaeda Survived the Islamic State Challenge," *Current Trends in Islamist Ideology*, August 30, 2016.
- "The Role of Iraqi Tribes after the Islamic State's Ascendance" (with S. Jensen), *Military Review*, July-August 2015.
- "Lone Wolf Islamic Terrorism: Abdulhakim Mujahid Muhammad (Carlos Bledsoe) Case Study," *Terrorism and Political Violence* 26:110-28 (2014).

Selected Commentary, Op-Eds, and Policy Analysis

- "The Evolution and Escalation of the Islamic State Threat to Mozambique" (with E. Chace-Donahue & C. Clarke), Foreign Policy Research Institute, April 13, 2021.
- "The Threat of Jihadist Terrorism in Germany" (with E. Chace-Donahue & C. Clarke), International Centre for Counter-Terrorism – The Hague, May 22, 2020.
- "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters" (with C. Clarke & E. Chace-Donahue), Foreign Policy Research Institute, February 5, 2020.
- "What Do Asia's Returning Isis Fighters Do Next?: You're About to Find Out" (with C. Clarke), *South China Morning Post*, February 2, 2020.
- "How to Win Friends and Wage Jihad: Understanding al Qaeda's Pragmatism" (with V. Koduvayur), *Foreign Affairs*, July 1, 2019.
- "The Emigrant Sisters Return: The Growing Role of the Islamic State's Women" (with V. Hagerty and L. Macnair), *War on the Rocks*, April 2, 2018.

- "ISIL's Virtual Planners: A Critical Terrorist Innovation," *War on the Rocks*, January 4, 2017.
- "Bloody Ramadan: How the Islamic State Coordinated a Global Terrorist Campaign," *War on the Rocks*, July 20, 2016.
- "Sunni Tribes Need Arms and Support to Fight ISIS," *New York Times*, June 1, 2015.

I have also spoken at events and conferences across the globe, including delivering keynote speeches about VNSAs at U.S. Special Operations Command's Sovereign Challenge Program Annual Conference (Pittsburgh, Pa., May 2019), the Airport IT & Security 2018 conference in Amsterdam (December 2018), the Counter Terrorism Symposium at the Miami International Airport (January 2018), the "After ISIL" conference sponsored by U.S. Army Special Operations Command and Duke University's Laboratory for Unconventional Conflict & Simulation (December 2016), the Social Media Narratives and Extremism Workshop (sponsored by the Near East South Asia Center, National Defense University, in Casablanca, August 2016), U.S. Army Special Operations Command Commander's Conference (May 2016), the University of Southern California's National Center for Risk and Economic Analysis of Terrorism Events (September 2011), and the Global Futures Forum (April 2011). Relevant presentations and conference papers that I have delivered on the Zarqawi organization and Iraq include:

- "NCITE Access the Author: Daveed Gartenstein-Ross," National Counterterror Innovation, Technology, and Education Center (NCITE), Omaha, Neb., February 16, 2023 [discussing *Enemies Near and Far*, which has a strong focus on the Zarqawi organization].
- "Shifting International Norms: Natural Evolution or a Battle for Leadership?," 13th Strategic Multilayer Assessment Conference, Joint Base Andrews, Md., February 8, 2023.
- "State of Terrorism 2023," Association of Former Intelligence Officers, Kennebunk, Maine, January 21, 2023.
- "Technology: A Help or Hindrance on Security and Society," Countering Violent Extremism: The Evolution of Radicalization and Responses Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, August 2, 2022.
- Panelist, "9/11 Lessons Learned," 4th Great Power Competition Conference: Two Decades After 9/11, co-sponsored by the University of South Florida and National Defense University, webinar, September 23, 2021.
- "Preventing Misuse of Cyberspace and New Technologies: Developing Ideas, Skills, and Toolkits for Practitioners," Second United Nations High-Level Conference of Heads of Counter-Terrorism Agencies of Member States, June 28, 2021.
- "Terrorists, Technology, Tactics: Understanding How Violent Non-State Actors Engage in Organizational Learning," Global Terrorism Trends and Analysis Center Speaker Series, December 17, 2020.
- "Maritime Security and Terrorist Travel: A Global Overview," keynote presentation, Virtual Consultation on the Implications of Terrorist Travel in the Maritime Domain, Global Counterterrorism Forum, July 21, 2020.
- "How Terrorist Organizations and Violent Extremists Are Operating in the Fog of COVID-19," Foundation for Defense of Democracies webinar, June 23, 2020.
- "Update on Terrorism—Expectations for 2020 and Beyond," Infonex Canadian BCP and Emergency Management 2020 Conference, Ottawa, January 28, 2020.

- "Future Global Trends and Asymmetric Warfare," keynote speech, Changing Nature of Conflicts Workshop, Near East South Asia Center for Strategic Studies, National Defense University, Casablanca, Morocco, June 18, 2019.
- "CT Challenges: What's Going Well, What's Not Going Well," Beyond Christchurch and the Caliphate: Terrorism's Futures, conference hosted by the Australian Government & Australian National University, Canberra, Australia, June 5, 2019.
- "Countering Radicalization: What Can Be Done?," Enriching the Middle East's Economic Future conference, sponsored by UCLA Center for Middle East Development, Doha, Qatar, November 13, 2017.
- "Sixteen Years After 9/11: Assessing the Terrorist Threat" (panel), New America Foundation, Washington, D.C., September 11, 2017.
- "Change or Continuity Since 2014: ISIS in Global Context," The Evolving Terrorist Threat conference, The RAND Corporation, Arlington, Va., June 27, 2017.
- "Terrorism in 2020" (panel), Department of Defense Combating Terrorism Intelligence Conference, Reston, Va., May 9, 2017.
- "The Jihadi Threat: ISIS, al-Qaeda and Beyond," panel, U.S. Institute of Peace, Washington, D.C., December 12, 2016.
- "The Competition between the Islamic State and al-Qaeda," Kazakhstan Institute for Strategic Studies, Astana, Kazakhstan, March 2, 2016.
- "The Competition between the Islamic State and al-Qaeda: Implications for Regional States and the Future of the Jihadist Movement," NATO Advanced Research Workshop, Brussels, October 6, 2015.
- "Al-Qaeda and Its Affiliates," National Center for Risk and Economic Analysis of Terrorism Events (CREATE), Executive Program in Counterterrorism, University of Southern California, Los Angeles, August 19, 2015.
- "The ISIS Campaign in Anbar," National Defense University, Washington, D.C., October 20, 2014.
- "The Arab Awakening and the Future of al-Qaeda," Woodrow Wilson International Center for Scholars, Washington, D.C., May 10, 2012.
- "Al-Qaeda After bin Laden," School of Advanced International Studies, Johns Hopkins University, Washington, D.C., February 21, 2012.

## III. Methodology & Limiting Principles

This section examines the methodology I employ for examining violent non-state actors and attributing attacks to specific VNSAs. It then discusses the limiting principles I employ that can rule out the culpability of state sponsors (in this case, Iran) for attacks that I was asked to analyze.

*Methodology*

I employ a comparative analysis method for understanding VNSAs. The comparative analysis method has been validated multiple times in written opinions by various U.S. courts,[18] including by this Court.

---

[18] See, e.g., *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011) (upholding the permissibility of an expert's testimony in a case where the expert employed the comparative analysis method, and noting that this methodology was "similar to that employed by experts that have been permitted to testify in other cases involving terrorist organizations"); Order, *United States v. Hausa*, 12 Cr. 0134, E.D.N.Y., February 10, 2017, p. 4.

Comparative analysis involves identifying relevant primary sources and scholarly literature, examining each source, and comparing these materials to one another in order to establish baseline facts for my analysis. Here I will explain the framework I employ for understanding VNSAs, and the significance of the method I employ to evaluate relevant facts.

The framework for understanding VNSAs is designed to apply across a range of these actors. Some of my writings and professional projects have classified various kinds of VNSAs and analyzed how they can be compared and contrasted with one another.[19] As I outline in my chapter "Violent Non-State Actors: Paradigmatic Lessons Learned" in the 2014 volume *National Security Management in Federal Structures*, several common factors should be analyzed across the range of VNSAs. These factors include:

- leadership,
- ideology,
- group goals,
- strategy,
- organizational structure,
- recruiting, and
- financial support.[20]

The comparative analysis method allows me to compare information and conclusions among sets of sources. Based on this method, I can make two determinations with a high degree of confidence: (1) I can make a probabilistic determination of whether a given fact about a VNSA is true, and (2) independent of whether that fact is true, I can make a probabilistic determination about whether insiders within that VNSA *believe* the fact to be true.

My academic and professional work has further explored and defined the best practices for analyzing and understanding each of these aspects of VNSAs. One best practice I employ is relying mainly on primary-source information, including statements and social media postings by VNSAs and their supporters, and the intercepted internal documents of these organizations (e.g., documents that U.S. forces recovered in a raid, and that the U.S. Government subsequently publicly released). These are documents commonly relied upon by experts. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners.

Though I generally rely on primary sources, many secondary sources also serve useful purposes. First, secondary sources can provide valuable historical information, adding rich context. Second, some secondary sources do a strong job of synthesizing large amounts of information. Third, some secondary sources contain the intrepid work of journalists who pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report I was able to cross-check all the secondary sources I utilized for claims that are material to my conclusions against primary sources,

---

[19] See Daveed Gartenstein-Ross & Jacob Zenn, "Terrorists, Insurgents, Something Else?: Clarifying and Classifying the 'Generational Challenge,'" *Lawfare*, January 15, 2017.

[20] Discussed in Daveed Gartenstein-Ross, "Violent Non-State Actors: Paradigmatic Lessons Learned," in *National Security Management in Federal Structures: Perspectives from India and the United States* (Kochi, India: Centre for Public Policy Research, 2014).

other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Another best practice I have adopted to complement the comparative analysis method is employing a system of evaluating my own analytic conclusions adapted from *Superforecasting*, a book by Philip Tetlock, who is an Annenberg University Professor at the University of Pennsylvania.[21] Evaluating my own conclusions critically enables me to further ensure the accuracy of my corpus of work.

*Attributing Relevant Attacks*
With a foundation of the analytical framework detailed above, I structure my attributions by first describing the attack, providing my ultimate assessment of which group was responsible for the attack, and then providing analysis supporting my assessment of responsibility. My assessment of responsibility includes analysis of the following factors:

- the geography and time period of the attack,
- the tactics, techniques, and procedures (TTPs) used in the attack,
- when relevant, U.S. Government reporting or analysis on the attack,
- when relevant, analysis of any claims of responsibility for the attack.

I now briefly discuss the factors analyzed in my attack attributions.

*Attack Description.* In describing the attack, I identify the victim(s), the timeline of the attack, and all relevant details, drawing primarily from U.S. Government documents describing the attack. It is not uncommon for military servicemembers involved in these attacks to receive promotions, either posthumously or after the attack occurred. In some cases, these rank changes are made after Government materials describing the attack have been produced. As such, the rank of individual victims or witnesses in this report may not reflect the rank they currently hold. When available, I have made citations noting a rank change.[22] The inclusion of these sources allows me to draw on all primary source documents available and contributes to my assessment of VNSAs responsibility.

*Attack Geography.* I seek to determine the militant groups that were most prominent in the geography of the attack at the time that it occurred. Militant groups' presence can be indicated by U.S. Government reporting, open-source reporting (including press accounts), and scholarly and academic works. Of particular importance is the concept of *area of operations dominance*. If a militant group had an overwhelming presence in that time and space, such that it was more likely than other militant organizations to be able to execute attacks there, I assess that this group maintained area of operations dominance. When a group enjoys area of operations dominance in a certain time and space, it means that group is more likely than others to be responsible for any given attack in that time and space, after which I can examine other factors (e.g., TTPs, claims of responsibility, and U.S. Government reporting) that can either further underscore or else refute the likelihood of that group's culpability.

*Tactics, Techniques, and Procedures.* I seek to determine whether the tactics, techniques, and procedures executed in the attack align with the TTPs common to specific groups that were active in that

---

[21] Philip E. Tetlock & Dan Gardner, *Superforecasting: The Art and Science of Prediction* (New York: Random House, 2015).
[22] A discrepancy between rank held at the time of the attack and the rank that a victim or witness currently holds obviously does not have a bearing on my overall analysis of an attack nor my ability to make an attribution of the responsible actor.

geography at the time of the attack. The TTPs employed in attacks that I examine in this report include IED attacks; suicide bombings; complex attacks; and small arms attacks. At the end of this section, I provide a short discussion of these categories of TTPs.

*Claims of Responsibility.* Militant organizations sometimes release public claims of responsibility for attacks. If one exists for an attack I am examining, I assess whether the claim of responsibility is *authentic* and *credible*. If I find that a claim of responsibility is authentic and credible, it increases the likelihood that the group claiming responsibility carried out the attack (and sometimes can be determinative, if the claim of responsibility contains visual images or other material that only the responsibility party would be able to access).

*U.S. Government Reporting.* Unclassified or declassified U.S. Government reporting indicating attack responsibility is occasionally available. If this material is available, it assists in my assessment of attributing responsibility for the attack.

*Attribution Probabilities.* In my analysis, I identify whether a militant group is *likely* or *very likely* responsible for the attack. A determination that a specific militant group is considered more likely than not to have committed a particular attack is based on the presence of significant but inferential evidence. One example of the kind of evidence that would support an attribution with a confidence level of *likely* is if the attack occurred within a group's geographic area of operations dominance, was executed with TTPs generally associated with the group, and aligns with the group's motivations (e.g., the target of attack matched the kind of targets that the group typically selected).

The determination that a specific militant group is *very likely* responsible for an attack is made when the aforementioned factors exist alongside indicators of responsibility that make it appear that, rather than merely meeting a *preponderance of evidence* threshold, the group's responsibility can be determined with a probability that would satisfy an evidentiary threshold like *clear and convincing.* Factors that can result in my finding of a *very likely* attribution probability include the following:

- overwhelming area of operations dominance by a specific group (e.g., if 85 to 90% of the attacks in a certain geography were attributable to it in that period);
- an authentic and credible claim of responsibility;
- U.S. Government reporting that conclusively attributes responsibility for the attack to a specific group;
- captured operatives who explain the group for which they carried out the attack;
- documents produced by the group that are later intercepted demonstrating its responsibility for the attack;
- expert consensus on the group responsible for a given attack.

A *very likely* determination may also be based on multiple layers of inferential evidence that together paint an overwhelmingly compelling picture. This could include, for example, a group's area of operations dominance *and* the attack's alignment with the group's TTPs *and* the group's contemporaneous announcement of a campaign targeting Coalition forces in the same timeframe and geography as the attack.

*TTP Categories.* Improvised explosive device (IED) attacks account for the majority of attacks at issue in this report. In IED attacks, the bomb's targets are killed or injured when an improvised explosive

device detonates. IEDs are typically composed of homemade explosives or repurposed military grade explosives (such as mortar shells) contained within a purpose-built or repurposed container (such as oxygen tanks).[23] IEDs can be command-detonated by remote or proximate triggers, or alternatively can be detonated by the victim via pressure switches (referred to as victim-operated IEDs, or VOIEDs). IEDs may be embedded in or emplaced on roads, walls, vehicles, and structures. The successful use of IEDs requires expertise in bomb design (including selecting the explosive type and trigger mechanism). IED emplacement also requires training or expertise, as well as presence by the militant organization emplacing the IEDs.[24] As Jessica Lewis, then the research director at the Institute for the Study of War, has noted, "VBIEDs require an extensive planning and logistical structure."[25] Sub-categories of IEDs include vehicle-borne IEDs (VBIEDs) and house-borne IEDs, as well as shaped charge IEDs and explosively formed penetrators (EFPs). Shaped charge IEDs and EFPs can be emplaced in a variety of locations and are differentiated from other IEDs by specially shaped container components that direct or amplify the explosion. Building EFPs and shaped charge IEDs requires additional specialized training beyond that needed to produce more typical IEDs.[26]

Suicide bombings involve individuals' purposeful commitment of suicide by command-detonating explosives while they are proximate to their target, generally on foot or in a vehicle. On foot, suicide bombers typically wear suicide vest IEDs (SVIEDs). In a suicide vehicle-borne IED (SVBIED) attack, the attackers strike their target in an explosives-laden vehicle. Suicide bombings may, but do not always, involve IEDs; in some suicide bombings, the explosives are military-grade explosives rather than improvised explosives). Much like IED attacks, suicide attacks require both expertise and also operational presence. Suicide bombings typically require a significant amount of planning and support, including vetting and training the suicide bomber and scouting the attack location or route.[27]

Complex attacks involve the use of multiple types of weapons in the same attack and are either previously coordinated engagements by multiple attackers or opportunistic employment of multiple weapon types.[28] Complex attacks can begin with what is called an "event-based trigger"—such as initial detonation of an IED that is then followed by small arms fire. Alternatively, a complex attack can proceed with no event-based trigger, instead involving multiple weapons from the outset (e.g., coincident engagement with small arms and RPGs, followed by remote detonation of nearby IEDs). Complex attacks require access to multiple weapon types, training in their use, deep familiarity with

---

[23] United Nations Office on Drugs and Crime, "Conventional Terrorist Weapons," n.d., https://www.unodc.org/images/odccp/terrorism_weapons_conventional.html.

[24] Kimberly Kagan, *May 2006 – August 20, 2007 Iran's Proxy War against the United States and the Iraqi Government*, (Washington, DC: Institute for the Study of War, August 29, 2007), p. 7, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf.

[25] Jessica Lewis, "Al-Qaeda in Iraq Resurgent, The Breaking the Walls Campaign, Part 1," September 2013, Institute for the Study of War, https://www.understandingwar.org/sites/default/files/AQI-Resurgent-10Sept_0.pdf; Kagan, *Iran's Proxy War*, p. 7.

[26] Marisa Cochrane, "Backgrounder #26 Iran and Al-Qaeda in Iraq: What's the Connection?," Institute for the Study of War, March 2008, p. 4, https://www.understandingwar.org/sites/default/files/reports/Iran%20and%20Al-Qaeda%20in%20Iraq.pdf; *See Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *4 (D.D.C., Jan. 17, 2023) ("Iran also provided training and weapons to all of these proxies [Asa'ib Ahl Al-Haq, Special Groups, Kata'ib Hezbollah, AQI, Badr Corps] [...] In terms of weapons, Iran primarily provided explosively formed penetrators (EFPs), improvised explosive devices (IEDs), mortars, and rocket-propelled grenades (RPGs), plus training on how to use them.").

[27] Royal United Services Institute for Defence and Security Studies, "Countering Suicide Bombing – Part II," November 14, 2007, https://rusi.org/publication/countering-suicide-bombing-part-ii.

[28] *Cabrera v. Islamic Republic of Iran*, Civil Action No. 19-3835 (JDB), D.D.C., July 19, 2022, p. 33 ("a complex attack requires the presence of 'multiple units coordinated to achieve a single objective, multiple weapons with phased operations, or sophisticated maneuvers.'").

the local area, and coordinated planning or consistent communications.[29] Iran is known to have provided certain Iraq-based militant groups with specific training in coordinated attacks.[30]

Small arms attacks (including handguns, sniper rifles, and machine guns), and RPG and anti-aircraft attacks generally involve an attacker firing at a target with line-of-sight visibility.[31] The intent of such fire is generally to kill or injure, but these TTPs have also been employed to deter an enemy's activities—including deterring the movement of targets or evacuation forces. Anti-aircraft attacks involve the engagement of aircraft. Weapons employed in such attacks can include small arms, RPGs, anti-aircraft guns/artillery, and surface-to-air missiles. This Court's previous opinion in *Roth v. Islamic Republic of Iran* illuminates the training required to successfully employ RPGs, while the U.S. Treasury Department has identified training that the Iranian Revolutionary Guards Corps' Quds Force provided to Iraq-based militants in "light arms, marksmanship, planting improvised explosive devices (IEDs), and firing anti-aircraft missiles."[32]

*Limiting Principles*

I conclude that Iran is causally connected to all the attacks that ultimately appear in my report. This does not mean that I concluded that Iran was causally connected to all of the attacks that the Plaintiffs presented to me. The attacks that appear in this report are a subset of a larger set of cases that the Plaintiffs presented to me. I informed the Plaintiffs that several attacks I was asked to analyze could not in fact be connected to Iran, and hence the Plaintiffs did not present those attacks to this Court.

In making assessments of responsibility, I considered the likelihood that *any* VNSAs present in a given region could have been responsible for the attack. Before moving on to a discussion of attacks that I would not find to be attributable to Iranian support, it is worth briefly discussing Shia militant groups. Shia militant groups were present in some of the geographies where I have been asked to attribute attacks. While I ultimately concluded that the Zarqawi organization was more likely to have conducted all of the attacks that are analyzed in this report, it is worth noting that many Shia groups also received significant material support from Iran. Therefore, the possibility that a Shia militant group may have been involved in one of the attacks analyzed in this report would not *necessarily* change my baseline assessment of Iranian culpability. To provide additional context about Shia groups, I have included a short appendix to this report discussing Iran's support for Shia militant groups in Iraq.

I now will detail how I played a limiting function in this case by identifying attacks to which Iran does not have a causal connection.

*Characteristics of Non-Attributable Attacks.* Here I will explain the limiting function served by indicating what kind of attacks, in my expert opinion, are unlikely to be attributable to Iranian-linked groups. This discussion is informed by attacks that I excluded from this report because they did not bear a

---

[29] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume I: Al Anbar Province Final Report*, (Alexandria, VA: Institute for Defense Analysis, July 2015) p. 78, https://www.ida.org/-/media/feature/publications/a/al/al-sahawa-the-awakening-volume-i-al-anbar-province-final-report/p-5100.ashx.

[30] Col. Joel D. Rayburn & Col. Frank K. Sobchak eds., *The U.S. Army in the Iraq War: Volume 1 Invasion - Insurgency - Civil War 2003-2006* (Strategic Studies Institute and U.S. Army War College Press, 2019), pp. 433, 572.

[31] United Nations Office on Drugs and Crime, *Conventional Terrorist Weapons*.

[32] *See Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *3, *5, *19, V. (D.D.C., Jan. 17, 2023); U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

sufficient nexus to Iran to give rise to a reasonable causal connection.

In the case of some non-attributable attacks, groups *unaffiliated* with Iran were likely responsible for the attacks. Many of these attacks occurred in the 2003-2004 timeframe, when Iranian material support to VNSAs in Iraq was less prominent than it would later become. For example, in two 2004 attacks I reviewed the groups likely responsible lacked substantial ties to Iran. The groups likely responsible for these attacks were a Ba'athist group and a small militant group with heavily localized presence (a Sunni militant group called Jaysh Muhammad). Though many fighters from these groups would later join Iranian-affiliated groups like the Zarqawi organization, at the time of the attack the responsible groups were unaffiliated with larger militant groups that possessed connections to Iran.

In other attacks where I did not find a sufficient connection to Iran, I assessed the evidence to be insufficient to make an attribution to a specific group. These unattributable attacks occurred in times and geographies where multiple groups unaffiliated with Iran were present, and no single group held area of operations dominance.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials using the comparative analysis method, my expert opinion on the responsibility for the attacks that the Plaintiffs asked me to analyze follows.

## IV. Overview of Fallujah, Al Anbar Province

Plaintiffs have asked me to assess sixteen attacks in Fallujah, Al Anbar Province from 2004 to 2007. Many of these attacks occurred in mid to late 2004, when two of the most pivotal battles of Operation Iraqi Freedom took place in Fallujah: Operation Vigilant Resolve and Operation Al Fajr. These two operations are also known as the First and Second Battles of Fallujah. Violent Non-State Actors (VNSAs) that were active in Fallujah during the time the attacks under consideration took place include the Zarqawi organization, Ansar al-Sunna (AAS), former regime elements (FREs), and to a lesser extent, Shia insurgent groups. The history and details of these groups are thoroughly outlined in my *Expert Report & Declaration on Sunni Militant Organizations* and *Appendix 1: The Presence and Role of Shia Militant Groups*.[33]

---

[33] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60; Appendix 1: The Presence and Role of Shia Militant Groups.



*Figure 1: Fallujah (outlined in red) served as a gateway connecting the insurgency in Baghdad to critical logistical hubs. The city changed hands several times throughout the Iraq War.*

From 2004 to 2007, Fallujah was a major hub of operations for the Zarqawi organization. Indeed, over much of the course of the Iraq War, the Zarqawi organization managed to enjoy area of operations dominance in Fallujah and, at times, over Al Anbar Province as a whole. While other Sunni militant groups operated in the province, these groups often acted in coordination with—if not in subordination to—the Zarqawi organization.

Shia militia groups also operated to a limited extent in Fallujah, particularly early in 2004.[34] In April and May of 2004, for example, insurgents from the Shia Mahdi Army traveled to Fallujah to assist the Sunni insurgency in fighting against the Coalition.[35] However, Shia insurgents were not able to expand their presence because the Sunni majority in Al Anbar made the province largely unconducive to Shia militant activity.[36]

Below, I provide a summary of significant developments that occurred in Fallujah throughout the Iraq war from 2004-2007, including overviews of Coalition operations and VNSA activities. These summaries are intended to provide context and background for the attacks that Plaintiffs have asked me to assess.

---

[34] John Spencer & Jayson Geroux, "Case Study #6: Fallujah I," Modern War Institute, October 28, 2022, https://mwi.westpoint.edu/urban-warfare-case-study-6-first-battle-of-fallujah/.

[35] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), pp. 22, 25, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; Spencer & Geroux, "Case Study #6: Fallujah I."

[36] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 25.

*Fallujah in the Early Days of Operation Iraqi Freedom*

When Operation Iraqi Freedom began, Fallujah (along with much of Iraq) was dominated by individuals who were formerly affiliated with the regime of Saddam Hussein, known as former regime elements (FREs).[37] The authoritative United States Central Command (CENTCOM) *Study of the Insurgency in Anbar Province* declares that "FREs ... clearly dominated the early and somewhat confused insurgent environment."[38] According to a Command Joint Special Operations Task Force report covering May-July 2003, there were "as many as 3,000 former [Iraqi] army, Ba'athist and Fedayeen [Saddam's paramilitary organization] members in Ramadi and Fallujah."[39]

*First Battle of Fallujah*

On April 4, 2004, Coalition forces launched Operation Vigilant Resolve (the First Battle of Fallujah) in response to the March 31, 2004 attack in the city that killed four American contractors.[40] The Islamic Army of Iraq—a group comprised of FREs—perpetrated the assault on the contractors as retribution for an earlier Coalition force strike on the group.[41]

Throughout the conflict, Coalition forces endeavored to eliminate FRE-dominated insurgents from Fallujah, which at the time of the battle was inhabited by approximately 250,000 residents.[42] During the conflict, the city attracted seasoned foreign combatants—particularly Salafi jihadists, many of whom had prior combat experience in the Middle East, North Africa, and South Asia—to join Iraqi insurgents in their fight.[43]

The battle ended with the withdrawal of Coalition forces, who faced considerable backlash for the carnage resulting from combat in a densely populated urban environment and believed they had sufficiently degraded insurgent forces. On May 1, U.S. Marines handed over security duties to the Fallujah Brigade, which was composed of Iraqi military personnel appointed by the interim Iraqi government who were charged with keeping Fallujah safe from insurgents.[44] U.S. Marine Corps Lieutenant General James Conway ordered Marines under his command to withdraw and hand control to the Fallujah Brigade despite his concerns that the Brigade might switch sides and support the insurgency.[45] Gen. Conway's unease ultimately proved justified. Following the withdrawal of Coalition forces, the Fallujah Brigade "aided and even joined the insurgents, while the military material given to

---

[37] Ibid., p. 19.

[38] "Chapter Three: Anbar Insurgency The Seeds are Planted—Formation and Motivating Factors (2003)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 15, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0989.%20chapter3.pdf.

[39] Ibid., pp. 22-24.

[40] Spencer & Geroux, "Case Study #6: Fallujah I."; Master Sgt. John Jackson, "OPERATION VIGILANT RESOLVE," The Official United States Marine Corps Public Website, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/#:~:text=On%20the%20night%20of%20April,the%20Battle%20of%20Hue%20City.

[41] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 18, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[42] Spencer & Geroux, "Case Study #6: Fallujah I."; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 19, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[43] Spencer & Geroux, "Case Study #6: Fallujah I."

[44] Ibid.; "Marines Plan Handoff To Militia in Fallujah," *Washington Post*, April 29, 2004, https://www.washingtonpost.com/archive/politics/2004/04/30/marines-plan-handoff-to-militia-in-fallujah/04e97875-9205-478e-900e-f2774ccd99f4/.

[45] Spencer & Geroux, "Case Study #6: Fallujah I."

the Fallujah Brigade by the U.S. forces eventually fell into the hands of the insurgents."[46] The Zarqawi organization capitalized on the Iraqi government's failure to compensate the Fallujah Brigade, offering salaries and incorporating the Brigade into its ranks.[47]

### *The Rise of the Zarqawi Organization in Fallujah*

Following the First Battle of Fallujah, FRE dominance waned as the Zarqawi organization (operating at the time under the moniker of Jamaat al-Tawhid wal-Jihad, or JTJ) established dominance over the other insurgent groups that were active in Fallujah.[48] During the summer of 2004, insurgents controlled Fallujah under the banner of the JTJ-dominated Fallujah Mujahedin Shura.[49] While myriad groups that comprised the Shura, "much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[50] As a result of this power, the JTJ dominated insurgent-controlled Fallujah, even seizing Iraqi National Guard compounds in the city that subsequently became the insurgents' command center.[51]

According to a U.S. Marine Corps account of Fallujah encompassing the years 2004-05, "No end came to the insurgent challenges at Fallujah" during this time.[52]  For instance, on June 24, 2004, the Fallujah insurgency launched coordinated attacks throughout the day on vital Coalition supply routes on the outskirts of the city.[53]  By July, reports stated that the insurgency held control of all checkpoints into Fallujah.[54]  According to CENTCOM's authoritative report on the insurgency in Al Anbar, Fallujah during this time was "a safe haven for the best organized, most effective terror network in Iraq."[55]

---

[46] Trulls Tonnessen, "The Islamic Emirate of Fallujah," (Kjeller, Norway: Norwegian Defence Research Establishment, March 2011), p. 8, https://www.academia.edu/27774340/The_Islamic_Emirate_of_Fallujah.

[47] William Knarr, Robert Castro, and Dianne Fuller, *The Battle for Fallujah: Al Fajr – The Myth Buster*, (Alexandria, VA: Institute for Defense Analyses, September 2009), p. 18, https://apps.dtic.mil/sti/tr/pdf/ADA530831.pdf.

[48] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf; John Jackson, "Operation Vigilant Resolve," *The Official United States Marine Corps Public Website*, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.

[49] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; Bill Roggio, "Abdullah al Janabi Openly Preaches in Fallujah Mosque," *Threat Matrix*, January 18, 2014, https://www.longwarjournal.org/archives/2014/01/abdullah_al_janabi_openly_prea.php.

[50] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36; "Aljazeera Journalist Denies Terror 'Slur,'" *Al Jazeera*, November 20, 2004, https://www.aljazeera.com/news/2004/11/20/aljazeera-journalist-denies-terror-slur; "Image Commemorating 'Umar Hadid," Combating Terrorism Center, n.d., https://ctc.westpoint.edu/militant-imagery-project/0026/; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), pp. 25, 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, pp. 7, 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[51] Trulls Tonnessen, "The Islamic Emirate of Fallujah," (Kjeller, Norway: Norwegian Defence Research Establishment, March 2011), 8, https://www.academia.edu/27774340/The_Islamic_Emirate_of_Fallujah.
"Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," pp. 32, 36; Nicholas J. Schlosser, *U.S. Marines in Iraq, 2004 – 2008: Anthology and Annotated Bibliography* (Washington, DC: History Division, United States Marine Corps, 2011), p. 114, https://www.marines.mil/Portals/1/Publications/U.S.%20Marines%20In%20Iraq,%202004-2008%20Anthology%20and%20Annotated%20Bibliography%20%20PCN%2010600001900_1.pdf.

[52] Kenneth W. Estes, *U.S. Marines In Iraq, 2004 – 2005 Into The Fray* (Washington, DC: History Division, United States Marine Corps, 2011), 48, https://www.usmcu.edu/Portals/218/Estes%20Into%20the%20Fray%20Boards_Det%20One%20copy.pdf.

[53] Ibid.

[54] Tonnessen, "The Islamic Emirate of Fallujah," p. 8.

[55] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," 32.

_Second Battle of Fallujah_

As 2004 wore on, the Zarqawi organization's presence in Fallujah and the growing threat it posed to the upcoming Iraqi parliamentary elections prompted Coalition forces and the Iraqi government to carry out another operation to retake the city.[56] The Second Battle of Fallujah, codenamed both Operation Phantom Fury and Operation al-Fajr, began on November 7, 2004 and lasted roughly six weeks.[57] Coalition and Iraqi forces confronted 4,000 insurgent fighters, which included members of the Zarqawi organization (at this point operating under the name al Qaeda in Iraq, or AQI) and their affiliated Fallujah Mujahideen Shura.[58]

By November 12, Coalition forces had successfully displaced militant groups from strongholds in the city, but sporadic fighting continued until late December 2004.[59] The Second Battle of Fallujah was ultimately considered a success, in the sense that Coalition forces wrested the city from the clutches of the insurgency.[60]

_Zarqawi Organization Reestablishment in Fallujah from 2005 to 2006_

Despite the Zarqawi organization's displacement from the city through the Second Battle of Fallujah, the group stubbornly reestablished itself in 2005. CENTCOM's authoritative report notes that "the ability of AQI to regenerate and recreate itself was especially remarkable."[61]

The Zarqawi organization's presence and influence in Fallujah gradually strengthened during the first half of 2005. By January 2005, the Zarqawi organization had established a presence in the towns surrounding Fallujah.[62] In June 2005, nearby towns such as Al-Karmah and Amariyah served as safe havens for the group to launch attacks on Fallujah.[63] By mid-2005, the group's leader, Abu Musab al-Zarqawi, implemented a two-track approach, paying allied insurgent groups that were present in

---

[56] Marine Corps Base Camp Pendleton, "OIF II – Feb 2004-today," n.d., https://web.archive.org/web/20080120004930/http://www.cpp.usmc.mil/press/kit/OIFII.asp?http://www.cpp.usmc.mil/press/kit/OIFII.asp.

[57] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," pp. 44-45.

[58] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," pp. 43, 47-48
As detailed in my _Expert Report & Declaration on Sunni Militant Organizations_, the Zarqawi organization has undergone several name changes since the group's inception in 1993. In October 2004, the Zarqawi organization underwent one such a change when the group formally pledged _baya_ (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).

[59] "Chapter Four: The Insurgency Grows and Fights Pitched Battles," pp. 44-45.

[60] Michael Evans, "City Without Joy: Urban Military Operations Into the 21st Century," _Australian Defense College Occasional Series_, October 2007, p. 25, https://web.archive.org/web/20180219015115/http://www.defence.gov.au/adc/publications/occasional/publcnsoccasional_310310_citywithoutjoy.pdf.

[61] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in _Study of the Insurgency in Anbar Province, Iraq_ (CENTCOM, June 13, 2007), pp. 40-41, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[62] Dr. William (Bill) Knarr et al., _Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah_, (Alexandria, VA: Institute for Defense Analyses, August 2016) pp. 26, 27, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[63] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 56.; Knarr et al., _Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah_, p. 26.

Fallujah to conduct attacks and reintroducing Zarqawi organization cells into the urban fabric of the city.[64]

During the second half of 2005, the Zarqawi organization reasserted its dominance in Fallujah by absorbing some major insurgent groups, including Sunni extremist factions like the 1920 Revolution Brigades and (to varying extents over time), cooperating with others, such as AAS.[65] Its dominance persisted throughout the remainder of the year.[66]

As 2006 began, the Zarqawi organization leveraged its power to launch an aggressive propaganda campaign in Fallujah.[67] On January 15, 2006, Zarqawi organization deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. MSC "exploit[ed] the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to co-opt several other Sunni, Ba'athist, and Shia insurgent groups in the surrounding area.[68] The widespread co-optation of diverse groups ensured that most insurgents in Fallujah ultimately aligned under the broader MSC umbrella.

In addition to coopting other groups, the Zarqawi organization's cooperation with AAS peaked in 2006 when U.S. and foreign government reports and news media characterized the two groups as "interconnected," "related," and "affiliated."[69] While this relationship was most pronounced in western Al Anbar Province, it was also evident in Fallujah, where AAS cells demonstrated loyalty to the Zarqawi organization.[70]

### _The Anbar Awakening_
At the end of 2006, a movement called the Anbar Awakening began gaining traction in Al Anbar Province, where Fallujah was located.[71] The Anbar Awakening (also known as _Al Sahwa_) consisted of tribes and local communities allying with Coalition forces to drive the Zarqawi organization out of Al

---

[64] Knarr et al., _Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah_, pp. 26, 27; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp., 45-46.

[65] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 11, 16.

[66] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 1, 101-102.

[67] "Chapter Six: AQI Dominates the Insurgency (2006)," p. 25.

[68] Ibid., pp. 29, 110.

[69] United Kingdom Home Office, _Operational Guidance Note – Iraq_ (January 2006), p. 9, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf; Kenneth Katzman, Congressional Research Service, _Iraq: Post-Saddam Governance and Security_ (September 22, 2006), p. 24, https://www.everycrsreport.com/files/20060922_RL31339_1fa5547476423093195407470116d9d2c44be278e.pdf; Maamoun Youssef, "Al-Qaida-Linked Terror Group Ansar al-Sunnah Denies Leader Arrested," Associated Press, September 24, 2006, accessed via Nexis; Peter Hart, "Helping O'Reilly; Lies on Letterman About Christmas and Al-Qaeda," _Extra!_, December 2006, accessed via Nexis.

[70] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 46; "Chapter Six: AQI Dominates the Insurgency (2006)," p. 11.

[71] Knarr et al., _Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah_, p. 5.

Anbar.[72] The movement was effective in challenging the dominance of the Zarqawi organization in the province, forcing the group to rely increasingly on its stronghold in Fallujah to launch attacks.[73]

Despite setbacks in the face of the Awakening's growing strength in the province, the Zarqawi organization proved resilient in Fallujah. Fallujah was more complicated than many other towns in the province, as a number of tribes local to the Fallujah area remained loyal to the Zarqawi organization even as other tribes across the province turned against it.[74] The lack of unity between the tribes in driving out the Zarqawi organization meant that the Awakening in Fallujah was less effective than in other areas of Al Anbar Province.[75] Indeed, CENTCOM noted in 2007 that "it would be a serious mistake to characterize AQI as having been defeated in Anbar" and that "many of Anbar's … tribes [in Fallujah] were unable to adequately oppose AQI."[76]

Although the Awakening gained momentum in Fallujah during 2007, it progressed "much more slowly" than in the rest of the province.[77] Fallujah would be the Zarqawi organization's final hold-out in the province, with pockets of Zarqawi organization fighters in the Fallujah area persisting through 2008.[78]

I now turn to consideration of the Fallujah, Al Anbar Province attacks I have been asked to assess by Plaintiffs.

**Attack #1 – May 25, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Private First Class James Lambert**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): PFC James Lambert*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX[79] 4, Department of the Army, USCENTCOM 22-0063L, "Casualty Report – Peter Lambert" (May 25, 2004)
- PEX 5, Department of the Army, Ops Report, USCENTCOM 22-0063L, "IED ATTK on 1-32IN IVO Fallujah: 2 CF KIA, 2 CF WIA," (May 25, 2004)
- PEX 6, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – James Lambert," (June 30, 2004)

---

[72] Ibid.
[73] Ibid.
[74] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.
[75] Ibid., p. 2.
[76] Ibid.
[77] Dr. William Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah* (Alexandria, VA: Institute for Defense Analyses, August 2016), p. 34, https://apps.dtic.mil/sti/pdfs/AD1018512.pdf.
[78] Ibid.
[79] Citations to "PEX" refer to the exhibits attached to Plaintiffs' evidentiary submission.

*Attack Description*

On May 25, 2004, U.S. Army Private First Class (PFC) James Lambert was serving with the U.S. Army 3rd Battalion, 62nd Air Defense Artillery, 10th Mountain Division (Light Infantry) in Fallujah, Al Anbar Province.[80]

On the day of the attack, PFC Lambert's unit was on patrol, "escorting a civil affairs group team" to a meeting with a sheikh in West Fallujah.[81] At approximately 08:50, the unit was attacked by an improvised explosive device (IED).[82] PFC Lambert's Final Autopsy Report lists "penetrating shrapnel injuries" as his cause of death, sustained "when an improvised explosive device struck the patrol."[83] One other servicemember died and two other servicemembers were wounded in the attack.[84]

*Attack Attribution*

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack, and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi organization formally pledged baya (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[85] As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group as AQI or the Zarqawi organization.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to JTJ's responsibility. This attack took place in Fallujah, Al Anbar Province on May 25, 2004. The below map provides the approximate location of the attack.

---

[80] PEX 4, Department of the Army, USCENTCOM 22-0063L, "Casualty Report – Peter Lambert" (May 25, 2004); PEX 6, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – James Lambert," (June 30, 2004), p. 2.
[81] PEX 5, Department of the Army, Ops Report, USCENTCOM 22-0063L, "IED ATTK on 1-32IN IVO Fallujah: 2 CF KIA, 2 CF WIA," (May 25, 2004), p. 1; PEX 6, p. 2.
[82] PEX 5, p. 1.
[83] PEX 6, p. 2.
[84] PEX 5, p. 1.
[85] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.



*Figure 2: Approximate location of the attack in Fallujah, Al Anbar Province.*

JTJ's participation in the First Battle of Fallujah—also known as Operation Vigilant Resolve, which began on April 4, 2004 when Coalition forces entered the city to clear it of insurgent forces—facilitated its rise to "prominence within the Iraqi insurgency."[86] As the First Battle of Fallujah came to an end on May 1, 2004, JTJ subsumed other groups and began to emerge as a unifying entity within the broader insurgency throughout Al Anbar Province.[87] For example, according to a publication by the Norwegian Defence Research Establishment, "on 13 May [2004] it was announced that an Iraqi salafi-jihadi group, alJama`a al-salafiyya al-Mujahida fi al-Iraq, merged with [JTJ] and accepted the leadership of [Abu Mus'ab] al-Zarqawi," strengthening JTJ's dominance over the insurgency "just ahead of the U.S. withdrawal from the city."[88]

JTJ became even more dangerous after Coalition forces withdrew from Fallujah. A United States Central Command (CENTCOM) report on the insurgency in Al Anbar Province describes how after the first battle, JTJ, "encouraged by [its] perceived success in Fallujah," escalated attacks in the city.[89]

[86] M. J. Kirdar, "Al Qaeda In Iraq," *Aqam Futures Project Case Study Series* 1 (Center for Strategic and International Studies, June 2011), p. 4, https://csis-website-prod.s3.amazonaws.com/s3fs-public/legacy_files/files/publication/110614_Kirdar_AlQaedaIraq_Web.pdf; Master Sgt. John Jackson, "OPERATION VIGILANT RESOLVE," The Official United States Marine Corps Public Website, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/#:~:text=On%20the%20night%20of%20April,the%20Battle%20of%20Hue%20City.
[87] Trulls Tonnessen, "The Islamic Emirate of Fallujah," (Kjeller, Norway: Norwegian Defence Research Establishment, March 2011), p. 7, https://www.academia.edu/27774340/The_Islamic_Emirate_of_Fallujah.
[88] Ibid.
[89] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 32, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

According to a U.S. Marine Corps report on Fallujah, Zarqawi also began to use the city as a "base of operations" for attacks in Baghdad following the First Battle of Fallujah.[90]

This trend continued throughout the summer after this attack. In June 2004, the month following this attack, JTJ's leadership of the insurgency in Fallujah was made official by a ceremony "in which the local 'mujahideen' pledged their loyalty to Zarqawi."[91] A briefing delivered to U.S. Army General and former CENTCOM commander John Abizaid described Fallujah in July and August as "a safe haven for the best organized, most effective terror network in Iraq," likely referring to JTJ and its aligned groups.[92]

In addition to formally absorbing other groups, JTJ wielded considerable influence in the city through the Fallujah Mujahideen Shura (FMS), an umbrella organization formed in 2004 to improve coordination across different groups actively participating in the Fallujah insurgency.[93] JTJ exerted significant control over the FMS's military operations. According to CENTCOM's report on the insurgency in Al Anbar, Umar Hadid, the head of the FMS's military wing, was one of al-Zarqawi's "most trusted lieutenants and facilitators in the Fallujah area."[94] The CENTCOM report further states that: "As a result [of Hadid's position and the FMS's prominence among the Fallujah insurgency], much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[95]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

In the First Battle of Fallujah, the aforementioned CENTCOM report states that insurgents targeted Coalition forces with "small arms, RPGs, machine guns, IEDs, and mortars."[96] The report continues that during this battle, Zarqawi "personally oversaw the defense of 5-10% of the city," in addition to establishing new alliances with the various insurgent groups to become a "major player."[97] Thus, it is likely that many of these attacks were perpetrated by JTJ or affiliated groups.

JTJ's use of IEDs continued well after this attack. According to a U.S. Marine Corps report on Fallujah, by October 2004:

> Intelligence identified more than 300 well-constructed defensive positions, suggesting that many may have been interlaced with IEDs, a large number of roadblocks, berms, indirect fire positions, sniper and fighting positions, and even daisy-chained IEDs along the city streets.[98]

---

[90] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[91] Kirdar, "Al Qaeda In Iraq," p. 4.

[92] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 32; John Spencer & Jayson Geroux, "Case Study #6: Fallujah I," Modern War Institute, October 28, 2022, https://mwi.westpoint.edu/urban-warfare-case-study-6-first-battle-of-fallujah/.

[93] "Insurgent Groups in Al Anbar Province," CENTCOM, n.d., p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0569.%20insurgent_groups.pdf.

[94] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," pp. 12, 36.

[95] Ibid., p. 36.

[96] Ibid., pp. 20-21.

[97] Ibid., pp. 17, 21.

[98] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

Given JTJ's operational dominance in Fallujah in October 2004, the placement of these IEDs was likely orchestrated by the organization. JTJ's ability to execute IED attacks was further proven in December 2004, when Joint Chiefs of Staff Brigadier General David M. Rodriguez highlighted the large number of IED caches and manufacturing facilities that had been identified in Fallujah.[99]

*Iranian Support.* Iran provided material support to JTJ and Iran's support had a reasonable connection to the attack that killed PFC Lambert. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[100] Additional information further demonstrates the significance of Iran's support to JTJ at the time and in the vicinity of this specific attack. Specifically:

- Iran provided support to JTJ before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[101] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[102] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in Fallujah and throughout Al Anbar Province in 2004.[103]

- In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[104] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[105]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for JTJ.[106] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks,

---

[99] Department of Defense, press briefing, "Operations in Iraq," December 3, 2004, https://www.c-span.org/video/?184677-1/operations-iraq.

[100] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[101] Ibid.

[102] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[103] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[104] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[105] Ibid.

[106] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

and inciting others to join campaigns of violence."[107] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[108] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[109] Al-Bathali's assertion is compelling given his background and activities.[110]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[111] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[112]

### *Summary*

In summary, I conclude that it is very likely that JTJ carried out the May 25, 2004 IED attack in Fallujah, Al Anbar Province that killed U.S. Army PFC James Lambert. My conclusion is based on the following:

- JTJ possessed area of operations dominance in Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

---

[107] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[108] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[109] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[110] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[111] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[112] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

**Attack #2 – July 20, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Todd Godwin**

*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): Cpl. Todd Godwin*

<u>Materials Reviewed</u>

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and also the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 7, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Todd Godwin," (October 18, 2004)
- PEX 8, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "I MEF Situation Report – Todd Godwin," (July 21, 2004)
- PEX 9, Office of the Armed Forces Medical Examiner, "Autopsy Report – Todd Godwin," (January 5, 2005)
- PEX 55, Nancy Godwin, "Declaration of Nancy Kathleen Godwin," (October 2, 2024)

<u>Attack Description</u>

On July 20, 2004, U.S. Marine Corps Corporal (Cpl.) Todd Godwin was serving with Headquarters and Service Company, 1st Battalion, 8th Marines, Regimental Combat Team 7, 1st Marine Division near Fallujah, Al Anbar Province.[113] His unit's mission at the time was to search for insurgents who had been emplacing improvised explosive devices (IEDs) in the area.[114]

At dawn, Cpl. Godwin's unit was ordered back to base after their position was



---

[113] PEX 7, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Todd Godwin," (October 18, 2004); PEX 8, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "I MEF Situation Report – Todd Godwin," (July 21, 2004), p. 3.
[114] PEX 55, Nancy Godwin, "Declaration of Nancy Kathleen Godwin," (October 2, 2024), p. 4.
[115] PEX 55, p. 4.
[116] PEX 55, p. 4.

███████████████████████████████

Following the attack, Cpl. Godwin was medically evacuated to Bravo Surgical Company, where he was officially pronounced dead at 10:24 AM local time.[118]

*Attack Attribution*

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this IED attack. This conclusion is based on the following data points: (1) the geographic location and time period of the attack, and (2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. In October 2004, the Zarqawi organization underwent one such name change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[119] As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group as AQI or the Zarqawi organization.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to JTJ's responsibility. This attack occurred in Fallujah on July 20, 2004, between the First and Second Battles of Fallujah. The below map provides the approximate location of the attack.



*Figure 3: Approximate location of the attack in Fallujah, Al Anbar Province.*

---

[117] PEX 55, p. 4.

[118] PEX 55, p. 4.

[119] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

Following the First Battle of Fallujah, JTJ established operational dominance in Fallujah.[120] During the summer of 2004, insurgents controlled Fallujah under the banner of the Fallujah Mujahedin Shura.[121] The CENTCOM's authoritative *Study of the Insurgency in Anbar Province* details that the Shura was composed of 39 groups, including JTJ.[122] However, JTJ dominated the group.[123] Umar Hadid, one of Zarqawi's top deputies and a member of his inner circle, led the Shura's military wing.[124] In part as a result of Hadid's position, "much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[125]

Around the time of this attack, Fallujah was central to JTJ's operations. According to a U.S. Marine Corps report on Fallujah, following the First Battle of Fallujah in May 2004, Zarqawi used the city as a "base of operations" for attacks in Baghdad.[126] In a July 2004 U.S. intelligence briefing on the Zarqawi network, CENTCOM commander General John Abizaid described Fallujah as "a safe haven for the best organized, most effective terror network in Iraq."[127] According to a later U.S. Intelligence briefing covering 2004-2005, JTJ continued to use Fallujah as their "main operating base" until late 2004.[128]

JTJ's dominance in Fallujah at the time of the attack is further illustrated by the presence of JTJ leaders operating in the city in and around June 2004. For example, Lu'ai Saqa (a.k.a. Ala al-Din), head of JTJ's external operations, was based in Fallujah by 2004 and "served as the direct link between AMZ [Zarqawi] and the Iran-based al-Qaeda leadership."[129] Additionally, Abu Ayyub al-Masri (aka Abu

---

[120] The First Battle of Fallujah, also known as Operation Vigilant Resolve, lasted from April 4 to May 1, 2004, and ended with Coalition withdrawal from the city. The insurgency in Fallujah during the battle consisted of a number of insurgent groups, with "Abu Musab al Zarqawi [JTJ's leader] emerging as a charismatic and influential leader."
Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf; John Jackson, "Operation Vigilant Resolve," *The Official United States Marine Corps Public Website*, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.
[121] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.
[122] Ibid., p. 25.
[123] Bill Roggio, "Abdullah al Janabi Openly Preaches in Fallujah Mosque," *Threat Matrix*, January 18, 2014, https://www.longwarjournal.org/archives/2014/01/abdullah_al_janabi_openly_prea.php; "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 12, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.
[124] "Aljazeera Journalist Denies Terror 'Slur,'" *Al Jazeera*, November 20, 2004, https://www.aljazeera.com/news/2004/11/20/aljazeera-journalist-denies-terror-slur; "Image Commemorating 'Umar Hadid," Combating Terrorism Center, n.d., https://ctc.westpoint.edu/militant-imagery-project/0026/; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36; "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, pp. 7, 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.
[125] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36.
[126] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.
[127] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 32.
[128] Defense Intelligence Agency, "Abu Musab al-Zargawi and Al-Qaida in Iraq," p. 5, https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FileId/161443/.
[129] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

Hamza al-Muhajir), who was "considered among the most experienced and skilled insurgent leaders in Iraq," also "served as one of AMZ's top lieutenants" in Fallujah.[130]

JTJ continued to operate in Fallujah after this attack occurred. In August 2004 – the month following the attack that killed Cpl. Godwin – JTJ demonstrated its dominance in the city by attacking the 505th and 506th Iraqi National Guard compounds.[131] The group captured the base, executed its leadership, and continued to use the compounds as a command center.[132]

JTJ maintained operational dominance in Fallujah through November 2004. JTJ's powerful influence in the city was a key factor in the Coalition's decision to launch the Second Battle of Fallujah (aka Operation Phantom Fury/Operation Al Fajr, which began on November 7, 2004), which was "a joint effort by American, Iraqi and British forces to drive out the Iraqi insurgency within the city of Fallujah."[133] From its point of conception, Operation Phantom Fury was primarily focused on the challenges posed by JTJ.[134]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

The aforementioned CENTCOM report on Al Anbar states that in the First Battle of Fallujah insurgents targeted Coalition forces with "small arms, RPGs, machine guns, IEDs, and mortars."[135] The report continues that during this battle, Zarqawi "personally oversaw the defense of 5-10% of the city," in addition to establishing new alliances with the various insurgent groups to become a "major player."[136] Thus, it is likely that many of these attacks were perpetrated by JTJ or affiliated groups.

JTJ's use of IEDs continued well after the attack which killed Cpl. Godwin. According to a U.S. Marine Corps report on Fallujah, by October of 2004:

> Intelligence identified more than 300 well-constructed defensive positions, suggesting that many may have been interlaced with IEDs, a large number of roadblocks, berms, indirect fire positions, sniper and fighting positions, and even daisy-chained IEDs along the city streets.[137]

Given that JTJ was still the dominant insurgent group in Fallujah in October 2004, the placement of these IEDs was likely orchestrated by the organization. JTJ's ability to execute IED attacks was further proven in December 2004, when Joint Chiefs of Staff Brigadier General David M. Rodriguez

---

[130] Ibid., p. 9.
[131] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.
[132] Ibid.; Nicholas J. Schlosser, *U.S. Marines in Iraq, 2004 – 2008: Anthology and Annotated Bibliography* (Washington, DC: History Division, United States Marine Corps, 2011), p. 114.
[133] Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, (June 7, 2019), https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah.
[134] Ibid.
[135] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," pp. 20-21.
[136] Ibid., pp. 17, 21.
[137] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

highlighted the large number of IED caches and manufacturing facilities that had been identified in Fallujah.[138]

*Iranian Support.* Iran provided support to JTJ and Iran's support had a reasonable connection to the attack that killed Cpl. Godwin. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[139] Additional information further demonstrates the significance of Iran's support to JTJ at the time and in the vicinity of this specific attack. Specifically:

- Iran provided support to JTJ before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[140] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[141] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in Fallujah and throughout Al Anbar Province in 2004.[142]

- In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[143] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[144]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for JTJ.[145] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[146] Specifically, between 2003 and 2004, al-

---

[138] Department of Defense, press briefing, "Operations in Iraq," December 3, 2004, https://www.c-span.org/video/?184677-1/operations-iraq.

[139] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[140] Ibid.

[141] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[142] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[143] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[144] Ibid.

[145] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist.provision%20to%20al%20Qaida%20operatives.

[146] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

Bathali was known to have personally sent money to the Zarqawi organization.[147] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[148] Al-Bathali's assertion is compelling given his background and activities.[149]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[150] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[151] Indeed, this Court previously found that Iran materially supported JTJ in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[152]

- This Court has also previously validated the causal connections between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by JTJ.[153]

### Summary

In summary, I conclude that it is very likely that JTJ carried out the July 20, 2004 IED attack in Fallujah, Al Anbar Province that killed Marine Corps Reserve Cpl. Todd Godwin. My conclusion is based on the following:

---

[147] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[148] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[149] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[150] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[151] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[152] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[153] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

- JTJ possessed area of operations dominance in Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #3 – August 19, 2004 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Reserve Corporal Brad McCormick**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): Cpl. Brad McCormick*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative publicly available sources and also the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 10, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Brad McCormick," (January 3, 2005)
- PEX 11, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "I MEF Situation Report," (August 20, 2004)
- PEX 12, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Brad McCormick," (October 14, 2004)

*Attack Description*
On August 19, 2004, U.S. Marine Corps Reserve Corporal (Cpl.) Brad McCormick was serving with 3rd Battalion, 24th Marine Regiment, 1st Marine Division near Fallujah, Al Anbar Province.[154]

Cpl. McCormick was conducting operations in the vicinity of Fallujah when his unit was struck by an improvised explosive device (IED).[155] Cpl. McCormick died from injuries sustained in the blast, which also wounded 6 U.S. servicemembers.[156]

*Attack Attribution*
I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) demonstrated through this attack.

---

[154] PEX 11, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "I MEF Situation Report," (August 20, 2004), p. 3; PEX 12, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Brad McCormick," (October 14, 2004), p. 4.
[155] Sean D. Hamill and Stefanie Dell'Aringa, "Parents Opposed Son's Desire to Join Marines," *Chicago Tribune*, April 16, 2005, accessed via Nexis.
[156] PEX 12, p. 4; PEX 10, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Brad McCormick," (January 3, 2005).

The Zarqawi organization has undergone several name changes since its inception in 1993. On October 17, 2004, the Zarqawi organization underwent one such name change when the group formally pledged baya (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[157] As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group AQI or the Zarqawi organization.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to JTJ's responsibility. This attack occurred near Fallujah on August 19, 2004, between the First and Second Battles of Fallujah. The below map provides the approximate location of the attack.



*Figure 4: Approximate location of the attack in Fallujah, Al Anbar Province.*

Following the First Battle of Fallujah, JTJ established dominance over the other insurgent groups that were active in Fallujah.[158] During the summer of 2004, insurgents controlled Fallujah under the banner of the JTJ-dominated Fallujah Mujahedin Shura.[159] U.S. Central Command's (CENTCOM)

---

[157] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

[158] The First Battle of Fallujah, also known as Operation Vigilant Resolve, lasted from April 4 to May 1, 2004, and ended with Coalition withdrawal from the city. The insurgency in Fallujah during the battle consisted of a number of insurgent groups, with "Abu Musab al Zarqawi [JTJ's leader] emerging as a charismatic and influential leader."
Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf; John Jackson, "Operation Vigilant Resolve," *The Official United States Marine Corps Public Website*, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.

[159] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; Bill Roggio, "Abdullah al Janabi Openly Preaches in Fallujah Mosque," *Threat Matrix*, January 18, 2014, https://www.longwarjournal.org/archives/2014/01/abdullah_al_janabi_openly_prea.php.

authoritative *Study of the Insurgency in Anbar Province* details that the Shura was composed of 39 groups, including JTJ.[160] Umar Hadid, one of Zarqawi's top deputies and a member of his inner circle, led the Shura's military wing.[161] In part as a result of Hadid's position, "much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[162] By August 2004, JTJ had established sufficient dominance in the Fallujah area that they were able to seize the 505th and 506th Iraqi National Guard Compounds without a fight.[163] The group captured the base, executed leadership, and continued to use the compounds as a command center.[164]

Furthermore, Fallujah was central to JTJ's operations around the time of this attack. According to a U.S. Marine Corps report on Fallujah, following the First Battle of Fallujah in May 2004, Zarqawi used the city as a "base of operations" for attacks in Baghdad.[165] As the summer progressed, JTJ used its position in Fallujah to declare the "Islamic caliphate in Al-Fallujah" in a June 2004 ceremony where local insurgent leaders pledged loyalty to the group.[166] By July 2004, CENTCOM commander General John Abizaid described Fallujah as "a safe haven for the best organized, most effective terror network in Iraq" during a U.S. Intelligence briefing on the Zarqawi network.[167] According to a later U.S. Intelligence briefing covering 2004-2005, JTJ continued to use Fallujah as their "main operating base" until late 2004.[168]

JTJ's area of operations dominance in Fallujah at the time of the attack is further illustrated by the presence of JTJ leaders operating in the city in and around August 2004, the month of the attack that killed Cpl. McCormick. For example, Lu'ai Saqa (a.k.a. Ala al-Din), head of JTJ's external operations, was based in Fallujah by 2004 and "served as the direct link between AMZ [Zarqawi] and the Iran-based al-Qaeda leadership."[169] Additionally, Abu Ayyub al-Masri (aka Abu Hamza al-Muhajir), who was "considered among the most experienced and skilled insurgent leaders in Iraq," also "served as one of AMZ's top lieutenants" in Fallujah.[170]

---

[160] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 25.

[161] "Aljazeera Journalist Denies Terror 'Slur,'" *Al Jazeera*, November 20, 2004, https://www.aljazeera.com/news/2004/11/20/aljazeera-journalist-denies-terror-slur; "Image Commemorating 'Umar Hadid," Combating Terrorism Center, n.d., https://ctc.westpoint.edu/militant-imagery-project/0026/; Ibid., p. 36; "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, pp. 7, 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[162] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36.

[163] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 36, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[164] Ibid.; Nicholas J. Schlosser, *U.S. Marines in Iraq, 2004 – 2008: Anthology and Annotated Bibliography* (Washington, DC: History Division, United States Marine Corps, 2011), p. 114, https://www.marines.mil/Portals/1/Publications/U.S.%20Marines%20In%20Iraq,%202004-2008%20Anthology%20and%20Annotated%20Bibliography%20%20PCN%2010600001900_1.pdf.

[165] McWilliams & Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, p. 6.

[166] Ahmed S. Hashim, *Insurgency and Counter-Insurgency in Iraq* (Cornell University Press, 2006), 43, http://www.jstor.org.proxy.wm.edu/stable/10.7591/j.ctvrf8c5d.

[167] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 32.

[168] Defense Intelligence Agency, "Abu Musab al-Zargawi and Al-Qaida in Iraq," p. 5, https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FileId/161443/.

[169] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[170] Ibid., p. 9.

JTJ maintained operational dominance in Fallujah through November 2004. JTJ's powerful influence in the city was a key factor in the Coalition's decision to launch the Second Battle of Fallujah (aka Operation Phantom Fury/Operation Al Fajr which began on November 7, 2004), which was "a joint effort by American, Iraqi and British forces to drive out the Iraqi insurgency within the city of Fallujah."[171] From its point of conception, Operation Phantom Fury was primarily focused on the challenges posed by JTJ.[172]

*Tactics, Techniques, and Procedures (TTPs)*. Another indicator that JTJ was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

The JTJ-dominated insurgency emplaced IEDs around Fallujah as part of rings of defense to defend the city from coalition attack.[173] According to a U.S. military history of the second battle of Fallujah, the insurgents had strategically placed IEDs in anticipation that "the [Coalition force] attack would come from the area around the cloverleaf interchange between Highway 10 and Highway 1 to Fallujah's east."[174]

JTJ's operational dominance in Fallujah allowed the organization to use the city as a base for producing and deploying IEDs. JTJ's IED capabilities from their time in control of Fallujah was further proven in December 2004, when Joint Chiefs of Staff Brigadier General David M. Rodriguez highlighted the large number of IED caches and manufacturing facilities that had been identified in Fallujah.[175] According to an interview with Colonel Tucker, the commander of a U.S. Marine Corps Regimental Combat Team (RCT) in Fallujah in November 2004, the weapons caches amassed during JTJ's dominance of the city after the First Battle of Fallujah included IEDs and VBIEDs which were being "exported out" of Fallujah for use throughout Iraq.[176]

*Iranian Support*. Iran provided support to JTJ and Iran's support had a reasonable connection to the attack that killed Cpl. McCormick. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[177] Additional information further demonstrates the significance of Iran's support to JTJ at the time and in the vicinity of this specific attack:

- Iran provided support to JTJ before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[178] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and

[171] Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, (June 7, 2019), https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah.
[172] Ibid.
[173] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.
[174] Ibid.
[175] Department of Defense, press briefing, "Operations in Iraq," December 3, 2004, https://www.c-span.org/video/?184677-1/operations-iraq.
[176] Scott Peterson, "Fallujah Yields up Weapons, Videos," *Christian Science Monitor*, November 19, 2004, https://www.csmonitor.com/2004/1119/p06s03-woiq.html.
[177] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[178] Ibid.

other operatives prior to the 2003 U.S. invasion of Iraq.[179] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in Fallujah and throughout Al Anbar Province in 2004.[180]

- In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[181] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[182]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for JTJ.[183] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[184] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[185] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[186] Al-Bathali's assertion is compelling given his background and activities.[187]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks

---

[179] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[180] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[181] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[182] Ibid.

[183] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[184] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[185] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[186] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[187] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

across Iraq.[188] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[189] Indeed, this Court previously found that Iran materially supported JTJ in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[190]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by JTJ.[191]

*Summary*

In summary, I conclude that it is very likely that JTJ carried out the August 19, 2004 IED attack in Fallujah, Al Anbar Province that killed Marine Corps Reserve Cpl. Brad McCormick. My conclusion is based on the following:

- JTJ possessed area of operations dominance around Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #4 – February 27, 2005 IED Attack on Alternate Supply Route Boston Between Karbala and Ramadi, Fallujah District, Al Anbar Province That Killed U.S. Army Second Lieutenant Richard Gienau**
*Geography: Fallujah District, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): 2LT Richard Gienau*

---

[188] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[189] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[190] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[191] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 13, Department of the Army, "Report of Casualty – Richard Gienau," (April 22, 2005)
- PEX 14, Office of the Armed Forces Medical Examiner, "Autopsy Report – Richard Gienau," (March 18, 2005)
- PEX 15, Department of the Army, "Certificate of Death – Richard Gienau," (April 8, 2005)
- PEX 16, CENTCOM, USCENTCOM 22-0117, Ops Report, "IED ATTK ON 224 ENG NORTH OF KARBALA: 1 CF KIA, 3 CF WIA/DAMAGE," (February 27, 2005)

*Attack Description*

On February 27, 2005, U.S. Army Second Lieutenant (2LT) Richard Gienau was serving with A Company, 224th Engineer Battalion in the south side of Fallujah District, Al Anbar Province.[192] 2LT Gienau was riding in an up-armored High Mobility Multipurpose Wheeled Vehicle (HMMWV) as part of a convoy on Alternative Supply Route (ASR) Boston when, at 10:45 local time, an improvised explosive device (IED) detonated on his vehicle.[193]

As a result of the attack, 2LT Gienau was killed and four of his fellow servicemembers were wounded.[194]

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq, or AQI) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq).[195] As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to AQI by the Zarqawi organization or its former name, JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to AQI's responsibility. The attack occurred on ASR Boston in the district of Fallujah, Al Anbar Province, on February 27, 2005.

---

[192] PEX 13, Department of the Army, "Report of Casualty – Richard Gienau," (April 22, 2005); PEX 16, CENTCOM, Ops Report, "IED ATTK ON 224 ENG NORTH OF KARBALA : 1 CF KIA, 3 CF WIA/DAMAGE," (February 27, 2005), p. 1.

[193] PEX 14, Office of the Armed Forces Medical Examiner, "Autopsy Report – Richard Gienau," (March 18, 2005), p. 2; PEX 16, p. 1.

[194] "Army 2nd Lt. Richard B. Gienau," *Military Times*, n.d., https://thefallen.militarytimes.com/army-2nd-lt-richard-b-gienau/695082.

[195] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.



*Figure 5: Location of the attack on ASR Boston in Fallujah District, Al Anbar Province.*

ASR Boston—the route on which this attack occurred—was a known attack location for insurgents based in Fallujah, which at the time were dominated by AQI. A narrative of Fallujah published on the U.S. Marine Corps website states that during the Second Battle of Fallujah (Operation Al Fajr, in which Coalition forces targeted AQI from November to December 2004), insurgents frequently carried out attacks in the area where this attack took place:

> East of Fallujah, soldiers and Marines began to see more activity by insurgents attacking forces with IEDs, indirect fire, and small-arms ambushes. Insurgents hit one of Task Force Wolfpack's ammo resupply convoys on Alternate Supply Route Boston with indirect fire, which destroyed a seven-ton truck and caused multiple casualties.[196]

Given that the Second Battle of Fallujah was dominated by AQI, these attacks were likely carried out by insurgents associated with AQI.

Although Coalition forces in the Second Battle of Fallujah succeeded in wresting control of the city back from the insurgency, AQI remained the dominant threat in the area. This was especially true of Fallujah's surrounding routes and cities. Following the battle, many AQI fighters fled the city to its

---

[196] Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, (June 7, 2019), https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah; Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 20, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

outskirts.[197] An Institute for Defense Analyses report notes that after the battle "some [AQI fighters] found refuge in the surrounding areas of Saqlawiyah, Al Karmah, and Zaidon."[198] ASR Boston, where this attack occurred, was likely used as a transit route for insurgents fleeing the city.

Reports from March 2005—shortly after this attack—noted that AQI showed signs that they were continuing to regain strength in the Fallujah area. A United States Central Command (CENTCOM) report entitled *Study of the Insurgency in Anbar Province* states that "the ability of AQI to regenerate and recreate itself was especially remarkable."[199] The report continues that despite Coalition operations, by April 2005 AQI established a new training camp in the al-Biar village south of Amariyah, a town 18 miles south of Fallujah and 24 miles north of this attack.[200] This camp was used to train the AQI fighters who attacked the U.S. military's Abu Ghraib Prison on April 2, 2005.

AQI increased its presence in Fallujah District by building relationships with other insurgent groups and establishing AQI cells in the area. The aforementioned CENTCOM report notes that in early 2005, AQI leader al-Zarqawi created alliances with and paid other insurgent groups in the Fallujah area to conduct attacks in the city and its surrounding areas.[201] In addition to creating new alliances, al-Zarqawi reintroduced AQI cells into the city.[202] Surrounding towns—such as Al-Karmah and Amariyah—served as safe havens for the group to launch attacks.[203] The study further states that by mid-April 2005, AQI had established a planning and recruiting center at Fallujah's historic Furqan Mosque.[204]

Additionally, the location where this attack occurred would be later identified in 2006 as a hotspot for AQI attacks. According to an authoritative Central Command (CENTCOM) report on the insurgency in Al Anbar Province in 2006, many AQI fighters who carried out attacks "lived in safe houses in the Albu Dhiab, Ghazwan, and Julaybah farming communities outside the city."[205] Julaybah, one location mentioned in the report, is located just 18 miles east of where this attack occurred. This is especially significant considering the remote location in which this attack occurred and the lack of any other notable locations or landmarks nearby. AQI fighters carrying out attacks in this area would have few suitable targets nearby, and the major route on which this attack was carried out would be an obvious choice.

While the report discusses Julaybah in the context of early 2006, another report referring to the same time said that "AQI long counted on a secure support base on the east outskirts of town in the Sufia and Julaybah areas. These rural tribal areas were some of the most dangerous in the Ramadi AO, and

---

[197] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 56, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[198] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 5, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[199] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 41.

[200] Ibid.

[201] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, pp. 26, 27; Ibid., pp. 45-46.

[202] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[203] Ibid., p. 56; Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 26.

[204] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[205] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

intelligence indicated they harbored a large support network for the insurgents operating inside the city."[206] This suggests that the observations made likely apply to 2005 as well.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

AQI frequently carried out IED attacks in the Fallujah area. According to a U.S. Marine Corps report on Fallujah, by October of 2004:

> Intelligence identified more than 300 well-constructed defensive positions, suggesting that many may have been interlaced with IEDs, a large number of roadblocks, berms, indirect fire positions, sniper and fighting positions, and even daisy-chained IEDs along the city streets.[207]

Given that AQI was still the dominant insurgent group in Fallujah in October 2004, the placement of these IEDs was likely orchestrated by the organization. AQI's ability to execute IED attacks was further proven in December 2004, when Joint Chiefs of Staff Brigadier General David M. Rodriguez highlighted the large number of IED caches and manufacturing facilities that had been identified in Fallujah.[208]

Furthermore, the aforementioned nearby town of Julaybah was a known hotspot for IED attacks carried out by AQI. AQI insurgents residing in Julaybah "were able to regularly conduct IED, SAF, and IDF attacks against Coalition and Iraqi patrols and bases."[209] As stated previously, Julaybah had long acted as a base of support for AQI, suggesting that the group's IED attacks in its vicinity extended back to the time of this attack.[210]

*Ruling Out Other Insurgent Groups.* Other militant groups were also active in this area. I have considered their activities in rendering my opinion that AQI is ultimately the organization likely responsible for the attack. Other major militant groups operating in Fallujah District in 2005 were Ansar al-Sunna (AAS), a Sunni extremist group; Jaysh Mohammed, composed of former regime elements (FREs) with ties to Saddam Hussein's regime; and the Green Battalion, another FRE group.[211]

Though all these groups had some level of presence in the district, AQI had the strongest recorded presence in the area. Although Jaysh Mohammed and the Green Battalion were present around Fallujah, they were primarily involved in other activities at the time, including criminal activity and political endeavors.[212] In particular, Jaysh Mohammed was interested in participating in the political process in the province while AQI was intent on disrupting it.[213] As a result, Jaysh Mohammed was

---

[206] Niel Smith & Sean MacFarland, "Anbar Awakens: The Tipping Point," *Military Review* 88: 2 (March/April 2008), p. 10, https://apps.dtic.mil/sti/pdfs/ADA499904.pdf.

[207] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[208] Department of Defense, press briefing, "Operations in Iraq," December 3, 2004, https://www.c-span.org/video/?184677-1/operations-iraq.

[209] "Chapter Six: AQI Dominates the Insurgency (2006)," p. 46.

[210] Smith & MacFarland, "Anbar Awakens: The Tipping Point," p. 10.

[211] "Chapter Five Anbar: Insurgency Grows, Strengthens, Elections (2005)," p. 81.

[212] Ibid., pp. 81, 82.

[213] Ibid., p. 106.

not focused on attacking Coalition forces at this time, and was very unlikely to have committed this attack.[214] These conflicting objectives contributed to deepened conflict between the two groups around the time of attack.[215] Therefore, their cooperation with AQI was unlikely, and AQI was the dominant insurgent group in the majority of Fallujah District during this time period.

Additionally, although AAS was present during this period in Anbar Province, AAS and AQI alternated between cooperation and infighting.[216] Therefore, it is possible that AAS carried out this attack, and that it did so independently of AQI. However, as AQI was growing and absorbing other insurgent groups in the area and increasingly holding area of operations dominance, this attack was most likely carried out by AQI. Additionally, given that Iran also supported AAS, its possible involvement in the attack would not undermine my conclusion concerning Iranian support for this attack.

Furthermore, of all the groups operating in Fallujah District at the time, AQI is the only group with a recorded presence in the part of the district where this attack occurred. As previously discussed, nearby Julaybah was a known base of support for AQI.[217]

*Iranian Support*. Iran provided support to AQI and Iran's support had a reasonable connection to the AQI attack that killed 2LT Gienau. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[218] The following information further demonstrates the significance of Iran's support to AQI at the time and in the vicinity of this specific attack:

- Iran provided support to AQI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[219] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[220] The Quds Force continued its support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and throughout Al Anbar Province in 2004.[221]
- In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern,

---

[214] Ibid.

[215] "Chapter Five Anbar: Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 44, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[216] Ibid., p. 106.

[217] Niel Smith & Sean MacFarland, "Anbar Awakens: The Tipping Point," *Military Review* 88: 2 (March/April 2008), p. 10, https://apps.dtic.mil/sti/pdfs/ADA499904.pdf.

[218] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[219] Ibid.

[220] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[221] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[222] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[223]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for AQI.[224] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[225] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[226] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[227] Al-Bathali's assertion is compelling given his background and activities.[228]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[229] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[230]

---

[222] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[223] Ibid.
[224] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.
[225] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.
[226] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.
[227] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.
[228] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.
[229] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.
[230] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[231]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[232]

*Summary*

In summary, I conclude that it is likely that AQI carried out the February 27, 2005 attack on ASR Boston, Al Anbar Province that killed U.S. Army 2LT Richard Gienau. My conclusion is based on the following:

- AQI possessed a strong presence in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

**Attack #5 – August 22, 2005 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Ramon Romero**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): PFC Ramon Romero*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 17, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramon Romero," (July 5, 2007)
- PEX 18, CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on 2/7 SW of Fallujah," (August 22, 2005)
- PEX 19, Multinational Force – Iraq, DON-USMC-2022-002646, "Enemy Situation and Assessment," (August 22, 2005)
- PEX 20, CENTCOM, USCENTCOM 22-0063L, "Casualty Report – Ramon Romero," (August 22, 2005)

---

[231] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[232] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Attack Description*

On August 22, 2005, U.S. Marine Corps Private First Class (PFC) Ramon Romero was serving with Weapons Company, 2nd Battalion, 7th Marines, 1st Marine Division in Fallujah, Al Anbar Province.[233]

At approximately 15:19, PFC Romero was conducting a mounted security patrol near the intersection of Alternative Service Route (ASR) Boston and ASR Iron when an improvised explosive device (IED) detonated.[234] PFC Romero died from injuries sustained in the attack.[235] In addition to PFC Romero, the attack injured four other servicemembers.[236]

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq, or AQI) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in this this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq).[237] As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to AQI by the Zarqawi organization or its former name, JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to AQI's responsibility. The attack occurred near Fallujah on August 22, 2005. The below map provides the approximate location of the attack.

---

[233] PEX 17, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramon Romero," (July 5, 2007).

[234] PEX 18, CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on 2/7 SW of Fallujah," (August 22, 2005), p. 1; PEX 19, Multinational Force – Iraq, DON-USMC-2022-002646, "Enemy Situation and Assessment," (August 22, 2005), p. 3.

[235] PEX 20, CENTCOM, USCENTCOM 22-0063L, "Casualty Report – Ramon Romero," (August 22, 2005), p. 2.

[236] PEX 19, p. 3.

[237] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.



*Figure 6: Approximate location of the attack near Fallujah, Al Anbar Province.*

At the time of the attack, AQI had reestablished a strong operational presence in the Fallujah area. Following the Second Battle of Fallujah (November 7 to December 23, 2004), during which Coalition forces severely degraded the insurgent presence in the city, many AQI fighters were forced to flee the city.[238] The Institute for Defense Analyses notes that some insurgents "found refuge in the surrounding areas of Saqlawiyah, Al Karmah, and Zaidon.... Others moved west along the Euphrates towards the Iraq/Syrian border and north towards Mosul."[239] Given that the insurgency in Fallujah had been dominated by AQI, it is likely that many of these insurgents were AQI fighters.[240]

Yet, already by March 2005 there were signs that AQI had reestablished itself in the Fallujah area. United States Central Command's (CENTCOM) *Study of the Insurgency in Anbar Province* states that "the ability of AQI to regenerate and recreate itself was especially remarkable."[241] The report further

---

[238] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 56, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[239] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 5, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[240] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, pp. 2-3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; Dr. William Knarr, "Al-Sahawa: An Awakening in Al Qaim", *Combatting Terrorism Exchange*, 3:2 (May 2013), p. 23, https://nps.edu/documents/110773463/120130636/CTX+Vol+3+No+2.pdf.

[241] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 41.

indicates that despite Coalition operations, AQI established a new training camp in the al-Biar village south of Amariyah, a town just 30 kilometers south of Fallujah.[242] This camp was used to train the AQI fighters who attacked the U.S. military's Abu Ghraib Prison on April 2, 2005, illustrating that AQI had established training operations in Al Anbar Province prior to the August 22, 2005 attack that killed PFC Romero.[243]

April 2005 also marked a resurgence of AQI's presence in the city of Fallujah. The aforementioned CENTCOM report notes that in that month, AQI leader Abu Musab al-Zarqawi created alliances with and paid other insurgent groups in the Fallujah area to conduct attacks in the city.[244] In addition to these new alliances, Zarqawi reintroduced AQI cells into the city.[245] Surrounding towns – such as Al-Karmah and Amariyah – served as safe havens for the group to launch attacks on Fallujah.[246] The report continues that by mid-April 2005, AQI had established a planning and recruiting center at Fallujah's historic Furqan Mosque.[247]

AQI's presence in the Fallujah area persisted into the summer of 2005. According to the aforementioned CENTCOM report, by mid-July "AQI and Ansar al-Sunna [another Sunni religious extremist group] dominated the insurgency" in Fallujah.[248] Further, the below map, which appears in a July 2, 2005 declassified CENTCOM Threat Assessment, indicates that AQI maintained a significant presence in Fallujah and the surrounding area as 2005 progressed.[249] AQI is also known to have carried out suicide vehicle-borne IED (SVBIED) attacks in Fallujah in 2005. Munam Abu Sheba, who had been captured during the Second Battle of Fallujah and later released, functioned as AQI's chief coordinator for SVBIED attacks in Fallujah in 2005.[250]

---

[242] Ibid.

[243] Ibid.

[244] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, pp. 26, 27; Ibid., pp. 45-46.

[245] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[246] Ibid., p. 56; Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 26.

[247] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[248] Ibid., pp. 81-82.

[249] "C2 Plans: Threat Assessment," CENTCOM, July 2, 2005, p. 19, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0892.%20Threat%20Assessment%202%20July%202005.pdf.

[250] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 82.



*Figure 7: Threat assessment map noting AQI presence in the Fallujah area.*

AQI's presence in Fallujah continued well after the August 22, 2005 attack that killed PFC Romero. Coalition operations conducted elsewhere in Al Anbar Province in 2005 and 2006 strengthened AQI's foothold in Fallujah.[251] As noted in a report by the Institute for Defense Analyses, "as the insurgents fled [from other areas in Al Anbar Province], many were driven east and northeast, seeking sanctuary in the Lake Tharthar and Fallujah areas."[252] This increase in AQI fighters was noted by Coalition forces in the city. After a December 2005 IED attack that killed 10 U.S. Marines and wounded 11 more in Fallujah, a local preacher was quoted as saying, "We knew al Qaeda wouldn't leave the city, and it happened. They came back."[253] The Associated Press reported that "Maj. Gen. Rick Lynch, a coalition operations officer, warned that al-Qaida in Iraq, led by Jordanian terror mastermind Abu Musab al-Zarqawi, will likely step-up attacks in the next two weeks to try to disrupt parliamentary elections on Dec. 15."[254]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

At the time of this attack, AQI had widely adopted the use of IEDs to kill and injure Coalition forces in Al Anbar Province. The aforementioned CENTCOM report states that AQI and AQI-affiliated insurgents who Coalition forces in August 2005 targeted in Operation Quick Strike "had been able to use Haditha [in Al Anbar] as a base to manufacture IEDs and VBIEDs for use in the cities along the Euphrates all the way to Baghdad."[255] Abu Mahmud, a senior member of AQI in Al Anbar Province

[251] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh*, *Fallujah*, p. 5.
[252] Ibid., p. 5.
[253] Jonathan Finer, "10 Marines Killed in Fallujah Blast," *The Washington Post,* December 3, 2005. https://www.washingtonpost.com/archive/politics/2005/12/03/10-marines-killed-in-fallujah-blast/4a6cd4be-a406-46f6-8e9e-e7be1df8fb4e/.
[254] "10 Marines Killed in Bombing Near Fallujah," *East Valley Tribune*, December 2, 2005, https://www.eastvalleytribune.com/news/10-marines-killed-in-bombing-near-fallujah/article_ceb785d3-1a0c-5761-9ab1-ff95a37b2518.html
[255] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 99.

53

who was killed in a precision airstrike in October 2005, oversaw a significant portion of the foreign fighter assaults on Iraqi security and Coalition forces, including "most" SVBIED and IED attacks.[256]

In the provincial capital of Ramadi, AQI frequently used IEDs to attack Coalition forces. Such capabilities are demonstrated by a November 2005 operation which unearthed several weapons caches containing IED materials in eastern Ramadi in the same raids that captured AQI member, Imad Salih al-Fahdawi.[257] According to a U.S. Marine report, "the caches found consisted of numerous artillery and mortar rounds, rocket-propelled grenades, high explosives, small arms weapons, small arms ammunition, bulletproof vests and bomb-making equipment."[258]

AQI's use of IEDs in Ramadi continued well past the attack on PFC Romero. According to a U.S. Army War College publication of the U.S. Army in the Iraq War, AQI habitually coordinated IED attacks in Ramadi in 2006 and provided bonuses to its personnel for carrying them out: $200 for a successful improvised explosive device (IED) attack, $500 to $700 for destroying a High Mobility Multi-Purpose Wheeled Vehicle (HMMWV).[259]

In turn, AQI's capability to conduct IED attacks in Fallujah is further noted by the aforementioned CENTCOM report, which states that by January 2006:

> The AQI associate group Swords of Truth was also based in Karmah but operated in Fallujah, Baghdad, Tikrit, and other Sunni cities in Iraq…. Its IED, VBIED, and RPG training was conducted in concert with [redacted] Death Company, another AQI associate group which operated in Anbar.[260]

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in the area where this attack took place, and I have considered their activities in rendering my opinion that AQI is ultimately the organization likely responsible for the attack. The other major insurgent groups operating in Al Anbar Province in 2005 were Ansar al-Sunna (AAS), Jaysh Mohammed, and the Green Battalion.[261]

While all these groups had some level of presence in Al Anbar Province, AQI had the strongest recorded presence in the specific area where this attack occurred. As explained previously, this attack occurred near Fallujah, where AQI was rapidly gaining the allegiance of most other insurgent groups and local fighters. Additionally, although Jaysh Mohammed and the Green Battalion were present around Fallujah, these insurgent groups were primarily involved in criminal activity as opposed to fighting the Coalition, making it unlikely that they were responsible for this attack.[262] As a result, AAS

---

[256]    Bill    Roggio,    "Strikes    in    Husaybah,"    *Long    War    Journal,*    October    26,    2005 https://www.longwarjournal.org/archives/2005/10/strikes_in_husa.php.

[257]    "Ramadi    Offensive    Nets    Suspected    Insurgents,"    *CNN,*    November    27,    2005, https://edition.cnn.com/2005/WORLD/meast/11/27/iraq.main/.

[258] Ibid.

[259] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006,*    (Carlisle    Barracks,    PA:    US    Army    War    College,    January    17,    2019),    pp.    603,    604, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[260] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 7, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[261] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 82.

[262] Ibid., pp. 81-82.

was left as the one significant insurgent group other than AQI attacking Coalition forces in the area of this attack during the time period when it occurred.[263]

In Al Anbar Province during the time period of this attack, AAS and AQI alternated between cooperation and infighting.[264] Yet, according to the aforementioned CENTCOM report, "In Fallujah the Ansar al-Sunna cell was … loyal to AQI" in late 2005.[265] Therefore, while AAS was present in Fallujah and capable of carrying out this attack, it is likely that AAS would have conducted the attack in coordination with or at the direction of AQI. Thus, the possibility that AAS conducted this attack does not preclude AQI involvement. Additionally, given that Iran also supported AAS, the group's possible involvement in this attack would not undermine my conclusion concerning Iranian support that contributed to it being carried out.

*Iranian Support.* Iran provided support to AQI and Iran's support had a reasonable connection to the attack that killed PFC Romero. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[266] Additional information further demonstrates the significance of Iran's support to AQI at the time and in the place of this specific attack. Specifically:

- Iran provided material support to AQI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[267] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[268] The Quds Force continued its support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and throughout Al Anbar Province in 2004.[269]

- In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[270] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[271]

---

[263] Ibid.
[264] Ibid., pp. 44, 58.
[265] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 11, 16.
[266] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[267] Ibid.
[268] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.
[269] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[270] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[271] Ibid.

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for AQI.[272] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[273] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[274] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[275] Al-Bathali's assertion is compelling given his background and activities.[276]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[277] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[278] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[279]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including

---

[272] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[273] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[274] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators." December 7, 2006.

[275] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[276] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[277] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[278] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[279] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[280]

*Summary*

In summary, I conclude that it is likely that AQI carried out the August 22, 2005 attack near Fallujah, Al Anbar Province that wounded U.S. Marine Corps PFC Romero. My conclusion is based on the following:

- AQI possessed area of operations dominance in Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

**Attack #6 – December 1, 2005 IED Attack in Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): Cpl. Anthony McElveen and LCpl. John Holmason*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 21, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Anthony Thomas McElveen," (December 7, 2007)
- PEX 22, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – John Martin Holmason," (December 5, 2007)
- PEX 23, CENTCOM, USCENTCOM 22-0283, Ops Report, "IED ATTK ON 2/7 SW of Fallujah: 10 CF KIA, 11 CF WIA," (December 2, 2005)

*Attack Description*

On December 1, 2005, United States Marine Corps Corporal (Cpl.) Anthony McElveen and Lance Corporal (LCpl.) John Holmason were serving with F Company, 2d Battalion, 7th Marines, 1st Marine Division in Fallujah, Al Anbar Province.[281]

---

[280] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[281] PEX 21, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Anthony Thomas McElveen," (December 7, 2007); PEX 22, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – John Martin Holmason," (December 5, 2007).

Cpl. McElveen and LCpl. Holmason's unit – referred to as F/2/7 – was at a flour factory used by Coalition forces as a "makeshift patrol base" near Fallujah when they were killed in an improved explosive device (IED) attack.[282] According to a Department of Defense news release on the attack:

> On that day, the company commander traveled to the patrol base to promote three Marines. A promotion ceremony involving a group of Marines was conducted inside the patrol base. When the ceremony ended, the Marines dispersed. It is suspected that one of the Marines triggered a hidden pressure plate initiation device, causing the explosion. Explosive experts believe four artillery shells were buried in two separate locations.[283]

According to a Marine on the Explosive Ordnance Disposal (EOD) Team that examined the scene of the attack, the IED's pressure plate "was as big as my thumbnail."[284] That same Marine continued to state that "the miniature size of that triggering device was evidence of growing sophistication among the insurgents."[285] The Operations (Ops) Report written for the attack similarly states that the IED was comprised of four 155mm artillery rounds and a pressure plate detonator.[286]

Cpl. McElveen, LCpl. Holmason, and 8 other servicemembers were killed by the explosion, which also wounded 11 Coalition forces servicemembers.[287]

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq, or AQI) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq).[288] As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to AQI as the Zarqawi organization or its former name, JTJ.

I now explain my conclusions.

---

[282] PEX 23, CENTCOM, USCENTCOM 22-0283, Ops Report, "IED ATTK ON 2/7 SW of Fallujah: 10 CF KIA, 11 CF WIA," (December 2, 2005), p. 1; Joseph Giordono, "Marines Revise Account of Lethal IED Blast," *Stars and Stripes*, December 7, 2005, https://www.stripes.com/migration/marines-revise-account-of-lethal-ied-blast-1.42104; "'Countdown with Keith Olbermann' for Dec. 6th," *NBC*, December 7, 2005, https://www.nbcnews.com/id/wbna10364675.

[283] CENTCOM, Multi-National Force-West Public Affairs Office, "Update to Dec. 1 Improvised Explosive Device Attack," (December 6, 2005), accessed via Nexis.

[284] Kevin Cullen, "Improvised Bombs Packing More Power," *The Boston Globe*, March 5, 2006, via Nexis.

[285] Ibid.

[286] PEX 23, p. 1.

[287] PEX 23, p. 1.

[288] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to AQI's responsibility. The attack occurred in Fallujah, Al Anbar Province on December 1, 2005. The below map provides the approximate location of the attack.



*Figure 8: Approximate location of the attack in Fallujah, Al Anbar Province.*

At the time of the attack, AQI had reestablished a strong operational presence in the Fallujah area. Following the Coalition's success in the Second Battle of Fallujah that lasted from November 7 to December 23, 2004, many AQI fighters were forced to flee the city.[289] Yet, by early 2005, AQI showed signs that it had reestablished itself in the Fallujah area and reinitiated a pattern of attacking coalition forces around Fallujah. The authoritative United States Central Command (CENTCOM) *Study of the Insurgency in Anbar Province* states that "the ability of AQI to regenerate and recreate itself was especially remarkable."[290]

CENTCOM's report continues that, in addition to introducing additional AQI cells to the Fallujah area, AQI leader Zarqawi created alliances with and paid other insurgent groups in the Fallujah area to conduct attacks in the city in April 2005.[291] Surrounding towns – such as Al-Karmah and Amariyah – served as safe havens for the group to launch attacks on Fallujah.[292] According to the aforementioned

[289] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 56, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.
[290] Ibid., p. 41.
[291] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) pp. 26, 27, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf; Ibid., pp. 45-46.
[292] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 56; Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 26.

CENTCOM report, by mid-July 2005 AQI, alongside their affiliates, was successful in "dominat[ing] the insurgency" in Fallujah.[293]

By the time of the December 1, 2005 attack that killed Cpl. McElveen and LCpl. Holmason, AQI's successful return to Fallujah was common knowledge. At the end of November 2005, AQI assassinated Sheikh Hamza, a "widely beloved and influential religious leader" in Fallujah in a highly public attack.[294] On December 3, 2005, one local preacher told a *Washington Post* reporter that "We knew al Qaeda wouldn't leave the city, and it happened. They came back."[295]

Additionally, the attack occurred during a period when AQI was looking to disrupt Coalition forces and the Iraqi government because of the December 15, 2005 Iraqi parliamentary elections. While Zarqawi did not explicitly threaten the polls due to divisions among Sunni extremists, AQI opposed the elections, which Zarqawi saw as "satanic."[296] According to U.S. Army Major General Rick Lynch, AQI's intentions were "to derail the democratic process, and he's [Zarqawi] going to pull out all stops between [early December] and the election."[297]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack using an IED made with four 155mm artillery rounds and a small pressure plate.[298]

AQI had the capability to construct "sophisticated" IEDs like the one used in this attack. CENTCOM's report on the insurgency in Al Anbar states that by August 2005, AQI and AQI affiliates "had been able to use Haditha [another city in Al Anbar Province] as a base to manufacture IEDs and VBIEDs for use in the cities along the Euphrates all the way to Baghdad," an area that includes Fallujah.[299] In a November 2005 Department of Defense briefing, Deputy Chief of Staff for Strategic Communications and the spokesperson for Multi-National Force - Iraq in Baghdad, General C. Donald Alston, stated that "Zarqawi's prized assets" for IED capabilities included specialized "cell leaders and bombmakers."[300]

In addition to its manufacturing capabilities, AQI also had the training necessary to carry out the attack that killed Cpl. McElveen and LCpl. Holmason. The CENTCOM report indicates that by January 2006, "The AQI associate group Swords of Truth was also based in Karmah but operated in Fallujah, Baghdad, Tikrit, and other Sunni cities in Iraq…. Its IED, VBIED, and RPG training was conducted in concert with [redacted] Death Company, another AQI associate group which operated in Anbar."[301]

---

[293] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 81-82.

[294] Ibid., p. 115.

[295]    Jonathan Finer, "10 Marines Killed in Fallujah Blast," *Washington Post,* December 3, 2005. https://www.washingtonpost.com/archive/politics/2005/12/03/10-marines-killed-in-fallujah-blast/4a6cd4be-a406-46f6-8e9e-e7be1df8fb4e/.

[296] Anton La Guardia, "Zarqawi's Call for Boycott Exposes Rift in Militants Left Isolated as Militants Prepare for Poll," December 14, 2005, accessed via Nexis.

[297] "Election in Iraq puts focus on security," *NBC News*, December 11, 2005, accessed via Nexis.

[298] Kevin Cullen, "Improvised Bombs Packing More Power," *The Boston Globe*, March 5, 2006, via Nexis.

[299] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 99.

[300] "Briefing With Brigadier General Donald Alston, U.S. Air Force, Director, Strategic Communications, Multinational Force Iraq Location: Combined Press Information Center, Baghdad, Iraq," *Federal News Service*, November 6, 2005, accessed via Nexis.

[301] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 7, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

Additionally, Abu Mahmud, a senior AQI member in Al Anbar who was killed in a precision airstrike in October of 2005, oversaw a significant portion of the foreign fighter assaults on Iraqi security and Coalition forces, including "most" SVBIED and IED attacks.[302]

The combination of training, manufacturing, and specialized cells would have allowed AQI to develop increasingly sophisticated IEDs, such as the one used in this attack.

*Ruling Out Other Insurgent Groups.* Several other insurgent groups operated in Fallujah at the time this attack occurred, including the Islamic Army of Iraq (IAI). I have considered their activities in rendering my opinion that AQI is ultimately the organization likely responsible for the attack.

The Islamic Army of Iraq (IAI) claimed responsibility for a December 1, 2005 IED attack in Fallujah in an online video.[303] However, the U.S. military confirmed that this was not the same attack that killed Cpl. McElveen and LCpl. Holmason. As reported by CNN:

> The U.S. military said Sunday [the IAI] video posted on an Islamic Web site that claims to show an improvised explosive device detonating on an American military convoy near Falluja is not the same blast that killed 10 Marines [including Cpl. McElveen and LCpl. Holmason].

> Lt. Col. Barry Johnson, a Coalition Forces spokesman, pointed to the video's location and the time of day it was made as evidence the video does not show the Thursday explosion. The blast near Falluja that killed 10 Marines and wounded 11 took place at 5:40 p.m. local time -- dusk in Iraq, where darkness falls about 6 p.m., Johnson said. The video, however, appears to be shot during daylight hours, he said.

> In addition, Johnson said, the attack on the Marines took place in the courtyard of a flour factory. The video, he said, shows the blast taking place on a roadside. The military, however, does not know where or when the incident shown in the video took place, Johnson said. The U.S. Marine Corps also issued a statement Sunday saying the video did not show the [attack that killed Cpl. McElveen and LCpl. Holmason].[304]

Immediately following the December 1 attack that killed Cpl. McElveen and LCpl. Holmason, Coalition forces incorrectly announced that the soldiers were killed on patrol instead of in the courtyard, which is likely what inspired the Islamic Army of Iraq's claim of responsibility.[305] Thus, the IAI claim of responsibility for the December 1, 2005 attack that killed the two Marines and 8 other fellow servicemembers is not credible.

In addition, it is unlikely that the other insurgent groups operating in Fallujah at this time perpetrated the attack that killed Cpl. McElveen and LCpl. Holmason. According to the aforementioned CENTCOM report, Jaysh Mohammed and the Green Battalion were operating in Fallujah by July

---

[302]    Bill    Roggio,    "Strikes    in    Husaybah,"    *Long    War    Journal,*    October    26,    2005 https://www.longwarjournal.org/archives/2005/10/strikes_in_husa.php.
[303] Joseph Giordono, "Marines Revise Account of Lethal IED Blast," *Stars and Stripes,* December 7, 2005, https://www.stripes.com/migration/marines-revise-account-of-lethal-ied-blast-1.42104.
[304] "Saturday, December 3," *CNN,* December 4, 2005 accessed via Nexis.
[305] Giordono, "Marines Revise Account of Lethal IED Blast."

2005.[306] Notably, CENTCOM's report states "the main focus of the Fallujah branches of Jaysh Mohammed and Green Battalion … was criminal activity rather than fighting."[307] Given AQI's strong presence in Fallujah and the alternate priorities of other groups present in the area, AQI is the more likely perpetrator of this attack.

The CENTCOM report also notes that Ansar al-Sunna (AAS) was present in Fallujah at the time of this attack.[308] Nonetheless, the attack occurred during a period when AAS and AQI closely cooperated. The CENTCOM report explains that by April 2005, AQI and AAS in western Al Anbar Province "showed a level of cooperation … extending down to street level joint operations in the Hit-Haditha corridor. Together, the two groups provided one another with enhanced early warning against Coalition raids, assisted in the movement of fighters and contributed to the other's ability to mass."[309] By 2006, just one month after this attack, U.S. and foreign government reports, as well as news media, characterized AAS and AQI as "interconnected," "related," and "affiliated."[310]

Therefore, it is possible that AAS was involved in this attack. However, given that Iran also supported AAS, its possible involvement in the attack that killed Cpl. McElveen and LCpl. Holmason would not undermine my conclusion concerning Iranian support for it.[311]

*Iranian Support.* Iran provided material support to AQI and Iran's support had a reasonable connection to the attack that killed Cpl. McElveen and LCpl. Holmason. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[312] Additional information further demonstrates the significance of Iran's support to AQI at the time and in the vicinity of this specific attack. Specifically:

- Iran provided support to AQI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[313] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[314] The Quds Force continued its

---

[306] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq,* (June 13, 2007), pp. 81, 82, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf
[307] Ibid.
[308] Ibid.
[309] Ibid., p. 46.
[310] United Kingdom Home Office, *Operational Guidance Note – Iraq* (January 2006), p. 9, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf; Kenneth Katzman, Congressional Research Service, *Iraq: Post-Saddam Governance and Security* (September 22, 2006), p. 24, https://www.everycrsreport.com/files/20060922_RL31339_1fa5547476423093195407447016d9d2c44be278e.pdf; Maamoun Youssef, "Al-Qaida-Linked Terror Group Ansar al-Sunnah Denies Leader Arrested," Associated Press, September 24, 2006, accessed via Nexis.
[311] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 67-68, 72-76.
[312] Ibid., pp. 51-60.
[313] Ibid.
[314] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and throughout Al Anbar Province in 2004.[315]

- In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[316] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[317]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for AQI.[318] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[319] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[320] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[321] Al-Bathali's assertion is compelling given his background and activities.[322]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[323] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the

---

[315] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[316] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[317] Ibid.

[318] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[319] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[320] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[321] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[322] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[323] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[324] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[325]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[326]

*Summary*

In summary, I conclude that it is likely that AQI carried out the December 1, 2005 IED attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason. My conclusion is based on the following:

- AQI possessed a strong operational presence in and around Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

**Attack #7 – September 4, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Navy Reserve Petty Officer Second Class Christopher Walsh**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): PO2 Christopher Walsh*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 24, CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on W/1/25 in S Fallujah: 2 DET, 3 CFKIA, 1CF WIA," (September 4, 2006)
- PEX 25, Office of the Armed Forces Medical Examiner, "Autopsy Examination – Christopher Walsh," (November 1, 2006)

---

[324] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[325] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[326] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Attack Description*

On September 4, 2006, U.S. Navy Reserve Petty Officer Second Class (PO2) Christopher Walsh was attached to U.S. Marine Corps Weapons Company, 1st Marines, 25th Marine Regiment (W/1/25) in Fallujah, Al Anbar Province.[327]

On the day of the attack, W/1/25 was conducting a mounted patrol south of the Civil Military Operations Center on an unnamed road south of Route Grace in southern Fallujah.[328] At approximately 11:15 local time, W/1/25 was struck by an improvised explosive device (IED).[329] According to analysis by Explosive Ordnance Disposal (EOD), the IED was "command detonated with copper wire running to the W [West] approximately 200M [meters]."[330] After conducting EOD analysis, the unit searched the residence where they had traced the command wires, leading to the capture of two possible triggermen.[331]

PO2 Walsh died from injuries sustained in the blast.[332] In addition to PO2 Walsh, the attack killed two servicemembers and injured one other.[333]

*Attack Attribution*

I conclude that it is very likely that the Zarqawi organization (as the Mujahedin Shura Council, or MSC) committed this attack. This conclusion is based on the following data points: 1) the location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) demonstrated through this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[334] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as MSC), an umbrella group composed of six Iraqi Sunni militant factions. As this attack occurred after the name change, this attribution will refer to the group as MSC. However, some sources cited in this attribution refer to the organization by its former names, AQI and JTJ.

I now explain my conclusions.

---

[327] PEX 24, CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED ATTK on W/1/25 in S Fallujah: 2 DET, 3 CFKIA, 1CF WIA," (September 4, 2006), p. 1.
[328] PEX 24, p. 1.
[329] PEX 24, p. 1.
[330] PEX 24, p. 1.
[331] PEX 24, p. 1.
[332] PEX 25, Office of the Armed Forces Medical Examiner, "Autopsy Examination – Christopher Walsh," (November 1, 2006), p. 4.
[333] PEX 24, p. 2.
[334] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to MSC's responsibility. This attack took place in Fallujah, Al Anbar Province on September 4, 2006. The below map provides the approximate location of the attack.



*Figure 9: Approximate location of the attack in Fallujah, Al Anbar Province.*

By late summer 2006, MSC began a campaign to increase their presence Fallujah, which had served as the center of the group's power since 2004.[335] On August 3, 2006, MSC posted proclamations across mosques and schools in Fallujah, vowing to retake the city, and "declaring that it had united local armed factions into a cohesive force to fight the U.S. and Iraqi troops which now controlled its streets."[336]

MSC's resurgence in Fallujah during the summer of 2006 was facilitated by continuing sectarian violence and deteriorating security in other parts of Iraq, which assured funding, support, and a "continuous stream of potential recruits" in the Sunni "refugees" seeking to escape mixed cities where Shia militias were killing their Muslim brethren.[337] MSC "exploit[ed] the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to coopt a number of other Sunni

[335] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq.* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[336] Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006.

[337] Ambassador John Bolton, press release, "The Situation in Iraq: Remarks to the Security Council," (Washington, D.C.; U.S. Representative to the United Nations, September 14, 2006), https://2001-2009.state.gov/p/io/rls/rm/72253.htm; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

and Ba'athist insurgent groups in the surrounding area.[338] MSC coopted at least nine distinct insurgent groups by either absorbing them into the MSC umbrella, allying with distinct groups, or inserting MSC leaders into the chain of command of other insurgent groups.[339] The significant cooptation of diverse groups showed that, despite operating under different names, most insurgents in the region ultimately fell under the broader MSC umbrella.

By fall 2006, MSC re-established its operational dominance in Fallujah. In October 2006, the U.S. Marines stationed in Fallujah withdrew, leaving the Iraqi Army and local police to secure the city. As outlined by a report by the Institute for Defense Analyses, "Without the Marines alongside them, the Iraqi Army units in the city became less effective in patrolling and controlling Fallujah's streets," allowing MSC to become increasingly prominent in the city.[340] From September through November, MSC led a successful and organized murder and intimidation campaign, which resulted in the assassination of a number of city council members, Iraqi police, and other prominent figures in Fallujah that opposed the group.[341]

MSC's campaign was conspicuous enough that by November 2006, MSC's amir (regional leader) of Fallujah, Sheikh Abu Dawud, "was rotated to Habbaniyah [a town near Fallujah] and replaced by [redacted] due to the fact that he had become too well-known in Fallujah."[342] Coalition forces would later target MSC fighters associated with the campaign, including a December 2006 raid in Fallujah that "killed a regional al Qaeda in Iraq leader who had directed insurgent attacks there and participated in the kidnapping and killing of several Iraqi police officers."[343]

MSC remained active in Fallujah into 2007, after the attack on PO2 Walsh. In early 2007, MSC assassinated the Fallujah city council secretary and carried out a complex attack on the Fallujah Government Center.[344] MSC documents recovered by Coalition forces revealed that MSC, as of February 2007, was using Fallujah as a training ground for recruits.[345] Further, Fallujah remained one of the last strongholds of MSC, and Coalition forces were unable to "pacify" the city until late 2007.[346]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that MSC was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack. The IED was "command detonated with copper wire running to the W [West] approximately 200M [meters]."[347]

At the time of the attack, MSC used IEDs throughout Al Anbar Province. According CENTCOM's *Study of the Insurgency in Anbar Province*, MSC used IEDs to target Coalition forces in and around

---

[338] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 29, 110.

[339] Ibid., pp. 17, 112-113.

[340] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[341] "Chapter Six: AQI Dominates the Insurgency (2006)," p. 134.

[342] Ibid., p. 224.

[343] Thomas Wagner, "11 U.S. Deaths of Day of Iraq Report," *The Star-Ledger,* December 8, 2006, accessed via Nexis.

[344] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* p. 22.

[345] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[346] Seth Jones & Martin Libicki, "Military Force and al Qa'ida in Iraq," in *How Terrorist Groups End* (Santa Monica, CA; RAND Corporation, 2008) pp. 11-12, https://www.jstor.org/stable/pdf/10.7249/mg741rc.14.pdf?refreqid=fastly-default%3Ab27203f2a065483d51ec463c710cbf9b&ab_segments=&origin=&initiator=&acceptTC=1.

[347] PEX 24, p. 1.

Amariyah, Ramadi, Haditha, Karma, and Salawiyah throughout 2006.[348] By mid-2006, MSC's use of IEDs in Ramadi had become so common that typical MSC fighters carried "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[349]

Further, IEDs were a common TTP in Fallujah and the surrounding area. Abu Abdullah, the emir (regional leader) of MSC between "western Baghdad and Fallujah" was known to carry out IED attacks within his area of control between late 2005 and September 2006.[350] Abu Abdullah was "a close associate of Zarqawi" and "was known as an expert bomb and improvised explosive device maker," who "paid people to conduct attacks: 400 dollars to emplace an IED, 750 dollars to detonate an IED, 200 dollars to kill or kidnap an Iraqi supporter of Coalition Forces, and 10,000 dollars to conduct small arms attack against Coalition forces."[351]

MSC's practice of paying fighters to conduct IED attacks is further noted in the U.S. Army's official history of the Iraq War, which describes the financial incentives that were available to MSC fighters in Ramadi and Fallujah:

> The funds also kept fighters flowing into AQI's ranks. Coalition troops killed over 200 AQI fighters in March and April, but they were easy for Zarqawi to replace. By May 2006, with AQI's financial network in place, the starting salary for an AQI fighter in Ramadi was the equivalent of $1,000 per month. The next highest-paying insurgent group, Ansar al Sunna, paid far less at $250 per month. AQI also funded bonuses: $200 for a successful improvised explosive device (IED) attack, $500 to $700 for destroying a High Mobility Multi-Purpose Wheeled Vehicle (HMMWV), and $7,000 for shooting down a helicopter. In Fallujah, where AQI's presence was more contested and lacked Ramadi's financial sophistication, al-Qaeda fighters were paid between $190 and $380 per month.[352]

AQI maintained a network of IEDs in Fallujah in late 2006. In December 2006, Coalition forces conducted operations to target MSC's Fallujah IED network. On December 30, 2006, Coalition forces detained MSC fighters "suspected of involvement in small-arms and IED attacks against convoys in the Habbaniyah and Fallujah areas."[353] In a separate operation that day, Coalition forces detained five suspects in an operation looking for an insurgent "believed to have been selling IEDs to other insurgents and al Qaeda in Iraq as well as smuggling foreign fighters into the country to facilitate attacks in the Fallujah area."[354]

MSC's use of IEDs continued in 2007. As mentioned in the discussion of the location of this attack, MSC documents recovered by Coalition forces in early 2007 detailed that MSC members in Fallujah

---

[348] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 7, 46, 153, 236.

[349] Ibid., p. 46.

[350] Bill Roggio, "A Closer Look at Slain al Qaeda in Iraq leader Abu Abdullah," *Long War Journal*, December 29, 2007, https://www.longwarjournal.org/archives/2007/12/a_closer_look_at_sla.php.

[351] Ibid.

[352] Joel D. Rayburn and Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 603-604, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[353] "Coalition Troops Kill 4 Terrorists; Iraqis Detail 21 in Recent Raids," *American Forces Information Service*, December 31, 2006, accessed via Nexis.

[354] Ibid.

received courses that "varied from a basic set covering weapons familiarization, marksmanship, IED construction and employment to more specialized courses."[355] Beyond basic IED training, MSC also maintained specialized IED cells, as demonstrated by the January 28, 2007 capture of an MSC IED cell leader by Coalition forces.[356] These training documents and specialized cells demonstrate the widespread use of IEDs by the MSC organization.

*Iranian Support.* Iran provided material support to MSC and Iran's support had a reasonable connection to the MSC attack that killed PO2 Walsh**.** Iranian support for MSC is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[357] The following information further demonstrates the significance of Iran's support to MSC at the time and in the place of this specific attack:

- Iran provided support to MSC before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[358] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[359] The Quds Force continued its support of MSC beyond 2003, including funneling weapons to MSC strongholds in Fallujah and throughout Al Anbar Province in 2004.[360]

- In December 2006, further evidence of Iranian support for MSC emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[361] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[362]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for MSC.[363] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks,

---

[355] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[356] "Soldiers Free Torture Victims Near Fallujah", *U.S. Army Press Service*, January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[357] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[358] Ibid.

[359] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[360] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[361] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[362] Ibid.

[363] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

and inciting others to join campaigns of violence."[364] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[365] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[366] Al-Bathali's assertion is compelling given his background and activities.[367]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[368] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for MSC.

- Iran's provision of weapons to MSC was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[369] Indeed, this Court previously found that Iran materially supported MSC in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[370]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to MSC and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to MSC (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by MSC.[371]

---

[364] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[365] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[366] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[367] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[368] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[369] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[370] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[371] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Summary*
In summary, I conclude that it is very likely that MSC carried out the September 4, 2006 IED attack in Fallujah, Al Anbar Province that killed U.S. Navy PO2 Christopher Walsh. My conclusion is based on the following:

- MSC had a strong operational presence in Fallujah during the period in which the attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with MSC.

I further conclude that Iran's material support substantially contributed to MSC's commission of this attack.

**Attack #8 – November 5, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Jose Galvan**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): Cpl. Jose Galvan*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 26, U.S. Marine Corps Headquarters, "Report of Casualty – Jose Galvan," (November 6, 2006)
- PEX 27, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jose Galvan," (December 7, 2006)

*Attack Description*
On November 5, 2006, U.S. Marine Corps Corporal (Cpl.) Jose Galvan was serving with C Company, 1st CEB, 1st Marine Division in Fallujah, Al Anbar Province.[372]

On the day of the attack, Cpl. Galvan was conducting a dismounted sweep patrol for improvised explosive devices (IEDs) when he was struck by an IED.[373] Cpl. Galvan died from injuries sustained in the blast.[374]

*Attack Attribution*
I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid

---

[372] PEX 26, U.S. Marine Corps, "Report of Casualty – Jose Galvan," (November 6, 2006).
[373] PEX 26.
[374] PEX 27, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Jose Galvan," (December 7, 2006), p. 5.

wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[375] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[376] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Fallujah, Al Anbar Province on November 5, 2006. The below map provides the approximate location of the attack.



*Figure 10: Approximate location of the attack in Fallujah, Al Anbar Province.*

During this time, ISI enjoyed area of operations dominance in Al Anbar Province.[377] According to U.S. Central Command's (CENTCOM) *Study of the Insurgency in Anbar Province*, in 2006 "AQI so dominated the insurgency, that most of the remaining independent groups were either forced or coopted into cooperation with the group. To any outside observer, it must have seemed likely that AQI would be able to enforce its vision of Anbar's future – as an Islamic state tied to other states being created by AQSL [Al-Qaeda's Senior Leadership] – once the Coalition departed."[378]

---

[375] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.
[376] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[377] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 241, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[378] Ibid.

In response to ISI's dominance, an anti-ISI resistance emerged in Al Anbar in spring of 2006.[379] Despite the growing resistance, ISI "retained its influence over the population of Anbar throughout the fall," when the attack that killed Cpl. Galvan occurred.[380]

By late summer 2006, ISI began a campaign to increase their presence Fallujah, which had served as the center of the group's power throughout most of 2004.[381] On August 3, 2006, ISI posted proclamations across mosques and schools in Fallujah, vowing to "retake" the city and "declaring that it had united local armed factions into a cohesive force to fight the U.S. and Iraqi troops who now controlled its streets."[382]

ISI's resurgence in Fallujah during the summer of 2006 was facilitated by continuing sectarian violence and deteriorating security in other parts of Iraq, which assured funding, support, and a "continuous stream of potential recruits" in the Sunni "refugees" seeking to escape mixed cities where Shia militias were killing their Muslim brethren.[383] ISI "exploit[ed] the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to coopt a number of other Sunni and Ba'athist insurgent groups in the surrounding area.[384] ISI coopted at least nine distinct insurgent groups by either absorbing them into the ISI umbrella via Fallujah's ISI-dominated Mujahedin Shura Council, allying with distinct groups, or inserting ISI leaders into the chain of command of other insurgent groups.[385] The significant cooptation of diverse groups showed that, despite operating under different names, most insurgents in the region ultimately fell under the broader ISI umbrella.

By fall 2006, ISI had re-established its dominance in Fallujah. In October 2006, the U.S. Marines stationed in Fallujah withdrew, leaving the Iraqi Army and local police to secure the city. As outlined in a report by the Institute for Defense Analyses, "Without the Marines alongside them, the Iraqi Army units in the city became less effective in patrolling and controlling Fallujah's streets," allowing ISI to become increasingly prominent in the city.[386] From September through November, ISI led a successful and organized murder and intimidation campaign, which assassinated a number of city council members, Iraqi police, and other prominent figures in Fallujah that opposed the group.[387]

---

[379] *Fighting a War We Don't Control: Iraq, Fall, 2006* (Executive Services Directorate, March 28, 2007), pp. 3-4; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 126, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[380] Ibid.

[381] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[382] Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006.

[383] Ambassador John Bolton, press release, "The Situation in Iraq: Remarks to the Security Council," (Washington, D.C.; U.S. Representative to the United Nations, September 14, 2006), https://2001-2009.state.gov/p/io/rls/rm/72253.htm; Ibid.; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[384] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 29, 110.

[385] Ibid., pp. 17, 112-113.

[386] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[387] "Chapter Six: AQI Dominates the Insurgency (2006)," p. 134.

ISI's campaign was so blatant that by November 2006, ISI's amir of Fallujah, Sheikh Abu Dawud, "was rotated to Habbaniyah and replaced by [redacted] due to the fact that he had become too well-known in Fallujah."[388] Coalition forces would later target ISI fighters associated with the campaign, including a December 2006 raid in Fallujah that "killed a regional al Qaeda in Iraq leader who had directed insurgent attacks there and participated in the kidnapping and killing of several Iraqi police officers."[389]

ISI remained active in Fallujah into 2007, after the attack on Cpl. Galvan. In early 2007, ISI assassinated the Fallujah city council secretary and carried out a complex attack on the Fallujah Government Center.[390] ISI documents recovered by Coalition forces revealed that ISI, as of February 2007, was using Fallujah as a training ground for recruits.[391] Further, Fallujah remained one of the last strongholds of ISI, and Coalition forces were unable to "pacify" the city until late 2007.[392]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

At the time of the attack, ISI used IEDs throughout Al Anbar Province. According to the aforementioned CENTCOM study, ISI used IEDs to target Coalition forces in and around Amariyah, Ramadi, Haditha, Karma, and Salawiyah throughout 2006.[393] By mid-2006, ISI's use of IEDs in Ramadi had become so common that typical ISI fighters carried "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[394]

Further, IEDs were a common TTP in Fallujah and the surrounding area. Abu Abdullah, the emir (regional leader) of ISI between "western Baghdad and Fallujah" was known to carry out IED attacks within his area of control between late 2005 and September 2006.[395] Abu Abdullah was "a close associate of Zarqawi" and "was known as an expert bomb and improvised explosive device maker," who "paid people to conduct attacks: 400 dollars to emplace an IED, 750 dollars to detonate an IED, 200 dollars to kill or kidnap an Iraqi supporter of Coalition Forces, and 10,000 dollars to conduct small arms attack against Coalition Forces."[396] ISI's practice of paying fighters to conduct IED attacks is further noted in the U.S. Army's official history of the Iraq War, which describes the financial incentives that were available to ISI fighters in Ramadi and Fallujah:

> The funds also kept fighters flowing into AQI's ranks. Coalition troops killed over 200 AQI fighters in March and April, but they were easy for Zarqawi to replace. By May

[388] Ibid., p. 224.
[389] Thomas Wagner, "11 U.S. Deaths of Day of Iraq Report," *The Star-Ledger*, December 8, 2006, accessed via Nexis.
[390] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[391] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.
[392] Seth Jones & Martin Libicki, "Military Force and al Qa'ida in Iraq," in *How Terrorist Groups End* (Santa Monica, CA; RAND Corporation, 2008), pp. 11-12, https://www.jstor.org/stable/pdf/10.7249/mg741rc.14.pdf?refreqid=fastly-default%3Ab27203f2a065483d51ec463c710cbf9b&ab_segments=&origin=&initiator=&acceptTC=1.
[393] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), pp. 7, 46, 153, 236, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[394] Ibid., p. 46.
[395] Bill Roggio, "A Closer Look at Slain al Qaeda in Iraq leader Abu Abdullah," *Long War Journal*, December 29, 2007, https://www.longwarjournal.org/archives/2007/12/a_closer_look_at_sla.php.
[396] Ibid.

2006, with AQI's financial network in place, the starting salary for an AQI fighter in Ramadi was the equivalent of $1,000 per month. The next highest-paying insurgent group, Ansar al Sunna, paid far less at $250 per month. AQI also funded bonuses: $200 for a successful improvised explosive device (IED) attack, $500 to $700 for destroying a High Mobility Multi-Purpose Wheeled Vehicle (HMMWV), and $7,000 for shooting down a helicopter. In Fallujah, where AQI's presence was more contested and lacked Ramadi's financial sophistication, al-Qaeda fighters were paid between $190 and $380 per month.[397]

AQI maintained a network of IEDs in Fallujah in late 2006. In December 2006, Coalition forces conducted operations to target ISI's Fallujah IED network. On December 30, 2006, Coalition forces detained ISI fighters "suspected of involvement in small-arms and IED attacks against convoys in the Habbaniyah and Fallujah areas."[398] In a separate operation that day, Coalition forces detained five suspects in an operation looking for an insurgent "believed to have been selling IEDs to other insurgents and al Qaeda in Iraq as well as smuggling foreign fighters into the country to facilitate attacks in the Fallujah area."[399]

ISI's use of IEDs continued in 2007. As mentioned in the discussion of the location of this attack, ISI documents recovered by Coalition forces in early 2007 detailed that ISI members in Fallujah received courses that "varied from a basic set covering weapons familiarization, marksmanship, IED construction and employment to more specialized courses."[400] Beyond basic IED training, ISI also maintained specialized IED cells, as demonstrated by the January 28, 2007 capture of an ISI IED cell leader by Coalition forces.[401] These training documents and specialized cells demonstrate the widespread use of IEDs by the ISI organization.

*Iranian Support.* Iran provided support to ISI and Iran's support had a reasonable connection to the ISI attack that killed Cpl. Galvan**.** Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[402] The following information further demonstrates the significance of Iran's support to ISI at the time and in the place of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[403] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and

[397] Joel D. Rayburn and Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 603-604, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[398] "Coalition Troops Kill 4 Terrorists; Iraqis Detail 21 in Recent Raids," *American Forces Information Service*, December 31, 2006, accessed via Nexis.

[399] Ibid.

[400] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2017), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[401] "Soldiers Free Torture Victims Near Fallujah", *U.S. Army Press Service*, January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[402] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[403] Ibid.

other operatives prior to the 2003 U.S. invasion of Iraq.[404] The Quds Force continued its support of ISI beyond 2003, including funneling weapons to ISI strongholds in Fallujah and throughout Al Anbar Province in 2004.[405]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[406] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[407]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for ISI.[408] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[409] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[410] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[411] Al-Bathali's assertion is compelling given his background and activities.[412]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of IEDs. The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[413] Given his affiliations with

---

[404] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem* Post, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.
[405] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[406] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[407] Ibid.
[408] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.
[409] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.
[410] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.
[411] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.
[412] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.
[413] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[414] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[415]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[416]

_Summary_

In summary, I conclude that it is very likely that ISI carried out the November 5, 2006 IED attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps Cpl. Jose Galvan. My conclusion is based on the following:

- ISI had a strong operational presence in Fallujah during the period in which the attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #9 – January 20, 2007 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Army Specialist Jeffrey Bisson**
_Geography: Northeast of Fallujah, Al Anbar Province_
_Attack Type: IED Attack_
_Direct Victim(s): SPC Jeffrey Bisson_

---

[414] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[415] See _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[416] See _Est. of Parhamovich v. Syrian Arab Republic_, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248-CRC, 2023 WL 7448770 (D.D.C., Aug. 18, 2023); and _Neiberger v. Islamic Republic of Iran_, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 28, Department of the Army, "Report of Casualty – Jeffrey Bisson," (March 29, 2007)
- PEX 29, CENTCOM, USCENTCOM 22-0063L, Ops Report, "IED Explosion ATTK on TF 3-509 IVO (Route Bills): 1 CF WIA 4 CF KIA," (January 20, 2007)
- PEX 30, "Certificate of Death – Jeffrey Bisson," (January 23, 2007)

*Attack Description*

On January 20, 2007, U.S. Army Specialist (SPC) Jeffrey Bisson was serving with 3rd Battalion, 509th Infantry (Airborne), 4th Brigade Combat Team, 25th Infantry Division near Fallujah, Al Anbar Province.[417]

SPC Bisson's unit was in a four-vehicle convoy traveling on Route Bills, northeast of Camp Fallujah, to "linkup with another element for a cordon and search mission."[418] At approximately 17:00 local time, the unit was hit by "an IED [improvised explosive device] buried in the middle of the road."[419] SPC Bisson died immediately from the blast.[420]

Following the blast, the unit conducted a ground casualty evacuation (CASEVAC) to Camp Fallujah.[421] An investigation of the IED site revealed the explosive was detonated with a command wire, which ran "2500m [meters] from the IED site to the NW [northwest]." Explosive Ordinance Disposal [EOD] analysis concluded that the IED consisted of "(1) 130-155mm [millimeter] round."[422] The blast killed four servicemembers, including SPC Bisson, and wounded one.[423]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack, and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[424] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis

---

[417] Jeffrey Bisson received a posthumous promotion from Private First Class (PFC) to Specialist (SPC). PEX 28, Department of the Army, "Report of Casualty – Jeffrey Bisson," (March 29, 2007). "Jeffrey Bisson," 509th Parachute Infantry Association, n.d., https://509thgeronimo.org/roll_of_honor/roh_jeffrey_bisson.html.
[418] PEX 29, CENTCOM, USCENTCOM 22-0063L, Ops report, "IED Explosion ATTK on TF 3-509 IVO (Route Bills): 1 CF WIA 4 CF KIA," (January 20, 2007), p. 1.
[419] PEX 29, p. 1.
[420] PEX 30, "Certificate of Death – Jeffrey Bisson," (January 23, 2007).
[421] PEX 29, p. 1.
[422] PEX 29, p. 1.
[423] PEX 29, p. 1.
[424] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of ISI.[425] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. This attack took place east of Fallujah and south of Al-Karmah on January 20, 2007. The below map illustrates the approximate location of the attack.



*Figure 11: Approximate location of the attack between Fallujah and Al-Karmah, Al Anbar Province.*

ISI was the dominant insurgent group in Al Anbar Province at the time of the attack, including both Fallujah and Al-Karmah. According to a United States Central Command (CENTCOM) report on the insurgency in Al Anbar, in 2006:

> AQI so dominated the insurgency, that most of the remaining independent groups were either forced or coopted into cooperation with the group. To any outside observer, it must have seemed likely that AQI would be able to enforce its vision of Anbar's future – as an Islamic state tied to other states being created by AQSL [Al-Qaeda's Senior Leadership] – once the Coalition departed.[426]

---

[425] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.
[426] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 241, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

Though in response to ISI's dominance an anti-ISI resistance emerged in Al Anbar in the spring of 2006, ISI "retained its influence over the population of Anbar throughout the fall."[427] In late summer 2006, ISI launched a campaign to bolster their presence in Fallujah, which had been their stronghold until Coalition forces expelled them in the Second Battle of Fallujah, concluding in December 2004.[428] On August 3, 2006, ISI posted proclamations across mosques and schools in Fallujah, vowing to retake the city and "declaring that it had united local armed factions into a cohesive force to fight the U.S. and Iraqi troops who now controlled its streets."[429]

ISI's resurgence in Fallujah during the summer of 2006 was facilitated by continuing sectarian violence and deteriorating security in other parts of Iraq, which assured funding, support, and a "continuous stream of potential recruits" in the Sunni "refugees" seeking to escape mixed cities where Shia militias were killing their Muslim brethren.[430] ISI "exploit[ed] the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to coopt a number of other Sunni and Ba'athist insurgent groups in the surrounding area.[431] ISI coopted at least nine distinct insurgent groups by either absorbing them into the ISI umbrella via Fallujah's ISI-dominated MSC, allying with distinct groups, or inserting ISI leaders into the chain of command of other insurgent groups.[432] The significant cooptation of diverse groups showed that, despite operating under different names, most insurgents in the region ultimately fell under the broader ISI umbrella by the fall of 2006. In October 2006, the Marines stationed in Fallujah withdrew, leaving the Iraqi Army and local police to secure the city.[433] As outlined in a report by the Institute for Defense Analyses (IDA), "without the Marines alongside them, the Iraqi Army units in the city became less effective in patrolling and controlling Fallujah's streets," allowing ISI to become increasingly prominent in the city.[434] From September through November, ISI led a successful and organized murder and intimidation campaign that assassinated a number of city council members, Iraqi police, and other prominent figures in Fallujah that opposed the group.[435]

---

[427] "Fighting a War We Don't Control: Iraq, Fall, 2006," Executive Services Directorate, March 28, 2007, pp. 3-4, https://www.esd.whs.mil/Portals/54/Documents/FOID/Reading%20Room/Other/15-F-0953_DOC_06_Fighting_a_War_We_Dont_Control_Iraq-Fall-2006.pdf; "Chapter Six: AQI Dominates the Insurgency (2006)" p. 126.

[428] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; John Spencer, Jayson Geroux, & Liam Collins, "Case Study #7: Fallujah II," Modern War Institute, July 25, 2023, https://mwi.westpoint.edu/urban-warfare-case-study-7-second-battle-of-fallujah/.

[429] Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006, https://www.washingtonpost.com/archive/politics/2006/08/04/insurgents-set-sights-on-fallujah-span-classbankheadal-qaeda-in-iraq-vows-to-retake-cityspan/9e191ec5-6682-4b20-ac7a-7cf9a38372e2/.

[430] Ambassador John Bolton, press release, "The Situation in Iraq: Remarks to the Security Council," (Washington, D.C.; U.S. Representative to the United Nations, September 14, 2006), https://2001-2009.state.gov/p/io/rls/rm/72253.htm; Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006, https://www.washingtonpost.com/archive/politics/2006/08/04/insurgents-set-sights-on-fallujah-span-classbankheadal-qaeda-in-iraq-vows-to-retake-cityspan/9e191ec5-6682-4b20-ac7a-7cf9a38372e2/; "Chapter Six: AQI Dominates the Insurgency (2006)," p. 110.

[431] "Chapter Six: AQI Dominates the Insurgency (2006)," pp. 29, 110.

[432] Ibid., pp. 17, 112-113.

[433] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[434] Ibid.

[435] "Chapter Six: AQI Dominates the Insurgency (2006)," p. 134.

ISI's campaign was so blatant that by November 2006, ISI's amir (regional leader) of Fallujah, Sheikh Abu Dawud, "was rotated to Habbaniyah [a nearby town in Al Anbar Province] and replaced by [redacted] due to the fact that he had become too well-known in Fallujah."[436] Coalition forces would later target ISI fighters associated with the campaign, as noted by a December 2006 raid in Fallujah that "killed a regional al Qaeda in Iraq leader who had directed insurgent attacks there and participated in the kidnapping and killing of several Iraqi police officers."[437]

Despite the efforts of Iraqi and Coalition forces to counter ISI in Fallujah, attacks persisted into early 2007, as demonstrated by the following violent acts in Fallujah during this period:

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[438]
- On March 1, 2007, ISI used a car bomb to target an Iraqi policeman's wedding party in Fallujah.[439]
- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[440]

ISI also operated in Al-Karmah. Multiple authoritative reports indicate ISI's presence in Al-Karmah was central to the group's operations in the Fallujah area. A United States Central Command (CENTCOM) study on the insurgency in Al Anbar states that during the time leading up to this attack, "Karmah was an AQI logistical and foreign fighter node as well, facilitating the group's smuggling between Baghdad and areas west and north of Anbar."[441] Additionally, the previously cited IDA report notes that ISI's influence in Fallujah depended on operational centers in nearby cities, including Al-Karmah, which supplied ISI with insurgents and weapons to conduct attacks in Fallujah and Baghdad.[442] The report includes an interview with Lieutenant Colonel Joe L'Etoile, battalion commander for 2nd Battalion, 7th Marines who oversaw their deployment to the area from July 2005 to January 2006 and again from January to August 2007. LtCol. L'Etoile described his time overseeing operations in Al-Karmah:

> AQI also maintained a strong and persistent presence in Al Karmah, using it as a center from which to attack Fallujah. One difficulty with securing the Karmah area was its proximity to where three Coalition operating areas connected: Multi-National Division–North, Multi-National Division–Baghdad, and MNF-W. Cognizant of the

[436] Ibid., p. 224.

[437] Thomas Wagner, "11 U.S. Deaths of Day of Iraq Report," *The Star-Ledger*, December 8, 2006, accessed via Nexis.

[438] Dr. William (Bill) Knarr et al., Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[439] Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *New York Times*, March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html; Alissa J. Rubin, "Bomb Kills 7 at Police Wedding Party," *Telegram,* March 2, 2007, https://www.telegram.com/story/news/local/north/2007/03/02/bomb-kills-7-at-police/52959347007/.

[440] Dr. William (Bill) Knarr et al., Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[441] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 53, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[442] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 26.

"seam," insurgents used the boundaries to facilitate their attack. The area north of Al Karmah had also been a harbor for AQI since 2004, given its remoteness and location along a major route connecting the Samarra area to the Fallujah area.[443]

In early 2007, ISI's presence in Al-Karmah grew so extensive that the group infiltrated the government structure in Al-Karmah. According to the aforementioned CENTCOM study:

> Karmah's water purification director was the public face of AQI in the city, possibly serving as the local group's second-in-command...at city council meetings, [REDACTED] exerted considerable influence over which contractors would receive Coalition civil affairs contracts. [REDACTED] took detailed notes at these meetings that were forwarded to his superiors in the AQI leadership.[444]

ISI's dominance in the area is further demonstrated by multiple reports covering the situation in Al-Karmah during January and February 2007. The Institute for the Study of War notes that, by January 2007, Al-Karmah was a known ISI sanctuary.[445] Additionally, the CENTCOM study states that in February 2007, ISI attacks (particularly IED attacks) had risen "dramatically" in Al-Karmah, following ISI's dominance.[446]

ISI's dominance in Fallujah and Al-Karmah continued until well after the January 20, 2007 attack that killed SPC Bisson. In June 2007, Coalition forces launched Operation Black Diamond in Al-Karmah to "clear remaining ISI elements."[447] Additionally, the IDA report concludes that despite Coalition Forces' significant progress in 2007, "the last 'red' area to be secured was in the Fallujah area, with the Multi-National Force West, the coalition headquarters in this region, listing Al-Karmah as the 'most significant insurgent operating area' as of August 2007."[448]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a buried, command wire-detonated IED attack.

At the time of the attack, ISI's use of IEDs in Al Anbar Province was well-documented. According to the CENTCOM study on Al Anbar, in 2006 ISI fighters in the province were typically armed with "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[449]

ISI's use of IEDs in Al Anbar continued in 2007. ISI documents seized by Coalition forces in early 2007 indicated that the group maintained "training camps" for its members in Al Anbar Province that

---

[443] Ibid.

[444] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, p. 63.

[445] Patrick Gaughen, *Backgrounder # 17 Summer Operations Northwest of Baghdad: Denying Sanctuary to Al-Qaeda in Iraq*, (Washington, DC: Institute for the Study of War, December 2007), p. 1, https://www.understandingwar.org/sites/default/files/reports/Backgrounder16.pdf.

[446] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, p. 53.

[447] *C3 Plans and Policy Top Ten Notes for 16 August 2007*, (CENTCOM, August 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0312.%20C3%20Plans%20and%20Policy%20Top%20Ten%20Notes%20(SIPR)%2016%20Aug%2007.pdf.

[448] William (Bill) Knarr, et al. "Fallujah." *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, Institute for Defense Analyses, 2016, pdf p. 34, https://apps.dtic.mil/sti/pdfs/AD1018512.pdf.

[449] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

provided instruction on IED construction and use.[450] Beyond basic IED training, the January 2007 capture of an ISI IED cell leader by Coalition forces demonstrates that ISI also maintained specialized IED cells in Al Anbar Province at the time of the attack.[451] ISI regularly used IEDs to attack Coalition forces in Al-Karmah and the surrounding areas: "Networks stretching from (redacted) to Baghdad were connected to the greater Karmah area and by February 2007 the number of attacks in the area had risen dramatically. Because IED attacks were deemed to be most effective, IEDs made up 64 percent of the attacks in the Karmah area."[452]

ISI was also known to use command wire-detonated and buried IEDs. In June 2007, Coalition forces captured ISI weapons caches just south of Baghdad that contained IED command wires and materials similar to the IED used in the attack that killed SPC Bisson.[453] Additionally, Coalition planning documents in preparation for Operation Phantom Strike in July 2007 acknowledged ISI's use of buried IEDs:

> MNC-I [Multi-National Corps – Iraq] will conduct focused operations to disrupt or prevent AQI from carrying out planned attacks. The term "Phantom Strike" which previously referred specifically to MNC-I operations against networks emplacing deep buried IEDs, has now been expanded to an umbrella term for all operations which disrupt AQI's ability to conduct operations from 15 August to 15 September. Operations may target AQI IED networks, AQI Sanctuary/Staging Areas, AQI HVIs, or other targets which will disrupt AQI's ability to increase their level of attacks prior to Ramadan.[454]

*Iranian Support.* Iran provided material support to ISI and Iran's support had a reasonable connection to the ISI attack that killed SPC Bisson. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[455] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[456] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[457] The Quds Force continued its

---

[450] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[451] "Soldiers Free Torture Victims Near Fallujah," *U.S. Army Press Service*, January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[452] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, p. 53.

[453] "Iraq Operations Kill, Capture Scores of Terrorists," *American Forces Press Service*, June 22, 2007, https://www.army.mil/article/3772/iraq_operations_kill_capture_scores_of_terrorists.

[454] "MNC-I C3 PLANS AND POLICY NOTES (#30)," Multi-National Corps – Iraq, July 26, 2007, p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0339.%20MNCI%20C3%20Plans%20and%20Policy%20Notes%20(SIPR)%2026%20JUL%2007.pdf.

[455] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[456] Ibid.

[457] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's

support of ISI beyond 2003, including funneling weapons to ISI strongholds in Fallujah and throughout Al Anbar Province in 2004.[458]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[459] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[460]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for ISI.[461] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[462] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[463] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[464] Al-Bathali's assertion is compelling given his background and activities.[465]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of IEDs. The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[466] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[458] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[459] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[460] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[461] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[462] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[463] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[464] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[465] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[466] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[467] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[468]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[469]

_Summary_

In summary, I conclude that it is very likely that ISI carried out the January 20, 2007 IED attack east of Fallujah that killed U.S. Army SPC Jeffrey Bisson. My conclusion is based on the following:

- ISI possessed areas of operations in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #10 – February 19, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Brett Witteveen**
_Geography: Fallujah, Al Anbar Province_
_Attack Type: IED Attack_
_Direct Victim(s): PFC Brett Witteveen_

_Materials Reviewed_

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 31, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Brett Witteveen" (February 20, 2007)

---

[467] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.
[468] See _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").
[469] See _Est. of Parhamovich v. Syrian Arab Republic_, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and _Neiberger v. Islamic Republic of Iran_, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

- PEX 32, Office of the Armed Forces Medical Examiner, "Autopsy Report – Brett Witteveen" (March 13, 2007)

*Attack Description*

On February 19, 2007, U.S. Marine Corps Private First Class (PFC) Brett Witteveen was serving with A Company, 1st Battalion, 24th Marine Regiment, 4th Marine Division in Fallujah, Al Anbar Province.[470]

PFC Witteveen was conducting a dismounted patrol in Fallujah when his patrol was struck by an improvised explosive device (IED).[471] PFC Witteveen died of injuries sustained in the blast.[472]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[473] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[474] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. The attack occurred in Fallujah, Al Anbar Province on February 18, 2007. The below map provides the approximate location of the attack.

---

[470] PEX 31, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Brett Witteveen" (February 20, 2007), p. 2.

[471] PEX 31, p. 2.

[472] PEX 32, Office of the Armed Forces Medical Examiner, "Autopsy Report – Brett Witteveen," (March 13, 2007), p. 2.

[473] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

[474] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

123 m
23
1
Alfaris
10
Euphrates
Al Fallujah
97
Baghdad
Abu Ghariab
Baghdad
Nahr Abu Ghurayb al Qadim
Nahr al Yusufiyah
8
Mosul
Kirkuk
Baghdad
IRAQ

*Figure 12: Approximate location of the attack in Fallujah, Al Anbar Province.*

ISI maintained a strong operational presence in Fallujah at the time of this attack. Coalition forces had some success in limiting ISI operations in Fallujah in late 2004, but following Coalition forces' October 2006 departure, ISI reestablished its influence in the city.[475]

Iraqi forces, supported by Coalition partners, focused on combating ISI's presence in Fallujah in early 2007. As a result of the Anbar Awakening in Al Qaim and Ramadi throughout 2006 (in which tribal communities began to fight back against ISI alongside Coalition forces), many ISI militants fled to the Fallujah area.[476] In November 2006, Coalition forces created the Iraqi Special Missions Group to enable "the Iraqi Police to more effectively target AQI leaders operating in the Fallujah area."[477] Even still, ISI began to intensify its operations in the Fallujah area in February 2007.[478]

As 2007 progressed, ISI conducted several attacks in Fallujah:

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[479]
- On March 1, 2007, ISI detonated a car bomb to target an Iraqi policeman's wedding party.[480]
- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[481]

---

475 Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
476 Ibid., pp. 21, 22.
477 Ibid., p. 22.
478 Ibid.
479 Ibid.
480 Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *The New York Times*, March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html.
481 Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 22.

*Tactics, Techniques, and Procedures (TTPs)*. Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack.

In 2006 and 2007, ISI regularly used IEDs throughout Al Anbar Province, including in Fallujah. According to a 2007 U.S. Central Command (CENTCOM) report on the insurgency in Al Anbar Province, in 2006, ISI members in Ramadi were armed with "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[482] The report also states that by mid-2006, ISI offered financial incentives to ISI members for conducting IED attacks in Al Anbar Province.[483] Further, according to U.S. Military Intelligence Summaries from late 2006, ISI regularly targeted Coalition forces with IEDs in smaller towns in the province, including Karma (16 miles from Fallujah).[484] These summaries affirm ISI's regular use of IEDs in Al Anbar Province leading up to the February 19, 2007 attack that killed PFC Witteveen.

Additionally, ISI members in Al Anbar Province received IED training. A February 25, 2007 U.S. military intelligence summary discussed ISI training documents recovered by Coalition forces.[485] The recovered documents identified that ISI members in Fallujah received training that "ranged from a basic set covering weapons familiarization, marksmanship, IED construction and employment to more specialized courses."[486] Beyond basic IED training for general members, ISI also maintained specialized IED cells in Al Anbar Province, as demonstrated by Coalition forces' detention of an ISI IED cell leader on January 28, 2007.[487]

*Ruling Out Other Insurgent Groups*. Other insurgent groups were also active in this area, and I have considered their activities in rendering my opinion that ISI is ultimately the organization likely responsible for the attack.

Ansar al Sunna (AAS) was also present in Al Anbar Province during this time.[488] However, in early 2007, ISI cooperated closely with AAS on leadership, finances, and operations. Therefore, AAS involvement would not rule out ISI involvement.[489] Furthermore, given that Iran also supported AAS, AAS's possible involvement in the attack would not undermine my conclusion concerning Iranian material support for the attack that killed PFC Witteveen.[490]

*Iranian Support*. Iran provided material support to ISI, and Iran's support had a reasonable connection to the ISI attack that killed PFC Witteveen. Iranian support for ISI is detailed extensively in my *Expert*

---

[482] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[483] Joel D. Rayburn & Frank K. Sobchak, *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006*, (Carlisle Barracks, PA: US Army War College, January 17, 2019), pp. 644, 645, https://press.armywarcollege.edu/cgi/viewcontent.cgi?article=1385&context=monographs.

[484] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq*, pp. 7, 43, 153, 236.

[485] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[486] Ibid.

[487] "Soldiers Free Torture Victims Near Fallujah," *American Forces Press Service*, January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[488] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, p. 10.

[489] Ibid., p. 10.

[490] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 67-68, 72-76

*Report & Declaration on Sunni Militant Organizations.*[491] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[492] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[493] The Quds Force continued its support of ISI beyond 2003, including funneling weapons to ISI strongholds in Fallujah and throughout Al Anbar Province in 2004.[494]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[495] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[496]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for ISI.[497] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[498] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[499] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United

[491] Ibid., pp. 51-60.

[492] Ibid.

[493] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[494] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[495] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[496] Ibid.

[497] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[498] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[499] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

States, in order for it [the U.S.] not to give its entire attention to Iran."[500] Al-Bathali's assertion is compelling given his background and activities.[501]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of IEDs. The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[502] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[503] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 to May 2007.[504]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[505]

*Summary*

In summary, I conclude that it is likely that ISI carried out the February 18, 2007 attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps PFC Brett Witteveen. My conclusion is based on the following:

- ISI possessed areas of operations dominance in the province during the period when this attack occurred and was motivated to conduct the attack.

- The attack exhibited TTPs commonly associated with ISI.

---

[500] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[501] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[502] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[503] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[504] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[505] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

**Attack #11 – April 14, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Sergeant Brandon Wallace**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: IED Attack*
*Direct Victim(s): SGT Brandon Wallace*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative, publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 33, Office of the Armed Forces Medical Examiner, "Autopsy Report – Brandon Wallace," (May 8, 2007)
- PEX 34, Department of the Army, "Report of Casualty – Brandon Wallace," (April 17, 2007)
- PEX 35, Department of the Army, ARCENT FA-17-0256, "AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion," (April 27, 2007)

*Attack Description*
In April 2007, U.S. Army Sergeant (SGT) Brandon Wallace was serving with the 1451st Transportation Company, 11th Transportation Battalion, 1st Brigade Combat Team, 34th Infantry Division in Fallujah, Al Anbar Province.[506]

On the night of April 13, 2007, SGT Wallace's unit was on a mission to escort a supply convoy from Convoy Support Center (CSC) Cedar II to Forward Operating Base (FOB) Taqqadum.[507] SGT Wallace was a scout truck gunner in a M1114 armored High Mobility Multipurpose Wheeled Vehicle (HMMWV), the lead vehicle in a 36-vehicle convoy.[508] According to the Army Regulation 15-6 (AR 15-6) report on this attack:

> The escort team and trucks left CSC Cedar II enroute to CSC Scania at 1600 on the 13th of April. The convoy arrived at CSC Scania at 1905 and departed CSC Scania enroute to FOB Taqqadum at 2105. At 2205 the convoy was halted due to Explosive Ordinal Disposal Operations on Main Supply Route (MSR) TAMPA. At 0030 on 14 April the convoy was halted due to a [vehicle in the convoy's] flat tire. The convoy continued with its mission at 0050.[509]

Around 01:30 on April 14, 2007, SGT Wallace's convoy was traveling west-bound on Main Supply Route (MSR) Mobile when they approached a separate U.S. military unit which was stopped in the road for repairs. SGT Wallace's convoy slowed speed to bypass the vehicle.[510] As the convoy was

---

[506] PEX 35, Department of the Army, ARCENT FA-17-0256, "AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion," (April 27, 2007), pp. 6, 9; PEX 33, Office of the Armed Forces Medical Examiner, "Autopsy Report – Brandon Wallace," (May 8, 2007), p. 2.
[507] PEX 35, pp. 6, 7.
[508] PEX 35, pp. 6, 9; PEX 33, p. 2.
[509] PEX 35, p. 7.
[510] PEX 35, p. 7.

passing, U.S. soldiers in the convoy observed three white flares erupting 100-300 meters further west, off of the road.[511] Immediately following the third flare, SGT Wallace's vehicle was struck by an improvised explosive device (IED) and thrown "about 60 meters from the blast hole."[512] Following the blast, SGT Wallace's vehicle was engulfed in flames, causing the high explosive and .50 caliber ammunition in the vehicle to detonate, preventing fellow servicemembers from approaching the vehicle to render aid.[513] SGT Wallace died from injuries sustained in the attack.[514]

Post-blast analysis found that the IED was made from "one improvised container (speed bump) with an additional thirty pounds of high explosive buried beneath the improvised container" and was activated when SGT Wallace's vehicle drove over it.[515]

In addition to SGT Wallace, the attack killed one and wounded two other servicemembers.[516]

<u>Attack Attribution</u>
I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) very likely committed this IED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[517] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[518] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

---

[511] PEX 35, Department of the Army, ARCENT FA-17-0256, "AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion," (April 27, 2007), pp. 56, 63.

[512] PEX 35, pp. 7, 9.

[513] PEX 35, p. 8, 57.

[514] PEX 33, Office of the Armed Forces Medical Examiner, "Autopsy Report – Brandon Wallace," (May 8, 2007), pp. 2, 4.

[515] Notably, SGT Wallace's Autopsy Report states that the weapon used in this attack an explosively formed penetrator (EFP). However, the conclusions resulting from the PBA were informed by a detailed investigation of the blast site. Therefore, I assess that the conclusions drawn from the PBA are correct, and that this IED was a speed-bump IED, not an EFP. *See* PEX 33, pp. 2, 4; PEX 35, p. 9.

[516] PEX 35, pp. 7, 8.

[517] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

[518] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. The attack occurred near Fallujah, Al Anbar Province, on April 14, 2007. The map below provides the approximate location of the attack.



*Figure 13: Approximate location of the attack in Fallujah, Al Anbar Province.*

ISI had a strong operational presence in Fallujah at the time when this attack occurred. While Coalition forces had some success in limiting ISI operations in Fallujah in late 2004, ISI had exploited the lack of Coalition forces to reestablish its influence in the city by 2007.[519]

Iraqi Forces, supported by Coalition partners, were also notably focused on combatting ISI's presence in the area around this time. As a result of the Awakening in Al Qaim and Ramadi throughout 2006, in which tribal communities began to fight back against ISI with the Coalition, many ISI militants fled to the Fallujah area.[520] In November 2006, Coalition forces created the Iraqi Special Missions Group to enable "the Iraqi Police to more effectively target AQI leaders operating in the Fallujah area."[521] Still, starting February 2007, ISI began to intensify its operations in the Fallujah area.[522]

As 2007 progressed, ISI conducted several attacks in Fallujah:

---

[519] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[520] Ibid., pp. 21, 22.
[521] Ibid., p. 22.
[522] Ibid., p. 22.

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[523]
- On March 1, 2007, ISI detonated a car bomb to target an Iraqi policeman's wedding party.[524]
- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[525]

ISI's operational prominence in Fallujah continued through much of 2007. The Institute of Defense Analyses (IDA) notes that ISI's influence in Fallujah depended on operations centers in nearby cities, including Al-Karmah, which supplied ISI with insurgents and weapons to conduct attacks in Fallujah and Baghdad.[526] The aforementioned IDA report includes an interview with Lieutenant Colonel Joe L'Etoile, battalion commander for 2/7 Marines who oversaw their deployment to the area from July 2005 to January 2006 and again from January to August 2007, described his time overseeing operations in Al-Karmah:

> AQI also maintained a strong and persistent presence in Al Karmah, using it as a center from which to attack Fallujah. One difficulty with securing the Karmah area was its proximity to where three Coalition operating areas connected: Multi-National Division–North, Multi-National Division–Baghdad, and MNF-W. Cognizant of the "seam," insurgents used the boundaries to facilitate their attack. The area north of Al Karmah had also been a harbor for AQI since 2004, given its remoteness and location along a major route connecting the Samarra area to the Fallujah area.[527]

Therefore, ISI was known to use Al-Karmah for its broader strategy in the province, and consistently used the area surrounding Fallujah to launch attacks.

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted an IED attack using a speed bump IED.

Speed bump IEDs are a rudimentary form of roadside IED that is constructed out of two metal plates with plastic explosives sandwiched in the middle.[528] When a vehicle runs over the buried 'speed bump,' the explosives detonate.[529] A Homeland Security article notes the simplicity and effectiveness of speed bump IEDs: "Although technically unsophisticated, it has been effective because it can easily be disguised when deployed."[530]

Furthermore, IEDs were a common TTP associated with ISI in Al Anbar Province at the time of this attack. According to U.S. Central Command's (CENTCOM) *Study of the Insurgency in Al Anbar Province,*

---

[523] Ibid., p. 22.
[524] Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *The New York Times*, March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html.
[525] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[526] Ibid., p. 26.
[527] Ibid., p. 26.
[528] " 'Speed Bump' IEDs Continue to Plague Forces in Iraq," *Homeland Security News Wire,* February 14, 2007, https://www.homelandsecuritynewswire.com/speed-bump-ieds-continue-plague-forces-iraq.
[529] Ibid.
[530] Ibid.

published in 2007, "typical AQI fighters active in Ramadi during [2006] were armed with, among other weapons, "a wide range of IEDs that were regularly used in stand-off attacks, ambushes, and as a cover for retreats."[531]

ISI continued to use IEDs in 2007. According to the aforementioned CENTCOM study, ISI documents recovered by Coalition forces in early 2007 detailed that ISI members in the province received training on "IED construction and employment."[532] Beyond basic IED training, ISI also maintained specialized IED cells, as demonstrated by the January 28, 2007 capture of an ISI IED cell leader by Coalition forces.[533] The IED training described in captured documents and specialized IED cells demonstrate the widespread use of IEDs by ISI at the time of the attack on SGT Wallace.

A June 2007 U.S. Army report on Operation Phantom Strike identified that ISI continued to maintain "networks" of IEDs well past the attack that killed SGT Wallace.[534] These networks are evidenced in part by the capture of an ISI weapons cache, located just south of Baghdad, that included IED materials similar to those used in the attack on SGT Wallace.[535] Thus, ISI not only had widespread access to IEDs during the time of the attack, but also regularly employed IEDs in operations.

*Iranian Support.* Iran provided material support to ISI and Iran's support had a reasonable connection to the ISI attack that killed SGT Wallace. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[536] The following information further demonstrates the significance of Iran's support to ISI at the time and in the location of this specific attack:

- Iran provided support to ISI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[537] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[538] The Quds Force continued its support of ISI beyond 2003, including funneling weapons to ISI strongholds in Fallujah and throughout Al Anbar Province in 2004.[539]

---

[531] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, July 13, 2007), p. 46, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[532] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[533] "Soldiers Free Torture Victims Near Fallujah", *U.S. Army Press Service,* January 29, 2007, https://www.army.mil/article/1552/soldiers_free_torture_victims_near_fallujah.

[534] "MNC-I C3 PLANS AND POLICY NOTES (#30)," Multi-National Corps – Iraq, July 26, 2007, p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0339.%20MNCI%20C3%20Plans%20and%20Policy%20Notes%20(SIPR)%2026%20JUL%2007.pdf.

[535] "Iraqi Informants Lead U.S. Soldiers to Weapons, IED Caches," *DVIDS Hub,* July 19, 2007, https://www.dvidshub.net/news/11349/iraqi-informants-lead-us-soldiers-weapons-ied-caches.

[536] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[537] Ibid.

[538] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post,* October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[539] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[540] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[541]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for ISI.[542] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[543] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[544] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[545] Al-Bathali's assertion is compelling given his background and activities.[546]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of IEDs. The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[547] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for ISI.

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for

---

[540] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[541] Ibid.

[542] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

[543] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[544] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[545] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[546] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[547] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[548] Indeed, this Court previously found that Iran materially supported ISI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[549]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by ISI.[550]

### Summary

In summary, I conclude that it is very likely that ISI carried out the April 14, 2007 attack near Fallujah, Al Anbar Province that killed U.S. Army SGT Brandon Wallace. My conclusion is based on the following:

- ISI possessed a strong operational presence in the province during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

### Attack #12 – June 23, 2005 Complex Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Ramona Valdez

*Geography: Fallujah, Al Anbar Province*
*Attack Type: Complex Attack*
*Direct Victim(s): Cpl. Ramona Valdez*

### Materials Reviewed

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 36, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramona Valdez," (July 13, 2007)
- PEX 37, CENTCOM, DON-USMC-2022-002646, Ops Report, "SVBIED/SAF Attk on RCT-8 in Fallujah: 1 AIF KIA, 6 CF KIA, 13 CF WIA [redacted]," (June 23, 2005)

---

[548] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.
[549] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").
[550] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC, 2023 WL 7448770, (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Attack Description*

On June 23, 2005, U.S. Marine Corps Corporal (Cpl.) Ramona Valdez was serving with Headquarters Battalion, 8th Marines, 8th Regimental Combat Team, 2nd Marine Division in Fallujah, Al Anbar Province.[551]

Cpl. Valdez was a part of a logistics convoy transporting supplies from the 8th Regimental Combat Team Forward Combat Operation Center (COC) to Camp Fallujah.[552] At approximately 19:25 local time, the convoy was traveling east on Main Supply Route (MSR) Michigan when a suicide vehicle-borne improvised explosive device (SVBIED) detonated in their vicinity.[553] Immediately following the SVBIED explosion, the convoy received small arms fire from the north.[554] Two other units – 2nd Combined Anti-Armor Team (CAAT) and Company I, 3rd Marines, 8th Marine Division (I 3/8) – also received small arms fire as they came to find and neutralize the attackers and to secure the area.[555]

Cpl. Valdez died as a result of blast and thermal injuries from the SVBIED detonation which initiated the attack.[556] The attack killed five other servicemembers and wounded an additional thirteen.[557] Additionally, Cpl. Valdez was honored through the renaming of the II MEF Communications Training Center at Camp Lejeune, North Carolina as the Valdez Training Facility and the renaming of Bronx Square as Marine Corporal Ramona M. Valdez Square in her hometown, New York City.[558]

*Attack Attribution*

I conclude that the Zarqawi organization (as al-Qaeda in Iraq, or AQI) very likely committed this complex attack employing a suicide vehicle-borne improvised explosive device (SVBIED). This conclusion is based on the following data points: 1) the geographic location and time period of this attack, 2) the tactics, techniques, and procedures (TTPs) employed in this attack, and 3) media reporting indicating AQI released a claim of responsibility for this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[559] As this attack occurred after the name change, this attribution will refer to the group as AQI. However, some sources cited in this attribution refer to AQI by the Zarqawi organization or its former name, JTJ.

---

[551] PEX 36, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Ramona Valdez," (July 13, 2007).

[552] PEX 37, CENTCOM, DON-USMC-2022-002646, Ops Report, "SVBIED/SAF Attk on RCT-8 in Fallujah: 1 AIF KIA, 6 CF KIA, 13 CF WIA [redacted]," (June 23, 2005), p. 1.

[553] PEX 37, p. 1.

[554] PEX 37, p. 1.

[555] PEX 37, p. 1.

[556] PEX 36.

[557] PEX 37, p. 1.

[558] "Valdez Square," *U.S. Department of Defense Official Website*, n.d., https://www.defense.gov/Multimedia/Photos/igphoto/2001809619/; "#VeteranOfTheDay Marine Veteran Ramona M. Valdez," *VA News*, September 16, 2020, https://news.va.gov/78321/veteranoftheday-marine-veteran-ramona-m-valdez/; LCpl. Billy Hall, "Training Center Dedicated To Fallen Hero" *II MEF NEWS*, June 18, 2007, https://www.iimef.marines.mil/News/Article/529210/training-center-dedicated-to-fallen-hero/.

[559] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to AQI's responsibility.  The attack occurred in Fallujah, Al Anbar Province on June 23, 2005. The below map provides the approximate location of the attack.



*Figure 14: Approximate location of the attack in Fallujah, Al Anbar Province.*

At the time of the attack, AQI had reestablished a strong operational presence in the Fallujah area. Following Coalition success in the Second Battle of Fallujah in late 2004, many AQI fighters were forced to flee the city.[560] An Institute for Defense Analyses report notes that, after the battle, "some [AQI fighters] found refuge in the surrounding areas of Saqlawiyah, Al Karmah, and Zaidon.... Others moved west along the Euphrates towards the Iraq/Syrian border and north towards Mosul."[561]

Yet by March 2005, AQI showed signs that they were regaining strength in the Fallujah area. A CENTCOM report entitled *Study of the Insurgency in Anbar Province* states that "the ability of AQI to regenerate and recreate itself was especially remarkable."[562] The report continues that despite Coalition operations, by April 2005 AQI established a new training camp in the al-Biar village south of

---

[560] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 56, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

[561] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 5, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[562] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," p. 41.

Amariyah, a town just 30 kilometers south of Fallujah.[563] This camp was used to train the AQI fighters who attacked the U.S. military's Abu Ghraib Prison on April 2, 2005, illustrating that AQI had established training operations in Al Anbar Province prior to the June 23, 2005 attack that killed Cpl. Valdez.[564]

April 2005 also marked a resurgence of the AQI presence in the city of Fallujah. The aforementioned CENTCOM report notes that in April 2005, AQI leader Zarqawi created alliances with and paid other insurgent groups in the Fallujah area to conduct attacks in the city.[565] In addition to these new alliances, Zarqawi reintroduced AQI cells into the city.[566] Surrounding towns – such as Al-Karmah and Amariyah – served as safe havens for the group to launch attacks on Fallujah.[567] The study further states that by mid-April 2005, AQI had established a planning and recruiting center at Fallujah's historic Furqan Mosque.[568]

AQI's presence in the Fallujah area persisted into the summer of 2005. According to the CENTCOM report, by mid-July AQI and their affiliates "dominated the insurgency" in Fallujah.[569] Furthermore, the below map, taken from a declassified July 2, 2005 CENTCOM Threat Assessment, indicates that AQI maintained a large footprint in Fallujah and the surrounding area as 2005 progressed.[570]



*Figure 15: Threat assessment map noting AQI's presence in the Fallujah area.*

---

[563] Ibid.

[564] Ibid.

[565] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, pp. 26, 27; "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[566] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[567] Ibid., p. 56; Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, p. 26.

[568] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections (2005)," pp. 45-46.

[569] Ibid., pp. 81-82.

[570] "C2 Plans: Threat Assessment," CENTCOM, July 2, 2005, p. 19, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0892.%20Threat%20Assessment%202%20July%202005.pdf.

AQI retained its strong position in Fallujah after the June 23, 2005 attack that killed Cpl. Valdez. Coalition operations elsewhere in Al Anbar that continued into 2006 resulted in strengthening AQI's foothold in Fallujah.[571] As noted in a report by the Institute for Defense Analyses, "as the insurgents fled [western areas of Al Anbar Province], many were driven east and northeast, seeking sanctuary in the Lake Tharthar and Fallujah areas."[572]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that AQI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a complex attack consisting of a SVBIED and small arms fire. Notably, this Court previously found vehicle-borne IED attacks to be a signature AQI attack method.[573]

Moreover, according to a report by the Australian Government, from 2002 to 2005, "particular terrorist activities [by the Zarqawi organization] include **vehicle bombs**, **small arms ambushes**, kidnappings and executions."[574]

AQI employed suicide attacks as a primary tactic in its insurgency from the beginning of the war in Iraq.[575] Abu Mahmud, a senior member of AQI in Al Anbar Province who was killed in a precision airstrike in October of 2005, oversaw a significant portion of the foreign fighter assaults on Iraqi security and Coalition forces, including "most" SVBIED and IED attacks.[576] Additionally, according to a report by Mohammed M. Hafez, a specialist in Islamist movements, political militancy, and violent radicalization, the vast majority of suicide attacks claimed by an insurgent group – including during the summer of 2005 when this attack occurred – were claimed by AQI.[577]

Further, this attack took place during a period when the number of suicide attacks committed by AQI was increasing. As noted in the aforementioned CENTCOM report, "during the summer of 2005 the Coalition became more concerned about the infiltration of foreign fighters into the Iraq battlefield. A key element for Zarqawi's strategy of building his AQI after Operation AL FAJR [The Second Battle of Fallujah] was the increased use of foreign fighters as suicide bombers and special advisors for his group."[578]

---

[571] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 5, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[572] Ibid.
[573] See *Brown v. Islamic Republic of Iran,* No. 1:21-CV-1308 (TNM), 2023 WL 4824740, at *4, 10 (D.D.C. July 27, 2023).
[574] "Review of the Listing of Ranzim Qa'idat al-Jihad fi Bilad al-Fafidayn (The al-Zarqawi Network) as a Terrorist Organization," *Parliamentary Joint Committee on ASIO, ASIS, and DSD,* (Australia, May 2005), https://www.aph.gov.au/Parliamentary_Business/Committees/Joint/Former_Committees/pjcaad/al_zarqawi/chapter2 (emphasis added in quote).
[575] Yoram Schweitzer & Sari Goldstein Ferber, *Al-Qaeda and the Internationalization of Suicide Terrorism,* (Tel Aviv, Israel: Jaffee Center for Strategic Studies, November 2005), p. 79, http://studies.agentura.ru/english/library/memo78.pdf.
[576] Bill Roggio, "Strikes in Husaybah," *Long War Journal,* October 26, 2005 https://www.longwarjournal.org/archives/2005/10/strikes_in_husa.php.
[577] Mohammed M. Hafez, "Suicide Terrorism in Iraq: A Preliminary Assessment of the Quantitative Data and Documentary Evidence," *Studies in Conflict & Terrorism* 29:6, (2006), p. 21.
[578] "Chapter Five: Anbar Insurgency Grows, Strengthens, Elections," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 86, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1002.%20chapter5.pdf.

This was part of the group's strategy to rebuild following its December 2004 defeat in Operation Al Fajr.[579] Husayn Abd al-Ghafur al-Hitawi, a major AQI leader located in Hit, Al Anbar Province used the city as a base from which to send suicide bombers to other parts of Iraq.[580]

AQI is also known to have carried out SVBIED attacks in Fallujah in 2005. Munam Abu Sheba, who had been captured during Operation Al Fajr and later released, functioned as AQI's chief coordinator for SVBIED attacks in the city during 2005.[581]

AQI's capability to conduct VBIED attacks is further noted by the aforementioned CENTCOM report, which states that by January 2006, "The AQI associate group Swords of Truth was also based in Karmah but operated in Fallujah, Baghdad, Tikrit, and other Sunni cities in Iraq…. Its IED, VBIED, and RPG training was conducted in concert with [redacted] Death Company, another AQI associate group which operated in Anbar."[582]

*Claim of Responsibility.* A final indicator that AQI carried out this attack is the group's claim of responsibility.

On June 25, 2005, NBC reported on the attack that killed Cpl. Valdez: "The group al-Qaida in Iraq claimed it carried out the ambush, one of the single deadliest attacks against the Marines — and against women — in this country."[583] The following day, the *Chicago Tribune* similarly stated that "[t]he group Al Qaeda in Iraq said it carried out the ambush."[584]

The AQI claim of this attack further indicates that AQI very likely committed this attack.

*Iranian Support.* Iran provided support to AQI and Iran's support had a reasonable connection to the attack that killed Cpl. Valdez. Iranian support for AQI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[585] The following information further demonstrates the significance of Iran's support to AQI at the time and in the place of this specific attack:

- Iran provided support to AQI before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[586] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[587] The Quds Force continued its

---

[579] Ibid.
[580] Ibid., p. 83.
[581] Ibid., p. 82.
[582] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, June 13, 2007), p. 7, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[583] "4 Women Among 6 Troops Slain in Iraq Bombing," *NBC*, June 25, 2005, https://www.nbcnews.com/id/wbna8357694.
[584] Patrick Quinn, "Car Bombing in Convoy of Insurgents Kills 9," *Chicago Tribune*, June 26, 2005, accessed via Nexis.
[585] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[586] Ibid.
[587] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

support of AQI beyond 2003, including funneling weapons to AQI strongholds in Fallujah and throughout Al Anbar Province in 2004.[588]

- In December 2006, further evidence of Iranian support for AQI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[589] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[590]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for AQI.[591] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[592] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[593] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[594] Al-Bathali's assertion is compelling given his background and activities.[595]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[596] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for AQI.

- Iran's provision of weapons to AQI was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the

[588] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[589] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[590] Ibid.
[591] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.
[592] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.
[593] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."
[594] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.
[595] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."
[596] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[597] Indeed, this Court previously found that Iran materially supported AQI in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[598]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to AQI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to AQI (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by AQI.[599]

- Iran provided AQI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to AQI from the beginning of their support for the group.[600] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where AQI maintained strong areas of operations.[601]

<u>Summary</u>

In summary, I conclude that it is very likely that AQI carried out the June 23, 2005 attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps Cpl. Ramona Valdez. My conclusion is based on the following:

- AQI possessed area of operations dominance in Al Anbar during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with AQI.
- Media reporting indicates that AQI released a claim of responsibility for this attack.

I further conclude that Iran's material support substantially contributed to AQI's commission of this attack.

---

[597] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[598] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[599] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[600] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic*, July/August 2006.

[601] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

**Attack #13 – September 6, 2004 SVBIED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Mick Bekowsky, Lance Corporal Michael Allred, Lance Corporal Derek Gardner, and Lance Corporal Christopher McCarthy**

*Geography: Fallujah, Al Anbar Province*
*Attack Type: SVBIED Attack*
*Direct Victim(s): Cpl. Mick Bekowsky, LCpl. Michael Allred, LCpl. Derek Gardner, and LCpl. Christopher McCarthy[602]*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 38, T.L. Peterson, "Letter to Vickey de Lacour," United States Marine Corps, Truck Company, (September 6, 2004)
- PEX 39, U.S. Marine Corps Headquarters, "Report of Casualty – Mick Bekowsky," (September 7, 2004)
- PEX 40, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Derek Gardner," (February 18, 2005)
- PEX 41, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Michael Allred," (March 13, 2006)
- PEX 42, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Christopher McCarthy," (September 7, 2004)
- PEX 43, CENTCOM, USCENTCOM 22-0063L, Ops Report, "VBIED ATTK on 2/1MAR Convoy IVO Fallujah: 7 US KIA/6 US WIA/3 ING KIA/ 1 ING WIA," (September 6, 2004)

*Attack Description*

On September 6, 2004, U.S. Marine Corps Corporal (Cpl.) Mick Bekowsky, Lance Corporal (LCpl.) Michael Allred, LCpl. Derek Gardner, and LCpl. Christopher McCarthy were all serving with F Company, 2nd Battalion, 1st Marine Regiment, 1st Marine Division in Al Anbar Province.[603]

Cpl. Bekowsky, LCpl. Allred, LCpl. Gardner, and LCpl. McCarthy were part of a convoy driving "along a highway north of Fallujah" when they were killed by a suicide vehicle-borne improvised explosive device (SVBIED).[604]

---

[602] Military records refer to LCpl. Bekowsky using the last names Bekowsky and/or Nygardbekowsky, due to a change in his name. Consistent with the Complaint in this matter and ordinary usage in public reporting and by Plaintiffs, this Report refers to the victim using the last name Bekowsky.

[603] PEX 39, U.S. Marine Corps Headquarters, "Report of Casualty – Mick Bekowsky," (September 7, 2004); PEX 40, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Derek Gardner," (February 18, 2005); PEX 41, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Michael Allred," (March 13, 2006); PEX 42, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Christopher McCarthy," (September 7, 2004).

[604] Though the Ops Report indicates that the attack was caused by a vehicle-borne improvised explosive device (VBIED), I consider this minor discrepancy immaterial to my analysis and conclusions because SVBIEDs are a type of VBIED.
PEX 38, T.L. Peterson, "Letter to Vickey de Lacour," United States Marine Corps, Truck Company, (September 6, 2004); PEX 43, CENTCOM, USCENTCOM 22-0063L, Ops Report, "VBIED ATTK on 2/1MAR Convoy IVO Fallujah: 7 US KIA/6 US WIA/3 ING KIA/ 1 ING WIA," (September 6, 2004), p. 1.

According to a condolence letter sent from the U.S. Marine Corps to the family of LCpl. Gardner, "approximately half-way to the objective area, a vehicle laden with explosives was traveling in the opposite direction of the convoy, crossed the median and hit [LCpl. Gardner's] truck."[605] According to a Department of Defense news release, the driver triggered the explosives in the vehicle, initiating a large explosion.[606]

Cpl. Bekowsky, LCpl. Allred, LCpl. Gardner, and LCpl. McCarthy died from injuries sustained in the SVBIED blast.[607] In addition to these four servicemembers, the attack killed another three U.S. servicemembers and wounded six others.[608]

<u>Attack Attribution</u>

I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this SVBIED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. On October 17, 2004, the Zarqawi organization underwent one such name change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[609] As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group as AQI or the Zarqawi organization.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to JTJ's responsibility. The attack occurred near Fallujah on September 6, 2004. The below map provides the approximate location of the attack.

---

[605] PEX 38.

[606] Sgt. Jose E. Guillen, "Marines, Iraqi Soldiers Victims of IED," *Department of Defense Information* (September 14, 2004), accessed via <u>Nexis</u>.

[607] Ibid.

[608] PEX 43, p. 1.

[609] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, <u>https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/</u>.



*Figure 16: Approximate location of the attack near Fallujah, Al Anbar Province.*

Following the First Battle of Fallujah, JTJ established dominance over the other insurgent groups that were active in Fallujah.[610] During the summer of 2004, insurgents controlled Fallujah under the banner of the JTJ-dominated Fallujah Mujahedin Shura.[611] CENTCOM's authoritative *Study of the Insurgency in Anbar Province* details how the Shura was composed of 39 groups, including JTJ.[612] Umar Hadid, one of Zarqawi's top deputies and a member of his inner circle, led the Shura's military wing.[8] In part as a result of Hadid's position, "much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[9]

By August 2004, JTJ had established sufficient dominance in the Fallujah area that they were able to seize the 505th and 506th Iraqi National Guard compounds without a fight.[613] The group captured the base, executed its leadership, and continued to use the compounds as a command center.[614]

---

[610] The First Battle of Fallujah, also known as Operation Vigilant Resolve, lasted from April 4 to May 1, 2004, and ended with Coalition withdrawal from the city. The insurgency in Fallujah during the battle consisted of a number of insurgent groups, with "Abu Musab al Zarqawi [JTJ's leader] emerging as a charismatic and influential leader."
Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf; John Jackson, "Operation Vigilant Resolve," *The Official United States Marine Corps Public Website*, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.

[611] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; Bill Roggio, "Abdullah al Janabi Openly Preaches in Fallujah Mosque," *Threat Matrix*, January 18, 2014, https://www.longwarjournal.org/archives/2014/01/abdullah_al_janabi_openly_prea.php.

[612] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 25.

[613] Ibid., p. 36.

[614] Ibid.; Nicholas J. Schlosser, *U.S. Marines in Iraq, 2004 – 2008: Anthology and Annotated Bibliography* (Washington, DC: History Division, United States Marine Corps, 2011), p. 114, https://www.marines.mil/Portals/1/Publications/U.S.%20Marines%20In%20Iraq,%202004-2008%20Anthology%20and%20Annotated%20Bibliography%20%20PCN%2010600001900_1.pdf.

Furthermore, Fallujah was central to JTJ's operations around the time of this attack. According to a U.S. Marine Corps report on Fallujah, following the First Battle of Fallujah in May 2004, Zarqawi used the city as a "base of operations" for attacks in Baghdad.[615] As the year progressed, JTJ used its position in Fallujah to declare the "Islamic caliphate in Al-Fallujah" in a June 2004 ceremony where local insurgent leaders pledged loyalty to the group.[616] By July 2004, CENTCOM commander General John Abizaid described Fallujah as "a safe haven for the best organized, most effective terror network in Iraq" during a U.S. intelligence briefing on the Zarqawi network.[617] According to a later U.S. Intelligence briefing covering 2004-2005, JTJ continued to use Fallujah as their "main operating base" until late 2004.[618]

JTJ's dominance in Fallujah at the time of the attack is further illustrated by the presence of JTJ leaders operating in the city in and around August 2004, the month of the attack. For example, Lu'ai Saqa (a.k.a. Ala al-Din), head of JTJ's external operations, was based in Fallujah by 2004 and "served as the direct link between AMZ [Zarqawi] and the Iran-based al-Qaeda leadership."[619] Additionally, Abu Ayyub al-Masri (aka Abu Hamza al-Muhajir), who was "considered among the most experienced and skilled insurgent leaders in Iraq," also "served as one of AMZ's top lieutenants" in Fallujah.[620] Al-Masri became JTJ's leader in 2006, following Zarqawi's death.[621]

JTJ maintained operational dominance in Fallujah through November 2004. JTJ's powerful influence in the city was a key factor in the Coalition's decision to launch the Second Battle of Fallujah (aka Operation Phantom Fury/Operation Al Fajr which began on November 7th), which was "a joint effort by American, Iraqi and British forces to drive out the Iraqi insurgency within the city of Fallujah."[622] From its point of conception, Operation Phantom Fury was primarily focused on the challenges posed by JTJ.[623]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted a SVBIED attack. As previously discussed, SVBIEDs are a type of VBIED attack. This Court previously found VBIED attacks to be a signature attack method of JTJ.[624]

---

[615] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[616] Ahmed S. Hashim, *Insurgency and Counter-Insurgency in Iraq* (Cornell University Press, 2006), 43, http://www.jstor.org.proxy.wm.edu/stable/10.7591/j.ctvrf8c5d.

[617] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 32.

[618] Defense Intelligence Agency, "Abu Musab al-Zarqawi and Al-Qaida in Iraq," p. 5, https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FileId/161443/.

[619] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[620] Ibid., p. 9.

[621] "Al Qaeda Confirms Death of 2 Top Leaders," *CNN*, April 25, 2010, http://www.cnn.com/2010/WORLD/meast/04/25/iraq.militant.leaders.killed/index.html; Office of the Press Secretary, "Fact Sheet: Al Qaeda in Iraq," July 24, 2007, https://georgewbush-whitehouse.archives.gov/news/releases/2007/07/text/20070724-9.html.

[622] Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, (June 7, 2019), https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah.

[623] Ibid.

[624] See *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL 4824740, at *4, 10 (D.D.C. July 27, 2023).

VBIEDs are a TTP commonly associated with JTJ. According to the U.S. Department of State's profile on the group, "Zarqawi's group conducted VBIED attacks against US military personnel and Iraqi infrastructure throughout 2004."[625] In Fallujah, the regular use of VBIEDs by insurgents was so prolific that by December 2004, Coalition forces had banned civilian vehicles in Fallujah to limit insurgents in the city from conducting VBIED attacks.[626] Given the aforementioned dominance of JTJ in Fallujah during this time, it is likely that the majority of these attacks were perpetrated by the group.

The regular use of VBIEDs by JTJ is further exemplified by the following attacks:

- On June 13, 2004, the Iraqi Prime Minister blamed JTJ for a VBIED attack that "ripped through a convoy of vehicles carrying western contractors in central Baghdad yesterday, killing at least 13 people, including two Britons working for a branch of the American company General Electric."[627]
- On July 28, 2004, JTJ used a suicide VBIED outside an Iraqi police station in Baqubah.[628]
- On September 12, 2004, JTJ claimed responsibility for two VBIED attacks in Baghdad, including one at the Abu Ghraib Prison.[629]
- On October 1, 2004, JTJ claimed responsibility for a suicide VBIED attack on an U.S. Military convoy in Abu Ghraib.[630]
- In November 2004, JTJ released claims of responsibility for VBIED attacks in Samarra, Fallujah, and Baghdad.[631]

Additionally, JTJ had the capability to launch SVBIED attacks prior to and at the time of the attack. For example, JTJ was responsible for the SVBIED attack on the UN Baghdad Headquarters in 2003, killing the United Nations Special Representative to Iraq and High Commissioner for Human Rights Sergio Vieira de Mello as well as 22 other UN staff members.[22] In 2004, JTJ carried out a SVBIED attack that killed Iraqi Governing Council head Ezzedine Salim near the Coalition headquarters compound in Baghdad.[23] Near the location of the September 13 attack, in Fallujah, the JTJ led insurgency operated sites for preparing VBIEDs until they were uncovered after the Second Battle of Fallujah.[24] At least one of the JTJ Fallujah caches uncovered by Coalition forces in November 2004 had evidence that JTJ was exporting materials for VBIEDs to the rest of Iraq from Fallujah.[25] As these attacks demonstrate, JTJ possessed the capability and willingness to carry out this SVBIED attack which killed Cpl. Bekowsky, LCpl. Allred, LCpl. Gardner, and LCpl. McCarthy.

[625] U.S. Department of State, Office of the Coordinator for Counterterrorism, "Chapter 6 – Terrorist Groups," (April 27, 2005), https://2009-2017.state.gov/j/ct/rls/crt/45394.htm.

[626] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 48, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.

[627] Jonathan Steele, "Two Britons Among 13 Killed by Bomb in Iraq," *The Guardian,* June 14, 2004, https://www.theguardian.com/world/2004/jun/15/iraq.jonathansteele.

[628] Office of the Director of National Intelligence, "Counter Terrorism Guide: Historic Timeline," n.d., https://www.dni.gov/nctc/timeline.html; United Nations High Comissoner for Refugees, *Chronology of Events in Iraq, July 2004,* (September 2004), https://www.refworld.org/pdfid/415c671e4.pdf.

[629] "Zarqawi Group Claims Baghdad Attacks," *Agence France Presse,* September 12, 2004, accessed via Nexis.

[630] "Zarqawi Group Claims Iraq Suicide Attacks," *Australian Broadcasting Corporation,* October 1, 2004, accessed via Nexis.

[631] Robert H. Reid, "Attacks Rip Iraq's Center," *Ocala Star Banner*, November 6, 2004, https://www.ocala.com/story/news/2004/11/07/attacks-rip-iraqs-center/31318085007/.

*Iranian Support*. Iran provided material support to JTJ, and Iran's support had a reasonable connection to the JTJ attack that killed Cpl. Bekowsky, LCpl. Allred, LCpl. Gardner, and LCpl. McCarthy. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[632] The following information further demonstrates the significance of Iran's support to JTJ at the time and in the place of this specific attack:

- Iran provided support to JTJ before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[633] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[634] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in Fallujah and throughout Al Anbar Province in 2004.[635]

- In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[636] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[637]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for JTJ.[638] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks, and inciting others to join campaigns of violence."[639] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[640] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the

---

[632] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[633] See ibid.
[634] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8. https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.
[635] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.
[636] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.
[637] Ibid.
[638] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.
[639] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.
[640] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[641] Al-Bathali's assertion is compelling given his background and activities.[642]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[643] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[644] Indeed, this Court previously found that Iran materially supported JTJ in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[645]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by JTJ.[646]

_Summary_
In summary, I conclude that it is very likely that JTJ carried out the September 6, 2004 attack near Fallujah, Al Anbar Province that killed U.S. Marine Corps Cpl. Mick Bekowsky, LCpl. Michael Allred, LCpl. Derek Gardner, and LCpl. Christopher McCarthy. My conclusion is based on the following:

- JTJ possessed area of operations dominance in and around Fallujah during the period when this attack occurred and was motivated to conduct the attack.

---

[641] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," _Al-Qabas_, May 7, 2008.

[642] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006.

[643] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[644] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[645] See _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[646] See _Est. of Parhamovich v. Syrian Arab Republic_, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); _Roth v. Islamic Republic of Iran_, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, _Fishbeck v. Islamic Republic of Iran_, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and _Neiberger v. Islamic Republic of Iran_, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

- The attack exhibited TTPs commonly associated with JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #14 – September 13, 2004 SVBIED Attack Near Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Adrian Soltau**
*Geography: Fallujah, Al Anbar*
*Attack Type: SVBIED Attack*
*Direct Victim(s): Cpl. Adrian Soltau*

<u>*Materials Reviewed*</u>
In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 133, Declaration of Andrew Soltau
- PEX 44, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Casualty Report – Adrian Soltau," (January 18, 2005)
- PEX 45, Office of the Armed Forces Medical Examiner, "Autopsy Report – Adrian Soltau," (October 11, 2004)

<u>*Attack Description*</u>
On September 13, 2004, United States Marine Corps Corporal (Cpl.) Adrian Soltau was serving with A Company, 3rd Assault Amphibian Battalion, 1st Regimental Combat Team, 1st Marines near Fallujah in Al Anbar Province.[647]



<u>*Attack Attribution*</u>
I conclude that the Zarqawi organization (as Jamaat al-Tawhid wal-Jihad, or JTJ) very likely committed this SVBIED attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) demonstrated through this attack.

The Zarqawi organization has undergone several name changes since its inception in 1993. On October 17, 2004, the Zarqawi organization underwent one such name change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad

---

[647] PEX 44, United States Marine Corps, "Casualty Report – Adrian Soltau," (January 18, 2005); Steve Inskeep and Chuck Quirmbach, "Marine Corporal Adrian Soltau is Killed in Iraq," *NPR*, September 22, 2004, accessed via <u>Nexis</u>.
[648] PEX 133, Declaration of Andrew Soltau ¶ 8.
[649] PEX 133, ¶ 8.
[650] PEX 133, ¶ 8.

(JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq).[651] As this attack occurred before the group rebranded as AQI, this attribution will refer to the group as JTJ. However, some sources cited in this attribution refer to the group AQI or the Zarqawi organization.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to JTJ's responsibility. This attack occurred near Fallujah on September 13, 2004, between the First and Second Battles of Fallujah. The below map provides the approximate location of the attack.



*Figure 17: Approximate location of the attack in Fallujah, Al Anbar Province.*

Following the First Battle of Fallujah, JTJ established dominance over the other insurgent groups that were active in Fallujah.[652] During the summer of 2004, insurgents controlled Fallujah under the banner of the JTJ-dominated Fallujah Mujahedin Shura.[653] CENTCOM's authoritative *Study of the Insurgency in Anbar Province* details how the Shura was composed of 39 groups, including JTJ.[654] Umar Hadid, one

---

[651] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

[652] The First Battle of Fallujah, also known as Operation Vigilant Resolve, lasted from April 4 to May 1, 2004, and ended with Coalition withdrawal from the city. The insurgency in Fallujah during the battle consisted of a number of insurgent groups, with "Abu Musab al Zarqawi [JTJ's leader] emerging as a charismatic and influential leader."
Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf; John Jackson, "Operation Vigilant Resolve," *The Official United States Marine Corps Public Website*, April 4, 2023, https://www.marines.mil/News/News-Display/Article/3350301/operation-vigilant-resolve/.

[653] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 24, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf.; Bill Roggio, "Abdullah al Janabi Openly Preaches in Fallujah Mosque," *Threat Matrix*, January 18, 2014, https://www.longwarjournal.org/archives/2014/01/abdullah_al_janabi_openly_prea.php.

[654] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 25.

of Zarqawi's top deputies and a member of his inner circle, led the Shura's military wing.[655] In part as a result of Hadid's position, "much of the practical power in the city rested with JTJ and other Al Qaeda associate groups."[656] By August 2004, JTJ had established sufficient dominance in the Fallujah area that they were able to seize the 505th and 506th Iraqi National Guard Compounds without a fight.[657] The group captured the base, executed leadership, and continued to use the compounds as a command center.[658]

Furthermore, Fallujah was central to JTJ's operations around the time of this attack. According to a U.S. Marine Corps report on Fallujah, following the First Battle of Fallujah, Zarqawi in May 2004 used the city as a "base of operations" for attacks in Baghdad.[659] As the summer progressed, JTJ used its position in Fallujah to declare the "Islamic caliphate in Al-Fallujah" in a June 2004 ceremony where local insurgent leaders pledged loyalty to the group.[660] By July 2004, CENTCOM commander General John Abizaid described Fallujah as "a safe haven for the best organized, most effective terror network in Iraq" during a U.S. Intelligence briefing on the Zarqawi network.[661] According to a later U.S. intelligence briefing covering 2004-2005, JTJ continued to use Fallujah as their "main operating base" until late 2004.[662]

JTJ's dominance in Fallujah at the time of the attack is further illustrated by the presence of JTJ leaders operating in the city. For example, Lu'ai Saqa (a.k.a. Ala al-Din), head of JTJ's external operations, was based in Fallujah by 2004 and "served as the direct link between AMZ [Zarqawi] and the Iran-based al-Qaeda leadership."[663] Additionally, Abu Ayyub al-Masri (aka Abu Hamza al-Muhajir), who was considered "among the most experienced and skilled insurgent leaders in Iraq," also "served as one of AMZ's top lieutenants" in Fallujah.[664]

JTJ maintained operational dominance in Fallujah through November 2004. JTJ's powerful influence in the city was a key factor in the Coalition's decision to launch the Second Battle of Fallujah (aka Operation Phantom Fury/Operation Al Fajr, which began on November 7), which was "a joint effort

---

[655] "Aljazeera Journalist Denies Terror 'Slur,'" *Al Jazeera*, November 20, 2004, https://www.aljazeera.com/news/2004/11/20/aljazeera-journalist-denies-terror-slur; "Image Commemorating 'Umar Hadid," Combating Terrorism Center, n.d., https://ctc.westpoint.edu/militant-imagery-project/0026/; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36; "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, pp. 7, 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[656] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 36.

[657] Ibid.

[658] Ibid.; Nicholas J. Schlosser, *U.S. Marines in Iraq, 2004 – 2008: Anthology and Annotated Bibliography* (Washington, DC: History Division, United States Marine Corps, 2011), p. 114, https://www.marines.mil/Portals/1/Publications/U.S.%20Marines%20In%20Iraq,%202004-2008%20Anthology%20and%20Annotated%20Bibliography%20%20PCN%2010600001900_1.pdf.

[659] Timothy S. McWilliams & Nicholas J. Schlosser, *U.S. Marines in Battle: Fallujah, November-December 2004*, (Quantico, VA: Marine Corps University, 2006), p. 6, https://www.usmcu.edu/Portals/218/FALLUJAH.pdf.

[660] Ahmed S. Hashim, *Insurgency and Counter-Insurgency in Iraq* (Cornell University Press, 2006), 43, http://www.jstor.org.proxy.wm.edu/stable/10.7591/j.ctvrf8c5d.

[661] "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," p. 32.

[662] Defense Intelligence Agency, "Abu Musab al-Zarqawi and Al-Qaida in Iraq," p. 5, https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FileId/161443/.

[663] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 8, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[664] Ibid., p. 9.

by American, Iraqi and British forces to drive out the Iraqi insurgency within the city of Fallujah."[665] From its point of conception, Operation Phantom Fury was primarily focused on the challenges posed by JTJ.[666]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that JTJ was responsible for this attack is the TTPs used to carry it out. The perpetrators conducted a suicide vehicle-borne improvised explosive device (SVBIED) attack. This Court previously found vehicle-borne IED attacks to be a signature attack method of the Zarqawi organization.[667]

JTJ had the capability to launch SVBIED attacks prior to and at the time of the attack that killed Cpl. Soltau. For example, JTJ was responsible for the SVBIED attack on the United Nations (UN) Baghdad Headquarters in 2003, which killed the UN Special Representative to Iraq and High Commissioner for Human Rights Sergio Vieira de Mello as well as 22 other UN staff members.[668] In 2004, JTJ carried out a SVBIED attack that killed Iraqi Governing Council head Ezzedine Salim near the Coalition headquarters compound in Baghdad.[669] Near the location of the September 13 attack that killed Cpl. Soltau, the JTJ-led insurgency in Fallujah operated sites for preparing VBIEDs until they were uncovered after the Second Battle of Fallujah.[670] At least one of the Fallujah-based caches uncovered by Coalition forces in November 2004 contained evidence that JTJ was exporting materials for VBIEDs from Fallujah to other locations in Iraq.[671]

Additionally, suicide bombings were a key JTJ tactic. According to a CENTCOM profile of JTJ, "AQI claimed responsibility for countless suicide bombings, an integral tactic in its war against the coalition, which reflected the group's obsession with martyrdom."[672] In a letter that JTJ leader Zarqawi sent to al-Qaeda's leadership, he claimed that he had orchestrated 25 suicide attacks in 2003 alone.[673]

JTJ frequently carried out SVBIED attacks because they maximized damage in two ways: precise placement near crowded areas or strategic targets, and more explosive power than could be achieved

---

[665] Pablo Villa, "November, 2004 - Into the Hot Zone at the Second Battle of Fallujah," U.S. Army, (June 7, 2019), https://www.army.mil/article/178601/november_2004_into_the_hot_zone_at_the_second_battle_of_fallujah.

[666] Ibid.

[667] See *Brown v. Islamic Republic of Iran*, No. 1:21-CV-1308 (TNM), 2023 WL 4824740, at *4, 10 (D.D.C. July 27, 2023).

[668] U.S. Department of State, Office of the Spokesperson, press release, "Foreign Terrorist Organization: Designation of Jama'at al-Tawhid wa'al-Jihad and Aliases," (October 15, 2004), https://2001-2009.state.gov/r/pa/prs/ps/2004/37130.htm; United Nations, Office of the High Commissioner for Human Rights, "Sergio Vieira de Mello," (accessed June 25, 2024), https://www.ohchr.org/en/about-us/high-commissioner/past/sergio-viera-de-mello; Joel D. Rayburn & Frank K. Sobchak et al., *The U.S. Army in the Iraq War Volume 1: Invasion – Insurgency – Civil War, 2003-2006* (Carlisle Barracks, PA: US Army War College, January 17, 2019), p. 217.

[669] "Al-Qaeda Group Claims Salim Death," *BBC*, May 19, 2004, http://news.bbc.co.uk/2/hi/middle_east/3727597.stm; "Head of Governing Council Killed," *New York Times*, May 17, 2004, https://archive.nytimes.com/www.nytimes.com/slideshow/2004/05/17/international/20040517_IRAQ_SLIDESHOW_1.html.

[670] Patrecia Slayden Hollis and John Sattler, "Second Battle of Fallujah - Urban Operations in a New Kind of War," *Field Artillery Journal* 11, no. 2 (April 2006): 4, https://proxy.wm.edu/login?url=https://www.proquest.com/trade-journals/second-battle-fallujah-urban-operations-new-kind/docview/218360367/se-2?accountid=15053.

[671] Scott Peterson, "Fallujah Yields up Weapons, Videos," *Christian Science Monitor*, November 19, 2004, https://www.csmonitor.com/2004/1119/p06s03-woiq.html.

[672] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 5, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf.

[673] Ibid.

with a suicide vest.[674] Using SVBIEDs allowed JTJ to conduct "spectacular attacks," gaining media attention and notoriety, and supporting their goal of inciting sectarian conflict.[675] The effectiveness of SVBIEDs quickly made them a signature JTJ TTP.[676]

*Iranian Support.* Iran provided material support to JTJ, and Iran's support had a reasonable connection to the attack that killed Cpl. Soltau. Iranian support for JTJ is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[677] Additional information further demonstrates the significance of Iran's support to JTJ at the time and in the vicinity of this specific attack. Specifically:

- Iran provided support to JTJ before, during, and after this attack in multiple ways. Prior to 9/11, Zarqawi received Iranian support, including funding and safehouses throughout Iran, through his relationship with al-Qaeda.[678] Zarqawi established his presence in Iraq through the help of the IRGC Quds Force, which provided Zarqawi with materials for command and control purposes (communication equipment); transit routes; and safe haven to Zarqawi and other operatives prior to the 2003 U.S. invasion of Iraq.[679] The Quds Force continued its support of JTJ beyond 2003, including funneling weapons to JTJ strongholds in Fallujah and throughout Al Anbar Province in 2004.[680]

- In December 2006, further evidence of Iranian support for JTJ emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information." The operatives also reportedly "had information about importing modern, specially shaped explosive charges into Iraq, weapons that have been used in roadside bombs to target U.S. military armored vehicles."[681] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[682]

- In 2008, Mubarak Mushakhas Sanad al-Bathali, who had acted as one of al-Qaeda's principal fundraisers for years, revealed critical information regarding Iran's support for JTJ.[683] Al-Bathali spoke from a position of intimate knowledge of terrorist financing as, according to the United Nations Security Council, al-Bathali "supported every stage of the terrorist financing life-cycle, from financing terrorist groups and activity, to facilitating deadly attacks,

---

[674] Eric Hamilton, *Backgrounder #24: Targeting the Diyala Suicide Bombing Network* (Washington, DC: Institute for the Study of War, March 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Targeting the Diyala Suicide Bombing Network.pdf.

[675] Ibid.

[676] Ibid.

[677] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[678] Ibid.

[679] Sean Durns, "Iran's Support for al-Qaida," *The Jerusalem Post*, October 23, 2017, https://www.jpost.com/opinion/irans-support-for-al-qaida-508130; Geoffrey Gresh, "Instigating Instability: Iran's Support of Non-State Armed Groups in Iraq," *al Nakhlah*, Spring 2006, p. 8, https://ciaotest.cc.columbia.edu/olj/aln/aln_spring06/aln_spring06b.pdf.

[680] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[681] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[682] Ibid.

[683] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators," December 7, 2006, https://home.treasury.gov/news/press-releases/hp191#:~:text=Mubarak%20Mushakhas%20Sanad%20Al-Bathali%20is%20a%20Kuwait-based%20terrorist,provision%20to%20al%20Qaida%20operatives.

and inciting others to join campaigns of violence."[684] Specifically, between 2003 and 2004, al-Bathali was known to have personally sent money to the Zarqawi organization.[685] In a May 2008 interview with the Kuwaiti publication *Al-Qabas*, he claimed that Iran was providing the group with both money and weapons and facilitating the movement of its fighters across the Middle East and South Asia. The apparent intent of this support was to "deter the United States, in order for it [the U.S.] not to give its entire attention to Iran."[686] Al-Bathali's assertion is compelling given his background and activities.[687]

- In 2011, the U.S. Department of State identified Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative, as a facilitator specializing in the construction and deployment of improvised explosive devices (IEDs). The State Department notes Ghazala's affiliations with Iran and al-Qaeda, identifies his work in distributing designs for remote detonation devices used by terrorist organizations in Iraq, and connects him to multiple IED networks across Iraq.[688] Given his affiliations with Iran and al-Qaeda, and the nature of his activities in Iraq, it is very likely that Ghazala played a role in facilitating IED attacks for JTJ.

- Iran's provision of weapons to JTJ was one of the most substantial types of support that Iran provided—significant enough to be a causal factor in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[689] Indeed, this Court previously found that Iran materially supported JTJ in carrying out IED attacks throughout Iraq from June 2004 and May 2007.[690]

- This Court has also previously validated the causal connection between Iran's provision of money and weapons to JTJ and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to JTJ (including training, money, small arms, RPGs, IEDs, IEDs with mortar components, specially shaped explosive charges, and grenades) was sufficient to hold Iran liable for attacks carried out by JTJ.[691]

---

[684] "Mubarak Mushakhas Sanad Mubarak Al-Bathali," United Nations Security Council, April 6, 2009, https://www.un.org/securitycouncil/sanctions/1267/aq_sanctions_list/summaries/individual/mubarak-mushakhas-sanad-mubarak-al-bathali.

[685] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[686] "Kuwaiti Cleric Admits Sending Mujahedin to Iraq, Afghanistan, Argues Iran Involved," *Al-Qabas*, May 7, 2008.

[687] U.S. Department of the Treasury, press release, "Treasury Designations Target Terrorist Facilitators."

[688] U.S. Department of State, Office of the Spokesperson, press release, "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," (September 22, 2011), https://2009-2017.state.gov/r/pa/prs/ps/2011/09/173352.htm.

[689] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[690] See *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023) ("[T]he Court is satisfied that Iran's support was a 'substantial factor' in the IED attacks and that the consequences of its support were 'reasonably foreseeable'").

[691] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023; Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

*Summary*

In summary, I conclude that it is very likely that JTJ carried out the September 13, 2004 SVBIED attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps Cpl. Adrian Soltau. My conclusion is based on the following:

- JTJ possessed area of operations dominance in Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with JTJ.

I further conclude that Iran's material support substantially contributed to JTJ's commission of this attack.

**Attack #15 – December 16, 2006 Sniper Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Nicklas Palmer**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: Sniper Attack*
*Direct Victim(s): LCpl. Nicklas Palmer*

*Materials Reviewed*

In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 46, CENTCOM, USCENTCOM 22-0063L, Ops Report, "Sniper Ops on 2/8 (RCT 5) IVO Falluja: 1 CF KIA," (December 16, 2006)
- PEX 47, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Nicklas Palmer," (December 23, 2006)
- PEX 48, U.S. Marine Corps Headquarters, USCENTCOM 22-0063L, "Casualty Report – Nicklas Palmer," (December 16, 2006)
- PEX 49, U.S. Marine Corps Headquarters, "Report of Casualty – Nicklas Palmer," (November 6, 2007)

*Attack Description*

On December 16, 2006, U.S. Marine Corps Lance Corporal (LCpl.) Nicklas Palmer was serving as a combat engineer in C Company, 1st Combat Engineer Battalion, 1st Marine Division, in Fallujah, Al Anbar Province, Iraq.[692] On the day of the attack, LCpl. Palmer was the gunner of an M1114 High Mobility Multipurpose Wheeled Vehicle (HMMWV).[693] His unit was conducting a cordon of a suspected improvised explosive device (IED).[694]

As the vehicle was stopped, a sniper shot LCpl. Palmer in the face with one round from an unknown distance and direction.[695] Because the other Marines in his patrol could not identify the shooter, they

---

[692] PEX 49, U.S. Marine Corps Headquarters, "Report of Casualty – Nicklas Palmer," (November 6, 2007), p. 1.
[693] PEX 47, Office of the Armed Forces Medical Examiner, "Final Autopsy Report – Nicklas Palmer," (December 23, 2006), p. 2.
[694] PEX 48, U.S. Marine Corps Headquarters, USCENTCOM 22-0063L, "Casualty Report – Nicklas Palmer," (December 16, 2006), p. 1.
[695] PEX 46, CENTCOM, USCENTCOM 22-0063L, Ops Report, "Sniper Ops on 2/8 (RCT 5) IVO Falluja: 1 CF KIA," (December 16, 2006), p. 1.

did not return fire.[696] The bullet entered LCpl. Palmer's face, exited from the back of his neck, and caused extensive wounds to his spinal cord.[697] The other Marines in his unit conducted a casualty evacuation to Observation Post (OP) Riviera, where the medical officer on site pronounced LCpl. Palmer dead.[698] His body was later taken to Camp Fallujah.[699]

*Attack Attribution*

I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) was very likely responsible for the sniper attack on December 16, 2006 that killed LCpl. Palmer. This conclusion is based on the following data points: 1) the geographic location and period of the attack; and 2) the tactics, techniques, and procedures (TTPs) used in the attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq).[700] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[701] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. This attack took place in Fallujah, Al Anbar Province on December 16, 2006. The below map provides the approximate location of the attack.

---

[696] PEX 46, p. 1.
[697] PEX 47, p. 4.
[698] PEX 46, p. 1.
[699] PEX 46, p. 1.
[700] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.
[701] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.



*Figure 18: Approximate location of the attack near Fallujah, Al Anbar Province.*

In 2006, ISI was the dominant insurgent group in Al Anbar Province.[702] According to a CENTCOM report on the insurgency in Al Anbar, in 2006:

> AQI so dominated the insurgency, that most of the remaining independent groups were either forced or coopted into cooperation with the group. To any outside observer, it must have seemed likely that AQI would be able to enforce its vision of Anbar's future – as an Islamic state tied to other states being created by AQSL [Al-Qaeda's Senior Leadership] – once the Coalition departed.[703]

Though in response to ISI's dominance an anti-ISI resistance emerged in Al Anbar in the spring of 2006, ISI "retained its influence over the population of Anbar throughout the fall."[704] In late summer 2006, ISI launched a campaign to bolster their presence in Fallujah, which had been their stronghold until Coalition forces expelled them in the Second Battle of Fallujah, concluding in December 2004.[705] On August 3, 2006, ISI posted proclamations across mosques and schools in Fallujah, vowing to

---

[702] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 241, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[703] Ibid.
[704] "Fighting a War We Don't Control: Iraq, Fall, 2006," Executive Services Directorate, March 28, 2007, pp. 3-4, https://www.esd.whs.mil/Portals/54/Documents/FOID/Reading%20Room/Other/15-F-0953_DOC_06_Fighting_a_War_We_Dont_Control_Iraq-Fall-2006.pdf; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq*, p. 126.
[705] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; John Spencer, Jayson Geroux, & Liam Collins, "Case Study #7: Fallujah II," Modern War Institute, July 25, 2023, https://mwi.westpoint.edu/urban-warfare-case-study-7-second-battle-of-fallujah/.

"retake" the city and "declaring that it had united local armed factions into a cohesive force to fight the U.S. and Iraqi troops who now controlled its streets."[706]

ISI's resurgence in Fallujah during the summer of 2006 was facilitated by continuing sectarian violence and deteriorating security in other parts of Iraq, which assured funding, support, and a "continuous stream of potential recruits" in the Sunni refugees seeking to escape mixed cities where Shia militias were killing their Muslim brethren.[707] ISI exploited "the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to coopt a number of other Sunni and Ba'athist insurgent groups in the surrounding area.[708] ISI coopted at least nine distinct insurgent groups by either absorbing them into the ISI umbrella via Fallujah's ISI-dominated Mujahedin Shura Council, allying with distinct groups, or inserting ISI leaders into the chain of command of other insurgent groups.[709] The significant cooptation of diverse groups showed that, despite operating under different names, most insurgents in the region ultimately fell under the broader ISI umbrella.

By the fall of 2006, ISI had re-established its operational dominance in Fallujah. In October 2006, the U.S. Marines stationed in Fallujah withdrew, leaving the Iraqi Army and local police to secure the city. As outlined in a report by the Institute for Defense Analyses, "Without the Marines alongside them, the Iraqi Army units in the city became less effective in patrolling and controlling Fallujah's streets," allowing ISI to become increasingly prominent in the city.[710] From September through November 2006, ISI led a successful and organized murder and intimidation campaign, which assassinated a number of city council members, Iraqi police, and other prominent figures in Fallujah that opposed the group.[711]

ISI's campaign was so blatant that by November 2006, ISI's amir (regional leader) of Fallujah, Sheikh Abu Dawud, "was rotated to Habbaniyah [a nearby town in Al Anbar Province] and replaced by [redacted] due to the fact that he had become too well-known in Fallujah."[712] Coalition forces would later target ISI fighters associated with the campaign, including a December 2006 raid in Fallujah that "killed a regional al Qaeda in Iraq leader who had directed insurgent attacks there and participated in the kidnapping and killing of several Iraqi police officers."[713]

ISI remained active in Fallujah into 2007, after the attack that killed LCpl. Palmer. In early 2007, ISI assassinated the Fallujah city council secretary and carried out a complex attack on the Fallujah

---

[706] Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006, https://www.washingtonpost.com/archive/politics/2006/08/04/insurgents-set-sights-on-fallujah-span-classbankheadal-qaeda-in-iraq-vows-to-retake-cityspan/9e191ec5-6682-4b20-ac7a-7cf9a38372e2/.

[707] Ambassador John Bolton, press release, "The Situation in Iraq: Remarks to the Security Council," (Washington, D.C.; U.S. Representative to the United Nations, September 14, 2006), https://2001-2009.state.gov/p/io/rls/rm/72253.htm; Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City,"; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[708] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), pp. 29, 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[709] Ibid., pp. 17, 112-113.

[710] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[711] "Chapter Six: AQI Dominates the Insurgency (2006)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 134, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[712] Ibid., p. 224.

[713] Thomas Wagner, "11 U.S. Deaths of Day of Iraq Report," *The Star-Ledger*, December 8, 2006, accessed via Nexis.

Government Center.[714] ISI documents recovered by Coalition forces revealed that ISI, as of February 2007, was using Fallujah as a training ground for recruits.[715] Further, Fallujah remained one of the last ISI strongholds, and Coalition forces were unable to "pacify" the city until late 2007.[716]

*Tactics, Techniques, and Procedures.* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a sniper attack.

Sniper attacks were a common TTP used by ISI throughout Anbar Province in 2006. According to CENTCOM's study on the insurgency in Al Anbar Province, ISI sought to standardize sniper operations in Al Anbar.[717] As of November 2006, ISI had "developed a uniform standard for training recruits to carry out IED and sniper attacks."[718] The study indicates that only a handful of the top recruits were selected for sniper training, based on their intelligence and ideological commitment.[719]

In nearby Ramadi, Iraqi security forces were regularly fired upon by ISI fighters equipped with AK-47s, RPKs, RPG-7s, pistols, and sniper rifles.[720] Additionally, the owner of the Ramadi Transport Company, who also was an ISI member, engaged in sniper attacks while facilitating the smuggling of weapons from Baghdad to Ramadi.[721] Therefore, sniper attacks were a known ISI tactic in Fallujah and the surrounding areas, further indicating ISI's likely responsibility for the attack that killed LCpl. Palmer.

*Iranian Support.* Iran provided material support to ISI and Iran's support had a reasonable connection to the ISI attack that killed LCpl. Palmer. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations.*[722] The following information further demonstrates the significance of Iran's support to ISI at the time and in the place of this specific attack:

- Iran supported ISI elements in Al Anbar Province, where the attack occurred, through the provision of arms and financial support. Expert Bill Roggio notes that "Iranian mines and weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Al Anbar province."[723]
- Iran provided ISI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to ISI from the beginning of their support for the group.[724] By 2007, Coalition forces captured a number of

---

[714] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah.*

[715] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 23, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[716] Seth Jones & Martin Libicki, "Military Force and al Qa'ida in Iraq," in *How Terrorist Groups End* (Santa Monica, CA; RAND Corporation, 2008) pp. 11-12, https://www.jstor.org/stable/pdf/10.7249/mg741rc.14.pdf?refreqid=fastly-default%3Ab27203f2a065483d51ec463c710cbf9b&ab_segments=&origin=&initiator=&acceptTC=1.

[717] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 225, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[718] Ibid.

[719] Ibid.

[720] Ibid., p. 193.

[721] Ibid., p. 224.

[722] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

[723] Bill Roggio, "Iran and al Qaeda in Iraq," *Long War Journal,* January 6, 2007.

[724] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic,* July/August 2006.

weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where ISI maintained strong areas of operations.[725]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided, along with funding—both of which were significant enough to be causal factors in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[726]

- This Court has previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, and weapons including small arms) was sufficient to hold Iran liable for attacks carried out by the Zarqawi organization.[727]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[728] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[729]

<u>Summary</u>
In summary, I conclude that it is very likely that ISI was responsible for the December 16, 2006 sniper attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps LCpl. Nicklas Palmer. This conclusion is based on the following:

- ISI possessed area of operations dominance in Fallujah during the period this attack took place and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

---

[725] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala*, (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[726] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[727] See *Est. of Parhamovich v. Syrian Arab Republic*, No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran*, No. 1:18-cv-02248-CRC (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran*, No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[728] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun*, January 3, 2007.

[729] Ibid.

**Attack #16 – May 14, 2007 Sniper Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Jeffrey Walker**
*Geography: Fallujah, Al Anbar Province*
*Attack Type: Sniper Attack*
*Direct Victim(s): LCpl. Jeffrey Walker*

*Materials Reviewed*
In reaching my expert opinion, I relied on numerous authoritative publicly available sources and the following documents that are attached as exhibits to Plaintiffs' evidentiary submission:

- PEX 50, Office of the Armed Forces Medical Examiner, "Autopsy Report – Jeffrey Walker," (June 4, 2007)
- PEX 51, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Jeffrey Walker," (September 18, 2012)
- PEX 52, CENTCOM, USCENTCOM 22-0063L, Ops Report, "Sniper Ops (Small Arms) on CLB-6 IVO Fallujah: 1 CF KIA," (May 15, 2007)

*Attack Description*
On May 14, 2007, U.S. Marine Corps Lance Corporal (LCpl.) Jeffrey Walker was serving with Combat Logistics Battalion 6, Combat Logistics Regiment 2, 2nd Marine Logistics Group in Fallujah, Al Anbar Province.[730]

On May 14, 2007, LCpl. Walker was conducting a water resupply mission at the Fallujah Development Center, located 3 kilometers northwest of Fallujah. LCpl. Walker was starting the water pump when, at 12:03 local time, he was shot by sniper fire.[731] LCpl. Walker was evacuated to a hospital in Fallujah where, at 12:45, he died of the wounds he sustained from the attack.[732] According to an autopsy report written by the Office of the Armed Forces Medical Examiner, LCpl. Walker "died of a gunshot wound of the head."[733]

According to the Operations Report (Ops Report) on the attack, the fire consisted of "[one] round of unknown caliber [small arms fire] from unknown distance to the [northwest]."[734]

*Attack Attribution*
I conclude that the Zarqawi organization (as the Islamic State of Iraq, or ISI) likely committed this sniper attack. This conclusion is based on the following data points: 1) the geographic location and time period of this attack, and 2) the tactics, techniques, and procedures (TTPs) employed in this attack.

The Zarqawi organization has undergone several name changes since the group's inception in 1993. Before this attack, on October 17, 2004, the Zarqawi organization underwent one such change when

---

[730] PEX 51, U.S. Marine Corps Headquarters, DON-USMC-2022-002646, "Report of Casualty – Jeffrey Walker," (September 18, 2012).
[731] PEX 52, CENTCOM, Ops Report, "Sniper Ops(Small Arms) on CLB-6 IVO Fallujah: 1 CF KIA," (May 15, 2007), p. 1.
[732] PEX 52, p. 1.
[733] PEX 50, Office of the Armed Forces Medical Examiner, "Autopsy Report – Jeffrey Walker," (June 4, 2007), p. 4.
[734] PEX 52, p. 1.

the group formally pledged *baya* (allegiance) to al-Qaeda, changing its name from Jamaat al-Tawhid wal-Jihad (JTJ) to Tanzim Qa'idat al-Jihad fi Bilad al-Rafidayn (al-Qaeda in Iraq, or AQI).[735] On January 15, 2006, AQI deputy emir Abu Maysarah al-Iraqi announced the establishment of the Majlis Shura al-Mujahidin fi-l-Iraq (better known as the Mujahedin Shura Council, or MSC), an umbrella group composed of six Iraqi Sunni militant factions. On October 15, 2006, MSC announced its establishment of the Islamic State of Iraq (ISI).[736] As this attack took place after the name change, this attribution will refer to the group as ISI. However, some sources cited in this attribution refer to the organization by its former names, MSC, AQI and JTJ.

I now explain my conclusions.

*Geography and Time Period.* The location and period of this attack are the first indicators pointing to ISI's responsibility. The attack occurred in Fallujah on May 14, 2007. The below map provides the approximate location of the attack.



*Figure 19: Approximate location of the attack in Fallujah, Al Anbar Province.*

At the time of the attack, ISI had been the dominant group in Fallujah since 2006. According to a United States Central Command (CENTCOM) report on the insurgency in Al Anbar, in 2006:

> AQI so dominated the insurgency, that most of the remaining independent groups were either forced or coopted into cooperation with the group. To any outside observer, it must have seemed likely that AQI would be able to enforce its vision of

---

[735] Jeffrey Pool, "Zarqawi's Pledge Of Allegiance To Al-Qaeda: From Mu'asker Al-Battar," The Jamestown Foundation, December 16, 2004, https://jamestown.org/program/zarqawis-pledge-of-allegiance-to-al-qaeda-from-muasker-al-battar-issue-21-2/.

[736] Majlis Shura al-Mujahidin fi-l-Iraq, statement on the establishment of the Islamic State of Iraq, October 15, 2006.

Anbar's future – as an Islamic state tied to other states being created by AQSL [Al-Qaeda's Senior Leadership] – once the Coalition departed.[737]

Though in response to ISI's dominance an anti-ISI resistance emerged in Al Anbar in the spring of 2006, ISI "retained its influence over the population of Anbar throughout the fall."[738] In late summer 2006, ISI launched a campaign to bolster their presence in Fallujah, which had been their stronghold until Coalition forces expelled them in the Second Battle of Fallujah, which lasted from November 7 to December 23, 2004.[739] On August 3, 2006, ISI posted proclamations across mosques and schools in Fallujah, vowing to retake the city and "declaring that it had united local armed factions into a cohesive force to fight the U.S. and Iraqi troops who now controlled its streets."[740]

ISI's resurgence in Fallujah during the summer of 2006 was facilitated by continuing sectarian violence and deteriorating security in other parts of Iraq, which assured funding, support, and a "continuous stream of potential recruits" in the form of Sunni refugees seeking to escape mixed cities where Shia militias were killing their Muslim brethren.[741] ISI "exploit[ed] the sectarian violence in Anbar for [their] own ends," using increasing fear within the population to coopt a number of other Sunni and Ba'athist insurgent groups in the surrounding area.[742] ISI coopted at least nine distinct insurgent groups by either absorbing them into the ISI umbrella via Fallujah's ISI-dominated MSC, allying with distinct groups, or inserting ISI leaders into the chain of command of other insurgent groups.[743] The significant cooptation of diverse groups showed that, despite operating under different names, most insurgents in the region ultimately fell under the broader ISI umbrella by the fall of 2006. In October 2006, the Marines stationed in Fallujah withdrew, leaving the Iraqi Army and local police to secure the city.[744] As outlined in a report by the Institute for Defense Analyses (IDA), "without the Marines alongside them, the Iraqi Army units in the city became less effective in patrolling and controlling Fallujah's streets," allowing ISI to become increasingly prominent in the city.[745] From September through November, ISI led a successful and organized murder and intimidation campaign that assassinated a

[737] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 241, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[738] "Fighting a War We Don't Control: Iraq, Fall, 2006," Executive Services Directorate, March 28, 2007, pp. 3-4, https://www.esd.whs.mil/Portals/54/Documents/FOID/Reading%20Room/Other/15-F-0953_DOC_06_Fighting_a_War_We_Dont_Control_Iraq-Fall-2006.pdf; Ibid., p. 126.
[739] "Insurgent Group Profile: Al Qaeda in Iraq (AQI)," CENTCOM, May 2, 2007, p. 3, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/0592.%20aqi.pdf; "Chapter Four: The Insurgency Grows and Fights Pitched Battles (2004)," in *Study of the Insurgency in Anbar Province, Iraq,* (CENTCOM, June 13, 2007), p. 1, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1000.%20Chapter%204.pdf; John Spencer, Jayson Geroux, & Liam Collins, "Case Study #7: Fallujah II," Modern War Institute, July 25, 2023, https://mwi.westpoint.edu/urban-warfare-case-study-7-second-battle-of-fallujah/.
[740] Andy Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City," *Washington Post*, August 4, 2006.
[741] Ambassador John Bolton, press release, "The Situation in Iraq: Remarks to the Security Council," (Washington, D.C.; U.S. Representative to the United Nations, September 14, 2006), https://2001-2009.state.gov/p/io/rls/rm/72253.htm; Mosher, "Insurgents Set Sights on Fallujah Al-Qaeda in Iraq Vows to Retake City,"; "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[742] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), pp. 29, 110, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.
[743] Ibid., pp. 17, 112-113.
[744] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah,* (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.
[745] Ibid.

number of city council members, Iraqi police, and other prominent figures in Fallujah that opposed the group.[746]

ISI's campaign was so blatant that by November 2006, ISI's amir (regional leader) of Fallujah, Sheikh Abu Dawud, "was rotated to Habbaniyah [a nearby town in Al Anbar Province] and replaced by [redacted] due to the fact that he had become too well-known in Fallujah."[747] Coalition forces would later target ISI fighters associated with the campaign, as noted by a December 2006 raid in Fallujah that "killed a regional al Qaeda in Iraq leader who had directed insurgent attacks there and participated in the kidnapping and killing of several Iraqi police officers."[748]

Despite the efforts of Iraqi and Coalition forces to counter ISI in Fallujah, attacks persisted into early 2007, as demonstrated by the following violent acts in Fallujah during this period:

- On February 2, 2007, ISI assassinated Fallujah City Council chairman Abbas Ali Hussein at his home.[749]
- On March 1, 2007, ISI used a car bomb to target an Iraqi policeman's wedding party in Fallujah.[750]
- On March 28, 2007, ISI used mortar fire, small arms fire, two suicide truck bombs, and a ground assault to attack the Fallujah Government Center.[751]

*Tactics, Techniques, and Procedures (TTPs).* Another indicator that ISI was responsible for the attack is the TTPs used to carry it out. The perpetrators conducted a sniper attack.

By March 2007, ISI had set up specialized training camps in Al Anbar Province that trained insurgents to carry out sniper attacks like the one that killed LCpl. Walker.[752] According to the aforementioned CENTCOM report, these camps provided recruits with training courses on "weapons familiarization, **marksmanship**, IED construction and employment to more specialized courses on counter-interrogation procedures, surveillance, intelligence collection, **and sniper training**."[753]

Within Al Anbar Province, ISI demonstrated the ability to carry out sniper attacks against Coalition forces in Fallujah. For example, in a February 2007 Department of Defense publication, U.S. Army Lieutenant Colonel (LtCol) Valery Keaveny, the commander of a brigade stationed in Fallujah at that time, stated that raids targeting ISI in Fallujah recovered evidence of "more sniper capabilities" of the

---

[746] "Chapter Six: AQI Dominates the Insurgency (2006)" in *Study of the Insurgency in Anbar Province, Iraq* (CENTCOM, July 13, 2007), p. 134, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1007.%20Chapter%206.pdf.

[747] Ibid., p. 224.

[748] Thomas Wagner, "11 U.S. Deaths of Day of Iraq Report," *The Star-Ledger*, December 8, 2006, accessed via Nexis.

[749] Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah.*

[750] Alissa J. Rubin, "Car Bomb Kills 7 in a Wedding Party in Falluja," *New York Times*, March 1, 2007, https://www.nytimes.com/2007/03/01/world/middleeast/01cnd-iraq.html; Alissa J. Rubin, "Bomb Kills 7 at Police Wedding Party," *Telegram*, March 2, 2007, https://www.telegram.com/story/news/local/north/2007/03/02/bomb-kills-7-at-police/52959347007/.

[751] Dr. William (Bill) Knarr et al., *Al Sahawa—The Awakening Volume V: Al Anbar Province, Area of Operations Raleigh, Fallujah*, (Alexandria, VA: Institute for Defense Analyses, August 2016) p. 22, https://apps.dtic.mil/sti/tr/pdf/AD1018512.pdf.

[752] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 70, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[753] Ibid., p. 23. Emphasis added.

group.[754] In June 2007, just one month after this attack, Coalition forces arrested another ISI sniper cell member suspected of attacks against Coalition forces in Fallujah.[755] Further, in September 2007, Coalition forces detained thirteen individuals near Fallujah that were suspected of being involved with an ISI sniper cell that had carried out multiple attacks against Coalition forces.[756]

*Ruling Out Other Insurgent Groups.* Other insurgent groups were also active in Al Anbar Province during the period of this attack, and I have considered their activities in rendering my opinion that ISI is ultimately the organization likely responsible carrying it out. In addition to ISI, Ansar al-Sunna (AAS), another Sunni religious extremist group, was operating in the province when this attack occurred.[757]

Although AAS was also active in the area during this time frame, ISI was the dominant insurgent group in Fallujah.[758] Moreover, during the time period when this attack occurred, ISI and AAS often cooperated with one another in Al Anbar Province.[759] According to the aforementioned CENTCOM report on the insurgency in Al Anbar, cooperation between the two groups was demonstrated in nearby Ramadi: "AQI and Ansar al Sunna was overseen by AQI military branch amir for Ramadi Salah [REDACTED] who coordinated with Ansar al Sunna amir [REDACTED] to integrate their two organizations in Ramadi on a leadership, financial and operational basis."[760]

Therefore, AAS's responsibility for the attack would not rule out ISI involvement.

Additionally, given that Iran also supported AAS, Jaysh al-Mujahideen or AAS's possible involvement in the attack would not undermine my conclusion concerning Iranian support for the attack that killed LCpl. Walker.

*Iranian Support.* Iran provided extensive material support to ISI during this period and Iran's aid had a reasonable connection to the attack that killed LCpl. Walker. Iranian support for ISI is detailed extensively in my *Expert Report & Declaration on Sunni Militant Organizations*.[761] The following information further demonstrates the significance of Iran's assistance to ISI at the time and in the place of this specific attack:

- Iran supported ISI elements in Al Anbar Province, where the attack occurred, through the provision of arms and financial support. Expert Bill Roggio notes that "Iranian mines and

---

[754] Donna Miles, "Iraqi Tips Lead to Bomb Factory Discovery," American Forces Press Service, February 26, 2007, accessed via Nexis.

[755] "Suspected Al Qaeda Sniper Detained In Fallujah; 16 Suspected Insurgents Detained in Al Anbar Province," *U.S. Fed News*, June 12, 2007, accessed via Nexis.

[756] "Iraqi Security Forces, U.S. Special Operations Forces Detain 18 Insurgents Near Karmah, Kirkuk," *US Fed News*, September 10, 2007, accessed via Nexis.

[757] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), pp. 10, 29, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[758] Ibid.

[759] Ibid; United Kingdom Home Office, *Operational Guidance Note – Iraq* (January 2006), p. 9, https://www.ecoi.net/en/file/local/1234188/hl990_Iraq_v2.0_January_2006.pdf; Kenneth Katzman, Congressional Research Service, *Iraq: Post-Saddam Governance and Security* (September 22, 2006), p. 24, https://www.everycrsreport.com/files/20060922_RL31339_1fa554747642309319540747016d9d2c44bc278e.pdf.

[760] "Chapter Seven: Rise of the Anbar Salvation Front (2007)," in *Study of the Insurgency in Anbar Province, Iraq*, (CENTCOM, June 13, 2007), p. 10, https://ahec.armywarcollege.edu/CENTCOM-IRAQ-papers/1004.%20Chapter%207.pdf.

[761] See *Expert Report & Declaration on Sunni Militant Organizations*, pp. 51-60.

weapons were funneled to Zarqawi's terrorists in Fallujah and elsewhere throughout Sunni dominated Al Anbar province."[762]

- Iran provided ISI with weapons similar to those used in this attack. According to a Jordanian intelligence official, Iran had supplied machine guns and military equipment to ISI from the beginning of their support for the group.[763] By 2007, Coalition forces captured a number of weapons caches containing Iranian mortars, explosive material, RPGs, and ammunition in areas where ISI maintained strong areas of operations.[764]

- Iran's provision of weapons to ISI was one of the most substantial types of support that Iran provided, along with funding—both of which were significant enough to be causal factors in the U.S. Department of the Treasury's designation of Iran's Ministry of Intelligence and Security (MOIS). In February 2012, the Treasury Department designated the MOIS for human rights abuses and support for terrorism, stating that MOIS "provided money and weapons to al Qa'ida in Iraq (AQI)."[765]

- This Court has previously validated the causal connection between Iran's provision of money and weapons to ISI and the terrorist group's ability to execute attacks. Indeed, this Court has held that Iran's provision of material support and resources to ISI (including training, money, and weapons including small arms) was sufficient to hold Iran liable for attacks carried out by the Zarqawi organization.[766]

- In December 2006, further evidence of Iranian support for ISI emerged when two Quds Force operatives were arrested in Baghdad. According to U.S. defense officials, the operatives possessed "weapons lists, documents pertaining to shipments of weapons into Iraq, organizational charts, telephone records and maps, among other sensitive intelligence information."[767] According to a U.S. intelligence official, the information gleaned from the operatives showed "how the Quds Force [was] working with individuals affiliated with Al Qaeda in Iraq."[768]

<u>Summary</u>

In summary, I conclude that it is likely that ISI carried out the May 14, 2007 attack in Fallujah, Al Anbar Province that killed U.S. Marine Corps LCpl. Jeffrey Walker. My conclusion is based on the following:

- ISI possessed area of operations dominance in Fallujah during the period when this attack occurred and was motivated to conduct the attack.
- The attack exhibited TTPs commonly associated with ISI.

---

[762] Bill Roggio, "Iran and al Qaeda in Iraq," *Long War Journal,* January 6, 2007.

[763] Mary Anne Weaver, "The Short, Violent Life of Abu Musab al-Zarqawi," *The Atlantic,* July/August 2006.

[764] Kimberly Kagan, *Iraq Report February 11, 2007 – April 25, 2007 The Battle for Diyala,* (Washington, DC: Institute for the Study of War, n.d.), pp. 7, 11, 12, https://www.understandingwar.org/sites/default/files/reports/IraqReport04.pdf.

[765] U.S. Department of the Treasury, press release, "Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism," (February 16, 2012), https://home.treasury.gov/news/press-releases/tg1424.

[766] See *Est. of Parhamovich v. Syrian Arab Republic,* No. 17-cv-61, 2022 WL 18071921 at *1-*2 (D.D.C., Dec. 28, 2022); *Roth v. Islamic Republic of Iran,* No. 1:19-cv-02179, 2023 WL 196577 (D.D.C., Jan. 17, 2023); Memorandum Opinion and Order, *Fishbeck v. Islamic Republic of Iran,* No. 1:18-cv-02248-CRC, 2023 WL 7448770, (D.D.C., Aug. 18, 2023); and *Neiberger v. Islamic Republic of Iran,* No. 1:16-cv02193-EGS-ZMF, 2022 WL 17370239 (D.D.C. Sept. 8, 2022), at 14, 20-21, 40.

[767] Eli Lake, "Iran's Secret Plan for Mayhem," *New York Sun,* January 3, 2007.

[768] Ibid.

I further conclude that Iran's material support substantially contributed to ISI's commission of this attack.

## V.  Conclusion

In summary, relying on my background, education, training and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that:

- The Islamic Republic of Iran has an extensive history of using VNSAs as proxy groups to advance its foreign policy goals. Among other things, Iran has used these groups to launch attacks against U.S. forces in Iraq while retaining a degree of plausible deniability. While Iran has provided substantial support to Shia proxy groups throughout the Middle East, the Islamic Republic has also backed Sunni militant groups, including the Zarqawi organization (aka al-Qaeda in Iraq), when such support aligned with Iran's state interests.

- Iran provided substantial support to Zarqawi organization in the form of training, financial support, weapons, safe haven, lodging, travel and transportation, and expert knowledge and assistance in tactics, techniques, procedures, and attack planning.

- The Zarqawi organization likely planned, committed, or authorized the sixteen attacks at issue in this report. These include:

  - May 25, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Private First Class James Lambert
  - July 20, 2004 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Todd Godwin
  - August 19, 2004 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Reserve Corporal Brad McCormick
  - February 27, 2005 IED Attack on Alternate Supply Route Boston Between Karbala and Ramadi, Fallujah District, Al Anbar Province That Killed U.S. Army Second Lieutenant Richard Gienau
  - August 22, 2005 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Ramon Romero
  - December 1, 2005 IED Attack in Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Anthony McElveen and Lance Corporal John Holmason
  - September 4, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Navy Reserve Petty officer Second Class Christopher Walsh
  - November 5, 2006 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Jose Galvan
  - January 20, 2007 IED Attack Near Fallujah, Al Anbar Province That Killed U.S. Army Specialist Jeffrey Bisson
  - February 19, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Private First Class Brett Witteveen
  - April 14, 2007 IED Attack in Fallujah, Al Anbar Province That Killed U.S. Army Sergeant Brandon Wallace
  - June 23, 2005 Complex Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Ramona Valdez

- o September 6, 2004 SVBIED Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Corporal Mick Bekowsky, Lance Corporal Michael Allred, Lance Corporal Derek Gardner, and Lance Corporal Christopher McCarthy
- o September 13, 2004 SVBIED Attack Near Fallujah, Al Anbar That Killed U.S. Marine Corps Corporal Adrian Soltau
- o December 16, 2006 Sniper Attack Near Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Nicklas Palmer
- o May 14, 2007 Sniper Attack in Fallujah, Al Anbar Province That Killed U.S. Marine Corps Lance Corporal Jeffrey Walker

- Given the nature and extent of Iranian material support to the Zarqawi organization, Iran's assistance was critical to its survival, significantly increased its capabilities, and is reasonably connected to each of the attacks listed above.

I have been assisted by Valens Global staff in this matter. My analyses, opinions, and conclusions are based solely on the work performed by me, and those under my supervision, through the date of this report. I am compensated for my work on this matter at an hourly rate of $420. My compensation is not contingent upon my opinions and conclusions, or the outcome of this matter. This report is subject to change or modification should additional relevant information become available, which bears upon the analysis, opinions, or conclusions contained herein.

I hold the conclusions and opinions detailed in this declaration to a reasonable degree of professional certainty, and declare the foregoing under the penalty of perjury:

_____
Daveed Gartenstein-Ross, Ph.D.

131

**Appendix 1: The Presence and Role of Shia Militant Groups**

*The Role of Shia Militant Groups*
In making determinations regarding the group likely responsible for the attacks that I examine, I must assess the likelihood of other groups' responsibility for the attacks. Key factors in my considerations include whether the other groups maintained significant presence around the location of the attack, whether the TTPs employed align with certain groups' commonly executed TTPs, and whether their responsibility is otherwise indicated in any claim of responsibility or government reporting.

In the time period covered by this report, Shia militant groups maintained significant presence in parts of Iraq. Therefore, my analytic process naturally involves the assessment of whether Shia militant groups were likely responsible for any attacks discussed. In conducting research on each attack, I found evidence suggesting the presence of Shia militant groups in vicinity of some attacks. While I do not conclude that any attacks were likely executed by Shia militant groups, it is important to note that the presence of Shia militant groups, and the possibility that they may have been involved in the attacks considered, would not necessarily absolve Iran of complicity.

The Islamic Republic of Iran has an extensive history of using violent non-state actors (VNSAs) as proxy groups to advance its foreign policy goals. This historic use includes support for both Sunni and Shia militant groups in Iraq. Though I do not extensively discuss Iranian support for Shia militant groups since I do not find that Shia militant groups likely carried out any of the attacks I was asked to attribute for this case, it is worth providing some detail on Iran's backing for Shia militant groups in the Iraq theater. I am happy to provide much more detail on these relationships if they are relevant to the Court.

Throughout the Iraq War, Iran's Islamic Revolutionary Guard Corps (IRGC) and its foreign arm, the Quds Force, supported proxies that attacked U.S. and Iraqi forces.[769] These proxies included several Shia militias and paramilitary groups, including Jaysh al-Mahdi (JAM), the Badr Organization (also known as Badr Corps or Badr Brigade), Kataib Hizballah (KH), and Asa'ib Ahl al-Haq (AAH), which were referred to as "Special Groups."[770] Iran provided these groups with training, weaponry, travel facilitation, and guidance.[771]

*Muscle Memory: Iranian History of Supporting VNSA Proxies.* Iran had a long history of supporting violent non-state actors (VNSAs) to serve as its armed proxies prior to engaging in extensive support for VNSAs in the Iraq War. A month after a national referendum that officially established the Islamic Republic of Iran on April 1, 1979, Ayatollah Khomeini issued a decree creating the **Islamic Revolutionary Guard Corps** (IRGC).[772] Iran's October 1979 constitution entrusts the IRGC with the "role of protecting the Revolution and its achievements."[773] The IRGC was designed to be distinct

---

[769] Bill Roggio, "Iran's Ramazan Corps and the ratlines into Iraq," *Long War Journal*, December 5, 2007, https://www.longwarjournal.org/archives/2007/12/irans_ramazan_corps.php.

[770] Ibid.; Marisa Cochrane, "Asaib Ahl al-Haq and the Khazali Special Groups Network," (Washington, DC: Institute for the Study of War, January 13, 2008), p. 1, https://www.understandingwar.org/sites/default/files/reports/Asaib%20Ahl%20al%20Haq%20and%20the%20Khazali%20Special%20Groups%20Network.pdf; Mapping Militant Organizations. "Asa'ib Ahl al-Haq." Stanford University, March 24, 2017, https://web.stanford.edu/group/mappingmilitants/cgi-bin/groups/print_view/143.

[771] Roggio, "Iran's Ramazan Corps and the ratlines into Iraq."

[772] "Revolutionary Guards Corps Established in Iran," Tehran Domestic Service (Farsi), May 5, 1979.

[773] Constitution of the Islamic Republic of Iran, article 150 (October 24, 1979).

from the regular army (*Artesh* in Farsi). While the Artesh defends Iran's territorial integrity, the IRGC's role is broader, with the Iranian constitution giving the IRGC a global responsibility and the ideological mission to strive "on the path of God and struggle on the path of expanding the sovereignty of the law of God in the world."[774] At the end of the Iran-Iraq War, the IRGC merged several military groups into the **Quds Force (IRGC-QF)**, and as early as 1979, Quds Force predecessors had begun to support foreign militant groups and Shia dissidents.[775] Over time, Iran leveraged other parts of its government to support efforts to export the revolution. In particular, Iran's **Ministry of Intelligence and Security (MOIS)** began to play a role in these operations after its creation in 1984.[776]

Two events in the 1980s led Iran to view armed proxy forces as vital to achieving its foreign policy goals. First, the Iran-Iraq War seared the costs of large-scale conventional warfare into the minds of generations of Iranian leaders.[777] Second, Israel's 1982 invasion of Lebanon to counter the Palestinian Liberation Organization (PLO) provided Iran a chance to cultivate a powerful proxy force after Iran sent IRGC officers to mobilize Lebanon's sizeable Shia community in opposition to Israel.[778] President Reagan dispatched U.S. forces to Lebanon as part of a peacekeeping mission and in 1983, Hizballah, an emerging Shia militant organization with close ties to Iran, attacked the U.S. Embassy in Beirut as well as American and French military installations in the country. The attacks inflicted heavy casualties. The U.S. Embassy bombing killed 17 Americans, and the October 1983 U.S. Marine barracks bombing in Beirut killed 241 American servicemembers.

Throughout the 1980s and 1990s, the IRGC developed a template for cultivating proxy forces in the Middle East, then worked to apply that template elsewhere. While the IRGC was active in numerous countries, the IRGC's work with two organizations, **Lebanese Hizballah** and the **Badr Corps** in Iraq, particularly enabled Iran to build the capacity to wage war against its enemies by proxy. These templates would become particularly relevant after the U.S.'s 2003 invasion of Iraq.

*Jaysh al-Mahdi and Associated Special Groups.* In the wake of the 2003 U.S. invasion of Iraq, Iran provided substantial support to an array of Shia militias. When the United States removed Saddam Hussein, a political vacuum was born. Given the group's local base of support, Iran tried to coopt Jaysh al-Mahdi (JAM), which translates to Army of the Rightly Guided One. When it fractured due to political disagreements and its leader, Muqtada al-Sadr, proved to be a less than reliable ally, Iran began to support breakaway factions. Thus, understanding the Sadrist movement is pivotal to understanding Iraq's Shia militias and, ultimately, Iran's proxy war in Iraq.

Muqtada al-Sadr founded the **Jaysh al-Mahdi** militia in June 2003. With JAM's formation, Muqtada "sought to model his organization on Lebanese Hezbollah, combining a political party with an armed

---

[774] Ibid., p. 5.

[775] Nader Uskowi, *Temperature Rising: Iran's Revolutionary Guards and Wars in the Middle East*, (Lanham, MD: Rowman & Littlefield, 2019), p. 42; "Al-Quds Forces Associated with the Guards of the Islamic Revolution," Iraqi intelligence study (ISGZ 2005-001122-19954), October 2000, translation by Combating Terrorism Center at West Point, https://ctc.usma.edu/harmony-program/iraqi-intelligence-study-of-the-iranian-revolutionary-guard-corps-original-language-2/.

[776] Guillermo Pinczuk & Theodore Plettner, *Unconventional Warfare Case Study: The Relationship between Iran and Lebanese Hezbollah*, (Fort Bragg, N.C.: U.S. Army Special Operations Command, 2017), p. 28, https://www.soc.mil/ARIS/books/pdf/_ARIS_Iran-Hiz_Jan2017.pdf.

[777] Dexter Filkins, "The Shadow Commander," *The New Yorker*, September 23, 2013.

[778] Pinczuk & Plettner, *Unconventional Warfare Case Study: The Relationship between Iran and Lebanese Hezbollah*, pp. 28-29.

militia and an organization providing social services."[779] In 2004, Muqtada used the growing military element of his movement to confront coalition forces. Sadrists engaged in two failed uprisings, which occurred principally in the holy Shia city of Najaf, in April and August of 2004. Even after the organization experienced significant losses in 2004, JAM members continued targeting Sunni civilians and other non-combatants.[780] However, JAM's failed uprisings fractured the Sadrist movement and some militants frustrated with Muqtada formed rival organizations, with the most significant group in this category being Qais al-Khazali's **Asa'ib Ahl al-Haq** (League of the Righteous).

Though AAH nominally remained part of the Sadrist movement, the group's leaders—Qais al-Khazali, Akram al-Kabi, Abd al-Hadi al-Darraji, and Mohammed al-Tabatabai—at times defied Muqtada's orders. But for AAH and other major splinter groups, defiance of Muqtada did not translate into defiance of Iran. Indeed, Iran saw AAH's break with Muqtada as a significant opportunity. A declassified U.S. Army memorandum recounts that in August 2006:

> **Qayis [Khazali] led a delegation to Tehran to discuss the situation in Iraq and Iranian support for JAM. According to reporting, Ali Khomeini met with Qais and recruited him to lead a special group known as Asayb al-Haq, or the K2 network**. The K2 network would operate without the knowledge or authorization of MAS [Muqtada al-Sadr]. Qayis agreed. Iran was interested in working with Qayis because of his influence on MAS. Layth [Qais al-Khazali's brother] served as a liaison between the secret network formed by Qayis and the Iranians. In this position, Layth traveled frequently between Iraq, Iran and Syria.[781]

AAH in turn received financial and other types of support from Iran through IRGC-QF, as well as somewhat more indirectly through Hizballah. Illustrating the web of relationships, Ali Musa Daqduq, a senior Hizballah operative, provided training to AAH fighters. In May 2006, Daqduq travelled to Iran with Youssef Hashim, the head of Hizballah Special Operations. There, Daqduq and Hashim received guidance from Abdul Reza Shahlai, IRGC-QF's external operations director, as well as from IRGC-QF's commander Qasem Soleimani. These IRGC-QF leaders instructed Daqduq to travel in and out of Iraq to lead training and report on progress made in arming and training Shia militant groups "in mortars and rockets, manufacturing and employing IEDs, and kidnapping operations."[782]

One of the most perceptive studies written about Iranian policy toward Iraq during this period, and its sponsorship of Shia groups like JAM and AAH, is Joseph Felter and Brian Fishman's 2008 report *Iranian Strategy in Iraq*.[783] In their report, Felter and Fishman explain that a new group of "loosely

---

[779] Marisa Cochrane, *The Fragmentation of the Sadrist Movement*, (Washington, D.C.: Institute for the Study of War, 2009), p. 13.

[780] "Dozens Killed in Baghdad Attacks," *BBC News*, July 9, 2006, http://news.bbc.co.uk/2/hi/middle_east/5162510.stm.

[781] Report of Interrogation of Qais Khazali, August 13, 2007, p. 324 (emphasis added).

[782] Stephen Wicken & Kim Dudine, "Timeline: Ali Mussa Daqduq," Institute for the Study of War, November 21, 2012, https://www.understandingwar.org/backgrounder/timeline-ali-mussa-daqduq.

[783] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and "Other Means"* (West Point, NY: Combating Terrorism Center at West Point, 2008). At the time, Felter was an active-duty colonel and a national security affairs fellow at Stanford University's Hoover Institution, while Fishman served as the director of research at the Combating Terrorism Center at West Point and an assistant professor in the U.S. Military Academy's department of social sciences. The Combating Terrorism Center at West Point is a research institute that provides training, research, and analysis to the highest levels of government and academia. The institution serves as a nexus for academic and counterterrorism practitioner collaboration, particularly through its peer-reviewed journal, *CTC Sentinel*, and its Harmony database, which is an open-source collection of primary-source documents that provide an inside look at militant groups' inner structural dynamics.

organized" Shia militias called the "Death Squads" had surfaced, quickly becoming some of the "most feared groups in Iraq."[784] These JAM splinter groups came to be known as "Special Group Criminals" (SGCs) by U.S. commanders.[785] Though many SGCs indeed looked to Khazali, the U.S. government and analysts began referring to a host of Shia militant groups backed by Iran as "Special Groups," and many lacked AAH's ties to the Sadrist movement.[786] Chief among these "Special Groups" without deep ties to Muqtada al-Sadr was Kata'ib Hizballah (The Brigades of the Party of God).

**Kata'ib Hizballah** grew under the leadership of Abu Mahdi al-Muhandis (Jamal al-Ibrahimi), and according to Michael Knights of the Washington Institute for Near East Policy think tank, the group is "firmly under IRGC Qods Force control and maintains relatively good operational security."[787] In the early days of Kata'ib Hizballah, the group managed to use Lebanese Hizballah instructors "to prepare this group and certain Jaysh al-Mahdi Special Groups for attacks against Coalition Forces in Iraq."[788] According to Michael Knights, the group also became "a vehicle through which the IRGC Qods Force could deploy its most experienced operators and its most sensitive equipment."[789]

Another of the Special Groups, the **Sheibani Network**, rose to prominence under the leadership of Abu Mustafa al-Sheibani. According to Qais al-Khazali, Iran dispatched Sheibani to Iraq to forge an alliance with the Sadrists in the aftermath of the U.S. invasion. Khazali stated that Sheibani "failed miserably in attracting interest from the Sadrists."[790] Nonetheless, Sheibani later led his own pro-Iran militia in Iraq that launched extensive attacks against U.S. forces. According to the U.S. Treasury Department when it sanctioned Sheibani in January 2008:

> Iran-based Abu Mustafa Al-Sheibani leads a network of Shia extremists that commit and provide logistical and material support for acts of violence that threaten the peace and stability of Iraq and the Government of Iraq. Al-Sheibani's Iran-sponsored network was created to affect the Iraqi political process in Iran's favor. The network's first objective is to fight U.S. forces, attacking convoys and killing soldiers. Its second objective is to eliminate Iraqi politicians opposed to Iran's influence. Elements of the IRGC were also sending funds and weapons to Al-Sheibani's network.

> Al-Sheibani's network—consisting of several hundred members—conducted IED attacks against Americans in the Baghdad region. As of March 2007, Al-Sheibani, known to transport Katyusha rockets to be used for attacks against Coalition Forces, launched rockets against Americans and made videos of the attacks to get money from Iran. As of April 2007, a member of Al-Sheibani's network supervised the transport of money and explosives from Iran for eventual arrival in Baghdad. In early May 2007,

---

[784] Ibid., p. 43.

[785] Ibid., p. 44.

[786] Michael Knights, "Iran's Expanding Militia Army in Iraq: The New Special Groups," *CTC Sentinel* 12:7 (August 2019), https://ctc.usma.edu/irans-expanding-militia-army-iraq-new-special-groups/.

[787] Michael Knights, "The Evolution of Iran's Special Groups in Iraq," *CTC Sentinel*, 3:11-12, (November 2010), p. 13, https://ctc.usma.edu/the-evolution-of-irans-special-groups-in-iraq/.

[788] Jeffrey Feltman & Daniel Benjamin, U.S. State Department Assistant Secretary for the Bureau of Near Eastern Affairs and Counterterrorism Coordinator, "Assessing the Strength of Hizballah," testimony before the U.S. Senate Committee on Foreign Relations, June 8, 2010, https://www.foreign.senate.gov/imo/media/doc/060810%20Feltman-Benjamin%20Testimony.pdf.

[789] Knights, "The Evolution of Iran's Special Groups in Iraq," p. 12.

[790] Multi-National Force – Iraq, Shi'a SDE, "Tactical Interrogation Report: Qais Hadi Said al-Khazali," May 30, 2008, p. 3, https://www.aei.org/wp-content/uploads/2018/08/Enclosure-TAB-A-Documents-for-Release-49-66.pdf.

Al-Sheibani's network assisted members of a Shia militia group by transporting them to Iran for training and providing them with weapons for their activities in Iraq.

Additionally, Al-Sheibani commands several pro-Iranian insurgent groups in southern Iraq that work to destabilize Iraq and sabotage Coalition efforts. These groups use a variety of weapons, to include mortars, Katyusha rockets, and anti-tank landmines. Ordered by IRGC headquarters to create disorder, the task of these groups is to attack bases of Coalition Forces in southern Iraq, particularly British forces.[791]

### Iranian Material Support to Shia Groups in Iraq

The State Department's *Country Reports on Terrorism* from 2006, 2007, 2008, and 2009—when the attacks at issue in this case occurred—all concluded that "Iran remained the most active state sponsor of terrorism."[792] Iranian support to Shia militias in Iraq featured prominently in those reports. I now provide a brief overview of Iranian backing of various Shia groups so that my point about these groups' lack of independence from Iran will be clear.

Iranian support for Iraqi Shia militias against coalition forces began as early as 2003. Planning for this support seemingly began in 2002, even before the U.S. invasion. One early detailed report on the contours of Iranian support for insurgent factions was written by Australian journalist Michael Ware, appearing in *Time* in August 2005, under the title "Inside Iran's Secret War for Iraq."[793] Ware's reporting showed that Iranian plans to "penetrate" Iraq following the American invasion dated to September 9, 2002, when Supreme Leader Ayatollah Ali Khamenei and his war council decided to create a policy to prevent any dangers to Iran that might result from the impending U.S. regime-change operation in Iraq.[794]

Consistent with Ware's reporting, Washington Institute for Near East Policy scholar Michael Knights notes, based on his analysis of primary source documents, that the Iraqi government's pre-2003 intelligence reporting on Iran's use of proxies concluded that "the IRGC Qods Force had already anticipated the need to split its support between groups that would 'work openly' and others that would 'work secretly' in a post-invasion Iraq."[795] As this plan came to fruition, it became clear that Iran's covert support to Shia militia groups mirrored its overt support to Shia political groups. Iran invested in and supported an array of allies in Iraq, including proxy forces.

In the summer of 2003, shortly before Muqtada announced JAM's formation, he and three of his advisors visited Tehran.[796] During the visit, Muqtada reportedly met with Supreme Leader Ayatollah Ali Khamenei, former president Ali Akbar Hashemi Rafsanjani, and Ayatollah Mahmoud Hashemi

---

[791] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[792] U.S. Department of State, *Country Reports on Terrorism* (2006); U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103711.htm; U.S. Department of State, *Country Reports on Terrorism* (2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; U.S. Department of State, *Country Reports on Terrorism* (2009), https://2009-2017.state.gov/j/ct/rls/crt/2009/140889.htm.

[793] Michael Ware, "Inside Iran's Secret War for Iraq," *Time*, August 15, 2005.

[794] Ibid.

[795] Knights, "The Evolution of Iran's Special Groups in Iraq," p. 12.
The Arabic-language report that Knights references was released by the Combating Terrorism Center at West Point, and can be found at https://ctc.usma.edu/app/uploads/2013/10/ISGQ-2005-00038283-Original.pdf.

[796] Michael R. Gordon & Bernard E. Trainor, *The Endgame: The Inside Struggle for Iraq, From George W. Bush to Barack Obama* (New York: Pantheon Books, 2012), p. 101.

Sharaoudi, as well as other notable figures such as Brigadier General Murtada Reza'i, head of the IRGC's intelligence service, and Brigadier General Qasem Soleimani, who commanded the IRGC's Quds Force, and whose portfolio included Iraqi affairs.[797] JAM proved to be a useful mechanism for disrupting the U.S.'s efforts in Iraq, though Iran was also wary of Muqtada. His popular support coupled with his unpredictability made him a risky investment.

Iran thus sought to acquire other, more reliable Iraq-based allies. The emergence of Qais al-Khazali and AAH as a force that could act independently of Muqtada provided Iran with another investment opportunity.

Iran's support for JAM and the Special Groups took place both through direct arms of the Iranian state like the Quds Force and MOIS, and also by non-state proxies like Lebanese Hizballah. But whether direct or indirect, Iran was deeply involved in providing this material support. A highly detailed U.S. Army report sets out the extent of this Quds Force activity in Iraq:

> The Quds Force and its Iraqi surrogates were the primary instruments employed by the Iranian regime to wage a proxy war against the United States at minimal cost…. The politically influential [Major General Qassem] Soleimani [who commanded IRGC-QF] reported directly to Iran's supreme leader and oversaw a carefully organized and sustained cross-border operation. His subordinate Ramazan Corps managed the effort in Iraq, with three subcommands responsible for the northern, central, and southern sectors, respectively. Two to three regional offices operated out of each sector. Hundreds of agents were involved, not least Iranian ambassador to Iraq Hassan Kazemi Ghomi, who served as an undercover Quds Force officer. The consulate in Basrah functioned as a similar hub of covert activity for Soleimani.[798]

*Iranian Provision of Weapons to Shia Militias.* Iran's efforts to arm Shia militias constituted perhaps Iran's most lethal and most visible form of support. By 2004, U.S. intelligence reports showed that Iranian agents were responsible for smuggling "weapons and ammunition across the border into Iraq," then distributing "them 'to individuals who wanted to attack coalition forces.'"[799] The U.S. government validated these claims at the highest levels.[800] Michael Ware's reporting in Time provides further details on this system. A British officer who spoke to Ware explained that the Iranians made particular use of the porous southern border between Iran and Iraq, where they would "use the legal check points to move personnel, and the weapons travel through the marshes and areas to our north."[801] A detained insurgent further described this process when interrogated by U.S. forces, saying that "this area [marshes in the vicinity of Qalat Salih] is used heavily by small boats carrying weapons from IR

---

[797] Kimberly Kagan, *Iraq Report May 2006 – August 2007: Iran's Proxy War Against the United States and the Iraqi Government,* (Washington, DC: Institute for the Study of War, August 29, 2007), p. 5, https://www.understandingwar.org/sites/default/files/reports/IraqReport06.pdf; Ali Nuri Zadah, "Iranian Source: Revolution Guard Trains 1,000 Muqtada al-Sadr Supporters on Guerilla Warfare, Explosions [Arabic]," *Al-Sharq al-Awsat* (London), April 9, 2004.

[798] Joel Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, Pa.: U.S. Army War College Press, 2019), p. 66.

[799] Edward T. Pound, "The Iran Connection," *U.S. News & World Report,* November 22, 2004.

[800] Adam Brookes, "Iranian Weapons 'Found in Iraq,'" BBC, August 9, 2005, http://news.bbc.co.uk/2/hi/middle_east/4136856.stm.

[801] Michael Ware, "Inside Iran's Secret War for Iraq," *Time,* August 15, 2005.

[Iran]."[802] Other detainee interrogation reports frequently referenced these marshy areas in southeastern Iraq when explaining how weapons and other material assistance were moved from Iran into Iraq.

*Iranian Training of Iraqi Shia Militias.* According to intelligence reports, open-source reporting, and official U.S. government statements, the IRGC operated a robust training program for Iraqi Shia militias inside Iran's borders. JAM, the Special Groups, and the Badr Organization (which had long trained with Iranian forces) were beneficiaries of this program.

When U.S. Brigadier General Kevin Bergner held a press briefing on July 2, 2007, representing the official views of the U.S. Government as the spokesman for Multi-National Force – Iraq, he stated that "Iraqi Special Groups are trained in one of three training camps inside Iran" that "are operated by the Qods Force Department of External Special Operations." In response to questions from reporters, Bergner elaborated that the training camps "were not too far from Tehran" and that attendees included members of JAM and other militias.[803] The proximity of the camps to Iran's capital support the conclusion that this training was a matter of official Iranian state policy.

Backed by the IRGC, Lebanese Hizballah also operated training camps in Lebanon and Iran to provide operational training to Iraqi Shia groups. These Hizballah camps helped Shia militants build skills in "weapons, bomb-making, intelligence, assassinations, and the [gamut] of skill sets."[804] In November 2006, Gen. Michael Maples, then director of the Defense Intelligence Agency, stated the Iranian government has "been a link to Lebanese Hezbollah and have helped facilitate Hezbollah training inside of Iraq, but more importantly Jaysh al-Mahdi members going to Lebanon."[805] The U.S. Department of State and Department of the Treasury have also confirmed that Iran provided training to JAM and Special Groups.[806] The Treasury Department also indicated that Lebanese Hizballah played a role in supporting Kata'ib Hizballah.[807]

Interrogation reports of interviews with captured Iraqi militants from 2007 to 2008 that were made public through West Point's Combating Terrorism Center further reveal systematic and organized pre-training travel procedures into Iran. I have reviewed these documents and cite to Felter and Fishman's conclusions when I believe them to be accurate synopses. Felter and Fishman report that "captured Iraqi militants in 2007 and 2008 recount taking numerous routes from their homes in Iraq to Iran…. Iraqis bound for Iran often converge in Amara and stay at designated JAM and SGC [Special

[802] Combating Terrorism Center at West Point, "Redacted Interrogation Report 027," Spring 2007-Early 2008, https://ctc.usma.edu/wp-content/uploads/2013/10/Redacted-Intelligence-Report-027-Summary.pdf.
[803] Multi-National Force – Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.
[804] Michel R. Gordon & Dexter Filkins, "Some Mahdi Army Fighters Trained with Hezbollah," *The New York Times,* November 28, 2006.
[805] Ibid.
[806] U.S. Department of State, *Country Reports on Terrorism* (2006), https://2009-2017.state.gov/j/ct/rls/crt/2006/82736.htm; U.S. Department of State, *Country Reports on Terrorism* (2007), https://2009-2017.state.gov/j/ct/rls/crt/2007/103711.htm; U.S. Department of State, *Country Reports on Terrorism* (2008), https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm; U.S. Department of State, *Country Reports on Terrorism* (2009); U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://www.treasury.gov/press-center/press-releases/Pages/hp644.aspx.
[807] U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

Groups] safe houses where they are introduced to the other traveling militants and the guides will take them across the border."[808]

During his time as the commander of Multi-National Force – Iraq, Gen. David Petraeus corroborated reports of Iranian training of JAM, and clarified that this training was having an "obvious operational impact" on U.S. forces.[809]

*Safe Haven for Shia Militia Leaders and Fighters.* In addition to training Shia militias in its territory, Iran also offered safe haven to the leaders and fighters of many Shia militias. As the U.S. announced its plans for a surge of U.S. forces and arrested a high-profile Sadrist cleric, "many of those who believed they had made a name for themselves feared capture and fled Baghdad. Confirming this trend, reports reached MNF-I in late January [2007] that the Iranian Embassy had issued some 200 special passports to Shi'a militia members. Sadr himself secretly departed for Iran around this time."[810] Muqtada would not return until 2011.

Abu Mahdi al-Muhandis, the leader of Kata'ib Hizballah, also fled to Iran after his role in the Kuwait Embassy bombings publicly surfaced. Abu Mustafa al-Sheibani also found safe haven in Iran from early 2008 to mid-2010.[811] Muqtada al-Sadr, al-Muhandis, and al-Sheibani were not exceptional cases in this regard. From their perch in Iran, Shia militia leaders were able to launch attacks against U.S. forces in Iraq with little fear of being killed or captured. This safe haven likely emboldened these leaders to conduct more aggressive attacks than if they were in Iraq and thus more vulnerable to coalition raids. This safe haven also gave these leaders the ability to more closely coordinate with Iran.

*Iran's Financing of Shia Militias.* Iran provided substantial financial support to an array of Shia militias in Iraq. This funding comprised a significant portion of Iran's broader funding to myriad violent non-state actors across the Middle East, which likely exceeded $300 million annually from 2006-2009.[812] Though observers have provided inconsistent estimates regarding the amount of funding that Iran provided to Shia militias, including to specific militant groups, these inconsistencies should not cast doubt on the overall conclusion that Iran was providing such support. The inconsistency in these estimates is likely connecting to three overarching factors, including the fact that Iranian support for various Shia militias has fluctuated over time. *Despite some inconsistencies in the estimates provided about overall levels of Iranian support for Shia militias in general, and for certain specific Shia militias, the conclusion that Iran provided significant support is consistent across observers and over time.*

---

[808] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq: Politics and 'Other Means,'* (West Point, NY: Combatting Terrorism Center, 2008), p. 57.

[809] Multi-National Force – Iraq "CDR Weekly SECDEF Updates from General David Petraeus, Commander of MNF-I to U.S. Secretary of Defense Robert Gates," June 3-9, 2007, p. 305.

[810] Jeanne F. Godfroy et al., *The U.S. Army in the Iraq War: Volume 2: Surge and Withdrawal,* (Carlisle Barracks, PA: United States Army War College Press, 2019) p. 77.

[811] Bill Roggio, "Iran Sends Another Dangerous Shia Terror Commander Back to Iraq," *Long War Journal,* October 18, 2010.

[812] U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism,"; Testimony of Ambassador Jeffrey D. Feltman, Assistant Secretary of State for Near Eastern Affairs, and Ambassador Daniel Benjamin, Coordinator for Counterterrorism, Senate Foreign Relations Subcommittee on Near Eastern and South and Central Asian Affairs, June 8, 2010, https://www.foreign.senate.gov/imo/media/doc/060810%20Feltman-Benjamin%20Testimony.pdf; Frederic Wehrey et al., *Dangerous but not Omnipotent: Exploring the Reach and Limitations of Iranian Power in the Middle East* (Santa Monica, CA: RAND Corporation, 2009); U.S. Department of State, Office of the Coordinator for Counterterrorism, "Country Reports on Terrorism 2008," April 30, 2009, https://2009-2017.state.gov/j/ct/rls/crt/2008/122436.htm.

One early journalistic account revealing Iran's funding for Shia militants in Iraq was "The Iran Connection," written by Edward T. Pound. Appearing in *U.S. News & World Report* in November 2004, Pound's report was based primarily on a review of "classified intelligence reports covering the period July 2003 through early 2004."[813] Further, in a declassified August 2007 report, the U.S. Department of Defense concluded that Qais al-Khazali, AAH's leader, "has significant links to Iran" and that "this affiliation was used to procure weapons and funding for use by JAM and special groups against" Coalition forces.[814] Accounts of Iranian funding have been verified by the recipients, including Qais al-Khazali.[815] According to a 2009 report from the RAND Corporation, Iran may have provided Sadr with up to $80 million per month.[816]

The U.S. government also concluded that Iran was funding Shia militias intent on attacking Coalition forces. According to Gen. Bergner in a mid-2007 press briefing, IRGC-QF was funneling between $750,000 to $3 million to the Special Groups each month, including money and equipment.[817] This would mean that the IRGC-QF was funding the Special Groups at an annualized rate of $9 million to $36 million. In testimony before Congress, Gen. Petraeus described the Special Groups as "funded, trained, armed, and directed by Iran's Qods Force, with help from Lebanese Hizballah."[818] A U.S. Army history of America's engagement in the Iraq war published in 2019 noted that in July 2003, Abu Mustafa al-Sheibani, the founder and leader of the Sheibani Network Special Group, "received $40 million from the Iranians to organize a logistics network that would funnel weapons to Shi'a militants."[819] The U.S. State Department concurred with these assessments.[820] Similarly, the U.S. Department of the Treasury has concluded that IRGC-QF funds Shia militia groups in Iraq.[821] The Department indicated that Kata'ib Hizballah in particular was a recipient of Quds Force financing.[822]

It is clear that Iran's substantial financial support for Shia militias in Iraq was designed to encourage and facilitate attacks on Coalition forces, such as those at issue in this case.

*Iran's Role in Planning Shia Militia Attacks.* There is evidence that the Iranian government played a direct role in jointly planning and jointly selecting targets, in coordination with Hizballah and Shia militants. One attack exemplifies this dynamic. AAH conducted a raid on the Karbala Provincial Joint Coordination Center (PJCC) in January 2007. The sophisticated raid killed five American soldiers. In the case *Fritz v. Islamic Republic of Iran*, a Court in this District accurately explained how the PJCC

---

[813] Edward T. Pound, "The Iran Connection," *U.S. News & World Report*, November 22, 2004.

[814] CENTCOM, *Tactical Interrogation Report*, (March 23, 2007), https://www.aei.org/wp-content/uploads/2018/08/TIR-4.pdf.

[815] Michael R. Gordon & Ben Kesling, "Declassified Interrogation Reports Show How Much Iran Shaped Iraq War," *Washington Post*, August 30, 2018, https://www.wsj.com/articles/declassified-interrogation-reports-show-how-much-iran-shaped-iraq-war-1535621245.

[816] Wehrey et al., *Dangerous but not Omnipotent*, p. 117.

[817] Multi-National Force-Iraq, "Press Briefing with Brig. Gen. Kevin Bergner," July 2, 2007.

[818] Gen. David H. Petraeus, "Report to Congress on the Situation in Iraq," testimony before Congress, April 8-9, 2008.

[819] Joel D. Rayburn et al., *The U.S. Army in the Iraq War: Volume 2 – Surge and Withdrawal* (Carlisle, PA: U.S. Army War College Press, January 2019), p. 65.

[820] U.S. Department of State, *Country Reports on Terrorism* (2007); U.S. Department of State, *Country Reports on Terrorism* (2008); U.S. Department of State, *Country Reports on Terrorism* (2009).

[821] U.S. Department of the Treasury, press release, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency," January 9, 2008, https://www.treasury.gov/press-center/press-releases/pages/hp759.aspx.

[822] U.S. Department of the Treasury, press release, "Treasury Designates Individual, Entity Posing Threat to Stability in Iraq," July 2, 2009, https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx.

attackers were able to disguise themselves as insiders, which made the attack uniquely effective.[823] That operation displayed further sophisticated elements, including the attackers greeting their eventual victims and walking "toward the PJCC as though they were arriving for a meeting."[824] The Karbala PJCC assault is described at length in the *Fritz* proceedings. Suffice to say that public statements from U.S. officials and U.S. government documents point to extensive Iranian involvement in jointly planning the attack.

Iran's role in helping plan operations in Iraq extends beyond that particularly infamous attack. Sanctions targeting IRGC-QF's Gen. Ahmad Foruzandeh specify that "in addition to providing financial and material support for attacks against Coalition Forces, Foruzandeh supplied a certain Shia militia group with a target for execution. On July 25, 2005, Foruzandeh held a meeting with representatives of Iraqi Hizballah and other Shia militia groups, calling upon them to continue liquidating all enemies of the Islamic revolution."[825] Similarly, Gen. Petraeus condemned Iran for its role in helping plan a major assault by the Special Groups on the Green Zone in Baghdad that occurred in March 2008.[826]

Thus, relying on my background, education, training, and experience, as well as substantial evidence commonly used by experts in relevant fields, it is my expert opinion that given the nature, duration, and magnitude of Iranian material support to these specific Shia militant groups, Iran's assistance was essential to the formation, growth, and survival of these Shia militant organizations, and significantly increased their capabilities. As such, certain attacks in Iraq committed by these groups from at least 2003 to 2011 bear a reasonable connection to Iran's sponsorship and support. Again, while I do not find that any Shia militant groups were likely responsible for the attacks considered, the presence of Shia militant groups in the areas of attacks that I examined does not lessen the likelihood of Iranian support for the attacks.

---

[823] *Fritz v. Islamic Republic of Iran*, 320 F.Supp.3d 48, 66 (D.D.C., 2018). As noted previously in this report, I served as an expert witness in the *Fritz* case.

[824] Ibid.

[825] U.S. Department of the Treasury, "Treasury Designates Individuals, Entity Fueling Iraqi Insurgency."

[826] Melissa Cochrane, *Iraq Report Summer 2007 – Summer 2008: Special Groups Regenerate*, (Washington, DC: Institute for the Study of War, August 2008), p. 10, https://www.understandingwar.org/sites/default/files/reports/IraqReport11.pdf.