# **EXHIBIT #4**

CJTF7-CASUALTY

From:
Sent:    (b)(3)130b, (b)(6)
To:

Cc:      CRC, M&RA Casualty Officer, HQMC
Subject: CASUALTY REPORT-INIT DIV915-H KIA-LAMBERT,J.P.-USA


CasExp.rsf

```
<<CasExp.rsf>>
**************************************************
***********    CASUALTY REPORT    ***********
**************************************************
```

(01) Report Type: INIT

(02) Casualty Type: HOSTILE

(03) Casualty Status: DECEASED

(04) Report Number: DIV915

(07) Category: ACTIVE DUTY/

(08) SSN(New/Old):  (b)(6)

(09) Name(Last/First/Middle/Sfx): LAMBERT/JAMES/P/

(12) Rank: PFC

(13) Service/Component: USA/REGULAR

(14) Organization/Station: HHC, 1-32 IN, 1-1 ID, 1ST MARDIV

(15) Duty MOS/AFSC: 14S10

(36) Date/time of Incident: 20040525/0850//

(39) Circumstances: PFC LAMBERT WAS KIA FROM AN EXPLOSION WHILE CONDUCTING COMBAT OPERATIONS IN THE AL ANBAR PROVINCE. UNKNOWN IF NOK HAS BEEN NOTIFIED. THIS IS A FINAL PCR.

(40) Inflicting Force: ENEMY FORCES

(61) Additional Remarks: REQUEST CACOS TACTFULLY INFORM NOK THAT WHEN THE MEDIA IS ALERTED TO SPECIFIC INFORMATION ABOUT A CASUALTY (INFORMATION SUCH AS LOCATION, SPECIFIC INJURIES, UNIT, ETC.), IT PROVIDES THE ENEMY AN IMMEDIATE BATTLE DAMAGE ASSESSMENT (BDA), NOT OTHERWISE AVAILABLE TO HIM. THIS TYPE OF INFORMATION GIVES THE ENEMY THE ABILITY TO INFLICT FURTHER CASUALTIES ON FORCES IN THE THEATER.

(70) Software Version: DCIPS Forward - Version 3.2 ;    DB - Version 1.2M

Supp. Item(s): 10, 11, 24, 25, 30, 31, 32, 33, 34, 35, 37, 45, 46, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59,

1