# **EXHIBIT #5**

# Ops Report



Tuesday, 25 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | May 25 2004 08:50:00 |
| is Closed | TRUE |
| Summary | INITIAL REPORT: AT 0850, A 1-32IN PATROL TRAVELING IVO WEST FALLUJAH WAS ATTK BY AN IED. THE TATK RESULTED IN 2X CF (US) KIA AND 2X CF (US) WIA. 1X WIA IS ROUTINE, THE OTHER IS ENROUTE TO 31CSH. UNIT WAS CONDUCTING CMO OPS AND ENROUTE TO A SHEIK MTG AND HAD COMPLETED A SCHOOL ASSESSMENT. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | May |
| Day Occurred | 25 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary RC | USD-C |
| Primary AO | 1/82 ABN |
| Primary District | Al Fallujah |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | MEF LNO-418250 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTK ON 1-32IN IVO FALLUJAH: 2 CF KIA, 2 CF WIA |
| Association Count | 2 |
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 2 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |

## Ops Report

| | |
|---|---|
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Fallujah |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=7F61BD80-6DFC-4597-B438-AC75367DD12E&entity=report |
| Date Occurred Excel UK | 25/05/2004 |
| Date Occurred Excel US | 05/25/2004 |
| Date Posted(Z) | May 25 2004 07:19:54 |
| Date Updated(Z) | May 25 2004 07:55:03 |
| FOB | Baharia |
| Latitude | 33.3383335751 |
| Longitude | 43.7438298582 |
| MGRS | 38SLB831895 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 7F61BD80-6DFC-4597-B438-AC75367DD12E |
| Reporting Unit | Not Provided |
| Route | ASR Michigan0 |

## Ops Report

| | |
|---|---|
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/82 ABN | Fallujah | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|

## Ops Report

| | | | | | |
|---|---|---|---|---|---|
| Improvised Explosive Device (IED) | EEF40983-32E1-4829-B6CF-33B329CB937D | | Explosive Hazard | IED Explosion | |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 54A548BD-1C27-47C7-8776-0263D84018F0 | Explosive Hazard | | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | May 25 2004 07:19:54 | (More not shown) |

12 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AOR, Primary Region, Reintegratees Count, Report Number, 18 Empty Tables

Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)