# **EXHIBIT #7**

# REPORT OF CASUALTY

**HEADQUARTERS, U.S. MARINE CORPS**
3280 Russell Road
Quantico, VA 22134-5103

**REPORT CONTROL SYSTEM**
DD-P&R(AR)1664

| 1. REPORT NUMBER | 2. REPORT TYPE | 3. DATE PREPARED |
|---|---|---|
| 244-04 | Final | 18 Oct 2004 |

## 4. SERVICE IDENTIFICATION

| a. NAME (Last, First, Middle and Suffix) | b. SOCIAL SECURITY NUMBER | c. GRADE/RANK/RATE | d. OCCUPATION CODE |
|---|---|---|---|
| Godwin, Todd Justin | 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 | Cpl | 0311 |

| e. COMPONENT | f. BRANCH | g. ORGANIZATION |
|---|---|---|
| Regular | USMC | H&S Co, 1st Bn, 8th Mar, RCT-7, 1st Mar Div, Camp Pendleton, CA |

## 5. CASUALTY INFORMATION

| a. TYPE | b. STATUS | c. CATEGORY | d. DATE OF CASUALTY | e. PLACE OF CASUALTY |
|---|---|---|---|---|
| Hostile | Deceased | DWRIA | 20 Jul 2004 | Al Anbar Province, Iraq |

**f. CAUSE AND CIRCUMSTANCES**
Hostile Action: Result of multiple traumatic injuries receieved from and explosion while conducting combat operations during Operation Iraqi Freedom.

| g. DUTY STATUS | h. FLIGHT STATUS | i. BODY RECOVERED |
|---|---|---|
| Active Duty/Hospitalized | Not Applicable | Yes |

## 6. BACKGROUND INFORMATION

| a. DATE OF BIRTH | b. PLACE OF BIRTH | c. COUNTRY OF CITIZENSHIP |
|---|---|---|
| 04 Mar 1983 | Coshocton, OH | United States |

| d. RACE | e. ETHNICITY | f. SEX | g. RELIGIOUS PREFERENCE |
|---|---|---|---|
| White | None | Male | Baptist Churches |

## 7. ACTIVE DUTY INFORMATION

| a. PLACE OF ENTRY | b. DATE OF ENTRY | c. HOME OF RECORD AT TIME OF ENTRY |
|---|---|---|
| MEPS Columbus, OH | 10 Jul 2001 | Zanesville, OH |

| d. DATE TOUR COMMENCED | e. PRIOR SERVICE INFORMATION | f. RECORD OF EMERGENCY DATA FORM DATE |
|---|---|---|
| N/A | N/A | 26 Feb 2004 |

## 8. PAY INFORMATION

| a. PAY GRADE | b. BASIC PAY | c. INCENTIVE/ ADDITIONAL PAY (State type) | |
|---|---|---|---|
| E - 4 | $1,638.30 | IDP | $225.00 |

## 9. INTERESTED PERSONS (Name, Address, and Relationship)

(b) (6)

## 10. REMARKS (Continue on separate sheet if necessary)

Item 8c cont.: HDP: $100.00

**FOOTNOTES FOR ITEMS 9 AND 10**
1. Adult next of kin
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

## 11. REPORTING INFORMATION

| a. COMMAND AGENCY | b. SIGNATURE ELEMENT | c. REPORT FOR VA TO FOLLOW |
|---|---|---|
| Service Record/DD Form 2064 Certificate of Death (Overseas) | (b) (6) | No |

| 12. DISTRIBUTION | 13. SIGNATURE ELEMENT |
|---|---|
| OSGLI, DFAS-KC, VA | (b) (6) |

By direction of the Commandant of the Marine Corps
NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAY 2000     Previous editions are obsolete

Approved for Release