# **EXHIBIT #8**

SECRET//REL MCFI   DECLASSIFIED

From 201900DJUL04 to 211900DJUL04

# I MEF Situation Report

DTG: 212200DJUL04

1. **Commander's Assessment:** Attacks continued a saw tooth trend, three to four days of below average numbers and one to two days of increased attacks. Intelligence reports have been consistent as they continue to identify high threat areas. Recent reports indicate possible suicide bombers planning attacks in the vicinity of Khalidiyah and Karmah on the 23rd. Targets are identified as the Shahabi ING. Threats and intimidation continue against MNF collaborators, specifically the ING, as evidenced by recent kidnappings and attacks against ISF outposts across the AO. An ING company was hit by an IED in the southeastern portion of Iskandariyah, resulting in seven ING WIA.

Despite insurgent activity, effective steps are being taken across the Al Anbar province by Iraqi civic organizations to establish economic and political prosperity. Two of the most prominent families from different tribes recently met in Camp Blue Diamond to discuss issues of joint concern. They publicly stated their intentions to support the provincial governor and work out their tribal differences. This effort, in conjunction with Monday's successful IZ Contractor Conference, engenders hope that regional leaders can build a prosperous and safe Iraq through individual incentives and public support of the IIG.

The weekly atmospherics roll-up by MNF-W intelligence, CA and IO teams still indicate a positive outlook on the part of the local populace. Our assessment is they understand there remain many security challenges. Despite mixed opinions about MNF presence, they remain supportive of any group that can provide security, economic prosperity, power and water. "Tolerant" cities in the North Babil to Fallujah regions continue to support ISF despite AIF activity. Local disagreements between the sheiks council and city councils in the region have been worked out through continued negotiation and peaceful protests. MNF-W CA's assessment is while disagreements continue, the lack of a violent response is positive as local leadership adopts democratic means to voice concerns. In the areas from Fallujah to Ramadi, the mood is generally positive. Rhetoric from the mosques in the area is mixed. Civic leadership has made constructive moves toward establishing a more secure region through economic and infrastructure enhancement. The western regions have been the least controversial despite high insurgent activity focused in Husaybah and Rutbah.

MNF-W Force Protection TF-Justice personnel have been working with the Kuwaiti National Committee for Mass Graves and POW Affairs. The team has been searching for the remains of the 605 POWs and detainees from the 1990 Iraq-Kuwait War. Two mass graves were unearthed recently. The graves contained the remains of 48 bodies, all of which have been returned to Kuwait. The investigation continues. It is believed these bodies are part of the original 605 Kuwaiti citizens reported missing at the close of the war. Future mass graves searches are planned 30km west of Ramadi 25-31 July.

**Intelligence Overview of the AO:** Insurgent networks are recovering from the disruption of the accelerated ToS and are returning to an operational footing. This past week in the MEF AO there have been nine direct attacks against elements of the Iraqi Security Forces resulting in several police, ING soldiers and Iraqi civilians killed. Attacks this week included command-detonated

SECRET//REL MCFI

Case 1:21-cv-01808-RDM   Document 86-8   Filed 03/31/25   Page 3 of 8
Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL MCFI

IEDs, IDF, kidnappings and assassinations. The message throughout the ITO is essentially the same - AIF will violently resist the stabilization of a government established by non-Muslims and foreigners.

The average Iraqi in Al-Anbar is deeply ambivalent, desiring both economic and physical security and the departure of those forces that will provide that security at the same time. A gap exists between the public's perception of ISF abilities and reality. Many also feel more secure in the traditional authority figures in the tribe and the mosque. The transfer of allegiance from a concrete, if illiberal and imperfect, safety net to the abstraction of civil society based on the rule of law is a frightening choice for many at this point. However, in some areas, specifically northern Babil, local residents are becoming increasingly dissatisfied with AIF activities and violence and are starting to take an active role in implementing security in their cities and towns. Based upon reporting from Fallujah, vigilante tribal militias are also helping rid the city of the unwanted FF influence.

As the MNF attempts to replace its visibility with an Iraqi face, the insurgency may intensify its efforts to take advantage of a perceived operational vacuum and test the ISF & IIG's resolve. As we approach the National Conference, the IIG will be challenged with building national, ethnic, tribal and political consensus. The Iraqi populace will show its displeasure over continued lack of basic services – security, employment, water, and electricity – and blame the IIG for its perceived failures. Islamic extremists will very likely try undermining those efforts and create the chaos that will allow them to have greater operational freedom. FRE will exploit this unrest to prolong the suffering. They hope that a tired Iraqi populace will eventually invite their return to power (See current I MEF INTSUM for further details).

2. Current Ops
   - 1st MarDiv
     - **Commander's Assessment:** The Arab tribal system makes up the social nucleus of the Sunni communities throughout our zone. Some tribes are neutral, many are opposed, and none favor MNF presence. Tribal leaders often influence the local economy and security, perhaps the two most important issues for disgruntled Iraqis. In the highest levels of national institutions, enlightened and educated Iraqis are more capable of transcending the tribal/clan dynamics. In the more rural areas, however, tribal and religious associations are stronger and more influential. Tribal social networks are the result of centuries of life in a harsh and often hostile environment. Formed for survival, the tribes can have interests that conflict or coincide with IIG interests. The tribe, therefore, can both help and hurt Iraqi stabilization efforts. Examples of harnessing tribal influence for are the Abu Nimr tribe out west and the Albu Issa in Fallujah. Disturbing examples are Iraqi police refusing to raid a home that belongs to a clan member from the Abu Ghanem and Al-Jumaila tribes; they are characterized by criminal and AIF activity. Historically, the Saddam regime understood and appreciated the importance of channeling tribal influence. Fallujah in particular, hosted many influential tribes that the former regime purposely engaged – they seduced, bribed, coerced, and did whatever was necessary to maintain control of Fallujan tribal influence. If our goal is to establish a stable, secure, and democratic Iraqi state, the empowerment of tribes must be dealt with wisely. Too much dependence on the tribes to counter insurgents can have long term negative impact on the development of a democratic Iraq. However, honoring tribal leaders by paying deference to their position can help to generate a modicum of good will. Tribal interests will continue to influence local decisions. Their legitimate influence will permeate the society and will remain as both a potential adversary and resource for the foreseeable future.

Case 1:21-cv-01808-RDM   Document 86-8   Filed 03/31/25   Page 4 of 8
Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL MCFI

Operating Principle Reminder: The enemy knows he can not stand up and fight us in a conventional battle, and has focused his resources towards TTPs that do not involve direct contact with MNF, both with timed IDF devices and increasingly complex and sophisticated IED ambushes. One recent example involved a decoy IED that was meant to be seen, which positioned MNF for vulnerability to the primary device. Another was a ruse used to lure us in to examine what appeared to be a technical vehicle; this vehicle was actually a VCIED used to target EOD personnel. The enemy may booby trap IEDs to prevent tampering, or even use seismic switches to detonate IEDs when vehicles with the signature of MNF vehicles drive over them. Commanders, ensure that your troops are aware of the changing TTPs in our zone, especially the adaptations the enemy makes in his use of IEDs. Take no risks to personnel to solve a problem that can be solved by a machine or discrete fire. Use of javelins or tows on suspect VCIED/VBIEDs is encouraged when the on scene commander determines it appropriate.

Blue Diamond Recognizes the sacrifice of: Cpl Todd Godwin, 1st Bn, 8th Mar, 1st Marine Division. Died of wounds, 20 July 2004 from IED, Falluja, Iraq.

- **Actions during previous 24 hours:**
  - Division HQ: 1 MarDiv sponsored the Habbaniyah Sewing Center ribbon-cutting ceremony. The Mayor of Ramadi and Director of Economics attended, as did the Iraqi media. Our intent is to use the sewing centers as an innocuous cover for getting women together and connected. Using computers and other electronic means, these connected centers may provide a basis for women's political empowerment, the sewing centers serving as a gathering place for them.
  - Security and sustainment operations (SASO), CA operations and Information Operations (IO) ISO IIG, ISF and Transfer of Sovereignty (ToS).
  - Ongoing: counter-mortar / rocket / IED / ambush operations; offensive operations to kill / capture High Value Targets (HVTs); combined patrols, training ops and checkpoint ops to improve credibility and capability of Iraqi National Guard (ING) in zone; overwatch, sniper ops and OP/LPs along MSRs; cache searches; counter-smuggling ops.
  - 1BCT is Main Effort.
  - 1 Showani Special Forces Company TACON to 1st Recon Bn.
  - Continued "SPEED BUMP III."
  - Conducted Enhanced Platoon Training with 40 Iraqi National Guard soldiers from Habbaniyah and An Nakhayb.
  - POE Husaybah on the Syrian border closed for fifth consecutive day due to worker absenteeism caused by an uncertain security situation.
  - Security meeting held with regional commanders at Korean Village with Ar Rutbah, Akashat, Waleed, and Trebil representatives from ISF organizations.

- 3d MAW
  - **Commander's Assessment:** We are planning missions for execution in the near future that will utilize expertise not frequently used. When these missions occur, we must plan with enough lead time to allow all involved units to work through the problems and allow a rehearsal of the mission if time and assets allow. A mission rehearsal is an important factor in the success or failure of a mission and allows all involved to adequately prepare for the particular requirements, raise proficiency, and identify hidden challenges associated with

Case 1:21-cv-01808-RDM   Document 86-8   Filed 03/31/25   Page 5 of 8
Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL MCFI

the operation. Our mission is to ensure the best possible support for the IMEF requirements in Iraq. We have been here for a number of months now and have performed admirably. We will not let our past mission success allow us to think we can do any mission without the proper planning and rehearsal necessary. Bringing all involved units into the planning processes as early as possible will allow proper discussion, planning, and practice prior to execution.

Currently the MWSS is installing M-31 arresting gear for use by the incoming F-18D squadron. The gear will be placed approximately 1000 feet from the end of the runway. Within a few more days we will be making a cut across the active runway to allow a radar cable to be run from mid-field to the host nation tower structure. There will still be 8,000 feet of usable runway during this time. Neither of these projects are expected to significantly interfere with flight operations, and both will be properly NOTAM'd. Expect projects like these to continue periodically during the transformation of this base toward the strategic overwatch status it is being nominated for. We can't avoid these minor interruptions as we continually improve, but we can, and will, minimize the detrimental impact to the flight operations surrounding them as much as possible.

- 1st FSSG
  - **Commander's Assessment:** As part of our continuing force protection action, we conducted a no notice force protection battle drill aboard Camp Taqaddum today. Drill was initiated by a simulated VBIED attack and was designed to test execution of internal procedures to respond to an attack. 3/24's QRF responded within eight (8) minutes of notification; emergency responders reported to the point of attack within (10) minutes of notification. A key challenge remains our ability to alert personnel throughout the Camp should communications be down. We attempted using a temporary siren system but this proved ineffective beyond the immediate vicinity of the system. Obtaining and integrating the "Big Voice" public address system will significantly enhance our ability to communicate aboard the Camp.

    My staff is working with the 3d MAW here at Taqaddum to determine specific gravel requirements (quantity and size/type) for the CH-53 dust abatement requirement. Upon receipt of the requirement from MWSS 374, my staff will submit the DD 1149 to MEF contracting for procurement. Until today, we were not aware that CH 53s would be based here at Taqaddum.

- MEG
  - **Commander's Assessment:** The recent Contractor Conference at Blue Diamond was a resounding success and was one in a series of conferences held for the specific purpose of promoting contract opportunities to the contractors in Al Anbar Governorate. In Fallujah we meet with contractors on a continuous basis with their daily interactions with contractors at FLT. OICC Det Al Asad is planning a Contractor Conference for Western Al Anbar Contractors for 5 August.

    Awarded 3 contracts for the construction of our final 24 IBP outposts (8 per contract) for $6.9 million. With the award of these contracts, all 32 IBP outposts are under contract with 8 currently under construction. In the current IBP program the only remaining projects are the PCO executed POE improvements and the OICC executed paved border patrol road

4
SECRET//REL MCFI

~~SECRET//REL MCFI~~

project. The road project is being developed and is only partially funded at this time. We are working with the IBP to identify the road priorities and solicit contracts within current funding and pursuing funding for the entire program.

- MHG
  - **Commander's Assessment:** At 0800 damage reported to the pumping station (vic LB936816), which normally provides 200,000 Gal of untreated water to the camp. No water is currently flowing and an assessment team from NMCB-74 accompanied the QRF to recon the situation. Bottled water stocks are at 7+ DOS. Water to the hardstand buildings and shower trailers has been secured. Should be able to maintain essential water services for an indefinite period with water pumped to Camp Baharia from a separate location of the canal south of Camp Fallujah. Should that pump house get knocked out of service the local camps would have about 3 DOS at highly reduced usage. Recon team reports that the building was blown up by saboteurs and it collapsed on the pumping equipment. Work will begin tomorrow to restore it to operational condition.

- 3rd CAG
  - **Commander's Assessment:** I MEF hosted General John Keane USA (Ret). As part of the Operations/ intelligence brief to the General the CAG presented its current priorities of assistance to Iraqi self-governance and development of the economy. The CAG also emphasized its methodology of insuring the Iraqi's took the lead and that the CAG remained in a support role.

    Commanding Officer returned from Amman, Jordan July 17-21 after having completed preparations for the Al Anbar Businessmen's conference to be held in Amman Jordan from July 27-29.

  - **Critical Commodity Areas**
    - See current 3rd CAG Sitrep for CMO Assessment of Cities.
    - PUBLIC HEALTH
      - [redacted] completed Significant Public Benefit Parole (SBPB) requests for [redacted]. Also completed SBPB attestation statement. These documents will be used in an attempt to obtain humanitarian parole for [redacted] and expedite the MedEvac to CONUS. Documents forwarded to [redacted] in Baghdad.
      - Met with MoH representatives as well as Seabee, 1-16 IN and 1-5 FA representatives to discuss "Magnet Primary Health Clinic" concept, which has been proposed for the Imam Ways area. An MFR signed by the DG for the MoH, [redacted], was produced, and work is underway to get a statement from the Ministry of Agriculture securing the land for the project. [redacted], presented plans as well as a SOW approved by the MoH. The group will meet again on 28 July to look at a list of approved contractors and continue discussions on the project.
      - Sample individual first aid kit and a medic bag were brought in by the MoH rep, [redacted], for inspection. They will be shown to the Division Surgeon and [redacted] to see if they would be acceptable for the ING's medical needs.

5

~~SECRET//REL MCFI~~

Case 1:21-cv-01808-RDM   Document 86-8   Filed 03/31/25   Page 7 of 8
Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL MCFI

3. Last 24 Hours

   **210330DJUL04** 1-34 AR Conducts Operation RED RAIDERS Northwest of Khalidiyah
   The targets of the operation are (b) (6)                                          . (b) (6) is the leader of an insurgent cell influencing political turmoil in Ar Ramadi and leader of the Imam Hubwiya Forces. (b) (6). He lives 4KM northwest of Khalidiyah. (b) (6)           and (b) (6)    with planning and money to support his operations. (b) (6) lives 20m south of (b) (6). UPDATE: 1-34 AR reported that both houses were searched with nothing significant found. Individuals near the objective were questioned and said that neither target had been around for months. 1-34 AR reported that a vehicle accident occurred when a HMMWV rolled over. There were (3) FWIA. (2) were routine casualties that were treated and released. A priority casualty had a knee injury and was taken to TQ for further treatment.

   **210100DJUL04** 3rd MAW Reports SAFIRE SW of Abu Ghurayb
   A section of CH-46 aircraft (Sexton 47) received AAA fire of at least 12.7mm IVO Abu Ghurayb. Each aircraft reportedly received 50-60 rounds. The aircraft then returned fire with approximately (30) .50cal rounds per aircraft. There were no effects on the section.

   **210056DJUL04** 2/4 Snake Pit OP Engaged NW Ar Ramadi
   2/4 Snake Pit OP, in northwestern Ar Ramadi, was engaged by small arms fire 100m west of the OP. The Marines returned fire with M240G at the attackers. The Marines had (1) WIA with a GSW to his right leg. F Co, 2/4 QRF has been dispatched to conduct a search of the area and to conduct ground-MedEvac. 2/4 reported the WIA's GSW was from his own 9mm pistol. The initial report is the M9 pistol discharged when he was pulling it out of his holster to return fire. 2/4 will continue to investigate the incident. 2/4 QRF completed their search of the area where they were attacked with nothing significant found. WIA air-MedEvac to 31st CSH.

   **202106DJUL04** MP 3/7 Convoy Report IED Attack IVO Al Qaim
   An MP, 3/7 convoy was struck by an IED 5KM northwest of Al Qaim. (2) Marines were initially assessed as having minor injuries. (1) vehicle took shrapnel to the windshield and the hood. During a short security halt to assess damage, it was determined that another Marine and their translator have suspected concussions – (4) FWIA total.

4. Next 24 Hours
   - 1st MarDiv
     - SASO, CA and IO ISO IIG, ISF and ToS.
     - Continue ongoing operations.
     - 1BCT is Main Effort.
     - Continues to integrate the Iraqi highway patrol into their ops on MSR Mobile.
     - 2/7 conducts extended duration saturation patrols of Abu Tiban area (southern portion of 2/7 zone).
     - Supports meeting between state dept representatives and key IZ leaders.
     - Conducts a heliborne assault on a suspected terrorist training camp north of ASR Lincoln.
     - SCCO Det continues waterborne night patrols.

~~SECRET//REL MCFI~~

5. Major Unit Locations

| Unit | Location | Grid |
|---|---|---|
| I MEF CP | Camp Al-Fallujah | (b)(1)1.4(a), (b) (7)(f) |
| MEG CP | Camp Al-Fallujah | |
| 1st Mar Div CP | Camp Blue Diamond HQ | |
| RCT 7 CP | Camp Al-Asad | |
| RCT 1 CP | Camp Al-Fallujah | |
| 1/1 BCT | Camp Ar Ramadi | |
| 3rd MAW | Camp Al Asad | |
| 1st FSSG CP | Camp Taqaddum | |
| CSSG-15 | Camp Taqaddum | |
| CSSG-11 | Camp Blue Diamond HQ | |

6. Combat Power (Air)

| AH-1W | UH-1N | CH-46E | CH-53E | KC-130 | AV-8B | RQ-2B | UC-35 |
|---|---|---|---|---|---|---|---|
| 35/29 | 17/10 | 57/45 | 24/19 | 6/5 | 26/20 | 7/7 | 1/1 |
| 83% | 59% | 79% | 79% | 83% | 77% | 100% | 100% |

Combat Power (Ground) (USMC)

| HMMWV TOW | HMMWV HARDBACK | AAV FOV | LAV FOV | TANK COMBAT | HOWZITZER M198 |
|---|---|---|---|---|---|
| 101/89 | 443/419 | 78/70 | 116/100 | 34/31 | 18/18 |
| 88% | 95% | 90% | 85% | 91% | 100% |

Combat Power (Ground) (Army)

| M1/A1/A2 | M2/A1/A2 | M1064 | M109A6 | SCOUT HMMWV |
|---|---|---|---|---|
| 14/14 | 30/30 | 8/6 | 6/6 | 121/120 |
| 100% | 100% | 75% | 100% | 99% |

Declassified By: M. R. Nation, COS, Per CCR 380-14 & MARCENTO 5513.1B, Date: 20221220

**APPROVED FOR RELEASE**

7

~~SECRET//REL MCFI~~ DECLASSIFIED