# **EXHIBIT #10**

# REPORT OF CASUALTY

**HEADQUARTERS, U.S. MARINE CORPS**
2008 Elliot Road
Quantico, VA 22134-5103

**REPORT CONTROL SYMBOL**
DD-P&R(AR)1664

| 1. REPORT TYPE | 2. DATE PREPARED |
|---|---|
| Final | 03 Jan 2005 |

### 3. SERVICE IDENTIFICATION

| a. NAME (Last, First, Middle and Suffix) | b. SOCIAL SECURITY NO. | c. RANK | d. PAY GRADE | e. OCCUPATIONAL CODE/RATING |
|---|---|---|---|---|
| McCormick, Brad Preston | 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 | Cpl | E-4 | 0311 |

| f. COMPONENT | g. BRANCH | h. ORGANIZATION |
|---|---|---|
| Reserve | USMC | I Co, 3d Bn, 24th Mar, 1st Mar Div, Camp Pendleton, CA |

### 4. CASUALTY INFORMATION

| a. TYPE | b. STATUS | c. CATEGORY | d. DATE OF CASUALTY | e. PLACE OF CASUALTY |
|---|---|---|---|---|
| Hostile | Deceased | Killed In Action | 19 Aug 2004 | Al Anbar Province, Iraq |

**f. CIRCUMSTANCES**
Hostile Action: Result of multiple traumatic injuries received from an explosion while conducting combat operations during Operation Iraqi Freedom.

| g. DUTY STATUS | h. BODY RECOVERED |
|---|---|
| Active Duty/On Duty | Yes |

### 5. BACKGROUND INFORMATION

| a. DATE OF BIRTH | b. PLACE OF BIRTH | c. COUNTRY OF CITIZENSHIP |
|---|---|---|
| 01 Oct 1980 | Cookeville, TN | United States |

**d. RACE**
White

| e. ETHNICITY | f. SEX |
|---|---|
| None | Male |

**g. RELIGIOUS PREFERENCE**
Church Of Christ

### 6. ACTIVE DUTY INFORMATION

| a. PLACE OF ENTRY | b. DATE OF ENTRY | c. HOME OF RECORD AT TIME OF ENTRY |
|---|---|---|
| Nashville, TN | 05 Jan 2004 | Allons, TN |

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*
WAR ON TERRORISM / OPERATION IRAQI FREEDOM
(b) (6)

**** End of Interested Persons ****

Item 8c cont.: HDP $100.00

**FOOTNOTES:**
1 Primary next-of-kin.
2 Beneficiary(ies) for death gratuity - as designated on record of emergency data.
3 Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

### 8. REPORTING INFORMATION

| a. COMMAND AGENCY | b. DATE RECEIVED |
|---|---|
| Service Record/DD Form 2064 Certificate of Death (Overseas) | 15 Nov 2004 |

| 9. DISTRIBUTION | 10. SIGNATURE ELEMENT |
|---|---|
| OSGLI, DFAS-KC, VA | (b) (6)<br>By direction of the Commandant of the Marine Corps |

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

**DD FORM 1300, FEB 2011**   PREVIOUS EDITION MAY BE USED.   Page 59 of 97   Adobe Professional 8.0

*Approved for Release*