# **EXHIBIT #11**

~~SECRET//REL MCFI~~    DECLASSIFIED

From 191900DAUG04 to 201900DAUG04

# I MEF Situation Report

DTG: 202200DAUG04

1. **Commander's Assessment:** Major General J. N. Mattis transferred command of 1st Marine Division to Brigadier General R. F. Natonski in a ceremony held at Camp Al Asad this morning. Major General Mattis has served the warfighters of the 1st MARDIV with distinction and will be greatly missed. Brigadier General Natonski comes to the Division with an impeccable military reputation and will ably and seamlessly lead the Ground Combat Element of the MEF. We wish fair winds and following seas for General Mattis.

   [(b)(1)1.4(c)] across the zone indicates a general undertone of concern for security while waiting to see the outcome of events in Najaf and Fallujah. Concern for the security and protection of those who would normally be willing to help MNF-W are feeling coercion from MM/AIF to reject the influence of MNF. The popular feeling "on the street" is that unless we deal with the opposition forcefully, we will lose our toehold in the Province.

   11 MEU has received conflicting reports from the Minister of Defense and the Prime Minister's office suggesting that Sadr had vacated the Imam Ali Mosque and calm was restored in Najaf. Later the MEU received a report that 6500 MM were assembled 7km south of Najaf. Both of these reports were inaccurate, and left the MEU concerned that widespread rumors and conjecture rather than reality were influencing the decision making of the IIG. The reality is that MM forces continue to control the Imam Ali mosque and attack MNF-W and ISF in and around Najaf and Kufah. 11 MEU, with ISF, conduct limited offensive operations in order to keep MM forces off balance without being decisively engaged. Military operations are intended to isolate MM forces in order to defeat them when required. 11 MEU continues wargaming and planning in anticipation of conducting offensive operations to destroy MM in zone and to remove all MM forces from the Imam Ali Mosque. The actual casualty figures from the MM attack on the IP station in Najaf were much higher than first reported. The final casualty count was 7 IP KIA and 35 IP WIA. There were over 400 detainees in the IP station that were uninjured and who remain in prison due to the aggressive IP response. The ability of the IP to hold their position and successfully defend their station from such a violent attack is noteworthy. MNF-W is pleased to be working along side such a professional force. We appreciate the MNC-I support to 11 MEU in moving the 107 detainees from FOB Duke to Abu Ghurayb prison. The IP wanted these MM detainees moved in order to mitigate the threat of MM attack on the IP station. While the move did not prevent the attack on the IP station, it certainly safeguarded those detainees from MM attack.

   Effectiveness and presence breeds trust among locals. A small example of such trust was when TF 2/2 engineers, responding to a tip from locals, discovered an ammunition cache consisting of 700 X 7.62mm rounds. The ammunition was taken to Camp Mahmudiyah for disposal.

   MNF-W has been conducting successful joint operations with ING. D/507th ING conducted a raid in Musayyib. The target was [(b)(6)], suspected leader of an AIF cell. At the target site, the ING [(b)(6)]. [(b)(6)] were detained and interrogated in separate rooms. [(b)(6)] as the leader of an AIF cell, providing significant intelligence information to ING. [(b)(6)] was released after questioning. 24 MEU was

~~SECRET//REL MCFI~~

Page 1 of 7

~~SECRET//REL MCFI~~

very pleased with the performance of the ING during this raid and will continue to foster interoperability and an effectual ING.

**Intelligence Overview of the AO**

- **AO Raleigh:** Recent reporting suggests that the Salafist movement in Fallujah, of which (b) (6) is the reported leader, has lost much of its popular support. The Salafists' actions are not conducted for ideological or religious reasons, but rather as defensive measures in order to survive. (b) (6) is reported to personally lead approximately 500 insurgents, of which 100 are believed to be in Fallujah. The rest are scattered throughout the country. Most of (b) (6) followers are non-Iraqis. There have been conflicting reports about the relationship between (b) (6) in the past, but a recent source states that the two currently hold each other in high esteem and are working together.

- **AO South:** The Iraqi government is poised to send ISF into the Imam Ali Mosque to forcefully expel the MM. Meanwhile, the MNF is tightening its cordon around the Imam Ali Shrine and in the process and continues to receive intermittent enemy fire. There are an estimated 2,000 human shields holed up inside the mosque. Whether the MM is forcibly or voluntarily dismantled, their influence is not expected to dissipate immediately. Should Sadr become incapacitated or killed, the MM has developed a contingency plan to deal with this leadership vacuum by forming an interim committee of senior advisors. However, Sadr will likely flee if endangered as he has in the past. There is also reportedly an Iranian group that plans to create a clandestine replacement organization that will fight on behalf of the MM. In the final analysis, the voluntary withdrawal or forcible destruction of Sadr's forces in Najaf may serve as a short-term victory for Allawi's administration; however, fighting is likely to continue. Instability in Iraq serves Iran's goal of weakening the perceived US encirclement of Iran and prevents the US from focusing its efforts against the Iranian government.

- **AO Topeka:** Recent reliable reporting indicates insurgents plan to strike MNF APCs traveling between Ramadi and Fallujah. These ambushes are purportedly supposed to take place from 18-23 August, and it is likely that the enemy has already staged ammunition at cache sites near the attack positions. The same source reported that the AIF is attempting to recruit anti-MNF contractors at Habbaniyah (probably a reference to Camp Habbaniyah or Taqaddum) to poison food or beverages on base.

- **AO Denver:** Five Syrian insurgents and an undetermined number of FF are believed to be hiding in Rawah at the residence of (b) (6), 1st Marine Division (b) (7)(f). This house was raided in July, but (b) (6) was not captured and he remains a fugitive. In the village of (b) (6) has been preaching anti-MNF sermons. This region has historically been pro-MNF, and it is assessed that the recent change in attitude was probably caused by the ingress of AIF to the area (See current I MEF INTSUM for further details).

2. Current Ops
    - 1st MarDiv
        - **Commander's Assessment:** In AO Atlanta, MNF and IIG face an enemy composed of four elements: FRE, Islamic extremists, and tribal factions, each containing or operating with a criminal element. The FRE seek to reestablish a Ba'athist regime dominated by Sunni Iraqis. Islamic extremists seek to destabilize Iraq, making it a haven from which they can export jihad to other Arab states, most notably Saudi Arabia. Tribal leaders desire to regain their position of prominence and gain control over economic interests in order to enrich themselves. The criminal element is composed of smugglers who move arms and

2
~~SECRET//REL MCFI~~

SECRET//REL MCFI

foreign fighters into Iraq; arms dealers who provide weapons and ammunition to insurgents, kidnappers who target cooperative Iraqis and sell them to AIE for profit; and hijackers who steel goods and sell them to support insurgent operations.

FRE have the will and patience to conduct a prolonged insurgent campaign against the IIG and the MNF. Their goal is to wear down MNF resolve by inflicting a number of casualties unacceptable to the MNF home front and to destabilize and debilitate the IIG in order to prevent reconstruction from taking hold. By driving out the MNF and crippling the IIG's ability to improve living conditions for Iraqis, the FRE hope to set the stage for a Ba'athist return to power. This insurgency is well-funded and has a well-organized leadership that enjoys a safe haven in neighboring states, particularly Syria.

Islamic extremists' long-term goal is to see the re-establishment of a caliphate that will rule over the worldwide Muslim community. The defeat and ultimate removal of 'infidel' MNF forces from Iraq is part of their overall strategy to drive western countries from the Middle East, topple 'apostate' regimes, particularly the House of Saud and Pakistan's Musharraf in order to gain Arabia's oil and Pakistan's nuclear weapons. Islamic extremists believe that possession of these resources will allow them to dictate terms to the west for a more 'equitable' division of power and wealth.

Anti-MNF factions oppose the Coalition presence and the IIG in order advance their own tribal – mainly economic – interests. This parochial view makes them vulnerable to manipulation by FRE and resistant to the development of a cohesive Iraqi identity.

Operating Principle Reminder: The enemy possesses some MNF sniper weapons and match grade ammunition. Commanders, alert your forces to the fact the enemy possesses quality sniper weapons & match grade ammunition. Sentries and LP/OPs are at the highest risk. Keep your men moving and alert.

Blue Diamond recognizes the sacrifice of: Cpl Brad P. McCormick, 3d Bn, 24th Mar, 1st Marine Division, KIA 19 August 2004, vic Falluja, Iraq.

- **Actions during previous 24 hours**
    - Division HQ: Division change of command, Al Asad.
    - Security and sustainment operations (SASO), CA operations and Information Operations (IO) ISO IIG and ISF.
    - Enduring: counter-mortar / rocket / IED / ambush operations; operations to kill / capture High Value Targets (HVTs); combined patrols, training ops and checkpoint ops to improve credibility and capability of Iraqi Security Forces (ISF); overwatch, sniper ops and OP/LPs along MSRs; cache searches; counter-smuggling ops.
    - 1BCT is Main Effort.
    - Recon, the Iraqi Special Forces (ISF) conducted joint interdiction patrols. A large weapons cache was found in sectors 100 east during a joint patrol with the Shehwani Special Forces.
    - Continued Operation "VIGILANT HUNTER" along MSR Mobile to defeat insurgents emplacing IEDs along the MSR. Integrate the Iraqi Highway Patrol with success into operation.

3
SECRET//REL MCFI

~~SECRET//REL MCFI~~

- Security operations along the MSRs/ASRs, around critical infrastructure and in the areas around the camps.
- Coordination with Army units to support their repairs to the Karbala-Musayyib oil pipeline section IVO Haswah.

- 3d MAW
  - **Commander's Assessment:** I MEF operations in AO Raleigh and AO Topeka and Northern Babil over the last few weeks have required and received increased support across the spectrum of aviation functions. The 11th MEU is well engaged in the southern MEF zone. We have and will continue that fight. All indications are that the pace of combat operation in all these areas will continue if not increase. We must be ready to meet any additional support requirements that come our way as a result.

    All MSEs need to take stock of their current disposition of manpower, maintenance, equipment and supplies and plan for increased commitments to the southern and northern MEF zone. We will continue to lean forward to be prepared for a two major engagement level of effort. We must be prepared materially in every functional area and mentally for higher tempo combat operations during this period of transition.

- 1st FSSG
  - **Commander's Assessment:** In anticipation of future operations in AO South, we are prepared to ship 35 pallets of Class V this evening to the 11th MEU via 11th MEU MARLOG flights. Additionally, we are standing by provide critical Class VIII resupply IAW MEU instructions. STP-II is preparing to displace in the event that additional health service support capabilities are required in AO South. Discussions last evening with the 593rd Corps Support Group indicate that the Talil ASP should attain required stockage levels and be operational within the next seven to ten days. This ASP has been designated to support the 11th MEU Class V requirements. In the meantime, we are prepared to cover any shortfalls that cannot be sourced from Talil. Distribution from TQ will be accomplished IAW previously agreed upon CONOPS: 11th MEU MARLOG flights and ground transportation support from the 593rd CSG.

    Had the opportunity to visit with CSSB 7 at Al Asad today and talk with Marines and sailors recently arrived for the second rotation as well as those who are nearing the end of this tour in Iraq. For many, this is their second tour in Iraq. While their focus is at the tactical level supporting MEF forces in AO Denver, they certainly understand the gravity of the Iraqi political situation and the requirement to have the Iraqis govern themselves.

- MEG
  - **Commander's Assessment:** MEG OICC Det received a report from the Fallujah water pump station contractor on 19 and 20 August, that three pumps have been running since the evening of 18 August and that the valves, at the station, are properly adjusted to direct flow to Camp Fallujah. Since no water has reached camp Fallujah to date, the contractor will have one of his personnel chase the pipeline from the pump station to the camp to check for other valves or possible breaks in line.

    Another Camp Fallujah water solution OICC is perusing is the Camp Fallujah Water Well Drilling project. They met with (b) (6) [REDACTED] and sent a message to

4
~~SECRET//REL MCFI~~

Case 1:21-cv-01808-RDM   Document 86-11   Filed 03/31/25   Page 6 of 8
Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL MCFI

(b) (6) requesting a proposal and a meeting date as soon as possible. The contractor was supposed to have a proposal for drilling on 19 Aug to include the costs for drilling (by state owned well drilling company), engineering supervision, hydro geological planning, and consultation. The engineers have not shown up for the meeting as planned.

The MEF Engineer Group expresses its sincere admiration and deep appreciation for the courage and leadership of MG Jim Mattis as he turns over command of 1st Marine Division. His keen intellect, operational focus and aggressive tactics were surpassed only by his care for those troops in his charge. From Afghanistan to Baghdad to Al Anbar, Seabees everywhere have been proud to serve with the consummate Marine warrior. During this time of war, he has been a true inspiration to us all, and the force of freedom has had no better friend. We wish him the very best in the years ahead.

3. Last 24 Hours

**201500DAUG04** 2/7 Detains Hit Area Police Chief
2/7 detained BGen Salaam Humaid Abdullah Sultan Al-Hiti, Hit area police chief, for AIF collusion, participation in AIF propaganda efforts, MNF civil affairs contract embezzlement, IP financial corruption and falsifying IP pay records. BGen Salaam was taken to the Camp Al Asad detention facility and is undergoing questioning by (b)(1)1.

**201000DAUG04** 24th MEU Discovers Large Ordnance Cache West of Al Musayyib
The 24th MEU Command Element, on an armed aerial reconnaissance flight, discovered a large ordnance cache site, 13KM west of ASR San Juan, 22KM east of Al Musayyib in MND-CS AO. The site consists of (8)-(9) large piles of 120mm and larger projectiles. There were numerous tire tracks around the site. 24th MEU is coordinating with MND-CS for recovery/destruction of the ordnance.

**200953DAUG04** IDF Attack on Camp Combat Outpost
Camp Combat Outpost received (5) IDF impacts. Four rounds impacted inside the perimeter and one outside. There were (3) routine FWIA. (2) HMMWVs suffered flat tires. No other damage reported. CBR acquired the POO 3.5KM northeast of Ar Ramadi. 1-5 FA counter-fired with (8) 155mm HE/VT rounds. One of the WIA was treated and RTD. (2) of the WIA are being ground-MedEvac to Camp Ramadi for further treatment.

**200915DAUG04** 3/7 Conducts Cordon & Search, NW of Camp Al Qaim
K/3/7 conducted a cordon and search on a house 12KM northwest of Camp Al Qaim. The target was (b) (6). While the cordon units were moving into position, a male, suspected to be Sa'ad Kurdi, exited the home, compromising the cordon element. The man ran back inside the house. Marines in an overwatch position ("Guardian Angels") engaged the man, wounding him. K/3/7 then entered and searched the house. (3) Men were detained and taken to Camp Al Qaim for questioning. No weapons were found in the house. The wounded man, believed to be (b) (6), was treated and air-MedEvac to Camp Al Asad and then to 31st CSH as a priority patient. Intelligence on (b) (6) indicated that he was heavily armed and traveled with bodyguards.

**200210DAUG04** Predator Engages Enemy Mortar IVO Mosque in Najaf
1-5 Cav reported incoming mortar fire. Q-36 confirmed mortar pos. 1-5 CAV requested clearance to engage target at 0216D. AC-130 and UAV had eyes on. At 0236 clearance was granted. At

~~SECRET//REL MCFI~~

0257 (b)(1)1.4(g), (b) (7)(f) was shot onto the target destroying the tube. UNK IZ pax were observed picking through the rubble. Tube is still assessed as inoperable.

**200025DAUG04** AC-130 Reports Destroying AIF AAA Gun in Fallujah
AAA engaged an A/C-130 gunship in SE Fallujah. At 200036D, the A/C-130 gunship and (2) FA-18s PID a truck with a 23mm AAA piece. The A/C-130 gunship engaged and (2) AIF exited the vehicle and ran into building 200 meters south. The AC-130 engaged the building. AIF then ran to a second building 400 meters southwest of the AAA and were engaged in the street outside. Both individuals were estimated EKIA. The truck driver is also estimated EKIA. The AC-130 also reports the 23mm double barrel AAA piece destroyed. During the engagement, TCP-1 300 meters east of Fallujah, at the intersection of MSR Michigan and MSR Mobile reported hearing a mosque broadcast a call to arms.

4. Next 24 Hours
   - 1st MarDiv
     - Continue combined SASO with ISF. Continue to facilitate coordination of IBP, IP, and ING to support and operate as supporting cohesive units.
     - 1BCT is Main Effort.
     - Graduates the 3rd Hit Plt from training at ING HQs.
     - An initial OPT will be held with the MEU CE ISO Operation PHANTOM BLITZ, where the MSSG will receive guidance for the concept of support.
     - (b)(1)1 and TPT deploy to Haswah IOT monitor atmospherics IVO the city mosque and conduct a PsyOps/IO broadcast.
     - Continues to plan for possible offensive operations in Falluja.
     - MPs continue course of instruction for IP at ISF Professional Center and conduct rte security patrols.
     - Conducts ops north of Euphrates from 20-26 Aug IOT capture/kill IED/mine operators.

5. Major Unit Locations

| Unit | Location | Grid |
|---|---|---|
| I MEF CP | Camp Al-Fallujah | (b)(1)1.4(a), (b) (7)(f) |
| MEG CP | Camp Al-Fallujah | |
| 1st Mar Div CP | Camp Blue Diamond HQ | |
| RCT 7 CP | Camp Al-Asad | |
| RCT 1 CP | Camp Al-Fallujah | |
| 1/1 BCT | Camp Ar Ramadi | |
| 3rd MAW | Camp Al Asad | |
| 1st FSSG CP | Camp Taqaddum | |
| CSSG-15 | Camp Taqaddum | |
| CSSG-11 | Camp Blue Diamond HQ | |

6. Combat Power (Air)

| AH-1W | UH-1N | CH-46E | CH-53E | FA-18D | KC-130 | AV-8B | RQ-2B | UC-35 |
|---|---|---|---|---|---|---|---|---|
| 35/27 | 16/11 | 60/45 | 23/15 | 12/9 | 6/5 | 16/10 | 8/8 | 1/1 |
| 77% | 69% | 75% | 65% | 75% | 83% | 63% | 100% | 100% |

~~SECRET//REL MCFI~~

Combat Power (Ground) (USMC)

| HMMWV TOW | HMMWV HARDBACK | AAV FOV | LAV FOV | TANK COMBAT | HOWZITZER M198 |
|---|---|---|---|---|---|
| 118/107 | 509/488 | 107/97 | 127/118 | 42/36 | 30/29 |
| 91% | 96% | 91% | 93% | 86% | 97% |

Combat Power (Ground) (Army)

| M1/A1/A2 | M2/A1/A2 | M1064 | M109A6 | SCOUT HMMWV |
|---|---|---|---|---|
| 14/14 | 30/28 | 8/8 | 6/6 | 144/141 |
| 100% | 93% | 100% | 100% | 98% |

Declassified By: M. R. Nation, COS, Per CCR 380-14 & MARCENTO 5513.1B, Date: 20221220

**APPROVED FOR RELEASE**

7

~~SECRET//REL MCFI~~  DECLASSIFIED