# **EXHIBIT #17**

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE<br>Final | 2. DATE PREPARED<br>05 Jul 2007 |
|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix)<br>Romero, Ramon | b. SOCIAL SECURITY NUMBER<br>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 | c. RANK<br>PFC | d. PAY GRADE<br>E-2 | e. OCCUPATION CODE/RATING<br>0331 |
|---|---|---|---|---|
| f. COMPONENT<br>Regular | g. BRANCH<br>USMC | h. ORGANIZATION<br>Wpns Co, 2d Bn, 7th Mar, 1st Mar Div, Twentynine Palms, CA | | |

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Killed In Action | d. DATE OF CASUALTY<br>22 Aug 2005 | e. PLACE OF CASUALTY<br>Fallujah, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action: Result of head and neck blast injuries received from an explosion while conducting combat operations.

| g. DUTY STATUS<br>Active Duty/On Duty | h. BODY RECOVERED<br>Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>16 May 1986 | b. PLACE OF BIRTH<br>Los Angeles, CA | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|
| d. RACE<br>White | | |
| e. ETHNICITY<br>Hispanic or Spanish descent other than Latin American | | f. SEX<br>Male |
| g. RELIGIOUS PREFERENCE<br>ROMAN CATHOLIC CHURCH | | |

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>MEPS Los Angeles, CA | b. DATE OF ENTRY<br>02 Aug 2004 | c. HOME OF RECORD AT TIME OF ENTRY<br>Huntington Park, CA |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

(b) (6)

Item 3h cont.: PFC Romero was attached to RCT-8, 2d Mar Div.

Item 4f changed.

FOOTNOTES:
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>Service Record/DD Form 2064 Certificate of Death (Overseas) | b. DATE RECEIVED<br>01 Nov 2005 |
|---|---|

| 9. DISTRIBUTION<br>OSGLI, DFAS-KC, VA (Report # 260-05) | 10. (b) (6) |
|---|---|

By direction of the Commandant of the Marine Corps

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAR 2004    PREVIOUS EDITION MAY BE USED.