# EXHIBIT #18

# Ops Report



WebTAS

Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Aug 22 2005 15:19:00 |
| is Closed | TRUE |
| Summary | AT 221519D AUG05, CO W, 2/7 HAD AN IED ATTACK 8KM SW OF FALLUJAH AT 38S LB 782 848, IVO ASR BOSTON AND ASR IRON, CONDUCTING A MOUNTED NON-COMBINED SECURITY PATROL. THE VEHICLE WAS AN ___(b)(1) 1.4g___ THE VEHICLE WAS ___(b)(1) 1.4g___ AND WILL BE RECOVERED BY CLB-8. THE ATTACK RESULTED IN (1) FKIA, (4) FWIA PRIORITY. CASUALTIES ARRIVED AT FALLUJAH SURGICAL AT 1613D. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | August |
| Day Occurred | 22 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary RC | MNF-W |
| Primary District | |
| Primary Province | Anbar |
| was Suicide | FALSE |
| Tracking Number | 2005-234-185413-0865 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTK ON 2/7 SW OF FALLUJAH: 1 CF KIA, 4 CF WIA ___(b)(1) 1.4g___ |
| Association Count | 2 |
| BDA Friendly KIA | 2 |
| BDA Friendly WIA | 8 |
| BDA Friendly Casualties | 10 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |

## Ops Report

| | |
|---|---|
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | FALLUJAH |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=01DACB77-D70B-410F-8418-4375AC4ED030&entity=report |
| Date Occurred Excel UK | 22/08/2005 |
| Date Occurred Excel US | 08/22/2005 |
| Date Posted(Z) | Aug 22 2005 14:56:48 |
| Date Updated(Z) | Aug 22 2005 15:09:23 |
| FOB | UNKNOWN |
| Latitude | 33.29541 |
| Longitude | 43.69182 |
| MGRS | 38SLB782848 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 01DACB77-D70B-410F-8418-4375AC4ED030 |
| Reporting Unit | MNF-W |
| Route | ASR Boston |

Page 2 of 5

## Ops Report

| | |
|---|---|
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | FALLUJAH | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

USCENTCOM FOIA 22-0063L - 22-0362L     000064     08/17/2023

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| Coalition | Not Provided | Patrol | None Selected | Primary | 01DACB77-D70B-410F-8418-4375AC4ED030 | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | 01DACB77-D70B-410F-8418-4375AC4ED030 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 4D35B2AC-D5DF-4F11-999C-B50CC006F1FB | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | EE2C6B74-A937-4FC7-B0A5-43724F682D39 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | MNC-I | 83FB72A8-E608-4D77-8E0E-A61F03381D12 | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- | MNC-I | E75941EE-8A1E-4B9E-925C-3EEDEE935C40 | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

USCENTCOM FOIA 22-0063L - 22-0362L          000065          08/17/2023

## Ops Report

|  |  |
|---|---|
|  | COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Aug 22 2005 14:56:48 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, Type Report By

12 Empty Tables

Associated Org, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)

Approved for Release