# **EXHIBIT #19**

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

SECRET//REL USA AND MCF-I// DECLASSIFIED

| MNF-W | 20050822 | FROM: | 212100DAUG05 | TO: | 222100DAUG05 |
|---|---|---|---|---|---|

## ENEMY SITUATION AND ASSESSMENT

Reported incidents continued to run higher that the daily average of 30. The majority of attacks continue to occur in MNF-W's decisive areas.

## AO DENVER

In the Hadithah area, without a permanent MNF presence, the insurgents will continue to use this area as an insurgent base of operations from which to launch attacks along MSR/ASRs and against MNF/ISF in surrounding cities. In the al-Qaim region, recent reporting further indicates New Ubaydi remains an extremist insurgent stronghold, with reporting suggesting insurgent groups are putting together the capability to engage and shoot down low flying MNF aircraft. Finally, the recent surge in attacks near POE Trebil is likely due to MNF operations in the northern Jazirah Desert pushing smuggling operations further south. Expect this trend to continue into the foreseeable future as insurgent facilitators move into the area.

## AO TOPEKA

The level of attacks in AO Topeka has steadily increased on average for eight straight weeks and may show signs of evening out at a rate higher than weekly averages before Operation AL FAJR in November 2004. The relative increase of attacks may reflect the focus on Ramadi by insurgents. The highest concentration of these attacks remained along MSR Michigan between Khalidiyah/Habbaniyah and Ramadi.

## AO RALEIGH

Reporting indicates friction between experienced and amateur insurgents. Veteran insurgents are frustrated by their inability to conduct complex and spectacular attacks, attributing this failure to the increased security posture of the MNF and ISF in response to numerous ineffective insurgent attacks. Insurgent attacks will probably remain focused in Amiriyah, near the entrance to the Ferris Complex, to contest the established MNF presence. IEDs and SAF will remain the main forms of attack against MNF patrols and convoys. IDF will continue to be a key threat against static positions. On a positive note, Imams in the Fallujah area continue to preach Sunni participation in the upcoming elections despite continued threats.

## AO BILOXI

The situation in Karbala and Najaf remains stable.

## ENEMY TTPS

- Yesterday, a unit was attacked by an IED concealed inside a concrete block fabricated to appear as part of a drainage tunnel that ran underneath the road.

## UNUSUAL EQUIPMENT CAPTURED

NSTR

## ASSESSMENT OF AREA OF RESPONSIBILITY

## SECURITY

## AO Denver

**Al Qaim- Rawah:** 3/2 continued VCPs on ASR Bronze IOT interdict AIF: received (6) rds of IDF and RPG/SAF; no casualties. Inspected (2) trains at Camp Al Qaim. Continued turnover

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

with 3/6 ADVON. AIF attacked a CLB-2 convoy with a mine 13km E of Camp Wolf on ASR Phoenix: (1) FWIA, and (1) MTVR NMC.

**Haditha- Hit:** RCT-2 reserve detained (1) MAM driving a BOLO vehicle during SVCP on ASR Bronze S of Annah. 3/25 continued re-set training. Conducted SVCPs on MSRs Bronze and Grizzly. Continued patrolling and SVCPs in Hit. Attacked with IDF at the motor pool at Haditha Dam: (2) FWIA; (3) HMMWVs and (1) trailer received minor damage. 3/25 and 2-1/1 IA engaged a vehicle in NW Hit during dismounted security patrol: the vehicle approached at high speed, attacked the patrol with SAF and was engaged; (2) EKIA; discovered in the vehicle (1) AK-47 and several spent 7.62mm casings; the EKIA passenger tested positive for gunpowder residue.

**Ar Rutbah:** 2d LAR Bn continued ambush/security patrols along MSRs and ASRs in the AO. K 3/10 continued enduring tasks at POE Waleed and Trebil.

<u>AO Topeka</u>
**Ramadi**: AIF attacked a 2d MP convoy with an IED while escorting PWC trucks to Camp Ramadi; no injuries or damage to equipment. 2 BCT had an EOF during escort ops on MSR Michigan at the JCC in Ramadi: observed (6) MAMs appearing to scale the JCC wall; the MAMs ignored warning signals and were engaged with (1) warning shot; (1) CWIA. Reported a drive by shooting at the Governor's residence: (1) CKIA (Sheik); Governor unharmed. 1/5 and 3-1 POB continued to operate ECPs, conduct patrols in W Ramadi, and maintain ops and security at the Government Center and Provincial Council Building. Continued patrols with 2-1/7 IA. 1/5 and TF Ironhawk conducted route clearance in Central Ramadi: discovered (2) IEDs. Detained (2) MAMs for suspected insurgent activity during ECP/VCP ops at the N bridge in Ramadi. Attacked by a sniper from a building during overwatch ops IVO Smash and Little Michigan rd and engaged the POO; subsequently observed (2) vehicles believed to be an enemy CASEVAC; engaged both vehicles resulting in (3) CKIA and (4) CWIA. Simultaneously, a second engagement occurred with (2) MAMs carrying (1) AK-47 and (1) RPG during security and observation ops at Snake Pit in W Ramadi: (1) civilian vehicle drove into crossfire and was hit with SAF and caught fire. 1-172 AR continued IED-denial ops and observations posts on MSR Mobile. Detained (6) MAMs driving a BOLO vehicle during patrols N of Ramadi: discovered $1,200 US wire cutters and (1) case of 12v batteries. Attacked with IED during combat patrols in N Ramadi: (1) FWIA; detained (5) MAMs for suspected insurgent activity during follow-on SVCPs; discovered 200ft of wire, (1) 12 gauge shotgun, (1) 8mm Mauser, (3) AK-47s, (16) mags and (500) 7.62x39 rds. 2-69 AR and 1-1/1 IA conducted combined patrols, manned strongpoint 3, operated ECPs, and maintained ops on MSR Michigan. 2-69 AR and TF Ironhawk conducted route clearance on MSR Michigan: discovered (1) IED. 2-69 AR and 1-1/1 IA detained (6) MAMs for insurgent activity during targeted raids in the Mulaab district of Ramadi. HQBN conducted (2) combat patrols: attacked with SAF/grenades during SVCP/mounted patrol on Rte Pacer N of Blue Diamond; (1) EKIA, (1) EWIA, (9) detainees and (3) FWIA. Conducted Op WELLS FARGO VI.

CLR-25 Combat Logistics Patrol, had a Blue-on-Blue EOF with 876 EN and 1-172 AR on MSR Mobile, 10km NE of Blue Diamond. The patrol was halted for vehicle maintenance and had a group of civilian traffic already halted approximately 300m to the rear of the patrol. Two HMMWVs passed the halted civilian traffic and proceeded towards the rear security vehicle. The HMMWVs were not recognized due to light conditions and bright lights from the

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

HMMWVs. Warning shots were fired as the HMMWVs approached: (1) HMMWV had (1) flat tire and damage to the ballistic windshield and hood. No casualties reported; a commander's inquiry has been initiated.

**Khalidiyah- Habbaniyah:** 1-110 IN continued security ops on ASR Michigan, ASP 102 security and patrols IVO Khalidiyah, Civil Camp and Coolie Camp. AIF attacked TQ with (2) mortar rounds; (1) round landed in between the taxiway and the runway 100 meters from the ATC tower and the other round landed close to the fuel farm. No damage or casualties reported.

## AO Raleigh

RCT-8 continued combined patrols and screens inside and outside of Fallujah. Continued COIN ops in the AO. Significant events include: (1) IED attack, (1) IED discovered, (1) SAF attack and (9) suspected insurgents detained.

**Fallujah**: 1/6 conducted COIN ops, patrols and offensive ops with 1-2/1 IA, 2-2/1 IA, 1st POB and 2d POB. 1/6 and 2d BDE IA continued to maintain ECPs. 1/6 and 1st POB continued screen/search ops at ECPs. 2d POB and IA continued to provide site security at (2) IP station construction sites in N Fallujah. 1/6 and 2-1 POB had (2) EOFs while manning a cordon around an IED in NW Fallujah: (2) separate times, a civilian vehicle approached the cordon, ignored warning signals and was engaged; (1) CWIA and (1) CKIA. 1/6 and 2-2/1 IA detained (4) MAMs during targeted C & Ks in NW Fallujah. 1/6 and 1-2/1 IA detained (1) MAM with an ID card that did not match the ████ during SVCP in Fallujah. 2/7 continued to screen Iraqi civilians, government officials, and contractors entering the city at ECPs. Continued combined security patrols IOT disrupt enemy ops in zone. Continued C & Ks and patrols IVO Fallujah. Discovered a voter registration site at a school near the Al Haza Mosque, 7km W of Fallujah. Attacked with IED during mounted patrol IVO Boston/Iron intersection: (1) FKIA and (4) FWIA.

**Karmah- Zaidon-Amiriyah:** 3d Recon Bn conducted final mission planning in preparation for Op SOUTHERN FIRE. 2d AA Bn ISO 3d Recon Bn continued mounted patrols, VCPs, ops and IED sweeps in zone. 2/2 continued to provide security for Camp Delta and the Karmah Bridges. Provided security for OP-4 ISO of ops in Karmah. Continued to operate in Karmah with 1-4/1 IA ISO ops in zone. Continued combined ops IVO Camp India and Nassir Wa Salem. Continued disruption ops in Zaidon. Continued security for MSRs Michigan and Mobile. EOF during dismounted patrol N of Karmah: a civilian vehicle approached the patrol, ignored warning signals and was engaged with (1) disabling shot; (1) CWIA from broken windshield glass. Detained (1) MAM during C & K in Karmah: discovered false ID cards and (1) IED and mortar instructional DVD. Discovered voter registration site at a school 4km W of Karmah in the Abu Awdah area. 1-4/1 IA detained (3) MAMs for insurgent activity, including Bn HVI #157, during C & S W of Nassir Wa Salem. AIF attacked a mounted security patrol with an IED: (18) FWIA (2- US, 16 IA).

## AO Biloxi

**Musayyib - Iskandariyah:** 1-155 IN ICW 2-4/8 IA conducted training and patrols in zone. 2/11 ACR ICW 2-4/8 IA conducted training and patrols in zone.

**Karbala:** 2-114th FA ICW 1-4/8 IA conducted training and patrols in zone.

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

**Najaf:** 1-198th AR ICW 2-1/8 IA conducted training and patrols in zone.

## GOVERNANCE

### AO Raleigh

**Fallujah:** The CAG met with General Salah, IP Chief, at the CMOC concerning IP compensation issues. General Salah said he met with many CF representatives in Baghdad, in addition to IZ leaders representing the Ministry of Interior. He expressed frustration with Baghdad and CF leaders for not addressing the needs of the IP force in Fallujah; only 1/3 of the 700 IPs have been paid. Those paid appear to be from the first wave trained in Jordan. General Salah emphasized that 400 IPs will resign immediately unless their pay problems are resolved.

**Karmah:** CA attended the City Council/Sheik's Meeting. The Team reports a weapons amnesty program run by the City Council will start on 22 Aug and go every Monday between the hours of 1000-1200 hrs. The Mayor stated the sheiks have shown little interest in the amnesty program.

### AO Biloxi

**Najaf:** Approximately 150 MM members held a gathering yesterday to celebrate the battle between the Militia and the Marines. This began at the Kufa Mosque, and turned west on RTE Hartford. The IPs maintained control the crowd and celebration was peaceful.

## ECONOMICS

### AO Topeka

**Ramadi:** Newspaper ads were published today for eight school renovations (classroom additions) in Ramadi, four communication projects (new switchboards and cables in Ramadi and Hit), and five water purification units in Hadithah, Hit, Habbaniyah, and two in Ramadi.

The Director of Legal Affairs will contact the contractors selected for the road projects and inform them that contracts will be signed at Government Center on 24 Aug.

### AO Raleigh

**Fallujah:** The Rubble Removal project NW of Takwa Mosquewas started on 13 Aug and completed on 19 Aug at a cost of $5,000 and employing 10.

**Nassar Wa Salaam:** CA attended the City Council meeting. The City Council reports it will set up a temporary clinic that will be open when the Ministry of Health Clinic begins renovations later this month. The current hours of operation for the Ministry of Health clinic are 0800-1200 daily. They feel the need for more coverage is important and the city clinic will be in operation until the hospital re-opens later this year.

**Karmah:** CA facilitated the transfer of a generator to the Karmah City Water Department in order to power a pump house IVO OP-2.

### AO Biloxi

**Musayyib - Iskandariyah:** CA met with the "unofficial" Hamiyah City Council to set up a weekly meeting. The council also agreed to send someone to the Musayyib District Council meeting on Tuesday so they will have representation at the district level. Their main concern was the quality of drinking water; citizens, now, are getting water from any source they can,

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

and not necessarily clean sources. Their main supply comes from Musayyib. There is a water treatment plant project on-going in the area, but progress has been slow because of funding shortages. The contractor should be receiving payment for other projects from CF, shortly.

**Karbala:** The GST team met with the DG of Social Services regarding the use of the Raja House as a mental institution, rather than its planned use as an orphanage. The building was originally a mental institution, but a month after construction started, the DG met for the first time with CF and was told that the building would become an orphanage. The DG stated that he has hired staff for a mental institution and the building will be functioning as such upon completion of construction. The GST has asked the DG for a letter from the Ministry of Social Services stating that this building is not authorized to be an orphanage and to state the reasons why.

In the past week, Karbala has received 70 tankers of benzene, 38 tankers of oil, and 24 tankers of diesel. This is a marked increase over previous weeks, but the past two days have been chaotic at the government pumps and have, consequently, been closed. The IP are attempting to restore order and get the pumps open again on Tuesday.

The Musayyib Power Plant was temporarily shut down today. There was a disruption at a tower or line between Musayyib and Baghdad. At this point, power has been restored.

**Najaf:** CA conducted initial site assessments of proposed PRDC projects in the area of Najaf. The projects are as follows:
- Al Awafa Water Network: a pipeline project that will be constructed on an existing layout that will affect several thousand people, commercial and residential.
- Kufa Missan Quarter Water Network: a pipeline project that will affect thousands and will be constructed in a poor area of town. The construction will occur at four different sites.
- Qura Albahar Water Network.
- Albu Sheikh Mashhad Water Plant.
- Khan Alroubu'a (Alhaydaria sub-district) Water Network: a Water Treatment Unit and pipeline network for a large rural area between Najaf and FOB Duke.

| COMMUNICATION |
|---|

**AO Topeka**
**Ramadi:** Although the Governor did not report to work today because the shooting incident near his home, the PCMOC and Government Center saw large crowds the past two days. Today, over 70 new claims were processed and 21 claimants received payments.

**AO Biloxi**
**Karbala:** CA delivered beds, mattresses, sheets, pillows, blankets and male clothing to the Raja House in Karbala.

**Najaf:** The issues below were discussed with local citizens at the PRDC project sites:
- Government: There was a negative response to questions concerning the Government. Individuals stated the local Government is neglecting human services. The people in this area used to receive food rations (rice, sugar, tea, soap, etc.), but they have not received any assistance for a long time. The people in this area felt the Deputy Governor is corrupt.

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

- Elections: Individuals in this area voted in the last election. The people seemed to feel they made a mistake in electing the current Governor and would not vote again until they know more about the candidates and the security issue is resolved. There seems to be a rumor going around that the next elections would be held on 15 September, rather than 15 October.
- Electricity: According to the people interviewed, there is very little electricity in the area with, at best, four hours a day, in half hour increments throughout the day and no set pattern.
- Water: The people are familiar with the proposed water projects and there was generally a positive response to questions about the projects.
- Security: There was a good response to questions concerning the security in Najaf and the effectiveness of the IPs. There were concerns expressed about night-time security. There were request for patrols to be conducted at night.
- Economy: The high unemployment in the area was a main concern of the people interviewed.
- Education: At the Qura Albahar Water Network stop, the people stated they also need schools in this area. The nearest primary school is a very far walk for the children of the area.

## COMMANDER'S ASSESSMENT

### TRENDS

NSTR

### INITIATIVES

NSTR

### FORCE FLOW

DEPLOYMENT:

| UNIT | APOE | ETD | APOD | ETA | PAX | STONS |
|------|------|-----|------|-----|-----|-------|
| MWSS-272 | CHERRY PT | 230015ZAUG05 | KUWAIT IAP | 231600ZAUG05 | 225 | 0 |
| MWSS-372 | MARCH ARB | 230050ZAUG05 | KUWAIT IAP | 232250ZAUG05 | 100 | 0 |
| TS CO 1ST TSB | MARCH ARB | 231850ZAUG05 | KUWAIT IAP | 241835ZAUG05 | 215 | 0 |
| MWSS-372 | | | | | | |
| MACS-1 | | | | | | |
| MALS-13 | | | | | | |
| VMU-1 | | | | | | |
| HMLA-369 | | | | | | |
| COMM CO HQBN 1ST MARDIV | | | | | | |
| ENG BN NCR HQ | MARCH ARB | 231920ZAUG05 | KUWAIT IAP | 242005ZAUG05 | 120 | 2 |
| LS PLT 1ST FSSG | | | | | | |
| MHE PLT 1ST FSSG | | | | | | |
| DS MT PLT 1ST TSB 1ST FSSG | MARCH ARB | 240220ZAUG05 | KUWAIT IAP | 250020ZAUG05 | 100 | 0 |
| VMU-1 | | | | | | |
| MALS-14 CARGO | CHERRY PT | 240405ZAUG05 | AL ASAD | 261335ZAUG05 | 6 | 28.1 |

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| | | | | | | |
|---|---|---|---|---|---|---|
| VMA-233 CARGO | | | | | | |
| MALS-14 CARGO | CHERRY PT | 240430ZAUG05 | AL ASAD | 242350ZAUG05 | 16 | 38.3 |
| VMA-233 CARGO | | | | | | |
| BN CARGO 3/6 2D MARDIV | | | | | | |
| I CO 3/6 2D MARDIV | CHERRY PT | 240640ZAUG05 | KUWAIT IAP | 242330ZAUG05 | 313 | 0 |
| L CO 3/6 2D MARDIV | | | | | | |
| BTO 2D TSB | CHERRY PT | 241345ZAUG05 | KUWAIT IAP | 250800ZAUG05 | 161 | 0.9 |
| SUPPORT CO 2D SUPPLY BN | | | | | | |
| MWSS-273 | | | | | | |
| MWSG-27 | | | | | | |
| DET HQ BTRY 14TH MAR | | | | | | |
| 2D AAV BN | | | | | | |
| 4TH MEB DET | | | | | | |
| K CO 3/6 2D MARDIV | CHERRY PT | 260145ZAUG05 | KUWAIT IAP | 262000ZAUG05 | 153 | 0 |
| 2D CEB | CHERRY PT | 260305ZAUG05 | KUWAIT IAP | 262045ZAUG05 | 261 | 2.5 |
| 4TH FSSG | | | | | | |
| MACG-48 | | | | | | |
| K CO 3/6 2D MARDIV | CHERRY PT | 260445ZAUG05 | KUWAIT IAP | 262300ZAUG05 | 158 | 0 |
| WPNS CO 3/6 2D MARDIV | | | | | | |
| DET HQ BTRY 14TH MAR | | | | | | |
| HQ BN 2D MARDIV (COMP) | CHERRY PT | 261020ZAUG05 | KUWAIT IAP | 270310ZAUG05 | 312 | 0 |
| HQSVC 3/6 2D MARDIV | | | | | | |
| 2D INTEL II MHG | | | | | | |
| I CO 3/6 2D MARDIV | | | | | | |
| BLK FUEL CO 8TH ESB | | | | | | |
| K CO 3/6 2D MARDIV | CHERRY PT | 260145ZAUG05 | KUWAIT IAP | 262000ZAUG05 | 153 | 0 |
| C CO 2D CEB 2D MARDIV | CHERRY PT | 260305ZAUG05 | KUWAIT IAP | 262046ZAUG05 | 261 | 2.5 |
| COMM CO 4TH FSSG | | | | | | |
| COMM CO 6TH COMM BN | | | | | | |
| H&S CO 4TH LDG SPT BN | | | | | | |
| MACG-48 | | | | | | |
| HQ BN 4TH FSSG | | | | | | |
| NBC PLT 4TH FSSG | | | | | | |
| FOOD SVC 4TH FSSG | | | | | | |
| DET HQ CO 4TH FSSG | | | | | | |
| MP CO 4TH FSSG | | | | | | |

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| Unit | APOE | ETD | APOD | ETA | PAX | STONS |
|------|------|-----|------|-----|-----|-------|
| 2D MED BN 2D FSSG | | | | | | |
| K CO 2D MARDIV | CHERRY PT | 260445ZAUG05 | KUWAIT IAP | 262300ZAUG05 | 153 | 0 |
| WPNS CO 3/6 2D MARDIV | | | | | | |
| HQ BN 2D MARDIV (G-6 COMP) | CHERRY PT | 261020ZAUG05 | KUWAIT IAP | 270310ZAUG05 | 312 | 0 |
| HQSVC CO 3/6 2D MARDIV | | | | | | |
| 2D INTEL II MHG | | | | | | |
| I CO 3/6 2D MARDIV | | | | | | |
| BLK FUEL CO 8TH ESB | | | | | | |
| 6TH CAG ADVON | CHERRY PT | 270120ZAUG05 | KUWAIT IAP | 272010ZAUG05 | 94 | 0 |
| HQBN 2D MARDIV (PSD) | CHERRY PT | 270145ZAUG05 | KUWAIT IAP | 272150ZAUG05 | 146 | 0 |
| 2D MED BN 2D FSSG | | | | | | |
| DET OMC 2D MAINT | | | | | | |
| DET SUPPLY CO 2D SUPPLY BN | | | | | | |
| FWD MAINT CO A 2D MAINT | CHERRRY PT | 270320ZAUG05 | KUWAIT IAP | 272300ZAUG05 | 130 | 0 |
| MAINT BN 4TH FSSG | | | | | | |
| 2/6 (LDRS RECCE) | | | | | | |
| H&S CO MAINT BN 4TH FSSG | CHERRY PT | 290220ZAUG05 | KUWAIT IAP | 292200ZAUG05 | 131 | 0 |
| 4TH LSB | | | | | | |
| COMM CO 6TH COMM BN | | | | | | |
| AT BN 4TH MEB | | | | | | |
| C CO 8TH ESB 2D FSSG | CHERRY PT | 291005ZAUG05 | KUWAIT IAP | 300150ZAUG05 | 220 | 0 |
| 2D MAINT BN 2D FSSG | | | | | | |
| SUPPLY CO 2D SUPPLY BN | | | | | | |
| 2D MED BN 2D FSSG | | | | | | |
| A CO 2D MP 2D FSSG | | | | | | |

## REDEPLOYMENT:

| UNIT | APOE | ETD | APOD | ETA | PAX | STONS |
|------|------|-----|------|-----|-----|-------|
| CHANNEL | KUWAIT IAP | 230120ZAUG05 | BWI | 232055ZAUG05 | 0 | 0 |
| HMM-264 | KUWAIT IAP | 240210ZAUG05 | CHERRY PT | 242240ZAUG05 | 109 | 0 |
| 8TH COMM BN | KUWAIT IAP | 241820ZAUG05 | CHERRY PT | 251045ZAUG05 | 257 | 0 |
| B CO 4TH RECON BN | | | | | | |
| MWSS-27 | | | | | | |
| H&S CO 4TH RECON BN | KUWAIT IAP | 242155ZAUG05 | MARCH ARB | 252240ZAUG05 | 153 | 0 |

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| | | | | | | |
|---|---|---|---|---|---|---|
| B CO 4TH RECON BN | | | | | | |
| D CO 4TH RECON BN | | | | | | |
| MASS-3 | | | | | | |
| 1ST FORCE RECON I MHG | | | | | | |
| 1ST INTEL BN I MHG | | | | | | |
| HMLA-269 CARGO | AL ASAD | 261550ZAUG05 | CHERRY PT | 271110ZAUG05 | 4 | 40.3 |
| HMM-264 | AL ASAD | 262145ZAUG05 | CHERRY PT | 271910ZAUG05 | 7 | 44.7 |
| MWCS-28 MAIN BODY | KUWAIT IAP | 270005ZAUG05 | CHERRY PT | 271700ZAUG05 | 227 | 0 |
| MACS-23 | | | | | | |
| MTACS-28 | | | | | | |
| HMLA-269 | | | | | | |
| MALS-26 | | | | | | |
| MAG-26 | | | | | | |
| LNO CFACC MWHS-2 | | | | | | |
| II MEF G-4 | | | | | | |
| 2D LAR BN | | | | | | |
| HQ RCT-8 EAS/PCS | | | | | | |
| HQBN EAS/PCS 2D MARDIV | | | | | | |
| VMGR-252 | KUWAIT IAP | 271150ZAUG05 | CHERRY PT | 280415ZAUG05 | 238 | 0 |
| HMLA-269 | | | | | | |
| MWCS-38 MAIN BODY | KUWAIT IAP | 272330ZAUG05 | MIRAMAR | 282355ZAUG05 | 92 | 0 |
| MWSS-271 (ADVON) | KUWAIT IAP | 280220ZAUG05 | CHERRY PT | 282145ZAUG05 | 130 | 0 |

**PLANS FUTURE OPS**

Op *TAHRIR SARIA* / LIBERTY EXPRESS commenced on 1 August and concludes on 31 December. The purpose of the operation is to support the IECI and ISF in their efforts to provide the Iraqi people the maximum opportunity to vote in the constitutional referendum and national elections. The ISF is capable of conducting inner and middle cordon polling center security with CF providing QRF and outer cordon security; End State: Voters able to go to polling centers; Local governments engaged in the electoral process; Sunni leadership publicly supportive of the constitutional and electoral processes.

Phase I: Preparation and Planning (1 Aug to 31 Aug 05)
Phase II: Support for the Referendum (1 Sep – 30 Oct 05)
Phase III: Support for the National Election (1 Nov – 15 Dec 05)
Phase IV: Post Election Operations (15 – 31 Dec 05)

Op *NAAR AL JINOUBI* / SOUTHERN FIRE will be conducted from 24-29 August 05.
The purpose of the operation is to secure the remaining populated areas in AO Raleigh and set favorable conditions for the Constitutional Referendum and National Elections.

End State: Iraqis assume control of a secure area, AIF unable to adversely impact the Constitutional Referendum, and the populace supports the election.

APPROVED FOR RELEASE

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

Phase I: Shaping
Phase II: Secure Amiriyah and Ferris
Phase III: Transition to Iraqi Control

| OPERATION (SOUTHERN FIRE) [ARABIC NAME (NAAR AL JINOUBI) | |
|---|---|
| FOCUS AREA | AMIRIYAH/FERRIS IN AO RALEIGH |
| START / END DATE | 24-29 AUG 05 (PHASES II AND III) |
| PURPOSE | TO SECURE THE REMAINING POPULATED AREAS IN AO RALEIGH AND SET FAVORABLE CONDITIONS FOR THE CONSTITUTIONAL REFERENDUM AND NATIONAL ELECTIONS. |
| DESIRED EFFECT | A SECURE REGION AND FAVORABLE CONDITIONS FOR ELECTIONS |
| ADJACENT UNIT COORD | NONE |

## FRICTION

NSTR

## ISSUES

Over the next week MNF-W will facilitate the release of over 600 detainees from Abu Ghurayb Prison. This action is part of a country wide "special release" initiative coordinated by the Iraqi Transitional Government, U. S. Embassy, and MNF-I. These releases incorporate strategies designed to reduce the population to normal capacities in theater internment facilities. It is hoped that MNC/F-I are leveraging these releases for their full IO potential and that the local/provincial governments are also able to benefit from this large a release.

## PERSONNEL

| MNF-W CASUALTIES: | | | 210500DAug05 | 220500DAug05 | | |
|---|---|---|---|---|---|---|
| | HOSTILE | | NONHOSTILE | | | TOTAL |
| | KIA | WIA | DEATH | INJURED | MEDICAL | |
| ISF | 0 | 0 | 0 | 0 | 0 | 0 |
| USN/USMC | 1 | 4 | 0 | 1 | 0 | 6 |
| ARMY | 0 | 2 | 0 | 0 | 0 | 2 |
| TOTAL | 1 | 6 | 0 | 1 | 0 | 8 |
| For more information, see JPERSTAT | | | | | | |

## BATTLE LOSSES (Past Week)

Information provided weekly

## COMBAT POWER

| Combat Power (Air) | | | | | |
|---|---|---|---|---|---|
| AH-1W | CH-46E | CH-53E | EA-6B | FA-18A+ | FA-18D |
| 26 / 24 | 42 / 38 | 15 / 12 | 5 / 4 | 12 / 11 | 12 / 10 |
| 92% | 90% | 80% | 80% | 92% | 83% |

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| KC-130 | RQ-2B | UC-35 | UH-1N |
|--------|-------|-------|-------|
| 8 / 3 | 8 / 8 | 1 / 1 | 14 / 11 |
| 38% | 100% | 100% | 79% |

| Combat Power (Ground) (USMC) | | | | | |
|-----------------|-----------|-----------|------------------|-------------------|-----------|
| TANK COMBAT | LAV FOV | AAV FOV | HOWITZER M198 | HMMWV HARDBACK | UAH M1114 |
| 34 / 32 | 67 / 63 | 89 / 87 | 14 / 14 | 319 / 298 | 487 / 441 |
| 94% | 94% | 98% | 100% | 93% | 91% |

| Combat Power (Ground) (2 BCT) | | | | | |
|----------|-------|----------------|-------------------|--------------------------|-----------|
| M1/A1/A2 | M2/M3 | MORTAR 120MM | HOWITZER M109A6 | SCOUT HMMWV Armored | UAH M1114 |
| 43 / 30 | 44 / 41 | 15 / 13 | 12 / 11 | 181 / 161 | 226 / 206 |
| 70% | 93% | 87% | 92% | 89% | 91% |

| Combat Power (Ground) (155 BCT) | | | | | |
|----------|-------|----------------|-------------------|--------------------------|-----------|
| M1/A1/A2 | M2/M3 | MORTAR 120MM | HOWITZER M109A6 | SCOUT HMMWV Armored | UAH M1114 |
| 27 / 19 | 30 / 23 | 16 / 16 | 6 / 5 | 74 / 72 | 179 / 147 |
| 70% | 77% | 100% | 83% | 97% | 82% |
| M113 | | | | | |
| 75 / 67 | | | | | |
| 89% | | | | | |

## SUPPLY

NSTR

## IA ISSUES

- The Bridging Service contract for 2d Bn 4/8 IA in Musayyib has expired without MOD action to ensure a contract was let. No water or waste removal is contracted for. IA Bn Cmdr has engaged through his chain of command to no avail. Funding of life support and service contract for this battalion is critical since they provide the internal security for the #1 Critical Infrastructure Site in MNF-W AO.

- Payment of Fallujah IPs remains unresolved. BG Shakirs has paid less than 1/3 of the badged and approved police. This payment is Hazardous Duty pay for June and July only. The other 473 police have received no payments. The police are owed 4 months of regular pay plus at two months of Hazardous Duty pay.

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

- 2/7 IA Bde training in Numiniyah continues to be unsourced for officers. The Bde has only 97 of the authorized 177 officer strength. While MOD is aware of the problem no solutions have appeared. This Bde is scheduled to complete training in early Sep and to deploy to Western Al Anbar in late September. On the positive side, the new Brigade Commander reported to Numiniyah today.

**DETAINEE STATUS**

Total population: 387
Al Asad (45% Occupancy)
Al Qaim (4% Occupancy)
Fallujah (93% Occupancy)
Ramadi (49% Occupancy)
Kalsu (127% Occupancy)
Sheikhs: 0
IMAMs: 0
Minors: 9
Females: 0
Non-Iraqis: 0
Detainees over 21 days: 7
Detainees over 30 day: 0
High Value Detainees: 0
Detainees awaiting transfer to Abu Ghurayb: 127

- On 24 August, 2d MP Bn Detention Operations will travel to Abu Ghurayb Prison IOT escort 240 released detainees from Abu Ghurayb to the predetermined release point at the Joint Coordination Center in Ramadi. CAG has invited local government officials including the Governor to greet the released detainees and facilitate their transition back to Iraqi society.

~~SECRET//REL USA AND MCF-I// DTG~~  DECLASSIFIED

Declassified By: M. R. Nation, COS, Per CCR 380-14 & MARCENTO 5513.1B, Date: 20221220