# **EXHIBIT #20**

```
Classification: UNCLASSIFIED
Caveats: FOUO
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   CASUALTY REPORT   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(01) Report Type: INIT

(02) Casualty Type: HOSTILE

(03) Casualty Status: DECEASED

(04) Report Number: 05-09000

(06A) Mult. Casualty Code: 05-811

(07) Category: MILITARY/

(08) SSN(New/Old): [(b)(6)]

(09) Name(Last/First/Middle/Sfx): ROMERO/RAMON//

(10) Race: OTHER

(11) Date/Place of Birth: [(b)(6)]

(12) Rank: PFC

(13) Service/Component: UNITED STATES MARINE CORPS/REGULAR

(14) Organization/Station: WPNS/ 2D BN/ 7TH MAR/ RCT-8/ 2 MEF {11220}

(15) Duty MOS/AFSC: 0331

(24) Died in Medical Treatment Facility: DIED OUTSIDE A MEDICAL TREATMENT FACILITY

(31) Vehicular Involvement: GROUND VEHICLE

(32) Vehicle Type/Supp: TRUCK

(33) Vehicle Ownership: US GOVERNMENT

(34) Position Aboard Vehicle: [(b)(1) 1.4g]

(35) Duty Status: PRESENT FOR DUTY//

(36) Date/time of Incident: 20050822/1458//

(37) Place of Incident: Fallujah//IZ

(39) Circumstances: Marine was KIA while conducting combat operations in an [(b)(1) 1.4g] [(b)(1) 1.4g] when an IED exploded. Marine was pronounced deceased by [(b)(3)130b, (b)(6)] at 1515 HRS, 22 AUG 05, and was identified by [(b)(3)130b, (b)(6)] BN CMDR, using ID tags and name tapes. Marine was wearing kevlar, IBA w/ both SAPI plates, ballistic goggles, throat, and groin protection.

(40) Inflicting Force: ENEMY FORCES

(50) Training Related: YES

(57) Date/Time of Death : 20050822/1458 (Confirmed)

(58) Place of Death: /Fallujah//IZ

(59) Cause of Death: IED explosion

(60) Status of Remains: READY

(61) Additional Remarks: DCIPS prepared by [(b)(3)130b, (b)(6)]

(70) Software Version: DCIPS Forward - Version 3.4;  DB - Version 2.0A

~~FOR OFFICIAL USE ONLY~~

Supp. Item(s): 25, 30, 45, 46, 47, 49, 51, 52, 53, 54, 55, 56,


Classification: UNCLASSIFIED
Caveats: ~~FOUO~~