# **EXHIBIT #22**

# REPORT OF CASUALTY

**HEADQUARTERS, U.S. MARINE CORPS**
3280 Russell Road
Quantico, VA 22134-5103

**REPORT CONTROL SYMBOL**
DD-P&R(AR)1664

| 1. REPORT TYPE | 2. DATE PREPARED |
|---|---|
| Corrected Final | 05 Dec 2007 |

## 3. SERVICE IDENTIFICATION

| a. NAME (Last, First, Middle and Suffix) | b. SOCIAL SECURITY NUMBER | c. RANK | d. PAY GRADE | e. OCCUPATION CODE/RATING |
|---|---|---|---|---|
| Holmason, John Martin | 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 | LCpl | E-3 | 0311 |

| f. COMPONENT | g. BRANCH | h. ORGANIZATION |
|---|---|---|
| Regular | USMC | F Co, 2d Bn, 7th Mar, 1st Mar Div, Twentynine Palms, CA |

## 4. CASUALTY INFORMATION

| a. TYPE | b. STATUS | c. CATEGORY | d. DATE OF CASUALTY | e. PLACE OF CASUALTY |
|---|---|---|---|---|
| Hostile | Deceased | Killed In Action | 01 Dec 2005 | Fallujah, Iraq |

**f. CIRCUMSTANCES**
Hostile Action: Result of blast and shrapnel injuries received from an explosion while conducting combat operations.

| g. DUTY STATUS | h. BODY RECOVERED |
|---|---|
| Active Duty/On Duty | Yes |

## 5. BACKGROUND INFORMATION

| a. DATE OF BIRTH | b. PLACE OF BIRTH | c. COUNTRY OF CITIZENSHIP |
|---|---|---|
| 16 Jan 1985 | Portland, OR | United States |

| d. RACE |
|---|
| White |

| e. ETHNICITY | f. SEX |
|---|---|
| None | Male |

**g. RELIGIOUS PREFERENCE**
CHRISTIAN, NO DENOMINATIONAL PREFERENCE

## 6. ACTIVE DUTY INFORMATION

| a. PLACE OF ENTRY | b. DATE OF ENTRY | c. HOME OF RECORD AT TIME OF ENTRY |
|---|---|---|
| MEPS Phoenix, AZ | 13 Sep 2004 | Suprise, AZ |

## 7. INTERESTED PERSONS/REMARKS (Name, Address, and Relationship) (Continue on separate sheet, if necessary)

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

[redacted (b)(6)]

Item 3h cont.: LCpl Holmason was attached to RCT-8, 2d Mar Div, II MEF Fwd.

Item 7 changed.

**FOOTNOTES:**
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

## 8. REPORTING INFORMATION

| a. COMMAND AGENCY | b. DATE RECEIVED |
|---|---|
| DD Form 2064 Certificate of Death (Overseas) | 01 Jan 2007 |

## 9. DISTRIBUTION

OSGLI, DFAS-KC, VA (Report # 359-05)

[redacted (b)(6)] U.S. Marine Corps
[redacted (b)(6)]
Direction of the Commandant of the Marine Corps

NOTE: This form may be used to facilitate the cashing of bonds, the settlement of commercial insurance, or any other claim in which proof of death is required.

DD Form 1300, MAR 2004    PREVIOUS EDITION MAY BE USED.

Page 39 of 97