# **EXHIBIT #23**

# Ops Report



Monday, 31 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Dec 01 2005 17:38:00 |
| is Closed | TRUE |
| Summary | AT 1738C, F 2/7 WAS ATTACKED WITH AN IED (38S LB 80274 85908) SW OF FALLUJAH, WHILE CONDUCTING A DISMOUNTED PATROL AND CACHE SWEEPS. THE PATROL HAD JUST COMPLETED SWEEPING THE COURTYARD OF A FLOUR FACTORY WITH METAL DETECTORS, FINDING NOTHING, WHEN AN IED DETONATED IN THE COURTYARD RESULTING IN (10) FKIA AND (9) FWIA. IED CONSISTED OF (4) 155MM ARTILLERY ROUNDS WITH A PRESSURE PLATE INITIATOR. W 2/7 IS CURRENTLY IN AN ESTABLISHED CORDON AROUND THE BLAST SITE. EOD IS ON SCENE TO CONDUCT POST BLAST CRATER ANALYSIS. NO DAMAGES REPORTED.<br>UPDATE # 1 -020543C-THERE ARE (11) FWIA, THE FINAL (2) FWIA REMAINED ON SCENE AND WERE LATER CASEVAC'D TO FALLUJAH SURGICAL. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | December |
| Day Occurred | 1 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary AO | 1/82 ABN |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 2005-336-001845-0494 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | IED ATTK ON 2/7 SW OF FALLUJAH: 10 CF KIA, 11 CF WIA |
| Association Count | 2 |

Page 1 of 5

## Ops Report

| Field | Value |
|---|---|
| BDA Friendly KIA | 10 |
| BDA Friendly WIA | 11 |
| BDA Friendly Casualties | 21 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | FALLUJAH |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=4FDF181A-BB1D-476D-945C-67392DC3F0C4&entity=report |
| Date Occurred Excel UK | 01/12/2005 |
| Date Occurred Excel US | 12/01/2005 |
| Date Posted(Z) | Dec 01 2005 21:21:14 |
| Date Updated(Z) | Dec 02 2005 11:17:13 |
| FOB | TAQQADUM |
| Latitude | 33.30562973022461 |
| Longitude | 43.71394348144531 |
| MGRS | 38SLB8027485908 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |

## Ops Report

| | |
|---|---|
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 4FDF181A-BB1D-476D-945C-67392DC3F0C4 |
| Reporting Unit | MNF-W |
| Route | ASR Boston |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

## Ops Report

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| 1/82 ABN | FALLUJAH | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |  | IRAQ | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | 4FDF181A-BB1D-476D-945C-67392DC3F0C4 | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | 4FDF181A-BB1D-476D-945C-67392DC3F0C4 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | F972C545-A219-40BA-AF47-B094A385FFDE | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| IED Explosion | BB4B163B-EA4F-4435-B5E5-08178CC2D153 | Explosive Hazard |  |  |  | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY | MNC-I | 8B6860ED-1EC3-4FC4-8ABC-3ED935496ECD | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | (More not shown) |

## Ops Report

| | | | | | |
|---|---|---|---|---|---|
| | INJURED, WIA OR K | | | | |
| | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | MNC-I | BD7312A4-DA8A-4CC9-9E8E-77E0FBF19C44 | 0 | FFIR -- ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 01 2005 21:21:14 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Top Reported By

16 Empty Tables

Associated Org, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

(None)

## Attachments

(None)