# **EXHIBIT #24**

# Ops Report



Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Sep 04 2006 11:17:00 |
| is Closed | TRUE |
| Summary | AT 041115D SEP 06, A W/1/25 MOUNTED PATROL WAS ATTACKED WITH AN IED (38S LB 86845 90113) IN S FALLUJAH.<br>THE (b)(1) 1.4g COMBAT PATROL WAS CONDUCTING A SWEEP S OF THE CMOC, ON AN UNNAMED ROAD S OF RTE GRACE.<br>THE ATTACK RESULTED IN (3) CF KIA AND (1) CF WIA (URGENT).<br>THE CF WIA WAS GROUND-CASEVACED TO FALLUJAH SURGICAL AND LATER AIR-MEDEVACED TO BALAD.<br>ANOTHER W/1/25 ELEMENT RESPONDED TO PROVIDE SECURITY AND CORDON THE SITE, AND EOD SUPPORT WAS REQUESTED.<br>MORTUARY AFFAIRS AND VEHICLE RECOVERY ASSETS WERE ALSO REQUESTED.<br>INFORMATION ON THE PATROL'S SPEED AND DISPERSION AND THE EOD REPORT ON THE IED WILL BE INCLUDED WHEN AVAILABLE.  MTF.<br><br>UPDATE # 1 THE COMBAT PATROL WAS OPERATING AS A SPLIT SECTION CONDUCTING SATELLITE PATROLS.<br>THE SECTION, CONSISTING OF (b)(1) 1.4g , THAT WAS ATTACKED BY THE IED WAS TRAVELING N ON AN UN-NAMED ROAD WHILE TRAVELING AT (b)(1) 1.4g (b)(1) 1.4g<br>VEHICLE (b)(1) 1.4g WAS ATTACKED WITH THE IED.<br>THE IED WAS AN IMPROVISED AT MINE THAT WAS COMMAND DETONATED WITH COPPER WIRE RUNNING TO THE W APPROXIMATELY 200M.<br>THE VEHICLE WAS STRUCK FROM (b)(1) 1.4g (b)(1) 1.4g<br>MORTUARY AFFAIRS AND VEHICLE RECOVERY WAS COMPLETED AND THOSE ELEMENTS RETURNED TO BASE.<br>(b)(1) 1.4g VEHICLES (1/25), RESPONDED TO THE SCENE TO ASSIST WITH SECURITY ALONG WITH MAP1, (b)(1) 1.4g VEHICLES. THE COMMAND WIRES WERE TRACED TO THE VICINITY OF A RESIDENCE.<br>A SEARCH OF THE RESIDENCE WAS CONDUCTED AND (2) LNS WERE IDENTIFIED AS THE POSSIBLE TRIGGERMEN BECAUSE THE HOMEOWNERS INFORMED THE MARINES THAT THE SUSPECTS RAN INTO THEIR HOME SECONDS AFTER THE IED ATTACK.<br>THE INDIVIDUALS, (b)(6) HAVE BEEN DETAINED AND TRANSFERRED TO THE BCP FOR FURTHER QUESTIONING BY HET.<br>ALL VEHICLES IN THE SPLIT PATROL (b)(1) 1.4g<br>SERIALIZED GEAR ACCOUNTABILITY IS CURRENTLY BEING CONDUCTED.<br><br>CLOSED:  5 SEP 2006 |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2006 |
| Month Occurred | September |

Page 1 of 7

## Ops Report

| | |
|---|---|
| Day Occurred | 4 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 2006-247-122248-0412 |
| Attack On | Coalition |
| Unit Activity | Patrol |
| Title | *IED ATTK ON W/1/25 IN S FALLUJAH: 2 DET, 3 CF KIA, 1 CF WIA, (b)(1) 1.4g |
| Association Count | 3 |
| BDA Friendly KIA | 3 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 4 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 2 |
| City | Fallujah |

## Ops Report

| Field | Value |
|---|---|
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=4BBF499A-02C5-4022-A423-728BA1C104C1&entity=report |
| Date Occurred Excel UK | 04/09/2006 |
| Date Occurred Excel US | 09/04/2006 |
| Date Posted(Z) | Sep 04 2006 08:25:56 |
| Date Updated(Z) | Nov 27 2006 12:09:01 |
| FOB | AL FALLUJAH |
| Latitude | 33.344261169433594 |
| Longitude | 43.78398895263672 |
| MGRS | 38SLB8684590113 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 4BBF499A-02C5-4022-A423-728BA1C104C1 |
| Reporting Unit | 1st Bn, 25th Marines, RCT 5, MNF-W |
| Route | UNKNOWN |
| Type Of Unit | Coalition |
| Unit Name | |
| Updated By Group | UNKNOWN |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |

## Ops Report

| | |
|---|---|
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Fallujah | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide07 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide08 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide04 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide06 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide05 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide01 | | CENTCOMROAR | Photograph | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | Slide03 | | CENTCOMROAR | Photograph | (More not shown) |

## Ops Report

| | | | | | | (More not shown) |
|---|---|---|---|---|---|---|
| ~~SECRET~~ | ~~NOFORN~~ | Slide02 | | CENTCOMROAR | Photograph | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |

(b)(1) 1.4g

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | None Selected | Primary | 4BBF499A-02C5-4022-A423-728BA1C104C1 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | | Event Category |
|---|---|---|---|---|
| Improvised Explosive Device (IED) | 0EF061EE-3DF4-43B5-A501-F1791C99D259 | Explosive Hazard | | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
| | | | Suicide | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | 92A43938-C07E-4319-8399-D9981BA332C1 | Explosive Hazard | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | COS--1 X CF/ISF OR CF CIV KIA OR | MNC-I | 843A8CF4-5F60-40C2-90A2- | 0 | FFIR -- ACTION OR INCIDENT | (More not shown) |

# Ops Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 X CF WIA OR 7 X WIA FOR ISF AND CIVILIANS(CF AND LN). IMMEDIATELY NOTIFY (PHONCON) MNC-I JOC OF ANY COMMANDER-- COMPANY THROUGH MSC-- OR ANY FIRST SERGEANT OR COMMAND SERGEANT MAJOR WHO IS VERY SERIOUSLY INJURED, WIA OR K | | 37FA1F5A7222 | | RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES | |
| | | | | | | (More not shown) |
| TRUE | CG--CASE-BY-CASE; C3--NEGATIVE POLITICAL, MILITARY, ECONOMIC, AND INFRASTRUCTURE EVENTS OR STATEMENTS; BRIEF--ALL OTHERS | MNC-I | E29981AF-BAD8-4979-B228-3DDA6D2D9854 | 0 | FFIR -- EVENTS THAT MAY ELICIT POLITICAL, MEDIA, OR INTERNATIONAL REACTION | (More not shown) |

## Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

## Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |
| | | | | | | (More not shown) |
| Link to exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | NONE | Jul 09 2009 11:27:57 | (More not shown) |

## Ops Report

| | | | | | |
|---|---|---|---|---|---|
| Link to Exploitation CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ Sep 04 2006 08:25:56 | (More not shown) (More not shown) |

11 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Reintegratees Count, Reported By

13 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

Approved for Release