# **EXHIBIT #29**

# Ops Report



Friday, 21 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jan 20 2007 17:07:00 |
| is Closed | TRUE |
| Summary | At 201707C JAN 07, TF 3-509 was attacked with an IED IVO (38S MB 01091 90660), 4km NE of Camp Fallujah. A section-sized mounted element was moving to linkup with another element for a cordon and search mission when they were attacked with the IED. The (4) vehicle ( (b)(1)1.4g (b)(1)1.4g) patrol was traveling E on Route Bills IVO (38S MB 01091 90660). The (b)(1)1.4g vehicle in the element was hit by the IED buried in the middle of the road. The attack resulted in (4) CF KIA and (1) CF WIA (Urgent Surgical). The attack also (b)(1)1.4g  The patrol conducted a ground CASEVAC to Camp Fallujah. The patrol investigated the IED site and traced the command wire 2500m from the IED site to the NW. No trigger device was found. EOD conducted PBA of the IED site and concluded that the IED consisted of (1) 130-155mm round buried in the middle of the road. (b)(1)1.4g in vehicles (b)(1)1.4g Awaiting speed and spacing from reporting unit. CLOSED: 20 JAN 07 |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | January |
| Day Occurred | 20 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Improvised Explosive Device (IED) |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary AO | 1/82 ABN |
| Primary District | Al Anbar |
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 20070120170738SMB0109190660 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |
| Title | IED EXPLOSION ATTK ON TF 3-509 IVO (ROUTE BILLS ): 1 CF WIA 4 CF KIA |

Page 1 of 6

## Ops Report

| | |
|---|---|
| Association Count | 3 |
| BDA Friendly KIA | 4 |
| BDA Friendly WIA | 1 |
| BDA Friendly Casualties | 5 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Abu Ghurayb |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) /LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=41EE4228-5056-9023-58D0FF2128FA10DA&entity=report |
| Date Occurred Excel UK | 20/01/2007 |
| Date Occurred Excel US | 01/20/2007 |
| Date Posted(Z) | Jan 20 2007 23:53:58 |
| Date Updated(Z) | Jan 22 2007 13:39:00 |
| FOB | MERCURY |
| Latitude | 33.35060119628906 |
| Longitude | 43.93699645996094 |
| MGRS | 38SMB0109190660 |
| MOA Count | 1 |
| Originating System | Not Provided |

## Ops Report

| | |
|---|---|
| Originator Group | MNF-W OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | 41EE4228-5056-9023-58D0FF2128FA10DA |
| Reporting Unit | MNF-W |
| Route | Bills |
| Type Of Unit | Coalition Forces |
| Unit Name | TF 3-509 |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 4 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

*Approved for Release*

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 1/82 ABN | Abu Ghurayb | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 20 1707C JAN 07 IED ATK ON TF 3-509 IVO AL FALLUJAH (RTE BILLS ) | | CENTCOMROAR | Document | (More not shown) |

### Vehicle

| Report Key | ECM Status | ECM Type | Impact Point | Position | Status | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| 41EE4228-5056-9023-58D0FF2128FA10DA | (b)(1)1.4g | | | | | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | Not Provided | Patrol | UNITED STATES | Primary | 41EE4228-5056-9023-58D0FF2128FA10DA | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Improvised Explosive Device (IED) | 4EFCE0B3-57A1-45C6-BA84-A5B2662D534A | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| IED Explosion | BBE385B2-8EC0-44AD-AEC3-2ED22E72F0F1 | Explosive Hazard | | | | (More not shown) |

## Ops Report

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | MNF-W OPS LNO | 41F0937D-5056-9023-58CAD7DE6E90E0BF | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) |

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 07 2008 08:15:10 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

Approved for Release

## Ops Report

Report

| | | | | | (More not shown) |
|---|---|---|---|---|---|
| Link to Exploitation CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY Jan 20 2007 23:53:58 | (More not shown) |

10 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, TopReport Body

13 Empty Tables

Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units

## Relationships

(None)

## Attachments

(None)

Approved for Release

| From: | |
| To: | (b)(3)130b, (b)(6) |
| Cc: | |
| Subject: | <s>(FOUO)</s> CASUALTY REPORT <Bisson, Jeffrey, Dean>SUPP |
| Date: | Sunday, January 21, 2007 10:03:44 AM |

<s>FOR OFFICIAL USE ONLY</s>

INFORMATION MUST BE PROTECTED UNDER THE PRIVACY ACT AND DOD 5400.11-R.

Field Report Type: SUPP

Casualty Type: Hostile

Casualty Status: Deceased

Casualty Category: Killed In Action

Field Report Number: 702160S1

Multi Casualty Code: 020-002-

Personnel Type: Regular

Personnel Affiliation: Active Duty

Personnel Category: Obligated/Voluntary Service

SSN: (b)(6)

Last Name: Bisson

First Name: Jeffrey

Middle Name: Dean

Birth Date: (b)(6)

Birth City: Vista

Birth State: California

Military Rank: Private First Class

Service: United States Army

Military Unit of Assignment: A Co 3RD 509th IN (ABN), 4 BCT 25th ID, RCT-5, I MEF

Died in/out of Medical Treatment Facility: Died Outside A Medical Treatment Facility

Position in Vehicle: (b)(1)1.4g

Duty Status: Present For Duty

Date/time of Incident: 20070120 17:10:00

Incident City: Karma

Incident Country: Iraq

Circumstances: Soldier was killed in action whileconducting combat operations against Anti-Iraqi forces in the AL AnbarProvince. Soldier was pronounced deceased on 070120. Soldier was in a (b)(1)1.4g (b)(1)1.4g that was struck by an IED. Soldier was wearing an ACH, IBA with frontand back E-Sapi Plates, DAPS, Groin Protector, Yoke, Collar, and ThroatProtector, BLPS Eyewear, and Hearing Protection, with seat belt use.Soldier was pronounced deceased by (b)(3)130b, (b)(6) ACE Medical Officer(USN). Soldier was identified by name tapes on uniform and militaryidentification card.

Inflicting Force: Enemy Forces

Date/Time of Death: 20070120

Cause of Death: Total body disruption from IED blast.

Remarks: SUPP tocause of death, circumstances, time of death, and vehicle position.
DCIPS by (b)(3)130b, (b)(6) QA by (b)(3)130b, (b)(6). The administrative data in this report has been verified by using official CAC resources

Report initiated by (b)(3)130b, (b)(6) I M F  CIP  prep red b (b)(3)130b, (b)(6) NC-Casualty Operations on 21 JAN 07 at 1646hrs. MNC-I POC for thisreport (b)(3)130b, (b)(6) (b)(3)130b, (b)(6), MNC-I Casualty Operations NCOIC, (b)(6)

~~FOR OFFICIAL USE ONLY~~