# **EXHIBIT #31**

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|---|
| | **1. REPORT TYPE**<br>Final | | **2. DATE PREPARED**<br>18 Sep 2012 |

**3. SERVICE IDENTIFICATION**

| a. NAME *(Last, First, Middle and Suffix)*<br>Witteveen, Brett Alan | | b. SOCIAL SECURITY NO.<br>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 | c. RANK<br>PFC | d. PAY GRADE<br>E-2 | e. OCCUPATIONAL CODE/<br>RATING<br>0311 |
|---|---|---|---|---|---|
| f. COMPONENT<br>Reserve | g. BRANCH<br>USMC | h. ORGANIZATION<br>A Co, 1st Bn, 24th Mar, (RCT-6, II MEF Fwd), 4th Mar Div, Grand Rapids, MI | | | |

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Killed In Action | d. DATE OF CASUALTY<br>19 Feb 2007 | e. PLACE OF CASUALTY<br>Fallujah, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES

Hostile Action: Result of blast and shrapnel injuries received when the dismounted patrol he was with was struck by an IED while conducting combat operations.

| g. DUTY STATUS<br>Active Duty/On Duty | h. BODY RECOVERED<br>Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>11 Nov 1986 | b. PLACE OF BIRTH<br>Fremont, MI | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|
| d. RACE<br>White | | |
| e. ETHNICITY<br>None | | f. SEX<br>Male |
| g. RELIGIOUS PREFERENCE<br>No Religious Preference | | |

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>Grand Rapids, MI | b. DATE OF ENTRY<br>26 Jul 2006 | c. HOME OF RECORD AT TIME OF ENTRY<br>Shelby, MI |
|---|---|---|

7. INTERESTED PERSONS/REMARKS *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

WAR ON TERRORISM / OPERATION IRAQI FREEDOM

(b) (6)

Edith Ann Popps, Deceased. (Mother)

**** End of Interested Persons ****

Item 4f changed.

FOOTNOTES:    1  Primary next-of-kin.
              2  Beneficiary(ies) for death gratuity - as designated on record of emergency data.
              3  Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>DD Form 2064 Certificate of Death (Overseas) | DATE RECEIVED<br>Sep 2012 |
|---|---|
| 9. DISTRIBUTION<br>OSGLI, DFAS-KC, VA (Report # 047-07) | 10. SIGNATURE ELEMENT<br>(b) (6)<br>By direction of the Commandant |

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

**DD FORM 1300, FEB 2011**    PREVIOUS EDITION MAY BE USED.    Adobe Professional 8.0