# **EXHIBIT #35**

FA-17-0256 Brandon Wallace



**DEPARTMENT OF THE ARMY**
HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION
ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER
ARMY POST OFFICE AE 09331

S: 1 May 2007

1/34BCT-CO                                                          16 April 2007

MEMORANDUM FOR   (b)(3), (b)(6)   HHC 1-34th BCT, Base Camp Adder Iraq, APO AE 09331

SUBJECT:  Appointment as 15-6 Investigating Officer

1.  You are hereby appointed as an investigating officer to conduct an investigation pursuant to AR 15-6, paragraph 2-1(a)(3) and AR 385-40, paragraph 1-8 to investigate the facts and circumstances of the death of SGT Joshua Schmit and SGT Brandon Wallace. You are to make specific findings and recommendations concerning the incident. Until the investigation is completed, this will be your <u>primary duty</u> responsibility.

2.  Your investigation will include, but not be limited to, determining the 5W's and including the following:

   a.  The exact chronology of events beginning on 14 April 07 leading to and through the reporting of the matter;

   b.  What unit and what specific soldiers were involved in the incident;

   c.  What medical aide was rendered to the SM and was it timely;

   d.  What caused the death of the SM;

   e.  What was their mission on 14 April 07;

   f.  What was the SM's role in that mission;

   g.  Where did the incident occur;

   h.  The report will also include a timeline from appointment as Investigating Officer to completion of investigation;

3.  You will use informal procedures under AR 15-6, Chapter 4. If, during your investigation, you suspect that persons you intend to interview may have violated any provision of the Uniform Code of Military Justice (UCMJ) or any other criminal law, you must advise them of their rights under the UCMJ, Article 31 as documented on DA Form 3881. Witness statements should be sworn and recorded on DA Form 2823.

4.  Prepare the report of proceedings on DA Form 1574 and submit the original to me no later than the suspense date. You must submit any requests for delay to me in writing.

Enclosure i

1/34BCT-CO
SUBJECT: Appointment as 15-6 Investigating Officer

Include with your report all documentary evidence, sworn statements, diagrams, pictures, examples, and other information or evidence you considered.

5.  Before proceeding with the investigation you must contact        (b)(3), (b)(6)        at the Office of the Staff Judge Advocate, Building 209, for an initial legal briefing.    (b)(3), (b)(6)   (b)(3), (b)(6)    will serve as your primary legal advisor and can be reached at    (b)(3), (b)(6)    or by email at        (b)(3), (b)(6)

6.  By virtue of your appointment, you may direct the assistance of personnel with special technical knowledge to assist or advise you during your investigation.  Requests should be coordinated through your legal advisor.

7.  If during the course of your investigation you discover systemic training, maintenance, and/or equipment design deficiencies that potentially caused or contributed to the incident under investigation, you will immediately contact your legal advisor for further guidance.

(b)(3), (b)(6)

1451 TC

(b)(3), (b)(6)

`(b)(3), (b)(6)

Timeline for Investigative Actions for AR 15-6 Investigation of the Death of SGT Wallace,

| Date | Action |
|---|---|
| 14/0450APR2007 | Notified via email (b)(3), (b)(6) of AR 15-6 Investigation from |
| 15/1522APR2007 | Contacted (b)(3), (b)(6) at JAG office for request of appointment Letter |
| 16/020APR2007 | Received Appointment letter – Appointment Letter dated 16 April 2007 |
| 16/1330APR2007 | Downloaded Slides and TC Geab Information on Hurbacure 33 |
| 16/1431APR2007 | Sent email to (b)(3), (b)(6) for assistance from 1451at TC and 600 QM |
| 18/1419APR2007 | Received email from (b)(3), (b)(6) on interview times set for 1913300APR07 |
| 19/1300APR2007 | Had interview of (b)(3), (b)(6) to complete sworn statements for the events that took place on 13-14 Apr 2007 |
| 19/1210APR2007 | Talked with (b)(3), (b)(6) PCT PCI conducted prior to CET BP |
| 19/1240APR2007 | Conducted interview with (b)(3), (b)(6) |
| 19/1510APR2007 | Conducted interview with (b)(3), (b)(6) |
| 19/1630APR2007 | Conducted interview with (b)(3), (b)(6) |
| 19/415 APR2007 | Forwarded Sworn Statements to (b)(3), (b)(6) for review |
| 19/1430APR2007 | Attempted to get Casualty Assistance Center and Casualty Assistance Officers |
| 19/1600APR2007 | Talked with (b)(3), (b)(6) about setting up more interviews for clarification |
| 19/1727APR2007 | Emailed (b)(3), (b)(6) |
| 20/0900APR2007 | Worked on statements and paperwork for 15-6 investigation throughout the day |
| 20/1300APR2007 | Interviewed (b)(3), (b)(6) able for clarifications |
| 20/1520APR2007 | Interviewed (b)(3), (b)(6) ble for clarifications |
| 20/1530APR2007 | Interviewed (b)(3), (b)(6) or for clarifications |
| 20/1556APR2007 | Interviewed (b)(3), (b)(6) or clarifications |
| 20/1636APR2007 | Received email from (b)(3), (b)(6) for contact information for Dover |
| 20/1631APR2007 | Forwarded email from (b)(3), (b)(6) for review |
| 20/1530APR2007 | Emailed (b)(3), (b)(6) for obtaining certificates of death |
| 20/2044APR2007 | Received email from (b)(3), (b)(6) causes are too new at this time for Death Certificate |
| 23/1600APR2007 | Received assistance from (b)(3), (b)(6) for obtaining Cause of Death |
| 24/0429APR2007 | Received Fallujah USMC (b)(3), (b)(6) for obtaining paperwork from |
| 24/2042APR2007 | Received email from (b)(3), (b)(6) No Cause of Death stated |
| 25/1742APR2007 | Requested mission statement from (b)(3), (b)(6) the day |
| 25/2016APR2007 | Received mission statement from (b)(3), (b)(6) |
| 26/0800APR2007 | Worked on memos and paperwork for 15-6 throughout the day |
| 27/0600APR2007 | Worked on memos and paperwork for 15-6 throughout the day |
| 27/1700APR2007 | Reviewed 15-6 paperwork for turn in |
| 28/0830APR2007 | Turned In-hand Copy draft of 15-6 Investigation to Judge Advocate General |
| 07/1800MAY2007 | Picked up (b)(3), (b)(6) ration from Judge Advocate General for corrections at USAR again for obtaining certificates of death |
| 07/1600MAY2007 | Emailed (b)(3), (b)(6) |
| 08/0500MAY2007 | Received email from (b)(3), (b)(6) but SGT Wallace's certificate of death was not complete at this time |
| 09/0300MAY2007 | Made corrections to AR 15-6 memo end packet |
| 08/1200MAY2007 | Turn in corrected copy of 15-6 Investigation to Judge Advocate General |
| 14/1514MAY2007 | Emailed (b)(3), (b)(6) at USAR again for obtaining certificates of death |
| 16/0800MAY2007 | Received DD Form 2004 (Certificate of Death) from (b)(3), (b)(6) |
| 16/1000MAY2007 | Made corrections to memo and added cause of death |
| 16/1300MAY2007 | Turn in corrected copy of 15-6 Investigation to Judge Advocate General |

Enclosure 8



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION**
**ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER**
**POST OFFICE AE 09331**

1/34BCT-S3 CBRNE                                                        27 April 2007

MEMORANDUM FOR        (b)(3), (b)(6)        1/34 BCT

SUBJECT: AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion.

1. Purpose: This memorandum contains facts, findings, and recommendations for the above mentioned investigation in accordance with Army Regulation 15-6, Procedures for Investigating Officers and Boards of Officers.

2. Background: On 16 April 2007, I was assigned as the investigating officer to determine the chronological events that took place in the early morning of 14 April 2007, where SGT Wallace was Killed in Action from an Improvised Explosive Device (IED) that detonated on his scout vehicle while conducting a Convoy Escort Mission on route Alternate Supply Route (ASR) MOBILE just south west of Fallujah.

3. Unit and specific soldiers involved in the event:

a. Hurricane 33, 1451st Transportation Company, 11th Transportation Battalion, 1st Brigade Combat Team, 34th Infantry Division. [EXHIBITS A, C, D]

(1) Convoy Escort of Class I commodities (food) from Convoy Support Center (CSC) Cedar II to Forward Operating Base (FOB) Taqqadum which consisted six gun trucks and thirty escorted trucks. The total number of U.S. Army personnel on this mission was twenty two (b)(3), (b)(6) (b)(3), (b)(6) was the convoy commander. [EXHIBITS A, C]

(2) The vehicle involved in the detonation was the scout truck (lead vehicle) which consisted of SGT Brandon Wallace, SGT Joshua Schmit (b)(3), (b)(6) and (b)(3), (b)(6) (b)(3), (b)(6) The vehicle was a M1114, Up Armored HMMWV, bumper number H333. [EXHIBITS A, C, F]

b. The Marine Explosive Ordnance Team (EOD) team consisted of (b)(3), (b)(6) and (b)(3), (b)(6) [EXHIBIT B]

c. All soldiers wore Individual Body Armor (IBA), neck protector, side protectors, Deltoid & Auxiliary Protector (DAPs), enhanced small arms protective (ESAPI) plates in the front and rear, groin protector, ballistic helmet, and protective eyewear. Proper Pre-Combat Checks (PCC) and Pre-Combat Inspections (PCI) were conducted. [EXHIBITS E, I, M, N]

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion

4. Chronology of events:

a. The planned operations for 13 April 2007 included Hurricane 33 of the 1451st Transportation Company escorting thirty Third Country National (TCN) trucks from CSC Cedar II to FOB Taqqadum (TQ). The escort team and trucks left CSC Cedar II enroute to CSC Scania at 1600 on the 13th of April. The convoy arrived at CSC Scania at 1905 and departed CSC Scania enroute to FOB Taqqadum at 2105. At 2205 the convoy was halted due to Explosive Ordinance Disposal Operations on Main Supply Route (MSR) TAMPA. At 0030 on 14 April the convoy was halted due to a TCN flat tire. The convoy continued with its mission at 0050. Around 0130 the convoy was struck by an Improvised Explosive Device (IED) on MSR MOBILE. The IED detonated on the 1st vehicle of the convoy. It was determined to be a buried speed bump IED in the west bound lane. [EXHIBIT A, G, H, I, J]

b. Just prior to the IED detonation    (b)(3)    met up with    (b)(3), (b)(6)    who was stopped along the route in the west bound lane due to a TCN flat tire.    (b)(3), (b)(6)    was traveling east.   (b)(3), (b)(6)    received small arms fire just up the road and was stopped to repair the flat tires on the TCN truck. The    (b)(3), (b)(6)    spoke with the commander of   (b)(3), (b)(6)    about passing the convoy so they could continue mission.    (b)(3), (b)(6)    crossed over to the east bound lane to get around.]    (b)(3), (b)(6)    slowed movement to complete the cross over and return to the west bound lane. [EXHIBITS F, Q]

c. During the cross over the convoy speed was around 20-25 mph. During the cross over or near the completion of all the vehicles completing the cross over, three flares were shot into the air. The direction of the flares was to the left of the convoy at or around the 11:00 o'clock position. The flares were launched about 100-300 yards from the convoy. Immediately after the third flare was in the air, approximately 0130, the lead scout vehicle was struck by the IED. There was no indication that the flares had anything to do with the IED, but it is believed that they were a distraction to those soldiers who witnessed them being launched. [EXHIBIT K, L, P]

d. Immediately after the blast, (b)(3), (b)(6) attempted to radio the scout vehicle. There was no response from the scout vehicle. The convoy was halted.    (b)(3), (b)(6) and his command vehicle remained at the front of the convoy. Three gun trucks from the rear of the convoy were called up for assistance. The Medical Evacuation Helicopter (MEDEVAC) was called and they stated that they would be on location in 15-20 minutes. [EXHIBIT F, L]

e. Inside the gun truck,    (b)(3), (b)(6)    was observing as directed. He was sitting in the rear right seat, directly behind SGT Joshua Schmit. Just prior to the blast, he heard (b)(3), (b)(6)   (b)(3), (b)(6)    shout "No" over the truck's internal communication headsets. At that very moment    (b)(3), (b)(6)    looked up and saw the speed bump IED then a flash of light that

2

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation
Company, 11th Transportation Battalion

illuminated the front window. The next memory of (b)(3), (b)(6) is that his ears were ringing and he hears (b)(3), (b)(6) over the headset calling for help. He also remembers being surrounded by flames and blood covering his face. (b)(3), (b)(6) exited the vehicle to assist the others. He got (b)(3), (b)(6) door opened and he rolled out of the driver's seat. (b)(3), (b)(6) helped (b)(3), (b)(6) (b)(3), (b)(6) get further away from the burning truck. Once that was done, he was going to attempt to help the others in the truck. At that time the rounds inside the truck started to cook off (discharge due to heat). At first, (b)(3), (b)(6) and (b)(3), (b)(6) thought that they were taking small arms fire from Anti-Iraqi Forces. The two rolled into the median of the road. [EXHIBIT H, N]

f. Truck 323 drove up the left side of the convoy. When it approached the burning vehicle, it completed a sweep to the right of the vehicle, then across the front to provide security (b)(3), (b)(6) (b)(3), (b)(6) attempted to retrieve the bodies, but was unable to do so, due to the intense fire and rounds cooking off. Truck 324 arrived at the front of the convoy, called out the survivors and blocked the two wounded soldiers on the ground from the burning truck and exploding rounds by placing the vehicle between the soldiers and the burning vehicle. The two injured soldiers were loaded into truck 324 and moved to a safer distance. Truck 332 also responded to the front of the convoy. [EXHIBIT G, I, J, M]

g. Approximately 2-3 minutes after the incident, a Marine patrol arrived to assist Hurricane (b)(3), (b)(6) (b)(3), (b)(6) and (b)(3), (b)(6) completed first aid to the two wounded soldiers. (b)(3), (b)(6) and (b)(3), (b)(6) were loaded in the U. S. Marine patrol and Casualty Evacuation (CASEVAC'd) to Camp Fallujah. (b)(3), (b)(6) called off the MEDEVAC, since the two surviving soldiers were ground transported. [EXHIBITS G, I, L]

h. At approximately 0230, Explosive Ordnance Disposal (EOD) was called. They arrived around 0345. (b)(3), (b)(6) checked on all other members of the convoy during this time. EOD completed a secondary sweep of the area, rendering the area safe for extraction. (b)(3), (b)(6) (b)(3), (b)(6) completed the body extraction. Both bodies had to be extinguished prior to recovery. SGT Brandon Wallace was recovered first. SGT Wallace was in front of the vehicle under the (b)(1)1.4a an extension to the vehicle). His body was placed in a body bag and loaded in Truck 324. SGT Schmit's body was located in the front right side passenger seat. His body was placed in a body bag and loaded in Truck 324. [EXHIBITS G, I, J, K, L, M, O, P]

i. At approximately 0535, Hurricane (b)(3), (b)(6) left the blast site enroute to Camp Fallujah. At approximately 0600-0610 the escort team arrived at the Camp Fallujah Medical Facility. Both remains were turned over to the Personal Retrieval and Processing, United States Marine Corps (USMC). At 0721 (b)(3), (b)(6) U.S. Navy, pronounced the death of SGT Brandon Wallace.

3

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451ˢᵗ Transportation Company, 11ᵗʰ Transportation Battalion

The mechanism of injury was IED Blast. The Armed Forces Medical Examiner (AFME) would perform the Official Examination at Dover Air Force Base (AFB). [EXHIBITS D, K, L, S]

j. Post Blast Analysis (PBA) indicates that the blast hole contained fragmentation from one speed bump style improvised container. The ordnance in this IED consisted of one improvised container (speed bump) with an additional thirty pounds of high explosive buried beneath the improvised container. The IED was victim activated by driving over the speed bump. The PBA also indicates that the vehicle was about 60 meters from the blast hole, which is believed to be true from the picture found in the report. Members of (b)(3), (b)(6) thought the vehicle may have only been anywhere from five to eight feet from the blast hole. The members of (b)(3), (b)(6) (b)(3), (b)(6) may have been thinking of a different hole that the truck was near. [EXHIBITS B, M, O, P]

5. Medical aide rendered and timeliness: SGT Wallace's body was traumatized by the explosion. His body was located in front of the vehicle and under the (b)(1)1.4a It cannot be determined if he was wearing his gunner's harness. If he was wearing the harness, it could have been destroyed during the blast. Recovery of his body was not achievable until the vehicle fire burned out. No medical aide or MEDEVAC was necessary. [EXHIBITS M, O, P]

6. Cause of death: Service member was transferred to Camp Fallujah USMC Emergency Surgical. Defense Casualty Information Processing System (DCIPS) report did not state "Cause of Death" which is to be determined by AFME in Dover. On 3 May 2007, (b)(3), (b)(6) (b)(3), (b)(6) U.S Air Force Medical Corps, states on SGT Wallace's Certificate of Death (DD Form 2064) that Disease or Condition Directly Leading to Death is Blast Injuries. [EXHIBITS S, T, U]

7. Mission: 11ᵗʰ Transportation Battalion provides convoy escort teams in support of the 13ᵗʰ Sustainment Command (Expeditionary) to secure convoys originating from CSC Cedar II moving along Main Supply Routes to Baghdad International Airport/Seitz, Logistical Supply Area (LSA) Anaconda, FOB Taji, and FOB Al Taqqadum, in order to prevent Anti-Iraqi Forces from disrupting theater sustainment operations. On order, provide convoy escort teams for sustainment operations to FOB Kalsu and any other location within the Iraq theater of operations. (b)(3), (b)(6) specific mission for 13 April 2007 was to escort Class 1 to FOB Taqqadum. [EXHIBIT C, R]

8. SGT Wallace's role: SGT Wallace was the scout truck gunner. He served as a member of (b)(6), (b)(3) Convoy Escort Team. [EXHIBITS L, M, N]

9. Location of incident: The incident occurred on ASR MOBILE, southwest of Fallujah, near check point 43A. Grid location of the incident is 38S MB 01501 83538. [EXHIBITS A, B, D]

4

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation on the Death of SGT Brandon Wallace, 1451st Transportation Company, 11th Transportation Battalion

(b)(5)

INDEX

EXHIBIT A – SERIOUS INCIDENT REPORT (SIR) – 1/34 BCT DATED 140220APR07
EXHIBIT B – EXPLOSIVE ORDNANCE DISPOSAL INCIDENT REPORT - EOD F1A-229 PBA
EXHIBIT C – 1/34 BCT CONVOY REQUEST
EXHIBIT D – CONVOY #102-21748 CLOSING REPORT
EXHIBIT E – EXTRACT FROM 1 BCT 34 ID MCT HANDBOOK - PCC/PCI
EXHIBIT F – SWORN STATEMENT
EXHIBIT G – SWORN STATEMENT
EXHIBIT H – SWORN STATEMENT
EXHIBIT I – SWORN STATEMENT -                 (b)(3), (b)(6)
EXHIBIT J – SWORN STATEMENT -
EXHIBIT K – SWORN STATEMENT
EXHIBIT L - INTERVIEW
EXHIBIT M - INTERVIEW
EXHIBIT N - INTERVIEW                 (b)(3), (b)(6)
EXHIBIT O – INTERVIEW
EXHIBIT P – INTERVIEW
EXHIBIT Q – SERIOUS INCIDENT REPORT (SIR) 1/34 BCT DATED 140005APR2007
EXHIBIT R – EMAIL 11 TRANS BN MISSION STATEMENT
EXHIBIT S – USMC EMERGENCY SURGICAL PAPERWORK
EXHIBIT T – DCIPS REPORT
EXHIBIT U – DD FORM 2064 – CERTIFICATE OF DEATH (OVERSEAS)


ENCLOSURE i – APPOINTMENT LETTER
ENCLOSURE ii – TIMELINE OF INVESTIGATOR'S ACTIONS

SECRET//REL MCFI

*ALL ITEMS IN BLUE MUST BE FILLED IN IOT SUBMIT A COMPLETE INITIAL SIR*

## <1/34 BCT> SIR #<>
## (SERIOUS INCIDENT REPORT)
## 13ᵗʰ SC(E) SIR #<>
### 1451ˢᵀ TC    <11ᵀᴴ TRANS BN>    1BCT 34ID
### INITIAL    FOLLOW-UP    FINAL
<140258APR07>  <140845APR07>  <181400APR07>

1. TYPE OF INCIDENT:                    SPEED BUMP IED

2. DATE TIME GROUP OF INCIDENT:    140220APR07

3. GRID LOCATION 4 CP:              38S MB 01501 83538, CP 78M

4. UNIT TIME IN COUNTRY (SINCE TOA)                    11 MONTHS

5. NUMBER OF MILITARY PERSONNEL INVOLVED IN
   INCIDENT:                                        <4>
              (ONE PER INDIVIDUAL)
   A. NAME OF MILITARY PERSONNEL:   SCHMIDT, JOSHUA
   B. RANK/GRADE:                   SGT/E-5
   C. SOCIAL SECURITY NUMBER:       (b)(3), (b)(6)
   D. RACE:
   E. SEX:                          M
   F. AGE:
   G. INJURIES:        KIA
   H. TAKEN TO WHAT MEDICAL FACILITY:
   I. DUTY POSITION:                TC
   J. DUTY STATUS                   ACTIVE
   A. NAME OF MILITARY PERSONNEL:   WALLACE, BRANDON
   B. RANK/GRADE:                   SGT/E-5
   C. SOCIAL SECURITY NUMBER:       (b)(3), (b)(6)
   D. RACE:
   E. SEX:                          M
   F. AGE:
   G. INJURIES:          KIA
   H. TAKEN TO WHAT MED~~~~~ ~~~~~~~~
   I. DUTY POSITION:
   J. DUTY STATUS
   A. NAME OF MILITARY
   B. RANK/GRADE:
   C. SOCIAL SECURITY N
   D. RACE:                                  (b)(3), (b)(6)
   E. SEX:
   F. AGE:
   G. INJURIES:
   H. TAKEN TO WHAT MED
   I. DUTY POSITION:

Exhibit A

SECRET//REL MCFI

J. DUTY STATUS
K. NAME OF MILITARY |
L. RANK/GRADE:
M. SOCIAL SECURITY N|
N. RACE:
O. SEX:                                    (b)(3), (b)(6)
P. AGE:
Q. INJURIES:
R. TAKEN TO WHAT MED|
S. DUTY POSITION:
T. DUTY STATUS

NUMBER OF CIVILIAN PERSONNEL (WIA/KIA/MIA):
          (ONE PER INDIVIDUAL)
K. NAME OF PERSONNEL:
L. PASSPORT NUMBER/DRIVERS LICENSE
   NUMBER:
M. NATIONALITY:
N. SEX:
O. INJURIES:
P. TAKEN TO WHAT MEDICAL FACILITY:         NA
Q. TRANSPORTED BY WHOM:                     NA
R. CONTRACT COMPANY/SUBCONTRACTOR NAME:     TCN
S. TYPE OF ARMOR:      NA
T. COMMODITY INVOLVED (CLASS OF SUPPLY BEING HAULED):    CL MIX

7. SUMMARY OF INCIDENT:

140220APR07   (b)(3), (b)(6)    // 1451ST TRANSPORTATION COMPANY  // TF 11 // 1BCT,
34TH ID, TCS# 102-21745       (b)(3), (b)(6)    CET    (b)(3), (b)(6)   CONVOY   (b)(3), (b)(6)
REPORTED THAT WHILE TRAVELING WEST IN THE WEST BOUND LANE ON MSR MOBILE
ENROUTE TO TQ, IVO 38SMB 04691 83523, CP 43M, H33 HAD AN EFP IED DET ON THE
SCOUT/FIRST VEHICLE IN THE CONVOY (TRUCK 333). THE EFP WAS LOCATED IN THE
WEST BOUND LANE BURIED IN THE ROAD. SGT SCHMIDT, JOSHUA - TC - BATTLE ROSTER
NUMBER EU (b)(3), (b)(6) AND SGT WALLACE, BRANDON - GUNNER - BATTLE ROSTER NUMBER
EU (b)(3), (b)(6) WERE BOTH KIA.       (b)(3), (b)(6)       - DRIVER - BATTLE ROSTER
NUMBER (b)(3), (b)(6) SUSTAINED A CONCUSSION AND CUTS ON HIS FACE.       (b)(3), (b)(6)
(b)(3), (b)(6) - PASSENGER - BATTLE ROSTER NUMBER IR (b)(3), (b)(6) SUSTAINED BROKEN LEFT ARM
AND BROKEN RIGHT LEG. THE TWO WIA ARE BEING CASEVAC'D TO FALLUJAH AS OF 0235.
RECOVERY IS BEING COORDINATED THROUGH MNF-W AT THE SITE. CAUSE OF DEATH IS
BEING REPORTED AS FIRE, INDIVIDUALS WERE TRAPPED IN THE VEHICLE.
FOLLOW UP INFORMATION:
FROM THE FBA CONDUCTED BY EOD 140844APR07 THE      (b)(3), (b)(6)   DETONATION WAS AN
IMPROVISED CONTAINER (SPEED BUMP) WITH AN ADDITIONAL 30 LBS HIGH EXPLOSIVE CHARGE
BURIED BENEATH WITH A PRESSURE SWITCH INITIATOR. THE BLAST HOLE WAS APPROX 2' X
6' IN THE CENTER OF THE WEST BOUND LANE. ALL OF (b)(3), (b)(6) IS CURRENTLY AT FALLUJA.
 (b)(3), (b)(6)  HAS BEEN TREATED FOR HIS CONCUSSION AND CUTS TO HIS FACE AT THE
FALLUJA TMC, IS RTD AND WILL BE PICKED UP BY (b)(3), (b)(6)    (b)(3), (b)(6)  HAS BEEN CASEVACED
TO BAGHDAD TO BE TREATED FOR HIS BROKEN LEFT ARM (HUMEROUS) AND BROKEN RIGHT LEG
(TIBIA AND FIBIA) AND WILL LATER BE EVACED TO GERMANY. THE REMAINS OF SGT
SCHMIDT AND SGT WALLACE WERE RECOVERED BY FALLUJA MORTUARY AFFAIRS (MA) AT

SECRET//REL MCFI

SECRET//REL MCFI

140608APR07 AND WILL LATER BE TRANSPORTED TO TQ MA FOR DISPOSITION. THE MARINES FROM FALLUJA ARE PREPARED TO ESCORT THE LOG CONVOY TO TQ AND (b)(3), (b)(6) WILL LINK UP WITH COLD STEEL 36 AT SEITZ TO FORM A SUPER CET GOING SOUTHBOUND ENROUTE TO CEDAR.

WHAT WERE THE UNIT TTPS FOR THIS INCIDENT (IF APPLICABLE)?

WERE THE UNIT TTPS FOLLOWED? (IF NO, PROVIDE AS MUCH DETAIL AS POSSIBLE)

FINAL INFORMATION:

181400APR07 – ALL SOLDIERS OF 1451TC THAT WERE PART OF    (b)(3), (b)(6)    HAVE BEEN ON SAFETY STANDDOWN SINCE THEY ENDED MISSION 15APR07. THE    (b)(3), (b)(6)
(b)(3), (b)(6) REPORTED SEEING THREE FLARES PRIOR TO THE IED DETONATION. THE CONVOY SPEED AT THE TIME OF IED DET WAS SLOWED TO 25 MPH DUE TO THE CONVOY COMPLETING A MEDIAN CROSS-OVER FROM THE EAST TO WEST BOUND LANE. THE TWO SURVIVING SOLDIERS, BOTH MEMBERS OF 500QM, WERE CONDUCTING A RIGHT SEAT RIDE WITH 1451TC.    (b)(3), (b)(6)
(b)(3), (b)(6) IS RTD AND    (b)(3), (b)(6)    HAS UNDER WENT SURGERY AND IS IN STABLE CONDITION WITHOUT LOSS OF LIMB. HE IS CURRENTLY IN LANDSTUHL REGIONAL MEDICAL CENTER, GERMANY AWAITING FURTHER DISPOSITION TO BE SENT TO EITHER WOMACK, FT BRAGG OR WALTER REED, D.C.

## 7. SAF/IED INFORMATION

| | | |
|---|---|---|
| A. WAS IT A SAF OR IED DET? | | SPEED BUMP IED |
| B. WHAT VEHICLE IN THE ORDER OF MARCH WAS HIT? | | 1ST |
| C. AZIMUTH LOCATION OF SAF OR IED DET (EAST, WEST OF ROAD): | | NORTH |
| D. IED LOCATION ATTRIBUTES (SURFACE LAID, HANGING): | | BURIED |
| E. WAS EOD CONTACTED? TIME? | | YES, TIME UNK |

| | | |
|---|---|---|
| VEHICLE/EQUIPMENT DAMAGE (USE THIS SECTION FOR ANY BDA): | | |
| F. MODEL; | | M1114 |
| G. TYPE: (GT, KBR FLATBED, ETC) | | TCN |
| H. ARMOR: | | LEVEL 1 |
| I. DAMAGES: | | VEHICLE FIRE |
| J. DISABLED OR OPERATIONAL: | | DISABLED |
| K. HOW WAS VEHICLE RECOVERED: | | SELF |
| L. CLASS OF SUPPLY CARRIED: | | CLASS MIX |
| M. GFE (WAS VEHICLE GOVERNMENT FURNISHED EQUIPMENT?) | | NO |
| N. WHICH VEHICLE IN THE ORDER OF MARCH: | | 1ST (SCOUT) |

## 10. EOF INFORMATION

| | | |
|---|---|---|
| A. WAS SPOT LIGHT USED? | | N/A |
| B. WAS PEN FLARE USED? | | N/A |
| C. OTHER MEANS OF WARNINGS: | | N/A |
| D. HOW WERE WARNING SHOTS EMPLOYED? (RIGHT SIDE, HOOD, ETC) | | N/A |
| E. WAS POSITIVE IDENTIFICATION MADE? | | N/A |
| F. TYPE OF WEAPON? # OF SHOTS FIRED? | N/A | N/A |

SECRET//REL MCFI

Pages 16 through 19 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - -
(b)(3), (b)(5)
(b)(3), (b)(5), (b)(6)
(b)(5), (b)(3), (b)(6)

SECRET//REL MCFI

| | | |
|---|---|---|
| G. | DID CLP STOP TO ASSESS CASUALTIES/DAMAGES? | N/A |
| H. | REASON CLP DID NOT STOP TO ASSESS CASUALTIES/DAMAGES? | N/A |
| I. | CLAIMS CARD ISSUED? | N/A |
| J. | REASON CLP DID NOT STOP TO ISSUE CLAIMS CARD? | N/A |
| K. | COMMANDER'S INQUIRY OR 15-6 REQUIRED? | N/A |

## 10. CLP INFORMATION

| | | |
|---|---|---|
| A. | RANK/NAME OF CLP                    (b)(3), (b)(6) | |
| B. | CLP CALL SIGN:        (b)(3), (b)(6) | |
| C. | CLP MTS NUMBER: 1-34BCT-7TRBN-1451TC-H324 | |
| D. | GROUP MTS FROM CLP (YES OR NO) AND DTG:YES 140220APR07 | |
| E. | IF NO MTS WAS SENT, WHY | |
| F. | SHERIFF NET CONTACTED (POSITIVE COMM) DTG: | |
| G. | SHERIFF NET ATTEMPTED (NEGATIVE COMM) DTG: | |
| H. | WAS MEDEVAC REQUESTED? YES | |
| | i) HOW AND WHAT TIME REQUESTED? UNKNOWN | |
| | ii) ~~IF REQUESTED,~~ WHEN DID MEDEVAC ARRIVE? | |
| | iii) WHEN DID MEDEVAC DEPART INCIDENT AO? | |
| | iv) IF KNOWN, WHEN DID MEDEVAC ARRIVE AT MTF? | |
| | v) what MTF was MEDEVAC enroute to? NA | |
| I. | QRF REQUESTED (YES OR NO) AND DTG: YES | YES, TIME UNK |
| J. | ADD: QRF ARRIVED NA | |
| K. | RECOVERY REQUESTED (YES OR NO) AND DTG: | YES, TIME UNK |
| L. | ADD: RECOVERY ARRIVED | |
| M. | CONVOY SPEED:25MPH | |
| N. | CONVOY INTERVAL: 100M | |
| O. | CONVOY DIRECTION/ROUTE/RELEASE POINT/DESTINATION:SOUTH//LONGISLAND//MICHIGAN//MOBILE//TAMPA//TQ//TALLIL | |
| P. | BATTLESPACE OWNER CONTACTED (POSITIVE COMM) WHEN ENTERING THEIR BATTLESPACE DTG? | YES, TIME UNK, BELLAWOOD |
| Q. | BATTLESPACE OWNER CONTACTED (NEGATIVE COMM) WHEN ENTERING THEIR BATTLESPACE DTG? | |
| R. | QRF REQUESTED (YES OR NO) AND DTG: NO | |
| S. | ADD: QRF ARRIVED | |

| T. CONVOY COMPOSITION | ORDER OF MARCH | VEHICLE NUMENCLATURE | VEHICLE TYPE | LEVEL OF ARMOR | GPS (YES/NO/NA) | WARLOCK TYPE | WARLOCK OPERATIONAL |
|---|---|---|---|---|---|---|---|
| | 1 | M1114 #333 | GNTRK | 1 | | | YES |
| | 2 | M1114 # 314 | GNTRK | 1 | | | YES |
| | 3/12 | TCN | FLTBED | NA | | (b)(1)1.4a | NONE |
| | 13 | M1117 #350 | ASV | 1 | | | YES |
| | 14/23 | TCN | FLTBED | NA | | NONE | NONE |

SECRET//REL MCFI

SECRET//REL MCFI

| | | D | | | | | |
|---|---|---|---|---|---|---|---|
| 24 | M1114 #332 | GNTRK | 1 | | | (b)(3), (b)(6) | YES |
| 25/34 | TCN | FLTBED | 1 | | | NONE | NONE |
| 35 | M1114 #324 | GNTRK | 1 | | | (b)(3), (b)(6) | YES |
| 36 | M1114 #311 | GNTRK | 1 | | | | YES |

| 10. | SAFETY INFORMATION | |
|---|---|---|
| | A. SEATBELTS WORN: | YES |
| | B. ALL IBA WORN: | YES |
| | C. COMBAT LOCKS ENGAGED: | YES |
| | D. ROLLOVER PROCEDURES USED: | N/A |

10.    PUBLICITY:    NOTE THE EXTENT AND TYPE OF NEWS COVERAGE ANTICIPATED

10.    COMMANDER REPORTING:    ◁    (b)(3), (b)(6)    ▸

10.    POINT OF CONTACT:    1451st TRANS CO
   A. NAME:                (b)(3), (b)(6)
   B. RANK:
   C. TELEPHONE DNVT/DSN/VOIP #:    VOIP: (b)(3), (b)(6) DSN:    (b)(3), (b)(6)
   D. EMAIL:                    (b)(3), (b)(6)

10.    POINT OF CONTACT:    11THBN

SECRET//REL MCFI

SECRET//REL MCFI

A. NAME:                    (b)(3), (b)(6)
B. RANK:                    (b)(3), (b)(6)
C. TELEPHONE DNVT/DSN/VOIP #:      **VOIP:** (b)(3), (b)(6) / **DSN:** (b)(3), (b)(6)
D. EMAIL:                   (b)(3), (b)(6)

**14.  DOWNGRADING INSTRUCTIONS:**
(PROVIDE DOWNGRADING INSTRUCTIONS FOR CLASSIFIED REPORT OR REMOVAL DATE FOR FOUO MARKINGS AS APPROPRIATE.) THIS REPORT IS IN ACCORDANCE WITH ARCENT/DJFLCC REQUIREMENTS AND AR 190-40.

SECRET//REL MCFI



## EXPLOSIVE ORDNANCE DISPOSAL
## INCIDENT REPORT

### EOD Report Number: F1A-229 PBA

1. Incident Information
   a. Location.
      (1) Grid (MGRS):  38S MB 01501 83538
      (2) City:  N/A
      (3) Route:  Mobile
      (4) Area of Operation: Raleigh

2. Unit Supported:  11th Transportation Battalion

3. EOD General Information
   A. Date/Time/Group:  14 0229D Apr 07
   b. Date Received:  14 Apr 07
   c. Time Received:  0240D
   d. Type of Incident:  PBA
      e. Initiator:  Victim Actuated
   f. Ordnance:  (1) Improvised Container (speed bump) with an additional high explosive charge buried beneath the improvise container (30lbs NEW).
   g. Team Leader:
   h. Team Member          (b)(3), (b)(6)
   i. Emplacement:  Surface

4. Description of Incident:  11th Transportation Battalion reported that the lead scout vehicle for a TCN convoy was attacked with an IED. EOD support was requested.

5. EOD Procedures Performed:  EOD arrived on scene and linked up with the OSC.  The OSC informed EOD of the load out of the vehicle and that two CF remains were on scene. A mounted search of the area was conducted finding NSTR.  Once the scene was searched and no secondary IEDs were located, EOD dismounted and conducted a post blast analysis of the scene.  The blast hole contained fragmentation from one speed bump style improvised container.

6. Final Disposition:  Area and Vehicle cleared,

7. Conclusion:  The convoy was traveling west at a speed of 45-50mph when the IED detonated on the lead vehicle.  The detonation occurred under and slightly behind the engine compartment setting fire to the vehicle. Shortly after the strike the fire completely engulfed the vehicle and forced first responders to abandon recovery operation. The blast hole                                                                                               h

(b)(1)1.4a

SECRET //REL TO USA AND MCFI
(WHEN FILLED IN)

Exhibit B

(b)(1)1.4a

(b)(1)1.4a

(b)(1)1.4a

CONVOY REQUEST

SECRET//REL TO USA, AUS, GBR, AUS

## 1/34 BCT CONVOY REQUEST

CONVOY NUMBER: 1O2-21748    CONVOY TYPE: TCN

| | |
|---|---|
| Approved by: BN: | 4/12/2007 2:16:00 PM |
| BDE: (b)(3), (b)(6) | 4/13/2007 1:15:00 AM |

UNIT: 11th TRANS
DIRECTION: S
DEPARTURE DATE: 4/13/2007
DTG RETURN: 4/15/2007
MISSION TYPE: CONVOY ESCORT
MISSION: (b)(3), (b)(6)    I / TQ
DESTINATION: TAQQADUM
START POINT: CEDAR II
PROPOSED ROUTE: CENTRAL
ALTERNATE ROUTE:
PLANNED REST STOPS: SCANIA REFUEL

CALL SIGN/RADIO FREQ/MTS#/MTS GROUP:

| | RADIO FREQS |
|---|---|
| | 67425 |

CALL SIGN
(b)(3), (b)(6)

SENSITIVE ITEMS:
ANCD
PLGR  5    SER #
DAGR  1    SER #  180052/944455/1553S2/17075B/203231
          SER #  47334

CONVOY INFORMATION:
# OF PERS: 22
# OF ESCORTED VEHICLES: 30
# OF GUN TRUCKS: 5

CONVOY OIC:
CONVOY NCOIC: (b)(3), (b)(6)
SP TIME: 1600

FOR BDE PURPOSES ONLY:

CROSSING BOUNDARY (YES OR NO): Y --

(b)(3), (b)(6)        Desktop\15-6 April 07\CONVOY REQUEST.htm

file://C:\Documents and Settings

4/24/2007

Exhibit C



ONVOY REQUEST

e 2 of 5

AOR HEADQUARTERS NOTIFIED:
NAME AND RANK OF SOLDIER EMAIL:
DTG NOTIFIED:
INITIAL:

CONVOY REQUEST

## CONVOY VEHICLE ROSTER

| BUMPER # | MTS/BFT | WARLOCK TYPE | WARLOCK SER | VEH TYPE | CREW SERVED WEAPON TYPE | SERIAL |
|---|---|---|---|---|---|---|
| 311 | 1/34BCT/7TRBN/1451/HS11 | (b)(1).4a | SR0640057115 | M1114 | M240B | U67025 |

| PERSONNEL | NAME | BTL RSTR# | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|---|
| TC | (b)(3), (b)(6) | | M16A2 | 7187811 | PVS-7B | 6406171 |
| DRIVER | | | M16A2 | 7144944 | NONE | NONE |
| GUNNER | | | M16A2 | 7230048 | PVS-14 | 40593 |
| PASSENGER | | | M249 | 79841 | NONE | NONE |

| BUMPER # | MTS/BFT | WARLOCK TYPE | WARLOCK SER | VEH TYPE | CREW SERVED WEAPON TYPE | SERIAL |
|---|---|---|---|---|---|---|
| 393 | 1/34BCT/7TRBN/1451/H333 | (b)(1).4a | TC063B09116 | M1114 | M2 | 1852053 |

| PERSONNEL | NAME | BTL RSTR# | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|---|
| TC | SGT SCHMIDT, JOSHUA | HD5 | M16A2 | 7230449 | PVS-14 | 6418436 |
| DRIVER | (b)(3), (b)(6) | | M16A2 | 7115015 | NONE | NONE |
| GUNNER | SGT WALLACE, BRANDON | HDV | M16A2/M203 | /7229978/63536 | PVS-14 | 10522 |
| PASSENGER | (b)(3), (b)(6) | | M16A2 | 7144268 | NONE | NONE |

| BUMPER # | MTS/BFT | WARLOCK TYPE | WARLOCK SER | VEH TYPE | CREW SERVED WEAPON TYPE | SERIAL |
|---|---|---|---|---|---|---|
| 293 | 1/34BCT/7TRBN/1451/H293 | (b)(1).4a | TC063B12016 | M1114 | M240B | U67856 |

| PERSONNEL | NAME | BTL RSTR# | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|---|
| TC | (b)(3), (b)(6) | | M16A2 | 7230054 | PVS-14 | 10532 |

# ONVOY REQUEST

## Bumper 332

| BUMPER # | MTB/BFT | WARLOCK TYPE | WARLOCK SER | VEH TYPE |
|---|---|---|---|---|
| 332 | SQD5-1-1451TC-7TSB-1BCT-34ID | (b)(11.4a | SR063302116 | M1114 |

| PERSONNEL | WEAPON | SERIAL | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|
| DRIVER | M16A2 | 7170217 | NONE | NONE |
| GUNNER | M16A2 | 7013415 | PVS-14 | 6417618 |
| PASSENGER | M4 | W040989 | NONE | NONE |

(b)(3), (b)(6)

## Bumper 328

| BUMPER # | MTB/BFT | WARLOCK TYPE | WARLOCK SER | VEN TYPE |
|---|---|---|---|---|
| 328 | 1/3/8BCT/7TRBN/1451/N323 | (b)(11.4a | TC063610216 | M1114 |

| PERSONNEL | NAME | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|
| TC | (b)(3), (b)(6) | M16A2 | 7188860 | PVS-14 | 37436 |
| DRIVER | | M16A2 | 6206921 | NONE | NONE |
| GUNNER | | M16A2/M203 | 7187398/63526 | PVS-14 | 40637 |

| BTL RSTR# | | | |
|---|---|---|---|
| (b)(3), (b)(6) | | | |

| CREW SERVED WEAPON | | |
|---|---|---|
| TYPE | M2 | |
| SERIAL | 328222 | U96952 |
| M240B | | |

## Bumper 326

| BUMPER # | MTB/BFT | WARLOCK TYPE | WARLOCK SER | VEH TYPE |
|---|---|---|---|---|
| 326 | 1/3/8BCT/7TRBN/1451/N324 | (b)(11.4a | TC063708416 | M1114 |

| PERSONNEL | NAME | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|
| TC | (b)(3), (b)(6) | M16A2 | 7290053 | PVS-14 | 6418307 |
| DRIVER | | M249 | 79798 | NONE | NONE |
| GUNNER | | M16A2 | 7230445 | PVS-14 | 6418419 |

| CREW SERVED WEAPON | |
|---|---|
| TYPE | M240B |
| SERIAL | U91589 |

(b)(3), (b)(6)

CONVOY REQUEST

| PERSONNEL | NAME | BTL ROSTER | WPN TYPE | SERIAL # | NVG TYPE | NVG SERIAL # |
|---|---|---|---|---|---|---|
| TC | (b)(3), (b)(6) | | M16A2 | 7188843 | PVS-14 | 40605 |
| DRIVER | | | M16A2 | 7144956 | NONE | NONE |
| GUNNER | | | M16A2 | 7229826 | PVS-14 | 6417497 |
| PASSENGER | | | M16A2 | 7115044 | NONE | NONE |

## CONVOY # 102-21748 CLOSING REPORT

PRINT                                    1/34 BCT                          CLOSE

This is the Convoy Closing Report for Convoy # 102-21748. You may edit or delete the destinations for this convoy as needed
or add additional destinations, if necessary.

| UNIT: | 11th TRANS - 1451st TC |
|---|---|
| CONVOY TYPE: | TCN | MISSION TYPE: | CONVOY ESCORT |
| CONVOY SERIAL: | 102-21748 |

| TYPE | DESTINATION | VEH ESCORTED | CPPS | MILES | NOTES | |
|---|---|---|---|---|---|---|
| TCN | CEDAR II TO TAQQADUM | 30 | 6 | 330 | | EDIT DELETE ADD NEW |
| TCN | TAQQADUM TO TALLIL | 30 | 6 | 330 | | EDIT DELETE ADD NEW |
| | | | | TOTAL MILES: | 660 | |

| CLOSED BY: | (b)(3), (b)(6)  /15/2007 3:52:00 AM |
|---|---|
| RP TIME (ACTUAL): | 1600 |

131600APR07
SP CEDAR ENROUTE TO SCANIA GREEN 2 GREEN

131635APR07
IVO CP 15 B POS CONTAC

131700APR07          (b)(3), (b)(6)
IVO RRP 7 POS CONTACT

131755APR07
IVO CP 12 B POS CONTAC(b)(3), (b)(6)

131905APR07
RP SCANIA GREEN 2 GREEN

132105APR07
SP SCANIA EN ROUTE 2 TQ
GREEN 2 GREEN

132130APR07
POS CONTACT WITH     (b)(3), (b)(6)
IVO CP 7A

132200APR07
POS CONTACT WIT      (b)(3), (b)(6)
IVO 15A

132205APR07
EOD OPS

132240APR07
CM

132350APR07
NEG CONTACT WITH     (b)(3), (b)(6)
IVO CP 24A

140030APR07
IVO 36A TCN FLAT TIRE

140050APR07
CM

140125APR07
POS CONTACT WIT      (b)(3), (b)(6)
IVO CP 42M

140220APR07

*Exhst O*

CONVOY REQUEST DETAIL

| | | |
|---|---|---|
| | IVO 48M HALTED DUE TO EFP SIR INITIALED | |
| | 140535APR07 CM ER TO FALLUJAH | |
| | 140540APR07 RP FALLUJAH, RON | |
| | 141200APR07 SP FALLUJAH ER BIAP GREEN 2 GREEN | |
| | 141220APR07 POS CONTACT (b)(3), (b)(6) IVO 39A | |
| | 141300APR07 HALTED FOR EOD OPS IVO 38A | |
| | 141400APR07 CM | |
| | 141410APR07 RP BIAP GREEN 2 GREEN | |
| CLOSING REPORT: | 142125APR07 SP BIAP ER SCANIA WITH COLD STEEL 38 CLIP GRREEN 2 GREEN | EDIT |
| | 142210APR07 IVO 23A HALTED DUE TO IED DET. ON COLD STEEL VEHICLE | |
| | 142260APR07 CM | |
| | 142315APR07 IVO CP 18A HALTED | |
| | 142320APR07 CM | |
| | 140040APR07 RP SCANIA ER CEDAR | |
| | 150120APR07 SP SCANIA ER CEDAR GREEN TO GREEN | |
| | 150210APR07 IVO 8B POS CONTACT | |
| | 150225APR07 (b)(3), (b)(6) IVO 10B POS CONTAC | |
| | 150350APR07 RP TALLIL / ECM GREEN 2 GREEN | |
| LAST UPDATED: | 4/15/2007 2:27:00 AM -- (b)(3), (b)(6) | |

[TOP]

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ
1 BCT 34 ID MCT HANDBOOK

## STANDARD PRE-COMBAT CHECKS (PCC)

PCC's are conducted prior to stand-to, prior to commencing operations, or after an extended period in an attack or defensive position.  End state is unit prepared for combat operations. The PCCs outlined in this card are basic standard checks for all soldiers assigned and or attached to the 1/34 BCT.

NOTE: Each unit is responsible for developing specific battle-oriented PCC focused on their specific unit requirements.

1. **INDIVIDUAL PRE-COMBAT CHECKS (PCC)**

   - ID card / ID tags / drivers license
   - DA 1156 card
   - ACH / IBA w/E-SAPI plates – groin / neck protector fastened
   - Improved first aid kit
   - Ruck/assault pack- IAW TACSOP (mission oriented)
   - Weapon / magazines (cleaned, function check, properly lubed)
   - Ammo / grenades (mission oriented, serviceable, loaded correctly)
   - Pen/paper/pencil
   - Three days of water / rations (packed)
   - Flashlight (w/batteries / red-white lens)
   - NBC mask / jiist/ decon kit
   - Night Vision Device – function check, spare batteries
   - Eye protection-goggles / ear plugs / gloves
   - Strip map
   - sleeping bag / sleeping gear
   - MEDEVAC/Rules of Engagement (ROE)/Escalation of Force (EOF) cards
   - Personal hygiene / towels
   - Combat Lifesaver bag
   - Check IBA side 3" overlap
   - Magazine springs

2. **LEADER PRE-COMBAT CHECKS**

   - Communications – SOI, call sign/ freq list / comms check / digital
   - PLGRs / DAGGER (programmed w/ mission info)
   - Alcohol pens/ paper/markers
   - Map / compass / protractor
   - Binoculars / whistle

1 BCT 34 ID MCT HANDBOOK  (version 2.0 dtd 01 December 2006)
SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

Exhibit E

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ
1 BCT 34 ID MCT HANDBOOK

- Vehicle manifest & execution matrix
- Sensitive items list
- Unit SOP
- Control measures/ graphics
- Claim forms
- Black list (bolo)
- EPW / detainee kit (IAW TACSOP)
- Crew served weapons cleaning kit
- PCI soldiers and equipment
- Mission backbrief - destination, routes, friendly units, rp's, emergency freqs, cargo, order of march/ challenge & password
- Rehearsals - react to ied / sniper-near & far ambush indirect fire/protests/riots, roll over drills, MEDEVAC
- Backbrief

3. VEHICLES

- PMCS (-10 manual)
  - no class ii fluid leaks
  - fuel level full
  - oil / ps / coolant level correct
  - battery level correct
  - air filter clean
- dispatch / 5988E or DA 2404 / keys
- MRE's/ water/gatorade
- Cooler w/ ice
- Fuel cans full
- Tow cables/chains/bar
- Body bags, 4 each
- Seat belts operational
- Gunners restraint
- Jack, blocking, lug wrench
- Glass cleaner / rags / trash bags
- BII / pioneer tools
- Both the BFT and the MTS are loaded & prepped
- Radios (time/freqs set / commo checks / tie downs.

1 BCT 34 ID MCT HANDBOOK  (version 2.0 dtd 01 December 2006)
SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ
## 1 BCT 34 ID MCT HANDBOOK

- Commo card/MEDEVAC/UXO report (displayed on dash)
- One roll 100mph tape / 550 cord roll
- CLS bag / litter
- Commo check
- Chalk block / drip pan
- Concertina wire (mission oriented)
- VH-17 panels
- Flares
- Star cluster (s)
- Smoke grenade (s)
- Spot light
- Load plans

## 4. RTO / COMMUNICATIONS PRE-COMBAT CHECKS

- Equipment operational (icom/126/127/119)
- Digital connectivity check
- Frequency / FH set (primary / alternate)
- Time correct
- Commo / MEDEVAC / IED/UXO
- Short whip / long whip serviceable
- Two hand sets operational / waterproofed
- Antennas operational / tied down (fld exped)
- ANCD / SOI
- Wire / black electric. tape
- Commex
- Spare batteries
- PLGR/DAGR
- Execution checklist (s)
- Reports / MCT handbook SOP
- Assault wire / fts / reels

BCT/BN CMD:_____
BCT/BN O/I: _____
CO CMD:_____
Channel 1:_____
Channel 2:_____

1 BCT 34 ID MCT HANDBOOK  (version 2.0 dtd 01 December 2006)
SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

1 BCT 34 ID MCT HANDBOOK

Channel 3:_____

Channel 4:_____

Channel 5:_____

## 5. MEDIC / CLS / AID LITTER PRE-COMBAT CHECKS

- Litters / SKEDCOS / pole-less litters
- Class VIII inspection (CLS / medic bag)
- Chem lights (blue) / IR for dust-off
- CLS bags (1xmaneuver unit)
- Aid bags (1xmedic)
- IV / starter kits
- Field dressings
- Flashlight (white and red lense)
- Book of DA form 1155/56s (zip lock bag)

## 6. EPW / DETAINEE KIT PRE-COMBAT CHECKS

- Flexcuffs / prussic ankle / handcuffs
- Gags / blindfolds
- EPW processing tags (personnel / equipment)
- Black / gray / white list
- Sand bags
- White light
- 100mph tape
- ROE card

## 7. WEAPONS PRE-COMBAT CHECKS

- M240
  - M145 / PEQ-2 mounted / secure / borelight zeroed
  - spare barrel assembly (w/glove)/ case and BII complete

pintle present / serviceable

  - Ammunition / ammo bag / sling
  - Cartridge extractor
  - Combination tool
  - LDR conducts function check

1 BCT 34 ID MCT HANDBOOK  (version 2.0 dtd 01 December 2006)

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ
### 1 BCT 34 ID MCT HANDBOOK

- MG .50 cal MG
  - PEQ-2a mounted / secure / borelight zeroed
  - Spare barrel and bag complete (w/glove)
  - Pintle present / serviceable
  - Ammunition
  - Weapons cleaning equipment
  - Two range cards acetated
  - Head space and timing gauge
  - Carrying handle
  - Cartridge extractor
  - LDR conducts function check
  - LDR conducts hd space/timing check

- M249
  - PEQ-2 / paq-4 mounted / secure / borelight zeroed
  - Sling / scraper tool
  - Spare barrel assembly / bag complete
  - Range cards (2)
  - Weapons cleaning kit
  - 2x100rnd saw assault pouch/ 1x200 rnd pouch
  - Ammunition
  - ldr conducts function check

- M203
  - M203 vest
  - M203 cleaning kit
  - Quadrant / leaf site operational
  - Ammunition stored properly

**1 BCT 34 ID MCT HANDBOOK  (version 2.0 dtd 01 December 2006)**
SECRET/REL TO USA IRQ MCFI//FOR DISPLAY ONLY TO IRQ

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 11th Trans AO | 20080419 | 1210 | |

5. LAST NA

(b)(3), (b)(6)

8. ORGANI

1451st TC Camp Adder, Tallil 09331

9.

I, (b)(3), (b)(6), WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

When (b)(3), (b)(6) first showed up at staging area little things had occurred. First off I (b)(3), (b)(6) had issues with my tak 232 radio. Once we ... was driving and all arrived at staging yard, Tak (b)(3), (b)(6) (b)(3), (b)(6) [illegible] did a T-wait I (b)(3), (b)(6) gave briefing + proceeded to ~~Scania~~ [illegible] SP (b)(3), (b)(6) escorts to Scania. From Pedro to Scania we had different SP issues with the TCN + three tasks. Flat tires etc. ... tak 323 (Scania) Scania we first fixed all [illegible] systems. Wrapper on tak [illegible] wrapper strap to be wasn't working properly. (b)(3), (b)(6) & took it to wrapper, we then fixed again. Since (b)(3), (b)(6) looked at. Once he (b)(3), (b)(6) what he wanted to problem occurred. I (b)(3), (b)(6) ask (b)(3), (b)(6) stop for multiply IED during do, he stated lets roll. (b)(3), (b)(6) to TQ. Around 0015 I (b)(3), (b)(6) the course while traveling asking them what would they say if MTS the 1451st TC asking back say what is the problem ... (b)(3), (b)(6) They sent message with my TCN's + I (b)(3), (b)(6) said I'm having major issues at the TC replied, continue with three taks tonight [illegible] back, disregard what was sent mission. I (b)(3), (b)(6) responded passing through CP 40A. (b)(3), (b)(6) (b)(3), (b)(6) on to TQ. After right after 40A for TCN [illegible] (b)(3), (b)(6) being halted up the road. I flat tire cause by SAF 3-4 mile (b)(3), (b)(6) got out + spoke to (b)(3), (b)(6) convoy commander about its passing by (b)(3), (b)(6) crossed over between (b)(3), (b)(6) taks + crossed back over in the west bound lane continuing

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT ___ TAKEN AT ___ DATED ___"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998 DA FORM 2823, JUL 72, IS OBSOLETE APD PE v1.01

Exhibit F

**USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.**

STATEMENT OF (b)(3), (b)(6) TAKEN AT 1240 T[illegible] AB DATED 20070419

**9. STATEMENT** *(Continued)*

to the [illegible] we passed the 1st bridge at my [illegible] o'clock I spotted a [illegible], then another, & the last one we up that's when the blast happen. I (b)(3), (b)(6) kept trying to call my [illegible] tank over & over & over no answer. I (b)(3), (b)(6) then call for help from my other gun tanks (332, 323, 324) the 2 soldiers that got out of the [illegible] from the tank was [illegible]. I [illegible] [illegible] & [illegible] other (b)(3), (b)(6) [illegible] that [illegible] [illegible] [illegible] we keep security at all times [illegible] EOD cleared scene, I (b)(3), (b)(6) proceed up to the 2 wounded buried vehicle. Apache [illegible] them [illegible] [illegible] the (b)(3), (b)(6) proceed with all TCN & soldiers to Fallujah. rest of the team to Fallujah.

[illegible]

INITIALS OF PERSON MAKING STATEMENT (b)(3), (b)(6)

PAGE 2 OF 3 PAGES

STATEMENT OF _____ (b)(6), (b)(3) _____ TAKEN AT 1340 ꚍ꠲ꞥꝯ AB DATED 20070419

9. STATEMENT  *(Continued)*



**AFFIDAVIT**

I, _____ (b)(3), (b)(6) _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __3__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUEI

(b)(3), (b)(6) _____

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 19TH day of April, 2007 at ꝯ꠲ꞥ AB AO

ORGANIZATION OR ADDRESS.

1451 TC
APO AE 09331                    (b)(3), (b)(6)

ORGANIZATION OR ADDRESS

Investigating Officer
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT
(b)(3), (b)(6)

PAGE 3 OF 3 PAGES

PAGE 3, DA FORM 2823, DEC 1998                    APD PE v1.01

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) . |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 11 TH TONG AO | 2007 04 19 | 1200 | |

(b)(3), (b)(6)

1451 ST TC    Tallil

I, _____ (b)(3), (b)(6) _____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

we were heading west bound around 130 am on the 14th april I was in the back of the convoy heading up the side To fight back into place, which is 3rd guntruck behind 7th TCN vechiles when (b)(3), (b)(6) said the scout had an IED attacks and the wanted me, CLS, to get up there. I pulled up on the left side of convoy, I stopped even with rice and seen the scout vechile was enguffed in flames. So I pulled around the right side of the vechile., and sweeped for secondary survivals and IEDs and trigger man. I heard a vechile call from the opposite lane saying they had 2 surivors, So I crossed over in front of the scout vechile, and parked my truck in the opposite lane about 25m Caddy corner for small arms fire cover. I got out and ran up to the 2 victims, when (b)(3), (b)(6) trk and (b)(3), (b)(6) trk pulled up. I loaded one victim into each truck pulled a right seat rider out of a (b)(3), (b)(6) trk. (b)(3), (b)(6) I believe his name is, I told him to run to my trk and drive it (b)(3), (b)(6) The gunner, (b)(3), (b)(6) was also in my vechile. TC said. Once the victims were ~~loaded the~~ out of the kill zone I died CLS care on them. head wrap

(b)(3), (b)(6)

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| | (b)(3), (b)(6) | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1 01

Exhbit 6

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _ (b)(3), (b)(6) _ TAKEN AT 15th Trns RCP DATED 17Apr07

9. STATEMENT (Continued)

for one and a leg splint for the other; (b)(3), (b)(6) was
working on his broken arm. I told (b)(3), (b)(6) to talk to
them so they would stay alert. I threw out chemlight
in case we were having a bird land. Marines showed
up and evacuac the 2 victims. I loaded my personnel in
my verhicle, to Bekle go back to (b)(3), (b)(6) trk. I pulled down
behind the convoy then up the right side for security.
I stopped in the rear To check on my personnel (b)(3), (b)(6)
trk. then I pulled up the right to (b)(3), (b)(6) trk. (b)(3), (b)(6)
on his personnell. By this time (b)(3), (b)(6) had pulled around
on the left of (b)(3), (b)(6) trk. so I checked on his personnel
then I swept for secondary personnell on right side of rd.
next to the blast area. Then I pulled my trk on the
far side of the burning trk (b)(3), (b)(6) verhicle To
pull security. After a while the marides showed up
again helping pull security. then EOD marines showed
up and did secondary sweep then cleared the area.
So we could loud up the two KIA Sgt. Schmit, Sgt.
Wallaces then we left.

nothing follows 17Apr07

INITIALS OF PERSON MAKING STATEMENT (b)(3), (b)(6)     .     PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998     APD PE v1.01

| STATEMENT OF | (b)(3), (b)(6) | TAKEN AT | 11th Trans | DATED | 17 Apr 07 |

**9. STATEMENT** *(Continued)*

*Nothing follows*

*17 Apr 07*

*10 of 07*

---

**AFFIDAVIT**

I, _____ (b)(3), (b)(6) _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT H THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR U

(b)(3), (b)(6)

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 19TH day of April, 2007 at Talil AR 1203

(b)(3), (b)(6)

**ORGANIZATION OR ADDRESS**

1-151 TC
APO AE 09331

(Signature of Person Administering Oath)

(b)(3), (b)(6)

(Typed Name of Person Administering Oath)

Investigating Officer
(Authority To Administer Oath)

**ORGANIZATION OR ADDRESS**

**INITIALS OF PERSON MAKING STATEMENT** (b)(3), (b)(6)

PAGE 3 OF 3 PAGES

PAGE 3, DA FORM 2823, DEC 1998

APD PE v1.51

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is PMG.

## PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 6 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) . |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Tallil | 2007 0818 | 1235 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| | (b)(3), (b)(6) | |

8. ORG.  (b)(3), (b)(6)
630th QM CO

9.

I, ____(b)(3), (b)(6)____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

We were driving on MSM around 0130, _ (b)(3), (b)(6) was the driver, Sgt Wallace was the gunner, Sgt Schmit was the T.C. and I was the Sitting behind the T.C. I was scanning the roads through My window, then I heard (b)(3), (b)(4), (b)(6) · Shouted up. So I looked at the front window. At that fraction of a second I saw a speed bump then a flash of bright light that illuminated the entire front window, I close my eyes. The next thing I remember My ears are ringing. But when the ringing stopped, I heard (b)(3), (b)(6) crying for help He shouted that his is stuck and he cant get out. So I opened my eyes and I noticed that I was surrounded by flames I opened the door to get out unlock my seatbelt and got out. My right eye was covered With blood and particles, my left eye was irritating me and blinked multiple times. I ran to the driver side of the vehicle. The driver door was covered with flames. I opened the door and then (b)(3), (b)(6) dove out of the door into the ground. I moved rest. As I made an attempt to save the other two soldiers further away from the truck and laid him in a leaning round were being shot off. I thought were taken in Small arms fire, So (b)(3), (b)(6) and I walked to a much further distance.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT  (b)(3), (b)(6) | PAGE 1 OF __3__ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

Exhibit H

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF (b)(3), (b)(6)    TAKEN AT Tallil 1235 DATED 2007 04 18

9. ST/ (b)(3), (b)(6) and I stood laying on the ground with our heads ducked to the ground B₁ the rounds stopped I saw a gun truck pulled up and (b)(3), (b)(6) rush to my side I told him to take care of (b)(3), (b)(6) first he is in worst shape than me. I got up and I was guided to another vehicle.

Nothing else follows

INITIALS OF (b)(3), (b)(6)    STATEMENT    PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998    APOPE v1.01

STATEMENT OF ___ (b)(3), (b)(6) ___ TAKEN AT _Tallil 1235_ DATED _2007 04 18_

9. STATEMENT    *(Continued)*

nothing else follows

**AFFIDAVIT**

I, ___ (b)(3), (b)(6) ___, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE **3**. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _19th_ day of _April_, _2007_ at _Tallil AB 1235_

(b)(3), (b)(6)
*(Making Oath)*

ORGANIZATION OR ADDRESS

1451 TC - 600 QM
APO AE 09331

ORGANIZATION OR ADDRESS

(b)(3), (b)(6)
*(Typed Name of Person Administering Oath)*

_Investigating Officer_
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT    (b)(3), (b)(6)

PAGE **3** OF **3** PAGES

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Tallil 2B | 2007 04 14 | 12:15 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. ORGANIZATION |
|---|---|---|
| (b)(3), (b)(6) | | |

8. ORGANIZATION OR ADDRESS

1451st TC

9.

I, (b)(3), (b)(6) _____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the 14th April 07 (b)(3), (b)(6)   01:30 we were hit at the front of our convoy with an IED. Sgt Schmit (TC), Sgt Wallace (Gunner), (b)(3), (b)(6)

(b)(3), (b)(6)

room TC (b)(3), (b)(6)   ____. I saw the the Blast from the rear of the convoy. (b)(3), (b)(6) is my TC and at the time he was driving. We had two new guys with us ( (b)(3), (b)(6)

____. Checkpoint 48 m is where they hit the IED. My truck pulled up bside the truck that was hit to keep the hot rounds from hitting the other two new guys. Myself and (b)(3), (b)(6)   pulled (b)(3), (b)(6)   in my truck in which his right arm and right leg was broken. The marines medivac'd by grand to Fallujah. The truck hit was in flames and Sgt Schmit and Sgt Wallace were no were to be found. We then waited on EOD to show up to do there Secondary Sweep. Once they were done myself (b)(3), (b)(6)   and (b)(3), (b)(6)   walked up to the truck and I myself sprayed Wallace and Schmit

| 10. EXHIBIT | 11. (b)(3), (b)(6)   RSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

**DA FORM 2823, DEC 1998**   DA FORM 2823, JUL 72, IS OBSOLETE   APD PE v1.01

Exhibit I

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF          (b)(3), (b)(6)          _____          TAKEN AT Tallil AB          DATED 19 April 07

9. STATEMENT   (Continued)

with a fire extinguisher. Both dead and no signs of suffering. It looked as if both were killed by the blast. The 4 of us then put Sgt Schmitt and Sgt Wallace in body bags and placed both bodies in my truck. We then followed Marines (b)(3), (b)(6) to Camp Fallujah. We went straight to the TMC / Morgue. We pulled both bodies out and placed them in a cooler. (b)(3), (b)(6)  and I both got checked out by the doc as far as Smoke inhalation. We then we to breakfast and moved out that same morning to BIAP.

(b)(3), (b)(6)

19 Apr 07

Nothing follows

INITIALS (b)(3), (b)(6) NG STATEMENT

(b)(3), (b)(6)

PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998                                    APD PE v1 01

STATEMENT OF _ (b)(3), (b)(6)    TAKEN AT _Tallil AB_   DATED _19 Apr 07_

9. STATEMENT (Continued)

_19 Apr 07_

(b)(3), (b)(6)

_Nothing Follows_

**AFFIDAVIT**

I, (b)(3), (b)(6) , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___3___ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL I

(b)(3), (b)(6)

WITNESSES:

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _19th_ day of _April_ , _2007_ at _Tallil AB_ _1215_

ORGANIZATION OR ADDRESS

1451 TC
APO AE 09331

(b)(3), (b)(6)

(b)(3), (b)(6)

(Typed Name of Person Administering Oath)

_Investigating Officer_
(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PE (b)(3), (b)(6) ATEMENT

PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2823, DEC 1998     APD PE v1.01

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 11th Truss ALO | 2007 April 19 | 1207 | |

5. ORGANIZATION OR ADDRESS
1451 TC

9.
I, (b)(3), (b)(6) , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On April 14th at App. 0130 am we had just crossed over and we seen 3 white flares go off. As we seen then we seen 1 least black (b)(3), (b)(6) came across radio & said sets up here now. we got to going toward Frt. of convoy. As we got to the Frt we seen Humvee was on fire they said we where taking SAFis. I went and crossed over to East Bound Lane. I seen Personal in Meddian. I seen (b)(3), (b)(6) trying to get to Bodies I placed my Humvee Between him & the Injured people to protect them From the rounds cooking off. we pulled my Edsa prow out & we put the wind (b)(3), (b)(6) in my tork we put c in (b)(3), (b)(6) till I pulled up out of the Fire area. And Started treatment on patient (b)(3), (b)(6) we got him out & put him on a Stretcher. he had a Compand Fracter of his Left & Right Leg & Right Arm. After we Loaded him into the marine Humvee. to take him to FAKIA.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| | (b)(3), (b)(6) | PAGE 1 OF 3 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        APD PE v1.01


Exhibit J

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF (b)(3), (b)(6)     TAKEN AT _Talil Hunter,_     DATED _4/19/07_

9. STATEMENT (Continued)

(b)(3), (b)(6)

After the left with the ~~second~~ Insured. We proceded to
take care of the other two SGT Joseph Smith &
SGT Brandon Wallace. The where still In is Beside the
trk we had to put them In Body Bags. We
pulled up & put SGT. Brandon Wallace In First. Then
we put him in my Humvee then we loaded
SGT. Schmidt. We put him in my Humvee Also.
Their Bodies was unreconizable. They where in Bad
Shape. then we took them out 0 Talil to
Be taken care of. ~~th~~:     (b)(3), (b)(6)          r(b)(3), (b)(6)

   (b)(3), (b)(6)     &          (b)(3), (b)(6)          (b)(3), (b)(6)     _took_

Care of the Bodies.

INITIALS OF PERSON MAKING STATEMENT

(b)(3), (b)(6)     PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998     APD PE v1.01

STATEMENT OF __ (b)(3), (b)(6)    TAKEN AT _Telik Heathrow_ DATED _4/18/67_

9. STATEMENT    *(Continued)*

*Walter Fuller*

**AFFIDAVIT**

I, _____ (b)(3), (b)(6) _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __3__. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY W~~_____~~    WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUE __

(b)(3), (b)(6)

_____ (ment)

WITNESSES:

(b)(3), (b)(6)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _19th_ day of _April_ , _2007_ at _Telik AR  JAO7_

(b)(3), (b)(6)

_____ (Notaring Oath)

ORGANIZATION OR ADDRESS

*1451 TC*
*APO AE 06331*

ORGANIZATION OR ADDRESS

(Typed Name of Person Administering Oath)

*Investigating Officer*
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT    (b)(3), (b)(6)    PAGE _3_ OF _3_ PAGES

PAGE 3, DA FORM 2823, DEC 1998    APD PE v1 01

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is PMG.

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN) . |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| 11th Trans. AA | 07-04-17 | 1210 | |

(b)(3), (b)(6)

5. ORGANIZATION OR ADDRESS

1451 Trans Company

(b)(3), (b)(6)                      _____ , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

That on Friday April 13th 3-3 was on a convoy security mission to TQ. we made it to Scania around 7:30 pm. We fueled up and headed out the gate. we were behind EOD sweep team which held us up. causing us to stop & go. We made it to 40 alpha & there was a convoy traffic jam heading onto Sword. We made it around 40 alpha & at 42m at 030 was when i observed 3 flairs to our 11:00 position & that is when the gun truck burst into flames. To me the truck looked like it kept rolling. the ten's behind us started panicing trying to go Around us. so i started throwing things & cussing to get them stopped.

| 10. EXHIBIT | 11. | | IN MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|---|---|
| | | (b)(3), (b)(6) | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATE_____ ____ _____ AKEN AT ____ DATED ____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          APD PE v1.01

Exhibit K

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___(b)(3), (b)(6)___  TAKEN AT _Jalal RZZ_ DATED _07-04-17_

**9. STATEMENT (Continued)**

when they finally stopped. (b)(3), (b)(6) was
in the process of trying to raise (b)(3), (b)(6)
on radio. I heard small arms so i called
out small arms fire to . (b)(3), (b)(6) . but it
turned out to be cook off rounds. The Flex
trucks,   (b)(3), (b)(6)
responded. we did not pull up till later.
EOD was called 0200 arrived 0345. we
pulled up & there were pulling out the bodies. I
observered that they needed help & (b)(3), (b)(6) i put
one of the guys in our truck in the gunners
hatch. & i helped with removal of the bodies.
(b)(3), (b)(6)    & my truck to bodies (b)(3), (b)(6) to the
morgue in Camp Felluja at 0610 am.

nothing follows

nothing follows

INITIALS OF ___(b)(3), (b)(6)___ NG STATEMENT    PAGE 2 OF 3 PAGES

PAGE 2, DA FORM 2823, DEC 1998    APD PE v1.01

STATEMENT OF                    (b)(3), (b)(6)              TAKEN AT  1227 Tallil  DATED  07-04-17

9. STATEMENT   (Continued)                 Nothing Follows



**AFFIDAVIT**

I,                    (b)(3), (b)(6)                    , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH, BEGINS (ON PAGE 1, AND) ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE
CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FR                                            JT
THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL I

                                                                         (b)(3), (b)(6)

WITNE___                                      Subscribed and sworn to before me, a person authorized by law to
                                              administer oaths, this  19TH  day of  April  , 2007
___      (b)(3), (b)(6)      ___              at  Tallil AB  1227

ORGANIZATION OR ADDRESS                                          (b)(3), (b)(6)
 1451st TC                                           (Signature of Person Administering Oath)
 APO AE 09331        ___                                         (b)(3), (b)(6)
                                                     (Typed Name of Person Administering Oath)
ORGANIZATION OR ADDRESS                              Investigating Officer
                                                        (Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT                                  PAGE  3  OF  3   PAGES
                          (b)(3), (b)(6)

PAGE 2, DA FORM 2823, DEC 1998                                                    APO PE v1.01



DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION
ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER
POST OFFICE AE 09331

1/34BCT-S3 CBRNE                                          19 April 2007

MEMORANDUM FOR            (b)(3), (b)(6)

SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion (b)(3), (b)(6) Interview

1. Purpose: This memorandum contains verbal conversation at 191240APR2007 with (b)(3), (b)(6) Convoy Escort Team        (b)(3), (b)(6)        1451st, Transportation Company, 11th Transportation Battalion.

2. On 19 April 2007 at 1240 I talked with        (b)(3), (b)(6)        in the 11th Transportation Battalion area on Logistical Supply Area (LSA) Adder, Iraq. I initially explained that I was assigned as an investigating officer to conduct an investigation to determine facts and circumstances of the death of SGT Brandon Wallace and to make specific findings and make recommendations to (b)(3), (b)(6) (b)(3), (b)(6) the BCT (b)(3), (b)(6) . Based on what I've seen and information gathered to this point, my recommendation to   (b)(3), (b)(6)   is that   (b)(3), (b)(6)   1451st Transportation Company, 11th Transportation Battalion performed their mission as assigned with no negligence of duty and followed all learned Tactics Techniques, and Procedures (TTPs) as designed, even though, however unfortunate, the outcome of the mission that took place when an Improvised Explosive Device exploded and claimed the life of SGT Brandon Wallace. The questions and answers are listed below:

    a. When did you receive that mission? On the 12th of April.

    b. What took place prior to your SP from Tallil? On the 13th, I got the intelligence brief at 1100. I then briefed the Convoy Escort Team (CET). We prepared for the mission and headed off to Cedar II to eat. After eating, we went to the Class 1 yard for our convoy and waited for our time to depart Cedar II.

    c. Were proper PCC/PCIs conducted prior to your mission? Yes, our truck commanders go thru individual checklists and I have a CET checklist.

    d. Were the soldiers wearing their required protective gear? Yes.

    e. Were the soldiers wearing their seat belts and gunner restraints? I can say that some do and some don't. I tell them all that they are to wear their seatbelts, but once they get into their trucks, I can't insure that they all are wearing their seat belts.

    f. What was SGT Wallace's role in the mission? He was the scout truck gunner.

Exhibit L

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion, (b)(3), (b)(6), Interview

g. What was your role in the mission? I am the convoy   (b)(3), (b)(6)

h. Can you describe the chronological events that took place starting just prior to the IED
Detonation? I was in the truck directly behind the scout truck. As soon as the IED went off, I saw a
bunch of dust, then some sparks and then flames. I called on the radio to get a response from the
scout truck. I was hoping they rolled thru. At first I thought they rolled thru it, but the truck
disappeared. I stopped the convoy. The third country nationals get very excited during events like
this and I had to control the convoy. I called up three trucks from the back to assist. At first, we
thought we started to take small arms fire. Earlier in the intelligence brief, we were informed of
some small arms fire incidents in this same area. I called MEDEVAC and they said they would be
15-20 minutes out. The Marine patrol showed up in about 2-3 minutes. The two soldiers that
exited the vehicle were taken by the Marines to Fallujah. I called one of the trucks back to find out
what was going one up front. EOD came and swept the area. I approached the vehicle which was
about burned. The soldiers on the ground had already placed SGT Wallace in a body bag and they
were working on recovering SGT Schmit.

i. Do you know how fast the convoy was traveling at the time of the IED Det? We were
only going about 20-25 mph. We were still going thru the crossover and we usually don't resume
convoy speed until we all make it thru the crossover.

j. After the incident, how did you assist in the whole situation? I maintained control of the
convoy. I performed all the radio traffic, while the others from the CET assisted the wounded and
the damaged vehicle. I called off the MEDEVAC, due to the Marines taking the wounded to
Fallujah. EOD was called around 0230. They showed up around 0345 to conduct the secondary
sweep. After the bodies were loaded in our vehicles, we were escorted by the Marines to the
UMCC in Fallujah. We arrived there around 0600.

k. Did you render any aid specifically to SGT Wallace? No, I was still commanding the
CET, while our combat lifesavers were assisting.

l. How long was it before any medical assistance showed up? The Marine patrol that
showed up about 2-3 minutes after the explosion was all we needed. They evacuated the two
wounded that escaped the truck. The other two were still in the fire of the truck. The vehicle was
unapproachable. Rounds were cooking off; they had high explosives in the vehicle. The fire was
very intense.

3. On 20 April 2007 at 1350 I talked again with (b)(3), (b)(6) in the 11th Transportation Battalion area
on Logistical Supply Area (LSA) Adder, Iraq. I explained that I was trying to get some additional
information as the investigating officer to determine facts and circumstances of the death of SGT
Brandon Wallace. The questions and answers are listed below:

2

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion, (b)(3), (b)(6) Interview

     a. Just before the IED Det, there were some flares that were set off. Do you have any idea what the flares were for, who set them off, why they were set off, or where they were set off from? There were three flares set off just prior to the IED explosion. I am not sure if they had anything to do with our incident. They were to our left about 100 meters off the road. We knew that the enemies were using flares and usually they are followed by small arms fire.

     b. In your opinion, did the flares distract everyone's attention? I would believe so, since it is a natural reaction to look.

     c. About how far was the damaged vehicle from the blast hole? The vehicle ended up about 15 feet and to the left of the blast hole.

     d. Was there fire suppression in the truck? Yes, all my trucks have fire suppression; however, I am not sure if it worked after the explosion.

     e. Were there fire extinguishers available? Yes, all the vehicles have them, but they are small ones.

     f. I know you were not one of the soldiers on the ground that tried to attempt rescue, but what would you say was the determining factor or factors of not trying to rescue the two individuals from the vehicle sooner? I am not sure, I was about 25 meters back conducting my communication and controlling the escort portion of our mission. I know (b)(3), (b)(6) tried, but it was too hot to approach.

3. I ended the interview by thanking (b)(3), (b)(6) for his service to his country and specifically for his service to the 1451st Transportation Company and his actions on 14 April 2007.

(b)(3), (b)(6)

3



**DEPARTMENT OF THE ARMY**
HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION
ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER
POST OFFICE AE 09331

1/34BCT-S3 CBRNE                                                    19 April 2007

MEMORANDUM FOR          (b)(3), (b)(6)

SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion,   (b)(3), (b)(6)   Interview

1. Purpose: This memorandum contains verbal conversation at 191310APR2007 with   (b)(3), (b)(6)
Convoy Escort Team Member,   (b)(3), (b)(6)  , 1451st, Transportation Company, 11th Transportation
Battalion.

2. On 19 April 2007 at 1240 I talked with          (b)(3), (b)(6)          in the 11th Transportation Battalion
area on Logistical Supply Area (LSA) Adder, Iraq. I initially explained that I was assigned as an
investigating officer to conduct an investigation to determine facts and circumstances of the death
of SGT Brandon Wallace and to make specific findings and make recommendations to (b)(3), (b)(6)
     (b)(3), (b)(6)          Based on what I've seen and information gathered to this point, my
recommendation to   (b)(3), (b)(6)   s that   (b)(3), (b)(6)   1451st Transportation Company, 11th
Transportation Battalion performed their mission as assigned with no negligence of duty and
followed all learned Tactics Techniques, and Procedures (TTPs) as designed, even though, however
unfortunate, the outcome of the mission that took place when an Improvised Explosive Device
exploded and claimed the life of SGT Brandon Wallace. The questions and answers are listed
below:

   a. When did you receive that mission? I was notified on 12 April 07.

   b. What was your mission for that day? To take thirty third country national trucks from
Cedar II to Taqqadum.

   c. What took place prior to your SP? I PMCS on the vehicle was done the day before. I go
the truck packed, received convoy brief and intelligence update. We also go over Escalation of
Force.
   d. Were proper PCC/PCIs conducted prior to your mission? Yes.

   e. Were soldiers wearing the required protective gear? Roger, to include hearing protection,
IBA, helmet, glasses.

   f. Where the soldiers wearing their seat belts? Yes, in my truck they were.

   g. What was SGT Wallace's role in mission? He was the gunner of the scout vehicle.

Exhbt M

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion,    (b)(3), (b)(6)   Interview

h. What was your role in the mission? I was the TC for truck 323. Plus I am the primary
Combat Lifesaver for the team.

i. Do you know how fast the convoy was traveling? Not very fast, due to the cut over. I was
pulling security. We had just made it thru the cross over to get around one of our other convoys that
were halted due to TCN truck issues. The information was being relayed up to the front that we
were clear when the explosion happened. The convoy commander probably did not realize that we
were thru the cut over due to having to relay the information forward. However, we were not back
up to convoy speed.

j. Can you describe the events that took place just prior and after the detonation? I was in
the middle truck. I was coming up the left side of the convoy after pulling security. I am the
primary medic, so I was called to the scene of the hit truck. The third country nationals were all over
the place. Once I arrived up front I went around the right of the vehicle sweeping for victims and
looking for trigger man and secondary IEDs. I searched the AO. Somebody was calling from the
other lane. I went around the front of the vehicle. I tried to assist the individuals in the truck but it
was unapproachable. I assisted the two victims. When the Marines showed up, they took the two
casualties and left for Fallujah. I then went around to the rest of the convoy checking on everybody
to make sure they were alright. Once that was complete I pulled security until EOD showed up to
do the secondary sweep.

l. Did you render any specific aid to SGT Wallace? Me,      (b)(3), (b)(6)        took
the lead of the situation on the ground. I cannot tell you how long the vehicle was burning. At first
we thought we were taking small arms fire, but later realized that it was the round in the burning
vehicle cooking off. We loaded their bodies into body bags after the vehicle was approachable.
They were put into our vehicles and we took them to Fallujah.

3. On 20 April 2007 at 1350 I talked again with   (b)(3), (b)(6)   in the 11th Transportation Battalion
area on Logistical Supply Area (LSA) Adder, Iraq. I explained that I was trying to get some
additional information as the investigating officer to determine facts and circumstances of the death
of SGT Brandon Wallace. The questions and answers are listed below:

a. Where was SGT Wallace's body when you were able to recover him? SGT Wallace was
on the ground in front of the vehicle under the (b)(1)1.4a

b. In your estimation, how far was the gun truck from the blast hole? I would say less than
eight feet.

2

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion,    (b)(3), (b)(6)   Interview

c. Was there fire suppression installed in the truck?  Yes, I helped install them, but I am not
sure if it went off.

d. Were fire extinguishers available?  Yes

e. In your opinion, what was the determining factor of not trying to rescue the two from the
truck earlier?  The fire was very intense and very hot.  We could not risk sending anyone near the
vehicle.  Plus the rounds were cooking off.  The scout truck had High Explosive (HE) rounds along
with .50 caliber rounds inside.

f. Did you witness the flares that were launched just prior to the IED explosion?  I was in the
back of the convoy and did not see any flares.

4. I ended the interview by thanking    (b)(3), (b)(6)   for his service to his country and specifically for
his service to 1451st Transportation Company, 11th Transportation Battalion and his actions on the
morning of 14 April 2007.

(b)(3), (b)(6)

3



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION**
**ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER**
**POST OFFICE AE 09331**

1/34BCT-S3 CBRNE                                                    19 April 2007

MEMORANDUM FOR          (b)(3), (b)(6)

SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion,   (b)(3), (b)(6)   Interview

1. Purpose: This memorandum contains verbal conversation at 191415APR2007 with (b)(3), (b)(6) (b)(3), (b)(6) Convoy Escort Team Member,   (b)(3), (b)(6)   1451st, Transportation Company, 11th Transportation Battalion.

2. On 19 April 2007 at 1415 I talked with   (b)(3), (b)(6)   in the 11th Transportation Battalion area on Logistical Supply Area (LSA) Adder, Iraq. I initially explained that I was assigned as an investigating officer to conduct an investigation to determine facts and circumstances of the death of SGT Brandon Wallace and to make specific findings and make recommendations to (b)(3), (b)(6)   (b)(3), (b)(6)   Based on what I've seen and information gathered to this point, my recommendation to   (b)(3), (b)(6)   is that   (b)(3), (b)(6)   1451st Transportation Company, 11th Transportation Battalion performed their mission as assigned with no negligence of duty and followed all learned Tactics Techniques, and Procedures (TTPs) as designed, even though, however unfortunate, the outcome of the mission that took place when an Improvised Explosive Device exploded and claimed the life of SGT Brandon Wallace.   (b)(3), (b)(6)   is from 600 QM, the unit that is replacing the 1451st TC. The questions and answers are listed below:

    a. When did you receive that mission? Two day prior, I knew I was going on a convoy.

    b. What was your mission? Go to TQ. It was my first mission.

    c. What took place prior to your SP? I checked my gear, my CLS bag and packed personal gear. I was told to observe so I could take over. I learned some of the MTS messaging and computer stuff and also how to work the headsets.

    d. Were proper PCC/PCIs conducted prior to your mission? I don't remember.

    e. Were soldiers wearing the required protective gear? Yes.

    f. Were the soldier's wearing their seat belts? I believe so.

    g. What was SGT Wallace's role in the mission? He was the gunner.

Exhibit N

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion,    (b)(3), (b)(6)    Interview

h. What was your role in the mission?  Right seat ride.

i. Can you describe the chronological events that took place just prior to the IED Detonation?  I was in the back seat behind the TC.  I had a headset on and was observing and scanning the roadway.  I heard    (b)(3), (b)(6)    say "no".  At that time I looked forward and saw the speed bump.  There was a flash/bang.  My ears were ringing, but I heard    (b)(3), (b)(6)    calling for help.  I was surrounded by flames and my head was burning.  I unlocked the seatbelt and noticed I was bleeding from my head.  I got out of the vehicle.  The vehicle was surrounded by flames.  I went around and got the driver's door opened and    (b)(3), (b)(6)    rolled out of the vehicle.  He thought he was on fire but he wasn't.  He had some broken bones, so I carried him away from the flames.  I was going to try to get the other two out of the vehicle, but shots were being fired.  Later I realized that the rounds in the vehicle were going off.  We both rolled on the ground to get further away from the burning vehicle.  At that time, I saw other HMMWVs coming up towards us.  I mentioned the other two still in the vehicle.   We received first aid and the Marines took us to Fallujah.

3. I ended the interview by thanking    (b)(3), (b)(6)    for his service to his country and specifically for his service to 1451st TC, 600 QM, 11th Transportation Battalion and his actions on 14 April 2007.



**DEPARTMENT OF THE ARMY**
**HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION**
**ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER**
**POST OFFICE AE 09331**

1/34BCT-S3 CBRNE                                                                20 April 2007

MEMORANDUM FOR          (b)(3), (b)(6)

SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion      (b)(3), (b)(6)   Interview

1. Purpose:  This memorandum contains verbal conversation at 201300APR2007 with (b)(3), (b)(6) (b)(3), (b)(6) Convoy Escort Team Member,     (b)(3), (b)(6)   1451st, Transportation Company, 11th Transportation Battalion.

2. On 20 April 2007 at 1300 I talked with          (b)(3), (b)(6)      in the 11th Transportation Battalion Conference Room on Logistical Supply Area (LSA) Adder, Iraq.  I initially explained that I was assigned as an investigating officer to conduct an investigation to determine facts and circumstances of the death of SGT Brandon Wallace. and to make specific findings and make recommendations to            (b)(3), (b)(6)              Based on what I've seen and information gathered to this point, my recommendation to   (b)(3), (b)(6)   is that  (b)(3), (b)(6)   1451st Transportation Company, 11th Transportation Battalion performed their mission as assigned with no negligence of duty and followed all learned Tactics Techniques, and Procedures (TTPs) as designed, even though, however unfortunate, the outcome of the mission that took place when an Improvised Explosive Device exploded and claimed the life of SGT Brandon Wallace.  I explained that I was trying to get some additional information as the investigating officer as a follow up to yesterdays interviews that I conducted with other members of the Convoy Logistics Patrol.

3. I notified    (b)(3), (b)(6)    that it was mentioned earlier that he was one of the four individuals that was on the ground assisting the wounded and SGT Wallace?  The four soldiers on the ground were:           (b)(3), (b)(6)           and        (b)(3), (b)(6)            confirmed the four soldiers on the ground to assist.  The additional questions and answers are listed below.

   a. Where was SGT Wallace's body when you were able to recover him?  He was face down in front of the truck.  The (b)(1)1.4a was on his head.

   b. How far was the truck from the blast hole?  I would say five to six feet away.

   c. Was there a fire suppression system in the truck?  Yes, I don't think it went off.  I am not sure.

   d. Were there fire extinguishers available?  Yes.

Exhibit O

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion    (b)(3), (b)(6)    Interview

     e. In your opinion, what was the determining factor of not rescuing the victims from the or around the truck?  Mainly the fire, then the rounds that were going off.

4. I mentioned to    (b)(3), (b)(6)    , that there were some flares that were shot up just prior to the explosion and I had a couple of questions regarding the flares.  The questions are listed below.

     a. Did you see the flares?  No I did not.

     b. Do you have any idea what the flares were used for and by whom?  I really don't know, because I did not see them.

5.  I ended the interview by thanking    (b)(3), (b)(6)    for his service to his country and specifically for his service to the 1451st Transportation Company and his actions on 14 April 2007.

(b)(3), (b)(6)

2



**DEPARTMENT OF THE ARMY**
HEADQUARTERS 1ST BRIGADE COMBAT TEAM, 34TH DIVISION
ALI AIR BASE, LOGISTICAL SUPPORT AREA ADDER
POST OFFICE AE 09331

1/34BCT-S3 CBRNE                                                    20 April 2007

MEMORANDUM FOR                    (b)(3), (b)(6)

SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation
Company, 11th Transportation Battalion    (b)(3), (b)(6)  Interview

1. Purpose:  This memorandum contains verbal conversation at 201300APR2007 with   (b)(3), (b)(6)
Convoy Escort Team Member,    (b)(3), (b)(6)   1451st, Transportation Company, 11th Transportation
Battalion.

2. On 20 April 2007 at 1330 I talked with        (b)(3), (b)(6)       in the 11th Transportation Battalion
Conference Room on Logistical Supply Area (LSA) Adder, Iraq.  I initially explained that I was
assigned as an investigating officer to conduct an investigation to determine facts and circumstances
of the death of SGT Brandon Wallace. and to make specific findings and make recommendations to
        (b)(3), (b)(6)           Based on what I've seen and information gathered to this
point, my recommendation to    (b)(3), (b)(6)  is that  (b)(3), (b)(6)  1451st Transportation Company,
11th Transportation Battalion performed their mission as assigned with no negligence of duty and
followed all learned Tactics Techniques, and Procedures (TTPs) as designed, even though, however
unfortunate, the outcome of the mission that took place when an Improvised Explosive Device
exploded and claimed the life of SGT Brandon Wallace.  I explained that I was trying to get some
additional information as the investigating officer as a follow up to yesterdays interviews that I
conducted with other members of the Convoy Logistics Patrol.

3. I notified   (b)(3), (b)(6)   that it was mentioned earlier that he was one of the four individuals that
was on the ground assisting the wounded and SGT Wallace?  The four soldiers on the ground were:
                      (b)(3), (b)(6)                          confirmed the four soldiers
on the ground to assist.  The additional questions and answers are listed below.

        a. Where was SGT Wallace's body when you were able to recover him?  SGT Wallace was
in front of the vehicle.  He was under the (b)(1)1.4a

        b. How far was the truck from the blast hole?  Not far, about 6-7 feet.

        c. Was there a fire suppression system in the truck?  I think so.  It was just installed not too
long ago.

        d. Were there fire extinguishers available?  Yes, we had to use them on the bodies.

Exhibit P

1/34BCT-S3 CBRNE
SUBJECT: AR 15-6 Investigation regarding the Death of SGT Wallace, 1451st Transportation Company, 11th Transportation Battalion    (b)(3), (b)(6)    Interview

e. In your opinion, what was the determining factor of not rescuing the victims from the or around the truck? I would say the rounds going off and then the fire. The fire was very intense.

4. I mentioned to    (b)(3), (b)(6)    that there were some flares that were shot up just prior to the explosion and I had a couple of questions regarding the flares. The questions are listed below.

a. Did you see the flares? Yes, I saw them. There were three of them. They were white and we know the Marines don't use white flares. It seemed like they stayed up there a long time.

b. From what direction were the flares launched? I would say 200-300 yards away in front of the convoy, out to the west or our left. The flares definitely distracted everyone's attention.

c. Is there anything else that you would like to discuss? I would like to that the Marines did a great job for us. They were sympathetic about the situation and helped us out a great deal.

5. I ended the interview by thanking    (b)(3), (b)(6)    for his service to his country and specifically for his service to the 1451st Transportation Company and his actions on 14 April 2007.

(b)(3), (b)(6)

2

SECRET//REL MCFI

*ALL ITEMS IN BLUE MUST BE FILLED IN IOT SUBMIT A COMPLETE INITIAL SIR*

## <1/34 BCT> SIR #<>
## (SERIOUS INCIDENT REPORT)
## 13th SC(E) SIR #<>

| 1451ST TC | 11TRBN | 1BCT 34ID |
|---|---|---|
| INITIAL | FOLLOW-UP | FINAL |
| <140220APR07> | <DTG> | <150830APR07> |

1. TYPE OF INCIDENT:                 SAF
2. DATE TIME GROUP OF INCIDENT:      140005APR07

3. GRID LOCATION & CP:               38SMB 09285 84707, CP 78M

4. UNIT TIME IN COUNTRY (SINCE TOA)               <11 MONTHS>

5. NUMBER OF MILITARY PERSONNEL INVOLVED IN
   INCIDENT:                                       <>
                    (ONE PER INDIVIDUAL)
   A. NAME OF MILITARY PERSONNEL:     <>
   B. RANK/GRADE:                     <>
   C. SOCIAL SECURITY NUMBER:         <>
   D. RACE:                           <>
   E. SEX:                            <>
   F. AGE:                            <>
   G. INJURIES:               <>
   H. TAKEN TO WHAT MEDICAL FACILITY:        <>
   I. DUTY POSITION:                 <>
   J. DUTY STATUS                    <>

   NUMBER OF CIVILIAN PERSONNEL (WIA/KIA/MIA):
                    (ONE PER INDIVIDUAL)
   K. NAME OF PERSONNEL:  <>
   L. PASSPORT NUMBER/DRIVERS LICENSE
      NUMBER:                              <>
   M. NATIONALITY:            <>
   N. SEX:                    <>
   O. INJURIES:               <>
   P. TAKEN TO WHAT MEDICAL FACILITY:        <>
   Q. TRANSPORTED BY WHOM:                   <>
   R. CONTRACT COMPANY/SUBCONTRACTOR NAME:   <>
   S. TYPE OF ARMOR:         <>
   T. COMMODITY INVOLVED (CLASS OF SUPPLY BEING HAULED):   <>

6. SUMMARY OF INCIDENT:
140005APR07   (b)(3), (b)(6)   // 1451ST TRANSPORTATION COMPANY  // TF 11 // 1BCT,
34th ID, TCS# 100-21641         (b)(3), (b)(5)
REPORTED THAT WHILE TRAVELING EAST IN THE EAST BOUND LANE ON MSR MOBILE
ENROUTE TO ECANIA, IVO 38SMB 09285 84707, CP 78M (b)(3), (b)(6) RECEIVED APPROX 200 RDS
FROM THE NORTH AND 300 FROM THE SOUTH.  THE SAF WAS APPROX 150 TO 200 METERS
FROM THE MSR. THE CONVOY SPEED WAS 45 MPH WITH INTERVALS OF 100 METERS.

*Exhibit Q*

SECRET//REL MCFI

ROUNDS WERE DIRECTED AT THE MIDDLE AND REAR OF THE CONVOY. H113 AND H100 BOTH HAD POSITIVE PID. H113 FIRED APPROX 20 M240 RDS. H100 FIRED APPROX 30 M2 RDS. THE 22ND VEHICLE IN THE CONVOY, WHICH WAS A TCN VEHICLE, WAS DAMAGED. THE DAMAGE WAS SEVERAL HOLES IN THE TRAILER AND TWO FLAT TRACTOR TRAILOR TIRES. THERE WAS ALSO DAMAGE TO THE WINDOW OF THE 23RD TCN TRUCK(b)(3), (b)(6)S ABLE TO SELF RECOVER.  THERE WERE NO INJURIES REPORTED. THE ORDER OF MARCH WAS FIRST VEHICLE 125 (M1114), SECOND VEHICLE 121 (M1114) 13ST VEHICLE 110 (11114), 25TH VEHICLE 123 (M1114), 35ST VEHICLE 113 (M1114), VEHICLE 36th 100 (M1114).  A GROUP MESSAGE WAS SENT AT 0020.  SHERIFF WAS CONTACTED AT 0030.  LANDOWNER WAS CONTACTED AT 0340.

FOLLOW UP INFORMATION:

NO ADDITIONAL INFORMATION

WHAT WERE THE UNIT TTPS FOR THIS INCIDENT (IF APPLICABLE)?

WERE THE UNIT TTPS FOLLOWED?  (IF NO, PROVIDE AS MUCH DETAIL AS POSSIBLE)

FINAL INFORMATION:

NO ADDITIONAL INFORMATION

## 7. SAF/IED INFORMATION

| | | |
|---|---|---|
| A. WAS IT A SAF OR IED DET? | | SAF |
| B. WHAT VEHICLE IN THE ORDER OF MARCH WAS HIT? | | 22ND |
| C. AZIMUTH LOCATION OF SAF OR IED DET(EAST, WEST OF ROAD): | | NORTH & SOUTH |
| D. IED LOCATION ATTRIBUTES (SURFACE LAID, HANGING): | | NA |
| E. WAS EOD CONTACTED? TIME? | | NA |

VEHICLE/EQUIPMENT DAMAGE (USE THIS SECTION FOR ANY BDA):

| | | |
|---|---|---|
| F. MODEL: | | |
| G. TYPE: (GT, KBR FLATBED, ETC) | TCN | |
| H. ARMOR: | UNKNOWN | |
| I. DAMAGES: | SEVERAL HOLES IN TRAILER, 2 TIRES ARE BLOWN | |
| J. DISABLED OR OPERATIONAL: | | |
| K. HOW WAS VEHICLE RECOVERED: | | |
| L. CLASS OF SUPPLY CARRIED: | CLI | |
| M. GFE (WAS VEHICLE GOVERNMENT FURNISHED EQUIPMENT?) | | NO |
| N. WHICH VEHICLE IN THE ORDER OF MARCH: | | 22ND |

SECRET//REL MCFI

SECRET//REL MCFI

## 7. EOF INFORMATION

| | | |
|---|---|---|
| A. WAS SPOT LIGHT USED? | NA | |
| B. WAS PEN FLARE USED? | NA | |
| C. OTHER MEANS OF WARNINGS: | NA | |
| D. HOW WERE WARNING SHOTS EMPLOYED? (RIGHT SIDE, HOOD, ETC) | NA | |
| E. WAS POSITIVE IDENTIFICATION MADE? | NA | |
| F. TYPE OF WEAPON? # OF SHOTS FIRED? | NA | NA |
| G. DID CLP STOP TO ASSESS CASUALTIES/DAMAGES? | NA | |
| H. REASON CLP DID NOT STOP TO ASSESS CASUALTIES/DAMAGES? | NA | |
| I. CLAIMS CARD ISSUED? | NA | |
| J. REASON CLP DID NOT STOP TO ISSUE CLAIMS CARD? | NA | |
| K. COMMANDER'S INQUIRY OR 15-6 REQUIRED? | NA | |

## 8. CLP INFORMATION

| | |
|---|---|
| A. RANK/NAME OF CLP COMMANDER: | (b)(3), (b)(6) |
| B. CLP CALL SIGN:    (b)(3), (b)(6) | |
| C. CLP MTS NUMBER: 1-34BCT-7TRBN-1451TC-110 | |
| D. GROUP MTS FROM CLP (YES OR NO) AND DTG:YES 140020APR07 | |
| E. IF NO MTS WAS SENT, WHY | |
| F. SHERIFF NET CONTACTED (POSITIVE COMM) DTG: 140030APR07 | |
| G. SHERIFF NET ATTEMPTED (NEGATIVE COMM) DTG: | |
| H. WAS MEDEVAC REQUESTED? NA | |
| i) HOW AND WHAT TIME REQUESTED? NA | |
| ii)    IF REQUESTED, WHEN DID MEDEVAC ARRIVE? | |
| iii)    WHEN DID MEDEVAC DEPART INCIDENT AO? | |
| iv)    IF KNOWN, WHEN DID MEDEVAC ARRIVE AT MTF? | |
| v) what MTF was MEDEVAC enroute to? NA | |
| I. QRF REQUESTED (YES OR NO) AND DTG:NO | |
| J. ADD: QRF ARRIVED NA | |
| K. RECOVERY REQUESTED (YES OR NO) AND DTG: | |
| L. ADD: RECOVERY ARRIVED | |
| M. CONVOY SPEED:45MPH | |
| N. CONVOY INTERVAL: 100M | |
| O. CONVOY DIRECTION/ROUTE/RELEASE POINT/DESTINATION:SOUTH//LONGISLAND//MICHIGAN//MOBILE//TAMPA//TQ//TALLIL | |

SECRET//REL MCFI

SECRET//REL MCFI

| P. | BATTLESPACE OWNER CONTACTED (POSITIVE COMM) WHEN ENTERING THEIR BATTLESPACE DTG? 132340APR07 | |
|---|---|---|
| Q. | BATTLESPACE OWNER CONTACTED (NEGATIVE COMM) WHEN ENTERING THEIR BATTLESPACE DTG? | |
| R. | QRF REQUESTED (YES OR NO) AND DTG: NO | |
| S. | ADD: QRF ARRIVED | |

| | ORDER OF MARCH | VEHICLE NOMENCLATURE | VEHICLE TYPE | LEVEL OF ARMOR | CPE (YES/NO/NA) | WARLOCK TYPE | WARLOCK OPERATIONAL |
|---|---|---|---|---|---|---|---|
| | 1 | M 1114 TRK 125 | HMMV | LEVEL 1 | Y | (b)(1)1.4a | Y |
| | 2 | M 1114 TRK 121 | HMMV | LEVEL 1 | Y | | Y |
| | 3 -12 | TCN X 10 | CIV | N/A | | N/A | N/A |
| | 13 | M 1114 TRK 110 | HMMV | LEVEL 1 | Y | (b)(1)1.4a | Y |
| | 14 - 24 | TCN X 10 | CIV | N/A | | N/A | N/A |
| | 25 | M 1114 TRK 123 | HMMV | LEVEL 1 | Y | (b)(1)1.4a | Y |
| | 26 - 34 | TCN X 5 | CIV | N/A | | N/A | N/A |
| | 35 | M 1114 TRK 113 | HMMV | LEVEL 1 | Y | | Y |
| | 36 | M 1114 TRK 100 | HMMV | LEVEL 1 | Y | (b)(1)1.4a | Y |
| T. CONVOY COMPOSITION | 10 | | | | | | |
| | 11 | | | | | | |
| | 12 | | | | | | |
| | 13 | | | | | | |
| | 14 | | | | | | |
| | 15 | | | | | | |
| | 16 | | | | | | |
| | 17 | | | | | | |
| | 18 | | | | | | |
| | 19 | | | | | | |
| | 20 | | | | | | |
| | 21 | | | | | | |
| | 22 | | | | | | |
| | 23 | | | | | | |
| | 24 | | | | | | |
| | 25 | | | | | | |
| | 26 | | | | | | |
| | 27 | | | | | | |
| | 28 | | | | | | |
| | 29 | | | | | | |
| | 30 | | | | | | |

## 9. SAFETY INFORMATION

SECRET//REL MCFI

SECRET//REL MCFI

| A. SEATBELTS WORN: | YES |
|---|---|
| B. ALL IBA WORN: | YES |
| C. COMBAT LOCKS ENGAGED: | YES |
| D. ROLLOVER PROCEDURES USED: | ◇ |

10.  PUBLICITY:   NOTE THE EXTENT AND TYPE OF NEWS COVERAGE ANTICIPATED

11.  COMMANDER REPORTING:   ◄      (b)(3), (b)(6)      ►

12.  POINT OF CONTACT:   <1/34 BCE>
   A. NAME:      ]
   B. RANK:      ]
   C. TELEPHONE ]                    (b)(3), (b)(6)
   D. EMAIL:

13.  POINT OF CONTACT:   <TF 11>
   A. NAME:
   B. RANK:
   C. TELEPHONE                      (b)(3), (b)(6)
   D. EMAIL:

14.  DOWNGRADING INSTRUCTIONS:
(PROVIDE DOWNGRADING INSTRUCTIONS FOR CLASSIFIED REPORT OR REMOVAL DATE FOR
FOUO MARKINGS AS APPROPRIATE.) THIS REPORT IS IN ACCORDANCE WITH ARCENT/DJFLCC
REQUIREMENTS AND AR 190-40.

SECRET//REL MCFI

(b)(3), (b)(6)

Here it is.

Task Force 11 provides convoy escorts teams in support of the 13th SC(E) to secure convoys originating from Cedar II moving along Main Supply Routes to Baghdad International Airport/Seitz, LSA Anaconda, Taji, and Al Taqqadum, in order to prevent Anti-Iraqi-Forces from disrupting theater sustainment operations.  On order, provide convoy escort teams for sustainment operations to FOB Kalsu and any other location within the Iraq theater of operations.

V/R

(b)(3), (b)(6)

Is it possible to get a copy of your OPORD or FRAGO that states what the 11th Trans Mission is?  I need it for my investigation.

I looked on the IDMT, but could not find your base order or it written in one of your FRAGOs

Thanks,

Steve

(b)(3), (b)(6)

4/26/2007

Exhibit R

2007 APRIL 14

**MEMORANDUM FOR RECORD**

From:                    (b)(3), (b)(6)
         Personnel Retrieval and Processing TQ-1
To:          (b)(3), (b)(6)          Personnel Retrieval and Processing TQ-1

**SUBJ: BTB WALLACE, BRANDON (040-07/USMC/CF-3/TR039-07/USMC/TQ-1)**

1.    <u>SITUATION.</u>  On 14 APRIL 2007 USMC/TQ-1 received one human remains of
BTB WALLACE, BRANDON (040-07/USMC/CF-3/TR039-07/USMC/TQ-1). TQ-1
broke the original seal (seal # 610435) to ensure all paperwork and personal effects were
in place. Upon opening the HRP TQ-1 found (1) PARTIAL CAMOFLOUGE BLOUSE
WITH NAME TAPE INSCRIBED "WALLACE". This item was not listed on the DD
FORM 890 from CF-3, but should be noted that the remains was found with this item
attached to them upon inventorying at TQ-1. All other items were properly notated and
TQ-1 resealed HRP with seal #'s 718875, 718876, and 718877 and the original seals and
tags are contained within the case folder and forwarded along with the HR to TMEP.

(b)(3), (b)(6)

Exhibit S

Submit by Email

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

DECEASED INFORMATION

**NAME:** BTB: WALLACE, BRANDON

**RANK:** SGT

**UNIT:** 1451ST TC

**SSN:** (b)(3), (b)(6)

**RECEIVED FROM:** 1451ST TC

**DATE/TIME:** 20070414/ 0721

**PRONOUNCED:** 0721    20070414

**MECHANISM OF INJURY:** IED BLAST

**REMARKS:** "AFME WILL PERFORM OFFICIAL EXAMINATION"

MEDICAL DOCTOR PERFORMING EXAMINATION INFORMATION

**MEDICAL DOCTOR'S NAME:**

**MEDICAL DOCTOR'S UNIT:**          (b)(3), (b)(6)

**MEDICAL DOCTOR'S SIGNATU**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SERIAL NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; ID No. or SSN; Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

## CONVOY LIST OF REMAINS OF DECEASED PERSONNEL

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC Sections 1481 through 1488, EO 9397, Nov. 1943 (SSN).
**PURPOSE AND USE:** This form is used to establish initial identification of deceased personnel.
**DISCLOSURE:** Personal information provided on this form is given on a voluntary basis. Failure to provide this information, however, may result in improper identification of the deceased person and person making visual identification.

| 1. FROM | | 2. TO | | | 3. DATE PREPARED (YYYYMMDD) | 4. PAGE |
|---------|---|-------|---|---|---|---|
| CLB-6 PRP/MACP CAMP FALLUJAH 3-7 | | CLB-2 PRP CO/MACP TQ | | | 20070414 | 1 OF 1 PAGES |

| 5. VEHICLE/AIRCRAFT ID NUMBER | 6. EVACUATION NUMBER | 7. TENTATIVELY IDENTIFIED DECEDENT (If unidentified, so state) | | | |
|---|---|---|---|---|---|
| | | a. NAME (Last, First, Middle Initial) | b. GRADE | c. SSN | d. ORGANIZATION |
| BRILO 24 | 040-07/USMC/CF-3 | BTB: WALLACE, BRANDON | E-5 | (b)(3), (b)(6) | 1451ST TC |
| BRILO 24 | 041-07/USMC/CF-3 | BTB: SCHMITT, JOSHUA | E-5 | | 1451ST TC |
| BRILO 24 | 042-07/USMC/CF-3 | BTB: UNASSOCIATED EFFECTS | N/A | N/A | 1451ST TC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 8. AIRCRAFT/VEHICLE DEPARTED | 9. AIRCRAFT/VEHICLE COMMANDER | | |
|---|---|---|---|
| a. TIME 2139 | a. NAME (Last, First, Middle Initial) (b)(3), (b)(6) | b. GRADE | c. ORGANIZATION |
| b. DATE (YYYYMMDD) 20070414 | | | d. DATE SIGNED (YYYYMMDD) |
| 10. AIRCRAFT/VEHICLE ARRIVED | | | |
| a. TIME 2205 | | c. ORGANIZATION TQ PRR | |
| b. DATE (YYYYMMDD) 20070414 | | d. DATE SIGNED (YYYYMMDD) 20070411 | |

DD FORM 1075, JUL 1996 USGPO          PREVIOUS EDITION MAY BE USED.          Designed using Perform Pro, WHS/DIOR, Jun 98.

## STATEMENT OF RECOGNITION OF DECEASED

### PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC Sections 1481 through 1488, EO 9397, Nov. 1943 (SSN).

**PURPOSE AND USE:** This form is used to establish initial identification of deceased personnel.

**DISCLOSURE:** Personal information provided on this form is given on a voluntary basis. Failure to provide this information, however, may result in improper identification of the deceased person and person making visual identification.

**1. TENTATIVELY IDENTIFIED DECEDENT**

| a. NAME (Last, First, Middle Initial for Unknown) | b. RANK | c. SSN |
|---|---|---|
| Wallace brandon | SGT | (b)(3), (b)(6) |

| d. ORGANIZATION | e. SERVICE |
|---|---|
| 1451st TC | Army Inactive reserve |

**2. I HAVE PERSONALLY VIEWED THE REMAINS TENTATIVELY IDENTIFIED ABOVE. RECOGNITION IS BASED ON THE FOLLOWING:**

| a. SEX | b. APPROXIMATE AGE (Years) | c. APPROXIMATE HEIGHT | d. RACE |
|---|---|---|---|
| Male | 25-26 | 69° | white |

| e. HAIR COLOR (If brown, indicate light or dark, as applicable) | f. BUILD/MUSCULARITY (Slender, medium, heavy or obese) |
|---|---|
| black | Medium |

**g. DISTINCTIVE MARKS (Fully describe by type and location ALL: known scars, tattoos, birthmarks, amputations or other body markings to support the identification.)**

dont Know    NOTHING FOLLOWS!

**h. REMARKS**

Same Squad
friend    NOTHING FOLLOWS

(b)(3), (b)(6)

**3. DETAILS OF VIEWING**

| a. DATE (YYYYMMDD) | b. TIME | c. PLACE |
|---|---|---|
| 20070414 | 0630 | Mosppp CF |

**4. PERSON MAKING VISUAL IDENTIFICATION**

| a. NAME | b. |
|---|---|
| (b)(3), (b)(6) | (b)(3), (b)(6) |

| d. ORGANIZATION | e. SSN | f. DATE SIGNED (YYYYMMDD) |
|---|---|---|
| 1451st TC | (b)(3), (b)(6) | 20070414 |

| g. RELATIONSHIP TO DECEDENT (CDR, NCO, Patient, Relative, etc.) | h. LENGTH OF TIME YOU HAVE KNOWN DECEDENT (Number of months or years) |
|---|---|
| Friend, Same Squad | 1 yr |

**5. WITNESS**

I certify that the individual identified in Item 4 has viewed the remains in my presence, and that to the best of my knowledge and belief the above statements are true.

| a. NAME (Last, First, Middle Initial) | b. RANK | c. TITLE |
|---|---|---|
| (b)(3), (b)(6) | | Truck Commander |

| d. SSN | | f. DATE SIGNED (YYYYMMDD) |
|---|---|---|
| 1451st TC | (b)(3), (b)(6) | 20070414 |

DD FORM 565, JUL 1999 (EG)    PREVIOUS EDITION MAY BE USED.    Designed using Perform Pro, WHS/DIOR, Jun 98

| MILITARY OPERATIONS RECORD OF PERSONAL EFFECTS OF DECEASED PERSONNEL. | | | 1. DATE (YYYYMMDD) 20070414 | | 2. PAGE 1 OF 1 PAGES |
|---|---|---|---|---|---|

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 USC Sections 1481 through 1488, EO 9397, Nov. 1943 (SSN).

**PURPOSE AND USE:** This form is used to establish initial identification of deceased personnel.

**DISCLOSURE:** Personal information provided on this form is given on a voluntary basis. Failure to provide this information, however, may result in improper identification of the deceased person and person making visual identification.

**3. TENTATIVELY IDENTIFIED DECEDENT**

| a. NAME (Last, First, Middle Initial) (or Unidentified) BTB: WALLACE, BRANDON | b. GRADE E-5 | c. SSN (b)(3), (b)(6) | d. ORGANIZATION 1451ST TC | e. STATUS DECEASED | f. DATE OF STATUS (YYYYMMDD) 20070414 |
|---|---|---|---|---|---|

| 4. PLACE OF RECOVERY (Include grid coordinates) MB 0150183538 | | | 5. DATE OF RECOVERY (YYYYMMDD) 20070414 | 6. EVACUATION NUMBER | |
|---|---|---|---|---|---|
| | | | | a. 61 040-07/USMC/ | b. 62 CF-3 |

**7. INVENTORY OF EFFECTS**

| a. QUANTITY | b. DESCRIPTION | c. RECEIVED | d. CONDITION | e. DISPOSITION |
|---|---|---|---|---|
| | | | | |
| | NOTHING FOLLOWS | | | |
| | | | | |

**8. FUNDS/NEGOTIABLE INSTRUMENTS/OTHER HIGH VALUE ITEMS TRANSMITTED WITH EFFECTS** (b)(3), (b)(6)

| a. QUANTITY | b. DESCRIPTION | c. RECEIVED | d. CONDITION | |
|---|---|---|---|---|
| | NOTHING FOLLOWS | | | |

**9. EFFECTS INVENTORIED ABOVE REPRESENT** (X as appropriate)

| ALL KNOWN EFFECTS | ALL KNOWN EFFECTS RECOVERED FROM UNIT | X ALL KNOWN EFFECTS RECOVERED FROM REMAINS |
|---|---|---|

**10. PREPARING OFFICIAL**

| (b)(3), (b)(6) | | e. DATE SIGNED (YYYYMMDD) 20070414 |
|---|---|---|

| a. NAME (Last, First, Middle Initial) | b. GRADE | c. ORGANIZATION |
|---|---|---|
| d. SIGNATURE | | e. DATE SIGNED (YYYYMMDD) |

**12. RECEIVING OFFICIAL**

| a. NAME (Last, First, Middle Initial) | b. GRADE | c. ORGANIZATION |
|---|---|---|
| d. SIGNATURE | | e. DATE SIGNED (YYYYMMDD) |

DD FORM 1076, JUL 1998 (EG)     PREVIOUS EDITION MAY BE USED.     Designed using Perform Pro, WHS/DIOR, Jun 98

Submit by Email

| RECORD OF IDENTIFICATION PROCESSING (Effects and Physical Data) | | | | DATE 20070414 | | |
|---|---|---|---|---|---|---|
| LAST NAME – FIRST NAME – MIDDLE INITIAL (or other known number) **BTB: WALLACE, BRANDON** | | GRADE **E-5** | SERVICE NO. SSAN (b)(3), (b)(6) | CIL CASE NUMBER (if applicable) **NA** | | |
| NAME OF CEMETERY, EVACUATION NUMBER, OR SEARCH AND RECOVERY NUMBER **040-07/USMC/CF-3** | | | | PLOT **NA** | ROW **NA** | GRAVE **NA** |
| RECEIVED FROM **MB 0150183538** | | | | IMPRINT OF IDENTIFICATION TAG | | |
| OFFICIAL IDENTIFICATION FOUND WITH REMAINS (include personal effects aiding identification) **NONE FOUND** *NOTHING FOLLOWS* | | | | NONE FOUND *NOTHING FOLLOWS* (b)(3), (b)(6) | | |
| ITEMS OF CLOTHING AND EQUIPMENT FOUND WITH REMAINS (indicate type, color, etc. procedures outlined in TM10-286) **NONE FOUND** *NOTHING FOLLOW* (b)(3), (b)(6) | | | | *If laundry marks are indistinct, follow* | | |

| FINGERPRINTS TAKEN ☐ YES ☒ NO | X-RAYS MADE ☐ YES ☒ NO | FLUOROSCOPE STATEMENT ATTACHED ☐ YES ☒ NO |
|---|---|---|
| PHOTOGRAPHS TAKEN ☐ YES ☒ NO | ANTHROPOLOGICAL STATEMENT MADE ☐ YES ☒ NO | CHEMICAL STATEMENT ATTACHED ☐ YES ☒ NO |

PHYSICAL DESCRIPTION

| ESTIMATED HEIGHT 66 | MUSCULARITY REFER TO DD FORM 565 | COLOR OF HAIR REFER TO DD FORM 565 | RACE OR NATIVITY REFER TO DD FORM 565 |
|---|---|---|---|

| TATTOOS, SCARS OR MARKS ON BODY REFER TO DD FORM 565 *NOTHING FOLLOWS* | |
|---|---|
| EVIDENCE OF HEALED FRACTURES AND BONE MALFORMATIONS NONE FOUND *NOTHING FOLLOWS* (b)(3), (b)(6) | |
| WOUNDS OR INJURIES REFER TO SF600 *NOTHING FOLLOW* | |

I HAVE PERSONALLY VIEWED THE REMAINS OF THIS DECEASED AND ALL RESULTING INFORMATION HAS BEEN RECORDED TO THE BEST OF MY KNOWLEDGE

(b)(3), (b)(6)

DD FORM 890, JAN 58     PREVIOUS EDITION OF THIS FORM IS OBSOLETE.

FOR OFFICIAL USE ONLY

THIS E-MAIL CONTAINS FOR OFFICIAL USE ONLY (FOUO) INFORMATION WHICH
MUST BE PROTECTED UNDER THE PRIVACY ACT, DOD 5400.11-R. TREAT ANY
ATTACHMENTS AS FOUO.

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*
         DO NOT CHANGE ANYTHING BELOW THIS LINE.
TO CHANGE THIS CASUALTY REPORT, DISCARD THIS EMAIL, RETURN TO DCIPS-
FORWARD, MAKE YOUR CHANGES AND GENERATE THE EMAIL AGAIN.
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
*+*+*+*+*+*+         CASUALTY REPORT         *+*+*+*+*+*+*
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+

Report Type:  SUPP

Casualty Type:  Hostile

Casualty Status:  DECEASED

Casualty Category:  Killed In Action

Report Number:  13404813

Personnel Type:  Guard

Personnel Affiliation:  Active Duty

Personnel Category:  Recalled/Mobilized

SSN (New/Old):     (b)(3), (b)(6)

Last Name:  Wallace

First Name:  Brandon

Middle Name:  L.

Service:  United States Army

Military Rank:  SGT

Military Unit of Assignment:  1451st Trans Co

Military UIC:  WQPVAA

In Support of Other Service:  United States Army

Date/Time of Incident (New/Old):  20070414/0220

Inflicting Force:  Enemy Forces

Incident City:  Fallujah

Incident Country:  Iraq

Exhibit T

**CERTIFICATE OF DEATH (OVERSEAS)**
Acte de décès  (D'Outre-Mer)

| NAME OF DECEASED (Last, First, Middle) Nom du décédé (Nom et prénom) | GRADE Grade | BRANCH OF SERVICE Arme | SOCIAL SECURITY NUMBER Numéro de Matricule Social |
|---|---|---|---|
| **Wallace, Brandon, Lee** | **E05** | **Army Res** | (b)(3), (b)(6) |
| ORGANIZATION  Organisation | NATION (e.g. United States) Pays | DATE OF BIRTH Date de naissance | SEX  Sexe |
| **1451st Transportation Company, Boone, NC** | **United States** | **26 February 1980** | ☒ MALE ☐ FEMALE |

| RACE  Race | | MARITAL STATUS  Etat Civil | | | RELIGION  Culte | | |
|---|---|---|---|---|---|---|---|
| X | CAUCASOID  Caucasique | X | SINGLE  Célibataire | DIVORCED Divorcé | PROTESTANT Protestant | | OTHER (Specify) Autre (Spécifier) |
| | NEGROID  Negroïde | | MARRIED  Marié | SEPARATED Séparé | CATHOLIC Catholique | X | Pentecostal Church Of God |
| | OTHER (Specify) Autre (Spécifier) | | WIDOWED  Veuf | | JEWISH  Juif | | |

(b)(3), (b)(6)

il décède avec le sen .

Ville (Code postal compris)

| CAUSE OF DEATH    (Enter only one cause per line) Cause du décès (N'indiquer qu'une cause par ligne) | | INTERVAL BETWEEN ONSET AND DEATH Intervalle entre l'attaque et le décès |
|---|---|---|
| DISEASE OR CONDITION DIRECTLY LEADING TO DEATH Maladie ou condition directement responsable de la mort. | **Blast injuries** | |
| ANTECEDENT CAUSES  Symptômes précurseurs de la mort. | MORBID CONDITION, IF ANY, LEADING TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | |
| | UNDERLYING CAUSE, IF ANY, GIVING RISE TO PRIMARY CAUSE Condition morbide, s'il y a lieu, menant à la cause primaire | |
| OTHER SIGNIFICANT CONDITIONS Autres conditions significatives. | | |

| MODE OF DEATH Condition de décès | AUTOPSY PERFORMED    Autopsie effectuée     ☒ YES  Oui   ☐ NO  Non | CIRCUMSTANCES SURROUNDING DEATH DUE TO EXTERNAL CAUSES Circonstances de la mort survenue par des causes extérieures |
|---|---|---|
| | NATURAL Mort naturelle | MAJOR FINDINGS OF AUTOPSY    Conclusions principales de l'autopsie | |
| | ACCIDENT Mort accidentelle | | |
| | SUICIDE Suicide | (b)(3), (b)(6) | |
| X | HOMICIDE Homicide | | ATE  Date  7 April 2007 | AVIATION ACCIDENT   Accident à l'Avion  ☐ YES  Oui  ☒ NO  Non |

| DATE OF DEATH    (day, month, year) Date du décès    (le jour, le mois, l'année) | PLACE OF DEATH  Lieu du décès |
|---|---|
| **14 April 2007 0220** | **Fallujah  Iraq** |

I HAVE VIEWED THE REMAINS OF THE DECEASED AND DEATH OCCURRED AT THE TIME INDICATED AND FROM THE CAUSES AS STATED ABOVE.

(b)(3), (b)(6)    Nom du médecin militaire ou du médecin qualifié    TYPE OR DEGREE  Titre ou diplôme

(b)(3), (b)(6)

DD FORM 2064   APR 77   REPLACES DA FORM 3894, 1 JAN 72 AND DA FORM 3395-R(PAS), 26 SEP 75, WHICH ARE OBSOLETE.

Exhibit U