# **EXHIBIT #36**

# REPORT OF CASUALTY

**HEADQUARTERS, U.S. MARINE CORPS**
3280 Russell Road
Quantico, VA 22134-5103

**REPORT CONTROL SYMBOL**
DD-P&R(AR)1664

**1. REPORT TYPE:** Final
**2. DATE PREPARED:** 13 Jul 2007

## 3. SERVICE IDENTIFICATION
- **a. NAME (Last, First, Middle and Suffix):** Valdez, Ramona Magdalena
- **b. SOCIAL SECURITY NUMBER:** 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
- **c. RANK:** Cpl
- **d. PAY GRADE:** E-4
- **e. OCCUPATION CODE/RATING:** 0621
- **f. COMPONENT:** Regular
- **g. BRANCH:** USMC
- **h. ORGANIZATION:** Hq Bn, (Hq Co, 8th Mar, RCT-8), 2d Mar Div, Camp Lejeune, NC

## 4. CASUALTY INFORMATION
- **a. TYPE:** Hostile
- **b. STATUS:** Deceased
- **c. CATEGORY:** Killed In Action
- **d. DATE OF CASUALTY:** 23 Jun 2005
- **e. PLACE OF CASUALTY:** Fallujah, Iraq
- **f. CIRCUMSTANCES:** Hostile Action: Result of blast and thermal injuries received from an explosion while conducting combat operations.
- **g. DUTY STATUS:** Active Duty/On Duty
- **h. BODY RECOVERED:** Yes

## 5. BACKGROUND INFORMATION
- **a. DATE OF BIRTH:** 26 Jun 1984
- **b. PLACE OF BIRTH:** Moca, Dominican Republic
- **c. COUNTRY OF CITIZENSHIP:** United States
- **d. RACE:** White
- **e. ETHNICITY:** Latin American with Hispanic descent
- **f. SEX:** Female
- **g. RELIGIOUS PREFERENCE:** CHRISTIAN, NO DENOMINATIONAL PREFERENCE

## 6. ACTIVE DUTY INFORMATION
- **a. PLACE OF ENTRY:** MEPS New York, NY
- **b. DATE OF ENTRY:** 28 May 2002
- **c. HOME OF RECORD AT TIME OF ENTRY:** Bronx, NY

## 7. INTERESTED PERSONS/REMARKS (Name, Address, and Relationship) (Continue on separate sheet, if necessary)
Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

(b) (6)

Item 4f changed.

Item 7 changed.

**FOOTNOTES:**
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

## 8. REPORTING INFORMATION
- **a. COMMAND AGENCY:** Service Record/DD Form 2064 Certificate of Death (Overseas)
- **b. DATE RECEIVED:** 01 Oct 2005

## 9. DISTRIBUTION
DFAS, OSGLI, VA (Report # 196-05)

10. (b) (6)

By direction of the Commandant of the Marine Corps

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any claim in which proof of death is required.

DD Form 1300, MAR 2004        PREVIOUS EDITION MAY BE USED.        Page 90 of 97