# **EXHIBIT #37**

# Ops Report



Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Jun 23 2005 19:25:00 |
| is Closed | TRUE |
| Summary | AT 1925D, RCT-8 REPORTED A SVBIED ATTACK ON MSR MICHIGAN, 500M WEST OF ECP-1 IN FALLUJAH WHILE CONDCTING A LOGISTICS CONVOY FROM THE RCT-8 FWD COC TO CAMP FALLUJAH. (b)(1) 1.4g VEHCILE IN THE CONVOY, (b)(1) 1.4g WAS ATTACKED WITH A SVBIED WHILE TRAVELLING EAST ON MSR MICHIGAN TOWARDS ECP-1. THE CONVOY RECEIVED SAF FROM THE NORTH IMMEDIATELY AFTER THE SVBIED ATTACK. CAAT 2 AND I 3/4 ARRIVED ON THE SITE TO SECURE THE AREA AND ALSO RECEIVED SAF FROM THE NORTH. CAAT AND I 3/4 ESTABLISHED A CORDON, SECURED THE SITE, AND THE SAF ENDED. CAAT AND I 3/4 COORDINATED WITH B 1/6 TO THE NORTH OF FRAN IOT MANEUVER ON THE SOURCE OF THE SAF WITH NSTR. THE SVBIED RESULTED IN (1) CONFIRMED CF KIA, (14) CF WIA, AND (1) AIF KIA. THERE ARE (4) BODIES AT THE SITE OF THE SVBIED ATTACK THAT HAVE NOT BEEN IDENTIFIED YET BUT ARE BELIEVED TO BE CF. (ID PENDING RECOVERY OF VEHCILE AND REMAINS). THE SVBIED  (b)(1) 1.4g  VEHCILE AND THE BODIES AT THE SITE OF THE SVBIED ATTACK WILL BE RECOVERED BY CLB-8. AT 0204D 1 CF WIA DOW. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2005 |
| Month Occurred | June |
| Day Occurred | 23 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary RC | MNF-W |
| Primary District | |
| Primary Province | Anbar |
| was Suicide | FALSE |
| Tracking Number | MEF LNO-14034001 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |

Page 1 of 4

## Ops Report

| | |
|---|---|
| Title | SVBIED/SAF ATTK ON RCT-8 IN FALLUJAH: 1 AIF KIA, 6 CF KIA, 13 CF WIA, (b)(1) 1.4g |
| Association Count | 1 |
| BDA Friendly KIA | 6 |
| BDA Friendly WIA | 13 |
| BDA Friendly Casualties | 19 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 1 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 1 |
| BDA Enemy Detained | 0 |
| City | Fallujah |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=3D81CD70-F371-44ED-AC31-B97E005EF564&entity=report |
| Date Occurred Excel UK | 23/06/2005 |
| Date Occurred Excel US | 06/23/2005 |
| Date Posted(Z) | Jun 23 2005 21:58:47 |
| Date Updated(Z) | Jun 23 2005 23:44:16 |
| FOB | UNKNOWN |
| Latitude | 33.353345871 |
| Longitude | 43.8027221179 |
| MGRS | 38SLB886911 |
| MOA Count | 1 |

Approved for Release

## Ops Report

| | |
|---|---|
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 3D81CD70-F371-44ED-AC31-B97E005EF564 |
| Reporting Unit | Not Provided |
| Route | ASR Michigan0 |
| Type Of Unit | None Selected |
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

Approved for Release

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
|  | Fallujah | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |  | IRAQ | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Vehicle-Borne IED (VBIED) | E670362F-75C9-4E65-97BB-AC10EE2F8765 | Explosive Hazard | IED Explosion |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| IED Explosion | 6A89DFF1-75DB-4065-87E6-69A46DDCFF87 | Explosive Hazard |  |  |  | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | (More not shown) |
|  |  |  |  |  |  | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, Reported By, Reporting Unit, Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships
(None)

## Attachments
(None)

Approved for Release