# **EXHIBIT #41**

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|
| | **1. REPORT TYPE**<br>Corrected Final | **2. DATE PREPARED**<br>13 Mar 2006 |

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix)<br>Allred, Michael Jacob | b. SOCIAL SECURITY NUMBER<br>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 | c. RANK<br>LCpl | d. PAY GRADE<br>E-3 | e. OCCUPATION CODE/RATING<br>0311 |
|---|---|---|---|---|
| f. COMPONENT<br>Regular | g. BRANCH<br>USMC | h. ORGANIZATION<br>F Co, 2d Bn, 1st Mar, RCT-1, 1st Mar Div, Camp Pendleton, CA | | |

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Killed In Action | d. DATE OF CASUALTY<br>06 Sep 2004 | e. PLACE OF CASUALTY<br>Al Anbar Province, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action: Result of multiple traumatic injuries received from an explosion while conducting combat operations during Operation Iraqi Freedom.

| g. DUTY STATUS<br>Active Duty/On duty | h. BODY RECOVERED<br>Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>12 Nov 1981 | b. PLACE OF BIRTH<br>Vernal, UT | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|
| d. RACE<br>White | | |
| e. ETHNICITY<br>None | | f. SEX<br>Male |

g. RELIGIOUS PREFERENCE
CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS (MORMON)

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>MEPS Fort Douglas, UT | b. DATE OF ENTRY<br>08 Jan 2001 | c. HOME OF RECORD AT TIME OF ENTRY<br>Hyde Park, UT |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** (Name, Address, and Relationship) (Continue on separate sheet, if necessary)

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

(b) (6) [REDACTED]

Item 4d changed.

FOOTNOTES:
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>Service Record/DD Form 2064 Certificate of Death (Overseas) | b. DATE RECEIVED<br>12 Oct 2004 |
|---|---|

| **9. DISTRIBUTION**<br>OSGLI, DFAS-KC, VA, (REPORT # 321-04) | **10. SIGNATURE ELEMENT**<br>(b) (6) [REDACTED]<br>Head, Casualty Section<br>By direction of the Commandant of the Marine Corps |
|---|---|

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAR 2004    PREVIOUS EDITION MAY BE USED.

Approved for Release