# **EXHIBIT #42**

| REPORT OF CASUALTY | HEADQUARTERS, U S MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | REPORT CONTROL SYSTEM<br>DD-P&R(AR)1664 |
|---|---|---|
| ORT NUMBER<br>319-04 | 2 REPORT TYPE<br>Initial | 3 DATE PREPARED<br>07 Sep 2004 |

### 4 SERVICE IDENTIFICATION

| a NAME (Last, First, Middle and Suffix)<br>McCarthy, Joseph Christopher | b. SOCIAL SECURITY NUMBER<br>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 | c GRADE/RANK/RATE<br>LCpl | d OCCUPATION CODE<br>03251 |
|---|---|---|---|
| e COMPONENT<br>Regular | f BRANCH<br>USMC | g ORGANIZATION<br>F Co, 2d Bn, 1st Mar, RCT-1, 1st Mar Div, Camp Pendleton, CA | |

### 5 CASUALTY INFORMATION

| a TYPE<br>Hostile | b STATUS<br>Deceased | c. CATEGORY<br>KIA | d DATE OF CASUALTY<br>06 Sep 2004 | e PLACE OF CASUALTY<br>Al Anbar Province, Iraq |
|---|---|---|---|---|

| f CAUSE AND CIRCUMSTANCES<br>Hostile Action  Result of multiple traumatic injuries received from an explosion while conducting combat operations during Operation Iraqi Freedom |
|---|

| g DUTY STATUS<br>Active Duty/On Duty | h FLIGHT STATUS<br>Not Applicable | i BODY RECOVERED<br>Yes |
|---|---|---|

### 6 BACKGROUND INFORMATION

| a DATE OF BIRTH<br>21 Mar 1983 | b PLACE OF BIRTH<br>Phoenix, AZ | c COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|
| d RACE<br>White | e ETHNICITY<br>None | f SEX<br>Male | g RELIGIOUS PREFERENCE<br>Catholic Churches |

### 7 ACTIVE DUTY INFORMATION

| a PLACE OF ENTRY<br>MEPS Phoenix, AZ | b DATE OF ENTRY<br>13 Sep 2001 | c HOME OF RECORD AT TIME OF ENTRY<br>Concho, CA |
|---|---|---|
| d DATE TOUR COMMENCED<br>N/A | e PRIOR SERVICE INFORMATION<br>N/A | f RECORD OF EMERGENCY DATA FORM DATE<br>06 Oct 2003 |

### 8 PAY INFORMATION

| a GRADE<br>- 3 | b BASIC PAY<br>$1,495 50 | c INCENTIVE/ ADDITIONAL PAY (State type)   IDP         $225 00 |
|---|---|---|

### 9 INTERESTED PERSONS (Name, Address, and Relationship)

(b) (6) [redacted]

### 10 REMARKS (Continue on separate sheet if necessary)

Item 8c cont   HDP - $100 00

FOOTNOTES FOR ITEMS 9 AND 10
1  Adult next of kin
2  Beneficiary for gratuity pay in the event there is no surviving spouse or child  as designated on record of emergency data
3  Beneficiary for unpaid pay and allowances  as designated on record of emergency data

### 11 REPORTING INFORMATION

| a COMMAND AGENCY<br>Casualty Msg dated 6 Sep 2004 | b DATE RECEIVED<br>06 Sep 2004 | c. REPORT FOR VA TO FOLLOW<br>No |
|---|---|---|

(b) (6) [redacted]
...Military Personnel Services Branch
...rection of the Commandant of the Marine Corps
...ercial insurance

DD Form 1300, MAY 2000                    Previous editions are obsolete