# **EXHIBIT #43**

# Ops Report



Friday, 28 October 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Sep 06 2004 09:05:00 |
| is Closed | TRUE |
| Summary | AT 0905D, 2/1 MAR CONVOY WAS ATTACKED WITH A VBIED IVO FALLUJAH. 7X USMC KIA/6X USMC WIA/3X ING KIA/1X ING WIA (b)(1) 1.4g ALL WIA WERE GROUND EVACED TO CAMP FALLUJAH. VBIED CONSISTED A SEDAN WITH 250KG BOMB AND 1X 155MM ROUND. UPDATE: 7 CF KIA, 6 CF WIA, 3 ING KIA, 1 ING WIA. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2004 |
| Month Occurred | September |
| Day Occurred | 6 |
| Event Type | Explosive Hazard |
| Event Category | IED Explosion |
| Event MOA | Vehicle-Borne IED (VBIED) |
| Primary Country | IRAQ |
| Primary RC | MNF-W |
| Primary District | |
| Primary Province | Anbar |
| was Suicide | FALSE |
| Tracking Number | attlemaj-59868010 |
| Attack On | None Selected |
| Unit Activity | NONE SELECTED |
| Title | VBIED ATTK ON 2/1MAR CONVOY IVO FALLUJAH: 7 US KIA/6 US WIA/3 ING KIA/1 ING WIA |
| Association Count | 1 |
| BDA Friendly KIA | 7 |
| BDA Friendly WIA | 6 |
| BDA Friendly Casualties | 13 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |

## Ops Report

| | |
|---|---|
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 3 |
| BDA Host Nation WIA | 1 |
| BDA Host Nation Casualties | 4 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=83513CD1-B1FE-4123-9B18-B8DC95E62C30&entity=report |
| Date Occurred Excel UK | 06/09/2004 |
| Date Occurred Excel US | 09/06/2004 |
| Date Posted(Z) | Sep 06 2004 15:14:43 |
| Date Updated(Z) | Sep 07 2004 03:46:40 |
| FOB | UNKNOWN |
| Latitude | 33.4039094803 |
| Longitude | 43.71815483 |
| MGRS | 38SLB808968 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | UNKNOWN |
| Originator Name | UNKNOWN |
| Originator Unit | ADMIN |
| Precedence | ROUTINE |
| Report Key | 83513CD1-B1FE-4123-9B18-B8DC95E62C30 |
| Reporting Unit | Not Provided |
| Route | MSR Mobile0 |
| Type Of Unit | None Selected |

## Ops Report

| | |
|---|---|
| Unit Name | Not provided |
| Updated By Group | UNKNOWN |
| Updated By Name | UNKNOWN |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | 0 |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | SECRET | REL TO USA, EGY, FIN, KWT, IRKS, NATO | | IRAQ | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Vehicle-Borne IED (VBIED) | A49C3758-8027-47E2-8E9A- | Explosive Hazard | IED Explosion |

*Approved for Release*

## Ops Report

BA663A58A448

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Hit Or Miss | (More not shown) |
|---|---|---|---|---|---|
| | | | Suicide | | (More not shown) |
| | | | | | (More not shown) |
| IED Explosion | C632458F-E89D-40EF-B0C0-D64D902A9CAA | Explosive Hazard | | | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | SECRET | REL TO USA, FVEY | Dec 05 2014 17:57:08 | (More not shown) |

13 Empty Attributes

Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Primary AOR, Primary Region, Reintegratees Count, Reported By, 18 Empty Tables Associated Org, CCIR, CIDNE Media, Casualty, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Target, Units, Vehicle

## Relationships

(None)

## Attachments

(None)