# **EXHIBIT #44**

Redacted Document Approved for Release to FOIA# DON-USMC-2022-002646

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS 3280 Russell Road Quantico, VA 22134-5103 | REPORT CONTROL SYSTEM DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT NUMBER 331-04 | 2. REPORT TYPE Final | 3. DATE PREPARED 18 Jan 2005 |
|---|---|---|

**4. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix) Soltau, Adrian Valentine | b. SOCIAL SECURITY NUMBER 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 | c. GRADE/RANK/RATE Cpl | d. OCCUPATION CODE 3533 |
|---|---|---|---|

| e. COMPONENT Regular | f. BRANCH USMC | g. ORGANIZATION A Co, 3d AA Bn, RCT-1, 1st Mar Div, Camp Pendleton, CA |
|---|---|---|

**5. CASUALTY INFORMATION**

| a. TYPE Hostile | b. STATUS Deceased | c. CATEGORY KIA | d. DATE OF CASUALTY 13 Sep 2004 | e. PLACE OF CASUALTY Al Anbar Province, Iraq |
|---|---|---|---|---|

f. CAUSE AND CIRCUMSTANCES

Hostile Action: Result of multiple traumatic injuries received from an explosion while conducting combat operations during Operation Iraqi Freedom.

| g. DUTY STATUS Active Duty/On Duty | h. FLIGHT STATUS Not Applicable | i. BODY RECOVERED Yes |
|---|---|---|

**6. BACKGROUND INFORMATION**

| a. DATE OF BIRTH 16 May 1983 | b. PLACE OF BIRTH Spanish Town, Jamaica | c. COUNTRY OF CITIZENSHIP Jamaica |
|---|---|---|

| d. RACE Black | e. ETHNICITY None | f. SEX Male | g. RELIGIOUS PREFERENCE No Religious Preference |
|---|---|---|---|

**7. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY MEPS Milwaukee, WI | b. DATE OF ENTRY 13 Aug 2001 | c. HOME OF RECORD AT TIME OF ENTRY Milwaukee, WI |
|---|---|---|

| d. DATE TOUR COMMENCED N/A | e. PRIOR SERVICE INFORMATION N/A | f. RECORD OF EMERGENCY DATA FORM DATE 09 Jan 2004 |
|---|---|---|

**8. PAY INFORMATION**

| a. PAY GRADE E - 4 | b. BASIC PAY $1,726.80 | c. INCENTIVE/ADDITIONAL PAY (State type) IDP | $225.00 |
|---|---|---|---|

**9. INTERESTED PERSONS** *(Name, Address, and Relationship)*

(b) (6)

**10. REMARKS** *(Continue on separate sheet if necessary)*

Item 8c cont.: HDP $100.00

FOOTNOTES FOR ITEMS 9 AND 10
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**11. REPORTING INFORMATION**

| a. COMMAND AGENCY Service Record/DD form 2064 Certificate of Death (Overseas) | | c. REPORT FOR VA TO FOLLOW No |
|---|---|---|

(b) (6)

| 12. DISTRIBUTION OSGLI,DFAS-KC, VA | 13. SIGNATURE ELEMENT (b) (6) |
|---|---|

NOTE: This form may be used to facilitate the ... or in the settlement of any other claim...

DD Form 1300, MAY 2000                    *Previous editions are obsolete*