# **EXHIBIT #46**

# Ops Report



Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | Dec 16 2006 14:05:00 |
| is Closed | TRUE |
| Summary | INITIAL VOICE REPORT: AT 16 1400C DEC 06, A DISMOUNTED MARINE FROM 2/8 (RCT 5) WAS ATTACKED WITH SAF WHILE INVESTIGATING AN IED 3.5 KM N OF FALLUJAH (38S LB 874 964). 1 CF KIA  MTF

UPDATE #1: At 161405C DEC 06, H S/2/8 was attacked with SAF VO ( 8S LB  7445 95361), 2.5km N of Fallujah, while conducting a cordon for a PIED. The (b)(1) 1 (b)(1) was static. (b)(1) 1.4a, (b)(1) 1 was attacked with (1) round of precision SAF from an nknown direction and distance. The round impacted the (b)(1) 1 4g in the neck, resulting in ( ) CF W A (Urgent Surgical). PID was not obtained and the Marines did not return fire. An ai CASEVAC was called into the Redwolf COC.  The patrol then conducted a ground CASEVAC to OP Riviera.  While departing, the patrol was attacked with (3) rounds of direct fire SAF at an unknown distance and direction.  PID was not obtained and the Marines did not return fire  The CASEVAC arrived at OP Riviera where the MO pronounced (1) CF WIA as DOW  The (1) CF DOW was then transported to Camp Fallujah.  All PPE was being worn at the time  f the incident.  No CF damages reported. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2006 |
| Month Occurred | December |
| Day Occurred | 16 |
| Event Type | Enemy Action |
| Event Category | Sniper Ops |
| Event MOA | Sma  Arms |
| Primary Country | I AQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary R | MNF-W |
| Pr mary Distric | Al Anbar |
| Prima y Province | Al Anbar |
| was S icide | FALSE |
| Tracking Number | 20061216140038SLB8740096400 |
| Attack On | Coalition |
| Unit Activity | Mounted Patrol |

Ops Report

| | |
|---|---|
| Title | SNIPER OPS ON 2/8 (RCT 5) IVO AL FALLUJA: 1 CF KIA |
| Association Count | 2 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 0 |
| BDA Friendly Casualties | 1 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | FALLUJAH |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, E   Y, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6)     LiteReportView.cfm?module=operations&reporttype=sigact&reportk y=8B2 D9F8-FE8B-E8EC-DAF0FFDB236F8220&entity=report |
| Date Occurred Excel UK | 16 12/2006 |
| Date Occurred Ex el US | 12/16/2006 |
| Date Post d(Z) | Dec 16 2006 12:03:05 |
| Date Updated  ) | Dec 17 2006 05:58:00 |
| FOB | AL FALLUJAH |
| Latitu e | 33.40101623535156 |
| Longitude | 43.78916549682617 |
| MGRS | 38SLB874964 |
| MOA Count | 1 |

## Ops Report

| | |
|---|---|
| Originating System | Not Provided |
| Originator Group | MNF-W OPS LNO |
| Originator Name | (b)(3)130b, (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | 8B24D9F8-FE8B-E8EC-DAF0FFDB236F8220 |
| Reporting Unit | MNF-W |
| Route | |
| Type Of Unit | Coalition Forces |
| Unit Name | 2/8 (RCT 5) |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(3)130b, (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | (b)(1) 1.4a, (b)(1) 1.4g |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

Approved for Release

## Ops Report

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | FALLUJAH | ~~SECRET~~ | ~~REL TO USA, ECY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 16 1400C DEC06 DIRECT FIRE ON 2 8 (RCT 5) IVO AL FALLUJA | | CENTCOMROAR | Document | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | DISMOUNT | Individual | UNITED STATES | Primary | 8B24D9F8 FE8B E8EC DAF0FFDB236F8220 | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Small Arms | 18B974D0 05B 43A BFA2 557D81626ABD | Enemy Action | Sniper Ops |

### Events 1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Sniper Ops | B67 A384 CB34 F42 BA46 29003B396069 | Enemy Action | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| RUE | IMMEDIATELY NOTIFY COMMANDER MNC I OF ANY COMMANDER (COMPANY THROUGH MSC), | MNF W OPS LNO | 8B28D5E3 F48C EC13 282774B2EBE141D 9 | 0 | 6 ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) |

## Ops Report

FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA.

### Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

### Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | onfirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 07 2008 19:15:00 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

11 Empty Attributes

Battlespace Lead, Call Sig, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Primary AO, Reintegratees Count, Type Reported By

14 Empty Tables

Associa ed Or, Ch micals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relati nships

(Non

## Attachments

(None)

Page 5 of 5