# **EXHIBIT #48**

(b)(3)130b, (b)(6)

**From:** (b)(3)130b, (b)(6)
**Sent:** Saturday, December 16, 2006 8:09 PM
**To:** (b)(3)130b, (b)(6)

**Cc:**

**Subject:** [U] (CLW)-SUPP-CASUALTY REPORT-H-DEA-PALMER N.J.-RCT-5

**Categories:** UNCLASSIFIED
**Attachments:** CasExp.rsf
**Classification Classification:** UNCLASSIFIED

CasExp.rsf (7 KB)

Classification: UNCLASSIFIED

```
**************************************************
***********     CASUALTY REPORT     ***********
--------------------------------------------------

(01) Report Type:       SUPP

(02) Casualty Type:     HOSTILE

(03) Casualty Status:   DECEASED

(04) Report Number:     V280130A
```

1

```
(05) Previous Casualty Stat.:  DECEASED

(06) Init Report Number:  V280130

(07) Category:  ACTIVE DUTY/

(08) SSN(New/Old):  [(b)(6)]

(09) Name(Last/First/Middle/Sfx):  PALMER/NICKLAS/J/

(12) Rank:  LCpl

(13) Service/Component:  USMC/REGULAR

(14) Organization/Station:  2D BN, 8TH MAR, RCT-5, I MEF FWD (PARENT COMMAND: A CO, 1ST
CEB)

(15) Duty MOS/AFSC:  1371

(36) Date/time of Incident:  20061216/1406//

(37) Place of Incident:  FALLUJAH//IZ

(39) Circumstances:  LCPL PALMER WAS KILLED IN ACTION WHILE CONDUCTING COMBAT OPERATIONS
AGAINST ANTI IRAQI FORCES IN THE AL ANBAR PROVINCE. LCPL PALMER W S THE [(b)(1) 1 4g]
[(b)(1) 1 4g] THAT WAS HALTED TO
INVESTIGATE A POSSIBLE IED, WHEN LCPL PALMER WAS STRUCK BY SMA  ARMS FIRE IN THE THROAT.
LCPL PALMER WAS PRONOUNCED DECEASED AT 1420 ON 20061216 B  LT KOCH, 2/8 ASSISTANT
BATTALION SURGEON. THE BODY WAS IDENTIFIED BY [(b)(3)130b, (b)(6)] 2/8  SSISTANT BATTALION SURGEON, BY
MEANS OF IDENTIFICATION TAGS. LCPL PALMER WAS WEARING THE NEW KEVLAR HELMET, FLAK JACKET
WITH TWO ESAPI PLATES, SIDE SAPI PLATES, BALLISTIC GOGGLES, NOMEX GLOVES, THROAT AND GROIN
PROTECTORS AND QUAD GUARD GEAR. THIS REPORT HAS BEEN VERIFIED BY [(b)(3)130b, (b)(6)]
AT [(b)(6)]. SUPPLEMENTAL INFORMATION WILL BE FORTHCOMING AS IT BECOMES AVAILABLE.

(40) Inflicting Force:  ENEMY FORCES

(61) Additional Remarks:  LCPL PALMER SUSTAINED A GUNSHOT WOUND TO HIS LEFT CHEEK WHICH
EXITED OUT THE BACK OF HIS NECK. THIS PCR WAS REVIEWED BY [(b)(3)130b, (b)(6)] AT
[(b)(6)]. THIS IS A FINAL PCR.

(70) Software Version:  DCIPS Forward - Version 3.2(7)  ;   DB - Version 2.0M
```

2