# **EXHIBIT #49**

# REPORT OF CASUALTY

**HEADQUARTERS, U.S. MARINE CORPS**
3280 Russell Road
Quantico, VA 22134-5103

**REPORT CONTROL SYMBOL**
DD-P&R(AR)1664

**1. REPORT TYPE:** Final
**2. DATE PREPARED:** 06 Nov 2007

## 3. SERVICE IDENTIFICATION
- **a. NAME (Last, First, Middle and Suffix):** Palmer, Nicklas James
- **b. SOCIAL SECURITY NUMBER:** 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
- **c. RANK:** LCpl
- **d. PAY GRADE:** E-3
- **e. OCCUPATION CODE/RATING:** 1371
- **f. COMPONENT:** Regular
- **g. BRANCH:** USMC
- **h. ORGANIZATION:** C Co, 1st CEB, 1st Mar Div, Camp Pendleton, CA

## 4. CASUALTY INFORMATION
- **a. TYPE:** Hostile
- **b. STATUS:** Deceased
- **c. CATEGORY:** Killed In Action
- **d. DATE OF CASUALTY:** 16 Dec 2006
- **e. PLACE OF CASUALTY:** Fallujah, Iraq
- **f. CIRCUMSTANCES:** Hostile Action: Result of gunshot wound to the head and neck received from enemy small arms fire while the gunner of a M1114 HMMWV during combat operations.
- **g. DUTY STATUS:** Active Duty/On Duty
- **h. BODY RECOVERED:** Yes

## 5. BACKGROUND INFORMATION
- **a. DATE OF BIRTH:** 03 Feb 1987
- **b. PLACE OF BIRTH:** Great Falls, MT
- **c. COUNTRY OF CITIZENSHIP:** United States
- **d. RACE:** White
- **e. ETHNICITY:** None
- **f. SEX:** Male
- **g. RELIGIOUS PREFERENCE:** ROMAN CATHOLIC CHURCH

## 6. ACTIVE DUTY INFORMATION
- **a. PLACE OF ENTRY:** MEPS Denver, CO
- **b. DATE OF ENTRY:** 22 Aug 2005
- **c. HOME OF RECORD AT TIME OF ENTRY:** Leadville, CO

## 7. INTERESTED PERSONS/REMARKS (Name, Address, and Relationship) (Continue on separate sheet, if necessary)

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

(b) (6)

Item 3h cont.: LCpl Palmer was attached to 2d Bn, 8th Mar, RCT-5, I MEF Fwd

Item 4f changed.

**FOOTNOTES:**
1. Adult next of kin.
2. Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
3. Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

## 8. REPORTING INFORMATION
- **a. COMMAND AGENCY:** DD Form 2064 Certificate of Death (Overseas)
- **b. DATE RECEIVED:** 12 Mar 2007

## 9. DISTRIBUTION
OSGLI, DFAS-KC, VA (Report # 382-06)

**10.** (b) (6)

By direction of the Commandant of the Marine Corps

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD Form 1300, MAR 2004        PREVIOUS EDITION MAY BE USED.