# **EXHIBIT #51**

| REPORT OF CASUALTY | HEADQUARTERS, U.S. MARINE CORPS<br>3280 Russell Road<br>Quantico, VA 22134-5103 | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|
| | 1. REPORT TYPE<br>Final | 2. DATE PREPARED<br>18 Sep 2012 |

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix)<br>Walker, Jeffrey Davis | | b. SOCIAL SECURITY NO.<br>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 | c. RANK<br>LCPL | d. PAY GRADE<br>E-3 | e. OCCUPATIONAL CODE/RATING<br>3533 |
|---|---|---|---|---|---|
| f. COMPONENT<br>Regular | g. BRANCH<br>USMC | h. ORGANIZATION<br>CLB-6, CLR-2, (CLB-6, 2d MLG Fwd, II MEF Fwd), 2d MLG, Camp Lejeune, NC | | | |

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Died of Wounds | d. DATE OF CASUALTY<br>14 May 2007 | e. PLACE OF CASUALTY<br>Fallujah, Iraq |
|---|---|---|---|---|

f. CIRCUMSTANCES
Hostile Action: Result of a gunshot wound of the head from enemy sniper fire while conducting a water resupply mission in the Al Anbar Province.

| g. DUTY STATUS<br>Active Duty/On Duty | h. BODY RECOVERED<br>Yes |
|---|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>12 Jun 1985 | b. PLACE OF BIRTH<br>Macon, GA | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|
| d. RACE<br>White | | |
| e. ETHNICITY<br>None | | f. SEX<br>Male |
| g. RELIGIOUS PREFERENCE<br>Christian Church | | |

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>MEPS Atlanta, GA | b. DATE OF ENTRY<br>01 Sep 2004 | c. HOME OF RECORD AT TIME OF ENTRY<br>Macon, GA |
|---|---|---|

7. INTERESTED PERSONS/REMARKS (Name, Address, and Relationship) (Continue on separate sheet, if necessary)
WAR ON TERRORISM / OPERATION IRAQI FREEDOM
(b) (6)

**** End of Interested Persons ****

Item 4f changed.

FOOTNOTES:  1  Primary next-of-kin.
2  Beneficiary(ies) for death gratuity - as designated on record of emergency data.
3  Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>DD Form 2064 Certificate of Death (Overseas) | b. DATE RECEIVED<br>18 Sep 2012 |
|---|---|
| 9. DISTRIBUTION<br>OSGLI, DFAS-KC, VA (Report # 119-07) | (b) (6) |

NOTE: This form may be used to facilitate the cashing of bonds, the payment of commercial insurance, or in the settlement of any other claim in which proof of death is required.

DD FORM 1300, FEB 2011 — PREVIOUS EDITION MAY BE USED. — Adobe Professional 8.0

Page 91 of 97