# **EXHIBIT #52**

# Ops Report



Tuesday, 01 November 2022

## Ops Report

| | |
|---|---|
| Date Occurred(L) | May 14 2007 12:05:00 |
| is Closed | TRUE |
| Summary | **INITIAL VOICE REPORT**At 141203D MAY 07, CLB-6 was attacked with sniper fire, IVO (38S LB 9263 9098), 3km NW of Camp Fallujah, while conducting a water re-supply mission at the Fallujah Development Center (FDC). A Marine was attacked with (1) round of sniper fire while standing on top of a truck to start the pumps. The attack resulted in (1) CF WIA [urgent/ GSW to head]. The CF WIA was ground-CASEVACed to Fallujah Surgical. At 1245D, the CF WIA DOW. PPE was worn at the time of the attack.<br><br>CLOSED 15MAY07<br><br>***UPDATE***<br>At 141205D May 07, a CLB-6 Combat Logistics Patrol (High Ball 27) was attacked with sniper fire IVO (38S LB 92615 90996), 3km NW of Camp Fallujah, while conducting a water re-supply mission at the Fallujah Development Center. The operator of vehicle [(b)(1) 1.4g] vehicle patrol, was in the process of starting the water pump on top of the LVS when he was attacked with (1) round of unknown caliber SAF from an unknown distance to the NW. The attack resulted in (1) CF WIA (urgent surgical). The Marines in the patrol did not hear the shot. PID was not established and fire was not returned. The (1) CF WIA (urgent surgical) was ground-CASEVACed to Fallujah Surgical. At 141245D MAY 07, the CF WIA DOW. All Marines and Sailors were wearing their required PPE. No damage reported. The patrol continued their mission. |
| Suicide Count | 0 |
| is Effective Explosive Hazard | FALSE |
| Blown In Place | FALSE |
| Year Occurred | 2007 |
| Month Occurred | May |
| Day Occurred | 14 |
| Event Type | Enemy Action |
| Event Category | Sniper Ops |
| Event MOA | Small Arms |
| Primary Country | IRAQ |
| Primary AOR | USCENTCOM |
| Primary Region | IRAQ |
| Primary RC | MNF-W |
| Primary AO | |
| Primary District | Al Anbar |

## Ops Report

| | |
|---|---|
| Primary Province | Al Anbar |
| was Suicide | FALSE |
| Tracking Number | 20070514120338SLB9263090980 |
| Attack On | Coalition |
| Unit Activity | Other |
| Title | SNIPER OPS(Small Arms) ON CLB-6 IVO FALLUJAH: 1 CF KIA |
| Association Count | 2 |
| BDA Friendly KIA | 1 |
| BDA Friendly WIA | 0 |
| BDA Friendly Casualties | 1 |
| BDA Friendly ABD | 0 |
| BDA Civilian KIA | 0 |
| BDA Civilian WIA | 0 |
| BDA Civilian Casualties | 0 |
| BDA Civilian ABD | 0 |
| BDA Host Nation KIA | 0 |
| BDA Host Nation WIA | 0 |
| BDA Host Nation Casualties | 0 |
| BDA Host Nation ABD | 0 |
| BDA Enemy KIA | 0 |
| BDA Enemy WIA | 0 |
| BDA Enemy Casualties | 0 |
| BDA Enemy Detained | 0 |
| City | Fallujah |
| Classification | ~~SECRET~~ |
| Classification Releasability Mark | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ |
| CIDNE Folder | (b)(6) LiteReportView.cfm?module=operations&reporttype=sigact&reportkey=8A36AACA-5056-9023-5853EA30A49437EA&entity=report |
| Date Occurred Excel UK | 14/05/2007 |
| Date Occurred Excel US | 05/14/2007 |
| Date Posted(Z) | May 14 2007 10:51:17 |
| Date Updated(Z) | May 15 2007 05:52:00 |

Approved for Release

## Ops Report

| | |
|---|---|
| FOB | AL FALLUJAH |
| Latitude | 33.3526725769043 |
| Longitude | 43.84604263305664 |
| MGRS | 38SLB92639098 |
| MOA Count | 1 |
| Originating System | Not Provided |
| Originator Group | MNF-W OPS LNO |
| Originator Name | (b)(6) |
| Originator Unit | ADMIN |
| Precedence | Flash |
| Report Key | 8A36AACA-5056-9023-5853EA30A49437EA |
| Reporting Unit | MNF-W |
| Route | ASR Michigan0 |
| Type Of Unit | Coalition Forces |
| Unit Name | CLB-6 |
| Updated By Group | MNC-I SIGACTSMGR |
| Updated By Name | (b)(6) |
| Updated By Unit | ADMIN |
| Vehicle Convoy Count | 0 |
| Vehicle Convoy Speed | 0 |
| Vehicle Convoy Speed Measure | MPH |
| Vehicle Distance Between | N/A |
| Vehicle Nearest ECM To IED | 0 |
| Vehicle Nearest ECM To Vehicle Struck | 0 |
| Vehicle Other Counter Measures | N/A |
| Vehicle Summary | Not Provided |
| was Complex Attack | FALSE |
| was Coordinated Attack | FALSE |
| was Counter Attack | FALSE |
| was ABP Involved | FALSE |
| was ANA Involved | FALSE |
| was ANP Involved | FALSE |

## Ops Report

| | |
|---|---|
| was ANSF Involved | FALSE |
| was ISAF Involved | FALSE |
| was INS Involved | FALSE |
| was Medevac Requested | FALSE |

### SIGACT Location

| AO | City | Classification | Releasability | Coordinate | Country | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | Fallujah | ~~SECRET~~ | ~~REL TO USA, EGY, FIN, KWT, IRKS, NATO~~ | | IRAQ | (More not shown) |

### CIDNE Media

| Classification | Classification Releasability Mark | Media Attachement | Originating Network | Originating Site | Media Type | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| ~~SECRET~~ | ~~NOFORN~~ | 14_1203D_MAY_07_SNIPER_ATTK_ON_CLB-6_EAST_OF_FALLUJAH | | CENTCOMROAR | Document | (More not shown) |

### Target

| Affiliation | Description | Details | Nationality | Precedence | Report Key | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Coalition | CLB-6 | Individual | UNITED STATES | Primary | 8A36AACA-5056-9023-5853EA30A49437EA | (More not shown) |

### MOA

| Mode Of Attack | Mode Of Attack Key | Event Type | Event Category |
|---|---|---|---|
| Small Arms | DBE3DB88-70A3-4947-87E7-EAA888795C59 | Enemy Action | Sniper Ops |

### Events1

| Event Category | Event Key | Event Type | Intended Outcome | Suicide | Hit Or Miss | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Sniper Ops | 135FA35D-0029-49A0-A728-3911D0453E34 | Enemy Action | | | | (More not shown) |

### CCIR

| CCIR | CCIR Details | CCIR Group | CCIR Key | CCIR Sort | CCIR Summary | |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |

## Ops Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (More not shown) |
| TRUE | IMMEDIATELY NOTIFY COMMANDER MNC-I OF ANY COMMANDER (COMPANY THROUGH MSC), FIRST SERGEANT, OR COMMAND SERGEANT MAJOR WHO IS SERIOUSLY INJURED, WIA OR KIA. \r\nTHIS INCLUDES NON-COMBAT RELATED INCIDENTS. \r\nTHIS INCLUDES 1X KILLED OR 3X CASUALTIES FOR CF. INCLUDES 1X KILLED OR 7X CASUALTIES FOR ISF AND 3X KILLED OR 7X CASUALTIES CIVILIANS. NEGATIVE EXAMPLE: 010001 JAN 05, ROCKET ATTACK ON CAMP VICTORY, 7 X WIA. | MNF-W OPS LNO | 8A3A8E65-5056-9023-5803897BEB0174D2 | 0 | 6 - ACTION OR INCIDENT RESULTING IN SIGNIFICANT MILITARY OR CIVILIAN CASUALTIES. | (More not shown) | |

## Casualty

| Wound Arms | Status | Group | Comments | Wound Chest | Wound Feet | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| FALSE | Unknown | Unknown | | FALSE | FALSE | (More not shown) |

## Association

| CIDNE Folder | is Published | Confidence | Classification | Classification Releasability Mark | DTG Posted | (More not shown) |
|---|---|---|---|---|---|---|
| | | | | | | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~NOFORN~~ | Feb 05 2008 21:45:02 | (More not shown) |
| | | | | | | (More not shown) |
| Link to Analysis CIDNE Report | 1 | Confirmed | ~~SECRET~~ | ~~REL TO USA, FVEY~~ | Dec 05 2014 17:57:08 | (More not shown) |

10 Empty Attributes
Battlespace Lead, Call Sign, Date Occurred(Z), ISAF Tracking Number, Incident Reported By, Originating Nation, Originating Network, Originating Site, Reintegratees Count, Type Reported By

14 Empty Tables
Associated Org, Chemicals Found, Drugs Found, Equipment Found, Events Subordinate, IDF Details, Ops Capture, SIGACT Item, SIGACT Method Found, SIGACT Remark, SIGACT Requirements, Suspect, Units, Vehicle

## Relationships

## Relationships
(None)

## Attachments
(None)