# <u>EXHIBIT #68</u>

# FILED UNDER SEAL