# EXHIBIT #98

# FILED UNDER SEAL