# EXHIBIT #112

# FILED UNDER SEAL

Case 1:21-cv-01808-RDM   Document 86-112   Filed 03/31/25   Page 1 of 1