# EXHIBIT #120

# FILED UNDER SEAL