# EXHIBIT #121

# FILED UNDER SEAL