# EXHIBIT #122

## FILED UNDER SEAL