# EXHIBIT #124

## FILED UNDER SEAL