# EXHIBIT #133

# FILED UNDER SEAL