# EXHIBIT #138

# FILED UNDER SEAL