# EXHIBIT #139

# FILED UNDER SEAL