# EXHIBIT #140

# FILED UNDER SEAL