# EXHIBIT #142

# FILED UNDER SEAL