# EXHIBIT #143

# FILED UNDER SEAL