# EXHIBIT #144

# FILED UNDER SEAL