# EXHIBIT #147

# FILED UNDER SEAL