# EXHIBIT #148

# FILED UNDER SEAL