# EXHIBIT #150

# FILED UNDER SEAL