# EXHIBIT #152

# FILED UNDER SEAL