# EXHIBIT #154

# FILED UNDER SEAL