# EXHIBIT #155

# FILED UNDER SEAL