# **EXHIBIT #1**

**Exhibit 1: Exhibit List**

| Exhibit Number | Citation | Sealed Treatment Requested | Partial Redaction or Full Seal Requested | Grounds for Requesting Sealed Treatment/Redactions | Grounds for Admission | Source |
|---|---|---|---|---|---|---|
| 1 | Exhibit List | | | | Not Offered for Admission | Demonstrative |
| 2 | Additional Bellwether Plaintiffs Table | | | | FRE 401; 402; 403; 611; 1006 | Demonstrative |
| 3 | *In the Matter of the Estate of Sherry Kay Rockholt*, Circuit Court of the State of Oregon for the Cty. of Marion | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Estate Document |
| 4 | Declaration of Jason Rockholt on behalf of the Estate of Sherry Kay Rockholt | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 5 | Sherri Laska ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 6 | Declaration of Sherri Laska | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 7 | Nancy Jo Clevenger ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 8 | Declaration of Nany Jo Clevenegr | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 9 | Kelli Winkler ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 10 | Declaration of Kelli Winkler | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 11 | Diane Salyers ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 12 | Declaration of Diane Salyers | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 13 | Chassity McCandless ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 14 | Declaration of Cassity McCandless | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 15 | Ronald Sumner ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 16 | Declaration of Ronald Sumner | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 17 | <u>Forthcoming</u>: Christina Baker ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 18 | Declaration of Christina Baker | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 19 | Kelli Anderson ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 20 | Declaration of Kelli Anderson | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 21 | Kara West ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 22 | Declaration of Kara West | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 23 | Carter West ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 24 | Declaration of Carter West | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 25 | Laura McBride ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 26 | Declaration of Laura McBride | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 27 | Marshall McBride ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 28 | Declaration of Marshall McBride | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 29 | Sandra Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 30 | Declaration of Sandra Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 31 | Melanie Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 32 | Declaration of Melanie Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 33 | Joshua Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 34 | Declaration of Joshua Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 35 | Brandon Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 36 | Declaration of Brandon Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 37 | Dillon Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 38 | Declaration of Dillon Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 39 | Ashley Pionk ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 40 | Declaration of Ashley Pionk | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 41 | Ronda Sexton ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Declaration of Ronda Sexton | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 43 | Eric Bell ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 44 | Declaration of Eric Bell | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 45 | Debora Bell ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 46 | Declaration of Debora Bell | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 47 | Carl Bradford ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 48 | Declaration of Carl Bradford | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 49 | Timothy Caffey ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 50 | Declaration of Timothy Caffey | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 51 | Nicholas Caffey ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 52 | Declaration of Nicholas Caffey | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 53 | ChasSadie Tunstall ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 54 | Declaration of ChasSadie Tunstall | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 55 | April McCorkle ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 56 | Declaration of April McCorkle | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 57 | Jacquelyne Pappin ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 58 | Declaration of Jacquelyn Pappin | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 59 | Glenna LeGrand ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 60 | Declaration of Glenna LeGrand | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 61 | Moira LeGrand ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 62 | Declaration of Moira LeGrand | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 63 | Joel Sexton-Craig ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 64 | Declaration of Joel Sexton-Craig | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 65 | Phyllis Craig ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 66 | Declaration of Phyllis Craig | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 67 | Rachael Putman ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 68 | Declaration of Rachel Putman | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 69 | Menesia Spade ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 70 | Declaration of Menesia Spade | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 71 | James Harlan ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 72 | Declaration of James Harlan | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 73 | Jacob Roberts ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 74 | Declaration of Jacob Roberts | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 75 | Gale Light ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 76 | Declaration of Gale Light | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 77 | Lynn Poulin, Jr. ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 78 | Declaration of Lynn Poulin, Jr. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 79 | Michael Poulin ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 80 | Declaration of Michael Poulin | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 81 | Iesha Ayro ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 82 | Declaration of Iesha Ayro | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 83 | Rachel Hall ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 84 | Declaration of Rachel Hall | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 85 | A.H. ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | Declaration of Rachel Hall on behalf of A.H. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 87 | Stephanie Forrest ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 88 | Declaration of Stephanie Forrest | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 89 | Bradan Forrest ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 90 | Declaration of Bradan Forrest | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 91 | J.F. ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 92 | Declaration of Stephanie Forrest on behalf of J.F. | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 93 | Kristin Simon ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 94 | Declaration of Kristen Simon | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 95 | Rao Felder ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 96 | Declaration of Rao Felder | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 97 | Margarita Orton ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 98 | Declaration of Margarita Orton | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |
| 99 | David Orton ID | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 902 | Plaintiff Identity Document |
| 100 | Declaration of David Orton | Yes | Full Seal | PII/Victim's Document | FRE 401; 402; 403; 601-603; 611; 807 | Plaintiff Declaration |