# **EXHIBIT #2**

**Exhibit 2 – Additional Bellwether Plaintiffs Table**

| Attack No. | Attack Date | Attack Victim | Plaintiff | Relationship | Exhibits |
|---|---|---|---|---|---|
| 2 | 04/28/2005 | SPC Ricky Rockholt | Estate of Sherry Kay Rockholt | Mother | 3, 4 |
| 4 | 06/09/2006 | LCpl. Brent Zoucha | Sherri Laska | Sister | 5, 6 |
| 5 | 02/08/2007 | SGT Ross Clevenger | Nancy Jo Clevenger | Step-Mother | 7, 8 |
| 7 | 03/05/2007 | SSG Justin Estes | Kelli Winkler | Sister | 9, 10 |
| 7 | 03/05/2007 | SSG Justin Estes | Diane Salyers | Sister | 11, 12 |
| 8 | 04/07/2007 | PFC Rodney McCandless | Chassity McCandless | Sister | 13, 14 |
| 8 | 04/07/2007 | PFC Rodney McCandless | Ronald Sumner | Half-Brother | 15[1], 16 |
| 9 | 05/28/2007 | SPC Zachary Baker | Christina Baker | Spouse | 17[2], 18 |
| 9 | 05/28/2007 | 1LT Kile West | Kelli Anderson | Sister | 19, 20 |
| 9 | 05/28/2007 | 1LT Kile West | Kara West | Sister | 21, 22 |
| 9 | 05/28/2007 | 1LT Kile West | Carter West | Half-Brother | 23, 24 |
| 12 | 01/09/2008 | SGT Zachary McBride | Laura McBride | Mother | 25, 26 |
| 12 | 01/09/2008 | SGT Zachary McBride | Marshall McBride | Father | 27, 28 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Sandra Pionk | Moher | 29, 30 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Melanie Pionk | Spouse | 31, 32 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Joshua Pionk | Brother | 33, 34 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Brandon Pionk | Son | 35, 36 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Dillon Pionk | Son | 37, 38 |
| 12 | 01/09/2008 | SFC Matthew Pionk | Ashley Pionk | Daughter | 39, 40 |
| 13 | 04/09/2004 | SGT Elmer Krause | Ronda Sexton | Sister | 41, 42 |

---

[1] Plaintiffs are in the process of obtaining a copy of Mr. Sumner's birth certificate as proof of his U.S. citizenship and will provide it to the Special Master as soon as possible.  In the alternative, Mr. Sumner attests that he is a U.S. national in his declaration.  *See* Ex. 16 ¶ 1.

[2] Plaintiffs are in the process of obtaining a copy of Ms. Baker's birth certificate as proof of her U.S. citizenship and will provide it to the Special Master as soon as possible.  In the alternative, Ms. Baker attests that she is a U.S. national in her declaration.  *See* Ex. 18 ¶ 1.

| | | | | | |
|---|---|---|---|---|---|
| 13 | 04/09/2004 | Timothy Bell | Eric Bell | Brother | 43, 44 |
| | | | Debora Bell | Sister | 45, 46 |
| | | | Carl Bradford | Half-Brother | 47, 48 |
| | | | Timothy Caffey | Son | 49, 50 |
| | | | Nicholas Caffey | Son | 51, 52 |
| | | | ChasSadie Tunstall | Daughter | 53, 54 |
| | | Tony Johnson | April McCorkle | Daughter | 55, 56 |
| | | Jack Montague | Jacquelyne Pappin | Daughter | 57, 58 |
| 15 | 06/12/2007 | CPL Damon LeGrand | Glenna LeGrand | Mother | 59, 60 |
| | | | Moira LeGrand | Step-Daughter | 61, 62 |
| 16 | 01/28/2008 | SGT James Craig | Joel Sexton-Craig | Father | 63, 64 |
| | | | Phyllis Craig | Mother | 65, 66 |
| | | | Rachael Putman | Sister | 67, 68 |
| | | | Menesia Spade | Half-Sister | 69, 70 |
| 17 | 05/14/2004 | SGT James Harlan | James Harlan | Son | 71, 72 |
| | | | Jacob Roberts | Son | 73, 74 |
| 19 | 12/21/2004 | SSG Lynn Poulin | Gale Light | Sister | 75, 76 |
| | | | Lynn Poulin, Jr. | Sister | 77, 78 |
| | | | Michael Poulin | Son | 79, 80 |
| | | PVT Lionel Ayro | Iesha Ayro | Sister | 81, 82 |
| 21 | 04/09/2009 | SSG Bryan Hall | Rachel Hall | Spouse | 83, 84 |
| | | | A.H. | Daughter | 85, 86 |
| | | SGT Edward Forrest | Stephanie Forrest | Spouse | 87, 88 |
| | | | Bradan Forrest | Son | 89, 90 |
| | | | J.F. | Son | 91, 92 |
| 23 | 02/18/2007 | PFC Kelly Youngblood | Kristen Simon | Mother | 93, 94 |

| 24 | 04/24/2004 | CPT Arthur Felder | Rao Felder | Brother | 95, 96 |
| --- | --- | --- | --- | --- | --- |
| | | SSG Billy Orton | Margarita Orton | Spouse | 97, 98 |
| | | | David Orton | Son | 99, 100 |