CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Robert Martino, et al.

_____
Plaintiff(s)

vs.

The Islamic Republic of Iran

Civil Action No.: 21-cv-1808-RDM

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ▾ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State, L/CA/POG/GC, SA-17, 10th Floor, Washington, DC 20522-1710, Attn: FSIA
for service on:

Seyyed Abbas Araghchi, Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran

by: (check one)   ☐ certified or registered mail, return receipt requested
                  ☐ DHL
                  ☑ Fed Ex

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☐ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)
                  ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): (certification not applicable in this case), and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Nicholas Reddick
(Signature)

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallgher LLP
333 Bush Street
San Francisco, CA 94104

(Name and Address)