# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

April 25, 2025

Angela D. Caesar
Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re:    *Martino et al. v. Islamic Republic of Iran*, Civil Action No. 1:21-cv-01808-RDM

Dear Ms. Caesar:

    We write in connection with the above-captioned case to request that you take all necessary steps to effect service in this matter on the Defendant, the Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1608(a)(4).

    Per the Court's Order on the Bellwether Plaintiffs' Motion for Default Judgment (the "Order") (Dkt.[1] 72), Plaintiffs seek to proceed directly to serving Iran under 28 U.S.C. § 1608(a)(4) and include the requisite materials enclosed in this letter.[2] Specifically, we include two copies of the Order granting default judgment (Dkt. 72) and accompanying materials, including: (1) the Clerk's Entry of Default (Dkt. 29); (2) a Notice of Default Judgment; and (3) a copy of the Foreign Sovereign Immunities Act, "together with a translation of each into" Farsi. 28 U.S.C. §§ 1608(a)(4), 1608(e); 22 CFR § 93.2.

    We respectfully request that the Clerk's Office dispatch those documents, along with the attached letter addressed to the U.S. State Department and a cashier's check for $2,275.00 addressed to "U.S. Embassy Bern" to cover the State Department fees under 22 CFR § 22.1, via FedEx in the enclosed pre-addressed and pre-paid package, to the following address:

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

---

[1] Unless otherwise specified, citations to "Dkt." are to the docket entries in *Martino et al. v. Islamic Republic of Iran*, Civil Action No. 1:21-cv-01808-RDM.

[2] The Court further ordered that "[t]he Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment." Dkt. 72 at 4.

If you have any questions or need anything further please do not hesitate to contact me at NReddick@willkie.com or (415) 858-7595.  Thank you in advance for your time and attention to this matter.

Respectfully submitted,

/s/ *Nicholas Reddick*
Nicholas Reddick (DC Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 858-7595
NReddick@willkie.com