UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

    *Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

    *Defendant.*

Civil Action No. 21-1808 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 91, it is hereby **ORDERED** that Special Master Saltzburg's Report and Recommendation, Dkt. 74, is **ADOPTED** in part and **MODIFIED** in part; and Special Master Greenspan's Report and Recommendation, Dkt. 80, is **ADOPTED** in part and **MODIFIED** in part.

Judgment is hereby **ENTERED** in favor of the following Plaintiffs in the total amount of $2,211,402,026, of which $1,105,701,013 represents compensatory damages and $1,105,701,013 represents punitive damages. It is further **ORDERED** that each individual Plaintiff be entitled to the following:

| Plaintiff | Relation to Victim | Proposed Solatium Damages | Prejudgment Interest Multiplier | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|---|---|---|
| Sarah Marie Lambert | Sister | [pending supplemental submission] | 2.6479 | | |
| Nancy Kathleen Godwin | Mother | $6,250,000 | 2.6307 | $16,441,875 | $16,441,875 |

| | | | | | |
|---|---|---|---|---|---|
| William Goode Godwin | Father | $6,250,000 | 2.6307 | $16,441,875 | $16,441,875 |
| Anna Godwin | Sister | $3,500,000 | 2.6307 | $9,207,450 | $9,207,450 |
| Aaron William Godwin | Brother | $2,500,000 | 2.6307 | $6,576,750 | $6,576,750 |
| Rhonda Gail McCormick | Mother | $5,000,000 | 2.6215 | $13,107,500 | $13,107,500 |
| Larry McCormick | Father | $5,000,000 | 2.6215 | $13,107,500 | $13,107,500 |
| Blake McCormick | Brother | $2,500,000 | 2.6215 | $6,553,750 | $6,553,750 |
| Debbee Way | Mother | $6,250,000 | 2.5569 | $15,980,625 | $15,980,625 |
| Richard Louis Giena | Father | $6,250,000 | 2.5569 | $15,980,625 | $15,980,625 |
| Maria Odilia Romero | Mother | $6,250,000 | 2.4844 | $15,527,500 | $15,527,500 |
| Juan Diego Romero | Father | $6,250,000 | 2.4844 | $15,527,500 | $15,527,500 |
| Yajaira Romero | Sister | $3,125,000 | 2.4844 | $7,763,750 | $7,763,750 |
| Bernardo Romero | Brother | $3,125,000 | 2.4844 | $7,763,750 | $7,763,750 |
| Thomas Benjamin McElveen | Father | $5,000,000 | 2.4427 | $12,213,500 | $12,213,500 |
| Maureen Walsh | Mother | $6,250,000 | 2.3092 | $14,432,500 | $14,432,500 |

| | | | | | |
|---|---|---|---|---|---|
| Patrick Thomas Walsh | Brother | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
| Joseph Michael Walsh | Brother | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
| Meghan Cathleen Turner | Sister | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
| Erin Marie Watson | Sister | $3,125,000 | 2.3092 | $7,216,250 | $7,216,250 |
| Jesse Vega | Stepfather | $5,000,000 | 2.2788 | $11,394,000 | $11,394,000 |
| Andrew Bisson | Son | $3,000,000 | 2.2421 | $6,726,300 | $6,726,300 |
| Lauralee Bisson | Mother | $7,000,000 | 2.2421 | $15,694,700 | $15,694,700 |
| Richard Bisson | Father | $5,000,000 | 2.2421 | $11,210,500 | $11,210,500 |
| Christopher Bisson | Brother | $2,500,000 | 2.2421 | $5,605,250 | $5,605,250 |
| Richard Witteveen | Father | $6,250,000 | 2.2283 | $13,926,875 | $13,926,875 |
| Trent William Witteveen | Half-Brother | $2,500,000 | 2.2283 | $5,570,750 | $5,570,750 |
| Heather Kaufman | Half-Sister | $3,125,000 | 2.2283 | $6,963,438 | $6,963,438 |
| Robin Wallace | Mother | $6,250,000 | 2.2035 | $13,771,875 | $13,771,875 |
| Rickey Wallace | Father | $5,000,000 | 2.2035 | $11,017,500 | $11,017,500 |

| Sarah Wallace | Sister | $3,125,000 | 2.2035 | $6,885,938 | $6,885,938 |
| --- | --- | --- | --- | --- | --- |
| Rachel Dawn Tucker | Sister | $3,125,000 | 2.2035 | $6,885,938 | $6,885,938 |
| Estefani Valdez | Sister | $2,500,000 | 2.5091 | $6,272,750 | $6,272,750 |
| Joan Marie Bekowsky | Mother | $6,250,000 | 2.616 | $16,350,000 | $16,350,000 |
| Brian Glen Bekowsky | Stepfather | $6,250,000 | 2.616 | $16,350,000 | $16,350,000 |
| Haley Shane White | Half-Sister | $2,500,000 | 2.616 | $6,540,000 | $6,540,000 |
| Zellene Allred | Mother | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Brett Allred | Father | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Adam Raleigh Allred | Brother | $3,125,000 | 2.616 | $8,175,000 | $8,175,000 |
| Vickey McCleary Chalumeau | Mother | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Erik John Gardner | Brother | $3,125,000 | 2.616 | $8,175,000 | $8,175,000 |
| Marjorie Paul | Mother | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |
| Andrew Soltau | Father | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |
| Desiree Soltau | Stepmother | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |

4

| | | | | | |
|---|---|---|---|---|---|
| James Perry III | Stepbrother | $3,125,000 | 2.3048 | $7,202,500 | $7,202,500 |
| Scott Perry | Stepbrother | $3,125,000 | 2.3048 | $7,202,500 | $7,202,500 |
| Lakiesha Perry-Smith | Stepsister | $2,500,000 | 2.3048 | $5,762,000 | $5,762,000 |
| Rachele Palmer | Mother | $5,000,000 | 2.2587 | $11,293,500 | $11,293,500 |
| Brad Palmer | Father | $5,000,000 | 2.2587 | $11,293,500 | $11,293,500 |
| Dustin Palmer | Brother | $3,125,000 | 2.2587 | $7,058,438 | $7,058,438 |
| Conner Walker | Son | $5,000,000 | 2.1897 | $10,948,500 | $10,948,500 |
| James Walker | Father | $6,250,000 | 2.1897 | $13,685,625 | $13,685,625 |
| Kasey Walker | Sister | $3,125,000 | 2.1897 | $6,842,813 | $6,842,813 |
| Kelly Walker Murray | Sister | $3,125,000 | 2.1897 | $6,842,813 | $6,842,813 |
| Iesha Ayro | Sister | $3,125,000 | 2.5964 | $8,113,750 | $8,113,750 |
| Christina Baker | Spouse | $10,000,000 | 2.1938 | $21,938,000 | $21,938,000 |
| Eric Bell | Brother | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Debora Bell | Sister | $3,375,000 | 2.6754 | $9,029,475 | $9,029,475 |
| Carl Bradford | Half-Brother | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Timothy Caffey | Son | $6,750,000 | 2.6754 | $18,058,950 | $18,058,950 |
| Nicholas Caffey | Son | $6,500,000 | 2.6754 | $17,390,100 | $17,390,100 |
| Chassadie Tunstall | Daughter | $6,500,000 | 2.6754 | $17,390,100 | $17,390,100 |

5

| Name | Relationship | Amount | Multiplier | Total | Total |
|---|---|---|---|---|---|
| Nancy Jo Clevenger | Step-Mother | $5,000,000 | 2.2441 | $11,220,500 | $11,220,500 |
| Joel Sexton-Craig | Father | $6,250,000 | 2.0858 | $13,036,250 | $13,036,250 |
| Phyllis Craig | Mother | $6,250,000 | 2.0858 | $13,036,250 | $13,036,250 |
| Rachael Putman | Sister | $2,500,000 | 2.0858 | $5,214,500 | $5,214,500 |
| Menesia Spade | Half-Sister | $2,500,000 | 2.0858 | $5,214,500 | $5,214,500 |
| Kelli Winkler | Sister | $2,500,000 | 2.2326 | $5,581,500 | $5,581,500 |
| Diane Salyers | Mother | $5,000,000 | 2.2326 | $11,163,000 | $11,163,000 |
| Rae Felder | Brother | $2,500,000 | 2.6708 | $6,677,000 | $6,677,000 |
| Stephanie Forrest | Spouse | $10,000,000 | 1.975 | $19,750,000 | $19,750,000 |
| Bradan Forrest | Son | $3,000,000 | 1.975 | $5,925,000 | $5,925,000 |
| J.F. | Son | $5,000,000 | 1.975 | $9,875,000 | $9,875,000 |
| Rachel Hall | Spouse | $9,000,000 | 1.975 | $17,775,000 | $17,775,000 |
| A.H. | Daughter | $3,000,000 | 1.975 | $5,925,000 | $5,925,000 |
| James Harlan | Son | $5,000,000 | 2.6646 | $13,323,000 | $13,323,000 |
| Jacob Roberts | Son | $3,000,000 | 2.6646 | $7,993,800 | $7,993,800 |
| April McCorkle | Daughter | $7,000,000 | 2.6754 | $18,727,800 | $18,727,800 |
| Ronda Sexton | Sister | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Glenna LeGrand | Mother | $6,250,000 | 2.1869 | $13,668,125 | $13,668,125 |
| Moira LeGrand | Step-Daughter | $5,000,000 | 2.1869 | $10,934,500 | $10,934,500 |

| | | | | | |
|---|---|---|---|---|---|
| Laura McBride | Mother | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Marshall McBride | Father | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Chassity McCandless | Sister | $3,500,000 | 2.2173 | $7,760,550 | $7,760,550 |
| Ronald Sumner | Half-Brother | $2,500,000 | 2.2173 | $5,543,250 | $5,543,250 |
| Jacquelyne Pappin | Daughter | $7,500,000 | 2.6754 | $20,065,500 | $20,065,500 |
| Margarita Orton | Spouse | $8,000,000 | 2.6708 | $21,366,400 | $21,366,400 |
| David Orton | Son | $5,000,000 | 2.6708 | $13,354,000 | $13,354,000 |
| Sandra Pionk | Mother | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Melanie Pionk | Spouse | $10,000,000 | 2.0911 | $20,911,000 | $20,911,000 |
| Joshua Pionk | Brother | $2,500,000 | 2.0911 | $5,227,750 | $5,227,750 |
| Brandon Pionk | Son | $3,000,000 | 2.0911 | $6,273,300 | $6,273,300 |
| Dillon Pionk | Son | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Ashley Pionk | Daughter | $6,250,000 | 2.0911 | $13,069,375 | $13,069,375 |
| Gale Light | Sister | $2,500,000 | 2.5964 | $6,491,000 | $6,491,000 |
| Lynn Poulin, Jr. | Son | $6,250,000 | 2.5964 | $16,227,500 | $16,227,500 |
| Michael Poulin | Son | $5,000,000 | 2.5964 | $12,982,000 | $12,982,000 |
| Estate of Sherry Kay Rockholt | Mother | $6,250,000 | 2.5445 | $15,903,125 | $15,903,125 |
| Kelli Anderson | Sister | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |

7

| Kara West | Sister | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |
| --- | --- | --- | --- | --- | --- |
| Carter West | Half-Brother | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |
| Kristen Simon | Mother | $5,000,000 | 2.2395 | $11,197,500 | $11,197,500 |
| Sherri Laska | Sister | $3,125,000 | 2.3633 | $7,385,313 | $7,385,313 |
| **Total** | | | | **$1,105,701,013** | **$1,105,701,013** |

The Tranche 1 Fallujah Plaintiffs' request for post-judgment interest, Dkt. 74-1 at 32, at the statutory rate is hereby **GRANTED**.

It is further **ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by above-listed Plaintiffs because there is "no just reason for delay" in entering a partial final judgment pursuant to Rule 54(b).

This Order is the final "default judgment" for the above-listed Plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to U.S.C. § 1608(e).  The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment.

It is further **ORDERED** that, because Plaintiffs have repeatedly attempted, without success, to serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 13, 21, above-listed Plaintiffs may proceed to serve this default judgment immediately under 28 U.S.C. § 1608(a)(4).  The Clerk of Court is directed to terminate the case with respect to above-listed Plaintiffs only.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: May 7, 2025