UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Case No. 21-1808 (RDM) |

## DECLARATION OF LOGAN R. KENNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PAYMENT OF SPECIAL MASTER DEBORAH E. GREENSPAN REGARDING REPORT AND RECOMMENDATIONS FOR ADDITIONAL BELLWETHER PLAINTIFFS

I, Logan R. Kenney, being above 18 years of age and competent to make this declaration, hereby declare that:

1. I am attorney with the law firm Willkie Farr & Gallagher LLP and counsel for Plaintiffs in this action. I am familiar with the matters set forth in this Declaration, which I respectfully submit in support of Plaintiffs' Motion for Payment of Special Master Deborah E. Greenspan Regarding Report and Recommendations for Additional Bellwether Plaintiffs.

2. Attached as **Exhibit A** is a true and correct copy of Special Master Deborah E. Greenspan's Voucher and supporting timecard, as provided to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

June 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Logan R. Kenney*
　　　　　　　　　　　　　　　　　　　　　　　　　　Logan R. Kenney

　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*