# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**ROBERT MARTINO,** *et al.***,**                         )
                                                    )
    **Plaintiffs,**                              )
                                                    )
        v.                                       )   Civil Action No. 21-1808 (RDM)
                                                    )
**ISLAMIC REPUBLIC OF IRAN,**                       )
                                                    )
    **Defendant.**                              )
_____)

### VOUCHER OF SPECIAL MASTER DEBORAH GREENSPAN REQUESTING PAYMENT OF FEES AND EXPENSES IN *MARTINO, ET AL. V. ISLAMIC REPUBLIC OF IRAN*

The Court appointed Deborah Greenspan, pursuant to 28 U.S.C. § 1605A and similar authority provided by Federal Rule of Civil Procedure 53, to serve as Special Master for the administration of damages proceedings, to receive evidence, and to prepare proposed findings and recommendations for the disposition of Plaintiffs' claims for compensatory damages in this matter. *See* September 30, 2024 Order (Dkt. No. 56) ("Order Appointing Special Master").

The Order Appointing Special Master provided, *inter alia*:

Payment of the Special Master is contingent upon receipt of funding from a fund administered by the Department of Justice ("DOJ") and will be disbursed consistent with the procedures set forth by the DOJ's Office for Victims of Crime ("OVC"). See 28 U.S.C. § 1605A(e)(2) ("The Attorney General shall transfer, from funds available for the program under section 1404C of the Victims of Crime Act of 1984[,] . . . such funds as may be required to cover the costs of special masters[.]").

The Special Master shall be paid $1,300 per day of work under this Administrative Plan. The Special Master shall also be reimbursed for reasonable expenses incurred in the performance of her duties.

Where less than a full work day (i.e., less than eight hours) but more than half of a work day (i.e., more than four hours) is expended, the Special Master shall be paid $1,300 for that day. Where half or less of a work day is expended (i.e., four hours or less), the Special Master shall be paid $650 for that day. De minimis time expended on minor tasks on any single day, e.g., placing a single short phone call or drafting an email inquiry, shall not suffice to claim

1

compensation for one-half day. For the avoidance of any doubt, time spent by the Special Master reviewing legal issues relating to damages shall be compensable in accordance with this paragraph.

Additional expenses beyond reasonable meals, lodging, and transportation shall not exceed $350 per day. Only the Special Master that has been appointed by the Court is entitled to compensation for work performed under this Administrative Plan. Work performed on behalf of the Special Master by any legal assistant, associate attorney, or other staff shall not be entitled to compensation under this Administrative Plan, except as reasonable business-related expenses subject to the $350 per day limit. Should any question as to expenses arise that is not already addressed herein, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern, and, subject to the above limitations, all expenses qualifying as business- related shall be paid.

To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher. To support any claim for additional business-related expenses, the Special Master must submit a detailed voucher that: (1) identifies the date any business expense was incurred; (2) describes with sufficient detail the type of reasonable business-related expense incurred; and (3) includes receipts and or billing statements substantiating the expense. The vouchers must be submitted to Plaintiffs within two weeks of the entry of any damages award in this case.

Within two weeks of receiving any such voucher, Plaintiffs shall file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the DOJ.

Order Appointing Special Master, at 6-8.

I filed a sealed motion for leave to file under seal my report addressing the claims of plaintiffs in the *Martino* case on March 14, 2025 (Dkt. No. 80) and a redacted version of the report was filed April 16, 2025 (Dkt. No. 87). I am hereby submitting this Voucher in accordance with the Court's order.

Fees

I expended 45 days of work researching, reviewing and preparing the report for the plaintiffs in the *Martino* case including preparing the motion to seal (12 full days with more than 4 hours of work and 33 days with 4 hours or less) and, in accordance with the Order Appointing Special Master,

2

155510.00004/153860114v.1

request is made for payment of a fee in the amount of $37,050.00. My time sheets are attached to this Voucher in the form of a billing statement. As always, I have continued to exercise rigorous judgment on my contemporaneous time records.

Expenses

The billing statement attached to this Voucher details $5,250 in expenses in the preparation of the report filed in the *Martino* case in the form of compensation for the labor of legal assistants and other attorneys. The Order Appointing Special Master provided:

> Additional expenses beyond reasonable meals, lodging, and transportation shall not exceed $350 per day. Only the Special Master that has been appointed by the Court is entitled to compensation for work performed under this Administrative Plan. Work performed on behalf of the Special Master by any legal assistant, associate attorney, or other staff shall not be entitled to compensation under this Administrative Plan, except as reasonable business-related expenses subject to the $350 per day limit. Should any question as to expenses arise that is not already addressed herein, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern, and, subject to the above limitations, all expenses qualifying as business- related shall be paid.

Order Appointing Special Master at 7.

The Voucher also includes $766.08 for disbursements for legal research charges.

**WHEREFORE**, the Special Master respectfully requests that this Court order a disbursement in the amount of $43,066.08 ($37,050.00 in fees plus $5,250 in expenses for work performed on behalf of the Special Master by other attorneys or staff plus $766.08 for disbursements for legal research).

Dated: May 12, 2025                                Respectfully submitted,

                                                   */s/ Deborah E. Greenspan*
                                                   Deborah E. Greenspan

3

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 12, 2025            */s/ Deborah E. Greenspan*

                                                               Deborah E. Greenspan

# BLANK ROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

| NEUTRAL SPECIAL MASTER | | |
|---|---|---|
| | INVOICE DATE: | APRIL 28, 2025 |
| | CLIENT ID: | 155510 |
| | MATTER NUMBER: | 155510-00004 03339 |
| | INVOICE NUMBER: | 2275315 |

**REGARDING:   NEUTRAL SPECIAL MASTER**
**MARTINO V. ISLAMIC REPUBLIC OF IRAN**

| | |
|---|---|
| TOTAL SPECIAL MASTER SERVICES | $37,050.00 |
| TOTAL EXPENSES | 5,250.00 |
| DISBURSEMENTS | |
| 12/30/24 WESTLAW CHARGES | $766.08 |
| **CURRENT INVOICE TOTAL** | **$43,066.08** |

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | 6238669326 | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |
| To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | | |

PENNSYLVANIA NEW YORK NEW JERSEY DELAWARE WASHINGTON, DC FLORIDA CALIFORNIA OHIO TEXAS ILLINOIS MASSACHUSETTS SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**

**FOR LEGAL SERVICES RENDERED THROUGH MARCH 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/24 | MEETING WITH COUNSEL .2 AND REVIEW OF ORDERS AND DOCUMENTS .3 | D. GREENSPAN | 0.50 | 650.00 |
| 12/01/24 | REVIEW OF MATERIALS RELEVANT TO REPORT | D. GREENSPAN | 2.00 | 650.00 |
| 12/24/24 | REVIEW AND CONFIRM DATA SUBMISSIONS FOR REPORT AND RECOMMENDATION | D. GREENSPAN | 1.00 | 650.00 |
| 12/30/24 | PREPARING REPORT FORMAT FOR DESIGNATED CLAIMANTS BY FAMILY GROUP | D. GREENSPAN | 2.00 | 650.00 |
| 01/04/25 | REVIEWING PERTINENT DOCUMENTS AND OVERVIEWCASE LAW FOR REPORT | D. GREENSPAN | 4.80 | 1,300.00 |
| 01/05/25 | REVIEW AND ANALYSIS OF EVIDENCE; BEGIN INITIAL DRAFT OF BACKGROUND | D. GREENSPAN | 2.00 | 650.00 |
| 01/06/25 | DRAFTING BACKGROUND SECTIONS OF REPORT AND RECOMMENDATION; CONFIRMING STATUS OF EACH PLAINTIFF FOR STANDING PURPOSES | D. GREENSPAN | 2.50 | 650.00 |
| 01/07/25 | ANALYSIS OF DATA AND DOCUMENTATION INCLUDING MEMORANDUM SUBMITTED BY COUNSEL; DRAFT FACTUAL FINDINGS FOR PLAINTIFF ROCKHOLT AND LASKA AND EDIT SECTIONS OF REPORT | D. GREENSPAN | 2.50 | 650.00 |
| 01/10/25 | REVIEW OF DECLARATIONS, COURT OPINION, AND ANALYSIS OF RECENT RELEVANT CASE LAW; | D. GREENSPAN | 3.00 | 650.00 |
| 01/13/25 | DRAFT FACTUAL FINDINGS FOR CLEVENGER, WINKLER, SALYERS, MCCANDLESS AND EDIT CASE LAW SECTIONS OF REPORT | D. GREENSPAN | 2.00 | 650.00 |
| 01/14/25 | CONTINUE DRAFTING CASE LAW SECTIONS OF REPORT; VERIFY FACTUAL STATEMENTS FOR CERTAIN PLAINTIFFS | D. GREENSPAN | 3.00 | 650.00 |
| 01/15/25 | EDIT AND REVISE REPORT | D. GREENSPAN | 3.00 | 650.00 |
| 01/18/25 | REVIEWING TESTIMONY AND DRAFTING FACT FINDINGS (SUMNER) | D. GREENSPAN | 2.00 | 650.00 |
| 01/19/25 | REVIEWING TESTIMONY AND DRAFTING FACT FINDINGS (C. BAKER, K. ANDERSON, K. WEST, C. WEST, L. MCBRIDE, M. MCBRIDE, S PIONK | D. GREENSPAN | 4.30 | 1,300.00 |
| 01/20/25 | CONTINUE PREPARING FACTUAL FINDINGS S. PIONK, M. PIONK. AND ADDRESS CASE LAW DEVELOPMENTS. | D. GREENSPAN | 2.00 | 650.00 |
| 01/25/25 | CONTINUE PREPARING FACTUAL FINDINGS J. PIONK, B. PIONK, D. PIONK, A. PIONK AND ADDRESS CASE LAW DEVELOPMENTS. | D. GREENSPAN | 4.50 | 1,300.00 |
| 01/27/25 | REVIEWING TESTIMONY AND EDITING FINDINGS | D. GREENSPAN | 1.00 | 650.00 |

BLANKROME

| Date | Description | Attorney | Hours | Rate |
|---|---|---|---|---|
| 01/28/25 | EDIT SECTION ON CASE LAW DEVELOPMENTS. | D. GREENSPAN | 1.00 | 650.00 |
| 01/29/25 | DRAFTING PORTIONS OF REPORT REGARDING INTEREST AND EDITING REPORT SECTIONS | D. GREENSPAN | 3.00 | 650.00 |
| 01/30/25 | CONTINUE EDITING REPORT PREPARING FACTUAL FINDINGS AND ADDRESS CASE LAW DEVELOPMENTS; | D. GREENSPAN | 1.00 | 650.00 |

**NEUTRAL SPECIAL MASTER**  **PAGE 2**
**FILE NUMBER: 155510-00004**  **INVOICE # 2275315**
 **APRIL 28, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | FOLLOW UP ON FILING DECLARATIONS (SEALED) AND COMPILING ALL SUPPORTING DOCUMENTS | | | |
| 01/31/25 | ADDRESSING ADDITIONAL CLAIMANT DATA AND SUBMISSIONS | D. GREENSPAN | 0.50 | 650.00 |
| 02/09/25 | REVIEWING RELEVANT DOCUMENTS AND RECENT CASE LAW. EDITING REPORT PORTIONS RE R. SEXTON | D. GREENSPAN | 3.00 | 650.00 |
| 02/10/25 | FOLLOW UP ON EDITING FACT STATEMENTS | D. GREENSPAN | 0.60 | 650.00 |
| 02/15/25 | DRAFTING REPORT - FACTUAL FINDINGS AND ANALYSIS OF PROPOSALS RE E. BELL, D. BELL, C. BRADFORD, T. CAFFEY, N. CAFFEY. C TUNSTALL, A. MCCORKLE | D. GREENSPAN | 6.00 | 1,300.00 |
| 02/16/25 | DRAFTING REPORT SECTIONS/ ANALYSIS OF REQUESTS FOR ENHANCED AWARDS/ FACTUAL FINDINGS RE J. PAPPIN, G. LEGRAND, M. LEGRAND, J. SEXTON CRAIG, P. CRAIG, R. PUTMAN, M. SPADE, J. HARLAN, J. ROBERTS, G. LIGHT, L. POULIN, M. POULIN | D. GREENSPAN | 8.00 | 1,300.00 |
| 02/17/25 | DRAFT ANALYSIS OF SOLATIUM CLAIMS | D. GREENSPAN | 2.00 | 650.00 |
| 02/18/25 | FOLLOW UP ON TIMING, EXHIBITS, COMPLETION OF SECTIONS OF REPORT AND REVIEW OF PERTINENT CASE LAW | D. GREENSPAN | 1.10 | 650.00 |
| 02/23/25 | DRAFT ADDITIONAL FACTUAL FINDINGS I. AYRO, R. HALL; ADDRESSING DOCUMENT FORMAT ISSUES | D. GREENSPAN | 2.00 | 650.00 |
| 02/24/25 | DRAFT ADDITIONAL FACTUAL FINDINGS A.H. ; ANALYSIS OF CASE LAW RELATED TO SOLATIUM DAMAGES ISSUES FOR REPORT PURPOSES | D. GREENSPAN | 1.00 | 650.00 |
| 02/25/25 | REVIEW COURT OPINION; DRAFT ADDITIONAL FINDINGS SECTIONS OF REPORT; S. FORREST, B. FORREST, J.F., K. SIMON, R. FELDER, M. ORTON, D. ORTON REVIEW CASE LAW | D. GREENSPAN | 3.50 | 650.00 |
| 02/26/25 | DRAFT APPLICABLE LAW SECTION OF REPORT; REVIEW ADDITIONAL CASES; EDITS TO INITIAL PORTION OF REPORT | D. GREENSPAN | 5.00 | 1,300.00 |
| 02/27/25 | EDITING REPORT, CONFIRMING FACTUAL FINDINGS FOR YOUNGEST CHILDREN REVISING RECOMMENDATION SECTION | D. GREENSPAN | 6.00 | 1,300.00 |
| 02/28/25 | REVISE AND EDIT REPORT; OUTLINE PREJUDGMENT INTEREST; REVIEW CASE LAW ON PREJUDMENT INTEREST | D. GREENSPAN | 5.00 | 1,300.00 |
| 03/01/25 | CONTINUED REVISIONS TO FINALIZE REPORT TO PREPARE FOR FILING FORMAT | D. GREENSPAN | 7.00 | 1,300.00 |
| 03/02/25 | EDITING REPORT, DUE DILIGENCE CONFIRMING FACTUAL FINDINGS, REVISING AND EXPANDING RECOMMENDATION SECTION; CONFIRMING DATA AND FINALIZING DOCUMENT; ANALYSIS OF CASE LAW AND DRAFT PREJUDGMENT INTEREST CALCULATIONS | D. GREENSPAN | 8.00 | 1,300.00 |

**NEUTRAL SPECIAL MASTER**            **PAGE 3**
**FILE NUMBER: 155510-00004**            **INVOICE # 2275315**
           **APRIL 28, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/25 | EDITING REPORT, FINALIZING RECOMMENDATIONS, REVIEW PREJUDGMENT INTEREST ANALYSIS | D. GREENSPAN | 7.00 | 1,300.00 |

| | | | | |
|---|---|---|---|---|
| **NEUTRAL SPECIAL MASTER** | | | | **PAGE 4** |
| **FILE NUMBER: 155510-00004** | | | | **INVOICE # 2275315** |
| | | | | **APRIL 28, 2025** |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/25 | REVIEW CITATIONS FOR FACT FINDING; ADDRESS MOTION TO SEAL; CORRESPONDENCE WITH COUNSEL REGARDING DOCUMENT; ADDRESS COMPUTATIONS | D. GREENSPAN | 1.50 | 650.00 |
| 03/05/25 | REVISE AND EDIT REPORT; EDIT PJI SECTION OF REPORT | D. GREENSPAN | 0.70 | 650.00 |
| 03/06/25 | CONFIRM REVISED DECLARATION FOR STANDING PURPOSES FOR CLAIMANT ROCKHOLT AND REVIEW REPORT FOR FINAL EDITS | D. GREENSPAN | 0.50 | 650.00 |
| 03/09/25 | REVIEW AND MAKE FINAL ADJUSTMENTS AND EDITS TO NEAR FINAL DRAFT. FOLLOW UP ON MOTION TO SEAL | D. GREENSPAN | 0.50 | 650.00 |
| 03/10/25 | REVIEW AND MAKE FINAL ADJUSTMENTS AND EDITS TO NEAR FINAL DRAFT. FOLLOW UP ON DRAFT MOTION TO SEAL. | D. GREENSPAN | 4.60 | 1,300.00 |
| 03/11/25 | ADDRESS FINAL REVISIONS TO RECOMMENDATION SECTION AND PJI SECTION | D. GREENSPAN | 1.00 | 650.00 |
| 03/12/25 | RECONFIRM RECOMMENDATIONS AND ADDITIONAL CASE LAW; FINAL DRAFT FOR PROOFING FOR FILING | D. GREENSPAN | 1.50 | 650.00 |
| 03/13/25 | FINALIZE PJI AND CALCULATIONS FOR FINAL CHARTS AND RECOMMENDED AMOUNTS. | D. GREENSPAN | 2.50 | 650.00 |
| 03/14/25 | REVIEW AND MAKE FINAL ADJUSTMENTS AND EDITS FOR FILING, PREPARE MOTION TO SEAL | D. GREENSPAN | 2.50 | 650.00 |
| | **TOTAL SPECIAL MASTER SERVICES** | | | **$37,050.00** |
| | **TOTAL EXPENSES** | | | **5,250.00** |

**FOR DISBURSEMENTS ADVANCED THROUGH MARCH 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30/24 | WESTLAW CHARGES | 766.08 |
| | **TOTAL DISBURSEMENTS** | **$766.08** |

**CURRENT INVOICE TOTAL**     **$43,066.08**

| Work Date | | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 2/19/2025 | Assist Special Master with research and preparation of report | Fredric Brooks | 1.10 | $350.00 |
| 2/24/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 3.50 | $350.00 |
| 2/25/2025 | Assist Special Master with research and preparation of report | Fredric Brooks | 1.80 | $350.00 |
| 2/27/2025 | Assist Special Master with research and preparation of report | Fredric Brooks | 1.80 | $350.00 |
| 2/28/2025 | Assist Special Master with research and preparation of report | Fredric Brooks | 3.10 | $350.00 |
| 3/2/2025 | Assist Special Master with preparation of report | Jane Thomas | 3.90 | $350.00 |
| 3/3/2025 | Assist Special Master with preparation of report | Douglas E. McDermott | 2.80 | |
| 3/3/2025 | Assist Special Master with research and preparation of report | Fredric Brooks | 5.10 | $350.00 |
| 3/3/2025 | Assist Special Master with preparation of report | Jane Thomas | 10.90 | |
| 3/4/2025 | Assist Special Master with preparation of report | Douglas E. McDermott | 0.70 | |
| 3/4/2025 | Assist Special Master with preparation of report | Fredric Brooks | 0.80 | $350.00 |
| 3/4/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 9.40 | |
| 3/5/2025 | Assist Special Master with preparation of report | Fredric Brooks | 0.80 | |
| 3/5/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 6.80 | $350.00 |
| 3/6/2025 | Assist Special Master with preparation of report | Fredric Brooks | 1.80 | |
| 3/6/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 3.60 | $350.00 |
| 3/7/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 2.60 | $350.00 |
| 3/9/2025 | Assist Special Master with research and preparation of report | Jane Thomas | 2.80 | $350.00 |
| 3/11/2025 | Assist Special Master with preparation of report | Fredric Brooks | 1.20 | |
| 3/11/2025 | Assist Special Master with preparation of report | Jane Thomas | 4.70 | $350.00 |
| 3/13/2025 | Assist Special Master with preparation of report | Douglas E. McDermott | 0.30 | |
| 3/13/2025 | Assist Special Master with preparation of report | Fredric Brooks | 4.90 | $350.00 |
| 3/13/2025 | Assist Special Master with preparation of report | Jane Thomas | 5.20 | |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Douglas E. McDermott | 0.30 | |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Douglas E. McDermott | 0.30 | |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Douglas E. McDermott | 2.00 | $350.00 |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Fredric Brooks | 5.80 | |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Jane Thomas | 10.30 | |
| 3/14/2025 | Assist Special Master with preparation and finalizing of report | Michael P. Carney | 0.50 | |
| TOTAL | | | | $5,250.00 |