UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　Defendant. | Case No. 21-1808 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PAYMENT OF SPECIAL MASTER DEBORAH E. GREENSPAN REGARDING REPORT AND RECOMMENDATIONS FOR ADDITIONAL BELLWETHER PLAINTIFFS**

Upon consideration of Plaintiffs' motion for payment of Special Master Deborah E. Greenspan, who provided the Court with a Report and Recommendations on compensatory damages for Additional Bellwether Plaintiffs, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Payment of Special Master Regarding Additional Bellwether Plaintiffs is **GRANTED**; it is further

**ORDERED** that the appointed Special Master shall be authorized payment of $43,066.08, for fees and reasonable business expenses from funds available under Section 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime ("OVC") one copy of:

　1. This Order;

　2. Plaintiffs' Motion for Payment of Special Master Deborah E. Greenspan Regarding Report and Recommendations for Additional Bellwether Plaintiffs, including the supporting Exhibit A, the Special Master's voucher and supporting documents; and

3. The Court's Order Adopting Administrative Plan Concerning Special Masters and Appointing Special Master Deborah E. Greenspan, Dkt. No. 56; and it is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with OVC and that, upon receipt of funds, the Clerk shall promptly disburse them to the appointed Special Master at his provided addresses.

**SO ORDERED.**

Dated: _____                                     _____

                                                                            HON. RANDOLPH D. MOSS
                                                                            UNITED STATES DISTRICT JUDGE