UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

    *Plaintiffs*,

v.

ISLAMIC REPUBLIC OF IRAN,

    *Defendant.*

Civil Action No. 21-1808 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 104, it is hereby **ORDERED** that Special Master Saltzburg's Report and Recommendation, Dkt. 99-1, is **ADOPTED** in part and **MODIFIED** in part.

Judgment is hereby **ENTERED** in favor of the following Plaintiffs in the total amount of $841,379,878, of which $420,689,939 represents compensatory damages and $420,689,939 represents punitive damages. It is further **ORDERED** that each individual Plaintiff be entitled to the following:

| Plaintiff | Relation to Victim | Proposed Solatium Damages | Prejudgment Interest Multiplier | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|---|---|---|
| Devan Eutin | Stepdaughter | [pending supplemental submission] | 2.5004 | | |
| Dale Johnston | Stepfather | $5,000,000 | 2.6588 | $13,294,000 | $13,294,000 |
| Bruce Duane Squires | Father | $7,500,000 | 2.5488 | $19,116,000 | $19,116,000 |

| Gail Marie Williams | Mother | $6,250,000 | 2.5342 | $15,838,750 | $15,838,750 |
|---|---|---|---|---|---|
| Allison Gail Murphy | Sister | $3,125,000 | 2.5342 | $7,919,375 | $7,919,375 |
| Patricia Ann Jameson | Mother | $5,000,000 | 2.5342 | $12,671,000 | $12,671,000 |
| Robert Jameson | Brother | $3,125,000 | 2.5342 | $7,919,375 | $7,919,375 |
| Sara Lynn Duval | Mother | $5,000,000 | 2.5259 | $12,629,500 | $12,629,500 |
| Larry Duvall | Stepfather | $5,000,000 | 2.5259 | $12,629,500 | $12,629,500 |
| Matthew Stephen Reed | Brother | $3,125,000 | 2.5259 | $7,893,438 | $7,893,437 |
| Jill Leigh Parmeter | Stepsister | $2,500,000 | 2.5259 | $6,314,750 | $6,314,750 |
| Larry Large | Father | $5,000,000 | 2.5004 | $12,502,000 | $12,502,000 |
| Carey Meissner | Mother | $5,000,000 | 2.4991 | $12,495,500 | $12,495,500 |
| Mark McVicker | Father | $6,250,000 | 2.4991 | $15,619,375 | $15,619,375 |
| Irma McVicker | Stepmother | $5,000,000 | 2.4991 | $12,495,500 | $12,495,500 |
| Mollie Handy | Sister | $3,125,000 | 2.4991 | $7,809,688 | $7,809,687 |
| Edward Ricci | Stepbrother | $2,500,000 | 2.4991 | $6,247,750 | $6,247,750 |
| Robert Roddy Jr. | Father | $5,000,000 | 2.3345 | $11,672,500 | $11,672,500 |
| Ruth Anne Holler | Mother | $5,000,000 | 2.3111 | $11,555,500 | $11,555,500 |
| John Holler | Father | $5,000,000 | 2.3111 | $11,555,500 | $11,555,500 |
| Joseph Aaron Holler | Brother | $2,500,000 | 2.3111 | $5,777,750 | $5,777,750 |
| Melissa Warner | Mother | $6,250,000 | 2.3011 | $14,381,875 | $14,381,875 |
| Scott Nicholas Warner | Father | $6,250,000 | 2.3011 | $14,381,875 | $14,381,875 |
| Ashton Warner | Brother | $3,125,000 | 2.3011 | $7,190,938 | $7,190,937 |

2

| Violet Sue Kaylor | Mother | $6,250,000 | 2.2981 | $14,363,125 | $14,363,125 |
|---|---|---|---|---|---|
| Jim Anthony Kaylor | Stepfather | $5,000,000 | 2.2981 | $11,490,500 | $11,490,500 |
| Victoria Murano Strong | Mother | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Estate of Nathan Strong | Father | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Malisa Linn | Mother | $6,250,000 | 2.6048 | $16,280,000 | $16,280,000 |
| Richard Jeffrey Linn | Father | $5,000,000 | 2.6048 | $13,024,000 | $13,024,000 |
| Doris Pangelinan Kent | Mother | $5,000,000 | 2.6392 | $13,196,000 | $13,196,000 |
| Christopher Kent | Stepfather | $5,000,000 | 2.6392 | $13,196,000 | $13,196,000 |
| Jared John Santos | Brother | $3,125,000 | 2.6392 | $8,247,500 | $8,247,500 |
| April Hess | Spouse | $10,000,000 | 2.4131 | $24,131,000 | $24,131,000 |
| Katherine Meeks | Mother | $6,250,000 | 2.4131 | $15,081,875 | $15,081,875 |
| Bradley Kryst | Brother | $2,500,000 | 2.2882 | $5,720,500 | $5,720,500 |
| **Total** | | | | **$420,689,939** | **$420,689,939** |

The Tranche 1 western Al Anbar Plaintiffs' request for post-judgment interest, Dkt. 101 at 34, at the statutory rate is hereby **GRANTED**.

It is further **ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by above-listed Plaintiffs because there is "no just reason for delay" in entering a partial final judgment pursuant to Rule 54(b).

This Order is the final "default judgment" for the above-listed Plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to U.S.C. § 1608(e). The Clerk of Court is

directed to not issue individual judgments for these claims, as this Order shall constitute that judgment.

It is further **ORDERED** that, because Plaintiffs have repeatedly attempted, without success, to serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 13, 21, above-listed Plaintiffs may proceed to serve this default judgment immediately under 28 U.S.C. § 1608(a)(4).  The Clerk of Court is directed to terminate the case with respect to above-listed Plaintiffs only.

        **SO ORDERED**.

        /s/ Randolph D. Moss
        RANDOLPH D. MOSS
        United States District Judge

Date:  October 14, 2025