**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | Case No. 21-1808 (RDM) |

## <u>NOTICE REGARDING COMPLETION OF TRANCHE 1 SUBMISSIONS</u>

Plaintiffs respectfully submit this Notice to provide the Court with a status update concerning special master proceedings and the tranche structure previously adopted for adjudication of liability and damages.

As of December 22, 2025, all five Tranche 1 special master reports and recommendations have been filed with the Court. To the extent any remaining Tranche 1 plaintiffs have not yet presented claims to a special master, Plaintiffs' counsel will include those claims in a Tranche 2 submission if and when those plaintiffs respond to outreach and provide the necessary materials.

The first Tranche 2 special master brief is currently in progress. Plaintiffs anticipate transmitting the first Tranche 2 submission to a special master in January 2026, including approximately 22 attacks and 39 plaintiffs.

Plaintiffs' counsel continues to conduct outreach to all remaining plaintiffs with claims not yet submitted, including by requesting documentation and scheduling interviews where appropriate. If, after reasonable and continued efforts, Plaintiffs' counsel remains unable to contact or obtain required materials from certain plaintiffs, Plaintiffs' counsel expects to seek dismissal of those plaintiffs' claims without prejudice in 2026.

This Notice is submitted for the Court's information only.  No action by the Court is requested at this time.

December 22, 2025

Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick (D.C. Bar No. 1760683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
NReddick@willkie.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Logan R. Kenney (D.C. Bar. No. 90005142)
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
MGottlieb@willkie.com
LKenney@willkie.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Nicholas Reddick*
Nicholas Reddick