# EXHIBIT 145

## FILED UNDER SEAL