**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Case No. 21-1808 (RDM) |

**DECLARATION OF LOGAN R. KENNEY IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG**
**REGARDING REPORTS AND RECOMMENDATIONS FOR**
**TRANCHE 1 SALADIN, BABIL, AND NINEVEH PLAINTIFFS AND**
**TRANCHE 1 DIYALA AND BAGHDAD PLAINTIFFS**

I, Logan R. Kenney, being above 18 years of age and competent to make this declaration, hereby declare that:

1.      I am attorney with the law firm Willkie Farr & Gallagher LLP and counsel for Plaintiffs in this action.  I am familiar with the matters set forth in this Declaration, which I respectfully submit in support of Plaintiffs' Motion for Payment of Special Master Stephen A. Saltzburg Regarding Reports and Recommendations for Tranche 1 Saladin, Babil, and Nineveh Plaintiffs and Tranche 1 Diyala and Baghdad Plaintiffs.

2.      Attached as **Exhibit A** is a true and correct copy of Special Master Stephen A. Saltzburg's voucher and supporting timecard for the Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs Report and Recommendations.

3.      Attached as **Exhibit B** is a true and correct copy of Special Master Stephen A. Saltzburg's voucher and supporting timecard for Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs Report and Recommendations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  January 9, 2026                                    _/s/ Logan R. Kenney_
                                                           Logan R. Kenney

                                                           *Counsel for Plaintiffs*