# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBERT MARTINO, *et al.*,

            Plaintiffs,

        v.

ISLAMIC REPUBLIC OF IRAN,

            Defendant.

Case No. 21-1808 (RDM)

**<u>SPECIAL MASTER STEPHEN A. SALTZBURG'S VOUCHER</u>**

On October 30, 2024, this Court adopted an Administrative Plan to govern Special Masters

appointed by this Court to recommend liability and compensatory damage awards for Non-

Bellwether Plaintiffs and appointed me as Special Master.  Dkt. 64.  Part 6 of the Order instructed

Special Masters on how to claim compensation for their work:

> To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher.

On November 3, 2025, I filed my report and recommendations containing proposed

findings of fact and recommendations for liability and compensatory damages for the Tranche 1

Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs.

Pursuant to the Administrative Plan, I submit this Voucher setting forth the hours worked

and the claimed compensation.  The total amount sought is $15,600, which constitutes 11 full days

at $1,300 and two half days at $650.

Date:   January 8, 2026                                        Respectfully submitted,


                                                              /s/ Stephen A. Saltzburg


### VERIFICATION PURSUANT TO LOCAL CIVIL RULE LCVR 5.1(B)(1)

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on January 8, 2026                                   /s/ Stephen A. Saltzburg


2

**Hours**

**10/18** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55 at 4-7, 11, 19-22, 38, 55-57, 60-65, 85-87, 90-97 ; Review Attribution Report at 5, 16-20,22-24, 34, 40-42, 45, 49-50, 52, 56-58, 63-65, 67, 71-74, 78-82, 84-86, 93-94, 97-100, 103-105, 111-115, 119-121, 124, 128-132, 137-139, 146-147, 152-154, 158-159, 164-166, 171-172, 177-79, 184-185, 191-192, 197-198; 28 U.S.C. § 1605A, 1605A(c), 1608(e), 1608(a)(4), 1605A(a)(2)(A)(ii), 1605A(a)(2)(A)(i)(I); Dkt. Nos. 38, 39, 40, 41; Bellwether Damages Opinion, Dkt. 71; *Han Kim v. Democratic People's Republic of Korea*, 774 F.3d 1044, 1047 (D.C. Cir. 2014); *Bundy v. Jackson*, 641 F.2d 934, 951 (D.C. Cir. 1981); *Owens II*, 864 F.3d at 785; *Flanagan v. Islamic Republic of Iran*, 190 F. Supp. 3d 138, 175 (D.D.C. 2016); *Hammons v. Islamic Republic of Iran*, No. 19-2518, 2023 WL 5933340, at *14 (D.D.C. 2023); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 75 (D.D.C. 2017); *Mohammadi v. Islamic Republic of Iran*, 782 F.3d 9, 14 (D.C. Cir. 2015); 8 U.S.C. § 1101(a)(22); 28 U.S.C. § 1605A(h)(5); 8 U.S.C. § 1101(a)(22); *Salzman v. Islamic Republic of Iran*, No. 17-2475 (RDM), 2019 WL 4673761, at *12 (D.D.C. Sept. 25, 2019); *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54-55 (D.D.C. 2012); 28 U.S.C. § 1605A(h)(7); *Owens v. Republic of Sudan*, 174 F. Supp. 3d 242, 263 (D.D.C. 2016); *Owens v. Republic of Sudan*, 174 F. Supp. 3d 242, 263 (D.D.C. 2016); *Force v. Islamic Republic of Iran*, 464 F. Supp. 3d 323, 364 (D.D.C. 2020); *Neiberger v. Islamic Republic of Iran*, No. 16-cv-2193-EGS-ZMF, 2022 WL 17370239, at *3-4 (D.D.C. Sept. 8, 2022) ; *Cabrera v. Islamic Republic of Iran*, No. 19-3835 (JDB), 2022 WL 2817730, at *38 (D.D.C. July 19, 2022); *Schwartz v. Islamic Republic of Iran*, No. CV 18-1349 (RDM), 2020 WL 7042842, at *12 (D.D.C. Nov. 30, 2020); Dr. Daveed Gartenstein-Ross, Expert Report & Declaration on Sunni Militant Organizations (Nov. 29, 2023), Dkt. 41-2 ("Sunni Militant Groups Report"); Michael Pregent, Expert Report (Nov. 20, 2024), Dkt. 41-4; *Owens v. Rep. of Sudan*, 864 F.3d 751, 785 (D.C. Cir. 2017), *rev'd on other grounds*, 590 U.S. 418 (2020); https://apnews.com/article/trump-iran-speech-transcript-text-ff4b286992309ec1337e04260247bb1e; *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 155 (D.D.C. 2010); *Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2023 WL 3496303, at *6 (D.D.C. May 16, 2023); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117, 138 (D.D.C. 2019); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 78-79 (D.D.C. 2017).

**5 Hours/Full Day $1,300**

**10/19** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55 at 2, 4, 7-10, 50-54 ; Review Attribution Report at 18, 33-42; *Doe v. Democratic People's Republic of Korea Ministry of Foreign Affs. Jungsong-Dong*, 414 F. Supp. 3d 109, 125 (D.D.C. 2019); *Est. of Fouty v. Syrian Arab Republic*, 743 F. Supp. 3d 118, 156 (D.D.C. 2024); *Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 33 n.3 (D.D.C. 2022); *Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 38 (D.D.C. 2020); *Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 2d 261, 285-86 (D.D.C. 2005); *Gration v. Islamic Republic of Iran*, No. 21-CV-1859 (BAH), 2023 WL 5221955, at *29 (D.D.C. Aug. 15, 2023); *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 349, 402 (D.D.C. 2015); *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54 (D.D.C. 2012); *Neiberger*, 2022 WL 17370239, at *11; *Force II*, 617 F. Supp. 3d at 33; *Taitt*, 2023 WL 2536518, at *9; *Heiser I*, 466 F. Supp. 2d 229; *Oveissi v. Islamic Republic*

*of Iran*, 768 F. Supp. 2d 16, 26 (D.D.C. 2011); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 84 (D.D.C. 2010); *Estate of Doe v. Islamic Republic of Iran*, 943 F. Supp. 2d 180, 186 (D.D.C. 2013); *Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 36 (D.D.C. 2022); *Cabrera I*, 2022 WL 2817730, at \*30, 45; *Barry v. Islamic Republic of Iran*, 410 F. Supp. 3d 161, 180 (D.D.C. 2019); *Schwartz v. Islamic Republic of Iran*, No. CV 18-1349 (RDM), 2022 WL 1567358, at \*3 (D.D.C. May 18, 2022); *Harrison v. Republic of Sudan*, 882 F. Supp. 2d 23, 48 (D.D.C. 2012); *See Ewan v. Islamic Republic of Iran*, 466 F. Supp. 3d 236, 245 (D.D.C. June 10, 2020); *Gration*, 2023 WL 5221955, at \*26; *Blank v. Islamic Republic of Iran*, No. 19-CV-3645 (BAH), 2021 WL 3021450, at \*9 (D.D.C. July 17, 2021); *Valore*, 700 F. Supp. 2d at 80; *Heiser II*, 659 F. Supp. 2d at; *Taitt v. Islamic Republic of Iran*, No. 20-CV-1557 (RC), 2023 WL 2536518, at \*8 (D.D.C. Mar. 16, 2023); *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 115 (D.D.C. 2015); *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 22 (D.D.C. 2009); *Reed v. Islamic Republic of Iran*, 845 F. Supp. 2d 204, 214 (D.D.C. 2012); *Force v. Islamic Republic of Iran*, 617 F. Supp. 3d 20, 36 (D.D.C. 2022); *Fraenkel v. Islamic Republic of Iran, Ministry of Foreign Affs.*, 892 F.3d 348, 361-62 (D.C. Cir. 2018); *Est. of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006); *Owens v. Republic of Sudan*, 71 F. Supp. 3d 252, 260 (D.D.C. 2014); *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 29-30 (D.D.C. 2011); *Bova v. Islamic Republic of Iran*, No. 15-CV-1074 (RCL), 2020 WL 2838582, at \*9 (D.D.C. May 31, 2020); *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 40-41 (D.D.C. 2012); *Est. of Fouty v. Syrian Arab Republic*, No. CV 18-385 (RBW), 2024 WL 4006166, at \*24 (D.D.C. Aug. 30, 2024); Bellwether Damages Opinion at 11-12; Dkt. 74, Special Master R. & R., *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Dkt. 80, Special Master R. & R., *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); *Est. of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 44 (D.D.C. 2012); *Ben-Rafael v. Islamic Republic of Iran*, 540 F. Supp. 2d 39, 57-58 (D.D.C. 2008); *Stearns v. Islamic Republic of Iran*, No. 17-CV-131 (RCL) (D.D.C. May 1, 2024), ECF No. 114 at 24-27, *report and recommendation adopted*, Order and Judgment, *id.* at ECF No. 108 (D.D.C. Apr. 30, 2024); *Est. of Johnson v. Islamic Republic of Iran*, No. 23-CV-1689, 2024 WL 3225954, at \*16 (D.D.C. Jun. 28, 2024); Special Master's Report and Recommendations, *Lee v. Islamic Republic of Iran*, No. 19-CV-0083 (APM) (D.D.C. Apr. 11, 2022), ECF No. 59, *report and recommendation adopted*, Order and Judgment, *id.* at ECF 84 (D.D.C. June 29, 2023); *See Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018); *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105, 115 n.12 (D.D.C. 2005); *Est. of Fouty v. Syrian Arab Republic*, No. 18-CV-385 (RBW), 2024 WL 3443591, at \*25-26 (D.D.C. July 17, 2024); *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Fritz v. Islamic Republic of Iran*, No. 15-CV-456 (RDM), 2018 WL 5046229, at \*20 (D.D.C. Aug. 13, 2018); *Force II*, 617 F. Supp. 3d at 42; *Forman v. Korean Air Lines Co., Ltd.*, 84 F.3d 446, 450-51 (D.C. Cir. 1996); *Gration*, 2023 WL 5221955, at \*37; June 13, 2004 Complex Attack That Killed Oregon Army National Guard Specialist Eric McKinley.

**4.5 Hours/Full Day $1,300**

**10/20** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55 at 8-10, 57-60, 85-87 ; Review Attribution Report at 8-10,

17-18, 42-50, 53-54; Ex. 75, Declaration of Jennifer Jean McKinley on Behalf of the Estate of Thomas Alan McKinley; Dkt. 80, Special Master R. & R. at 79-80, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Dkt. 66, Special Master R. & R. at 19-21, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); *Valore*, 700 F. Supp. 2d at 86; Dkt. 74, Special Master R. & R. at 78-79, 100-02, 102-103, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Ex. 77, Declaration of Autumn Matovich – Sister of SPC Erik McKinley; September 7, 2007 Complex Attack That Killed U.S. Army Specialist Jason Hernandez; Ex. 79, Declaration of John Hernandez – Father of SPC Jason Hernandez; Dkt. 80, Special Master R. & R. at 86-87, 89-90, 91-92, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Dkt. 66, Special Master R. & R. at 19-21, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), report and recommendation adopted, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); Ex. 81, Declaration of Angela Hernandez – Sister of SPC Jason Hernandez; IED Attacks; Ex. Declaration of SFC Daniel Metzdorf (Ret.) – Wounded-in-Action Plaintiff; *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB, 2022 WL 2817730, at *8 (D.D.C. May 16, 2023); *Cabrera I*, 2022 WL 2817730, at *44, 45; *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835, 2025 WL 1423739, at *16 (D.D.C. May 16, 2025); *Thuneibat v. Syrian Arab Republic*, 167 F. Supp. 3d 22, 48 (D.D.C. 2016); 28 U.S.C. § 1605A(c); *Moradi*, 77 F. Supp. 3d at 71; *Force II*, 617 F. Supp. 3d at 30; *Neiberger*, 2022 WL 17370239, at *14; *Roth I*, 78 F. Supp. 3d at 405; *Sheikh v. Republic of Sudan*, 485 F. Supp. 3d 255, 268 (D.D.C. 2020); *Fritz II*, 324 F. Supp. 3d at 59-60; *Lelchook v. Syrian Arab Republic*, No. 16-1550(RC), 2019 WL 4673849, at *3 (D.D.C. Sept. 25, 2019); *Est. of Steinberg v. Islamic Republic of Iran*, No. 17-CV-1910 (RCL), 2019 WL 6117722, at *8 (D.D.C. Nov. 18, 2019).

### 4.5 Hours/Full Day $1,300

**10/21** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 8-10, 19-24; July 24, 2004 IED Attack That Killed U.S. Army Specialist Nicholas Zangara; Attribution Report at 59-65, 66-73, 73-80; Ex. 83, Declaration of Barbara Burgstahler – Mother of SPC Nicholas Zangara; Ex. 85, Declaration of Richard Zangara, Sr. – Father of SPC Nicholas Zangara; Ex. 87, Declaration of Bridget Zangara – Stepmother of SPC Nicholas Zangara; *Valore*, 700 F. Supp. 2d at 79-80; *Fritz II*, 324 F. Supp. 3d at 62-63; *Oveissi I*, 768 F. Supp. 2d at 27; Ex. 89, Declaration of Richard Zangara, Jr. – Brother of SPC Nicholas Zangara; Ex. 91, Declaration of Joseph Bellosi – Stepbrother of SPC Nicholas Zangara; Dkt. 74, Special Master R. & R. at 48-49, 54-55,78-79, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); January 13, 2005 IED Attack That Killed U.S. Army Sergeant First Class Brian Mack; Ex. 93, Declarationof Lisa Mack – Spouse of SFC Brian Mack; Dkt. 80, Special Master R. & R. at 84, 86-87, 88-89, 89-90, 97, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); *Bernhardt*,

2023 WL 2598677, at *16; Ex. 95, Declaration of Ashley Mack – Daughter of SFC Brian Mack; 573 F. Supp. 3d 40, 75 (D.D.C. Nov. 22, 2021); *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 40-41 (D.D.C. 2012); February 24, 2005 IED Attack That Killed U.S. Army Staff Sergeant Daniel Gresham; Exhibit 97, Declaration of Julie Gresham – Sister of SSG Daniel Gresham; Ex. 99, Declaration of Elizabeth Chin Start – Sister of SSG Daniel Gresham.

### 4.25 Hours/Full Day $1,300

**10/22** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 8-10, 26, 60-64; Attribution Report at 80-86, 86-94, 94-99, 99-105; May 28, 2005 IED Attack That Killed U.S. Army Specialist Phillip Sayles; Ex. 101, Declaration of Pearl Sayles – Mother of SPC Phillip ("Nick") Sayles; Dkt. 66, Special Master R. & R. at 19-21, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt, 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); Special Master R. & R. at 29-30, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); *Baker v. Socialist People's Libyan Arab Jamahirya*, 775 F. Supp. 2d 48, 83 (D.D.C. 2011); Ex. 103, Declaration of Wesley Sayles – Brother of SPC Phillip ("Nick") Sayles; Ex. 105, Declaration of Joseph Aaron Sayles – Brother of SPC Phillip ("Nick") Sayles; June 11, 2005 IED Attack That Killed Mississippi Army National Guard Staff Sergeant Larry Arnold, Sr.; Ex. 107, Declaration of Beverly Hicks – Sister of SSG Larry Arnold, Sr.; Ex. 109, Declaration of Jo Ann Arnold – Sister of SSG Larry Arnold, Sr.; July 27, 2005 IED Attack That Killed U.S. Army Specialist Edward Myers; Ex. 11, Declaration of Imojean Barnett – Spouse of SPC Edward Myers; Ex. 115, Declaration of Rebekah Myers – Daughter of SPC Edward Myers; Dkt. 66, Special Master R. & R. at 45-46, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 at 41-42 (D.D.C. Oct. 29, 2024), report and recommendation adopted, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); *Selig v. Islamic Republic of Iran*, No. 1:19-cv-02889-TNM, 2021 WL 5446870, at *71 (D.D.C. Nov. 22, 2021); August 18, 2005 IED Attack That Killed U.S. Army Sergeant Nathan Bouchard and Staff Sergeant Jeremy Doyle; Ex. 117, Declaration of John Bouchard – Father of SGT Nathan Bouchard; Ex. 119, Declaration of Debra Grove – Mother of SSG Jeremy Doyle; *See* Dkt. 80, Special Master R. & R. at 88-89, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Ex. 121, Declaration of Dale Grove – Stepfather of SSG Jeremy Doyle; *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79-80; *Fritz II*, 324 F. Supp. 3d at 62-63; 768 F. Supp. 2d at 27.

### 4.5 Hours/Full Day $1,300

**10/23** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 19-22, 28-30, 30-32 ; Attribution Report at 105-112, 113-122, 122-130; Ex. 123, Declaration of Cameron Mann – Sister of SSG Jeremy Doyle; Dkt. 74, Special Master R. & R. at 78-79, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Dkt. 66, Special Master R. & R. at 12-13, 23-24, *Martino v.*

*Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); August 22, 2005 IED Attack That Killed Tennessee Army National Guard Sergeant Victoir Lieurance; Ex. 125, Declaration of Damien Lieurance – Son of SGT Victoir Lieurance; *See* Dkt. 66, Special Master R. & R. at 45-46, 52-53, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 at 41-42 (D.D.C. Oct. 29, 2024), report and recommendation adopted, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808, *11 (D.D.C. May 7, 2025), Dkt. 91; *Selig v. Islamic Republic of Iran*, No. 1:19-cv-02889-TNM, 2021 WL 5446870, at *7 (D.D.C. Nov. 22, 2021); Ex. 127, Declaration of Chase Lieurance – Son of SGT Victoir Lieurance; Dkt. 80, Special Master R. & R. at 86, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); *Bernhardt v. Islamic Republic of Iran*, No. CV 18-2739 (TJK), 2023 WL 2598677 (D.D.C. Mar. 22, 2023); Dkt. *Selig v. Islamic Republic of Iran*, No. 1:19-cv-02889-TNM, 2021 WL 5446870, at *7 (D.D.C. Nov. 22, 2021); *Swinney v. Islamic Republic of Iran*, No. 20-cv-2316 (ACR), 2025 WL 1547694, at *34-36 (D.D.C. May 30, 2025); September 3, 2006 IED Attack That Killed U.S. Army Sergeant First Class Richard Henkes; Ex. 129, Declaration of Christine Stanton – Mother of SFC Richard Henke; *See* Dkt. 74, Special Master R. & R. at 54-55, 65-66, 86-88, 113-114, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); January 15, 2007 IED Attack That Killed U.S. Army Sergeant Ian Anderson and Staff Sergeant John Cooper; Ex. 131, Declaration of Elaine Frazier – Mother of SGT Ian Anderson; Ex. 133, Declaration of Sherri Springate – Sister of SSG John Cooper; Ex. 187, Declaration of Susan West – Sister of SSG John Cooper.

### 4.7 Hours/Full Day $1,300

**10/24** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 8-10, 19-22, 30-32, 38-40, 40-43, 71-73, 74-76, 96; Attribution Report at 19, 131-139, 139-146, 147-154, 154-159, 160-164; January 19, 2007 IED Attack That Killed U.S. Army Sergeant First Class Russell Borea; Ex. 135, Declaration of Christopher Borea – Brother of SFC Russell Borea; *Bernhardt v. Islamic Republic of Iran*, No. CV 18-2739 (TJK), 2023 WL 2598677, at *16 (D.D.C. Mar. 22, 2023); Dkt. 74, Special Master R. & R. at 30-32, 45-46, 47-48, 65-66, 86-88, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Ex. 137, Declaration of Kim Borea – Sister of SFC Russell Borea; April 4, 2007 IED Attack That Killed U.S. Army Corporal Joseph H. Cantrell IV; Ex. 137, Declaration of Sondra Adkins – Mother of CPL Joseph Cantrell; *Oveissi I*, 768 F. Supp. 2d at 29-30; Ex. 141, Declaration of Joseph Cantrell III – Father of CPL Joseph Cantrell; July 17, 2007 IED Attack That Killed U.S. Navy Chief Petty Officer Patrick Wade; Ex. 143, Declaration of Gary Wade – Brother of CPO Patrick ("Pat") Wade; April 29, 2017 IED Attack That Killed U.S. Army First Lieutenant Weston Lee; Ex. 145, Declaration of Aldene Lee – Mother of 1LT Weston Lee; Suicide Attack; April 29, 2004 SVBIED Attack That Killed U.S. Army Staff Sergeant Jeffrey Dayton, Specialist Justin Schmidt, and Private First Class Ryan Reed; Ex. 147, Declaration of Helen Dayton – Spouse of SSG Jeffrey Dayton; Dkt. 80, Special Master R. & R. at 97-98, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and*

*recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Dkt. 66, Special Master R. & R. at 8-10, 48-50, 57-58, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); Ex. 149, Declaration of Jeremy Dayton – Brother of SSG Jeffrey Dayton; Ex. 151, Declaration of Lenore Roberts – Mother of SPC Justin Schmidt; *Thuneibat*, 167 F. Supp. 3d at 53.

### 4.5 Hours/Full Day $1,300

**10/25** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 8-10, 83-85, 94-95, 96; Attribution Report at 17, 166-172, 173-179, 179-185; Ex. 153, Declaration of Jason Schmidt – Brother of SPC Justin Schmidt; Dkt. 74, Special Master R. & R. at 47-48, 54-55 78-79, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Ex. 155, Declaration of Alicia Martin – Spouse of PFC Ryan Reed; Indirect Fire Attacks; *Roth v. Islamic Republic of Iran*, No. 1:19-cv-02179, 2023 WL 196577 at *4 (D.D.C. Jan. 17, 2023); January 2, 2004 Indirect Fire Attack That Killed U.S. Army Captain Eric Paliwoda; Ex. 157, Declaration of Mary Paliwoda – Mother of CPT Eric Paliwoda; Ex. 159, Declaration of Alfred Paliwoda for the Estate of Alfred Paliwoda – Father of CPT Eric Paliwoda; Ex. 161, Declaration of Allison Csoka – Sister of CPT Eric Paliwoda; July 19, 2004 Indirect Fire Attack That Killed U.S. Army Sergeant Dale Lloyd; Ex. 163, Declaration of Amy Beaver – Mother of SGT Dale Lloyd; Dkt 66, Special Master R. & R. at 19-21, 35-36, 63-64, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); *Bernhardt*, 2023 WL 2598677; Dkt. 74, Special Master R. & R. at 94-96, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Ex. 165, Declaration of Willis Beaver – Stepfather of SGT Dale Lloyd; *See Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79-80, 80-86 (D.D.C. 2010); *Fritz II*, 324 F. Supp. 3d at 62-63; *Oveissi I*, 768 F. Supp. 2d at 27; September 2, 2006 Indirect Fire Attack That Killed U.S. Army Private First Class Justin Dreese; Ex. 167, Declaration of Kathryn Hartman – Mother of PFC Justin Dreese.

### 4.25 Hours/Full Day $1,300

**10/26** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs; Review Court's Bellwether Liability Opinion, Dkt. 55, at 8-10, 62-64,82, 83-85, 95-96; Attribution Report at 18-19, 185-192, 193-198; Ex. 169, Declaration of Teresa Turner-Pishvazadeh – Spouse of SSG Roger Turner; Ex. 171, Declaration of Steven Turner – Son of SSG Roger Turner; Ex. 173, Declaration of Hemlock Ashwood – Daughter of SSG Roger Turner; Ex. 175, Declaration of Katrina Lambert – Sister of SSG Roger Clinton ("Clinton") Turner; Ex. 179, Declaration of Denise Bunce – Sister of SSG Roger Turner; Ex. 181, Declaration of Charmele Spradling – Sister of SSG Roger Turner; Small Arms Fire Attack; August 4, 2005 Small Arms Fire Attack That Killed U.S. Army Private First Class Nils Thompson; Ex. 183, Declaration of Frances Thompson – Mother of PFC Nils Thompson; Ex. 185, Declaration of Lillian Bell – Sister of PFC Nils Thompson; Work on Draft R & R.

**4.25 Hours/Full Day $1,300**

**10/27** Continue drafting R & R.

**1.75 Hours/Half Day $650**

**10/28** Complete Draft R & R; Proofread Draft and Re-examine Each Recommended Award of Solatium Damages; Amend Appendix A; Circulate to Plaintiffs' Counsel.

**4.1 Hours/Full Day $1,300**

**10/30** Review Claim of Penny Lieurance, Ex. 189, Declaration of Penny Lieurance – Wife of SGT Victoir Laurance; Dkt. 66, Special Master R. & R. at 53-54, 63-64 Dkt. 74, Special Master R. & R. at 27-29, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Feb. 26, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025), *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Oct. 29, 2024), *report and recommendation adopted*, Dkt. 71, No. 1:21-cv-01808 (D.D.C. Feb. 25, 2025); Dkt. 80, Special Master R. & R. at 97, *Martino v. Islamic Republic of Iran*, No. 1:21-cv-01808 (D.D.C. Mar. 14, 2025), *report and recommendation adopted in part and modified in part*, Dkt. 91, No. 1:21-cv-01808 (D.D.C. May 7, 2025); Calculate Damage Ward for Penny Lieurance; Amend Draft R & R and Send to Plaintiffs' Counsel.

**4.2 Hours/Full Day $1,300**

**10/31** Review Plaintiffs' Suggestions Re R & R; Complete Document and Email to Plaintiffs Counsel.

**1.5 Hours/Half Day $650**