# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT MARTINO, *et al.*,

        Plaintiffs,

        v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

Case No. 21-1808 (RDM)

**SPECIAL MASTER STEPHEN A. SALTZBURG'S VOUCHER**

On October 30, 2024, this Court adopted an Administrative Plan to govern Special Masters appointed by this Court to recommend liability and compensatory damage awards for Non-Bellwether Plaintiffs and appointed me as Special Master. Dkt. 64. Part 6 of the Order instructed Special Masters on how to claim compensation for their work:

> To support any claim for payment for work performed under this Administrative Plan, the Special Master must submit a detailed voucher that: (1) identifies each date that work was performed; (2) describes with reasonable detail the type of work performed on each date (including which Plaintiffs' reports were worked on); (3) states the total hours worked on each date; (4) states whether the hours worked on each date constitute a full or half day of work; (5) lists the total amount due for that day (i.e., either the half-day or full-day rate); and (6) states the total amount claimed on the voucher.

On December 22, 2025, I filed my report and recommendations containing proposed findings of fact and recommendations for liability and compensatory damages for the Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs.

Pursuant to the Administrative Plan, I submit this Voucher setting forth the hours worked and the claimed compensation. The total amount sought is $13,650, which constitutes 8 full days at $1,300 and five half days at $650.

1

Date:   January 6, 2026                          Respectfully submitted,


                                                 /s/ Stephen A. Saltzburg


## VERIFICATION PURSUANT TO LOCAL CIVIL RULE LCVR 5.1(B)(1)

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed on January 6, 2026                      /s/ Stephen A. Saltzburg


2

**Hours**

**11/24** Review Plaintiffs' Memorandum of Points and Authorities Concerning Liability and Damages for Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs Assigned to Special Master Saltzburg [hereinafter "Plaintiffs' Memorandum"]; Dkt. Nos. 38, 39, 40, 41, 41-2, 41-4; Bellwether Liability Opinion, Dkt. 55, at 3-7, 11 & n.3, 20-21, 26 & n.6, 39-43, 58, 90 & n.31, 92-93, 95, 101; Bellwether Damages Opinion, Dkt 71; 28 U.S.C. § 1608(a), §§ 1605A(c), 1608(e), §§ 1605A(c), § 1608(a)(4), § 1605A(a)(1), §1604, §1605A(a)(2)(A)(ii), § 1605A(a)(2)(A)(i)(I), § 1605A(h)(5); *Han Kim v. Democratic People's Republic of Korea*, 774 F.3d 1044, 1047 (D.C. Cir. 2014); 28 U.S.C. § 1605A(a); *Owens II*, 864 F.3d at 784; *Bundy v. Jackson*, 641 F.2d 934, 951 (D.C. Cir. 1981); *Owens II*, 864 F.3d at 785-788; *Flanagan v. Islamic Republic of Iran*, 190 F. Supp. 3d 138, 175 (D.D.C. 2016); *Hammons v. Islamic Republic of Iran*, No. 19-2518, 2023 WL 5933340, at *14 (D.D.C. 2023); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 75 (D.D.C. 2017); *Mohammadi v. Islamic Republic of Iran*, 782 F.3d 9, 14 (D.C. Cir. 2015); 8 U.S.C. § 1101(a)(22); 8 U.S.C. § 1101(a)(22); *Salzman v. Islamic Republic of Iran*, No. 17-2475 (RDM), 2019 WL 4673761, at *12 (D.D.C. Sept. 25, 2019); *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54-55 (D.D.C. 2012); TVPA, Pub. L. No. 102-256, § 3(a), 106 Stat. 73 (1991) (codified at 28 U.S.C. § 1350 note); *Owens II*, 864 F.3d at 770; *Owens v. Republic of Sudan*, 174 F. Supp. 3d 242, 263 (D.D.C. 2016); *Force v. Islamic Republic of Iran*, 464 F. Supp. 3d 323, 364 (D.D.C. 2020); *Neiberger v. Islamic Republic of Iran*, No. 16-cv-2193-EGS-ZMF, 2022 WL 17370239, at **3-4 (D.D.C. Sept. 8, 2022); *Cabrera v. Islamic Republic of Iran*, No. 19-3835 (JDB), 2022 WL 2817730, at *38 (D.D.C. July 19, 2022); *Schwartz v. Islamic Republic of Iran*, No. CV 18-1349 (RDM), 2020 WL 7042842, at *12 (D.D.C. Nov. 30, 2020); Attribution Report at 4-5, 17-20, 33, 41-42, 84-85; *Owens v. Rep. of Sudan*, 864 F.3d 751, 785 (D.C. Cir. 2017), *rev'd on other grounds*, 590 U.S. 418 (2020).

    **4.2 Hours/ Full Day $1,300**

**11/25** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55, at 6, 95-99; Bellwether Damages Opinion at 2, 6-7; Attribution Report at 4-5, 38-43, 48-50, 57-60, 77-80 94-97, 183-185; *see also Roth v. Islamic Republic of Iran*, 651 F. Supp. 3d 65, 75 (D.D.C. 2023); *Strauss v. Islamic Republic of Iran*, No. 1:22-CV-52-RCL, 2025 WL 740456, at *4 (D.D.C. Mar. 7, 2025); 28 U.S.C. § 1605A(a)(1); *Owens II*, 864 F.3d at 794; 28 U.S.C. §1605A(h)(3); 18 U.S.C. § 2339A(b)(1); *Est. of Fishbeck v. Islamic Republic of Iran*, No. 18-CV-2248 (CRC), 2023 WL 7443394, at *1 (D.D.C. Mar. 27, 2023); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117, 125-32, 140 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12, 23 (D.D.C. 2019); *Roth*, 651 F. Supp. 3d at 75; *Strauss*, 2025 WL 740456, at *4; *Blank v. Islamic Republic of Iran*, No. 19-3645 (BAH), 2021 WL 3021450, at *2 (D.D.C. July 17, 2021); *Est. of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 263 (D.D.C. 2006); *Owens II*, 864 F.3d at 797-98; *Salzman*, 2019 WL 4673761, at *14); *Fishbeck*, 2023 WL 7443394, at *1; https://apnews.com/article/trump-iran-speech-transcript-text-ff4b286992309ec1337e04260247bb1e; *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 155 (D.D.C. 2010); 28 U.S.C. § 1605A(a)(2)(A)(ii); 28 U.S.C. § 1605A(c); *Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2023 WL 3496303, at *6 (D.D.C. May 16, 2023); Dkt. 61, Suggestion of Death as to Kenneth Locker, Sr.; Dkt. 62, Plaintiffs' Motion to Substitute Party; Nov. 1, 2024 Min. Order (granting motion to substitute the estate of Kenneth Locker, Sr. as a plaintiff); Ex. 64 (documentation for the estate of Kenneth Locker, Sr.); *W.A. v. Islamic Republic*

*of Iran*, 427 F. Supp. 3d 117, 138 (D.D.C. 2019); *Braun v. Islamic Republic of Iran*, 228 F. Supp. 3d 64, 78-79 (D.D.C. 2017); *Doe v. Democratic People's Republic of Korea Ministry of Foreign Affs. Jungsong-Dong*, 414 F. Supp. 3d 109, 125 (D.D.C. 2019); *Est. of Fouty v. Syrian Arab Republic*, 743 F. Supp. 3d 118, 156 (D.D.C. 2024); *Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 33 n.3 (D.D.C. 2022); *Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 38 (D.D.C. 2020); *Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 2d 261, 285-86 (D.D.C. 2005); *Gration v. Islamic Republic of Iran*, No. 21-CV-1859 (BAH), 2023 WL 5221955, at *29 (D.D.C. Aug. 15, 2023); *Roth v. Islamic Republic of Iran*, 78 F. Supp. 3d 349, 402 (D.D.C. 2015); *Moradi v. Islamic Republic of Iran*, 77 F. Supp. 3d 57, 72-73 (D.D.C. 2015); *Roth I*, 78 F. Supp. 3d at 399; *Oveissi v. Islamic Republic of Iran*, 879 F. Supp. 2d 44, 54 (D.D.C. 2012); *Est. of Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 24 (D.D.C. 2009); *Neiberger*, 2022 WL 17370239, at *11; *Ewan v. Islamic Republic of Iran*, 466 F. Supp. 3d 236, 245 (D.D.C. June 10, 2020); *Heiser II*, 659 F. Supp. 2d at 27; *Gration*, 2023 WL 5221955, at *26; *Blank v. Islamic Republic of Iran*, No. 19-CV-3645 (BAH), 2021 WL 3021450, at *9 (D.D.C. July 17, 2021); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 80 (D.D.C. 2010); *Taitt v. Islamic Republic of Iran*, No. 20-CV-1557 (RC), 2023 WL 2536518, at *8 (D.D.C. Mar. 16, 2023); *Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 115 (D.D.C. 2015); *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 22 (D.D.C. 2009); *Reed v. Islamic Republic of Iran*, 845 F. Supp. 2d 204, 214 (D.D.C. 2012); *Force v. Islamic Republic of Iran*, 617 F. Supp. 3d 20, 36 (D.D.C. 2022); *Fraenkel v. Islamic Republic of Iran, Ministry of Foreign Affs.*, 892 F.3d 348, 361-62 (D.C. Cir. 2018); *Cabrera*, 2022 WL 2817730, at *47); *Heiser I*, 466 F. Supp. 2d at 269; *Owens v. Republic of Sudan*, 71 F. Supp. 3d 252, 260 (D.D.C. 2014); *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 29-30 (D.D.C. 2011); *Valore*, 700 F. Supp. 2d at 86; *Bova v. Islamic Republic of Iran*, No. 15-CV-1074 (RCL), 2020 WL 2838582, at *9 (D.D.C. May 31, 2020); *Bernhardt v. Islamic Republic of Iran*, No. 18-CV-2739 (TJK), 2023 WL 2598677, at *16 (D.D.C. Mar. 22, 2023); *Wultz v. Islamic Republic of Iran*, 864 F. Supp. 2d 24, 40-41 (D.D.C. 2012); *Est. of Fouty v. Syrian Arab Republic*, No. CV 18-385 (RBW), 2024 WL 4006166, at *24 (D.D.C. Aug. 30, 2024).

### 4.3 Hours/Full Day $1,300

**11/26** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 38-39, 42-43, 57-59, 73; Bellwether Damages Opinion at 11-12; Attribution Report; Dkt. 66, *report and recommendation adopted*, Dkt. 71; Dkt. 80, *report and recommendation adopted in part and modified in part*, Dkt. 91; Dkt. 74, *report and recommendation adopted in part and modified in part*, Dkt. 91; Dkt. 99, *report and recommendation adopted in part and modified in part*, Dkt. 104; *Est. of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 44 (D.D.C. 2012); *Cabrera II*, 2023 WL 3496303, at *11; *Ben-Rafael v. Islamic Republic of Iran*, 540 F. Supp. 2d 39, 57-58 (D.D.C. 2008); Special Master's Report and Recommendations, *Stearns v. Islamic Republic of Iran*, No. 17-CV-131 (RCL) (D.D.C. May 01, 2024), ECF No. 114 at 24-27, *report and recommendation adopted*, Order and Judgment, *id.* at ECF No. 108 (D.D.C. Apr. 30, 2024); *Ben-Rafael*, 540 F. Supp. 2d at 59; *Est. of Johnson v. Islamic Republic of Iran*, No. 23-CV-1689, 2024 WL 3225954, at *16 (D.D.C. Jun. 28, 2024); *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105, 115 n.12 (D.D.C. 2005); *Est. of Fouty v. Syrian Arab Republic*, No. 18-CV-385 (RBW), 2024 WL 3443591, at *25-26 (D.D.C. July 17, 2024); *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Fritz v. Islamic Republic of Iran*, No. 15-CV-456 (RDM), 2018 WL 5046229, at *20 (D.D.C. Aug. 13, 2018); *Cabrera v. Islamic Republic of Iran*, No. 19-3835 (JDB), 2022 WL

2817730, at *42 (D.D.C. July 19, 2022); *Oveissi I*, 768 F. Supp. 2d at 27; *Valore*, 700 F. Supp. 2d at 79-80; *Jakubowicz v. Islamic Republic of Iran*, No. 18-1450 (RDM), 2023 WL 6907852, at *7 (D.D.C. Sept. 1, 2023); *Karcher v. Islamic Republic of Iran*, No. 16-CV-232 (CKK), 2023 WL 8934924, at *7 (D.D.C. Dec. 27, 2023); *Reed*, 845 F. Supp. 2d at 214-15; *Pugh v. Socialist People's Libyan Arab Jamahiriya*, 530 F.Supp.2d 216, 263 (D.D.C. 2008); *Force II*, 617 F. Supp. 3d at 42; *Forman v. Korean Air Lines Co., Ltd.*, 84 F.3d 446, 450-51 (D.C. Cir. 1996); *Ewan*, 466 F. Supp. 3d at 250 n.3; *Gration*, 2023 WL 5221955, at *37; 28 U.S.C. § 1961(a); Complex Attacks; April 23, 2007 Complex Attack that Killed U.S. Army Staff Sergeant Kenneth Locker, Jr., Sergeant Brice Pearson, and Specialist Michael Rodriguez; Estate of Kenneth Locker, Sr. – Father of SSG Kenneth Locker, Jr.; Ex. 63, Carmon Petters Decl. on Behalf of the Estate of Kenneth Locker, Sr; Ex. 65, Declaration of Carmon Petters – Sister of SSG Kenneth Locker, Jr.; Ex. 67, Declaration of Leslie White – Mother of SGT Brice Pearson.

### 4.2 Hours/Full Day $1,300

**11/27** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 51-52, 57-58, 60-61, 71-72, 74-75; Bellwether Damages Opinion at 11-12; Attribution Report at 17, 41-103; 184-188 Ex. 69, Declaration of Jeremy Pearson – Brother of SGT Brice Pearson; x. 71, Declaration of Lorie Southerland – Mother of SPC Michael Rodriguez; *W.A. v. Islamic Republic of Iran,* No. 18-cv-1883, 2020 WL 7869218, at *17 (D.C. Cir. Mar. 23, 2020); *Oveissi I*, 768 F. Supp. 2d at 27; June 19, 2007 Complex Attack that Killed U.S. Army Specialist Darryl W. Linder; Ex. 73, Declaration of Darryl Leslie Linder – Father of SPC Darryl Wardlaw ("Ward") Linder; R&R, Dkt. 66, at 9-10, 41-42; *Higgins v. Islamic Republic of Iran*, No. 1:99CV00377, 2000 WL 33674311, at *4 (D.D.C. Sept. 21, 2000); Suicide Attacks; May 1, 2005 SVBIED Attack that Killed Kansas Army National Guard Sergeant Derrick Lutters; Ex. 75, Declaration of Ronald ("Chuck") Lutters – Father of SGT Derrick Lutters; September 18, 2007 Suicide Attack that Killed U.S. Army Corporal Nicholas Olson; Ex. 77, Declaration of Raymond "Paul" Olson – Father of CPL Nicholas Olson; Western Anbar R&R, Dkt. 99, at 36-37, 53-54; Additional Bellwether R&R, Dkt. 80, at 94; December 20, 2007 Suicide Attack that Killed U.S. Army First Lieutenant Jeremy Ray; Ex. 79, Declaration of Deborah Ray – Mother of 1LT Jeremy Ray; Ex. 81, Declaration of Walter Ray – Father of 1LT Jeremy Ray; IED Attacks.

### 4.1 Hours/Full Day $1,300

**11/28** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 14-16, 28-30, 51-54; Attribution Report at 104-122; September 30, 2004 VBIED Attack that Killed U.S. Army Specialist Rodney Jones; Ex. 95, Declaration of Renee Opoku-Sarkodie – Mother of SPC Rodney Jones; Ex. 97, Declaration of Aaron Jones – Son of SPC Rodney Jones; Additional Bellwether R&R, Dkt. 80, at 28; *Selig v. Islamic Republic of Iran*, No. 1:19-cv-02889-TNM, 573 F. Supp. 3d 40, 71–72 (D.D.C. 2021); *Cabrera II*, 2023 WL 3496303, at *10 (D.D.C. May 16, 2023); *Swinney v. Islamic Republic of Iran*, No. 20-cv-2316 (ACR), 2025 WL 1547694, at *34-36 (D.D.C. May 30, 2025); Ex. 99, Declaration of Felicia Devine – Sister of SPC Rodney Jones; April 5, 2005 VBIED Attack that Killed Washington Army National Guard Corporal Glenn Watkins; Ex. 101, Declaration of Anne Watkins – Spouse of CPL Glenn Watkins; May 6, 2006 IED Attack that Killed U.S. Marine Corps Lance Corporal Leon Deraps; Ex. 103, Declaration of Dale Deraps –

Father of LCpl Leon Deraps; Ex. 105, Declaration of Dawn Cassil – Sister of LCpl Leon Deraps; Ex. 107, Declaration of Shanti Om Johnson – Sister of LCpl Leon Deraps.

**4.5 Hours/Full Day $1,300**

**11/29** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 14-15, 30-32, 53-54; Attribution Report at 75-129, 182-188; August 10, 2003 IED Attack that Killed California Army National Guard Reserve Staff Segreant David Perry; *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117, 125-127 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12, 23 (D.D.C. 2019); Ex. 83, Declaration of Denae Perry – Spouse of SSG David Perry; Additional Bellwether R&R, Dkt. 80, at 98, 84; *Bernhardt v. Islamic Republic of Iran*, No. 18-CV-2739 (TJK), 2023 WL 2598677, at *16 (D.D.C. Mar. 22, 2023); March 9, 2004 IED Attack that Killed U.S. Army Sergeant First Class Richard Gottfried; *W.A.*, 427 F. Supp. 3d at 125-27; Ex. 85, Declaration of Anniela Gottfried – Sister of SFC Richard Gottfried; Western Anbar R&R, Dkt. 99, at 32-34; Bellwether R&R, Dkt. 66, at 57-58; Dkt. 91, at *7; March 25, 2004 IED Attack that Killed U.S. Army Specialist Adam Froehlich; Ex. 87, Declaration of Rosemarie Froehlich – Mother of SPC Adam Froehlich; Ex. 89, Declaration of April Hartman – Sister of SPC Adam Froelich; Ex. 91, Declaration of Stephen Froehlich – Brother of SPC Adam Froehlich; Ex. 93, Declaration of Jeffery Froehlich – Brother of SPC Adam Froehlich; October 18, 2006 IED Attack that Killed Pennsylvania Army National Guard Sergeant First Class Daniel Brozovich.

**4.3 Hours/Full Day $1,300**

**11/30** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 8-10, 31-32, 40-43, 48-50, 57-60; Attribution Report at 130-159; Ex. 109, Declaration of Mary Brozovich – Spouse of SFC Daniel "Dan" Brozovich; Western Anbar R&R, Dkt. 99, at 53-54, 91-92; Ex. 111, Declaration of Ryan Daniel Brozovich – Son of SFC Daniel Brozovich; January 26, 2007 IED Attack that Killed U.S. Army Reserve Major Alan Johnson; Ex. 113, Declaration of Victoria Johnson – Spouse of MAJ Alan Johnson; February 24, 2007 IED Attack that Killed U.S. Army Sergeant Carl Seigart; Ex. 115, Declaration of Darlene Seigart – Mother of SGT Carl Seigart; August 11, 2007 IED Attack that Killed U.S. Army Staff Sergeant William Scates; Ex. 117, Declaration of hannon Owens – Sister of SSG William Scates; August 29, 2007 Deep-Buried IED Attack that Killed U.S. Army Sergeant First Class Daniel Scheibner; Ex. 119, Declaration of Ann Marie Scheibner – Spouse of SFC Daniel Scheibner; Ex. 121, Declaration of Tyler Scheibner – Son of SFC Daniel Scheibner; Additional Bellwether R&R, Dkt. 80, at 86; Bellwether R&R, Dkt. 66, at 69-70; *Jakubowicz v. Islamic Republic of Iran*, No. CV 18-1450 (RDM), 2023 WL 6907852, at *7 (D.D.C. Sept. 1, 2023).

**4.2 Hours/Full Day $1,300**

**12/1** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 8-10, 39-40, 48-50; Attribution Report at 130-173; Ex. 123, Declaration of David Scheibner – Brother of SFC Daniel ("Danny") Scheibner; Fallujah R&R, Dkt. 74, at 72-73, 108-09; Bellwether R&R, Dkt. 66, at 11-12, 27-28, 38-40; Ex. 125, Declaration of Diane Cottrell – Sister of SFC Daniel ("Dan") Scheibner; September 14, 2007 Deep-Buried IED Attack that Killed U.S. Army Staff Sergeant Terry Wagoner and Corporal Jonathan Rivadeneira; *Zambon v. Iran*, No. 18-cv-2065 (JDB) (D.D.C. Apr. 25, 2025), ECF No. 39 at 26-27; *Zambon v. Iran*, No. 18-cv-2065 (JDB) (D.D.C. Apr. 25, 2025), ECF No. 39 at 26-27; Ex. 127, Declaration of Katherine Wagoner – Spouse of SSG Terry Wagoner; Ex. 129, Declaration of Heather Nied – Spouse of CPL Jonathan Rivadeneira; Additional Bellwether R&R, Dkt. 80, at 84, 86-87; November 14, 2007 IED Attack that Killed U.S. Army Sergeant Kenneth Booker; Ex. 131, Declaration of Charles Booker – Father of SGT Kenneth Booker; Ex. 133, Declaration of Brenda Booker – Stepmother of SGT Kenneth ("Kenny") Booker; *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 79-80 (D.D.C. 2010); *Fritz II*, 324 F. Supp. 3d at 62-63; *Oveissi I*, 768 F. Supp. 2d at 27.

      **2.5 Hours/Half Day $650**

**12/2** Review Plaintiffs' Memorandum; Bellwether Liability Opinion, Dkt. 55 at 8-10, 38-40, 48-50, 97-98; Attribution Report at 173-82; March 10, 2008 IED Attack that Killed U.S. Army Captain Torre Mallard and Sergeant Phillip Anderson; Ex. 135, Declaration of Robin Mallard – Mother of CPT Torre Mallard; Ex. 137, Declaration of Mose Mallard – Father of CPT Torre Mallard; Ex. 139, Declaration of Terrence Mallard – Brother of CPT Torre Mallard; Dkt. 74, Fallujah R&R, at 29-30, 72-73; Bellwether R&R, Dkt. 66, at 27-28; Ex. 141, Declaration of Kenneth Anderson – Father of SGT Phillip Anderson; Previous Attacks in Saladin, Diyala, and Fallujah Provinces; July 27, 2005 IED Attack that Killed U.S. Army Specialist Edward Myers; Ex. 143, Declaration of Charlotte Myers-Dick – Mother of SPC Edward ("Eddie") Myers; *Thuneibat v. Syrian Arab Republic*, 167 F. Supp. 3d 22, 45, 53 (D.D.C. 2016); Fallujah R&R, at 86-88; Additional Bellwether R&R, Dkt. 80 at 19-21, 29-30, 94; Ex. 145, Declaration of Belinda Brewster – Mother of SPC Levi Kenneth Hoover; May 14, 2007 Sniper Attack that Killed U.S. Marine Corps Lance Corporal Jeffrey Walker; Ex. 147, Declaration of Teresa Pinner – Mother of LCpl Jeffrey Walker.

      **4.2 Hours/Full Day $1,300**

**12/8** Begin Draft R & R.

      **2.0 Hours/Half Day $650**

**12/11** Complete Draft R & R.

      **2.0 Hours/Half Day $650**

**12/12** Proofread R & R and email to Plaintiffs' Counsel.

      **1.5 Hours/Half Day $650**

**12/18** Review Plaintiffs' suggested changes to R & R and approve final copy for filing.

      **1.5 Hours/ Half Day $650**