**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ROBERT MARTINO, *et al.*,

               Plaintiffs,

       v.

ISLAMIC REPUBLIC OF IRAN,

               Defendant.

Case No. 21-1808 (RDM)

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PAYMENT OF SPECIAL MASTER STEPHEN A. SALTZBURG REGARDING REPORTS AND RECOMMENDATIONS FOR TRANCHE 1 SALADIN, BABIL, AND NINEVEH PLAINTIFFS AND TRANCHE 1 DIYALA AND BAGHDAD PLAINTIFFS**

Upon consideration of Plaintiffs' Motion for Payment of Special Master Stephen A. Saltzburg, who provided this Court with Reports and Recommendations on liability and compensatory damages for the Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs and Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion for Payment of Special Master Stephen A. Saltzburg Regarding Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs and Diyala and Baghdad Non-Bellwether Plaintiffs is **GRANTED**.  It is further

**ORDERED** that Special Master Saltzburg shall be authorized payment of $15,600 for the Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs and $13,650 for Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs and three additional plaintiffs, in fees and reasonable business expenses from funds available under Section 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); and it is further

**ORDERED** that the Clerk of this Court shall promptly provide to the U.S. Department of

Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

2. Plaintiffs' Motion for Payment of Special Master Stephen A. Saltzburg Regarding Tranche 1 Saladin, Babil, and Nineveh Non-Bellwether Plaintiffs and Tranche 1 Diyala and Baghdad Non-Bellwether Plaintiffs, including the supporting Exhibits A and B, the Special Master's vouchers and supporting documents; and

3. This Court's Order Adopting Administrative Plan and Order Appointing Special Masters, Dkt. 64; and it is further

**ORDERED** that the Clerk of this Court shall coordinate any required follow-up with OVC and that, upon receipt of funds, the Clerk shall promptly disburse them to the appointed Special Master at his provided addresses.

**SO ORDERED.**

Dated: _____                          _____

                                           HON. RANDOLPH D. MOSS
                                           UNITED STATES DISTRICT JUDGE