**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 1:21-cv-01808-RDM |

**[PROPOSED] ORDER AMENDING CAPTION**

Upon consideration of Plaintiffs' Motion to Amend Caption, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the caption of this case shall be amended from Elizabeth Kormanyos to Elizabeth Loving, from Jessica Hernandez to Jessica Pedroza, and from Austin Jacobs to Austin Young to reflect plaintiffs' correct legal names. The Clerk of this Court is directed to amend the docket to reflect this correction. Plaintiffs are not required to re-serve the Complaint on Defendant Islamic Republic of Iran as a result of the above amendment.

**SO ORDERED.**

Dated: _____          _____

HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE