# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

February 3, 2026

**VIA ECF**

Re:    *Martino v. Islamic Republic of Iran*, No. 21-cv-01808 (RDM)
        Request to Unseal Dkt. 72

Dear Judge Moss:

I write on behalf of Plaintiffs to respectfully request that the Court unseal the Order entered on February 25, 2025, in which the Court adopted the Special Master's Report and Recommendation as to the Bellwether Plaintiffs' claims and entered judgment in favor of those plaintiffs. *See* Dkt. 72.

The Court entered judgment in favor of the Bellwether Plaintiffs on February 25, 2025. Dkt. 72. On May 7, 2025, the Court further ordered that "on or before May 12, 2025, Plaintiffs shall file a redacted version of the Court's prior order, Dkt. 72 [but if] Plaintiffs do not timely file any redactions to the Court's prior order, Dkt. 72, the Court will unseal the order." Dkt. 91. Plaintiffs did not file redactions by the deadline; however, as of the date of this letter, the Court has not unsealed the Order. Thus, in accordance with the Court's May 7, 2025 Order, Plaintiffs respectfully request the Court proceed with unsealing the February 25, 2025 Order at Dkt. 72.

Respectfully submitted,

/s/ Nicholas Reddick

Nicholas Reddick (DC Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 858-7400
NReddick@willkie.com

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON